# SC DOCKET SHEET

## CASE NO. PC-2025-02760

| | | | |
|---|---|---|---|
| State of Rhode Island, by and through Peter F. Neronha, Attorney General | § § § § § | Location: | Providence/Bristol County Superior Court |
| v. | | Filed on: | 05/27/2025 |
| CaremarkPCS Health, L.L.C. et al. | | US District Court Case Number: | 1:25-cv-00306 |

---

### CASE INFORMATION

**Statistical Closures**
07/01/2025  Closed-Non Trial-Unassigned-Removed to Federal Court

Case Type: **Civil Action**

Case Status: **07/01/2025  Closed**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**
Case Number      PC-2025-02760
Court      Providence/Bristol County Superior Court
Date Assigned      05/27/2025

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **State of Rhode Island, by and through Peter F. Neronha, Attorney General** | ROUSSEAU, MICHAEL G *Retained* 4014577712(W) |
| **Defendant** | **Ascent Health Services LLC** | BENJAMIN, NICOLE J *Retained* 4012747200 x212(W) |
| | **CaremarkPCS Health, L.L.C.** | |
| | **Emisar Pharma Services LLC** | |
| | **Express Scripts, Inc.** | BENJAMIN, NICOLE J *Retained* 4012747200 x212(W) |
| | **OptumRx, Inc.** | |
| | **Zinc Health Services, LLC** | |

---

| DATE | EVENTS & ORDERS OF THE COURT |
|---|---|

## EVENTS

| | |
|---|---|
| 07/01/2025 | Closed-Non Trial-Unassigned-Removed to Federal Court |
| 07/01/2025 | Case Removed to US District Court |
| 06/27/2025 | Notice of Removal *Notice of Filing of Notice of Removal* |
| 06/27/2025 | Notice of Removal *Notice of Filing of Supplemental Notice of Removal* |
| 06/17/2025 | Stipulation Filed Extension of Time - *Extension Stipulation* |
| 06/09/2025 | Summons Proof of Service Filed *Affidavit of Service - Emisar Pharma Services* |

PROVIDENCE/BRISTOL COUNTY SUPERIOR COURT
# SC DOCKET SHEET
## CASE NO. PC-2025-02760

| | | |
|---|---|---|
| 06/09/2025 | 📄 | Summons Proof of Service Filed<br>*Affidavit of Service - Ascent Health Services* |
| 06/09/2025 | 📄 | Summons Proof of Service Filed<br>*Affidavit of Service - Zinc Health Services* |
| 06/03/2025 | 📄 | Entry of Appearance<br>*Entry of Appearance - Jordan Broadbent* |
| 06/03/2025 | 📄 | Entry of Appearance<br>*Entry of Appearance - Dorothea Lindquist* |
| 06/03/2025 | 📄 | Entry of Appearance<br>*Entry of Appearance- SR* |
| 06/02/2025 | 📄 | Summons Returned Served<br>*Served Summons - Optum* |
| 06/02/2025 | 📄 | Summons Returned Served<br>*Served Summons - Caremark* |
| 06/02/2025 | 📄 | Summons Returned Served<br>*Served Summons - Express Scripts* |
| 05/28/2025 | 📄 | Summons |
| 05/27/2025 | 📄 | Complaint Filed<br>*RI PBM Complaint Filed* |

*Printed on 07/01/2025 at 7:26 AM*



## STATE OF RHODE ISLAND
## AND PROVIDENCE PLANTATIONS

### CLERK'S CERTIFICATE AND TRANSMITTAL OF THE RECORD

**Case Information**

Case Caption: State of Rhode Island, by and through Peter F. Neronha, Attorney General vs. CaremarkPCS Health, LLC, et al

Federal Court Case No. 1:25-cv-00306    State Court Case No. PC-2025-02760

**Record Information**

Confidential:    Yes ☐    No ☑    Description: _____

Sealed documents:    Yes ☐    No ☑    Description: _____

**Certification**

I, Carol A. MacLean _____, Clerk of the Rhode Island Superior Court for the County of

Providence _____ do certify that the attached documents are all the documents

included in the record in the above referenced case.

Clerk of Court

Date: 07/01/2025

/s/ Carol A. MacLean, Admin Clerk
By Deputy Clerk

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, by and through
PETER F. NERONHA, ATTORNEY GENERAL

*Plaintiff,*

v.

CAREMARKPCS HEALTH, L.L.C., ZINC
HEALTH SERVICES, LLC, EXPRESS
SCRIPTS, INC., ASCENT HEALTH SERVICES
LLC, OPTUMRX, INC., and
EMISAR PHARMA SERVICES LLC

*Defendants.*

Civil Action No. 25-cv-00306

REMOVED FROM:
SUPERIOR COURT OF THE
STATE OF RHODE ISLAND,
COUNTY OF PROVIDENCE

(State Court C.A. No. PC-2025-02760)

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1442(a) and 1446, Defendant Express Scripts, Inc. ("Express Scripts") hereby removes *State of Rhode Island, by and through Peter F. Neronha, Attorney General v. CaremarkPCS Health, LLC, et al.* (Case No. PC-2025-02760) from the Superior Court of Providence County, Rhode Island to the United States District Court for the District of Rhode Island. A true and correct copy of Rhode Island's Complaint is attached hereto as **Exhibit A**.

Case 1:25-cv-00690-MRD-PAS   Document 6   Filed 06/27/25   Page 6 of 1762   PageID #: 1635

## **INTRODUCTION**

1.      Express Scripts contracts with the federal government to provide pharmacy benefit services for over 9 million individuals, including active-duty service members, their families, and veteran retirees.

2.      Specifically, Express Scripts contracts with the United States Department of Defense ("DoD") to provide services to members of the DoD's TRICARE health care program across the country, including in Rhode Island.  As of 2017, over 63,000 veterans reside in Rhode Island.[1]  Many of those veterans depend on TRICARE for their prescription drugs, including prescription drugs mentioned in the Complaint.

3.      Express Scripts' relationship with the TRICARE program has been memorialized in a series of contracts between Express Scripts and DoD Defense Health Agency, a component of the DoD responsible for administering TRICARE.  The most recent agreement, which was awarded on August 5, 2021 and is currently in effect, is Contract No. HT940221C0007.  A true and correct copy of this agreement, with certain redactions consistent with the Freedom of Information Act, is attached hereto as **Exhibit B** (the "TRICARE Contract").

4.      Under the TRICARE Contract, Express Scripts is required to provide pharmacy benefits services for DoD, including "perform[ing] claims adjudication," "administer[ing] a retail pharmacy network," and "process[ing] reimbursements for claims filled at retail network and non-network pharmacies."  *See* Ex. B § C.1.  Certain TRICARE beneficiaries also acquire prescription

---

[1]      *See, e.g.*, National Center for Veterans Analysis and Statistics, Rhode Island State Summary, *available at* https://www.va.gov/vetdata/docs/SpecialReports/State_Summaries_rhode_island.pdf (last visited June 25, 2025).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

drugs through TRICARE Home Delivery/Mail Order Pharmacy ("TMOP") administered by Express Scripts under the TRICARE Contract.

5. In addition, Express Scripts provides pharmacy benefit management and pharmacy services under the Federal Employee Health Benefits Act of 1959 ("FEHBA"), 5 U.S.C. §§ 8901-8914, to carriers that provide health plans providing healthcare benefits to federal employees, eligible retired federal workers, and their survivors and dependents. That work is subject to the supervision and direction of the U.S. Office of Personnel Management ("OPM"), and it is primarily governed by a standard contract issued by OPM with terms governing Express Scripts' obligations. *See* Off. of Pers. Mgmt., *Federal Employees Health Benefits Program Standard Contract for Experience-Rated Health Maintenance Organization Carriers*, at I-18 (2019). A true and correct copy of this Standard Contract is attached hereto as **Exhibit C**.

6. Under FEHBA, OPM's contracts with private carriers "shall contain a detailed statement of benefits offered and shall include such maximums, limitations, exclusions, and other definitions of benefits as [OPM] considers necessary or desirable." 5 U.S.C. § 8902(d). Thus, OPM "has direct and extensive control over these benefits contracts under [ ] FEHBA." *Gov't of Puerto Rico v. Express Scripts, Inc.*, 119 F.4th 174, 182 (1st Cir. 2024).

7. In this action, the state of Rhode Island (through Attorney General Peter F. Neronha) ("Rhode Island") alleges that the prices paid by the citizens of Rhode Island for prescription drugs are artificially inflated by a sprawling "unfair and deceptive scheme" involving certain Pharmacy Benefit Managers ("PBMs"), their Group Purchasing Organizations ("GPOs"), and prescription drug manufacturers.

8. Rhode Island first alleges that, through its negotiations and contracts with prescription drug manufacturers, Express Scripts excludes drugs from its formularies to increase

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00690-JJM-PAS   Document 6   Filed 06/27/25   Page 21 of 1762 PageID #: 1637

its receipt of rebates and "other fees," (Compl. ¶¶ 82-109), which then has "the effect of driving up drug prices." *Id.* ¶¶ 110-32.

9.      Rhode Island also alleges that Express Scripts "impose[s]" "take-it-or-leave it contractual terms" on independent pharmacies, (*id.* ¶ 181), that result in reimbursements to independent pharmacies (those not affiliated with Express Scripts) that are "below the pharmacies' acquisition costs—meaning [these independent] pharmacies lose money when they fill the prescriptions." *Id.* ¶ 192.

10.     Rhode Island also claims that Express Scripts has "steer[ed] more profitable business"—i.e., for "specialty drugs"—to pharmacies affiliated with Express Scripts.  *Id.* ¶ 182.

11.     Some of the Rhode Island citizens allegedly injured by the so-called unfair and deceptive scheme are TRICARE and FEHBA Carrier beneficiaries.

12.     Rhode Island alleges that the scheme injured its citizens directly because it has "raise[d] [Rhode Island] consumers' out-of-pocket drug costs."  Compl. ¶ 167.

13.     Rhode Island seeks recovery of out-of-pocket costs any Rhode Island citizen has paid for certain prescription drugs with purportedly inflated prices, which would inherently involve recovering the fixed copayments contractually mandated by the federal government.

14.     The TRICARE Contract and other federal law dictate the formulary used for TRICARE beneficiaries, the prices the federal government pays for prescription drug products, and critically, and the co-payments Express Scripts must ensure beneficiaries pay.

15.     Under the TRICARE Contract, Express Scripts had no choice but to ensure the charging of the co-payments from TRICARE beneficiaries that Rhode Island now seeks as restitution.

16.     Rhode Island's requested relief relating to its "steering claims" also interferes with Express Scripts' contractual obligation to administer a retail pharmacy network for TRICARE beneficiaries to obtain their prescriptions.

17.     And Rhode Island's sweeping allegations challenging Express Scripts' negotiation of rebates from prescription drug manufacturers interfere with Express Scripts' contractual requirements to pass through those rebates to the FEHBA Carrier clients.

18.     Notably, unlike several other complaints filed by Rhode Island's counsel, the Complaint does not include a disclaimer asserting that Rhode Island's requested relief "is not ... relating to any federal program (*e.g.*, Medicaid, Medicare) or any contract related to a federal program."[2]  In fact, the Complaint affirmatively alleges that Express Scripts' alleged misconduct concerns its TRICARE obligations.  *See* Compl. ¶ 198 (referring to "an elderly patient with TRICARE (managed by Express Scripts)").

19.     As more fully explained below, Express Scripts' performance under one or more federal officers concerning its obligations under the TRICARE Contract and FEHBA provides Express Scripts with colorable government contractor immunity and preemption defenses to Rhode Island's claims, permitting Express Scripts to remove the entire action under 28 U.S.C. § 1442(a)(1).

---

[2]     *See, e.g., Govt. of Puerto Rico v. Eli Lily and Company, et al.*, Case No. 3:23-cv-01127-JAG (D.P.R.), Dkt.# 1-1, ¶ 23.  In any event, the First Circuit has held that such disclaimers are "not effective to prevent removal."  *Puerto Rico*, 119 F.4th at 190-91 ("Considering the level of OPM's involvement in what provisions these rebate agreements must contain, holding [PBM Defendant] liable for its role in the scheme to inflate insulin prices necessarily includes holdings [PBM Defendant] liable for its negotiations – negotiations that are at least in part for FEHBA plans, carried out pursuant to OPM's detailed requirements.").

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00303-PAS   Document 6   Filed 06/27/25   Page 10 of 762 PageID #: 1639

## NATURE OF THE REMOVED ACTION

20.     On May 17, 2025, Rhode Island filed a Complaint in Rhode Island Superior Court for Providence County.

21.     Rhode Island brings its action against two categories of defendants: "GPO Defendants" and "PBM Defendants."

- Rhode Island alleges that the "GPO Defendants" are Zinc Health Services, LLC, Ascent Health Services LLC, and Emisar Pharma Services LLC.

- Rhode Island alleges that the "PBM Defendants" are CVS Caremark, Express Scripts, and OptumRx.

22.     Rhode Island alleges a conspiracy between the PBM Defendants, the GPO Defendants, and prescription drug manufacturers to artificially inflate the price of prescription drugs.  *See* Compl. ¶¶ 8–36.

23.     Rhode Island also alleges that the PBM Defendants "impose unfair contractual terms on independent pharmacies that negatively affect competition and consumers."  *Id.* ¶¶ 181-216.  Rhode Island claims that not only do the PBM Defendants pay "low reimbursement rates—sometimes, below pharmacies' acquisition costs," (*id.* ¶¶ 188-202), but the PBM Defendants also "steer consumers to their own affiliated pharmacies" by "expanding the definition of 'specialty drugs'" thus requiring consumers to fill prescriptions for these "high-cost" drugs at PBM-affiliated pharmacies.  *Id.* ¶¶ 203-216.

24.     Rhode Island seeks injunctive relief, restitution, disgorgement, actual damages, civil penalties, and attorneys' fees for claims under the Rhode Island Deceptive Trade Practice Act ("DTPA").  *See* Compl. ¶¶ 3, 217-227 (Count 1, "Deceptive Acts and Practices"); 228-234 (Count 2, "Unfair Acts and Practices"); & 235-248 (Count 3, "Unfair Methods of Competition").

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-PAS Document 6 Filed 06/27/01/25 Page 21 of 11 Page 762 PageID #: 1640

25.     Rhode Island seeks to recover for "Rhode Island consumers affected by Defendants' unlawful acts and practices."  *See id.* ¶ 248(D).

## VENUE

26.      Venue is proper in this Court under 28 U.S.C. § 1442(a) because this Court sits in the federal judicial district embracing the Rhode Island Superior Court for Providence County, the court from which removal is sought.  *See* 28 U.S.C. § 120.

## GROUNDS FOR FEDERAL-OFFICER REMOVAL

27.     The federal-officer removal statute permits any person "acting under" a federal officer who is sued "for or relating to any act under color of such office" to remove a case to federal court.  28 U.S.C. § 1442(a)(1).

28.     The Supreme Court has "rejected a 'narrow, grudging interpretation' of the [federal-officer-removal] statute."  *Jefferson Cnty. v. Acker*, 527 U.S. 423, 431 (1999) (quoting *Willingham v. Morgan*, 395 U.S. 402, 406–07 (1969)).  Rather, removal under the federal officer removal statute should be determined "without a thumb on the remand side of the scale." *St. Charles Surgical Hosp., L.L.C. v. Louisiana Health Serv. & Indem. Co.*, 990 F.3d 447, 450 (5th Cir. 2021) ("*St. Charles II*").

29.     In the First Circuit, a private party may remove under the federal-officer-removal statute if: "(1) they acted under a federal officer's authority, (2) they carried out the charged conduct in relation to the asserted official authority, and (3) they possess a colorable, federal defense against the charged conduct."  *Puerto Rico v. Express Scripts, Inc.*, 119 F.4th 174, 179 (1st Cir. 2024).  Express Scripts satisfies all three elements here.

30.     At "this early stage," the district court must "credit" the removing defendant's "theory of the case for removal" because "federal officers should have the opportunity to present their version of the facts on disputes at the heart of their federal service to a federal court."  *Id.* at

189.  Thus, any factual issues "about the scope of a defendant's federal obligations," should be resolved in federal court where Congress "gave federal officers the protection of a federal forum." *Id.*

### A.    Express Scripts is "A Person" Within the Meaning of 28 U.S.C. § 1442(a)(1).

31.    A "person" includes corporations, such as the removing Defendant Express Scripts, Inc. *Puerto Rico,* 119 F. 4th at 184, n.4.

### B.    Express Scripts is Acting Under a Federal Officer.

32.    Congress authorizes removal of actions not just by officers of the United States but also "any person acting under that officer." 28 U.S.C. § 1442(a)(1).

33.    Private entities are "acting under" a federal officer when involved in "an effort to *assist*, or to help *carry out*, the duties or tasks of the federal superior." *Watson v. Phillip Morris, Cos.*, 551 U.S. 142, 143 (2007). In other words, the private entity "assists with a governmental function that the government 'itself would have had to perform.'" *Puerto Rico*, 119 F. 4th at 185-86 (quoting *Watson*, 551 U.S. at 153-154)).

### 1.    Express Scripts Acts Under a Federal Officer When Performing Functions Required by the TRICARE Contract.

34.    The DoD is required by law to contractually engage companies like Express Scripts for the provision of healthcare services to TRICARE members. *See* 10 U.S.C. § 1073a. Congress also has required the Secretary of Defense to establish an "effective, efficient, integrated pharmacy benefits program" for TRICARE. 10 U.S.C. § 1074g.

35.    During the relevant period, the DoD contracted with Express Scripts, Inc. to provide pharmacy benefits to members of the DoD's TRICARE health care program across the country, including in Rhode Island. *See* Ex. B.

36.     Express Scripts provides PBM services and administers TMOP, the DoD's mail-order pharmacy program, under the detailed requirements of the TRICARE Contract, which includes detailed requirements in a lengthy Statement of Work.  Ex. B § C.

37.     Express Scripts does not merely comply with federal rules; it discharges on behalf of the government the DoD's mission to provide access to medications to TRICARE beneficiaries by managing a pharmacy network of retail pharmacies and by operating the TMOP.  *See* Ex. B § C.1.3.

38.     In the Statement of Work, the DoD dictates nearly every aspect of Express Scripts' responsibilities in supporting TRICARE.  The TRICARE Contract requires the use of a "DoD Uniform Formulary, a tiered cost sharing structure, and a preference for generic over branded products."  Ex. B § C.1.  The DoD formulary is "managed by the DoD Pharmacy and Therapeutics P&T Committee."  *Id.*  When it serves as a pharmacy benefit manager administering benefits at retail pharmacies, Express Scripts serves as only "a Fiscal Intermediary (FI) for the Government to disburse Government funds for health care benefits."  Ex. B at § G.3.6.1.

39.     These requirements are all mandated by Congress.  10 U.S.C. § 1074g(a)(2)(A) (requiring program to include a "uniform formulary" and that inclusion on the formulary "shall be based on the relative clinical and cost effectiveness of the agents"); § 1074g(b) (requiring the establishment of a "Pharmacy and Therapeutics Committee").  Express Scripts' work administering TRICARE for the DoD does not permit Express Scripts to negotiate rebates with drug manufacturers, something the DoD handles itself.

40.     The DoD also includes specific requirements regarding the collection of copayments.  When it causes any co-payment to be charged to any TRICARE beneficiary for any product, including the prescription drugs at issue in this action, Express Scripts does so in the

9

manner and according to the directions carefully prescribed by the DoD.  Ex. B § C.7.1.1 ("The Contractor shall comply with the provisions of the DoD Uniform Formulary and its copayment structure").

41.     Congress itself has spelled out the required copayments for the years 2018 through 2027 in a table written into the statute:

| For: | The cost-sharing amount for a 30-day supply of a retail generic is: | The cost-sharing amount for a 30-day supply of a retail formulary is: | The cost-sharing amount for a 90-day supply of a mail order generic is: | The cost-sharing amount for a 90-day supply of a mail order formulary is: | The cost-sharing amount for a 90-day supply of a mail order non-formulary is: |
|------|------|------|------|------|------|
| 2018 | $11 | $28 | $7 | $24 | $53 |
| 2019 | $11 | $28 | $7 | $24 | $53 |
| 2020 | $13 | $33 | $10 | $29 | $60 |
| 2021 | $13 | $33 | $10 | $29 | $60 |
| 2022 | $14 | $38 | $12 | $34 | $68 |
| 2023 | $14 | $38 | $12 | $34 | $68 |
| 2024 | $16 | $43 | $13 | $38 | $76 |
| 2025 | $16 | $43 | $13 | $38 | $76 |
| 2026 | $16 | $48 | $14 | $44 | $85 |
| 2027 | $16 | $48 | $14 | $44 | $85 |

10 U.S.C. § 1074g(a)(6)(A).

42.     The TRICARE contract further requires Express Scripts to "achieve the TRICARE Pharmacy Program objective of reduce costs to the Government by maximizing the use of preferred drugs and minimizing the use of non-preferred or non-formulary drugs" by "*apply[ing] Government-approved criteria* and utilize[ing] commercial best practices for conducting all clinical reviews."  Ex. B § C.8.2.  (emphasis added).

43.     For prescription drugs filled at retail pharmacies, Express Scripts' performance under the TRICARE Contract is directly tied to the Manufacturers' published list prices—either the Wholesale Acquisition Cost ("WAC") or Average Wholesale Price ("AWP").  Section H of the TRICARE Contract details the "Retail Network Cost Control Incentive" that provides for Express Scripts to earn a "performance incentive" tied to achieving a percentage discount off the

WAC or AWP that exceeds the percentage discounts it guaranteed the DoD. *See* Ex. B § H.3.2.

Conversely, if Express Scripts fails to deliver the savings it guaranteed as compared to the WAC,

Express Scripts is on the hook for the difference between the actual retail network reimbursement

cost and its guarantees. In other words, the DoD required Express Scripts to use and measure its

performance against WAC as a condition to obtaining the full amount of compensation available

under the agreement.

44. This TRICARE agreement also requires Express Scripts to use the DoD's

formulary and cost-sharing structure (Ex. B § C.1), to cause the collection of co-payments

mandated by Congress (*id.* § C.7.1), and to seek discounts from pharmacies tied to Manufacturer

list prices to receive additional incentive payments (*id.* § H.3).

45. In short, Express Scripts performs for the DoD the day-to-day administration of its

TRICARE program, pursuant to a lengthy and detailed contract from which Express Scripts lacks

the discretion to depart. These mandates led the Fourth Circuit to conclude that Express Scripts is

"essentially acting as the statutorily authorized *alter ego* of the federal government." *Cnty. Bd. of*

*Arlington Cnty. v. Express Scripts Pharmacy, Inc.*, 996 F.3d 243, 253–54 (4th Cir. 2021). Express

Scripts is thus "acting under" a federal officer when carrying out the TRICARE pharmacy

program.

## 2. Express Scripts Acts Under a Federal Officer by Administering FEHBA Benefits in Rhode Island.

46. Express Scripts is hired by many different clients, such as employers, unions, and

local governments, to provide pharmacy benefit management services. These clients rely on

Express Scripts to negotiate rebates or other discounts from drug manufacturers to lower the cost

of prescription drugs. Express Scripts' clients negotiate with Express Scripts about whether and

to what extent any rebates and fees Express Scripts receives from manufacturers should be passed-through.

47.     Express Scripts also serves FEHBA carriers—private entities that contract with OPM to manage the day-to-day administration of FEHBA plans serving federal employees, including employees that reside in Rhode Island.  *See* 5 U.S.C. § 8902(a); *see also Puerto Rico*, 119 F.4th at 190 ("When [a PBM] negotiates rebates on behalf of FEHBA carriers, it assists OPM in carrying out its official task of administering federal health benefits.").

48.     As explained above, OPM has "direct and extensive control over these benefit contracts under FEHBA" and its standard form contracts "assume that PBMs will contract with FEHBA carriers and receive rebates."  *Puerto Rico*, 119 F.4th 174 at 182.

49.     OPM's standard form contract assumes that FEHBA carriers will contract with PBMs by including Section 1.28 entitled "Standards for Pharmacy Benefit Management Company (PBM) Arrangements."  *See* Ex. C at I-18–I-22.  OPM thus requires FEHBA carriers to impose "Transparency Standards" on PBMs contracting with such carriers:

a. The PBM must "negotiate[] and collect[] Manufacturer Payments allocable to the Carrier."  *Id.* § 1.28(a)(2)(iii) (p. I-18).  The PBM must agree to credit to the Carrier "the value [of] all Manufacturer Payments properly allocated to the Carrier."  *Id.*  Manufacturer Payments are defined broadly to include not only rebates but "any and all compensation, financial benefits, or remunerations the PBM receives from a pharmaceutical manufacturer."  *Id.*

b. The PBM must provide the Carrier "with quarterly and annual Manufacturer Payment Reports."  *Id.* § 1.28(a)(5) (p. I-18).

c. OPM may "review and receive any information and/or documents the Carrier receives from the PBM, including a copy of its contract with the PBM. *Id.* § 1.28(a)(7) (p. I-19).

d. The PBM will "[p]rovide information to physicians, pharmacies, other health care professionals, consumers, and payers about the factors that affect formulary system decisions, including . . . restraining health care costs." *Id.* at § 1.28(a)(8)(i). The PBM must also provide "consumer education that explains how formulary decisions are made." *Id.* § 1.28(a)(8)(iii).

e. The OPM Office of Inspector General can audit the PBMs' contracts with pharmacies, drug manufacturers, and others. *Id.* § 1.28(a)(9).

50. These contractual obligations "demonstrate that OPM exercised detailed supervision and monitoring over [a PBM's] provision of PBM services to FEHBA carriers, such that [a PBM] was acting under federal authority when it negotiated rebates." *See Puerto Rico*, 119 F.4th at 190.

51. When Express Scripts negotiates rebates or administrative fees from drug manufacturers, it does not separately negotiate rebates for the benefit of FEHBA carriers and non-FEHBA carriers.

52. Thus, when Express Scripts negotiates rebates for "FEHBA carriers, it assists OPM in carrying out its official task of administering federal health benefits." *Id.* This is "a task that the government would otherwise have to perform itself." *Id.* at 191.

**C.    Rhode Island's Claims are Connected or Associated with Express Scripts' Conduct Directed by a Federal Officer.**

53. To show a nexus or connection between the conduct and official authority, a defendant need only show that the conduct "relate[s] to" the asserted authority. 28 U.S.C.

13

§ 1442(a)(1). This does not require a strict causal connection because a defendant's conduct must only be "in association with or connection with" the conduct directed by a federal officer. *Puerto Rico*, 119 F.4th at 186. Congress amended § 1442(a)(1) to include "relating to" "because it wished to 'broaden the universe of acts that enable Federal Officers to remove [suits] to Federal court.'" *Id.* (quoting H.R. Rep. No. 112-17, at 6 (2011)).

### 1. Rhode Island's Claims are Connected or Associated with Express Scripts' Conduct Collecting Copayments under TRICARE.

54.     Rhode Island first alleges that Express Scripts' rebate negotiations have injured its citizens directly because they pay higher "out-of-pocket drug" costs, are forced to "utilize[e] ... high cost brand-name drugs over cheaper and equally effective alternatives," and are "block[ed] from meaningfully accessing cheaper and, in some instances, safer alternative." Compl. ¶ 167. Rhode Island alleges that "[n]early a quarter of adults in Rhode Island either did not fill a prescription, cut pills in half, or skipped a dose due to concerns about costs." *Id.* ¶ 149.

55.     As explained above, for those Rhode Island citizens receiving medications through TRICARE—either from retail pharmacies or through the TMOP—the out-of-pocket costs those citizens must pay, and that Express Scripts ensure are collected, are dictated by federal law and Express Scripts' contract with the DoD.

56.     Express Scripts' obligations to cause the collection of co-payments through TRICARE is thus connected or associated with the Rhode Island's claims.

57.     In addition, Rhode Island alleges that "the PBM Defendants have steered customers to their own pharmacies or offered higher payments to their own pharmacies, at the expense of independent pharmacies that depend on access to their networks to remain afloat." Compl. ¶ 182. Rhode Island claims that Express Scripts has "forc[ed] independent pharmacies to accept unfair reimbursement rates which are near or sometimes even below acquisition costs and steering mail

order and specialty business, which is significantly more profitable to the PBM Defendants'
affiliates pharmacies." *Id.* ¶ 245.

58.     Rhode Island alleges this "steering" conduct "significantly reduces and, in some
instances, eliminates competition in the mail order and specialty pharmacy business by forcing
consumers to use the PBM Defendants' affiliated pharmacies" and "drives up costs for consumers,
particularly with respect to specialty drugs." *Id.* ¶ 247.

59.     As discussed above, the TRICARE Contract also requires Express Scripts to
"administer a retail pharmacy network" and to "process reimbursements for claims filed at retail
network and non-network pharmacies." *See* Ex. B § C.1.  Thus, Express Scripts' obligations to
administer this retail pharmacy network for TRICARE members are also connected or associated
with Rhode Island's "steering" claims.

60.     Moreover, Rhode Island's "steering" claims are also connected or associated with
the obligation of health care contractors to provide the "best value to the *United States*" under 10
U.S.C. § 1073a (emphasis added).

### 2. Rhode Island's Claims are Connected or Associated with Express Scripts' Rebates for the Benefit of FEHBA Carriers and Their Federal Employee Beneficiaries.

61.     Through its allegations regarding an "unfair and deceptive scheme," Rhode Island
categorically challenges Express Scripts' negotiations and contracts with prescription drug
manufacturers for rebates or other manufacturer payments.  *See, e.g.*, Compl. ¶¶ 34–42, 82–109.

62.     But Express Scripts does not engage in separate rebate negotiations for FEHBA
Carriers and non-FEHBA plans.  During the relevant time period, Express Scripts conducted
manufacturer rebate negotiations simultaneously on behalf of federal government plans, including
FEHBA plans, state government plans, and commercial plans collectively.

63.     OPM requires FEHBA-Carriers' contracts with Express Scripts to address Express Scripts' negotiations for rebates or other Manufacturer Payments, including requiring provisions requiring a complete pass-through of all rebates and quarterly and annual reporting about those rebates.  *See* Ex. C at 1-18.

64.     By targeting Express Scripts' negotiations with manufacturers, the Rhode Island's claims are connected or associated with Express Scripts' conduct performed at the direction of OPM.  *See Puerto Rico*, 119 F.4th at 190 (finding similar allegations brought by Puerto Rico against Caremark were "related to" the work Caremark performs under OPM's authority).

### D.     Express Scripts Has Colorable Federal Defenses.

65.     For federal-officer removal purposes, a defense only needs to be colorable. *Jefferson Cnty.*, 527 U.S. at 431.  "Colorable" is a low bar; a defense "need not be 'clearly sustainable." *Puerto Rico*, 119 F.4th at 186; *see also Ruppel v. CBS Corp.*, 701 F.3d 1176, 1182 (7th Cir. 2012) (defense is "colorable" so long as it is "plausible").  The defense cannot be "immaterial and made solely for the purpose of obtaining jurisdiction or wholly insubstantial and frivolous." *Puerto Rico*, 119 F.4th at 186 (internal quotation marks omitted).

66.     Here, as described below, Express Scripts can raise a colorable government-contractor immunity defense and a colorable preemption-based defense under the TRICARE statute, as well as a colorable preemption-based defense under FEHBA, to these claims and the relief Rhode Island seeks.

### 1.     Express Scripts Has a Colorable Government-contractor Immunity Defense and a Colorable Preemption-based Defense under the TRICARE Statute.

67.     Rhode Island alleges that its DPTA compels Express Scripts to charge prices and assess co-pays to Rhode Island residents—necessarily including TRICARE beneficiaries—lower

than it actually charged them pursuant to the directives of federal law and the terms of the contracts by which the DoD instructed Express Scripts.

68.     In particular, Rhode Island seeks "[c]onsumer restitution" to collect money that Rhode Island consumers allegedly overpaid because of the supposed violations.  Compl. at 82. Those alleged overpayments include "higher out-of-pocket costs based on the artificially inflated WAC prices," (*id.* ¶ 244), for prescription drugs allegedly resulting from Express Scripts' rebate negotiations and increased "costs for consumers, particularly with respect to specialty drugs" allegedly resulting from Express Scripts "forcing independent pharmacies to accept unfair reimbursement rates." *Id.* ¶¶ 245 & 247.

69.     For those Rhode Island citizens who are TRICARE beneficiaries, Express Scripts had no choice but to cause the charging of the specific co-payments required by the TRICARE Contract.   Rhode Island's allegations therefore inherently conflict with Express Scripts' performance of its contractual obligations to the federal government.

70.     Rhode Island also seeks an injunction that could require Express Scripts to stop charging the co-payments and administering a pharmacy network as required under the TRICARE Contract.  Specifically, Rhode Island seeks to "permanently enjoin Defendants from engaging in unfair and deceptive acts and practices and unfair methods of competition" described in the Complaint. Compl. at 82.  Rhode Island contends that collecting allegedly inflated payments from Rhode Island citizens, including those relying on the TMOP, violates the DTPA. *See*, *e.g.*, Compl. ¶¶ 217-227 (alleging DTPA violation concerning "deceptive acts and practices), 228-234 (alleging DTPA violation concerning "unfair acts and practices"), and 235-248 (alleging DTPA violation of "unfair methods of competition").

71.     Rhode Island therefore seeks an injunction that, if granted, would prohibit Express Scripts from collecting the co-payments from TRICARE beneficiaries that federal law and the TRICARE Contract mandate be collected and from administering a pharmacy network for TRICARE members.  The injunction would also create another conflict between Rhode Island law and Express Scripts' obligations under the TRICARE Contract by prohibiting Express Scripts from administering the pharmacy network for TRICARE members that the TRICARE Contract requires.

72.     Rhode Island also seeks, Compl. at 83, an order requiring Express Scripts to pay a civil penalty "for and each and every violation alleged in the Complaint" concerning the allegedly inflated prices of prescription drugs.  But, as explained above, Express Scripts must use WAC or AWP when adjudicating TRICARE beneficiary claims and negotiating with pharmacies included in TRICARE's retail pharmacy network.  Any order that penalized Express Scripts based on WAC or AWP conflicts with Express Scripts' obligations under the TRICARE Contract.

73.     Express Scripts cannot simultaneously comply with its obligations under the TRICARE contracts and the interpretation of Rhode Island law alleged in Rhode Island's complaint.  That conflict makes a federal contractor immunity defense colorable.

74.     In addition to government-contractor immunity, Express Scripts can raise a colorable preemption defense based on the statute authorizing the Secretary of Defense to enter into group health-insurance contracts to support TRICARE.  *See* 10 U.S.C. §§ 1071, 1072(7), 1073(a), 1074g.

75.     Congress included express preemption provisions in that statute.  *See* 10 U.S.C. § 1103(a) ("A law or regulation of a State or local government relating to health insurance, prepaid health plans, or other health care delivery or financing methods shall not apply to any contract

entered into pursuant to this chapter by the Secretary of Defense," to the extent the state law is "inconsistent," or preemption is "necessary" to implement or administer the contract); *see also* 32 C.F.R. § 199.17(a)(7) (DoD regulations implementing the statute).

76.     Therefore, the same conflict between Rhode Island's interpretation of Rhode Island law and Express Scripts' obligations under the TRICARE Contract described above also permits Express Scripts to raise a colorable preemption defense.

### 2. Express Scripts Has a Colorable Federal Preemption Defense under FEHBA.

77.     Express Scripts also has a colorable preemption defense based on its work directed by OPM under FEHBA.

78.     FEHBA provides that "[t]he terms of any contract under this chapter which relate to the nature, provision, or extent of coverage or benefits (including payments with respect to benefits) shall supersede and preempt any State or local law, or any regulation issued thereunder, which relates to health insurance or plans." 5 U.S.C.§ 8902(m)(1); *see also Puerto Rico*, 119 F.4th at 190 (referring to 5 U.S.C.§ 8902(m)(1) as "an express preemption provision").

79.     As discussed above, OPM directs FEHBA-Carriers' contracts with Express Scripts to include terms governing PBMs' obligations regarding rebates.

80.     In this lawsuit, Rhode Island challenges what OPM authorizes through its standard contracts: Express Scripts' negotiation for and collection of rebates from prescription drug manufacturers.

81.     In addition, OPM requires Express Scripts to make disclosures regarding Manufacturer Payments and formulary developments to FEHBA Carriers, consumers, and others. But Rhode Island challenges representations about rebates, other payments, and formularies as misrepresentations. *See, e.g.*, Compl. ¶¶ 67–77 & 223.

82.     Express Scripts, like Caremark in a similar case brought by Puerto Rico, "might raise FEHBA preemption for liability and rebates negotiations that follow the terms of any FEHBA contract." *Puerto Rico*, 119 F.4th at 190 (cleaned up).  The defense is colorable, and Express Scripts "is entitled to have a federal court weigh in on the validity of that defense." *Id.*

## REMOVAL OF THE ENTIRE ACTION

83.     Congress authorized federal officers and their agents to remove an entire "civil action" under 28 U.S.C. § 1442(a).  *See, e.g.*, *Puerto Rico*, 119 F.4th at 182 ("[T]he statute authorizes removal of the entire action even if only one of the controversies it raises involves a federal officer or agency.") (quotation marks omitted).

84.     Thus, this notice of removal permits the removal of the entire action.

85.     To the extent supplemental jurisdiction is implicated, the Court also has supplemental jurisdiction under 28 U.S.C. § 1367(a) over all other claims in this action because they form part of the same case or controversy under Article III of the United States Constitution.

## ALL OTHER REMOVAL REQUIREMENTS ARE SATISFIED.

### A.  The Notice of Removal Is Timely.

86.      This Notice of Removal is timely because it is filed within 30 days of service of the Complaint on the removing Defendant. 28 U.S.C. § 1446(b)(1).  Express Scripts accepted service of the Complaint on May 29, 2025.

### B.  Consent is not Required.

87.     The federal-officer-removal statute does not require other defendants to consent to removal.  *See Puerto Rico*, 119 F.4th at 185 ("[I]f a single defendant properly removed under § 1442, the entire action, with all defendants, must be removed to federal court.").

## C. Written Notice of Removal.

88.     In accordance with 28 U.S.C. § 1446(d), Express Scripts will give written notice of the filing of this Notice of Removal to all adverse parties of record in this matter and will file a copy of this Notice with the clerk of the state court.

89.     Pursuant to 28 U.S.C. § 1446(a), Express Scripts includes a copy of the complaint and all related process served on it.  *See* Ex. A.

## <u>CONCLUSION</u>

WHEREFORE, Express Scripts removes this Action to this Court for further proceedings according to law.

Dated: June 27, 2025

*Nicole J. Benjamin*
NICOLE J. BENJAMIN (#7540)
nbenjamin@apslaw.com
JOHN A. TARANTINO (#2586)
jtarantino@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
100 Westminster Street, 16th Floor
Providence, RI  02903
Tel:  401-274-7200
Fax:  401-751-0604

*Counsel for Defendant Express Scripts, Inc.*

21

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# EXHIBIT C

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# FEDERAL EMPLOYEES
# HEALTH BENEFITS PROGRAM

*STANDARD CONTRACT*

*FOR*

*EXPERIENCE-RATED*
*HEALTH MAINTENANCE ORGANIZATION*
*CARRIERS*

# 2019

ER-HMO 2019

## CONTRACT FOR FEDERAL EMPLOYEES HEALTH BENEFITS

CONTRACT NO:  CS                     FULL CONTRACT: 2019
EFFECTIVE:  January 1, 2019          EFFECTIVE:  January 1, 2019

BETWEEN:      The United States Office of Personnel Management
              *hereinafter called OPM or the Government*

              Address:    1900 E Street, NW
                          Washington, DC 20415-3610

AND

CONTRACTOR:  _____.
             *hereinafter also called the Carrier*

             Address:

In consideration of payment by OPM of subscription charges set forth in Appendix B, the Carrier agrees to perform all of the services set forth in this contract, including Appendix A.

FOR THE CARRIER                           FOR THE GOVERNMENT

_____           _____
Name of person authorized to execute contract    Name of Contracting Officer
         *(type or print)*                            *(type or print)*

_____           Chief, Insurance Contracts Div. II
Title of Signer                           Title of Signer

_____           _____
Signature of person authorized to execute contract   Signature

_____           _____
Date signed                               Date signed

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# TABLE OF CONTENTS

This is an experience-rated contract for the Health Maintenance Organization Carrier and consists of the cover page, the table of contents and the provisions, clauses and appendices as included in PARTS 1 through 6.

## PART I - GENERAL PROVISIONS

1.1    DEFINITIONS OF FEHB TERMS
1.2    ENTIRE CONTRACT
1.3    ORDER OF PRECEDENCE
1.4    INCORPORATION OF LAWS AND REGULATIONS
1.5    RECORDS AND INFORMATION TO BE FURNISHED BY OPM
1.6    CONFIDENTIALITY OF RECORDS (FEHBAR)
1.7    STATISTICS AND SPECIAL STUDIES
1.8    NOTICE
1.9    PLAN PERFORMANCE—EXPERIENCE-RATED HMO CONTRACTS
1.10   NOTICE OF SIGNIFICANT EVENTS (FEHBAR)
1.11   FEHB INSPECTION (FEHBAR)
1.12   CORRECTION OF DEFICIENCIES
1.13   INFORMATION AND MARKETING MATERIALS
1.14   MISLEADING, DECEPTIVE OR UNFAIR ADVERTISING (FEHBAR)
1.15   RENEWAL AND WITHDRAWAL OF APPROVAL (FEHBAR)
1.16   SUBCONTRACTS (FEHBAR)
1.17   NOVATION AGREEMENT (FEHBAR)
1.18   AGREEMENT TO RECOGNIZE CARRIER'S CHANGE OF NAME (FEHBAR)
1.19   [RESERVED]
1.20   PATIENT BILL OF RIGHTS
1.21   ADMINISTRATIVE SIMPLIFICATION - HIPAA (Experience-Rated HMO)
1.22   HIPAA COMPLIANCE
1.23   NOTICE ON TERMINATION OF FEHBP OR PROVIDER CONTRACT (HMO)
1.24   TRANSITIONAL CARE
1.25   DISCLOSURE NOTICE UNDER P.L. 108-173 (MEDICARE MODERNIZATION ACT OF 2003)
1.26   CARRIER DISASTER RECOVERY PLAN
1.27   HEALTH INFORMATION TECHNOLOGY REQUIREMENTS
1.28   STANDARDS FOR PHARMACY BENEFIT MANAGEMENT COMPANY (PBM) ARRANGEMENTS
1.29   HEALTH INFORMATION TECHNOLOGY PRIVACY AND SECURITY
1.30   RESERVED
1.31   DEFINITION OF INFORMATION SECURITY
1.32   CARRIER PERSONNEL SECURITY REQUIREMENTS
1.33   INFORMATION TECHNOLOGY SYSTEMS SECURITY
1.34   CARRIER ACCESS TO OPM IT SYSTEMS

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

1.35    PROCEDURES FOR REPORTING A LETTER OF CREDIT SYSTEM SECURITY
        BREACH
1.36    FEDERAL FLEXIBLE SPENDING ACCOUNT PROGRAM (FSAFEDS)
        PAPERLESS REIMBURSEMENT

                        PART II - BENEFITS

2.1     ENROLLMENT ELIGIBILITY AND EVIDENCE OF ENROLLMENT
2.2     BENEFITS PROVIDED
2.3     PAYMENT OF BENEFITS AND PROVISION OF SERVICES AND SUPPLIES
2.4     TERMINATION OF COVERAGE AND CONVERSION PRIVILEGES
2.5     SUBROGATION AND REIMBURSEMENT
2.6     COORDINATION OF BENEFITS (FEHBAR)
2.7     DEBARMENT AND OTHER SANCTIONS
2.8     FILING HEALTH BENEFIT CLAIMS/COURT REVIEW OF DISPUTED CLAIMS
2.9     PROTECTION OF MEMBERS AGAINST PROVIDER CLAIMS
2.10    INDEPENDENT LABORATORIES
2.11    CLAIMS PROCESSING
2.12    CALCULATION OF COST SHARING PROVISIONS
2.13    BENEFIT PAYMENTS WHEN MEDICARE IS PRIMARY
2.14    CONTINUING REQUIREMENTS AFTER TERMINATION OF THE CARRIER
2.15    LARGE PROVIDER AGREEMENTS (FEHBAR)
2.16    COORDINATION OF PRESCRIPTION DRUG BENEFITS WITH MEDICARE

                PART III - PAYMENTS, CHARGES AND ACCOUNTING

3.1     PAYMENTS—EXPERIENCE-RATED CONTRACTS (FEHBAR)
3.2     ACCOUNTING AND ALLOWABLE COST (FEHBAR)
3.3     SPECIAL RESERVE
3.4     INVESTMENT INCOME (FEHBAR)
3.5     NON-COMMINGLING OF FUNDS (FEHBAR)
3.6     UNCASHED CHECKS
3.7     SERVICE CHARGE
3.8     CONTRACTOR RECORDS RETENTION (FEHBAR)
3.9     APPROVAL FOR ASSIGNMENT OF CLAIMS (FEHBAR)
3.10    AUDIT, FINANCIAL, AND OTHER INFORMATION
3.11    SURVEY CHARGES
3.12    FEHB CLEARINGHOUSE
3.13    TAXPAYER IDENTIFICATION NUMBER (FEHBAR)
3.14    REPORTABLE OVERPAYMENTS
3.15    AUDIT RESOLUTION
3.16    REPORTABLE FINDINGS
3.17    FEHB FAMILY MEMBER VERIFICATION AUDIT

                    PART IV - SPECIAL PROVISIONS

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

4.1     ALTERATIONS IN CONTRACT (FAR)

PART V - STANDARD CLAUSES

This contract shall include all of the following standard clauses required by the Federal Acquisition Regulation (FAR) or Federal Employees Health Benefits Acquisition Regulation (FEHBAR).

5.1     DEFINITIONS
5.2     [RESERVED]
5.3     GRATUITIES
5.4     COVENANT AGAINST CONTINGENT FEES
5.5     ANTI-KICKBACK PROCEDURES
5.6     [RESERVED]
5.7     AUDIT AND RECORDS-NEGOTIATION
5.8     PRICE REDUCTION FOR DEFECTIVE CERTIFIED COST OR PRICING DATA
5.9     [RESERVED]
5.10    SUBCONTRACTOR CERTIFIED COST OR PRICING DATA
5.11    [RESERVED]
5.12    FACILITIES CAPITAL COST OF MONEY
5.13    WAIVER OF FACILITIES CAPITAL COST OF MONEY
5.14    UTILIZATION OF SMALL BUSINESS CONCERNS
5.15    [RESERVED]
5.16    [RESERVED]
5.17    CONVICT LABOR
5.18    CONTRACT WORK HOURS AND SAFETY STANDARDS ACT-OVERTIME
        COMPENSATION-GENERAL
5.19    EQUAL OPPORTUNITY
5.20    [RESERVED]
5.21    NOTIFICATION OF VISA DENIAL
5.22    EQUAL OPPORTUNITY FOR VETERANS
5.23    EQUAL OPPORTUNITY FOR WORKERS WITH DISABILITIES
5.24    [RESERVED]
5.25    DRUG FREE WORKPLACE
5.26    [RESERVED]
5.27    FEDERAL, STATE, AND LOCAL TAXES (STATE AND LOCAL ADJUSTMENTS)
5.28    [RESERVED]
5.29    TAXES--FOREIGN NEGOTIATED BENEFITS CONTRACTS
5.30    [RESERVED]
5.31    [RESERVED]
5.32    [RESERVED]
5.33    DISCOUNTS FOR PROMPT PAYMENT
5.34    INTEREST
5.35    ASSIGNMENT OF CLAIMS
5.36    DISPUTES
5.37    NOTICE OF INTENT TO DISALLOW COSTS

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

5.38  CHANGES--NEGOTIATED BENEFITS CONTRACTS
5.39  COMPETITION IN SUBCONTRACTING
5.40  GOVERNMENT PROPERTY NEGOTIATED BENEFITS CONTRACTS)
5.41  LIMITATION OF LIABILITY--SERVICES
5.42  PREFERENCE FOR U.S. FLAG AIR CARRIERS
5.43  GOVERNMENT SUPPLY SOURCES
5.44  AUTHORIZED DEVIATIONS IN CLAUSES
5.45  LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS
5.46  [RESERVED]
5.47  PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH CONTRACTORS DEBARRED, SUSPENDED OR PROPOSED FOR DEBARMENT
5.48  BANKRUPTCY
5.49  FEHBP TERMINATION FOR CONVENIENCE OF THE GOVERNMENT-- NEGOTIATED BENEFITS CONTRACTS
5.50  FEHBP TERMINATION FOR DEFAULT-- NEGOTIATED BENEFITS CONTRACTS
5.51  PENSION ADJUSTMENTS AND ASSET REVERSIONS
5.52  REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS (PRB) OTHER THAN PENSIONS
5.53  NOTICE TO THE GOVERNMENT OF LABOR DISPUTES
5.54  PENALTIES FOR UNALLOWABLE COSTS
5.55  EMPLOYMENT REPORTS ON VETERANS
5.56  AUTHORIZATION AND CONSENT
5.57  NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT
5.58  PAYMENT BY ELECTRONIC FUNDS TRANSFER—SYSTEM FOR AWARD MANAGEMENT
5.59  PROHIBITION OF SEGREGATED FACILITIES
5.60  SUBCONTRACTS FOR COMMERCIAL ITEMS
5.61  NOTIFICATION OF EMPLOYEE RIGHTS UNDER NATIONAL LABOR RELATIONS ACT
5.62  APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM
5.63  SYSTEM FOR AWARD MANAGEMENT
5.64  CONTRACTOR CODE OF BUSINESS ETHICS AND CONDUCT
5.65  EMPLOYMENT ELIGIBILITY VERIFICATION
5.66  UPDATES OF PUBLICALLY AVAILABLE INFORMATION REGARDING RESPONSIBILITY MATTERS (DEVIATION)
5.67  PERSONAL IDENTITY VERIFICATION OF CONTRACTOR PERSONNEL
5.68  PRIVACY OR SECURITY SAFEGUARDS
5.69  ENCOURAGING CONTRACTOR POLICIES TO BAN TEXT MESSAGING WHILE DRIVING
5.70  CONTRACTOR EMPLOYEE WHISTLEBLOWER RIGHTS AND REQUIREMENT TO INFORM EMPLOYEES OF WHISTLEBLOWER RIGHTS
5.71  COMBATING TRAFFICKING IN PERSONS

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

5.72    SAFEGUARDING OF COVERED CONTRACTOR INFORMATION SYSTEMS
5.73    PROHIBITION ON REQUIRING CERTAIN INTERNAL CONFIDENTIALITY
        AGREEMENTS OR STATEMENTS

PART VI -- APPENDICES

A-      FEHBP BROCHURE
B-      SUBSCRIPTION RATES, CHARGES AND LIMITATIONS
C-      FEHBP SUPPLEMENTAL LITERATURE GUIDELINES JANUARY 2016
D-      RULES FOR COORDINATION OF BENEFITS, MODEL REGULATION SERVICE--
        JANUARY 2005, NATIONAL ASSOCIATION OF INSURANCE
        COMMISSIONERS
E-      SMALL BUSINESS SUBCONTRACTING PLAN (if applicable)
F-      MEASURES AND CONTRIBUTIONS TO PERFORMANCE AREAS AND SCORES
        FOR 2018 PERFORMANCE AND 2019 PERFORMANCE ADJUSTMENT

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# PART I - GENERAL PROVISIONS

SECTION 1.1
DEFINITIONS OF FEHB TERMS (JAN 2012)

For purpose of this contract, the following definitions apply:

**Act**: The Federal Employees Health Benefits Act, as amended; chapter 89 of title 5, United States Code.

**Benefits**: Covered services or payment for covered services set forth in Appendix A, to which Members are entitled to the extent provided by this contract.

**Carrier**: As defined by chapter 89 of title 5, United States Code, and may be used interchangeably with the term Contractor.

**Enrollee**: The Federal employee, Tribal Employee, annuitant, former spouse, temporarily-covered former Federal employee or family member enrolled under this contract.

**FEHBP**: Federal Employees Health Benefits Program.

**Letter of Credit**: The method by which certain Carriers, and their underwriters if authorized, receive recurring premium payments and contingency reserve payments by drawing against a commitment (certified by a responsible OPM official) which specifies a dollar amount available. For each Carrier participating in the Letter of Credit arrangement for payment under FEHBAR 1632.170(b), the terms "Carrier reserves" and "special reserves" include any balance in the Carrier's Letter of Credit account.

**Member**: The Enrollee and/or an eligible family member for benefit purposes, and sometimes referred to as subscriber.

**Regulations**: (1) The Federal Employees Health Benefits Regulations; part 890, title 5, Code of Federal Regulations, and (2) Chapters 1 and 16 of title 48, Code of Federal Regulations.

**Subcontractor**: Any supplier, distributor, vendor, or firm that furnishes supplies or services to or for a prime contractor, or another subcontractor, except for providers of direct medical services or supplies pursuant to the Carrier's health benefits plan.

**Tribal Employee**: A full-time or part-time common law employee of a tribal employer.

**Tribal Employer**: A Tribal Employer is an Indian tribe or tribal organization, as those terms are defined in 25 U.S.C. Chapter 18, carrying out at least one program under the Indian Self-Determination and Education Assistance Act or an urban Indian organization as that term is defined in 25 U.S.C. Chapter 18 carrying out at least one program under the title V of the Indian Health Care Improvement Act, provided that OPM accepts the tribe, tribal organization, or urban Indian organization's agreement to offer FEHB.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION 1.2
ENTIRE CONTRACT (JAN 2009)

(a)  This document as described in the *Table of Contents* constitutes the entire contract between the parties.  No oral statement of any person shall modify or otherwise affect the terms, conditions, or specifications stated in this contract.  Requests for modifications of this contract must be submitted in writing to the authorized Contracting Officer. Only the Contracting Officer acting within the scope of his or her authority may execute a contract modification on behalf of the government.

(b)  All statements concerning coverage or benefits made by OPM, the Carrier or by any individual covered under this contract shall be deemed representations and not warranties.  No such statement shall convey or void any coverage, increase or reduce any benefits under this contract or be used in the prosecution of or defense of a claim under this contract unless it is contained in writing and a copy of the instrument containing the statement is or has been furnished to the Member or to the person making the claim.

SECTION 1.3
ORDER OF PRECEDENCE (JAN 1996)

Any inconsistency in this contract shall be resolved by giving precedence in the following descending order:  The Act, the regulations in part 890, title 5, Code of Federal Regulations, the regulations in chapters 1 and 16, title 48, Code of Federal Regulations, and this contract.

SECTION 1.4
INCORPORATION OF LAWS AND REGULATIONS (JAN 2002)

(a)  The applicable provisions of (1) chapter 89 of title 5, United States Code; (2) OPM's regulations as contained in part 890, title 5, Code of Federal Regulations; and (3) chapters 1 and 16 of title 48, Code of Federal Regulations constitute a part of this contract as if fully set forth herein, and the other provisions of this contract shall be construed so as to comply therewith.

(b)  If the Regulations are changed in a manner which would increase the Carrier's liability under this contract, the Contracting Officer will make an equitable adjustment in accordance with the changes clause, Section 5.38 -- Changes--Negotiated Benefits Contracts.

SECTION 1.5
RECORDS AND INFORMATION TO BE FURNISHED BY OPM (JAN 2011)

(a)  OPM shall maintain or cause to be maintained records from which the Carrier may determine the names and social security numbers of all Enrollees.  OPM, other agencies of the Federal Government, Tribal Employer, or the FEHB Clearinghouse shall furnish the information to the Carrier at such times and in such form and detail as will enable the Carrier to maintain a currently accurate record of all Enrollees.

(b)  The Carrier is entitled to rely on information furnished to it under paragraph (a). OPM agrees that any liabilities incurred under this contract in reliance upon such information shall be a valid charge against the contract.  Errors or delays in keeping or reporting data relating

Case 1:25-cv-00368-MRD-PAS Document 16 Filed 06/27/25 Page 11 of 346 PageID #: 1665

to coverage shall not invalidate coverage that would otherwise be validly in force and shall not continue coverage that would otherwise be terminated.  OPM shall make an equitable adjustment of premiums upon discovery of errors or delays under this Section.

(c) Clerical error (whether by OPM, any other agency, Tribal Employer, the FEHB Clearinghouse, or the Carrier) in keeping records pertaining to coverage under this contract, delays in making entries thereon, or failure to make or account for any deduction of enrollment charges, shall not invalidate coverage otherwise validly in force or continue coverage otherwise validly terminated.  OPM shall make an equitable adjustment of premiums when an error, delay, or failure is discovered.  If any person finds relevant facts pertaining to a person covered under this contract to be misstated, and if the misstatement affects the existence, amount, or extent of coverage, the actual facts shall determine whether coverage is in force under the terms of this contract and in what amount or to what extent.  Any claim payments the Carrier makes before an adjustment or determination shall be a valid charge against this contract.

(d)  The OPM shall direct the agencies and Tribal Employers to provide the Carrier or the FEHB Clearinghouse, not less often than quarterly, the names of Enrollees enrolled under the contract by payroll office and the premium paid for those Enrollees for the current pay cycle. The Carrier shall at least quarterly reconcile its enrollment records with those provided by the Government, the Tribal Employer, or the FEHB Clearinghouse.

(e) In instances of erroneous enrollments where benefit payments have been made in error, the Carrier must inform enrollees within forty-five days of when the Carrier receives notification from the agency or the Tribal Employer that the Carrier will collect for these benefit payments.  The Carrier shall provide notice to the enrollees that they have the right to contest their enrollment change with their agency, Tribal Employer, or their retirement system.

SECTION 1.6
CONFIDENTIALITY OF RECORDS (JAN 1991) (FEHBAR 1652.224-70)

(a)  The Carrier shall use the personal data on employees and annuitants that is provided by agencies and OPM, including social security numbers, for only those routine uses stipulated for the data and published annually in the *Federal Register* as part of OPM's notice of systems of records.

(b)  The Carrier shall also hold all medical records, and information relating thereto, of Federal subscribers confidential except as follows:

(1) As may be reasonably necessary for the administration of this contract;

(2) As authorized by the patient or his or her guardian;

(3) As disclosure is necessary to permit Government officials having authority to investigate and prosecute alleged civil or criminal actions;

(4) As necessary to audit the contract;

(5) As necessary to carry out the coordination of benefit provisions of this contract; and

(6) For bona fide medical research or educational purposes.  Release of information for medical research or educational purposes shall be limited to aggregated information of a statistical nature that does not identify any individual by name, social security number, or any other identifier unique to an individual.

(c)  If the Carrier uses medical records for the administration of the contract, or for bona fide research or educational purposes, it shall so state in the Plan's brochure.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION 1.7
STATISTICS AND SPECIAL STUDIES (JAN 2009)

(a)  The Carrier shall maintain or cause to be maintained statistical records of its operations under the contract and shall furnish OPM, in the form prescribed by the Contracting Officer, the statistical reports reasonably necessary for the OPM to carry out its functions under Chapter 89 of title 5, United States Code.

(b)  The Carrier shall furnish such other reasonable statistical data and reports of special studies as the Contracting Officer may from time to time request for the purpose of carrying out its functions under Chapter 89 of title 5, United States Code.

(c) The Carrier shall furnish the routine reports in the required number of copies in a format to be determined by the Contracting Officer as instructed by OPM.

(d) The Carrier shall notify the OPM Contract Representative immediately upon a change in the name or address of the Carrier's contract administrator(s).

SECTION 1.8
NOTICE (JAN 2003)

Where the contract requires that notice be given to the other party, such notice must be given in writing to the address shown on this contract's signature page.  To notify OPM, the Carrier must write to the Contracting Officer, unless otherwise specified.

SECTION 1.9
PLAN PERFORMANCE--EXPERIENCE-RATED HMO CONTRACTS (JAN 2019)

(a) Detection of Fraud, Waste, and Abuse (FWA).  The Carrier shall conduct a program to assess its vulnerability to FWA to include, but not limited to, performing post-payment reviews and audits of providers identified either proactively or reactively.  The Carrier shall operate a system designed to detect and eliminate FWA internally by Carrier employees and Subcontractors, by providers providing goods or services to FEHB Members, and by individual FEHB Members.  In addition, FEHBP Carriers must demonstrate they have submitted written notification to OPM-OIG within 30 business days of identifying potential FWA issues impacting the FEHB Program regardless of dollar value.  The program must specify provisions in place for cost avoidance, not just fraud detection, along with criteria for follow-up actions.  The Carrier must submit to OPM an annual analysis of the costs and benefits of its FWA program. The Carrier must submit annual reports to OPM by March 31 addressing the following:

1)    Number of Allegations/Complaints Opened/Received;
2)    Number of Allegations/Complaints where there is FEHBP Program Exposure;
3)    Number of Cases Developed Through Proactive Fraud Prevention/Detection Software;
4)    Number of Cases Referred to Local, State, or Federal Law Enforcement/Oversight Agencies;
5)    Number of Case Notifications/Referrals Sent to OPM-OIG;
6)    Number of Cases Resolved Administratively;
7)    Dollars Identified as Loss;
8)    Estimated Financial Losses;

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

    9)    Non-Recoverable Loss;
   10)   Dollars Recovered by SIU;
   11)   Vendor Recoveries;
   12)   Actual Savings;
   13)   Prevented Loss;
   14)   Number of Criminal Convictions;
   15)   Prepayment Review;
   16)   Fraudulent Schemes;
   17)   Fraudulent Geographic Areas;
   18)   FWA Program Costs;
   19)   Other Associated Costs of the FWA Program;
   20)   Return on Investment; and
   21)   Best Practices

The report will also include the industry standards checklist.

  (b) <u>Clinical Care Measures</u>.  The Carrier shall measure and/or collect data on the quality of the health care services it provides to its members as requested by OPM.  Measurement/data collection efforts may include performance measurement systems such as Healthcare Effectiveness Data and Information Set (HEDIS), measures developed by the Pharmacy Quality Alliance (PQA), and similar measures developed by accrediting organizations such as, but not limited to, the Association for Ambulatory Health Care (AAAHC), the National Committee for Quality Assurance (NCQA), and URAC or endorsed by the National Quality Forum. Costs incurred by the Carrier for collecting or contracting with a vendor to collect quality measures/data shall be the Carrier's responsibility and are allowable administrative expenses, subject to the administrative cost limitation.

  (c) <u>Patient Safety</u>.  The Carrier shall implement a patient safety improvement program. At a minimum, the Carrier shall --

    (1) Report to OPM on its current patient safety initiatives;

    (2) Report to OPM on how it will strengthen its patient safety program for the future;

    (3) Assist OPM in providing its Members with consumer information and education regarding patient safety; and

    (4) Work with its providers, independent accrediting organizations, and others to implement patient safety improvement programs.

  (d)  <u>Accreditation</u>.  To demonstrate its commitment to providing quality health care, the Carrier shall continue to pursue and maintain accreditation according to the steps and timeframes outlined by OPM.  The Carrier shall submit accreditation changes and updates to its OPM contract representative.

  (e)  <u>Consumer Assessments of Healthcare Providers and Systems (CAHPS)</u>.  In addition to any other means of surveying Plan members that the Carrier may develop, the Carrier shall participate in the Consumer Assessments of Healthcare Providers and Systems (CAHPS) 5.0 Survey to provide feedback to enrollees on enrollee experience with the various FEHBP plans. The Carrier shall take into account the published results of the survey, or other results as directed by OPM, in identifying areas for improvement as part of the Carrier's quality assurance program. Payment of survey charges will be in accordance with Section 3.11.

  (f) <u>Physician Credentialing</u>. The Carrier is encouraged to use an independent accrediting organization to validate its physician credentialing.  If the Carrier's physicians meet the credentialing requirements of the credentialing organization, it has met and exceeds the

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

minimum requirements listed below.  Otherwise, the Carrier must demonstrate that it requires the following credential checks of all of its physicians, both during the initial hiring process and during periodic re-credentialing.  As an alternative, the Carrier may demonstrate that the following credential checks are performed by a secondary source, such as a hospital.

- Verification of medical school graduation records.
- Routine check with local and/or state medical societies and/or boards.
- Routine check of the Department of Health and Human Services (DHHS) list of debarred providers.
- Routine check of the National Practitioner Data Bank.

(g) <u>Contract Quality Assurance</u>.  The Carrier shall develop and apply a quality assurance program specifying procedures for assuring contract quality over the contract period. The Carrier shall meet the following standards and submit an annual report to OPM on these standards by July 1 of the following contract period.

(1) *Claims Processing Accuracy* - the number of FEHB claims processed accurately divided by the total number of FEHB claims processed.

REQUIRED STANDARD:  The Carrier shall accurately process at least 95 percent of FEHB claims.

(2) *Claims Timeliness* - the number of FEHB claims adjudicated (paid, denied, or a request for further information is sent out) within 30 working days from the date the Carrier received the claim, divided by the total number of FEHB claims received.

REQUIRED STANDARD: The Carrier adjudicates 95 percent of claims within 30 working days.

(3) *Processing ID cards on change of plan or option* - the number of calendar days from the date the Carrier receives the enrollment from the Enrollee's agency, Tribal Employer, or retirement system to the date it issues the ID card.

REQUIRED STANDARD: The Carrier shall issue all ID cards within 15 calendar days after receiving the enrollment from the Enrollee's agency, Tribal Employer, or retirement system except that the Carrier shall issue ID cards resulting from an open season election within 15 calendar days or by December 15, whichever is later.

(4) *Member Inquiries* - the number of written inquiries responded to within 15 working days divided by the total number written of inquiries received.

REQUIRED STANDARD: The Carrier shall respond to at least 90 percent of inquiries within 15 working days.

(5) *Telephone Access* - the Carrier shall report on the following statistics concerning telephone access to the member services department (or its equivalent) for the given time period. Except that, if the Carrier does not have a computerized phone system, report results of periodic surveys on telephone access.

(i) *Call Answer Timeliness* - the percentage of calls answered by a live voice (during operating hours) within 30 seconds.

REQUIRED STANDARD: The Carrier shall answer 80% of telephone calls by a live voice (during operating hours) within 30 seconds.

(ii) *Telephone Blockage Rate* - the number of calls receiving a busy signal when calling the Carrier divided by the total number of calls received.

REQUIRED STANDARD: The Carrier shall ensure that no more than 5 percent of calls receive a busy signal.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case Number: PC-2025-02760 MRDeasentDocument 6 Filed 06/27/25 Page 15 Page 40 of 1762 Page ID #: 1669

(iii) *Telephone Abandonment Rate* - the number of calls attempted but not connected to a live voice divided by the total number of calls attempted

REQUIRED STANDARD: The Carrier shall ensure that no more than 5 percent of calls during operating hours are abandoned before connection to a live voice.

(iv) *Initial Call Resolution* – the number of initial calls that result in a resolution of the issue divided by the total number of initial calls for an issue.

REQUIRED STANDARD: On average, caller's issues must be resolved during the initial call at least 80 percent of the time.

(6) *Responsiveness to FEHB Member Requests for Reconsideration*- the number of times the Carrier responds (affirms the denial in writing to the FEHB member, pays the claim, provides or authorizes coverage of the service, or requests additional information reasonably necessary to make a determination) within 30 days to a request for reconsideration of a disputed claim divided by the total number of requests for reconsideration of disputed claims received.

REQUIRED STANDARD: The Carrier shall respond to 100 percent of written FEHB disputed claim requests within 30 days after receipt by the Carrier.

(h) Quality Assurance Plan. The Carrier must demonstrate that a statistically valid sampling technique is routinely used prior to or after processing to randomly sample FEHB claims against Carrier quality assurance/fraud and abuse prevention standards.

(i) Reporting Compliance. The Carrier shall keep complete records of its quality assurance procedures and fraud prevention program and the results of their implementation and make them available to the Government as determined by OPM.

(j) FEHB Clearinghouse (CLER). The Carrier shall not have any CLER records with a 160 error code and a fail count of four or higher. A '160' error is when a Carrier reports an enrollment but no agency or Tribal Employer reports that enrollment.

(k) The Carrier must demonstrate that it uses and shall use a statistically valid sampling technique to identify FEHB claims prior to or after processing that requires coordination of benefits with a third party payer or the Carrier shall pursue and provide evidence that it pursues all claims for coordination of benefits.

(l) Correction of Deficiencies. The Contracting Officer may order the correction of a deficiency in the Carrier's quality assurance program or fraud prevention program. The Carrier shall take the necessary action promptly to implement the Contracting Officer's order. If the Contracting Officer orders a modification of the Carrier's quality assurance program or fraud prevention program pursuant to this paragraph after the contract year has begun, the costs incurred to correct the deficiency may be excluded from the administrative expenses -- for the contract year -- that are subject to the administrative expenses limitation specified at Appendix B; provided the Carrier demonstrates that the correction of the deficiency significantly increases the Carrier's liability under this contract.

(m) In order to allow sufficient implementation time, the Contracting Officer will notify the Carrier reasonably in advance of any new requirement(s) under paragraphs (a) through (l).

SECTION 1.10
NOTICE OF SIGNIFICANT EVENTS (JUL 2005) (FEHBAR 1652.222-70)

(a) The Carrier agrees to notify the Contracting Officer of any Significant Event within ten (10) working days after the Carrier becomes aware of it. As used in this section, a Significant Event is any occurrence or anticipated occurrence that might reasonably be expected

to have a material effect upon the Carrier's ability to meet its obligations under this contract, including, but not limited to, any of the following:

(1) Disposal of major assets;

(2) Loss of 15 percent or more of the Carrier's overall membership;

(3) Termination or modification of any contract or subcontract if such termination or modification might have a material effect on the Carrier's obligations under this contract;

(4) Addition or termination of provider agreements;

(5) Any changes in underwriters, reinsurers or participating plans;

(6) The imposition of, or notice of the intent to impose, a receivership, conservatorship, or special regulatory monitoring;

(7) The withdrawal of, or notice of intent to withdraw State licensing, HHS qualification, or any other status under Federal or State law;

(8) Default on a loan or other financial obligation;

(9) Any actual or potential labor dispute that delays or threatens to delay timely performance or substantially impairs the functioning of the Carrier's facilities or facilities used by the Carrier in the performance of the contract;

(10) Any change in its charter, constitution, or by-laws which affects any provision of this contract or the Carrier's participation in the Federal Employees Health Benefits Program;

(11) Any significant changes in policies and procedures or interpretations of the contract or brochure which would affect the benefits available under the contract or the costs charged to the contract;

(12) Any fraud, embezzlement or misappropriation of FEHB funds;

(13) Any written exceptions, reservations or qualifications expressed by the independent accounting firm (which ascribes to the standards of the American Institute of Certified Public Accountants) contracted with by the Carrier to provide an opinion on its annual financial statements.

(b) Upon learning of a Significant Event OPM may institute action, in proportion to the seriousness of the event, to protect the interest of Members, including, but not limited to--

(1) Directing the Carrier to take corrective action;

(2) Suspending new enrollments under this contract;

(3) Advising Enrollees of the Significant Event and providing them an opportunity to transfer to another plan;

(4) Withholding payment of subscription income or restricting access to the Carrier's Letter of Credit account;

(5) Terminating the enrollment of those Enrollees who, in the judgment of OPM, would be adversely affected by the Significant Event; or

(6) Terminating this contract pursuant to Section 1.15, Renewal and Withdrawal of Approval.

(c) Prior to taking action as described in paragraph (b) of this clause, the OPM will notify the Carrier and offer an opportunity to respond.

(d) The Carrier will insert this clause in any subcontract or subcontract modification if the amount of the subcontract or modification charged to the FEHB Program (or in the case of a community-rated Carrier, applicable to the FEHB Program) equals or exceeds $550,000 and is at least 25 percent of the total subcontract cost. The amount of the dollar charge to the FEHB Program shall be adjusted by the same amount and at the same time as any change to the threshold for application of the Truth in Negotiations Act pursuant to 41 U.S.C. 254b(a)(7).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION 1.11
FEHB INSPECTION (JUL 2005) (FEHBAR 1652.246-70)

(a)  The Contracting Officer, or an authorized representative of the Contracting Officer, has the right to inspect or evaluate the work performed or being performed under the contract, and the premises where the work is being performed, at all reasonable times and in a manner that will not unreasonably delay the work.

(b)  The Contractor shall maintain and the Contracting Officer, or an authorized representative of the Contracting Officer, shall have the right to examine and audit all books and records relating to the contract for purposes of the Contracting Officer's determination of the Carrier's subcontractor or Large Provider's compliance with the terms of the contract, including its payment (including rebate and other financial arrangements) and performance provisions. The Contractor shall make available at its office at all reasonable times those books and records for examination and audit for the record retention period specified in the Federal Employees Health Benefits Acquisition Regulation (FEHBAR), 48 CFR 1652.204-70. This subsection is applicable to subcontract and Large Provider Agreements with the exception of those that are subject to the "Audits and Records – Negotiation" clause, 48 CFR 52.215-2.

(c) If the Contracting Officer, or an authorized representative of the Contracting Officer, performs inspection, audit or evaluation on the premises of the Carrier, the subcontractor, or the Large Provider, the Carrier shall furnish or require the subcontractor or Large Provider to furnish all reasonable facilities for the safe and convenient performance of these duties.

(d) The Carrier shall insert this clause, including this subsection (d), in all subcontracts for underwriting and claim payments and administrative services and in all Large Provider Agreements and shall substitute "contractor", "Large Provider," or other appropriate reference for the term "Carrier."

SECTION 1.12
CORRECTION OF DEFICIENCIES (JAN 1996)

(a)  The Carrier shall maintain sufficient financial resources, facilities, providers, staff and other necessary resources to meet its obligations under this contract.  If the OPM determines that the Carrier does not demonstrate the ability to meet its obligations under this contract, the OPM shall notify the Carrier of the asserted deficiencies. The Carrier agrees that, within ten (10) working days following notification, it shall present detailed plans for correcting the deficiencies. These plans shall be presented in a form prescribed by the OPM. Pending submission or implementation of plans required under this Section, the OPM may institute action as it deems necessary to protect the interests of Members, including, but not limited to:

(1)  Suspending new enrollments under this contract;

(2)  Advising Enrollees of the asserted deficiencies and providing them an opportunity to transfer to another plan;

(3)  Withholding payment of subscription income or restricting access to the Carrier's Letter of Credit account; or

(4)  Terminating the enrollment of those Enrollees who, in the judgment of OPM, would be adversely affected by the deficiency.

ER-HMO 2019

(b)  The Carrier agrees that failure to submit or to diligently implement plans which are required under this Section shall constitute sufficient grounds for termination of this contract pursuant to Section 1.15, *Renewal and Withdrawal of Approval.*

(c)  Prior to taking action as described in paragraph (a) the OPM shall notify the Carrier and offer an opportunity to respond.

(d)  The Carrier shall include the substance of this clause in the contract with its underwriter and substitute an appropriate term for "Carrier."

SECTION 1.13
INFORMATION AND MARKETING MATERIALS (JAN 2014)

(a)  OPM and the Carrier shall agree upon language setting forth the benefits, exclusions and other language of the Plan. The Carrier bears full responsibility for the accuracy of its FEHB brochure.  OPM, in its sole discretion, may order the Carrier to produce and distribute the agreed upon brochure text, in a format and quantity approved by OPM, including a electronic 508 compliant brochure version, Section 508 of the Rehabilitation Act of 1973, as amended 29 U.S.C. § 794d, for OPM's website.  This formatted document is referred to as the FEHB brochure.  The Carrier shall distribute the FEHB brochure on a timely basis to new Enrollees and to other Enrollees upon their request.  The Carrier shall also distribute the document(s) to Federal agencies to be made available to such individuals who are eligible to enroll under this contract. At the direction of OPM, the Carrier shall produce and distribute an audio cassette version, CD, or other electronic media of the approved language. The Carrier may print additional FEHB brochures for distribution for its own use, but only in the approved format and at its own expense.

(b)  Supplemental material.  Only marketing materials or other supplemental literature prepared in accordance with FEHBAR 1652.203-70 (Section 1.14 of this contract) may be distributed or displayed at or through Federal facilities.

(c)  The Carrier shall reflect the statement of benefits in the agreed upon brochure text included at Appendix A of this contract, verbatim, in the FEHB brochure.

(d)  OPM may order the Carrier to prepare an addendum or reissue the FEHB brochure or any piece(s) of supplemental marketing material at no expense to the Government if it is found to not conform to the agreed upon brochure text and/or supplemental marketing materials preparations described in paragraphs (a), (b) and (c) of this section.

(e)  The Carrier shall produce and make available an FEHB Summary of Benefits and Coverage (SBC).

SECTION 1.14
MISLEADING, DECEPTIVE OR UNFAIR ADVERTISING (JAN 1991) (FEHBAR 1652.203-70)

(a)  The Carrier agrees that any advertising material, including that labeled promotional material, marketing material, or supplemental literature, shall be truthful and not misleading.

(b)  Criteria to assess compliance with paragraph (a) of this clause are available in the *FEHB Supplemental Literature Guidelines* which are developed by OPM and should be used, along with the additional guidelines set forth in FEHBAR 1603.7002, as the primary guide in preparing material; further guidance is provided in the NAIC *Advertisements of Accident and*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

*Sickness Insurance Model Regulation.* Guidelines are periodically updated and provided to the Carrier by OPM.

(c) Failure to conform to paragraph (a) of this clause may result in a reduction in the service charge, if appropriate, and corrective action to protect the interest of Federal Members. Corrective action will be appropriate to the circumstances and may include, but is not limited to the following actions by OPM:

(1) Directing the Carrier to cease and desist distribution, publication, or broadcast of the material;

(2) Directing the Carrier to issue corrections at the Carrier's expense and in the same manner and media as the original material was made; and

(3) Directing the Carrier to provide, at the Carrier's expense, the correction in writing by certified mail to all enrollees of the Plan(s) that had been the subject of the original material.

(d) Egregious or repeated offenses may result in the following action by OPM:

(1) Suspending new enrollments in the Carrier's Plan(s);

(2) Providing Enrollees an opportunity to transfer to another plan; and

(3) Terminating the contract in accordance with Section 1.15, Renewal and Withdrawal of Approval.

(e) Prior to taking action as described in paragraphs (c) and (d) of this clause, the OPM will notify the Carrier and offer an opportunity to respond.

(f) The Carrier shall incorporate this clause in subcontracts with its underwriter, if any, and other subcontractors directly involved in the preparation or distribution of such advertising material and shall substitute "Contractor" or other appropriate reference for the term "Carrier."

SECTION 1.15
RENEWAL AND WITHDRAWAL OF APPROVAL (JAN 1991) (FEHBAR 1652.249-70)

(a) The contract renews automatically for a term of one (1) year each January first, unless written notice of non-renewal is given either by OPM or the Carrier not less than 60 calendar days before the renewal date, or unless modified by mutual agreement.

(b) This contract also may be terminated at other times by order of OPM pursuant to 5 U.S.C. 8902(e). After OPM notifies the Carrier of its intent to terminate the contract, OPM may take action as it deems necessary to protect the interests of Members, including but not limited to--

(1) Suspending new enrollments under the contract;

(2) Advising Enrollees of the asserted deficiencies; and

(3) Providing Enrollees an opportunity to transfer to another plan.

(c) OPM may, after proper notice, terminate the contract at the end of the contract term if it finds that the Carrier did not have at least 300 Enrollees enrolled in its Plan at any time during the two preceding contract terms.

SECTION 1.16
SUBCONTRACTS (JUL 2005) (FEHBAR 1652.244-70)

(a) The Carrier will notify the Contracting Officer in writing at least 30 days in advance of entering into any subcontract or subcontract modification, or as otherwise specified by this contract, if the amount of the subcontract or modification charged to the FEHB Program equals or

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

exceeds $550,000 and is at least 25 percent of the total subcontract cost.  The amount of the dollar charge to the FEHB Program shall be adjusted by the same amount and at the same time as any change to the threshold for application of the Truth in Negotiations Act pursuant to 41 U.S.C. 254b(a)(7).  Failure to provide advance notice may result in a Contracting Officer's disallowance of subcontract costs or a penalty in the performance aspect of the Carrier's service charge.  In determining whether the amount chargeable to the FEHB Program contract for a given subcontract or modification equals or exceeds the $550,000 threshold, the following rules apply:

(1)  For initial advance notification, the Carrier shall add the total cost/price for the base year and all options, including quantity or service options and option periods.

(2)  For contract modifications, options and/or renewals (e.g. evergreen contracts) not accounted for in paragraph (a)(1) of this clause, the Carrier shall provide advance notification if they cause the total price to equal or exceed the threshold.  OPM's review will be of the modification(s), itself, but documentation for the original subcontract will be required to perform the review.  The $550,000 threshold will be adjusted by the same amount and at the same time as any change to the threshold for application of the Truth in Negotiations Act.  All subcontracts or subcontract modifications that equal or exceed the threshold are subject to audit under FAR 52.215-2 "Audit and Records-Negotiations" if based on cost analysis or 48 CFR 1646.301 and 1652.246-70 "FEHB Inspection" if based on price analysis.

(b)  The advance notification required by paragraph (a) of this clause shall include the information specified below:

(1)  A description of the supplies or services to be subcontracted;

(2)  Identification of the type of subcontract to be used;

(3)  Identification of the proposed subcontractor and an explanation of why and how the proposed subcontractor was selected, including the competition obtained;

(4)  The proposed subcontract price and the Carrier's cost or price analysis;

(5)  The subcontractor's current, complete, and accurate cost or pricing data and Certificate of Current Cost or Pricing Data, must be submitted to the Contracting Officer if required by law, regulation, or other contract provisions.

(6)  (Reserved)

(7)  A negotiation memorandum reflecting--

(i)  The principal elements of the subcontract price negotiations;

(ii)  The most significant consideration controlling establishment of initial or revised prices;

(iii)  An explanation of the reason cost or pricing data are not required, if the Carrier believes that cost or pricing data are not required.

(iv)  The extent, if any, to which the Carrier did not rely on the subcontractor's cost or pricing data in determining the price objective and in negotiating the final price;

(v) The extent, if any, to which it was recognized in the negotiation that the subcontractor's cost or pricing data were not accurate, complete, or current; the action taken by the Carrier and the subcontractor; and the effect of any such defective data on the total price negotiated;

(vi)  The reasons for any significant difference between the Carrier's price objective and the price negotiated; and

(vii)  A complete explanation of the incentive fee or profit plan when incentives are used.  The explanation will identify each critical performance element, management decisions used to quantify each incentive element, reasons for the incentives, and a summary of all trade-off possibilities considered.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(c)  The Carrier will obtain the Contracting Officer's written consent before placing any subcontract for which advance notification is required under paragraph (a) of this clause.  However, the Contracting Officer may ratify in writing any such subcontract for which written consent was not obtained.  Ratification will constitute the consent of the Contracting Officer.

(d)  The Contracting Officer may waive the requirement for advance notification and consent required by paragraphs (a), (b) and (c) of this clause where the Carrier and subcontractor submit an application or renewal as a contractor team arrangement as defined in FAR Subpart 9.6 and--

(1)  The Contracting Officer evaluated the arrangement during negotiation of the contract or contract renewal; and

(2)  The subcontractor's price and/or costs were included in the Plan's rates that were reviewed and approved by the Contracting Officer during negotiation of the contract or contract renewal.

(e)  If the Carrier follows the notification and consent requirements of paragraphs (a), (b) and (c) of this clause and subsequently obtains the Contracting Officer's consent or ratification, then the reasonableness of the subcontract's costs will be inferred as provided for in 1631.205-81.  However, consent or ratification by the Contracting Officer will not constitute a determination:

(1)  Of the acceptability of any subcontract terms or conditions;

(2)  Of the allowability of any cost under this contract; or

(3)  That the Carrier should be relieved of any responsibility for performing this contract.

(f)  No subcontract placed under this contract will provide for payment on a cost-plus-a-percentage-of-cost basis.  Any fee payable under cost reimbursement type subcontracts will not exceed the fee limitations in FAR 15.404-4(c)(4)(i).  Any profit or fee payable under a subcontract will be in accordance with the provision of Section 3.7, *Service Charge*.

(g)  The Carrier will give the Contracting Officer immediate written notice of any action or suit filed and prompt notice of any claim made against the Carrier by any subcontractor or vendor that, in the opinion of the Carrier, may result in litigation related in any way to this contract with respect to which the Carrier may be entitled to reimbursement from the Government.

SECTION 1.17
NOVATION AGREEMENT (JAN 1996)

The agreement at FEHBAR 1642.1204 shall be submitted for approval to OPM when the Carrier's assets or the entire portion of the assets pertinent to the performance of this contract, as determined by the Government, are transferred.

SECTION 1.18
AGREEMENT TO RECOGNIZE CARRIER'S CHANGE OF NAME (JAN 1996)

The agreement at FEHBAR 1642.1205 shall be submitted for approval to OPM when the Carrier changes its name and the Government's and Contractor's rights and obligations remain unaffected.

SECTION 1.19

ER-HMO 2019

[RESERVED]

SECTION 1.20
PATIENT BILL OF RIGHTS (JAN 1999)

(a)  The Carrier shall implement the recommendations in the Health Care Consumer Bill of Rights and Responsibilities ("Patient Bill of Rights") in accordance with OPM guidance.

(b) During the Carrier's provider contract renewal process, the Carrier shall make any necessary modifications to such provider contracts to comply with the recommendations of the Patient Bill of Rights in accordance with OPM guidance.  All new provider contracts with the Carrier shall comply with the recommendations of the Patient Bill of Rights in accordance with OPM guidance.

SECTION 1.21
ADMINISTRATIVE SIMPLIFICATION-HIPAA (Experience-Rated HMO) (JAN 2008)

(a) The Carrier shall implement and be in compliance with the Department of Health and Human Services (DHHS) regulations regarding the standards for electronic transactions, code sets and unique identifiers on the date DHHS specifies.  Subject to paragraph (c) of this section, the regulations at 45 CFR parts 160 and 162 are incorporated by reference in this contract.

(b) The Carrier shall implement and be in compliance with the DHHS regulations regarding the standards for privacy and security of individually identifiable health information on the date DHHS specifies. Subject to paragraph (c) of this section, the regulations at 45 CFR parts 160 and 164 are incorporated by reference in this contract.

(c)  Because OPM has determined that the DHHS administrative simplification regulations should serve as a uniform nationwide standard for the FEHB Program, and because of the preemption provision in 5 U.S.C. 8902(m)(1), the provisions of 45 CFR part 160, subpart B are inapplicable to the Carrier with respect to the Plan.

(d)  If the Carrier is an employee organization that retains an underwriter, then these requirements also apply to the underwriter with respect to the Plan.  If the Carrier for the plan authorized under 5 U.S.C. 8903(l), qualifies for limited application of the HHS Privacy Rule as a business associate, then the HHS Privacy Rule requirements apply to the underwriting participating affiliates.

SECTION 1.22
HIPAA COMPLIANCE (JAN 1998)

(a)  The Carrier shall comply with and shall take all steps reasonably necessary to ensure that its affiliates, subcontractors, and agents comply with the guaranteed availability provisions of the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and implementing regulations.  "Guaranteed availability" means the Carrier, affiliates, subcontractors, and agents do not engage in practices that:  1) decline to offer health insurance coverage (as defined in section 2791(b)(1) of the Public Health Service Act "the Act" ) to, or deny enrollment of an eligible individual (as defined in section 2741(b) of the Act); or, 2) impose any preexisting condition exclusion (as defined in section 2701(b)(1)(A) of the Act), with respect to such coverage.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case PC-25-cv-00308-MRD-PAS Document 16 Filed 06/27/25 Page 23 of 343 PageID #: 1677

(b) A State or Federal enforcement action as the result of noncompliance with the requirements of HIPAA is a significant event under Section 1.10 of this contract, Notice of Significant Events. If the Carrier, or any affiliate, subcontractor, or agent, is notified of any enforcement action by any Federal or State authority with regard to HIPAA compliance, the Carrier must notify OPM within ten working days of learning of the action.

SECTION 1.23
NOTICE ON TERMINATION OF FEHBP OR PROVIDER CONTRACT (HMO) (JAN 2003)

(a) Members who are undergoing treatment for a chronic or disabling condition or who are in the second or third trimester of pregnancy at the time a Carrier terminates (1) all or part of its FEHBP contract, (2) the members' specialty provider contract for reasons other than cause, may be able to continue to see their specialty provider for up to 90 days or through their postpartum care.

(b) The Carrier shall notify its members in writing of its intent to terminate all or part of its FEHBP contract, including service area reductions, or the members' specialty provider contract for reasons other than cause, in order to allow sufficient time for the members to arrange for continued care after the 90-day period or their postpartum care, whichever applies. The Carrier shall send the required notice to the member if the Carrier has in its records an address for the member different from the enrollee's address; otherwise, the Carrier may send the notice to the enrollee. The Carrier shall send the notice in time to ensure it is received by the members no less than 90 days prior to the date it terminates the contract, unless the Carrier demonstrates it was prevented from doing so for reasons beyond its control. The Carrier's prompt notice will ensure that the notification period and the transitional care period run concurrently.

SECTION 1.24
TRANSITIONAL CARE (JAN 2003)

(a) "Transitional care" is specialized care provided for up to 90 days or through the postpartum period, whichever is later, to a member who is undergoing treatment for a chronic or disabling condition or who is in the second or third trimester of pregnancy when the Carrier terminates (1) all or part of its FEHBP contract or (2) the member's specialty provider contract for reasons other than cause. The 90-day period begins the earlier of the date the member receives the notice required under Section 1.24, Notice on Termination of FEHBP or Provider Contract (HMO), or the date the Carrier's or the provider's contract ends.

(b) The Carrier shall ensure the following:

(1) If it terminates a part of its FEHB contract or a specialty provider contract other than for cause, it allows members who are undergoing treatment for a chronic or disabling condition or who are in the second or third trimester of pregnancy to continue treatment under the specialty provider for up to 90 days, or through their postpartum period, whichever is later, under the same terms and conditions that existed at the beginning of the transitional care period; and

(2) If it enrolls a new member who voluntarily changed Carriers because the member's former Carrier was no longer available in the FEHB Program, it provides transitional care for the member if he or she is undergoing treatment for a chronic or disabling condition or is in the second or third trimester of pregnancy for up to 90 days, or through the postpartum period, whichever is later, under the same terms and conditions the member had under the prior Carrier.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(c) In addition, the Carrier shall (1) pay for or provide the transitional care required under this clause at no additional cost to members;

(2) require the specialty provider to promptly transfer all medical records to the designated new provider during or upon completion of the transition period, as authorized by the patient; and,

(3) require the specialty provider to give all necessary information to the Carrier for quality assurance purposes.

SECTION 1.25
DISCLOSURE NOTICE UNDER P.L. 108-173 (MEDICARE MODERNIZATION ACT OF 2003) (JAN 2006)

The Carrier will issue, as part of its FEHB benefits brochure, a disclosure notice concerning creditable prescription drug coverage in accordance with the regulation at 42 CFR §423.56 issued by the Department of Health and Human Services.

SECTION 1.26
CARRIER DISASTER RECOVERY PLAN (JAN 2007).

The Carrier must implement a disaster recovery plan that addresses flexibility for the following:
   (a) Medical and pharmacy procedures and requirements;
   (b) Barriers to accessing needed health care;
   (c) Requests for out-of-network medical services;
   (d) Alternatives for medical pre-certification, referrals, medical necessity review and
       notification of hospital admissions;
   (e) Accessing other PCPs or specialists;
   (f) Pharmacy restrictions, refills, additional supplies of medications as backup;
   (g) Mail-order pharmacy;
   (h) Adhering to recommendations for vaccinations from the Center for Disease Control;
   (i) Claims payments;
   (j) Crisis toll free hotline;
   (k) Ability to identify current members;
   (l) Recovery procedures for critical business functions (i.e., system, network,
       communication, work area recovery); and
   (m) Secure backup site (hot/cold). A "hot work site" is a designated location to be used in
       the event of a disaster that is fully prepared for continuation of work to which the
       employees can go. A "cold work site" is a designated location to use in the event of a
       disaster that is not fully prepared for continuation of work to which the employees
       can go.

The Carrier must provide OPM with the following information:
   (a) description of its disaster recovery plan;
   (b) the Carrier's current state of readiness and the frequency of evaluations;
   (c) the Carrier's work with its subcontractor on this issue;
   (d) a timeline; and
   (e) any potential problem areas.

The Carrier may implement its own additional measures.

Carriers must submit this information by January 1, 2007. Carriers who enter the FEHBP subsequent to 2007, must submit this information by January 1st of their first FEHBP contract year. Any material changes to the disaster recovery plan, such as a prime disaster recovery subcontract change or a hot site change, should be reported to OPM.

SECTION 1.27
HEALTH INFORMATION TECHNOLOGY REQUIREMENTS (JAN 2011)

(a) The Carrier agrees that as it implements, acquires, or upgrades health information technology systems, it shall utilize, where available, certified health information technology systems and products that meet interoperability standards recognized by the Secretary of Health and Human Services, as existing on the date of the implementation, acquisition, or upgrade of health information technology systems ("Interoperability Standards"). Interoperability Standards include those standards adopted by the Secretary to promote meaningful use of health information technology in accordance with Public Law 111-5, The Health Information Technology for Economic and Clinical Health Act (HITECH Act).

(b) The Carrier agrees that such health information technology systems will have already been pilot tested in a variety of live settings and refined, if needed, before the Carrier will consider them for implementation.

(c) The Carrier agrees that as its provider agreements are established or renewed, it will encourage contracted providers to comply with applicable Interoperability Standards and to demonstrate meaningful use of health information technology in accordance with the HITECH ACT.

SECTION 1.28
STANDARDS FOR PHARMACY BENEFIT MANAGEMENT COMPANY (PBM) ARRANGEMENTS (JAN 2019)

The Carrier will ensure and report that the following standards are included in new, renewing or amended contracts with vendors providing a retail pharmacy network and/or a mail order pharmacy and/or a specialty pharmacy to Enrollees and family members (hereafter "PBM") effective on or after January 1, 2011. Notwithstanding the foregoing, the revisions to Section 1.28(a) in the January 2011 clause shall not take effect before the expiration of the Carrier's current contract (including the exercise of an existing option to extend the term by not more than one year at a time) but not later than January 2013. The PBM includes all entities that have a majority ownership interest in or majority control over the PBM. The PBM also includes any other subsidiary of the entity that has majority ownership or control over the PBM.

This section does not apply to Carrier-owned PBMs, which are already expected to adhere to the FAR and FEHBAR standards and requirements, and the remaining provisions of this contract.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

If the Carrier's PBM arrangement is with an Underwriter rather than with the Carrier, then all references to the Carrier and Plan appearing in this Section 1.28 shall be deemed to be references to the Underwriter.

(a) <u>Transparency Standards</u>

(1) The PBM is not majority-owned or majority-controlled by a pharmaceutical manufacturing company. The PBM must disclose to the Carrier and OPM the name of any entity that has a majority ownership interest in or majority control over the PBM.

(2) The PBM agrees to provide pass-through transparent pricing based on the PBM's cost for drugs (as described below) in which the Carrier receives the value of the PBM's negotiated discounts, rebates, credits or other financial benefits.

(i) The PBM shall charge the Carrier no more than the amount it pays the pharmacies in its retail network for brand and generic drugs plus a dispensing fee.

(ii) The PBM shall charge the Carrier the cost of drugs at mail order pharmacies based on the actual cost, plus a dispensing fee. Costs shall not be based on industry benchmarks; for example, Average Acquisition Cost (AAC) or Wholesale Acquisition Cost (WAC).

(iii) The PBM, or any other entity that negotiates and collects Manufacturer Payments allocable to the Carrier agrees to credit to the Carrier either as a price reduction or by cash refund the value all Manufacturer Payments properly allocated to the Carrier. Manufacturer Payments are any and all compensation, financial benefits, or remuneration the PBM receives from a pharmaceutical manufacturer, including but not limited to, discounts; credits; rebates, regardless of how categorized; market share incentives, chargebacks, commissions, and administrative or management fees. Manufacturer payments also include any fees received for sales of utilization data to a pharmaceutical manufacturer.

(3) The PBM must identify sources of profit to the Carrier and OPM as it relates to the FEHB contract.

(4) The PBM's administrative fees, such as dispensing fees, must be clearly identified to retail claims, mail claims and clinical programs, if applicable. The PBM must agree to disclose each administrative fee to the Carrier and OPM.

(5) The PBM, or any other entity that negotiates and collects Manufacturer Payments allocable to the Plan, will provide the Carrier with quarterly and annual Manufacturer Payment Reports identifying the following information. This information shall be presented for both the total of all prescription drugs dispensed through the PBM, acting as a mail order pharmacy, and its retail network and in the aggregate for the 25 brand name drugs that represent the greatest cost to the Carrier or such number of brand name drugs that together represent 75 percent of the total cost to the Carrier, whichever is the greater number:

(i) the dollar amount of Total Product Revenue for the reporting period, with respect to the PBM's entire client base. Total Product Revenue is the PBM's net revenue which consists of sales of prescription drugs to clients, either through retail networks or PBM-owned or controlled mail order pharmacies. Net revenue is recognized at the prescription price negotiated with clients and associated administrative fees;

(ii) the dollar amount of total drug expenditures for the Plan;

(iii) the dollar amount of all Manufacturer Payments earned by the PBM for the reporting period;

(iv) the Manufacturer Payments that have been (1) earned but not billed (2) billed and (3) paid to the PBM based on the drugs dispensed to the Plan members during the past year.

(v) the percentage of all Manufacturer Payments earned by the PBM for the reporting period that were Manufacturer Formulary Payments, which are payments the PBM receives from a manufacturer in return for formulary placement and/or access, or payments that are characterized as "formulary" or "base" rebates or payments pursuant to the PBM's agreements with pharmaceutical manufacturers;

(vi) the percentage of all Manufacturer Payments received by the PBM during the reporting period that were Manufacturer Additional Payments, which are all Manufacturer Payments other than Manufacturer Formulary Payments.

(6) The PBM agrees to provide the Carrier, at least annually, with all financial and utilization information requested by the Carrier relating to the provision of benefits to eligible enrollees through the PBM and all financial and utilization information relating to services provided to the Carrier.

(7) OPM reserves the right to review and receive any information and/or documents the Carrier receives from the PBM, including a copy of its contract with the PBM. A PBM providing information to a Carrier under this subsection may mark that information as confidential commercial information. The Carrier, in its contract with the PBM shall effectuate the PBM's consent to the disclosure of this information to OPM. OPM shall handle the information in accordance with 5 CFR Part 294.

(8) The Carrier will require that its PBM contractors:

(i) Provide information to physicians, pharmacists, other health care professionals, consumers, and payers about the factors that affect formulary system decisions, including: cost containment measures; the procedures for obtaining non-formulary drugs; and the importance of formulary compliance to improving quality of care and restraining health care costs;

(ii) Provide consumer education that explains how formulary decisions are made and the roles and responsibilities of the consumer; and

(iii) Disclose the existence of formularies and have copies of the current formulary readily available and publicly accessible.

(9) In accordance with FEHBAR 1652.204-74, FAR 52.215-2 and FEHBAR 1652.246-70, all contracts and other documentation that support amounts charged to the Carrier contract are fully disclosed to and auditable by the OPM Office of Inspector General (OPM OIG). The PBM must provide the OPM OIG upon request all PBM records including, but not limited to:

(i) All PBM contracts with Participating Pharmacies;
(ii) All PBM contracts with Pharmaceutical Manufacturers;
(iii) All PBM contracts with third parties purchasing or using claims data;
(iv) All PBM transmittals in connection with sales of claims data to third parties; and
(v) All PBM Maximum Allowable Cost (MAC) price lists.

(b) <u>Integrity Standard</u>

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00338-MRD-PAS Document 1-6 Filed 06/27/25 Page 28 of 38 PageID #: 1682

The Carrier will require that its PBM contractors agree to adopt and adhere to a code of ethics promulgated by a national professional association, such as the Code of Ethics of the American Pharmacists Association (dated October 27, 1994), for their employed pharmacists.

(c) <u>Performance Standards</u>
The Carrier will require that its PBM contractors develop and apply a quality assurance program specifying procedures for ensuri*ng* contract quality on the following standards at a minimum and submit reports to the Carrier on their performance. PBMs must meet, at minimum, the member inquiry, telephone customer service, paper claims processing, and other applicable standards set for Carriers at Section 1.9(g)(1), (2), (4) and (5). All other standards discussed below will have specific target goals the PBM is expected to achieve. Carriers may permit PBMs to measure compliance using statistically valid samples for the PBMs book of business. Agreed to standards shall be provided to OPM for its review and comment. If OPM has concerns about a particular standard, the Carrier agrees to present OPM's concerns to the PBM and either revise the standard as requested by OPM or revise the standard to the extent feasible and present to OPM information demonstrating the problems associated with making the requested revisions in full.

 (1) <u>Retail Pharmacy Standards</u>

  (i)  Point of Service (POS) system response time. The PBM's network electronic transaction system provides rapid response to network pharmacies.
  (ii)  POS system availability. The PBM's network electronic transaction system generally is available to, and accessible by, network pharmacies.
  (iii)  Licensing – The PBM verifies the appropriate licensing of its network pharmacies.

 (2) <u>Mail Service Pharmacy Standards</u>

  (i)  Dispensing accuracy – The PBM dispenses its prescriptions to the correct patient and for the correct drug, drug strength and dosage in accordance with the physician's prescription not less than 99.9 percent of the time.
  (ii)  Turnaround time – The PBM promptly dispenses and ships at least 98 percent on average of all prescriptions not requiring intervention or clarification within 3 business days or meets an equivalent measure approved by OPM.

 (3) <u>Prior Approval – if applicable</u> – The PBM promptly reviews and responds to requests for prior approval for specific drugs following receipt of all required information.

(4) <u>Quality of Drug Therapy</u> - The quality assurance program implemented by a Carrier's PBM contractor must include a process to measure the quality of its drug therapy provided to enrollees. Specific areas to be addressed include achievement of quality targets measured by both internal and external metrics; identification and appropriate use of best practices; and application of evidence-based medicine, as appropriate.

(d) <u>Alternative Drug Options</u>

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

The Carrier will require that its PBM contractors, at a minimum, utilize the following protocols for PBM initiated drug interchanges (any change from the original prescription) other than generic substitutions:

(i)    The PBM must treat the prescribing physician, and not itself, as the ultimate decision-maker. Furthermore, to the extent appropriate under the circumstances, the PBM must allow the patient input into that decision-making process. At a minimum, the PBM must provide the patient with a written notice in the package sent to the patient that the drug interchange has occurred with the approval of the Prescriber.

(ii)    The PBM will obtain authorization for a drug interchange only with the express, verifiable authorization from the Prescriber as communicated directly by the Prescriber, in writing or verbally, or by a licensed medical professional or other physician's office staff member as authorized by the Prescriber.

(iii)    The PBM must memorialize in appropriate detail all conversations with patients and physicians in connection with drug interchanging requests, including the identity of the contact person at the physician's office and the basis for his or her authority.

(iv)    The PBM will only interchange a patient's drug from a lower priced drug to a higher priced drug to patient or Plan when authorized by the Carrier or the Plan.

(v)    The PBM will permit pharmacists to express their professional judgment to both the PBM and physicians on the impact of drug interchanges and to answer physicians' questions about dosing. PBMs will not require pharmacists to, and will not penalize pharmacists for refusing to, initiate calls to physicians for drug interchanges that in their professional judgment should not be made.

(vi)    The PBM will offer to disclose, and if requested, will disclose to physicians, the Carrier, and patients (i) the reason(s) why it is suggesting a drug interchange and (ii) how the interchange will affect the PBM, the Plan, and the patients financially.

(e) <u>Patient Safety Standard</u> - The Carrier will require that its PBM contractors establish drug utilization management, formulary process and procedures that have distinct systems for identifying and rectifying consumer safety issues including:

(i)    A system for identifying and communicating drug and consumer safety issues at point-of-service; and

(ii)    A system of drug utilization management tools, such as prospective and concurrent drug utilization management that identifies situations which may compromise the safety of the consumer.

(f) Safety and Accessibility for Consumers - The Carrier will require that its PBM contractors meet the following standards related to pharmacy network management and consumer access to medications.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00368-MRD-PAS Document 1-6 Filed 06/27/25 Page 30 of 345 PageID #: 1684

(1) The Carrier will require that its PBM contractor define the scope of its services with respect to:

    (i)      The distribution channels offered (e.g. pharmacy network, mail order pharmacies, or specialty pharmacies);

    (ii)    The types of pharmacy services offered within each distribution channel; and

    (iii)   The geographic area served by each distribution channel.

(2) The Carrier will require that for each distribution channel provided by its PBM contractor, the PBM contractor:

    (i)      Establishes criteria and measures actual performance in comparison to those criteria: and

    (ii)    Makes improvements where necessary to maintain the pharmacy network and meet contractual requirements.

(3) The Carrier will require that its PBM contractor establish a quality and safety mechanism for each distribution channel in order to identify and address concerns related to:

    (i)      Quality and safety of drug distribution; and

    (ii)    Quality of service

   (g) <u>Contract Terms</u> - The contract between the PBM and the Carrier must not exceed 3 years without re-competition unless the Contracting Officer approves an exception. The Carrier's PBM contract must allow for termination based on a material breach of any terms and conditions stated in the Carrier's PBM contract. The Carrier must provide sufficient written notice of the material breach to the PBM and the PBM must be given adequate time to respond and cure the material breach.

SECTION 1.29
HEALTH INFORMATION TECHNOLOGY PRIVACY AND SECURITY (JAN 2019)

    (a) Any Carrier subcontractor, large provider, or vendor that administers a personal health record or quality and cost or price transparency software applications for Members that collect, create, receive, store or transmit individually identifiable protected health information of Members that does not qualify as a covered entity or business associate under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) or regulations will be required by the Carrier to, at a minimum, comply with equivalent privacy and security policies as are required of a "covered entity" under the HIPAA Privacy and Security regulations.

    (b) The Carrier will provide for consumer transparency including, but not limited to, the posting of the subcontractor's, large provider's, vendor's or other entity's notice of privacy practices prominently at the point where the Member enters the subcontractor's, large provider's, vendor's or other entity's website or web portal.

    (c) Notices of privacy practices disclosures must describe the uses of individually identifiable protected health information and any potential disclosure to other entities as described in the HIPAA Privacy Rule.

    (d) The Carrier must allow the Contracting Officer or an authorized representative of the Contracting Officer to independently perform credentialed vulnerability scans and configuration compliance audits (using administrator accounts) against the Carrier's information systems and

environments described in this subsection to determine whether the Carrier has controls in place to ensure its information systems are securely configured and patches are timely applied and up to date based on the level of risk in the environment.

(1) NIST SP 800-53 (or its current equivalent) may be used as a benchmark for conducting audits of Carrier information systems. The Contracting Officer or an authorized representative of the Contracting Officer may recommend that the Carrier adopt a best practice drawn from NIST SP 800-53 (or its current equivalent) to the following Carrier information systems:

(i) Information systems that directly process FEHBP data for contract purposes; and
(ii) All other information systems operating in the same general information technology control environment (i.e. any resources in the same physical or logical environment) as the information systems in subparagraph (i) above.

(2) In a written response to such a recommendation, the Carrier shall do one of the following:

(i) Agree to adopt the recommendation,
(ii) Explain that it is already in compliance with the recommendation, or
(iii) Explain why maintaining its current practice is compliant with Section 1.22, captioned Administrative Simplification -- HIPAA and is equally, if not more, appropriate for its business purposes than the recommended best practice from (1) above.

(3) Upon request of the Contracting Officer or an authorized representative of the Contracting Officer, the Carrier agrees to demonstrate to the requestor its compliance with either a recommended best practice from (1) or an alternative current practice from subparagraph (2)(iii) that the Carrier has adopted. Evidence submitted pursuant to (2) that the Carrier and Contracting Officer agree is extremely sensitive may, at the Carrier's request and the Contracting Officer's concurrence, be reviewed on the Carrier's premises.

(4) If the Carrier agrees to adopt a best practice recommendation made pursuant to (1) above, the Contracting Officer will allow reasonable time for the Carrier to implement the best practice before making any request under (3) above.

SECTION 1.30
[RESERVED]

SECTION 1.31
DEFINITION AND SCOPE OF INFORMATION SECURITY (JAN 2012)

(a) As indicated in FAR Subpart 2.1, information security means protecting OPM information and information systems from unauthorized access, use, disclosure, disruption, modification, or destruction in order to provide —

1. Integrity, which means guarding against improper information modification or destruction, and includes ensuring information nonrepudiation and authenticity; or destruction.

2. Confidentiality, which means preserving authorized restrictions on access and disclosure, including means for protecting personal privacy and proprietary information; and

3. Availability, which means ensuring timely and reliable access to, and use of, information.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(b) This Contract grants the Carrier access to OPM's Letter of Credit (LOC) System.  The Carrier recognizes its responsibility to help maintain the information security of OPM's LOC System.  Section 1.31 through 1.35 inclusive and Section 5.67 and 5.68 pertain exclusively to such limited access to OPM's LOC System.

SECTION 1.32
CARRIER PERSONNEL ACCESS DETERMINATION REQUIREMENTS (JAN 2012)

(a) Carrier personnel who receive a user identification and password to access OPM's LOC System shall comply with the U.S. Office of Management and Budget (OMB) Memorandum M-05-24, referenced in paragraph (a) of FAR 52.204-9, Personal Identity Verification of Contractor Personnel, which is available on-line at http://www.whitehouse.gov/omb/memoranda/fy2005/m05-24.pdf.

(b) ) Homeland Security Presidential Directive (HSPD) 12 requires the Government to institute standards for secure and reliable identification of employees and contractors accessing Federal facilities.  OPM has determined that a National Agency Check with Written Inquiries (NACI) is required for Carrier employees with access to OPM's LOC System. The Carrier must obtain these access determinations for its employees with access to OPM's LOC System using the e-QIP system.  The NACI will be requested on a Standard Form (SF) 85, "Questionnaire for Non-Sensitive Positions."  OPM will not allow Carrier employees who have not completed the NACI process in any of its facilities, pursuant to applicable security policies.

(c) Carriers must meet facility and access clearance requirements.

(d) Carriers are responsible for the security, integrity and appropriate authorized use of their systems interfacing with OPM's LOC System. OPM, through its Contracting Officer, may require the use or modification of security and/or secure communications technologies related to Government systems access and use.

(e) OPM, at its discretion, may suspend or terminate the Carrier's access to and/or use of OPM's LOC System when a security or other electronic access, use or misuse issue gives cause for such action.  The suspension or termination may last until such time as the Government determines that the situation has been corrected or no longer exists.

SECTION 1.33
INFORMATION TECHNOLOGY SYSTEMS SECURITY (JULY 2011)

Carriers must comply with OPM IT Security and Privacy, NIST and OMB requirements for system users.  System users are Carrier employees with a user identification and password to access OPM's LOCS.  Based upon the Federal Information Processing Standards Publication 199 (FIPS PUB 199), the Government has determined that a minimum level, applies to the sensitivity of the data contained in OPM's LOC System and a minimum level, applies to the operational criticality of the data processing capabilities of OPM's LOC System. (Note: FIPS PUB 199 is accessible on line at: http://csrc.nist.gov/publications/fips/fips199/FIPS-PUB-199-final.pdf.)

In order to access the OPM LOC System, the Carriers must demonstrate that they comply with the end-user security requirements in the Federal Information Security Management Act of 2002 (FISMA, Public Law 107-347, 44 U.S.C. 3531-3536); Office of Management and Budget (OMB) Circular A-130, Appendix III, "Security of Federal Automated Information

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Systems" and an acknowledgement of their understanding of the security requirements in the contract. (Note: OMB Circular A-130, Appendix III is accessible on line at: http://www.whitehouse.gov/omb/circulars/a130/appendix_iii.pdf.)

SECTION 1.34
CARRIER ACCESS TO OPM IT SYSTEMS (JAN 2011)

Each Carrier employee is required to utilize individual identification and authorization to access the OPM LOC System. Using shared accounts to access the OPM LOC System is strictly prohibited. OPM will disable accounts and access to the OPM LOC System will be revoked and denied if Carriers share accounts. Users of the OPM LOC System will be subject to periodic auditing to ensure compliance to OPM Security and Privacy Policy. In addition, Carriers are required to comply with the following NIST 800-53 security controls to include at a minimum: Access Control (AC) - Controls falling under the AC category ensure that proper restrictions are in place to limit access to authorized users with a need to know.

The Carrier must:

(1) Provide to the OPM Letter of Credit (LOC) System Security Officer listed in OPM's "Letter of Credit Drawdown System User Manual For Experience Rated Carriers" - Contacts for Questions and Problem Resolution, an initial and complete list of employees' names that require access to OPM's LOC System;

(2) By the fifth day of each month thereafter, send a staffing change report to the Contracting Officer's Representative, contract administrator and LOC Security Officer. The report must contain the listing of all staff members with an LOC System user identification and password who left employment or were hired under this contract in the past 60 days. This form must be submitted even if no separation has occurred during this period. Failure to submit a 'Contractor Staffing Change Report' each month will result in the suspensions of all user IDs associated with this contract; and

(3) Anyone who accesses the OPM LOC System must complete OPM's IT Security and Privacy Awareness Training (ITPSA) annually and upon the initial access. This requirement applies to all Carriers.

SECTION 1.35
PROCEDURES FOR REPORTING A LETTER OF CREDIT SYSTEM SECURITY BREACH (JAN 2013)

(a) A breach of data, system access, etc. includes loss of control, compromise, unauthorized disclosure, unauthorized acquisition, or unauthorized access of information whether physical or electronic. As an agency, OPM is required to immediately report all potential security and data breaches -- whether they involve paper documents or electronic information. In order to meet this responsibility, OPM has established a new internal procedure for reporting the loss or possible compromise of any data, and this clause conforms to that procedure.

(b) OPM Carriers must report any breach or potential breach to the OPM Situation Room and the Contracting Officer within 30 minutes of becoming aware of the risk – regardless of the time or day of the week. Breaches should be reported, even if it is believed the breach is limited, small, or insignificant. OPM's IT security experts, who will determine when a breach

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

needs additional focus and attention. The OPM Situation Room is available 24 hours per day, 365 days per year. Report the breach to the OPM Situation Room and the Contracting Officer either by phone or by e-mail; however, be sure NOT to include PII in the e-mail.

   (1) OPM Carriers must report a breach or potential security breach to the OPM Situation Room at: sitroom@opm.gov, (202) 418-0111, Fax (202) 606-0624.

   (2) When notifying the Situation Room, please copy the Contracting Officer.

   (3) To get help with WinZip, please contact the OPM Help Desk at: helpdesk@opm.gov, (202) 606-4927, TTY (202) 606-1295.

   (4) If you have questions regarding these procedures, contact the Contracting Officer.

SECTION 1.36
FEDERAL FLEXIBLE SPENDING ACCOUNT PROGRAM (FSAFEDS) PAPERLESS REIMBURSEMENT (JAN 2013)

(a) If the Carrier participates in the FSAFEDS paperless reimbursement process, the Carrier must notify OPM following the discovery of a triggering event, as defined herein. Unless OPM and the Carrier mutually agree upon a different triggering event, the triggering event for notice shall be when the paid or denied claims included in a weekly electronic feed to FSAFEDS contain systemic errors attributable to a single claims processing system programming error, including but not limited to, a programming error in setting a co-payment or deductible amount. OPM and the Carrier recognize and agree that medical, dental, or prescription drug claim payment adjustments and voids made in the regular course of business including but not limited to, network pricing changes or restocking unclaimed prescription drugs, are not claims processing system programming errors for purposes of this provision.

(b) The Carrier shall provide notice to OPM as set forth in subsection (a) above within one business day after discovering the triggering event.

(c) The Carrier's notice to OPM shall explain in writing the nature of the triggering event.

(d) After giving such notice, the Carrier shall take the following steps:

   (1) Explain in writing, the steps that the Carrier has taken or will take to correct the error within five (5) business days after discovering the triggering event;

   (2) Collaborate with FSAFEDS to confirm the number of impacted Enrollees or the number of claims affected by the error;

   (3) Assist FSAFEDS when requested to develop an action plan that assists Enrollees to avoid a situation in which Enrollees would forfeit a portion of their annual salary reduction contributed toward FSAFEDS;

   (4) Draft in consultation with OPM and FSAFEDS a notice to all affected Enrollees that explains the nature of the error and how the Carrier anticipates solving the problem; and

   (5) Timely inform OPM about issues raised by Enrollees that result from recovery efforts and cooperate with OPM's efforts to resolve those issues.

# PART II - BENEFITS

## SECTION 2.1
## ENROLLMENT ELIGIBILITY AND EVIDENCE OF ENROLLMENT (JAN 2012)

(a)  Enrollment.

(1)  Each eligible individual who wishes to be enrolled in the plan offered by this Carrier shall, as a prerequisite to such enrollment, complete a Health Benefits Election Form, or use an electronic or telephonic method approved by OPM, within the time and under the conditions specified in 5 CFR Part 890.  The personnel office having cognizance over the Enrollee shall promptly furnish notification of such election to the Carrier.

(2)  A person's eligibility for coverage, effective date of enrollment, the level of benefits (option), the effective date of termination or cancellation of a person's coverage, the date any extension of a person's coverage ceases, and any continuance of benefits beyond a period of enrollment and the date any such continuance ceases, shall all be determined in accordance with regulations or directions of OPM given pursuant to chapter 89, title 5, United States Code.

(b)  The Carrier shall, subject to the approval of the Contracting Officer, define an area from which it will accept enrollments.  The Carrier may limit enrollment to individuals residing or employed inside the approved area.

(c)  The Carrier shall issue evidence of the Enrollee's coverage and furnish to the Enrollee copies of any claim forms as necessary.

## SECTION 2.2
## BENEFITS PROVIDED (JAN 2016)

(a)  The Carrier shall provide the benefits as described in the agreed upon brochure text found in Appendix A.

(b) In addition to providing benefits in accordance with (a) above, the Carrier shall be authorized to modify them as follows:

(1)  To permit methods of treatment not expressly provided for, but not prohibited by law, rule or Federal policy, if otherwise contractually appropriate, and if such treatment is medically necessary and is as cost effective as providing benefits to which the Member may otherwise be entitled.

(2)  To pay for or provide a health service or supply in an individual case which does not come within the specific benefit provisions of the contract, if the Carrier determines the benefit is within the intent of the contract, and the Carrier determines that the provision of such benefit is in the best interests of the Federal Employees Health Benefits Program.

(3)  To offer in individual cases, after consultation with and concurrence by the Member and provider(s), a benefit alternative not ordinarily covered under this contract which will result in equally effective medical treatment at no greater benefit cost.  An alternative benefit will be made available for a limited time period and is subject to the Carrier's ongoing review. Members must cooperate with the Carrier's review process.

(c) The decision to offer, deny, or withdraw coverage for a modified benefit provided in accordance with (b) above is solely within the Carrier's discretion (unless the Carrier and Member have entered into an alternative benefits agreement that expressly modifies this authority), and is not subject to OPM review under the disputed claims process.

Case 1:25-cv-00368-MRD-PAS Document 10 Filed 06/27/25 Page 36 of 341 PageID #: 1690

(d)  In each case when the Carrier provides a non-covered benefit in accordance with the authority of (b) above the Carrier shall document in writing prior to the provision of such benefit the reasons and justification for its determination.  The writing may be in the form of an alternative benefit agreement with the Member.  Such payment or provision of services or supplies while a valid charge under the contract shall not be considered to be a precedent in the disposition of similar cases or extensions in the same case beyond the approved period.

(e)  Except as provided for in (b) above, the Carrier shall provide benefits for services or supplies in accordance with Appendix A.

(f) The Carrier, subject to (g) below, shall determine whether in its judgment a service or supply is medically necessary or payable under this contract.

(g) The Carrier agrees to pay for or provide a health service or supply in an individual case if OPM finds that the Member is entitled thereto under the terms of the contract.

(h)(1) Notwithstanding (b) and (e) above, in accordance with Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794, and 5 C.F.R. § 723.130(d), in the case of a Member who is a qualified individual with a handicap, the Carrier shall pay for or provide a covered health service or supply in the most integrated setting appropriate to the Member's needs, when required by OPM following OPM consultation with the Carrier, pursuant to paragraph 2.2(g), above.

(2)(i) An OPM requirement under (h)(1) is subject to ongoing review by OPM and the Carrier.  Members must cooperate with the review process.  If, in the Carrier's judgment, the conditions for the OPM requirement are no longer satisfied, the Carrier may request that OPM modify or terminate the requirement.  OPM's decision to modify or terminate a requirement shall be subject to judicial review.

(ii) The Carrier agrees that its benefits as described in the brochure found at Appendix A, are reasonably and in good faith expected to result in coverage that satisfies Mental Health Parity and Addiction Equity Act requirements as defined in 45 C.F.R. § 146.136.

(i) In accordance with Section 2706(a) of the Public Health Service Act as added by the Affordable Care Act, the Carrier shall not discriminate, with respect to participation under the plan or coverage, against any health care provider who is acting within the scope of that provider's license or certification under applicable State law. This section shall not require the Carrier to contract with any health care provider willing to abide by the terms and conditions for participation established by the Carrier. Nothing in this section shall be construed as preventing a Carrier from establishing varying reimbursement rates based on quality or performance measures.


SECTION 2.3
PAYMENT OF BENEFITS AND PROVISION OF SERVICES AND SUPPLIES (JAN 2016)

(a)  By enrolling or accepting services under this contract, Members are obligated to all terms, conditions, and provisions of this contract.  The Carrier may request Members to complete reasonable forms or provide information which the Carrier may reasonably request; *provided*, however, that the Carrier shall not require Members to complete any form as a precondition of receiving benefits unless the form has first been approved for use by OPM.  Notwithstanding Section 2.11*, Claims Processing*, forms requiring specific approval do not include claim forms and other forms necessary to receive payment of individual claims.

ER-HMO 2019

Case 1:25-cv-00336-MRD-PAS Document 16 Filed 06/27/25 Page 37 of 342 PageID #: 1691

(b)  When members are required to file claims for covered benefits, benefits shall be paid (with appropriate documentation of payment) within a reasonable time after receipt of reasonable proof covering the occurrence, character, and extent of the event for which the claim is made. The claimant shall furnish satisfactory evidence that all services or supplies for which expenses are claimed are covered services or supplies within the meaning of the contract.

(c)  The procedures and time period for receiving benefits and filing claims shall be as specified in the agreed upon brochure text (*Appendix A*).  However, failure to file a claim within the time required shall not in itself invalidate or reduce any claim where timely filing was prevented by administrative operations of Government or legal incapacitation, provided the claim was submitted as soon as reasonably possible.

(d)  The Carrier may request a Member to submit to one or more medical examinations to determine whether benefits applied for are for services and supplies necessary for the diagnosis or treatment of an illness or injury or covered condition.  The examinations shall be made at the expense of the Carrier.

(e)  As a condition precedent to the provision of benefits hereunder, the Carrier, to the extent reasonable and necessary and consistent with Federal law, shall be entitled to obtain from any person, Tribal Employer, organization or agency, including the Office of Personnel Management, all information and records relating to visits or examination of, or treatment rendered or supplies furnished to, a Member as the Carrier requires in the administration of such benefits.  The Carrier may obtain from any insurance company or other organization or person any information, with respect to any Member, which it has determined is reasonably necessary to:

(1)  identify enrollment in a plan,

(2)  verify eligibility for payment of a claim for health benefits, and

(3)  carry out the provisions of the contract, such as subrogation, recovery of payments made in error, workers' compensation, and coordination of benefits.

(f)  When claim filing is required, benefits are payable to the Enrollee in the Plan or his or her assignees.  However, under the following circumstances different payment arrangements are allowed:

(1)  Reimbursement Payments for the Enrollee.  If benefits become payable to the estate of an Enrollee or an Enrollee is a minor, or an Enrollee is physically or mentally not competent to give a valid release, the Carrier may either pay such benefits directly to a hospital or other provider of services or pay such benefits to any relative by blood or connection by marriage of the Enrollee determined by the Carrier to be equitably entitled thereto.

(2)  Reimbursement Payments for a minor child.  If a child is covered as a family member under the Enrollee's Self Plus One or Self and Family enrollment and is in the custody of a person other than the Enrollee, and if that other person certifies to the Carrier that he or she has custody of and financial responsibility for the child, then the Carrier may issue an identification card for the child(ren) to that person and may reimburse that person for any covered medical service or supply.

(3)  Reimbursement Payments to family members covered under the Enrollee's Self Plus One or Self and Family enrollment.  If a covered child is legally responsible, or if a covered spouse is legally separated, and if the covered person does not reside with the Enrollee and certifies such Conditions to the Carrier, then the Carrier may issue an identification card to the person and may reimburse that person for any covered medical service or supply.

(4)  Compliance with the HIPAA Privacy Rule.  The Carrier may pay benefits to a covered person other than the Enrollee when in the exercise of its discretion the Carrier decides

ER-HMO 2019

that such action is necessary to comply with the HIPAA Privacy Rule, 45 C.F.R. §164.500 et seq.

(5)  Any payments made in good faith in accordance with paragraphs (f)(1) through (f)(4) shall fully discharge the Carrier to the extent of such payment.

(g)  *Erroneous Payments*.  It is the Carrier's responsibility to proactively identify overpayments through comprehensive, statistically valid reviews and a robust internal control program. If the Carrier determines that a Member's claim has been paid in error for any reason (except in the case of fraud or abuse), the Carrier shall make a prompt and diligent effort to recover the erroneous payment to the member from the member or, if to the provider, from the provider.  The recovery of any overpayment must be treated as an erroneous benefit payment, overpayment, or duplicate payment under 48 C.F.R. §1631.201-70(h) regardless of any time period limitations in the written agreement with the provider. The Carrier shall follow general business practices and procedures in collecting debts owed under the Federal Employees Health Benefits Program.  Prompt and diligent effort to recover erroneous payments means that upon discovering an erroneous payment exists, the Carrier shall--

(1)  Send a written notice of erroneous payment to the member or provider that provides: (A) an explanation of when and how the erroneous payment occurred, (B) when applicable, cite the appropriate contractual benefit provision, (C) the exact identifying information (i.e., dollar amount paid erroneously, date paid, check number, date of service and provider name), (D) a request for payment of the debt in full, and (E) an explanation of what may occur should the debt not be paid, including possible offset of future benefits. The notice may also offer an installment option. In addition, the Carrier shall provide the debtor with an opportunity to dispute the existence and amount of the debt before proceeding with collection activities;

(2)  After confirming that the debt does exist and in the appropriate amount, send follow-up notices to the member or the provider at 30, 60 and 90 day intervals, if the debt remains unpaid and undisputed;

(3)(i) The Carrier may off-set future Benefits payable to the Member or to a provider on behalf of the Member to satisfy a debt due under the FEHBP if the debt remains unpaid and undisputed for 120 days after the first notice.

(ii) Notwithstanding section 2.3(g)(3)(i), a Carrier may set up benefit off-sets to a provider less than 120 days after the first notice as long as the Carrier electing this option continues to comply with any remaining applicable steps enumerated in this subsection 2.3(g) as part of the Carrier's effort to recover erroneous benefit payments.

(4)  After applying the first three steps, refer cases when it is cost effective to do so to a collection attorney or a collection agency if the debt is not recovered; provided, however, that the Carrier may not commence an overpayment recovery lawsuit later than December 31 of the third year after the year in which the overpayment was discovered by the Carrier (except in cases where the False Claims Act, 31 U.S.C § 3729, or another federal limitations period applies);

(5)  Make a prompt and diligent effort to recover erroneous payments until the debt is paid in full or determined to be uncollectible by the Carrier because it is no longer cost effective to pursue further collection efforts or it would be against equity and good conscience to continue collection efforts;

(6) Additional prompt and diligent effort is required for significant claim overpayments that exceed $10,000 per each claim. Examples of such efforts include copies of dated notices,

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case Number: PC-2025-02760 MRD Document Filed 06/27/25 Page 39 of 184 Page ID #: 1693

offset attempt(s) made, certified letter communication(s), and third party collection efforts to the extent required under (g)(4) above. The Carrier should maintain and provide to OPM upon request, documentation of those efforts.

(7) Suspend recovery efforts for a debt which is based upon a retroactive disenrollment that has been appealed under 5 C.F.R. § 890.104 or a claim that has been appealed as a disputed claim under Section 2.8, until the appeal has been resolved;

(8)(i) The Carrier may charge the contract for benefit payments made erroneously but in good faith provided that it can document that it made a prompt and diligent effort to recover erroneous payments as described above.

(ii) Notwithstanding (g)(8)(i), the Carrier may not charge the contract for the administrative costs to correct erroneous benefit payments (or to correct processes or procedures that caused erroneous benefit payments) when the errors are egregious or repeated. These costs are deemed to be unreasonable and unallowable under section 3.2(b)(2)(ii).

(9) Maintain records that document individual unrecovered erroneous payment collection activities for audit or future reference.

(10) If OPM determines that a Member's claim has been paid in error for any reason (except fraud and abuse), the Carrier shall make a prompt and diligent effort to recover the erroneous payment to the Member, from the Member or, if to the provider, from the provider as specified in (g)(1) through (9)

(11) At the request of OPM, the Carrier shall provide evidence that it has taken the steps enumerated above in this subsection to promptly recover erroneous payments, including but not limited to overpayments related to Medicare coordination of benefits. OPM will review the Carrier's claims payments and procedures to validate the Carrier's prompt and diligent effort. The Contracting Officer may require the Carrier to establish and submit to the Contracting Officer a written corrective action plan.

(12) In compliance with the provisions of the Contract Disputes Act, the Carrier shall return to the Program an amount equal to the uncollected erroneous payment where the Contracting Officer determines that (a) the Carrier's failure to appropriately apply its operating procedure caused the erroneous payment and (b) that the Carrier failed to make a prompt and diligent effort to recover an erroneous payment.

(h) Erroneous payment recoveries may be reduced by any legal or collection agency fees expended to obtain the recoveries and which are not otherwise payable under this experience-rated contract. The amount credited to the contract shall be the net amount remaining after deducting the related legal or collection agency fees.

(i) All health benefit refunds and recoveries, including erroneous payment recoveries, must be deposited into the working capital or investment account within 30 days and returned to or accounted for in the FEHBP letter of credit account within 60 days after receipt by the Carrier.

(j) Notwithstanding subsection (f), the Carrier reserves the right to pay the Member directly for all covered services described in the agreed upon brochure text attached as Appendix A.

## SECTION 2.4
## TERMINATION OF COVERAGE AND CONVERSION PRIVILEGES (JAN 2017)

(a) A Member's coverage is terminated as specified in regulations issued by the OPM. Benefits after termination of coverage are as specified in the regulations.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(b)  A Member is entitled to a temporary continuation of coverage under the conditions and to the extent specified in the regulations or an extension of coverage under the conditions and to the extent specified below.

(c)  A Member whose coverage hereunder has terminated is entitled, upon application within the times and under the conditions specified in regulations, to obtain assistance from the Carrier for enrollment in a guaranteed issue non-group contract available in the Carrier's service area.  In the event this 31-day temporary extension period provides insufficient opportunity for the Member to obtain non-group coverage with an effective date commencing before or immediately upon termination of group coverage, the Carrier may, on a case-by-case basis, provide an additional 29 days extension of coverage (not to exceed a total of 60 days) as appropriate to avoid an interruption in coverage.  The Member must explain in writing the circumstances for seeking additional extension, and the Carrier must notify the Contracting Officer of any extension granted, or obtain prior approval of any request for an extension that the Carrier intends to deny.

(d)  Costs associated with the additional extension of coverage not to exceed 60 days are allowable costs under the contract.  Costs associated with writing or providing benefits under conversion contracts shall not be an allowable cost of this contract.

SECTION 2.5
SUBROGATION AND REIMBURSEMENT (JAN 2016)

(a)  The Carrier must condition the extension of benefits and benefit payments to covered individuals on its rights to subrogation and reimbursement under 5 CFR 890.106.

(b) The Carrier shall subrogate and pursue reimbursement of FEHB claims according to the following rules:

(1)  The Carrier shall subrogate and/or pursue reimbursement of FEHB claims if it is doing business in a State in which subrogation and /or reimbursement is permitted, and in which the Carrier subrogates and/or pursues reimbursement of claims for non-FEHB members;

(2)  The Carrier shall subrogate and /or pursue reimbursement of FEHB claims if it is doing business in a State in which subrogation and/or reimbursement is prohibited, but in which the Carrier subrogates and /or pursues reimbursement of claims for at least one non-FEHB plan;

(3)  The Carrier may choose not to subrogate and /or pursue reimbursement of FEHB claims if it is doing business in a State that prohibits subrogation and/or reimbursement, and in which the Carrier does not subrogate and/or pursue reimbursement of claims for any non-FEHB plan;

(4)  For carriers doing business in more than one State, the Carrier shall apply the rules in (1) through (3) of this subsection according to the rule applicable to the State in which the subrogation or reimbursement would take place.

(c) The Carrier may recover directly from any party that may be liable, or from the covered individual, or from any applicable insurance policy, or a workers' compensation program or insurance policy, all amounts available to or received by or on behalf of the covered individual by judgment, settlement, or other recovery, to the extent of the amount of benefits that have been paid or provided by the carrier. The Carrier has the right to file suit in Federal court in order to enforce its rights to subrogation and reimbursement.

(d) The Carrier's subrogation and /or reimbursement policies for payments with respect to benefits shall be explained in the plan brochure.

(e) Subrogation recoveries and reimbursements may be reduced by any legal or

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

subrogation/reimbursement vendor fees expended to obtain the recoveries and which are not otherwise payable under this contract. The amount credited to the contract shall be the net amount remaining after deducting the related legal or subrogation/reimbursement vendor fees.


SECTION 2.6
COORDINATION OF BENEFITS (JAN 2015) (FEHBAR 1652.204-71)

(a)  The Carrier shall coordinate the payment of benefits under this contract with the payment of benefits under Medicare, other group health benefits coverages, and the payment of medical and hospital costs under no-fault or other automobile insurance that pays benefits without regard to fault.

(b)  The Carrier shall not pay benefits under this contract until it has determined whether it is the primary Carrier or unless permitted to do so by the Contracting Officer.

(c)  In coordinating benefits between plans, the Carrier shall follow the order of precedence established by the NAIC Group Coordination of Benefits Model Regulation, Rules for Coordination of Benefits, as specified by OPM.

(d)  Where (1) the Carrier makes payments under this contract which are subject to COB provisions; (2) the payments are erroneous, not in accordance with the terms of the contract, or in excess of the limitations applicable under this contract; and (3) the Carrier is unable to recover such COB overpayments from the Member or the providers of services or supplies, the Contracting Officer may allow such amounts to be charged to the contract; the Carrier must be prepared to demonstrate that it has made a diligent effort to recover such COB overpayments.

(e)  COB savings shall be reported by experience-rated Carriers each year along with the Carrier's annual accounting statement in a form specified by OPM.

(f) Changes in the order of precedence established by the NAIC Group Coordination of Benefits Model Regulation, Rules for Coordination of Benefits, implemented after January 1 of any given year shall be required no earlier than the beginning of the following contract term. *[NOTE: In the event that benefits are payable to the Member under no-fault automobile insurance, the no-fault automobile insurer shall be the Primary Carrier if it is obligated legally to pay benefits for health care expenses without regard to other health benefits coverage that the Member may have.  The term "no-fault automobile insurance" includes any automobile insurance policy under which the insurer pays benefits for health care expenses resulting from the accident without regard to whether the insured's conduct contributed to the accident.]*


SECTION 2.7
DEBARMENT AND OTHER SANCTIONS (JAN 1999)

(a)  Notwithstanding 5 U.S.C. 8902(j) or any other provision of the law and regulations, if, under 5 U.S.C. 8902a, 5 CFR 970, or Public Law 103-123 (or other applicable appropriations law), a provider is barred from participating in the Program under 5 U.S.C. or the provider's services under 5 U.S.C. are excluded, the Carrier agrees that no payment shall be made by the Carrier pursuant to any contract under 5 U.S.C. (either to such provider or by reimbursement) for any service or supply furnished by such provider during the period of the debarment, except as provided in 5 CFR 970.200(b).

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(b)  The OPM shall notify the Carrier when a provider is barred from the FEHBP.

SECTION 2.8
FILING HEALTH BENEFIT CLAIMS/ COURT REVIEW OF DISPUTED CLAIMS (MAR 1995) (FEHBAR 1652.204-72)

(a) General.  (1) The Carrier resolves claims filed under the Plan.  All health benefit claims must be submitted initially to the Carrier.  If the Carrier denies a claim (or a portion of a claim), the covered individual may ask the Carrier to reconsider its denial.  If the Carrier affirms its denial or fails to respond as required by paragraph (b) of this clause, the covered individual may ask OPM to review the claim.  A covered individual must exhaust both the Carrier and OPM review processes specified in this clause before seeking judicial review of the denied claim.

(2)  This clause applies to covered individuals and to other individuals or entities who are acting on the behalf of a covered individual and who have the covered individual's specific written consent to pursue payment of the disputed claim.

(b) Time limits for reconsidering a claim. (1) The covered individual has 6 months from the date of the notice to the covered individual that a claim (or a portion of a claim) was denied by the Carrier in which to submit a written request for reconsideration to the Carrier.  The time limit for requesting reconsideration may be extended when the covered individual shows that he or she was prevented by circumstances beyond his or her control from making the request within the time limit.

(2) The Carrier has 30 days after the date of receipt of a timely-filed request for reconsideration to:

(i)  Affirm the denial in writing to the covered individual;

(ii)  Pay the bill or provide the service; or

(iii) Request from the covered individual or provider additional information needed to make a decision on the claim.  The Carrier must simultaneously notify the covered individual of the information requested if it requests additional information from a provider.  The Carrier has 30 days after the date the information is received to affirm the denial in writing to the covered individual or pay the bill or provide the service.  The Carrier must make its decision based on the evidence it has if the covered individual or provider does not respond within 60 days after the date of the Carrier's notice requesting additional information.  The Carrier must then send written notice to the covered individual of its decision on the claim.  The covered individual may request OPM review as provided in paragraph (b)(3) of this clause if the Carrier fails to act within the time limit set forth in this paragraph.

(3) The covered individual may write to OPM and request that OPM review the Carrier's decision if the Carrier either affirms its denial of a claim or fails to respond to a covered individual's written request for reconsideration within the time limit set forth in paragraph (b)(2) of this clause.  The covered individual must submit the request for OPM review within the time limit specified in paragraph (e)(1) of this clause.

(4) The Carrier may extend the time limit for a covered individual's submission of additional information to the Carrier when the covered individual shows he or she was not notified of the time limit or was prevented by circumstances beyond his or her control from submitting the additional information.

(c) Information required to process requests for reconsideration.  (1) The covered individual must put the request to the Carrier to reconsider a claim in writing and give the

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

reasons, in terms of applicable brochure provisions, that the denied claim should have been approved.

(2) If the Carrier needs additional information from the covered individual to make a decision, it must:

(i) Specifically identify the information needed;

(ii) State the reason the information is required to make a decision on the claim;

(iii) Specify the time limit (60 days after the date of the Carrier's request) for submitting the information; and

(iv) State the consequences of failure to respond within the time limit specified, as set out in paragraph (b)(2) of this section.

(d) Carrier determinations. The Carrier must provide written notice to the covered individual of its determination. If the Carrier affirms the initial denial, the notice must inform the covered individual of:

(1) The specific and detailed reasons for the denial;

(2) The covered individual's right to request a review by OPM; and

(3) The requirement that requests for OPM review must be received within 90 days after the date of the Carrier's denial notice and include a copy of the denial notice as well as documents to support the covered individual's position.

(e) OPM review. (1) If the covered individual seeks further review of the denied claim, the covered individual must make a request to OPM to review the Carrier's decision. Such a request to OPM must be made:

(i) Within 90 days after the date of the Carrier's notice to the covered individual that the denial was affirmed; or

(ii) If the Carrier fails to respond to the covered individual as provided in paragraph (b)(2) of this clause, within 120 days after the date of the covered individual's timely request for reconsideration by the Carrier; or

(iii) Within 120 days after the date the Carrier requests additional information from the covered individual, or the date the covered individual is notified that the Carrier is requesting additional information from a provider. OPM may extend the time limit for a covered individual's request for OPM review when the covered individual shows he or she was not notified of the time limit or was prevented by circumstances beyond his or her control from submitting the request for OPM review within the time limit.

(2) In reviewing a claim denied by the Carrier, OPM may

(i) Request that the covered individual submit additional information;

(ii) Obtain an advisory opinion from an independent physician;

(iii) Obtain any other information as may in its judgment be required to make a determination; or

(iv) Make its decision based solely on the information the covered individual provided with his or her request for review.

(3) When OPM requests information from the Carrier, the Carrier must release the information within 30 days after the date of OPM's written request unless a different time limit is specified by OPM in its request.

(4) Within 90 days after receipt of the request for review, OPM will either:

(i) Give a written notice of its decision to the covered individual and the Carrier; or

(ii) Notify the individual of the status of the review. If OPM does not receive requested evidence within 15 days after expiration of the applicable time limit in paragraph (e)(3) of this

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00338-MRD-PAS   Document 1-6   Filed 06/27/25   Page 44 of 349 PageID #: 1698

clause, OPM may make its decision based solely on information available to it at that time and give a written notice of its decision to the covered individual and to the Carrier.

(f) OPM, upon its own motion, may reopen its review if it receives evidence that was unavailable at the time of its original decision.

(g) Court review. (1) A suit to compel enrollment under § 890.102 of Title 5, Code of Federal Regulations, must be brought against the employing office that made the enrollment decision.

(2) A suit to review the legality of OPM's regulations under this part must be brought against the Office of Personnel Management.

(3) Federal Employees Health Benefits (FEHB) Carriers resolve FEHB claims under authority of Federal statute (chapter 89, title 5, United States Code). A covered individual may seek judicial review of OPM's final action on the denial of a health benefits claim. A legal action to review final action by OPM involving such denial of health benefits must be brought against OPM and not against the Carrier or the Carrier's subcontractors. The recovery in such a suit shall be limited to a court order directing OPM to require the Carrier to pay the amount of benefits in dispute.

(4) An action under paragraph (3) of this clause to recover on a claim for health benefits:

(i) May not be brought prior to exhaustion of the administrative remedies provided in paragraphs (a) through (f) of this clause;

(ii) May not be brought later than December 31 of the 3rd year after the year in which the care or service was provided; and

(iii) Will be limited to the record that was before OPM when it rendered its decision affirming the Carrier's denial of benefits.

SECTION 2.9
PROTECTION OF MEMBERS AGAINST PROVIDER CLAIMS (JAN 1996)

(a) The Carrier shall provide the Contracting Officer with evidence that its contracts with providers (hospitals and physicians) contain a provision that, in the event of Carrier insolvency, or inability to pay expenses for any reason, the providers shall not look to Members for payment. The Carrier agrees that over 90 percent of the total benefit cost under this contract will be provided under such contracts with providers; or

(b) In lieu of subsection (a) above, the Contracting Officer may accept such other combinations of coverage which provide protection of Members against provider claims as defined in the NAIC (National Association of Insurance Commissioners) Model HMO Act, as amended; or

(c) The Carrier shall provide the Contracting Officer with documentation that it has such other appropriate combinations of coverage which would provide protection of Members against provider claims in the event of Carrier insolvency, or inability to pay expenses for any reason.

(d) The Carrier shall notify the Contracting Officer as soon as it is aware that it will not be able to satisfy the requirements stated in subsections (a), (b), or (c) above.

SECTION 2.10
INDEPENDENT LABORATORIES (JAN 1996)

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00368-JJM-PAS   Document 16-6   Filed 06/27/25   Page 45 of 130   PageID #: 1699

In order to assure a minimum standard of quality for laboratory services, the Carrier agrees that it will not use independent laboratories which do not comply with Medicare or similar standards.

SECTION 2.11
CLAIMS PROCESSING (JAN 2011)

A standardized claims filing process shall be used by all FEHB Carriers. The Carrier shall apply procedures for using the standard claims process. At a minimum the Carrier's program must achieve the following objectives:
(1) The majority of provider claims should be submitted electronically;
(2) All providers shall be notified that future claims must be submitted electronically, or on the Centers for Medicare and Medicaid Services 1500 form or the UB-04 form;
(3) The Carrier shall not use any unique provider claim form(s) for such FEHB member claims;
(4) The Carrier should reject all such claims submitted on forms other than the CMS 1500 form or the UB-04 form and shall explain the reason on the Explanation of Benefits form; and
(5) The Carrier shall advise OPM of its progress in implementing this policy as directed by the Contracting Officer.

SECTION 2.12
CALCULATION OF COST SHARING PROVISIONS (JAN 1996)

When the Member is required to pay a specified percentage of the cost of covered services, the Member's obligation for covered services shall be based on the amount the provider has agreed to accept as full payment, including future discounts that are known and that can be accurately calculated at the time the claim is processed. This includes for example, prompt pay discounts as well as other discounts granted for various business reasons. Any discount not determined at the time of the actual adjudication shall be placed in the Special Reserve upon its determination.

SECTION 2.13
BENEFITS PAYMENTS WHEN MEDICARE IS PRIMARY (JAN 2007)

When a Member who is covered by Medicare Part A, Part B, or Parts A and B on a fee-for- service basis (a) receives services that generally are eligible for coverage by Medicare (regardless of whether or not benefits are paid by Medicare) and are covered by the Carrier, and (b) Medicare is the primary payer and the Carrier is the secondary payer for the Member under the order of benefit determination rules stated in Appendix A and Appendix D of this contract, then the Carrier shall limit its payment to an amount that supplements the benefits payable by Medicare (regardless of whether or not Medicare benefits are paid). When emergency services have been provided by a Medicare nonparticipating institutional provider and the provider is not reimbursed by Medicare, the Carrier shall pay its primary benefits. Payments that supplement Medicare include amounts necessary to reimburse the Member for Medicare deductibles, coinsurance, copayments, and the balance between the Medicare approved amount and the Medicare limiting charge made by non-participating providers.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Carriers may use the Department of Veterans Affairs (VA) Medicare-equivalent remittance advice (MRA) when the form is submitted to determine the Plan's benefits payment for covered services provided to members who have Medicare as their primary payer, when Medicare does not pay the VA facility.

SECTION 2.14
CONTINUING REQUIREMENTS AFTER TERMINATION OF THE CARRIER (JAN 2004)

(a) The Carrier shall fulfill all of the requirements agreed to under the contract that continue after termination. The order of precedence for the applicable laws, regulations, and the contract are listed in Section 1.3.

(b) Contract requirements extend beyond the date of the Carrier's termination until the effective date of the new enrollment including processing and paying claims incurred prior to the effective date of the new enrollment.

(c) When the prior Carrier is discontinued in whole or in part, the gaining Carrier assumes full coverage on the effective date of the new enrollment.

SECTION 2.15
LARGE PROVIDER AGREEMENTS (OCT 2005) (FEHBAR 1652.204-74)

(a) Notification and Information Requirements. (1) The experience-rated Carrier must provide notice to the Contracting Officer of its intent to enter into or to make a significant modification of a Large Provider Agreement:

(i) Not less than 60 days before entering into any Large Provider Agreement; and

(ii) Not less than 60 days before exercising a renewal or other option, or significant modification to a Large Provider Agreement, when such action would result in total costs to the FEHB Program of an additional 20 percent or more above the existing contract. However, if a Carrier is exercising a simple renewal or other option contemplated by a Large Provider Agreement that OPM previously reviewed, and there are no significant changes, then a statement to the effect that the renewal or other option is being exercised along with the dollar amount is sufficient notice.

(2) The Carrier's notification to the Contracting Officer must be in writing and must, at a minimum:

(i) Describe the supplies and/or services the proposed provider agreement will require;

(ii) Identify the proposed basis for reimbursement;

(iii) Identify the proposed provider agreement, explain why the Carrier selected the proposed provider, and what contracting method it used, where applicable, including the kind of competition obtained;

(iv) Describe the methodology the Carrier used to compute the provider's profit; and,

(v) Describe provider risk provisions.

(3) The Contracting Officer may request from the Carrier any additional information on a proposed provider agreement and its terms and conditions prior to a provider award and during the performance of the agreement. The Carrier may mark any information it deems confidential commercial information, and OPM will handle information so designated in accordance with relevant procedures set forth at 5 CFR Part 294.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(4)  Within 30 days of receiving the Carrier's notification, the Contracting Officer will give the Carrier either written comments or written notice that there will be no comments.  If the Contracting Officer comments, the Carrier must respond in writing within 10 calendar days, and explain how it intends to address any concerns.

(5)  When computing the Carrier's service charge, the Contracting Officer will consider how well the Carrier complies with the provisions of this section, including the advance notification requirements, as an aspect of the Carrier's performance factor.

(6)  The Contracting Officer's review of any Large Provider Agreement, option, renewal, or modification will not constitute a determination of the acceptability of the terms and conditions of any provider agreement or of the allowability of any costs under the Carrier's contract, nor will it relieve the Carrier of any responsibility for performing the contract.

(b)  Records and Inspection.  The Carrier must insert in all Large Provider Agreements the requirement that the provider will retain and make available to the Government all records relating to the agreement that support the annual statement of operations and enrollee records-- Retain for 6 years after the agreement term ends.

(c)  Audit and Records - Negotiation.   The provisions of FAR 52.215-2, "Audit and Records--Negotiation," when required, or FEHBAR 1652.246-70, "FEHB Inspection" apply to all experience-rated Carriers' Large Provider Agreements.  The Carrier will insert the clauses at FAR 52.215-2, when applicable, or FEHBAR 1652.246-70 in all Large Provider Agreements.  In FAR 52.215-2 the Carrier will substitute

(1) The term "Large Provider" for the term "Contractor" throughout the clause, and

(2) The term "Large Provider Agreement" for the term "Subcontracts" in paragraph (g) of FAR 52.215-2.  The term "Contracting Officer" will mean the FEHB Program Contracting Officer at OPM.  The Carrier will be responsible for ensuring the Large Provider complies with the provisions set forth in the clause.

(d)  Prohibited Agreements.  No provider agreement made under this contract will provide for payment on a cost-plus-a-percentage-of-cost basis.

(e)  The Carrier will insert this clause, 1652.204-74, in all Large Provider Agreements.


SECTION 2.16
COORDINATION OF PRESCRIPTION DRUG BENEFITS WITH MEDICARE (JAN 2015)

(a)  The Carrier shall comply with the Center for Medicare and Medicaid Services' (CMS) Part D Coordination of Benefits Guidance when the mechanisms and systems indicated in this guidance are in place and functioning properly. This guidance provides the requirements and procedures for coordination of benefits between Part D plans and other providers of prescription drug coverage.

(b)  For Medicare Part B covered prescription drugs, the Carrier will coordinate benefits with Medicare except when such prescription drugs are purchased from retail or mail order pharmacies.  The Carrier may pay its benefits on retail pharmacy or mail order drugs eligible for Medicare Part B coverage or may coordinate benefits subject to Contracting Officer approval.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## PART III – PAYMENTS, CHARGES AND ACCOUNTING

SECTION 3.1
PAYMENTS—EXPERIENCE-RATED CONTRACTS (JAN 2003) (FEHBAR 1652.232-71)

(a)  OPM will pay to the Carrier, in full settlement of its obligations under this contract, subject to adjustment for error or fraud, the subscription charges received for the Plan by the Employees Health Benefits Fund (hereinafter called the Fund) less the amounts set aside by OPM for the Contingency Reserve and for the administrative expenses of OPM and amounts for obligations due pursuant to paragraph (b) of this clause, plus any payments made by OPM from the Contingency Reserve.

(b) OPM will notify the Carrier of amounts due for outstanding obligations under the contract.  Not later than 60 days after the date of written notice from OPM, the Carrier shall reimburse OPM.  If payment is not received within the prescribed time frame, OPM shall withhold the amount due from the subscription charges owed the Carrier under paragraph (a) of this clause.

(c)  The specific subscription rates, charges, allowances and limitations applicable to the contract are set forth in Appendix B.

(d)  Recurring payments from premiums shall be made available for Carrier drawdown not later than thirty days after receipt by the Fund.  The Contracting Officer may authorize special non-recurring payments from the Contingency Reserve in accordance with OPM's regulations.

(e) In the event this contract between the Carrier and OPM is terminated or not renewed in accordance with General Provision 1.15, *Renewal and Withdrawal of Approval*, the Contingency Reserve of the Carrier held by OPM shall be available to the Carrier to pay the necessary and proper charges against this contract to the extent that the Carrier reserves are insufficient for that purpose.

SECTION 3.2
ACCOUNTING AND ALLOWABLE COST (JAN 2003) (FEHBAR 1652.216-71)

(a)  Annual Accounting Statements.
(1) The Carrier shall furnish to OPM an accounting of its operations under the contract. In preparing the accounting, the Carrier shall follow the reporting requirements and statement formats prescribed by OPM in the OPM Annual and Fiscal Year Financial Reporting Instructions.

(2) The Carrier shall have its Annual Accounting Statements and that of its underwriter, if any, audited in accordance with the FEHBP Experienced-Rated Carrier and Service Organization Audit Guide (Guide).  The Carrier shall submit the audit report and the Annual Accounting Statements to OPM in accordance with the requirements of the Guide.

(3) Based on the results of either the independent audit prescribed by the Guide or a Government audit, OPM may require the Carrier to adjust its annual accounting statements (i) by amounts found not to constitute actual, allowable, allocable and reasonable costs; or (ii) to reflect prior overpayments or underpayments.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(4) The Carrier shall develop corrective action plans to resolve audit findings identified in audits that were performed in accordance with the Guide. The corrective action plans will be prepared in accordance with and as defined by the Guide.

(b) <u>Definition of costs</u>. (1) The Carrier may charge a cost to the contract for a contract term if the cost is actual, allowable, allocable, and reasonable. In addition, the Carrier must:

(i) on request, document and make available accounting support for the cost to justify that the cost is actual, reasonable and necessary; and

(ii) determine the cost in accordance with: (A) the terms of this contract, and (B) Subpart 31.2 of the Federal Acquisition Regulation (FAR) and Subpart 1631.2 of the Federal Employees Health Benefits Program Acquisition Regulation (FEHBAR) applicable on the first day of the contract period.

(2) In the absence of specific contract terms to the contrary, the Carrier shall classify contract costs in accordance with the following criteria:

(i) <u>Benefits</u>. Benefit costs consist of payments made and liabilities incurred for covered health care services on behalf of FEHBP subscribers less any refunds, rebates, allowances or other credits received.

(ii) <u>Administrative expenses</u>. Administrative expenses consist of all actual, allowable, allocable and reasonable expenses incurred in the adjudication of subscriber benefit claims or incurred in the Carrier's overall operation of the business. Unless otherwise stated in the contract, administrative expenses include, in part: all taxes (excluding premium taxes, as provided in section 1631.205-41), insurance and reinsurance premiums, medical and dental consultants used in the adjudication process, concurrent or managed care review when not billed by a health care provider and other forms of utilization review, the cost of maintaining eligibility files, legal expenses incurred in the litigation of benefit payments and bank charges for letters of credit. Administrative expenses exclude the cost of Carrier personnel, equipment, and facilities directly used in the delivery of health care services, which are benefit costs, and the expense of managing the FEHBP investment program which is a reduction of investment income earned.

(iii) <u>Investment income</u>. While compliance with the checks presented letter of credit methodology will minimize funds on hand, the Carrier shall invest and reinvest all funds on hand, including any in the Special Reserve or any attributable to the reserve for incurred but unpaid claims, which are in excess of the funds needed to discharge promptly the obligations incurred under the contract. Investment income represents the net amount earned by the Carrier after deducting investment expenses. Investment expenses are those actual, allowable, allocable, and reasonable contract costs that are attributable to the investment of funds, such as consultant or management fees.

(iv) <u>Other charges</u>. (A) <u>Mandatory statutory reserve</u>. Charges for mandatory statutory reserves are not allowable unless specifically provided for in the contract. When the term "mandatory statutory reserve" is specifically identified as an allowable contract charge without further definition or explanation, it means a requirement imposed by State law upon the Carrier to set aside a specific amount or rate of funds into a restricted reserve that is accounted for separately from all other reserves and surpluses of the Carrier and which may be used only with the specific approval of the State official designated by law to make such approvals. The amount chargeable to the contract may not exceed an allocable portion of the amount actually set aside. If the statutory reserve is no longer required for the purpose for which it was created, and these funds become available for the general use of the Carrier, the Carrier shall return to the FEHBP a pro rata share based upon FEHBP's contribution to the total Carrier's set aside shall be returned to the FEHBP in accordance with FAR 31.201-5.

Case 1:25-cv-00336-MRD-PAS Document 1-6 Filed 06/27/25 Page 50 of 345 PageID #: 1704

(B) <u>Premium taxes</u>. (1) When the term "premium taxes" is used in this contract without further definition or explanation, it means a tax, fee, or other monetary payment directly or indirectly imposed on FEHB premiums by any State, the District of Columbia, or the Commonwealth of Puerto Rico or by any political subdivision or other governmental authority of those entities, with the sole exception of a tax on net income or profit, if that tax, fee, or payment is applicable to a broad range of business activity.

(2) For purposes of this paragraph (B), OPM has determined that the term "State" as used in 5 U.S.C. 8909(f) includes, but is not limited to, a territory or possession of the United States.

(c) <u>Certification of Accounting Statement Accuracy</u>. (1) The Carrier shall certify the annual and fiscal year accounting statements in the form set forth in paragraph (c)(3) of this clause. The Carrier's chief executive officer and the chief financial officer shall sign the certificate.

(2) The Carrier shall require an authorized agent of its underwriter, if any, also to certify the annual accounting statement.

(3) The certificate required shall be in the following form:

CERTIFICATION OF ACCOUNTING STATEMENT ACCURACY

This is to certify that I have reviewed this accounting statement and to the best of my knowledge and belief:

1. The statement was prepared in conformity with the guidelines issued by the Office of Personnel Management and fairly presents the financial results of this reporting period in conformity with those guidelines.

2. The costs included in the statement are actual, allowable, allocable, and reasonable in accordance with the terms of the contract and with the cost principles of the Federal Employees Health Benefits Acquisition Regulation and the Federal Acquisition Regulation;

3. Income, rebates, allowances, refunds and other credits made or owed in accordance with the terms of the contract and applicable cost principles have been included in the statement;

4. If applicable, the letter of credit account was managed in accordance with 5 CFR part 890, 48 CFR chapter 16, and OPM guidelines.

Carrier Name:
Name of Chief Executive Officer: (Type or Print)
Name of Chief Financial Officer:
Signature of Chief Executive Officer:
Signature of Chief Financial Officer:
Date Signed:
Date Signed:
Underwriter:
Name and Title of Responsible Corporate Official: (Type or Print:)
Signature of Responsible Corporate Official:
Date Signed:
(End of Certificate)

SECTION 3.3
SPECIAL RESERVE (JAN 2003)

(a)  This contract is experience rated.  The Special Reserve represents the cumulative difference between income to the plan (subscription income plus interest on investments [item (b)(2)(iii) in Section 3.2 *Accounting and Allowable Cost*, which also includes income gain or loss]) and plan expenses (benefit costs plus allowable administrative expenses and retentions). The Special Reserve held by or on behalf of the Carrier is to be used only for payment of charges against this contract.

(b)  If this contract is terminated or not renewed and there is a positive balance remaining in the Special Reserve after all allowable costs chargeable to the contract in accordance with Section 3.2 plus an agreed-upon amount of administrative expenses for contract liquidation have been paid, the balance of any funds held by the Carrier, including current income on its investment, shall be paid to OPM for credit to the Carrier's Contingency Reserve maintained by OPM when the Carrier submits its annual accounting statement for the final contract year.

(c)  The Carrier shall incorporate this clause in all agreements with underwriters of the Carrier's FEHB Plan.

SECTION 3.4
INVESTMENT INCOME (JAN 1998) (FEHBAR 1652.215-71)

(a)  The Carrier shall invest and reinvest all FEHB funds on hand that are in excess of the funds needed to promptly discharge the obligations incurred under this contract.  The Carrier shall seek to maximize investment income with prudent consideration to the safety and liquidity of investments.

(b)  All investment income earned on FEHB funds shall be credited to the Special Reserve on behalf of the FEHBP.

(c)  When the Contracting Officer concludes that the Carrier failed to comply with paragraphs (a) or (b) of this clause, the Carrier shall credit the Special Reserve with investment income that would have been earned, at the rate(s) specified in paragraph (f) of this clause, had it not been for the Carrier's noncompliance.  "Failed to comply with paragraphs (a) or (b)" means:  (1) making any charges against the contract which are not allowable, allocable, or reasonable; or (2) failing to credit any income due the contract and/or failing to place excess funds, including subscription income and payments from OPM not needed to discharge promptly the obligations incurred under the contract, refunds, credits, payments, deposits, investment income earned, uncashed checks, or other amounts owed the Special Reserve, in income producing investments and accounts.

(d)  Investment income lost as a result of unallowable, unallocable, or unreasonable charges against the contract shall be paid from the first day of the contract term following the contract term in which the unallowable charge was made and shall end on the earlier of: (1) the date the amounts are returned to the Special Reserve (or the Office of Personnel Management); (2) the date specified by the Contracting Officer; or (3) the date of the Contracting Officer's Final Decision.

(e)  Investment income lost as a result of failure to credit income due the contract or failure to place excess funds in income producing investments and accounts shall be paid from the date the funds should have been invested or appropriate income was not credited and shall end on the earlier of: (1) the date the amounts are returned to the Special Reserve (or the Office of Personnel Management); (2) the date specified by the Contracting Officer; or (3) the date of the Contracting Officer's Final Decision.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:36 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00336-MRD-PAS Document 1-6 Filed 06/12/25 Page 52 of 347 PageID #: 1706

(f)  The Carrier shall credit the Special Reserve for income due in accordance with this clause.  All lost investment income payable shall bear simple interest at the quarterly rate determined by the Secretary of the Treasury under the authority of 26 U.S.C. 6621(a)(2) applicable to the periods in which the amount becomes due, as provided in paragraphs (d) and (e) of this clause.

(g)  The Carrier shall incorporate this clause into agreements with underwriters of the Carrier's FEHB plan and shall substitute "underwriter" or other appropriate reference for the term "Carrier".

SECTION 3.5
NON-COMMINGLING OF FUNDS (JAN 1991) (FEHBAR 1652.232-72)

(a)  The Carrier and/or its underwriter shall keep all FEHBP funds for this contract (cash and investments) physically separate from funds obtained from other sources.  Accounting for such FEHBP funds shall not be based on allocations or other sharing mechanisms and shall agree with the Carrier's accounting records.

(b)  In certain instances the physical separation of FEHBP funds may not be practical or desirable.  In such cases, the Carrier may request a waiver from this requirement from the Contracting Officer.  The waiver shall be requested in advance and the Carrier shall demonstrate that accounting techniques have been established that will clearly measure FEHBP cash and investment income (*i.e.*, subsidiary ledgers).  Reconciliations between amounts reported and actual amounts shown in accounting records shall be provided as supporting schedules to the Annual Accounting Statements.

(c) The Carrier shall incorporate this clause in all subcontracts that exceed $25,000 and shall substitute "contractor" or other appropriate reference for "Carrier and/or its underwriter".

SECTION 3.6
UNCASHED CHECKS (JAN 1996)

Payment of checks issued pursuant to this contract shall be voided if the checks have been outstanding for two (2) years.  The amounts represented by these checks shall be credited to the Special Reserve of this contract no later than the 25th month after issuance.  The term "Check" shall include any written instrument issued to pay or reimburse the payment of benefits, or any services, supplies or subcontracts hereunder.

SECTION 3.7
SERVICE CHARGE (JAN 1996)

(a) Any service charge negotiated shall be set forth in Appendix B and shall be the total profit that can be charged to the contract.  The amount set forth in Appendix B shall encompass all profit (whether entitled service charge, profit, fee, contribution to reserves or surpluses or any other title) that may be included in major subcontracts in accordance with the provisions of FEHBAR 1631.205-80, Major Subcontractor Service Charges.

(b)  One-twelfth of the service charge for the contract term accrues on the last day of each month during the contract term.  The Carrier shall withdraw the service charge from the Special Reserve when it accrues.

(c)  If this contract is renewed by operation of section 1.15(a), the amount of the service charge accrued under (b) shall be "one-twenty-fourth" rather than "one-twelfth." The remainder

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

of the service charge not otherwise accrued during the contract term shall accrue on the last day
of the contract term.

SECTION 3.8
CONTRACTOR RECORDS RETENTION (JUL 2005) (FEHBAR 1652.204-70)

Notwithstanding the provisions of Section 5.7 (FAR 52.215-2(f)), *Audit and Records –
Negotiation,* the Carrier will retain and make available all records applicable to a contract term
that support the annual statement of operations and, for contracts that equal or exceed the
threshold at FAR 15.403-4(a)(1), the rate submission for that contract term for a period of six
years after the end of the contract term to which the records relate. This includes all records of
Large Provider Agreements and subcontracts that equal or exceed the threshold requirements.
In addition, individual enrollee and/or patient claim records will be maintained for six years
after the end of the contract term to which the claim records relate. This clause is effective
prospectively as of the 2005 contract year.

SECTION 3.9
APPROVAL FOR ASSIGNMENT OF CLAIMS (JAN 1991) (FEHBAR 1652.232-73)

(a)  Notwithstanding the provisions of Section 5.35 [FAR 52.232-23] *Assignment of
Claims*, the Carrier shall not make any assignment under the Assignment of Claims Act without
the prior written approval of the Contracting Officer.
(b)  Unless a different period is specified in the Contracting Officer's written approval,
an assignment shall be in force only for a period of one year from the date of the Contracting
Officer's approval.  However, assignments may be renewed upon their expiration.

SECTION 3.10
AUDIT, FINANCIAL, AND OTHER INFORMATION (JAN 2001)

The Carrier shall furnish to OPM audit, financial, and other information in the format
and within the time frames specified in the Audit Guide for Financial Statement Audits,
Reporting on Internal Controls and Compliance with Laws and Regulations, Attestation
Reports, Agreed-Upon Procedures, and Reporting on Internal Controls of Third Party Servicing
Organizations.  Information and reports shall be furnished in the required number of copies to
the addresses specified in by OPM.

SECTION 3.11
SURVEY CHARGES (JAN 2002)

(a) If the Carrier participates in an FEHB annual consumer assessment survey, it shall
pay OPM's contractor a pro rata share of the total cost of consolidating and reporting the survey
results to OPM. The Carrier shall pay a separate fee for each plan option and /or rating area.
The Carrier agrees to pay the contractor's invoice within 30 days of the billing date.  If the
Carrier does not remit payment to the contractor within 60 days of the billing date, OPM shall
withhold the amount due from the Carrier's subscription charges according to FEHBAR
1652.232-71*, Payments–experience-rated contracts*, and forward payment to the contractor.
(b)  Costs incurred by the Carrier for contracting with a vendor to conduct the survey
shall be the Carrier's responsibility and constitute allowable administrative charges.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION 3.12
FEHB CLEARINGHOUSE (JAN 2012)

(a) The FEHB Clearinghouse will facilitate the reconciliation of enrollments between Carriers and Federal agencies, and between Tribal Employers. The Carrier shall pay a pro rata share based on its proportion of FEHB premiums as determined by OPM for the cost of developing and operating the Clearinghouse.

(b) OPM shall withhold the amount due from the Carrier's subscription charges under the authority of FEHBAR 1652.232-71, Payments--Experience-Rated Contracts, and shall forward payment to the FEHB Clearinghouse.

SECTION 3.13
TAXPAYER IDENTIFICATION NUMBER (JAN 2000) (FEHBAR 1652.204-73)

*(a) Definitions.*

*Common parent,* as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the Carrier is a member.

*Taxpayer Identification Number (TIN),* as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the Carrier in reporting income tax and other returns.

(b) The Carrier must submit the information required in paragraphs (d) through (f) of this clause to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. The Carrier is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904. The Carrier's failure or refusal to furnish the information will result in payment being withheld until the TIN number is provided.

(c) The Government may use the TIN to collect and report on any delinquent amounts arising out of the Carrier's relationship with the Government (31 U.S.C. 7701(c)(3)). The TIN provided hereunder may be matched with IRS records to verify its accuracy.

(d) Taxpayer Identification Number (TIN*)*.

TIN:

(e) Type of organization.

☐ Sole proprietorship;
☐ Partnership;
☐ Corporate entity (not tax-exempt);
☐ Corporate entity (tax-exempt);
☐ Other _____.

(f) Common parent.

☐ Carrier is not owned or controlled by a common parent as defined in paragraph (a) of this clause.
☐ Name and TIN of common parent:

Name_____
TIN_____

SECTION 3.14
REPORTABLE OVERPAYMENTS (JAN 2011)

(a) If the Carrier becomes aware of either a duplicate letter of credit payment or a significant letter of credit overpayment made by OPM, the Carrier shall notify the Contracting Officer within a maximum of ten days and request instructions for disposition of the overpayment. See FAR § 3.1003(a)(3) for penalties applicable to the failure to timely report credible evidence of significant overpayments which shall mean letter of credit payments that are 25 percent or a percentage determined by the Contracting Officer above the total checks presented amount for the day(s) in question and are reoccurring with no corrective action plan in place.

SECTION 3.15
AUDIT RESOLUTION (JAN 2015)

(a) When OIG issues a Draft Report of findings to the Carrier, the Carrier must respond with all available, accurate and relevant documentation to validate or invalidate the findings. This must be done within the timeframe specified in the OIG Draft Report transmittal letter. The Carriers shall promptly begin reconciling findings and not wait until the receipt of the Final Report to address disagreement with any findings previously communicated in the Draft Report.

OPM expects to fully resolve audits within 180 days of issuance of the final report. To enable this, Carriers must expeditiously tender all documentation necessary for resolution of the audit not later than 120 days from the date of the final audit report. This includes overpayment recoveries via check or certification, full documentation of the Carrier's position for findings being contested, evidence supporting due diligence assertions, and support for all other pertinent issues which OPM must consider, as appropriate. Fully supported requests for an extension will be evaluated by the Contracting Officer on a case-by-case basis.

(b) Notwithstanding Section 3.8, *Contractor Records Retention*, the Carrier will retain records related to open audits being conducted by the Office of Inspector General, provided the Carriers were notified of the audit within the records retention timeframes in Section 3.8. Specific records identified in the scope of these open audits will need to be maintained by the Carrier until the audits are resolved by OPM. This clause is effective prospectively as of the 2015 contract year.

SECTION 3.16
REPORTABLE FINDINGS (JAN 2013)

(a) Audit findings (except for claim payment findings) in the scope of an OIG audit are reportable as questioned charges unless the Carrier provides documentation supporting that the findings were already identified and corrected (i.e., administrative expense overcharges and untimely health benefit refunds were already processed and returned to the FEHBP) prior to audit notification.

(b) Claim payment findings (i.e., claim overpayments) in the scope of an OIG audit are reportable as questioned charges unless the Carrier provides documentation supporting that these findings were already identified (i.e., documentation that the plan initiated recovery efforts) prior to audit notification and corrected (i.e., claims were adjusted and/or voided and

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

overpayments were recovered and returned to the FEHBP) by the original due date of the draft report response.

SECTION 3.17
FEHB FAMILY MEMBER VERIFICATION AUDIT (JAN 2015)

OPM may conduct a family member verification audit. If OPM conducts the audit, the Carrier shall pay a pro rata share for conducting the audit based on its proportion of FEHB premiums as determined by OPM. The Carrier's payment hereunder is an allowable cost that can be charged outside the annual allowable expense limitation.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:36 PM
Envelope: 5194908
Reviewer: Carol M.

## PART IV -- SPECIAL PROVISIONS

SECTION 4.1
ALTERATIONS IN CONTRACT (JAN 2003) (FAR 52.252-4)

Portions of this contract are altered as follows:

(___) Section 3.2(b)(2)(ii) of this contract is amended to comply with 5 U.S.C. 8909(f) as follows:

(1) No tax, fee, or other monetary payment may be imposed, directly or indirectly, on a Carrier or an underwriting or plan administration subcontractor of an approved health benefits plan by any State, the District of Columbia, or the Commonwealth of Puerto Rico, or by any political subdivision or other governmental authority thereof, with respect to any payment made from the Fund.

(2) Paragraph (1) shall not be construed to exempt any Carrier or subcontractor of an approved health benefits plan from the imposition, payment, or collection of a tax, fee, or other monetary payment on the net income or profit accruing to or realized by such Carrier or underwriting or plan administration subcontractor from business conducted under this Chapter, if that tax, fee, or payment is applicable to a broad range of business activity.

(___) Section 1.14, *Misleading, Deceptive, or Unfair Advertising*, is amended by removing the reference to the NAIC Advertisements of Accident and Sickness Insurance Model Regulation (Appendix D-b). Carrier should continue to use the FEHB Supplemental Literature Guidelines (now at the renumbered Appendix C) along with FEHBAR 1603.702.

(___) Section 5.58. The reference to Central Contractor Registration in FAR 52.232-33, Payment by Electronic Funds Transfer-Central Contractor Registration, is not applicable to this contract.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## PART V - REQUIRED CLAUSES

SECTION 5.1
DEFINITIONS (NOV 2013) (FAR 52.202-1)

When a solicitation provision or contract clause uses a word or term that is defined in the Federal Acquisition Regulation (FAR), the word or term has the same meaning as the definition in FAR 2.101 in effect at the time the solicitation was issued, unless—

    (a)  The solicitation, or amended solicitation, provides a different definition;

    (b)  The contracting parties agree to a different definition;

    (c)  The part, subpart, or section of the FAR where the provision or clause is prescribed provides a different meaning; or

    (d)  The word or term is defined in FAR Part 31, for use in the cost principles and procedures.

SECTION 5.2
[RESERVED]

SECTION 5.3
GRATUITIES (APR 1984) (FAR 52.203-3)

    (a) The right of the Contractor to proceed may be terminated by written notice if, after notice and hearing, the agency head or a designee determines that the Contractor, its agent, or another representative -

    (1) Offered or gave a gratuity (e.g., an entertainment or gift) to an officer, official, or employee of the Government; and

    (2) Intended, by the gratuity, to obtain a contract or favorable treatment under a contract.

    (b) The facts supporting this determination may be reviewed by any court having lawful jurisdiction.

    (c) If this contract is terminated under paragraph (a) above, the Government is entitled -

    (1) To pursue the same remedies as in a breach of the contract; and

    (2) In addition to any other damages provided by law, to exemplary damages of not less than 3 nor more than 10 times the cost incurred by the Contractor in giving gratuities to the person concerned, as determined by the agency head or a designee.  (This subparagraph (c)(2) is applicable only if this contract uses money appropriated to the Department of Defense.)

    (d) The rights and remedies of the Government provided in this clause shall not be exclusive and are in addition to any other rights and remedies provided by law or under this contract.

SECTION 5.4
COVENANT AGAINST CONTINGENT FEES (MAY 2014) (FAR 52.203-5)

    (a) The Contractor warrants that no person or agency has been employed or retained to solicit or obtain this contract upon an agreement or understanding for a contingent fee, except a bona fide employee or agency.  For breach or violation of this warranty, the Government shall

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

have the right to annul this contract without liability or to deduct from the contract price or consideration, or otherwise recover, the full amount of the contingent fee.

(b) "Bona fide agency," as used in this clause, means an established commercial or selling agency, maintained by a contractor for the purpose of securing business, that neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds itself out as being able to obtain any Government contract or contracts through improper influence.

"Bona fide employee," as used in this clause, means a person, employed by a contractor and subject to the contractor's supervision and control as to time, place, and manner of performance, who neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds out as being able to obtain any Government contract or contracts through improper influence.

"Contingent fee", as used in this clause, means any commission, percentage, brokerage, or other fee that is contingent upon the success that a person or concern has in securing a Government contract.

"Improper influence," as used in this clause, means any influence that induces or tends to induce a Government employee or officer to give consideration or to act regarding a Government contract on any basis other than the merits of the matter.

SECTION 5.5
ANTI-KICKBACK PROCEDURES (MAY 2014) (FAR 52.203-7)

(a) Definitions.

"Kickback," as used in this clause, means any money, fee, commission, credit, gift, gratuity, thing of value, or compensation of any kind which is provided to any prime Contractor, prime Contractor employee, subcontractor, or subcontractor employee for the purpose of improperly obtaining or rewarding favorable treatment in connection with a prime contract or in connection with a subcontract relating to a prime contract.

"Person," as used in this clause, means a corporation, partnership, business association of any kind, trust, joint-stock company, or individual.

"Prime contract," as used in this clause, means a contract or contractual action entered into by the United States for the purpose of obtaining supplies, materials, equipment, or services of any kind.

"Prime Contractor," as used in this clause, means a person who has entered into a prime contract with the United States.

"Prime Contractor employee," as used in this clause, means any officer, partner, employee, or agent of a prime Contractor.

"Subcontract," as used in this clause, means a contract or contractual action entered into by a prime Contractor or subcontractor for the purpose of obtaining supplies, materials, equipment, or services of any kind under a prime contract.

"Subcontractor," as used in this clause, (1) means any person, other than the prime Contractor, who offers to furnish or furnishes any supplies, materials, equipment, or services of any kind under a prime contract or a subcontract entered into in connection with such prime contract, and (2) includes any person who offers to furnish or furnishes general supplies to the prime Contractor or a higher tier subcontractor.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

"Subcontractor employee," as used in this clause, means any officer, partner, employee, or agent of a subcontractor.

(b) 41 U.S.C. chapter 87, Kickbacks, prohibits any person from --

(1) Providing or attempting to provide or offering to provide any kickback;

(2) Soliciting, accepting, or attempting to accept any kickback; or

(3) Including, directly or indirectly, the amount of any kickback in the contract price charged by a prime Contractor to the United States or in the contract price charged by a subcontractor to a prime Contractor or higher tier subcontractor.

(c)(1) The Contractor shall have in place and follow reasonable procedures designed to prevent and detect possible violations described in paragraph (b) of this clause in its own operations and direct business relationships.

(2) When the Contractor has reasonable grounds to believe that a violation described in paragraph (b) of this clause may have occurred, the Contractor shall promptly report in writing the possible violation. Such reports shall be made to the inspector general of the contracting agency, the head of the contracting agency if the agency does not have an inspector general, or the Attorney General.

(3) The Contractor shall cooperate fully with any Federal agency investigating a possible violation described in paragraph (b) of this clause.

(4) The Contracting Officer may (i) offset the amount of the kickback against any monies owed by the United States under the prime contract and/or (ii) direct that the Prime Contractor withhold, from sums owed a subcontractor under the prime contract, the amount of the kickback. The Contracting Officer may order that monies withheld under subdivision (c)(4)(ii) of this clause be paid over to the Government unless the Government has already offset those monies under subdivision (c)(4)(i) of this clause.  In either case, the Prime Contractor shall notify the Contracting Officer when the monies are withheld.

(5) The Contractor agrees to incorporate the substance of this clause, including paragraph (c)(5) but excepting paragraph (c)(1), in all subcontracts under this contract which exceed $150,000.

SECTION 5.6
[RESERVED]

SECTION 5.7
AUDIT AND RECORDS-NEGOTIATION (OCT 2010) (FAR 52.215-2)

(a)  As used in this clause, "records" includes books, documents, accounting procedures and practices, and other data, regardless of type and regardless of whether such items are in written form, in the form of computer data, or in any other form.

(b) *Examination of costs*.  If this is a cost- reimbursement, incentive, time-and-materials, labor-hour, or price redeterminable contract, or any combination of these, the Contractor shall maintain and the Contracting Officer, or an authorized representative of the Contracting Officer, shall have the right to examine and audit all records and other evidence sufficient to reflect properly all costs claimed to have been incurred or anticipated to be incurred directly or indirectly in performance of this contract.  This right of examination shall include inspection at all reasonable times of the Contractor's plants, or parts of them, engaged in performing the contract.

Case 1:25-cv-00368-MRD-PAS Document 18 Filed 06/27/25 Page 61 Page 86 of 1762 PageID #: 1715

(c) *Certified Cost or pricing data*.  If the Contractor has been required to submit certified cost or pricing data in connection with any pricing action relating to this contract, the Contracting Officer, or an authorized representative of the Contracting Officer, in order to evaluate the accuracy, completeness, and currency of the certified cost or pricing data, shall have the right to examine and audit all of the Contractor's records, including computations and projections, related to--

(1) The proposal for the contract, subcontract, or modification;

(2) The discussions conducted on the proposal(s), including those related to negotiating;

(3) Pricing of the contract, subcontract, or modification; or

(4) Performance of the contract, subcontract or modification.

(d) *Comptroller General* -- (1) The Comptroller General of the United States, or an authorized representative, shall have access to and the right to examine any of the Contractor's directly pertinent records involving transactions related to this contract or a subcontract hereunder and to interview any current employee regarding such transactions.

(2)  This paragraph may not be construed to require the Contractor or subcontractor to create or maintain any record that the Contractor or subcontractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) *Reports*.  If the Contractor is required to furnish cost, funding, or performance reports, the Contracting Officer or an authorized representative of the Contracting Officer shall have the right to examine and audit the supporting records and materials, for the purpose of evaluating-- (1) The effectiveness of the Contractor's policies and procedures to produce data compatible with the objectives of these reports and (2) The data reported.

(f) *Availability*.  The Contractor shall make available at its office at all reasonable times the records, materials, and other evidence described in paragraphs (a), (b), (c), (d), and (e) of this clause, for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in Subpart 4.7, Contractor Records Retention, of the Federal Acquisition Regulation (FAR), or for any longer period required by statute or by other clauses of this contract.  In addition--(1) If this contract is completely or partially terminated, the Contractor shall make available the records relating to the work terminated until 3 years after any resulting final termination settlement; and (2)  The Contractor shall make available records relating to appeals under the Disputes clause or to litigation or the settlement of claims arising under or relating to this contract until such appeals, litigation, or claims are finally resolved.

(g)  The Contractor shall insert a clause containing all the terms of this clause, including this paragraph (g), in all subcontracts under this contract that exceed the simplified acquisition threshold and--

(1)  That are cost-reimbursement, incentive, time-and-materials, labor-hour, or price-redeterminable type or any combination of these;

(2) For which certified cost or pricing data are required; or

(3) That require the subcontractor to furnish reports as discussed in paragraph (e) of this clause.

The clause may be altered only as necessary to identify properly the contracting parties and the Contracting Officer under the Government prime contract.

SECTION 5.8
PRICE REDUCTION FOR DEFECTIVE CERTIFIED COST OR PRICING DATA (AUG 2011) (FAR 52.215-10)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00386-MRD-PAS Document 16 Filed 06/27/25 Page 62 of 137 PageID #: 1716

(a) If any price, including profit or fee, negotiated in connection with this contract, or any cost reimbursable under this contract, was increased by any significant amount because (1) the Contractor or a subcontractor furnished certified cost or pricing data that were not complete, accurate, and current as certified in its Certificate of Current Cost or Pricing Data, (2) a subcontractor or prospective subcontractor furnished the Contractor certified cost or pricing data that were not complete, accurate, and current as certified in the Contractor's Certificate of Current Cost or Pricing Data, or (3) any of these parties furnished data of any description that were not accurate, the price or cost shall be reduced accordingly and the contract shall be modified to reflect the reduction.

(b) Any reduction in the contract price under paragraph (a) of this clause due to defective data from a prospective subcontractor that was not subsequently awarded the subcontract shall be limited to the amount, plus applicable overhead and profit markup, by which (1) the actual subcontract; or (2) the actual cost to the Contractor, if there was no subcontract, was less than the prospective subcontract cost estimate submitted by the Contractor; provided, that the actual subcontract price was not itself affected by defective certified cost or pricing data.

(c)(1) If the Contracting Officer determines under paragraph (a) of this clause that a price or cost reduction should be made, the Contractor agrees not to raise the following matters as a defense:

(i) The Contractor or subcontractor was a sole source supplier or otherwise was in a superior bargaining position and thus the price of the contract would not have been modified even if accurate, complete, and current certified cost of pricing data had been submitted;

(ii) The Contracting Officer should have known that the certified cost or pricing data in issue were defective even though the Contractor or subcontractor took no affirmative action to bring the character of the data to the attention of the Contracting Officer;

(iii) The contract was based on an agreement about the total cost of the contract and there was no agreement about the cost of each item procured under the contract; or

(iv) The Contractor or subcontractor did not submit a Certificate of Current Cost or Pricing Data.

(2)(i) Except as prohibited by subdivision (c)(2)(ii) of this clause, an offset in an amount determined appropriate by the Contracting Officer based upon the facts shall be allowed against the amount of a contract price reduction if--

(A) The Contractor certifies to the Contracting Officer that, to the best of the Contractor's knowledge and belief, the Contractor is entitled to the offset in the amount requested; and

(B) The Contractor proves that the certified cost or pricing data were available before the "as of" date specified on its Certificate of Current Cost or Pricing Data, and that the data were not submitted before such date.

(ii) An offset shall not be allowed if--

(A) The understated data were known by the Contractor to be understated before the "as of" date specified on its Certificate of Current Cost or Pricing Data; or

(B) The Government proves that the facts demonstrate that the contract price would not have increased in the amount to be offset even if the available data had been submitted before the "as of" date specified on its Certificate of Current Cost or Pricing Data.

(d) If any reduction in the contract price under this clause reduces the price of items for which payment was made prior to the date of the modification reflecting the price reduction, the

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Contractor shall be liable to and shall pay the United States at the time such overpayment is repaid--

(1) Interest compounded daily, as required by 26 U.S.C. 6622, on the amount of such overpayment to be computed from the date(s) of overpayment to the Contractor to the date the Government is repaid by the Contractor at the applicable underpayment rate effective for each quarter prescribed by the Secretary of the Treasury under 26 U.S.C. 6621(a)(2); and

(2)  A penalty equal to the amount of the overpayment, if the Contractor or subcontractor knowingly submitted certified cost or pricing data which were incomplete, inaccurate, or noncurrent.

SECTION 5.9
[RESERVED]

SECTION 5.10
SUBCONTRACTOR CERTIFIED COST OR PRICING DATA (OCT 2010) (FAR 52.215-12)

(a) Before awarding any subcontract expected to exceed the threshold for submission of certified cost or pricing data at FAR  15.403-4, on the date of agreement on price or the date of award, whichever is later; or before pricing any subcontract modification involving a pricing adjustment expected to exceed the threshold for submission of certified cost or pricing data at FAR 15.403-4,  the Contractor shall require the subcontractor to submit certified cost or pricing data (actually or by specific identification in writing), unless an exception under FAR 15.403-1 apples.

(b) The Contractor shall require the subcontractor to certify in substantially the form prescribed in FAR 15.406-2 that, to the best of its knowledge and belief, the data submitted under paragraph (a) of this clause were accurate, complete, and current as of the date of agreement on the negotiated price of the subcontract or subcontract modification.

(c) In each subcontract that exceeds the threshold for submission of certified cost or pricing data at FAR 15.403-4, when entered into, the Contractor shall insert either --

(1) The substance of this clause, including this paragraph (c), if paragraph (a) of this clause requires submission of certified cost or pricing data for the subcontract; or

(2) The substance of the clause at FAR 52.215-13, Subcontractor Certified Cost or Pricing Data - Modifications.

SECTION 5.11
[RESERVED]

SECTION 5.12
[RESERVED]

SECTION 5.13
[RESERVED]

SECTION 5.14
UTILIZATION OF SMALL BUSINESS CONCERNS (NOV 2016) (FAR 52.219-8)

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(a) Definitions. As used in this contract --

"HUBZone small business concern" means a small business concern, certified by the Small Business Administration, that appears on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration.

"Service-disabled veteran-owned small business concern"

(1) Means a small business concern—

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a small business as defined pursuant to Section 3 of the Small Business Act and relevant regulations promulgated pursuant thereto.

"Small disadvantaged business concern"

, consistent with 13 CFR 124.1002, means a small business concern under the size standard applicable to the acquisition, that--

(1) Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by—

(i) One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States; and

(ii) Each individual claiming economic disadvantage has a net worth not exceeding $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(2) The management and daily business operations of which are controlled (as defined at 13.CFR 124.106) by individuals, who meet the criteria in paragraphs (1)(i) and (ii) of this definition.

"Veteran-owned small business concern" means a small business concern—

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern" means a small business concern—

(1) That is at least 51 percent owned by one or more women, or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(b) It is the policy of the United States that small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, HUBZone small business concerns, small disadvantaged business concerns, and women-owned small business concerns shall have the maximum practicable opportunity to participate in performing

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

contracts let by any Federal agency, including contracts and subcontracts for subsystems, assemblies, components, and related services for major systems. It is further the policy of the United States that its prime contractors establish procedures to ensure the timely payment of amounts due pursuant to the terms of their subcontracts with small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, HUBZone small business concerns, small disadvantaged business concerns, and women-owned small business concerns.

(c) The Contractor hereby agrees to carry out this policy in the awarding of subcontracts to the fullest extent consistent with efficient contract performance. The Contractor further agrees to cooperate in any studies or surveys as may be conducted by the United States Small Business Administration or the awarding agency of the United States as may be necessary to determine the extent of the Contractor's compliance with this clause.

(d)(1) The Contractor may accept a subcontractor's written representations of its size and socioeconomic status as a small business, small disadvantaged business, a veteran-owned small business, service-disabled veteran-owned small business or a women-owned small business if the subcontractor represents that the size and socioeconomic status representations with its offer are current, accurate, and complete as of the date of the offer for the subcontract.

(2) The Contractor may accept a subcontractor's representations of its size and socioeconomic status as a small business, small disadvantaged business, veteran-owned small business, service-disabled veteran-owned small business, or a women-owned small business in the System for Award Management (SAM) if—

(i) The subcontractor is registered in SAM; and

(ii) The subcontractor represents that the size and socioeconomic status representations made in SAM are current, accurate and complete as of the date of the offer for the subcontract.

(3) The Contractor may not require the use of SAM for the purposes of representing size or socioeconomic status in connection with a subcontract.

(4) In accordance with 13 CFR 121.411, 124.1015, 125.29, 126.900, and 127.700, a contractor acting in good faith is not liable for misrepresentations made by its subcontractors regarding the subcontractor's size or socioeconomic status.

(5) The Contractor shall confirm that a subcontractor representing itself as a HUBZone small business concern is certified by SBA as a HUBZone small business concern by accessing the System for Award Management database or by contacting the SBA.  Options for contacting the SBA include—

(i) HUBZone small business database search application web page at http://dsbs.sba.gov/dsbs/search/dsp_searchhubzone.cfm; or http://www.sba.gov/hubzone;

(ii) In writing to the Director/HUB, U.S. Small Business Administration, 409 3rd Street, SW., Washington, DC 20416; or

(iii) The SBA HUBZone Help Desk at hubzone@sba.gov.


SECTION 5.15
[RESERVED]


SECTION 5.16
[RESERVED]

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION 5.17
CONVICT LABOR  (JUN 2003) (FAR 52.222-3)

(a) Except as provided in paragraph (b) of this clause, the Contractor shall not employ in the performance of this contract any person undergoing a sentence of imprisonment imposed by any court of a State, the District of Columbia, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, or the U.S. Virgin Islands.

(b) The Contractor is not prohibited from employing persons-

(1) On parole or probation to work at paid employment during the term of their sentence;

(2) Who have been pardoned or who have served their terms; or

(3) Confined for violation of the laws of any of the States, the District of Columbia, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, or the U.S. Virgin Islands who are authorized to work at paid employment in the community under the laws of such jurisdiction, if-

(i) The worker is paid or is in an approved work training program on a voluntary basis;

(ii) Representatives of local union central bodies or similar labor union organizations have been consulted;

(iii) Such paid employment will not result in the displacement of employed workers, or be applied in skills, crafts, or trades in which there is a surplus of available gainful labor in the locality, or impair existing contracts for services;

(iv) The rates of pay and other conditions of employment will not be less than those paid or provided for work of a similar nature in the locality in which the work is being performed; and

(v) The Attorney General of the United States has certified that the work-release laws or regulations of the jurisdiction involved are in conformity with the requirements of Executive Order 11755, as amended by Executive Orders 12608 and 12943.

SECTION 5.18
CONTRACT WORK HOURS AND SAFETY STANDARDS ACT -  OVERTIME COMPEN-
SATION (MAY 2014)(FAR 52.222-4)

(a) *Overtime requirements.*  No Contractor or subcontractor employing laborers or mechanics (see Federal Acquisition Regulation 22.300) shall require or permit them to work over 40 hours in any workweek unless they are paid at least 1 and ½ times the basic rate of pay for each hour worked over 40 hours.

(b) *Violation; liability for unpaid wages; liquidated damages.*  The responsible Contractor and subcontractor are liable for unpaid wages if they violate the terms in paragraph (a) of this clause.  In addition, the Contractor and subcontractor are liable for liquidated damages payable to the Government.  The Contracting Officer will assess liquidated damages at the rate of $10 per affected employee for each calendar day on which the employer required or permitted the employee to work in excess of the standard workweek of 40 hours without paying overtime wages required by the Contract Work Hours and Safety Standards statute (found at 40 U.S.C. chapter 37).

(c) *Withholding for unpaid wages and liquidated damages.*  The Contracting Officer will withhold from payments due under the contract sufficient funds required to satisfy any Contractor or subcontractor liabilities for unpaid wages and liquidated damages.  If amounts withheld under the contract are insufficient to satisfy Contractor or subcontractor liabilities, the

Contracting Officer will withhold payments from other Federal or Federally assisted contracts held by the same Contractor that are subject to the Contract Work Hours and Safety Standards statute.

(d) *Payrolls and basic records.* (1) The Contractor and its subcontractors shall maintain payrolls and basic payroll records for all laborers and mechanics working on the contract during the contract and shall make them available to the Government until 3 years after contract completion. The records shall contain the name and address of each employee, social security number, labor classifications, hourly rates of wages paid, daily and weekly number of hours worked, deductions made, and actual wages paid. The records need not duplicate those required for construction work by Department of Labor regulations at 29 CFR 5.5(a)(3) implementing the Construction Wage Rate Requirements statute.

(2) The Contractor and its subcontractors shall allow authorized representatives of the Contracting Officer or the Department of Labor to inspect, copy, or transcribe records maintained under paragraph (d)(1) of this clause. The Contractor or subcontractor also shall allow authorized representatives of the Contracting Officer or Department of Labor to interview employees in the workplace during working hours.

(e) *Subcontracts.* The Contractor shall insert the provisions set forth in paragraphs (a) through (d) of this clause in subcontracts that may require or involve the employment of laborers and mechanics and require subcontractors to include these provisions in any such lower tier subcontracts. The Contractor shall be responsible for compliance by any subcontractor or lower-tier subcontractor with the provisions set forth in paragraphs (a) through (d) of this clause.

SECTION 5.19
EQUAL OPPORTUNITY (SEP 2016) (FAR 52.222-26)

(a) Definition. As used in this clause

"Compensation" means any payments made to, or on behalf of, an employee or offered to an applicant as remuneration for employment, including but not limited to salary, wages, overtime pay, shift differentials, bonuses, commissions, vacation and holiday pay, allowances, insurance and other benefits, stock options and awards, profit sharing, and retirement.

"Compensation information" means the amount and type of compensation provided to employees or offered to applicants, including, but not limited to, the desire of the Contractor to attract and retain a particular employee for the value the employee is perceived to add to the Contractor's profit or productivity; the availability of employees with like skills in the marketplace; market research about the worth of similar jobs in the relevant marketplace; job analysis, descriptions, and evaluations; salary and pay structures; salary surveys; labor union agreements; and Contractor decisions, statements and policies related to setting or altering employee compensation.

"Essential job functions" means the fundamental job duties of the employment position an individual holds. A job function may be considered essential if–

(1) The access to compensation information is necessary in order to perform that function or another routinely assigned business task; or

(2) The function or duties of the position include protecting and maintaining the privacy of employee personnel records, including compensation information.

"Gender identity" has the meaning given by the Department of Labor's Office of Federal Contract Compliance Programs, and is found at www.dol.gov/ofccp/LGBT/LGBT_FAQs.html.

"Sexual orientation" has the meaning given by the Department of Labor's Office of Federal Contract Compliance Programs, and is found at www.dol.gov/ofccp/LGBT/LGBT_FAQs.html.

"United States," means the 50 States, the District of Columbia, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, the U.S. Virgin Islands, and Wake Island.

(b)(1) If, during any 12-month period (including the 12 months preceding the award of this contract), the Contractor has been or is awarded nonexempt Federal contracts and/or subcontracts that have an aggregate value in excess of $10,000, the Contractor shall comply with this clause, except for work performed outside the United States by employees who were not recruited within the United States. Upon request, the Contractor shall provide information necessary to determine the applicability of this clause.

(2) If the Contractor is a religious corporation, association, educational institution, or society, the requirements of this clause do not apply with respect to the employment of individuals of a particular religion to perform work connected with the carrying on of the Contractor's activities (41 CFR 60-1.5).

(c)(1) The Contractor shall not discriminate against any employee or applicant for employment because of race, color, religion, sex, sexual orientation, gender identity, or national origin. However, it shall not be a violation of this clause for the Contractor to extend a publicly announced preference in employment to Indians living on or near an Indian reservation, in connection with employment opportunities on or near an Indian reservation, as permitted by 41 CFR 60-1.5.

(2) The Contractor shall take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex, sexual orientation, gender identity, or national origin. This shall include, but not be limited to—

(i)      Employment;
(ii)     Upgrading;
(iii)    Demotion;
(iv)    Transfer;
(v)     Recruitment or recruitment advertising;
(vi)    Layoff or termination;
(vii)   Rates of pay or other forms of compensation; and
(viii)  Selection for training, including apprenticeship.

(3) The Contractor shall post in conspicuous places available to employees and applicants for employment the notices to be provided by the Contracting Officer that explain this clause.

(4) The Contractor shall, in all solicitations or advertisements for employees placed by or on behalf of the Contractor, state that all qualified applicants will receive consideration for

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

employment without regard to race, color, religion, sex, sexual orientation, gender identity, or national origin.

(5) (i) The Contractor shall not discharge or in any other manner discriminate against any employee or applicant for employment because such employee or applicant has inquired about, discussed, or disclosed the compensation of the employee or applicant or another employee or applicant. This prohibition against discrimination does not apply to instances in which an employee who has access to the compensation information of other employees or applicants as a part of such employee's essential job functions discloses the compensation of such other employees or applicants to individuals who do not otherwise have access to such information, unless such disclosure is in response to a formal complaint or charge, in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or is consistent with the Contractor's legal duty to furnish information.

(ii) The Contractor shall disseminate the prohibition on discrimination in paragraph (c)(5)(i) of this clause, using language prescribed by the Director of the Office of Federal Contract Compliance Programs (OFCCP), to employees and applicants by–

(A) Incorporation into existing employee manuals or handbooks; and

(B) Electronic posting or by posting a copy of the provision in conspicuous places available to employees and applicants for employment.

(6) The Contractor shall send, to each labor union or representative of workers with which it has a collective bargaining agreement or other contract or understanding, the notice to be provided by the Contracting Officer advising the labor union or workers' representative of the Contractor's commitments under this clause, and post copies of the notice in conspicuous places available to employees and applicants for employment.

(7) The Contractor shall comply with Executive Order 11246, as amended, and the rules, regulations, and orders of the Secretary of Labor.

(8) The Contractor shall furnish to the contracting agency all information required by Executive Order 11246, as amended, and by the rules, regulations, and orders of the Secretary of Labor. The Contractor shall also file Standard Form 100 (EEO-1), or any successor form, as prescribed in 41 CFR Part 60-1. Unless the Contractor has filed within the 12 months preceding the date of contract award, the Contractor shall, within 30 days after contract award, apply to either the regional Office of Federal Contract Compliance Programs (OFCCP) or the local office of the Equal Employment Opportunity Commission for the necessary forms.

(9) The Contractor shall permit access to its premises, during normal business hours, by the contracting agency or the OFCCP for the purpose of conducting on-site compliance evaluations and complaint investigations. The Contractor shall permit the Government to inspect and copy any books, accounts, records (including computerized records), and other material that may be relevant to the matter under investigation and pertinent to compliance with Executive Order 11246, as amended, and rules and regulations that implement the Executive Order.

ER-HMO 2019

(10) If the OFCCP determines that the Contractor is not in compliance with this clause or any rule, regulation, or order of the Secretary of Labor, this contract may be canceled, terminated, or suspended in whole or in part and the Contractor may be declared ineligible for further Government contracts, under the procedures authorized in Executive Order 11246, as amended. In addition, sanctions may be imposed and remedies invoked against the Contractor as provided in Executive Order 11246, as amended; in the rules, regulations, and orders of the Secretary of Labor; or as otherwise provided by law.

(11) The Contractor shall include the terms and conditions of this clause in every subcontract or purchase order that is not exempted by the rules, regulations, or orders of the Secretary of Labor issued under Executive Order 11246, as amended, so that these terms and conditions will be binding upon each subcontractor or vendor.

(12) The Contractor shall take such action with respect to any subcontract or purchase order as the Contracting Officer may direct as a means of enforcing these terms and conditions, including sanctions for noncompliance, provided, that if the Contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of any direction, the Contractor may request the United States to enter into the litigation to protect the interests of the United States.

(d) Notwithstanding any other clause in this contract, disputes relative to this clause will be governed by the procedures in 41 CFR part 60-1.

SECTION 5.20
[RESERVED]

SECTION 5.21
NOTIFICATION OF VISA DENIAL (APRIL 2015) (FAR 52.222-29)

(a) Definitions. As used in this clause-

"Gender identity" has the meaning given by the Department of Labor's Office of Federal Contract Compliance Programs, and is found at http://www.dol.gov/ofccp/LGBT/LGBT_FAQs.html.

"Sexual orientation" has the meaning given by the Department of Labor's Office of Federal Contract Compliance Programs, and is found at http://www.dol.gov/ofccp/LGBT/LGBT_FAQs.html.

(b) Requirement to notify.

(1 )It is a violation of Executive Order 11246 for a Contractor to refuse to employ any applicant or not to assign any person hired in the United States, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, the U.S. Virgin Islands, or Wake Island, on the basis that the individual's race, color, religion, sex, sexual orientation, gender identity, or national origin is not compatible with the policies of the country where or for whom the work will be performed (41 CFR 60-1.10).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(2) The Contractor shall notify the U.S. Department of State, Assistant Secretary, Bureau of Political-Military Affairs (PM), 2201 C Street NW, Room 6212, Washington, DC 20520, and the U.S. Department of Labor, Deputy Assistant Secretary for Federal Contract Compliance, when it has knowledge of any employee or potential employee being denied an entry visa to a country where this contract will be performed, and it believes the denial is attributable to the race, color, religion, sex, sexual orientation, gender identity, or national origin of the employee or potential employee.

SECTION 5.22
EQUAL OPPORTUNITY FOR VETERANS (OCT 2015) (FAR 52.222-35)

(a) *Definitions.* As used in this clause—
 "Active duty wartime or campaign badge veteran," "Armed Forces service medal veteran," "disabled veteran," "protected veteran," "qualified disabled veteran," and "recently separated veteran" have the meanings given at FAR 22.1301.
(b) *Equal opportunity clause.*  The Contractor shall abide by the requirements of the equal opportunity clause at 41 CFR 60-300.5(a), as of March 24, 2014. This clause prohibits discrimination against qualified protected veterans, and requires affirmative action by the Contractor to employ and advance in employment qualified protected veterans.
 (c) *Subcontracts.* The Contractor shall insert the terms of this clause in subcontracts of $150,000 or more unless exempted by rules, regulations, or orders of the Secretary of Labor. The Contractor shall act as specified by the Director, Office of Federal Contract Compliance Programs, to enforce the terms, including action for noncompliance.  Such necessary changes in language may be made as shall be appropriate to identify properly the parties and their undertakings.

SECTION 5.23
EQUAL OPPORTUNITY FOR WORKERS WITH DISABILITIES (JUL 2014) (FAR 52.222-36)

(a) *Equal opportunity clause.*  The Contractor shall abide by the requirements of the equal opportunity clause at 41 CFR 60-741.5(a), as of March 24, 2014. This clause prohibits discrimination against qualified individuals on the basis of disability, and requires affirmative action by the Contractor to employ and advance in employment qualified individuals with disabilities.
(b) Subcontracts.  The Contractor shall include the terms of this clause in every subcontract or purchase order in excess of $15,000 unless exempted by rules, regulations, or orders of the Secretary.  The Contractor shall act as specified by the Deputy Assistant Secretary to enforce the terms, including action for noncompliance.  Such necessary changes in language may be made as shall be appropriate to identify properly the parties and their undertakings.

SECTION 5.24
[RESERVED]

SECTION 5.25
DRUG-FREE WORKPLACE (MAY 2001) (FAR 52.223-6)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(a) Definitions.  As used in this clause,

"Controlled substance" means a controlled substance in schedules I through V of section 202 of the Controlled Substances Act (21 U.S.C. 812) and as further defined in regulation at 21 CFR 1308.11-1308.15.

"Conviction" means a finding of guilt (including a plea of nolo contendere) or imposition of sentence, or both, by any judicial body charged with the responsibility to determine violations of the Federal or State criminal drug statutes.

"Criminal drug statute" means a Federal or non-Federal criminal statute involving the manufacture, distribution, dispensing, possession or use of any controlled substance.

"Drug-free workplace" means the site(s) for the performance of work done by the Contractor in connection with a specific contract where employees of the Contractor are prohibited from engaging in the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance.

"Employee" means an employee of a Contractor directly engaged in the performance of work under a Government contract.  Directly engaged is defined to include all direct cost employees and any other Contractor employee who has other than a minimal impact or involvement in contract performance.

"Individual" means an offeror/contractor that has no more than one employee including the offeror/contractor.

(b) The Contractor, if other than an individual, shall - within 30 days after award (unless a longer period is agreed to in writing for contracts of 30 days or more performance duration); or as soon as possible for contracts of less than 30 days performance duration -

(1) Publish a statement notifying its employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in the contractor's workplace and specifying the actions that will be taken against employees for violations of such prohibition;

(2)  Establish an ongoing drug-free awareness program  to inform such employees about-

(i) The dangers of drug abuse in the workplace;

(ii) The contractor's policy of maintaining a drug-free workplace;

(iii) Any available drug counseling, rehabilitation, and employee assistance programs; and

(iv) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace.

(3) Provide all employees engaged in performance of the contract with a copy of the statement required by subparagraph (b)(1) of this clause;

(4) Notify such employees in writing in the statement required by subparagraph (b)(1) of this clause that, as a condition of continued employment on this contract, the employee will -

(i) Abide by the terms of the statement; and

(ii) Notify the employer in writing of the employee's conviction under a criminal drug statute for a violation occurring in the workplace no later than 5 days after such conviction.

(5) Notify the Contracting Officer in writing within 10 days after receiving notice under subdivision (b)(4)(ii) of this clause, from an employee or otherwise receiving actual notice of such conviction.  The notice shall include the position title of the employee;

Case 1:25-cv-00306-MRD-PAS Document 6 Filed 06/27/25 Page 73 of 343 PageID #: 1727

(6) Within 30 days after receiving notice under subdivision (b)(4)(ii) of this clause of a conviction, take one of the following actions with respect to any employee who is convicted of a drug abuse violation occurring in the workplace:

(i) Taking appropriate personnel action against such employee, up to and including termination; or

(ii) Require such employee to satisfactorily participate in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency; and

(7) Make a good faith effort to maintain a drug-free workplace through implementation of subparagraphs (b)(1) through (b)(6) of this clause.

(c) The Contractor, if an individual, agrees by award of the contract or acceptance of a purchase order, not to engage in the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance while performing this contract.

(d) In addition to other remedies available to the Government, the Contractor's failure to comply with the requirements of paragraphs (b) or (c) of this clause may, pursuant to FAR 23.506, render the Contractor subject to suspension of contract payments, termination of the contract for default, and suspension or debarment.

SECTION 5.26
[RESERVED]

SECTION 5.27
FEDERAL, STATE, AND LOCAL TAXES (STATE AND LOCAL ADJUSTMENTS) (FEB 2013) (FAR 52.229-4)

(a) As used in this clause-

"After-imposed tax" means any new or increased Federal, State, or local tax or duty, or tax that was excluded on the contract date but whose exclusion was later revoked or amount of exemption reduced during the contract period, other than an excepted tax, on the transactions or property covered by this contract that the Contractor is required to pay or bear as the result of legislative, judicial, or administrative action taking effect after the contract date.

"After-relieved tax" means any amount of Federal, State, or local tax or duty, other than an excepted tax, that would otherwise have been payable on the transactions or property covered by this contract, but which the Contractor is not required to pay or bear, or for which the Contractor obtains a refund or drawback, as the result of legislative, judicial, or administrative action taking effect after the contract date.

"All applicable Federal, State, and local taxes and duties" means all taxes and duties, in effect on the contract date, that the taxing authority is imposing and collecting on the transactions or property covered by this contract.

"Contract date" means the effective date of this contract and, for any modification to this contract, the effective date of the modification.

"Excepted tax" means social security or other employment taxes, net income and franchise taxes, excess profits taxes, capital stock taxes, transportation taxes, unemployment compensation taxes, and property taxes. "Excepted tax" does not include gross income taxes levied on or measured by sales or receipts from sales, property taxes assessed on completed

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

supplies covered by this contract, or any tax assessed on the Contractor's possession of, interest in, or use of property, title to which is in the Government.

"Local taxes" includes taxes imposed by a possession or territory of the United States, Puerto Rico, or the Northern Mariana Islands, if the contract is performed wholly or partly in any of those areas.

(b)(1) Unless otherwise provided in this contract, the contract price includes all applicable Federal, State, and local taxes and duties, except as provided in subparagraph (b)(2)(i) of this clause.

(2) Taxes imposed under 26 U.S.C. 5000C may not be—

(i) Included in the contract price; nor

(ii) Reimbursed.

(c) The contract price shall be increased by the amount of any after-imposed tax, or of any tax or duty specifically excluded from the contract price by a term or condition of this contract that the Contractor is required to pay or bear, including any interest or penalty, if the Contractor states in writing that the contract price does not include any contingency for such tax and if liability for such tax, interest, or penalty was not incurred through the Contractor's fault, negligence, or failure to follow instructions of the Contracting Officer.

(d) The contract price shall be decreased by the amount of any after-relieved tax. The Government shall be entitled to interest received by the Contractor incident to a refund of taxes to the extent that such interest was earned after the Contractor was paid by the Government for such taxes. The Government shall be entitled to repayment of any penalty refunded to the Contractor to the extent that the penalty was paid by the Government.

(e) The contract price shall be decreased by the amount of any Federal, State, or local tax, other than an excepted tax, that was included in the contract price and that the Contractor is required to pay or bear, or does not obtain a refund of, through the Contractor's fault, negligence, or failure to follow instructions of the Contracting Officer.

(f) No adjustment shall be made in the contract price under this clause unless the amount of the adjustment exceeds $250.

(g) The Contractor shall promptly notify the Contracting Officer of all matters relating to Federal, State, and local taxes and duties that reasonably may be expected to result in either an increase or decrease in the contract price and shall take appropriate action as the Contracting Officer directs. The contract price shall be equitably adjusted to cover the costs of action taken by the Contractor at the direction of the Contracting Officer, including any interest, penalty, and reasonable attorneys' fees.

(h) The Government shall furnish evidence appropriate to establish exemption from any Federal, State, or local tax when-

(1) The Contractor requests such exemption and states in writing that it applies to a tax excluded from the contract price; and

(2) A reasonable basis exists to sustain the exemption.

SECTION 5.28
RESERVED

SECTION 5.29
TAXES - FOREIGN NEGOTIATED BENEFITS CONTRACTS (JAN 1998) (FEHBAR 1652.229-70)

(a) To the extent that this contract provides for performing services outside the United States, its possessions, and Puerto Rico, this clause applies in lieu of any Federal, State, and local taxes clause of the contract.

(b) "Contract date," as used in this clause, means the effective date of this contract or modification.

"Country concerned," as used in this clause, means any country, other than the United States, its possessions, and Puerto Rico, in which expenditures under this contract are made.

"Tax" and "taxes," as used in this clause, include fees and charges for doing business that are levied by the government of the country concerned or by its political subdivisions.

"All applicable taxes and duties," as used in this clause, means all taxes and duties, in effect on the contract date, that the taxing authority is imposing and collecting on the transactions covered by this contract, pursuant to written ruling or regulation in effect on the contract date.

"After-imposed tax," as used in this clause, means any new or increased tax or duty, or tax that was exempted or excluded on the contract date but whose exemption was later revoked or reduced during the contract period, other than excepted tax, on the transactions covered by this contract that the Carrier is required to pay or bear as the result of legislative, judicial, or administrative action taking effect after the contract date.

"After-relieved tax," as used in this clause, means any amount of tax or duty, other than an excepted tax, that would otherwise have been payable on the transactions covered by this contract, but which the Carrier is not required to pay or bear, or for which the Carrier obtains a refund, as the result of legislative, judicial, or administrative action taking effect after the contract date.

"Excepted tax," as used in this clause, means social security or other employment taxes, net income and franchise taxes, excess profits taxes, capital stock taxes, transportation taxes, unemployment compensation taxes, and property taxes. "Excepted tax" does not include gross income taxes levied on or measured by sales or receipts from sales covered by this contract, or any tax assessed on the Carrier's possession of, interest in, or use of property, title to which is in the U.S. Government.

(c) Unless otherwise provided in this contract, the contract price includes all applicable taxes and duties, except taxes and duties that the Government of the United States and the government of the country concerned have agreed shall not be applicable to expenditures in such country by or on behalf of the United States.

(d) The contract price shall be increased by the amount of any after-imposed tax or of any tax or duty specifically excluded from the contract price by a provision of this contract that the Carrier is required to pay or bear, including any interest or penalty, if the Carrier states in writing that the contract price does not include any contingency for such tax and if liability for such tax, interest, or penalty was not incurred through the Carrier's fault, negligence, or failure to follow instructions of the Contracting Officer or to comply with the provisions of paragraph (i) below.

(e) The contract price shall be decreased by the amount of any after-relieved tax, including any interest or penalty. The Government of the United States shall be entitled to interest received by the Carrier incident to a refund of taxes to the extent that such interest was earned after the Carrier was paid by the Government of the United States for such taxes. The Government of the United States shall be entitled to repayment of any penalty refunded to the Carrier to the extent that the penalty was paid by the Government.

ER-HMO 2019

(f) The contract price shall be decreased by the amount of any tax or duty, other than an excepted tax, that was included in the contract and that the Carrier is required to pay or bear, or does not obtain a refund of, through the Carrier's fault, negligence, or failure to follow instructions of the Contracting Officer or to comply with the provisions of paragraph (i) below.

(g) No adjustment shall be made in the contract price under this clause unless the amount of the adjustment exceeds $250.

(h) If the Carrier obtains a reduction in tax liability under the United States Internal Revenue Code (Title 26, U.S. Code) because of the payment of any tax or duty that either was included in the contract price or was the basis of an increase in the contract price, the amount of the reduction shall be paid or credited to the Government of the United States as the Contracting Officer directs.

(i) The Carrier shall take all reasonable action to obtain exemption from or refund of any taxes or duties, including interest or penalty, from which the United States Government, the Carrier, any subcontractor, or the transactions covered by this contract are exempt under the laws of the country concerned or its political subdivisions or which the governments of the United States and of the country concerned have agreed shall not be applicable to expenditures in such country by or on behalf of the United States.

(j) The Carrier shall promptly notify the Contracting Officer of all matters relating to taxes or duties that reasonably may be expected to result in either an increase or decrease in the contract price and shall take appropriate action as the Contracting Officer directs. The contract price shall be equitably adjusted to cover the costs of action taken by the Carrier at the direction of the Contracting
Officer, including any interest, penalty, and reasonable attorneys' fees.

SECTION 5.30
[RESERVED]

SECTION 5.31
[RESERVED]

SECTION 5.32
[RESERVED]

SECTION 5.33
DISCOUNTS FOR PROMPT PAYMENT (FEB 2002) (FAR 52.232-8)

(a) Discounts for prompt payment will not be considered in the evaluation of offers. However, any offered discount will form a part of the award, and will be taken if payment is made within the discount period indicated in the offer by the offeror. As an alternative to offering a discount for prompt payment in conjunction with the offer, offerors awarded contracts may include discounts for prompt payment on individual invoices.

(b) In connection with any discount offered for prompt payment, time shall be computed from the date of the invoice. If the Contractor has not placed a date on the invoice, the due date shall be calculated from the date the designated billing office receives a proper invoice, provided the agency annotates such invoice with the date of receipt at the time of receipt. For the purpose of computing the discount earned, payment shall be considered to have been made on the date

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

that appears on the payment check or, for an electronic funds transfer, the specified payment date.  When the discount date falls on a Saturday, Sunday, or legal holiday when Federal Government offices are closed and Government business is not expected to be conducted, payment may be made on the following business day.

SECTION 5.34
INTEREST (MAY 2014) (FAR 52.232-17)

(a)  Except as otherwise provided in this contract under a Price Reduction for Defective Certified Cost or Pricing Data clause or a Cost Accounting Standards clause, all amounts that become payable by the Contractor to the Government under this contract shall bear simple interest from the date due until paid unless paid within 30 days of becoming due. The interest rate shall be the interest rate established by the Secretary of the Treasury as provided in 41 U.S.C 7109, which is applicable to the period in which the amount becomes due, as provided in paragraph (e) of this clause, and then at the rate applicable for each six-month period as fixed by the Secretary until the amount is paid.

(b) The Government may issue a demand for payment to the Contractor upon finding a debt is due under the contract.

(c) Final Decisions. The Contracting Officer will issue a final decision as required by 33.211 if—

(1) The Contracting Officer and the Contractor are unable to reach agreement on the existence or amount of a debt in a timely manner;

(2) The Contractor fails to liquidate a debt previously demanded by the Contracting Officer within the timeline specified in the demand for payment unless the amounts were not repaid because the Contractor has requested an installment payment agreement; or

(3) The Contractor requests a deferment of collection on a debt previously demanded by the Contracting Officer (see 32.607-2).

(d) If a demand for payment was previously issued for the debt, the demand for payment included in the final decision shall identify the same due date as the original demand for payment.

(e) Amounts shall be due at the earliest of the following dates:

(1)  The date fixed under this contract.

(2)  The date of the first written demand for payment, including any demand for payment resulting from a default termination.

(f) The interest charge shall be computed for the actual number of calendar days involved beginning on the due date and ending on—

(1) The date on which the designated office receives payment from the Contractor;

(2) The date of issuance of a Government check to the Contractor from which an amount otherwise payable has been withheld as a credit against the contract debt; or

(3) The date on which an amount withheld and applied to the contract debt would otherwise have become payable to the Contractor.

(g)  The interest charge made under this clause may be reduced under the procedures prescribed in 32.608-2 of the Federal Acquisition Regulation in effect on the date of this contract.

SECTION 5.35

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

ASSIGNMENT OF CLAIMS (MAY 2014) (FAR 52.232-23)

(a) The Contractor, under the Assignment of Claims Act, as amended, 31 U.S.C. 3727, 41 U.S.C. 6305 (hereafter referred to as "the Act"), may assign its rights to be paid amounts due or to become due as a result of the performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency. The assignee under such an assignment may thereafter further assign or reassign its right under the original assignment to any type of financing institution described in the preceding sentence.

(b) Any assignment or reassignment authorized under the Act and this clause shall cover all unpaid amounts payable under this contract, and shall not be made to more than one party, except that an assignment or reassignment may be made to one party as agent or trustee for two or more parties participating in the financing of this contract.

(c) The Contractor shall not furnish or disclose to any assignee under this contract any classified document (including this contract) or information related to work under this contract until the Contracting Officer authorizes such action in writing.

SECTION 5.36
DISPUTES (MAY 2014) (FAR 52.233-1)

(a) This contract is subject to 41 U.S.C chapter 71, Contract Disputes.
(b) Except as provided in 41 U.S.C chapter 71, all disputes arising under or relating to this contract shall be resolved under this clause.
(c) "Claim," as used in this clause, means a written demand or written assertion by one of the contracting parties seeking, as a matter of right, the payment of money in a sum certain, the adjustment or interpretation of contract terms, or other relief arising under or relating to this contract. However, a written demand or written assertion by the Contractor seeking the payment of money exceeding $100,000 is not a claim under 41 U.S.C chapter 71 until certified. A voucher, invoice, or other routine request for payment that is not in dispute when submitted is not a claim under 41 U.S.C chapter 71. The submission may be converted to a claim under 41 U.S.C chapter 71, by complying with the submission and certification requirements of this clause, if it is disputed either as to liability or amount or is not acted upon in a reasonable time.
(d)(1) A claim by the Contractor shall be made in writing and, unless otherwise stated in this contract, submitted within 6 years after accrual of the claim to the Contracting Officer for a written decision. A claim by the Government against the Contractor shall be subject to a written decision by the Contracting Officer.
(2)(i) The Contractor shall provide the certification specified in paragraph (d)(2)(iii) of this clause when submitting any claim exceeding $100,000.
(ii) The certification requirement does not apply to issues in controversy that have not been submitted as all or part of a claim.
(iii) The certification shall state as follows: "I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the Contractor believes the Government is liable; and that I am authorized to certify the claim on behalf of the Contractor."

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(3) The certification may be executed by any person authorized to bind the Contractor with respect to the claim.

(e) For Contractor claims of $100,000 or less, the Contracting Officer must, if requested in writing by the Contractor, render a decision within 60 days of the request. For Contractor-certified claims over $100,000, the Contracting Officer must, within 60 days, decide the claim or notify the Contractor of the date by which the decision will be made.

(f) The Contracting Officer's decision shall be final unless the Contractor appeals or files a suit as provided in 41 U.S.C chapter 71.

(g) If the claim by the Contractor is submitted to the Contracting Officer or a claim by the Government is presented to the Contractor, the parties, by mutual consent, may agree to use alternative dispute resolution (ADR). If the Contractor refuses an offer for ADR, the Contractor shall inform the Contracting Officer, in writing, of the Contractor's specific reasons for rejecting the offer.

(h) The Government shall pay interest on the amount found due and unpaid from (1) the date that the Contracting Officer receives the claim (certified, if required); or (2) the date that payment otherwise would be due, if that date is later, until the date of payment. With regard to claims having defective certifications, as defined in FAR 33.201, interest shall be paid from the date that the Contracting Officer initially receives the claim. Simple interest on claims shall be paid at the rate, fixed by the Secretary of the Treasury as provided in the Act, which is applicable to the period during which the Contracting Officer receives the claim and then at the rate applicable for each 6-month period as fixed by the Treasury Secretary during the pendency of the claim.

(i) The Contractor shall proceed diligently with performance of this contract, pending final resolution of any request for relief, claim, appeal, or action arising under the contract, and comply with any decision of the Contracting Officer.

## SECTION 5.37
## NOTICE OF INTENT TO DISALLOW COSTS (APR 1984) (FAR 52.242-1)

(a)  Notwithstanding any other clause of this contract--

(1)  The Contracting Officer may at any time issue to the Contractor a written notice of intent to disallow specified costs incurred or planned for incurrence under this contract that have been determined not to be allowable under the contract terms; and

(2)  The Contractor may, after receiving a notice under subparagraph (1) above, submit a written response to the Contracting Officer, with justification for allowance of the costs.  If the Contractor does respond within 60 days, the Contracting Officer shall, within 60 days of receiving the response, either make a written withdrawal of the notice or issue a written decision.

(b)  Failure to issue a notice under this Notice of Intent to Disallow Costs clause shall not affect the Government's right to take exception to incurred costs.

## SECTION 5.38
## CHANGES--NEGOTIATED BENEFITS CONTRACTS (JAN 1998) (FEHBAR 1652.243-70)

(a)  The Contracting Officer may at any time, by written order, and without notice to the sureties, if any, make changes within the general scope of this contract in any one or more of the following:

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(1) Description of services to be performed.
(2) Time of performance (i.e., hours of the day, days of the week, etc.).
(3) Place of performance of the services.

(b)  If any such change causes an increase or decrease in the cost of, or the time required for, performance of any part of the work under this contract, whether or not changed by the order, the Contracting Officer shall make an equitable adjustment in the contract price, the delivery schedule, or both, and shall modify the contract.

(c)  The Carrier must assert its right to an adjustment under this clause within 30 days from the date of receipt of the written order.  However, if the Contracting Officer decides that the facts justify it, the Contracting Officer may receive and act upon a proposal submitted before final payment of the contract.

(d)  Failure to agree to any adjustment shall be a dispute under the Disputes clause.  However, nothing in this clause shall excuse the Carrier from proceeding with the contract as changed.

SECTION 5.39
COMPETITION IN SUBCONTRACTING (DEC 1996) (FAR 52.244-5)

(a)  The Contractor shall select subcontractors (including suppliers) on a competitive basis to the maximum practical extent consistent with the objectives and requirements of the contract.

(b)  If the Contractor is an approved mentor under the Department of Defense Pilot Mentor-Protègè Program (Pub. L. 101-510, section 831 as amended), the Contractor may award subcontracts under this contract on a noncompetitive basis to its protègès.

SECTION 5.40
GOVERNMENT PROPERTY (NEGOTIATED BENEFITS CONTRACTS) (JAN 1998) (FEHBAR 1652.245-70)

(a) Government-furnished property.  (1) The Government shall deliver to the Carrier, for use in connection with and under the terms of this contract, the Government-furnished property described in this contract together with any related data and information that the Carrier may request and is reasonably required for the intended use of the property (hereinafter referred to as "Government-furnished property").

(2) The delivery or performance dates for this contract are based upon the expectation that Government-furnished property suitable for use (except for property furnished "as-is") will be delivered to the Carrier at the times stated in this contract or, if not so stated, in sufficient time to enable the Carrier to meet the contract's performance dates.

(3) If Government-furnished property is received by the Carrier in a condition not suitable for the intended use, the Carrier shall, upon receipt of it, notify the Contracting Officer, detailing the facts, and, as directed by the Contracting Officer and at Government expense, either repair, modify, return, or otherwise dispose of the property.  After completing the directed action and upon written request of the Carrier, the Contracting Officer shall make an equitable adjustment as provided in paragraph (h) of this clause.

(b) Changes in Government-furnished property.  (1) The Contracting Officer may, by written notice, (i) decrease the Government-furnished property provided or to be provided under

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

this contract, or (ii) substitute other Government-furnished property for the property to be provided by the Government, or to be acquired by the Carrier for the Government, under this contract. The Carrier shall promptly take such action as the Contracting Officer may direct regarding the removal, shipment, or disposal of the property covered by such notice.

(2) Upon the Carrier's written request, the Contracting Officer shall make an equitable adjustment to the contract in accordance with paragraph (h) of this clause, if the Government has agreed in this contract to make the property available for performing this contract and there is any -

(i) Decrease or substitution in this property pursuant to subparagraph (b)(1) above; or

(ii) Withdrawal of authority to use this property, if provided under any other contract or lease.

(c) Title in Government property. (1) The Government shall retain title to all Government-furnished property.

(2) All Government-furnished property and all property acquired by the Carrier, title to which vests in the Government under this paragraph (collectively referred to as "Government property"), are subject to the provisions of this clause. Title to Government property shall not be affected by its incorporation into or attachment to any property not owned by the Government, nor shall Government property become a fixture or lose its identity as personal property by being attached to any real property.

(d) Use of Government property. The Government property shall be used only for performing this contract, unless otherwise provided in this contract or approved by the Contracting Officer.

(e) Property administration. (1) The Carrier shall be responsible and accountable for all Government property provided under this contract and shall comply with Federal Acquisition Regulation (FAR) subpart 45.5, as in effect on the date of this contract.

(2) The Carrier shall establish and maintain a program for the use, maintenance, repair, protection, and preservation of Government property in accordance with sound industrial practice and the applicable provisions of subpart 45.5 of the FAR.

(3) If damage occurs to Government property, the risk of which has been assumed by the Government under this contract, the Government shall replace the items or the Carrier shall make such repairs as the Government directs. However, if the Carrier cannot effect such repairs within the time required, the Carrier shall dispose of the property as directed by the Contracting Officer. When any property for which the Government is responsible is replaced or repaired, the Contracting Officer shall make an equitable adjustment in accordance with paragraph (h) of this clause.

(4) The Carrier represents that the contract price does not include any amount for repairs or replacement for which the Government is responsible. Repair or replacement of property for which the Carrier is responsible shall be accomplished by the Carrier at its own expense.

(f) Access. The Government and all its designees shall have access at all reasonable times to the premises in which any Government property is located for the purpose of inspecting the Government property.

(g) Risk of loss. Unless otherwise provided in this contract, the Carrier assumes the risk of, and shall be responsible for, any loss or destruction of, or damage to, Government property upon its delivery to the Carrier. However, the Carrier is not responsible for reasonable wear and tear to Government property or for Government property properly consumed in performing this contract.

Case 1:25-cv-00306-MRD-PAS Document 3 Filed 07/27/25 Page 82 of 147 PageID #: 1736

(h) Equitable adjustment. When this clause specifies an equitable adjustment, it shall be made to any affected contract provision in accordance with the procedures of the Changes clause. When appropriate, the Contracting Officer may initiate an equitable adjustment in favor of the Government. The right to an equitable adjustment shall be the Carrier's exclusive remedy. The Government shall not be liable to suit for breach of contract for --

(1) Any delay in delivery of Government-furnished property;

(2) Delivery of Government-furnished property in a condition not suitable for its intended use;

(3) A decrease in or substitution of Government-furnished property; or

(4) Failure to repair or replace Government property for which the Government is responsible.

(i) Final accounting and disposition of Government property. Upon completing this contract, or at such earlier dates as may be fixed by the Contracting Officer, the Carrier shall submit, in a form acceptable to the Contracting Officer, inventory schedules covering all items of Government property (including any resulting scrap) not consumed in performing this contract or delivered to the Government. The Carrier shall prepare for shipment, deliver f.o.b. origin, or dispose of the Government property as may be directed or authorized by the Contracting Officer. The net proceeds of any such disposal shall be credited to the contract price or shall be paid to the Government as the Contracting Officer directs.

(j) Abandonment and restoration of Carrier's premises. Unless otherwise provided herein, the Government -

(1) May abandon any Government property in place, at which time all obligations of the Government regarding such abandoned property shall cease; and

(2) Has no obligation to restore or rehabilitate the Carrier's premises under any circumstances (e.g., abandonment, disposition upon completion of need, or upon contract completion). However, if the Government-furnished property is withdrawn or is unsuitable for the intended use, or if other Government property is substituted, then the equitable adjustment under paragraph (h) of this clause may properly include restoration or rehabilitation costs.

(k) Communications. All communications under this clause shall be in writing.

(l) Overseas contracts. If this contract is to be performed outside of the United States of America, its territories, or possessions, the words "Government" and "Government- furnished" (wherever they appear in this clause) shall be construed as "United States Government" and "United States Government-furnished", respectively.


SECTION 5.41
LIMITATION OF LIABILITY -- SERVICES (FEB 1997) (FAR 52.246-25)


(a) Except as provided in paragraphs (b) and (c) below, and except to the extent that the Contractor is expressly responsible under this contract for deficiencies in the services required to be performed under it (including any materials furnished in conjunction with those services), the Contractor shall not be liable for loss of or damage to property of the Government that (1) occurs after Government acceptance of services performed under this contract and (2) results from any defects or deficiencies in the services performed or materials furnished.

(b) The limitation of liability under paragraph (a) above shall not apply when a defect or deficiency in, or the Government's acceptance of, services performed or materials furnished results from willful misconduct or lack of good faith on the part of any of the Contractor's managerial

Case 1:25-cv-00336-MRD-PAS Document 1 Filed 06/27/25 Page 83 of 1349 PageID #: 1737

personnel. The term Contractor's managerial personnel, as used in this clause, means the Contractor's directors, officers, and any of the Contractor's managers, superintendents, or equivalent representatives who have supervision or direction of --

(1) All or substantially all of the Contractor's business;

(2) All or substantially all of the Contractor's operations at any one plant, laboratory, or separate location at which the contract is being performed; or

(3) A separate and complete major industrial operation connected with the performance of this contract.

(c) If the Contractor carries insurance, or has established a reserve for self-insurance, covering liability for loss or damage suffered by the Government through the Contractor's performance of services or furnishing of materials under this contract, the Contractor shall be liable to the Government, to the extent of such insurance or reserve, for loss of or damage to property of the Government occurring after Government acceptance of, and resulting from any defects and deficiencies in, services performed or materials furnished under this contract.

SECTION 5.42
PREFERENCE FOR U.S.-FLAG AIR CARRIERS (JUN 2003) (FAR 52.247-63)

a) *Definitions*. As used in this clause-

"International air transportation" means transportation by air between a place in the United States and a place outside the United States or between two places both of which are outside the United States.

"United States" means the 50 States, the District of Columbia, and outlying areas.

"U.S.-flag air Carrier" means an air Carrier holding a certificate under 49 U.S.C. Chapter 411.

(b) Section 5 of the International Air Transportation Fair Competitive Practices Act of 1974 (49 U.S.C. 40118) (Fly America Act) requires that all Federal agencies and Government contractors and subcontractors use U.S.-flag air Carriers for U.S. Government-financed international air transportation of personnel (and their personal effects) or property, to the extent that service by those Carriers is available. It requires the Comptroller General of the United States, in the absence of satisfactory proof of the necessity for foreign-flag air transportation, to disallow expenditures from funds, appropriated or otherwise established for the account of the United States, for international air transportation secured aboard a foreign-flag air Carrier if a U.S.-flag air Carrier is available to provide such services.

(c) If available, the Contractor, in performing work under this contract, shall use U.S.-flag Carriers for international air transportation of personnel (and their personal effects) or property.

(d) In the event that the Contractor selects a Carrier other than a U.S.-flag air Carrier for international air transportation, the Contractor shall include a statement on vouchers involving such transportation essentially as follows:

STATEMENT OF UNAVAILABILITY OF U.S.-FLAG AIR CARRIERS

International air transportation of persons (and their personal effects) or property by U.S.-flag air Carrier was not available or it was necessary to use foreign-flag air Carrier service for the following reasons (see section 47.403 of the Federal Acquisition Regulation):

(State reasons): (End of statement)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00060-MRD-PAS Document 3-6 Filed 06/27/25 Page 84 of 349 PageID #: 1738

(e) The Contractor shall include the substance of this clause, including this paragraph (e), in each subcontract or purchase under this contract that may involve international air transportation.

SECTION 5.43
GOVERNMENT SUPPLY SOURCES (APR 2012) (FAR 52.251-1)

The Contracting Officer may issue the Contractor an authorization to use Government supply sources in the performance of this contract. Title to all property acquired by the Contractor under such an authorization shall vest in the Government unless otherwise specified in the contract. The provisions of the clause at FAR 52.245-1, Government Property, apply to all property acquired under such authorization.

SECTION 5.44
AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984) (FAR 52.252-6)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.
(b) The use in this solicitation or contract of any Federal Employees Health Benefits Acquisition Regulation (48 CFR Chapter 16) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

SECTION 5.45
LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (OCT 2010) (FAR 52.203-12)

(a) *Definitions*. As used in this clause—
   "Agency" means "executive agency" as defined in Federal Acquisition Regulation (FAR) 2.101.
   "Covered Federal action" means any of the following actions:
   (1) Awarding any Federal contract.
   (2) Making any Federal grant.
   (3) Making any Federal loan.
   (4) Entering into any cooperative agreement.
   (5) Extending, continuing, renewing, amending, or modifying any Federal contract, grant, loan, or cooperative agreement.
   "Indian tribe" and "tribal organization" have the meaning provided in section 4 of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 450b) and include Alaskan Natives.
   "Influencing or attempting to influence" means making, with the intent to influence, any communication to or appearance before an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any covered Federal action.
   "Local government" means a unit of government in a State and, if chartered, established, or otherwise recognized by a State for the performance of a governmental duty, including a local

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194908
Reviewer: Carol M.

public authority, a special district, an intrastate district, a council of governments, a sponsor group representative organization, and any other instrumentality of a local government.

"Officer or employee of an agency" includes the following individuals who are employed by an agency:

(1) An individual who is appointed to a position in the Government under Title 5, United States Code, including a position under a temporary appointment.

(2) A member of the uniformed services, as defined in subsection 101(3), Title 37, United States Code.

(3) A special Government employee, as defined in section 202, Title 18, United States Code.

(4) An individual who is a member of a Federal advisory committee, as defined by the Federal Advisory Committee Act, Title 5, United States Code, appendix 2.

"Person" means an individual, corporation, company, association, authority, firm, partnership, society, State, and local government, regardless of whether such entity is operated for profit, or not for profit. This term excludes an Indian tribe, tribal organization, or any other Indian organization eligible to receive Federal contracts, grants, cooperative agreements, or loans from an agency, but only with respect to expenditures by such tribe or organization that are made for purposes specified in paragraph (b) of this clause and are permitted by other Federal law.

"Reasonable compensation" means, with respect to a regularly employed officer or employee of any person, compensation that is consistent with the normal compensation for such officer or employee for work that is not furnished to, not funded by, or not furnished in cooperation with the Federal Government.

"Reasonable payment" means, with respect to professional and other technical services, a payment in an amount that is consistent with the amount normally paid for such services in the private sector.

"Recipient" includes the Contractor and all subcontractors. This term excludes an Indian tribe, tribal organization, or any other Indian organization eligible to receive Federal contracts, grants, cooperative agreements, or loans from an agency, but only with respect to expenditures by such tribe or organization that are made for purposes specified in paragraph (b) of this clause and *are* permitted by other Federal law.

"Regularly employed" means, with respect to an officer or employee of a person requesting or receiving a Federal contract, an officer or employee who is employed by such person for at least 130 working days within 1 year immediately preceding the date of the submission that initiates agency consideration of such person for receipt of such contract. An officer or employee who is employed by such person for less than 130 working days within 1 year immediately preceding the submission that initiates agency consideration of such person shall be considered to be regularly employed as soon as he or she is employed by such person for 130 working days.

"State" means a State of the United States, the District of Columbia, or an outlying area of the United States, an agency or instrumentality of a State, and multi-State, regional, or interstate entity having governmental duties and powers.

(b) *Prohibition.* 31 U.S.C. 1352 prohibits a recipient of a Federal contract, grant, loan, or cooperative agreement from using appropriated funds to pay any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any covered Federal actions. In accordance with 31 U.S.C. 1352 the Contractor shall not use appropriated funds to pay any person for influencing or attempting to influence an officer or

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

PC-25-02760 MRD-FAS men Docsmenil 6d 067/267/02/25e 8Pagd 341 Pagd 762 PageD
#: 1740

employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the award of this contractor the extension, continuation, renewal, amendment, or modification of this contract.

(1) The term *appropriated funds* does not include profit or fee from a covered Federal action.

(2) To the extent the Contractor can demonstrate that the Contractor has sufficient monies, other than Federal appropriated funds, the Government will assume that these other monies were spent for any influencing activities that would be unallowable if paid for with Federal appropriated funds.

(c) *Exceptions*. The prohibition in paragraph (b) of this clause does not apply under the following conditions:

(1) *Agency and legislative liaison by Contractor employees*.

(i) Payment of reasonable compensation made to an officer or employee of the Contractor if the payment is for agency and legislative liaison activities not directly related to this contract. For purposes of this paragraph, providing any information specifically requested by an agency or Congress is permitted at any time.

(ii) Participating with an agency in discussions that are not related to a specific solicitation for any covered Federal action, but that concern—

(A) The qualities and characteristics (including individual demonstrations) of the person's products or services, conditions or terms of sale, and service capabilities; or

(B) The application or adaptation of the person's products or services for an agency's use.

(iii) Providing prior to formal solicitation of any covered Federal action any information not specifically requested but necessary for an agency to make an informed decision about initiation of a covered Federal action;

(iv) Participating in technical discussions regarding the preparation of an unsolicited proposal prior to its official submission; and

(v) Making capability presentations prior to formal solicitation of any covered Federal action by persons seeking awards from an agency pursuant to the provisions of the Small Business Act, as amended by Pub. L. 95-507, and subsequent amendments.

(2) *Professional and technical services*.

(i) A payment of reasonable compensation made to an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered Federal action, if payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of any bid, proposal, or application for that Federal action or for meeting requirements imposed by or pursuant to law as a condition for receiving that Federal action.

(ii) Any reasonable payment to a person, other than an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered Federal action if the payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of any bid, proposal, or application for that Federal action or for meeting requirements imposed by or pursuant to law as a condition for receiving that Federal action. Persons other than officers or employees of a person requesting or receiving a covered Federal action include consultants and trade associations.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

    (iii) As used in paragraph (c)(2) of this clause, "professional and technical services" are limited to advice and analysis directly applying any professional or technical discipline (for examples, see FAR 3.803(a)(2)(iii)).

    (iv) Requirements imposed by or pursuant to law as a condition for receiving a covered Federal award include those required by law or regulation and any other requirements in the actual award documents.

    (3) Only those communications and services expressly authorized by paragraphs (c)(1) and (2) of this clause are permitted.

  (d) *Disclosure.*

    (1) If the Contractor did not submit OMB Standard Form LLL, Disclosure of Lobbying Activities, with its offer, but registrants under the Lobbying Disclosure Act of 1995 have subsequently made a lobbying contact on behalf of the Contractor with respect to this contract, the Contractor shall complete and submit OMB Standard Form LLL to provide the name of the lobbying registrants, including the individuals performing the services.

    (2) If the Contractor did submit OMB Standard Form LLL disclosure pursuant to paragraph (d) of the provision at FAR 52.203-11, Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions, and a change occurs that affects Block 10 of the OMB Standard Form LLL (name and address of lobbying registrant or individuals performing services), the Contractor shall, at the end of the calendar quarter in which the change occurs, submit to the Contracting Officer within 30 days an updated disclosure using OMB Standard Form LLL.

  (e) *Penalties.*

    (1) Any person who makes an expenditure prohibited under paragraph (b) of this clause or who fails to file or amend the disclosure to be filed or amended by paragraph (d) of this clause shall be subject to civil penalties as provided for by 31 U.S.C. 1352. An imposition of a civil penalty does not prevent the Government from seeking any other remedy that may be applicable.

    (2) Contractors may rely without liability on the representation made by their subcontractors in the certification and disclosure form.

  (f) *Cost allowability.* Nothing in this clause makes allowable or reasonable any costs which would otherwise be unallowable or unreasonable. Conversely, costs made specifically unallowable by the requirements in this clause will not be made allowable under any other provision.

  (g) *Subcontracts.*

    (1) The Contractor shall obtain a declaration, including the certification and disclosure in paragraphs (c) and (d) of the provision at FAR 52.203-11, Certification and Disclosure Regarding Payments to Influence Federal Transactions, from each person requesting or receiving a subcontract exceeding $150,000 under this contract. The Contractor or subcontractor that awards the subcontract shall retain the declaration.

    (2) A copy of each subcontractor disclosure form (but not certifications) shall be forwarded from tier to tier until received by the prime Contractor. The prime Contractor shall, at the end of the calendar quarter in which the disclosure form is submitted by the subcontractor, submit to the Contracting Officer within 30 days a copy of all disclosures. Each subcontractor certification shall be retained in the subcontract file of the awarding Contractor.

    (3) The Contractor shall include the substance of this clause, including this paragraph (g), in any subcontract exceeding $150,000.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION 5.46
[RESERVED]

SECTION 5.47
PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH
CONTRACTORS DEBARRED, SUSPENDED OR PROPOSED FOR DEBARMENT (OCT
2015) (FAR 52.209-6)

(a) Definition. "Commercially available off-the-shelf (COTS)" item, as used in this
clause—

(1) Means any item of supply (including construction material) that is—

(i) A commercial item (as defined in paragraph (1) of the definition in FAR 2.101);

(ii) Sold in substantial quantities in the commercial marketplace; and

(iii) Offered to the Government, under a contract or subcontract at any tier, without
modification, in the same form in which it is sold in the commercial marketplace; and

(2) Does not include bulk cargo, as defined in 46 U.S.C. 40102(4), such as agricultural
products and petroleum products.

(b) The Government suspends or debars Contractors to protect the Government's
interests. Other than a subcontract for a commercially available off-the-shelf item, the
Contractor shall not enter into any subcontract, in excess of $35,000 with a Contractor that is
debarred, suspended, or proposed for debarment by any executive agency unless there is a
compelling reason to do so.

(c) The Contractor shall require each proposed subcontractor whose subcontract will
exceed $35,000, other than a subcontractor providing a commercially available off-the-shelf
item, to disclose to the Contractor, in writing, whether as of the time of award of the subcontract,
the subcontractor, or its principals, is or is not debarred, suspended, or proposed for debarment
by the Federal Government.

(d) A corporate officer or a designee of the Contractor shall notify the Contracting
Officer, in writing, before entering into a subcontract with a party (other than a subcontractor
providing a commercially available off-the-shelf item) that is debarred, suspended, or proposed
for debarment (see FAR 9.404 for information on the System for Award Management (SAM)
Exclusions). The notice must include the following:

(1) The name of the subcontractor.

(2) The Contractor's knowledge of the reasons for the subcontractor being listed with an
exclusion in SAM.

(3) The compelling reason(s) for doing business with the subcontractor notwithstanding
its being listed with an exclusion in SAM.

(4) The systems and procedures the Contractor has established to ensure that it is fully
protecting the Government's interests when dealing with such subcontractor in view of the
specific basis for the party's debarment, suspension, or proposed debarment.

(e) Subcontracts. Unless this is a contract for the acquisition of commercial items, the
Contractor shall include the requirements of this clause, including this paragraph (e)
(appropriately modified for the identification of the parties), in each subcontract that—

(1) Exceeds $35,000 in value; and

(2) Is not a subcontract for commercially available off-the-shelf items.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION 5.48
BANKRUPTCY (JUL 1995) (FAR 52.242-13)

In the event the Contractor enters into proceedings relating to bankruptcy, whether voluntary or involuntary, the Contractor agrees to furnish, by certified mail or electronic commerce method authorized by the contract, written notification of the bankruptcy to the Contracting Office responsible for administering the contract. This notification shall be furnished within five days of the initiation of the proceedings relating to bankruptcy filing. This notification shall include the date on which the bankruptcy petition was filed, the identity of the court in which the bankruptcy petition was filed, and a listing of Government contract numbers and contracting offices for all Government contracts against which final payment has not been made. This obligation remains in effect until final payment under this contract.

SECTION 5.49
FEHBP TERMINATION FOR CONVENIENCE OF THE GOVERNMENT--NEGOTIATED BENEFITS CONTRACTS (JAN 1998) (FEHBAR 1652.249-71)

(a) The Government may terminate performance of work under this contract in whole or, from time to time, in part if the Contracting Officer determines that a termination is in the Government's interest. The Contracting Officer shall terminate by delivering to the Carrier a Notice of Termination specifying the extent of terminating and the effective date.

(b) After receipt of a Notice of Termination, and except as directed by the Contracting Officer, the Carrier shall immediately proceed with the following obligations, regardless of any delay in determining or adjusting any amounts due under this clause:

(1) Stop work as specified in the notice.

(2) Place no further subcontracts except as necessary to complete the continued portion of the contract.

(3) Terminate all subcontracts to the extent they relate to the work terminated.

(4) Assign to the Government, as directed by the Contracting Officer, all right, title, and interest of the Carrier under the subcontracts terminated, in which case the Government shall have the right to settle or to pay any termination settlement proposal arising out of those terminations.

(5) With approval or ratification to the extent required by the Contracting Officer, settle all outstanding liabilities and termination settlement proposals arising from the termination of subcontracts; the approval or ratification will be final for purposes of this clause.

(6) As directed by the Contracting Officer, deliver to the Government any data, reports, or studies that, if the contract had been completed, would be required to be furnished to the Government.

(7) Complete performance of the work not terminated.

(c) After termination, the Carrier shall submit a final termination settlement proposal to the Contracting Officer in the form and with the certification prescribed by the Contracting Officer. The Carrier shall submit the proposal promptly, but no later than 1 year from the effective date of termination, unless extended in writing by the Contracting Officer upon written request of the Carrier within this 1-year period. However, if the Contracting Officer determines that the facts justify it, a termination settlement proposal may be received and acted on after 1

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

year or any extension. If the Carrier fails to submit the proposal within the time allowed, the Contracting Officer may determine, on the basis of information available, the amount, if any, due the Carrier because of the termination and shall pay the amount determined.

(d) Subject to paragraph (c) of this clause, the Carrier and the Contracting Officer may agree upon the whole or any part of the amount to be paid or remaining to be paid because of the termination. The amount may include a reasonable allowance for profit on work done. However, the agreed amount, whether under this paragraph (d) or paragraph (e) of this clause, exclusive of costs shown in subparagraph (e)(3) of this clause, may not exceed the total contract price as reduced by (1) the amount of payments previously made and (2) the contract price of work not terminated. The contract shall be modified, and the Carrier paid the agreed amount. Paragraph (e) of this clause shall not limit, restrict, or affect the amount that may be agreed upon to be paid under this paragraph.

(e) If the Carrier and the Contracting Officer fail to agree on the whole amount to be paid because of the termination of work, the Contracting Officer shall pay the Carrier the amounts determined by the Contracting Officer as follows, but without duplication of any amounts agreed on under paragraph (d) above:

(1) The contract price for completed services accepted by the Government not previously paid for.

(2) The total of--

(i) The costs incurred in the performance of the work terminated, including initial costs and preparatory expense allocable thereto, but excluding any costs attributable to services paid or to be paid under paragraph (e)(1) of this clause;

(ii) The cost of settling and paying termination settlement proposals under terminated subcontracts that are properly chargeable to the terminated portion of the contract if not included in subdivision (e)(2)(i) of this clause; and

(iii) A sum, as profit on subdivision (e)(2)(i) of this clause, determined by the Contracting Officer under 49.202 of the Federal Acquisition Regulation, in effect on the date of this contract, to be fair and reasonable.

(3) The reasonable costs of settlement of the work terminated, including--

(i) Accounting, legal, clerical, and other expenses reasonably necessary for the preparation of termination settlement proposals and supporting data;

(ii) The termination and settlement of subcontracts (excluding the amounts of such settlements); and

(f) The cost principles and procedures of part 31 of the Federal Acquisition Regulation, in effect on the date of this contract, shall govern all costs claimed, agreed to, or determined under this clause.

(g) The Carrier shall have the right of appeal, under the Disputes clause, from any determination made by the Contracting Officer under paragraph (c), (e), or (i) of this clause, except that if the Carrier failed to submit the termination settlement proposal or request for equitable adjustment within the time provided in paragraph (c) or (i), respectively, and failed to request a time extension, there is no right of appeal.

(h) In arriving at the amount due the Carrier under this clause, there shall be deducted--

(1) All unliquidated advance or other payments to the Carrier under the terminated portion of this contract;

(2) Any claim which the Government has against the Carrier under this contract; and

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(i)  If the termination is partial, the Carrier may file a proposal with the Contracting Officer for an equitable adjustment of the price(s) of the continued portion of the contract.  The Contracting Officer shall make any equitable adjustment agreed upon.  Any proposal by the Carrier for an equitable adjustment under this clause shall be requested within 90 days from the effective date of termination unless extended in writing by the Contracting Officer.

(j)(1) The Government may, under the terms and conditions it prescribes, make partial payments and payments against costs incurred by the Carrier for the terminated portion of the contract, if the Contracting Officer believes the total of these payments will not exceed the amount to which the Carrier will be entitled.

(2)  If the total payments exceed the amount finally determined to be due, the Carrier shall repay the excess to the Government upon demand, together with interest computed at the rate established by the Secretary of the Treasury under 50 U.S.C. App. 1215(b)(2).  Interest shall be computed for the period from the date the excess payment is received by the Carrier to the date the excess is repaid.

(k)  Unless otherwise provided in this contract or by statute, the Carrier shall maintain all records and documents relating to the terminated portion of this contract for 3 years after final settlement.  This includes all books and other evidence bearing on the Carrier's costs and expenses under this contract.  The Carrier shall make these records and documents available to the Government, at the Carrier's office, at all reasonable times, without any direct charge.  If approved by the Contracting Officer, photographs, microphotographs, or other authentic reproductions may be maintained instead of original records and documents.

SECTION 5.50
FEHBP TERMINATION FOR DEFAULT-- NEGOTIATED BENEFITS CONTRACTS (JAN 1998) (FEHBAR 1652.249-72)

(a) (1) The Government may, subject to paragraphs (c) and (d) below, by written notice of default to the Carrier, terminate this contract in whole or in part if the Carrier fails to--

(i) Perform the services within the time specified in this contract or any extension;

(ii) Make progress, so as to endanger performance of this contract (but see subparagraph (a)(2) below); or

(iii) Perform any of the other provisions of this contract (but see subparagraph (a)(2) below).

(2) The Government's right to terminate this contract under subdivisions (1)(ii) and (1)(iii) above, may be exercised if the Carrier does not cure such failure within 10 days (or more if authorized in writing by the Contracting Officer) after receipt of the notice from the Contracting Officer specifying the failure.

(b) If the Government terminates this contract in whole or in part, it may acquire, under the terms and in the manner the Contracting Officer considers appropriate, supplies or service similar to those terminated, and the Carrier will be liable to the Government for any excess costs for those supplies or services.  However, the Carrier shall continue the work not terminated.

(c) Except for defaults of subcontractors at any tier, the Carrier shall not be liable for any excess costs if the failure to perform the contract arises from causes beyond the control and without the fault or negligence of the Carrier.  Examples of such causes include (1) acts of God or of the public enemy, (2) acts of the Government in either its sovereign or contractual capacity, (3) fires, (4) floods, (5) epidemics, (6) quarantine restrictions, (7) strikes, (8) freight embargoes,

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

PC-2025-02760 MRD-FRAGment Document Filed 06/27/2025 Page 92 of 341 PageID #: 1746

and (9) unusually severe weather.  In each instance the failure to perform must be beyond the control and without the fault or negligence of the Carrier.

(d) If the failure to perform is caused by the default of a subcontractor at any tier, and if the cause of the default is beyond the control of both the Carrier and subcontractor, and without the fault or negligence of either, the Carrier shall not be liable for any excess costs for failure to perform, unless the subcontracted supplies or services were obtainable from other sources in sufficient time for the Carrier to meet the required delivery schedule.

(e)  If this contract is terminated for default, the Government may require the Carrier to transfer title and deliver to the Government, as directed by the Contracting Officer, any completed or partially completed information and contract rights that the Carrier has specifically produced or acquired for the terminated portion of this contract.

(f)  If, after termination, it is determined that the Carrier was not in default, or that the default was excusable, the rights and obligations of the parties shall be the same as if the termination had been issued for the convenience of the Government.

(g) The rights and remedies of the Government in this clause are in addition to any other rights and remedies provided by law or under this contract.


SECTION 5.51
PENSION ADJUSTMENTS AND ASSET REVERSIONS (OCT 2010) (FAR 52.215-15)

(a) The Contractor shall promptly notify the Contracting Officer in writing when it determines that it will terminate a defined benefit pension plan or otherwise recapture such fund assets.

(b) For segment closings, pension plan terminations, or curtailment of benefits, the amount of the adjustment shall be-

(1) For contracts and subcontracts that are subject to full coverage under the Cost Accounting Standards (CAS) Board rules and regulations (48 CFR Chapter 99), the amount measured, assigned, and allocated in accordance with 48 CFR 9904.413-50(c)(12); and

(2)  For contracts and subcontracts that are not subject to full coverage under the CAS, the amount measured, assigned, and allocated in accordance with 48 CFR 9904.413-50(c)(12), except the numerator of the fraction at 48 CFR 9904.413-50(c)(12)(vi) shall be the sum of the pension plan costs allocated to all non-CAS-covered contracts and subcontracts that are subject to Federal Acquisition Regulation (FAR) Subpart 31.2 or for which certified cost or pricing data were submitted.

(c) For all other situations where assets revert to the Contractor, or such assets are constructively received by it for any reason, the Contractor shall, at the Government's option, make a refund or give a credit to the Government for its equitable share of the gross amount withdrawn.  The Government's equitable share shall reflect the Government's participation in pension costs through those contracts for which certified cost or pricing data were submitted or that are subject to FAR Subpart 31.2.

(d) The Contractor shall include the substance of this clause in all subcontracts under this contract that meet the applicability requirement of FAR 15.408(g).


SECTION 5.52
REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS (PRB) OTHER THAN PENSIONS (JUL 2005) (FAR 52.215-18)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

   (a) The Contractor shall promptly notify the Contracting Officer in writing when it determines that it will terminate or reduce a PRB plan.

   (b) If PRB fund assets revert, or inure to the Contractor, or are constructively received by it under a plan termination or otherwise, the Contractor shall make a refund or give a credit to the Government for its equitable share as required by 31.205-6(o)(6) of the Federal Acquisition Regulation (FAR). When determining or agreeing on the method for recovery of the Government's equitable share, the contracting parties should consider the following methods: cost reduction, amortizing the credit over a number of years (with appropriate interest), cash refund, or some other agreed upon method. Should the parties be unable to agree on the method for recovery of the Government's equitable share, through good faith negotiations, the Contracting Officer shall designate the method of recovery.

   (c) The Contractor shall insert the substance of this clause in all subcontracts that meet the applicability requirements of FAR 15.408(j).


SECTION 5.53
NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (FEB 1997)
(FAR 52.222-1)

   If the Contractor has knowledge that any actual or potential labor dispute is delaying or threatens to delay the timely performance of this contract, the Contractor shall immediately give notice, including all relevant information, to the Contracting Officer.


SECTION 5.54
PENALTIES FOR UNALLOWABLE COSTS (MAY 2014) (FAR 52.242-3)

   (a)  Definition.  Proposal, as used in this clause, means either --
   (1) A final indirect cost rate proposal submitted by the Contractor after the expiration of its fiscal year which--
   (i) Relates to any payment made on the basis of billing rates; or
   (ii) Will be used in negotiating the final contract price; or
   (2) The final statement of costs incurred and estimated to be incurred under the Incentive Price Revision clause (if applicable), which is used to establish the final contract price.
   (b) Contractors which include unallowable indirect costs in a proposal may be subject to penalties. The penalties are prescribed in 10 U.S.C. 2324 or 41 U.S.C. chapter 43, as applicable, which is implemented in Section 42.709 of the Federal Acquisition Regulation (FAR).
   (c) The Contractor shall not include in any proposal any cost that is unallowable, as defined in Subpart 2.1 of the FAR, or an executive agency supplement to the FAR.
   (d) If the Contracting Officer determines that a cost submitted by the Contractor in its proposal is expressly unallowable under a cost principle in the FAR, or an executive agency supplement to the FAR, that defines the allowability of specific selected costs, the Contractor shall be assessed a penalty equal to--
   (1) The amount of the disallowed cost allocated to this contract; plus
   (2) Simple interest, to be computed--
   (i) On the amount the Contractor was paid (whether as a progress or billing payment) in excess of the amount to which the Contractor was entitled; and

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00050-MRD-PAS Document 3-1 Filed 06/27/02/25 Page 94 of 134 Page 119 of 1762 PageID #: 1748

(ii) Using the applicable rate effective for each six-month interval prescribed by the Secretary of the Treasury pursuant to Pub. L. 92-41 (85 Stat. 97).

(e) If the Contracting Officer determines that a cost submitted by the Contractor in its proposal includes a cost previously determined to be unallowable for that Contractor, then the Contractor will be assessed a penalty in an amount equal to two times the amount of the disallowed cost allocated to this contract.

(f) Determinations under paragraphs (d) and (e) of this clause are final decisions within the meaning of 41 U.S.C. chapter 71, Contract Disputes.

(g) Pursuant to the criteria in FAR 42.709-5, the Contracting Officer may waive the penalties in paragraph (d) or (e) of this clause.

(h) Payment by the Contractor of any penalty assessed under this clause does not constitute repayment to the Government of any unallowable cost which has been paid by the Government to the Contractor.


SECTION 5.55
EMPLOYMENT REPORTS ON VETERANS (FEB 2016) (FAR 52.222-37)

(a) *Definitions.* As used in this clause, "active duty wartime or campaign badge veteran," "Armed Forces service medal veteran" "disabled veteran," "protected veteran," and "recently separated veteran," have the meanings given in FAR 22.1301.

(b) Unless the Contractor is a State or local government agency, the Contractor shall report at least annually, as required by the Secretary of Labor, on—

(1) The total number of employees in the contractor's workforce, by job category  and hiring location, who are protected veterans (i.e., active duty wartime or campaign badge veterans, Armed Forces service medal veterans, disabled veterans and recently separated veterans);

(2) The total number of new employees hired during the period covered by the report, and of the total, the number of protected veterans (i.e., active duty wartime or campaign badge veterans, Armed Forces service medal veterans, disabled veterans, and recently separated veterans); and

(3) The maximum number and minimum number of employees of the Contractor or subcontractor at each hiring location during the period covered by the report.

(c) The Contractor shall report the above items by filing the Form VETS-4212, entitled "Federal Contractor Veterans' Employment Report" (see VETS-4212 Federal Contractor Reporting" and "Filing Your VETS-4212 Report" at http://www.dol.gov/vets/vets4212.htm)"

(d) The Contractor shall submit VETS-4212 Reports no later than September 30 of each year.

(e) The employment activity report required by paragraphs (b)(2) and (b)(3) of this clause shall reflect total new hires, and maximum and minimum number of employees, during the most recent 12-month period preceding the ending date selected for the report. Contractors may select an ending date—

(1) As of the end of any pay period between July 1 and August 31 of the year the report is due; or

(2) As of December 31, if the Contractor has prior written approval from the Equal Employment Opportunity Commission to do so for purposes of submitting the Employer Information Report EEO-1 (Standard Form 100).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00063-MRD-PAS Document 13 Filed 06/27/25 Page 95 of 132 PageID
#: 1749

(f) The number of veterans reported must be based on data known to the contractor when completing the VETS–4212. The contractor's knowledge of veterans status may be obtained in a variety of ways, including an invitation to applicants to self-identify (in accordance with 41 CFR 60–300.42), voluntary self-disclosure by employees, or actual knowledge of veteran status by the contractor. This paragraph does not relieve an employer of liability for discrimination under 38 U.S.C. 4212.

(g) The Contractor shall insert the terms of this clause in subcontracts of $150,000 or more unless exempted by rules, regulations, or orders of the Secretary of Labor.

SECTION 5.56
AUTHORIZATION AND CONSENT (DEC 2007) (FAR 52.227-1)

(a) The Government authorizes and consents to all use and manufacture, in performing this contract or any subcontract at any tier, of any invention described in and covered by a United States patent—

(1) Embodied in the structure or composition of any article the delivery of which is accepted by the Government under this contract; or

(2) Used in machinery, tools, or methods whose use necessarily results from compliance by the Contractor or a subcontractor with (i) specifications or written provisions forming a part of this contract or (ii) specific written instructions given by the Contracting Officer directing the manner of performance. the entire liability to the Government for infringement of a United States patent shall be determined solely by the provisions of the indemnity clause, if any, included in this contract or any subcontract hereunder (including any lower-tier subcontract), and the Government assumes liability for all other infringement to the extent of the authorization and consent hereinabove granted.

(b) The Contractor shall include the substance of this clause, including this paragraph (b), in all subcontracts that are expected to exceed the simplified acquisition threshold. However, omission of this clause from any subcontract, including those at or below the simplified acquisition threshold, does not affect this authorization and consent.

SECTION 5.57
NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (DEC 2007) (FAR 52.227-2)

a) The Contractor shall report to the Contracting Officer, promptly and in reasonable written detail, each notice or claim of patent or copyright infringement based on the performance of this contract of which the Contractor has knowledge.

(b) In the event of any claim or suit against the Government on account of any alleged patent or copyright infringement arising out of the performance of this contract or out of the use of any supplies furnished or work or services performed under this contract, the Contractor shall furnish to the Government, when requested by the Contracting Officer, all evidence and information in the Contractor's possession pertaining to such claim or suit. Such evidence and information shall be furnished at the expense of the Government except where the Contractor has agreed to indemnify the Government.

(c) The Contractor shall include the substance of this clause, including this paragraph (c), in all subcontracts that are expected to exceed the simplified acquisition threshold.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION 5.58
PAYMENT BY ELECTRONIC FUNDS TRANSFER–SYSTEM FOR AWARD
MANAGEMENT (JUL 2013) (FAR 52.232-33)

(a)  Method of payment.

(1)  All payments by the Government under this contract shall be made by electronic funds transfer (EFT), except as provided in paragraph (a)(2) of this clause.  As used in this clause, the term "EFT" refers to the funds transfer and may also include the payment information transfer.

(2) In the event the Government is unable to release one or more payments by EFT, the Contractor agrees to either—

(i)  Accept payment by check or some other mutually agreeable method of payment; or

(ii)  Request the Government to extend the payment due date until such time as the Government can make payment by EFT (but see paragraph (d) of this clause).

(b)  *Contractor's EFT information*.  The Government shall make payment to the Contractor using the EFT information contained in the System for Award Management (SAM) database.  In the event that the EFT information changes, the Contractor shall be responsible for providing the updated information to the SAM database.

(c)  *Mechanisms for EFT payment*.  The Government may make payment by EFT through either the Automated Clearing House (ACH) network, subject to the rules of the National Automated Clearing House Association, or the Fedwire Transfer System.  The rules governing Federal payments through the ACH are contained in 31 CFR Part 210.

(d) *Suspension of payment*.  If the Contractor's EFT information in the SAM database is incorrect, then the Government need not make payment to the Contractor under this contract until correct EFT information is entered into the SAM database; and any invoice or contract financing request shall be deemed not to be a proper invoice for the purpose of prompt payment under this contract. The prompt payment terms of the contract regarding notice of an improper invoice and delays in accrual of interest penalties apply.

(e) Liability for uncompleted or erroneous transfers.

(1) If an uncompleted or erroneous transfer occurs because the Government used the Contractor's EFT information incorrectly, the Government remains responsible for—

(i) Making a correct payment;

(ii) Paying any prompt payment penalty due; and

(iii) Recovering any erroneously directed funds.

(2) If an uncompleted or erroneous transfer occurs because the Contractor's EFT information was incorrect, or was revised within 30 days of Government release of the EFT payment transaction instruction to the Federal Reserve System, and—

(i) If the funds are no longer under the control of the payment office, the Government is deemed to have made payment and the Contractor is responsible for recovery of any erroneously directed funds; or

(ii) If the funds remain under the control of the payment office, the Government shall not make payment, and the provisions of paragraph (d) of this clause shall apply.

(f) *EFT and prompt paymen*t.  A payment shall be deemed to have been made in a timely manner in accordance with the prompt payment terms of this contract if, in the EFT payment transaction instruction released to the Federal Reserve System, the date specified for settlement

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

of the payment is on or before the prompt payment due date, provided the specified payment date is a valid date under the rules of the Federal Reserve System.

(g) *EFT and assignment of claims.* If the Contractor assigns the proceeds of this contract as provided for in the assignment of claims terms of this contract, the Contractor shall require as a condition of any such assignment, that the assignee shall register separately in the SAM database and shall be paid by EFT in accordance with the terms of this clause. Notwithstanding any other requirement of this contract, payment to an ultimate recipient other than the Contractor, or a financial institution properly recognized under an assignment of claims pursuant to Subpart 32.8, is not permitted. In all respects, the requirements of this clause shall apply to the assignee as if it were the Contractor. EFT information that shows the ultimate recipient of the transfer to be other than the Contractor, in the absence of a proper assignment of claims acceptable to the Government, is incorrect EFT information within the meaning of paragraph (d) of this clause.

(h) *Liability for change of EFT information by financial agent.* The Government is not liable for errors resulting from changes to EFT information made by the Contractor's financial agent.

(i) *Payment information.* The payment or disbursing office shall forward to the Contractor available payment information that is suitable for transmission as of the date of release of the EFT instruction to the Federal Reserve System. The Government may request the Contractor to designate a desired format and method(s) for delivery of payment information from a list of formats and methods the payment office is capable of executing. However, the Government does not guarantee that any particular format or method of delivery is available at any particular payment office and retains the latitude to use the format and delivery method most convenient to the Government. If the Government makes payment by check in accordance with paragraph (a) of this clause, the Government shall mail the payment information to the remittance address contained in the SAM database.

SECTION 5.59
PROHIBITION OF SEGREGATED FACILITIES (APR 2015) (FAR 52.222-21)

(a) Definitions. As used in this clause
"Gender identity" has the meaning given by the Department of Labor's Office of Federal Contract Compliance Programs, and is found at www.dol.gov/ofccp/LGBT/LGBT_FAQs.html.

"Segregated facilities", means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, sex, sexual orientation, gender identity, or national origin because of written or oral policies or employee custom. The term does not include separate or single-user rest rooms or necessary dressing or sleeping areas provided to assure privacy between the sexes.

"Sexual orientation" has the meaning given by the Department of Labor's Office of Federal Contract Compliance Programs, and is found at www.dol.gov/ofccp/LGBT/LGBT_FAQs.html.

(b) The Contractor agrees that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:36 PM
Envelope: 5194908
Reviewer: Carol M.

permit its employees to perform their services at any location under its control where segregated facilities are maintained. The Contractor agrees that a breach of this clause is a violation of the Equal Opportunity clause in this contract.

(c) The Contractor shall include this clause in every subcontract and purchase order that is subject to the Equal Opportunity clause of this contract.

SECTION 5.60
SUBCONTRACTS FOR COMMERCIAL ITEMS (NOV 2017) (FAR 52.244-6)

(a) Definitions. As used in this clause —

"Commercial item" and "commercially available off-the-shelf item" have the meanings contained in Federal Acquisition Regulation 2.101, Definitions.

"Subcontract" includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or non-developmental items as components of items to be supplied under this contract.

(c)(1) The Contractor shall insert the following clauses in subcontracts for commercial items:

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (Oct 2015) (41 U.S.C. 3509), if the subcontract exceeds $5.5 million and has a performance period of more than 120 days.  In altering this clause to identify the appropriate parties, all disclosures of violation of the civil False Claims Act or of Federal criminal law shall be directed to the agency Office of the Inspector General, with a copy to the Contracting Officer.

(ii) 52.203-15, Whistleblower Protections Under the American Recovery and Reinvestment Act of 2009 (Jun 2010) (Section 1553 of Pub. L. 111-5), if the subcontract is funded under the Recovery Act.

(iii) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (JAN 2017).

(iv) 52.204–21, Basic Safeguarding of Covered Contractor Information Systems   (June, 2016), other than subcontracts for commercially available off-the-shelf items, if   flow down is required in accordance with paragraph (c) of FAR clause 52.204–21.

(v) 52.219-8, Utilization of Small Business Concerns (Nov 2014) (15 U.S.C. 637(d)(2) and (3)), if the subcontract offers further subcontracting opportunities.  If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(vi) 52.222-21 Prohibition of Segregated Facilities (Apr 2015)

(vii) 52.222-26, Equal Opportunity (Apr 2015) (E.O. 11246).

(viii) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212(a).

(ix) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).

(x) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212).

(xi) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496), if flow down is required in accordance with        paragraph (f) of FAR clause 52.222-40.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(xii)(A) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O. 13627).

(B) Alternate I (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

(xiii) 52.222-55, Minimum Wages under Executive Order 13658 (Dec 2015), if flow down is required in accordance with paragraph (k) of FAR clause 52.222-55.

(xiv) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2017) (E.O. 13706), if flowdown is required in accordance with paragraph (m) of FAR clause 52.222-62.

(xv)(A) 52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a) if flow down is required in accordance with 52.224-3(f).

(B) Alternate I (Jan 2017) of 52.224-3, if flow down is required in accordance with 52.224-3(f) and the agency specifies that only its agency-provided training is acceptable).

(xvi) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xvii) 52.232-40, Providing Accelerated Payments to Small Business Subcontractors (Dec 2013), if flow down is required in accordance with paragraph (c) of FAR clause 52.232-40.

(xviii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. App. 1241 and 10 U.S.C. 2631), if flow down is required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor may flow down to subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(d) The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract.

SECTION 5.61
NOTIFICATION OF EMPLOYEE RIGHTS UNDER NATIONAL LABOR RELATIONS ACT (DEC 2010)

(a) During the term of this contract, the Contractor shall post an employee notice, of such size and in such form, and containing such content as prescribed by the Secretary of Labor, in conspicuous places in and about its plants and offices where employees covered by the National Labor Relations Act engage in activities relating to the performance of the contract, including all places where notices to employees are customarily posted both physically and electronically, in the languages employees speak, in accordance with 29 CFR 471.2(d) and (f).

(1) Physical posting of the employee notice shall be in conspicuous places in and about the Contractor's plants and offices so that the notice is prominent and readily seen by employees who are covered by the National Labor Relations Act and engage in activities related to the performance of the contract.

(2) If the Contractor customarily posts notices to employees electronically, then the Contractor shall also post the required notice electronically by displaying prominently, on any Web site that is maintained by the Contractor and is customarily used for notices to employees about terms and conditions of employment, a link to the Department of Labor's Web site that contains the full text of the poster. The link to the Department's Web site, as referenced in (b)(3) of this section, must read, ''Important Notice about Employee Rights to Organize and Bargain Collectively with Their Employers.''

(b) This required employee notice, printed by the Department of Labor, may be—

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

(1) Obtained from the Division of Interpretations and Standards, Office of Labor-Management Standards, U.S. Department of Labor, 200 Constitution Avenue, NW., Room N–5609, Washington, DC 20210, (202) 693–0123, or from any field office of the Office of Labor-Management Standards or Office of Federal Contract Compliance Programs;

(2) Provided by the Federal contracting agency if requested;

(3) Downloaded from the Office of Labor-Management Standards Web site at *http://www.dol.gov/olms/regs/compliance/EO13496.htm;* or

(4) Reproduced and used as exact duplicate copies of the Department of Labor's official poster.

(c) The required text of the employee notice referred to in this clause is located at Appendix A, Subpart A, 29 CFR Part 471.

(d) The Contractor shall comply with all provisions of the employee notice and related rules, regulations, and orders of the Secretary of Labor.

(e) In the event that the Contractor does not comply with the requirements set forth in paragraphs (a) through (d) of this clause, this contract may be terminated or suspended in whole or in part, and the Contractor may be suspended or debarred in accordance with 29 CFR 471.14 and subpart 9.4. Such other sanctions or remedies may be imposed as are provided by 29 CFR part 471, which implements Executive Order 13496 or as otherwise provided by law.

(f) *Subcontracts.*

(1) The Contractor shall include the substance of this clause, including this paragraph (f), in every subcontract that exceeds $10,000 and will be performed wholly or partially in the United States, unless exempted by the rules, regulations, or orders of the Secretary of Labor issued pursuant to section 3 of Executive Order 13496 of January 30, 2009, so that such provisions will be binding upon each subcontractor.

(2) The Contractor shall not procure supplies or services in a way designed to avoid the applicability of Executive Order 13496 or this clause.

(3) The Contractor shall take such action with respect to any such subcontract as may be directed by the Secretary of Labor as a means of enforcing such provisions, including the imposition of sanctions for noncompliance.

(4) However, if the Contractor becomes involved in litigation with a subcontractor, or is threatened with such involvement, as a result of such direction, the Contractor may request the United States, through the Secretary of Labor, to enter into such litigation to protect the interests of the United States.

SECTION 5.62
APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM (OCT 2004) (FAR 52.233-4)

United States law will apply to resolve any claim of breach of this contract.

SECTION 5.63
SYSTEM FOR AWARD MANAGEMENT (OCT 2016) (FAR 52.204-7)

(a) Definitions. As used in this provision—

"Electronic Funds Transfer (EFT) indicator" means a four-character suffix to the unique entity identifier. The suffix is assigned at the discretion of the commercial, nonprofit, or Government

Case 1:25-cv-00065-MRD-PAS   Document 16   Filed 06/27/25   Page 126 of 1762   PageID
#: 1755

entity to establish additional System for Award Management records for identifying alternative EFT accounts (see subpart 32.11) for the same entity.

"Registered in the System for Award Management (SAM) database" means that—

(1) The Offeror has entered all mandatory information, including the unique entity identifier and the EFT indicator, if applicable, the Commercial and Government Entity (CAGE) code, as well as data required by the Federal Funding Accountability and Transparency Act of 2006 (see subpart 4.14) into the SAM database;

(2) The Offeror has completed the Core, Assertions, and Representations and Certifications, and Points of Contact sections of the registration in the SAM database;

(3) The Government has validated all mandatory data fields, to include validation of the Taxpayer Identification Number (TIN) with the Internal Revenue Service (IRS). The Offeror will be required to provide consent for TIN validation to the Government as a part of the SAM registration process; and

(4) The Government has marked the record "Active".

"Unique entity identifier" means a number or other identifier used to identify a specific commercial, nonprofit, or Government entity. See www.sam.gov for the designated entity for establishing unique entity identifiers.

(b)(1) By submission of an offer, the Offeror acknowledges the requirement that a prospective awardee shall be registered in the SAM database prior to award, during performance, and through final payment of any contract, basic agreement, basic ordering agreement, or blanket purchasing agreement resulting from this solicitation.

(2) The Offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "Unique Entity Identifier" followed by the unique entity identifier that identifies the Offeror's name and address exactly as stated in the offer. The Offeror also shall enter its EFT indicator, if applicable. The unique entity identifier will be used by the Contracting Officer to verify that the Offeror is registered in the SAM database.

(c) If the Offeror does not have a unique entity identifier, it should contact the entity designated at www.sam.gov for establishment of the unique entity identifier directly to obtain one.

The Offeror should be prepared to provide the following information:

(1) Company legal business name.

(2) Trade style, doing business, or other name by which your entity is commonly recognized.

(3) Company Physical Street Address, City, State, and Zip Code.

(4) Company Mailing Address, City, State and Zip Code (if separate from physical).

(5) Company telephone number.

(6) Date the company was started.

(7) Number of employees at your location.

(8) Chief executive officer/key manager.

(9) Line of business (industry).

(10) Company Headquarters name and address (reporting relationship within your entity).

(d) If the Offeror does not become registered in the SAM database in the time prescribed by the Contracting Officer, the Contracting Officer will proceed to award to the next otherwise successful registered Offeror.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

(e) Processing time, which normally takes 48 hours, should be taken into consideration when registering. Offerors who are not registered should consider applying for registration immediately upon receipt of this solicitation.

(f) Offerors may obtain information on registration at www.acquisition.gov.

SECTION 5.64
CONTRACTOR CODE OF BUSINESS ETHICS AND CONDUCT (OCT 2015) (FAR 52.203–13).

(a) Definitions. As used in this clause--

"Agent" means any individual, including a director, an officer, an employee, or an independent Contractor, authorized to act on behalf of the organization.

"Full cooperation"—

(1) Means disclosure to the Government of the information sufficient for law enforcement to identify the nature and extent of the offense and the individuals responsible for the conduct. It includes providing timely and complete response to Government auditors' and investigators' request for documents and access to employees with information;

(2) Does not foreclose any Contractor rights arising in law, the FAR, or the terms of the contract. It does not require--

(i) A Contractor to waive its attorney-client privilege or the protections afforded by the attorney work product doctrine; or

(ii) Any officer, director, owner, or employee of the Contractor, including a sole proprietor, to waive his or her attorney client privilege or Fifth Amendment rights; and

(3) Does not restrict a Contractor from--

(i) Conducting an internal investigation; or

(ii) Defending a proceeding or dispute arising under the contract or related to a potential or disclosed violation.

"Principal" means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division, or business segment; and similar positions).

"Subcontract" means any contract entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract.

"Subcontractor" means any supplier, distributor, vendor, or firm that furnished supplies or services to or for a prime contractor or another subcontractor.

"United States" means the 50 States, the District of Columbia, and outlying areas.

(b) Code of business ethics and conduct.

(1) Within 30 days after contract award, unless the Contracting Officer establishes a longer time period, the Contractor shall—

(i) Have a written code of business ethics and conduct; and

(ii) Make a copy of the code available to each employee engaged in performance of the contract.

(2) The Contractor shall--

(i) Exercise due diligence to prevent and detect criminal conduct; and

(ii) Otherwise promote an organizational culture that encourages ethical conduct and a commitment to compliance with the law.

Case 1:25-cv-00368-MRD-PAS Document 1-6 Filed 06/17/25 Page 103 of 1348 PageID #: 1757

(3)(i) The Contractor shall timely disclose, in writing, to the agency Office of the Inspector General (OIG), with a copy to the
Contracting Officer, whenever, in connection with the award, performance, or closeout of this contract or any subcontract thereunder, the Contractor has credible evidence that a principal, employee, agent, or subcontractor of the Contractor has committed--

(A) A violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 of the United States Code; or

(B) A violation of the civil False Claims Act (31 U.S.C. 3729-3733).

(ii) The Government, to the extent permitted by law and regulation, will safeguard and treat information obtained pursuant to the Contractor's disclosure as confidential where the information has been marked ``confidential'' or ``proprietary'' by the company.
To the extent permitted by law and regulation, such information will not be released by the Government to the public pursuant to a Freedom of Information Act request, 5 U.S.C. Section 552, without prior notification to the Contractor. The Government may transfer documents provided by the Contractor to any department or agency within the Executive Branch if the information relates to matters within the organization's jurisdiction.

(iii) If the violation relates to an order against a Government wide acquisition contract, a multi-agency contract, a multiple-award schedule contract such as the Federal Supply Schedule, or any other procurement instrument intended for use by multiple agencies, the Contractor shall notify the OIG of the ordering agency and the IG of the agency responsible for the basic contract.

(c) Business ethics awareness and compliance program and internal control system. This paragraph (c) does not apply if the Contractor has represented itself as a small business concern pursuant to the award of this contract or if this contract is for the acquisition of a commercial item as defined at FAR 2.101. The Contractor shall establish the following within 90 days after contract award, unless the Contracting Officer establishes a longer time period:

(1) An ongoing business ethics awareness and compliance program.

(i) This program shall include reasonable steps to communicate periodically and in a practical manner the Contractor's standards and procedures and other aspects of the Contractor's business ethics awareness and compliance program and internal control system, by conducting effective training programs and otherwise disseminating information appropriate to an individual's respective roles and responsibilities.

(ii) The training conducted under this program shall be provided to the Contractor's principals and employees, and as appropriate, the Contractor's agents and subcontractors.

(2) An internal control system.

(i) The Contractor's internal control system shall--

(A) Establish standards and procedures to facilitate timely discovery of improper conduct in connection with Government contracts; and

(B) Ensure corrective measures are promptly instituted and carried out.

(ii) At a minimum, the Contractor's internal control system shall provide for the following:

(A) Assignment of responsibility at a sufficiently high level and adequate resources to ensure effectiveness of the business ethics awareness and compliance program and internal control system.

(B) Reasonable efforts not to include an individual as a principal, whom due diligence would have exposed as having engaged in conduct that is in conflict with the Contractor's code of business ethics and conduct.

(C) Periodic reviews of company business practices, procedures, policies, and internal controls for compliance with the Contractor's code of business ethics and conduct and the special requirements of Government contracting, including--

(1) Monitoring and auditing to detect criminal conduct;

(2) Periodic evaluation of the effectiveness of the business ethics awareness and compliance program and internal control system, especially if criminal conduct has been detected; and

(3) Periodic assessment of the risk of criminal conduct, with appropriate steps to design, implement, or modify the business ethics awareness and compliance program and the internal control system as necessary to reduce the risk of criminal conduct identified through this process.

(D) An internal reporting mechanism, such as a hotline, which allows for anonymity or confidentiality, by which employees may report suspected instances of improper conduct, and instructions that encourage employees to make such reports.

(E) Disciplinary action for improper conduct or for failing to take reasonable steps to prevent or detect improper conduct.

(F) Timely disclosure, in writing, to the agency OIG, with a copy to the Contracting Officer, whenever, in connection with the award, performance, or closeout of any Government contract performed by the Contractor or a subcontract thereunder, the Contractor has credible evidence that a principal, employee, agent, or subcontractor of the Contractor has committed a violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 U.S.C. or a violation of the civil False Claims Act (31 U.S.C. 3729-3733).

(1) If a violation relates to more than one Government contract, the Contractor may make the disclosure to the agency OIG and Contracting Officer responsible for the largest dollar value contract impacted by the violation.

(2) If the violation relates to an order against a Government wide acquisition contract, a multi-agency contract, a multiple-award schedule contract such as the Federal Supply Schedule, or any other procurement instrument intended for use by multiple agencies, the contractor shall notify the OIG of the ordering agency and the IG of the agency responsible for the basic contract, and the respective agencies' contracting officers.

(3) The disclosure requirement for an individual contract continues until at least 3 years after final payment on the contract.

(4) The Government will safeguard such disclosures in accordance with paragraph (b)(3)(ii) of this clause.

(G) Full cooperation with any Government agencies responsible for audits, investigations, or corrective actions.

(d) Subcontracts. (1) The Contractor shall include the substance of this clause, including this paragraph (d), in subcontracts that have a value in excess of $5,000,000 and a performance period of more than 120 days.

(2) In altering this clause to identify the appropriate parties, all disclosures of violation of the civil False Claims Act or of Federal criminal law shall be directed to the agency Office of the Inspector General, with a copy to the Contracting Officer.

SECTION 5.65
EMPLOYMENT ELIGIBILITY VERIFICATION (OCT 2015) (FAR 52.222-54).

(a) Definitions. As used in this clause—
"Commercially available off-the-shelf (COTS) item"—

Case Number: PC-2025-02760 MRD Case Document 1 Filed 06/17/25 07/01/25 Page 105 Page 130 of 1762 Page #: 1759

(1) Means any item of supply that is—

(i) A commercial item (as defined in paragraph (1) of the definition at 2.101);

(ii) Sold in substantial quantities in the commercial marketplace; and

(iii) Offered to the Government, without modification, in the same form in which it is sold in the commercial marketplace; and

(2) Does not include bulk cargo, as defined in 46 U.S.C. 40102(4), such as agricultural products and petroleum products. Per 46 CFR 525.1 (c)(2), "bulk cargo" means cargo that is loaded and carried in bulk onboard ship without mark or count, in a loose unpackaged form, having homogenous characteristics.  Bulk cargo loaded into intermodal equipment, except LASH or Seabee barges, is subject to mark and count and, therefore, ceases to be bulk cargo.

"Employee assigned to the contract" means an employee who was hired after November 6, 1986 (after November 27, 2009 in the Commonwealth of the Northern Mariana Islands), who is directly performing work, in the United States, under a contract that is required to include the clause prescribed at 22.1803.  An employee is not considered to be directly performing work under a contract if the employee—

(1) Normally performs support work, such as indirect or overhead functions; and

(2) Does not perform any substantial duties applicable to the contract.

"Subcontract" means any contract, as defined in 2.101, entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract.  It includes but is not limited to purchase orders, and changes and modifications to purchase orders.

"Subcontractor" means any supplier, distributor, vendor, or firm that furnishes supplies or services to or for a prime Contractor or another subcontractor.

"United States", as defined in 8 U.S.C. 1101(a)(38), means the 50 States, the District of Columbia, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, and the U.S. Virgin Islands.

(b) Enrollment and verification requirements.

(1) If the Contractor is not enrolled as a Federal Contractor in E-Verify at time of contract award, the Contractor shall—

(i) Enroll.  Enroll as a Federal Contractor in the E-Verify program within 30 calendar days of contract award;

(ii) Verify all new employees.  Within 90 calendar days of enrollment in the E-Verify program, begin to use E-Verify to initiate verification of employment eligibility of all new hires of the Contractor, who are working in the United States, whether or not assigned to the contract, within 3 business days after the date of hire (but see paragraph (b)(3) of this section); and

(iii) Verify employees assigned to the contract.  For each employee assigned to the contract, initiate verification within 90 calendar days after date of enrollment or within 30 calendar days of the employee's assignment to the contract, whichever date is later (but see paragraph (b)(4) of this section).

(2) If the Contractor is enrolled as a Federal Contractor in E-Verify at time of contract award, the Contractor shall use E-Verify to initiate verification of employment eligibility of—

(i) All new employees.

(A) Enrolled 90 calendar days or more.  The Contractor shall initiate verification of all new hires of the Contractor, who are working in the United States, whether or not assigned to the contract, within 3 business days after the date of hire (but see paragraph (b)(3) of this section); or

(B) Enrolled less than 90 calendar days.  Within 90 calendar days after enrollment as a Federal Contractor in E-Verify, the Contractor shall initiate verification of all new hires of the

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Contractor, who are working in the United States, whether or not assigned to the contract, within 3 business days after the date of hire (but see paragraph (b)(3) of this section); or

(ii) Employees assigned to the contract. For each employee assigned to the contract, the Contractor shall initiate verification within 90 calendar days after date of contract award or within 30 days after assignment to the contract, whichever date is later (but see paragraph (b)(4) of this section).

(3) If the Contractor is an institution of higher education (as defined at 20 U.S.C. 1001(a)); a State or local government or the government of a Federally recognized Indian tribe; or a surety performing under a takeover agreement entered into with a Federal agency pursuant to a performance bond, the Contractor may choose to verify only employees assigned to the contract, whether existing employees or new hires. The Contractor shall follow the applicable verification requirements at (b)(1) or (b)(2), respectively, except that any requirement for verification of new employees applies only to new employees assigned to the contract.

(4) Option to verify employment eligibility of all employees. The Contractor may elect to verify all existing employees hired after November 6, 1986 (after November 27, 2009, in the Commonwealth of the Northern Mariana Islands), rather than just those employees assigned to the contract. The Contractor shall initiate verification for each existing employee working in the United States who was hired after November 6, 1986 (after November 27, 2009, in the Commonwealth of the Northern Mariana Islands), within 180 calendar days of—

(i) Enrollment in the E-Verify program; or

(ii) Notification to E-Verify Operations of the Contractor's decision to exercise this option, using the contact information provided in the E-Verify program Memorandum of Understanding (MOU).

(5) The Contractor shall comply, for the period of performance of this contract, with the requirements of the E-Verify program MOU.

(i) The Department of Homeland Security (DHS) or the Social Security Administration (SSA) may terminate the Contractor's MOU and deny access to the E-Verify system in accordance with the terms of the MOU. In such case, the Contractor will be referred to a suspension or debarment official.

(ii) During the period between termination of the MOU and a decision by the suspension or debarment official whether to suspend or debar, the Contractor is excused from its obligations under paragraph (b) of this clause. If the suspension or debarment official determines not to suspend or debar the Contractor, then the Contractor must reenroll in E-Verify.

(c) Web site. Information on registration for and use of the E-Verify program can be obtained via the Internet at the Department of Homeland Security Web site: http://www.dhs.gov/E-Verify.

(d) Individuals previously verified. The Contractor is not required by this clause to perform additional employment verification using E-Verify for any employee –

(1) Whose employment eligibility was previously verified by the Contractor through the E-Verify program;

(2) Who has been granted and holds an active U.S. Government security clearance for access to confidential, secret, or top secret information in accordance with the National Industrial Security Program Operating Manual; or

(3) Who has undergone a completed background investigation and been issued credentials pursuant to Homeland Security Presidential Directive (HSPD)-12, Policy for a Common Identification Standard for Federal Employees and Contractors.

(e) Subcontracts. The Contractor shall include the requirements of this clause, including this paragraph (e) (appropriately modified for identification of the parties), in each subcontract that –

(1) Is for—

(i) Commercial or noncommercial services (except for commercial services that are part of the purchase of a COTS item (or an item that would be a COTS item, but for minor modifications), performed by the COTS provider, and are normally provided for that COTS item); or

(ii) Construction;

(2) Has a value of more than $3,500; and

(3) Includes work performed in the United States.


SECTION 5.66
UPDATES OF PUBLICALLY AVAILABLE INFORMATION REGARDING RESPONSIBILITY MATTERS (JUL 2013) (FAR 52.209-9)


(a) The Contractor shall update the information in the Federal Awardee Performance and Integrity Information System (FAPIIS) on a semi-annual basis, throughout the life of the contract, by posting the required information in the System for Award Management database via https://www.acquisition.gov.

(b) As required by section 3010 of the Supplemental Appropriations Act, 2010 (Pub. L. 111-212), all information posted in FAPIIS on or after April 15, 2011, except past performance reviews, will be publicly available. FAPIIS consists of two segments—

(1) The non-public segment, into which Government officials and the Contractor post information, which can only be viewed by—

(i) Government personnel and authorized users performing business on behalf of the Government; or

(ii) The Contractor, when viewing data on itself; and

(2) The publicly-available segment, to which all data in the non-public segment of FAPIIS is automatically transferred after a waiting period of 14 calendar days, except for—

(i) Past performance reviews required by subpart 42.15;

(ii) Information that was entered prior to April 15, 2011; or

(iii) Information that is withdrawn during the 14-calendar-day waiting period by the Government official who posted it in accordance with paragraph (c)(1) of this clause.

(c) The Contractor will receive notification when the Government posts new information to the Contractor's record.

(1) If the Contractor asserts in writing within 7 calendar days, to the Government official who posted the information, that some of the information posted to the non-public segment of FAPIIS is covered by a disclosure exemption under the Freedom of Information Act, the Government official who posted the information must within 7 calendar days remove the posting from FAPIIS and resolve the issue in accordance with agency Freedom of Information procedures, prior to reposting the releasable information. The contractor must cite 52.209-9 and request removal within 7 calendar days of the posting to FAPIIS.

(2) The Contractor will also have an opportunity to post comments regarding information that has been posted by the Government. The comments will be retained as long as the

associated information is retained, i.e., for a total period of 6 years. Contractor comments will remain a part of the record unless the Contractor revises them.

(3) As required by section 3010 of Pub. L. 111-212, all information posted in FAPIIS on or after April 15, 2011, except past performance reviews, will be publicly available.

(d) Public requests for system information posted prior to April 15, 2011, will be handled under Freedom of Information Act procedures, including, where appropriate, procedures promulgated under E.O. 12600.

## SECTION 5.67
## PERSONAL IDENTITY VERIFICATION OF CONTRACTOR PERSONNEL (JAN 2011) (FAR 52.204-9)

(a) The Contractor shall comply with agency personal identity verification procedures identified in the contract that implement Homeland Security Presidential Directive-12 (HSPD-12), Office of Management and Budget (OMB) guidance M-05-24 and Federal Information Processing Standards Publication (FIPS PUB) Number 201.

(b) The Contractor shall account for all forms of Government-provided identification issued to the Contractor employees in connection with performance under this contract. The Contractor shall return such identification to the issuing agency at the earliest of any of the following, unless otherwise determined by the Government:

(1) When no longer needed for contract performance.

(2) Upon completion of the Contractor employee's employment.

(3) Upon contract completion or termination.

(c) The Contracting Officer may delay final payment under a contract if the Contractor fails to comply with these requirements.

(d) The Contractor shall insert the substance of this clause, including this paragraph (d), in all subcontracts when the subcontractor's employees are required to have routine physical access to a Federally-controlled facility and/or routine access to a Federally-controlled information system. It shall be the responsibility of the prime Contractor to return such identification to the issuing agency in accordance with the terms set forth in paragraph (b) of this section, unless otherwise approved in writing by the Contracting Officer.

[Note: For purposes of this Contract, a Federally-controlled information system means the OPM Letter of Credit System.]

## SECTION 5.68
## PRIVACY OR SECURITY SAFEGUARDS (AUG 1996) (FAR 52.239-1)

(a) The Contractor shall not publish or disclose in any manner, without the Contracting Officer's written consent, the details of any safeguards either designed or developed by the Contractor under this contract or otherwise provided by the Government.

(b) To the extent required to carry out a program of inspection to safeguard against threats and hazards to the security, integrity, and confidentiality of Government data, the Contractor shall afford the Government access to the Contractor's facilities, installations, technical capabilities, operations, documentation, records, and databases.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:23-cv-00608-MRD-PAS Document 16 Filed 06/27/25 Page 109 of 134 PageID #: 1763

(c) If new or unanticipated threats or hazards are discovered by either the Government or the Contractor, or if existing safeguards have ceased to function, the discoverer shall immediately bring the situation to the attention of the other party.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

[Note: For purposes of this Contract and this clause, privacy or security safeguards pertain to the OPM Letter of Credit System.]

SECTION 5.69
ENCOURAGING CONTRACTOR POLICIES TO BAN TEXT MESSAGING WHILE DRIVING. (AUG 2011) (FAR 52.223-18)

(a) Definitions. As used in this clause—
   "Driving"–
      (1) Means operating a motor vehicle on an active roadway with the motor running, including while temporarily stationary because of traffic, a traffic light, stop sign, or otherwise.
      (2) Does not include operating a motor vehicle with or without the motor running when one has pulled over to the side of, or off, an active roadway and has halted in a location where one can safely remain stationary.
   "Text messaging" means reading from or entering data into any handheld or other electronic device, including for the purpose of short message service texting, e-mailing, instant messaging, obtaining navigational information, or engaging in any other form of electronic data retrieval or electronic data communication. The term does not include glancing at or listening to a navigational device that is secured in a commercially designed holder affixed to the vehicle, provided that the destination and route are programmed into the device either before driving or while stopped in a location off the roadway where it is safe and legal to park.
(b) This clause implements Executive Order 13513, Federal Leadership on Reducing Text Messaging While Driving, dated October 1, 2009.
(c) The Contractor is encouraged to—
      (1) Adopt and enforce policies that ban text messaging while driving—
            (i) Company-owned or -rented vehicles or Government-owned vehicles; or
            (ii) Privately-owned vehicles when on official Government business or     when performing any work for or on behalf of the Government.
      (2) Conduct initiatives in a manner commensurate with the size of the business, such as—
            (i) Establishment of new rules and programs or re-evaluation of existing programs to prohibit text messaging while driving; and
            (ii) Education, awareness, and other outreach to employees about the safety risks associated with texting while driving.
(d) Subcontracts. The Contractor shall insert the substance of this clause, including this paragraph (d), in all subcontracts that exceed the micro-purchase threshold.

SECTION 5.70
CONTRACTOR EMPLOYEE WHISTLEBLOWER RIGHTS AND REQUIREMENT TO INFORM EMPLOYEES OF WHISTLEBLOWER RIGHTS (APRIL 2014) (FAR 52.203-17).

   (a) This contract and employees working on this contract will be subject to the whistleblower rights and remedies in the pilot program on Contractor employee whistleblower protections established at 41 U.S.C. 4712 by section 828 of the National Defense Authorization Act for Fiscal Year 2013 (Pub. L. 112-239) and FAR 3.908.
   (b) The Contractor shall inform its employees in writing, in the predominant language of the workforce, of employee whistleblower rights and protections under 41 U.S.C. 4712, as described in section 3.908 of the Federal Acquisition Regulation.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(c) The Contractor shall insert the substance of this clause, including this paragraph (c), in all subcontracts over the simplified acquisition threshold.

SECTION 5.71
COMBATING TRAFFICKING IN PERSONS (MAR 2015) (FAR 52.222-50)

Definitions.  As used in this clause—
"Agent" means any individual, including a director, an officer, an employee, or an independent contractor, authorized to act on behalf of the organization.
"Coercion" means—
(1) Threats of serious harm to or physical restraint against any person;
(2) Any scheme, plan, or pattern intended to cause a person to believe that failure to perform an act would result in serious harm to or physical restraint against any person; or
(3) The abuse or threatened abuse of the legal process.
"Commercially available off-the-shelf (COTS) item" means-
(1) Any item of supply (including construction material) that is-
(i) A commercial item (as defined in paragraph (1) of the definition at FAR 2.101);
(ii) Sold in substantial quantities in the commercial marketplace; and
(iii) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and
(2) Does not include bulk cargo, as defined in 46 U.S.C. 40102(4), such as agricultural products and petroleum products.
"Commercial sex act" means any sex act on account of which anything of value is given to or received by any person.
"Debt bondage" means the status or condition of a debtor arising from a pledge by the debtor of his or her personal services or of those of a person under his or her control as a security for debt, if the value of those services as reasonably assessed is not applied toward the liquidation of the debt or the length and nature of those services are not respectively limited and defined.
"Employee" means an employee of the Contractor directly engaged in the performance of work under the contract who has other than a minimal impact or involvement in contract performance.
"Forced labor" means knowingly providing or obtaining the labor or services of a person—
(1) By threats of serious harm to, or physical restraint against, that person or another person;
(2) By means of any scheme, plan, or pattern intended to cause the person to believe that, if the person did not perform such labor or services, that person or another person would suffer serious harm or physical restraint; or
(3) By means of the abuse or threatened abuse of law or the legal process.
"Involuntary servitude" includes a condition of servitude induced by means of—
(1) Any scheme, plan, or pattern intended to cause a person to believe that, if the person did not enter into or continue in such conditions, that person or another person would suffer serious harm or physical restraint; or
(2) The abuse or threatened abuse of the legal process.
"Severe forms of trafficking in persons" means—
(1) Sex trafficking in which a commercial sex act is induced by force, fraud, or coercion, or in which the person induced to perform such act has not attained 18 years of age; or

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

(2) The recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery.

"Sex trafficking" means the recruitment, harboring, transportation, provision, or obtaining of a person for the purpose of a commercial sex act.

"Subcontract" means any contract entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract.

"Subcontractor" means any supplier, distributor, vendor, or firm that furnishes supplies or services to or for a prime contractor or another subcontractor.

"United States" means the 50 States, the District of Columbia, and outlying areas.

(b) Policy. The United States Government has adopted a policy prohibiting trafficking in persons. Contractors contractor employees and their agents shall not—

(1) Engage in severe forms of trafficking in persons during the period of performance of the contract;

(2) Procure commercial sex acts during the period of performance of the contract;

(3) Use forced labor in the performance of the contract;

(4) Destroy, conceal, confiscate, or otherwise deny access by an employee to the employee's identity or immigration documents, such as passports or drivers' licenses, regardless of issuing authority;

(5)(i) Use misleading or fraudulent practices during the recruitment of employees or offering of employment, such as failing to disclose, in a format and language accessible to the worker, basic information or making material misrepresentations during the recruitment of employees regarding the key terms and conditions of employment, including wages and fringe benefits, the location of work, the living conditions, housing and associated costs (if employer or agent provided or arranged), any significant cost to be charged to the employee, and, if applicable, the hazardous nature of the work;

(ii) Use recruiters that do not comply with local labor laws of the country in which the recruiting takes place;

(6) Charge employees recruitment fees;

(7)(i) Fail to provide return transportation or pay for the cost of return transportation upon the end of employment-

(A) For an employee who is not a national of the country in which the work is taking place and who was brought into that country for the purpose of working on a U.S. Government contract or subcontract (for portions of contracts performed outside the United States); or

(B) For an employee who is not a United States national and who was brought into the United States for the purpose of working on a U.S. Government contract or subcontract, if the payment of such costs is required under existing temporary worker programs or pursuant to a written agreement with the employee (for portions of contracts performed inside the United States); except that-

(ii) The requirements of paragraphs (b)(7)(i) of this clause shall not apply to an employee who is-

(A) Legally permitted to remain in the country of employment and who chooses to do so; or

(B) Exempted by an authorized official of the contracting agency from the requirement to provide return transportation or pay for the cost of return transportation;

(iii) The requirements of paragraph (b)(7)(i) of this clause are modified for a victim of trafficking in persons who is seeking victim services or legal redress in the country of employment, or for a witness in an enforcement action related to trafficking in persons. The

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

contractor shall provide the return transportation or pay the cost of return transportation in a way that does not obstruct the victim services, legal redress, or witness activity. For example, the contractor shall not only offer return transportation to a witness at a time when the witness is still needed to testify. This paragraph does not apply when the exemptions at paragraph (b)(7)(ii) of this clause apply.

(8) Provide or arrange housing that fails to meet the host country housing and safety standards; or

(9) If required by law or contract, fail to provide an employment contract, recruitment agreement, or other required work document in writing. Such written work document shall be in a language the employee understands. If the employee must relocate to perform the work, the work document shall be provided to the employee at least five days prior to the employee relocating. The employee's work document shall include, but is not limited to, details about work description, wages, prohibition on charging recruitment fees, work location(s), living accommodations and associated costs, time off, roundtrip transportation arrangements, grievance process, and the content of applicable laws and regulations that prohibit trafficking in persons.

(c) Contractor requirements.  The Contractor shall—

(1) Notify its employees and agents of—

(i) The United States Government's policy prohibiting trafficking in persons, described in paragraph (b) of this clause; and

(ii) The actions that will be taken against employees or agents for violations of this policy. Such actions for employees may include, but are not limited to, removal from the contract, reduction in benefits, or termination of employment; and

(2) Take appropriate action, up to and including termination, against employees, agents or subcontractors that violate the policy in paragraph (b) of this clause.

(d) Notification.

(1) The Contractor shall inform the Contracting Officer and the agency Inspector General immediately of—

(i) Any credible information it receives from any source (including host country law enforcement) that alleges a Contractor employee, subcontractor, subcontractor employee or their agent has engaged in conduct that violates the policy in paragraph (b) of this clause (see also 18 U.S.C. 1351, Fraud in Foreign Labor Contracting, and 52.203-13(b)(3)(i)(A), if that clause is included in the solicitation or contract, which requires disclosure to the agency Office of the Inspector General when the Contractor has credible evidence of fraud); and

(ii) Any actions taken against a Contractor employee, subcontractor, subcontractor employee, or their agent pursuant to this clause.

(2) If the allegation may be associated with more than one contract, the Contractor shall inform the contracting officer for the contract with the highest dollar value.

(e) Remedies.  In addition to other remedies available to the Government, the Contractor's failure to comply with the requirements of paragraphs (c), (d), (g), (h) or (i) of this clause may result in—

(1) Requiring the Contractor to remove a Contractor employee or employees from the performance of the contract;

(2) Requiring the Contractor to terminate a subcontract;

(3) Suspension of contract payments; until the Contractor has taken appropriate remedial action;

(4) Loss of award fee, consistent with the award fee plan, for the performance period in which the Government determined Contractor non-compliance;

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(5) Declining to exercise available options under the contract;

(6) Termination of the contract for default or cause, in accordance with the termination clause of this contract; or

(7) Suspension or debarment.

(f) Mitigating and aggravating factors. When determining remedies, the Contracting Officer may consider the following:

(1) Mitigating factors. The Contractor had a Trafficking in Persons compliance plan or an awareness program at the time of the violation, was in compliance with the plan, and has taken appropriate remedial actions for the violation, that may include reparation to victims for such violations.

(2) Aggravating factors. The Contractor failed to abate an alleged violation or enforce the requirements of a compliance plan, when directed by the Contracting Officer to do so.

(g) Full cooperation.

(1) The Contractor shall, at a minimum—

(i) Disclose to the agency Inspector General information sufficient to identify the nature and extent of an offense and the individuals responsible for the conduct;

(ii) Provide timely and complete responses to Government auditors' and investigators' requests for documents;

(iii) Cooperate fully in providing reasonable access to its facilities and staff (both inside and outside the U.S.) to allow contracting agencies and other responsible Federal agencies to conduct audits, investigations, or other actions to ascertain compliance with the Trafficking Victims Protection Act of 2000 (22 U.S.C. chapter 78), E.O. 13627, or any other applicable law or regulation establishing restrictions on trafficking in persons, the procurement of commercial sex acts, or the use of forced labor; and

(iv) Protect all employees suspected of being victims of or witnesses to prohibited activities, prior to returning to the country from which the employee was recruited, and shall not prevent or hinder the ability of these employees from cooperating fully with Government authorities.

(2) The requirement for full cooperation does not foreclose any Contractor rights arising in law, the FAR, or the terms of the contract. It does not—

(i) Require the Contractor to waive its attorney-client privilege or the protections afforded by the attorney work product doctrine;

(ii) Require any officer, director, owner, employee, or agent of the Contractor, including a sole proprietor, to waive his or her attorney client privilege or Fifth Amendment rights; or

(iii) Restrict the Contractor from—

(A) Conducting an internal investigation; or

(B) Defending a proceeding or dispute arising under the contract or related to a potential or disclosed violation.

(h) Compliance plan.

(1) This paragraph (h) applies to any portion of the contract that—

(i) Is for supplies, other than commercially available off-the-shelf items, acquired outside the United States, or services to be performed outside the United States; and

(ii) Has an estimated value that exceeds $500,000.

(2) The Contractor shall maintain a compliance plan during the performance of the contract that is appropriate-

(i) To the size and complexity of the contract; and

ER-HMO 2019

(ii) To the nature and scope of the activities to be performed for the Government, including the number of non-United States citizens expected to be employed and the risk that the contract or subcontract will involve services or supplies susceptible to trafficking in persons.

(3) Minimum requirements. The compliance plan must include, at a minimum, the following:

(i) An awareness program to inform contractor employees about the Government's policy prohibiting trafficking-related activities described in paragraph (b) of this clause, the activities prohibited, and the actions that will be taken against the employee for violations. Additional information about Trafficking in Persons and examples of awareness programs can be found at the website for the Department of State's Office to Monitor and Combat Trafficking in Persons at http://www.state.gov/j/tip/.

(ii) A process for employees to report, without fear of retaliation, activity inconsistent with the policy prohibiting trafficking in persons, including a means to make available to all employees the hotline phone number of the Global Human Trafficking Hotline at 1-844-888-FREE and its email address at help@befree.org.

(iii) A recruitment and wage plan that only permits the use of recruitment companies with trained employees, prohibits charging recruitment fees to the employee, and ensures that wages meet applicable host-country legal requirements or explains any variance.

(iv) A housing plan, if the Contractor or subcontractor intends to provide or arrange housing, that ensures that the housing meets host-country housing and safety standards.

(v) Procedures to prevent agents and subcontractors at any tier and at any dollar value from engaging in trafficking in persons (including activities in paragraph (b) of this clause) and to monitor, detect, and terminate any agents, subcontracts, or subcontractor employees that have engaged in such activities.

(4) Posting.

(i) The Contractor shall post the relevant contents of the compliance plan, no later than the initiation of contract performance, at the workplace (unless the work is to be performed in the field or not in a fixed location) and on the Contractor's Web site (if one is maintained). If posting at the workplace or on the Web site is impracticable, the Contractor shall provide the relevant contents of the compliance plan to each worker in writing.

(ii) The Contractor shall provide the compliance plan to the Contracting Officer upon request.

(5) Certification. Annually after receiving an award, the Contractor shall submit a certification to the Contracting Officer that-

(i) It has implemented a compliance plan to prevent any prohibited activities identified at paragraph (b) of this clause and to monitor, detect, and terminate any agent, subcontract or subcontractor employee engaging in prohibited activities; and

(ii) After having conducted due diligence, either-

(A) To the best of the Contractor's knowledge and belief, neither it nor any of its agents, subcontractors, or their agents is engaged in any such activities; or

(B) If abuses relating to any of the prohibited activities identified in paragraph (b) of this clause have been found, the Contractor or subcontractor has taken the appropriate remedial and referral actions.

(i) Subcontracts.

(1) The Contractor shall include the substance of this clause, including this paragraph (f), in all subcontracts and in all contracts with agents. The requirements in paragraph (h) of this clause apply only to any portion of the subcontract that-

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

(A) Is for supplies, other than commercially available off-the-shelf items, acquired outside the United States, or services to be performed outside the United States; and

(B) Has an estimated value that exceeds $500,000.

(2) If any subcontractor is required by this clause to submit a certification, the Contractor shall require submission prior to the award of the subcontract and annually thereafter. The certification shall cover the items in paragraph (h)(5) of this clause.

SECTION 5.72 BASIC SAFEGUARDING OF COVERED CONTRACTOR INFORMATION SYSTEMS (JUN 2016) (FAR 52.204-21)

(a) Definitions. As used in this clause— Covered contractor information system means an information system that is owned or operated by a contractor that processes, stores, or transmits Federal contract information.

Federal contract information means information, not intended for public release, that is provided by or generated for the Government under a contract to develop or deliver a product or service to the Government, but not including information provided by the Government to the public (such as on public Web sites) or simple transactional information, such as necessary to process payments.

Information means any communication or representation of knowledge such as facts, data, or opinions, in any medium or form, including textual, numerical, graphic, cartographic, narrative, or audiovisual (Committee on National Security Systems Instruction (CNSSI) 4009).

Information system means a discrete set of information resources organized for the collection, processing, maintenance, use, sharing, dissemination, or disposition of information (44 U.S.C. 3502).

Safeguarding means measures or controls that are prescribed to protect information systems.

(b) Safeguarding requirements and procedures. (1) The Contractor shall apply the following basic safeguarding requirements and procedures to protect covered contractor information systems. Requirements and procedures for basic safeguarding of covered contractor information systems shall include, at a minimum, the following security controls:

(i) Limit information system access to authorized users, processes acting on behalf of authorized users, or devices (including other information systems).

(ii) Limit information system access to the types of transactions and functions that authorized users are permitted to execute.

(iii) Verify and control/limit connections to and use of external information systems.

(iv) Control information posted or processed on publicly accessible information systems.

(v) Identify information system users, processes acting on behalf of users, or devices.

(vi) Authenticate (or verify) the identities of those users, processes, or devices, as a prerequisite to allowing access to organizational information systems.

(vii) Sanitize or destroy information system media containing Federal Contract Information before disposal or release for reuse.

(viii) Limit physical access to organizational information systems, equipment, and the respective operating environments to authorized individuals.

(ix) Escort visitors and monitor visitor activity; maintain audit logs of physical access; and control and manage physical access devices.

(x) Monitor, control, and protect organizational communications (i.e., information transmitted or received by organizational information systems) at the external boundaries and key internal boundaries of the information systems.

(xi) Implement subnetworks for publicly accessible system components that are physically or logically separated from internal networks.

    (xii) Identify, report, and correct information and information system flaws in a timely manner.

    (xiii) Provide protection from malicious code at appropriate locations within organizational information systems.

    (xiv) Update malicious code protection mechanisms when new releases are available.

    (xv) Perform periodic scans of the information system and real-time scans of files from external sources as files are downloaded, opened, or executed.

    (2) Other requirements. This clause does not relieve the Contractor of any other specific safeguarding requirements specified by Federal agencies and departments relating to covered contractor information systems generally or other Federal safeguarding requirements for controlled unclassified information (CUI) as established by Executive Order 13556.

(c) Subcontracts. The Contractor shall include the substance of this clause, including this paragraph (c), in subcontracts under this contract (including subcontracts for the acquisition of commercial items, other than commercially available off-the-shelf items), in which the subcontractor may have Federal contract information residing in or transiting through its information system.

## SECTION 5.73 PROHIBITION ON REQUIRING CERTAIN INTERNAL CONFIDENTIALITY AGREEMENTS OR STATEMENTS (JAN 2017) (FAR 52.203-19)

  (a) *Definitions*. As used in this clause–

"Internal confidentiality agreement or statement" means a confidentiality agreement or any other written statement that the contractor requires any of its employees or subcontractors to sign regarding nondisclosure of contractor information, except that it does not include confidentiality agreements arising out of civil litigation or confidentiality agreements that contractor employees or subcontractors sign at the behest of a Federal agency.

"Subcontract" means any contract as defined in subpart 2.1 entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract. It includes but is not limited to purchase orders, and changes and modifications to purchase orders.

"Subcontractor" means any supplier, distributor, vendor, or firm (including a consultant) that furnishes supplies or services to or for a prime contractor or another subcontractor.

  (b) The Contractor shall not require its employees or subcontractors to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (*e.g.*, agency Office of the Inspector General).

  (c) The Contractor shall notify current employees and subcontractors that prohibitions and restrictions of any preexisting internal confidentiality agreements or statements covered by this clause, to the extent that such prohibitions and restrictions are inconsistent with the prohibitions of this clause, are no longer in effect.

  (d) The prohibition in paragraph (b) of this clause does not contravene requirements applicable to Standard Form 312 (Classified Information Nondisclosure Agreement), Form

4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(e) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015, (Pub. L. 113-235), and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions) use of funds appropriated (or otherwise made available) is prohibited, if the Government determines that the Contractor is not in compliance with the provisions of this clause.

(f) The Contractor shall include the substance of this clause, including this paragraph (f), in subcontracts under such contracts.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# *APPENDIX A*

# **ATTACH**

# **2019 FEHB BROCHURE**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

APPENDIX B

SUBSCRIPTION RATES, CHARGES, ALLOWANCES AND LIMITATIONS

Experience-Rated
Health Maintenance Organization Carrier

(Enter Carrier's name)
CONTRACT NO. CS _____
Effective January 1, 2019

    (a)  Biweekly net-to-Carrier rates, with appropriate adjustments for Enrollees paid on other than a biweekly basis, are as follows:

Self Only $_____

Self Plus One $_____

Self and Family $_____

    (b) The amount of administrative expenses and charges to be included in the Annual Accounting Statement required by Section 3.2 shall be as set out in the schedule below:

| Item | Amount |
|---|---|
| (i)  Administrative Expenses | Actual, but not to exceed the Contractual Expense Limitation for 2019, * plus an amount sufficient to cover the costs needed to pay the Plan's Independent Public Accountant to undertake the audits and agreed upon procedures required in the "FEHBP Experienced-Rated Carrier and Service Organization Audit Guide." |
| (ii) Taxes | Actual (except that premium taxes as defined are not allowable). |
| (iii)  Service Charge** | $ _____ |

*The Contractual Expense Limitation for 2019 is the Contractual Expense Limitation for 2018 ($_____), plus or minus adjustments for inflation and enrollment changes.  The base shall be adjusted by percentage changes in enrollment (from OPM's March 2018 to March 2019

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

headcount) and by the percentage change in the average monthly Consumer Price Index for All Urban consumers (published monthly by the Bureau of Labor Statistics) from the 12-month period ending on June 30, 2018 to the 12-month period ending on June 30, 2019.

\*\* The Service Charge for the 2019 contract year is based on the Overall Performance Score calculated in accordance with the 2018 Appendix F. The Service Charge for the 2020 contract year will be based on the Overall Performance Score calculated in accordance with the 2019 Appendix F.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

APPENDIX C
FEHB Supplemental Literature Guidelines
(RV JAN 2016)

This is the primary guide a Carrier should use to assess whether the Carrier's supplemental marketing literature, including website material, complies with FEHBAR 1603.70, Misleading, Deceptive or Unfair Advertising. (Use the NAIC Guidelines for additional guidance when needed.)

a)     GENERAL
       1. Section 1.13 of the FEHB contract requires that the Carrier may not distribute or display marketing materials or other supplemental literature (including provider directories) in a Federal facility or Tribal Employer facility or arrange for the distribution of such documents by Federal agencies or Tribal Employer unless the documents have been prepared in accordance with FEHBAR 1652.203-70, and the Carrier has certified to OPM that is the case.
       2. Review supplemental marketing material for compliance each year, whether or not it changed from the past year.
       3. Word the literature simply and concisely to get a readily understandable, attractive marketing piece.
       4. Include sufficient detail to ensure accuracy.
       5. Under the FEHBP, the FEHB brochure is based on text approved by OPM and is a complete statement of benefits, limitations, and exclusions. Include the following statement (website material should include the statement as a preface) in all supplemental literature which in any way discusses Plan benefits:
       *"This is a summary [or brief description] of the features of the [insert Plan's name]. Before making a final decision, please read the Plan's Federal brochure ([insert brochure number]). All benefits are subject to the definitions, limitations, and exclusions set forth in the Federal brochure."*
       6. You may include non-FEHBP benefits, i.e., benefits which are not FEHB benefits and are not guaranteed under the Federal contract with the following disclaimer:
       "These benefits are neither offered nor guaranteed under contract with the FEHB Program, but are made available to all enrollees and family members who become members of [insert Plan's name]."
       7. Supplemental literature must be clearly distinguishable from the Federal brochure.
       8. Do not use the FEHB logo in your supplemental literature.
       9. Do not use material which conflicts with the Federal brochure. If your material conflicts, you must change the material or not distribute it.

b)     RATE PRESENTATIONS
       Under the FEHBP there are only three categories of enrollment, Self Only, Self Plus One, and Self and Family. For most enrollments, the premium for each enrollee's enrollment is shared between the enrollee and the Government or Tribal Employer. The Government or Tribal Employer contribution is based on the formula provided in the FEHB law. Deductions for most enrollees' share, along with the Government's contribution or Tribal Employer's contribution, are made in accordance with the schedule on which the employee, Tribal Employee, or annuitant's (retiree) salary or annuitant check is issued by the Enrollee's agency, Tribal Employer, or annuitant's system. Most employees are paid biweekly. Annuitants are issued monthly checks.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Employees, Tribal Employees, and annuitants do not have separate categories of enrollment. They pay the same rates, whether on a biweekly, semimonthly, or monthly basis, and receive the same benefits when they are in the same FEHB Plan, except that active Postal employees pay a lesser share, as their cost sharing formula with the Postal Service calls for a greater Government contribution.

The Enrollee's share for each FEHB Plan for each type of enrollment (Self Only, Self Plus One, and Self and Family) can be found on the FEHB Program website. Biweekly and monthly rates are also shown on an insert you prepare for your brochure.

In making your rate presentations:

1. With the exception of the Summary of Benefits and Coverage referenced at section 1.13(e), list your FEHB rates in each piece of supplemental material which lists benefits. Do not list the rates of any competitor Plan.

2. Immediately above the rates include the following statement:

"These rates do not apply to all Enrollees. If you are in a special enrollment category, please refer to the FEHB Program website or contact the agency or Tribal Employer which maintains your health benefits enrollment."

3. If you wish to list Postal rates in addition to non-Postal rates, Postal and non-Postal rates should be clearly identified and listed separately. (Please note there are no monthly Postal rates; upon retirement, Postal employees receive the non-postal contribution.)

c)     BENEFIT PRESENTATIONS

Please note the following:

1. Do not compare your benefits or operations with that of any other Plan.

2. Accurately describe your FEHB benefits offering.

3. Avoid incomplete or overstated benefit descriptions, or those which conflict with the Federal brochure.

4. Show applicable coverage limitations, such as day or dollar limitations, coinsurance or deductibles.

5. Do not list exclusions and limitations not listed in the Federal brochure.

6. Do not include general references not in the brochure.

7. Do not reference coverage for which a Federal employee, Tribal Employee, or retiree would have to drop FEHB coverage. Exception: 5 CFR 890.301 provides that an annuitant or former spouse, as defined in 5 U.S.C. 8901(10), who cancels FEHBP enrollment for the purpose of enrolling in a prepaid health Plan under sections 1833 or 1876 of the Social Security Act may register to re-enroll. Therefore, if yours is such a prepaid Plan contracting with Medicare you must describe your Medicare supplemental program for Medicare-covered retirees.

d)     ENROLLMENT INSTRUCTIONS

Enrollment under the FEHBP is governed solely by the Federal Employees Health Benefits law and applicable regulations. The various Federal agencies and Tribal Employers have responsibility for administering the law and regulations during the annual open enrollment period (Open Season) and at all other times during the year. Agency and Tribal Employer personnel offices perform the basic health benefits functions, such as instructing employees about the conduct of the Open Season and other health benefits matters, answering employee questions, and processing elections and changes of enrollment, including determinations of eligibility and assignment of effective dates of coverage. Agency and Tribal Employer payroll offices make the necessary salary deductions.

The Federal instrument for electing to enroll in a Plan or changing an existing enrollment in a Plan from Self Only, Self Plus One or Self and Family to another enrollment

category is the Standard Form (SF) 2809, or alternative electronic or telephonic method approved by OPM. Carriers must be able to accept electronic file transfers. The effective date for Open Season enrollments is the first day of the first pay period which begins on or after January 1 for employees and Tribal Employees; the effective date generally is January 1 for annuitants. The specific effective date for an individual will be assigned by the individual's personnel office.

Covered family members are as defined in the FEHB regulations. Basically, family members are immediate family members, including spouse and children under age 26. When Self and Family coverage is established for an individual, all family members as defined under the regulations are automatically covered as of the effective date assigned by the personnel office, whether or not they are listed on the SF 2809, on other documents, or communicated by electronic or telephonic transmittal. Family members (e.g., newborns) who are added under an existing Self and Family enrollment are automatically covered from the date the individual becomes a family member, e.g., from birth. Personnel offices do not issue any notification when a new dependent is added under an existing Self and Family enrollment and the Enrollee does not submit a new SF 2809 or other election instrument. For a Self Plus One enrollment, the Carrier is required to receive an SF 2809 from the personnel office with enrollment information about the designated covered family member. If an employee wishes to change the designated covered family member to another eligible family member, the Carrier is required to receive a new SF 2809 from the personnel office with enrollment information about the new designated covered family member.

The agencies and Tribal Employers are the primary contact point for employees and Tribal Employees on health benefits enrollment matters. OPM's Office of Retirement Programs performs this function for annuitants (retirees). As highlighted below, Carriers may not impose their own enrollment requirements and procedures.

1. Do not give specific instructions on enrollment.

2. While the Carrier may ask Enrollees for information (see Section f) and may follow-up with Enrollees and, when necessary, the employing office, the Carrier will not require a member complete plan specific enrollment or application forms. (You may ask the Enrollee to complete "information" forms.) You may ask the Enrollee to keep you advised of family member changes and you may verify the change, but failure to complete a form does not render an eligible family member ineligible.

3. Personnel offices will not stock your Plan's forms. Do not indicate otherwise.

4. If supplemental literature is directed to potential members rather than just-enrolled members, do not include statements indicating otherwise.

5. Again, the Federal brochure, rather than any other plan document, is the member's complete statement of benefits. Do not indicate otherwise.

e)      PROVIDER DIRECTORIES

The provider directory must conform to the requirements listed below. Carriers must provide access to the provider directory on their website and send a provider directory to any Enrollee who requests a copy.

Please note that a Federal employee, Tribal Employee, or annuitant choosing your Plan during the Open Season is doing so with the expectation that the Plan's provider directory is accurate and that providers shown will be available starting January 1.

1. Show the Plan's hospitals, individual physicians, and group practice medical facilities. State the addresses of the medical facilities and show the general location within the service area for individual doctors and hospitals.

2. In the directory, display prominently the following statement:  "It is important to know when you enroll in this Plan, benefits are available as described in the Plan's Federal brochure, but the continued participation of any one doctor, hospital or other provider cannot be guaranteed."

3. Do not list enrollment or eligibility requirements on the provider directory.

4. If the geographic area from which the Carrier will accept enrollments is listed on the provider directory, show it exactly as stated in the Plan's Federal brochure.  Likewise, show only the service area which has been approved by OPM.  Do not list providers (or areas) located outside the service area (or additional geographic area) shown in the Plan's Federal brochure.

f)      INFORMATION FORMS

You may distribute forms to obtain information from Enrollees about the Enrollee and any family members.  For instance, to obtain the information regarding Medicare you will need for rate-setting purposes under the Federal Program, you may ask who is enrolled under Medicare Part A, Medicare Part B or Medicare Parts A and B.  For another example, you may ask that a primary care doctor be selected.  If you wish to distribute an information form, you may find such forms are more readily returned if they are postage-paid.  If the Member must select a medical group or independent physician association, also provide space for the Member to make such a selection. Do not indicate enrollment in the Plan is contingent upon completing and returning the form.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

## APPENDIX D

### RULES FOR COORDINATION OF BENEFITS

Model Regulation Service--October 2013
National Association of Insurance Commissioners

When a person is covered by two (2) or more plans, the rules for determining the order of benefit payments are as follows:

A. (1) The primary plan shall pay or provide its benefits as if the secondary plan or plans did not exist.

   (2) If the primary plan is a closed panel plan and the secondary plan is not a closed panel plan, the secondary plan shall pay or provide benefits as if it were the primary plan when a covered person uses a non-panel provider, except for emergency services or authorized referrals that are paid or provided by the primary plan.

   (3) When multiple contracts providing coordinated coverage are treated as a single plan under this regulation, this section applies only to the plan as a whole, and coordination among the component contracts is governed by the terms of the contracts. If more than one Carrier pays or provides benefits under the plan, the Carrier designated as primary within the plan shall be responsible for the plan's compliance with this regulation.

   (4) If a person is covered by more than one secondary plan, the order of benefit determination rules of this regulation decide the order in which secondary plans benefits are determined in relation to each other. Each secondary plan shall take into consideration the benefits of the primary plan or plans and the benefits of any other plan, which, under the rules of this regulation, has its benefits determined before those of that secondary plan.

B. (1) Except as provided in Paragraph (2), a plan that does not contain order of benefit determination provisions that are consistent with this regulation is always the primary plan unless the provisions of both plans, regardless of the provisions of this paragraph, state that the complying plan is primary.

**Drafting Note:** The medical benefits coverage in automobile "no fault" and traditional automobile "fault" type contracts (often referred to as "med pay"), which is included in the definition of "plan" under Section 3K(3) of this model regulation, does not normally contain order of benefit determinations provisions. As such, unless state law or regulation specifies otherwise, in accordance with paragraph (1), such coverage would be primary. Med pay coverage is not liability coverage and is not dependent upon fault.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(2)     Coverage that is obtained by virtue of membership in a group and designed to supplement a part of a basic package of benefits may provide that the supplementary coverage shall be excess to any other parts of the plan provided by the contract holder. Examples of these types of situations are major medical coverages that are superimposed over base plan hospital and surgical benefits, and insurance type coverages that are written in connection with a closed panel plan to provide out-of-network benefits.

C.     A plan may take into consideration the benefits paid or provided by another plan only when, under the rules of this regulation, it is secondary to that other plan.

D.     Order of Benefit Determination

Each plan determines its order of benefits using the first of the following rules that applies:

(1)     Non-Dependent or Dependent

(a)     Subject to Subparagraph (b) of this paragraph, the plan that covers the person other than as a dependent, for example as an employee, member, subscriber, policyholder or retiree, is the primary plan and the plan that covers the person as a dependent is the secondary plan.

(b)     (i)     If the person is a Medicare beneficiary, and, as a result of the provisions of Title XVIII of the Social Security Act and implementing regulations, Medicare is:

(I)     Secondary to the plan covering the person as a dependent; and

(II)     Primary to the plan covering the person as other than a dependent (e.g. a retired employee),

(ii)     Then the order of benefits is reversed so that the plan covering the person as an employee, member, subscriber, policyholder or retiree is the secondary plan and the other plan covering the person as a dependent is the primary plan.

**Drafting Note**: The provisions of Subparagraph (b) address the situation where federal law requires Medicare to be secondary with respect to group health plans in certain situations despite state law order of benefit determination provisions to the contrary. One example of this type of situation arises when a person, who is a Medicare beneficiary, is also covered under his or her own group health plan as a retiree and under a group health plan as a dependent of an active employee. In this situation, each of the three plans is secondary to the other as the following illustrates: (1) Medicare is secondary to the group health plan covering the person as a dependent of an active employee as required pursuant to the Medicare secondary payer rules;

Case 1:25-cv-00336-MRD-PAS Document 6 Filed 06/27/25 Page 128 Page 153 of 1762 PageID #: 1782

(2) the group health plan covering the person as a dependent of an active employee is secondary to the group health plan covering the person as a retiree, as required under Subparagraph (a); and (3) the group health plan covering the claimant as retiree is secondary to Medicare because the plan is designed to supplement Medicare when Medicare is the primary plan. Subparagraph (b) resolves this problem by making the group health plan covering the person as a dependent of an active employee the primary plan. The dependent coverage pays before the non-dependent coverage even though under state law order of benefit determination provisions in the absence of Subparagraph (b), the non-dependent coverage (e.g. retiree coverage) would be expected to pay before the dependent coverage. Therefore, in cases that involve Medicare, generally, the dependent coverage pays first as the primary plan, Medicare pays second as the secondary plan, and the non-dependent coverage (e.g. retiree coverage) pays third.

The reason why Subparagraph (b) provides for this order of benefits making the plan covering the person as dependent of an active employee primary is because Medicare will not be primary in most situations to any coverage that a payment has on the basis of active employment and, as such, Medicare will not provide any information as to what Medicare would have paid had it been primary. The plan covering the person as a retiree cannot determine its payment as a secondary plan unless it has information about what the primary plan paid. The plan covering the person as a dependent of an active employee could be subject to penalties under the Medicare secondary payer rules if it refuses to pay its benefits. The plan covering the person as a retiree is not subject to the same penalties because, in this particular situation, as described above, which does not involve a person eligible for Medicare based on end-stage renal disease (ESRD), the plan can never be primary to Medicare. As such, out of the three plans providing coverage to the person, the plan covering the person as a dependent of an active employee can determine its benefits most easily.

    (2)    Dependent Child Covered Under More Than One Plan

    Unless there is a court decree stating otherwise, plans covering a dependent child shall determine the order of benefits as follows:

    (a)    For a dependent child whose parents are married or are living together, whether or not they have ever been married:

        (i)    The plan of the parent whose birthday falls earlier in the calendar year is the primary plan; or

        (ii)    If both parents have the same birthday, the plan that has covered the parent longest is the primary plan.

    (b)    For a dependent child whose parents are divorced or separated or are not living together, whether or not they have ever been married:

        (i)    If a court decree states that one of the parents is responsible for the dependent child's health care expenses or health care coverage and the plan of that parent has actual knowledge of those terms, that plan is primary. If the parent with responsibility has no health care coverage

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

for the dependent child's health care expenses, but that parent's spouse does, that parent's spouse's plan is the primary plan. This item shall not apply with respect to any plan year during which benefits are paid or provided before the entity has actual knowledge of the court decree provision;

(ii) If a court decree states that both parents are responsible for the dependent child's health care expenses or health care coverage, the provisions of Subparagraph (a) of this paragraph shall determine the order of benefits;

(iii) If a court decree states that the parents have joint custody without specifying that one parent has responsibility for the health care expenses or health care coverage of the dependent child, the provisions of Subparagraph (a) of this paragraph shall determine the order of benefits; or

(iv) If there is no court decree allocating responsibility for the child's health care expenses or health care coverage, the order of benefits for the child are as follows:

(I) The plan covering the custodial parent;

(II) The plan covering the custodial parent's spouse;

(III) The plan covering the non-custodial parent; and then

(IV) The plan covering the non-custodial parent's spouse.

(c) For a dependent child covered under more than one plan of individuals who are not the parents of the child, the order of benefits shall be determined, as applicable, under Subparagraph (a) or (b) of this paragraph as if those individuals were parents of the child.

**Drafting Note:** Subparagraph (c) addresses the situation where individuals other than the parents of a child are responsible for the child's health care expenses or provide health care coverage for the child under each of their plans. In this situation, for the purpose of determining the order of benefits under this paragraph, Subparagraph (c) requires that these individuals be treated in the same manner as parents of the child.

(d) (i) For a dependent child who has coverage under either or both parents' plans and also has his or her own coverage as a dependent under a spouse's plan, the rule in Paragraph (5) applies.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case PC-2025-02760 MRD Document 1 Filed 06/17/2507/01/25 13 Page 135 Page 762 Page ID #: 1784

(ii) In the event the dependent child's coverage under the spouse's plan began on the same date as the dependent child's coverage under either or both parents' plans, the order of benefits shall be determined by applying the birthday rule in Subparagraph (a) to the dependent child's parents(s) and the dependent's spouse.

**Drafting Note:** Subparagraph (d) is intended to address the situation created by the enactment of Section 2714 of the Public Health Service Act, as that section was added by the federal Patient Protection and Affordable Care Act (Public Law 111-148) (ACA), as amended by the federal Health Care and Education Reconciliation Act of 2010 (Public Law 111-152). Section 2714 of the PHSA extended coverage for dependents to age 26 regardless of any dependency factors, such as support, residency, student status or marital status.

(3)     Active Employee or Retired or Laid-Off Employee

   (a)     The plan that covers a person as an active employee that is, an employee who is neither laid off nor retired or as a dependent of an active employee is the primary plan. The plan covering that same person as a retired or laid-off employee or as a dependent of a retired or laid-off employee is the secondary plan.

   (b)     If the other plan does not have this rule, and as a result, the plans do not agree on the order of benefits, this rule is ignored.

   (c)     This rule does not apply if the rule in Paragraph (1) can determine the order of benefits.

**Drafting Note:** This rule applies only in the situation when the same person is covered under two plans, one of which is provided on the basis of active employment and the other of which is provided to retired or laid-off employees. The rule in Paragraph (1) does not apply because the person is covered either as a non-dependent under both plans (i.e. the person is covered under one plan as an active employee and at the same time is covered as a retired or laid-off employee under the other plan) or as a dependent under both plans (i.e. the person is covered under one plan as a dependent of an active employee and at the same time is covered under the other plan as a dependent of a retired or laid-off employee). This rule does not apply when a person is covered under his or her own plan as an active employee or retired or laid-off employee and a dependent under a spouse's plan provided to the spouse on the basis of active employment. In this situation, the rule in Paragraph (1) applies because the person is covered as a non-dependent under one plan (i.e. the person is covered as an active employee or retired or laid-off employee) and at the same time is covered as a dependent under the other plan (i.e. the person is covered as a dependent under a plan provided on the basis of active employment or a plan that is provided to retired or laid-off employees).

(4)     COBRA or State Continuation Coverage

   (a)     If a person whose coverage is provided pursuant to COBRA or under a right of continuation pursuant to state or other federal law is covered under another plan, the plan covering the person as an employee, member, subscriber or retiree or covering the person as

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

a dependent of an employee, member, subscriber or retiree is the primary plan and the plan covering that same person pursuant to COBRA or under a right of continuation pursuant to state or other federal law is the secondary plan.

(b)    If the other plan does not have this rule, and if, as a result, the plans do not agree on the order of benefits, this rule is ignored.

(c)    This rule does not apply if the rule in Paragraph (1) can determine the order of benefits

**Drafting Note:** COBRA originally provided that coverage under a new group health plan caused the COBRA coverage to end. An amendment passed as part of P.L. 101-239, the Omnibus Budget Reconciliation Act of 1989 (OBRA 89), allows the COBRA coverage to continue if the newly acquired group health plan contains any preexisting condition exclusion or limitation. In this instance two group health plans will cover the person, and the rule above will be used to determine which of the plans determines its benefits first. In addition, some states have continuation provisions comparable to COBRA.

**Drafting Note:** This rule applies only in the situation when a person has coverage pursuant to COBRA or under a right of continuation pursuant to state or other federal law and has coverage under another plan on the basis of employment. The rule under Paragraph (1) does not apply because the person is covered either: (a) as a non-dependent under both plans (i.e. the person is covered under a right of continuation as a qualified beneficiary who, on the day before a qualifying event, was covered under the group health plan as an employee or as a retired employee and is covered under his or her own plan as an employee, member, subscriber or retiree); or (b) as a dependent under both plans (i.e. the person is covered under a right of continuation as a qualified beneficiary who, on the day before a qualifying event, was covered under the group health plan as a dependent of an employee, member or subscriber or retired employee and is covered under the other plan as a dependent of an employee, member, subscriber or retiree). The rule under Paragraph (1) applies when the person is covered pursuant to COBRA or under a right of continuation pursuant to state or other federal law as a non-dependent and covered under the other plan as a dependent of an employee, member, subscriber or retiree. The rule in this paragraph does not apply because the person is covered as a non-dependent under one of the plans and as a dependent under the other plan.

(5)    Longer or Shorter Length of Coverage

(a)    If the preceding rules do not determine the order of benefits, the plan that covered the person for the longer period of time is the primary plan and the plan that covered the person for the shorter period of time is the secondary plan.

(b)    To determine the length of time a person has been covered under a plan, two successive plans shall be treated as one if the covered person was eligible under the second plan within twenty-four (24) hours after coverage under the first plan ended.

(c)    The start of a new plan does not include:

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(i)    A change in the amount or scope of a plan's benefits;

(ii)   A change in the entity that pays, provides or administers the plan's benefits; or

(iii)  A change from one type of plan to another, such as, from a single employer plan to a multiple employer plan.

(d)    The person's length of time covered under a plan is measured from the person's first date of coverage under that plan. If that date is not readily available for a group plan, the date the person first became a member of the group shall be used as the date from which to determine the length of time the person's coverage under the present plan has been in force.

(6)    If none of the preceding rules determines the order of benefits, the allowable expenses shall be shared equally between the plans.

Case 1:25-cv-00005-MRD-PAS Document 1-6 Filed 06/27/25 Page 133 of 138 PageID #: 1787

APPENDIX F

Measures and contributions to performance areas and scores for 2019 Performance and 2020 Service Charge

To be performed in accordance with the 2019 FEHB Plan Performance Assessment Procedure Manual and the FEHB Plan Performance Assessment – Consolidated Methodology Carrier Letter (CL 2017-15). The Service Charge for the 2020 contract year will be based on the Overall Performance Score calculated in accordance with this Appendix F.

1. Performance Area Contributions to Overall Performance Score (OPS)

| Performance Area | Contribution to Overall Performance Score |
|---|---|
| Clinical Quality, Customer Service, and Resource Use | 65% |
| Contract Oversight | 35% |

2. Clinical Quality, Customer Service, and Resource Use (QCR) Performance Area Measures

| Performance Area | Measure | Priority Level | Measure Weight |
|---|---|---|---|
| Clinical Quality | Controlling High Blood Pressure | 1 | 2.50 |
| | Prenatal Care (Timeliness) | 1 | 2.50 |
| | Breast Cancer Screening | 2 | 1.25 |
| | Well Child Visits in the First 15 Months of Life (6 visits) | 2 | 1.25 |
| | Flu Vaccinations for Adults (18-64) | 2 | 1.25 |
| | Cervical Cancer Screening | 2 | 1.25 |
| | Comprehensive Diabetes Care – HbA1C <8% - Control | 2 | 1.25 |
| | Asthma Medication Ratio | 2 | 1.25 |
| | Avoidance of Antibiotics in Adults with Acute Bronchitis | 2 | 1.25 |
| | Follow-up After Hospitalization for Mental Illness (7-day or 30-day) | 2 | 1.25 |
| | Statin Therapy for Patients with Cardiovascular Disease (Adherence) | 2 | 1.25 |
| Customer Service | Plan Information on Costs | 3 | 1.00 |
| | Getting Care Quickly | 3 | 1.00 |
| | Getting Needed Care | 3 | 1.00 |
| | Claims Processing | 3 | 1.00 |
| | Overall Health Plan Rating | 3 | 1.00 |
| | Coordination of Care | 3 | 1.00 |
| | Overall Personal Doctor Rating | 3 | 1.00 |
| | Customer Service | 3 | 1.00 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| Resource Use | Plan All Cause Readmissions | 1 | 2.50 |
|---|---|---|---|
| | Emergency Department Utilization | 2 | 1.25 |
| | Use of Imaging Studies for Low Back Pain | 2 | 1.25 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# EXHIBIT A

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
05/29/2025
CT Log Number 549252650

## Service of Process Transmittal Summary

| | |
|---|---|
| **TO:** | Shayla Graham<br>Cigna Companies<br>900 COTTAGE GROVE RD<br>BLOOMFIELD, CT 06002-2920 |
| **RE:** | **Process Served in Rhode Island** |
| **FOR:** | Express Scripts, Inc.  (Domestic State: DE) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | STATE OF RHODE ISLAND, by and through PETER F. NERONHA, ATTORNEY GENERAL vs. CAREMARKPCS HEALTH, L.L.C. |
| **DOCUMENT(S) SERVED:** | Summons, Proof, Complaint, Calendar Case, Attachment(s) |
| **COURT/AGENCY:** | Providence and Bristol County, Superior Court, RI<br>Case # PC202502760 |
| **NATURE OF ACTION:** | Violation of the Deceptive Trade Practices Act (Deceptive Acts and Practices; Unfair Acts and Practices; Unfair Methods of Competition) |
| **PROCESS SERVED ON:** | C T Corporation System, East Providence, RI |
| **DATE/METHOD OF SERVICE:** | By Process Server on 05/29/2025 at 15:02 |
| **JURISDICTION SERVED:** | Rhode Island |
| **APPEARANCE OR ANSWER DUE:** | Within 20 days after service, exclusive of the day of service |
| **ATTORNEY(S)/SENDER(S):** | Michael G Rousseau<br>Motley Rice LLC<br>40 Westminster Street, 5th Floor<br>Providence, RI 02903<br>401-457-7700 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/30/2025, Expected Purge Date: 06/04/2025<br><br>Image SOP<br><br>Email Notification,  Incoming Legal  legalandpublicaffairs-incominglegal@evernorth.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System<br>450 Veterans Memorial Highway<br>Suite 7A<br>East Providence, RI 02914<br>877-564-7529<br>MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**CT Corporation**
**Service of Process Notification**
05/29/2025
CT Log Number 549252650

information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:**            Thu, May 29, 2025

**Server Name:**     Drop Service

| Entity Served | EXPRESS SCRIPTS, INC. |
|---|---|
| Case Number | PC-2025-02760 |
| Jurisdiction | RI |

| Inserts | |
|---|---|
| | |





# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

|  | **Civil Action File Number**<br>PC-2025-02760 |
|---|---|
| **Plaintiff**<br>State of Rhode Island, by and through Peter F. Neronha, Attorney General<br>v.<br>CaremarkPCS Health, L.L.C. et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Michael G Rousseau<br>**Address of the Plaintiff's Attorney or the Plaintiff**<br>40 Westminster St<br>5th Floor<br>Providence RI 02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>No Known Address |

## TO THE DEFENDANT, Express Scripts, Inc.:

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 5/28/2025. | /s/ Stephen Burke<br>Clerk |
|---|---|

Witness the seal/watermark of the Superior Court

A true copy attest
Robert J. Kilduff #6070
Date 5/29/25

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| **Plaintiff** | **Civil Action File Number** |
|---|---|
| State of Rhode Island, by and through Peter F. Neronha, Attorney General | PC-2025-02760 |
| v. | |
| CaremarkPCS Health, L.L.C. et al. | |
| **Defendant** | |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Express Scripts, Inc., by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____
_____
Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
_____

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.

  Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.

  Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

_____

SERVICE DATE: _____ / _____ / _____        SERVICE FEE $ _____

           Month   Day   Year

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

Signature

State of _____

County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/19/2025 8:52 PM
Envelope: 5122208
Reviewer: J'Lyn D.

## SUPERIOR COURT OF THE STATE OF RHODE ISLAND
## FOR THE COUNTY OF PROVIDENCE

STATE OF RHODE ISLAND, by and through
PETER F. NERONHA, ATTORNEY GENERAL,

*Plaintiff*

v.

CAREMARKPCS HEALTH, L.L.C., ZINC
HEALTH SERVICES, LLC, EXPRESS SCRIPTS,
INC., ASCENT HEALTH SERVICES LLC,
OPTUMRX, INC., and EMISAR PHARMA
SERVICES LLC,

*Defendants.*

C.A. NO.:

## COMPLAINT

# TABLE OF CONTENTS

INTRODUCTION.................................................................................................. 1

PARTIES .......................................................................................................... 6

    *Plaintiff State of Rhode Island* ...................................................................... 6

    *Defendants CaremarkPCS Health, L.L.C. and Zinc Health Services, LLC* ............. 6

    *Defendants Express Scripts, Inc. and Ascent Health Services LLC* ..................... 7

    *Defendants OptumRx, Inc. and Emisar Pharma Services LLC* ............................. 8

JURISDICTION AND VENUE......................................................................... 8

BACKGROUND ................................................................................................ 9

    *PBMs Are the Middleman in a Complex Drug Pricing System* ............................. 9

    *PBMs Contract with Prescription Drug Manufacturers* ..................................... 11

    *PBMs Have Begun Conducting Negotiations with Manufacturers Through GPOs* ... 13

    *PBMs Contract with Pharmacies Including Independent Pharmacies* .................. 14

    *Consumers' Out-of-Pocket Costs Are Typically Tied to WAC* .............................. 15

FACTUAL ALLEGATIONS............................................................................. 16

  I.    Defendants Conduct Trade and Commerce in Rhode Island...................... 16

  II.    The PBM Defendants Deceptively Represent That They Act to Serve Consumers by Lowering Drug Prices and Ensuring Their Access to Safe and Effective Drug Treatments............................................................................................ 19

  III.    Defendants Engage in a Scheme to Artificially Inflate Drug Prices for Their Own Financial Gain ............................................................................. 26

      A.    Defendants Exclude Drugs from Their Formularies to Increase Rebates and Other Fees................................................................................. 28

      B.    Defendants' Rebate Tactics Lead to WAC Price Inflation............................. 37

      C.    Defendants' Lack of Transparency Allowed Them to Continue Siphoning Off Substantial Portions of Payments from Manufacturers in the Form of Undisclosed Fees ...................................................................... 46

  IV.    WAC Prices for Prescription Drugs Have Skyrocketed Over the Last Couple of Decades, Increasing Prices to Consumers ............................................. 49

  V.    Defendants' Deceptive Acts and Practices Are Material to Consumers.................... 52

  VI.    Defendants' Scheme That Artificially Inflates Drug Prices Violates Established Public Policy In Rhode Island................................................................ 55

  VII.    Defendants Engage in Unfair Methods of Competition ............................. 57

      A.    Defendants' Formulary and Rebate Practices Tend to Negatively Affect Competitive Conditions in the Prescription Drug Market............................. 57

    B.    The PBM Defendants Impose Unfair Contractual Terms on Independent
          Pharmacies That Negatively Affect Competition and Consumers ................ 61

        1.   The PBM Defendants Pay Low Reimbursement Rates—Sometimes Below
            Pharmacies' Acquisition Costs ................................................................ 64

        2.   The PBM Defendants Steer Consumers to Their Own Affiliated
            Pharmacies—Particularly for Specialty Drugs ......................................... 69

**CLAIMS FOR RELIEF** ............................................................................................ 74

   COUNT ONE ............................................................................................................ 74

   COUNT TWO ........................................................................................................... 77

   COUNT THREE ....................................................................................................... 78

      *Defendants' Formulary and Rebate Practices* ........................................... 80

      *PBM Defendants' Pharmacy-Related Practices* ......................................... 81

**PRAYER FOR RELIEF** ........................................................................................... 82

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5199208
Reviewer: J'Lyn D.

The State of Rhode Island, by and through its Attorney General, Peter F. Neronha,

("Rhode Island" or "State"), brings this action pursuant to his statutory authority against

CaremarkPCS Health, L.L.C. ("CVS Caremark"), Express Scripts, Inc. ("Express Scripts"), and

OptumRx, Inc. ("OptumRx") (collectively, the "PBM Defendants"); and Zinc Health Services

LLC ("Zinc"), Ascent Health Services, LLC ("Ascent"), and Emisar Pharma Services LLC

("Emisar") (collectively, the "GPO Defendants"). The PBM Defendants and the GPO

Defendants will be referred to collectively as "Defendants."

## INTRODUCTION

1.  Prescription drug pricing in the United States is complex and opaque, allowing

Defendants—the three largest pharmacy benefit managers ("PBMs") (the PBM Defendants) in the

country and their group purchasing organizations ("GPOs") (the GPO Defendants)—to siphon

increasing amounts of money from the pharmaceutical supply chain through an unfair and

deceptive scheme that masks Defendants' negative impact on the market while increasing

consumers' out-of-pocket costs, limiting consumers' access to effective and less expensive

prescription drugs, undercutting independent pharmacies, and maximizing rebates for Defendants'

own financial gain at the expense of consumers.

2.  The skyrocketing cost of prescription drugs is a significant burden to Rhode

Islanders. Between 2015 and 2019, prescription drug costs grew 114% faster than the average

Rhode Islanders' income.[1] According to a 2024 survey of over 1,000 Rhode Island adults, more

than 65% of adults making less than $50,000 a year were somewhat or very worried about

---

[1] AARP, *Rx Costs Outpaced Rhode Island Income by 114%*, https://states.aarp.org/rhode-island/rx-costs-outpaced-rhode-islanders-income-by (last visited May 27, 2025).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/2/2025 8:52 PM
Envelope: 5184908
Reviewer: J'Lyn D.

Case 1:25-cv-00063-MRD-PAS   Document 1-4   Filed 06/27/25   Page 172 of 171   PageID #: 1800

affording prescription drugs.[2] Nearly a quarter of adults in Rhode Island either did not fill a prescription, cut pills in half, or skipped a dose due to concerns about costs.[3]

3.    The State brings this complaint to address Defendants' violations of Rhode Island law that significantly contribute to these high prices, and to ensure that consumers (*i.e.*, patients in need of medical care) can access affordable, safe, and effective drugs and that employers (who are consumers of health benefit plans) are not forced to pay higher-than-necessary drug costs in their self-funded plans, which depresses wages and damages Rhode Island's economy. As laid out specifically below, Defendants have engaged in deceptive acts and practices in violation of Rhode Island's Deceptive Trade Practices Act ("DTPA"), R.I. Gen. Laws §§ 6-13.1-1 through 6-13.1-27 (Count One); engaged in unfair acts and practices in violation of the DTPA (Count Two); and engaged in unfair methods of competition in violation of the DTPA that harmed consumers and negatively impacted competition in the prescription drug market and, in the case of the PBM Defendants, the pharmacy market (Count Three).[4]

4.    The PBM Defendants contract with health benefit plans based in and outside of Rhode Island and with pharmacies to provide services to Rhode Island consumers. They refer to consumers as their "members" and represent that their primary role is to serve members.

5.    The PBM Defendants make numerous deceptive representations, directly and indirectly, to consumers that the PBM Defendants act to serve consumers by lowering drug prices

---

[2] *Rhode Island Survey Respondents Worried about High Drug Costs; Support a Range of Government Solutions*, Healthcare Value Hub (July 15, 2024), https://healthcarevaluehub.org/chess-state-survey/rhode-island/2024/rhode-island-survey-respondents-worried-about-high-drug-costs-support-a-range-of-government-solutions/.
[3] *Id.*
[4] On September 20, 2024, the Federal Trade Commission brought an administrative complaint against the same set of Defendants for engaging in anticompetitive and unfair rebating practices that artificially inflated the list price of insulin drugs. The action is currently on hold due to a lack of commissioners able to participate in the case.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194908
Reviewer: J'Lyn D.

PC-2025-02760 · Document Filed 06/27/2025 · Page 172 of 1762 · Page ID #: 1801

and ensuring consumers' access to safe and effective drug treatments. Yet, over time, Defendants
have developed a business model that does the opposite.

6.    The PBM Defendants have promised to apply objective medical science and the
leverage of large-scale purchasing to select the safest and most effective drugs for consumers and
bring down their prices. Instead, Defendants have capitalized on their role as middlemen between
drug manufacturers, pharmacies, health insurance plans, and consumers to siphon increasing
revenue to themselves, drive up prices to consumers, restrict consumers' choices of prescription
drugs and pharmacies, and protect their own role and profits by shrouding them in secrecy and
misleading marketing. Beginning in 2019, the PBM Defendants began utilizing the GPO
Defendants to conduct negotiations with manufacturers and collect and distribute rebates and other
fees from manufacturers—adding another, *non-transparent* layer to the system, making it even
more difficult for health benefit plans to know whether they are receiving their fair share of rebates
and other manufacturer payments.

7.    Defendants' drug "formularies" (lists of covered drugs, as explained in more detail
below) are now so restrictive that they block consumers' access to nearly 40% of drugs on the
market—forcing consumers to pay out of pocket for their preferred medication or shift their
medications around Defendants' ever-changing formulary decisions instead of their own medical
needs.[5]

8.    Drug manufacturers are complicit and play a central role in facilitating Defendants'
scheme. Over the last decade, manufacturers have systematically increased their drugs' "list price,"
also known as its "Wholesale Acquisition Cost" or "WAC", in order to pay kickbacks to

---

[5] Geoffrey Joyce, et al., *Medicare Part D Plans Greatly Increased Utilization Restrictions On
Prescription Drugs, 2011–20*, 43 Pharm & Med. Tech. 391, 396–97 (2024),
https://www.healthaffairs.org/doi/epdf/10.1377/hlthaff.2023.00999.

3

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5191990
Reviewer: J'Lyn D.

Defendants in the form of escalating rebates and other fees to secure formulary placement for their products. As a result, list prices have become significantly inflated and bear almost no relationship to the true payment manufacturers receive for their products. This negatively impacts many consumers with cost-share payments tied to a drug's inflated list price (*e.g.*, uninsured consumers and insured consumers with coinsurance or high-deductible plans).[6]

9.      Novo Nordisk's CEO admitted that it prices Ozempic and Wegovy—two glucagon-like peptide receptor agonists ("GLP-1s") approved to treat Type 2 diabetes—exponentially higher in the United States than in other countries to offset the rebate and other fees Novo Nordisk pays to the PBM Defendants.[7] For example, Ozempic is sold in the United States for $969 per month, compared to $122 in Denmark and $59 in Germany, while Wegovy is sold in the United States for $1,349 per month, compared to $186 in Denmark and $137 in Germany. Thus, if a consumer had a 20% coinsurance requirement (meaning she must pay 20% of the drug's list price without any rebates or other discounts), she would pay $193.80 for Ozempic at the artificially inflated price of $969 but only $24.40 if the price were $122.

10.     Defendants also engage in unfair methods of competition that negatively affect competition in the prescription drug market by giving preferential treatment to drugs with the highest rebates, even when there are multiple, equally effective drugs in a therapeutic class. Manufacturers facilitate this practice by paying kickbacks to Defendants. For example, in exchange for higher rebates and other fees, Defendants gave preferential status to Humira—a high-

---

[6] Even patients with more modest deductibles are still negatively impacted by these inflated prices until they have exhausted their deductibles.

[7] Dani Kass, *Novo Nordisk Tells Sens. Ozempic Costs Are Linked To PBMs*, Law360 (Sept. 24, 2024), https://www.law360.com/health/articles/1871338/novo-nordisk-tells-sens-ozempic-costs-are-linked-to-pbms.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 13939202
Reviewer: J'Lyn D.

Case 1:25-cv-00321-MRD-PAS   Document 1   Filed 06/27/25   Page 25 of 74   PageID
#: 1803

cost biologic used to treat arthritis and other inflammatory disorders—over lower-cost insulin biologics that the U.S. Food and Drug Administration ("FDA") approved to be *fully interchangeable* with the brand-name products, which, in some instances, Defendants excluded from their formularies. This effectively blocks lower-priced competitors from entering the market.

11. The PBM Defendants also engage in unfair methods of competition that harm independent pharmacies—including independent pharmacies in Rhode Island—while providing an advantage to their own pharmacies and negatively affecting competition and consumers. Between 2010 and 2021, Rhode Island had a pharmacy closure rate greater than 35% and experienced a net loss of pharmacies—meaning more pharmacies closed than opened.[8] Independent pharmacies were particularly impacted.[9]

12. The PBM Defendants use their dominant market power (explained below) to force their unaffiliated pharmacies to accept unfair contractual terms. This includes reimbursing independent pharmacies near or below their acquisition costs for dispensing lower-profit prescriptions and steering prescriptions for higher-profit drugs to the PBM Defendants' own affiliated pharmacies. One local independent pharmacist reported that CVS Caremark only reimburses her $2,200 for drugs that cost over $2,800 despite reimbursing CVS pharmacies over $4,000 for the exact same drug. These practices unfairly lessen independent pharmacies' ability to compete with big, chain pharmacies, ultimately raise prices for consumers, and deny consumers their choice of pharmacy.

---

[8] Jenny S. Guadamuz, et al., *More US Pharmacies Closed Than Opened in 2018–21; Independent Pharmacies, Those in Black, Latinx Communities Most at Risk*, 43(12) Health Affairs 1703, 1705 (2024), https://www.healthaffairs.org/doi/abs/10.1377/hlthaff.2024.00192?journalCode=hlthaff.
[9] *Id.* at 1707.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/2/2025 8:52 PM
Envelope: 5199998
Reviewer: Carol M.

Filed in Providence/Bristol County Superior Court
Submitted: 6/2/2025 8:52 PM
Envelope: 5199935
Reviewer: J'Lyn D.

## PARTIES

### *Plaintiff State of Rhode Island*

13.     The State of Rhode Island is a sovereign state of the United States. Peter F. Neronha is the duly elected Attorney General and is the chief law enforcement officer and attorney for the State. The Attorney General brings this action on behalf of the State in accordance with his statutory authority.

### *Defendants CaremarkPCS Health, L.L.C. and Zinc Health Services, LLC*

14.     Defendant CaremarkPCS Health, L.L.C. (operating as CVS Caremark) is a Delaware limited liability company that maintains its principal place of business in Rhode Island and is registered to do business in Rhode Island. It is a wholly owned indirect subsidiary of CVS Health Corporation ("CVS Health").

15.     Defendant Zinc Health Services, LLC is a Delaware limited liability company with its principal place of business in Rhode Island. CVS Health established Zinc as a group purchasing organization—entities typically used to consolidate the purchasing power of multiple organizations—for its PBM business in 2020. CVS Health co-owns Zinc and appoints three out of the four members of Zinc's Board of Directors. Zinc negotiates rebates with drug manufacturers on behalf of CVS Caremark in addition to other third parties' commercial clients.

16.     At all relevant times, CVS Caremark and Zinc had agreements with various prescription drug manufacturers related to payments for preferred placement on CVS Caremark's standard formularies and engaged in business in Rhode Island.

6

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5199208
Reviewer: J'Lyn D.

Case 1:25-cv-03056-RD-DCE Document 1 Filed 06/27/25 Page 237 of 976 PageID #: 1805

17.     In 2024, CVS Caremark controlled 27% of the national PBM market based on total prescription claims managed.[10]

### *Defendants Express Scripts, Inc. and Ascent Health Services LLC*

18.     Defendant Express Scripts, Inc. is a Delaware corporation that maintains its principal place of business in Missouri and is registered to do business in Rhode Island.

19.     Express Scripts, Inc. is a wholly owned direct subsidiary of Evernorth Health, Inc. and a wholly owned indirect subsidiary of Cigna Corporation. Prior to merging with Cigna Corporation in 2019, Express Scripts, Inc. was the largest independent PBM in the United States.

20.     Defendant Ascent Health Services LLC is a Delaware limited liability company with its principal place of business in Switzerland. In 2019, Express Scripts established Ascent as a group purchasing organization for its PBM business. Express Scripts co-owns Ascent and appoints three out of the five members of Ascent's Board of Directors. Ascent negotiates rebates with drug manufacturers on behalf of Express Scripts and other third parties' commercial clients.

21.     At all relevant times, Express Scripts and Ascent had agreements with various prescription drug manufacturers related to payments for preferred placement on Express Scripts' standard formularies and engaged in business in Rhode Island.

22.     In 2024, Express Scripts controlled 30% of the national PBM market based on total prescription claims managed.[11]

---

[10] Adam J. Fein, *The Top Pharmacy Benefit Managers of 2024: The Top Pharmacy Benefit Managers of 2024: Market Share and Key Industry Developments*, Drug Channels (Mar. 31, 2025), https://www.drugchannels.net/2025/03/the-top-pharmacy-benefit-managers-of.html.
[11] *Id.*

7

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5191908
Reviewer: J'Lyn D.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5191908
Reviewer: J'Lyn D.

### *Defendants OptumRx, Inc. and Emisar Pharma Services LLC*

23.     Defendant OptumRx, Inc. is a California corporation that maintains its principal place of business in California and is registered to do business in Rhode Island. OptumRx is a wholly owned indirect subsidiary of UnitedHealth Group Inc.

24.     Defendant Emisar Pharma Services LLC is a Delaware limited liability company with its principal place of business in Ireland. Emisar is a wholly owned indirect subsidiary of UnitedHealth Group Inc. that launched in late 2021 as a group purchasing organization. Emisar negotiates rebates with drug manufacturers on behalf of OptumRx's commercial clients.

25.     At all relevant times, OptumRx and Emisar had agreements with various prescription drug manufacturers related to payments for preferred placement on OptumRx's standard formularies and engaged in business in Rhode Island.

26.     In 2024, OptumRx controlled 23% of the national PBM market based on total prescription claims managed.[12]

### JURISDICTION AND VENUE

27.     This Court has subject-matter jurisdiction pursuant to R.I. Gen. Laws § 8-2-14.

28.     This Court has personal jurisdiction over Defendants because Defendants transact business in Rhode Island and/or have the requisite minimum contacts with Rhode Island necessary to constitutionally permit the Court to exercise jurisdiction, with such jurisdiction also being proper under Rhode Island's long-arm statute, R.I. Gen. Laws § 9-5-33. Defendants engage in business in Rhode Island by administering pharmacy benefit services to Rhode Island consumers.

29.     This Court has general jurisdiction over CVS Caremark and Zinc as their principal places of business are in Rhode Island.

---

[12] *Id.*

30.     Venue is proper in this Court pursuant to R.I. Gen. Laws § 8-2-27.

## BACKGROUND

### *PBMs Are the Middleman in a Complex Drug Pricing System*

31.     Consumers pay monthly insurance premiums to their employers or insurance companies (third-party payers) that sponsor their health benefit plans. Health benefit plans then contract with PBMs to administer consumers' prescription drug benefits. The relationship between health benefit plans and PBMs is disclosed to consumers. In fact, as described below, PBMs interact directly with consumers. Although PBMs may receive some compensation directly from health benefit plans, they are largely compensated through fees that drug manufacturers and pharmacies pay, as discussed below.

32.     When PBMs first entered the market, they primarily provided electronic claims processing services to efficiently and economically process a high volume of relatively small dollar claims.[13] Now, PBMs, including the PBM Defendants, act as intermediaries between health benefit plans and other entities in the drug distribution chain, such as prescription drug manufacturers and pharmacies (as shown in Figure 1 below).[14] PBMs are involved in and benefit at almost every step in this complex system—often profiting through methods that are secret and unknown to consumers or even their own clients.

---

[13] Robin J. Strongin, *The ABCs of PBMs,* The George Washington University (Oct. 27, 1999), at 2, https://www.ncbi.nlm.nih.gov/books/NBK559746/pdf/Bookshelf_NBK559746.pdf.

[14] James T. Kennedy, RPh, and Shellie Keast, PharmD, PhD, *A primer on brand-name prescription drug contracting*, 30(5) J. Manag. Care Spec. Pharm. 507, 508 (2024).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194908
Reviewer: J'Lyn D.

Case 1:25-cv-00306-RD-PAS Document 1-11 Filed 06/27/2501/25 Page 179 of 179 PageID #: 1808

**Figure 1: The Role of Pharmacy Benefit Managers**



33.     In their role as intermediaries, PBMs participate in the complex scheme of pricing

and paying for prescription drugs. Various prices and benchmarks are used at different stages in

the drug pricing system, including:

- **Wholesale Acquisition Cost ("WAC" or "list price")**: the manufacturer's published list price to wholesalers or direct purchasers (excludes rebates or other discounts)

- **Manufacturer's Net Price**: the revenue a manufacturer receives (*i.e.*, the list price (WAC) minus rebate or other discounts)

- **Average Wholesale Price ("AWP")**: the estimated average price that pharmacies pay to wholesalers (excludes rebates or other discounts), typically the manufacturer's list price (WAC) plus 20%

- **National Average Drug Acquisition Cost ("NADAC")**: the estimated wholesale price retail pharmacies pay to wholesalers, based on invoice prices paid by retailers

10

- **Negotiated Rate:** the price that PBMs negotiate with manufacturers for brand-name drugs (*i.e.*, WAC minus rebates and other fees paid by manufacturers)

- **Maximum Allowable Cost ("MAC")**: PBMs' self-established upper limit of what they will reimburse pharmacies for generics

- **Reimbursement Rate:** the rate at which PBMs reimburse pharmacies for filling prescriptions

- **Usual and Customary Price ("U&C" or "cash price")**: the price that a pharmacy charges cash-paying consumers

***PBMs Contract with Prescription Drug Manufacturers***

34. A drug formulary is a list of generic and brand-name prescription drugs assembled by PBMs and thus covered by health benefit plans. A health benefit plan will not typically reimburse any part of the cost for a drug that is not included in the PBM-designed formulary.

35. Formularies are usually divided into tiers that determine the cost-share amounts (*e.g.*, the copayment or co-insurance) that consumers must pay toward the cost of a prescription. Lower tiers have lower cost-share amounts than higher tiers.

36. PBMs negotiate and contract with manufacturers of brand-name prescription drugs for rebates and other fees in exchange for securing placement on PBMs' drug formularies, and for the position a drug enjoys on the PBMs' formularies—either more advantageous to the manufacturer or less.

37. Unlike traditional point-of-sale rebates, manufacturers pay prescription drug rebates to PBMs, not to the consumers who typically pay the WAC (list price) to the pharmacy, either directly or through their insurance provider.

38. PBMs typically retain a portion of the rebates and other fees discussed below that they receive from prescription drug manufacturers and return the remainder to health benefit plans. The exact amount that PBMs retain depends on their contract with the health benefit plan.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5199208
Reviewer: J'Lyn D.

Case 1:25-cv-00306-JJM-PAS    Document 1    Filed 06/27/25    Page 2 of 931 PageID #: 1810

However, as discussed below, because of PBMs' lack of transparency, it is extremely difficult to know whether PBMs are actually passing all required payments through to health benefit plans.

39.     Generally, manufacturers of brand-name prescription drugs pay higher rebates for preferred formulary placement (namely, a lower tier rather than a higher tier). This is because, upon information and belief, consumers are more likely to fill, and doctors are therefore more likely to write, prescriptions for drugs with lower cost-share amounts (and ask their doctors to prescribe products on lower formulary tiers).

40.     The rebates PBMs negotiate are highly confidential and, for the most part, the exact terms of the agreements between PBMs and prescription drug manufacturers are unknown to others in the supply chain, even to PBMs' own clients. In fact, PBMs frequently use their contracts with health benefit plans to limit plans' right to certain information and data. Thus, for most of the players in the prescription drug supply chain, including the State and Rhode Island consumers, drug pricing is a black box.

41.     Manufacturers also pay PBMs "administrative fees" for administering rebates. Like rebates, administrative fees are tied to WAC (such that PBMs again benefit from higher drug prices) and paid according to PBMs' confidential contracts with manufacturers. Administrative fees typically range from 3% to 5% of WAC.[15]

42.     "Price protection" is another way that PBMs extract payments from manufacturers. It is a cap on the amount by which prescription drug manufacturers can increase WAC for a particular drug (ranging from 0% to 12%).[16] Any price increase by manufacturers above the

---

[15] Staff of U.S. Senate Comm. on Finance, 117th Cong., *Insulin: Examining the Factors Driving the Rising Cost of a Century Old Drug* (Jan. 14, 2021) at 82, https://www.finance.senate.gov/imo/media/doc/Grassley-Wyden%20Insulin%20Report%20(FINAL%201).pdf (hereinafter "Senate Finance Committee Insulin Report").

[16] *Id.* at 84.

12

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52:07 PM
Envelope: 5198908
Reviewer: J'Lyn D.

established cap triggers additional rebate payments to PBMs known as price protection. And while

PBMs present price protection as a means to reduce costs, evidence shows that it has done little to

accomplish that, and drug prices have continued to skyrocket despite price protection. Price

protection also creates another perverse incentive for PBMs. Drug rebates and other fees paid to a

PBM are usually based on list price (WAC). For example, a manufacturer may offer PBMs a rebate

of 40% of WAC or an administrative fee of 3% of WAC for a particular drug. Thus, when WAC

increases, rebates and fees also increase.

### *PBMs Have Begun Conducting Negotiations with Manufacturers Through GPOs*

43.     Around 2019, PBMs began forming GPOs (sometimes also referred to as rebate

aggregators) to conduct their formulary and rebate negotiations and collect rebates and other fees

from manufacturers and distribute them to PBMs. As explained above, PBMs are then supposed

to pass through an agreed upon percentage of the fees to their health benefit plan clients. GPOs are

entities that combine the purchasing power of multiple organizations to negotiate better prices and

terms with suppliers.

44.     Historically, PBMs did not utilize GPOs, presumably because they had enormous

bargaining power on their own. As discussed below, it appears PBMs use GPOs to recategorize

existing income streams and generate new income streams. GPOs also serve as an additional, non-

transparent layer in an already opaque system, making it even more difficult for health benefit

plans to determine whether they received their fair share of rebates and other manufacturer fees or

whether PBMs or GPOs are providing value relative to the administrative fees they charge and to

their effectiveness in reducing total drug spend.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194908
Reviewer: J'Lyn D.

Case 1:25-cv-00300-RD-PAS   Document 1   Filed 06/27/01/25   Page 24 of 983   PageID #: 1812

### PBMs Contract with Pharmacies Including Independent Pharmacies

45.     In addition to negotiating with prescription drug manufacturers, PBMs negotiate and contract with retail pharmacies to create networks of preferred pharmacies where consumers (which PBMs refer to as their "members") may fill prescriptions for these drugs.

46.     Pharmacies dispense prescriptions through two main formats—retail pharmacies (*i.e.*, brick and mortar) and mail order pharmacies. Retail pharmacies can be large, chain pharmacies (*e.g.*, CVS, Walgreens) or small, independent pharmacies, which are owned and operated by local individuals rather than publicly traded corporations. There is also a rapidly expanding pharmacy segment called specialty pharmacies, which are typically mail-order pharmacies, that dispense specialty drugs. There is no uniform definition for specialty drugs. Drugs are generally considered "specialty drugs" if they are high cost, used to treat complex, chronic, or rare medical conditions, or require special handling (*e.g.*, chemotherapy drugs).

47.     Although PBMs allow consumers to fill their prescriptions at a wide variety of retail pharmacies, PBMs typically have exclusivity clauses in their contracts with health benefit plans that require consumers to utilize the PBMs' own mail-order pharmacies. Thus, as discussed below, PBMs can steer prescriptions for highly-profitable drugs to their own specialty pharmacies by unilaterally designating the drugs as specialty drugs.

48.     Agreements with pharmacies determine the amount PBMs will pay to fill prescription drugs (minus any cost-share amounts that consumers pay directly to pharmacies). Independent pharmacies have very little leverage in their negotiations against PBMs and describe the agreements as take it or leave it contracts of adhesion, meaning that if the independent pharmacy does not accept the offered terms, the only alternative is to leave a network that likely includes high proportions of the independent pharmacy's customers.

14

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5199208
Reviewer: J'Lyn D.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
D-Document: 1 Document Filed 06/27/2025 Page 25 of 984 Page ID
#: 1813
Submitted: 6/27/2025 8:52 PM
Envelope: 5199208
Reviewer: J'Lyn D.

49.     While the PBMs pay one low cost to independent pharmacies, typically, they mark

up the price when seeking reimbursement for those payments from health benefit plans—creating

another revenue stream for PBMs, typically referred to as the "spread." For example, a health

benefit plan may agree to pay a standard benchmark price for prescription drug claims plus a set

discount (*e.g.*, AWP minus 10%). The PBM may then negotiate a lower reimbursement rate with

the pharmacy and keep the difference. To avoid confusion, this revenue source will be referred to

hereinafter as the "PBM-to-pharmacy spread."

### *Consumers' Out-of-Pocket Costs Are Typically Tied to WAC*

50.     Consumers' out-of-pocket costs for drugs are determined by whether they have

insurance and the terms of their coverage. Consumers pay, from high to low, either: (1) the cash

price of the prescription drug (because consumers are either uninsured or in the deductible phase

of coverage), to (2) a cost-share payment based on a percentage of drug costs (*e.g.*, 20% of the

drug price), to 3) what is typically the least expensive option, a flat copayment, typically based on

the drug's formulary tier. Since out-of-pocket costs for consumers without flat copayments are tied

to drugs' list prices, they automatically increase when list prices increase.

51.     Consumers without insurance pay the pharmacy's cash price, which is generally

marked up above WAC. For example, as of January 2025, the WAC price for Mavyret (AbbVie's

blockbuster Hepatitis C medication) is $13,200 per month, but the cash price for Mavyret is

$15,950 per month at a Walmart in Providence and $16,333 (or $13,521 with a GoodRx coupon)

at a Walgreens in Providence.[17]

52.     An increasing number of consumers have high-deductible plans, which require

them to pay the cash price for drugs until they meet their deductible—averaging nearly $2,700 a

---

[17] AbbVie Inc., *Mavyret List Price*, https://www.mavyret.com/cost (last visited May 27, 2025).

15

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194998
Reviewer: J'Lyn D.

Case 1:25-cv-00306-MRD-PAS    Document 1    Filed 06/27/25    Page 26 of 975 PageID #: 1814

year for single coverage in 2024, while 36% have a deductible of $3,000 or more.[18] Even those with more modest deductibles are still adversely affected by higher drug costs until their deductibles are exhausted and coverage kicks in.

53.    About 30–50% of insured consumers pay a coinsurance amount, which is a percentage of the full list price (WAC), not reduced by rebates.[19]

54.    Other insured consumers pay a flat copayment amount based on whether the drug is a generic drug, a preferred or non-preferred brand-name drug, or a specialty drug. For example, under the Anchor and Anchor Plus plans (two programs that Rhode Island offers to state government employees), consumers pay a copayment of $10 for generics drugs, $35 for preferred brand-name drugs and $60 for non-preferred brand-name drugs, and $100 for specialty drugs.[20] Copayments are not directly tied to WAC; however, the overall cost of drugs factors into a health benefit plan's decision to set premiums and consumer copayment amounts. In other words, if drug costs increase, a health benefit plan may decide to raise premiums or copayment amounts.

## FACTUAL ALLEGATIONS

### I.    Defendants Conduct Trade and Commerce in Rhode Island

55.    Defendants engage in trade and commerce by, among other things, administering prescription drug benefits in Rhode Island.

---

[18] Gary Claxton, et al., *Employer Health Benefits 2024 Annual Survey,* KFF (Oct. 9, 2024) at 140, https://files.kff.org/attachment/Employer-Health-Benefits-Survey-2024-Annual-Survey.pdf.

[19] Lisa L. Gill, *The Shocking Rise of Prescription Drug Prices: Here's why prices keep going up, plus how to combat the sticker shock—and still protect your health*, Consumer Reports (Nov. 26, 2019), https://www.consumerreports.org/drug-prices/the-shocking-rise-of-prescription-drug-prices/.

[20] State of Rhode Island - Office of Employee Benefits, *Prescription Coverage*, https://employeebenefits.ri.gov/benefit-programs/active-employees/health-benefits/prescription (last visited May 27, 2025).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5199208
Reviewer: J'Lyn D.

Case 1:25-cv-00306-JJM-PAS   Document 1   Filed 06/27/2025   Page 187 of 936 PageID #: 1815

56.     Defendants are part of transactions that are covered by the DTPA. Indeed, the affected consumers are intended third-party beneficiaries of the contractual relationship between their health benefit plans and Defendants. Moreover, Rhode Island employers, as consumers of health benefit plans, may either have direct contractual relationships with Defendants or are third-party beneficiaries of the contractual relationship between their health benefit plans and Defendants.

57.     The PBM Defendants contract with health benefit plans based in and outside of Rhode Island to provide services to Rhode Island consumers. For example, CVS Caremark contracts with the Rhode Island government employee health benefit plans. They are compensated through a combination of fees paid by health benefit plans, which are derived from consumers' premiums, and fees paid by drug manufacturers and pharmacies, which stem from consumers' drug utilization, as discussed above.

58.     As CVS Caremark explains to consumers through its welcome kit: "We manage your prescription drug benefits just like your health insurance company manages your medical benefits."[21]

59.     The PBM Defendants market their services to and interact directly with consumers, including consumers in Rhode Island. As an example of the relationship between the PBM Defendants and these Rhode Island consumers, the PBM Defendants provide identification cards to these consumers with their company logos to present to pharmacies for the purpose of determining the consumers' prescription drug coverage.

---

[21] CVS Caremark, *Sample Welcome Kit*, https://benefits.vmware.com/wp-content/uploads/2018/10/CVS-Caremark-Sample-Welcome-Kit_ID-Card.pdf (last visited May 27, 2025).

17

60.     The PBM Defendants also have consumer-facing websites where they ask consumers to create accounts.[22] The websites also direct consumers to contact the PBM Defendants if they have questions regarding their prescription drug benefits.

61.     Indeed, the PBM Defendants acknowledge their important role in serving consumers by advertising that consumers are their members and that their primary role is to serve members.

62.     CVS Caremark represents in the "About Us" section of its website: "Your health is our priority[.] As a pharmacy benefit manager (PBM), we manage prescription plans to help make them more cost-effective – so you can get what you need when you need it."[23] In 2023, Caremark advertised that it served 103 million members.[24]

63.     In a CVS Caremark flyer to consumers enrolled in the Rhode Island government employee health benefit plans, CVS Caremark states: "Having access to high-quality, affordable care is important to you and your family – and it's just as important to us."[25]

64.     Express Scripts promises that it "advocate[s] on behalf of members, removing barriers to access and simplifying every care experience."[26] It also represents that it provides

---

[22] CVS Caremark, https://www.caremark.com (last visited May 27, 2025);
Express Scripts, https://www.express-scripts.com (last visited May 27, 2025); OptumRx, https://www2.optumrx.com/ (last visited May 27, 2025).

[23] CVS Caremark, *About Us*, https://www.caremark.com/about-us.html (last visited May 27, 2025).

[24] CVS Caremark, *About Us*, https://www.caremark.com/about-us.html (last visited May 27, 2025) [https://web.archive.org/web/20231011205254/https://www.caremark.com/about-us.html].

[25] CVS Caremark, *Great News: You could be paying less for your Rx. With the new Savings Advisor tool* (2020), https://employeebenefits.ri.gov/sites/g/files/xkgbur816/files/documents/cvs-savings-advisor.pdf.

[26] Evernorth Health Services, *Express Scripts By Evernorth*,
https://www.evernorth.com/our-solutions/express-scripts-pbm (last visited May 27, 2025).

"[p]harmacy benefits that benefit you[.]"[27] Express Scripts states on its website that it serves "1 in 3 Americans."[28]

65.     OptumRx states on its website: "Optum Rx is a pharmacy benefit manager serving more than 65 million members. We provide safe and cost-effective ways for you to access your medications and help you achieve better health outcomes."[29]

66.     Since as early as 2019, the PBM Defendants have utilized the GPO Defendants to conduct fundamental aspects of their service, including engaging in rebate and formulary negotiations with manufacturers. The GPO Defendants also collect payments from manufacturers and distribute them to the PBM Defendants. The GPO Defendants provide these services nationwide, including, upon information and belief, in Rhode Island.

## II.     The PBM Defendants Deceptively Represent That They Act to Serve Consumers by Lowering Drug Prices and Ensuring Their Access to Safe and Effective Drug Treatments

67.     The PBM Defendants make numerous deceptive representations directly and indirectly to consumers regarding their role in the market. For example, the PBM Defendants deceptively represent that: (1) they function to lower drug costs; (2) their formularies are designed to maximize effectiveness and safety and minimize cost; and (3) they are acting in consumers' best interests.

68.     The PBM Defendants make these deceptive representations directly to consumers through their consumer-facing websites, other online materials and, most recently, in the case of

---

[27] Express Scripts, *Benefits*, https://www.express-scripts.com/pharmacy-benefits-manager (last visited May 27, 2025).

[28] Evernorth Health Services, *The Value Express Script Delivers*, https://www.evernorth.com/esfacts/key-topics/the-value-express-scripts-delivers (Sept. 5, 2024).

[29] Optum Rx, Inc., *Frequently asked questions*, https://welcome.optumrx.com/cpcty2/frequently-asked-questions (last visited May 27, 2025); *see also* OptumRx, Inc., *Welcome to Optum Rx*, https://welcome.optumrx.com/standard/getstarted (Sept. 5, 2024).

19

Express Scripts, newspaper advertisements. Upon information and belief, the PBM Defendants also make these deceptive representations directly to consumers through other consumer-facing materials, such as welcome kits, benefit handbooks, published formularies, and letters. In addition, upon information and belief, the PBM Defendants make these deceptive representations to health benefit plans with the knowledge and intention that the health benefit plans will pass this misinformation on to consumers.

69. For example, CVS Caremark falsely represents that its role is to "keep prescription drugs affordable."[30] It also misleadingly claims:

    a. "MYTH: Rebates negotiated by PBMs are driving up the prices of prescription drugs for consumers and plan sponsorship. FACT: Pharmaceutical manufacturers set the list price for a given drug. PBMs then negotiate with manufacturers to secure the drug at a lower cost for their plan sponsors and their members."[31] This representation is likely to mislead consumers acting reasonably under the circumstances because CVS Caremark conceals the manner in which its tactics incentivize and/or pressure manufacturers to increase the price of their drugs in order to maintain a reasonable profit margin while satisfying the demands of PBMs (including CVS Caremark) for ever-increasing rebates and fees.

    b. "MYTH: PBMs increase cost-sharing burdens for beneficiaries. FACT: Plan designs are determined by clients – employers and health insurance plans – who decide how they subsidize their members' coverage."[32] This representation is likely to mislead consumers acting reasonably under the circumstances because it conceals from consumers the fact that the consumer's share of the costs is sometimes tied to the list price (WAC) of the applicable drugs, and if CVS Caremark pressures a manufacturer to pay higher rebates and fees, resulting in higher drug prices for the manufacturer to maintain a reasonable profit margin, the consumer's cost share rises as well.

---

[30] CVS Health, *5 Facts to Know About PBMs*, at 1, https://business.caremark.com/content/dam/enterprise/business-caremark/insights/pdfs/2023/PBM-5-facts_r4%20(1).pdf (last visited May 27, 2025).

[31] CVS Health, *Myths vs. Fact Pharmacy Benefit Management* (Jan. 2021), at 2, https://www.cvshealth.com/sites/default/files/cvs-health-myth-vs-fact-pbm-2021-01.pdf.

[32] *Id.* at 3.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5195208
Reviewer: J'Lyn D.

Case 1:25-cv-00306-MRD-PAS   Document 1   Filed 06/27/25   Page 190 of 1762 PageID #: 1819

c. "MYTH: PBMs lower drug costs by restricting patient access to needed medication. FACT: PBMs help ensure that beneficiaries have access to the prescriptions they need to stay healthy, at a price they can afford."[33] This representation is likely to mislead consumers acting reasonably under the circumstances because CVS Caremark makes certain formulary decisions based primarily on what will increase its revenues, not on providing consumers with the widest range of drugs for their conditions, at the lowest possible cost.

d. "A formulary is your plan's list of covered medications. The formulary is designed to help you get the medication you need at the lowest possible cost."[34] This representation is likely to mislead consumers acting reasonably under the circumstances because the formularies designed by CVS Caremark have the intent and/or effect of increasing the cost to at least a subset of consumers and giving preferential treatment to many drugs based on factors unrelated to costs or the health or safety of the patient.

e. "Formularies have two primary functions: 1) to help provide pharmacy care that is clinically sound and affordable for plans and their plan members, and 2) to help manage drug spend through the appropriate selection and use of drug therapy."[35] This representation is likely to mislead consumers acting reasonably under the circumstances for the reasons stated above.

f. "Your health is our priority[.] As a pharmacy benefit manager (PBM), we manage prescription plans to help make them more cost-effective – so you can get what you need when you need it."[36] This representation is likely to mislead consumers acting reasonably under the circumstances for the reasons stated above.

70. For example, Express Scripts incorrectly asserts that it "exists to lower the cost of medications."[37] In fact, as described below, Express Scripts' formulary and rebate practices actually increase the cost of medications. Like CVS Caremark, Express Scripts deceptively makes

---

[33] *Id.* at 4.

[34] CVS Caremark, *Your plan's formulary*, https://www.caremark.com/plan-benefits.html (last visited May 27, 2025).

[35] CVS Caremark, *Formulary Development and Management at CVS Caremark*, at 1, https://www.caremark.com/portal/asset/FormDevMgmt.pdf (last visited May 27, 2025).

[36] CVS Caremark, *About Us*, *supra* note 23.

[37] Evernorth Health Services, *The Reality of Rebates*, https://www.evernorth.com/esfacts/key-topics/the-reality-of-rebates (Sept. 4, 2024).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194998
Reviewer: J'Lyn D.

Case 1:25-cv-00306-RD-PAS   Document 1   Filed 06/27/25   Page 32 of 991 PageID #: 1820

the following assertions, which are likely to mislead consumers acting reasonably under the

circumstances for the same reasons as stated with respect to CVS Caremark:

- a. "PBMs help get the lowest net cost for their clients and consumers. Claims that 'higher rebates mean higher prices' have been repeatedly debunked and repeatedly disproven."[38]

- b. "Rebates help defray ever-rising drug costs for Express Scripts clients and consumers"[39]

- c. "Rebates do not raise drug prices, drug makers raise drug prices, and they alone can lower them. Consider the cost of Humalog® (insulin lispro): over the past seven years, the list price for this medication has increased dramatically, yet the net cost has remained relatively constant. Without PBMs, and specifically without Express Scripts, plan sponsors would have paid exponentially more for their prescription drugs."[40]

- d. "FACT: Public disclosure of negotiated rebates will not lower prescription drug costs. #PBMs Express Scripts negotiates with drug manufacturers to increase competition and lower costs for patients."[41]

- e. "Express Scripts revises its [National Preferred Formulary ("NPF")] every year, based on reviews of research about the medical value of medicines and their costs. The process of reviewing the NPF and making yearly updates is designed to give members access to the most effective medicines at the lowest possible prices."[42]

- f. "Pharmacy benefits that benefit you[.] Your pharmacy benefits should be as personal as your medication. You can depend on Express Scripts for care that fits your specific needs."[43]

---

[38] *Id.*

[39] *Id.*

[40] Express Scripts, Inc., *The Rebate Debate* (June 29, 2017), https://www.express-scripts.com/corporate/articles/rebate-debate.

[41] @ExpressScripts, Twitter (Apr. 9, 2019, 3:10 PM),

https://twitter.com/ExpressScripts/status/1115693403285741568.

[42] Express Scripts, *National Preferred Formulary (NPF)*,

https://www.express-scripts.com/frequently-asked-questions/national-preferred-formulary-npf (last visited May 27, 2025).

[43] Express Scripts, *Benefits*, *supra* note 27.

71.    In addition, on September 11, 2024, Express Scripts ran a print advertisement in the Wall Street Journal, declaring:

> WE'RE PHARMACISTS.
>
> WE'RE CLINICIANS.
>
> WE'RE RESEARCHERS.
>
> WE'RE NEGOTIATORS.
>
> WE'RE CAREGIVERS.
>
> THAT'S NOT
>
> A MIDDLEMAN.
>
> THAT'S AN
>
> ADVOCATE.
>
> We're Express Scripts by Evernorth. We're not middlemen. We're 18,000 advocates who take pride in being the last line of defense for millions of Americans against rising health costs. Fighting every day to make their medications more affordable and accessible.[44]

72.    Express Scripts also ran a print advertisement in the New York Times on August 29, 2024, with the tagline: "Pharmaceutical companies raise drug prices. We lower them."[45] The advertisement also stated: "In 2023, big pharma increased prices for 60% of all branded drugs. Why? Because they can. At Express Scripts, we fight back. We are the last line of defense for nearly 100 million Americans against skyrocketing health costs." These statements are deceptive for the same reasons stated above.

---

[44] Advertisement for Express Scripts, Wall Street Journal, Sept. 11, 2024, at A18.

[45] Advertisement for Express Scripts, N.Y. Times, Aug. 29, 2024.

73. OptumRx is no better. It falsely represents: "PBMs don't cause high drug costs –

they're part of the solution."[46] It also misleadingly states:

  a. "Rebates are a longstanding tool used by PBMs to negotiate with drug manufacturers to achieve lower prescription drugs costs for clients."[47]

  b. "Unfortunately, many people do not take their medications as they should, citing cost as a primary reason. Optum Rx is directly addressing this problem by always driving lowest net cost across our book of business."[48]

  c. "A formulary is a list of prescribed medications or other pharmacy care products, services or supplies chosen for their safety, cost, and effectiveness."[49]

  d. "Both PBMs and their clients are aligned on the need to implement benefit designs that promote generics. The reason is simple: the programs save money and help promote better health outcomes."[50]

  e. "Pharmacy benefit managers (PBMs) like Optum Rx help consumers and customers access the most effective medicines at the most affordable costs. We serve as a counterweight to the substantial market power of pharmaceutical manufacturers, who have sole discretion over how they price their products. Through our negotiations with manufacturers and by offering clinical and cost management services, we are lowering the cost of prescription drugs and improving health outcomes for our customers, including employers, unions, health plans, governments and the consumers they serve."[51]

  f. "For every $1 spent on their services, PBMs reduce cost by $10."[52]

---

[46] OptumRx, *Experts agree: PBMs add value, lower costs* (Oct. 25, 2023)
https://www.optum.com/en/business/insights/pharmacy-care-services/page.hub5.pharmacy-benefit-managers-medication-affordability.html (last visited May 27, 2025).

[47] OptumRx Inc., *Regulatory developments affecting pharmacy* (Feb. 2022), https://www.optum.com/business/resources/library/regulatory-updates-q1-2022.html.

[48] OptumRx, Inc., *Experts agree, supra* note 46.

[49] OptumRx, Inc., *2025 Select Standard Formulary*, https://contenthub-aem.optumrx.com/content/dam/contenthub/onboarding/assets/som/Select-Formulary-2025.pdf (last visited May 27, 2025).

[50] OptumRx, Inc., *Experts agree, supra* note 46.

[51] OptumRx, Inc., *Pharmacy Care That Provides Affordable Prescription Medications and Therapies*, https://www.unitedhealthgroup.com/ns/optum-rx.html (last visited May 27, 2025).

[52] OptumRx, Inc., *Experts agree, supra* note 46.

24

74.     OptumRx's representations are likely to mislead consumers acting reasonably under the circumstances for the same reasons as stated with respect to Express Scripts and CVS Caremark.

75.     The PBM Defendants' representation that they lower drug prices is belied by the data, which shows that from 1985 to 2024, drug prices have risen three times faster than the rate of inflation (as shown in Figure 2 below).[53]

*Figure 2: Drug Price Increases from 1985-2024*

**Drug prices have risen three times faster than the rate of inflation.**
Producer Price Index: pharmaceuticals vs. all commodities, 1985–2024

Chart: Federal Reserve Bank of St. Louis • Source: FRED • Get the data • Embed • Download image • Download SVG

76.     The fallacy of the PBM Defendants' contention that drugs with higher WAC prices and large rebates cost the same or are cheaper than drugs with lower WAC prices with lower or no rebates is disingenuous and not supported by the math. If you compare a drug with a $50 WAC price and no rebate and the same drug with a $100 WAC price and a $50 rebate (or combination

---

[53] *Drug prices have outpaced inflation since the 1980s*, USAFacts (Mar. 21, 2025), https://usafacts.org/articles/drug-prices-outpaced-inflation-since-the-1990s/.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5192908
Reviewer: J'Lyn D.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5192908
Reviewer: Carol D.

of rebate and other fees), this sounds deceptively like both drugs have the same net price ($50). But this ignores the fact that the PBM Defendants retain some portion of the fees they negotiate from manufacturers—sometimes a very significant portion. If the PBM Defendants retain $10 of the $50 rebate or other fees, the $100 drug now has a net price of $60—making it more expensive than the $50 drug with no rebate. This implies that, in the absence of PBMs, a manufacturer would only need to offer a $50 WAC price with no rebate, not $100, to achieve the same margin. In addition, as explained above, many consumers' cost-share amounts are tied to WAC, meaning their out-of-pocket costs will rise along with the WAC price, even if the net cost to the health benefit plan is lowered.

77.     As discussed above and explained in more detail below, this information is material to consumers, and the PBM Defendants' representations are misleading and do not accurately reflect the PBM Defendants' role in the market, their decision-making with regard to their formularies, or their impact on drug prices.

## III.     Defendants Engage in a Scheme to Artificially Inflate Drug Prices for Their Own Financial Gain

78.     The PBM industry is heavily concentrated. The three largest PBMs are: (1) CVS Caremark (owned by CVS Health, which also owns CVS Pharmacy—the largest retail pharmacy chain in the United States); (2) Express Scripts (owned by Cigna—a global health insurance company); and (3) OptumRx (owned by UnitedHealth Group Inc.—a healthcare and insurance company).

79.     Through their multiple lines of business, each of these companies exercise extraordinary influence in health care. They are among the top 20 companies in the Fortune 500. UnitedHealth Group Inc. is listed fourth—below only Walmart, Amazon, and Apple, CVS Health

is listed sixth—above Alphabet (Google's parent company) and Costco, and Cigna is listed 16th—

above Ford, Bank of America, and Meta.

80.     Due to a series of mergers and acquisitions, the big three PBMs—the PBM

Defendants—now have *very little competition* and collectively manage *80%* of drug benefits,

covering more than *220 million Americans*, making preferred placement on their drug formularies

a significant bargaining chip when negotiating payments from prescription drug manufacturers

(*see* Figure 3 below showing corporation consolidations).[54, 55]

*Figure 3: PBM Parent Entity Consolidation*



---

[54] Senate Finance Committee Insulin Report, *supra* note 15, at 68.

[55] Arkansas ex rel. Rutledge v. Eli Lilly & Co., No. 60cv-22-2976, Compl. ¶ 312 (Ark. Pulaski County Cir. Ct. May 11, 2022),
https://content.govdelivery.com/attachments/ARAG/2022/05/11/file_attachments/2156162/2022-05-11-%20Insulin%20Complaint%20FINAL%20DRAFT.pdf.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194998
Reviewer: J'Lyn D.

Case 1:25-cv-00306-MRD-PAS   Document 1   Filed 06/27/2501/25   Page 38 of 997   PageID
#: 1826

81.     The PBM Defendants began increasingly exerting their leverage in 2012 by excluding drugs from certain therapeutic classes from their formularies to intensify the rebates manufacturers offered them. The threat of exclusion fundamentally changed drug pricing. Rebates went from modest discounts to steep payments that manufacturers made because not paying could doom a drug's chance of success. Thus, rather than standing up to the PBMs and refusing to pay exorbitant rebates, manufacturers have facilitated the practice by increasing their list prices to accommodate rising rebates. Over time, rebates have become a significant factor that manufacturers consider when setting drug prices.

### A.     Defendants Exclude Drugs from Their Formularies to Increase Rebates and Other Fees

82.     Contrary to their representations that they design formularies to minimize costs and maximize effectiveness and safety, Defendants' decisions about formulary coverage for drugs is largely driven by their own profits and have the effect of sometimes excluding the most inexpensive and even the most effective and safest treatments (and driving up drug prices).

83.     Defendants profit directly and indirectly from rebates: directly by retaining rebates (and, increasingly, other fees) from manufacturers, and indirectly by competing for business based on the misleading impression that their ability to deliver the highest rebates to health benefit plans will result in the lowest net cost (as explained above). As a result, Defendants focus on drugs that deliver the highest rebates.

84.     Defendants extract higher rebates from manufacturers by promising to shift nearly all of their "members" (*i.e.*, consumers) to the manufacturers' drugs and away from competing drugs. Defendants do this by requiring health benefit plans to follow their standard formularies. If health benefit plans want to deviate from the standard formulary and adopt customized formularies, which threaten Defendants' ability to profit from the highest rebates, they face

28

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5199208
Reviewer: J'Lyn D.

Case 1:25-cv-00300-MRD-PAS Document 1-4 Filed 06/27/25 Page 198 of 998 PageID #: 1827

substantial costs. Moreover, many health benefit plans cannot cost-effectively devote the resources and/or pharmaceutical expertise necessary to develop their own formularies and negotiate prices for the drugs on those formularies with manufacturers, which is why they outsource formulary decisions to Defendants and accept their standard formularies.

85.　　CVS Caremark started excluding drugs from its formulary in 2012. Express Scripts and OptumRx began the practice in 2014 and 2016, respectively (*see* Figure 4 below showing the dramatic increase in the number of exclusions by PBM Defendant per year).[56]

*Figure 4: Defendant Formulary Exclusions from 2012–2024*



86.　　A study looked at drug utilization restrictions on prescription drugs from 2011–2020 in Medicare Part D plans.[57] It found that in 2020, beneficiaries' access to drugs in unprotected

---

[56] Adam J. Fein, *The Big Three PBMs' 2024 Formulary Exclusions: Biosimilar Humira Battles, CVS Health's Weird Strategy, and the Insulin Shakeup,* Drug Channels (Jan. 9, 2024), https://www.drugchannels.net/2024/01/the-big-three-pbms-2024-formulary.html.
[57] Joyce et al., *supra* note 5, at 391.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194905
Reviewer: J'Lyn D.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194905
Reviewer: J'Lyn D.

Case 1:25-cv-00306-MRD-PAS   Document 1   Filed 06/27/2501/25   Page 49   Page 199 of 1762 PageID #: 1828

classes (*i.e.*, not in classes of drugs that Medicare Part D plans are required to cover) was restricted either through formulary exclusions, prior authorization, or step therapy requirements (*i.e.*, conditioning the prescription of certain drugs on first trying a different, usually less expensive drug) on an average of 40% of available drugs.[58] Upon information and belief, Defendants' formularies concerning non-Medicare plans are equally (if not more) restrictive.

87.     Because exclusions were so profitable for Defendants, the number of medicines excluded from Defendants' formularies increased 961% from 2014 (109 unique drug exclusions) to 2022 (1,156 unique drug exclusions).[59] Drugs used to treat chronic conditions—including insulin, antidepressants, antipsychotics, and antiarrhythmics—are most frequently excluded by Defendants, which means Defendants' unfair and deceptive restriction of these drugs may have long-term adverse consequences for the consumer-patients who require them.

88.     Since Defendants began excluding drugs from their formularies, the monetary value of rebates has skyrocketed. For example, in July 2013, the manufacturer Sanofi offered rebates for insulin products between 2% and 4% for placement on CVS Caremark's formulary. By contrast, in 2018, Sanofi's rebates for insulin products were as high as 56%.[60]

89.     The overall amount prescription drug manufacturers paid in rebates and other fees nationally doubled from 2013 ($83 billion) to 2018 ($166 billion).[61]

90.     Defendants argue that their conduct in excluding drugs reduces costs, but the evidence indicates otherwise. A study from the Tufts Center for the Study of Drug Development

---

[58] *Id.* at 396.

[59] Xcenda, *Skyrocketing growth in PBM formulary exclusions continues to raise concerns about patient access*, at 2 (May 2022), https://www.xcenda.com/-/media/assets/xcenda/english/content-assets/white-papers-issue-briefs-studies-pdf/xcenda_pbm_exclusion_may_2022.pdf.

[60] Senate Finance Committee Insulin Report, *supra* note 15, at 67.

[61] Gill, *supra* note 19.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 6194908
Reviewer: J'Lyn D.

found that cost-effectiveness did not appear to correlate with a drug's excluded or recommended status; rather, rebates appeared to play the more significant role in determining exclusion and recommendation decisions.[62] The Tufts study conducted a head-to-head comparison of excluded versus recommended drugs in the same therapeutic class. In half the drugs examined, the more cost-effective drug was excluded from coverage.[63] Consistent with Defendants' market rationale and the PBM Defendants' marketing, that should not have happened even once, and the decisions are more plausibly explained by the influence of rebates.

91.     Between 2019 and 2022, the three big insulin manufacturers launched low WAC price versions of their top selling products.[64] These products had WAC prices 50–60% below the brand-name products. Yet, Defendants gave preferential formulary treatment to the brand-name products with high rebates and excluded the medically equivalent, low WAC price versions with little or no rebates.

92.     Internal documents from Novo Nordisk (another large insulin manufacturer) show that in 2018 the company considered, but ultimately decided against, lowering WAC for its insulin products by 50%.[65] The company's pricing committee warned that reducing WAC posed a

---

[62] Joshua P. Cohen et al., *Rising Drug Costs Drive the Growth of Pharmacy Benefit Managers Exclusion Lists: Are Exclusion Decisions Value-Based?*, 53 (Supp 1) Health Servs. Rsch. 2758, 2767, 2764 (Aug. 2018),
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6056588/pdf/HESR-53-2758.pdf.
[63] *Id.* at 2766.
[64] Eli Lilly & Company, *Lilly's Lower-Priced Insulin Now Available* (May 22, 2019), https://investor.lilly.com/news-releases/news-release-details/lillys-lower-priced-insulin-now-available; Novo Nordisk Inc., *Novo Nordisk's new insulin affordability offerings now available in the US* (Jan. 2, 2020), https://www.novonordisk-us.com/media/news-archive/news-details.html?id=36628; Sanofi, *Sanofi to lower out-of-pocket cost of insulin for uninsured patients and expand access in underserved communities* (June 29, 2022), https://www.news.sanofi.us/2022-06-29-Sanofi-to-lower-out-of-pocket-cost-of-insulin-for-uninsured-patients-and-expand-access-in-underserved-communities.
[65] Senate Finance Committee Insulin Report, *supra* note 15, at 61–63, 206–212 (Appendix 3).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194998
Reviewer: J'Lyn D.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194998
Reviewer: J'Lyn D.

significant financial risk to the company—even though the manufacturer's net price (and revenue) would remain the same. One of Novo Nordisk's primary concerns was facing retributive action from other entities in the pharmaceutical supply chain that derive payments based on WAC (namely, PBMs). Novo Nordisk specifically identified as downsides "formulary removal" and "CVS, Express Scripts, & Optum push to be kept whole." In other words, based on its experience and observation of market factors, Novo Nordisk had reason to be concerned that if it set the WAC for its insulin products at their true costs (Novo Nordisk's net price) instead of an inflated price with a 50% rebate, Novo Nordisk risked being removed from Defendants' formularies or having to pay Defendants their cut of the now eliminated 50% rebate. Thus, Novo Nordisk chose to facilitate Defendants' scheme by continuing to inflate list prices for their insulin products at the expense of consumers and health benefit plans.

93.     In fact, when Novo Nordisk lowered the WAC price for its long-acting insulin Levemir by 65% in early 2023, Defendants removed Levemir from their formularies.[66] Levemir went from being accessible to 90% of insured consumers to 36% of insured consumers. In other words, 64% of insulin patients lost access to this cost-effective drug because of Defendants' market manipulation. Novo Nordisk began phasing out Levemir in late 2023 and ultimately discontinued it, and *all* insulin patients lost access to this cost-effective medication.

94.     In some instances, Defendants give preferential formulary treatment to products that are more expensive *and* have seemingly inferior safety profiles. For example, in 2020, Express Scripts excluded AstraZeneca's Calquence (drug used to treat Chronic Lymphocytic Leukemia) in favor of the higher-priced Imbruvica (manufactured by AbbVie and Johnson & Johnson)—perhaps the first major PBM restriction of an oncology therapy. This is particularly troubling because

---

[66] Kass, *supra* note 7.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194908
Reviewer: J'Lyn D.

significantly fewer people who took Calquence suffered atrial fibrillation compared to Imbruvica in a head-to-head trial.[67]

95.     Often, even products CVS Caremark recommends or gives preferential formulary treatment to are excluded by Express Scripts, and vice versa—further indicating that these exclusions are not evidence- or value-based.[68] Notably, Defendants' justifications for formulary exclusions are not ordinarily shared with consumers, their doctors, or even Defendants' clients (health benefit plans).

96.     The only reasonable explanation for Defendants' actions is that the higher list prices (WAC) are tied to higher rebates and/or other payments to Defendants. If Defendants were truly passing through 100% of payments from manufacturers to health benefit plans, there would be no incentive for Defendants to give preferential treatment to drugs with higher WAC prices and higher rebates versus comparable drugs with lower WAC prices and lower rebates (*i.e.*, preferring a $100 brand-name drug with a 50% rebate over a $50 generic drug with no rebate).

97.     In addition to excluding drugs, Defendants manipulate the formulary tiering system by giving preferential treatment to higher cost drugs for Defendants' own financial gain. According to their own marketing, PBMs are supposed to prefer less expensive drugs and save consumers and health benefit plans money. One key strategy would be placing these drugs in tiers with lower copayments, which would incentivize prescribers and consumers to utilize them, rather than higher cost drugs, which raise prices for consumers and health benefit plans. However, a 2021

---

[67] Arlene Weintraub, *Express Scripts axes Novartis' psoriasis drug in favor of Lilly's as discounting takes over: analyst*, Fierce Pharma (Aug. 20, 2020),
https://www.fiercepharma.com/pharma/express-scripts-axes-novartis-psoriasis-drug-favor-lilly-s-as-discounting-takes-over-analyst; John C. Byrd, et al., *First results of a head-to-head trial of acalabrutinib versus ibrutinib in previously treated chronic lymphocytic leukemia*, 39(15) J. Clin. Oncol. 7500 (May 28, 2021), https://ascopubs.org/doi/abs/10.1200/JCO.2021.39.15_suppl.7500.
[68] Cohen et al., *supra* note 62.

study reviewing Medicare claims data from approximately one million patients between 2010 and 2017 reveals the underlying economic dynamics and found the opposite is true.[69] The percentage of generic drugs on the least expensive tier dropped from 73% in 2010 to 28% in 2017. Further, the percentage of drugs on less economical, higher cost tiers rose from 47% in 2010 to 74% in 2017. The list prices (WAC) for brand-name drugs are typically significantly higher than list price for generic drugs; thus, it is unlikely that rebated brand-name drugs have an equivalent or lower net cost than their generic counterparts. From 2010–2017, tier misplacement cumulatively cost Medicare and the patients involved in the study $13.25 billion.

98.     A study from the United States Government Accountability Office came to a similar conclusion.[70] It found that generic counterparts for 40 highly rebated brand-name drugs were less likely to be included or given preferred placement over the brand-name drug on Part D formularies compared to generic counterparts for other brand-name drugs.

99.     Upon information and belief, the same incentives lead to the same results for non-Medicare plans, where Defendants have even more leeway.

100.     Beyond pricing, which is discussed below, drug exclusions cause harm and/or raise a significant risk of concrete harm by forcing non-medical switching (altering a consumer's drug therapy for reasons other than a drug's efficacy, side effects, or clinical outcome). In other words, the choice of drugs available to consumers becomes driven not by which drug is safest or most effective for consumers, but by financial side-deals governing whether and at what cost-share amount a drug is placed on Defendants' formulary.

---

[69] Robin Feldman, *The devil in the tiers*, 8(1) J. Law Biosci, at 1 (Jan. 22, 2021), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8109230/.

[70] U.S. Government Accountability Office, *Medicare Part D: CMS Should Monitor Effects of Rebates on Plan Formularies and Beneficiary Spending*, at 27 (Sept. 2023), https://www.gao.gov/assets/gao-23-105270.pdf.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5199202
Reviewer: J'Lyn D.

Case 1:25-cv-00003-MRD-PAS   Document 1   Filed 06/27/25   Page 45 of 204 PageID #: 1833

101.     In February 2008, CVS Caremark entered into a $38.5 million settlement agreement with 28 State Attorneys General (not including Rhode Island) under their consumer protection statutes to resolve allegations that the PBM engaged in deceptive business practices by encouraging doctors to switch consumers to different brand-name drugs by saying the consumers or their health benefit plans would save money without disclosing that the drug switching would benefit CVS Caremark.[71]

102.     Months later, Express Scripts settled similar allegations with 28 State Attorneys General and the District of Columbia (not including Rhode Island).[72] Among other things, the agreement:

- prohibited Express Scripts from eliciting consumers to switch to drugs that would cost them more;

- prohibited Express Scripts from soliciting drug switches when the originally prescribed drug has a generic equivalent, and the proposed drug does not;

- required Express Scripts to inform prescribers of Express Scripts' financial incentives for certain drug switches; and

- required Express Scripts to refrain from making any claims of savings for a drug switch to patients of prescribers unless Express Scripts can substantiate the claims.

---

[71] Washington Attorney General, *Attorney General McKenna announces Caremark to pay $41 million to resolve multistate consumer protection claims* (Feb. 13, 2008), https://www.atg.wa.gov/news/news-releases/attorney-general-mckenna-announces-caremark-pay-41-million-resolve-multistate.

[72] Washington Attorney General, *Attorney General McKenna announces Express Scripts to pay $9.5 million to resolve consumer protection claims* (May 26, 2008), https://www.atg.wa.gov/news/news-releases/attorney-general-mckenna-announces-express-scripts-pay-95-million-resolve.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194908
Reviewer: Carol M.

Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Reviewer: J'Lyn D.

103.     These changes to address PBM practices that harmed consumers, unfortunately, were short-lived. In the intervening years, Defendants' basic business practices have not changed, but have only become more profitable to Defendants, still at consumers' expense. Historically, Defendants excluded medicines with generic equivalents or classes where multiple products have been shown to achieve similar clinical outcomes. Now, Defendants often exclude medicines for conditions such as cancer, HIV, and autoimmune disorders, for which variation in patient response to drugs has been well-documented.[73]

104.     Defendants have claimed that formulary exclusions only affect a small percentage of consumers. However, each of the Defendants manages prescription drug coverage for tens of millions of consumers, including thousands of Rhode Island residents.

105.     This means that thousands of individuals may be forced to switch from their current medication to Defendants' preferred alternative each year. Further, because medications to treat *chronic* diseases are among the most frequently targeted by formulary exclusions, vulnerable consumers with chronic illnesses are disproportionately affected, and for much longer periods of time.[74]

106.     A 2023 study examining the impact of formulary tier increases on patients' treatment patterns for apixaban, an oral anticoagulant used to prevent strokes in patients with atrial fibrillation, found patients were very reluctant to switch their medication.[75] More than half the patients (57.5%) continued apixaban despite increased out-of-pocket costs ($54 versus $135 for a

---

[73] Xcenda, *supra* note 59, at 11; *see also* Joyce et al., *supra* note 5, at 396.

[74] Xcenda, *supra* note 59, at 11.

[75] Steven Deitelzweig, *Payer formulary tier increases of apixaban: how patients respond and potential implications*, 39 Current Medical Research & Opinion 1093, 1095 (2023), https://www.tandfonline.com/doi/full/10.1080/03007995.2023.2232636#abstract.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5199208
Reviewer: J'Lyn D.

JSRD-DASumen document Filed 06/27/01/25 age 207 age 762 Page ID #: 1835

30-day supply), 30% discontinued oral anticoagulant treatment, and 12.4% switched to another oral anticoagulant.

107. For consumers with chronic conditions, who often have treatment regimens involving multiple medications that need to work together, having access to their choice of medications can be critical. Frequent changes can be particularly problematic, as changes in one medication can trigger the need for other changes and disrupt treatment.

108. Similarly, Defendants increasingly have been excluding drugs approved under the FDA's expedited pathways for novel medicines that meet specific criteria and address unmet medical needs in the treatment of serious and even life-threatening conditions (*e.g.*, Fast Track Designation, Breakthrough Therapy Designation, Accelerated Approval, and Priority Review). In 2022, Defendants each excluded between fourteen to thirty-four products approved through an expedited pathway. This was up sharply from 2016, where the PBM Defendants (prior to the formation of the GPO Defendants) each excluded only one or two products approved through an expedited pathway.

109. Moreover, because each Defendant has different deals with manufacturers that drive the content of their formularies, Defendants' activities exacerbate consumer confusion and up the difficulty of choosing a health plan that will provide the most coverage for a consumer's specific medical needs at the least cost. And even if consumers were able or savvy enough to take these issues into account when choosing a health plan (to the extent they can make a choice), since PBMs can change their formularies at any time, consumers may be harmed in any event.

## B. Defendants' Rebate Tactics Lead to WAC Price Inflation

110. Contrary to the PBM Defendants' representations about lowering costs for consumers, Defendants know their formulary-enabled rebates have the effect of driving up drug prices.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194908
Reviewer: J'Lyn D.

Case 1:25-cv-00300-JJM-PAS   Document 1   Filed 06/27/25   Page 48 of 207 PageID #: 1836

111.    Manufacturers compensate for rising rebates by increasing WAC to maintain profit margins. Over time, the gap between WAC and the net price (the price manufacturers receive for selling drugs) has become significant and reflects the role of rebates and other fees that PBMs demand in driving up drug prices. Today, WAC prices bear little resemblance to the true cost of prescription drugs. This has a tremendous negative impact on uninsured consumers paying full WAC prices and insured consumers satisfying deductibles or paying coinsurance tied to WAC. It also likely harms insured consumers with flat copayments since health benefit plans consider the overall cost of drugs when setting premiums and copayment amounts.

112.    When the CEO of Novo Nordisk testified before Congress about the pricing of Ozempic and Wegovy, he admitted that list prices are set to accommodate PBMs' financial demands: "It is not our intention that anyone should pay the list price… The list price is the starting point for our negotiation against the PBMs and insurance companies."[76] Yet, many Rhode Island residents are stuck doing just that because they are either uninsured or satisfying a deductible and paying the full WAC (*i.e.*, list) price or making a cost-share payment that is tethered to the artificially inflated WAC price.

113.    In response to a 2023 survey, 67% of manufacturers perceived WAC-based fees, such as rebates and administrative fees, as a barrier to lowering WAC prices.[77] However, there is no valid reason to tie PBMs' fees to drug prices because the services PBMs perform are the same regardless of whether the drug has a high cost or low cost.

---

[76] Kass, *supra* note 7.

[77] Eric Percher, *Trends in Profitability and Compensation of PBMs & PBM Contracting Entities*, Nephron Research, at 13 (Sept. 18, 2023),   https://nephronresearch.com/trends-in-profitability-and-compensation-of-pbms-and-pbm-contracting-entities/.

38

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194908
Reviewer: J'Lyn D.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194908
Reviewer: J'Lyn D.

Case 1:25-cv-00340-MRD-PAS   Document 1   Filed 06/27/2501/25   Page 208 of 708   Page 762 #: 70   PageID #: 1837

114.    From 2011 to 2019, payments from prescription drug manufacturers (mostly rebates to PBMs) nearly tripled.[78] In 2011, a sample of 13 manufacturers paid 29.2% of their net revenue ($50.1 billion) to PBMs and other intermediaries to generate $171.8 billion in net sales. By 2019, the same manufacturers paid more than twice that amount: 67.4% of net revenue ($141.4 billion) to generate $209.9 billion in net sales.

115.    In January of 2021, the Senate Finance Committee released a report detailing a bipartisan investigation into the skyrocketing price of insulin. One of the report's key findings is that WAC prices for insulin rose sharply between 2013 and 2019 in step with an exponential increase in rebates for these products.[79]

116.    In 2023, gross drug sales at WAC prices totaled $917 billion, but manufacturers received less than half of that on average ($435 billion),[80] a delta which far overshadows the $96 billion spent by manufacturers for research and development in 2023.[81] The balance ($482 billion) consists of (1) rebates and other discounts; (2) PBM fees and profits; and (3) consumers' out-of-pocket payments.[82]

117.    Humira, AbbVie's blockbuster rheumatoid arthritis drug, is a good example of WAC inflation (as shown in Figure 5 below).[83] Humira's WAC increased 78% from 2015 to 2019.[84] Most of the WAC increase is attributable to rebates—which grew over 600% during this

---

[78] Gill, *supra* note 19.

[79] Senate Finance Committee Insulin Report, *supra* note 15, at 7.

[80] The IQVIA Institute, *The Use of Medicines in the U.S. 2024: Usage and Spending Trends and Outlook to 2028*, at 42, 44 (Apr. 2024), https://www.iqvia.com/insights/the-iqvia-institute/reports-and-publications/reports/the-use-of-medicines-in-the-us-2024.

[81] Matej Mikulic, *R&D Expenditure of the U.S. pharma industry (PhRMA members) from 1980 to 2023* (Sept. 2, 2024), https://www.statista.com/statistics/265055/us-pharmaceuticals-spending-on-research-and-development/.

[82] The IQVIA Institute, *supra* note 80, at 60.

[83] Gill, *supra* note 19.

[84] *Id.*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5149708
Reviewer: J'Lyn D.

Case 1:25-cv-00300-MRD-PAS   Document 1   Filed 06/27/25   Page 58 of 209 PageID
#: 1838

period. In sharp contrast, the net price AbbVie received for Humira only grew about 18% (from

$2,623 in 2015 to $3,104 in 2019). However, consumers with coinsurance requirements saw their

out-of-pocket costs significantly increase. For example, if a consumer's coinsurance requirement

was 20%, the consumer would have paid $582.80 for Humira in 2015 but $1,034.80 in 2019.

*Figure 5: Humira Price Increase from 2015–2019*



118.    AbbVie launched a citrate free version of the Humira Pen in 2019 at a price of

$5,740 for a 30-day supply.[85] After two years on the market, AbbVie increased the price to $6,833

per month—an increase of almost 20%.[86]

119.    Similarly, much of the list prices for GLP-1s are attributable to rebates and other

fees. One economist estimated the net monthly prices of these drugs to be around $700 for Wegovy

($650 less than list price), $300 for Ozempic (nearly $650 less than list price), and $215 for

Mounjaro (about $800 less than list price).[87]

---

[85] Office of the Health Insurance Commissioner, *Chartbook: Rhode Island OHIC*, at 23–27 (2025), https://ohic.ri.gov/sites/g/files/xkgbur736/files/2025-05/OHIC%20Cost%20Trends%20Chartbook%20Final%2005.12.2025.pdf.

[86] *Id.*

[87] Gina Kolata, *Ozempic and Wegovy Don't Cost What You Think They Do*, N.Y. Times (Sept. 24, 2025), https://www.nytimes.com/2023/10/22/health/ozempic-wegovy-price-cost.html.

120.     A 2020 study found that for prescription drugs sold from 2016 to 2018, on average, a $1 increase in rebates was associated with a $1.17 increase in WAC.[88]

121.     Defendants claim that prescription drug manufacturers—not Defendants—are responsible for inflating list prices (WAC). This is misleading. Manufacturers may set list prices for their drugs, but Defendants indirectly control list prices by negotiating drug rebates which they know will result in manufacturers raising their prices to maintain their revenue and profit margins. The close correlation, over time, between the rise in WAC prices and the rise in rebates makes the causal connection between rebates and drug prices clear.

122.     In January of 2022, before the Tenth Circuit Court of Appeals, Sanofi asserted that PBMs were responsible for the exorbitant cost of Mylan's EpiPen, an auto-injector that treats severe allergic reactions. Sanofi explained that Mylan raised the price of EpiPen in order to allow the manufacturer to cut deals with PBMs and other purchasers in exchange for their agreement to give EpiPen preferential treatment or to not cover Sanofi's competing product, Auvi-Q. Sanofi also disclosed that it paid Express Scripts $36 million in rebates on an unrelated product in exchange for Express Scripts agreeing to cover Auvi-Q.[89] The differential treatment of these two drugs by these Defendants based on rebates is one example of the quid pro quo that affects drug prices and consumers' access to drugs generally, beyond insulin.

123.     Prescription drug manufacturers do not seem to be retaining the benefit of (or at least not most of the benefit of) WAC increases. For example, as shown in Figure 6 below, Sanofi

---

[88] Neeraj Sood, et al., *The Association Between Drug Rebates and List Prices*, USC Schaeffer Center, at 1 (Feb. 11, 2020), https://healthpolicy.usc.edu/wp-content/uploads/2020/02/SchaefferCenter_RebatesListPrices_WhitePaper-1.pdf.

[89] Matthew Perlman, *Sanofi Tells 6th Cir. It Paid $36M To Access EpiPen Market*, Law360 (Jan. 19, 2022), https://www.law360.com/competition/articles/1456660/sanofi-tells-10th-circ-it-paid-36m-to-access-epipen-market.

disclosed that WAC for its insulins grew 140% from 2012 to 2019, while net prices (*i.e.*, the revenue Sanofi received) declined by 41%.[90] Humira's net versus WAC price, described at Paragraph 117, reflects and demonstrates the same dynamic.

*Figure 6: Sanofi Insulin Prices from 2012–2019*



124. In another insulin example, Eli Lilly decided to offer its brand-name insulin product (Humulin) as an authorized generic—a highly unusual move for a drug that is still under patent—because PBMs do not impose rebates on generic drugs.[91] Eli Lilly sold Humulin for $184 with a net revenue of $83.44. In sharp contrast, Eli Lilly sold its authorized generic insulin for $92.50 (without rebates)—half the price of its brand-name insulin. Because Eli Lilly's authorized generic

---

[90] Adam J. Fein, *Drug Channels News Roundup, March 2020: Sanofi's Gross-to-Net Bubble, Drug Pricing Findings, Amazon Replaces Express Scripts, and Drug Channels Video*, Drug Channels (Mar. 31, 2020), https://www.drugchannels.net/2020/03/drug-channels-news-roundup-march-2020.html.

[91] Emery P. Weinstein and Kevin Schulman, *Exploring Payments in the U.S. Pharmaceutical Market 2011–2019: Update on Pharmacy Benefit Manager Impact*, 227 Am. Heart J. 107, 107–110 (2020), https://doi.org/10.1016/j.ahj.2020.06.017.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194908
Reviewer: J'Lyn D.

has no rebates, there is nothing incentivizing Eli Lilly to inflate the list price. Untethered from rebates, Eli Lilly was able to reduce the price of its product by 50% and make slightly more profit.

125. Similarly, Sanofi told its investors that between 2012 and 2022, the list price for its insulin products rose 143% yet the net price for its insulin products declined 58%.[92] At the same time, consumers' out-of-pocket costs for Lantus—Sanofi's top-selling insulin—increased by 45%.[93] Sanofi attributed some of the increase in out-of-pocket costs to the fact that the average patient spending on deductibles for individuals with health benefit plans provided by employers increased 61% from 2012 to 2022—meaning because the average consumer's deductible is higher, consumers face more exposure to the full, unrebated list prices, which, as explained above, are artificially inflated as a result of Defendants' practices.[94]

126. However, as explained below, manufacturers nonetheless benefit from the system Defendants created because they are allowed to essentially purchase formulary space from Defendants rather than compete on the merits of their products with competitors.

127. This artificial price inflation dynamic also exists outside of insulin. In 2023, the list prices for brand-name drugs *increased* by mid-single-digits, yet net prices paid to manufacturers by PBMs after extraction of rebates and fees *decreased* by more than 7% after adjusting for inflation.[95] It was the sixth consecutive year that net prices paid to manufacturers by PBMs for brand-name drugs decreased. From 2014 to 2023, there were significant gaps between the list

---

[92] Sanofi, *Prescription Medicine Pricing: Our principles and perspectives*, at 12, https://web.archive.org/web/20241009020732/https://www.sanofi.com/assets/dotcom/pages/docs/investor-relations/environmental-social-governance/Sanofi-2023-Pricing-Principles-Report.pdf (last visited May 27, 2025).

[93] *Id.*

[94] *Id.* at 13.

[95] Adam J. Fein, *Tales of the Unsurprised: U.S. Brand-Name Drug Prices Fell for an Unprecedented Sixth Consecutive Year (And Will Fall Further in 2024)*, Drug Channels (Jan. 3, 2024), https://www.drugchannels.net/2024/01/tales-of-unsurprised-us-brand-name-drug.html.

prices and net prices of brand-name drugs (*see* Figure 7 below showing the change in the *rate* at which the various prices for brand-name prescription drugs either increased or decreased).[96]

**Figure 7: Gaps Between List Prices and Net Prices**
**2014–2023**

Brand-Name Prescription Drugs, Change in Average List and Net Prices, 2014 to 2023

128.     Defendants' conduct in causing increases in WAC prices harms consumers by increasing out-of-pocket costs for uninsured consumers and insured consumers with coinsurance and high-deductible plans who are in the deductible phase because their costs are directly tied to the WAC price. This cost increase is not speculative or theoretical; it is guaranteed because of the connection between consumers' cost-share payment and the WAC price. Thus, when WAC increases, consumers' out-of-pocket costs will increase.

129.     All things equal, economic logic suggests that lower net prices for drugs would be expected to alleviate upward pressure on the health care premiums consumers pay. Instead, health insurance premiums have continued to rise nationally, [97] which on information and belief, suggests

---

[96] *Id.*

[97] Claxton et al., *supra* note 18, at 7.

Case Number: PC-2025-02760 ... RD-DAC Document Filed 06/27/2025 Page 55 of 214 PageID #: 1843

that Defendants are retaining a sizable portion of rebates for themselves rather than passing them on to insurers.[98]

130.    Researchers from the University of Southern California found that consumers with coinsurance in Medicare Part D plans had substantially higher out-of-pocket costs for drugs in concentrated markets where the demand for rebates is the highest.[99] In other words, paradoxically, more competitors in the market caused at least certain consumers to pay higher costs, which is contrary to how competitive markets typically work. This can be attributed to the fact that Defendants leverage the availability of competitor drugs to demand higher rebates to give preferential treatment to one manufacturer's product and exclude others from their formularies.

131.    In some instances, consumers are paying proportionately more of the increased drug prices than their health benefit plans. In a 2023 study, the United States Government Accountability Office examined Medicare Part D expenditures by beneficiaries (*i.e.*, consumers) and health benefit plans.[100] It found that payments by beneficiaries increased dramatically for 79 of the 100 drugs receiving the most rebates, demonstrating both the wide scope of rebate-driven price increases and the substantial impact that rebates and price increases have on consumers' out-of-pocket costs.[101] For these 79 drugs, beneficiaries paid $21 billion and health benefit plans (referred to as health benefit sponsors in the figure below) paid $5.3 billion (*see* Figure 8 below).[102] In other words, beneficiaries paid approximately 80% of the cost for these 79 drugs while health

---

[98] Jessica Mar and January Angeles, *Prescription Drug Spending Is Unaffordable Even When Accounting for Rebates* (Dec. 19, 2023), https://www.healthaffairs.org/content/forefront/three-states-growth-prescription-drug-spending-unaffordable-even-accounting-rebates.

[99] Darius Lakdawalla & Meng Li, *Association of Drug Rebates and Competition With Out-of-Pocket Coinsurance in Medicare Part D, 2014 to 2018*, JAMA Network Open, at 7 (May 5, 2021), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8100863/.

[100] U.S. Gov't Accountability Office, *supra* note 70.

[101] *Id.* at 32–33.

[102] *Id.*

45

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194908
Reviewer: J'Lyn D.

benefit plans paid only 20% after rebates. In other words, the portions of drugs that health benefit

plans pay were significantly offset by rebates, but the portions consumers pay were not. Upon

information and belief, the same dynamic exists with non-Medicare plans.

*Figure 8: Medicare Expenditures by Beneficiaries vs. Health Benefit Plans*



132. For consumers with high-deductible plans (or even more modest deductible plans)

who are still satisfying their deductibles, consumers pay the full cash price and their health benefit

plans pay zero. However, Defendants still receive rebates and other manufacturer fees related to

those prescriptions. Thus, they effectively profit from some consumers paying the full cash price.

### C. Defendants' Lack of Transparency Allowed Them to Continue Siphoning Off Substantial Portions of Payments from Manufacturers in the Form of Undisclosed Fees

133. Retaining a portion of the rebates they negotiate with manufacturers has historically

been a major source of revenue for the PBM Defendants. For example, in 2012, approximately

46% of the PBM Defendants' revenues were attributable to rebates and price protection fees

(additional rebate payments manufacturers are required to pay PBMs if a drug's list price increases

beyond an agreed cap).[103]

134. However, over the past decade, amidst mounting pressure from health benefit plans

and the public, the PBM Defendants began increasingly passing through rebates to health benefit

---

[103] Percher, *supra* note 77, at 3.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194908
Reviewer: J'Lyn D.

plans. The PBM Defendants now tout that they pass through more than 90% of rebates to health benefit plans.[104] But that does not tell the whole story and, in a sleight of hand, distorts the ways in which PBMs continue to drive up prices and their own profits.

135. Even though Defendants are collectively retaining a smaller percentage of rebates, the overall revenue to PBMs from rebates is increasing: from $46 billion in 2018 to $64 billion in 2022.[105] The gain in overall rebate dollars therefore somewhat offsets the loss in percentage (*i.e.*, 10% of $64 billion is larger than 10% of $46 billion).

136. In addition, Defendants have managed to further increase their profits and avoid passing on payments from manufacturers by recharacterizing these payments from rebates to other fees. The PBM Defendants now utilize the GPO Defendants—some of which are offshore corporations—to categorize and recategorize income streams, which allows Defendants to redefine "rebates" and, by extension, avoid the PBM Defendants' obligation to pass through "rebates."

137. One 2023 survey looked at PBM compensation from prescription drug manufacturers between 2018 and 2022. It found PBMs' compensation tied to manufacturer fees doubled from $3.8 billion in 2018 to $7.6 billion in 2022.[106] Thus, although increased pass through of rebates to health benefit plans reduced PBMs' traditional sources of profitability, novel PBM fees—including fees manufacturers pay to GPOs—more than offset this decline (as shown in Figure 9 below).[107]

---

[104] CVS Health, *Improving Access and Lowering Costs*, https://business.caremark.com/content/dam/enterprise/business-caremark/insights/pdfs/2023/PBMFactsheet_Final_06.09.23.pdf (last visited May 27, 2025); Evernorth Health Services, *The Reality of Rebates*, *supra* note 37; OptumRx, Inc., *Client and Consumer Support*, https://www.unitedhealthgroup.com/ns/optum-rx/client-and-consumer-support.html (last visited May 27, 2025).

[105] Percher, *supra* note 77, at 6.

[106] *Id*. at 2.

[107] *Id*. at 3.

Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5199908
Reviewer: J'Lyn D.

*Figure 9: Source of PBM Gross Profits Over Time: A Shift from Rebates and Spread to Fees and Specialty Pharmacy*



138.    The 2023 Nephron study at Figure 9 found that PBMs shifted administrative fees to their GPOs—adding additional ***non-transparent*** layers to the drug pricing system. These administrative fees increased 56% from $3.8 billion in 2018 to $5.8 billion in 2022. The study further observed the rise of novel fees that manufacturers now pay to GPOs. In 2018, data fees and vendor fees were effectively zero but have since skyrocketed to $968 million and $759 million, respectively. Although it is unclear what some of these new fees represent, data fees are fees for granting manufacturers access to a portal that contains utilization and other data for manufacturers' drugs. Like rebates, administrative, vendor, and data fees are most frequently calculated as a percentage of WAC prices.

139.    Defendants' lack of transparency allows them to profit from secret, undisclosed fees that drive up the cost of drugs. It also prevents health benefit plans (and by extension, consumers) from discovering Defendants' unfair and deceptive practices. The PBM Defendants' contracts with health benefit plans enable this behavior by restricting access to information,

48

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 16194908
Reviewer: J'Lyn D.

including claim-level data and the gross profits Defendants generate from administering their prescription drug benefits.[108]

140. Seemingly consistent with the data from Nephron's 2023 study, on June 24, 2024, CVS Caremark paid $45 million to the State of Illinois to settle allegations that CVS Caremark failed to disclose and pass through certain payments made to Zinc that allegedly constitute rebates pursuant to CVS Caremark's contract with Illinois.

141. Moreover, even if Defendants passed through 100% of all payments from manufacturers—which none of them do—consumers whose out-of-pocket costs are tied to WAC prices would still be harmed by the high WAC price/high rebate system that Defendants have engineered. This is because manufacturer payments are passed through to health benefit plans, not to consumers paying inflated cost-share payments. In fact, it is unclear how or whether consumers' costs are offset by the rebates paid to health benefit plans.

## IV. WAC Prices for Prescription Drugs Have Skyrocketed Over the Last Couple of Decades, Increasing Prices to Consumers

142. As discussed illustratively above and shown in Figure 2, WAC prices are rising. From 2014 to 2020, WAC prices for prescription drugs increased by 33%, outpacing inflation and price increases for any other medical commodity or service.[109]

---

[108] Ge Bai, *Policy Options To Help Self-Insured Employers Improve PBM Contracting Efficiency*, Health Affairs (May 29, 2019), https://www.healthaffairs.org/content/forefront/policy-options-help-self-insured-employers-improve-pbm-contracting-efficiency.

[109] Tori Marsh, *Prices for Prescription Drugs Rise Faster Than Prices for Any Other Medical Good or Service*, GoodRx Health (Sept. 17, 2020), https://www.goodrx.com/healthcare-access/drug-cost-and-savings/prescription-drugs-rise-faster-than-medical-goods-or-services; Stephen W. Schondelmeyer & Leigh Purvis, *Trends in Retail Prices of Brand Name Prescription Drugs Widely Used by Older Americans, 2006 to 2020*, AARP Public Policy Institute (June 2021), at 1, https://www.aarp.org/content/dam/aarp/ppi/2021/06/trends-in-retail-prices-of-brand-name-prescription-drugs-widely-used-by-older-americans.10.26419-2Fppi.00143.001.pdf.

49

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5142208
Reviewer: J'Lyn D.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5142208
Reviewer: J'Lyn D.

143.    Between 2016 and 2022, there were 1,216 drugs with WAC prices that exceeded the rate of inflation (8.5%).[110] The average WAC price increase for these drugs was 31.6%. Some drug prices increased by more than $20,000, or 500%.

144.    The cost of Spiriva Handihaler—a drug used to treat asthma and COPD from which more than 96,000 Rhode Islanders suffer—increased more than 36% (from $3,886 per year in 2015 to $5,289 per year in 2020).[111]

145.    In 2023, the two drug categories with the highest spending in Rhode Island were: (1) immunological agents (medications that combat infections by modifying the immune system); and (2) blood glucose regulators (medications that treat diabetes).[112] Both categories contain high-priced and highly rebated medications such as Humira (immunological agent) and GLP-1s (blood glucose regulator).

146.    Rising WAC prices have made life-saving medications unaffordable for many Americans—particularly the elderly, ages 62 and older. For the average older American taking 4.7 brand-name prescription drugs per month, if drug prices had increased at the rate of general inflation, the annual cash price of therapy in 2020 would have been $13,682 instead of the actual cost of $31,037.[113] This is a significant burden for uninsured consumers or consumers with coinsurance or high-deductible plans. Even consumers with flat copayments are likely harmed because their health benefit plans take into account overall drug costs when setting premiums and copayment amounts.

---

[110] Assistant Sec'y for Planning and Evaluation, U.S. Dept. of Health and Human Services, *Price Increases for Prescription Drugs, 2016–2022*, at 1 (Sept. 30, 2022), https://aspe.hhs.gov/sites/default/files/documents/e9d5bb190056eb94483b774b53d512b4/price-tracking-brief.pdf.

[111] AARP, *supra* note 1.

[112] Office of the Health Insurance Commissioner, *supra* note 85.

[113] Schondelmeyer & Purvis, *supra* note 107, at 1.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5193908
Reviewer: J'Lyn D.

147.    Researchers have found that when drug prices are too high, many consumers will simply not fill their prescriptions.[114] Due in part to high costs, consumers starting new therapy abandoned 98 million prescriptions at pharmacies in 2023.[115] Consumers abandoned prescriptions with increasing frequency as out-of-pocket costs rose, with abandonment rates over 55% for prescriptions costing over $250.[116]

148.    In 2020, it was estimated that high out-of-pocket costs for drugs would cause 1.1 million premature deaths of seniors in the Medicare program over the next decade, and lead to an additional $177.4 billion in avoidable Medicare medical costs. Upon information and belief, the effect would be even more acute with respect to non-Medicare plans, where prescription drug benefits are even more limited.

149.    According to a 2024 survey of over 1,000 Rhode Island adults, more than 65% of adults making less than $50,000 a year were somewhat or very worried about affording prescription drugs.[117] Nearly a quarter of adults in Rhode Island either did not fill a prescription, cut pills in half, or skipped a dose due to concerns about costs.[118]

150.    Insulin—a drug that millions with diabetes need to live—is a prime example of skyrocketing WAC prices. At a century in use, insulin is one of the oldest biologic drugs in modern medicine. In 1999, Humalog (insulin) was affordably priced at approximately $21 per month.

---

[114] Arleen Leibowitz et al., *The Demand for Prescription Drugs as a Function of Cost-Sharing*, at 18 (Oct. 1985), https://www.rand.org/content/dam/rand/pubs/notes/2005/N2278.pdf.

[115] The IQVIA Institute, *supra* note 80, at 34.

[116] *Id.*

[117] Healthcare Value Hub, *supra* note 2, at 1.

[118] *Id.*

Case Number: PC-2025-02760
Submitted: Providence/Bristol County Superior Court
Envelope: 6/27/2025 8:52 PM
Reviewer: J'Lyn D.

Twenty years later, the WAC price had increased by more than 1000% to approximately $332 per month.[119]

151.    For a consumer with Type 1 diabetes with commercial insurance, the annual cost of insulin nearly doubled in just a five-year period, from approximately $3,200 in 2012 to $5,900 in 2016.[120]

152.    Due to unprecedent pressure on PBMs and insulin manufacturers, insulin costs are now capped at $35 a month for some consumers. Unfortunately, the PBM Defendants have not provided this same type of relief across the board for other drugs.

## V.    Defendants' Deceptive Acts and Practices Are Material to Consumers

153.    As discussed above, Defendants' marketing emphasizes their role in and commitment to ensuring that the prescription drugs available to consumers are safe, effective, and affordable because these issues are important to consumers and likely to impact their decision making. Defendants know that, too.

154.    For example, CVS Caremark advertises "Your health is our priority[.] As a pharmacy benefit manager (PBM), we manage prescription plans to help make them more cost-effective – so you can get what you need when you need it."[121] It further acknowledges: "Keeping your medication affordable is important." CVS Caremark further claims to "[i]mprov[e] health

---

[119] S. Vincent Rajkumar, *The High Cost of Insulin in the United States: An Urgent Call to Action*, 95 Mayo Clinic Proc. 22, 22 (2020), https://www.mayoclinicproceedings.org/article/S0025-6196(19)31008-0/fulltext.

[120] Jean Fuglesten Biniek & William Johnson, *Spending on Individuals with Type 1 Diabetes and the Role of Rapidly Increasing Insulin Prices*, Health Care Cost Institute (Jan. 21, 2019), https://healthcostinstitute.org/diabetes-and-insulin/spending-on-individuals-with-type-1-diabetes-and-the-role-of-rapidly-increasing-insulin-prices.

[121] CVS Caremark, *About Us*, *supra* note 23.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5134908
Reviewer: J'Lyn D.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5134908
Reviewer: J'Lyn D.

through affordability" because "people are more likely to take their prescribed medications when they know they can afford them – and that can lead to better health outcomes."[122]

155.    For example, Express Scripts claims: "As your pharmacy benefit manager ("PBM"), Express Scripts helps you stress less and save more. We take care of you, so you can focus on what really matters."[123] Express Scripts describes cost as "one of the greatest barriers to care."[124]

156.    For example, OptumRx asserts: "Always here for you when you need us – with compassion and care."[125] It further acknowledges: "[M]any people do not take their medications as they should, citing cost as a primary reason."[126] It further states: ""In short, when it comes to treatments for conditions that affect millions of people and drive most employer costs, Optum Rx routinely delivers a far lower price. And lower prices matter."[127]

157.    It is also axiomatic that consumers are concerned about the safety and efficacy of prescription drugs. Pricing and access to prescription drugs are also key concerns to consumers.[128] More than 50% of people in the United States are worried about affording prescription drug costs, with larger shares of black and Hispanic adults and uninsured adults reporting concerns.[129] One

---

[122] CVS Health, *Member Affordability*, https://www.cvshealth.com/services/prescription-drug-coverage/member-affordability.html (last visited May 27, 2025).

[123] Express Scripts, Inc., *Pharmacy benefits that benefit you*, https://www.express-scripts.com/pharmacy-benefits-manager (last visited May 27, 2025).

[124] Express Scripts, Inc., *Continually Creating for the Needs of Our Members*, https://www.evernorth.com/who-we-serve/members (last visited May 27, 2025).

[125] OptumRx, Inc., *supra note 22.*

[126] OptumRx, Inc., *Experts agree, supra note 46.*

[127] *Id.*

[128] Grace Sparks et al., *Public Opinion on Prescription Drugs and Their Prices*, KFF (Oct. 4, 2024), https://www.kff.org/health-costs/poll-finding/public-opinion-on-prescription-drugs-and-their-prices/.

[129] *Id.*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5199208
Reviewer: J'Lyn D.

Case 1:25-cv-00306-MRD-PAS Document 1-4 Filed 06/27/25 Page 223 of 762 PageID #: 1852

quarter of adults have difficulty affording prescription drugs, including larger shares of those who take more medications.[130]

158. Moreover, a health benefit plan may consider complaints made by aggrieved consumers in determining whether to select or retain a particular PBM. In addition, some consumers may be able to change PBMs by selecting a different health benefit plan from those offered by their employer or on the individual market with a different PBM; however, in many instances, switching health benefit plans is cost prohibitive, particularly if consumers switch from an employer-sponsored plan to a private-market plan. Moreover, because Defendants administer prescription drug benefits for approximately 80% of the market, it is difficult for consumers to escape their practices.

159. Defendants' deceptive acts and practices are also likely to affect consumers' conduct regarding Defendants' services in myriad ways.

160. Defendants' formulary decisions will force some consumers to switch medications or potentially ration or forgo treatment because they cannot afford the out-of-pocket costs. For example, an insured parent whose allergic child's EpiPen is no longer covered or preferred by one of the Defendants will have to find a different drug for her child. A cancer patient who is required to transition to a different chemotherapy drug because of Defendants' formulary practices will certainly find that information material. Diabetic patients with health benefit plans managed by Defendants decided to ration their insulin in response to Defendants' rebate and formulary practices that increased consumers' out-of-pocket costs. For all these consumers, Defendants' deceptive acts and practices are material because they affected consumers' choice of, or conduct regarding, Defendants' services.

---

[130] *Id.*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5199208
Reviewer: J'Lyn D.

Case 1:25-cv-00338-MRD-PAS Document 1-1 Filed 06/27/25 Page 55 of 224 PageID #: 1853

161.    Since Defendants' formulary and rebate practices significantly inflate the price of

brand-name drugs and consumers' out-of-pocket costs, some consumers will decide to forego

using their prescription drug benefits altogether because paying cash is cheaper. For example, a

consumer taking a drug her PBM designated as "specialty" may be better off purchasing the drug

with cash from a pharmacy not affiliated with her PBM that offers a more competitive price.

Alternatively, a consumer may choose to pay cash and utilize publicly available drug coupons

offered by drug manufacturers or GoodRx.

## VI.    Defendants' Scheme That Artificially Inflates Drug Prices Violates Established Public Policy In Rhode Island

162.    Rhode Island has a public policy in favor of making affordable and effective

medications accessible to consumers and preventing PBMs from driving up drug costs.

163.    This public policy is evidenced through multiple laws among other things. For

example, in 2023, Rhode Island passed legislation capping consumers' out-of-pocket costs for

specialty drugs at $150 per 30-day supply. *See* R.I. Gen. Laws § 27-18-50.2. In passing the law,

the general assembly made several findings, including:

(1)    In 2015, an estimated six hundred thirty-five thousand (635,000) Rhode
Island residents had at least one chronic disease, and an estimated two
hundred forty-nine thousand (249,000) residents had two (2) or more
chronic diseases, which significantly increases their likelihood to depend on
prescription specialty drugs;_

(2)    In 2016, twenty-five percent (25%) of Rhode Island residents stopped
taking a prescription drug as prescribed due to cost. . . .

*Id.* The legislation was sponsored by Representative David Morales and the late Senator Maryellen

Goodwin. Representative Morales said, "With over 6,000 of our neighbors battling cancer and

many others relying on specialty drugs to stay alive, it is the responsibility of our state government

Case 1:25-cv-00306-MRD-PAS   Document 1   Filed 06/27/25   Page 225 of 1762   PageID #: 1854

to ensure that all people, regardless of socioeconomic status, can afford these lifesaving medications."[131]

164.    In 2021, Rhode Island also capped out-of-pocket costs for insulin products at $40 and banned PBMs' contractual clauses that prevent pharmacies from disclosing information concerning consumers' out-of-pocket costs and lower-priced alternatives. *See* R.I. Gen. Laws §§ 27-20.8-3; 27-20.8-4. The legislation was sponsored by Senator Melissa A. Murray and House Speaker Pro Tempore Brian Patrick Kennedy. Speaker Kennedy said:

> Insulin is both very widely used and absolutely critical to the lives of people with diabetes, many of whom are seniors or disabled people living on low fixed incomes. Unaffordable insulin costs are a serious threat to public health. According to the American Diabetes Association, about a third of the approximately 100,000 diabetes patients in Rhode Island use insulin, and a quarter of those patients ration their insulin. No one should have to choose between paying for their life-saving medication, keeping their lights on, or having enough groceries[.][132]

165.    Rhode Island also operates the Rhode Island Best RX Prescription Drug Discount Program for the Uninsured to lower prescription drug prices for uninsured consumers. *See* R.I. Gen. Laws §§ 42-66.2.1-2.

166.    The Office of the Health Insurance Commissioner reiterated Rhode Island's policy in a recently released report analyzing pharmacy spending, concluding: "It is important for Rhode

---

[131] State of Rhode Island General Assembly, *Morales/Goodwin bill to lower prescription drug costs passes General Assembly* (June 16, 2023),
https://www.rilegislature.gov/pressrelease/_layouts/RIL.PressRelease.ListStructure/Forms/Displ
ayForm.aspx?List=c8baae31%2D3c10%2D431c%2D8dcd%2D9dbbe21ce3e9&ID=373771&We
b=2bab1515%2D0dcc%2D4176%2Da2f8%2D8d4beebdf488.

[132] State of Rhode Island General Assembly, *New law limits insulin copays* (July 7, 2021),
https://www.rilegislature.gov/pressrelease/_layouts/RIL.PressRelease.ListStructure/Forms/Displ
ayForm.aspx?List=c8baae31-3c10-431c-8dcd-
9dbbe21ce3e9&ID=371891#:~:text=Under%20the%20new%20law%2C%20insurers,charge%20
less%2C%20if%20they%20choose.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:51 PM
Envelope: 6194908
Reviewer: J'Lyn D.

Case 1:25-cv-00320-MRD-PAS Document 1 Filed 06/27/25 Page 227 of 276 PageID #: 1855

Islanders to get the care and medications they need to live the healthiest lives possible, but at prices that are not burdensome and a deterrent to access."[133]

167. In contravention of Rhode Island's public policy, Defendants' business practices have the intent and/or effect of artificially increasing prescription drugs costs for Defendants' own financial gain, and this offends the policy of the State of Rhode Island because, among other things, it: (1) raises consumers' out-of-pocket drug costs; (2) results in utilization of high cost brand-name drugs over cheaper and equally effective alternatives; and (3) blocks consumers from meaningfully accessing cheaper and, in some instances, safer alternatives.

## VII. Defendants Engage in Unfair Methods of Competition

168. Defendants engage in unfair methods of competition that negatively affect competitive conditions in the brand-name prescription drug market and, in the case of the PBM Defendants, the pharmacy market to the detriment of consumers.

### A. Defendants' Formulary and Rebate Practices Tend to Negatively Affect Competitive Conditions in the Prescription Drug Market

169. Defendants engage in unfair methods of competition when giving preferential formulary treatment to drugs with the highest rebates when there are multiple drugs in a therapeutic class, which tends to negatively affect competitive conditions among drug manufacturers to the detriment of consumers.

170. Defendants' treatment of biosimilars perfectly illustrates the anti-consumer and anti-competitive incentives Defendants have created. Biosimilars are biologic products that the FDA has approved to be therapeutic substitutes for an existing biologic product because there is no clinically meaningful difference between the biosimilar and the existing biologic product.[134]

---

[133] Office of the Health Insurance Commissioner, *supra* note 85, at 28.

[134] Xcenda, *supra* note 59, at 7.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194906
Reviewer: J'Lyn D.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194906
Reviewer: Carol M.

D-DCS Document Filed 06/27/25 Page 227 Page ID #: 1856

171.    Biosimilars directly compete with existing biologic products. In general, biosimilars are lower priced than the existing biologic product. One would expect, based on Defendants' marketing statements regarding their roles in the market, that when Defendants are faced with fully interchangeable products with no clinically meaningful differences, Defendants would choose the lowest-priced product. Many times, however, the opposite is true. Often, Defendants put their thumb on the scale in favor of drugs with much higher WAC (list) prices, undeniably for their own financial benefit, and against the interests of their health benefit plan clients and health benefit plan members, giving favored status to drugs that come with higher rebates while simultaneously freezing out drugs with considerably lower WAC prices (often biosimilars or generic drugs), thereby causing an artificial distortion of the normal competitive dynamics among drug manufacturers.

172.    For example, Viatris (a company formed by the merger between manufacturers Mylan and Upjohn) launched two identical biosimilar insulins that are fully interchangeable with Sanofi's top-selling Lantus. One product is a brand-name biosimilar insulin called Semglee. The other product is a generic biosimilar insulin (Insulin Glargine). Semglee is offered at a WAC 5% below the WAC for Lantus. Insulin Glargine is offered at a WAC 65% lower than the WAC for Lantus. Semglee and Insulin Glargine are the exact same product—the only difference between the two products is price.[135]

173.    In their 2022 formularies, none of Defendants gave preferred treatment to the insulin product with the lowest WAC (Insulin Glargine). OptumRx preferred Lantus and excluded Semglee but failed to include Insulin Glargine. Express Scripts preferred the higher-priced biologic

---

[135] Adam J. Fein, *Why PBMs and Payers Are Embracing Insulin Biosimilars with Higher Prices—And What That Means for Humira*, Drug Channels (Nov. 9, 2021), https://www.drugchannels.net/2021/11/why-pbms-and-payers-are-embracing.html.

(Semglee) and excluded the lower-priced biologic (Insulin Glargine)—even though Semglee and Insulin Glargine are identical. CVS Caremark excluded Lantus and preferred Basaglar—a product that is not even a biosimilar to Lantus—without including Semglee or Insulin Glargine.[136] Because Defendants profit from drugs with higher rebates, they have created a barrier for cheaper biosimilar competitors to enter the market. Moreover, even if all of these products had the same net cost (meaning the brand-name products were the same price as the lower-priced biologic after accounting for rebates), consumers with coinsurance and those enrolled in high-deductible plans would pay greater out-of-pocket costs for the brand-name products than the lower-priced products because their cost-share payments were based on the unrebated prices.

174. Humira biosimilars are another example. Humira biosimilars hit the market in 2023 with WAC prices ranging from 5%–85% below Humira.[137] The net price of Humira was approximately $2,100 compared to less than $1,000 for some of the low WAC price biosimilars.[138] Yet, Defendants continued to give preferential treatment to Humira and refused to cover the biosimilars.[139] The only plausible explanation for favoring a drug that is clinically identical but more expensive than its competitors is that the switch would have cost Defendants in lost rebates and other fees.

175. IQVIA—a healthcare data company—estimated that if Defendants had switched to low WAC biosimilars in 2023, Defendants would have lost 87% in profit from rebates and other fees associated from Humira prescriptions and specialty pharmacies (some of which Defendants

---

[136] *Id.*

[137] IQVIA, *Adalimumab Biosimilar Tracking*, at 15 (Apr. 2, 2024), https://biosimilarscouncil.org/wp-content/uploads/2024/04/04022024_IQVIA-Humira-Tracking-Executive-Summary.pdf.

[138] *Id.* at 10.

[139] *Id.* at 5–6.

own) would have lost 90% profit.[140] By sharp contrast, health benefit plans would have saved 80% in lower drug costs and administrative fees and consumers would have saved 76% on copayments.[141]

176. CVS Caremark announced at the beginning of 2024 that it would remove Humira from its major national commercial formularies and cover Humira biosimilars instead.[142] But there was a catch: CVS Caremark gave preferential formulary treatment to a mix of high and low WAC price biosimilars, including biosimilars manufactured by Cordavis—a subsidiary of CVS Health, which also operates CVS Caremark.[143]

177. Similarly, Express Scripts announced in August 2024 that it would also remove Humira from its 2025 commercial formulary in favor of multiple biosimilars with a mix of high and low WAC prices, including biosimilars manufactured by Quallent Pharmaceuticals—a subsidiary of Evernorth, which also owns Express Scripts.[144]

178. In other words, CVS Caremark and Express Scripts favored the higher priced, higher rebated Humira and systematically excluded lower priced biosimilar products until they began making their own lower priced biosimilar products from which they could profit.

179. Forcing manufacturers to compete based on the kickbacks they pay to Defendants is an unfair method of competition because it undermines competition on the merits, which, for prescription drugs, is their safety, efficacy, or price. Instead, it constrains products available to

---

[140] *Id.* at 13.

[141] *Id.*

[142] CVS Health, *CVS Caremark accelerates biosimilars adoption through formulary changes* (Jan. 3, 2024), https://www.cvshealth.com/news/pbm/cvs-caremark-accelerates-biosimilars-adoption-through-formulary-changes.html.

[143] Adam J. Fein, *Humira Biosimilar Price War Update, Should We Be Glad that CVS Health and Express Scripts Are Using Private Label Products to Pop the Gross-to-Net Bubble?* (Sept. 4, 2024), https://www.drugchannels.net/2024/09/humira-biosimilar-price-war-update.html.

[144] *Id.*

Case Number: PC-2025-02760 D-DACument Dument Filed 06/27/2501/25age Page 230 Page 162#Page ID #: 1859

consumers and increases prices paid by consumers without regard to the quality, safety, or desirability of the product to consumers—but solely on the willingness and ability of the product manufacturer to offer quid pro quo rebates and other fees to Defendants to gain access to their formularies.

180.     Defendants' conduct is coercive, exploitative, and restrictive because it incentivizes manufacturers to compete for formulary placement by prioritizing rebates over the true lowest net price or the safety or efficacy of their products. It also exploits and abuses vulnerable consumers by denying them access to certain medications, including safer and more affordable and effective medications, and forcing certain consumers to pay inflated cost-share payments.

## B.     The PBM Defendants Impose Unfair Contractual Terms on Independent Pharmacies That Negatively Affect Competition and Consumers

181.     A pharmacy's access to the PBM Defendants' networks is critical for financial survival. Given that the PBM Defendants collectively control 80% of the PBM market, being out of network with just one of the PBM Defendants and being unable to bill that PBM for drug claims would render it financially unviable for a pharmacy to operate. Thus, many pharmacies— particularly independent pharmacies—have virtually no option but to accede to take-it-or-leave-it contractual terms that the PBM Defendants impose in order to be included in their networks.

182.     In addition, the PBM Defendants own or are otherwise affiliated with various pharmacies (*see* Figure 10 below).[145] This means the PBM Defendants are in competition with many of the non-affiliated pharmacies they contract with as network pharmacies. As laid out below, the PBM Defendants have steered consumers to their own pharmacies or offered higher

---

[145] Staff of U.S. Federal Trade Comm'n, *Pharmacy Benefit Managers: The Powerful Middlemen Inflating Drug Costs and Squeezing Main Street Pharmacies*, at 6 (July 2024) (modified version of chart), https://www.ftc.gov/system/files/ftc_gov/pdf/pharmacy-benefit-managers-staff-report.pdf (hereinafter "FTC PBM Report").

61

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194908
Reviewer: J'Lyn D.

Case 1:25-cv-00306-JJM-LDA    Document 1    Filed 06/27/25    Page 72 of 231 PageID #: 1860

payments to their own pharmacies, at the expense of independent pharmacies that depend on access to their networks to remain afloat.

*Figure 10: Defendants' Ownership and Vertical Integration*



183.    As described below, the PBM Defendants have abused their market power by forcing unfair contractual terms on independent pharmacies that tend to negatively affect competitive conditions in the pharmacy market and negatively impact consumers.

184.    Independent pharmacies, which are critical and trusted members of many communities, are going out of business across the country. Douglas Hoey from the National Community Pharmacists Association predicted: "Nearly a third of independent pharmacy owners may close their stores this year under pressure from plunging prescription reimbursements by big insurance plans and their pharmacy benefit managers."[146]

185.    The same is true in Rhode Island, where independent pharmacies struggle to keep their doors open. Between 2010 and 2021, Rhode Island had a pharmacy closure rate greater than

---

[146] National Community Pharmacists Association, *Local Pharmacies on the Brink, New Survey Reveals* (Feb. 27, 2024), https://ncpa.org/newsroom/news-releases/2024/02/27/local-pharmacies-brink-new-survey-reveals.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 6194908
Reviewer: J'Lyn D.

35% and experienced a net loss of pharmacies—meaning more pharmacies closed than opened.[147] Independent pharmacies were particularly impacted.[148] These closures contribute to the growth of pharmacy deserts, which are low-access communities where residents must travel farther to get to the nearest pharmacy to fill their prescriptions.[149] For example, in 2019, Baker's Pharmacy—the only pharmacy in Jamestown—closed, in part, due to low reimbursements from PBMs, forcing residents to leave the island to fill their prescriptions.[150]

186. Many consumers rely on their local, community pharmacists for vital services. As Paul Capuano, the co-owner of JB Pharmacy & Compounding in Warwick, explained to the Providence Journal, "The Independent pharmacist really is the most accessible health care professional. They fill the gap in people's care."[151] For example, they administer flu shots, check patients' blood pressure, and can even prescribe HIV prevention therapy and hormonal birth control medications—*free of charge*.

187. Local pharmacist Matthew Olivier predicted that independent pharmacies would become "extinct in Rhode Island" in five or ten years.[152] Currently, there are fewer than twelve independent pharmacies in Rhode Island.[153] If they go out of business, consumers will have little choice but to use large, chain pharmacies, whose understaffing and volume requirements have

---

[147] Guadamuz et al., *supra* note 8, at 1705.

[148] *Id.* at 1707.

[149] Noelle Kwan, *The Impact of Pharmacy Deserts*, U.S. Pharmacist (April 2024), https://bt.e-ditionsbyfry.com/publication/?i=819035&p=46&view=issueViewer.

[150] Eli Sherman and Tim White, *Pharmacies dwindle in RI amid national battle over how drugs are priced*, WPRI (July 31, 2024), https://www.wpri.com/target-12/pharmacies-dwindle-in-ri-amid-national-battle-over-how-drugs-are-priced/.

[151] Johnny Williams, *A Bitter Pill; Low reimbursements pose dire threat to independent pharmacies in Rhode Island*, The Providence J. (Dec. 12, 2024).

[152] *Id.*

[153] *Id.*

63

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194908
Reviewer: J'Lyn D.

resulted in serious medication errors.[154] The closing of independent pharmacies also threatens convenient access for consumers in more rural areas of the state, which depend upon independent pharmacies for access to prescription drugs and other services.

### 1. The PBM Defendants Pay Low Reimbursement Rates—Sometimes Below Pharmacies' Acquisition Costs

188.     Pharmacies receive reimbursements for filling prescriptions in two common ways. First, the primary revenue source is the "PBM-to-pharmacy spread," or the difference between what it costs the pharmacy to acquire the drug from a wholesaler and the reimbursement from the PBM when an insured consumer fills a prescription. While this can be a source of revenue, as discussed below, sometimes through the PBM Defendants' unfair practices, it can be a source of cost for pharmacies. Second, some contracts include a dispensing fee to help cover the pharmacy's overhead.

189.     The PBM Defendants also profit from the spread between the amount health benefit plans agree to pay the PBM Defendants for prescription drugs and the amount the PBM Defendants reimburse pharmacies to fill prescriptions (the "PBM-to-health benefit plan spread"). The lower the reimbursement rate the PBM Defendants can negotiate with pharmacies, the greater the PBM Defendants' profits.

190.     In July 2024, the Federal Trade Commission ("FTC") released an interim report titled: "Pharmacy Benefit Managers: The Powerful Middlemen Inflating Drug Costs and Squeezing Main Street Pharmacies." It concluded that increased concentration in the PBM market may give the leading PBMs, including the PBM Defendants, the leverage to enter into complex

---

[154] Ellen Gabler, *How Chaos at Chain Pharmacies Is Putting Patients at Risk*, N.Y. Times (Oct. 13, 2021), https://www.nytimes.com/2020/01/31/health/pharmacists-medication-errors.html.

Case Number: PC-2025-02760
Filed for record in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194208
Reviewer: J'Lyn D.

Case Number: PC-2025-02760
XBXD-DASumenduhenFiled 06/27/2501/Page 75 of 234 PageID #: 1863

and opaque contractual relationships that disadvantage many independent pharmacies and the consumers they serve. [155]

191.    In the first instance, these contracts, including Defendants', do not inform pharmacies what their reimbursements will be prior to filling prescriptions. After the prescription is filled, pharmacies submit claims through the relevant PBM's claims adjudication system and are later reimbursed by the PBM (minus any cost-share payment made by consumers when they pick up their prescription).

192.    The PBM Defendants typically calculate reimbursements to pharmacies based on a discount off the lowest potential price, which is often the MAC (*i.e.*, Defendants' own proprietary pricing benchmark for generic drugs). [156] For example, the PBM Defendants' contract with a pharmacy may specify that the pharmacy will be reimbursed MAC minus X%, or some pre-set discount from the price set by the PBM Defendants. [157] These prices often do not reflect the actual price at which pharmacies acquire drugs. Some reimbursements are even below the pharmacies' acquisition costs—meaning pharmacies lose money when they fill the prescriptions.

193.    MAC prices are specific to generic drugs, which account for approximately 91% of prescriptions filled in the United States. The PBM Defendants maintain "MAC lists" which are proprietary price lists that the PBM Defendants create, maintain, and continuously update, sometimes on a weekly basis or even more frequently. The lists are supposedly tied to acquisition costs meant to encourage pharmacies to source drugs from low-cost suppliers. But the PBM Defendants create different MAC lists for different clients. The FTC found vast disparities between

---

[155] FTC PBM Report, *supra* note 143, at 3.

[156] Three Axis Advisors, *Unraveling the Drug Pricing Blame Game*, at 2, 40 (Sept. 2023), https://static1.squarespace.com/static/5c326d5596e76f58ee234632/t/650924780b6b9c590edfa2b4/1695097983750/Unravelling_the_Drug_Pricing_Blame_Game_3AA_APCI_0923.pdf.

[157] FTC PBM Report, *supra* note 143, at 58–59.

65

how many lists each PBM, including the PBM Defendants, maintains, with one having tens of thousands of lists, while others have under 200.[158] The PBM Defendants are also quick to update MAC lists when acquisition costs decrease and slow to update MAC lists when acquisition costs increase.[159]

194.     According to the 2024 FTC PBM Report, pharmacies are often not even allowed to see the MAC list or to understand how they are set. Further, pharmacies are not notified when the PBM Defendants update their pricing lists, making it difficult for pharmacies to question or challenge the lists. It can also be cost prohibitive for pharmacies to challenge the ultimate reimbursements. Even if they do, the process is typically controlled by the PBM Defendants and therefore hardly impartial.

195.     In Georgia, the American Pharmacy Cooperative, which represents independent pharmacies, reviewed the prices an independent pharmacy was reimbursed for certain prescriptions compared to nearby chain pharmacies. The chain pharmacies received an average of $54 for filling the antidepressant bupropion, but the independent pharmacy only received $5.54.[160] Similarly, for the blood pressure medicine amlodipine, the chain pharmacies were paid an average of $23.55, while the independent pharmacy was paid $1.51.[161]

196.     The Mississippi Board of Pharmacy uncovered similar conduct in an audit of OptumRx. It identified over 75,000 instances in which OptumRx reimbursed its affiliated

---

[158] *Id.* at 58

[159] Three Axis Advisors, *supra* note 154, at 17.

[160] Andy Miller, *PBM Math: Big Chains Are Paid $23.55 To Fill a Blood Pressure Rx. Small Drugstores? $1.51*, KFF Health News (Oct. 24, 2024), https://kffhealthnews.org/news/article/pbm-pharmacy-benefit-managers-independent-drugstores-versus-big-chain-prices/.

[161] *Id.*

Case Number: PC-2025-02760
Filed and Provided to Superior Court
Submitted: 8/27/2025 8:52 PM
Envelope: 6194208
Reviewer: J'Lyn D.

Case Number: PC-2025-02760
KD-DAB Document Filed 06/27/2501/25 Page 7 of 936 PageID #: 1865

pharmacies at higher rates than its unaffiliated pharmacies for the same prescriptions drugs.[162] It also found that OptumRx used 49 different MAC lists, including 15 MAC lists exclusive to independent pharmacies and 22 MAC lists solely for chain pharmacies. These lists showed OptumRx reimbursed independent pharmacies at rates 74% lower than chain pharmacies on average. Even worse, the Mississippi Board of Pharmacy found consumers were almost twice as likely to pay the full cost of prescription drug claims without contributions from their health benefit plans at independent pharmacies than at affiliated pharmacies.

197. The same incentives apply to the PBM Defendants' pharmacy reimbursement practices nationally and result in similar disparities in the payments to independent pharmacies in Rhode Island. One local independent pharmacist reported that CVS Caremark only reimburses her $2,200 for drugs that cost over $2,800 despite reimbursing CVS pharmacies over $4,000 for the exact same drug. Another independent pharmacist said he loses $38 nearly every time he fills a prescription for Eliquis, a commonly prescribed blood thinner. In December 2024, the pharmacist lost $3,116 on Eliquis prescriptions alone.

198. In one instance, an elderly patient with TRICARE insurance (managed by Express Scripts) came to an independent pharmacy in Rhode Island after a mail-order pharmacy failed to timely deliver her insulin. None of the larger chain pharmacies would help the consumer. The independent pharmacist spent 45 minutes getting a new prescription for the consumer and speaking with the consumer's insurance to ensure it would cover the new prescription. Express Scripts then reimbursed the pharmacist less than the cost of acquiring the insulin to fill the prescription.

---

[162] Gwen Dilworth, *Optum audit shows possible law violation, lower payments to independent pharmacies*, Mississippi Today (Nov. 7, 2024), https://www.djournal.com/mississippi-today/optum-audit-shows-possible-law-violation-lower-payments-to-independent-pharmacies/article_54966fd0-9d5a-11ef-bed5-83f21fb6e2dd.html.

Case Number: PC-2025-02760
Filed: Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194900
Reviewer: J'Lyn D.

Case 1:25-cv-00306-MRD-PAS   Document 1   Filed 06/27/01/25   Page 78 of 237 PageID #: 1866

199.     Consumers have no visibility into this practice. In fact, pharmacies have to list the full price for prescriptions on consumer-facing documents. For example, one local independent pharmacist listed the price of the GLP-1 Mounjaro as $1,814.57 on the consumer's prescription information even though the PBM only reimbursed him $824.09.

200.     Independent pharmacies have little to no recourse against the PBM Defendants. For example, after one local pharmacist asked a consumer to fill a prescription elsewhere because he lost $50 every time he filled it, Express Scripts sent the pharmacist a cease-and-desist letter warning him to stop the practice or risk being removed from Express Scripts' network.

201.     In response to concerns over excessive PBM-to-pharmacy spreads and financial viability of independent pharmacies, the West Virginia Medicaid program adopted a new pricing methodology in 2017 that requires PBMs to reimburse pharmacies no less than the NADAC, a common measure of pharmacy acquisition cost of drugs based on amounts reported to the Centers for Medicare & Medicaid Services by pharmacies, plus a professional dispensing fee of $10.49 per prescription.[163] This change essentially replaced PBMs' traditional black-box with a more transparent approach. West Virginia estimated this change saved its Medicaid program over $54 million in one year despite an increase in total pharmacy reimbursement and higher volume of prescriptions.[164] The greater price transparency had driven down PBMs' excessive PBM-to-pharmacy spreads that had been maintained at the expense of pharmacies.[165]

202.     Compounding the already thin or negative margins for dispensing drugs based on the PBM Defendants' reimbursements, the PBM Defendants require or incentivize consumers to

---

[163] Navigant, *Pharmacy Savings Report: West Virginia Medicaid,* at 12–13 (Apr. 2, 2019), https://dhhr.wv.gov/bms/News/Documents/WV%20BMS%20Rx%20Savings%20Report%202019-04-02%20-%20FINAL.pdf.
[164] *Id.* at 5.
[165] *Id.*

Case 1:25-cv-00306-JJM-PAS   Document 1   Filed 07/07/25   Page 238 of 1762   PageID #: 1867

fill 90-day instead of 30-day prescriptions by waiving or reducing consumers' out-of-pocket cost for longer prescriptions. This practice disadvantages pharmacies because instead of receiving three dispensing fees to fill three, 30-day prescriptions, pharmacies only receive one dispensing fee. The American Psychiatric Association has also expressed concerns about CVS pharmacies' practice of ignoring explicit instructions to dispense limited amounts of medication to mental health patients because it may inadvertently lead more patients to attempt suicide by overdosing.[166]

## 2. The PBM Defendants Steer Consumers to Their Own Affiliated Pharmacies—Particularly for Specialty Drugs

203. The PBM Defendants further disadvantage independent pharmacies and consumers by driving more profitable business—including filling prescriptions for high-cost specialty drugs (explained in more detail below)—to their own pharmacies.

204. The PBM Defendants' contracts prohibit their non-affiliated network pharmacies from providing mail order services. Thus, in the mail order market, Defendants face little to no competition. They also lack competition in the specialty drug market.

205. The PBM Defendants steer certain medications to their affiliated pharmacies by expanding the definition of "specialty drugs" which triggers exclusivity provisions in the PBM Defendants' contracts with health benefit plans. Per these provisions, specialty drugs can only be filled by Defendants' own specialty pharmacies. There is no standard definition of "specialty drugs" and Defendants are mostly free to make their own determinations and have used this flexibility to steer higher cost and higher margin prescriptions to be filled by their own specialty pharmacies.

---

[166] Gabler, *supra* note 152.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5194908
Reviewer: J'Lyn D.

206. Specialty drugs account for a significant portion of drug expenditures. Express Scripts stated that "[e]ven though less than 2% of the population uses specialty drugs, those prescriptions account for a staggering 51% of total pharmacy spending."[167]

207. In addition, more than 60% of all specialty drugs (by revenue) are dispensed by the specialty pharmacies affiliated with the PBM Defendants. This is not the product of consumer choice or those pharmacies providing better prices or services; rather, it is the product of the PBM Defendants forcing consumers to use their affiliated pharmacies.

208. The FTC analyzed the number of specialty drug designations by PBM for five PBMs (described as PBMs A through E), including the PBM Defendants. It found all PBMs increased the overall number of drugs on their specialty drug lists and that drugs were treated differently among the different PBMs, suggesting that it was business practices, not qualities intrinsic to these drugs or their dispensing that drove treatment as a specialty drug. For example, PBM A increased its designations of specialty generics by 268% from 2017 to 2021; however, PBM E only increased its designations of specialty generics by 19% during the same time period (*see* Figure 11 below showing the increase of specialty drug designations for specialty brand drugs and specialty generic drugs compared to total drugs on the market among the five PBMs the FTC studied from 2017 to 2021).[168]

---

[167] *How PBMs distort and undertime specialty drug pricing guarantees*, 46brooklyn (May 10, 2023), https://www.46brooklyn.com/research/2023/5/10/how-pbms-distort-and-undermine-specialty-drug-pricing-guarantees-blac.

[168] FTC PBM Report, *supra* note 143, at 38.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5199208
Reviewer: J'Lyn D.

*Figure 11: Growth and Mix of Specialty Drugs Covered by PBMs for Commercial Members, 2017–2021*

|  | **Growth in Number of Drugs Covered, 2017-2021** | | **Specialty Generic As Percent of Total, 2021** |
|---|---|---|---|
|  | **Specialty Brand** | **Specialty Generic** | |
| PBM A | 70% | 268% | 13% |
| PBM B | 44% | 233% | 11% |
| PBM C | 41% | 94% | 13% |
| PBM D | 31% | 73% | 15% |
| PBM E | 20% | 19% | 15% |

209.    One recent study found that only 32% of specialty drugs were included on all the PBM Defendants' specialty drug lists and 23% were included on two of their lists. The remaining 45% of specialty drugs were unique to a single PBM Defendant.[169] This variability in these designations supports that the designations are based on the PBM Defendants' subjective determinations rather than any scientific reasoning or objective measure.

210.    Designating a drug as a specialty drug without good cause is particularly harmful to consumers because consumers have higher cost-share payments for specialty drugs. For example, in 2024, some health benefit plans with separate tiers for specialty drugs charged an average copayment of $118 for specialty drugs compared to an average copayment of $12–$65 depending on whether the drug is a generic drug or a preferred or non-preferred brand-name drug.[170]

211.    Such steering tactics eliminate competition from the marketplace, ultimately harming consumers in terms of cost, service, and convenience. For example, the PBM Defendants

---

[169] *Id.* at 37–39 (citing Adam J. Fein, Drug Channels Inst., *The 2024 Economic Drug Report on U.S. Pharmacies and Pharmacy Benefit Managers* (Mar. 2024), at 24, https://drugchannelsinstitute.com/files/2024-PharmacyPBM-DCI-Overview.pdf).

[170] Claxton et al., *supra* note 18, at 158, 154.

71

often require consumers to utilize their specialty pharmacies for drugs administered in clinical settings, such as chemotherapy. In some instances, consumers are forced to obtain needed drugs from the PBM Defendants' specialty pharmacies and bring the drugs with them to receive treatment, a practice known as "brown bagging." Or, they may have to purchase their drug from the PBM Defendants' specialty pharmacies, and have it shipped to their doctors' offices, a practice known as "white bagging." The American Society of Clinical Oncology opposes "brown bagging," and has expressed concerns about "white bagging," because the practices remove doctors' ability to ensure the safe preparation and handling of drugs.[171]

212. According to a 2023 survey on PBM compensation, fees from specialty pharmacies have become a primary source of revenue for PBMs—accounting for an estimated 39% of their revenue.[172]

213. The FTC also found that the PBM Defendants are often reimbursing their own pharmacies significantly more than unaffiliated pharmacies for filling specialty medications.[173] The FTC compared gross reimbursement rates paid by the PBM Defendants with rates paid to unaffiliated pharmacies and to the NADAC. Defendants' affiliated pharmacies received reimbursements often roughly 20- to 40-times higher than NADAC.[174] For example, in 2022, the PBM Defendants reimbursed affiliated pharmacies for generic Zytiga (used to treat prostate cancer) more than $5,800 per month—25-times the $229 acquisition cost reflected by NADAC.[175] The FTC further found that the PBM Defendants marked up numerous specialty generic drugs by

---

[171] American Soc'y of Clinical Oncology, *"Brown Bagging" and "White Bagging" of Chemotherapy Drugs* (2021), www.asco.org/files/content-files/advocacy-and-policy/documents/2021-White-Brown-Bagging-Update.pdf.

[172] Percher, *supra* note 77, at 3.

[173] FTC PBM Report, *supra* note 143, at 40.

[174] *Id.*

[175] *Id.* at 41–42.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 6199208
Reviewer: J'Lyn D.

CR-PC-2025-02760 RD-DPAS meDocument Filed 06/27/25/01.25ge 83 of 242 PageID #: 1871

thousands of percent, and many others by hundreds of percent.[176] These high costs ultimately are passed on to consumers and health benefit plans.

214.     When an affiliated pharmacy is a consumer's only choice, that pharmacy has no incentive to provide competitive prices or better services. Consumers often experience frustration when dealing with affiliated specialty pharmacies—missed deliveries, medications that are spoiled through improper handling, etc.—that undermine their care and create health risks. Moreover, as noted above, consumers who have developed a trusted relationship with a community pharmacist can find that provider relationship disrupted when the PBM Defendants force them to switch pharmacies.

215.     The PBM Defendants' use of their enormous market power to force independent pharmacies to accept low reimbursement rates, including rates that are sometimes below pharmacies' acquisition costs—and then steer more profitable business to the PBM Defendants' own affiliated pharmacies—particularly for specialty drugs—negatively impacts independent pharmacies' ability to compete in the pharmacy market and provide services to consumers. This dysfunctional market has made independent pharmacies a dying industry. It also grants the PBM Defendants a monopoly in the specialty drug market, allowing the PBM Defendants to charge noncompetitive prices, which negatively impacts consumers.

216.     As a result of each and every unfair, deceptive, and anti-competitive act and practice described above, Defendants have obtained financial benefits from consumers, health benefit plans, and, in the case of the PBM Defendants, independent pharmacies that it would be inequitable and unjust for the PBM Defendants to retain.

---

[176] Staff of U.S. Federal Trade Comm'n, *Specialty Generic Drugs: A Growing Profit Center for Vertically Integrated Pharmacy Benefit Managers* (January 2025) at 9, https://www.ftc.gov/system/files/ftc_gov/pdf/PBM-6b-Second-Interim-Staff-Report.pdf.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5199298
Reviewer: Carol M.

Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Reviewer: J'Lyn D.

## CLAIMS FOR RELIEF

### COUNT ONE
### Violation of the Deceptive Trade Practices Act, R.I. Gen. Laws § 6-13.1-2
### Deceptive Acts and Practices
### (All Defendants)

217.    The State re-alleges and incorporates herein by reference each of the allegations contained in the preceding paragraphs.

218.    Section 6-13.1-2 prohibits deceptive acts or practices in the conduct of any trade or commerce.

219.    A deceptive act or practice is "(1) a representation, omission, or practice, that (2) is likely to mislead consumers acting reasonably under the circumstances, and (3) the representation, omission, or practice is material." *Long v. Dell, Inc.*, 93 A.3d 988, 1003 (R.I. 2014).

220.    A representation, omission, or practice is material if it "involves information that is important to consumers and, hence, likely to affect their choice of, or conduct regarding, a product." *Id.*

221.    "[E]xpress representations that are shown to be false are presumptively material." *Id.*

222.    Defendants engage in trade and commerce by administering prescription drug benefits for Rhode Island consumers.

223.    Since in or around 2012, if not earlier, the PBM Defendants have engaged in deceptive acts or practices in trade or commerce in violation of R.I. Gen. Laws § 6-13.1-2 by, among other things:

            a.    misrepresenting that the PBM Defendants function to lower the cost of prescription drugs, including through the use of rebates and other fees from manufacturers;

74

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5199208
Reviewer: J'Lyn D.

 b. representing that the PBM Defendants function to lower prescription drug costs, including through the use of rebates and other fees from manufacturers, while failing to disclose that, among other things:

  i. Defendants' practices artificially inflate WAC prices for brand-name prescription drugs;

  ii. a significant portion of WAC prices (*e.g.*, 30% or more) are attributable to rebates and other fees from manufacturers;

  iii. Defendants profit from rebates and other fees from manufacturers; and/or

  iv. the high WAC price/high rebate system Defendants engineered will result in a substantial number of consumers paying higher out-of-pocket costs;

 c. misrepresenting that the PBM Defendants design their formularies to maximize safety and effectiveness and minimize costs;

 d. representing that the PBM Defendants design their formularies to maximize safety and effectiveness and minimize costs while failing to disclose that:

  i. Defendants may receive more compensation from manufacturers by preferring or excluding certain drugs; and/or

  ii. even if Defendants cover or prefer drugs with the lowest net cost (*i.e.*, WAC prices minus rebates or other price concessions from manufacturers), those drugs may not result in the lowest out-of-pocket cost for consumers;

Case 1:25-cv-00355-MRD-PAS Document 1 Filed 06/27/25 Page 245 of 1762 PageID #: 1874

e. representing, directly or by implication, that the PBM Defendants operate in consumers' best interests while not disclosing Defendants' significant conflicts of interest, including the compensation Defendants receive from manufacturers and affiliated pharmacies;

f. representing that the PBM Defendants retain a specified percentage of rebates without disclosing that Defendants receive many other sources of compensation from manufacturers, including compensation that—like rebates—is based on a percentage of WAC prices;

g. engaging in rebate and formulary practices that artificially inflate the price of brand-name prescription drugs while representing that the PBM Defendants function to lower prescription drug prices;

h. preferring drugs on the PBM Defendants' formularies that are less effective, safe, and/or affordable than other drugs for their own financial benefit while representing the PBM Defendants design their formularies to maximize safety and effectiveness and minimize costs; and/or

i. engaging in self-dealing practices in negotiations with manufacturers and pharmacies that negatively impact consumers while representing the PBM Defendants are working for the benefit of consumers.

224. Since as early as 2019, the GPO Defendants have engaged in deceptive acts or practices in trade or commerce in violation of R.I. Gen. Laws § 6-13.1-2 by, among other things:

a. engaging in rebate and formulary practices that artificially inflate the price of brand-name prescription drugs at the behest of the PBM Defendants

while the PBM Defendants simultaneously represented that the PBM

Defendants function to lower prescription drug prices;

b.    preferring drugs on Defendants' formularies that are less effective, safe,

and/or affordable than other drugs for their own financial benefit at the

behest of the PBM Defendants while the PBM Defendants represented they

design their formularies to maximize safety and effectiveness and minimize

costs; and/or

c.    engaging in self-dealing practices in negotiations with manufacturers and

pharmacies that negatively impact consumers at the behest of the PBM

Defendants while the PBM Defendants represented that they are working

for the benefit of consumers.

225.    Upon information and belief, the State believes Defendants' conduct is ongoing.

226.    Defendants' misrepresentations, omissions, and practices were material and likely

to mislead consumers.

227.    Defendants' deceptive practices constitute multiple violations of R.I. Gen. Laws

§ 6-13.1-2.

## COUNT TWO
### Violation of the Deceptive Trade Practices Act, R.I. Gen. Laws § 6-13.1-2
### Unfair Acts and Practices
### (All Defendants)

228.    The State re-alleges and incorporates herein by reference each of the allegations

contained in the preceding paragraphs.

229.    Section 6-13.1-2 prohibits unfair acts or practices in trade or commerce.

230.    In determining whether an act or practice is unfair, the Rhode Island Supreme Court

held the following factors apply: "(1) Whether the practice, without necessarily having been

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5145935
Reviewer: J'Lyn D.

previously considered unlawful, offends public policy as it has been established by statutes, or otherwise—whether, in other words, it is within at least the penumbra of some common-law statutory, or other established concept of unfairness; (2) whether it is immoral, unethical, oppressive, or unscrupulous; and (3) whether it causes substantial injury to consumers (or competitors or other businessmen)." *Long*, 93 A.3d at 1000. An act or practice must not satisfy every factor to be unfair; it may be unfair because it meets one factor to a great degree or two or three factors to a lesser degree. *Id.* at 1001.

231.    Defendants engage in trade and commerce by administering prescription drug benefits for Rhode Island consumers.

232.    Since in or around 2012 for the PBM Defendants, if not earlier, and as early as 2019 for the GPO Defendants, Defendants have engaged in unfair acts or practices in trade or commerce in violation of R.I. Gen. Laws. § 6-13.1-2 by engaging in a scheme to artificially inflate WAC prices for brand-name prescription drugs to extract higher fees.

233.    Defendants' scheme to artificially inflate WAC prices for brand-name prescription drugs is unfair because it: (1) offends public policy (2) is immoral, unethical, oppressive, and unscrupulous, and (3) causes substantial injury to consumers and competitors.

234.    Upon information and belief, the State believes Defendants' conduct is ongoing.

## COUNT THREE
### Violation of the Deceptive Trade Practices Act, R.I. Gen. Laws § 6-13.1-2
### Unfair Methods of Competition
### (All Defendants)

235.    The State re-alleges and incorporates herein by reference each of the allegations contained in the preceding paragraphs.

236.    Section 6-13.1-2 prohibits unfair methods of competition in trade or commerce.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5195988
Reviewer: Carol M.

Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

237.    Defendants engage in trade and commerce by administering prescription drug benefits for Rhode Island consumers.

238.    Section 6-13.1-3 states: "It is the intent of the legislature that in construing §§ 6-13.1-1 and 6-13.1-2 due consideration and great weight shall be given to the interpretations of the Federal Trade Commission and the federal courts relating to § 5(a) of the Federal Trade Commission Act, 15 U.S.C. § 45(a)(1), as from time to time amended."

239.    According to the Federal Trade Commission, a method of competition is unfair if it goes beyond competition on the merits.[177] A method of competition is conduct undertaken by an actor in the marketplace—as opposed to merely a condition of the marketplace, not of the actor's making, such as high concentration or barriers to entry.[178] Competition on the merits (which is not unfair) may include, for example, superior products or services, superior business acumen, truthful marketing and advertising practices, investment in research and development that leads to innovative outputs, or attracting employees and workers through offering of better employment terms.[179]

240.    When evaluating whether conduct goes beyond competition on the merits there are two key criteria to consider. First, the conduct may be coercive, exploitative, collusive, abusive, deceptive, predatory, or involve the use of economic power of a similar nature. It may also be restrictive or exclusionary, depending on the circumstances. Second, the conduct must tend to negatively affect competitive conditions, including, for example, conduct that tends to foreclose

---

[177] *See* Federal Trade Commission, *Policy Statement Regarding the Scope of Unfair Methods of Competition Under Section 5 of the Federal Trade Commission Act*, at 8–9 (Nov. 10, 2022), https://www.ftc.gov/system/files/ftc_gov/pdf/P221202Section5PolicyStatement.pdf.
[178] *Id.* at 8.
[179] *Id.* at 8–9.

or impair the opportunities of market participants, reduce competition among rivals, limit choice, or otherwise harm consumers. These two principles are weighed according to a sliding scale.

241.    Examples of unfair competition include, but are not limited to: (1) a manufacturer's use of its economic power over its dealers to coerce them into buying tires, batteries, or accessories only from those who paid the manufacturer a commission, *FTC v. Texaco, Inc.*, 393 U.S. 223, 229–230 (1968); *Atlantic Refining Co. v. FTC*, 381 U.S. 357, 371 (1965); (2) offering special benefits to dealers who agreed to exclude competing product lines, *FTC v. Brown Shoe Co.*, 384 U.S. 316, 319–20 (1966); (3) scheming to control prices by cutting off supplies to those selling at a discount, *FTC v. Beech-Nut Packing Co.*, 257 U.S. 441, 455 (1922); (4) participating in collective action to eliminate price competition, *FTC v. National Lead Co.*, 352 U.S. 419, 429–30 (1957); *FTC v. Cement Institute*, 333 U.S. 683, 725–26 (1948); *Sugar Institute, Inc. v. United States*, 297 U.S. 553, 597–600 (1935); (5) marketing inferior goods to children through use of a gambling scheme, *FTC v. R.F. Keppel & Bro., Inc.*, 291 U.S. 304, 314 (1934); or (6) inducing use of exclusive dealing contracts that are restrictive in character, *FTC v. Motion Picture Advertising Service Co.*, 344 U.S. 392, 396–98 (1953).

### *Defendants' Formulary and Rebate Practices*

242.    Since in or around 2012 for the PBM Defendants, if not earlier, and as early as 2019 for the GPO Defendants, Defendants have engaged in unfair methods of competition when giving preferential treatment to drugs with the highest rebates when there are multiple drugs in a therapeutic class. This method of competition is unfair because it goes beyond competition on the merits.

243.    Defendants' conduct is coercive, exploitative, collusive, abusive, deceptive, predatory, restrictive, and exclusionary because they use their enormous market power to: (1)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted 2/27/2025 8:50 PM
Envelope: 5149905
Reviewer: J'Lyn D.

Filed in Providence/Bristol County Superior Court
Submitted 3/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

induce rival manufacturers to compete for formulary placement by prioritizing rebates over lower WAC prices or net prices or the safety or efficacy of their products; and (2) exploit and abuse vulnerable consumers by denying them access to certain medications, including more affordable medications, and force certain consumers to pay inflated cost-share payments.

244.     Defendants' conduct tends to negatively affect competitive conditions because: (1) it incentivizes drug manufacturers to compete for formulary placement by inflating WAC prices to counteract high rebates and other fees and deters drug manufacturers from lowering the artificially inflated WAC prices; (2) it stifles the ability of less expensive drugs to enter the market (*e.g.*, biosimilars); and (3) many consumers are forced to purchase drugs with high WAC prices and pay higher out-of-pocket costs based on the artificially inflated WAC prices.

### *PBM Defendants' Pharmacy-Related Practices*

245.     For at least the last five years, if not longer, the PBM Defendants have used their significant leverage to force independent pharmacies to accept unfair contract terms that materially disadvantage independent pharmacies and consumers. This includes the PBM Defendants forcing independent pharmacies to accept unfair reimbursement rates which are near or sometimes even below acquisition costs and steering mail order and specialty business, which is significantly more profitable, to the PBM Defendants' affiliated pharmacies. These methods of competition are unfair because they go beyond competition on the merits.

246.     The PBM Defendants' conduct is coercive, exploitative, collusive, abusive, deceptive, predatory, restrictive, and exclusionary because the PBM Defendants are taking advantage of their significant power in the PBM market to force their competitors in the pharmacy market to accept unfair contractual terms. The PBM Defendants' conduct also denies consumers free and fair access to the pharmacy of their choice.

Case 1:25-cv-00306-JJM-PAS   Document 1   Filed 06/27/25   Page 92 of 95 PageID #: 1880

247. The PBM Defendants' conduct tends to negatively affect competitive conditions because it: (1) disadvantages independent pharmacies by reimbursing them at or near acquisition cost for many drugs while systematically blocking them from business with higher profit margins, reducing their ability to provide services to consumers and compete in the pharmacy market; (2) significantly reduces and, in some instances, eliminates competition in the mail order and specialty pharmacy business by forcing consumers to use the PBM Defendants' affiliated pharmacies; and (3) drives up costs for consumers, particularly with respect to specialty drugs.

248. Upon information and belief, the State believes the PBM Defendants' conduct is ongoing.

## PRAYER FOR RELIEF

WHEREFORE, the State prays for judgment against Defendants as permitted by Rhode Island law, as follows:

A. An Order and Judgment against Defendants, and in favor of the State, for each violation alleged in this Complaint;

B. Declaration that Defendants' acts and practices alleged herein are unfair and deceptive and constitute unfair methods of competition in violation of R.I. Gen. Laws § 6-13.1-2;

C. An injunction pursuant to R.I. Gen. Laws § 6-13.1-5(a) permanently enjoining Defendants from engaging in unfair and deceptive acts and practices and unfair methods of competition;

D. Consumer restitution pursuant to R.I. Gen. Laws § 6-13.1-5(c) to Rhode Island consumers affected by Defendants' unlawful acts and practices;

E.  Civil penalties pursuant to R.I. Gen. Laws § 6-13.1-8 for each and every violation

alleged in this Complaint against Defendants;

F.  Disgorgement of Defendants' unjust enrichment, benefits, and ill-gotten gains,

plus interest, acquired as a result of the unlawful conduct alleged herein;

G.  Costs, filing fees, pre- and post-judgment interests, and attorneys' fees; and

H.  All other relief deemed just by this Court.

Dated: May 27, 2025    **STATE OF RHODE ISLAND,**

**PETER F. NERONHA**
**ATTORNEY GENERAL**

By Its Attorneys,

*/s/ Sarah W. Rice*
Sarah W. Rice (Bar No. 10588)
Assistant Attorney General
Dorothea R. Lindquist (Bar No. 6661)
Jordan Broadbent (Bar No. 10794)
Special Assistant Attorneys General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400
srice@riag.ri.gov
dlindquist@riag.ri.gov
jbroadbent@riag.ri.gov

Robert J. McConnell
Michael G. Rousseau
**MOTLEY RICE LLC**
48 Westminster St., 5th Floor
Providence, RI 02903
Tel. (401) 457-7700
Fax. (401) 457-7708
bmcconnell@motleyrice.com
mrousseau@motleyrice.com

Linda Singer
*Pro Hac Vice to be submitted*
Elizabeth Paige Boggs

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted 2/27/2025 8:52 PM
Filed in Providence/Bristol County Superior Court
Envelope: 5145935
Reviewed: 2/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

*Pro Hac Vice to be submitted*
Devin X. Williams
*Pro Hac Vice to be submitted*
**MOTLEY RICE LLC**
401 9th Street, NW, Suite 630
Washington, DC 20004
Tel. (202) 386-9626
Fax. (202) 386-9622
lsinger@motleyrice.com
pboggs@motleyrice.com
dwilliams@motleyrice.com

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 4:30 PM
Envelope: 5145935
Reviewer: J'Lyn D.



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## BUSINESS CALENDAR CASE OPENING SHEET

**Case Number:**

| **PLAINTIFF(S):** See attached | **DEFENDANT(S):** See attached |
|---|---|
| **Plaintiff's Counsel** (if more than one, supply information for each): Name: See attached Address: Telephone Number: Name: Address: Telephone Number: | **Defendant's Counsel** (if more than one, supply information for each): Name: See attached Address: Telephone Number: Name: Address: Telephone Number: |

**NATURE OF PROCEEDING** – Check the applicable case type under main categories listed below (check only one).

☐ Breach of contract or fiduciary duties, fraud, misrepresentation, business tort, or statutory violations.
☐ Transactions governed by the provisions of the Uniform Commercial Code.
☐ Complicated transactions involving commercial real property.
☐ Shareholder derivative actions.
☐ Commercial class actions.
☐ Commercial bank transactions.
☐ Matters affecting the internal affairs or governance of business organizations or entities.
☐ Business insolvencies and receiverships.
☑ Other (generally describe nature) Statutory action filed by Rhode Island Attorney General

_____

| | | |
|---|---|---|
| Have there been efforts at mediation? | ☐ Yes | ☑ No |
| Have there been efforts at arbitration? | ☐ Yes | ☑ No |
| Other dispute resolution mechanisms? | ☐ Yes | ☑ No |

Is this a case that may require a trial for resolution? ☑ Yes   If yes: ☑ Jury or ☐ Non-jury          ☐ No

If this is an existing case, what is the present status?
☐ Motion to Dismiss          ☐ Summary Judgment          ☐ Discovery          ☐ Awaiting assignment for trial

The undersigned requests assignment to the Business Calendar.

/s/ Michael Rousseau
Attorney for ☑ Plaintiff ☐ Defendant

Date: May 27, 2025          Rhode Island Bar Number 6940

The above case may be placed on the Business Calendar /s/_____
Associate Justice

Superior-28 (revised March 2023)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5194998
Reviewer: J'Lyn D.

## ATTACHMENT TO BUSINESS CALENDAR CASE OPENING SHEET

### Plaintiff

State of Rhode Island, by and through Peter F. Neronha, Attorney General

### Plaintiff's Counsel

Sarah W. Rice (Bar No. 10588)
Assistant Attorney General
Dorothea R. Lindquist (Bar No. 6661)
Jordan Broadbent (Bar No. 10794)
Special Assistant Attorneys General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400
srice@riag.ri.gov
dlindquist@riag.ri.gov
jbroadbent@riag.ri.gov

Robert J. McConnell
Michael G. Rousseau
**MOTLEY RICE LLC**
48 Westminster St., 5th Floor
Providence, RI 02903
Tel. (401) 457-7700
Fax. (401) 457-7708
bmcconnell@motleyrice.com
mrousseau@motleyrice.com

Linda Singer
*Pro Hac Vice to be submitted*
Elizabeth Paige Boggs
*Pro Hac Vice to be submitted*
Devin X. Williams
*Pro Hac Vice to be submitted*
**MOTLEY RICE LLC**
401 9th Street, NW, Suite 630
Washington, DC 20004
Tel. (202) 386-9626
Fax. (202) 386-9622
lsinger@motleyrice.com
pboggs@motleyrice.com
dwilliams@motleyrice.com

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:50 PM
Envelope: 5145935
Reviewer: Cathy M.

Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

## Defendants

CaremarkPCS Health, L.L.C.
Zinc Health Services, LLC
Express Scripts, Inc.
Ascent Health Services LLC
OptumRx, Inc.
Emisar Pharma Services LLC

## Defendants' Counsel

Defendants' counsel is unknown to Plaintiff at this time.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# EXHIBIT B

Case 1:25-cv-00066-WDA Document 1-4 Filed 06/27/25 Page 258 of 1762 PageID #: 1887

| SOLICITATION, OFFER AND AWARD | 1. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | RATING C-9 | PAGE 1 | OF PAGES 379 |
|---|---|---|---|---|

| 2. CONTRACT NUMBER HT940221C0007 | 3. SOLICITATION NUMBER HT940220R0002 | 4. TYPE OF SOLICITATION ☐ SEALED B D ( FB) ☒ NEGOTIATED (RFP) | 5. DATE ISSUED 07/13/2020 | 6. REQUISITION/PURCHASE NUMBER 21-PHAR-0028 |
|---|---|---|---|---|

**7. ISSUED BY** CODE HT9402

DEFENSE HEALTH AGENCY
DEFENSE HEALTH AGENCY AURORA
16401 E CENTRETECH PARKWAY
AURORA CO 80011

**8. ADDRESS OFFER TO (If other than Item 7)**

NOTE: In sealed bid solicitations "offer" and "offeror" mean "bid" and "bidder".

**SOLICITATION**

9. Sealed offers in original and    copies as listed in Amendment 6 Paragraph 6 table    copies for furnishing the supplies or services in the Schedule will be received at the place specified in Item 8, or if hand carried, in the depository located in    Mail Room. Defense Health Agency-Aurora- 16401 E Centretech Parkway, Aurora CO 80011    until    1200 MTN    local time    06/04/2021
                                                                                                                          (Hour)                              (Date)

CAUTION: LATE Submissions, Modifications, and Withdrawals: See Section L, Provision No. 52.214-7 or 52.215-1. All offers are subject to all terms and conditions contained in this solicitation.

| 10. FOR INFORMATION CALL | A. NAME Dwight Bonham | B. TELEPHONE (NO COLLECT CALLS) | | C. E-MAIL ADDRESS |
|---|---|---|---|---|
| | | AREA CODE 303 | NUMBER 676 3731 EXT | dwight.d.bonham.civ@mail.mil |

**11. TABLE OF CONTENTS**

| (X) | SEC. | DESCRIPTION | PAGE(S) | (X) | SEC. | DESCRIPTION | PAGE(S) |
|---|---|---|---|---|---|---|---|
| | | PART I - THE SCHEDULE | | | | PART II - CONTRACT CLAUSES | |
| X | A | SOLICITATION/CONTRACT FORM | 1 | X | I | CONTRACT CLAUSES | 156 |
| X | B | SUPPLIES OR SERVICES AND PRICES/COSTS | 2 | | | PART III - LIST OF DOCUMENTS, EXHIBITS AND OTHER ATTACH. | |
| X | C | DESCRIPTION/SPECS./WORK STATEMENT | 22 | X | J | LIST OF ATTACHMENTS | 171 |
| X | D | PACKAGING AND MARKING | 104 | | | PART IV - REPRESENTATIONS AND INSTRUCTIONS | |
| X | E | INSPECTION AND ACCEPTANCE | 105 | ☐ | K | REPRESENTATIONS, CERTIFICATIONS AND OTHER STATEMENTS OF OFFERORS | |
| X | F | DELIVERIES OR PERFORMANCE | 106 | | | | |
| X | G | CONTRACT ADMINISTRATION DATA | 111 | ☐ | L | INSTRS., CONDS., AND NOTICES TO OFFERORS | |
| X | H | SPECIAL CONTRACT REQUIREMENTS | 134 | ☐ | M | EVALUATION FACTORS FORAWARD | |

**OFFER (Must be fully completed by offeror)**

NOTE: Item 12 does not apply if the solicitation includes the provisions at 52.214-16, Minimum Bid Acceptance Period.

12. In compliance with the above, the undersigned agrees, if this offer is accepted within    calendar days (60 calendar days unless a different period is inserted
by the offeror) from the date for receipt of offers specified above, to furnish any or all items upon which prices are offered at the price set opposite each item, delivered at the
designated point(s), within the time specified in the schedule.

| 13. DISCOUNT FOR PROMPT PAYMENT (See Section I, Clause No. 52 232.8) | 10 CALENDAR DAYS (%) | 20 CALENDAR DAYS (%) | 30 CALENDAR DAYS (%) | CALENDAR DAYS (%) |
|---|---|---|---|---|

| 14. ACKNOWLEDGEMENT OF AMENDMENTS (The offeror acknowledges receipt of amendments to the SOLICITATION for offerors and related documents numbered and dated): | AMENDMENT NO. 0001-0005 | DATE 10/3/20 | AMENDMENT NO. 0006 | DATE 5/11/21 |
|---|---|---|---|---|

| 15A. NAME AND ADDRESS OF OFFEROR | CODE 1WPW1 | FACILITY | 16. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER (Type or print) |
|---|---|---|---|
| Express Scripts, Inc. 1 Express Way St. Louis, MO 63121 | | | Brad Phillips Senior Vice President, Financial Officer |

| 15B. TELEPHONE NUMBER | | | 15C. CHECK IF REMITTANCE ADDRESS IS DIFFERENT FROM ABOVE - ENTER SUCH ADDRESS IN SCHEDULE | 17. SIGNATURE Brad Phillips digitial signature | 18. OFFER DATE 8/3/21 |
|---|---|---|---|---|---|
| AREA CODE (b) (6) | NUMBER (b) (6) | EXT. | ☐ | | |

**AWARD (To be completed by government)**

| 19. ACCEPTED AS TO ITEMS NUMBERED | 20. AMOUNT $4,286,902,274.40 | 21. ACCOUNTING AND APPROPRIATION 9720200130.1889.102000 |
|---|---|---|

| 22. AUTHORITY FOR USING OTHER THAN FULL AND OPEN COMPETITION: ☐ 10 U.S.C. 2304 (c) (    )    ☐ 41 U.S.C. 253 (c) (    ) | 23. SUBMIT INVOICES TO ADDRESS SHOWN IN (4 copies unless otherwise specified) | ITEM |
|---|---|---|

| 24. ADMINISTERED BY (If other than Item 7) CODE HT9402 See Schedule G | 25. PAYMENT WILL BE MADE BY CODE HT9402 See Schedule G |
|---|---|

| 26. NAME OF CONTRACTING OFFICER (Type or print) Hilary Lewis    303 676 3812 HILARY.M.LEWIS.CIV@MAIL.MIL | 27. UNITED STATES OF AMERICA Hilary M Lewis Digitally signed by LEWIS.HILARY.MECKEL.140047358 Date: 2021.08.05 10:12:49 -06'00' (Signature of Contracting Officer) | 28. AWARD DATE 20210805 |
|---|---|---|

IMPORTANT - Award will be made on this Form, or on Standard Form 26, or by any other authorized official written notice.

AUTHORIZED FOR LOCAL REPRODUCTION
Previous edition is unusable

STANDARD FORM 33 (Rev. 9 97)
Prescribed by GSA - FAR (48 CFR) 53.214(c)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HT940221C0007 | Page 1 | of **15** |
|---|---|---|---|

**OFFEROR OR CONTRACTOR**
EXPRESS SCRIPTS INC

| Item No.<br>(A) | Supplies/Services<br>(B) | Quantity<br>(C) | Unit<br>(D) | Unit Price<br>(E) | | Amount<br>(F) |
|---|---|---|---|---|---|---|
| 0001 | Contract Transition-In,<br>TRICARE Pharmacy Services<br>Incrementally Funded Amount: $(b) (4) | 1 | LO | (b) (4) | | (b) (4) |
| 0002 | Government Directed Notifications,<br>Transition-In<br>Est Qty: 250,000 at Award<br>Incrementally Funded Amount: $(b) (4) | 250000 | EA | (b) (4) | | (b) (4) |
| 0003 | Contract Data Requirements List (CDRL)<br>Incrementally Funded Amount: $(b) (4) | 1 | LO | (b) (4) | | (b) (4) |
| 0004 | Combined PA and MN for MHS Genesis<br>Prescriptions<br>(FY22)<br>Obligated Amount: $(b) (4)<br>ACRN: AA | 1 | LO | (b) (4) | | (b) (4) |
| 0005 | Combined PA and MN for MHS Genesis<br>Prescriptions<br>(FY23)<br>Obligated Amount: $(b) (4) | 1 | LO | (b) (4) | | (b) (4) |
| 0006 | Implementation of Specialty Requirements<br>Ph I<br>Obligated Amount: $(b) (4)<br>ACRN: AC<br>Funded: $(b) (4) | 1 | LO | (b) (4) | | (b) (4) |
| 1001 | Retail Network Claims,<br>TRICARE Only-Eligible<br>Est Qty: 22833000 at Award | 22833000 | EA | (b) (4) | | (b) (4) |
| 100101 | DoD Funds<br>(FY23)<br>(Qty: 16,800,000 and Amt: $(b) (4)<br>ACRN: AC<br>Funded: $(b) (4) | | | | | |
| 1002 | Retail Network Claims,<br>Medicare Dual-Eligible<br>Est Qty: 26701000 at Award | 26701000 | EA | (b) (4) | | (b) (4) |
| 100201 | MERHCF Funds<br>(FY23)<br>(Qty:17400000 and Amt: $(b) (4)<br>ACRN: AD<br>Funded: $(b) (4) | | | | | |
| 1003 | Retail Specialty Network Claims<br>TRICARE Only-Eligible<br>Est Qty: 332332 at Award | 332332 | EA | (b) (4) | | (b) (4) |
| 100301 | DoD Funds<br>(FY23)<br>(Qty:146000 and Amt: $(b) (4) | | | | | |

Continued...                                                                                     Through P00012

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

1:25-cv-00060-MRD-PAS Document 1-2 Filed 05/27/25 Page 4 Page 260 of 1762 PageID #: 1889

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HT940221C0007 | | | | Page 2 | | of **15** |
|---|---|---|---|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No. (A) | Supplies/Services (B) | Quantity (C) | Unit (D) | Unit Price (E) | | Amount (F) |
|---|---|---|---|---|---|---|
| | ACRN: AC<br>Funded: $ (b) (4) | | | | | |
| 1004 | Retail Specialty Network Claims<br>Medicare Dual-Eligible<br>Est Qty: 493807 at Award | 493807 | EA | (b) (4) | | (b) (4) |
| 100401 | MERHCF Funds<br>(FY23)<br>(Qty:232000 and Amt: $ (b) (4)<br>ACRN: AD<br>Funded: $ (b) (4) | | | | | |
| 1005 | MTF Prescriptions, Adjudication Services<br>Est Qty: 56428500 at Award | 56428500 | EA | (b) (4) | | (b) (4) |
| 100501 | DoD Funds<br>(FY23)<br>(Qty:28000000 and Amt: $ (b) (4)<br>ACRN: AC<br>Funded: $ (b) (4) | | | | | |
| 100502 | MERHCF Funds<br>(FY23)<br>(Qty:8000000 and Amt: $ (b) (4)<br>ACRN: AD<br>Funded: $ (b) (4) | | | | | |
| 1006 | Mail Order Pharmacy, Prescription Fill<br>TRICARE Only-Eligible<br>Est Qty: 4616500 at Award | 4616500 | EA | (b) (4) | | (b) (4) |
| 100601 | DoD Funds<br>(FY23)<br>(Qty:3400000 and Amt: $ (b) (4)<br>ACRN: AC<br>Funded: $ (b) (4) | | | | | |
| 1007 | Mail Order Pharmacy, Prescription Fill<br>Medicare Dual-Eligible<br>Est Qty: 19418000 at Award | 19418000 | EA | (b) (4) | | (b) (4) |
| 100701 | MERHCF Funds<br>(FY23)<br>(Qty:12300000 and Amt: $ (b) (4)<br>ACRN: AD<br>Funded: $ (b) (4) | | | | | |
| 1008 | Mail Order Unreplenished Agents<br>Incrementally Funded Amount:<br>$ (b) (4)<br>ACRN: AC<br>Funded: $ (b) (4) | 1 | LO | (b) (4) | | (b) (4) |
| 1009 | Market Priced Pharmaceutical Program -<br>MPPP | 240 | EA | (b) (4) | | (b) (4) |

Continued...                                                                 Through P00012

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HT940221C0007 | | Page 3 | of **15** |
|---|---|---|---|---|

| OFFEROR OR CONTRACTOR | | | | |
|---|---|---|---|---|
| EXPRESS SCRIPTS INC | | | | |

| Item No. (A) | Supplies/Services (B) | Quantity (C) | Unit (D) | Unit Price (E) | Amount (F) |
|---|---|---|---|---|---|
| | Administrative Fee Est Qty: 240 at Award Obligated Amount: $ (b) (4) | | | | |
| 1010 | Market Priced Pharmaceutical Program - MPPP Sustainment Offer Drugs (Option Line Item) Obligated Amount: $ (b) (4) | 1 | LO | (b) (4) | (b) (4) |
| 1011 | Clinical Reviews (PA & MN) TRICARE Only Eligible Est Qty: 276800 at Award Obligated Amount: $ (b) (4) | 276800 | EA | (b) (4) | (b) (4) |
| 101101 | DoD Funds (FY23) (Qty:238000 and Amt: $ (b) (4) ACRN: AC Funded: $ (b) (4) | | | | |
| 1012 | Clinical Reviews (PA & MN) Medicare Dual-Eligible Est Qty: 322700 at Award | 322700 | EA | (b) (4) | (b) (4) |
| 101201 | MERHCF Funds (FY23) (Qty:216000 and Amt: $ (b) (4) ACRN: AD Funded: $ (b) (4) | | | | |
| 1013 | TRICARE Pharmacy Svcs, Administrative Support | 40595652 | EA | (b) (4) | (b) (4) |
| 101301 | DoD Funds (FY23) (Qty:16524063 and Amt: $ (b) (4) ACRN: AC Funded: $ (b) (4) | | | | |
| 101302 | MERHCF Funds (FY23) (Qty:13922676 and Amt: $ (b) (4) ACRN: AD Funded: $ (b) (4) | | | | |
| 1014 | Contract Data Requirements List (CDRL) Incrementally Funded Amount: $ (b) (4) ACRN: AC Funded: $ (b) (4) | 1 | LO | (b) (4) | (b) (4) |
| 1015 | Retail Network Cost Control Incentive Obligated Amount: $ (b) (4) | 1 | LO | (b) (4) | (b) (4) |
| 1016 | Specialty Network Cost Control Incentive | 1 | LO | (b) (4) | (b) (4) |

Continued...                                                                 Through P00012

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HT940221C0007 | Page 4 | of **15** |
|---|---|---|---|

| OFFEROR OR CONTRACTOR | | | |
|---|---|---|---|
| EXPRESS SCRIPTS INC | | | |

| Item No.<br>(A) | Supplies/Services<br>(B) | Quantity<br>(C) | Unit<br>(D) | Unit Price<br>(E) | | Amount<br>(F) |
|---|---|---|---|---|---|---|
| | Obligated Amount: $0.00 | | | | | |
| 1017 | Market Price Pharmaceutical Program - MPPP<br>Cost Control Incentive<br>(Option Line Item)<br>Obligated Amount: $ (b) (4) | 1 | LO | (b) (4) | | (b) (4) |
| 1018 | Award Fee Incentive, OP1<br>(Option Line Item)<br>(Not Separately Priced) | | | | | |
| 1018AA | Award Fee, 1st Six Months, OP1<br>$ (b) (4) is the Max Award Fee Amount<br>Incrementally Funded Amount:<br>$ (b) (4)<br>ACRN: AC<br>Funded: $ (b) (4) | 1 | LO | (b) (4) | | (b) (4) |
| 1018AB | Award Fee, 2nd Six Months, OP1<br>$ (b) (4) is the Max Award Fee Amount<br>Obligated Amount: $ (b) (4)<br>ACRN: AC<br>Funded: $ (b) (4) | 1 | LO | (b) (4) | | (b) (4) |
| 1019 | Contract Transition-Out, Non-Incumbent<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 1020 | Contract Transition-Out, Incumbent<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 1023 | Implementation Changes OP1<br>(Not Separately Priced) | | | | | |
| 1023AA | Loading PA and/or MN in Suoport of Final GENESIS<br>Waves (FY23)<br>Obligated Amount: $ (b) (4)<br>ACRN: AC<br>Funded: $ (b) (4) | 4 | EA | (b) (4) | | (b) (4) |
| 1023AB | Loading PA and/or MN in Support of Final GENSIS<br>Waves (FY24)<br>Obligated Amount: $ (b) (4) | 1 | EA | (b) (4) | | (b) (4) |
| 1024 | Mail Order Pharmacy, Specialty Clinical Svcs<br>TRICARE Only Eligible | 74000 | EA | (b) (4) | | (b) (4) |
| 102401 | DoD Funds<br>(FY23)<br>(Qty:52600 and Amt: $ (b) (4)<br>ACRN: AC<br>Funded: $ (b) (4) | | | | | |

Continued...                                                                                           Through P00012

Case 1:25-cv-00304-MRL Document 1-2 Filed 06/27/25 Page 263 of 1762 PageID #: 1892

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HT940221C0007 | | | Page 5 | of **15** |
|---|---|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No. (A) | Supplies/Services (B) | Quantity (C) | Unit (D) | Unit Price (E) | | Amount (F) |
|---|---|---|---|---|---|---|
| 1025 | Mail Order Pharmacy, Specialty Clinical Svcs Medicare Dual Eligible | 221728 | EA | (b) (4) | | (b) (4) |
| 102501 | MERHCF Funds (FY23) (Qty:56000 and Amt: $ (b) (4) ACRN: AD Funded: $ (b) (4) | | | | | |
| 2001 | Retail Network Claims, TRICARE Only Eligible Est Qty: 19418000 at Award (Option Line Item) | 22831500 | EA | (b) (4) | | (b) (4) |
| 2002 | Retail Network Claims, Medicare Dual-Eligible Est Qty: 27360000 at Award (Option Line Item) | 27360000 | EA | (b) (4) | | (b) (4) |
| 2003 | Retail Specialty Network Claims TRICARE Only Eligible Est Qty: 360375 at Award (Option Line Item) | 360375 | EA | (b) (4) | | (b) (4) |
| 2004 | Retail Specialty Network Claims Medicare Dual-Eligible Est Qty: 535508 at Award (Option Line Item) | 535508 | EA | (b) (4) | | (b) (4) |
| 2005 | MTF Prescriptions, Adjudication Services Est Qty: 56428500 at Award (Option Line Item) | 56428500 | EA | (b) (4) | | (b) (4) |
| 2006 | Mail Order Pharmacy, Prescription Fill TRICARE Only Eligible Est Qty: 4628000 at Award (Option Line Item) | 4628000 | EA | (b) (4) | | (b) (4) |
| 2007 | Mail Order Pharmacy, Prescription Fill Medicare Dual-Eligible Est Qty: 19799000 at Award (Option Line Item) | 19799000 | EA | (b) (4) | | (b) (4) |
| 2008 | Mail Order Unreplenished Agents (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 2009 | Market Priced Pharmaceutical Program - MPPP Administrative Fee Est Qty: 240 at Award (Option Line Item) | 240 | EA | (b) (4) | | (b) (4) |
| 2010 | Market Priced Pharmaceutical Program - MPPP Sustainment Offer Drugs | 1 | LO | (b) (4) | | (b) (4) |

Continued...                                                                 Through P00012

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HT940221C0007 | Page 6 | of **15** |
|---|---|---|---|

**OFFEROR OR CONTRACTOR**
**EXPRESS SCRIPTS INC**

| Item No.<br>(A) | Supplies/Services<br>(B) | Quantity<br>(C) | Unit<br>(D) | Unit Price<br>(E) | Amount<br>(F) |
|---|---|---|---|---|---|
| | (Option Line Item) | | | | |
| 2011 | Clinical Reviews (PA & MN)<br>TRICARE Only Eligible<br>Est Qty: 304500 at Award<br>(Option Line Item) | 304500 | EA | (b) (4) | (b) (4) |
| 2012 | Clinical Reviews (PA & MN)<br>Medicare Dual-Eligible<br>Est Qty: 355000 at Award<br>(Option Line Item) | 355000 | EA | (b) (4) | (b) (4) |
| 2013 | TRICARE Pharmacy Svcs, Administrative<br>Support<br>(Option Line Item) | 43380000 | EA | (b) (4) | (b) (4) |
| 2014 | Contract Data Requirements List (CDRL)<br>(Option Line Item) | 1 | LO | (b) (4) | (b) (4) |
| 2015 | Retail Network Cost Control Incentive<br>(Option Line Item) | 1 | LO | (b) (4) | (b) (4) |
| 2016 | Specialty Network Cost Control Incentive<br>(Option Line Item) | 1 | LO | (b) (4) | (b) (4) |
| 2017 | Market Price Pharmaceutical Program -<br>MPPP<br>Cost Control Incentive<br>(Option Line Item) | 1 | LO | (b) (4) | (b) (4) |
| 2018 | Award Fee Incentive, OP2 | | | | |
| 2018AA | Award Fee, 1st Six Months, OP2<br>$ (b) (4) is the Max Award Fee Amount<br>(Option Line Item) | 1 | LO | (b) (4) | (b) (4) |
| 2018AB | Award Fee, 2nd Six Months, OP2<br>$ (b) (4) is the Max Award Fee Amount<br>(Option Line Item) | 302000 | LO | (b) (4) | (b) (4) |
| 2019 | Contract Transition-Out, Non-Incumbent<br>(Option Line Item) | 1 | LO | (b) (4) | (b) (4) |
| 2020 | Contract Transition-Out, Incumbent<br>(Option Line Item) | 1 | LO | (b) (4) | (b) (4) |
| 3001 | Retail Network Claims,<br>TRICARE Only Eligible<br>Est Qty: 22850500 at Award<br>(Option Line Item) | 22850500 | EA | (b) (4) | (b) (4) |
| 3002 | Retail Network Claims,<br>Medicare Dual-Eligible<br>Est Qty: 28035000 at Award<br>(Option Line Item) | 28035000 | EA | (b) (4) | (b) (4) |

Continued...                                                            Through P00012

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HT940221C0007 | Page 7 | of **15** |
|---|---|---|---|

**OFFEROR OR CONTRACTOR**
**EXPRESS SCRIPTS INC**

| Item No.<br>(A) | Supplies/Services<br>(B) | Quantity<br>(C) | Unit<br>(D) | Unit Price<br>(E) | | Amount<br>(F) |
|---|---|---|---|---|---|---|
| 3003 | Retail Specialty Network Claims<br>TRICARE Only Eligible<br>Est Qty: 392362 at Award<br>(Option Line Item) | 392362 | EA | (b) (4) | | (b) (4) |
| 3004 | Retail Specialty Network Claims<br>Medicare Dual-Eligible<br>Est Qty: 583077 at Award<br>(Option Line Item) | 583077 | EA | (b) (4) | | (b) (4) |
| 3005 | MTF Prescriptions, Adjudication Services<br>Est Qty: 56428500 at Award | 56428500 | EA | (b) (4) | | (b) (4) |
| 3006 | Mail Order Pharmacy, Prescription Fill<br>TRICARE Only Eligible<br>Est Qty: 4699000 at Award<br>(Option Line Item) | 4699000 | EA | (b) (4) | | (b) (4) |
| 3007 | Mail Order Pharmacy, Prescription Fill<br>Medicare Dual-Eligible<br>Est Qty: 20406000 at Award<br>(Option Line Item) | 20406000 | EA | (b) (4) | | (b) (4) |
| 3008 | Mail Order Unreplenished Agents<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 3009 | Market Priced Pharmaceutical Program -<br>MPPP<br>Administrative Fee<br>Est Qty: 240 at Award<br>(Option Line Item) | 240 | EA | (b) (4) | | (b) (4) |
| 3010 | Market Priced Pharmaceutical Program -<br>MPPP<br>Sustainment Offer Drugs<br>(Option Line Item) | 1 | EA | (b) (4) | | (b) (4) |
| 3011 | Clinical Reviews (PA & MN)<br>TRICARE Only Eligible<br>Est Qty: 335000 at Award<br>(Option Line Item) | 335000 | EA | (b) (4) | | (b) (4) |
| 3012 | Clinical Reviews (PA & MN)<br>Medicare Dual-Eligible<br>Est Qty: 390500 at Award<br>(Option Line Item) | 390500 | EA | (b) (4) | | (b) (4) |
| 3013 | TRICARE Pharmacy Svcs, Administrative<br>Support<br>Est Qty: 43608000 at Award<br>(Option Line Item) | 43608000 | EA | (b) (4) | | (b) (4) |
| 3014 | Contract Data Requirements List (CDRL)<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |

Continued... Through P00012

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HT940221C0007 | | | Page 8 | of 15 |
|---|---|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No. (A) | Supplies/Services (B) | Quantity (C) | Unit (D) | Unit Price (E) | | Amount (F) |
|---|---|---|---|---|---|---|
| 3015 | Retail Network Cost Control Incentive (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 3016 | Specialty Network Cost Control Incentive (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 3017 | Market Price Pharmaceutical Program - MPPP Cost Control Incentive (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 3018 | Award Fee Incentive, OP3 (Option Line Item) (Not Separately Priced) | | | | | |
| 3018AA | Award Fee, 1st Six Months, OP3 $(b) (4) is the Max Award Fee Amount (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 3018AB | Award Fee, 2nd Six Months, OP3 $(b) (4) is the Max Award Fee Amount (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 3019 | Contract Transition-Out, Non-Incumbent (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 3020 | Contract Transition-Out, Incumbent (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 4001 | Retail Network Claims, TRICARE Only Eligible Est Qty: 22890000 at Award (Option Line Item) | 22890000 | EA | (b) (4) | | (b) (4) |
| 4002 | Retail Network Claims, Medicare Dual-Eligible Est Qty: 28723000 at Award (Option Line Item) | 28723000 | EA | (b) (4) | | (b) (4) |
| 4003 | Retail Specialty Network Claims TRICARE Only Eligible Est Qty: 428561 at Award (Option Line Item) | 428561 | EA | (b) (4) | | (b) (4) |
| 4004 | Retail Specialty Network Claims Medicare Dual-Eligible Est Qty: 636910 at Award (Option Line Item) | 636910 | EA | (b) (4) | | (b) (4) |
| 4005 | MTF Prescriptions, Adjudication Services Est Qty: 56428500 at Award (Option Line Item) | 56428500 | EA | (b) (4) | | (b) (4) |
| 4006 | Mail Order Pharmacy, Prescription Fill TRICARE Only Eligible | 4826000 | EA | (b) (4) | | (b) (4) |

Continued...                                                                 Through P00012

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HT940221C0007 | Page 9 | of **15** |
|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No. (A) | Supplies/Services (B) | Quantity (C) | Unit (D) | Unit Price (E) | | Amount (F) |
|---|---|---|---|---|---|---|
| | Est Qty: 4826000 at Award (Option Line Item) | | | | | |
| 4007 | Mail Order Pharmacy, Prescription Fill Medicare Dual-Eligible Est Qty: 21234000 at Award (Option Line Item) | 21234000 | EA | (b) (4) | | (b) (4) |
| 4008 | Mail Order Unreplenished Agents (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 4009 | Market Priced Pharmaceutical Program - MPPP Administrative Fee Est Qty: 240 at Award (Option Line Item) | 240 | EA | (b) (4) | | (b) (4) |
| 4010 | Market Priced Pharmaceutical Program - MPPP Sustainment Offer Drugs (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 4011 | Clinical Reviews (PA & MN) TRICARE Only Eligible Type: Requirements Est Qty 368500 at Award (Option Line Item) | 368500 | EA | (b) (4) | | (b) (4) |
| 4012 | Clinical Reviews (PA & MN) Medicare Dual-Eligible Est Qty: 429500 at Award (Option Line Item) | 429500 | EA | (b) (4) | | (b) (4) |
| 4013 | TRICARE Pharmacy Svcs, Administrative Support (Option Line Item) | 43836000 | EA | (b) (4) | | (b) (4) |
| 4014 | Contract Data Requirements List (CDRL) (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 4015 | Retail Network Cost Control Incentive (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 4016 | Specialty Network Cost Control Incentive (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 4017 | Market Price Pharmaceutical Program - MPPP Cost Control Incentive (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 4018 | Award Fee Incentive, OP4 (Option Line Item) (Not Separately Priced) | | | | | |
| 4018AA | Award Fee, 1st Six Months, OP4 | 1 | LO | (b) (4) | | (b) (4) |

Continued...                                          Through P00012

Case 1:25-cv-00066-MRD-AES Document 12 Filed 07/27/01/25 Page 1 Pa4e 268 Page762 #: 180D #: 1897

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HT940221C0007 | | | | | Page 10 | of **15** |
|---|---|---|---|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No. (A) | Supplies/Services (B) | Quantity (C) | Unit (D) | Unit Price (E) | | Amount (F) |
|---|---|---|---|---|---|---|
| | $ (b) (4) is the Max Award Fee Amount (Not Separately Priced) (Option Line Item) | | | | | |
| 4018AB | Award Fee, 2nd Six Months, OP4 $ (b) (4) is the Max Award Fee Amount (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 4019 | Contract Transition-Out, Non-Incumbent (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 4020 | Contract Transition-Out, Incumbent (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5001 | Retail Network Claims, TRICARE Only Eligible Est Qty: 22950500 at Award (Option Line Item) | 22950500 | EA | (b) (4) | | (b) (4) |
| 5002 | Retail Network Claims, Medicare Dual-Eligible Est Qty: 29427000 at Award (Option Line Item) | 29427000 | EA | (b) (4) | | (b) (4) |
| 5003 | Retail Specialty Network Claims TRICARE Only Eligible Est Qty: 469211 at Award (Option Line Item) | 469211 | EA | (b) (4) | | (b) (4) |
| 5004 | Retail Specialty Network Claims Medicare Dual-Eligible Est Qty: 697267 at Award (Option Line Item) | 697267 | EA | (b) (4) | | (b) (4) |
| 5005 | MTF Prescriptions, Adjudication Services Est Qty: 56428500 at Award (Option Line Item) | 56428500 | EA | (b) (4) | | (b) (4) |
| 5006 | Mail Order Pharmacy, Prescription Fill TRICARE Only Eligible Est Qty: 5006000 at Award (Option Line Item) | 5006000 | EA | (b) (4) | | (b) (4) |
| 5007 | Mail Order Pharmacy, Prescription Fill Medicare Dual-Eligible Type: Requirements Est Qty: 22280000 at Award (Option Line Item) | 22280000 | EA | (b) (4) | | (b) (4) |
| 5008 | Mail Order Unreplenished Agents (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5009 | Market Priced Pharmaceutical Program - MPPP Administrative Fee Est Qty: 240 at Award | 240 | EA | (b) (4) | | (b) (4) |

Continued...                                                                 Through P00012

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HT940221C0007 | Page 11 | of **15** |
|---|---|---|---|

| OFFEROR OR CONTRACTOR |
|---|
| EXPRESS SCRIPTS INC |

| Item No. (A) | Supplies/Services (B) | Quantity (C) | Unit (D) | Unit Price (E) | | Amount (F) |
|---|---|---|---|---|---|---|
| | (Option Line Item) | | | | | |
| 5010 | Market Priced Pharmaceutical Program - MPPP Sustainment Offer Drugs Type: Requirements (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5011 | Clinical Reviews (PA & MN) TRICARE Only Eligible Est Qty: 405300 at Award (Option Line Item) | 405300 | EA | (b) (4) | | (b) (4) |
| 5012 | Clinical Reviews (PA & MN) Medicare Dual-Eligible Est Qty: 472500 at Award | 472500 | EA | (b) (4) | | (b) (4) |
| 5013 | TRICARE Pharmacy Svcs, Administrative Support (Option Line Item) | 43944000 | EA | (b) (4) | | (b) (4) |
| 5014 | Contract Data Requirements List (CDRL) (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5015 | Retail Network Cost Control Incentive (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5016 | Specialty Network Cost Control Incentive (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5017 | Market Price Pharmaceutical Program - MPPP Cost Control Incentive (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5018 | Award Fee Incentive, OP5 (Option Line Item) (Not Separately Priced) | | | | | |
| 5018AA | Award Fee, 1st Six Months, OP5 $ (b) (4) is the Max Award Fee Amount (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5018AB | Award Fee, 2nd Six Months, OP5 $ (b) (4) is the Max Award Fee Amount (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5019 | Contract Transition-Out, Non-Incumbent (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 5020 | Contract Transition-Out, Incumbent (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6001 | Retail Network Claims, TRICARE Only Eligible Est Qty: 23032000 at Award | 23032000 | EA | (b) (4) | | (b) (4) |

Continued...                                                                 Through P00012

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED HT940221C0007 | | | Page 12 | of **15** |
|---|---|---|---|---|---|

OFFEROR OR CONTRACTOR
EXPRESS SCRIPTS INC

| Item No. (A) | Supplies/Services (B) | Quantity (C) | Unit (D) | Unit Price (E) | | Amount (F) |
|---|---|---|---|---|---|---|
| | (Option Line Item) | | | | | |
| 6002 | Retail Network Claims, Medicare Dual-Eligible Est Qty: 30146500 at Award (Option Line Item) | 30146500 | EA | (b) (4) | | (b) (4) |
| 6003 | Retail Specialty Network Claims TRICARE Only Eligible Est Qty: 514469 at Award (Option Line Item) | 514469 | EA | (b) (4) | | (b) (4) |
| 6004 | Retail Specialty Network Claims Medicare Dual-Eligible Est Qty: 764690 at Award (Option Line Item) | 764690 | EA | (b) (4) | | (b) (4) |
| 6005 | MTF Prescriptions, Adjudication Services Est Qty: 56428500 at Award (Option Line Item) | 56428500 | EA | (b) (4) | | (b) (4) |
| 6006 | Mail Order Pharmacy, Prescription Fill TRICARE Only-Eligible Est Qty: 5237500 at Award (Option Line Item) | 5237500 | EA | (b) (4) | | (b) (4) |
| 6007 | Mail Order Pharmacy, Prescription Fill Medicare Dual-Eligible Est Qty: 23539000 at Award (Option Line Item) | 23539000 | EA | (b) (4) | | (b) (4) |
| 6008 | Mail Order Unreplenished Agents (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6009 | Market Priced Pharmaceutical Program - MPPP Administrative Fee Est Qty: 240 at Award (Option Line Item) | 240 | EA | (b) (4) | | (b) (4) |
| 6010 | Market Priced Pharmaceutical Program - MPPP Sustainment Offer Drugs (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6011 | Clinical Reviews (PA & MN) TRICARE Only Eligible Est Qty: 445900 at Award (Option Line Item) | 445900 | EA | (b) (4) | | (b) (4) |
| 6012 | Clinical Reviews (PA & MN) Medicare Dual-Eligible Est Qty: 519700 at Award (Option Line Item) | 519700 | EA | (b) (4) | | (b) (4) |

Continued...                                                                 Through P00012

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED  HT940221C0007 | Page 13 | of **15** |
|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No. (A) | Supplies/Services (B) | Quantity (C) | Unit (D) | Unit Price (E) | | Amount (F) |
|---|---|---|---|---|---|---|
| 6013 | TRICARE Pharmacy Svcs, Administrative Support (Option Line Item) | 44052000 | EA | (b) (4) | | (b) (4) |
| 6014 | Contract Data Requirements List (CDRL) (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6015 | Retail Network Cost Control Incentive (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6016 | Specialty Network Cost Control Incentive (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6017 | Market Price Pharmaceutical Program - MPPP Cost Control Incentive (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6018 | Award Fee Incentive, OP6 (Option Line Item) (Not Separately Priced) | | | | | |
| 6018AA | Award Fee, 1st Six Months, OP6 $5,000,000 is the Max Award Fee Amount (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6018AB | Award Fee, 2nd Six Months, OP6 $5,000,000 is the Max Award Fee Amount (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6019 | Contract Transition-Out, Non-Incumbent (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 6020 | Contract Transition-Out, Incumbent (Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 7001 | Retail Network Claims, TRICARE Only Eligible Est Qty: 22830500 at Award (Option Line Item) | 22830500 | EA | (b) (4) | | (b) (4) |
| 7002 | Retail Network Claims, Medicare Dual-Eligible Est Qty: 30416000 at Award (Option Line Item) | 30416000 | EA | (b) (4) | | (b) (4) |
| 7003 | Retail Specialty Network Claims TRICARE Only Eligible Est Qty: 564706 at Award (Option Line Item) | 564706 | EA | (b) (4) | | (b) (4) |
| 7004 | Retail Specialty Network Claims Medicare Dual-Eligible Est Qty: 839428 at Award (Option Line Item) | 839428 | EA | (b) (4) | | (b) (4) |

Continued...

Through P00012

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTINUATION SHEET | REFERENCE NO. OF DOCUMENT BEING CONTINUED<br>HT940221C0007 | Page 14 | of **15** |
|---|---|---|---|

| OFFEROR OR CONTRACTOR<br>EXPRESS SCRIPTS INC | | | |

| Item No.<br>(A) | Supplies/Services<br>(B) | Quantity<br>(C) | Unit<br>(D) | Unit Price<br>(E) | | Amount<br>(F) |
|---|---|---|---|---|---|---|
| 7005 | MTF Prescriptions, Adjudication Services<br>Est Qty: 56428500 at Award<br>(Option Line Item) | 56428500 | EA | (b) (4) | | (b) (4) |
| 7006 | Mail Order Pharmacy, Prescription Fill<br>TRICARE Only Eligible<br>Est Qty: 5458000 at Award<br>(Option Line Item) | 5458000 | EA | (b) (4) | | (b) (4) |
| 7007 | Mail Order Pharmacy, Prescription Fill<br>Medicare Dual-Eligible<br>Est Qty: 24788500 at Award<br>(Option Line Item) | 24788500 | EA | (b) (4) | | (b) (4) |
| 7008 | Mail Order Unreplenished Agents<br>(Option Line Item) | 1 | EA | (b) (4) | | (b) (4) |
| 7009 | Market Priced Pharmaceutical Program -<br>MPPP<br>Administrative Fee<br>Est Qty: 240 at Award<br>(Option Line Item) | 240 | EA | (b) (4) | | (b) (4) |
| 7010 | Market Priced Pharmaceutical Program -<br>MPPP<br>Sustainment Offer Drugs<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 7011 | Clinical Reviews (PA & MN)<br>TRICARE Only Eligible<br>Est Qty: 490400 at Award<br>(Option Line Item) | 490400 | EA | (b) (4) | | (b) (4) |
| 7012 | Clinical Reviews (PA & MN)<br>Medicare Dual-Eligible<br>Est Qty: 571700 at Award<br>(Option Line Item) | 571700 | EA | (b) (4) | | (b) (4) |
| 7013 | TRICARE Pharmacy Svcs, Administrative<br>Support<br>(Option Line Item) | 44064000 | EA | (b) (4) | | (b) (4) |
| 7014 | Contract Data Requirements List (CDRL)<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 7015 | Retail Network Cost Control Incentive<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 7016 | Specialty Network Cost Control Incentive<br>(Option Line Item) | 1 | LO | (b) (4) | | (b) (4) |
| 7017 | Market Price Pharmaceutical Program -<br>MPPP<br>Cost Control Incentive | 1 | LO | (b) (4) | | (b) (4) |
| 7018 | Award Fee Incentive, OP7 | | | | | |

Continued...                                                                 Through P00012

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| **CONTINUATION SHEET** | REFERENCE NO. OF DOCUMENT BEING CONTINUED HT940221C0007 | Page 15 | of **15** |
|---|---|---|---|

OFFEROR OR CONTRACTOR
**EXPRESS SCRIPTS INC**

| Item No. (A) | Supplies/Services (B) | Quantity (C) | Unit (D) | Unit Price (E) | | Amount (F) |
|---|---|---|---|---|---|---|
| | (Option Line Item) (Not Separately Priced) | | | | | |
| 7018AA | Award Fee, 1st Six Months, OP7 $██(b) (4)██ is the Max Award Fee Amount (Option Line Item) | 1 | LO | ██(b) (4)██ | | ██(b) (4)██ |
| 7018AB | Award Fee, 2nd Six Months, OP7 $██(b) (4)██ is the Max Award Fee Amount (Option Line Item) | 1 | LO | ██(b) (4)██ | | ██(b) (4)██ |
| 7019 | Contract Transition-Out, Non-Incumbent (Option Line Item) | 1 | LO | ██(b) (4)██ | | ██(b) (4)██ |
| 7020 | Contract Transition-Out, Incumbent (Option Line Item) | 1 | LO | ██(b) (4)██ | | ██(b) (4)██ |

Accounting Summary
AA 9720200130.1889.102000 $0.00

Through P00012

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION C**
**STATEMENT OF WORK**

## C.1. Program Description

TRICARE is the Department of Defense (DoD) health care program administered by the Defense Health Agency (DHA) by means of the Military Health System (MHS) for approximately 9.5 million active duty and retired members of the Uniformed Services, and their spouses and children, including TRICARE for Life beneficiaries. The TRICARE Pharmacy Program is authorized under 10 U.S.C. §1074g and 32 C.F.R. 199.21.

The mission of the MHS is to enhance DoD readiness and national security by providing health support for the full range of military operations. The MHS must be prepared not only to provide a high quality, cost-effective health care benefit to its eligible members during peacetime, but also must be prepared to support the armed forces during exercises, contingencies, operations other than war, and in wartime. The MHS provides quality medical care through: (1) a network of health care providers and pharmacies in the United States and its territories; and (2) direct care Military Treatment Facilities (MTFs) – (hospitals, clinics, and pharmacies) in the United States and overseas. The direct care system cannot support the total demand for health care services and is focused on maintaining the clinical skills of military staff to support medical readiness. TRICARE augments the direct care system through a civilian network of providers and facilities serving its eligible members.

TRICARE provides a world-class pharmacy benefit to all eligible beneficiaries through the integration of state of the art technologies to enhance patient safety, efficiency, and cost-effectiveness. DoD administers an integrated TRICARE Pharmacy Benefits Program offering pharmacy services through MTFs, retail network pharmacies, retail non-network pharmacies, or delivery through the TRICARE Mail Order Pharmacy (TMOP). Retail network pharmacy services are currently available in all 50 states and the District of Columbia, Guam, Puerto Rico, and the U.S. Virgin Islands.

Features of the pharmacy benefits program include the use of the DoD Uniform Formulary, a tiered cost sharing structure, and a preference for generic over branded products. The DoD formulary is managed by the DoD Pharmacy and Therapeutics (P&T) Committee, which establishes the basic program benefits. Prescriptions for selected pharmaceutical agents may be subject to prior authorization (PA) or utilization review requirements to assure Medical Necessity (MN), clinical appropriateness, and/or cost-effectiveness. DoD has established tiered cost-sharing by which beneficiaries partially defray costs of administering the pharmacy benefits program. Cost-sharing amounts differ based on the classification of a pharmaceutical agent as generic, formulary, or non-formulary, in conjunction with the Point of Service (POS) from which the agent is acquired. The mail order and retail portions of this benefit are open to all eligible TRICARE beneficiaries.

Pharmacy benefits management functions under this contract include the following: perform claims adjudication, administer a retail pharmacy network, operate TMOP, process reimbursements for claims filled at retail network and non-network pharmacies, perform clinical reviews, and provide beneficiary and pharmacy support services. The Contractor shall transmit all claim information to the Government's designated Pharmacy Data Warehouse (PDW).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
## STATEMENT OF WORK

**C.1.1.** Overall Program Objectives

The following objectives identify the desired outcomes of this contract and are supported by the technical requirements in Section C:

- Maximize patient safety through the utilization of best practices.
- Apply the prescription drug benefit consistently and comprehensively in an effective, efficient, and accurate manner.
- Execute a fiscally responsible pharmacy program.
- Establish and maintain a high level of customer and beneficiary satisfaction.
- Provide flexible, effective and collaborative management and quality control for all services and functions.

**C.1.2.** Definitions

Definitions specific to this contract, or not otherwise in Appendix A of the TRICARE Operations Manual, are provided in J-1.

**C.1.3.** Government Furnished Information

**C.1.3.1.** The Contractor shall interface with the Defense Enrollment Eligibility Reporting System (DEERS), according to the requirements established in the TRICARE Systems Manual.

**C.1.3.2.** The Government will provide licenses for the Contractor to access and use DEERS applications.

**C.1.3.3.** The Government will provide the Contractor with access to a medical pricing catalog which will be used for replenishment, both at TMOP and designated specialty pharmacies, and for adjudicating MTF Composite Healthcare System (CHCS) claims.

**C.1.3.4.** The Government will provide initial Interface Control Documents (ICDs) and some additional technical specifications for the following systems:

- PDW
- CHCS
- Forensic Toxicology Drug Testing Laboratory Information Management System (FTDTL IMS)
- Immunization Tracking System
- Theater Medical Data Store (TMDS)
- Clinical Data Repository/Health Data Repository (CHDR)
- MHS GENESIS

**C.1.3.5.** The Government will provide a quarterly data file for beneficiary mailings related to formulary changes, described under C.9.3.3.

**C.1.3.6.** The Government will provide a quarterly file of beneficiary zip codes for use in evaluating and reporting on compliance with network access standards.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION C**
**STATEMENT OF WORK**

**C.1.3.7.** The DHA Communications will design, develop, and print beneficiary educational materials, including written materials, briefings, and other methods of publicizing the TRICARE benefit, excluding letters and other communication pieces required under this contract. The Government will provide an electronic portal where printed items can be ordered by the Contractor.

**C.1.3.8.** The Government will provide the PDW Data Dictionary and Data Schema, as described under C.11.8.

**C.1.3.9.** Before the start of pharmacy services, the Government will provide (via previous contractors) batch files containing all retail, mail, and MTF claims along with Prior Authorization (PA) and MN determinations for the past two year period. The Government (via the outgoing contractor) will also provide an Other Health Insurance (OHI) data file.

**C.1.4.** Requirements Documents

**C.1.4.1.** Statutory and Regulatory Authority

- 10 U.S.C. §1074g Pharmacy Benefits Program
- 32 C.F.R. 199 Civilian Health and Medical Program of the Uniform Services (CHAMPUS)
- 10 U.S.C. §1086 Contracts for Health Benefits for Certain Members, Former Members, and Their Dependents
- 38 U.S.C. §8126 Limitation on Prices of Drugs Procured by Department and Certain other Federal Agencies

When changes are made to the above statutes or regulations, they are automatically incorporated into the contract requirements.

**C.1.4.2.** TRICARE Manuals.

**C.1.4.2.1.** The Contractor shall utilize the current version of the TRICARE Manuals T-2017, published at Attachment J-3, line 11. The manuals are applicable in their entirety.

**C.1.4.2.2.** The Contractor shall routinely review proposed, pending, and published manual changes and discuss concerns with the Contracting Officer Representative (COR).

**C.1.4.2.3.** When a new manual change is pending publication (identified with a change number and date), the COR and Contractor shall coordinate to confirm the applicability of a change to the contract.

**C.1.4.2.3.1.** To the extent practicable, for those manual changes that apply to the contract, the Government and Contractor will negotiate in good faith a bilateral agreement incorporating the change into the contract. This in no way precludes the Government's exercise of its rights to execute unilateral change orders as circumstances may require.

**C.1.4.2.3.2.** Those manual changes that do not apply to the contract will be incorporated into the contract as part of the next modification to incorporate an applicable change (i.e. Manual Changes 1-4 that do not apply will be incorporated at the same time as Manual Change 5, which does apply).

## SECTION C
## STATEMENT OF WORK

**C.1.4.2.4.** In the event of conflict, the TRICARE Policy Manual shall take precedence over the other three TRICARE Manuals. The TRICARE Reimbursement Manual shall take precedence over the TRICARE Systems Manual and the TRICARE Operations Manual. The TRICARE Systems Manual shall take precedence over the TRICARE Operations Manual.

In the event of a conflict between language found within the TRICARE Manuals and the contract, the contract prevails.

## C.2. General Claims Processing.

**C.2.1.** The Contractor shall accept and process claims submitted by retail network pharmacies, TMOP, MTF pharmacies, Veteran Affairs (VA) pharmacies, Indian Health Services (IHS) pharmacies, by beneficiaries for direct reimbursement (including non-network), to include batch files submitted from the Department of Veterans Affairs (DVA) and State Medicaid Agencies.

**C.2.2.** Unless stated otherwise, the Contractor shall include claims adjudication processes outlined in C.2, consisting of eligibility check, application of the correct copayment, identification of OHL, benefit design edits, Drug Utilization Review (DUR) and application of catastrophic cap and deductible updates.

**C.2.3.** The Contractor shall maintain a complete patient profile, inclusive of all claims processed within the scope of this contract.

**C.2.4. Appeal Rights.** The Contractor shall not accept appeals from Active Duty Service Members (ADSMs). ADSM are not authorized as appealing parties for TRICARE cost-sharing determinations. ADSM should be directed to their local MTF for review of access to care issues.

**C.2.5.** (b) (4)

**C.2.5.1.** If the Contractor receives a prescription or supporting documentation (e.g., paper claim, PA request) for a beneficiary with Contractor-administered OHL, the Contractor shall internally transfer to its commercial operation in lieu of rejecting or returning to source.

**C.2.5.2.** (b) (4)

**C.2.6.** Claims Processing System

**C.2.6.1.** The Contractor shall provide 24 hours a day, 7 days a week claims processing for all locations, including overseas MTFs.

**C.2.6.2.** The Contractor's claims processing system shall be available no less than 99.5% of the time, excluding external downtime (e.g., DEERS, B2B Gateway, etc.). The system is considered to be unavailable when the failure rate for claims exceeds 25% for at least 30 minutes.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:38 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION C
## STATEMENT OF WORK

**C.2.6.2.1.** The Contractor shall provide reporting on system processing performance per Contract Data Requirements List (CDRL) M060. At the request of the Government, the Contractor shall provide documentation of reported downtime, including detailed explanation of the causes.

**C.2.6.2.2.** Contractor downtime concurrent with external system downtime is excluded from the system availability calculation.

**C.2.6.2.3.** The Contractor shall immediately communicate unscheduled downtimes in excess of a Government-determined threshold (no fewer than 15 minutes) to MTF pharmacy staff and other parties who have indicated interest in receiving this information. Updates on system availability will be provided at a Government-determined interval and will include an estimate of when the system will once again be available for use. A final notification shall take place to inform users that regular processing has been restored. The communication mechanism shall be provided and maintained by the Contractor.

**C.2.6.2.4.** The Contractor shall schedule maintenance windows, to the greatest extent possible, to coincide or overlap with Defense Manpower Data Center (DMDC) maintenance window, as described in TRICARE Systems Manual (TSM) Chapter 3, Section 4.2. The TSM reflects a maximum window within which DMDC scheduled maintenance will occur. Actual planned duration is communicated by DMDC on a weekly basis (See C.11.5.2.). DMDC will attempt to accommodate the Contractor's needs when establishing a maintenance schedule.

**C.2.6.2.5.** The Contractor shall notify the Government no less than (b)(4) hours in advance of any planned maintenance window (b) (4) Such notifications shall include MTF pharmacy staff and any other interested parties through the process under C.2.6.2.3.

**C.2.6.3.** The Contractor shall accept any one of the multiple identifiers that may be submitted to process claims. Identifiers include but are not limited to DoD ID, social security number (SSN), or DoD Benefits Number (DBN). The primary identifier used by the Contractor shall be the DoD ID, as described in the TSM, and the Contractor's system shall link the identifier transmitted by the pharmacy with the DoD ID. The Contractor shall dynamically link all variations of patient IDs to ensure a single patient profile, including instances where patients may be eligible under health plans as a result of having more than one sponsor.

**C.2.6.4.** The Contractor shall ensure that their system utilizes software which maximizes configurable parameters to allow for changes to be made quickly and efficiently.

**C.2.7.** DEERS

**C.2.7.1.** Verifying Eligibility. The Contractor shall not authorize payment for a prescription prior to verifying eligibility, except at the direction of the Government.

**C.2.7.1.1.** In some cases, the Government may authorize the Contractor to process one or multiple claims regardless of DEERS eligibility or date of service. Any necessary overrides must be available to allow for real-time electronic claims and paper claims to process at any pharmacy POS.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION C**
**STATEMENT OF WORK**

**C.2.7.1.2.** The Contractor shall minimize queries to DEERS for transactions not authorizing payment and as a result of timed-out transactions.

**C.2.7.1.3.** The Contractor shall monitor DEERS query volumes for all interfaces throughout the period of performance against the projections provided during transition. The Contractor shall investigate the variance in these volumes and revise estimates for future periods of performance annually, or any time that the actual query volume(s) deviates significantly from the most recent projections (CDRL A090).

**C.2.7.2.** Catastrophic Cap and Deductible (CC&D)

**C.2.7.2.1.** The Contractor shall use the beneficiary's CC&D status to apply the correct copayment and deductible and perform updates in accordance with TOM Chapter 23, Section 3. Separate catastrophic caps are maintained for Continued Health Care Benefits Program (CHCBP), in accordance with TOM Chapter 23, Section 3.

**C.2.7.2.2.** The Contractor shall receive and provide reporting on the maintenance of CHCBP catastrophic caps (CDRL Q120).

**C.2.8.** Claims Processing Edits

**C.2.8.1.** The Contractor shall support claims adjudication rules specific to the POS, including separate rules for different MTF electronic health records (EHR) systems.

**C.2.8.2.** The Contractor shall apply comprehensive edits at the point of dispensing in accordance with commercial best practices. New claims shall be screened against the complete patient profile (see C.2.3) and the appropriate benefit design in force for that date and POS. The Contractor shall return appropriate clinical warnings or administrative alerts.

**C.2.8.3.** The Contractor shall perform real-time edits that may be specific to DoD and fall outside standard commercial practice, including but not limited to Prescription Monitoring Program, sanctioned providers, safety reviews established through the Uniform Formulary process, and the ability to suppress real-time edits by POS based on Government direction.

**C.2.8.4.** The Contractor shall be responsible for processing claims with dates of service prior to the start of this contract. This includes initial submission of claims, and also any adjustments, corrections, cancellations or recoupments. The Contractor shall perform all necessary research to process the claim according to benefit design and formulary restrictions in effect on the date of service.

**C.2.8.5.** At the Government's direction, the Contractor shall process any claim or prescription order. The Contractor shall apply any required overrides to allow the prescription to process successfully, resulting in a "paid" status.

**C.2.8.6.** State of Emergency (SOE) Declarations

**C.2.8.6.1.** The Contractor shall monitor SOE declarations issued by Federal and State Governments and make timely recommendations to the Government for implementation of "Emergency Refill

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION C
STATEMENT OF WORK

Too Soon Procedures" for areas placed under a SOE. The recommendation will include the designated ending date for the SOE.

**C.2.8.6.2.** Upon approval by the Government, the Contractor shall have the capability to bypass the refill too soon edit and allow the refill to be processed for areas covered by the state of emergency. The Government may also direct the Contractor to implement these measures for specific areas outside of a declared SOE.

**C.2.8.6.3.** The TMOP shall not ship medications to areas under declared emergency without confirming that delivery by carrier and receipt by beneficiary, is possible. For packages shipped prior to the emergency declaration that were reported lost or missing, the Contractor shall immediately ship the replacement to the beneficiary's alternate address and refund copay for the lost shipment upon request.

**C.2.8.6.4.** The Contractor shall provide standard emergency operating procedures which address the following:

- Avoid waste when shipping to areas where there is disaster, including holding shipments, confirming carrier delivery availability, and verifying current beneficiary location.
- Facilitate beneficiary access to medications during a declared emergency at both retail and mail POS, including but not limited to bypassing edits, replacing lost shipments, and shipping to alternate addresses. Facilitating access at MHS GENESIS POS will be limited to bypass of edits.
- Maintaining communication channels to keep stakeholders informed, including:
  - Beneficiaries: how they can receive their medications, in coordination with DHA Communications.
  - MTFs: possible patient movement, use over override codes, and how to transfer prescriptions
  - Retail Network: possible patient influx (e.g., local MTF being incapacitated)
  - DHA leadership: continual monitoring of SOE and recommendations for extension or early termination of emergency operation procedures
- Identify pharmacies impacted and advise of open network pharmacies within the impacted area

**C.2.8.6.5.** After an event, the Contractor shall provide reporting on the overrides that were granted under the Emergency procedures (CDRL R070). An event may be comprised of a number of individual Emergency Declarations (i.e., a hurricane that impacts a number of counties and states).

**C.2.9.** Other Health Insurance (OHI)

**C.2.9.1.** The Contractor's OHI file shall be the system of record for OHI. In all cases where possible OHI is identified, including but not limited to leads provided by the Managed Care Support Contractors (MCSC), pharmaceutical manufacturers, claim forms, beneficiary declarations, and Contractor's internal files, the Contractor shall investigate and develop OHI records in accordance with TOM, Chapter 23, Section 3, TOM Chapter 10, Section 5, and TRM, Chapter 4.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
## STATEMENT OF WORK

**C.2.9.2.** The Contractor shall implement processes to maximize the identification of OHI, including but not limited to utilizing commercial services or data sources.

**C.2.9.3.** In the event that OHI records in DEERS are inconsistent with the Contractor's system, the Contractor shall, as part of the claims adjudication process, utilize logic to determine which source is the most reliable. Such logic shall take into consideration a number of factors, including but not limited to the completeness of the DEERS OHI record (a complete record vs. a placeholder), the type of benefit associated with the record (medical comprehensive vs. pharmacy), and the age of the record.

**C.2.9.4.** When new OHI is identified, the Contractor shall pursue recoupment for past claims and build out the beneficiary's profile for future claims. (See C.2.8.4.) Post-adjudication, the Contractor shall perform reviews to ensure the claim processed correctly and update either DEERS or their system as necessary to maintain consistency.

**C.2.9.5.** The Contractor shall have a mechanism to allow a DEERS OHI record to be bypassed for up to one year based on the beneficiary's attestation that such OHI does not exist. Claims within that time will continue to process without rejecting for the reported OHI record.

**C.2.9.6.** The Contractor shall document their policies for the application of OHI information in claims processing, including the use of different types of DEERS records and how discrepancies are resolved. This documentation will be made available for the Government's review upon request.

**C.2.9.7.** The Contractor shall provide reporting to the Government on OHI development (CDRL Q110) and cost avoidance (CDRL Q111).

**C.2.10.** Claims Processing System Documentation

**C.2.10.1.** The Contractor shall develop and maintain comprehensive documentation of all aspects of claims processing. This documentation shall include the items listed below as well as any supplemental information provided by the Contractor.  The sum of all this documentation shall allow the Government to correctly determine how any given claims processing scenario will adjudicate. Updated versions of any of these documents shall be made available to the Government upon request.

**C.2.10.2.** The Contractor shall maintain all payer sheets used in the transmission of DoD claims from all POS.

**C.2.10.3.** The Contractor shall maintain a benefit design document and provide the Government with access to the current version via a web-based platform. The Contractor's presentation of the benefit design within this document shall remain consistent with the elements of the document initially provided by the Government and shall be in a format agreed to by the Government. The benefit design shall contain formulary and benefit restrictions based on beneficiary category, enrollment category, POS, medication by category, and any other factors, including but not limited to:

- MTF Basic and Extended Core Formularies
- Compound inclusions and exclusions

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION C
STATEMENT OF WORK

- Covered over-the-counter (OTCs)
- Federal Ceiling Price (FCP) Non-Compliant Retail Exclusions
- Non-Formulary Drugs
- PA
- Step-Therapy Drugs
- Self-Administered Injectables
- Smoking Cessation Drugs
- Specialty Drugs
- Covered Vaccines
- Non-covered Drugs
- Quantity Limit (QL) Restrictions
- Age restrictions

**C.3. Retail Prescriptions**

**C.3.1.** Retail Prescription Claims

**C.3.1.1.** The Contractor shall accept and process all claims for pharmaceutical agents and supplies covered under the TRICARE pharmacy benefit, and purchased from a licensed pharmacy in the 50 United States, the District of Columbia, Puerto Rico, the U.S. Virgin Islands, Northern Mariana Islands, American Samoa and Guam.

**C.3.1.2.** The Contractor shall limit retail claims for covered drugs under 10 U.S.C. §1074g, 32 C.F.R. 199.21, and other applicable regulations. Network pharmacies may submit claims for covered supply items using the National Drug Code (NDC) numbers assigned to them. Reimbursement of retail pharmacy claims will be made in accordance with G.3.6.2.

**C.3.1.3.** When access to specific drugs at retail pharmacies is restricted under the law, the Contractor shall facilitate either a change in the beneficiary's current prescription to an approved pharmaceutical or supply, or shift the beneficiary's prescription to TMOP. Covered drugs that are restricted at retail and their respective implementation dates are published at in DoD P&T Committee Meeting Minutes (Attachment J-3, Line 1).

**C.3.1.4.** When claims are received for covered drugs furnished in geographical locations not covered under this contract, the Contractor shall forward them to the TRICARE Contractor responsible for processing claims for those locations as specified in the TOM, Chapter 8, Section 2.

**C.3.1.5.** The Contractor shall complete real-time, online Coordination of Benefits (COB) in accordance with National Council of Prescription Drug Program (NCPDP_ D.0 standards (or most current version) for those claims filled in retail network pharmacies where OHI has been identified, to include Medicare Part D claims. The Government will provide the COB and Medicare Part D billing transaction segments to include the required values. The Contractor is required to track Medicare Part D True Out-Of-Pocket expenses (TROOP) and total drug expenditures for each TRICARE beneficiary who is also enrolled in Medicare Part D. The Contractor shall provide this information to the Centers for Medicare & Medicaid Services (CMS) designated TROOP facilitator.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:39 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
## STATEMENT OF WORK

**C.3.1.6.** The Contractor shall reimburse claims in accordance with the TRM, Chapter 4.

**C.3.1.7.** The Contractor shall process claims submitted by Department of VA pharmacies for beneficiaries who are TRICARE-eligible as primary payer. The double coverage provisions in TOM, Chapter 23, Section 3 and TRM, Chapter 4 are waived for beneficiaries with Medicare Part D. VA benefits are not considered OHI.

**C.3.1.8.** If requested by the beneficiary and allowable under federal and state law, the Contractor may authorize the dispensing of up to a 90-day supply prescription as a single transaction at a retail pharmacy. In these cases, the pharmacy shall collect a copayment for each 30-day increment. The Contractor must make this option available at all retail network pharmacies.

**C.3.1.9.** The Contractor shall ensure that claims for prescriptions filled but not dispensed are reversed within ten (10) calendar days of the date the original claim was submitted. When reversals are processed more than ten (10) calendar days after the date the original claim was submitted, the Contractor shall adjust or cancel the TRICARE Encounter Data (TED) record.

**C.3.1.10.** The Contractor shall process batch claims in the most current NCPDP batch format. The Contractor may receive batch claims from a variety of sources (e.g., State Medicaid agencies, clearinghouses, DVA) and the Contractor shall process these claims regardless of the electronic media (e.g., CD ROM, tapes) through which they are submitted. All batch claims shall be processed within 14 days of receipt. The Contractor shall process claims from state agencies in accordance with TRM Chapter 1 Section 20. Notwithstanding the above, Medicaid subrogation electronic batch claims shall be processed within two business days.

**C.3.1.11.** The Contractor shall report the actual amount paid to the retail pharmacy. On the TED, this will be populated as the Amount Paid by Government Contactor, per the TSM.

## C.3.2. Paper Claims

**C.3.2.1.** The Contractor shall process paper claims submitted by beneficiaries, also known as Direct Member Reimbursement (DMR) claims, and those submitted by pharmacies, known as assignment of benefit claims, in accordance with TOM, Chapter 23, Section 3, Paragraph 1.2 and Chapter 8, Section 1, Paragraph 3.1. The Contractor shall accept claims submitted using any of the specified forms. Electronic submission of paper claims is only allowed under an approved Office of Management and Budget (OMB) format.

**C.3.2.2.** Upon request, the Contractor shall mail the current version of the DD2642 claim form to beneficiaries.

**C.3.2.3.** The Contractor shall reimburse paper claims for non-network pharmacy services in accordance with the TRM, Chapter 1, Section 15, minus applicable copayments and deductibles.

**C.3.2.4.** The Contractor shall process these paper claims using the most current NCPDP format.

**C.3.2.5.** The Contractor shall monitor paper claims processing and work with retail network pharmacies to reduce the volume of network paper claims. Network pharmacies should be using

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
## STATEMENT OF WORK

online coordination of benefits in most cases and the Contractor shall work with any pharmacies with higher than average rates of paper claims to transition them to online processing.

**C.3.2.5.1.** The Contractor shall require all retail network pharmacies to utilize online Coordination of Benefits.

The Contractor shall not report or bill manual corrections to retail pharmacy claims as paper claims.

The Contractor shall process claims for beneficiaries who are required by their OHI to use their designated mail order pharmacy or other non-network pharmacy using network cost shares. Non-network copayments and deductibles are not applicable to these claims.

The Contractor shall routinely audit paper claims to look for scenarios such as high cost claims, high cumulative claims value, and high volume of claims. All such reviews and audits shall be performed at the beneficiary and family level.

Measured on a monthly basis, paper claims shall meet the following minimum standards:

**C.3.2.9.1.** 95% of paper claims shall be processed to completion within ▉ calendar days of receipt.

**C.3.2.9.2.** 100% of paper claims shall be processed to completion within ▉ calendar days of receipt.

The Contractor shall provide reporting on paper claims volumes, processing times, denials and appeals (CDRL Q050). Paper claims are considered to be processed to completion as of their TED record Create Date.

The Contractor shall provide notification to the beneficiary must be in writing for denied paper claims. The notification must explain why the claims were denied and detail the beneficiary's appeal rights.

Under the TRICARE benefit, the Contractor shall not process paper claims for prescriptions filled at MTF pharmacies. If necessary, the Contractor may forward the claims to its commercial services section for review as a claim payable by a commercial insurance plan.

**C.3.3.** Retail Pharmacy Network

The Contractor shall establish and maintain a retail pharmacy network throughout the 50 United States, the District of Columbia, Puerto Rico, the U.S. Virgin Islands, and Guam. The Contractor shall provide network retail pharmacy services in American Samoa and the Northern Mariana Islands when they become eligible.

Retail Network Access. The Contractor's retail pharmacy network shall meet the following:

**C.3.3.2.1.** Access Requirements, as measured by beneficiary zip code:

**C.3.3.2.1.1.** At least ▉ pharmacy within 15 minutes driving time of ▉ of the beneficiaries;

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00339-RJL Document 1-2 Filed 06/27/01/25 Page 29 of 128 PageID #: 1914

**SECTION C**
**STATEMENT OF WORK**

**C.3.3.2.1.2.** At least ▓ pharmacies within 15 minutes driving time of ▓ of the beneficiaries; and

**C.3.3.2.1.3.** At least ▓ pharmacy within 30 minutes driving time of ▓ of the beneficiaries.

**C.3.3.2.2.** No fewer than 35,000 retail network pharmacies.

**C.3.3.2.3.** Exclusions

▓▓▓▓▓ MTF, VA, Public Health Service (PHS), and Indian Health Service (IHS) pharmacies shall not be considered as retail network pharmacies for purposes of this requirement.

▓▓▓▓▓ Beneficiaries residing on military installations shall be excluded from this metric. The Government will provide a list of zip codes of military installations for the Contractor's use in calculating this metric.

▓▓▓▓▓ The Contractor shall use commercially available software or web tools to calculate this metric and the methodology shall be made available to the Government for audit upon request.

▓▓▓▓▓ The Contractor shall provide reports identifying retail network pharmacies and the total network size (CDRL M040), network access relative to the above metrics (CDRL M041), ▓
▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓ The Contractor shall provide a plan describing how beneficiaries not meeting the access standards will have access to pharmacy services. (CDRL A110)

▓▓▓▓▓ All network pharmacies shall be fully licensed in accordance with applicable Federal and State laws and have a current NCPDP number. Pharmacies providing pharmaceuticals solely through internet or mail order pharmacies shall not be included in the retail network. Retail pharmacies who offer to mail prescriptions to beneficiaries as part of their business may be included in the network subject to the retail pharmacy specifications listed herein.

▓▓▓▓▓ At a minimum, the retail pharmacies shall provide TRICARE beneficiaries the same quality of services provided to beneficiaries of other commercial clients, to the extent allowed by Federal regulation and this contract.

▓▓▓▓▓ The Contractor shall ensure that all pharmacies document the receipt of the medication by the beneficiary or the individual authorized by the beneficiary, in accordance with all applicable State and Federal Laws. The Contractor shall ensure that network pharmacies have procedures to reasonably assess the validity of prescriptions ordered by telephone.

▓▓▓▓▓ Changes to the Retail Pharmacy Network

The Contractor shall have a plan for communicating to beneficiaries when a pharmacy is removed from the network. As part of the plan, the Contractor shall do the following in the event of network changes:

- Provide the Government with the names of all pharmacies selected for removal from the network at a minimum of ▓ days prior to the effective date of the changes.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
# STATEMENT OF WORK

- Identify and provide advance notification to beneficiaries who have filled prescriptions at the designated pharmacies during the previous six (6) months. The Contractor shall ensure that the beneficiary receives the letter at a minimum of 30 days prior to the effective date of the change.
- Provide the Government with samples of all beneficiary correspondence related to the change in the network for comment. The Government shall have no less than 14 days to review.
- Monitor and track prescription fills by impacted beneficiaries in specific categories (CDRL R020).
- Make changes to the plan as necessary to ensure successful communications with the all beneficiaries and minimize disruption of therapy.

**C.3.3.9.1.** In situations where a pharmacy fails to meet credentialing standards or there are indications of potential fraud that does not meet the standard requirements for case development per TOM Chapter 13, the Contractor may remove the pharmacy from the network without providing advance notification to the Government or beneficiaries. For other situations that justify short-notice removal of a pharmacy, the Contractor shall contact the Government for approval. The Contractor shall notify the impacted beneficiaries within 14 days after the pharmacy is removed.

## C.4. Specialty Pharmacy Program

**C.4.1.** The Government will provide an initial list of pharmaceutical agents considered for the specialty pharmacy program. The Contractor shall propose updates to the list based on changes in the market, evolution of clinical practices, limited access, cost effectiveness, clinical support considerations, and overall benefit to the TRICARE Pharmacy Program for Government approval.

**C.4.2.** The Contractor shall provide the methodology under which drugs are evaluated and proposed for the addition or removal from the program.

**C.4.3.** Accreditation. All network specialty pharmacies shall be fully licensed in accordance with applicable Federal and State laws and have a current NCPDP number. The network specialty pharmacies shall maintain accreditation by a nationally recognized external accrediting body (e.g., URAC, ACHS, CPPA).

**C.4.3.1.** The Contractor shall provide notification to the Government of any changes to the network per C.3.3.9.

**C.4.4.** Access. The Contractor shall maximize the extent to which beneficiaries are able to obtain specialty pharmaceuticals agents through nationally accredited specialty pharmacies. When not dispensed by an MTF pharmacy or a VA pharmacy, all covered specialty agents, including limited distribution agents, shall be accessible to beneficiaries at in-network cost shares when appropriately prescribed.

**C.4.4.1.** The Contractor shall provide patient and prescriber education on obtaining specialty agents through the network specialty pharmacies. This shall include agents that have access restrictions.

# SECTION C
## STATEMENT OF WORK

**C.4.4.2.** The Contractor shall facilitate the movement of specialty prescriptions to the specialty network pharmacies when appropriate or support access to specialty agents and minimize beneficiary confusion. This shall include the movement of specialty prescriptions from MTF pharmacies to the specialty network pharmacies if requested by the Government.

**C.4.5.** Patient Support Program. The Contractor shall ensure support for beneficiaries who receive specialty agents in accordance with nationally accredited specialty pharmacy standards. At a minimum, this program shall provide medication administration support (e.g. proactive patient consultation, therapy evaluation and call center support,) that minimizes adverse events. This program shall maximize adherence as appropriate, improve well-being, and promote beneficiary satisfaction as measured by widely recognized industry benchmarks.

**C.4.5.1.** This program shall educate beneficiaries on manufacturer supported programs that may augment, but not replace, those services offered by the network specialty pharmacies when appropriate.

**C.4.5.2.** The program shall provide delivery management services to include timely delivery of medications to align with treatment schedules, delivery tracking and waste prevention.

**C.4.5.3.** The Contractor shall ensure beneficiaries receive accompanying supplies for specialty agents dispensed at network specialty pharmacies, including those required for administration, use, disposal or any other purposes in accordance with industry best practices.

**C.4.6.** Programmatic Support. The Contractor shall optimize the specialty program in the areas of cost controls, utilization strategies and incorporation of commercial best practices that aligns with the TRICARE benefit design. Utilization strategies will align with those noted under C.7.2.1.

**C.4.7.** Replenishment. The Contractor shall maximize replenishment of specialty agents from the National Prime Vendor (NPV) contract. The NPV is a contract held by the Defense Logistics Agency. For more information about the NPV, please see C.6.8.9

**C.4.7.1.** Replenishment will be provided (owed) to the Contractor when all of the following conditions are met: 1) specialty agents are dispensed to TRICARE eligible beneficiaries; 2) specialty agents are available for replenishment from the National Prime Vendor (NPV); and 3) specialty agents not acquired through the Market Priced Pharmaceutical Program per C.4.7.6.

**C.4.7.2.** The Contractor shall request replenishment in accordance with C.6.8. Any deviation in ordering product for replenishment from the NPV shall be requested per CDRL R130. Requests for deviations shall be consolidated by the Contractor for submission to the Government.

**C.4.7.3.** The Contractor shall ensure pharmacies ordering replenishment acknowledge receipt of replenished inventory from the NPV per C.6.8.20 and report any discrepancies per C.6.8.21.

**C.4.7.4.** The Contractor shall ensure pharmacies ordering replenishment continuously monitor availability for cost effective products for replenishment and provide recommendations to the government per CDRL W011.

Case 1:25-cv-00080-MRD-PAS   Document 1-2   Filed 06/27/25   Page 32 of 128 PageID #: 1917

**SECTION C**
**STATEMENT OF WORK**

Non-specialty drugs, if dispensed from specialty network pharmacies, will follow retail prescriptions claims processing per C.3.1.

The Contractor may identify opportunities for the Market Price Pharmaceutical Program per C.6.8.22.   Opportunities shall be accounted for in CDRL R140.

The Contractor shall track and report volume of dispensed specialty agents and the replenishment of specialty agents ordered and received from the NPV and provide auditable reconciliation reporting per C.6.8.7.

For non-replenished specialty agents, the costs will be reimbursed (see Section G.3.6.2). In instances where a specialty agent is deemed unreplenishable per C.6.8.14, the drug cost will be reimbursed as a non-replenished agent. Non-replenished agents are subject to cost control measures under the specialty network guarantee (see Section H.3.3).

**C.4.8.** Reporting. The Contractor shall provide a report on the dispensing of specialty prescriptions and clinical services provided (CDRL Q150).

## C.5. MTF Pharmacy Claims

**C.5.1.** The Contractor shall support claims submissions from MTF pharmacies running two different EHR systems:

- Composite Health Care System/AHLTA  (CHCS)
- MHS GENESIS

The Contractor shall support unique submission methods and claims processing rules for each system.

The contractor shall have a mechanism to transfer batches of MTF prescriptions (new and refill prescriptions) to the TMOP if requested by the Government.

**C.5.2.** MTF CHCS Claims

The Contractor shall connect to CHCS as described in Section C.11.7.3 until all remaining sites are transitioned to MHS GENESIS and the Government notifies the Contractor that support for CHCS is no longer needed.

The Contractor shall process claims using the CHCS business rules. CHCS is a legacy system that cannot support commercial standards so the Contractor must apply the CHCS business rules as prescribed.

The Contractor shall adjudicate MTF dispensing transactions in a format based on NCPDP D.0. The D.0 format used by the MTFs does not include the Coordination of Benefits segment.

In addition to a DEA Number or NPI, the Contractor shall accept provider SSN on MTF claims.

The Contractor shall not apply formulary edits.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION C**
**STATEMENT OF WORK**

C.5.2.6. The Contractor shall perform Prospective Drug Utilization Review (ProDUR) on the inbound dispensing transactions.

C.5.2.7. The Contractor does not create TEDs for these claims.

C.5.2.8. The Contractor shall accept and log all data provided on transactions. All transactions shall be transmitted to the PDW.

C.5.2.9. The Contractor shall not perform DEERS eligibility checks for MTF claims. The MTF assumes responsibility for eligibility; therefore, the Contractor will process the claim regardless of eligibility status.

C.5.2.10. The Contractor shall support messaging to the MTF and handling of rejected claims to the MTF that varies from that used by the commercial network. The Contractor shall accept all CHCS claims and post them to the patient profile.

- Validity Rejects: The Contractor shall not reject MTF claims due to missing or invalid data. The Contractor will follow the processes outlined in C.5.3 to correct and resubmit the claim. For patient safety reasons, all claims must be successfully resubmitted, posted to the patient profile and transmitted to the PDW, unless the Contractor is notified by the MTF to allow the reject to remain on the patient profile.

- ProDUR Alerts: The Contractor shall not reject MTF claims for ProDURs but will instead return custom ProDUR alert messaging. The MTF will respond to the alert by either cancelling the prescription or entering an override code. The Contractor will receive a reversal if the prescription is cancelled, but if the MTF enters an override code, no additional message will be sent to the Contractor. MTF claims resulting specific ProDUR Alerts will be included on the Data Integrity Report described in C.5.2.12.

C.5.2.11. If an ingredient cost of one cent ($0.01) is submitted by the MTF, the Contractor will recalculate the ingredient cost primarily using the medical pricing catalog supplied by DLA-TS, or using the published Average Wholesale Price (AWP) as a secondary source. NDCs received from CHCS are representative and may not reflect the medication actually dispensed so the Contractor shall price the claim using the medical pricing catalog lowest cost entry within the GCN of the submitted NDC.

C.5.2.12. For claims priced from either the medical pricing catalog or AWP, the Contractor shall apply a regional discount established by DLA-TS, based on the NCPDP Pharmacy ID. If the ingredient cost submitted by the MTF is greater than one cent ($0.01), the Contractor shall post the claim and no regional discount is applied.

**C.5.3.** MTF Data Integrity Reviews

C.5.3.1. The Contractor shall conduct reviews of MTF pharmacy claims data, excluding claims received from MHS GENESIS, and perform the following processes to identify and resolve issues specific to MTF claims. MHS GENESIS claims are subject to the reviews under C.10.2.1.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
## STATEMENT OF WORK

C.5.5.2. The outgoing contractor will provide an initial list of MTF pharmacy contacts to the incoming contractor during Transition-in. The Contractor shall update as needed and send quarterly updates to the Government.

C.5.5.3. The Contractor shall provide a daily report of MTF validity rejects (CDRL D020). Claims submitted using MHS GENESIS shall not be included in this report. The reports shall be broken out by MTF and sent to the pharmacy contact at each submitting MTF. A copy of the daily report shall also be provided to DHA. The MTF pharmacy will have three (3) business days to correct these claims. The MTF may reverse the claim entirely or reverse and resubmit the corrected claim. After allowing three (3) business days for the MTF to correct any errors, the Contractor shall undertake retroactive claims correction in their system to correct the remaining errors and ensure that the claims reflect a paid status. This shall be completed within two (2) business days. The Contractor shall continue to work the claim until it posts to the profile, is reversed by the MTF, or the MTF notifies the Contractor to take no further action. The Contractor shall ensure that 100% of issues have been addressed within the aforementioned time period.

C.5.5.4. In the event that the Contractor's resubmission of a previously rejected MTF claim results in a DUR Interaction Severity Level 1, the Contractor shall contact the clinical staff at the submitting MTF by phone within one (1) hour. For all such situations, the Contractor shall keep a log that will be made available for the Government's review upon request. At minimum, the log shall document the identifying information of the pharmacy, prescription and beneficiary and the dates and times of the original reject, the DUR and the call communicating the safety warning to the MTF.

C.5.5.5. The Contractor shall produce a weekly report of all paid MTF claims exceeding an established pricing threshold determined by the Government (CDRL W021). This threshold shall be subject to change. Claims submitted using MHS GENESIS shall not be included in this report. If the Contractor determines that the price is reasonable based on quantity and days' supply, consistent with the medical pricing catalog, and consistent with the standard dose for that medication, the claim shall not be included on the report to the MTF and no further action is required. The Contractor shall run the report seven (7) calendar days after the close of the reporting period to allow time for claims to be corrected by the MTF. The report shall be provided to the submitting MTF, which has five (5) business days to correct any of these claims. After five (5) business days, the Contractor shall review all claims in this report that have not been reversed or resubmitted by the MTF. For the remaining claims, the Contractor shall contact the submitting MTF to troubleshoot the claim, determine the cause of the error, and then correct the error on the claim within two (2) business days. The Contractor shall ensure that 100% of issues have been addressed within the aforementioned time period.

C.5.5.6. The Contractor shall provide a Data Integrity report to the MTFs on a weekly basis (CDRL W020). The Contractor shall run the report seven (7) calendar days after the close of the reporting period to allow time for claims to be corrected by the MTF. Claims submitted using MHS GENESIS shall not be included in this report. This report shall include paid MTF claims which generated the following ProDUR warnings:

- High Dose Alerts - All prescriptions processed by MTF pharmacies where the prescription exceeds daily maximum allowable dosage for a medication, as

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION C**
**STATEMENT OF WORK**

determined by First Databank (FDB) as a result of an input error, such as incorrect quantity or days supply. The daily dosage is calculated by dividing the quantity dispensed by the days' supply. This report shall not include high dose DUR alerts resulting from patient specific characteristics.

- o Incorrect Quantity - Example: Asmanex package size is one, site enters 30 in the quantity field, the adjudication system will calculate 30 inhalers due to the unit of measure being "ea", the price will also be calculated incorrectly based on the incorrect quantity dispensed 30 x $28.84 = $865.20.
- o Incorrect Days Supply - Example: Site enters one day supply for Doxycycline 100mg qty 180.
- Invalid Provider

C.5.3.7. The Contractor's report shall be provided to the submitting MTF, which has five (5) business days to correct any of these claims. After five (5) business days, the Contractor shall review all claims in this report that have not been reversed or resubmitted by the MTF. For the remaining claims, the Contractor shall contact the submitting MTF to troubleshoot the claim, determine the cause of the error, and then correct the error on the claim within two (2) business days. The Contractor shall ensure that 100% of issues have been addressed within the aforementioned time period.

C.5.3.8. The Contractor shall also provide monthly summary reports to the Government on MTF rejections (CDRL M070), high cost claims (CDRL M072) and data integrity edits (CDRL M071), to allow the Government to monitor the reported claims and their resolution rates. Claims submitted using MHS GENESIS shall not be included in this report.

**C.5.4.** MHS GENESIS Claims

C.5.4.1. The Contractor shall connect to sites using MHS GENESIS as described in Section C.11.7.4. MHS GENESIS is the new EHR replacing CHCS at all MTFs. MHS GENESIS is a commercial standard EHR and processes claims in NCPDP D.0 format (or the most current standard). It is supported by the Defense Healthcare Management System Modernization (DHMSM) contractor. MTFs will continue to transition to the new system until all MTFs are using MHS GENESIS.

C.5.4.2. The Contractor shall review any changes to claims processing parameters with the Government before they are implemented, including any NCPDP mandated changes to the transaction format such as changes to reject codes and overrides.

C.5.4.3. The Contractor shall process claims using business rules for MHS GENESIS claims, which include the benefit design (including P&T guidance described in C.6.8.22.7) and other documentation (e.g., MTF Set-Up). The Government may direct specific changes to MHS GENESIS business rules as appropriate.

**C.5.4.3.1.** At the direction of the Government, the Contractor shall support coordination of benefits for MHS GENESIS claims. The business rules governing this process may vary from standard commercial practices.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:39 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION C**
**STATEMENT OF WORK**

C.5.4.4. The Contractor shall not perform DEERS eligibility checks for MTF claims. The MTF assumes responsibility for eligibility; therefore, the Contractor will process the claim regardless of eligibility status.

C.5.4.5. The Contractor shall maintain current, accurate, and complete system documentation, as described in C.2.10.

C.5.4.6. The Contractor shall coordinate an interface control document (ICD) with the DHMSM Contractor. The ICD will be approved by the Government.

C.5.4.7. MHS GENESIS claims will utilize a full range of commercial edits with some exceptions, as defined here and in the Edit Set-Up documents. All transactions shall be transmitted to the PDW.

C.5.4.8. The Contractor shall adjudicate all MHS GENESIS claims and shall reject claims that do not pass edits. The Contractor may return a paid claim with advisory messaging in lieu of rejection or exclude specific drugs from such rejects as directed by the Government. The Government may identify specific information to be included in the messaging for advisories or rejects. Commercial standard edits shall apply unless otherwise indicated.

C.5.4.9. The Contractor shall accept the ingredient cost submitted on the claim for MHS GENESIS claims. No adjustments or discounts shall be applied.

C.5.4.10. The Contractor shall monitor MHS GENESIS rejects and, on a weekly basis, report NDCs which trigger rejects in the indicated categories. (CDRL W030)

**C.5.4.10.1.** The Contractor shall coordinate with DHA and/or the MHS GENESIS Contractor to ensure alignment between their drug file and that used by MHS GENESIS, including the handling of new and termed NDCs.

**C.6. Mail Order Pharmacy**

**C.6.1.** Mail Order Pharmacy Prescriptions

C.6.1.1. The Contractor's mail order facility shall dispense and deliver medications to TRICARE beneficiaries consistent with the requirements that apply to the overall standard operations of TMOP outlined below. For beneficiaries in deployed theaters of operation, the Contractor shall dispense medications as indicated in Section C.6.7.

C.6.1.2. The Contractor shall accept prescription orders at TMOP by written (original or facsimile), electronic (supporting digital signature including e-prescribing), or telephonic submission.

**C.6.1.2.1.** The Contractor shall notify the beneficiary when a prescription order is received directly from a healthcare provider and process the prescription in accordance with the beneficiary's need (e.g. fill, pend the prescription, etc.).

C.6.1.3. The Contractor shall only accept prescriptions written by healthcare providers licensed in the U.S. with prescriptive authority as delegated by state and federal law. A provider who meets the applicable standards of state or federal licensure but who operates by the Indian Health Service, an

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:36 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
## STATEMENT OF WORK

Indian tribe, tribal organization, or urban Indian organization would meet the requirements of having prescriptive authority under DHA rules.

**C.6.1.4.** The Contractor shall have procedures in place to reasonably assess the validity of prescription orders.

**C.6.1.5.** For all medications dispensed through TMOP, the Contractor's tracking and dispensing procedures shall comply with Federal and State law and all applicable state boards of pharmacy requirements.

**C.6.1.6.** For beneficiaries receiving prescription medications through the TMOP, the Contractor shall provide 24 hours a day, 7 days a week access to a pharmacist by phone.

**C.6.1.7.** The Contractor shall not collect sales tax on prescriptions dispensed by TMOP.

**C.6.1.8.** The Contractor shall not dispense TMOP prescriptions to a beneficiary with OHI, unless one of the following exceptions applies:

1. The OHI does not cover the prescribed agent, either by the benefit design or denied coverage review.

2. The beneficiary has exhausted the benefits under the OHI.

**C.6.1.8.1.** Under these exceptions, to receive TRICARE coverage of pharmaceuticals dispensed through the TMOP, beneficiaries with OHI must submit documentation to the Contractor showing the OHI does not cover the prescribed item, or documentation such as an Explanation of Benefits (EOB) indicating their coverage has been exhausted. In cases where the Contractor is also the PBM for the OHI, it may provide such documentation in place of the beneficiary. The Contractor will then update the beneficiary's profile with this information and process the prescription(s) accordingly.

**C.6.1.9.** The Contractor's TMOP prescription processing and written notification of denied orders shall meet the following minimum standards:

**C.6.1.9.1.** 98% of Mail Order prescriptions not requiring intervention or clarification shall be shipped in four (4) business days from receiving the prescription.

**C.6.1.9.2.** 100% of Mail order prescriptions shall be shipped, scheduled for delivery, returned, or denied within ten (10) calendar days of receipt, date stamped in accordance with TOM Chapter 8, Section 1.

**C.6.1.9.2.** Exceptions to the above prescription processing standard are as follows:

- Prescriptions under the Deployment Prescription Program (DPP) that require clarifications or intervention. These will not be included in the calculation of mail order pharmacy processing time.

**C.6.1.9.3.** Prescriptions dispensed from the TMOP shall be accurate 100% of the time, measured monthly.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
# STATEMENT OF WORK

**C.6.1.10.** In the event the Contractor fails to mail any prescription that did not require clarification or intervention within ten (10) business days, the Contractor shall automatically provide next day delivery service at no additional charge to the beneficiary.

**C.6.1.11.** The Contractor shall provide reporting of mail order volumes and processing times (CDRL Q040).

**C.6.1.12.** The Contractor shall contact the prescriber for each TMOP prescription received requiring intervention or clarification.

**C.6.1.13.** If the Contractor is unable to obtain a response from a prescriber within two (2) business days, the Contractor shall contact the beneficiary telephonically or by electronic means, based on the beneficiary's indicated preferences, to provide order status.

**C.6.1.13.1.** For intervention such as PA, MN or QL overrides, the Contractor will request beneficiary direction to process the prescription within the given benefit design, pend the prescription, return or cancel the prescription, or continue efforts to obtain a response from the provider.

**C.6.1.13.2.** For prescription clarification, which requires the information on the prescription to be clarified for completeness, accuracy and legibility, the Contractor will request beneficiary direction to either return or cancel the prescription or continue efforts to obtain a response from the provider. The Contractor will be held to the 10 day processing requirement per C.6.1.9. The Contractor shall document all calls and the beneficiary's direction.

**C.6.1.14.** If a medication is unavailable at Mail Order, the Contractor shall notify the beneficiary, provide options where the prescription can be filled including in-network options, and help facilitate the transfer of the prescription to the beneficiary's selected pharmacy.

**C.6.1.15.** The Contractor shall not return or cancel a prescription without first attempting to contact the beneficiary telephonically or by electronic means. The beneficiary shall have no less than 72 hours to provide a response before the prescription is returned or cancelled.

**C.6.1.16.** For all returned or cancelled prescriptions, the Contractor must provide written notification to the beneficiary explaining why the prescription was returned or cancelled.

**C.6.1.17.** If the Contractor is unable to fill a prescription because the medication is on backorder, the Contractor shall notify the beneficiary at the time of the order and offer to pend the prescription, transfer the prescription to a retail pharmacy, return or cancel the prescription, or contact the provider to request an alternative drug which is available. If the beneficiary opts to transfer the prescription to a retail network pharmacy, it shall be processed in accordance with C.3.1.

**C.6.1.18.** If the prescription is pended due to backorder, the Contractor shall contact the beneficiary when the medication is back in stock to request permission to fill the order.

**C.6.1.18.1.** The Contractor shall provide notification to the Government of items currently on backorder per CDRL W012.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
## STATEMENT OF WORK

██████ The Contractor will use best commercial practices to maximize generic substitution, including attempts to convert Dispense as Written (DAW) prescriptions. TMOP prescriptions dispensed shall adhere to the Government's mandatory generic policy.

██████ Upon receipt of a DAW prescription for a brand name product for which a generic equivalent is available, the Contractor shall contact the prescriber to change the prescription to a generic equivalent.

**C.6.1.20.1.** If the prescriber refuses to switch, the Contractor shall process the prescription according to government-approved PA criteria, as described in C.8.

**C.6.1.20.2.** If the prior authorization is denied, the Contractor shall cancel and/or return the prescription to the beneficiary.

**C.6.1.20.3.** If the Contractor cannot contact the prescriber, the Contractor shall notify the beneficiary per C.6.1.15.

██████ For all denied mail order prescriptions, the Contractor shall provide notification to the beneficiary explaining why the order was denied and detailing the beneficiary's appeal rights.

██████ At the direction of the COR, the Contractor may dispense brand in lieu of generic in instances where the brand is the lowest cost available on the medical pricing catalog, provided by the Defense Logistics Agency Troop Support (DLA-TS), for replenishment.

██████ The Contractor may offer automatic refills but shall exclude specific agents from this service as determined by the P&T process.

**C.6.1.23.1.** The automatic refill program shall allow beneficiaries to opt in for agents appropriate for automatic refill.

**C.6.1.23.2.** The Contractor shall present opt-in and opt-out options in a way that is clear and easy to understand and make their selection on all web-based tools and other beneficiary-facing communications. Confirmation will be sent to the beneficiary upon selection via the beneficiary's preferred electronic means.

**C.6.1.23.3.** The Contractor shall notify beneficiaries when a prescription is eligible for an automatic refill. The Contractor shall only fill the prescription after ██████ (b) (4) ██████

**C.6.1.23.4.** The Contractor shall not dispense prescriptions exceeding 450 days' supply over the course of any 365 day period unless an override is deemed appropriate per C.8.10. This limitation will not be applied to beneficiaries during the period they are receiving DPP dispensing(s).

**C.6.1.23.5.** When a prescription expires, the Contractor shall contact the beneficiary to authorize outreach to the prescriber to renew the prescription and get confirmation from the beneficiary to continue enrollment of that prescription into the automatic refill program.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:39 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION C**
**STATEMENT OF WORK**

**C.6.1.23.6.** When a drug is removed from the automatic refill program, the Contractor shall notify the beneficiary per C.9.3.

**C.6.1.23.7.** The Contractor shall provide reporting in accordance with CDRL M130.

The Contractor shall use clinical best practices to ensure prescriptions are processed to reflect the beneficiaries' most recent therapy. This shall include but not limited to:

- Ensuring prescriptions processed have the most current strength, dosage forms, and directions of use.

- Renewal prescriptions are pended in lieu of rejecting early submissions and beneficiaries are notified by telephone or other electronic means, based on beneficiary preference, of prescriptions received and placed in a pended status, and the anticipated processing date for each.

The Contractor shall report dispensed ingredients that are replenished at the burdened unit price from the medical pricing catalog provided by the DLA-TS. On the TED, this will be populated as the Amount Paid by Government Contactor, per the TSM. Ingredients acquired by Contractor through MPPP should reflect the acquisition cost to the Government. See Section C.6.8.22 for more information.

The Contractor shall accommodate all special requirements in regards to handling, processing or shipping of pharmaceutical agents as recommended by the Food and Drug Administration (FDA) or manufacturer for products dispensed through TMOP.

**C.6.2.** Mailing Prescriptions

The Contractor shall mail TMOP prescription orders to only those beneficiaries living in the 50 United States, the District of Columbia, Puerto Rico, U.S. Virgin Islands, Northern Mariana Islands, American Samoa, and Guam, and to beneficiaries with an Army Post Office (APO), Fleet Post Office (FPO), or Diplomatic Post Office (DPO) address.

The Contractor shall mail TMOP prescriptions to an APO, FPO, and DPO address using, at minimum, a delivery method equivalent to U.S. Priority Mail. All other TMOP prescriptions shall be shipped or mailed postage paid to the beneficiary in a manner which provides, at a minimum, a delivery time equivalent to First Class U.S. Mail.

The Contractor shall ship TMOP prescriptions at no additional cost to the beneficiary. The Contractor may also offer pick-up at a local location, in accordance with state and federal laws.

The Contractor shall apply TMOP dispensing rules and copayments, regardless of delivery mechanism.

Upon request by the beneficiary, the Contractor shall provide next day or other expedited delivery services to beneficiaries with a mailing address within the continental U.S. The beneficiary is responsible for the additional shipping cost at the Contractor's most favorable shipping rate.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
# STATEMENT OF WORK

The Contractor shall have the ability to suspend shipping to specified addresses outside the United States by postal code when directed by the Government.

The Contractor shall ship medications care of (c/o) to the beneficiary's health care provider's office, if requested by the beneficiary.

When shipping medications, the Contractor shall comply with U.S., U.S. Military, and U.S. Diplomatic Postal Service regulations.

The Contractor shall not ship prescriptions to addresses where any prior prescription or correspondence to that beneficiary has been returned undeliverable without first contacting the beneficiary and verifying the address.

With each order shipped, the Contractor shall provide information on all options for reordering a medication.

The Contractor shall be responsible for all medications dispensed by the Contractor up to the verified point of delivery to the beneficiary or to the alternate delivery location designated by the beneficiary. When using U.S. Mail, the Contractor shall allow 12 days from the original ship date for the beneficiary to receive their order. Beginning 12 days after the ship date, the Contractor shall reship the order within three days of receiving notification from the beneficiary that their order has not been received or was received in unusable condition. A beneficiary shall have up to 45 days from the original ship date to report that an order was not received and request a replacement. This shall be extended to 60 days for prescriptions sent using an APO, FPO, or DPO address.  If the Contractor determines the original order was not received or was received in unusable condition, the Contractor shall reimburse the copayment for the original order, or may provide delivery of a replacement order with no additional copayment.  Upon receipt of beneficiary notification that the original order was not received, the Contractor shall educate the beneficiary regarding the copayment for any replacement order and the potential for reinstatement of the original copayment should the original order arrive in usable condition. Following shipment of the replacement order, the Contractor shall monitor deliveries of prescription order(s) to determine the status of the original order as well as replacement orders and make outreach to the beneficiary as needed to address the ongoing issue.

If it is determined the original prescription order was not received or was received in unusable condition, the Contractor shall not receive an administrative fee, replenishment or reimbursement for the lost or damaged prescriptions. The Contractor will receive an administrative fee, replenishment or reimbursement if the replacement is the result of a circumstance in which the Contractor has limited or no control, such as a drug recall or natural disaster. The Contractor shall report on all replacement shipments requested and fulfilled (CDRL Q041).

**C.6.2.12.1.** In situations where either a return is received or a request to return a prescription is received due to error(s) not caused by the Contractor or the beneficiary (see C.6.5), the Contractor shall work with the Government to determine appropriate resolution.

Order Tracking. The Contractor shall provide an electronic method for beneficiaries to monitor a prescription order from the day an order is received to final delivery. Process should include updates on order receipt, any processing delays, the date of expected delivery, and upon

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION C
## STATEMENT OF WORK

successful delivery. Additional notification would apply if an order is placed in pended status with a next eligible fill date, the order is eligible for release from pended status and the order is returned or cancelled. Beneficiaries should have an option to configure notifications if desired, based on their communication preferences.



**C.6.3.** Mail Order Pharmacy Accounts

**C.6.3.1.** The Contractor shall support TMOP registration by a variety of means, including but not limited to submissions in writing, via telephone, or via the Contractor's website.

**C.6.3.2.** For TMOP prescription orders, the Contractor shall allow beneficiaries to provide a credit card for the copayment amount.

**C.6.3.3.** The Contractor shall establish individual accounts for family members, and shall allow for more than one credit card to be on record for collection purposes.

**C.6.3.4.** The Contractor shall ensure that if a beneficiary overpays a copayment amount, the beneficiary is notified that the excess has been credited to the beneficiary's account for future prescriptions, or the overpayment is refunded to the beneficiary along with the explanation of the refund, based on the beneficiary's preference.

**C.6.3.5.** As a result of its own business judgment and at its own risk, the Contractor may choose to extend credit to beneficiaries so that when an insufficient copayment is received, the Contractor may fulfill the prescription order up to the amount of the Contractor-established credit limit and credit aging parameters. As the Contractor is not acting as an agent of the Government in extending credit to beneficiaries, none of the recoupment procedures set forth in this contract or the TRICARE manuals shall be available to the Contractor to collect beneficiary copayments. Likewise, any uncollected debts from beneficiaries resulting from the extension of credit are not reimbursable under this contract. If the Contractor does not extend credit or the beneficiary has exceeded the Contractor's established credit parameters, the Contractor shall return the prescription to the beneficiary and notify the beneficiary of the correct copayment amount required.

**SECTION C**
**STATEMENT OF WORK**

**C.6.4.** Returns

**C.6.4.1.** Prior to the start of pharmacy services, the Contractor shall identify its preferred Returns Management Reverse Distributor (Reverse Distributor) to the Government.

**C.6.4.2.** The Contractor shall segregate all returned pharmaceuticals from all other pharmaceuticals in its facility.

**C.6.4.3.** The Contractor will further distinguish between returns for which replenishment of the pharmaceutical is expected from the National Prime Vendor C.6.8.1, and any returns leading to a replacement furnished by the Contractor.

**C.6.4.4.** Any returns leading to a Contractor furnished replacement may be submitted to the Contractor's Reverse Distributor; any credits arising from these returned drugs accrue to the Contractor.

**C.6.4.5.** For all pharmaceutical agents returned to the MOP, the TED record will be adjusted or cancelled as necessary to properly reflect co-payment, administrative fee, and replenishment. The TED adjustment/cancellation must maintain an accurate clinical record on the PDW.

**C.6.4.6.** The Contractor shall hold all returned pharmaceutical agents for which replenishment is expected for processing by the Government's Reverse Distributor.

**C.6.4.7.** The Contractor shall contact the Government's Reverse Distributor no less frequently than quarterly to arrange for a return shipping date. The Contractor will provide the Government's Reverse Distributor access to its facility(ies) for onsite inventory, packaging, and shipment of returns to the Government's Reverse Distributor's central location.

**C.6.4.8.** The Contractor shall submit to the COR all receipts provided by the Government's Reverse Distributor upon pick-up. The Contractor is not responsible for the cost of packaging or shipment of returns to the Reverse Distributor.

**C.6.4.9.** The Contractor shall work directly with the Reverse Distributor to negotiate any disputes which may arising from the processing of returnable pharmaceuticals and/or the disposal of non-returnable pharmaceuticals owned by the Contractor. In the event, a dispute cannot be resolved, the Contractor may contact the COR or the Contracting Officer for assistance.

**C.6.4.10.** Before dispensing any compounded medication through TMOP, the Contractor shall verify that all supplies and ingredients required to prepare the compound are available for replenishment from the National Prime Vendor (NPV), as described in C.6.8. In the event that any required products are not available, the Contractor may return the prescription to the beneficiary.

**C.6.5.** Error Reporting

**C.6.5.1.** The Contractor shall provide a report on all TMOP defects and errors (CDRL Q042). For purposes of this report, the Government defines a medical error according to the National Coordinating Council for Medication Error Reporting & Prevention (NCC-MERP): "Any preventable event that may cause or lead to inappropriate medication use or patient harm while the

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
## STATEMENT OF WORK

medication is in the control of the health care professional, patient or consumer." Examples include, but are not limited to:

- Lost or damaged prescriptions reported upon receipt, resulting in delay in processing and/or increased difficulty in transcription;

- Prescriptions entered into the incorrect patient's profile, transcribing the wrong drug or dose, or directions (sig), into the patient's profiles;

- Failing to correctly enter all elements of a prescription, e.g., refills, such that the patient may not correctly receive the correct duration of therapy; or events that may trigger an allergy or drug-drug interaction, dosed incorrectly, wrong quantity transcribed, etc.; or

- Incorrect quantity dispensed, broken medications, label, bottle or packing defects, improper storage or shipping.

All such events which are identified and corrected prior to leaving TMOP are considered defects

**C.6.6.** Expanded Use of MTF and TMOP

**C.6.6.1.** The Contractor shall apply the requirements of the Expanded Use of MTF and TMOP (NDAA Fiscal Year 2015, Section 702), in accordance with TPM, Chapter 8, Section 9.1, The Contractor shall report monthly results using the Expanded Use of MTF and TMOP Summary Report (CDRL M120).

**C.6.6.2.** The Contractor shall monitor and apply any changes to the list of select medications for Expanded Use of MTF and TMOP posted in accordance with TPM Chapter 8, Section 9.1.

**C.6.6.3.** The Contractor shall approve overrides to the Expanded Use of MTF and TMOP, which may be authorized for the situations listed below. The Contractor shall apply the waiver in the patient profile which will allow a universal override for future retail dispensing in accordance with TPM Chapter 8, Section 9.1.

**C.6.6.4.** The Contractor shall implement a waiver process based on personal need, hardship, emergency, or other special circumstances that requires use of a retail pharmacy, per TPM Chapter 8, Section 9.1 and criteria established by the DoD P&T Committee (February 2015). The determination shall be made using Contractor-developed, Government-reviewed criteria. Criteria shall include the follow circumstances:

- A beneficiary exhibits personal need, hardship or an emergency.

- A beneficiary residing in a nursing home or other long term care facility. Communication with the beneficiary, a relative or a caregiver, is sufficient to establish residency in a nursing home. The Contractor will allow caregivers to establish residency for multiple beneficiaries at the same time.

- Barriers exist preventing a beneficiary from receiving medications by mail (e.g., no permanent mailing address, resides in rural setting)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION C**
**STATEMENT OF WORK**

- The dosing is not stable or the medication requires titration to achieve therapeutic effectiveness or safety.

- Waiver is approved by the COR for any other special circumstances.

**C.6.6.5.** The Contractor shall provide a dedicated toll-free number to assist beneficiaries in transferring their prescriptions from retail pharmacies to TMOP or an MTF, based on the beneficiary's directions.

**C.6.6.6.** When the Contractor processes a retail network pharmacy claim for a beneficiary subject to Expanded Use of MTF and TMOP, the Contractor will communicate information regarding the options available to the beneficiary.

**C.6.6.7.** The Contractor shall contact the beneficiary by letter or electronic means, based on the beneficiary's preference, by the end of the following week after each of the two potential 30-day courtesy fills. The communication shall remind the beneficiary of their options for obtaining future fills (at MTF, TMOP or pay the full cost of the medication at a retail network pharmacy), and provide contact information for the Contractor's call center.

**C.6.6.8.** The Contractor shall provide notification explaining the beneficiary's options in the following situations:

**C.6.6.8.1.** The beneficiary has paid the full cost for their prescription of select maintenance medication at a retail network pharmacy.

**C.6.6.8.2.** The beneficiary received a rejection for their medication at a retail pharmacy and did not subsequently contact the Contractor to obtain their prescription order through TMOP.

**C.6.6.9.** After the two 30-day courtesy fills, the Contractor shall require beneficiaries to pay the full cost of prescriptions for select maintenance medications when dispensed at a retail network pharmacy unless the beneficiary meets requirements for waiver or override. When a beneficiary opts to pay full price for a select medication at a retail network pharmacy, it is considered a non-covered service. A record of the dispensing shall be posted to the patient's profile. The Contractor will not reimburse paper claims submitted by beneficiaries who paid the full cost of a select medication, unless otherwise authorized by the COR subsequent to a review.

**C.6.6.10.** The Contractor shall not reject prescriptions filled at VA pharmacies under this program.

**C.6.7.** Deployment Prescription Program

**C.6.7.1.** The Contractor shall manage all aspects of the TMOP registration and prescription process for deploying beneficiaries and for beneficiaries at in-theater locations.

**C.6.7.2.** The Contractor shall provide comprehensive reporting, allowing the Government to monitor the program (CDRL M100). Deployment prescriptions include all prescriptions for TRICARE-eligible beneficiaries deployed in a theater of operation.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
# STATEMENT OF WORK

C.6.7.5. For beneficiaries deployed in theaters of operation, the Contractor shall provide an electronic method for beneficiaries to monitor a prescription order per C.6.2.13.

C.6.7.6. For beneficiaries deployed in theaters of operation, the Contractor shall provide prescription status notifications by electronic means or by telephone, based on the beneficiary's preference, including but not limited to prescriptions received, placed in pended status, next eligible fill date, eligible for release from pended status, prescription order shipment, as well as any prescription delays, returns or cancellations.

C.6.7.3. The Contractor shall receive DPP prescriptions via standard mail and via electronic methods (such as fax, secure server, or e-prescribing system) from any Pre-Deployment or Out-Processing Center, hereafter referred to as the "Center(s)." DPP prescriptions will also be received using these same channels from within theater.

C.6.7.4. Upon receipt of a DPP prescription, the Contractor shall verify, adjudicate, and process the prescription in accordance with the procedures outlined in C.6.7.11. DPP prescriptions may have additional restrictions (e.g., psychotropic policy, non-deployable medications, etc.), as stipulated at the Government's Deployment Prescription Program page (Attachment J-3, Line 2). Specific restrictions may vary depending on which command (e.g., CENTCOM, SOUTHCOM, PACOM, etc.) the deployment falls under.

C.6.7.5. The Contractor shall develop and maintain a prescription form to be used solely for the Deployed Prescription Program, based on a template furnished by the Government. The Contractor's initial DPP prescription form, as well as any subsequent updates or modifications, must receive Government approval prior to dissemination and utilization. The Contractor's DPP prescription form must be able to be printed and completed by hand, as well as completed electronically and digitally signed.

C.6.7.6. To support DPP prescriptions, the Contractor shall establish communications with and maintain channels of communication for all Centers and regional theater pharmacists.

C.6.7.9. The Contractor shall educate the Centers and theater personnel on the most common causes for delays in prescription processing and returned prescriptions, and shall actively work with the Centers and theater personnel to maximize the volume of prescriptions received and dispensed that do not require intervention or clarification.

C.6.7.10. The Contractor will provide a dedicated team to interface with deployment centers and theater personnel, and establish channels of communication to align processes to submit/process prescriptions.

C.6.7.11. Upon receipt of a DPP prescription, the Contractor shall perform the following verification steps:

**C.6.7.11.1.** The Contractor shall perform a DEERS eligibility query. If a DEERS query shows the beneficiary as ineligible for MOP, the Contractor shall notify the beneficiary with explanation, and provide guidance so the beneficiary may take the appropriate steps needed to show eligibility. Activated National Guard and Reserve service members may need to submit orders to DEERS to update their active duty status.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION C**
**STATEMENT OF WORK**

**C.6.7.11.2.** The Contractor shall verify that registration is complete and legible. The Contractor shall return the prescription form to the Centers for correction as necessary. For theater prescriptions, the Contractor shall contact the beneficiary, or the provider if unable to contact beneficiary, to verify registration information.

**C.6.7.11.3.** The Contractor shall enter all beneficiary registration and prescription information into Contractor's system and verify that the information provided is complete and correct. If clinical issues are identified with prescription information, the Contractor shall coordinate with the Center or theater prescriber as appropriate, to resolve issues.

**C.6.7.11.4.** The Contractor shall verify that all prescriber identifiers are received and valid.

**C.6.7.11.5.** The Contractor shall screen prescriptions to be pended for completeness and perform ProDUR prior to pending. Rejections and clinical warnings that would prevent the prescription from processing when it is released from pended status should be resolved with the Center or theater prescriber and corrected in the system prior to pending the prescription. This screening is in addition to the full adjudication process that occurs prior to dispensing, when the prescription is released from pended status by the beneficiary.

**C.6.7.11.** The Contractor shall notify the beneficiary via electronic means or telephone, based on the beneficiary's preference, when a pended prescription is eligible to be filled.

**C.6.7.11.** The Contractor shall dispense prescriptions following the standard mail order pharmacy adjudication process. For all DPP prescriptions, the appropriate overrides will be entered by the Contractor to allow the prescription to fill. These overrides may include the following:

- Max days' supply limit (up to 180 days' supply)
- Refill too soon
- MN
- PA required
- Excluded Drug
- QL
- Maximum Cost

**C.6.7.14.** Where clarification is required to process the prescription, the Contractor shall contact the prescriber (if originating from theater) or Center (if originating from Pre-Deployment Center) within one (1) business day to verify the prescription, and to notify the beneficiary of the issue.

**C.6.7.14.1.** The Contractor shall make a second attempt at seven calendar days after initial outreach if no response has been received. The Contractor shall allow up to 14 calendar days for a response.

**C.6.7.14.2.** For prescriptions originating in-theater, the Contractor will utilize the regional point of contacts (POCs) to assist in resolution. After attempting appropriate follow-up, the Contractor shall return and/or cancel any prescriptions that cannot be processed to the appropriate POC and notify the beneficiary and the prescriber.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION C**
**STATEMENT OF WORK**

**C.6.7.14.3.** When a delay is expected, the prescription cannot be processed, and upon successfully processing and/or shipping, the Contractor shall notify the beneficiary via electronic means or by phone based on the beneficiary's preference, within one (1) business day.

**C.6.8.** Pharmaceutical Agents and Supplies

**C.6.8.1.** The Contractor shall provide inventory of pharmaceutical agents and supplies, hereafter referred to collectively as "agents," for TMOP dispensing to TRICARE beneficiaries. The Government shall replenish that inventory as set forth below.

**C.6.8.1.1.** The Contractor shall use the NPV as the primary source for replenishing pharmaceutical agents and supplies unless the Government approves dispensing of specific pharmaceutical agents from commercial sources under the MPPP (see C.6.8.22).

**C.6.8.2.** In order for the Government to replenish agents dispensed to TRICARE beneficiaries, the Contractor shall request replenishment for the same agents (drug, strength, and form) as dispensed.

**C.6.8.3.** The Contractor shall request replenishment by using the medical pricing catalog to obtain agents from the Government's contracted NPV.

**C.6.8.4.** To optimize replenishment, the Contractor shall provide written notification to the COR when the NPV is not able to resolve situations which may impede the replenishment process. This notification will occur via CDRL D010 and will identify each situation, including the specific agent and NDC, number of prescriptions impacted, reasons for the issue (if known), and any steps taken to locate additional sources of supply, and also provide recommendations as appropriate.

**C.6.8.5.** The Government compiles the pricing file from Federal Supply Schedules (FSS), Distribution and Pricing Agreements (DAPA), joint DoD/DVA national contracts, DoD contracts, and Blanket Purchase Agreements (BPA). This is currently compiled by the DLA-TS. The Contractor shall use the medical pricing file to identify, select, and price orders from the NPV for agents in package sizes that are most economical to the Government and can support utilization levels for agents which are replenished. If the Contractor is using the NPVs online ordering system, the contactor is required to select the most economical contracted agent available in the online ordering system. Orders shall be rounded down to the nearest whole package size of product needed to replenish agents dispensed. The agents will be shipped by the NPV to the Contractor's TMOP location(s) and specialty pharmacy location(s). In limited cases when required by the NPV or manufacturer, the Contractor may receive orders that are drop shipped directly from the manufacturer to the aforementioned locations.

**C.6.8.5.1.** The Contractor shall submit electronic orders to the NPV 24 hour, 7 days a week. Routine manual order shall be submitted Monday through Friday (normal business days) between the hours of 8:00 a.m. and 5:00 p.m. Orders must be received prior to 5:00 p.m. local distribution center time to be considered for next business day delivery. Orders received after 5:00 p.m. will be shipped two business days after the date of the order.

**C.6.8.5.2.** The contractor shall be limited to two emergency shipments per month for each of the TPharm ordering facilities at no additional transportation/handling charges to the ordering facility.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:39 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION C
## STATEMENT OF WORK

Any additional emergency shipments requested by the ordering facility shall be at the expense of the ordering facility which shall include all applicable transportation and handling costs.

**C.6.8.6.** The Contractor shall not deviate from the procedures described above when ordering products from the NPV without prior written authorization from the COR. Requests to do so shall include the 11-digit NDC number, nomenclature of the product(s), package size, anticipated purchase quantity, unit cost per package, and anticipated total cost of the order for both the requested product and the product it will replace.

**C.6.8.7.** The Contractor shall track and report volume of dispensed agents and the replenishment agents ordered and received from the NPV. The Contractor shall also track and report the volume of agents dispensed from approved MPPP (see C.6.8.22) recommendations and provide auditable reconciliation reporting by 11-digit NDC number (CDRLs M110, M111 and M140). The elements required for auditing will be specified by the Government. In the event that a dispensed NDC is not available for replenishment from the NPV, the Contractor will request replenishment with a therapeutically equivalent substitute product with the same drug, dose, and dosage form. In cases where therapeutic equivalent agents are used to replenish dispensed agents, the Contractor will maintain records which permit the therapeutic equivalent agents to be tracked by quantity and cost back to the original agents in the Contractor's inventory. The quantities ordered from the NPV for replenishment shall not exceed the quantities dispensed. The Contractor shall reconcile any latent replenishment owed, no more than 90 days after conclusion of each option period. If the quantity owed cannot be depleted within this timeframe, the Contractor shall notify the Contracting Officer or COR, to request an extension and provide a plan to reconcile within reasonable amount of time.

**C.6.8.8.** The Contractor will provide written notification to the Government within ▇ days if availability issues result in prescriptions being returned to the beneficiary.

**C.6.8.9.** The Contractor shall coordinate with the NPV and the DLA-TS as necessary to accomplish the replenishment of pharmaceutical agents. The operational processes for this coordination are between the Contractor and the NPV, but shall be consistent with NPV requirements established in the DLA-TS/NPV contract SPE2DX-20-R-0001, or successor contracts.

**C.6.8.9.1.** The maximum number of discrete contractor facilities at which the NPV can support replenishment is 12.

**C.6.8.10.** The Contractor shall work collaboratively with the NPV to achieve efficiencies with regards to communications, ordering and delivery practices, usage forecasting and necessary reporting to facilitate replenishment. ▇▇▇▇▇▇▇▇▇▇▇      (b) (4)
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

**C.6.8.11.** The Contractor shall provide usage data to the NPV for prescriptions dispensed by TMOP and specialty pharmacies in the network. The data should allow the NPV to accurately forecast the quantities necessary to meet current usage demands. The Contractor shall notify the NPV at least 14 days prior to any situations which may impact usage demands (e.g., the movement of prescription volume between dispensing facilities, benefit design changes or any other situations that may

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
# STATEMENT OF WORK

impact usage demands) to ensure the NPV is able to support such changes. **(b) (4)**

**C.6.8.11.1.** For newly marketed items of supply, the Contractor shall notify the NPV at least 30 days before changes in its usage patterns.  Newly marketed items of supply are items approved by the FDA within the past six months.

**C.6.8.11.2.** The Contractor shall notify the NPV if any item is being removed from their usage data. The data will be removed by the NPV effective the last day of that calendar month.

The Contractor shall participate in a process to expend any credits that have accumulated with the NPV as a result of returns, pricing errors, and other adjustments. In the event of an unusually large credit, the Government may initiate an out-of-cycle request to perform the process.

As provided herein, the Contractor shall primarily dispense agents which are replenishable by the NPV. The Contractor understands that dispensed agents unreplenishable from the NPV are the responsibility of the Contractor. When an agent that is normally available from the NPV becomes unavailable, the Contractor will utilize its inventory to fill prescription orders, until NPV replenishment occurs, or a MPPP recommendation if approved by the Government under C.6.8.22.

A dispensed pharmaceutical agent that has not been replenished is deemed unreplenishable (subject to be confirmation of individual agents by the Government) in the following cases:

- If the agent is a discontinued brand product which cannot be replenished. This does not include cases in which a branded NDC has changed and an equivalent product, referenced by NDC, is available.

- If the agent is a discontinued generic product, for which a therapeutic equivalent generic product cannot be replenished.

- Where the Government has directed a change from a brand product to a generic equivalent associated with a market shift to the generic product.

- Specific medications, defined by the Government, which have limited or no commercial use but are necessary to support troop readiness or operational contingency requirements.

- Specific situations in which the Contracting Officer or the COR determine that replenishment is not appropriate.

Annual Rebaseline. Prior to the start of pharmacy services and by a date mutually agreed upon after award, and during each successive exercised option period within 60 days of CO notification, the Contractor shall submit a baseline listing of multi-source generic or branded products by 11-digit NDC for approval by the CO or COR (CDRL W010). Each baseline listing will identify the therapeutically equivalent NDC that is the most economical to the Government and will be dispensed for each product whenever substitution is permitted by the prescriber.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
# STATEMENT OF WORK

C.6.8.16 Continuous Monitoring. Following the start of option period 1, the Contractor shall continuously monitor availability and pricing of all replenished products and provide weekly recommendations to the Government for the most cost-effective agents to be dispensed (CDRL W010). The Contractor shall identify the recommended change by 11-digit NDC for the Government's approval and the anticipated annual savings to the Government based on current utilization trends. The Contractor shall exclude those products acquired under a commercial market recommendation approved by the Government per C.6.8.22.1, during the period in which the Contractor is dispensing the commercial products.

C.6.8.17 Authorization for NDC change requests for agents replenished must be obtained from the CO or COR in writing (CDRL D010). The Government may direct the Contractor to make additional changes due to: 1) significant changes in drug prices, 2) the Government's award of a pharmaceutical procurement contract, or 3) other circumstances that necessitate a change. In the event, an NDC change takes longer than 30 calendar days to complete, the Contractor shall notify the Government per C.6.8.18

C.6.8.18 The Contractor shall complete each NDC change no later than 30 calendar days after being notified by the Government. The Contractor shall submit a written request for extension to the COR within10 days of receiving initial notification if the NDC change is expected to take longer than 30 calendar days. The request shall state the date the NDC change will be made and include the rationale for the extension.

C.6.8.19 In situations where NPV has supplies of government-specific inventory, the Contractor shall work with the NPV to deplete existing supplies prior to implementing an NDC change or dispensing the commercially-acquired pharmaceutical agents. The Contractor shall notify the Government if it anticipates it will be unable to deplete this inventory.

C.6.8.20 Receipt of Goods. The Contractor's facility(ies) ordering replenishment (hereby within referred to as ordering facility) shall have 48 hours after inventory is delivered by the NPV to acknowledge receipt for orders via an EDI 527 transaction (C.6.8.9). If the receipt of an order is not acknowledged within 48 hours after delivery, the ordering facility's ability to report discrepancies will be waived and all items in the order shall be considered received in full.

C.6.8.21 Discrepant Orders. The ordering facility(s) shall report all discrepancies relating to an order delivered by the NPV within 48 hours after delivery. Discrepancies include but are not limited to the following conditions:

- Products were shipped in error.
- Overages or short ships.
- Products with concealed damages or damaged in shipment.
- Products that did not meet the expiration/shelf life dating requirements of the NPV contract, unless otherwise authorized by the ordering facility or the DLA Troop Support NPV Contracting Officer.
- Products that were recalled, regardless of level of recall, except when the manufacturer's policy states otherwise, in which case the manufacturer's disposition instructions shall be followed.
- Other conditions consistent with the PPV's normal return policy.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION C
## STATEMENT OF WORK

**C.6.8.21.1.** The ordering facility(s) shall report all discrepancies to the NPV customer service center within 48 hours after receiving an order (CDRL R010) and shall include the DLA Troop Support Discrepancy Mailbox (See Attachment J-3, Line 15) on any communication to the NPV regarding discrepancies. Any discrepancies reported after 48 hours may be rejected by the NPV. In limited instances, a discrepancy may require additional research to reach a final conclusion which shall have a mutually agreed upon date between the NPV and the ordering facility. Notification of these instances and the agreed upon resolution date shall be reported to the NPV, DLA and DHA as soon as they are identified.

**C.6.8.21.2.** If an ordering facility receives an overage, or agent is received after the NPV cancelled the item on the order confirmation, the ordering facility shall notify the NPV and obtain disposition for the items. The NPV is to either provide a return authorization number and arrange for pickup or inform the ordering facility of other actions. The ordering facility is not authorized to keep the overage or cancelled agent. Discrepant goods will be held by the ordering facility's receiving point subject to NPV's disposition instructions.

**C.6.8.21.3.** The Contractor shall submit all discrepancies regarding cold chain products directly to DLA Troop Support Cold Chain Management, where it will be evaluated for product quality. When valid discrepancies are identified, DLA Troop Support Cold Chain Management will notify the NPV of the specific error and indicate when receipt for goods should not be posted by the Contractor or if a credit must be given.

**C.6.8.22.** Market Priced Pharmaceutical Program (MPPP)

**C.6.8.22.1.** The Contractor may recommend to the Government sustainment offers of Trade Agreement Act (TAA) compliant agent(s) to dispense at TMOP or specialty pharmacy(ies) where supply sources are not stable or are unavailable through the NPV(s). Such offers may address situations when the only alternative agents available from the NPV(s) are branded agents, or agents otherwise treated as brand, which are more costly to the Government compared to generic agents available in the commercial market. The Government may impose additional restrictions such as minimum order thresholds.

**C.6.8.22.2.** The Generic Sequence Number (GSN) shall be the means of identifying the recommended drug family.

**C.6.8.22.3.** The Contractor's MPPP recommendation shall provide the following:

- The specific medical pricing catalog NDC and price for which a therapeutically equivalent agent is being offered.

- Evidence of market conditions which support the Contractor's recommendation based on the Government's usage demands at the time of evaluation.

- An attestation that the product is therapeutically equivalent to the comparable agent listed on the medical pricing catalog.

- An attestation that the drug is TAA compliant.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION C**
**STATEMENT OF WORK**

- The unit price and quantity available from the recommended commercial source.

- The proposed total cost to include drug, administrative fee, and estimated incentive.

- The expected allocation of drug, utilization between DoD and Dual-Eligible Beneficiaries.

- Cost savings of the combined drug and administrative fee when compared to the listed price on the MMC.

- The expiration date of the offer, as well as the estimated time period during which the product shall be dispensed based on current usage demands.

**C.6.8.22.4.** The Contractor shall advise DLA concurrently of offers they submit to the DHA Contracting Officer.  The information provided to DLA shall include the NDC but shall exclude contractor pricing information.

**C.6.8.22.5.** If the Contractor's MPPP recommendation is approved by the Government, a provisional approval will be communicated to the Contractor, who will then communicate the specific NDC to be purchased to the Government. The Government will then use the NDC to make an independent determination of therapeutic equivalence and TAA compliance.

**C.6.8.22.6.** Upon the Government's confirmation of the Contractor's attestations, the parties will execute a modification identifying the pharmaceutical agent, unit price, and quantity at which the Contractor is authorized to purchase and dispense the specified agents (M140) in lieu of ordering replenishment. The Contractor will be paid an administrative fee for each recommendation which is accepted by the Government and implemented and may request reimbursement for the cost of pharmaceutical agents (described herein) dispensed by invoicing the as described in Section G.

**C.6.8.22.7.** If the NPV has excess quantities of government-specific inventory on hand (for the purpose of replenishment), the Contractor shall coordinate with the NPV to deplete these supplies per C.6.8.19 prior to dispensing the commercially-acquired pharmaceutical agents through the MPPP. Once the Contractor begins to dispense commercially-acquired product, all such product shall be dispensed before the resumption of dispensing product for replenishment. The Contractor shall notify the NPV, to ensure product is available to support the Government usage demands, prior to when it has completed the dispensing MPPP-acquired pharmaceutical agents and allowing for seamless transition back to use of Government replenished inventory.

**C.6.8.22.8.**  At the request of the Government, the Contractor may submit MPPP offers to meet the requirements of MTF pharmacies. Any additional terms and conditions needed to facilitate this support may be negotiated as needed.

**C.7.  Formulary and Benefit Design**

**C.7.1.** DoD Uniform Formulary

**C.7.1.1.** The Contractor shall comply with the provisions of the DoD Uniform Formulary and its copayment structure. Uniform Formulary changes are generally announced quarterly. Additional

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:39 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
## STATEMENT OF WORK

information may be found at in the DoD P&T Committee Minutes (Attachment J-3, Line 1) and on the TRICARE website (Attachment J-3, Line 14).

**C.7.1.2.** The Contractor shall participate in the formulary review process as a voting member of the Beneficiary Advisory Panel (BAP). Further information is available at the BAP website (Attachment J-3, Line 5).

**C.7.1.3.** When the P&T process makes changes to the formulary, such as the approval of new or revised clinical restrictions, prior authorization, medical necessity, or alters clinical and/or safety criteria, the Contractor shall accurately adopt those changes according the specified implementation date. The Contractor shall continually monitor and implement published uniform formulary changes (see Attachment J-3, Line 1).

**C.7.1.4.** The Contractor shall participate in person at quarterly meetings with the Government to align on implementation of benefit design changes.

**C.7.1.5.** Copayments based on formulary status, point of service, and beneficiary category shall be charged to beneficiaries in accordance with the TRM, Chapter 2, Addendum B.

**C.7.1.6.** The Contractor shall provide a report (CDRL M200) documenting the implementation of benefit design changes and the identification and correction of inaccuracies.

## C.7.2. Contractor Formulary Support

**C.7.2.1.** The Contractor shall augment and support DHA's efforts in developing methodologies for benefit design analysis and drug class reviews utilizing clinically appropriate best practices. Recommendations will be advisory, evidence-based and clinical in nature, and include documentation and supporting materials to inform the DHA decision-making process. The scope of the recommendations shall include outpatient formulary (UF/BCF/ECF) drug/drug class reviews to include recommendations for formulary status (e.g., UF, NF, step preferred, non-preferred, not covered), prior authorization and medical necessity criteria, quantity limits, ingredients for compounds, medications appropriate for the specialty program, and inpatient drug formulary recommendations to support DHA efforts to standardize MTF inpatient and clinic administered drug utilization and dispensing. Formulary recommendations must be in compliance with 32 CFR 199.21, align with DoD benefit design rules, evolve with Congressionally mandated changes and DHA program needs, and meet cost-effectiveness objectives of the DHA while preserving access and readiness.

**C.7.2.2.** The Contractor shall monitor and provide timely notification to the Government of new agents that are scheduled to come to market which would generally be covered. The Contractor shall facilitate in identifying these agents as an innovator or a line extension and provide commercial formulary management strategies as available.  In addition, the Contractor shall provide approval pathways (e.g., NDA, ANDA and BLA) and identify if new agents are authorized generics and biosimilar products all in effort to support formulary decision making.

**C.7.2.3.** The Contractor shall provide market drug trend reports and pipeline analysis no less than quarterly (Q170).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
# STATEMENT OF WORK

**C.7.2.4.** ███████████████ (b) (4) ███████████████

**C.7.3.** Benefit Design

**C.7.3.1.** The Contractor shall ensure all changes to the benefit design are accurately implemented and maintained in accordance with the Government's intent. The Contractor shall obtain clarification if the Government intent is unclear prior to assigning benefit design changes (e.g. formulary status, copay structure, PA/MN criteria, etc.)

**C.7.3.2.** Use of Generics

**C.7.3.2.1.** The Contractor shall adjudicate prescriptions in accordance with the TRICARE pharmacy program's mandatory generic substitution policy under 32 CFR 199.21. The Contractor shall accept certain Dispense as Written (DAW) codes in limited situations as directed by the Government.

**C.7.3.2.2.** The Government may designate a special status to specific medications. When directed by the Government, the Contractor shall regard designated brand medications as generics and designated generics as brand, applying the appropriate formulary status and copay. The P&T Committee decisions will govern the formulary status of a particular medication. This status may be designated for a specific point of service. The Contractor shall notify the Government when a brand / generic designation is changed (e.g Authorized Generic) as a commercial practice.

**C.7.4.** Vaccines

**C.7.4.1.** TRICARE authorized vaccines may be administered by retail network pharmacies in accordance with the Centers for Disease Control (CDC) immunization protocols (see Attachment J-3, Line 6), and are covered under the TRICARE Pharmacy Benefit in accordance with TPM Chapter 7, Section 2.2. The Contractor shall maintain a list of covered vaccines and adhere to any future change to CDC immunization protocols. The Contractor shall update vaccine availability immediately upon the new vaccine effective date, in accordance with TPM Chapter 7, Section 2.2. The Contractor shall making a list of covered vaccines publicly available for TRICARE beneficiaries.

**C.7.4.2.** The Contractor shall ensure that retail pharmacies adjudicate vaccine claims utilizing the most current vaccine NDC(s) available for those vaccines that are reformulated frequently (e.g. influenza vaccine). Prior vaccine NDC(s) should not adjudicate.

**C.7.5. Infused and Injectable Medications.** The Contractor shall process claims for infused and injectable pharmaceutical agents in accordance with the TPM, Chapter 8, Section 9.1 and Section 20.1.

**C.7.6. Non-Covered Items.** The Contractor shall deny requests for pharmaceutical agents and supplies not covered under the pharmacy benefit in accordance with DoD P&T policy. Appeals of

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION C
## STATEMENT OF WORK

denied claims submitted by the beneficiary will be reviewed under the appeals process, set forth in TOM, Chapter 12.

**C.7.7. Compound Prescription Program.** The Contractor shall manage a compound prescription program. The program shall, at a minimum:

- Align with industry best practices
- (b) (4)
- Ensure evidence-based safety, clinical effectiveness and cost effectiveness
- Monitor and advise on opportunities to control compound spending and average cost per prescription
- Perform continuous surveillance to ensure appropriate compound billing practices
- Apply to compound prescription claims from MTFs processed under the MHS GENESIS

**C.7.7.1.** The Contractor shall provide a monthly report per CDRL M210.

**C.7.8. Safety and Enhanced Care Services.** The Contractor shall provide services to manage appropriate use of medications and treatment regimens for non-specialty medications to achieve measurable outcomes and cost controls. Management strategies shall engage beneficiaries, prescribers and/or pharmacies and incorporate evolving industry best practices or commercial standards. Outcomes shall include but are not limited to:

- Prevent adverse drug events
- Increased use of preferred formulary agents
- Maximizing generic utilization
- Improved adherence
- Improved understanding of the DoD Benefit Design by beneficiaries, prescribers and/or pharmacies
- (b) (4)

**C.7.8.1.** The Contractor shall monitor for potential non-adherence that might result from designated DoD benefit design edits (i.e., Prior Authorization, step therapy and non-covered), leading to prescription claim rejections or barriers that might prevent access to certain pharmaceuticals. The contractor shall conduct interventions to maximize continuity of care. This is independent of standard DUR safety edits, and will only be implemented for Government designated drugs and DoD benefit design edits and shall be suppressed for MTF upon request by the Government.

**C.7.8.2.** The Contractor shall maximize appropriate treatment regimens utilizing formulary preferred agents based on widely accepted evidence based treatment guidelines, or commonly accepted medication-related performance measures from nationally recognized certifying bodies such as CMS, PQA, and NCQA.

**C.7.8.3.** The Contractor shall support the use of electronic tools described in C.11.15 to facilitate the efforts described in this section.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION C
## STATEMENT OF WORK

**C.7.x.x.** The Contractor shall provide a report, submitted no less than quarterly, including the following (CDRL Q070):

- **Actions taken to support continuity of care;**
- **Enhanced care outcomes; and**
- **Cost savings/avoidance.**

### C.8. Clinical Reviews and Overrides

**C.8.1.** The Contractor shall perform clinical reviews for pharmaceuticals designated by the P&T as requiring PA and/or MN, and based upon P&T established criteria and/or Government direction. The P&T Committee will provide PA and/or MN criteria for these pharmaceuticals.

**C.8.2.** The Contractor shall apply Government-approved criteria and utilize commercial best practices for conducting all clinical reviews to achieve the TRICARE Pharmacy Program objective of reduce costs to the Government by maximizing the use of preferred drugs and minimizing the use of non-preferred or non-formulary drugs.

**C.8.3.** When P&T designates new pharmaceuticals as requiring a PA or MN, the Contractor shall adopt those changes according the specified implementation date.

**C.8.4.** The Contractor shall maintain clinical review criteria by making appropriate recommendations for changes to the criteria if new clinical information becomes available after the implementation period.

**C.8.5.** The Contractor shall have a process for validating new clinical review requirements to ensure that claims adjudicate as intended by the Government.

**C.8.6.** The Contractor shall recognize PA/MNs across all points of service unless otherwise directed by the Government.

**C.8.7.** Clinical Review Processes

**C.8.7.x.** The Contractor shall not perform a clinical review if the required PA or MN is active on system-wide profile, except as described in C.8.10.2.

**C.8.7.x.** If the required PA or MN is not on file, the Contractor shall perform the relevant determination and transmit the approval or denial to the PDW.

**C.8.7.x.** The Contractor shall submit TED records in accordance with the TSM for all approved or denied clinical reviews performed, including those performed electronically per C.11.15.9.

**C.8.7.3.1.** If additional information is received for a denied PA or MN within 30 calendar days of the initial denial, the reconsideration shall be part of the initial review. The Contractor shall not revise the previously submitted TED or generate a new TED for the revised PA or MN.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:39 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION C**
**STATEMENT OF WORK**

C.8.7.4. The Contractor shall allow an MTF pharmacist to report completed clinical reviews and shall document such reviews on the Contractor's system. These PAs shall be immediately available for claims processing.

C.8.7.5. An MTF prescriber the prescriber's representative, or a pharmacist may also utilize the Contractor's call center or web tools to request a clinical review, which shall be conducted per the requirements under C.8.10.2.

C.8.7.6. In cases where the clinical review was conducted by the MTF and placed on the profile by the Contractor (per C.8.7.4 above), the Contractor shall not submit a TED record.

C.8.7.7. The Contractor shall notify the beneficiary and the prescriber of the clinical review decision, except in cases where the review was performed by an MTF under C.8.7.4.

C.8.7.8. For denied clinical review determinations, the Contractor shall notify the beneficiary in writing and advise them of their appeal rights. The initial notification shall contain sufficient information to enable the beneficiary or prescriber to understand the basis for the denial and shall state with specificity what services and supplies are being denied and for what reason (i.e., listing specific PA or MN criteria not met).

C.8.7.9. The Contractor shall utilize commercial best practices for communicating these denials to minimize beneficiary confusion.

C.8.7.10. An appeal of the Contractor's initial determination and any further appeals shall be processed in accordance with the TOM, Chapter 12.

C.8.7.11. When appropriate to align with commercial best practices and DoD benefit design rules, the Contractor will propose proven commercial strategies for clinical reviews and shall provide recommendations to improve DHA supplied clinical review criteria.

**C.8.7.11.1.** ████████████████ (b) (4) ████████████████

C.8.7.12. The Contractor shall perform PA determinations regarding off-label use of pharmaceuticals in accordance with the TPM, Chapter 8, Section 9.1.

C.8.7.13. The Contractor shall have the ability within its system to identify all beneficiaries with an existing PA or MN for specific medications, at the request of the Government.

C.8.7.14. The Contractor shall have the ability to apply, shorten, extend, or remove a specific PA or MN for any identified patient or group of patients. The Contractor shall execute this process within 30 days of receiving a request from the Government.

C.8.7.15. The Contractor shall process clinical review requests and provide notification to the beneficiary and the prescriber in a manner that meets the minimum processing standards below.

**C.8.7.15.1.** ██ (b) (4) of all clinical reviews shall be completed and notification sent within ██ (b) (4) days of receipt of a properly completed request, measured monthly.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:36 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION C
## STATEMENT OF WORK

**C.8.7.15.2.** 100% of all clinical reviews shall be completed and notification sent within 10 days of receipt of a properly completed request, measured monthly.

The Contractor shall provide reporting on clinical review volumes and processing times (CDRL Q010). Electronic Prior Authorizations (ePA) (see C.11.15.9) shall be tracked and reported separately from non-electronic reviews. Appeals data will also be tracked and reported separately.

At the Government's request, the Contractor shall provide ad hoc reporting to retrieve PA and MN data extracts by drug or drug class with sufficient detail to determine specific outcomes (approval or denial) for each PA transaction. The report shall detail decision pathways and specific criteria which lead to approvals and denials. The report shall provide percent approved or denied via a given pathway over a specified time period. All data extracts must be in CSV or Microsoft Excel® format.

**C.8.8.** Availability of Medications Non-Compliant with Federal Ceiling Price

The Contractor shall limit retail network claims for covered drugs based on written pricing agreement requirements at 32 C.F.R. 199.21(q) (2). The P&T process will determine when covered drugs are unavailable through the retail network under this regulation and determine the criteria for preauthorization. These items and their respective implementation dates are published on the DoD P&T Committee website (Attachment J-3, Line 1).

Beginning on the published implementation date, access to these medications in the retail pharmacy network shall be restricted in accordance with TPM, Chapter 8, Section 9.1. The Contractor shall block all dispensing of the selected drug in the retail network, except when a preauthorization has been approved.

As the Government restricts access to a non-compliant covered drug, the Contractor shall notify beneficiaries with active prescriptions, describing the new restriction and providing information on how to change the current prescription to either an approved agent or move to TMOP (See C.9.3.3). The beneficiary may also submit a request for preauthorization, which shall be considered a type of clinical review and processed under the requirements in C.8.1.

**C.8.9.** Clinical Reviews for Dispensing Brand over Generic. The Contractor shall perform PAs using Contractor-developed, Government-reviewed criteria to determine when there is a clinical justification to use a brand name drug in lieu of a generic equivalent. The Contractor's criteria and documentation of clinical basis for criteria will be made available to the COR, for initial approval and concurrence, not less than 120 days prior to the start of pharmacy services. Once initial criteria are approved, the Contractor may only make changes to the criteria upon the Government's review and concurrence.

**C.8.10.** Administrative and Automated Overrides. The Contractor shall perform administrative and automated reviews. These edits do not require the same level of effort as clinical reviews and shall not be considered as such. These edits include but are not limited to automated overrides for age limit and gender restrictions for beneficiaries who meet the criteria, automated profile reviews, as well as quantity limit overrides for vacations, deployments, or medication dosage

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION C
## STATEMENT OF WORK

changes. System-generated overrides shall be distinguished from PAs resulting from a clinical review on the patient's profile and in the PDW.

**C.8.10.1.** The Contractor shall not submit a TED for administrative or automated overrides.

**C.8.10.2.** Administrative Overrides for MTF Claims

**C.8.10.2.1.** Administrative Overrides Applied for CHCS

**C.8.10.2.1.1.** MTF pharmacies perform their own clinical reviews and the Government deems that the requirement for PA and/or MN has been satisfied if that drug has been dispensed at an MTF pharmacy, including medications dispensed in theater. Outside of other reject issues, the Contractor shall place these claims on the beneficiary's profile and not subject them to the daily report of MTF validity rejects, as described in C.5.3.3.

**C.8.10.2.2.** Administrative Overrides Applied for MHS GENESIS

**C.8.10.2.2.1.** MTF Claims processed through MHS GENESIS will require PA and/or MN justification when required by P&T. The Contractor shall not allow MTF claims for non-formulary agents from MHS GENESIS to adjudicate without documentation of the MN. The Contractor shall return a reject to the MTF when MN is required.

**C.8.10.2.2.2**. Where appropriate, for non-formulary medications requiring a PA, the Contractor shall combine the MN and PA criteria to address medical necessity through the MN criteria and clinical appropriateness through the PA criteria. Approvals of the combined criteria will be portable to retail and mail order points of service and will allow for a UF cost-share. If a beneficiary has an existing PA approval for a non-formulary drug on their profile, a reject will still be returned to the MTF when a MN approval is not on the profile.

**C.8.10.2.2.2.1.** If a combined MN and PA review is administered by the contractor, a review for MN in addition to a review for PA will also be paid against CLIN X011 or X012 (G.3.5.7.4).

**C.8.10.2.2.3.** At the direction of the Government, the Contractor shall load PA and/or MN overrides for existing beneficiaries receiving medications at MTF pharmacies. The Government will provide direction based on need in advance of each MHS GENESIS wave.

**C.8.10.2.3.** In the case of medications non-compliant for Federal Ceiling price, an MN allowing for the dispensing of a non-formulary medication at an MTF shall not allow a patient to qualify for a reduced copay.

**C.8.11. Automated Profile Reviews.** The Contractor shall provide automated profile reviews for pharmaceuticals and drug classes designated by P&T. Step therapy is a type of automated profile review that is intended to channel patients to preferred agents that provide the most cost-effective therapy and the least risk to patients. The Contractor shall perform the step therapy reviews electronically via automated medication profile review in real-time at the point of service. When a prescription for a drug requiring automated profile review is presented, the automated profile review will look back up to 360 days for qualifying drugs. The Contractor's look back

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194908
Reviewer: Carol M.

methodology shall have technical capabilities to be able to address a variety of potentially complex step edits, including but not limited to multiple steps. The Contractor shall not submit TEDs for automated profile reviews.

**C.8.12. Prescription Monitoring Initiatives.** Under 32 CFR 199.4, TRICARE may not cost share drugs to support or maintain a potential abuse situation. In coordination with prescribers and MCSCs, the Contractor shall support prescription and utilization monitoring intended to identify potential abuse situations and restrict access to prevent further abuse. Two aspects of prescription monitoring include the Beneficiary Monitoring Program, described under C.8.12.1, and MTF Restrictions, described under C.8.12.2.

**C.8.12.1.** Beneficiary Prescription Monitoring Program

**C.8.12.1.1.** The Contractor shall manage the Beneficiary Prescription Monitoring Program in accordance with the requirements set forth in TOM, Chapter 28. The Contractor shall coordinate efforts to identify potential candidates with the regional MCSCs and directly with the MTF sites.

**C.8.12.1.2.** The Contractor shall generate a quarterly listing of the most likely candidates for restrictions (CDRL Q060).

**C.8.12.1.3.** The list will contain the top 100 candidates for each region based on the beneficiary's Primacy Care Manager (PCM) assignment (Prime) or region location (e.g., residential address of Select beneficiaries). All candidates with an MTF PCM will be referred to the respective MTF while patients enrolled with an MCSC (Prime or Select) will be referred to that MCSC to review the candidates for possible restrictions.

**C.8.12.1.4.** Upon receiving a determination from an MCSC identifying those beneficiaries to be enrolled in the program, the Contractor shall send them letters in accordance with TOM Chapter 28.

**C.8.12.1.5.** Upon receiving the beneficiary's written response designating their prescribing providers, or the MTFs direction on restriction, the Contractor shall lock the beneficiary in accordance with the specified restrictions. Once the beneficiary is locked, the Contractor shall reject all pharmacy prescriptions submitted which violate a beneficiary's restriction(s).

**C.8.12.1.6.** The Contractor shall notify the COR and other designated authorities of beneficiaries who have not responded within 14 calendar days to approve the entry of 100% cost share restriction. A list of these beneficiaries shall be provided in CDRL Q060.

**C.8.12.1.** The Contractor shall post a record of dispensing to the beneficiary's profile when a beneficiary pays full price for restricted medications, since it is considered a non-covered service. The Contractor shall reimburse paper claims submitted by beneficiaries who paid the full cost of a restricted medication, only after authorized by the COR subsequent to a review.

**C.8.12.1.7.** The Contractor shall enter the prescriber selections from the beneficiary or restriction guidance from the Government within 24 hours of receiving. Approved overrides to restrictions will be completed as soon as possible, not to exceed four (4) business hours. For one-time exceptions to allow a claim to process, three possible overrides may be offered, depending on the situation and point of service. All overrides shall be reported in CDRL Q061.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00006-MRD-PAS Document 1-2 Filed 06/27/01/25 Page 62 of 132 PageID
#: 1947

# SECTION C
## STATEMENT OF WORK

A. Override by request – Immediately upon receiving the request, the Contractor enters an override to allow the prescription to process outside of the restriction. The override limit is set per TOM Chapter 28 unless the COR provides additional guidance.

B. Approved Overrides – When a request is made, the Contractor shall gain approval from the MTF POC or MCSC POC where the restriction originated or the COR as necessary to facilitate the process. The COR will provide concurrence for MCSC overrides and changes. The Contractor shall enter the override as soon as possible, not to exceed four (4) business hours.

C. Pharmacy Overrides – An override entered by the pharmacy as part of the claim adjudication process.

**C.8.12.1.8.** The Contractor shall apply restrictions differently for TMOP, retail, CHCS MTF, and MHS GENESIS prescriptions and overrides shall be offered as follows:

████████ The Contractor shall reject TMOP and retail network pharmacy prescriptions if they are not in compliance with the beneficiary's restriction. An override by request (See C.8.12.1.7 (A) above) may be issued when the beneficiary calls the Contractor. When the number of overrides by request for that period has been reached, the Contractor may approve override (See C.8.12.1.7 (B) above) after approval of the appropriate POC.

████████ A CHCS MTF prescription will generate a ProDUR warning alerting them that the beneficiary is not in compliance with their restriction, which the MTF can override (See C.5.2.).

████████ MHS GENESIS prescriptions will be rejected if they are not in compliance with the beneficiary's restriction. The pharmacy may enter their own override (See C.8.12.1.7(C) above) or may contact the Contractor to request an override (See C.8.12.1.7 (A) above). Overrides by request shall be honored when requested by the MTF pharmacy.

**C.8.12.1.9.** The Contractor shall be available during all hours that MTF pharmacies using MHS GENESIS are open to assist the MTFs by providing information about the patient restrictions and entering an override by request.

**C.8.12.1.10.** The Contractor shall also apply restrictions for beneficiaries at their own request (for example, in the case of identity theft). Beneficiaries with restrictions entered at their own request may dis-enroll from the program at any time and remove all restrictions.

**C.8.12.1.11.** To aid the Government in monitoring the program, the Contractor shall provide reporting on the number of beneficiaries with restrictions, changes to restrictions over the reporting period, beneficiaries not in compliance with their restrictions, and an MTF compliance summary (CDRL Q061).

**C.8.12.1.12.** The Contractor shall provide a monthly updated report to the Government office (each TRO, program office (e.g., dental) or MTF) a list of their assigned beneficiaries restricted in their area (CDRLs M230, M231).

████████ Other MTF Restriction Programs

**SECTION C**
**STATEMENT OF WORK**

**C.8.12.2.1.** In addition to the Beneficiary Prescription Monitoring Program, individual MTF sites may have specific utilization and prescription monitoring programs, such as Warrior Transition Units, where military personnel may be enrolled for a limited duration. Under these programs, the MTF will make determinations for entry, modification and removal of a beneficiary's restrictions. The MTFs will communicate these determinations to the Contractor to modify restrictions. The Contractor shall enter or update these restrictions as described above.

**C.8.12.2.2.** The Contractor shall create and maintain the MTF restriction forms, stored on their website in a location communicated to the MTFs. The Contractor shall provide proposed changes to the Government for review and concurrence. The form will contain, at minimum, the following data elements:

- New or modified request
- Date of request or modification
- Reinstatements of previous restrictions and effective date
- Restricted beneficiary's information (name, DoD ID, date of birth)
- Type of lock
- Provider(s) name and DEA/NPI
- Pharmacy's name and NPI
- Requestor POC information (phone number, email, signature, and date for prescriber, registered nurse, and/or MTF RPh)
- Restricting MTF Site
- Reason for Request and effective date
- Whether member has been notified of restriction

**C.8.12.2.3.** The Contractor shall provide a monthly report containing the beneficiaries' profiles broken out by prescriber (CDRLs M230, M231). This monthly report will also contain at summary level, at a minimum, the following data elements:

- MTF prescribers that write for restricted beneficiaries that are not assigned to them
- MTF prescribers writing a high volume of Schedule II-V prescriptions
- Non-compliant beneficiaries.

**C.8.12.3.** Prescription Drug Monitoring Programs

**C.8.12.3.1.** The Contractor shall establish the MHS as a new "state" for the purposes of sharing data with all other Prescription Drug Monitoring Programs (PDMPs). The Contractor shall be the MHS PDMP administrator. The MHS PDMP will be developed and supported compatibly with PMP Interconnect, the nationwide, interoperable PDMP data sharing hub owned by the National Association of Boards of Pharmacy (NABP). MHS PDMP data shall be available for registered PDMP users for all other states, including prescribers, pharmacists and their respective delegates.

**C.8.12.3.2.** The Contractor shall update the PDMP data each day with prescription dispensing activity from the previous day. The data file shall contain all DEA Schedule II-V prescriptions, including compounds and partial fills, which are dispensed from an MTF pharmacy (both CHCS and MHS GENESIS). At the Government's direction, the Contractor shall also include specified non-controlled drugs with high potential for abuse. The Contractor shall submit data using the most

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION C
## STATEMENT OF WORK

current version of the American Society for Automation of Pharmacy (ASAP) 4.25A Standard, to include future updates in accordance with industry best practices. The Contractor shall monitor MHS PDMP data on a daily basis and perform validation and reconciliation of the MHS data. The Contractor shall populate the file using each beneficiary's most current available address. As the administrator, the Contractor shall have processes to mitigate data integrity errors and to correct errors as needed to allow record to post to the PDMP. The Contractor shall maintain a log of all these errors and their corrections, which will be made available to the Government for review upon request.

**C.8.12.3.3.** The Contractor shall provide MHS registered users with secure web-based access to query the most currently available data from all PDMPs that support sharing with MHS PDMP. The Contractor shall provide support to MHS users for issues related to data content and accuracy of the MHS PDMP database. The Contractor shall register all credentialed MHS prescribers, pharmacists, and their appointed representatives to allow them access to query all sharing PDMPs. The Contractor shall facilitate timely registration of all qualified MHS users, and provide training and education on appropriate use of the PDMP.

**C.8.12.3.4.** The Contractor shall provide monthly reporting on registrations and queries of PDMP data in accordance with CDRL M220.

## C.9. Customer Service

**C.9.1.** Beneficiary Services

**C.9.1.1.** The Contractor shall offer beneficiary services, including a call center. The Contractor shall operate beneficiary services with personnel predominantly dedicated to this contract and shall respond to beneficiary inquiries 24 hours a day, 365 days a year, in accordance with the contract requirements and performance standards stated below.

**C.9.1.1.1.** Through its beneficiary services operation, the Contractor shall provide accurate, complete, and timely responses in a courteous manner to questions from beneficiaries about any aspect of the services provided under this contract.

**C.9.1.1.2.** The Contractor shall use best commercial practices and technology that meet the needs of the MHS beneficiary in providing customer support and education resources, including mobile access and social media.

**C.9.1.1.2.1.** [(b) (4)]

**C.9.1.1.3.** The Contractor shall provide beneficiary services to beneficiaries with special needs.

**C.9.1.1.3.15.** The Contractor shall provide beneficiary services to non-English speaking beneficiaries

**C.9.1.1.3.16.** The Contractor shall provide beneficiary services for the hearing and visually impaired TRICARE beneficiaries.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION C**
**STATEMENT OF WORK**

**C.9.1.1.4.** The Contractor shall offer toll-free number(s) and number(s) for international callers in support of all the services provided under this contract, based on the requirements in TOM Chapter 23, Section 4 and Chapter 11, Section 6.

**C.9.1.1.5.** The Contractor shall maintain a list of all telephone and fax numbers used in the support of this contract and shall provide updates to the Government when numbers are added or changed and upon request.

**C.9.1.1.6.** The Contractor shall provide beneficiaries with access to their own claims history for no fewer than 18 months after their TRICARE eligibility has ended.

**C.9.1.1.7.** When the Contractor cannot resolve a specific beneficiary issue related to care not covered under this contract, the Contractor shall facilitate either a warm transfer to internal organizations when appropriate and approved by the Government or provide the beneficiary contact with the appropriate organization to seek additional guidance, in accordance with any MOUs. This requirement includes, but is not limited to, the following situations:

- If the beneficiary's issue concerns DEERS or DEERS eligibility, the Contractor shall refer the caller to the DMDC Beneficiary Telephone Center, and provide phone number and hours of service. These numbers are for beneficiary use only and cannot be used by the Contractor or other service provider.

- If the beneficiary's issue concerns coverage administered by another DHA Contractor (e.g., the MCSCs for their region), the Contractor shall refer the beneficiary to the appropriate TRICARE Contractor. The Contractor shall continue to work the issue until resolved or otherwise dispositioned.

**C.9.1.1.8.** The Contractor's automated response system shall offer an option for beneficiaries to check the status of their TMOP pharmaceutical prescription orders. The initial menu shall also offer beneficiaries the option of being immediately transferred to a Customer Service Representative.

**C.9.1.1.9.** At the beneficiary's request, the Contractor shall perform real-time coverage checks to verify whether a prescription will process under the benefit and confirm the copay that will be assessed. The Contractor's system shall perform a comprehensive mock adjudication utilizing the complete beneficiary profile and claims history when performing the coverage check. The outcome of the coverage check shall accurately reflect how a claim would adjudicate at that time, including:

- Availability and applicable copays at different points of service
- Existing clinical reviews on file and applicable lookback and bypass logic
- Claims history at all points of service
- Benefit rules and formulary limitations

**C.9.1.1.10.** The Contractor shall monitor issues driving call center volume and provide a monthly report of the top call center issues to the Government (CDRL M020). Additionally, significant issues that drive high call volumes or other significant sources of beneficiary dissatisfaction shall be reported to the COR or other designated authority. Interim updates on specific issues shall be provided to the Government upon request.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:38 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION C
## STATEMENT OF WORK

**C.9.1.1.11.** On an ongoing basis, the Contractor shall monitor beneficiary calls and industry trends to identify emerging issues impacting TRICARE beneficiaries. These issues shall be communicated to the COR or other designated authority on a timely basis. The Contractor shall work in collaboration with the Government to address these issues as appropriate.

**C.9.1.1.11.1**                          **(b) (4)**

**C.9.1.1.12.** The Contractor shall provide the Government with real-time remote and on-site call monitoring capabilities, as described in TOM, Chapter 11, Section 6.

**C.9.1.2.** The Contractor shall obtain the necessary access to accept referred customer service cases via the Government's secure, web based Assistance Reporting Tool (ART) which promotes customer service by facilitating beneficiary case resolution with less risk of compromising Protected Health Information (PHI).

**C.9.1.3.** All written responses to beneficiaries shall meet the standards established in the Plain Writing Act of 2010 (See 5 USC 301) as implemented in DoDI 5025.13, communicating to beneficiaries in a manner that is "clear, concise, well-organized and follows other best practices appropriate to the subject or field and intended audience." The Contractor shall use alternative government identification number, such as the DoD Benefits Number (DBN) in place of the SSN on outgoing correspondence from the Contractor to the beneficiary.

**C.9.1.4.** The Contractor shall monitor priority correspondence (See TOM Chapter 23, Section 4) addressing any beneficiary issue under this contract received from any source and provide reports of priority correspondence updated as correspondence is entered or closed. The Contractor shall forward priority correspondence to the Government in accordance with TOM Chapter 11, Section 5. In lieu of the reporting requirements in TOM, Chapter 11, Section 5, the Contractor shall follow the reporting requirements in CDRL M030.

**C.9.1.5.** Consistent with TOM Chapter 23, Section 4, the Contractor shall provide an explanation of benefits (EOB) to beneficiaries who obtain pharmacy services. The Contractor shall provide EOBs primarily by electronic means, but will also offer delivery by mail at the beneficiary's request or if a valid email address is not available.

**C.9.1.5.1.** The Contractor shall generate Electronic EOBs monthly but mailed EOBs will only be provided on a quarterly basis. Quarters are defined by the calendar year. EOBs will be generated no later than 11 days after the end of the period being reported (both monthly and quarterly).

**C.9.1.5.2.** Electronic EOBs shall contain information on prescriptions dispensed at all points of service, excluding only those referenced under C.9.1.5.4.

**C.9.1.5.3.** Mailed EOBs shall be sent only to those beneficiaries receiving prescriptions through retail or the TMOP points of service. If the beneficiary also receives prescriptions from additional points of service during that time period covered by the EOB, those shall be listed as well, with the exception of those referenced under C.9.1.5.4.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION C**
**STATEMENT OF WORK**

**C.9.1.5.4.** Claims at certain POS, such as VA CHDR (see C.11.9) shall be excluded from EOBs. The Government may exclude other POS or specific programs from EOBs.

**C.9.1.5.5.** For MTF and MOP claims appearing on an EOB, the Contractor shall apply pricing from the medical pricing file based on the lowest cost entry within the GCN.

**C.9.1.5.6.** The Contractor shall track the volume of EOBs sent through both channels, including the number of returned electronic notifications, the number of beneficiaries that accessed their electronic EOB and the number of mailed copies that were returned (CDRL Q080).

**C.9.1.5.7.** As measured on a monthly basis, the minimum performance shall be as follows:

| Beneficiary Help Desk | |
| --- | --- |
| **Service Category** | **Performance Standard** |
| Average Speed of Answer (measured from initial connection to answer by a service representative - includes any introductory message or automated menus) | 60 seconds or less |
| Telephone Call Blockage rate | 5% or less |
| Abandoned Call rate at any point | 5% or less |
| Telephone Calls Resolved at any point | 95% during initial call, 100% within 2 days |
| Priority Correspondence - Complete and issue resolved (to the Government's satisfaction, includes Electronic) | 85% during 10 days, 100% within 30 days |
| Routine Correspondence (Includes Electronic) | 85% within 15 days, 100% within 45 days |

The Contractor shall provide reporting on all metrics (CDRL Q020).

**C.9.2.** Pharmacy Help Desk Service

**C.9.2.1.** Starting no later than 40 days prior to the start of pharmacy services, the Contractor shall provide a dedicated toll-free number for a pharmacy help desk that helps retail network pharmacies provide courteous, prompt, and efficient retail pharmacy services to TRICARE beneficiaries in accordance with TRICARE Pharmacy Program requirements.

**C.9.2.2.** The Contractor shall also accommodate calls from MTF pharmacies to support processing of claims, dispensing of medications, or other related issues. The Contractor shall provide a dedicated toll-free number in support of MTF pharmacies and shall have staff specifically trained to support the MTFs. The Contractor shall report CHCS call metrics separate from that of MHS GENESIS.

**C.9.2.3.** The Contractor shall respond to inquiries from retail network pharmacies and MTF pharmacies 24 hours a day, 365 days a year, in accordance with the performance standards stated below.

| Pharmacy Help Desk | |
| --- | --- |
| **Service Category** | **Performance Standard** |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
# STATEMENT OF WORK

| Average Speed of Answer (measured from initial connection to answer by a service representative) | 60 seconds or less |
|---|---|
| Telephone Call Blockage rate | 5% or less |
| Abandoned Call rate at any point | 5% or less |

**C.9.2.3.1.** The Contractor shall provide call monitoring capabilities in accordance with C.9.1.1.12 for the MTF Pharmacy Help Desk.

**C.9.2.3.2.** The Contractor shall report MTF calls separately from those from retail pharmacies.

**C.9.2.3.3.** The Contractor shall provide reporting on all metrics (CDRL Q030).

**C.9.2.4.**



(b) (4)

**C.9.3.** Beneficiary Notifications

**C.9.3.1.** Unless otherwise specified, the Contractor shall send all written notifications to beneficiaries required under this contract electronically or by first class mail. Notifications not required to be in writing may utilize the communications methods listed above and additionally, phone and text message. As technology evolves, the Contractor may propose alternative communication channels to the Government for consideration.

**C.9.3.1.1.** Beneficiaries shall have a means to indicate their preferred communication method to the Contractor. The Contractor shall follow the beneficiary's indicated preference unless it is determined to be invalid (e.g., undeliverable mail/email) or otherwise superseded by the contract.

**C.9.3.2.** On a quarterly basis, the Contractor shall use effective methods (for example, e-mail, mail, smart phone applications) to send notices to newly-eligible beneficiaries, as identified by the Government. The notifications shall contain, at a minimum:

- A brief description of the TRICARE Pharmacy Benefit.

- The Contractor's contact information, including mailing address, beneficiary service telephone numbers, toll-free numbers for overseas beneficiaries, and the Contractor's email addresses.

- The Contractor's TRICARE Pharmacy Program website address.

- Contractor supplied TMOP registration form, and postage paid return envelope.

- Information on how the beneficiary can download the TRICARE Pharmacy Handbook from the Contractor's website.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
## STATEMENT OF WORK

C.9.3.4 On a quarterly basis, the Contractor shall notify beneficiaries who, within the past year, have received prescriptions for pharmaceutical agents that are newly-designated as (A) non-formulary; (B) for restricted access at retail due to non-compliance with Federal Ceiling Price (FCP);(C) requiring prior authorization or step therapy; (D) not eligible for automatic refill program; and (E) non-covered.  Formulary and FCP compliance decisions are available on the DoD P&T Committee website (Attachment J-3, Line 1). The DoD P&T Committee may also identify other situations requiring notification to beneficiaries. In each case, the beneficiaries selected to receive the notice will be identified by the Government. The Contractor shall ensure that notices clearly explain the change (s) and identify formulary alternatives, as well as any additional information required to ensure continuity of care. These notices shall be approved in advance by the COR or other designated authority.

C.9.3.5 At the direction of the CO, the Contractor shall mail notices to beneficiaries identified by the Government regarding changes to the prescription drug benefit or other prescription drug information. The Contractor shall ensure that these notices are mailed to beneficiaries within five calendar days of receiving direction from the CO. The notice shall be approved by the COR or other designated authority prior to being mailed.

C.9.3.6 The Contractor shall monitor clinical issues and recall notices and notify beneficiaries who have filled impacted medications at retail, mail order or MTF pharmacies, notifying them of these issues.

C.9.3.6 Prior to sending out any mailing under this contract, the Contractor shall utilize commercially available mailing preparation software to scrub beneficiary mailing addresses.

C.9.3.7 The Contractor shall monitor returned mail and shall not continue to send mail to beneficiaries with known bad addresses.

C.9.3.7.1 When a valid email address is available and the beneficiary has indicated a preference for electronic communications, the Contractor may issue any notification by email, except where noted otherwise. Collection, maintenance, and use of email addresses shall be in accordance with the Contractor's plan described in C.9.4.1.1.23.

C.9.3.7.1.1 The Contractor shall monitor undeliverable email and will not continue to send messages to known invalid email addresses.

C.9.3.7.1.2 If the Contractor is notified that emails are being received by someone other than the intended recipient, the Contractor shall discontinue use of the email address until it has been verified by the beneficiary and corrected.

C.9.3.8 All communications with beneficiaries are subject to review by the Government upon request. The Contractor shall electronically provide the Government with copies of all mailings to be distributed to beneficiaries.

**C.9.4.** Education and Outreach

C.9.4.1 Beneficiary Education

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION C**
**STATEMENT OF WORK**

**C.9.4.1.1.** The Contractor shall submit an annual comprehensive beneficiary and healthcare provider education plan to the Government, outlining how it intends to conduct targeted TRICARE Pharmacy Benefit education to beneficiaries, healthcare providers, and other stakeholders identified by the Government, as described in TOM, Chapter 11, Section 1 (CDRL A100). Issues may be identified by the Government or the Contractor. Additionally, the plan shall meet the following minimum requirements:

**C.9.4.1.1.20.** Establishes goals for educational plan and metrics to evaluate performance relative to these goals.

**C.9.4.1.1.21.** Provides monthly updates, social media messages, smart phone application updates, news articles, graphics, infographics, videos or other items of interest, of current best practice or using the latest platforms and channels of communication to DHA Communications as determined in the Memorandum of Understanding (MOU).

**C.9.4.1.1.22.** Includes a plan on how educational materials, letters, and other educational outreach to beneficiaries and healthcare providers will be delivered, such as by use of email, text, video, smart phone application, web based programs, U.S. Mail, or any latest platforms and channels of communication.

**C.9.4.1.1.23.** Includes a plan for how the Contractor will acquire email addresses and maintain them, recognizing that any Contractor collection of email addresses must have appropriate disclaimers to advise the beneficiary of how this PII will be protected.

**C.9.4.1.1.24.** Includes a plan describing their sustained communication effort to educate the beneficiary population about the benefits of receiving electronic EOBs and to influence greater adoption of their use.

**C.9.4.1.1.25.** Includes a plan describing their sustained communication effort to educate the beneficiary population about the benefits of using the Contractor's smartphone application and to influence greater adoption of its use.

**C.9.4.1.1.26.** All Contractor educational content shall use Plain Language in accordance with DoDI 5025.13.

**C.9.4.1.1.27.** All published web content shall be 508 compliant, per 29 USC 794d and overall public guidance (see Attachment J-3, Line 9).

**C.9.4.1.2.** The Contractor will provide input on content developed by DHA Communications within five business days. Reviews will include printed products, web and social media content, responses to query for media requests, customer service scripts/training manuals/curriculum (e.g., TRICARE Fundamentals Course), frequently asked questions, senior leader talking points, briefings, and other products identified by the Government.

**C.9.4.1.3.** The Contractor will work closely with DHA Communications to ensure all TRICARE beneficiaries and other stakeholders identified by the Government, receive unified, timely, accurate, consistent, and effective products and tools that improve their access, understanding, and use of the TRICARE Pharmacy Benefit. All educational materials and communications content, hereafter

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION C
STATEMENT OF WORK

referred to as content, will be coordinated with DHA Communications. DHA Communications will review and approve content developed by the Contractor.

**C.9.4.1.4.** The Contractor shall provide educational content on issues relating the to the TRICARE benefit for use by the Contractor and DHA, in accordance with CDRL Q160.

**C.9.4.1.4.28.** The Contractor's timeline for submission shall include sufficient time, as determined by the Government, for Government review for audience appropriateness, accuracy, timeliness, use of plain language, 508 compliance, and any other Government criteria identified by the Government. DHA Communications and the Contractor will work closely to address completion of items with a short suspense.

**C.9.4.1.4.29.** All content provided by the Contractor shall contain accurate, original, and publication-quality content that requires minimal editing by the Government, use of plain language, 508 compliance, and any other Government criteria identified by the Government.

**C.9.4.1.4.30.** The Contractor shall submit all content to the COR, DHA Communications, or other designated authority for review and final concurrence and approval prior to distribution – to both internal government partners or MCSCs as well as external partners and the public. All publications shall be in accordance with relevant DHA and MHS Style and Branding Guides, including those for the TRICARE and MHS GENESIS.

**C.9.4.1.5.** The Contractor shall attend the annual DHA Communications Training Conference which runs approximately three days, and participate in monthly DHA Communications Partnership Meetings, both of these are held in the National Capitol Region (NCR). The Contractor shall provide representation that can address all issues involving beneficiary and network provider education and communication to include print, web, social media, customer service, and media relations.

**C.9.4.1.6.** The Contractor shall participate in ad hoc meetings to address communication and education activities in support of the TRICARE Pharmacy Benefit, to include print and web content. Meetings shall be attended via teleconference or video telecommunications as directed by the Government. The purpose of these meetings are to develop, review, or revise core educational materials, discuss observations and possible changes in education and communication activities. The meeting participants are tasked with reviewing current policies and procedures to determine where proven best practices from government and private sector operations can be implemented in the administration of TRICARE Pharmacy Benefit to continue TRICARE's leading role as a world class health care delivery system.

**C.9.4.1.7.** The Contractor shall attend the annual Joint Federal Pharmacy Seminar and participate in joint educational efforts.

**C.9.4.1.8.** The Contractor shall alert the COR and DHA Communications about news that will have impact on the beneficiary population and is likely to increase customer service or media contacts. The Contractor shall conduct a media-relations program in accordance with Department of Defense guidelines (DoD Directive 5122.05 and DoD Instruction 5410.20) and guidance provided by DHA Communications. The Contractor shall speak only on issues for which it has direct responsibility in

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

the management of the TRICARE Pharmacy Benefit. All questions beyond the Contractor's scope shall be referred to DHA Communications.

**C.9.4.1.9.** The Contractor shall ensure all published materials communicate consistent with TRICARE program messages that employ TRICARE's mission and vision, as detailed on the TRICARE website. After approval from the Government, the Contractor shall perform the following in their media relations program, unless otherwise directed:

- Respond to media questions about their role as a contractor, responsibilities, and actions on behalf of the Government in support of the TRICARE Pharmacy Benefit program.

- Follow-up media contacts by sending copies of information provided to the media and a summary of any discussions to DHA Communications when immediate action was required.

**C.9.4.1.10.** Use of printed materials will be limited to essential products and the Contractor shall assist the Government in identifying the most cost-effective and efficient delivery of beneficiary educational materials. The Contractor is responsible for all storage, handling, and distribution of printed materials that are produced and shipped to the Contractor.

**C.9.4.1.11.** The Contractor shall distribute printed materials to individuals, MTFs, Beneficiary Counseling and Assistance Coordinators (BCACS) or other entities, as requested. The Contractor shall accept and fulfill orders for printed materials from designated POCs submitted via the Contractor's link on a government website. The Contractor may request additional printed materials from the Government on a quarterly basis.

**C.9.4.1.12.** The Contractor shall accept requests from beneficiaries to opt-out of receiving educational materials by mail, email, or text. The opt-out will not apply to notifications pertaining to safety and recall issues, benefit design changes (e.g., formulary changes) or the processing of specific claims or clinical reviews.

**C.9.4.2.** Medication Disposal. There are a number of safety concerns associated with patients having unused and expired medications in the home. The Contractor shall promote beneficiary safety by providing educational support to beneficiaries on the proper handling and disposal of unused or expired medications.

**C.9.4.3.** Prescriber Outreach. The Contractor shall engage in outreach to medical providers via the TRICARE MCSC contracts. Efforts shall include education on the TRICARE formulary and benefit design, PA submission, real-time prescription benefit check, and other relevant topics. The Contractor shall make educational materials available to prescribers as part of this outreach.



(b) (4)

**C.9.4.4.** Website

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION C**
**STATEMENT OF WORK**

**C.9.4.4.1.** The Contractor shall provide a Health Insurance Portability and Accountability Act (HIPAA) compliant website in support of the services provided under this contract.

**C.9.4.4.2.** The Contractor's website shall meet the applicable accessibility standards at 36 CFR 1194 and shall make DS Logon available, as described in TSM, Chapter 1, Section 1.2. The Contractor is also encouraged to support the use of CAC logins where possible.

**C.9.4.4.3.** In addition to meeting the minimum requirements established within this contract, the Contractor shall ensure that its website and any mobile tools are consistent with commercial best practices and offer features, information, and functionality no less than those available to the Contractor's commercial clients.

**C.9.4.4.4.** At minimum, the Contractor's website shall offer the following information and functions:

- Provide a description of the TRICARE Pharmacy benefit;

- Provide Contractor contact information, including phone and fax numbers, mailing, and email address(es);

- Provide an email link to allow beneficiaries or other interested parties to contact Contractor by email with inquiries or comments;

- Allow beneficiaries to register online to use TMOP and provide downloadable forms for TMOP registration and prescription ordering;

- Allow TRICARE beneficiaries to manage their TMOP account(s) to include order refills, track their prescription status, pend prescriptions, view, release for shipping or cancel existing pended prescriptions, and update shipping address;

- Show the current status of all prescriptions or claims submitted;

- Allow TRICARE beneficiaries to check the status of member submitted (DMR) claims filed for services provided through a retail pharmacy;

- Provide the ability to locate TRICARE retail network pharmacies, at minimum by zip code;

- Provide PA and MN forms and criteria and make them available for downloads;

- Allow TRICARE beneficiaries to download and print an EOB detailing the beneficiary's retail, TMOP, specialty and MTF prescription activity in accordance with the TOM, Chapters 8 and 23, providing prescription activity for the preceding ██ months at a minimum;

- Provide a link to the TRICARE website to allow beneficiaries to download and print the DD2642 claim form;

- Provide links to online drug and health information;

- Provide links to the TRICARE pharmacy website and Regional MCSCs' websites;

- Provide a real-time web-based formulary search tool as described in C.9.4.9. and

- ████ (b) (4) ████

**C.9.4.6.** The Contractor will maintain a responsive website and all portions of the Contractor's website will present information that is machine readable, in mobile-optimized format, and include Web APIs where applicable and in accordance with the May 23, 2012 Federal CIO Memorandum.

**C.9.4.7.** The Contractor shall not duplicate benefit information on the Contractor's website that already exists on TRICARE.mil and will embed links throughout their site to take beneficiaries back to the TRICARE.mil website for this content. The Contractor shall work closely with DHA Communications to identify appropriate linkages and content for use on their site.

**C.9.4.7.1.** The Contractor shall provide static links to web content referenced on DHA websites.

**C.9.4.8.** The Contractor shall make any information or resources not covered by Privacy or HIPAA regulations accessible without requiring an account registration or login.

**C.9.4.9.** Formulary Search Tool. The Contractor shall provide a real-time web-based Formulary Search Tool (FST) available for public access that accurately reflects the most current benefit design.

**C.9.4.9.1.** The Contractor shall document changes made to the FST and the expected outcomes. Documentation will include formulary status, PA or MNs, notes, and system changes, etc. Information will be provided to the Government on a regular basis. (CDRL M200)

**C.9.4.9.2.** The Contractor shall ensure that all FST content (e.g., formulary status, BCF/ECF, PA's, MN's, age, and gender restrictions, etc.) accurately reflects the implemented TRICARE benefit design in real time. Accuracy is based on the intent of the DoD P&T Committee.

**C.9.4.9.3.** The Contractor shall correct 99% of FST content errors within two business days of the inaccuracy being identified.

**C.9.4.9.4.** The Contractor shall correct 100% of FST content errors within 10 business days of the inaccuracy being identified.

**C.9.4.9.5.** The Contractor's FST shall include but is not limited to the following items:

- Identify drug (generic or brand) name, strength and formulation;

- Provide general drug information;

- Allow searches by generic name, brand name (trade name) and chemical name;

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION C
## STATEMENT OF WORK

- Utilize a commercial standard predictive search algorithm which accounts for common misspellings;

- Allow results filtered by strength, form, route and medication type (brand or generic);

- Show status based on Uniform Formulary rules and coverage rules (non-covered) and availability at each POS (i.e., drugs restricted by POS);

- MTF Basic Core Formulary (BCF) and Extended Core Formulary (ECF);

- Show associated copayments based on coverage statue and POS;

- Show any restrictions, including but not limited to mandatory generic requirement, gender or age restriction, quantity level limits, PA, MN or step-therapy;

- Note drugs that are only available through specific points of service or mandated policies such as drugs enrolled in the Expanded Use of MTF and TMOP program, specialty drugs, Home Infusion Therapy program (HIT);

- Provide access to any forms associated with the above restrictions;

- Have the ability to show special messaging as provided by the Government, at least 300 characters in length;

- List formulary alternatives based on Uniform Formulary (UF) classes/subclasses;

- Provide status if FST is under maintenance or users are experiencing difficulties, including the type of issues occurring and expected resolution date;

- Be accessible to the public without requiring registration or login, using a static link.

**C.9.4.9.6.** The Contractor shall provide an email address on the FST page to allow users to provide feedback and ask questions. Feedback shall be made available to the Government upon request.

**C.9.4.9.7.** The formulary search tool shall be designed to be easily used and understood by the beneficiary, requiring as few steps as possible to navigate to the desired information

**C.9.4.9.8.** The Contractor shall update the tool to reflect benefit design changes immediately on their effective date.

## C.10. Claims Reviews and Audits

**C.10.1.** Claims Research and Corrections

**C.10.1.1.** The Contractor shall research any claim, regardless of date of service, at the request of the Government.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
## STATEMENT OF WORK

**C.10.1.1.1.** The Government reserves the right to direct audits of retail or mail pharmacies. In addition to any Contractor initiated on-site audits for which TRICARE is the primary focus of the audit, the Contractor shall perform up to five Government-directed on-site audits per option period.

**C.10.1.1.2.** The Contractor shall be able to generate corrected retail transactions when the pharmacy is unable to reverse and/or edit the claims themselves.

**C.10.1.1.2.1.** These claims shall be distinguishable from pharmacy self-corrections and are not billable for additional administrative fees. The Contractor shall not identify or submit these corrections as paper claims.

**C.10.1.1.3.** Claim research and disputes shall result in corrected claims and the government made financially whole. All claims shall be resolved according to benefit design and formulary restrictions in effect on the date of service.

**C.10.1.1.4.** The Contractor shall perform all necessary research and will resolve all discrepancies for each claim identified within 60 days from the date of identification.

**C.10.1.1.4.1.** The Government may withhold the pharmaceutical cost, dispensing fees, and administrative fees from future administrative fee payments for any research not completed and resolved within 60 calendar days.

**C.10.1.1.4.2.** Withholds will apply to the specific claims that caused the audit to be initiated.

**C.10.1.1.5.** Any discrepancies identified by the Government in the monitoring of this contract shall be subject to Contractor desktop audits and, if necessary, on-site audits at the direction of the Government.

**C.10.1.1.6.** The Contractor shall perform offsets or recoupments of any identified discrepancies for claims during the performance of services of this contract and predecessor contracts in accordance with TOM, Chapter 10.

**C.10.1.1.7.** All requirements listed under C.10.1 shall apply to the specific research areas outlined below.

**C.10.1.2.** The Contractor shall perform research to facilitate the Government's response to issues by and on behalf of beneficiaries

**C.10.1.2.1.** The Contractor shall provide an initial response to requests to research specific beneficiary issues within four (4) business hours or no later than four (4) business hours into the next business day.

**C.10.1.2.2.** If this initial answer does not contain a complete response, the Contractor shall offer an estimated timeframe for how long it will take to fully research the issue. If further action is required to resolve the issue, the Contractor shall provide an estimated timeframe for resolution. The Contractor shall track research requests and beneficiary issues, including the date requested and resolved.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:39 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
## STATEMENT OF WORK

**C.10.1.3.** The Contractor shall resolve manufacturer disputes of the TRICARE utilization data, including but not limited to 340B and Medicaid Subrogation claims (where this information is available / data fields are populated) within the past ten years. This includes initial submission of claims, and any adjustments, corrections, or cancellations necessary for claims processed.

**C.10.1.3.1.** The Contractor shall participate in quarterly meetings to review the status of manufacturer disputes

**C.10.1.3.2.** The Contractor shall submit a report on the status of manufacturer disputes (CDRL M240).

**C.10.1.4.** Claims research shall be performed to provide additional information on potential issues in the claims adjudication process.

**C.10.2.** Program Integrity

**C.10.2.1.** Daily Claims Review

The Contractor shall perform an automated review of 100% of all claims daily. Data analysis includes, but is not limited to:

- Establish baseline data to enable TRICARE to recognize unusual trends, changes in drug utilization over time, physician referral or prescription patterns, and plan formulary composition over time;
- Analyze claims data to identify potential errors, inaccurate TROOP accounting, and pharmacy billing practices and services that pose the greatest risk for potential fraud, waste and abuse to the TRICARE program;
- Identify items or services that are being over utilized;
- Identify problem areas within the plan such as enrollment, finance, or data submission;
- Identify problem areas at the pharmacy and prescriber level;
- Compare claims information against other data (e.g., prescriber, drug provided, diagnoses, or beneficiaries) to identify potential errors and/or potential fraud and abuse; and
- Use findings to determine where there is a need for a change in policy.

**C.10.2.2.** The Contractor shall add and refine parameters on an ongoing basis to adapt to industry trends and areas of concern, applying knowledge and lessons learned from TRICARE as well as other government and commercial payers.

**C.10.2.3.** The Contractor will submit a monthly report showing audit findings, status of all claims in research, outcomes of completed research, and status of offsets or recoupments (CDRL M090). This report shall include all retail and TMOP claims.

**C.10.2.4.** The Contractor shall develop and maintain a Fraud and Abuse Monitoring and Auditing Work plan that meets the requirements established in TOM, Chapter 13. The plan will also include, but is not limited to, the audits described below.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION C**
**STATEMENT OF WORK**

**C.10.2.4.1.** The Contractor shall take the following action when inappropriate billing practices at the pharmacy level occur when pharmacies engage in activities including but not limited to the following:

- Incorrectly billing for secondary payers to receive increased reimbursement
- Billing for NDCs that were not dispensed
- Billing for incorrect quantity or days supply
- Billing for non-existent prescriptions
- Billing multiple payers for the same prescriptions, except as required for coordination of benefit transactions
- Billing for brand when generics are dispensed
- Billing for prescriptions that are never picked up (i.e., not reversing claims that are processed when prescriptions are filled but never picked up)
- Inappropriate use of DAW codes
- Prescription splitting to receive additional dispensing fees
- Drug diversion
- Controlled substance prescriber utilization — top prescribers state/region/national
- Beneficiary Submitted Claims (high aggregate dollars, network pharmacy)
- Morphine Milligram Equivalents (MME) > 90 per day
- Inappropriate compounding practices

Notwithstanding TOM, Chapter 13, Section 1, Paragraph 1.4.1, as a result of its fraud and monitoring efforts, the Contractor shall refer to DHA Program Integrity a minimum of six cases per option period. Each case will involve a loss of $100,000 or greater per case to the Government without patient harm, or any case involving patient harm. The Contractor shall provide a Fraud and Abuse Summary Report on the activities outlined in this Section and TOM, Chapter 13 (CDRL Q100).

## C.11. System Interfaces

**C.11.1.** The Contractor shall maintain a number of system interfaces to support the requirements under this contract. All interfaces shall include:

**C.11.1.1.** Applying and maintaining appropriate functional upgrades and security measures;

**C.11.1.2.** Providing and maintaining required test environments;

**C.11.1.3.** Monitoring connections and performing required troubleshooting; and

**C.11.1.4.** Executing and maintaining full system documentation with interface partners.

**C.11.1.5.** The Contractor shall support any agreements, documentation, and operational processes required to establish working relationships with interface partners, including but not limited to MOU, Data Sharing Agreements, and issue reporting mechanisms.

Case 1:25-cv-00306-MRD-PAS Document 1-2 Filed 07/21/25 Page 79 of 135 PageID #: 1964

# STATEMENT OF WORK

**C.11.2.** The Contractor is shall support the use of DS Logon, as described in TSM, Chapter 1, Section 1.2, and CAC logins whenever possible. This includes web logins (including the beneficiary website) and system interfaces.

**C.11.3.** Interface Control Documents

**C.11.3.1.** The Contractor shall maintain Interface Control Documents (ICDs) for all system interfaces, except in cases when such interface specifications are maintained by the Government (eg, DMDC Interfaces). ICDs shall be provided in a non-proprietary format and shall utilize system names in lieu of specific companies that may currently hold those contracts. They shall be maintained thorough the mechanism in C.14.13.

**C.11.4.** B2B Connection and VPN Devices

**C.11.4.1.** The Contractor shall complete all tasks related to the documentation and implementation of Business-to-Business Gateway (B2B) telecommunications links. Tasks include but are not limited to:

**C.11.4.1.1.** Coordination among the Pharmacy Operations Division (POD), DHA Information Operations (DHA IO), MTFs, and other contractors as required.

**C.11.4.1.2.** Completion and approval of all B2B required documentation, including CDRL160 (B2B Gateway Questionnaire).

**C.11.4.1.3.** Procurement and configuration of the Virtual Private Network (VPN) and related equipment.

**C.11.4.1.4.** Initiation and completion of all required testing and implementation activities.

**C.11.4.1.5.** Support for all required follow-on activities, including updating documentation, performing IP address and port changes, performing security updates and executing related configuration changes.

**C.11.5.** DMDC Interfaces

**C.11.5.1.** The Contractor shall interface with DMDC interfaces and applications, including the DEERS, to verify eligibility, update the CC&D Database (CCDD) file, obtain demographic data for the PDW, check for OHI, and update beneficiary contact and OHI information. DMDC interfaces are utilized during the claims adjudication process, post adjudication processes, and via web-based applications. The Contractor shall use the applications described in the TOM and TSM. Documentation for DMDC interfaces is maintained by the Government.

**C.11.5.2.** The Contractor shall participate in regular integration testing meetings, as directed by the Government, throughout the duration of the contract. These meetings may occur as often as daily during contract transition but will likely move to two occurrences per week thereafter.

**C.11.5.3.** The Contractor shall support user acceptance testing and regression testing to support updates and maintain accounts with specified systems for entering and logging issues and defects.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION C
## STATEMENT OF WORK

**C.11.6.** Connections to Non-DoD Agency Pharmacies

The Contractor shall connect to DVA, PHS, and IHS pharmacies identified by the Government and support online adjudication for claims received from these pharmacies, in accordance with the individual agencies pharmacy claims adjudication rules. The Contractor shall connect to these pharmacies in the same manner as retail network pharmacies (Note: U.S. Coast Guard sites listed in Attachment J-6 are considered to be MTFs and are included under MHS GENESIS requirements).

The Contractor shall employ logic to distinguish between claims received directly from VA pharmacies and claims received via the CHDR interface (see C.11.9). The Contractor shall not return duplicate responses for these claims based on a previous CHDR claim.

The Contractor shall reimburse pharmaceuticals dispensed through these pharmacies as directed by the Government. These pharmacies will be paid the submitted costs plus a dispensing fee negotiated by the Government. Dispensing fees may be updated annually, as directed by the Government.

The Contractor shall exclude these pharmacies from the measurement of network access standards and the calculation of the Retail Network or Specialty Network Cost Control incentives in Section H.

**C.11.7.** MTF Interfaces

The Contractor shall connect to the DoD MHS electronic medical records, currently CHCS/Armed Forces Health Longitudinal Technology Application (AHLTA) and MHS GENESIS, in accordance with the requirements below. Simultaneous connections to CHCS and MHS GENESIS will be supported for sites in the process of transitioning between systems. Termination of CHCS/AHLTA connections will occur separately for each site for up to a year after the implementation of MHS GENESIS at that site.

The Contractor shall support concurrent submission of claims from both the CHCS and MHS GENESIS systems from individual sites, processing each claim type in accordance with the appropriate business rules. After MHS GENESIS is deployed at a location, it will be used exclusively for all new prescriptions and CHCS will only be utilized to process existing prescriptions with refills remaining. The Contractor shall identify MHS GENESIS claims separately from CHCS claims in all relevant reports.

CHCS

**C.11.7.3.1.** The Contractor shall develop and maintain an interface to all MTFs using CHCS/AHLTA. Connections shall be made via a CHCS host. A CHCS host is the computer installation running an instance of the CHCS software. A host may support multiple MTF pharmacies, aggregating transactions from its pharmacies, which are generally in geographic proximity the host. There are currently 97 CHCS hosts supporting approximately 700 MTF active dispensing locations, subject to change based on operational needs and MHS GENESIS deployment. The Contractor shall accommodate ongoing changes to the MTF pharmacy list.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION C
## STATEMENT OF WORK

**C.11.7.3.2.** The Contractor shall connect to the MTFs through the DHA IO B2B Gateway.

**C.11.7.3.3.** The Contract shall ensure these connections are in place no later than 30 days before the start of pharmacy services. Testing shall be in accordance with requirements established by DHA IO. The Contractor shall provide ongoing monitoring of MTF connections to verify connectivity.

**C.11.7.3.4.** The Contractor shall receive dispensing transactions from MTF pharmacies using CHCS. The Contractor shall receive these transactions using a custom format. The Contractor shall perform ProDUR on the inbound dispensing transactions, as described in C.5.2. All traffic is logged and transactions are forwarded to the data warehouse, excepting time-out transactions.

**C.11.7.3.5.** After all CHCS sites have been transitioned to MHS GENESIS, the Government will advise the Contractor that this interface may be discontinued. MTF Data Integrity reporting (see C.5.3) will also be discontinued at this time.

**C.11.7.3.6.** Profile Inquiry Transaction. The Contractor shall receive dispensing transactions and profile inquiry transactions from the TRICARE Medical Contractors and all CHCS MTFs. MHS GENESIS does not utilize this transaction. Profile inquiries are based on the NCPDP 3.2 variable format. When the Contractor receives a profile inquiry request, it shall return the requested data according to the technical specifications provided.

**C.11.7.4.** MHS GENESIS

**C.11.7.4.1.** The Contractor shall connect to MHS GENESIS through use of a commercial switch. The Contractor shall accept pharmacy claims from all MTFs using MHS GENESIS, including US Coast Guard sites.

**C.11.7.4.2.** Implementation of MHS GENESIS at MTFs is ongoing. The deployment of new locations occurs in phases and the group deployed in each phase is based on a Government-determined schedule. The Government shall notify the Contractor no fewer than 90 days in advance of the planned deployment date for a new site.

**C.11.7.4.3.** The Contractor shall process claims received through MHS GENESIS in accordance with C.5.4.

**C.11.7.4.4.** The Contractor shall support testing of MHS GENESIS in the environments described in C.11.14.3. Testing shall consist of multiple phases, led by the Defense Healthcare Management System Modernization (DHMSM) Program Office and their contractor(s).

**C.11.7.4.5.** In coordination with the MHS GENESIS Contractor, the Pharmacy Contractor shall submit an ICD for the MHS GENESIS interface.

**C.11.8.** Pharmacy Data Warehouse Interface

**C.11.8.1.** The Contractor shall develop and maintain an interface to the Pharmacy Data Warehouse (PDW). The PDW is the Government-owned system of record for the DoD Prescription Drug Program. It contains detailed data for every transaction from all POS, as well as extensive reference data to assist in the categorization and aggregation of drugs, beneficiaries, prescribers, pharmacies,

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION C
## STATEMENT OF WORK

and associated prescription costs. PDW supports all aspects of DoD reporting requirements, data mining, ad hoc queries, and research.

The Contractor shall provide a data exchange consistent with the Pharmacy Warehouse Data Dictionary and Data Schema, to be provided to the Contractor after award. The pharmacy warehouse data feed shall be capable of transmitting new and updated data. Data feeds shall be provided on a daily basis in a format mutually agreed by both parties. The Contractor shall ensure that all paid, rejected, and reversed transactions from all POS, including direct member reimbursement claims, and their required data elements are transferred to the PDW. The content of the PDW evolves with significant changes, including but not limited to the implementation of new NCPDP standards and DoD Benefit Design changes. The Contractor shall coordinate such changes with the Government and support changes in the file feed and format to support the changes.

In the event that a daily file cannot be transmitted due to system outage or other system issue, the Contractor shall work with the Government to ensure that the PDW is brought up to date as soon as possible.

In instances when the Government identifies inconsistent or missing information between the Contractor's system and the PDW, the Contractor shall correct the inconsistency, such as adding the data element to the PDW and providing missing or updated data. The Contractor will provide a plan with a timeline in collaboration with the Government and provide updates until resolved.

The Contractor shall maintain an MOU with the PDW Contractor (CDRL A021).

### C.11.9. Clinical Data Repository/Health Data Repository Interface

The Clinical Data Repository/Health Data Repository (CHDR) application is a joint effort between the DVA and DoD, enabling the DVAs Health Data Repository (HDR) and the DoDs Clinical Data Repository (CDR) to exchange outpatient pharmacy and drug allergy information for shared patients.

The Contractor shall send all retail and TMOP claims adjudicated under the TRICARE Pharmacy Benefit to the CHDR. CHDR will submit transactions to the Contractor for prescriptions dispensed to dual-eligible beneficiaries at VA pharmacies.

The Contractor shall develop and maintain a real-time bidirectional interface to the CHDR via the B2B gateway. The CHDR interface uses the NCPDP 5.1 standard. The Contractor shall not generate TEDs for CHDR claims.

The Contractor shall support specific adjudication rules for incoming CHDR transactions, including the following:

- The Contractor shall not check eligibility.
- No formulary edits or PA/MN rules will be applied.
- ProDUR will utilize VA-specific definitions and messaging the advisory information will be returned to the CHDR.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:39 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION C**
**STATEMENT OF WORK**

The Contractor shall not perform data integrity edits on CHDR claims but claims that do not satisfy data requirements (missing or invalid data) can result in a rejected claims response with corresponding NCPDP reject.

The Contractor shall not perform coordination of benefits for these claims.

**C.11.10.**  Theater Medical Data Store (TMDS) Interface

The TMDS Automated Information System (AIS) is a services-oriented aggregation and distribution point for Theater Medical Data for Theater Medical Information Program (TMIP) family of systems. The purpose of the TMDS interface is to share outpatient prescription and pharmacy medical data stored in TMDS database with the Contractor's system on a weekly basis. The TMDS Prescription and Pharmacy data is extracted from TMDS as Extensible Markup Language (XML) files, which are provided via Secure File Transfer protocol (SFTP). The TMDS SFTP server is hosted at DoD Force Health Protection & Readiness (FHP&R). The Contractor will be provided with a SFTP username/password.

The Contractor shall develop and maintain an interface to TMDS. The Contractor shall retrieve XML data files representing TMDS claims on a weekly basis, apply business rules provided by the Government after award, and post those claims to the patient profile on the contractor's system and to PDTS. The Contractor shall monitor weekly file delivery and notify the Government when files are delayed or missing.

The Contractor shall pre-edit the inbound data to remove duplicate claims, those already posted to the profile, and aged claims, using a parameter defined by the government based on the date dispensed, currently claims over 365 days old. The Contractor shall also generate values for fields not included in the file and modify values of existing fields to make them suitable for adjudication using the NCPDP D.0 standard. Errors that must be corrected by the Contractor include:

- Missing or Invalid NDC – TMDS claims contain a free text drug name but the NDC may be missing. At the Contractor's request after award, the Government will provide a reference table to facilitate matching the drug name to the NDC, with ongoing maintenance of the table performed by the Contractor.
- Missing or Invalid DOB – Verify information using DMDC applications and correct the claim.
- Missing or Invalid Gender – Verify information using DMDC applications and correct the claim.

The Contractor shall apply their own methodology to reconcile any missing or invalid fields to allow the claim to post to the patient's profile. Upon request, the Government will answer questions and provide feedback during the transition period to assist the Contractor in refining their methodology. TMDS claims are not received in real time and have already been dispensed. Therefore, all claims that include minimum essential data must be posted to the profile, excluding duplicates and aged claims.

Minimum essential data is considered to be a drug name or NDC, drug strength (where applicable), quantity dispensed and sufficient information to identify a beneficiary profile on which

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:39 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
## STATEMENT OF WORK

to post it. Default values may be used to populate other fields required to store the claim. The Contractor shall not verify eligibility. Standard edits performed as part of the adjudication process are not required and any edits the Contractor chooses to perform shall not impact the posting of the claim to the profile. The Contractor shall not reject TMDS claims. TMDS claims will also be transmitted to the PDW.

**C.11.10.4.** The Contractor shall log values that are mapped, inserted, or calculated; including the original value received on the file, and make such logs available for review by the Government. The Contractor will also document any claims that cannot be posted to the patient profile with an explanation of the missing data. The Contractor will track volumes for claims received and posted; as well as those that cannot be (i.e., those excluded as aged, duplicate or error) and provide reporting to the Government (CDRL M150).

**C.11.11.** Immunization Tracking System (HL7IMM) Interface

**C.11.11.1.** The Contractor shall develop, maintain, and update an interface with the Immunization Tracking System, which maintains the immunization records of active duty and uniformed beneficiaries. The interface shall support Secured File Transfer Protocol (SFTP). The file format transmitted by the Contractor is based upon industry standard (HL7IMM) and contains retail immunization data. The frequency of the process shall be configurable; currently this is a daily process.

**C.11.12.** Forensic Toxicology Drug Testing Laboratory Information Management System

**C.11.12.1.** The Forensic Toxicology Drug Testing Laboratory (FTDTL) receives specimens collected from active duty service members and tested for selected compounds at regional labs. Results are aggregated centrally by LIMS (Laboratory Information System).

**C.11.12.2.** The Contractor shall develop, maintain, and update an interface between the Contractor and the LIMS in support of the examination of a beneficiary record for submitted chemical compounds. The interface shall support Secured File Transfer Protocol (SFTP). The flat file transmitted by the Contractor will contain response information to the query file received from LIMS. The frequency (e.g., 15 minutes) of the query process shall be configurable.

**C.11.12.2.1.** The Contractor shall provide the SFTP server required to support this interface.

**C.11.13.** TEDS

**C.11.13.1.** The Contractor shall connect to the TED System in accordance with the TSM, Chapter 2.

**C.11.13.2.** The Contractor shall support a connection to the TEDS test environment and submission of test files.

**C.11.14.** Testing Requirements

**C.11.14.1.** The Contractor shall support all testing and validating activities required to connect to DoD systems in accordance with current DoD policy.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:39 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
# STATEMENT OF WORK

**C.11.14.2.** The Contractor shall support test set-up, execution, and troubleshooting activities for sustainment of interfaces on a schedule that is mutually agreed on by all relevant parties. The Contractor may, on occasion, be required to provide test files, transaction data, and other documentation to other parties to be used in the validation of data transmitted between systems.

**C.11.14.3.** Test Environments. The Contractor shall develop and support test environments. At minimum, the Contractor shall provide, as a minimum, two environments:

**C.11.14.3.1.** A production equivalent test environment. This environment shall reflect the current production capabilities, or, for new interfaces, the most developed version of those capabilities.

**C.11.14.3.2.** A development test environment. This environment shall include capabilities undergoing active quality assurance testing with external interfaces.

**C.11.14.3.3.** The test environments shall support and be used for sustainment testing of current systems.

**C.11.14.3.4.** Test environments shall be made available for use by the government interface testing partners responsible for transition and sustainment of systems that support this contract.

**C.11.14.3.5.** At a minimum, environments shall be available during standard business hours in all CONUS time zones. Extended hours will be honored on a mutually agreed-upon schedule.

**C.11.14.3.6.** The test environments shall support connections by commercial entities and via the B2B Gateway.

**C.11.14.3.7.** The Contractor shall support concurrent connections from multiple testing partners.

**C.11.14.3.8.** The Contractor will not exchange PHI/PII with external partners as test data. Prescriber name and ID shall be masked on all outgoing transactions to testing partners. Test data files may be excluded from this masking if the Government, Contractor, and external partners agree that to do so would compromise testing outcomes. All beneficiary profiles will be test beneficiaries in the current DMDC contractor test environment.

**C.11.14.3.9.** The Contractor shall make available a subset of test patients to each testing partner to use within the environment and those patients will not be used by the Contractor or any other interface partners unless mutually agreed for joint testing.

**C.11.14.3.10.** During the building of the test environment, the Contractor shall support setup and testing with external contractors on a mutually agreed upon schedule.

**C.11.15.** Electronic Claims Processing and Benefit Tools

**C.11.15.1.** The Contractor shall support commercial standard electronic tools in support of a range of activities in conjunction with ordering, renewing and filling outpatient prescriptions and communicating with prescribers. The tools shall support such functions including but not limited to entering and transmitting prescription orders, accessing formulary information, providing patient

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

specific benefit information, providing patient prescription history, completing prior authorizations, and using direct messaging to engage with prescribers.

**C.11.15.2** New tools and enhancements to existing tools shall be offered to the Government when they are made available to commercial clients.

**C.11.15.2.1.** (b) (4)

**C.11.15.3** All information provided using the electronic tools described in this section shall be accurate, complete, and timely, reflecting the current patient profile, benefit design, and other information.

**C.11.15.4** The Contractor shall support e-prescribing for the retail network, specialty pharmacies, MTFs, and TMOP, in accordance with current commercial standards.

**C.11.15.5** The Contractor shall manage and publish all data files and support real-time queries required to support all aspects of commercial e-prescribing practices.

**C.11.15.6** The Contractor shall create, maintain, and publish accurate and up-to-date formulary information in all formats required to support widely adopted capabilities of commercial EHRs and all standard e-prescribing models.

**C.11.15.7** The Contractor shall utilize tools to evaluate and maintain the accuracy of the formulary and benefit information in whatever format it is provided, including relevant patient, claims history, and pharmacy information, as required.

**C.11.15.8** The Contractor shall ensure that all formulary and benefit information remains consistent across all the different ways in which the information is communicated. The Contractor shall have processes in place to quickly resolve any discrepancies, both those identified through the Contractor's monitoring and reported by prescribers and other users.

**C.11.15.8.1.** The Contractor shall also coordinate with all relevant stakeholders to ensure that information used by MHS GENESIS is accurate and that the format is optimized for that system. The Contractor shall work with the Government, MHS GENESIS contractor, and any other party as required to resolve any issues related to the presentation of formulary information.

**C.11.15.9** The Contractor shall allow for the electronic transactions of prior authorizations (ePA). The offered platform must be supported for integration within a prescriber's EHR as well as a stand-alone website and must be accessible by MTFs worldwide. Any terms and conditions required to use this platform shall be provided to the Government for review and concurrence.

**C.11.15.10** The Contractor shall maintain and update plan participation status files with commercial e-prescribing hub(s), to allow prescribers' EHRs to associate beneficiaries with the TRICARE benefit. The plan participation file shall include all beneficiaries covered under this contract for which the Contractor has processed claims, but will be limited to the minimum data fields required by the commercial e-prescribing hub to determine the appropriate formulary. The data fields submitted to identify TRICARE beneficiaries will be mutually determined between the

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:39 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
## STATEMENT OF WORK

Government, the Contractor, and e-prescribing hub and may vary from those used by most commercial plans. The Contractor shall also have a process to remove patients from the file after determining that they are no longer eligible for the TRICARE benefit.

**C.11.16.** Contractor Claims Data

**C.11.16.1.** The Contractor shall provide the Government with online access to the Contractor's system that stores TRICARE claims processing information, in order to facilitate responses to beneficiary issues, monitor MTF claims processing, and perform audits. The Government shall have the ability to look-up individual patient claims transactions and rejects and generate ad hoc reporting.

**C.11.16.2.** The Contractor shall provide access for up to 100 government personnel in multiple locations, as specified by the Government, through a web-based tool.

**C.11.16.3** This Contractor's database is to include all claim information and clearly differentiate between different claims types: Retail, TMOP, CHCS, MHS GENESIS, CHDR, Non-DoD Agency, paper claims, and Theater. The data shall include, at minimum, PA and MN authorizations, OHI status and records, benefit restriction authorizations, documentation of beneficiary support and services, and up-to-date, real-time claim details regarding prescription information, cost data, beneficiary demographics, prescriber, and dispensing pharmacy data.

**C.11.16.4.** All claim look-up data must be current, accurate, complete, and accessible immediately (same day). System must also include the ability to look up current claims by drug name or NDC. Data shall be retrievable for ad hoc reporting one day (24 hours). The Contractor shall provide training, a user guide, and ongoing customer support for this access. Training shall be provided as necessary to new users and when there are significant changes to the Contractor's system.

**C.11.17.** Interfaces with TRICARE Medical Contractors.

**C.11.17.1.** At the Government's direction, the Contractor shall provide data to and accept data from the TRICARE Medical Contractors and the Government.

**C.11.17.1.1.** The Contractor shall collaborate with the MCSCs and the Government in evaluating cost and clinical effectiveness of specific aspects of the pharmacy benefit, including but not limited to the specialty drug and home infusion therapy programs.

**C.11.17.1.2.** The Contractor shall coordinate with MCSCs to obtain data required to support outcomes measurement and other value-based initiatives. Data to be exchanged could include, but is not limited to, ICD codes, hospital admissions data, and laboratory values.

**C.11.17.2.** The TRICARE benefit includes health care plans that manage their own pharmacy claims. The Contractor shall accept batch claims files of these pharmacy claims for application to the central patient profile and transmission to the pharmacy data warehouse. The Contractor shall not reject these claims for benefit design or other edits otherwise applied in claims adjudication. The formatting and timing of the data files will be determined by mutual agreement between the Contractor, the medical contractor(s) and the Government.

Case 1:25-cv-00306-MRD-PAS Document 1-2 Filed 07/17/25 Page 88 of 134 PageID #: 1973

# SECTION C
# STATEMENT OF WORK

**C.11.17.2.1.** In the event that a file cannot be transmitted due to system outage or other system issue, the Contractor shall work with the medical contractor(s) to ensure that the file is sent as soon as possible.

**C.11.17.2.2.** If the medical contractor(s) provide inaccurate or incomplete information to the Pharmacy contractor(s), the Contractor shall work with the medical contractor(s) to update missing and update data and apply it soon as possible.

**C.11.17.2.3.** In the event that individual claims cannot be posted to the patient profile, the Contractor shall attempt to correct the claim and work with the provider of the file to validate any required information.

**C.11.17.3.** The Contractor shall establish interfaces with the TRICARE MCSCs for purposes of providing patient medication history. This interface shall utilize HL7 FHIR or a comparable commercial standard with widespread adoption by medical payers.

**C.11.17.4.** The Contractor shall, no less that weekly, provide a data file containing pharmacy claims for all beneficiaries enrolled to that medical contractor. Beneficiaries will be identified by means of a data file provided by each Medical Contractor, to be refreshed no more frequently than weekly. Data shall be provided in a commercial standard format.

## C.12. Privacy, HIPAA, and Federal Information Requirements

The Contractor shall comply with all requirements in the TRICARE Manuals and as documented in the requirements located on the website referenced in Attachment J-3, line 13. The relevant areas covered include:

- Protection of PHI and PII
- Records Management
- Freedom of Information Act
- System of Records
- Data Sharing Agreements
- Privacy Act and HIPAA Training
- HIPAA Business Associate Provisions
- Breach Response

**C.12.1.** The Contractor shall ensure that it does not use or disclose PHI or PII received for DVA or DoD beneficiaries in any way that will remove or transfer the PHI/PII from a jurisdiction subject to the laws of the United States. The Contractor shall not release Government data without approval by the CO or COR.

## C.13. Financial

**C.13.1.** The Contractor shall not collect any additional fees, rebates, discounts, or premiums specific to processing TRICARE prescriptions other than recoveries (payable to the U.S. Treasury) resulting from audits of network pharmacies. The Contractor shall not negotiate or collect any pharmaceutical rebates, data-use rebates, or vendor charge-backs of any type from

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION C
STATEMENT OF WORK

pharmaceutical manufacturers, wholesalers, and/or network pharmacies on behalf of the Government or for itself in regard to the services performed under this contract. The prohibitions cited herein against earning an additional fee, and negotiating with pharmaceutical manufacturers or wholesalers do not apply to the task(s) described in C.6.8.22. The Government may also apply other exceptions to support initiatives determined to be in the Government's best interests.

**C.13.2.** Recoupments

The Contractor shall recoup Government funds and funds not properly collected at the time the prescription was dispensed in accordance with TOM, Chapter 10. Prescriptions subject to recoupment may be identified by the Government, or by the Contractor though its audit procedures. The Contractor is responsible to assist the Government in recouping any previous overpayment made to a provider by the TRICARE Pharmacy Program. This requirement is not limited by the dates of service under this contract.

This does not apply to the collection of debts resulting from the Contractor granting credit to beneficiaries under C.6.3.5. Such debts are not owed to the Government. Therefore, the Contractor's collection of unpaid copayments is at the Contractor's own risk utilizing practices separate and apart from any recoupment procedures under this contract.

The Contractor shall recoup from patients with retroactive eligibility changes identified by DMDC. These recoupments shall be reported under CDRL Q130.

**C.13.3.** TED Submission Requirements

The Contractor shall submit a TED record for each prescription processed to completion and each completed Clinical Review, in accordance with TSM, Chapter 2, and the TOM, Chapter 1. MTF claims (See C.5) and rejected electronic claims are excluded. Adjustments, cancellations, or corrections to TED records shall be made as required to ensure financial transactions are complete and correctly recorded in TED records by fiscal year and by bank account (i.e., Medicare Dual eligible or TRICARE only).

The Contractor must be able to adjust prior Contractors' TEDs as necessary.

The Contractor's adjustments to TED records shall not create any inaccuracies in the clinical record.

For electronic retail claims, the Contractor may hold the TED for 10 days to allow for reversals of non-complaint prescriptions (C.3.1.9). Claims reversed or cancelled within the 10 day hold period do not require a TED. Reversals processed after the date the TED was submitted will require an adjusted or cancelled TED record. All other claims must submit TEDs in accordance the TOM, Chapter 1.

The accuracy rate for TED edits shall not be less than:

**C.13.3.5.1.** 95% after six months of performance during the first option period; and

**C.13.3.5.2.** 99% after nine months and thereafter during the entire term of the contract.

## SECTION C
## STATEMENT OF WORK

**C.13.16.** The Contractor shall provide reporting to the Government on TEDs processed for all relevant CLINs (CDRL Q090).

## C.14. Management

### C.14.1. Quality Management

**C.14.1.1.** The Contractor shall provide a comprehensive Quality Management Plan (A050). The plan shall be reviewed and revised no less than annually or when changes are required.

**C.14.1.1.1.** The Contractor's plan shall incorporate a proactive and industry-leading quality management approach for all functions and requirements under this contract.

**C.14.1.1.2.** The Contractor's approach shall establish quality controls that meet the requirements in TOM Chapter 1, Section 4; TOM Chapter 23, Section 4, including reporting requirements (CDRL Q140 and CDRL M090).

**C.14.1.1.3.** The Contractor's plan shall address at least the following: pre-release testing processes, process mapping for all cases, self-inspection plan, continuous surveillance, continuous quality monitoring, continuous improvement, methods for prompt reporting, and methods for root cause analysis.

**C.14.1.1.4.** The Contractor's approach to quality management shall include the following:

- Promote proactive identification of potential issues, errors, and defects before they impact beneficiaries and other stakeholders
- Inform the Government within one business day of when an issue, error, or defect is identified
- Take available steps to mitigate the impact of the issue, error or defect
- Provide a corrective action plan and update the Government on a mutually agreed schedule until the issue is resolved, including all corrections
- Provide a long-term resolution to the issue and perform any required corrections
- Develop and implement procedures to ensure non-recurrence of issues, errors, and defects.

### C.14.2. Contractor Training and Identification

**C.14.2.1.** The Contractor shall ensure that its staff and any subcontractors are thoroughly trained and knowledgeable regarding the requirements of this contract.

**C.14.2.2.** Contractor personnel and subcontractors shall identify themselves as contractors or subcontractors during meetings, telephone conversations, in electronic messages, or correspondence related to this contract.

**C.14.2.3.** Contractor personnel shall be clearly identifiable while on Government property by wearing appropriate badges.

# SECTION C
# STATEMENT OF WORK

**C.14.** Contractor personnel, while performing in a contractor capacity, shall not use their retired or reserve component military rank or title in any written or verbal communications associated with the contract under which they provide services.

**C.14.** The Contractor shall avoid any action or statement that is inconsistent with the requirements of this contract.

**C.14.** The Contractor shall provide to the CO an updated management organizational chart identifying key personnel at the post-award conference. The Contractor shall notify the Government in advance of any changes to key personnel and provide an updated organizational chart to reflect the change. Updated organizational charts shall also be provided in the event of a change in the management structure.

**C.14.3.** The Contractor shall monitor and log operational issues and provide updates of this log for recurring meetings with the Government (CDRL W040).

**C.14.4.** The Contractor shall monitor performance across all major areas of performance under the contract in accordance with CDRL M010.

**C.14.5.** The Contractor shall coordinate with the CO or COR no less than five business days prior to meeting with any DoD personnel, including the Military Services or Government Contractors in support of DoD. Such coordination will include sharing a list of attendees and tentative agenda of the topics to be discussed. The Contractor shall also provide an after-action summary/minutes documenting what was discussed and any materials provided by the Contractor.

**C.14.6.** No less than quarterly, the Contractor shall plan and conduct meetings with the Government to review progress and status of activities under the Contract. Meetings shall be held at a mutually agreed upon location. The final agenda and meeting materials shall be provided no less than five business days in advance of the meeting.

**C.14.7.** Within five business days after any meeting with the Government, the Contractor shall provide minutes and action items to the COR.

**C.14.** The Contractor shall provide the Government with licenses to Medispan and First Data Bank (FDB) for purposes of calculating the Cost Control Incentives (see Section H). At a minimum, access to the FDB Core Package should be included. The Government anticipates up to █ users for FDB and █ users for Medispan.

**C.14.8.** The Contractor shall provide a version of the contract that is releasable under the Freedom of Information Act in accordance with CDRL A010.

**C.14.9.** The Contractor shall maintain standard operating procedures (SOP) documents for areas of contract performance that may have complex and variable processes that need to be communicated to stakeholders. SOPs should include, but are not limited to: Emergency Declarations, Drug Recalls, Deployed Prescription Program, Prescription Monitoring Program, Other Health Insurance, and PDMP. SOPs shall be developed during transition, in collaboration

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION C
## STATEMENT OF WORK

with the Government, and shall be added and updated as necessary throughout the period of performance. SOPs shall be made available to the Government in accordance with C.14.13.

**C.14.10.** Continuity of Operations

**C.14.10.1.** The Contractor shall develop a Continuity of Operations Plan (COOP) that meets the requirements in TSM, Chapter 1, Section 1.1. Additionally, the plan shall address how all contract services will be restored after an emergency event. This includes both situations of both short or long duration and disruptions internal and external to the Contractor. The COOP shall be written to meet all performance standards established in this contract, including the restoration of critical functions within 24 hours. At minimum, critical functions includes real time claims processing. The COOP shall be delivered to the Government prior to the start of pharmacy services. The plan shall be reviewed annually and an updated version provided to the Government prior the start of each subsequent option period. (CDRL A030) The disaster recovery plan established in the COOP shall also be tested and results provided to the Government in accordance with the requirements established in the TSM (CDRL A031).

**C.14.11.** Clinical Support Agreements. Clinical Support Agreements (CSAs) may be used to optimize MTF pharmacies, as described in TOM, Chapter 15, Section 3. The Contracting Officer will incorporate CSAs via bilateral modification.

**C.14.12.** At the request of the Government, the Contractor shall provide additional reports to support benefit design review and evaluation. The Contractor shall deliver these results in the format and method specified by the Government (CDRL R030).

**C.14.13.** Contractor Maintained Documents. The Contractor shall maintain an online repository that is readily accessible to identified government users for purposes of contract oversight. In this location, the Contractor shall maintain current and archived versions of SOPs, technical documentation (including interface control documents, payer sheets, etc.), benefit design documents and drug lists, beneficiary communication templates, training documents, and other item listed in this contract or as otherwise requested. All documents shall include the date they were most recently updated. Archived versions shall include effective dates and be clearly distinguishable from the versions currently in use.

**C.15. Contract Transition**

**C.15.1.** Transition-In.

**C.15.1.1.** Contract transition-in shall be conducted in accordance with the TOM, Chapter 23 and the following.

**C.15.1.2.** The Contractor shall complete all transition-in efforts in accordance with the Transition-In Plan (CDRL T010), and be prepared to begin delivery of services in accordance with Section F of this contract. Transition-in efforts shall be completed prior to the applicable start of pharmacy services under this contact and shall include:

- Connectivity to all required government systems.
- Complete testing and certification that development is complete and systems are

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
## STATEMENT OF WORK

functional for successful interaction with the all required government systems.

- Successful completion of integration, benchmark, and stress testing for all systems. Initial testing shall include but is not limited to all required financial transactions such as tracking transactions by fiscal year, voided, stale-dated or reissued checks, adjustment and cancellation TEDs, and recording and reporting collections. Significant issues experienced in testing may require that the Contractor repeat the tests to confirm that the appropriate corrections are in place. Exit criteria will be determined by the Government. The COR or other designated authority will certify the successful completion of integration, stress, and benchmark testing.

- Successful load of Automated Data Processing (ADP) and any other data from the Outgoing Contractor or DHA, including but not limited to:
  - TRICARE Encounter Provider Files (TEPRV)
  - PA/MN Files
  - TMOP Open Refill File
  - Prescription Monitoring Program Restrictions
  - Data in support of Deployed Prescription Program
  - Program Integrity Files

C.15.11 In addition to the requirements in TOM Chapter 23, Section 5, the Contractor's transition-in plan shall include the following:

- An overview of requirements
- Critical path and milestones
- Identification of risks, both overall and with reference to specific requirements and milestones. The plan shall include risks classified as moderate or above and their categorization. The Government may identify additional risks for the Contractor to address in their plan.
- Risk management strategies to be applied.

C.15.12 Throughout transition, the Contractor shall provide weekly reports on the status of transition relative to the transition plan (CDRL T020).

C.15.13 The Contractor shall arrange/attend meetings with the Government and/or external agencies in support of all requirements under this contract, including the establishment of all systems interfaces necessary to meet the requirements of the contract including but not limited to the PDW, DMDC, DHA/TEDS, MTFs, TMDS, and CHDR. This will include integration testing meetings on each business day during transition-in or as otherwise directed by the Government, beginning at a date determined by the Government.

C.15.14 During contract transition-in, the Contractor shall estimates to DMDC of projected DEERS query volume over the period of performance. These estimates shall be provided in accordance with CDRL A090.

C.15.15 The Contractor shall complete the required B2B questionnaires during transition and shall obtain Government approval prior to receiving authorization to connect to any Government system (including test systems and environments). (See C.11.4)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:36 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION C**
**STATEMENT OF WORK**

C.15.9. The Contractor shall support all required testing activities during the transition period (See C.11.14).

C.15.10. During transition, the Contractor shall coordinate the implementation of new MHS GENESIS sites with Outgoing contractor (See C.11.7.4).

C.15.11. At the Transition meeting between the incoming and outgoing Contractors and the Government representatives, contractors shall mutually agree to a run-off schedule for all processes not occurring in real-time, including but not limited to clinical reviews, paper claims, TMOP prescription processing and beneficiary correspondence.

C.15.12. The Contractor shall retain and use the TRICARE Encounter Provider record (TEPRV) provider numbers previously established by the outgoing Contractor for all TED submissions (TSM, Chapter 2, Section 1.2).

C.15.12. As part of transition efforts, the Contractor shall provide formulary support materials as described in C.7.2.1 in support of the first P&T meeting after go-live.

C.15.13. The Contractor shall review its proposed OHI process with the Government during contract transition-in (see C.2.9).

C.15.14. In the transition period, the Contractor shall support pre-implementation activities for any site scheduled to deploy MHS GENESIS within six months of the start of pharmacy services. The Contractor shall begin data analysis and training and education efforts for MHS GENESIS six months before a site is scheduled to deploy.

C.15.15. Performance-Based Transition-In Milestones. Successful completion of a performance-based transition-in milestone consists of the Contractor meeting the stated objectives established and verification by the Government. These milestones and their completion criteria are listed below. Achievement of each transition-in milestone triggers a performance-based payment comprising a percentage of the total transition-in price, as described in Section G.

| Milestone | Completion Criteria |
|---|---|
| Approach to DPP | Acceptance of technical approach by Government |
| Approach to OHI | Acceptance of technical approach by Government |
| Approach to Specialty | Acceptance of technical approach by Government |
| B2B Questionnaire - Initial | Approved; covers at minimum DEERS and TEDS |
| B2B Questionnaire - Final | Approved; covers all required interfaces |
| Benchmark Testing | Completion of benchmark testing, with all findings addressed |
| DEERS Volume Estimates | Acceptance of Estimates |
| Formulary Search Tool Mock-up Previewed | Gov't reviews & validates it meets requirements |
| MOU with DHA Communications | Fully executed MOU |
| MTF Help Desk SOPs | Accepted by the Government |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| Milestone | Completion Criteria |
|---|---|
| NIST Checklist | Submission of complete System Security Plan and checklist, certifying NIST compliance (See Section H) as well as confirmation that Basic Assessment has been posted to Supplier Performance Risk System (SPRS) (See DFARS 252.204-7020) |
| Post Award Conference/Transition | Completion of meeting |
| Quality Management Plan | Acceptance of plan; meets requirements |
| Run-off and/or Cutover Plans | Government acceptance of plans |
| Website Mock-up previewed | Approval by Government; meets requirements |

Transition-in Mailings

**C.15.1.16.1.** The Contractor shall, in coordination with the outgoing Contractor, identify beneficiaries who, during the six months prior to the letter mailing date, used pharmacies that are not in the Contractor's pharmacy network. The incoming Contractor will inform these beneficiaries by letter that the pharmacy they previously used is no longer in the retail pharmacy network and provide information that enables the beneficiary to identify network pharmacies. This letter will be mailed so that beneficiaries will receive it 30 to 40 days prior to the start of pharmacy services.

**C.15.1.16.2.** The Contractor shall mail notices to beneficiaries who have filled prescriptions at TMOP or a retail pharmacy, during the six months prior to the mailing date. The letter shall include, at a minimum, the information required under the notice in C.9.3.2.

**C.15.1.16.3.** At the direction of the Government, the incoming Contractor shall mail letters to beneficiaries identified by the Government to communicate changes to the benefit during contract transition-in.

**C.15.1.16.4.** The incoming Contractor shall establish MOUs with internal and external DHA partners at the direction of the Government, or as the Contractor otherwise deems necessary to meet the requirements of the contract, including necessary cooperation, system interfaces, exchange of information, and POCs for such things as program integrity issues, case management (including coordination of care for patients who receive specialty pharmacy or home infusion services), third-party liability and claims jurisdiction issues. All MOUs are subject to annual review and update, as required, by the Contractor. At minimum, the Contractor shall establish MOU with the following:

- DHA Communications (CDRL A020)
- DHA Managed Care Support Contractors (CDRLs A023 & A024)
- DHA Compliance Review Contractor (CDRL A025)
- Transition-In MOU (CDRL R120)
- DHA Information Operations (Pharmacy Data Warehouse) (CDRL A021)
- DHMSM/MHS GENESIS Contractor (CDRL A022)

The Contractor will notify the Government of any additional MOUs that are required so numbers may be assigned for submission of deliverables.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION C
## STATEMENT OF WORK

**C.15.2.** Contract Transition-Out

**C.15.2.1.** The Contractor shall complete contract transition-out in accordance with the TOM, Chapter 23, and the following activities.

**C.15.2.2.** Upon award of any subsequent contract, the Contractor shall support transition activities of the incoming Contractor with minimal disruption of services to the beneficiaries. The Outgoing Contractor shall execute an MOU with the Incoming Contractor. All points of beneficiary contact shall provide outgoing messaging with the Incoming Contractor's contact information for no fewer than 45 days after the start of service delivery under the successor contract.

**C.15.2.3.** The Outgoing Contractor shall provide the Incoming Contractor with all applicable versions of the benefit design (see C.7.3), with effective dates, for the final two years of this contract. The Outgoing Contractor shall also provide an OHI data file.

**C.15.2.4.** The Contractor shall submit a Transition-Out Plan (CDRL T030) and regular status reports (CDRL T040).

**C.15.2.5.** The Contractor shall maintain sufficient qualified staff to meet all requirements of the contract, including beneficiary services and final processing of all pending claims including TED reporting requirements.

**C.15.2.6.** The Contractor's transition-out activities will be coordinated through the Government.

**C.15.2.7.** The Outgoing Contractor shall send a notice to all eligible beneficiaries who have used pharmacy services in the previous 12 months. The Government shall provide the new Contractor's information and POC to the Outgoing Contractor at least 120 calendar days prior to the end of the final option period of this contract. The notice will provide the new Contractor's information and points of contact (mailing addresses, email addresses, and phone numbers). The notice shall be sent 95 calendar days prior to the end of this contract.

**C.16. Contractor Offered Services, Methodologies and Techniques**

**C.16.1.** Subject Matter Expertise

**C.16.1.1.** The Contractor will support evaluation of initiatives that impact and/or potentially change the TRICARE Pharmacy benefit. This includes but is not limited to ▮(b) (4)▮ collaboration with the POD ▮(b) (4)▮ regarding such pharmacy initiatives.

**C.16.1.2.** In cooperation with the POD, the Contractor will deliver ▮(b) (4)▮ for this type of cooperative effort. The Contractor will track and report to the Government the ▮(b) (4)▮.

**C.16.2.** Formulary Benefit Design Solutions

**C.16.2.1.** Consistent with requirements at C.7.2, the Contractor will provide solutions ▮(b) (4)▮ to support DoD Formulary and Benefit Design recommendations. The Contractor will provide:

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION C
## STATEMENT OF WORK

- Trend reporting (b) (4)

- Compound claims report(s) with evidence-based recommendations which focus on (b) (4)

- Drug maintenance report(s) providing visibility to (b) (4).

- Programs designed to promote adherence and appropriate drug-therapy utilization (b) (4)

- Advanced Opioid Management programs which provide (b) (4) for those already suffering from opioid use disorder.

- Advanced Healthcare Analytics to identify (b) (4)

**C.16.3.** Safety and Enhanced Care Services. Consistent with the requirements listed in C.7.8, the Contractor will provide:

**C.16.3.1.** Enhanced customer services through access of clinical care professionals (b) (4) Access to clinical care professionals shall be available to all beneficiaries regardless of their POS, for conditions including but not limited (b) (4) Beneficiaries will be able to contact a clinical care professional through (b) (4) Inquiries will be responded to within (b) (4) and (b) (4) Additionally, clinical care professionals shall (b) (4) messages through a variety of (b) (4) The goal of these services shall be to ensure safety and effectiveness, improve outcomes, and reduce costs. The clinical care team shall (b) (4)

**C.16.3.2.** The contractor will provide access to an on-demand data (b) (4) This data (b) (4) will be fully accessible to the Government (b) (4). The contractor will provide (b) (4) to DHA and MHS designees initially, (b) (4) The Contractor will provide training to a core group of (b) (4) users (b) (4)

**C.16.3.3.** The Contractor will provide enhanced service (b) (4) to collect and analyze data needed to identify and manage the appropriate use of medications and treatment regimens for both specialty and non-specialty medications to achieve measurable outcomes and cost control.

This service will:

# SECTION C
# STATEMENT OF WORK

- Provide a dedicated ██████ (b) (4) ██████.
- Allow DHA to see data ██████████ (b) (4) ██████████
- Provide ██ (b) (4) ██ visibility to actions taken to support ████ (b) (4) ████ and improve outcomes ██████ (b) (4) ██████
- Promote coordination of care ██████ (b) (4) ██████
- Coordinate ████ (b) (4) ████ with the beneficiary.
- Support clinical improvement opportunities ██████ (b) (4) ██████.

**C.16.4.** Routine PA Analytics

**C.16.4.1.** Consistent with requirements listed in C.8.7 the Contractor will provide a solution to facilitate ████ (b) (4) ████ and improvement of clinical review criteria ████ (b) (4) ████ This solution will identify ████ (b) (4) ████ elements that may be available from ██ (b) (4) ██ that can be accessed through ████ (b) (4) ████ The contractor will review ████ clinical review criteria at least ██ (b) (4) ██ This solution will support ████ (b) (4) ████, identify cases most likely to ████ (b) (4) ████ and automatically ████ (b) (4) ████ as appropriate.

**C.16.5.** Telepharmacy

**C.16.5.1.** Consistent with customer service requirements in C.9.1, the contractor will provide beneficiary telepharmacy ██████████ (b) (4) ██████████ for care coordination services. Telepharmacy, specifically for care coordination is intended to achieve outcomes related to the cure or prevention of a disease, elimination or reduction of symptoms, or slowing the disease progress.

**C.16.6.** Customer Service Support (b) (4)

**C.16.6.1.** Consistent with tasks listed at C.9, the contractor will provide an ██████ (b) (4) ██████ to assist in conversations with beneficiaries. This tool will ██████ (b) (4) ██████ to better serve the beneficiary with ████ (b) (4) ████ and improve overall performance. This tool will also ████ (b) (4) ████ further enhance the caller's experience.

**C.16.7.** Access for Beneficiaries' Caregivers

**C.16.7.1.** Consistent with C.9.4.5, the contractor will provide caregiver access for beneficiaries requiring assistance with managing prescription needs. ██████ (b) (4) ██████

**C.16.8.** (b) (4) Coverage Review

**C.16.8.1.** Consistent with C.11.15.2, the contractor shall provide a solution which improves turnaround time and minimizes beneficiary disruption ██████ (b) (4) ██████

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION C
## STATEMENT OF WORK

(b) (4) The solution will be able to pull data from (b)(4) as well as an y (b) (4)

relevant to the PA which will (b) (4)

**(End of Section C)**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**D.1. Packaging and Marking.**

**D.1.1.  Compliance with Laws.** Preservation, packaging, and marking for all prescription pharmaceuticals delivered hereunder shall be in accordance with applicable Federal and State laws.

**D.1.2.  Packaging of Pharmaceuticals for Delivery.** All prescription pharmaceuticals delivered by the Contractor's mail order pharmacy or other pharmacy shall be adequately packaged and packed to ensure safe, undamaged delivery to the beneficiary. Packaging must minimize pill breakage and protect pharmaceuticals from damage from environmental and handling conditions (i.e. temperature, humidity, light, pressure, impact) which can be reasonably anticipated during postal or commercial shipping processes.

**D.1.3.  Packaging of Deliverables.** Any reports, electronic media, and other products furnished by the Contractor that cannot be delivered by electronic means shall be adequately packaged and packed to ensure safe delivery at destination. All products must be clearly marked to identify the contents, the sender, and the individual/office to which they are being sent. Extra care shall be taken in packaging electronic media to protect against damage, and to ensure that any electronic media will not become separated from the routing markings. Such reports and other products to be furnished are to be shipped via a method that provides for acknowledgment of receipt. The Contractor shall retain such receipts. Shipments containing electronic media shall be marked as such and shall include the statement "Do Not X-Ray."

**D.1.4.  Labeling.** The Contractor shall include the contract number on all products to be furnished under the contract. The terms of this paragraph do not apply to Contractor shipments to beneficiaries.

**D.2. Inclusions.** Each package, report or other deliverable shall be accompanied by a letter or other document which includes the following identification.

**D.2.1.  Contract Number.** Identifies the contract by number under which the item is being delivered.

**D.2.2.  CDRL Item Number.** Identifies the Contract Data Requirements Lists (CDRL) Item Number or report requirement which requires the delivered item(s).

**D.2.3.  Partial or Full Satisfaction.** Indicates whether the Contractor considers the delivered items represent partial or full satisfaction of the requirement.

**(End of Section D)**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION E
## INSPECTION AND ACCEPTANCE

**E.1. Clauses.**

**FAR 52.246-4 Inspection of Services–Fixed Price (AUG 1996)**

**E.2. Inspection.** Inspections may be conducted electronically or by physical inspection. Inspections will be performed at the Defense Health Agency, the Contractor's and/or subcontractor's facilities, or any other locations at which work is performed. Inspection of services and/or supplies provided hereunder will be accomplished by the Contracting Officer's Representative (COR) or his/her designee(s).

**E.3. Acceptance.**

**E.3.1. TEDS Records.** The acceptance process for the listed claims/pharmacy transactions are performed by the TEDS at the batch header/individual TEDS record level. Acceptance will be accomplished by individual TEDS record.
- Retail Network Claims (to include Direct Member Reimbursements)
- Network Specialty Claims
- Mail Order Pharmacy, Prescription Fill (and specialty services)
- Clinical Prior Authorization and Medical Necessity Reviews

**E.3.2. Other Records.** Acceptance or rejection of services other than those submitted with a TED record, provided under the terms and conditions of this contract, will be accomplished by the Government using a DD250, Material Inspection and Receiving Report. The DD250s shall be submitted to the Government only after the Contractor has accomplished the required services.

**E.3.3. Contract Transition-In and Contract Transition-Out.** The Contractor shall submit a separate DD250, Material Inspection and Receiving Report, to the Government after accomplishing each of the required contract transition-in requirements listed in C.15.

**E.4. Quality Assurance Surveillance Plan (QASP).** The Government will utilize a QASP to facilitate contract surveillance.

**(End of Section E)**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION F
# DELIVERIES OR PERFORMANCE

**F.1. Contract Clauses.**

**FAR 52.242-15 Stop-Work Order (AUG 1989)**

**F.2. Period of Performance.**

**F.2.1. Transition-In.** The Base Period of Performance (PoP) is 15 months and one week (September 23, 2021 to December 31, 2022) and will begin upon receipt of notice to proceed. The Contractor shall begin contract transition-in activities and complete specific activities by the timelines specified in Section C of this contract and the TRICARE Operations Manual (TOM) Chapter 23, Section 5. The Contractor shall also complete contract transition-in activities by the date specified in the Contractor's transition-in plan. In the event there is a conflict or overlap of dates/timelines between this contract, TRICARE Manuals, and the Contractor's transition-in plan, the dates/timelines specified in this contract take precedence. The Contractor shall make every effort to coordinate the dates accordingly and shall promptly notify the Contracting Officer and Contracting Officer's Representative if a conflict of dates arises.

**F.2.2. Full Performance.** Option periods one through seven will be 12 months each beginning on the next calendar day following the base period or completed option period, if exercised. The option periods identified herein are hereby defined as the period in which pharmacy services will be delivered to TRICARE beneficiaries. The start of pharmacy services delivery is the first day of option period 1; no pharmacy services delivery will be performed during transition-in. To meet the requirements for pharmacy services delivery for a given period, the Contractor will perform incidental administrative tasks associated with the given pharmacy service delivery period beyond that period (e.g. transfers, bank account close-out, etc.).

**F.2.3. Transition-Out.** When services under this contract are (or scheduled) to be discontinued, a contract transition-out period will be exercised concurrent with one of the pharmacy services delivery periods. The Contractor will begin contract transition-out activities upon exercise of the contract transition-out Contract Line Item Number (CLIN) and complete such activities within the timelines specified in TOM Chapter 23, Section 5 and Section C. All contract transition-out activities shall be accomplished no later than 270 days after the start of pharmacy services delivery by the incoming Contractor(s).

**F.3. Reports and Plans – Contract Data Requirements List (CDRL).** The Contractor shall electronically submit all CDRL items in accordance with each CDRL. The Contractor shall submit all CDRL items in the format specified on the CDRL. If no format is specified, the Contractor may use any format compatible with the Microsoft Office Suite, Adobe PDF, or an alternate format approved by the Government.

- Unless otherwise specified in this section, all CDRL items shall be submitted to the Government via the E-commerce Extranet (Attachment J-3, Line 12). See TOM, Chapter 14 for report submission requirements. If the CDRL's due date falls on a weekend or holiday, the Contractor shall submit on the following business day.

- Reports containing PII or PHI shall be submitted through the E-commerce Extranet into the appropriate slot that has been designated for PHI/PII.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION F**
**DELIVERIES OR PERFORMANCE**

- Reports shall contain sufficient data to allow the Government to calculate percentages independently. Reported percentages shall be rounded to two decimal places.

**F.3.1. Training.** Within 30 days of the start of transition, the incoming Contractor shall schedule a time and date to receive initial training from the Government on the submission of deliverables. Additional training for new users will be provided throughout the contract upon request.

**F.3.2. Administrative Requirements.** All reports shall include definitions (including examples, if applicable) of key terms, the reporting period, date the report was created, descriptions of methodology used when applicable, and a change log capturing any report modifications.

**F.3.3. Accuracy.** The Contractor is accountable for assuring that reports contain accurate and complete data. Upon identification of any errors following initial submission, the Contractor shall notify the Government within two business days and provide updated corrected reports within thirty days unless otherwise approved by the Government. The Contractor shall identify to the Government upon discovery the specific data to be corrected and provide an explanation for the initial error. The Contractor shall prepare written procedures describing the source of information as well as the specific steps followed in the collection and preparation of data for each report. All reports must be accompanied with data, documentation and audit trails sufficient to support and validate the reported information. The reports shall be titled as listed. The Contractor shall submit a negative report if there is no data to report.

**F.3.4. Usability.** The Contractor shall review proposed CDRL formats with the Government during Contractor transition to ensure the report fulfills the Government's intended use. The Government also reserves the right to request additional changes to a CDRL after the first submission.

**F.3.5. Contract Data Requirements List (CDRL).** The following is a list of the CDRLs the Contractor is required to complete and submit in accordance with the guidance provided above:

**F.3.5.1. Daily.**
D010   Mail Order Daily NDC Change Requests Report (Rev 10122022)
D020   MTF CHCS Claims Rejection Detail Report (Rev on 3/01/2023)
D030   Contractor Payment Check Issue Data
D040   Retail Pharmacy Claims (RPC) Data Requirements

**F.3.5.2. Weekly.**
W010  Mail Order Rebaseline and Continuous Monitoring Approval Report (Rev 10122022)
W011  Specialty Pharmacy Rebaseline and Continuous Monitoring Approval Report (Rev 10122022)
W012  Mail Order Backorder Report
W020  MTF CHCS Data Integrity Report - High Dose & Invalid Provider (Rev on 3/01/2023)
W021  MTF CHCS High Cost Claim Report (Rev on 3/01/2023)
W030  MHS GENESIS Drug Reject Report
W040  Operations Issues Log (Rev 02162022)

**F.3.5.3. Monthly.**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION F**
**DELIVERIES OR PERFORMANCE**

M010  TPharm Contract Performance Summary
M020  Call Center Top Issues Report
M030  Priority Correspondence Report
M040  Retail Network Pharmacy Report
M041  Retail Network Pharmacy Access Report
M050  TPharm Metric Summary Report (Rev 10122022)
M060  Pharmacy Transactions Processing Report
M070  MTF CHCS Claims Rejection Summary Report
M071  MTF CHCS Data Integrity Summary Report – High Dose & Invalid Provider (Rev on 3/01/2023)
M072  MTF CHCS High Cost Claim Summary Report (Rev on 3/01/2023)
M080  HIPAA Privacy Disclosure Report
M090  Pharmacy Claims Audit Report
M100  Deployment Prescription Program Report
M110  Replenishment Reconciliation Report Claims (Rev 12212021)
M111  Replenishment Reconciliation Report – NDC Level (Rev 12212021)
M120  Expanded Mail Order and MTF Report
M130  Auto Refill Dashboard
M140  Market Priced Pharmaceutical Program Report (Rev on 3/01/2023)
M150  Theater Medical Data Store (TMDS) Claims Processing Report (Rev 12032021)
M160  Bank Reconciliation Format (Rev 12032021)
M170  Accounts Receivable Reports
M180  Bank Cleared Payment Report
M190  Bank Account Statement Report
M200  Benefit Design and Formulary Search Tool Changes (Rev on 3/01/2023)
M210  Compound Prescription Report (Rev 10122022)
M220  PDMP MHS User Overview Report
M230  Prescription Monitoring Program Report MTF (Rev 12162021)
M231  Prescription Monitoring Program Report MCSC (Rev 12162021)
M240  Retail Refund Dispute Report
M250  Employee Access to DoD Information Systems/Networks Report

**F.3.5.4. Quarterly.**

Q010  Clinical and Admin Review Report (Rev 03232022)
Q020  Beneficiary Services Report
Q030  Pharmacy Help Desk Report (Rev 12212021)
Q040  Mail Order Pharmacy Prescription Report (Rev on 3/1/2023)
Q041  Mail Order Pharmacy Reship Report
Q042  Mail Order Quality Control Report
Q050  Paper Claims Processing Report (Rev 10122022)
Q060  Prescription Monitoring Program Utilizer Report (04112022)
Q061  Prescription Monitoring Program Overview Report (04112022)
Q070  Safety and Enhanced Care Services Report (Rev 10122022)
Q080  EOB Report
Q090  TED Summary Report
Q100  Fraud and Abuse Summary Report
Q110  Other Health Insurance (OHI) Identification and Development Report

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION F**
## DELIVERIES OR PERFORMANCE

Q111   OHI Cost Avoidance Report
Q120   CHCBP Monitoring Report
Q130   Eligibility Recoupment Status Report
Q140   Quarterly Review Program Report
Q150   Specialty Pharmacy Services Report (Rev 10122022)
Q160   Educational Update Report
Q170   Market Drug Trend Report
Q180   Specialty Pharmacy Accreditation Performance Guarantee Report (Rev 12232021)
Q190   Network Pharmacy Performance Report (Rev 12232021)
Q200   NPV Fulfillment Performance Report (Rev 12232021)

**F.3.5.5. Annual.**

A010   FOIA Releasable Contract
A020   MOU with DHA Communications
A021   MOU with DHA Information Operations (Pharmacy Data Warehouse) (Rev 12032021)
A022   MOU with MHS GENESIS Contractor
A023   MOU with MCSC - East Region
A024   MOU with MCSC - West Region
A025   MOU with DHA Compliance Review Contractor
A030   Continuity of Operation Plan
A031   Disaster Recovery Test Results (Rev 02272022)
A040   NIST Certification of Compliance Report
A050   Quality Management Plan
A060   Service Organization Control Report (SOC1) SSAE 18 (Rev 02092022)
A061   Bridge Letter on Service Organization Control Report (SOC1) SSAE 18 (Rev 02102022)
A070   Risk Assessment Letter of Assurance
A080   Fraud Detection and Prevention Strategy and Internal Procedures
A090   DEERS Query Volume Forecast (Rev 10122022)
A100   Education Plan
A110   Retail Network Access Plan
A120   System Security Plan
A130   Health and Safety Gaps Closure Report (Rev 122321)
A140   Latent Replenishment Owed Approval Report (Initial 3/01/2023)

**F.3.5.6. As Required.**

R010   NPV Discrepancy Report
R020   Pharmacy Change Monitoring Report
R030   Ad Hoc Management Reports
R040   Appeals Processing Guidelines, Desk Instructions and Reference Material
R050   Breach Report
R060   Standard Operating Procedures (Desk Procedures)
R070   State of Emergency Report
R080   Random Sampling Audit Worksheet
R090   Fraud Abuse Patient Harm-Initial Notification Checklist
R100   DHA-MTF Fraud and Abuse Cover Sheet
R110   Declaration of Transfer and Destruction of Records
R120   Transition-In MOU

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION F
## DELIVERIES OR PERFORMANCE

R121   Transition-Out MOU
R130   Specialty Pharmacy Daily NDC Change Requests Report (Rev 10122022)
R140   Specialty Market Priced Pharmaceutical Program Report (Rev on 3/01/2023)
R150   Systems Integration Test Plans
R160   B2B Gateway Questionnaire
R170   Mission-Essential Contractor Services Plan
R180   MOU with TMEP Contractor

### F.3.5.7. Transition.
T010   Transition-In Plan
T020   Transition-In Status Report
T030   Transition-Out Plan
T040   Transition-Out Status Report

### F.4 Delivery Schedule – Contract Changes

### F.4.1 MHS GENESIS Transition – Loading Prior Authorization and Medical Necessity
At the Government's direction, the Contract will load PA and MN overrides timely, so that existing beneficiaries will receive medication (requiring overrides) at the following MTF pharmacies transitioning to MHS GENESIS without interruption, per C.8.10.2.2.3.

| Wave / Site(s) | Final Five GENESIS PA/MN Load Support | | | Quantity Limit (QL) Load Spt | |
| | Modification | Sub-CLIN | Completion Date | Fielding Go-Live Date | Govt QL Listing Est Due Date (45 Days Before Start) |
|---|---|---|---|---|---|
| Portsmouth/Drum | P00006 | 1023AA | Jan, 2023 | 21-Jan-23 | Immediate |
| Reed/Belvoir | P00006 | 1023AA | Mar, 2023 | 25-Mar-23 | Immediate |
| Wright Patterson | P00006 | 1023AA | Jun, 2023 | 3-Jun-23 | 19-Apr-23 |
| Landstuhl/Lakenheath | P00006 | 1023AA | Sept, 2023 | 23-Sep-23 | 9-Aug-23 |
| Guam/S. Korea & Okinawa | P00006 | 1023AB | Dec, 2023 | 28-Oct-23 | 13-Sep-23 |

**(End of Section F)**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION G
## CONTRACT ADMINISTRATION

**G.1. Contract Clauses.**

**DFARS 252.204-7006 BILLING INSTRUCTIONS (OCT 2005)**

**DFARS 252.232-7006 WIDE AREA WORKFLOW PAYMENT INSTRUCTIONS (DEC 2018)**

(a) *Definitions.* As used in this clause—

"Department of Defense Activity Address Code (DoDAAC)" is a six position code that uniquely identifies a unit, activity, or organization.

"Document type" means the type of payment request or receiving report available for creation in Wide Area WorkFlow (WAWF).

"Local processing office (LPO)" is the office responsible for payment certification when payment certification is done external to the entitlement system.

"Payment request" and "receiving report" are defined in the clause at Electronic Submission of Payment Requests and Receiving Reports.

(b) *Electronic invoicing.* The WAWF system provides the method to electronically process vendor payment requests and receiving reports, as authorized by Defense Federal Acquisition Regulation Supplement (DFARS) Electronic Submission of Payment Requests and Receiving Reports.

(c) *WAWF access.* To access WAWF, the Contractor shall—

(1) Have a designated electronic business point of contact in the System for Award Management at https://www.sam.gov; and

(2) Be registered to use WAWF at https://wawf.eb.mil/ following the step-by-step procedures for self-registration available at this web site.

(d) *WAWF training.* The Contractor should follow the training instructions of the WAWF Web-Based Training Course and use the Practice Training Site before submitting payment requests through WAWF. Both can be accessed by selecting the "Web Based Training" link on the WAWF home page at https://wawf.eb.mil/

(e) *WAWF methods of document submission.* Document submissions may be via web entry, Electronic Data Interchange, or File Transfer Protocol.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(f) *WAWF payment instructions*. The Contractor shall use the following information when submitting payment requests and receiving reports in WAWF for this contract or task or delivery order:

(1) *Document type*. The Contractor shall submit payment requests using the following document type(s):

(i) For cost-type line items, including labor-hour or time-and-materials, submit a cost voucher.

(ii) For fixed price line items—

(A) That require shipment of a deliverable, submit the invoice and receiving report specified by the Contracting Officer.

**The Contractor shall use Invoice as 2 In 1 (DD250 Form).**

(B) For services that do not require shipment of a deliverable, submit either the Invoice 2in1, which meets the requirements for the invoice and receiving report, or the applicable invoice and receiving report, as specified by the Contracting Officer.

**The Contractor shall use Invoice as 2 In 1 (DD250 Form).**

(iii) For customary progress payments based on costs incurred, submit a progress payment request.

(iv) For performance based payments, submit a performance based payment request.

(v) For commercial item financing, submit a commercial item financing request.

(2) Fast Pay requests are only permitted when Federal Acquisition Regulation (FAR) 52.213-1 is included in the contract.

*[Note: The Contractor may use a WAWF "combo" document type to create some combinations of invoice and receiving report in one step.]*

(3) *Document routing*. The Contractor shall use the information in the Routing Data Table below only to fill in applicable fields in WAWF when creating payment requests and receiving reports in the system.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Routing Table:

| Field Name in WAWF | Data entered in WAWF |
|---|---|
| Pay Official DoDAAC | **HT0010** |
| Issue By DoDAAC | **HT9402** |
| Admin DoDAAC | **HT9402** |
| Inspect By DoDAAC | |
| Ship To Code | **HT9402** |
| Ship From Code | **1WPW1** |
| Mark For Code | |
| Service Approver (DoDAAC) | |
| Service Acceptor (DoDAAC) | **HT0066** |
| Accept at Other DoDAAC | **HT9402** |
| LPO DoDAAC | |
| DCAA Auditor DoDAAC | |
| Other DoDAAC(s) | |

 (4) *Payment request.* The Contractor shall ensure a payment request includes documentation appropriate to the type of payment request in accordance with the payment clause, contract financing clause, or Federal Acquisition Regulation 52.216-7, Allowable Cost and Payment, as applicable.

(5) *Receiving report*. The Contractor shall ensure a receiving report meets the requirements of DFARS Appendix F.

(g) *WAWF point of contact.*

(1) The Contractor may obtain clarification regarding invoicing in WAWF from the following contracting activity's WAWF point of contact.

> **The Contractor may obtain clarification regarding invoicing in WAWF from the DHA/CRM Accounting Technician assigned to their contract.**

 (2) Contact the WAWF helpdesk at 866-618-5988, if assistance is needed.

(End of clause)

**G.2. Contract Administration.** The Defense Health Agency (DHA), Managed Care-Contracting Division (MC-CD) will perform contract administration, except as delegated to other Government agencies by the DHA Contracting Officer. The Contractor will be provided a copy of all delegations of administration functions. The following individuals will be the Government points of contact during the performance of this contract.

**G.2.1. Contracting Officer.** The Contracting Officer is responsible for the administration of this contract and is solely authorized to take action on behalf of the Government that may result in

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

changes to the terms of this contract, including deviation from section C. The Contracting Officer for administration of this contract is:

> Contracting Officer
> Defense Health Agency
> Managed Care Contracting Division
> 16401 East Centretech Parkway
> Aurora, CO 80011-9066

**G.2.2. Contracting Officer's Representative**. The Contracting Officer will designate a Contracting Officer's Representative (COR) in writing. The Contractor will be provided a copy of COR appointment. The written appointment will delineate the scope of authority of the COR.

**G.2.3. Government Payment Office.**

> Defense Health Agency
> ATTN: Contract Resource Management (CRM) – Accounting Office
> 16401 E. Centretech Parkway
> Aurora, CO 80011-9066

**G.3. Billing Instructions.**

**G.3.1. Electronic Payment Support & Documentation for WAWF.**

**G.3.1.1. Payment support.** Contractors are required to submit their "payment request and receiving report" electronically utilizing the WAWF application. In conjunction with the WAWF application, the Contractor must continue to submit their payment request and backup documents to the Contract Resource Management Office (DHA/CRM) at dha.buckley.crm.mbx.aur-crm-invoices@mail.mil. This will ensure the continuity of payments.

**G.3.1.2. Credit Invoices.** WAWF is not able to process any credit invoices. Credit invoices must be submitted directly to the DHA/CRM mailbox address listed above. Credit e-mail invoice(s) must clearly state in subject line 'WAWF not used.'

**G.3.1.3. Procedure if WAWF is unavailable.** When instructed by DHA/CRM that the WAWF system is not operating normally, the Contractor may submit their invoices directly to Contract Resource Management Office at the mailbox address listed above, with an email copy to the COR. E-mail invoice(s) that are not submitted thru WAWF must clearly state in subject line 'WAWF not used'. The e-mail receipt date shall be used as the invoice receipt date, DHA/CRM will work with the Contractor to get the Receiving Report signatures necessary for payment.

**G.3.2. Instructions to Paying Office.** The paying office will follow paying instructions included in any contract modification, including change order definitization and performance incentive payment modifications.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

**G.3.2.1.** Revisions to payment instructions may be made as circumstances require. Revisions may be accomplished by correspondence between the contracting office and the paying office.

**G.3.3. Payments Due from the Contractor to the Government.**

**G.3.3.1. Performance Guarantees.** Upon determination of the performance guarantee and notification by the CO, the Contractor will follow instructions specified in the demand letter. If payment is not received by the due date specified, then the Government will make collection via payment offset by reducing the appropriate amount from the next payment(s) to the Contractor. If payment terms are not specified, Government will make collection via payment offset by reducing the appropriate amount from the next payment(s) to the Contractor.

**G.3.3.2. Other Payments from the Contractor to DHA.** Contractor payments will be made electronically following the directions outlined in the modification. If payment is not received by the due date then the Government will make collection via payment offset by reducing the appropriate amount from the next payment(s) to the Contractor.  If payment terms are not specified, Government will make collection via payment offset by reducing the appropriate amount from the next payment(s) to the Contractor.

**G.3.3.3. Overpayments.** DHA reserves the right to collect overpayments made to the Contractor from the payments due to the Contractor (including any contract payments due the Contractor from other contracts it may hold with DHA or other Federal Agencies).

**G.3.4.  Non-TEDS Instructions Invoice and Payment.** The basis for payment to the Contractor shall be the prices specified in Section B of this contract and as specified within this contract.

**G.3.4.1. Invoice Submission.** Non-TEDS invoices shall be submitted electronically in accordance with G.1 and G.3.1. The Contractor shall submit invoices through WAWF.

**G.3.4.1.1.** A proper invoice must include the elements identified at FAR 32.905.

**G.3.4.1.2.** All payments made by the Government will be made by EFT.

**G.3.4.1.3.** Payments will be made in accordance with Prompt Payment Act, FAR 52.232-25 (i.e. the 30th day after the later of the receipt of a proper invoice, or its acceptance).

**G.3.4.1.4.** Revisions to payment instructions may be made as circumstances require. This may be accomplished by correspondence between the Contractor and both the contracting office and the paying office.

**G.3.4.2. Types of Payments to the Contractor.** (X in CLIN designation, refers to same CLIN all option periods).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**G.3.4.2.1. CLIN 0001 – Contract Transition-In.** Payment for services rendered on this requirement will be made via performance-based payments upon completion of each performance milestone detailed in the performance-based payment table below and submission of a monthly payment request.  The balance of the transition-in price will be paid upon successful completion of the full transition-in requirement, after the start of pharmacy services.

| Milestone | Completion Criteria | Percentage of Transition-In Price Earned |
|---|---|---|
| Approach to DPP | Acceptance of technical approach by Government | 5% |
| Approach to OHI | Acceptance of technical approach by Government | 5% |
| Approach to Specialty | Acceptance of technical approach by Government | 5% |
| B2B Questionnaire - Initial | Approved; covers at minimum DEERS and TEDS | 5% |
| B2B Questionnaire - Final | Approved; covers all required interfaces | 5% |
| Benchmark Testing | Completion of benchmark testing, with all findings addressed | 5% |
| DEERS Volume Estimates | Acceptance of Estimates | 5% |
| Formulary Search Tool Mock-up Previewed | Gov't reviews and validates it meets requirements | 5% |
| MOU with DHA Communications | Fully executed MOU | 5% |
| MTF Help Desk SOPs | Accepted by the Government | 5% |
| NIST Checklist | Submission of complete System Security Plan and checklist, certifying NIST compliance (See Section H)  as well as confirmation that Basic Assessment has been posted to Supplier Performance Risk System (SPRS) (See DFARS 252.204-7020) | 5% |
| Post Award Conference/Transition | Completion of meeting | 5% |
| Quality Management Plan | Acceptance of plan; meets requirements | 5% |
| Run-off and/or Cutover Plans | Government acceptance of plans | 5% |
| Website Mock-up previewed | Approval by Government; meets requirements | 5% |
| Remainder upon successful completion of the full transition-in requirement, after the start of pharmacy services. | | 25% |

**G.3.4.2.2. CLIN 0002 – Government-Directed Notifications Transition-In.** Payment for Government-directed notifications during transition-in will be made by monthly submission of a payment request for CLIN 0002 following completion of any Government-directed notifications.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**G.3.4.2.3. CLINs 0003 and X014 – Contract Data Requirements List (CDRL).** Payment for deliverables will be made by submission of a payment request at the conclusion of the base period for CLIN 0003 and each option period for CLINs X014.

**G.3.4.2.4. CLINs X005 – MTF Prescription, Adjudication Services.** The unit price for adjudicating MTF prescriptions will be paid against CLINs X005 by the monthly submission of a payment request. Supporting documentation required to validate this payment request will be sent to the COR. Estimated quantities for this CLIN will be adjusted to reflect the actual quantity and price of adjudicated claims.

**G.3.4.2.5. CLINs X008 – Mail Order Pharmacy Unreplenished Agents.** The unit price for Contractor fulfillment of Mail Order Prescriptions (MOP) for which pharmaceutical agents could not be replenished by the National Prime Vendor (NPV) will be paid against Firm-Fixed-Price CLINs X008 by submission of a payment request at the conclusion of each option period.

**G.3.4.2.6. CLINs X009 – Market Price Pharmaceutical Program (MPPP) Administrative Fee.** The unit price for Contractor administrative fee associated with MPPP accepted offers will be paid against CLINs X009 by the monthly submission of a payment request for accepted offers. Estimated quantities for this CLIN will be adjusted to reflect the number of accepted offers.

**G.3.4.2.7. CLIN X010 – Market Price Pharmaceutical Program (MPPP).** The total value of pharmaceutical agents for accepted MPPP sustainment offers (allocated by TRICARE-Only Eligible and Dual-Eligible fund type based on utilization) will be paid against CLIN X010 by the monthly submission of a payment request and only upon the obligation of sufficient funds for MPPP purchases once the entire quantity has been fully dispensed.

**G.3.4.2.8. CLINs X013 – TRICARE Pharmacy Services, Administrative Support.** The monthly per member per month price will be paid against CLINs X013 by the monthly submission of a payment request for no more than one-twelfth of the extended CLIN amount.

**G.3.4.2.8.1.** For the purpose of this CLIN, counts of beneficiaries under the PMPM includes all active users of the pharmacy benefit, at any point of service. This number will be based on an average of the 12 previous months of unique users of the benefit as reported above. Using the number of unique beneficiaries, the Government will calculate the PMPM quantity for the next option period as follows: The number of unique beneficiaries multiplied by the number of months (12) equals the number of member months (the quantity). The number of member months is then multiplied by the fixed unit price to determine the extended amount for the period. The Government will advise the Contractor of the quantity of unique beneficiaries to apply in a coming option period at the time an option period is exercised.

**G.3.4.2.9. CLINs X015 – Retail Network Cost Control Incentive.** Any performance incentive earned by the Contractor for Retail Network Cost Control (H.3.2.) will be paid against

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

CLINs X015.  The Contractor may submit its payment request upon receipt of the contract modification implementing the incentive assessment.

**G.3.4.2.10. CLINs X016 – Specialty Network Cost Control Incentive.** Any performance incentive earned by the Contractor for Specialty Network Cost control (H.3.3.) will be paid against CLINs X016. The Contractor may submit its payment request upon receipt of the contract modification implementing the incentive assessment.

**G.3.4.2.11. CLINs X017 – Market Price Pharmaceutical Program (MPPP) - Cost Control Incentive.** Any performance incentive earned by the Contractor for savings on generic drugs (H.3.4.) will be paid against CLINs X017.  The Contractor may submit its payment request upon receipt of the contract modification implementing the incentive assessment.

**G.3.4.2.12. SUB-CLINs X018AA/AB – Award Fee Pool.** Any Award Fee earned by the Contractor will be paid against CLINs X018AA/AB for the amount awarded by the Government under each CLIN.  The Contractor may submit its payment request upon receipt of the Award Fee Determination made by the Government in accordance with Section H.6.

**G.3.4.2.13. CLINS X019 or X020 – Transition-Out.** The Contractor will be paid against CLINs X019 or X020 (Transition-Out) activities only once during the contract.  Once exercised, the Contractor may submit a payment request only after all transition-out tasks have been completed.

**G.3.5. TEDS Instructions – Invoice and Payment for Claim Rate**.

**G.3.5.1. TEDS Record Submissions**. The Contractor will generate TEDS records for each prescription filled per the TSM, Chapter 2.  TEDS are reported on separate headers for TRICARE and TRICARE Medicare Dual Eligible.

**G.3.5.2. Due Date.** Invoice and payment procedures for claims processing fees are the same for paper and electronic claims. Submission of a TEDS record header to DHA is considered submittal of an invoice. No separate invoices are required for routine claims rate payments. However, invoices are required for non-automated payment requests. For purposes of determining the due date for payment under the Prompt Payment Clause, the "Transmission received end date/time stamp" (derived by TEDS at end of data transmission) will be used to determine the date of invoice receipt. Transmission received after 10:00AM ET shall be considered as received the next calendar day.

**G.3.5.3. Unit Price.** The Contractor is paid the claims processing unit price identified in Section B for the contract period in which the Contractor submits the initial TEDS record.  The Contractor is paid the unit price for each initial submission TEDS record (as defined under TSM 7950.3-M, April 1, 2015, Chapter 2, Section 1.1) that passes all TEDS edits as specified in the TSM and validated by the TEDS record edit system. Additionally, the Contractor is paid for the first adjustment TEDS record accepted under this contract that was initially submitted under a previous contract (even if the previous contract was held by the new Contractor).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**G.3.5.4. Appropriate Option Period.** The Contractor is paid the claims processing unit price identified in Section B for the contract period in which the Contractor submits the initial TEDS record. The "Batch/Voucher Date" in the voucher header is used to determine the contract option period. The Contractor is paid the claims processing unit price identified in Section B for the contract period in which the Contractor submits the initial TEDS record.

**Payment.** In order for the Contractor to receive payment of a claims processing fee, the TEDS record must pass all TEDS edits as specified in the TSM and validated by the TEDS record edit system no later than 210 calendar days following the end date for the contract.

**G.3.5.5. Header Type Indicator.** The Contractor shall submit batch/vouchers under the correct "Header Type Indicator" as specified in the TSM Chapter 2, Section 2.3. to ensure correct payment. Header Type Indicator indicates to the TEDS processing system if the Contractor is requesting a claim rate payment, wants to retain a claim rate payment, does not want a claim rate payment or if the Contractor is requesting the claim rate payment previously paid be retracted.

**G.3.5.5.1. Eligible TEDS Records.** If the TEDS record is eligible to receive or retain a previous payment under the claims processing CLIN, then the TEDS record (with the exception of Type of Submission "C" complete cancellation to TEDS record data, see (G.3.5.5.3) shall be submitted by the Contractor to DHA using a Header Type Indicator of"6" or"9"(even if the TEDS record has already received payment under the claims processing CLIN).

**G.3.5.5.2. Ineligible TEDS Records.** If the TEDS record submitted is not eligible to receive payment or the Contractor wants DHA to retract a previous claim rate payment under the claims processing CLIN, the Contractor shall submit the TEDS record to DHA using a Header Type Indicator of "0" or "5". No payment under the claims processing CLIN can occur on any TEDS record grouped in a Batch/Voucher with Header Type Indicator of "0" or "5." Only no-pay and credits (where DHA retracts any previous claim rate) can be processed under these header types.

**G.3.5.5.3. Cancelled TEDS Records.** For a TEDS record submitted with a Type of Submission "C" by the Contractor, the Contractor shall determine if the TEDS record is still eligible to receive payment under the claims processing CLIN. The following criteria shall be used to determine if a TEDS record is still eligible for payment:

**G.3.5.5.3.1.** A TEDS record cancelled for any of the following reasons is eligible to retain the claims processing fee previously paid and shall be submitted with Header Type Indicator "6" or "9":

- Cancellation was at Government direction.
- Government data error.
- Stale dated/voided checks.
- New initial TEDS record is required by the Government.
- Incorrect DEERS response.
- Check is returned in undeliverable mail.
- Beneficiary or provider requests stop payment due to non-receipt of check prior to

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

stale date time period.

- Beneficiary or provider returns check because payment was received from other health insurance carrier whose responsibility was previously unknown to Contractor.
- Provider returns check because beneficiary has erroneously paid the provider and believes that the TRICARE benefit check is a duplicate payment.
- Claim processed in good faith by the Contractor but later identified as an error due to additional information received or learned.
- Claim processed by multiple Contractors resulting in duplicate processing.
- TQMC case resolutions resulting in an error.
- Program Integrity cases that are recouped retrospectively after investigation.
- Provider requested claims to be reissued to a new provider Tax Identifier.

**G.3.5.5.3.2.** A TEDS record cancelled for any of the following reasons is not eligible to retain the claims processing fee previously paid and shall be submitted with Header Type Indicator "0" or "5":

- Cancellation where a new initial TEDS record is required to correct a Contractor error.
- Cancellation due to Contractor error or an inability to adjust.
- Cancellation of a claim that was not DHA's responsibility so it should not have been paid.
- Any other cancellations for a reason not identified in paragraph G.3.5.5.3.

**G.3.5.5.4.** If the Contractor cannot determine the reason for the TEDS record cancellation, then the TEDS record submitted is not eligible to retain the claims processing fee previously paid. The cancellation of the cancelled TEDS record shall be submitted under Header Type Indicator "0" or "5."

**G.3.5.6. Co-Payments (Retail, Specialty, MOP).** The Government will offset unit price payments based on the calculated co-payment amounts (i.e. what was required to be collected by the Contractor from the beneficiary) to determine the net amount due the Contractor or Government. Payments shall be reported on the disbursing document showing the amounts paid by CLIN, co-payment offsets shall be separately reported on the disbursing document citing '9999CP' in the CLIN field (NOTE '9999CP' is not a CLIN but is used by DHA, CRM to report co-payment amounts). Co-payment offsets shall be calculated on a Net 30 basis and based on the same due date calculation used for processing fee payments. The Government shall pay the amount due to the Contractor in accordance with the Prompt Payment Act, after acceptance of the TEDS record.

**G.3.5.7. Types of Payments to the Contractor.** (X in CLIN designation, refers to same CLIN all option periods).

**G.3.5.7.1. CLINs X001 and X002 – Retail Network Claims.** Invoice and payment procedures for Retail Claims, (CLINs X001 and X002) differ as detailed in the payment instructions

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

provided in G.3.4. Submission of a TEDS record to DHA is considered submittal of an invoice and follows the rules laid out in G.3.5. Estimated quantities for this CLIN will be adjusted to reflect the actual quantity and price of adjudicated claims.

**G.3.5.7.2. CLINs X003 and X004 – Retail Specialty Network Claims.** Payment of processing fees for Specialty Network Claims will be made against CLINs X003 or X004, depending upon the beneficiary's eligibility. The offset to processing fee payments based on the calculated co-payment amounts will be the same as described in G.3.5. Estimated quantities for this CLIN will be adjusted to reflect the actual quantity and price of adjudicated claims.

**G.3.5.7.3. CLINs X006 or X007 – Mail Order Pharmacy, Prescription Fill.** Payment for processing Mail Order Pharmacy will be made against X006 or X007, depending upon the beneficiary's eligibility. Payment will be based on the CLIN unit price multiplied by the number of eligible records for that CLIN. The Contractor shall be paid one processing fee per TEDS record indicator number. Submission of a TEDS record to DHA is considered submittal of an invoice and follows the rules laid out in G.3.5. Estimated quantities for this CLIN will be adjusted to reflect the actual quantity and price of adjudicated claims.

**G.3.5.7.3.1.** For MOP Prescription Fill, the Contractor will not submit a TEDs (invoice) for the processing fee for a replacement shipment, where the original shipment has not been received, or was received in unusable condition (C.6.2.12.)

**G.3.5.7.3.2.** CLINs 1021 or 1022 - Mail Order Pharmacy, Specialty Clinical Services. Payment for processing fee for Mail Order Pharmacy, Specialty Clinical Services will be made against CLINs 1021 or 1022, depending upon the beneficiary's eligibility. Payment will be based on the CLIN unit price multiplied by the number of eligible records for that CLIN. The Contractor shall be paid one processing fee per TEDS record indicator number. Submission of a TEDS record to DHA is considered submittal of an invoice and follows the rules laid out in G.3.5. Estimated quantities for this CLIN will be adjusted to reflect the actual quantity and price of adjudicated claims. For the period during which a beneficiary refuses specialty clinical services, the Contractor will be paid a normal MOP prescription fill (X006 or X007) for any refills, or a new prescription for the same specialty medication(s).

**G.3.5.7.4. CLINs X011 or X012 – Clinical Reviews.** Clinical reviews are performed for both retail claims and mail order transactions. Payment for each clinical review (i.e. PAs/MNs) will be based on submission of a separate TEDS record and paid against CLIN X011 or X012. Estimated quantities for this CLIN will be adjusted to reflect the actual quantity and price of clinical reviews performed. The Contractor may:

- Submit a TEDS (invoice) for performing each clinical review as described at C.8.7.3.
- Not submit a TEDS (invoice) where a PA/MN review already exists for the same purpose at C.8.7.3.1.
- Not submit a TEDS (invoice) and not be paid a transaction fee for any administrative

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(i.e. automated) reviews as described at C.8.10.

**G.3.6. Invoice and Payment – Fiscal Intermediary Function Payments.**

**G.3.6.1. Retail and Unreplenished Specialty Pharmacy Benefit Payment.** The Government will bear the cost of retail prescriptions and those specialty prescriptions not replenished by the NPV dispensed along with applicable dispensing fees under this contract.  The Contractor acts as a Fiscal Intermediary (FI) for the Government to disburse Government funds for health care benefits (also known as "pass-through payments" or "non-underwritten payments").  These are not costs to the Contractor, so the Contractor shall not collect or hold health care benefit funds before dissemination to the beneficiary or provider. The Contractor shall immediately return any collections to the Government. No bank fees or other bank charges shall be paid from this account and no money should be drawn from the Federal Reserve Bank (FRB) for these charges.

**G.3.6.1.1. Prior Authorization.** The Contractor shall not release non-underwritten benefit payments without prior authorization from the DHA/CRM Budget Office.  See Section G.3.6.12 Authorization to Release TEDS Non-Underwritten Benefit Payments, for additional details.

**G.3.6.1.2. Source of Funding.** Funding for benefit payments made by the Contractor on behalf of the Government will be facilitated by allowing the Contractor (through the Contractor's financial institution) to draw money from the designated FRB. These draws may only be done for benefit payments that have previously been submitted on TEDS or as a non-TEDS voucher, that were approved for release by DHA/CRM and that are clearing the Contractor's financial institution on the day the draw is being accomplished. No advance payments are authorized.

**G.3.6.1.3. Voucher Integrity.** Voucher header and detail amounts transmitted by the Contractor become "fixed" data elements in the finance and accounting system for purposes of control and integrity. Corrections or adjustments to reported (payment) amounts must be accomplished on separate voucher transmissions.

**G.3.6.1.4. Incorrect TEDS.** All TEDS record based payments where the Contractor has billed using an incorrect Batch/Voucher CLIN/ASAP Account Number in the Batch/Voucher Header and a payment transfer has occurred shall be reported daily on the Contractors Resource Center (CRC) website by TEDS Record Indicator (TRI) by line item usually the day following receipt of TEDS data by DHA.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**G.3.6.2. Non-Underwritten Bank Accounts.**

**G.3.6.2.1. Establishment.** The Department of Treasury's Automated Standard Application for Payment System (ASAP) and FEDWIRE provide a mechanism for disbursement of Government funds for health care services received by TRICARE beneficiaries. After authorization by DHA/CRM, these systems allow the Contractor, through their bank, to draw cash directly from the FRB to cover payments as they clear the Contractor's bank account. ASAP is used by the Treasury, the FRB and DHA/CRM to verify the authorization to make draws and to track transactions made by the Contractor's bank. FEDWIRE is used by the Contractor's bank to actually draw funds from the FRB.

**G.3.6.2.2. Separate Accounts.** The Contractor shall establish a minimum of four (4) bank accounts for benefit-related transactions with a commercial bank that has FEDWIRE capability in accordance with current Treasury requirements. If the Contractor requires additional bank accounts, a request specifying the purpose of the additional accounts should be submitted to DHA/CRM for approval.

**G.3.6.2.2.1.** The first and second bank accounts will be used for claims eligible for the Medicare Dual-Eligible Health Care Fund (see Accrual Fund Check in the TSM Chapter 2, Section 4.1, Element 0-025- 05R), one each for pharmacy and direct member reimbursements. The third and fourth accounts will be for claims that are not eligible for this fund (such as beneficiaries with an active duty sponsor), also separated by pharmacy and direct member reimbursements. TEDS will be submitted separately for each account. Funds used to pay for TRICARE-only and Medicare Dual Eligible claims come from separate and distinct appropriations. The Contractor shall therefore ensure that bank transactions are properly accounted for in order to prevent the comingling of funds. Failure to properly associate transactions with the correct bank account could result in the over-execution of DHA/CRM budget authority.  The transfer of funds between bank accounts is strictly prohibited (except when authorized to correct an earlier deposit found to have been made to the wrong account).  Any transactions reported under one bank account and later identified as belonging to a different bank account shall be reported immediately. DHA/CRM will instruct the Contractor as to what corrective action to take.

**G.3.6.2.3. New Accounts.** The Contractor shall submit bank information to DHA/CRM not later than 60 calendar days prior to the beginning of processing claims on a new account. The information shall include:'

- Name of Bank
- Overnight mail address
- American Banking Association (ABA) number/Routing Number (RTN).
- Contractor Taxpayer Identification Number (TIN)
- Data Universal Numbering System (DUNS) number for the Contractor and the bank.
- Taxpayer Identification Number (TIN) for the bank
- Contractor's bank account number (if separate checking and deposit account numbers are

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

used, both shall be provided and identified)
- Individual point of contact at the bank and an alternate, including their phone numbers, and e-mail addresses
- Individual point of contact at the Contractor and an alternate, including their phone numbers, and e-mail addresses

**G.3.6.2.3.1.** DHA/CRM will establish the bank accounts on ASAP. ASAP, along with FEDWIRE, provide a mechanism for disbursement of Government funds for health care services received by TRICARE beneficiaries. DHA/CRM will notify the bank and the Contractor once the bank accounts have been established and provide codes or other information necessary for the bank to make draws against the FRB using FEDWIRE. Currently, ASAP has a requirement to identify a total dollar amount that may be drawn on the FRB. This total dollar limit only represents an administrative ceiling at the FRB and does not constitute any authority to draw funds. Accounts will also have daily limits for the amount that can be drawn. The Contractor will be notified of these limits by DHA/CRM. DHA/CRM is able to increase or decrease these limits as needed.

**G.3.6.3. Fiscal Year Start-up of Bank Accounts.** The Contractor shall establish separate bank accounts for each new Federal Government fiscal year (October – September) following the procedures specified in G.3.6.2.1 "Establishment". All payments issued for benefit payments and all refunds received shall be processed against the new account effective the first day of the new fiscal year. The Contractor shall also transfer all recoupment installment payments to the new account from the previous year's account.

**G.3.6.4. Closing Bank Accounts.** Bank accounts shall be closed no later than the end of February, following the fiscal year end, or the end of the month after the month that the last payment on an account has cleared the account or been voided.

**G.3.6.4.1.** Cash drawdowns against the prior fiscal year's bank account may continue, if required, until all payments from the prior year have either cleared or been canceled, but no longer than the end of February of the following year or five months after the last payments have been cut on an account (in the case of a contract closeout).

**G.3.6.4.2.** All TEDS Bad Master for that Fiscal Year must be cleared or request for a manual clearing per G.3.6.9.

**G.3.6.4.3.** The final bank account reconciliations shall be made by the end of the month following the month having the last authorized transactions. All transactions that were not previously approved by DHA/CRM shall be explained with supporting documentation on the final bank reconciliation report (See G.3.6.6 and CDRLs M160, M180, M190). DHA/CRM reserves the right to not accept these transactions.

**G.3.6.4.4.** Any outstanding balance in the account shall be reimbursed to DHA no later than the required submission date of the final bank account reconciliation. This balance may be subject to interest if it includes overdrawn amounts that were required to be submitted at an earlier date.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**G.3.6.5. Draws on the Federal Reserve Bank.** The total amount of a cash draw down on the FRB is based on the daily total of benefit payments presented to the bank for payment. Computation of the amount of the draw must also include available funds from deposits into the account. These deposits will reduce the amount of cash needed for the draw down on the day the deposit fund become available for transactions. If estimates are needed due to timing of reports from check clearinghouses or the FRB, the draws shall be adjusted the next business day.

**G.3.6.5.1.** The Contractor shall ensure that cash drawdowns do not exceed the payments that have been authorized by DHA. The Contractor shall ensure that any excess draws are immediately returned to the FRB.

**G.3.6.5.2.** Unapproved draws or unauthorized payments by the Contractor may be immediately collected and may subject the Contractor to interest and penalties. Interest and a penalty will be charged beginning the day after the over-draw and interest will continue until the overdrawn amount is returned. Interest will accrue daily and is based on the Treasury Current Value of Funds Rate. The penalty is a one-time payment and is based on the penalty rate in the CFR, Title 31, Chapter IX, paragraph 901.9. DHA/CRM may initiate immediate payment offset against any payments to the Contractor involved for the interest, penalties and/or the overdrawn amount.

**G.3.6.5.3.** The Contractor shall ensure transactions are properly accounted for to prevent the commingling of funds between bank accounts. Failure to properly associate transactions with the correct bank account could result in the over-execution of DHA/CRM budget authority. Transfers of funds between bank accounts are strictly prohibited except for correcting deposits that are in the wrong account. Any other transactions reported under one bank account and erroneously charged against a different bank account shall be reported immediately to DHA/CRM when identified. DHA/CRM will instruct the Contractor as to what action to take depending on the situation.

**G.3.6.5.3.1.** The Contractor is financially liable for all amounts drawn by them from the FRB until paid to the authorized payee and any collections received by them on behalf of DHA until deposited into the FRB. The Contractor must immediately notify DHA/CRM of any loss or suspected loss of DHA funds. Any loss of funds must be refunded to the DHA within 2 business days after identification of the loss. If the funds are not returned to DHA within 2 business days interest and a penalty will be charged beginning the 3rd business days after the loss of DHA funds is identified and interest will continue until the missing funds are returned to DHA. Interest will accrue daily and is based on the Treasury Current Value of Funds Rate. The penalty is a one-time payment and is based on the penalty rate in the CFR, Title 31, Chapter IX, paragraph 901.9. DHA/CRM may initiate immediate payment offset against any payments to the Contractor involved for the interest, penalties and/or any unpaid amount due DHA. Once the funds have been returned to the DHA the Contractor shall reissue payment to the authorized payees (if needed) in accordance with paragraph 12.4. The Contractor may appeal their liability for the loss of funds to the Contracting Officer if they can demonstrate that the loss was caused by erroneous information provided to them by the:

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

- TRICARE beneficiary;
- Department of Defense (e.g. DHA, DEERS, etc.); or
- Centers for Medicare and Medicaid Services (CMS)

If the loss occurred because of the actions taken by a federal agency outside the DoD (U.S Treasury, FRB, etc.) or CMS, the Contractor is still liable for the loss to DHA and they must pursue recovery of monies with the agency involved.

**G.3.6.6. Reporting.** Monthly bank reconciliations and the associated bank account statements are required for each account until the bank account is closed. Reports are to be submitted to CRM. See CDRLs M160, M180, and M190 for the descriptions of reporting requirements.

**G.3.6.7. Benefit Payments and TEDS Submissions.** TEDS data submissions for benefit payments shall be grouped into TEDS Vouchers by the "Batch/Voucher CLIN/ASAP Account Number" field (defined in TSM, Chapter 2, Section 2.3).

**G.3.6.7.1.** All prescriptions filled thru a retail pharmacy where reimbursement to the pharmacy would occur using a non-underwritten bank account assigned to the contractor shall be submitted to DHA using the 'Voucher' TED data submission process citing:

- Header Type Indicator '5' or '6' as appropriate (TSM data element 0-001)
- The appropriate Batch/Voucher CLIN/ASAP Account Number assigned by DHA, CRM each fiscal year in accordance with G.3.6.2. (TSM data element 0-025)

**G.3.6.7.2.** All prescriptions filled thru a retail pharmacy where reimbursement to the pharmacy does not require a draw on a non-underwritten bank account (e.g. replenishment of product) shall be submitted to DHA using the 'Batch' TED data submission process citing:

- Header Type Indicator '0' or '9' as appropriate (TSM data element 0-001)
- Batch/Voucher CLIN/ASAP Account Number '00000000' (TSM data element 0-025)

**G.3.6.7.3. Voucher Transmission Requirements.** Batch/Vouchers shall be transmitted by 10:00 AM Eastern Time to be considered for that day's business. Batch/Vouchers received after 10:00 AM Eastern Time shall be considered received the next calendar day for payment and check release authorization purposes. Batch/Vouchers must pass all TEDS header edits as specified in the TSM. If all header edits are not passed, the Batch/Voucher will be rejected and returned to the Contractor.

**G.3.6.7.4. Voucher Integrity.** Voucher header and detail amounts transmitted by the Contractor become "fixed" data elements in the finance and accounting system for purposes of control and integrity. Corrections or adjustments to reported (payment) amounts must be accomplished on separate voucher transmissions.

**G.3.6.8. Payment Suspension and TEDS Processing During Partial Funding Shortages.**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**G.3.6.8.1.** Some of the funding DHA receives may be restricted in use to a specific federal agency, military department and/or to a particular health care program. Funding for these special purpose programs may run out before funding for other DHA programs. Therefore, the Contractor shall have the ability to suspend claims payment and the associated submission of institutional TEDS records or non-institutional TEDS line item(s) to DHA based on values contained in the following TEDS record fields:

- Service Branch Classification Code (Sponsor), SBCC: As specified in the TSM, Chapter 2, Section 2.8.
- Enrollment/Health Plan Code (E/HPC): As specified in the TSM, Chapter 2, Section 2.5.
- Special Processing Code (SPC) - As specified in the TSM, Chapter 2, Section 2.8.
- Health Care Delivery Program Coverage Code: As specified in the TSM, Chapter 2, Addendum L.

**G.3.6.8.2.** The suspension of claims payment and TEDS records may be based on a single value (e.g., SBCC=A) or a combination of values (e.g., SBCC=A & E/HPC=SR). Suspension of TEDS records (institutional) or TEDS line items (non- institutional) containing specific values shall be implemented by the Contractor within five workdays after receiving notification from the CO. On the sixth workday, DHA CRM will implement immediate payment offset against Contractor invoices of any amounts paid by the Contractor from their bank account(s) for institutional TEDS records or non-institutional TEDS line items containing suspended value(s). The Contractor shall not, without prior CO approval, initiate payment offset against any provider or beneficiary for payments made against suspended transactions and offset by DHA/CRM on Contractor invoices.

**G.3.6.8.3.** For all suspended transactions, the Contractor shall hold the claim information until receiving instructions from the CO to do otherwise. The Contractor shall not reject the claims or return any information to the providers or beneficiaries unless instructed by the CO. Once the CO lifts the TEDS data submission restriction, the Contractor may submit all withheld TEDS data on the next appropriate (batch/voucher) data submission. DHA/CRM will reimburse the Contractor (without interest) for any invoice payment offsets done for TEDS suspended transaction that have not been recouped by the Contractor.

**G.3.6.9. Uncorrected (Bad Master) TEDS.** DHA will use the edits specified in the TSM, Chapter 2, Section 8.1, "Financial Edits" to determine the propriety of the payments. TEDS records that fail the edits specified in the TSM will be "flagged" by DHA/CRM as inadequate payment information. The Contractor shall correct the claims identified to them, by DHA/CRM, within 90 calendar days. If not corrected in 90 days, DHA/CRM will send a demand letter requiring resolution or reimbursement for all claims identified through TEDS as edit failures. The Contractor shall respond within 30 calendar days as to why the claim(s) in question cannot be corrected. If resolution cannot be reached between DHA CRM and the Contractor, the total amount of improper payments still in dispute will be collected by DHA CRM.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**G.3.6.9.1.** If resolution cannot be reached between DHA and the Contractor, the total amount of the improper payments still in dispute will be collected by DHA.

**G.3.6.9.2.** The Contractor shall take no recourse against TRICARE beneficiaries or providers under the situations described in this paragraph without prior DHA approval.

**G.3.6.10. Residual Benefit Claims.** Claims for service provided prior to start of the contract will be paid as benefits under this contract as described in paragraph G.3.6.7 and **Error! Reference source not found.** or, if necessary, under paragraph G.3.7 for non-routine payments.

**G.3.6.11. Miscellaneous.**

**G.3.6.11.1.** Claims from network pharmacies will be paid in accordance with the agreements which exist between the Contractor and its network pharmacies, e.g., WAC plus/minus price adjustment, plus Dispensing Fee, minus the collected co-payment. Network pharmacy payments may be accumulated until the agreed to payment date (e.g. weekly, biweekly, etc.).

**G.3.6.11.2.** For TRICARE-authorized vaccine claims submitted by network pharmacies, the pass-through payments will be in accordance with the agreements that exist between the Contractor and its network pharmacies, e.g., vaccine WAC, plus / minus price adjustment, plus a Dispensing Fee, plus an administration fee, also known as a Professional Service Fee (PSF). No Co-pay ($0) will be subtracted for TRICARE-authorized vaccinations.

**G.3.6.11.3.** For non-network pharmacy claims, the Contractor shall, on a daily basis, reimburse the submitter of the claim, billed charges minus applicable co-payments and deductibles in accordance with the TRICARE Reimbursement Manual (TRM), Chapter 2, Addendum B.

**G.3.6.11.4.** The Contractor shall submit TEDS records to DHA on a daily basis (business days), following a ten-day hold for each retail Electronic Media Claim (EMC) transaction. The ten-day hold does not apply to paper claims, clearinghouse claims, State Medicaid agency claims, specialty pharmacy transactions or mail order pharmacy transactions. TEDS records for all non-electronic claims will be submitted in accordance with TOM Chapter 1, Section 3, 1.8. DHA will confirm that the voucher header is valid, and that it balances with the dollar amount of the related records.

**G.3.6.12. Authorization to Release TEDS Non-Underwritten Benefit Payments.** The Contractor shall not release benefit payments without prior authorization from the DHA/CRM Budget Office Authorization from DHA/CRM to release payments will be sent to the Contractor via the daily "DHA/CRM Authorization to Release Checks/Payments by Cycle". This authorization report specifies contract number, ASAP Account ID#, initial transmission received date, and total dollar amount of funds that may be released based on information contained in the Batch/Voucher header. In the case of bi-weekly EMC, release of checks are approved provided the following criteria are met:

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**G.3.6.12.1.** Voucher submissions must pass all header edits as specified in TSM Chapter 2, Section 4.1.

**G.3.6.12.2.** DHA/CRM Budget Officer has confirmed that funding is available to cover payments (from the daily report).

**G.3.6.12.3.** Payment Release. Benefit payments shall be released/mailed no later than two workdays after DHA/CRM has approved the release of payments. In the case of EMC, payment should be released no later than two workdays after the bi-weekly run.

**G.3.6.12.4.** DHA Acceptance. Authorization to release payments does not constitute DHA's acceptance that all payments are valid and/or correct. Detailed records will be audited for financial compliance. All transactions in these bank accounts must be valid and justified. Any unreported/unauthorized disbursements identified by DHA will be subject to immediate payment offset against any payments being made to the Contractor. All disputed amounts will remain in the possession of the Government until no longer in dispute.

**G.3.6.13. Benefit Payment Adjustments.**

**G.3.6.13.1. Underpayments.** When the Contractor makes an additional payment due to a prior underpayment, these payments shall be reported as an adjustment to the original TEDS record or manual voucher, but in the current fiscal year and current CLIN/ASAP ID regardless of the fiscal year or CLIN/ASAP ID of the original payment.

**G.3.6.13.2. Overpayment.** The Contractor shall follow recoupment procedures specified in the TOM, Chapter 10, to include offsetting overpayments against future payments. When reporting collections the Contractor makes, whether cash or offset, the collection shall be accomplished as a separate credit transaction as an adjustment to the original TEDS record or manual voucher. Identified debts shall be reported on the Accounts Receivable Report in accordance with CDRLs M170 (see G13.3 below).

**G.3.6.14. Voided, Stale-dated Payments, or Replacement Checks/EFTs**

**G.3.6.14.1.** For voided or stale-dated payments <u>over</u> $10.00, a credit voucher through TEDS records must be processed in accordance with the standards detailed in TOM Chapter 3, Section 4. Or, if the check was issued as a manual voucher per G.3.7.5., the credit should be submitted as a similar manual voucher on a monthly basis.

**G.3.6.14.2.** For voided/stale-dated payments of $10.00 <u>or less</u>, the Contractor may elect either to create a credit voucher for the payment using a TEDS or manual voucher, or the Contractor may include the credit as a listing of under $10.00 credit transactions and submit it monthly in the Bank Account Reconciliation Report.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

**G.3.6.14.3.** Replacement of Pharmacy Benefit Payments.

**G.3.6.14.3.1.** Reissuance of payments will be made against the current fiscal year bank account in use at the time of the reissuance.

**G.3.6.14.3.2.** Replacement payments may be issued upon request of the payee or authorized representative. If the check is not returned by the payee, the payee must provide a statement describing the loss or destruction of the check. Before a replacement check is issued, a stop payment order for the original check must have been issued and accepted by the bank.

**G.3.6.14.3.3.** The Contractor shall report the reissuance using the same procedure as was used to void/stale-date the original (i.e. on a TED or on a manual approval).

**G.3.6.14.3.4.** If the reissuance is for a check that cannot be done as a TED record and a void was already reported to CRM, the Contractor shall submit a request for approval of check release to DHA/CRM within 10 workdays of the request by payee. Supporting documentation shall include the original check, the sponsor's SSN, branch of service, a copy of the EOB or other documentation showing the computation, and, if needed, a statement as described in G.3.6.14.3.1 above.

**G.3.6.14.3.5.** If no credit voucher was reported to DHA in the voiding/stale-dating of the check, no credit voucher is required for the reissue (i.e. if the Contractor gets a returned check and immediately reissues from the same bank account, no TED or other voucher needs to be done). If the reissuance involves a check from a prior year, a TED or other voucher will need to be done to report the reissuance from the current year as well as a void for the original check.

**G.3.6.14.3.6.** If the amount of a stale-dated/voided check to be reissued is $10.00 or less, the Contractor shall use the same procedure in the reissuance as was used for the stale-dating. If no credit voucher was made in the stale-dating of the check, no credit voucher is required for the reissue. The Contractor shall reissue the payment and include the amount in the Pharmacy Bank Account Reconciliation Report.

**G.3.6.14.3.7.** Re-issuance of checks When Original Payee is deceased: Checks/EFTs issued by the Contractor shall be made payable to the legal representative of the estate of the person concerned with an additional line stating "For the estate of _____." Checks shall not be payable to the "estate of" a decedent, nor to a deceased person. Checks shall be delivered to the named payee or mailed to the payee's address of record.

**G.3.6.15. Federal Fiscal Year-end Processing/Fiscal Year Start-up**.

**G.3.6.15.1. Federal Fiscal Year-end Processing** All TEDS records must be received no later than 10:00 AM Eastern Daylight Time (EDT), (8:00 AM Mountain Daylight Time (MDT); 7:00 AM Pacific Daylight Time (PDT) on September 28. Any Batch/Voucher received after 10:00 AM EDT will be rejected by DHA and must be resubmitted by the Contractor using next fiscal year Batch/Voucher CLIN/ASAP Account Numbers. The Contractor should not submit

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Batch/Vouchers with dates of September 29 and September 30. Any payment processed after September 28 must use the next fiscal year Batch/Voucher CLIN/ASAP Account Numbers and must utilize the new fiscal year check stock, as applicable. The Contractor shall not submit Batch/Vouchers to DHA between September 28, 10:00 AM EDT and October 1, 12:01 AM EDT. Transmission Files (TD Files) sent on September 28 cannot exceed 300,000 records.

**G.3.6.15.1.1.** Contractors will be able to test their new fiscal year's transactions in benchmark starting September 1. Like production, benchmark data must be received at DHA by 10:00 AM EDT on September 28. After 10:00 AM EDT on September 28 until October 1, 12:01 AM EDT no benchmark data can be transmitted to DHA.

**G.3.6.15.1.2. Fiscal Year Start-up Processing.**  The October 1 TEDS and subsequent data submissions must cite the new fiscal year "Batch/Voucher CLIN/ASAP Account Number" assigned by DHA/CRM to report all new fiscal year TEDS data. Any previously unreported TEDS data citing the prior fiscal years "Batch/Voucher CLIN/ASAP Account Numbers" will not be accepted. If there is a need for an exception to this, contact CRM.

**G.3.6.16. Procedure if TEDS is Unavailable.**

**G.3.6.16.1. TEDS Benefits.** If the authority to release payments has not been received by 5 PM ET or upon CO's notification that the TEDS Record processing system is not operating normally, the Contractor may send an email directly to the DHA/CRM Budget Office: dha.buckley.crm.mbx.crm-budget@mail.mil with a listing of specific vouchers to DHA/CRM to request release of payments. This may be done daily. Upon the discretion of DHA/CRM Budget Officer, depending upon the circumstances surrounding the status of TEDS, DHA/CRM can return to the Contractor a signed release so the Contractor can pay the providers and beneficiaries without delay. The Contractor must not release payments until this approval is received. Upon notification by the CO that the TEDS Record processing system is operating again, this process can be discontinued. The Contractor shall have 30 days to submit, on TEDS vouchers, all vouchers where payments have been released and to clear, at a minimum, all the TEDS header edits (as specified in the TSM, Chapter 2).  Failure to clear all header edits for any vouchers where the Contractor was authorized, under this contingency process, to release payments shall result in the Government collecting back the rejected voucher header totals via payment offset. When the vouchers clear the header edits, the monies collected via payment offset shall be

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

refunded to the Contractor (without interest or penalty). The Contractor requests will include the following Header information for each voucher (See TSM, Chapter 2, Section 2.2):

| ELN | Element Name |
| --- | --- |
| 0-001 | Header Type Indicator |
| 0-005 | Contract Identifier |
| 0-010 | Contract Number |
| 0-015 | Batch/Voucher Identifier |
| 0-020 | Batch/Voucher Number |
| 0-025 | Batch/Voucher ASAP Account Number |
| 0-030 | Batch/Voucher Date YYYYDDD |
| 0-035 | Batch/Voucher Sequence Number |
| 0-040 | Batch/Voucher Resubmission Number |
| 0-045 | Total Number of Records |
| 0-50 | Total Amount Paid |

**G.3.6.16.2. Claim Rate.** Upon notification by the Contracting Officer that the TEDS Record processing system is not operating normally, the Contractor may submit invoices outside of the TEDS system via the manual claim process Section G.3.1.2G.3.1. A copy of the invoice should also be sent to the Contracting Officer and the COR. The invoice shall list the number of claims processed by CLIN. This may be submitted daily or grouped by no more than five days of claims. These payments will be treated as an interim payment and will be a credit to the amount due as determined by the TEDS Record processing system when it is operating again.

**G.3.6.17. Mail Order and Specialty Pharmaceuticals.** This section covers the reporting requirements/replenishment for dispensing TMOP prescriptions.

**G.3.6.17.1. Drug Replenishment.** The Government will bear the cost of prescriptions dispensed at TMOP as well as certain specialty pharmaceuticals dispensed at Retail under this contract by providing drug replenishment through Defense Logistics Agency (DLA) and the NPV per section C.6.8., except for those pharmaceuticals covered under the MPPP. Replenishment will not be made for pharmaceutical agents shipped as a replacement.

**G.3.6.17.2. TEDS Record Submissions.** The Contractor shall generate a TEDS records for each prescription filled per TSM, Chapter 2. TEDs are reported on separate headers for TRICARE and TRICARE Medicare Dual Eligible, but are not utilized for cost reimbursement of drugs.

**G.3.6.17.2.1.** All prescriptions filled through mail order shall be submitted to DHA using the 'Batch' TED data submission process citing:

- Header Type Indicator '0' or '9' as appropriate (TSM data element 0-001) and
- Batch/Voucher CLIN/ASAP Account Number '00000000' (TSM data element 0-025)

**G.3.6.18. Collections and Receivables.**

**G.3.6.18.1. Collections.** Procedures for non-underwritten refunds apply to this contract. See TOM, Chapter 3, Financial Administration, Section 3, Claim Refund And Collection Procedures.

**G.3.6.18.2. Receivables.** Recoupments policies and procedures are detailed in the TOM, Chapter 10, Claims Adjustments and Recoupments, Section 4, Overpayments Recovery - Non-Financially Underwritten Funds.

**G.3.6.18.3. Reporting.** Receivables held by the Contractor will be reported monthly to CRM as detailed in CDRL M170 Accounts Receivable Summary Reports including Supplemental Reports.

**G.3.7. Other Benefit and Related Payments – Non-TEDS Routine Manual Vouchers.**

**G.3.7.1. General.** There are TRICARE programs that are paid through the ASAP related bank accounts but cannot be paid through TEDS processing.  These manual vouchers must be approved by DHA/CRM-Budget Officer before checks can be released or payments made.

**G.3.7.2. Submission.**  All Vouchers must be sent to the RM Invoices Mailbox, as specified in Section G.3.1.1, Payment Support.  Manual Vouchers not submitted to this mailbox may not be processed in a timely manner.

**G.3.7.3. Approval.**  DHA/CRM will send approvals within 5 business days of receiving complete voucher and documentation.  After funding approval by DHA/CRM Budget Officer, the Contractor shall make payment within 2 business days.  Payments will not be released without approval from DHA/CRM Budget Office.

**G.3.7.4. Federal Fiscal Year-end Processing of Non-TEDS Vouchers.** September vouchers that are submitted in the month of October shall utilize the October new fiscal year bank account and check stock.

**G.3.7.5. Types of Manual Vouchers.**

**G.3.7.5.1. Demonstrations and other New Benefit Programs.** These are trial or other new programs and they may vary in many ways from routine TRICARE benefits. TEDs will be used if possible but if the data associated with demonstrations is incompatible with TEDS data formats, the Contractor shall submit a separate voucher to DHA/CRM, with supporting documentation, no more frequently than monthly to obtain approval prior to making payments on the Non-Underwritten Bank Account. More detailed instructions may be given in contract modifications when these programs are established. These payments and any related credits or collections shall be identified on the bank reconciliations as additional lines listed by program.

**G.3.7.5.2. Other Payments.** Other adjustments are rare situations where a payment needs to be made but does not fall into routine processing such as TEDs, etc. For example, these payments may be the result of a very old claim, or legal settlements that do not apply to a given individual or payments directed by DHA. These must be submitted to the Contracting Officer and to

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

DHA/CRM RM Invoices Mailbox with supporting documentation explaining the issues that do not allow a TEDS record to be created, a copy of the claim, computation of the amount to be paid, and other applicable documents. The Contractor shall report these payments on the Bank Reconciliation Report under DHA approved manual transactions.

**G.3.7.5.2.1.** If a manual payment is requested, the request shall include detailed information on the claims including the claim itself, documents supporting the claims, the calculation of how much is owed and a statement as to why the claim could not be handled through normal, automated processes.

## G.4. Reporting.

### G.4.1. Payment Related Data Submission (other than TEDS).

**G.4.1.1. Daily.** A daily data feed on payments issued by the Contractor will be submitted per CDRL D030 Pass through Contractor Payment/Check Issue Data.

**G.4.1.2. Monthly.** Each month, the Contractor will require their bank to submit, directly to DHA, data on payments that have cleared the bank accounts per CDRL M180, Pass Through Bank Cleared Payments Data. This shall <u>not</u> come from the Contractor.

**G.4.2. Audit Requirement.** Annually, the Contractor shall provide a copy of the Contractor's Service Organization Control Report (SOC1) SSAE 18 and sub- Contractor's (if applicable) SOC1 SSAE 18 per CDRL A060 and Contractor's and sub-Contractor's (if applicable) Bridge letter in support of the SOC1 SSAE 18 per CDRL A061.

<p align="center"><b>(End of Section G)</b></p>

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION H
## SPECIAL CONTRACT REQUIREMENTS

## H.1. Contract Clauses.

**DFARS 252.203-7000, Requirements Relating to Compensation of Former DoD Officials (SEP 2011)**

## H.2. Organizational Conflicts of Interest (OCI).

**H.2.1. General.** The Contractor's attention is directed to FAR 9.5, Organizational and Consultant Conflicts of Interest.

**H.2.2. Potential Conflicts of Interest.** It is the position of DHA that close business relationships between the Contractor and other entities may pose a potential conflict of interest in the performance of the contract. This includes the following business arrangements: Ownership, either direct or a majority stake, of pharmacies by the Contractor; Ownership of the Contractor and pharmacies under a mutual parent company; Any other financial interest or minority ownership; or a Partnership Agreement. This potential conflict includes, but is not limited to, the Contractor's performance as a fiscal intermediary for the Government and in its role in pursuing waste, fraud and abuse (TRICARE Operations Manual (TOM) Chapter 13). Such impaired objectivity, internal allegiances, or conflicting roles must be avoided, neutralized, or mitigated.

**H.2.3. Contractor Responsibilities.** The Contractor shall avoid, mitigate, or neutralize any OCI, or the appearance thereof. If the Contractor obtains any knowledge of an actual or potential OCI involving the Contract, the Contractor shall immediately notify the Contracting Officer (CO), in writing, of the nature of the actual or potential OCI. The CO will examine the information provided by the Contractor and assess whether the actual or potential OCI exists and as applicable, whether the actual or potential OCI can be avoided, mitigated, or neutralized. Upon request by the CO, the Contractor shall provide a thorough and effective OCI plan to avoid, mitigate, or neutralize the actual or potential OCI. The Contractor shall submit the plan to the CO no later than 30 days from receipt of the CO request.

**H.2.4. Other Bids.** To avoid conflicts which may create bias ground rules, impair the Contractor's objectivity, or give the Contractor an unfair competitive advantage, the Contractor shall notify the Government should a potential conflict arise or when the Contractor plans to bid on a contract that could create a conflict.

**H.2.5. Third Party Information.** It may become necessary in the performance of this contract to review proprietary information from other Contractors. The Contractor shall protect all proprietary information from unauthorized use or disclosure and refrain from using the information for any purpose other than that for which it was furnished.

**H.2.5.1.** At the request of the other Contractor, or the CO, the Contractor shall execute agreements with third party companies furnishing data in connection with work performed under this contract.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

**H.2.5.1.1.** Non-disclosure agreements shall be completed by the Contractor, all employees, and sub-Contractors who obtain access to proprietary information.

**H.2.5.2.** Safeguards shall be implemented to restrict access to proprietary information and to avoid, mitigate, or neutralize potential conflicts of interest.

### H.3. Cost Control Incentives.

**H.3.1. Incentive Basis.** Each incentive is based on a table containing the "Guaranteed Average Price Adjustment Percentage" (Guarantee Percentage) for costs defined. The drug costs are based on reference unit prices at the time of claim processing. The Wholesale Acquisition Cost (WAC) published by First DataBank (FDB) is the preferred reference unit price. If the WAC is not listed at the time of claim processing, the Average Wholesale Price (AWP) published in Medispan will be utilized. Some cost incentives may also include a "Guaranteed Average Dispensing Fee" (Guaranteed Dispensing Fee) where specified.

**H.3.1.1. Incentive Source Data.** The Government's Pharmacy Data Warehouse (PDW) will accumulate reimbursement data from all applicable pharmacy transactions as incentive source data. The PDW will be the sole data source for calculating any performance incentive or guarantee penalty based on the total actual reimbursement cost and the total expected Government cost for reimbursement.

**H.3.1.2. Calculation of Incentive.** The Contractor may earn a performance incentive if the total actual reimbursement cost to the Government during each contract option period is less than the total expected Government cost for reimbursement. The total expected Government cost is the result from applying the Guaranteed Average Price Adjustment Percentage and the Guaranteed Average Dispensing Fee per prescription (if applicable) to the prescriptions filled under the Guarantee during the contract option period. The total expected Government cost will be calculated by:

- Adjusting the WAC (or AWP, if WAC is not available at time of claim processing) for the NDC associated with the prescription transaction by the Guaranteed Average Price Adjustment Percentage in the applicable table.

- Multiply the total units dispensed for the NDC with the adjusted WAC or AWP rate to calculate the expected drug cost.

- Multiply the total number of prescription claims for the associated NDC with the applicable Guaranteed Average Dispensing Fee, if any, specified in the table to determine the total Guaranteed Average Dispensing Fee for the NDC.

- Add the expected drug cost to the total Guaranteed Average Dispensing Fee to get the total expected Government cost for the associated NDC.

- For Specialty Replenished prescriptions, only the Guaranteed Average Dispensing fees will be included in the incentive; no proposed adjustments to WAC or AWP will be proposed for these agents (See Table H-5).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

SPECIAL CONTRACT REQUIREMENTS

### H.3.1.2.1. Table H-1 — Calculation Example.

| | |
|---|---|
| Guaranteed Average Price Adjustment Percentage | -20% |
| Guaranteed Average Dispensing Fee | $1 |
| WAC (price per unit) | $3 |
| Total number of Rx dispensed | 10 |
| Total units dispensed | 300 |
| Calculation: | |
| Determine discount off of WAC | $3 x 20% = $0.60 |
| Subtract discount from WAC | $3 – $0.60 = $2.40 |
| To determine expected drug cost, multiply discounted WAC by total units dispensed | $2.40 x 300 = $720 |
| To determine the total Guaranteed Dispensing Fee, multiply Guaranteed Dispensing Fee by the total Rx dispensed | $1 x 10 = $10 |
| To determine the total expected Government cost, add expected drug cost to total Guaranteed Dispensing Fee | $720 + $10 = $730 |

**H.3.1.3. Positive Incentive Amount.** Cost control incentives will equal 10% of the difference between the actual total reimbursement cost processed during the option period and the total expected Government cost for reimbursement. For example, if in any option period the Contractor's Guaranteed Average Price Adjustment Percentage and the Guaranteed Average Dispensing Fee per prescription result in a Total Expected Government Cost for Reimbursement of $5 billion, and the actual cost to the Government was $4.95 billion, this reflects a savings of $50 million. The Contractor would be eligible for an incentive fee of $5 million (10% of the savings of $50 million) for that option period. The amount of the incentive that the Contractor may earn has no limit.

**H.3.1.4. Negative Incentive Amount.** In the event the total actual reimbursement cost in a contract option period exceeds the total expected Government cost for reimbursement that would have resulted from applying the Guaranteed Average Price Adjustment Percentage and any applicable Guaranteed Average Dispensing Fee per prescription to the prescription transaction processed during the contract option period, the difference between the actual costs and the total expected Government cost for reimbursement will be recouped by the Government for that option period. For example, if in any option period the Contractor's Guaranteed Average Price Adjustment Percentage and the applicable Guaranteed Average Dispensing Fee per prescription result in a total expected Government cost for reimbursement of $5 billion, and the actual cost to the Government was $5.01 billion, the Government would recoup the amount of $10 million (the entire difference) for that option period from the Contractor.

**H.3.1.5. Additional Requirements.** Additional requirements for the Contractor to be eligible for positive incentive are outlined in the specific incentive paragraphs below. In situations where these criteria are not met, the Contractor will not be able to earn a performance incentive but any negative recoupments will still apply. The determination of whether any such requirements have been met is at the sole discretion of the CO.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION H
## SPECIAL CONTRACT REQUIREMENTS

**H.3.1.6. Timing.** The Government will measure and calculate the incentive amounts after each option period and will notify the Contractor of the results. If the Contractor earns any performance incentives, the CO will provide invoice and payment instructions.

**H.3.2. Cost Control Incentive 1–Retail Network Cost Control Incentive (CLINs X015).** The following table, Retail Network Reimbursement Table H-4, contains the Guarantee for WAC and AWP, and Guaranteed Average Dispensing Fee guaranteed by the Contractor and accepted by the Government for prescriptions for non-specialty brand and generic drug categories for each respective option period

**H.3.2.1. Table H-4 — Retail Network Reimbursement Table for Use in Determining Incentives**

| Option Period | Type of Rx | Pricing Basis | Guaranteed Average Price Adjustment Percentage | Guaranteed Average Dispensing Fee |
|---|---|---|---|---|
| 1 | Brand | WAC | | |
| | | AWP | | |
| 1 | Generic | WAC | | |
| | | AWP | | |
| 2 | Brand | WAC | | |
| | | AWP | | |
| 2 | Generic | WAC | | |
| | | AWP | | |
| 3 | Brand | WAC | | |
| | | AWP | | |
| 3 | Generic | WAC | | |
| | | AWP | | |
| 4 | Brand | WAC | | |
| | | AWP | | |
| 4 | Generic | WAC | | |
| | | AWP | | |
| 5 | Brand | WAC | | |
| | | AWP | | |
| 5 | Generic | WAC | | |
| | | AWP | | |
| 6 | Brand | WAC | | |
| | | AWP | | |
| 6 | Generic | WAC | | |
| | | AWP | | |

(b) (4)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION H
## SPECIAL CONTRACT REQUIREMENTS

| Option Period | Type of Rx | Pricing Basis | Guaranteed Average Price Adjustment Percentage | Guaranteed Average Dispensing Fee |
|---|---|---|---|---|
| 7 | Brand | WAC | (b) (4) | |
| | | AWP | | |
| 7 | Generic | WAC | | |
| | | AWP | | |
| **Note for Retail Network Reimbursement Table H.3.2** Each applicable "Guaranteed Average Price Adjustment Percentage" and "Guaranteed Average Dispensing Fee" in this table will be used for the calculations described in H.3.1.2 | | | | |

**H.3.2.2. Additional Requirement.** No performance incentive referenced in paragraph H.3.1.3 will be paid to the Contractor for any option period in which the Contractor does not meet or exceed retail network access standards calculated in accordance with paragraph C.3.3.2 for a minimum of 11 months of the option period. (b) (4)

The Department of Veterans Affairs (DVA), Public Health Service, and Indian Health Service pharmacies will not be included in retail network access calculations for incentive eligibility determination.

**H.3.2.3. Exclusions.** Coordination of benefits claims, DVA claims, Medicaid claims, Public Health Service claims, Indian Health Service claims, non-network claims, vaccines administered by retail network pharmacies, and prescriptions for supplies and compounded medications will not be included in the calculation for the performance incentive or guarantee recoupment calculation.

**H.3.3. Cost Control Incentive 2--Specialty Network Cost Control Incentive (CLINs X016).** The following table, Specialty Reimbursement Table H-5, contains the Guaranteed Average Price Adjustment Percentage and Guaranteed Average Dispensing Fee guaranteed by the Contractor and accepted by the Government for non-replenished specialty medications and Guaranteed Average Dispensing Fee for replenished specialty medications, dispensed in each respective option period. The information presented in this table will be used in calculating the Specialty Cost Control Incentive. Dispensing Fees paid to specialty network pharmacies may include the cost of specialty clinical services, delivery services or shipping fees, supplies, and costs associated with the pharmacy's acceptance of replenishment.

**H.3.3.1. Table H-5 — Specialty Reimbursement for Use in Determining Incentives**

| Option Period | Type of Rx | Pricing Basis | Guaranteed Average Price Adjustment Percentage | Guaranteed Average Dispensing Fee |
|---|---|---|---|---|
| 1 | Specialty Brand Brand | WAC | | (b) (4) |
| | | AWP | | |
| 1 | Specialty Generic Generic | WAC | | |
| | | AWP | | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

| Option Period | Type of Rx | Pricing Basis | Guaranteed Average Price Adjustment Percentage | Guaranteed Average Dispensing Fee |
|---|---|---|---|---|
| 1 | Specialty Replenished-Brand | N/A | | |
| 1 | Specialty Replenished-Generic | N/A | | |
| 2 | Specialty Brand Brand | WAC AWP | | |
| 2 | Specialty Generic Generic | WAC AWP | | |
| 2 | Specialty Replenished-Brand | N/A | | |
| 2 | Specialty Replenished-Generic | N/A | | |
| 3 | Specialty Brand Brand | WAC AWP | | |
| 3 | Specialty Generic Generic | WAC AWP | | |
| 3 | Specialty Replenished-Brand | N/A | | |
| 3 | Specialty Replenished-Generic | N/A | | |
| 4 | Specialty Brand Brand | WAC AWP | | |
| 4 | Specialty Generic Generic | WAC AWP | | |
| 4 | Specialty Replenished-Brand | N/A | | |
| 4 | Specialty Replenished-Generic | N/A | | |
| 5 | Specialty Brand Brand | WAC AWP | | |
| 5 | Specialty Generic | WAC | | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

| Option Period | Type of Rx | Pricing Basis | Guaranteed Average Price Adjustment Percentage | Guaranteed Average Dispensing Fee |
|---|---|---|---|---|
| | Generic | AWP | | |
| 5 | Specialty Replenished-Brand | N/A | | |
| 5 | Specialty Replenished-Generic | N/A | | |
| 6 | Specialty Brand Brand | WAC AWP | | |
| 6 | Specialty Generic Generic | WAC AWP | | |
| 6 | Specialty Replenished-Brand | N/A | | |
| 6 | Specialty Replenished-Generic | N/A | | |
| 7 | Specialty Brand Brand | WAC AWP | | |
| 7 | Specialty Generic Generic | WAC AWP | | |
| 7 | Specialty Replenished-Brand | N/A | | |
| 7 | Specialty Replenished-Generic | N/A | | |

**Note for Specialty Reimbursement Table H-5**
Each applicable "Guaranteed Average Price Adjustment Percentage" and "Guaranteed Average Dispensing Fee" in this table will be used for the calculations described in H.3.1.2

**H.3.3.2. Additional Requirement.** The Contractor will be ineligible for this incentive for any period when beneficiaries do not have access to all covered specialty medications.

**H.3.3.3. Exclusions.** The following claims are excluded from this guarantee:

- Claims that meet the exclusion criteria per H.3.2.3.
- Medications replenished by the Government.
- Medications procured by the Contractor under the MPPP.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION H
## SPECIAL CONTRACT REQUIREMENTS

**H.3.4. Market Priced Pharmaceutical Program (MPPP) Incentive**

**H.3.4.1. Incentive Basis.** The incentive is based on a demonstrated cost savings between the Contractor's offer and the NPV's price of the same product or an equivalent available alternative.

**H.3.4.2. Incentive Source Data.** This incentive shall be calculated based on CDRL M140.

**H.3.4.3. Calculation of Incentive.** Cost savings is defined as the difference between the unit price(s) for the NDC specified in the offer under C.6.8.20 as listed on the Medical Master Catalog (MMC) (in effect at the time a prescription was dispensed), compared to the unit price of the MPPP recommended NDC actually dispensed; times the quantity of the NDC was dispensed during a given option period. If MMC prices for the drug in question have changed during the option period, cost savings will be measured correspondingly.

**H.3.4.4. Incentive Amount.** The Contractor shall earn a performance incentive for demonstrated savings to the Government equaling 10% of the cost savings for each of the Contractor's MPPP recommendations implemented at TRICARE Mail Order Pharmacy (TMOP). Any incentive earned will be reflected in CLIN X017.

**H.3.4.5. Calculation Example.** For example, consider the situation in which one prescription for a drug is dispensed each month, and the MMC unit price for that drug is $1.00 during the first two months of an option period, but increases to $1.10 for the final 10 months; and the price for the product sourced commercially for the same drug remains $0.50 throughout. Total savings is $7.00 = (2 x ($1.00 - $0.50)) + (10 x ($1.10-$0.5)) and the resulting incentive of $0.70 to the Contractor.

**H.3.4.6. Additional Requirements.** Incentives are only applicable if the government has accepted an offer under C.5.8.19.

**H.3.4.7. Timing.** This incentive will be calculated and settled on a quarterly basis for all savings commercial market recommendations which complete (i.e. the dispensing commercially acquired product was finished) in the preceding quarter.

**H.3.4.8. Exclusions.** If the savings generated by a particular offer is calculated to be negative, no incentive will apply for that offer. If the Contractor is not able to meet the terms of the recommendation as accepted by the Government, the incentive will not apply.

**H.4. Performance Guarantees.**

**H.4.1. General.** The performance guarantees described in this section are the Contractor's guarantee that the Contractor's performance will not be less than the performance standards described below. Each standard is guaranteed, measured, and assessed separately from contract standards specified in Section C and the referenced TRICARE Manuals. All self-reported Contractor data utilized in the assessment of performance relative to contract standards and performance guarantees is subject to review by the Government. The rights of the Government

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION H
## SPECIAL CONTRACT REQUIREMENTS

and remedies described in the performance guarantee section are in addition to all other rights and remedies of the Government.

**H.4.1.1. Rights and Remedies.** The rights of the Government and remedies described in the Performance Guarantee paragraphs are in accordance with, and in addition to all other rights and remedies of the Government. Specifically, the Government reserves the rights and remedies set forth in FAR Clause 52.246-4, Inspection of Services and FAR Clause 52.249-8, Default.

**H.4.1.2. Rounding.** For the assessment of performance guarantees, percentages shall be rounded the nearest tenth of a percentage. Example: A contract standard requires a minimum of 95%. If Contractor performance is 94.89%, performance shall be assessed at 94.9% and the Contractor deemed to have not met the standard. Performance of 94.95% will be assessed at 95% and the Contractor deemed to have met the standard.

**H.4.2. Forfeiture.** For each occurrence the Contractor fails to meet each guaranteed standard, the Contractor shall forfeit the amount listed in the schedule below. Performance guarantee forfeitures will be applied to each reporting period in which the Contractor fails to meet or exceed the standard. Performance will be measured as specified below. The Contractor will be notified of forfeitures accumulated and assessed subsequent to each contract quarter. For the purposes of section H.4, the term "performance standard" is defined as the standard specified in this section. Each standard will be measured and assessed independently.

**H.4.2.1. Timing.** For administrative purposes, the Contractor will be notified of performance guarantee forfeitures on a quarterly basis via a unilateral modification in accordance with FAR 43.103(b)(3) with this section as the cited authority for the modification. Unless arrangements are made otherwise, forfeited amounts will be deducted from the next available contract payment under any line item at discretion of the Government. Total performance guarantees assessed under this subsection (except for TEDS Edit Accuracy) for any option period shall not exceed $3,000,000. There will be no cap on total assessments for TEDS edit accuracy.

**H.4.3. Performance Guarantee 1 — Mail Order Pharmacy Prescription Processing.**

**H.4.3.1. Standard:** 100% within 10 calendar days
**H.4.3.2. Definition:** Mail order prescriptions shall either be shipped, scheduled for delivery, returned, pended or denied within 10 calendar days from receipt, reported monthly. Prescriptions under the Deployment Prescription Program that require clarifications or intervention will not be included in the calculation of mail order pharmacy processing time, but are subject to the requirements of C.5.7.
**H.4.3.3. Performance Guarantee Application:** $125,000 each full calendar month the standard is not met.
**H.4.3.4. Measurement:** Calendar days. Calendar month. Self-reported by the Contractor. (CDRL Q040)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION H**
**SPECIAL CONTRACT REQUIREMENTS**

**H.4.4. Performance Guarantee 2 — System Availability.**

**H.4.4.1. Standard:** 99.5% of the time.
**H.4.4.2. Definition:** The Contractor's claims processing system shall be available no less than 99.5% of the time, excluding external downtime. The system is considered to be unavailable when the failure rate for claims exceeds 25% for at least 30 minutes.
**H.4.4.3. Performance Guarantee Application:** $125,000 each full calendar month the standard is not met.
**H.4.4.4. Measurement:** Time measured in minutes per calendar month. Self-reported by the Contractor. (CDRL M060)

**H.4.5. Performance Guarantee 3 — Paper Claims Processing.**

**H.4.5.1. Standard:** 95% with ▓▓ calendar days of receipt.
**H.4.5.2. Definition:** Paper claims shall be processed to completion with 10 calendar days of receipt.
**H.4.5.3. Performance Guarantee Application:** $125,000 each full calendar month the standard is not met.
**H.4.5.4. Measurement:** Calendar days. Calendar month. Self-reported by the Contractor. (CDRL Q050)

**H.4.6. Performance Guarantee 4 — Clinical Review Processing.**

**H.4.6.1. Standard:** ▓▓ within ▓ calendar days of receipt
**H.4.6.2. Definition:** Clinical reviews shall be completed and notification sent to the beneficiary within ▓ calendar days of receipt of a properly completed request, measured monthly.
**H.4.6.3. Performance Guarantee Application:** $125,000 each full calendar month the standard is not met.
**H.4.6.4. Measurement:** Calendar days. Calendar month. Self-reported by the Contractor. (CDRL Q010)

**H.4.7. Performance Guarantee 5 — Telephone Service.**

**H.4.7.1. Standard:** Average Speed of Answer of not more than 60 seconds
**H.4.7.2. Definition:** Measured on a monthly basis, all beneficiary services calls received shall be transferred to a Beneficiary Service Representative (BSR) with an Average Speed of Answer (ASA) of not more than 60 seconds between the initial connection (including any introductory message and/or automated menus) and when the phone is answered by the BSR. Calls where the beneficiary chooses not to speak to a BSR shall be excluded from this metric.
**H.4.7.3. Performance Guarantee Application:** $125,000 each full calendar month the standard is not met.
**H.4.7.4. Measurement:** Calendar days. Calendar month. Self-reported by the Contractor. (CDRL Q020)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

### H.4.8.  Performance Guarantee 6 — Correspondence Processing.

**H.4.8.1.  Standard**: 85% of priority correspondence will be processed to completion within 10 calendar days.

**H.4.8.2.  Definition:** Measured on a monthly basis. Considered processed to completion after providing a response to the Government. Priority correspondence and completion standards are defined in TOM Chapter 11, Section 5.

**H.4.8.3.  Performance Guarantee Application:** $125,000 each full calendar month the standard is not met.

**H.4.8.4.  Measurement:** Calendar days. Calendar month. Self-reported by the Contractor. (CDRL Q030)

### H.4.9.  Performance Guarantee 7 — Formulary Search Tool Corrections.

**H.4.9.1.  Standard:** 99% of identified errors corrected within two (2) business days.

**H.4.9.2.  Definition:** An error is defined as missing or incorrect formulary status, PA/MN requirements, age or gender restrictions, quantity limit restrictions, point of service restrictions, BCF/ECF status, copay amount based on the current TRICARE benefit design at the time the error is identified.

**H.4.9.3.  Performance Guarantee Application:** $125,000 each full calendar month the standard is not met.

**H.4.9.4.  Measurement:** Business days. Calendar month. Self-reported by the Contractor. (CDRL M200).

### H.4.10.  Performance Guarantee 8 — TEDS Edit Accuracy.

**H.4.10.1.  Standard:** TEDS edit accuracy will be measured on a monthly basis. The accuracy rate for TEDS edits shall be:

**H.4.10.1.1.**  waived during first six months of OP1

**H.4.10.1.2.** 95% during months seven through nine of OP1

**H.4.10.1.3.** 99% for duration of contract

**H.4.10.2.  Definition:** TEDS edit accuracy is defined in the TSM, Chapter 2.

**H.4.10.3.  Performance Guarantee Application:** If the Contractor fails to meet the standard and falls below the standard, a performance guarantee amount of $1.00 for each TEDS record not meeting the standard will be forfeited. For example, if only 93.3% of all TEDS pass edits for each of months seven, eight, and nine, then a performance guarantee amount will be applied to 1.7% of all TEDS submitted during the period (1.7% equals the difference between the Contractor's actual performance and the standard in this example). If 1.7% equates to 153,000 TEDS records, the performance guarantee forfeiture amount will be $153,000.00 (i.e., 153,000 x $1.00).

**H.4.10.4.  Measurement:** The number of TEDS failing to meet the standard will be determined each calendar month by the Government based on the DHA TEDS database.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

**H.4.11. Performance Guarantee 9 — Benefit Design Accuracy.**

**H.4.11.1. Standard:** The benefit design should reflect the current design as determined by the DoD Pharmacy and Therapeutics Committee, DHA policy, applicable laws and regulations, and this contract. The benefit design shall not contain erroneous information, as identified in the definition section below. Any changes shall be completed by the applicable effective date.

**H.4.11.2. Definition:** The Benefit Design is defined in C.7.3. A "benefit design error" is defined as an incorrect copay amount or tier status, failure to implement the appropriate drug restrictions (e.g. quantity or day supply limits, prior authorization, look back logic), failure to apply drug restrictions by point of service, or failure to include or exclude medications with regard to specific initiatives (e.g. Expanded Mail Order and MTF, Specialty Pharmaceutical Program, smoking cessation, etc.).

**H.4.11.3. Performance Guarantee Application:** The Contractor guarantees it will pay the Government $125,000 each full calendar month the standard is not met and where the Government discovers the error. If the Contractor takes necessary steps to correct a Government–discovered error within 10 calendar days, the guarantee will not be applied. If the Contractor self-reports prior to the Government discovering the error and takes the necessary steps to correct the error, the guarantee will not be applied. The time taken to correct the error and the impact of the error will be factors considered in evaluation of Award Fee, as will how the discovery was made (i.e. self-reported or Government-discovered). The guarantee amount owed will be in addition to any reimbursements necessary to make either or both the beneficiary and the Government whole due to the error.

> **Note**: An error on the FST may be calculated against the Formulary Search Tool Corrections performance guarantee or the Benefit Design Accuracy performance guarantee, but not both. The Government has the sole discretion to determine which guarantee applies for a given error.

**H.4.11.4. Measurement:** Calendar month. Reported by the Contractor (CDRL M200).

**H.4.12. Performance Guarantee 10 — Specialty Pharmacy Accreditation.**

**H.4.12.1. Standard:** All network specialty pharmacies shall maintain accreditation by a nationally recognized external accrediting body (e.g., URAC, ACHS, CPPA, etc.).

**H.4.12.2. Definition:** The Contractor shall guarantee all network specialty pharmacies maintain accreditation through a nationally recognized external accrediting body to ensure a standard of clinical care, patient support, dispensing accuracy and timely delivery of specialty medications. The Contractor shall notify the Contracting Officer if a situation occurs where a pharmacy is included in the network to fulfill specific specialty drugs but does not carry the accreditation aforementioned.

**H.4.12.3. Performance Guarantee Application:** $125,000 each full calendar month the standard is not met.

**H.4.12.4. Measurement:** Self-reported by the Contractor.(CDRL Q180)

**H.4.13.** ███████████ (b) (4) ███████████

███████████████████████████████████

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION H
## SPECIAL CONTRACT REQUIREMENTS



Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION H
## SPECIAL CONTRACT REQUIREMENTS



## H.5. Performance Metrics.

**H.5.1.** System Availability.
**H.5.1.1.** Standard: Claims Processing System is available no less than 99.5% of the time, excluding external downtime.

**H.5.2.** Paper Claims.
**H.5.2.1.** Standard: 95% of paper claims shall be processed to completion within 10 calendar days of receipt.
**H.5.2.2.** Standard: 100% of paper claims shall be processed to completion within 14 calendar days of receipt.

**H.5.3.** Retail Network Access.
**H.5.3.1.** Standard: (b) (4) of beneficiaries have at least [ ] pharmacy within 15 minutes driving time.
**H.5.3.2.** Standard: (b) (4) of beneficiaries have at least [ ] pharmacies within 15 minutes driving time.
**H.5.3.3.** Standard: (b) (4) of beneficiaries have at least (b)(4) pharmacy within 30 minutes driving time.
**H.5.3.4.** Standard: No fewer than 35,000 retail network pharmacies.

**H.5.4.** Mail Order Pharmacy.
**H.5.4.1.** Standard: (b) (4) of Mail Order prescriptions not requiring intervention or clarification shall be shipped in [ ] business days from receiving the prescription.
**H.5.4.2.** Standard: 100% of Mail order prescriptions shall be shipped, scheduled for delivery, returned, or denied within ten (10) calendar days of receipt
**H.5.4.3.** Standard: Prescriptions dispensed from the TMOP shall be accurate 100% of the time, measured monthly.

**H.5.5.** Clinical Reviews.
**H.5.5.1.** Standard: (b)(4) of all clinical reviews, to include those for compound medications, shall be completed and notification sent within (b) (4) of receipt of a properly completed request, measured monthly.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION H
## SPECIAL CONTRACT REQUIREMENTS

**H.5.5.2.** Standard: [(b) (4)] of all clinical reviews shall be completed and notification sent within ten (10) days of receipt of a properly completed request, measured monthly.

**H.5.6.** Beneficiary Support.
**H.5.6.1.** Standard: Average Speed of Answer (measured from initial connection to answer by a service representative): 60 seconds or less
**H.5.6.2.** Standard: Telephone Call Blockage rate: 5% or less
**H.5.6.3.** Standard: Abandoned Call rate at any point: 5% or less
**H.5.6.4.** Standard: Telephone Calls Resolved at any point: 95% during initial call
**H.5.6.5.** Standard: Telephone Calls Resolved at any point: 100% within 2 days
**H.5.6.6.** Standard: Priority Correspondence - Complete and issue resolved (to the Government's satisfaction, includes Electronic): 85% during 10 days
**H.5.6.7.** Standard: Priority Correspondence - Complete and issue resolved (to the Government's satisfaction, includes Electronic): 100% within 30 days
**H.5.6.8.** Standard: Routine Correspondence (Includes Electronic): 85% within 15 days
**H.5.6.9.** Standard: Routine Correspondence (Includes Electronic): 100% within 45 days

**H.5.7.** Pharmacy Help Desk.
**H.5.7.1.** Standard: Average Speed of Answer (measured from initial connection to answer by a service representative): 60 seconds or less
**H.5.7.2.** Standard: Telephone Call Blockage rate: 5% or less
**H.5.7.3.** Abandoned Call rate at any point: 5% or less

**H.5.8.** Formulary Search Tool.
**H.5.8.1.** Standard: The Contractor shall correct 99% of FST content inaccuracies within two (2) business day of the inaccuracy being identified.

**H.6. Award Fee.** The award fee will be administered semi-annually during each contract option period in accordance with the award fee plan. The award fee pool is shown in Section B and any awarded portions will be disbursed semi-annually in accordance with the TPharm5 Award Fee Plan (see Attachment J-5). Unearned portions of the award fee pool are not available for any subsequent award fee.

**H.7. Pilots, Demonstrations, and Integrated Product Teams (IPTs).**

**H.7.1. Pilots and Demonstrations.** The Government may require the contractor to perform novel functions within the scope of this contract as part of pilots or demonstrations. These pilots or demonstrations may be externally driven (e.g. NDAAs) or developed by the Government to test the feasibility or practicality of changes to, additions to, or subtractions from any elements of the TRICARE Pharmacy Program. The nature of these pilots may vary across all functions of the contract and may vary in scope, duration, and effort required.

**H.7.2. IPTs.** The Government may develop major contract and program changes through Integrated Product Teams (IPTs). If asked to participate in this process, the Contractor shall provide the appropriate personnel (as agreed to by the CO and the Contractor) to serve on the IPTs to develop and/or improve the technical, business, and implementation approach to proposed TRICARE

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION H
## SPECIAL CONTRACT REQUIREMENTS

program changes. The Contractor shall participate in the process with the Government team from concept development through incorporating the change into the contract. This process includes developing budgetary cost estimates, preparing specification/statements of work, and establishing a mutually agreeable equitable adjustment to the contract price as a result of incorporating the change (including pricing, negotiation, etc.). IPTs will not be formed for all contract changes, but may be formed for complex, system-wide issues. The frequency and scheduling of IPT activities will vary depending on the topic, with no greater than 150 hours per Option Period.

**H.8. Requirements for Minimum Level of Enhanced Safeguarding for Unclassified DoD Information.** The Contractor shall implement and maintain information security in accordance with the requirements set forth TSM Chapter 1, Section 1.1.

**H.8.1. Checklist and Certification**. In connection with the Enhanced Safeguarding requirements, the Contractor shall submit the System Security Plan as required in CDRL A120, System Security Plan, and annually provide the completed checklist and certification described in, CDRL A040, DoD/NIST Certification Report.

**H.9. Claims Compliance and Accuracy Reviews**

**H.9.1.** After pharmacy services begin, the Government will conduct quarterly and annual retrospective reviews of TRICARE pharmacy claims data to demonstrate agency compliance with the Payment Integrity Information Act of 2019 (PIIA).

**H.9.2.** The Government will conduct quarterly retrospective reviews of TRICARE pharmacy claims data. These reviews will look for errors in payment, occurrence, process and documentation. Results from claim reviews will be used to determine the Contractor's conformance to claims processing performance standards as indicated in H.9.2.7.

Retrospective reviews will identify the following types of errors:

- Payment errors – the amount of overpayments or underpayments on a claim.
- Occurrence errors – inaccurate TED record data.
- Process errors - payment errors with post payment actions that substantiate the initial processing decision. The payment error may be removed but the process error will remain.
- Documentation errors – missing or invalid documentation which impact the audit process or indicate a situation of contractual noncompliance identified during the compliance review.

On a quarterly basis, payment and occurrence reviews will be conducted on four separate categories of claims:

- Electronic retail pharmacy claims
- Paper retail pharmacy claims
- Electronic specialty pharmacy claims (for which replenishment does not occur)
- Paper specialty pharmacy claims (for which replenishment does not occur)

**H.9.2.1. Sampling Methodology**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION H
## SPECIAL CONTRACT REQUIREMENTS

**H.9.2.1.1.** Payment and occurrence samples shall be drawn from TED records which passed all DHA edits during the prior three months. Individual TED records within batches/vouchers which fail TRICARE edits or which are otherwise not valid for processing as submitted by the Contractor will not be included in the sampling frame. Records to be sampled for both the occurrence and payment claim reviews will be "net" records (i.e. the sum of transaction records available at the time the sample was drawn related to the initial transaction record).

**H.9.2.1.2.** Stratified random sampling will be conducted for payment reviews to estimate the total payment error amount. The number of strata and strata boundary points will be optimally determined and may vary by sample based on the composition of the data in the audit universe. A 100% review of claims above a high-dollar threshold (i.e. $8,000) will be conducted. Claims below a low-dollar threshold (i.e. $100) may be excluded, and a separate annual compliance review may be conducted on low dollar claims, as described in H.9.3. The low-dollar and high-dollar thresholds may vary by claim category and review period.

**H.9.2.1.3.** Payment errors will be extrapolated to determine the total payment error amount. The absolute value of errors will be considered so that underpayments do not offset overpayments. The total payment error amount will be divided by actual total paid amount to determine the percentage of dollars paid in error, which will be used to measure claims processing performance standards as indicated in H.9.2.7.

**H.9.2.1.4.** Simple random sampling will be conducted for occurrence reviews to measure the accuracy of TED record data. The occurrence sample claims will not duplicate any claim already drawn in another claim category.

## H.9.2.2. Required Contractor Documentation

**H.9.2.2.1.** The Contractor shall, upon receipt of the TEDs Internal Control Number (ICN) listing from DHA, retrieve and compile processing documentation and history files for each selected TED record/claim. All documentation must be received at DHA or designated claims review Contractor within forty-five (45) calendar days from the date of the DHA letter transmitting the ICN listing.

**H.9.2.2.2.** The Contractor shall submit documentation, through safe and secure electronic transmittal, to DHA or its designated compliance review contractor, in the agreed upon file format as stipulated in the Memorandum of Understanding (MOU) established between the Contractor and the designated compliance review Contractor (CDRL A025).

**H.9.2.2.3.** The Contractor shall, for each TED record/claim, provide one legible copy of all pertinent claims documentation that demonstrates accurate claims processing. Types of documentation include but are not limited to:
- Claim related correspondence when attached to the claim or related to the adjudication action
- (e.g., development records, pharmacy receipts)
- Medical necessity or prior authorization records

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION H**
**SPECIAL CONTRACT REQUIREMENTS**

- Other health insurance (OHI) documents
- Drug pricing including Maximum Allowable Charge, AWP, and or discount rate (network rate)
- Preferred Product Indicator
- Network Status
- Dispensing Fee Data
- Copy of the Explanation of Benefit (EOB) or Explanation of Payment (EOP) for each claim selected

Any additional documentation not specifically identified above that supports the Contractor's adjudication of the selected claim.

**H.9.2.2.4.** The Contractor shall provide an initial set of documents explaining any pertinent data field or document for supporting claims adjudication. Updated documents can be provided as revisions occur.
Examples include:

- Benefit design document
- Adjudication rules (duplicate screening, refill too soon criteria, administrative overrides)
- Document and screen shot explanations
- Description of data elements by field position in beneficiary history file printout
- Field definitions for pricing and pricing logic

**H.9.2.2.5.** The Contractor shall send beneficiary history (15 to 27 months) for each claim selected for review. Documentation for any claim selected with adjustment transactions completed prior to the date of the sample must include the documentation to indicate both initial and adjustment processing actions.

**H.9.2.2.6.** For any pharmacy service that does not have a valid reason for submitting a TED record, as defined in the TRICARE Systems Manual (TSM), a 100% payment error based on the total billed amount will be assessed. This condition is considered to be an unsupported TED record.

**H.9.2.3. Payment and Process Error Determinations**

**H.9.2.3.1.** Payment errors are the amount of over/under payments on a claim, including but not limited to a payment in the correct amount but sent to the wrong payee, denial of a payable claim, misapplication of the cost-share/co-pay/deductible, payment of a non-covered drug, etc. There are two categories of payment errors: (1) a payment error which cannot be removed with post payment processing actions; and (2) a payment error which can be removed with post payment processing actions.

**H.9.2.3.2.** Payment errors which can be removed with post payment actions that substantiate the initial processing decision will be removed from payment error rate but the process error will remain. Process errors are noncompliance with a required procedure or process, such as

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

development required but not performed or medical necessity review required but not evident and are cited in conjunction with a payment error. Claims containing process errors will not affect payment or occurrence error rates, but will be used as a performance indicator.

**H.9.2.3.3.** Payment errors which cannot be removed with post payment actions are based only on the claim information available up to the date the review sample is pulled. Consideration will be given to subsequent processing actions that occur prior to the date the review sample is pulled, including actions that have not passed the DHA TED record edits, only if supporting documentation to indicate the action taken and the date the action was completed is submitted with review documentation. Adjustment transactions are not allowed on claim denials, therefore, subsequent reprocessing actions to a denied claim which occurs prior to the date the audit sample is pulled will be considered during the audit. Subsequent processing actions after the date the review sample is pulled will not be considered in the audit regardless of whether resolution of a payment error exists.

**H.9.2.3.4.** The following are payment errors on which post payment actions are either not applicable or would not remove the payment errors assessed.
- 04K – Cost-share / Deductible Error
- 07K – Duplicate Services Paid
- 08K – Eligibility Determination — Patient
- 09K – Eligibility Determination — Provider
- 13K – OHI/TPL — Govt. Pay Miscalculated
- 14K – OHI Payment Omitted
- 15K – Payee Wrong – Patient/Sponsor
- 16K – Payee Wrong – Provider
- 18K – Pricing Incorrect
- 19K – Procedure Code Incorrect
- 20K – Signature Error
- 24K – Incorrect Benefit Determination
- 25K – Claim Not Provided
- 26K – Claim Not Auditable

**H.9.2.3.5.** The following are payment errors on which post-payment actions may support original processing. On rebuttal, if documentation is provided that supports the processing actions, the payment errors could be removed but the process errors would remain.
- 01K – Authorization/Pre-authorization Needed
- 02K – Unsupported Benefit Determination
- 03K – Billed Amount Incorrect
- 05K – Development Claim Denied Prematurely
- 06K – Development Required
- 10K – Medical Emergency Not Substantiated
- 11K – Medical Necessity/Review Not Evident
- 21K – Timely-Filing Error

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION H
## SPECIAL CONTRACT REQUIREMENTS

- 76K Pricing Incorrect – Pharmacy Pricing Methodology (i.e. AWP, U&C, billed discount) Incorrectly Applied and/or Miscalculated
- 77K Pricing Incorrect – Pharmacy Compound Drug Pricing Miscalculation
- 78K Pricing Incorrect – Pharmacy Specialty Drug Rate Miscalculated
- 79K Pricing Incorrect – Pharmacy Discount Miscalculated/Not Applied
- 80K Pricing Incorrect – Pharmacy Dispensing Fee Miscalculated/Not Applied
- 99K - Other: This payment error is very general and claims would have to be reviewed on an individual basis with regard to post-payment actions.

**H.9.2.3.6.** Upon rebuttal, if the procedure/process is followed to conclusion and the actions support the original decision, the payment error will be removed but the procedural/process error will remain.
- 01P – Authorization/Pre-authorization needed
- 02P – Unsupported Benefit Determinations
- 05P – Development Claim Denied Prematurely
- 06P – Development Required
- 10P – Medical Emergency Not Substantiated
- 11P – Medical Necessity/Review Not Evident
- 21P – Timely Filing Error
- 23P – Contract Jurisdiction Error
- 99P – Other

**H.9.2.4. Occurrence Error Determination**

**H.9.2.4.1.** Occurrence error determinations are based on only the claim information available and those processing actions taken at the time the sample is drawn. Actions and determinations occurring subsequent to the processed date of an audited claim, such as obtaining other health insurance documentation, adjusting a claim to correct financial or other data fields, or developing for required information not obtained prior to processing, are not a consideration of the audit regardless of whether a resolution of the incorrectly coded TED record results.

**H.9.2.4.2.** Occurrence errors result from an incorrect entry in any data field of the TED record. There are no exceptions. Any error, including errors in financial fields, shall be counted as occurrence errors. Some TED record error conditions are not attributable to any one specific data field but apply to the record as a whole or to certain parts of the record. In addition to erroneous data field coding error conditions involving incorrect or unsupported records will result in occurrence errors being assessed. All incorrectly coded financial fields on a TED record are considered to be occurrence errors regardless of whether associated errors exists.

**H.9.2.4.3.** The following are occurrence error categories and codes. All TED record occurrence errors, including errors in financial fields, are counted and the error rate is expressed as a percentage of the total number of data fields in the TED record.

| Error Codes | Error Condition Specific to Claim | Number of Errors |
|---|---|---|

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION H
## SPECIAL CONTRACT REQUIREMENTS

| 01J | Unlike Procedures/Providers Combined (Non-institutional Record) | 7 errors for each additional utilization data set* |
| 04J | Missing Non-Institutional Utilization Data Set | 7 errors for each missing data set* |
| 05J | Extra Non-Institutional Utilization Data Set | 7 errors for each missing data set* |
| 08J | Incorrect Record Type | 5 errors |
| 09J | Separate TED Record Required | 1 error |
| 10J | Claim Not Provided for Audit | 1 error plus 1 error for each revenue code utilization data set in the TED |
| 11J | Claim Not Auditable | 1 error plus 1 error for each revenue code utilization data set in the TED |
| 12J | Unsupported TED Transaction | 1 error plus 1 error for each revenue code utilization data set in the TED |

\* Not to exceed 21 errors for combination of these error conditions.

**H.9.2.5. Documentation Errors**

**H.9.2.5.1.** The following are documentation errors which can be assessed in conjunction with a payment or occurrence error. These errors are neither occurrence errors nor payment errors and are not used to calculate the occurrence or payment error rates. "L" errors are used to document and report the Contractor's documentation problems which impact the audit process or indicate a situation of contractual noncompliance which is identified during the compliance review.

- 01L – Audit Documentation Incomplete
- 02L – Audit Documentation Illegible
- 03L – Documentation Submitted Late
- 04L – EOB/EOP Incorrect
- 05L – NAS Questionable
- 06L – Error in Claim History
- 08L – Erroneous Claim Split
- 09L – Erroneous TED Record Split
- 10L – Adjustment – No Authorizing Official
- 11L – Contract Jurisdiction Error

**H.9.2.6. Rebuttals**

**H.9.2.6.1.** The government will allow one rebuttal of initial payment and occurrence findings. The Contractor shall electronically submit the rebuttal to DHA or designated compliance review Contractor within thirty (30) calendar days of the date of DHAs initial payment and occurrence error transmittal letter and in accordance with the established MOU (C.15.1.16.4). Rebuttal

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION H
## SPECIAL CONTRACT REQUIREMENTS

comments that are not electronically received within thirty (30) calendar days of DHAs transmittal letter will not be reviewed or considered. The post-rebuttal error determination(s) by DHA are final and will not receive further consideration.

**H.9.2.6.2.** After the rebuttals are reviewed by DHA or the designated claims review Contractor, the government may assess new errors based on the information submitted in the rebuttal. Similarly, the Contractor may submit one rebuttal to the new errors not previously addressed within thirty (30) calendar days of the date of DHAs payment and occurrence error transmittal letter. Rebuttal comments that are not electronically received within thirty (30) calendar days of DHAs transmittal letter will not be reviewed or considered. The post-rebuttal error determination(s) by DHA are final and will not receive further consideration.

**H.9.2.7. Error Rates**

**H.9.2.7.1. Claims Payment Error Rate**

**Standard:** The percentage of dollars paid in error, measured though quarterly payment reviews, is 1% for electronic retail pharmacy claims, and 4% for DMR/paper retail claims.

**Measurement:** The absolute value of payment errors identified in a sample will be summed by stratum and divided by the number of claims sampled for that stratum to derive the 'mean payment error', which will then be multiplied by the number of universe claims in each stratum to derive the 'estimated payment error,' which will be summed for all strata to derive the 'total payment error amount'. The 'total payment error amount' will be divided by the universe actual total paid amount to arrive at the percentage of dollars paid in error.

**H.9.2.7.2. Occurrence Error Rate**

**Standard:** The standard for occurrence errors for sampled TED records, measured quarterly is 3%.

**Measurement:** The TED record occurrence error rate is the total number of errors divided by the total number of data fields in the sample times 100.

**H.9.3. Yearly Claims Accuracy and Compliance Reviews**

The Government will conduct annual retrospective claim reviews of TRICARE pharmacy claims data under the Low Dollar threshold. This focus study will commence after the end of every Government fiscal year for the purpose of demonstrating agency compliance with the Payment Integrity Information Act of 2019 (PIIA).

**H.9.3.1.** The Contractor shall submit required documentation consistent with requirements in H.9.2.2.

**H.9.3.2.** Low dollar compliance reviews are focused on payment errors only. They will not address occurrence errors or process errors.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION H
## SPECIAL CONTRACT REQUIREMENTS

**H.9.3.3.** The Government will draw samples consistent with H.9.2.1.1. Each will be limited electronic retail claims of less than $30.00 and paper pharmacy claims less than $10.00. The Government will provide an ICN listing for each sample. The sample size for each audit will be limited to no more than 400 claims. Each sample will contain claims from a single fiscal year.

**H.9.3.4.** The Contractor shall, upon receipt of the TEDs Internal Control Number (ICN) listing from DHA, retrieve and compile processing documentation and history files for each selected TED record/claim. All documentation must be received at DHA or designated claims review Contractor within forty-five (45) calendar days from the date of the DHA letter transmitting the ICN listing.

**H.9.3.5.** These focus studies will not be subject to rebuttal processes as described in H.9.2.6.

**H.9.3.6.** The Contractor shall promptly support any requests for additional information (documentation or Government inquiries) needed to clarify or explain the calculation of a final TRICARE billed amount.

**(End of Section H)**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**I.1. Clauses -- Federal Acquisition Regulation (FAR).**

**FAR 52.202-1 Definitions (JUN 2020)**

**FAR 52.203-3 Gratuities (APR 1984)**

**FAR 52.203-5 Covenant Against Contingent Fees (MAY 2014)**

**FAR 52.203-6 Restrictions on Subcontractor Sales to the Government (JUN 2020)**

**FAR 52.203-7 Anti-Kickback Procedures (JUN 2020)**

**FAR 52.203-8 Cancellation, Rescission, and Recovery of Funds for Illegal or Improper Activity (MAY 2014)**

**FAR 52.203-10 Price or Fee Adjustment for Illegal or Improper Activity (MAY 2014)**

**FAR 52.203-12 Limitation on Payments to Influence Certain Federal Transactions (JUN 2020)**

**FAR 52.203-13 Contractor Code of Business Ethics and Conduct (JUN2020)**

**FAR 52.203-19 Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (JAN 2017)**

**FAR 52.204-4 Printed or Copied Double-Sided Post Consumer Fiber Content (MAY 2011)**

**FAR 52.204-10 Reporting Executive Compensation and First-Tier Subcontract Awards (JUN 2020)**

**FAR 52.204-13 System for Award Management Maintenance (OCT 2018)**

**FAR 52.204-14 Service Contract Reporting Requirements (OCT 2016)**

**FAR 52.204-18 Commercial and Government Entity Code Maintenance (AUG 2020)**

**FAR 52.204-19 Incorporation by Reference of Representations and Certifications (DEC 2014)**

**FAR 52.204-21 Basic Safeguarding of Covered Contractor Information Systems (JUN 2016)**

**FAR 52.204-23 Prohibition on Contracting for Hardware, Software, and Services Developed or Provided by Kaspersky Lab and Other Covered Entities (JUL 2018)**

**FAR 52.204-25, Prohibition on Contacting for Certain Telecommunications and Video Surveillance Services Equipment (AUG 2020)**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION I**
**CONTRACT CLAUSES**

**FAR 52.209-6 Protecting the Government's Interest When Subcontracting with Contractors Debarred, Suspended, or Proposed for Debarment (JUN 2020)**

**FAR 52.209-9 Updates of Publicly Available Information Regarding Responsibility Matters (OCT 2018)**

**FAR 52.209-10 Prohibition on Contracting With Inverted Domestic Corporations (NOV 2015)**

**FAR 52.210-1 Market Research (JUN 2020)**

**FAR 52.211-15 Defense Priority and Allocation Requirements (APR 2008)**

**FAR 52.215-2 Audit and Records - Negotiation (JUN 2020)**

**FAR 52.215-8 Order of Precedence - Uniform Contract Format (OCT 1997)**

**FAR 52.215-11 Price Reduction for Defective Certified Cost or Pricing Data - Modifications (JUN 2020)**

**FAR 52.215-13 Subcontractor Certified Cost or Pricing Data - Modifications (JUN 2020)**

**FAR 52.215-15 Pension Adjustments and Asset Reversions (OCT 2010)**

**FAR 52.215-18 Reversion or Adjustment of Plans for Postretirement Benefits (PRB) Other Than Pensions (JUL 2005)**

**FAR 52.215-19 Notification of Ownership Changes (OCT 1997)**

**FAR 52.215-21 Requirements for Certified Cost or Pricing Data and Data Other Than Certified Cost or Pricing Data - Modifications (JUN 2020) - Alternate III (OCT 1997)**

(a) Exceptions from certified cost or pricing data.

(1) In lieu of submitting certified cost or pricing data for modifications under this contract, for price adjustments expected to exceed the threshold set forth in Federal Acquisition Regulation (FAR) 15.403-4(a)(1) on the date of the agreement on price or the date of the award, whichever is later, the Contractor may submit a written request for exception by submitting the information described in paragraphs (a)(1)(i) and (ii) of this clause. If the threshold for submission of certified cost or pricing data specified in FAR 15.403-4(a)(1) is adjusted for inflation as set forth in FAR 1.109(a), then pursuant to FAR 1.109(d) the changed threshold applies throughout the remaining term of the contract, unless there is a subsequent threshold adjustment. The Contracting Officer may require additional supporting information, but only to the extent necessary to determine whether an exception should be granted, and whether the price is fair and reasonable -

(i) Identification of the law or regulation establishing the price offered. If the price is controlled under law by periodic rulings, reviews, or similar actions of a governmental body, attach a copy of the controlling document, unless it was previously submitted to the contracting office.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2028 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

(ii) Information on modifications of contracts or subcontracts for commercial items. (A) If -

(*1*) The original contract or subcontract was granted an exception from certified cost or pricing data requirements because the price agreed upon was based on adequate price competition or prices set by law or regulation, or was a contract or subcontract for the acquisition of a commercial item; and

(*2*) The modification (to the contract or subcontract) is not exempted based on one of these exceptions, then the Contractor may provide information to establish that the modification would not change the contract or subcontract from a contract or subcontract for the acquisition of a commercial item to a contract or subcontract for the acquisition of an item other than a commercial item.

(B) For a commercial item exception, the Contractor shall provide, at a minimum, information on prices at which the same item or similar items have previously been sold that is adequate for evaluating the reasonableness of the price of the modification. Such information may include -

(*1*) For catalog items, a copy of or identification of the catalog and its date, or the appropriate pages for the offered items, or a statement that the catalog is on file in the buying office to which the proposal is being submitted. Provide a copy or describe current discount policies and price lists (published or unpublished), e.g., wholesale, original equipment manufacturer, or reseller. Also explain the basis of each offered price and its relationship to the established catalog price, including how the proposed price relates to the price of recent sales in quantities similar to the proposed quantities.

(*2*) For market-priced items, the source and date or period of the market quotation or other basis for market price, the base amount, and applicable discounts. In addition, describe the nature of the market.

(*3*) For items included on an active Federal Supply Service Multiple Award Schedule contract, proof that an exception has been granted for the schedule item.

(2) The Contractor grants the Contracting Officer or an authorized representative the right to examine, at any time before award, books, records, documents, or other directly pertinent records to verify any request for an exception under this clause, and the reasonableness of price. For items priced using catalog or market prices, or law or regulation, access does not extend to cost or profit information or other data relevant solely to the Contractor's determination of the prices to be offered in the catalog or marketplace.

(b) Requirements for certified cost or pricing data. If the Contractor is not granted an exception from the requirement to submit certified cost or pricing data, the following applies:

(1) The Contractor shall submit certified cost or pricing data, data other than certified cost or pricing data, and supporting attachments in accordance with the instructions contained in Table 15-2 of FAR 15.408, which is incorporated by reference with the same force and effect as though it were inserted here in full text. The instructions in Table 15-2 are incorporated as a mandatory format to be used in this contract, unless the Contracting Officer and the Contractor agree to a different format and change this clause to use Alternate I.

(2) As soon as practicable after agreement on price, but before award (except for unpriced actions), the Contractor shall submit a Certificate of Current Cost or Pricing Data, as prescribed by FAR 15.406-2.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(c)  Submit the cost portion of the proposal via the following electronic media: <u>complete cost proposals in portable document format (pdf), with supporting cost build up documentation in MS Excel (compatible to Government version).</u>

**FAR 52.215-23 Limitation on Pass-Through Charges (JUN 2020)**

**FAR 52.216-24 Limitation of Government Liability (APR 1984)**

**FAR 52.217-8 Option to Extend Services (NOV 1999)**

The Government may require continued performance of any services within the limits and at the rates specified in the contract.  These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor.  The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months.  The Contracting Officer may exercise the option by written notice to the Contractor on or before **15 days** from the expiration of the current contract period of performance.

(End of Clause)

**FAR 52.217-9 Option to Extend the Term of the Contract (MAR 2000)**

(a) The Government may extend the term of this contract by written notice to the Contractor on or before **15 days from the expiration** of the current period of performance; provided that the Government gives the Contractor a preliminary written notice of its intent to extend **at least 60 days** before the contract expires.  The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed **8 years, 9 months and 1 week**.

(End of Clause)

**FAR 52.219-4 Notice of Price Evaluation Preference for HUBZone Small Business Concerns. (MAR 2020)**

**FAR 52.219-8 Utilization of Small Business Concerns (OCT 2018)**

**FAR 52.219-9 Small Business Subcontracting Plan (JUN 2020) – (ALT II, NOV 2016)**

**FAR 52.219-16 Liquidated Damages - Subcontracting Plan (JAN 1999)**

**FAR 52.219-28 Post Award Small Business Program Representation (NOV 2020)**

**FAR 52.222-3 Convict Labor (JUN 2003)**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION I
## CONTRACT CLAUSES

**FAR 52.222-21 Prohibition of Segregated Facilities (APR 2015)**

**FAR 52.222-26 Equal Opportunity (SEP 2016)**

**FAR 52.222-35 Equal Opportunity for Veterans (JUN 2020)**

**FAR 52.222-36 Equal Opportunity for Workers with Disabilities (JUN 2020)**

**FAR 52.222-37 Employment Reports on Veterans (JUN 2020)**

**FAR 52.222-40 Notification of Employee Rights Under the National Labor Relations Act (DEC 2010)**

**FAR 52.222-41 Service Contract Labor Standards (AUG 2018)**

**FAR 52.222-42 Statement of Equivalent Rates for Federal Hires (MAY 2014)**

In compliance with the Service Contract Act of 1965, as amended, and the regulations of the Secretary of Labor (29 CFR Part 4), this clause identifies the classes of service employees expected to be employed under the contract and states the wages and fringe benefits payable to each if they were employed by the contracting agency subject to the provisions of 5 U.S.C. 5341 or 5332.

*This Statement is for Information Only: It is not a Wage Determination*

| Employee Class | Monetary Wage -- Fringe Benefits (Range) |
|---|---|
| Administrative Assistant | $16.28 per hour $8,832-$16,985 |
| Administrative Coordinator | $22.13 per hour $12,046 - $23,163 |
| Data Entry Clerk | $13.05 per hour $,105 - $13,663 |
| Financial Technician | $14.60 per hour $7,950 - $15,290 |
| Customer Service Associate | $20.03 per hour $10,906-$20,971 |
| /communication Coordinator | $22.13 per hour $12,046 - $23,163 |

(End of Clause)

**FAR 52.222-43 Fair Labor Standards Act and Service Contract Act - Price Adjustment (Multiple Year and Option Contracts) (AUG 2018)**

**FAR 52.222-49 Service Contract Labor Standards- Place of Performance Unknown (MAY 2014)**

(a) This contract is subject to the Service Contract Labor Standards statute, and the place of performance was unknown when the solicitation was issued.  In addition to places or areas identified in wage determinations, if any, attached to the solicitation, wage determinations have also been requested for the following locations: None - all performance locations have been identified (See Attachment J-7). The Contracting Officer will request wage determinations for additional places or areas of performance if asked to do so in writing no later than 30 days after an additional place of performance is identified by the Contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(b) Offerors who intend to perform in a place or area of performance for which a wage determination has not been attached or requested may nevertheless submit bids or proposals. However, a wage determination shall be requested and incorporated in the resultant contract retroactive to the date of contract award, and there shall be no adjustment in the contract price.

(End of Clause)

**FAR 52.222-50 Combating Trafficking in Persons (OCT 2020)**

**FAR 52.222-54 Employment Eligibility Verification (OCT 2015)**

**FAR 52.222-55 Minimum Wages Under Executive Order 13658 (NOV 2020)**

**FAR 52.222-62 Paid Sick Leave Under Executive Order 13706 (JAN 2017)**

**FAR 52.223-2 Affirmative Procurement of Biobased Products Under Service and Construction Contracts (SEP 2013)**

**FAR 52.223-6 Drug-Free Workplace (MAY 2001)**

**FAR 52.223-17 Affirmative Procurement of EPA-Designated Items in Service and Construction Contracts (AUG 2018)**

**FAR 52.223-18 Encouraging Contractor Policies to Ban Text Messaging While Driving (JUN 2020)**

**FAR 52.224-1 Privacy Act Notification (APR 1984)**

**FAR 52.224-2 Privacy Act (APR 1984)**

**FAR 52.224–3 Privacy Training (JAN 2017)**

**FAR 52.225-13 Restrictions on Certain Foreign Purchases (FEB 2021)**

**FAR 52.227-1 Authorization and Consent (JUN 2020)**

**FAR 52.227-2 Notice and Assistance Regarding Patent and Copyright Infringement (JUN 2020)**

**FAR 52.227-14 Rights in Data - General (MAY 2014)**

**FAR 52.227-17 Rights in Data – Special Works (DEC 2007)**

**FAR 52.229-3 Federal, State, and Local Taxes (FEB 2013)**

**FAR 52.230-2 Cost Accounting Standards (JUN 2020)**

**FAR 52.230-6 Administration of Cost Accounting Standards (JUN 2010)**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION I
CONTRACT CLAUSES

**FAR 52.232-1 Payments (APR 1984)**

**FAR 52.232-8 Discounts for Prompt Payment (FEB 2002)**

**FAR 52.232-11 Extras (APR 1984)**

**FAR 52.232-17 Interest (MAY 2014)**

**FAR 52.232-18 Availability of Funds (APR 1984)**

**FAR 52.232-19 Availability of Funds for the Next Fiscal Year (APR 1984)**
Funds are not presently available for performance under this contract beyond December 31,2022. for each exercised option period. The Government's obligation for performance of this contract beyond that date is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise for performance under this contract beyond these dates identified above, until funds are made available to the Contracting Officer for performance and until the Contractor receives notice of availability, to be confirmed in writing by the Contracting Officer.

(End of Clause)

**FAR 52.232-23 Assignment of Claims (MAY 2014)**

**FAR 52.232-25 Prompt Payment (JAN 2017)**

**FAR 52.232-32 Performance Based Payments (APR 2012)**

**FAR 52.232-33 Payment by Electronic Funds Transfer - System for Award Management (OCT 2018)**

**FAR 52.232-39 Unenforceability of Unauthorized Obligations (JUN 2013)**

**FAR 52.232-40 Providing Accelerated Payment to Small Business Subcontractors (DEC 2013)**

**FAR 52.233-1 Disputes (MAY 2014) - Alternate I (DEC 1991)**

**FAR 52.233-3 Protest after Award (AUG 1996)**

**FAR 52.233-4 Applicable Law for Breach of Contract Claim (OCT 2004)**

**FAR 52.237-3 Continuity of Services (JAN 1991)**

**FAR 52.239-1 Privacy or Security Safeguards (AUG 1996)**

**FAR 52.242-1 Notice of Intent to Disallow Costs (APR 1984)**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT CLAUSES

**FAR 52.242-3 Penalties for Unallowable Costs (MAY 2014)**

**FAR 52.242–5 Payments to Small Business Subcontractors (JAN 2017)**

**FAR 52.242-13 Bankruptcy (JUL 1995))**

**FAR 52.243-1 Changes - Fixed-Price (AUG 1987) - ALTERNATE I (APR 1984)**

**FAR 52.243-6 Change Order Accounting (APR 1984)**

**FAR 52.243-7 Notification of Changes (JAN 2017)**

**FAR 52.244-2 Subcontracts (JUN 2020)**

**FAR 52.244-6 Subcontracts for Commercial Items (NOV 2020)**

**FAR 52.246-25 Limitation of Liability - Services (FEB 1997)**

**FAR 52.248-1 Value Engineering (JUN 2020)**

**FAR 52.249-2 Termination for Convenience of the Government (Fixed-Price) (APR 2012)**

**FAR 52.249-8 Default (Fixed-Price Supply and Service) (APR 1984)**

**FAR 52.252-2 Clauses Incorporated By Reference (FEB 1998)**
This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text.  Upon request, the Contracting Officer will make their full text available.  Also, the full text of a clause may be accessed electronically at this address:
 https://www.acquisition.gov/
(End of Clause)

**FAR 52.252-6 Authorized Deviations in Clauses (NOV 2020)**
(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Defense Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

(End of Clause)

**FAR 52.253-1 Computer Generated Forms (JAN 1991)**

**I.2. Clauses -- Defense Federal Acquisition Regulation Supplement (DFARS).**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**DFARS 252.201-7000 Contracting Officer's Representative (DEC 1991)**

**DFARS 252.203-7000 Requirements Relating to Compensation of Former DoD Officials (SEP 2011)**

**DFARS 252.203-7001 Prohibition on Persons Convicted of Fraud or Other Defense-Contract-Related Felonies (DEC 2008)**

**DFARS 252.203-7002 Requirement to Inform Employees of Whistleblower Rights (SEP 2013)**

**DFARS 252.203-7003 Agency Office of the Inspector General (AUG 2019)**

**DFARS 252.203-7004 Display of Fraud Hotline Poster(s) (AUG 2019)**

**DFARS 252.204-7000 Disclosure of Information (OCT 2016)**

**DFARS 252.204-7002 Payment for Subline Items Not Separately Priced (APR 2020)**

**DFARS 252.204-7003 Control of Government Personnel Work Product (APR 1992)**

**DFARS 252.204-7004 Antiterrorism Awareness Training for Contractors (FEB 2019)**

**DFARS 252.204-7009 Limitations on the Use or Disclosure of Third-Party Contractor Reported Cyber Incident Information (OCT 2016)**

**DFARS 252.204-7012 Safeguarding Covered Defense Information and Cyber Incident Reporting (DEC 2019)**

**DFARS 252.204-7015 Notice of Authorized Disclosure of Information for Litigation Support (MAY 2016)**

**DFARS 252.204-7018 Prohibition on the Acquisition of Covered Defense Telecommunications Equipment or Services (JAN 2021)**

**DFARS 252.204-7020 NIST SP800-171 DoD Assessment Requirements (NOV 2020)**

**DFARS 252.205-7000 Provision of Information to Cooperative Agreement Holders (DEC 1991)**

**DFARS 252.209-7004 Subcontracting with Firms that Are Owned or Controlled by the Government of a Country that is a State Sponsor of Terrorism (MAY 2019)**

**DFARS 252.211-7007 Reporting of Government-Furnished Property (AUG 2012)**

**DFARS 252.215-7002 Cost Estimating System Requirements (DEC 2012)**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION I
## CONTRACT CLAUSES

**DFARS 252.216-7004, Award Fee Reduction or Denial for Jeopardizing the Health or Safety of Government Personnel (SEP 2011)**

**DFARS 252.217-7027 Contract Definitization (DEC 2012)**

**DFARS 252.219-7003 Small Business Subcontracting Plan (DoD Contracts) (DEC 2019)**

**DFARS 252.222-7006 Restrictions on the Use of Mandatory Arbitration Agreements (DEC 2010)**

**DFARS 252.223-7004 Drug-Free Work Force (SEP 1988)**

**DFARS 252.225-7002 Qualifying Country Sources as Subcontractors (DEC 2017)**

**DFARS 252.225-7004 Report of Intended Performance Outside the United States and Canada—Submission after Award (OCT 2020)**

**DFARS 252.225-7012 Preference for Certain Domestic Commodities (DEC 2017)**

**DFARS 252.225-7013 Duty-Free Entry (APR 2020)**

**DFARS 252.225-7021 Trade Agreements – Alternate II (SEP 2019)**

**DFARS 252.225-7048 Export-Controlled Items (JUN 2013)**

**DFARS 252.226-7001 Utilization of Indian Organizations, Indian-Owned Economic Enterprises, and Native Hawaiian Small Business Concerns (APR 2019)**

**DFARS 252.227-7013 Rights in Technical Data – Noncommercial Items (FEB 2014)**

**DFARS 252.227-7015 Technical Data – Commercial Items (FEB 2014)**

**DFARS 252.227-7025 Limitations on the Use or Disclosure of Government-Furnished Information marked with Restrictive Legends (MAY 2013)**

**DFARS 252.227-7027 Deferred Ordering of Technical Data or Computer Software (APR 1988)**

**DFARS 252.231-7000 Supplemental Cost Principles (DEC 1991)**

**DFARS 252.232-7003 Electronic Submission of Payment Requests and Receiving Reports (DEC 2018)**

**DFARS 252.232-7007 Limitation of Governments Obligation**
As prescribed in 232.706-70 , use the following clause:

LIMITATION OF GOVERNMENT'S OBLIGATION (APR 2014)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION I**
**CONTRACT CLAUSES**

(a) Contract line item(s) 1001 -1025 are incrementally funded. For these item(s), the sum of $317,124,296.96 of the total price is presently available for payment and allotted to this contract. An allotment schedule is set forth in paragraph (j) of this clause.

(b) For item(s) identified in paragraph (a) of this clause, the Contractor agrees to perform up to the point at which the total amount payable by the Government, including reimbursement in the event of termination of those item(s) for the Government's convenience, approximates the total amount currently allotted to the contract. The Contractor is not authorized to continue work on those item(s) beyond that point. The Government will not be obligated in any event to reimburse the Contractor in excess of the amount allotted to the contract for those item(s) regardless of anything to the contrary in the clause entitled "Termination for Convenience of the Government." As used in this clause, the total amount payable by the Government in the event of termination of applicable contract line item(s) for convenience includes costs, profit, and estimated termination settlement costs for those item(s).

(c) Notwithstanding the dates specified in the allotment schedule in paragraph (j) of this clause, the Contractor will notify the Contracting Officer in writing at least ninety days prior to the date when, in the Contractor's best judgment, the work will reach the point at which the total amount payable by the Government, including any cost for termination for convenience, will approximate 85 percent of the total amount then allotted to the contract for performance of the applicable item(s). The notification will state (1) the estimated date when that point will be reached and (2) an estimate of additional funding, if any, needed to continue performance of applicable line items up to the next scheduled date for allotment of funds identified in paragraph (j) of this clause, or to a mutually agreed upon substitute date. The notification will also advise the Contracting Officer of the estimated amount of additional funds that will be required for the timely performance of the item(s) funded pursuant to this clause, for a subsequent period as may be specified in the allotment schedule in paragraph (j) of this clause or otherwise agreed to by the parties. If after such notification additional funds are not allotted by the date identified in the Contractor's notification, or by an agreed substitute date, the Contracting Officer will terminate any item(s) for which additional funds have not been allotted, pursuant to the clause of this contract entitled "Termination for Convenience of the Government."

(d) When additional funds are allotted for continued performance of the contract line item(s) identified in paragraph (a) of this clause, the parties will agree as to the period of contract performance which will be covered by the funds. The provisions of paragraphs (b) through (d) of this clause will apply in like manner to the additional allotted funds and agreed substitute date, and the contract will be modified accordingly.

(e) If, solely by reason of failure of the Government to allot additional funds, by the dates indicated below, in amounts sufficient for timely performance of the contract line item(s) identified in paragraph (a) of this clause, the Contractor incurs additional costs or is delayed in the performance of the work under this contract and if additional funds are allotted, an equitable adjustment will be made in the price or prices (including appropriate target, billing, and ceiling prices where applicable) of the item(s), or in the time of delivery, or both. Failure to agree to any such equitable adjustment hereunder will be a dispute concerning a question of fact within the meaning of the clause entitled "Disputes."

(f) The Government may at any time prior to termination allot additional funds for the performance of the contract line item(s) identified in paragraph (a) of this clause.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

(g) The termination provisions of this clause do not limit the rights of the Government under the clause entitled "Default." The provisions of this clause are limited to the work and allotment of funds for the contract line item(s) set forth in paragraph (a) of this clause. This clause no longer applies once the contract is fully funded except with regard to the rights or obligations of the parties concerning equitable adjustments negotiated under paragraphs (d) and (e) of this clause.

(h) Nothing in this clause affects the right of the Government to terminate this contract pursuant to the clause of this contract entitled "Termination for Convenience of the Government."

(i) Nothing in this clause shall be construed as authorization of voluntary services whose acceptance is otherwise prohibited under 31 U.S.C. 1342.

(j) The parties contemplate that the Government will allot funds to this contract in accordance with the following schedule:

> Funding will be obligated on a periodic basis throughout the life of the contract. It is estimated that the Government will receive at least two (2) funding allotments each option period on or about the time of option commencement and start of new fiscal year. This schedule is only an estimate and should not be taken as binding.

(End of Clause)

**DFARS 252.232-7010 Levies on Contract Payments (DEC 2006)**

**DFARS 252.232-7013 Performance Based Payments – Deliverable Item Basis (APR 2020)**

(a)  Performance-based payments shall form the basis for the contract financing payments provided under this contract and shall apply to Contract Line Item Numbers (CLINs) 0001 Contract Transition-In, TRICARE Pharmacy Services. The performance-based payments schedule (Section C.15.1.15) describes the basis for payment, to include identification of the individual payment events, CLINs to which each event applies, evidence of completion, and amount of payment due upon completion of each event.

    (b) In accordance with 10 U.S.C. 2307(b)(4)(A), the Contractor's financial statements shall be in compliance with Generally Accepted Accounting Principles in order to receive performance-based payments.

    (c)(1) The Contractor shall, in addition to providing the information required by FAR 52.232-32, submit information for all payment requests using the following format:

| Current performance-based payments(s) event(s) addressed by this request: | | |
|---|---|---|
| Contractor shall identify - | Amount | Totals |
| 1a) Negotiated value of all previously completed performance-based payment(s) event(s); | | |
| (1b) Negotiated value of the current performance-based payment(s) event(s); | | |
| (1c) Cumulative negotiated value of | | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| performance-based payment(s) event(s) completed to date (1a) + (1b); and | | |
|---|---|---|
| (2) Total costs incurred to date. | | |

(2) Incurred cost is determined by the Contractor's accounting books and records, to which the Contractor shall provide access upon request of the Contracting Officer. An acceptable accounting system in accordance with DFARS 252.242-7006 is not required for reporting of incurred costs under this clause. If the Contractor's accounting system is not capable of tracking costs on a job order basis, the Contractor shall provide a realistic approximation of the allocation of incurred costs attributable to this contract in accordance with the Contractor's accounting system. FAR 52.232-32(m) does not require certification of incurred costs.

(d) Security for financing.

(1) Title to the property described in paragraph (f) of the clause at FAR 52.232-32, Performance-Based Payments, is the preferred security for receipt of performance-based payments.

(2)(i) If the Contractor's accounting system is not capable of identifying and tracking through the build cycle the property that is allocable and properly chargeable to this contract, the Contracting Officer may consider acceptance of one or a combination of the following alternative forms of security sufficient to constitute adequate security for the performance-based payments and so specify in the contract, consistent with FAR 32.202-4:

(A) A paramount lien on assets.

(B) An irrevocable letter of credit from a federally insured financial institution.

(C) A bond from a surety, acceptable in accordance with FAR part 28.

(D) A guarantee of repayment from a person or corporation of demonstrated liquid net worth, connected by significant ownership interest to the Contractor.

(E) Title to identified Contractor assets of adequate worth.

(ii) Paragraph (f) of the clause at FAR 52.232-32 does not apply to the extent that the Contractor and the Contracting Officer agree on alternative forms of security. In the event the Contractor fails to provide adequate security, as required in this contract, no financing payment will be made under this contract. Upon receipt of adequate security, financing payments will be made, including all previous payments to which the Contractor is entitled, in accordance with the terms of the provisions for contract financing. If at any time the Contracting Officer determines that the security provided by the Contractor is insufficient, the Contractor shall promptly provide such additional security as the Contracting Officer determines necessary. In the event the Contractor fails to provide such additional security, the Contracting Officer may collect or liquidate such security that has been provided and suspend further payments to the Contractor;

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION I
CONTRACT CLAUSES

and the Contractor shall repay to the Government the amount of unliquidated financing payments as the Contracting Officer at his sole discretion deems repayable.

(End of clause)

## DFARS 252.237-7023: Continuation of Essential Contractor Services (OCT 2010)

(a) *Definitions*. As used in this clause—

(1) "Essential contractor service" means a service provided by a firm or individual under contract to DoD to support mission-essential functions, such as support of vital systems, including ships owned, leased, or operated in support of military missions or roles at sea; associated support activities, including installation, garrison, and base support services; and similar services provided to foreign military sales customers under the Security Assistance Program. Services are essential if the effectiveness of defense systems or operations has the potential to be seriously impaired by the interruption of these services, as determined by the appropriate functional commander or civilian equivalent.

(2) "Mission-essential functions" means those organizational activities that must be performed under all circumstances to achieve DoD component missions or responsibilities, as determined by the appropriate functional commander or civilian equivalent. Failure to perform or sustain these functions would significantly affect DoD's ability to provide vital services or exercise authority, direction, and control.

The Government has identified all or a portion of the Contractor services performed under this Contract as essential Contractor services in support of mission essential functions. The Contractor-provided services that have been determined to be essential Contractor services in support of mission-essential functions are listed in attachment L-28,

Mission-Essential Contractor Services, dated July 29, 2020.

(b) The Contractor shall provide a written plan for continuing the performance of essential Contractor services identified in paragraph (a) this section during a crisis.

(1) The Contractor shall identify in the plan the provisions made for the acquisition of essential personnel and resources, if necessary, for continuity of operations for up to 30 days or until normal operations can be resumed;

(2) The plan must, at a minimum, address-

(i) Challenges associated with maintaining essential Contractor services during an extended event, such as a pandemic that occurs in repeated waves;

(ii) The time lapse associated with the initiation of the acquisition of essential personnel and resources and their actual availability on site;

(iii) The components, processes, and requirements for the identification, training, and preparedness of personnel who are capable of relocating to alternate facilities or performing

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

work from home;

(iv) Any established alert and notification procedures for mobilizing identified "essential Contractor service" personnel; and

(v) The approach for communicating expectations to Contractor employees regarding their roles and responsibilities during a crisis.

(3) The Contractor shall maintain and update its plan as necessary and adhere to its requirements throughout the Contract term. The Contractor shall not materially alter the plan without the Contracting Officer's consent.

(4) As directed by the Contracting Officer, the Contractor shall participate in training events, exercises, and drills associated with Government efforts to test the effectiveness of continuity of operations procedures and practices.

(c) In the event the Contractor anticipates not being able to perform any of the essential Contractor services identified in paragraph (a) of this section during a crisis situation, the Contractor shall notify the Contracting Officer or other designated representative as expeditiously as possible and use its best efforts to cooperate with the Government in the Government's efforts to maintain the continuity of operations.

(d) The Government reserves the right in such crisis situations to use Federal employees of other agencies or contract support from other Contractors or to enter into new contracts for essential Contractor services. Any new contracting efforts would be conducted in accordance with OFPP letter, "Emergency Acquisitions" May 2007 and FAR and DFARS Subparts 18 and 218, respectively, or any other subsequent emergency guidance issued.

(e) Changes. The Contractor shall segregate and separately identify all costs incurred in continuing performance of essential services in a crisis situation. The Contractor shall notify the Contracting Officer of an increase or decrease in costs within ninety days after continued performance has been directed by the Contracting Officer, or within any additional period that the Contracting Officer approves in writing, but not later than the date of final payment under the contract. The Contractor's notice shall include the Contractor's proposal for an equitable adjustment and any data supporting the increase or decrease in the form prescribed by the Contracting Officer. The parties shall negotiate an equitable price adjustment to the contract price as soon as is practicable after receipt of the Contractor's proposal.

(f) The contractor shall include the substance of this clause, including this paragraph (f), in subcontracts for the essential services.

(End of Clause)

**DFARS 252.242-7005 Contractor Business Systems (FEB 2012)**

**DFARS 252.243-7001 Pricing of Contract Modifications (DEC 1991)**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT CLAUSES

**DFARS 252.243-7002 Requests for Equitable Adjustment (DEC 2012)**

**DFARS 252.244-7000 Subcontracts for Commercial Items (OCT 2020)**

**DFARS 252.244-7001 Contractor Purchasing System Administration (MAY 2014)**

**DFARS 252.247-7023 Transportation of Supplies by Sea-Basic (FEB 2019)**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## J.1. List of Attachments:

J-1   Definitions
J-2   Acronyms
J-3   Website Links
J-4   Military Treatment Facility (MTF) Sites
J-5   Award Fee Plan
J-6   US Coast Guard (USCG) Sites
J-7   Wage Determinations Revision List
J-8   Small Business Subcontracting Plan

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION J**
**ATTACHMENT J-1 – Definitions**

**703 (or 703b):** Refers to FY08 NDAA, section 703 that expanded Federal Ceiling Prices to the retail network.  See "Federal Ceiling Prices."

**Accurate:** Containing all information and void of omitted information; note that clinical and financial records may not always match and may need to be adjusted independently

**Accurate Clinical Record:** Contains all prescriptions dispensed to patients and the actual quantities dispensed; includes medication shipped, even if reported missing by patient

**Accurate Financial Record:** Correct accounting of the costs paid by patients and by the Government; accounts for reversals of fees and copays and other financial adjustments

**Active User:** Any beneficiary using the TRICARE pharmacy benefit under this contract.

**Agent:** Pharmaceuticals and supplies covered by the TRICARE Pharmacy benefit, as determined by the DoD P&T Committee.

**Administrative Review/Override:** Any non-clinical review.  Includes automated reviews conducted in the adjudication process, profile reviews conducted prior to issuing an override code in response to certain types of edits, and system-generated prior authorizations and medical necessity determinations resulting from an MTF dispensing.

**Authorized Generic:** Any drug approved by the FDA under a NDA that is marketed, sold or distributed under different labeling, packaging, product code, labeler code, trade name or trade mark than the listed (i.e., brand name) drug (21 USC §355).  Authorized Generics as defined and maintained by the FDA will be treated as brand name drugs, unless specified by the DoD P&T Committee.

**Backorder:** All products within a drug, strength and form not available from the National Prime Vendor or through commercial vendors to the Contractor for the fulfillment of DoD prescriptions.

**Base Period of Performance:** Runs from the intial start date of transition in until the start of pharmacy services.  Can be found in Section F. Also referred to as "Initial Period of Performance", "Transition-In", "Start of transition" and "Start-up".

**Basic Core Formulary:** The Basic Core Formulary (BCF) is a list of medications required to be on formulary at all full-service military treatment facilities (MTFs). BCF medications are intended to meet the majority of the primary care needs of DoD beneficiaries. BCF status has no impact on cost-sharing at other points of service

**Brand Name Drugs:**  A brand name drug is a drug marketed under a proprietary, trademark-protected name. Brand name drugs are usually approved by the FDA under a NDA or a BLA.  Also see "Authorized Generics."

**Branded Generic:** A generic drug, as approved by the FDA under an ANDA, which has a proprietary name.  Branded Generics as maintained by the FDA (i.e., Orange Book)  and will be treated as generic drugs, unless specified by the DoD P&T Committee.

**Business day:** Any day in which the contractor's relevant operations are staffed.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# ATTACHMENT J-1 – Definitions

**Clarification:** Any out-reach to the provider to verify prescription information for completeness, accuracy, legibility and appropriate dosing or other clinical/safety aspects. Examples of necessary information include: prescription information such as drug name and strength, package size, directions, refills, quantity, prescription date, provider's name and provider's signature or beneficiary information such as address, DOB or patient name.

**Confirmed Breach:** An incident in which it is known that unauthorized access could occur. For example, if a laptop containing PII/PHI is lost and the contractor knows that the PII/PHI is unencrypted, then the contractor should classify and report the incident as a confirmed breach, because unauthorized access could occur due to the lack of encryption (the contractor knows this even without knowing whether or not unauthorized access to the PII/PHI has actually occurred). If the laptop is subsequently recovered and forensic investigation reveals that files containing PII/PHI were never accessed, then the possibility of unauthorized access can be ruled out, and the contractor should re-classify the incident as a non-breach incident.

**Continuity of Care:** Efforts taken to ensure care is provided without gaps in therapy due to limited medication access, benefit rejects or other barriers that may prevent the patient receiving the appropriate medication for the intended diagnosis.

**Contract award:** Block 28 on SF-33

**Clinical Review:** Review conducted in response to a request for prior authorization or medical necessity, prompted by submission of the appropriate form (to include electronic methods) from the prescriber or beneficiary or a telephonic inquiry from the prescriber. Appropriateness is determined relative to criteria established by P&T or contractor-developed criteria approved by the government.

**Cybersecurity Incident:** A violation or imminent threat of violation of computer security policies, acceptable use policies, or standard security practices, with respect to electronic PII/PHI. A cybersecurity incident may or may not involve a breach of PII/PHI. For example, a malware infection would be a possible breach if it could cause unauthorized access to PII/PHI. However, if the malware only affects data integrity or availability (not confidentiality), then a non-breach cybersecurity incident has occurred.

**Day:** Unless otherwise specified, a calendar day, as defined in FAR 2.101.

**DHA Privacy Office:** DHA Privacy and Civil Liberties Office. The DHA Privacy Office Chief is the HIPAA Privacy and Security Officer for DHA, including the National Capital Region Medical Directorate (NCRMD).

**Direct Member Reimbursement (DMR):** Beneficiary request for reimbursement of an agent. See TOM Chapter 23, Section 3 for additional information.

**DoD Benefit Number (DBN):** A unique identifier assigned to a beneficiary based on association with a DoD sponsor and used to determine benefits. DoD beneficiaries who have multiple sponsors will be assigned unique DBNs for each relationship (DoDI 6040.45). It is typically 11 digits.

**DoD Identification Number (DOD ID):** A unique 10-digit identifier assigned to each person who has a record in the DEERS database, including all military personnel, family members, employees, most contractors. The DoD identification number identifies the individual in all interactions with DoD. Also known as the EDI-PI (DoDI 6040.45).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION J**
**ATTACHMENT J-1 – Definitions**

**Dual eligible beneficiaries:** TRICARE beneficaries who also have Medicare Parts A and B.

**Dynamic linking:** A process to connect various patient idenfication numbers (e.g., patient/sponsor SSN, DBN, DoD ID) to a single patient profile, including claims history and clinical reviews, in instances when patients are detached from one sponsor and reestablished under another separate sponsor.  Examples include, but are not limited do, a beneficiary divorcing one TRICARE sponsor and marrying a different TRICARE sponsor, retirement of an active duty member who becomes the dependent of the active duty member spouse, or a dependent of a TRICARE sponsor who becomes his/her own sponsor.

**Electronic Claim:** Any claim received through electronic submission or other digital media, including batch claims.

**Extended Core Formulary:** The Extended Core Formulary (ECF) includes medications in therapeutic classes that are used to support more specialized scopes of practice than those on the Basic Core Formulary (BCF). ECF status has no impact on cost-sharing at other points of service.

**Federal Ceiling Price (FCP):** Pricing provisions of pharmaceuticals dispensed at retail pharmacies as outlined in 38 USC §8126 and 10 USC §1074g(f) and applied as described in 32 CFR 199.21(q). Manufacturers that do not sign the Retail Refund Pricing Agreement for specific pharmaceuticals are considered non-compliant with FCP (Non-FCP compliant).

**Non -FCP compliant; Retail Exclusion:** Specific drugs of manufacturers that do not sign the Retail Refund Pricing Agreement.

**Generic Drugs:**  A drug containing the identical amounts of active ingredient(s) as the reference brand drug and has been evaluated as "therapeutically equivalent" and expected to have equal effects and no difference when substituted for the brand product.  Generic drugs are approved by the FDA under an Abbreviated New Drug Application (ANDA) and are proven to be bioequivalent to an innovator drug. Also see "Branded Generics".

**In writing:** Any means of notification as authorized by the beneficiary, including but not limited to, email, secure messaging, or a letter delivered via a common carrier.

**Initial Period of Performance:** A time frame in which the incoming contractor completes the phase-in transition activities during the outgoing contractor's last Option Period.  Also referred to as "Base Period of Performance", "Start of transition" and "Start-up".

**Innovator drug:** New agent approved by the FDA under a New Drug Application (NDA) or Biologic License Application (BLA).  The NDA innovator drug is further defined by their chemical types, to include, but not limited to, new molecular entity, new active ingredients, new dosage formulations, new combinations and dosage formulation. The Innovator Drug program is explained in the August 2015 DoD Pharmacy & Therapeutics (P&T) Committee meeting minutes.

**Intervention:** Any out-reach to the provider to request initial or additional information regarding prior authorization, medical necessity or quantity restrictions to confirm clinical and/or safety criteria.

**Line-extension:** A follow-on product that has the same FDA-approved indication as the parent drug and is from the same manufacturer.  Line extensions may also include products with different release

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION J
## ATTACHMENT J-1 – Definitions

properties from the parent drug, for example, an immediate release preparation subsequently FDA-approved as a sustained release or extended release formulation, available from the same manufacturer as the parent drug. The line extension definition is outlined in the May 2014 and November 2016 DoD P&T Committee minutes.

**Medical Necessity (MN):** A request to demonstrate medical need for a Non-Formulary medication. If approved at retail or mail order, the beneficiary will receive a non-formulary medication at the appropriate tier formulary copay. At the MTF, an approval will allow access to the medication. MNs are categorized as a type of Clinical Review under this contract.

**Non-formulary (NF) agent: A higher** cost-share tier of agents based on reduced relative clinical effectiveness and cost effectiveness compared to other agents. Cost-share may be reduced with an approved Medical Necessity. These agents are generally not available at MTFs without a Medical Necessity.

**Non-preferred agent:** Generally agents that require an approved prior authorization or prior history of a preferred agent. Non-formulary agents are usually considered non-preferred.

**Non-replenishable (non-replenished):** Medications or supplies that are not available from the National Prime Vendor (NPV) to replace contractor's stock dispensed for a TRICARE prescription, due to limited distribution or NPV contract limitations This is not the same as "Unreplenishable."

**Not covered:** Agent in a therapeutic class determined by the DoD P&T Committee as not to have a significant, clinically meaningful therapeutic advantage in terms of safety, effectiveness, or clinical outcome over other pharmaceutical agents (32 CFR 199.21(a)(3)(ii)). Also includes items not covered under the pharmacy benefit (eg, cosmetic). Not covered agents are not available for cost-share.

**Paper Claim:** A non-electronic claim request for reimbursement, usually by the beneficiary (also known as a direct member reimbursement (DMR) claim), but can also be by the pharmacy. See TOM Chapter 23, Section 3 for additional information.

**Possible Breach:** An incident where the possibility of unauthorized access is suspected (or should be suspected) and has not been ruled out. For example, if a laptop containing PII/PHI is lost, and the contractor does not initially know whether or not the PII/PHI was encrypted, then the incident must initially be classified as a possible breach, because it is impossible to rule out the possibility of unauthorized access to the PII/PHI. In contrast, that possibility can be ruled out immediately, and a possible breach has not occurred, when misdirected postal mail is returned unopened in its original packaging. However, if the intended recipient informs the contractor that an expected package has not been received, then a possible. A possible breach is breach exists until and unless the unopened package is returned to the contractor.

**Preauthorization:** Specific type of clinical review relating to the availability of certain medications through the retail pharmacy network under Federal Ceiling Price restrictions described under 32 C.F.R. 199.21(q)(2).

**Preferred agent:** Agents which generally do not require a prior authorization or prior history of use.

**Prior Authorization (PA):** See TOM, Appendix A.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION J
## ATTACHMENT J-1 – Definitions

**Replenished (replenishment):** Process by which the Contractor orders agents from the National Prime Vendor (NPV) to replace stock dispensed by prescription to an eligible TRICARE beneficiary.

**Run-off Claims:** Claims received at the outgoing contractor's facility prior to the start of pharmacy services of the incoming contractor. The outgoing contractor should process all run-off claims and forward all claims received on or after the new contract's service delivery start date to the new contractor.

**Start of pharmacy services:** The beginning of Option Period 1, which occurs after the base period of performance, or transition-in, is complete. Also referred to as "Start Date."

**System Availability Calculation**: The following terms are referenced in M030, Pharmacy Transaction Processing Report.

- **Total Time In Reporting Period (Total Time):** Total number of minutes in the month for which data is reported
- **Downtime:** The amount of time, expressed in minutes, that the claims processing system is not available
  - **External Downtime:** Amount of time the claims processing system or interface outside the Conractor's control is unavailable due (eg, DMDC, DISA). Includes both scheduled and unscheduled outages, expressed in minutes.
  - **Contractor Downtime:** Amount of time a claims processing system or interface within the Contractor's control is unavailable. Includes both scheduled and unscheduled downtime, measured in minutes
- **Concurrent Contractor and External Downtime (Concurrent Downtime):** Overlapping downtime between both the Contractor's system and/or connections and external systems. When both systems are "down" at the same time, such as during a scheduled maintenance window, the overlap is counted once (eg, both DMDC and the Contractor were down for maintenance from 12:01 AM PST to 1 AM PST, resulting in 60 minutes of concurrent downtime).
- **Net Contractor Downtime:** Downtime attributed to the Contractor after subtracting Concurrent Downtime, expressed in minutes
- **Adjusted Total Time:** Defined as the Total Time in the Reporting Period minus external downtime, measured in minutes. The denominator in the system availability calculation.
- **Constractor System Availability:** Adjusted Total Time minus Net Contractor Downtime. The numerator in the system availability calculation.

**Utilization Management:** Efficient management of access to care or drug therapies utilizing available benefit design tools. These may include quantity limits, prior authorizations, step therapy, and other activities to ensure appropriate care while minimizing costs.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION J
## ATTACHMENT J-2 – Acronym List

*Note: Acronyms are generally referenced in Section C. Where an acronym is primarily used in another section of the contract, the contract section appears after the name.*

ABA – American Banking Association (G)

ACHC – Accreditation Commission for Health Care

ADP – Automated Data Processing

ADSM – Active Duty Service Member

AFRICOM – United States Africa Command

AHLTA – Armed Forces Health Longitudinal Technology Application

AIS – Automated Information System

ANDA – Abbreviated New Drug Application

API(s) – Application Programming Interface(s)

APO – Army Post Office

AQL – Acceptable Quality Level (L)

ART – Assistance Reporting Tool

ARU – Automated Response Unit

ASAP – American Society for Automation in Pharmacy

ASAP – Automated Standard Application Payment System (G)

AWP – Average Wholesale Price

B2B – Business-to-Business Gateway

BAP – Beneficiary Advisory Panel

BCACs – Beneficiary Counseling and Assistance Coordinators

BCF – Basic Core Formulary

BLA – Biologic License Application

BPA – Blanket Purchase Agreements

BSR – Beneficiary Service Representative (M)

CAC – Common Access Card

CC&D – Catastrophic Cap and Deductible

CCDD – Catastrophic Cap and Deductible Database

CDC – Centers for Disease Control

CDD – Certificate of Data Destruction

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION J
## ATTACHMENT J-2 – Acronym List

CDR – Clinical Data Repository

CDRL – Contract Data Requirements List

CENTCOM – United States Central Command

CFR – Code of Federal Regulations

CHCBP – Continued Heath Care Benefits Program

CHCS – Composite Health Care System

CHDR – Clinical Data Repository/Health Data Repository

CIT – Continuous Integrated Testing

CLIN – Contract Line Item Number

CMS – Center for Medicare and Medicaid Services

CO – Contracting Officer

COB – Coordination of Benefits

COOP – Continuity of Operations Plan

COR – Contracting Officer's Representative

CPAR – Contract Performance Assessment Report (L)

CPPA – Center for Pharmacy Practice Accreditation

CRC – Contractors Resource Center (G)

CRM – Contract Resource Management (G)

CSA – Clinical Support Agreement

CSR – Customer Service Representative (M)

DAPA – Distribution and Pricing Agreements

DAW – Dispense as Written

DBN – DoD Benefits Number

DEA – Drug Enforcement Agency

DEERS – Defense Enrollment Eligibility Reporting System

DFARS – Defense Federal Acquisition Regulation Supplement

DHA – Defense Health Agency

DHMSM – Defense Healthcare Management Systems Modernization

DISA – Defense Information Systems Agency

DLA–TS – Defense Logistics Agency Troop Support

DMDC – Defense Manpower Data Center

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## SECTION J
## ATTACHMENT J-2 – Acronym List

DMR – Direct Member Reimbursement

DOB – Date of Birth

DoD – Department of Defense

DoDACC – Depart of Defense Activity Address Code (G)

DoDI – Department of Defense Instruction

DoD ID – Department of Defense Identification

DPO – Diplomatic Post Office

DPP – Deployment Prescription Program

DS Logon – DoD Self–service Logon

DSA – Data Sharing Agreement

DSCP – Defense Supply Center, Philadelphia (G)

DTM – Directive-Type Memorandum (H)

DT&E – Developmental Testing and Evaluation

DUA – Data Use Agreement

DUNS – Data Universal Numbering System (G)

DUR – Drug Utilization Review

DVA – Department of Veterans Affairs

ECF – Extended Core Formulary

EFT – Electronic Funds Transfer (G)

E/HPC – Enrollment/Health Plan Code (G)

EHR – Electronic Health Record

EI – Enterprise Infrastructure

EMC – Electronic Media Claim (G)

EOB – Explanation of Benefits

EOP – Explanation of Payment (H)

ePA – Electronic Prior Authorizations

eSRS – Electronic Subcontract Reporting System (M)

EUCOM – United States European Command

FAPIIS – Federal Awardee Performance and Integrity Information System (M)

FAR – Federal Acquisition Regulation

FCP – Federal Ceiling Price

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION J

## ATTACHMENT J-2 – Acronym List

FDA – Food and Drug Administration

FDB – First Databank

FHP&R – Force Health Protection & Readiness

FI – Fiscal Intermediary (G)

FOIA – Freedom of Information Act

FPO – Fleet Post Office

FR – Federal Register

FRB – Federal Reserve Bank (G)

FSS – Federal Supply Schedule

FST – Formulary Search Tool

FTDTL – Forensic Toxicology Drug Testing Laboratory

FY – Fiscal Year

GAAP – Generally Accepted Accounting Principles (I)

GAO – Government Accountability Office (L)

GIQD – General Inquiry to DEERS

GCN – Generic Code Number

HA – Health Affairs

HDR – Health Data Repository

HHS – Health and Human Services

HIPAA – Health Insurance Portability and Accountability Act

HIT – Home Infusion Therapy

HL7IMM – Health Level 7 Immunizations

HUBZone – Historically Underutilized Business Zone (L)

I&O – Infrastructure and Operations Division

IA – Information Assurance

ICD – Interface Control Document

ICN – Internal Control Number (H)

IHS – Indian Health Service

INDOPACOM – United States Indo–Pacific Command

IPT(s) – Integrated Product Team(s) (H)

IRO – Independent Review Official (L)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

LEPS – Legacy Electronic Prescribing Solution (L)

LIMS – Laboratory Information Management System

LPO – Locally Processing Office (G)

MAJCOM – Major Command (includes AFRICOM, CENTCOM, EUCOM, INDOPACOM, NORTHCOM, SOUTHCOM)

MC-CD – Managed Care-Contracting Division (G)

MCSC – Managed Care Support Contractor

MHS – Military Health System

MMC – Medical Master Catalog

MME – Morphine Milligram Equivalents

MN – Medical Necessity

MOP – Mail Order Pharmacy

MOU – Memorandum of Understanding

MPPP – Market Price Pharmaceutical Program

MTFs – Military Treatment Facilities

NABP – National Association of Boards of Pharmacy

NAICS – North American Industry Classification System

NCC–MERP – National Coordinating Council for Medication Error Reporting and Prevention

NCPDP – National Council for Prescription Drug Programs

NDA – New Drug Application

NDAA – National Defense Authorization Act

NDC – National Drug Code

NF – Non–formulary

NIST – National Institute of Standards and Technology

NORTHCOM – United States Northern Command

NPV – National Prime Vendor

OCI – Organizational Conflict of Interest (H)

OHI – Other Health Insurance

OHI/SIT – Other Health Insurance Standard Insurance Table

OMB – Office of Management and Budget

OSD – Office of the Secretary of Defense

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## ATTACHMENT J-2 – Acronym List

OT&E – Operational Testing and Evaluation

OTC – Over-the-counter

P&T – DoD Pharmacy and Therapeutics Committee

PA – Prior Authorization

PBM – Pharmacy Benefit Management/Manager

PCM – Primary Care Manager

PCO – Procuring Contracting Officer (L)

PDMP – Prescription Drug Monitoring Program

PDW – Pharmacy Data Warehouse

PHI – Protected Health Information

PHS – Public Health Service

PIA – Privacy Impact Assessment

PII – Personally Identifiable Information

PIIA – Payment Integrity Information Act (H)

PMP – Prescription Monitoring Program

PMPM – Per Member Per Month (G)

POC – Point of Contact

POD – Pharmacy Operations Division

PoP – Period of Performance (F)

POSC – Pharmacy Operations Support Contract

PPI – Past Performance Information (L)

PPIRS – Past Performance Information Retrieval System (L)

ProDUR – Prospective Drug Utilization Review

PSF – Professional Service Fee (G)

PWS – Performance Work Statement

RPC – Retail Pharmacy Claims (F)

RTN – Routing Number (G)

SAM – System of Award Management (K)

SBCC – Service Branch Classification Code (G)

SCA – Service Contract Act (L)

SDB – Small Disadvantaged Business (L)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# SECTION J
## ATTACHMENT J-2 – Acronym List

SDD – Solutions Delivery Division

SDVOSB – Service Disabled Veteran Owned Small Business (L)

SF – Standard Form (L)

SFTP – Secure file transfer protocol

SLA – Service Level Agreement (L/M)

SOC1 – Service Organization Control Report (G)

SOE – State of Emergency

SOO – Statement of Objectives

SORN – System of Records Notice

SOUTHCOM – United States Southern Command

SOW – Statement of Work

SP – Special Publication

SPC – Special Processing Code (G)

SSA – Source Selection Authority (M)

SSAC – Source Selection Advisory Council (M)

SSAE – Statement on Standards for Attestation Engagements (G)

SSEB – Source Selection Evaluation Board (M)

SSN – Social Security Number

TED(s) – TRICARE Encounter Data

TEDS – TRICARE Encounter Data System

TEPRV – TRICARE Encounter Provider record

TFL – TRICARE for Life

TIN – Taxpayer Identification Number

TMDS – Theater Medical Data Store

TMIP – Theater Medical Information Program

TMOP – TRICARE Mail Order Pharmacy

TOM – TRICARE Operations Manual

TPharm – TRICARE Pharmacy Program/Contract

TPM – TRICARE Policy Manual

TRI – TEDS Record Indicator

TRM – TRICARE Reimbursement Manual

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION J**
**ATTACHMENT J-2 – Acronym List**

TROOP – True Out-Of-Pocket expenses

TSM – TRICARE Systems Manual

UF – TRICARE Uniform Formulary

URAC – Utilization Review Accreditation Commission

US CERT – United States Computer Emergency Readiness Team

USC – United States Code

USTF – Uniformed Services Treatment Facility

VPN – Virtual Private Network

WAC – Wholesale Acquisition Cost (G/H)

WAWF – Wide Area Workflow (G)

WOSB – Woman-Owned Small Business (B)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION J**
**ATTACHMENT J-3 – Websites Referenced in RFP**

## Version 2 – March 2023

| Line | Description | Link Address |
|------|-------------|--------------|
| 1 | DoD P&T Committee Meeting Minutes | https://www.health.mil/Military-Health-Topics/Access-Cost-Quality-and-Safety/Pharmacy-Operations/DOD-PT-Committee/Meeting-Minutes |
| 2 | Deployment Prescription Program | https://health.mil/dpp |
| 3 | DoD P&T Committee | https://health.mil/pandt |
| 4 | TRICARE Pharmacy Costs | www.tricare.mil/pharmacycosts |
| 5 | Beneficiary Advisory Panel | https://health.mil/bap |
| 6 | Centers for Disease Control (CDC): Vaccines and Immunizations | http://cdc.gov/vaccines |
| 7 | TRICARE: Immunizations | https://www.tricare.mil/CoveredServices/IsItCovered/Immunizations |
| 8 | DoD P&T Committee | https://health.mil/PandT |
| 9 | IT Accessibility Laws and policies: Section 508 | https://www.section508.gov/manage/laws-and-policies |
| 10 | TRICARE Website | https://tricare.mil/ |
| 11 | TRICARE Manuals | https://manuals.health.mil/ |
| 12 | DHA E-Commerce Extranet (CDRL Submission) | https://dha-ecommerce.csd.disa.mil/home.cfm |
| 13 | DHA Privacy Office Standard Contract Language | https://health.mil/Reference-Center/Forms/2020/10/27/DHA-Privacy-Office-Standard-Contract-Language |
| 14 | TRICARE Website: Pharmacy Copays | www.tricare.mil/pharmacycosts |
| 15 | DLA Troop Support Discrepancy Mailbox | PPVdiscrepancy@dla.mil |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION J
ATTACHMENT J-4 Military Treatment Facility (MTF) Sites

| REGION | DOD CHAIN CODE | CHCS HOST NAME | SITE NAME | POTS PHARMACY NAME | NCPDP | NPI | SERVICE BRANCH | SERVICE COMMAND | PHARMACY CITY | PHARMACY STATE | MTF MARKET TYPE | MTF MARKET NAME | Permit DMIS ID | DMIS ID | DMIS Facility Name | FACILITY TYPE CODE | ZIP CODE | eRx STE? | eRx FAX NUMBER | STATUS | PASS COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION J
ATTACHMENT J-4 Military Treatment Facility (MTF) Sites

| REGION | DOD CHAIN CODE | CHCS HOST NAME | SITE NAME | POTS PHARMACY NAME | NCPDP | NPI | SERVICE BRANCH | SERVICE COMMAND | PHARMACY CITY | PHARMACY STATE | MTF MARKET TYPE | MTF MARKET NAME | Parent DMIS ID | DMIS ID | DMIS Facility Name | FACILITY TYPE CODE | ZIP CODE | eRx SITE? | eRx FAX NUMBER | STATUS | PASS COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| West | 70A | FT. BLISS | FT. BLISS | DoD FT BLISS RXNMFC ePhcy | 5911854 | 1609289016 | ARMY | RHC-C | EL PASO | TX | LARGE MARKET | EL PASO | 0108 | 0108 | WILLIAM BEAUMONT AMC-FT. BLISS | HOSP | 79920 | YES | 7197424488 | ACTIVE | 10/16/15: Per Rose Richard Cisneros at Ft. B iss requested name change from DoD FT BLISS ePhcy to DoD FT BLISS |
| East | 70B | FT. BLISS | WHITE SANDS MISSILE RANGE | DoD WHITE SANDS MR ePhcy | 1212711 | 1952716896 | ARMY | RHC-C | WHITE SANDS MR | NM | LARGE MARKET | EL PASO | 0108 | 0327 | AHC MCAFEE-WHITE SANDS MSL RAN | CLINIC | 88002 | YES | 5756743620 | ACTIVE | |
| East | 70B | FT. BLISS | WHITE SANDS MISSILE RANGE PHCY | WHITE SANDS MISSILE RANGE PHCY | 3210224 | 1780783134 | ARMY | RHC-C | WHITE SANDS MR | NM | LARGE MARKET | EL PASO | 0108 | 0327 | AHC MCAFEE-WHITE SANDS MSL RAN | CLINIC | 88002 | | | ACTIVE | |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG CBPCY PH PHCY | 3498444 | 1912204405 | ARMY | RHC-A | FAYETTEVILLE | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 6105 | CBMH FAYETTEVILLE-BRAGG | CLINIC | 28314 | | | ACTIVE | |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG CLARK HC PHCY | 3458452 | 1508163098 | ARMY | RHC-A | HOPE MILLS | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 6106 | CBMH HOPE MILLS-BRAGG | CLINIC | 28348 | | | ACTIVE | |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG CLARK HC PHCY | 3437515 | 1518064369 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 7294 | CLARK CLINIC-BRAGG | CLINIC | 28310 | | | ACTIVE | |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG ED DC PHCY | 3471620 | 1033775110 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 0089 | AMC-WOMACK-BRAGG | HOSP | 28310 | | | ACTIVE | 5/31/19: New MTF Pharmacy - RVM |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG INPAT NEW WAMC PHCY | 3437464 | 1376642660 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 0089 | AMC-WOMACK-BRAGG | HOSP | 28310 | | | ACTIVE | |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG JOEL HC PHCY | 3437503 | 1447359732 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 7296 | JOEL CLINIC-BRAGG | CLINIC | 28310 | | | ACTIVE | |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG LINDEN OAKS PHCY | 3465324 | 1932577368 | ARMY | RHC-A | CAMERON | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 6107 | CBMH LINDEN OAKS-BRAGG | CB-CLN | 28326 | | | ACTIVE | N/ /15: New Ft Bragg Pharmacy - RVM |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG ONC NEW WAMC PHCY | 3437452 | 1609073452 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 0089 | AMC-WOMACK-BRAGG | HOSP | 28310 | | | ACTIVE | |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG OP NEW WAMC PHCY | 3437476 | 1285733576 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 0089 | AMC-WOMACK-BRAGG | HOSP | 28310 | | | ACTIVE | 5/31/19: New MTF Pharmacy - RVM |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG PACU PHCY | 3437632 | 1536067471 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 0089 | AMC-WOMACK-BRAGG | HOSP | 28310 | | | ACTIVE | |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG ROBINSON HC PHCY | 3437488 | 1093814386 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 7143 | ROBINSON CLINIC-BRAGG | CLINIC | 28310 | | | ACTIVE | |
| East | 2BA | FT. BRAGG | FT. BRAGG | BRAGG WOMACK ANNEX PHCY | 3466732 | 1891266708 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 0089 | AMC-WOMACK ANNEX-BRAGG | HOSP | 28307 | | | ACTIVE | 11/23/ 6: COL Raney wants pharmacy name to change to BRAGG WOMACK ANNEX PHCY - RVM, 10/20/2016 added |
| East | 2BB | FT. BRAGG | POPE ARMY AIRFIELD | DoD FT BRAGG ePhcy | 3463945 | 1912510772 | ARMY | RHC-A | FT. BRAGG | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 0089 | AMC-WOMACK-BRAGG | HOSP | 28310 | YES | 9105703371 | ACTIVE | |
| East | 2BB | FT. BRAGG | POPE ARMY AIRFIELD | POPE PHCY | 3437313 | 1467551754 | ARMY | RHC-A | FAYETTEVILLE | NC | LARGE MARKET | CENTRAL NORTH CAROLINA | 0089 | 6604 | TROOP & FAMILY MED CL-BRAGG | CLINIC | 28308 | | | ACTIVE | |
| East | 5AA | FT. CAMPBELL | FT. CAMPBELL | CAMPB # 10 TMC PHCY | 1832434 | 1457643231 | ARMY | RHC-A | FT. CAMPBELL | KY | SOUTHWESTERN KENTUCKY | 0060 | 7341 | BYRD HEALTH CLINIC-CAMPBELL | CLINIC | 42223 | | | ACTIVE | |
| East | 5AA | FT. CAMPBELL | FT. CAMPBELL | CAMPB # 5 TMC | 1825845 | 1871002418 | ARMY | RHC-A | FT. CAMPBELL | KY | SOUTHWESTERN KENTUCKY | 0060 | 1506 | AVIATION MEDICINE C-CAMPBELL | CLINIC | 42223 | | | ACTIVE | |
| East | 5AA | FT. CAMPBELL | FT. CAMPBELL | CAMPB CBPCC OE PHCY | 4443660 | 1891095154 | ARMY | RHC-A | FT. CAMPBELL | KY | SOUTHWESTERN KENTUCKY | 0060 | 6106 | CBMH-SCREAMING EAGLE-CAMPBELL | CLINIC | 37040 | | | ACTIVE | |
| East | 5AA | FT. CAMPBELL | FT. CAMPBELL | CAMPB INPAT PHCY | 1825922 | 1730288366 | ARMY | RHC-A | FT. CAMPBELL | KY | SOUTHWESTERN KENTUCKY | 0060 | 0060 | ACH-BLANCHFIELD-CAMPBELL | HOSP | 42223 | | | ACTIVE | |
| East | 5AA | FT. CAMPBELL | FT. CAMPBELL | CAMPB LHC PHCY | 1825883 | 1366549115 | ARMY | RHC-A | FT. CAMPBELL | KY | SOUTHWESTERN KENTUCKY | 0060 | 7337 | LA POINTE HLTH CLINIC-CAMPBELL | CLINIC | 42223 | | | ACTIVE | |
| East | 5AA | FT. CAMPBELL | FT. CAMPBELL | CAMPB MAIN OP PHCY | 1825946 | 1649379272 | ARMY | RHC-A | FT. CAMPBELL | KY | SOUTHWESTERN KENTUCKY | 0060 | 0060 | ACH-BLANCHFIELD-CAMPBELL | HOSP | 42223 | | | ACTIVE | |
| East | 5AA | FT. CAMPBELL | FT. CAMPBELL | CAMPB REFILL PHCY | 1825895 | 1114026747 | ARMY | RHC-A | FT. CAMPBELL | KY | SOUTHWESTERN KENTUCKY | 0060 | 0060 | ACH-BLANCHFIELD-CAMPBELL | HOSP | 42223 | | | ACTIVE | |
| East | 5AA | FT. CAMPBELL | FT. CAMPBELL | CAMPB TOWN CENTER PHCY | 1825934 | 1275630022 | ARMY | RHC-A | FT. CAMPBELL | KY | SOUTHWESTERN KENTUCKY | 0060 | 0060 | ACH-BLANCHFIELD-CAMPBELL | HOSP | 42223 | | | ACTIVE | |
| East | 5AA | FT. CAMPBELL | FT. CAMPBELL | DoD FT CAMPBELL ePhcy | 1834399 | 1215340401 | ARMY | RHC-A | FT. CAMPBELL | KY | SOUTHWESTERN KENTUCKY | 0060 | 0060 | ACH-BLANCHFIELD-CAMPBELL | HOSP | 42223 | YES | 2704123234 | ACTIVE | 9/23/19: Fax number changed to (270) 412-3234 |
| East | 5AB | FT. CAMPBELL | ROCK ISLAND | DoD ROCK ISLAND CC ePhcy | 1494640 | 1457816456 | ARMY | RHC-A | ROCK ISLAND | IL | STAND ALONE | NONE | 0060 | 0290 | AHC ROCK ISLAND-ARSENAL | CLINIC | 61299 | YES | 3097820553 | ACTIVE | |
| East | 5AB | FT. CAMPBELL | ROCK ISLAND | ROCK ISLAND MAIN CC PHCY | 1494638 | 1942783246 | ARMY | RHC-A | ROCK ISLAND | IL | STAND ALONE | NONE | 0060 | 0290 | AHC ROCK ISLAND-ARSENAL | CLINIC | 61299 | | | ACTIVE | |
| West | 7EA | FT. CARSON | BUCKLEY AFB | BUCKLEY AFB MAIN PHCY | 3616790 | 1932206786 | AIR FORCE | AFSPC | BUCKLEY ANGB | CO | LARGE MARKET | COLORADO | 7200 | 7200 | AF-C-460th MEDGRP-BUCKLEY | CLINIC | 80011 | | | ACTIVE | |
| West | 7EA | FT. CARSON | BUCKLEY AFB | DoD BUCKLEY ePhcy | 3623480 | 1265845036 | AIR FORCE | AFSPC | BUCKLEY ANGB | CO | LARGE MARKET | COLORADO | 7200 | 7200 | AF-C-460th MEDGRP-BUCKLEY | CLINIC | 80011 | YES | 7208475289 | ACTIVE | |
| West | 7EC | FT. CARSON | CARSON #10 TMC PHCY | CARSON #10 TMC PHCY | 0616613 | 1114026820 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 0032 | 7203 | TMC ROBINSON-CARSON | CLINIC | 80913 | | | ACTIVE | |
| West | 7EC | FT. CARSON | CARSON #9 TMC PHCY | CARSON #9 TMC PHCY | 0617540 | 1427157180 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 0032 | 7303 | TMC DIAMONDS-CARSON | CLINIC | 80913 | | | ACTIVE | |
| West | 7EC | FT. CARSON | CARSON INPAT PHCY | CARSON INPAT PHCY | 0616625 | 1588763239 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 0032 | 0032 | ACH EVANS-CARSON | HOSP | 80913 | | | ACTIVE | |
| West | 7EC | FT. CARSON | CARSON MAIN PHCY | CARSON MAIN PHCY | 0616637 | 1164016975 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 0032 | 0032 | ACH EVANS-CARSON | HOSP | 80913 | | | ACTIVE | |
| West | 7EC | FT. CARSON | CARSON MP PHCY | CARSON MP PHCY | 0623252 | 1154742583 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 0032 | 6123 | MOUNTAIN POST MED HOME-CARSON | CLINIC | 80915 | | | ACTIVE | 6199? MOUNTAIN POST BEHAVIORAL HC |
| West | 7EC | FT. CARSON | CARSON PREMIER PHARMACY | CARSON PREMIER PHCY | 0621363 | 1861623936 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 0032 | 6102 | PREMIER MEDICAL HOME-CARSON | CLINIC | 80907 | | | ACTIVE | |
| West | 7EC | FT. CARSON | CARSON SFCC PHCY | CARSON SFCC PHCY | 0621828 | 1316266539 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 0032 | 0032 | ACH EVANS-CARSON | HOSP | 80913 | | | ACTIVE | |
| West | 7EC | FT. CARSON | CARSON SRP PHCY | CARSON SRP PHCY | 0624999 | 1366988214 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 0032 | 0032 | ACH EVANS-CARSON | HOSP | 80913 | | | ACTIVE | |
| West | 7EC | FT. CARSON | CARSON WTU PHCY | CARSON WTU PHCY | 0622488 | 1720354679 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 0032 | 0032 | ACH EVANS-CARSON | HOSP | 80913 | | | ACTIVE | 1/25/17: [Rose] New MTF Pharmacy - RVM |
| West | 7EC | FT. CARSON | DoD FT CARSON ePhcy | DoD FT CARSON ePhcy | 0623478 | 1255744660 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 0032 | 0032 | ACH EVANS-CARSON | HOSP | 80913 | YES | 7195261755 | ACTIVE | |
| West | 7ED | FT. CARSON | PETERSON | DoD PETERSON ePhcy | 0623543 | 1932514171 | AIR FORCE | AFSPC | PETERSON | CO | LARGE MARKET | COLORADO | 0252 | 0252 | AF-C-21st MEDGRP-PETERSON | CLINIC | 80914 | YES | 7195561106 | ACTIVE | |
| West | 7ED | FT. CARSON | PETERSON | PETERSON PHCY | 0616788 | 1003369339 | AIR FORCE | AFSPC | PETERSON | CO | LARGE MARKET | COLORADO | 0252 | 0252 | AF-C-21st MEDGRP-PETERSON | CLINIC | 80914 | | | ACTIVE | |
| West | 7ERC | FT. CARSON | PIKES PEAK JOINT RPC | FT CARSON REFILL PROCESSING CENTER | 0623480 | 1841357692 | ARMY | RHC-C | FT. CARSON | CO | LARGE MARKET | COLORADO | 0032 | 0032 | EVANS ACH-FT. CARSON | HOSP | 80913 | | | ACTIVE | |
| West | 7ERC | FT. CARSON | PIKES PEAK JOINT RPC | PETERSON AFB REFILL PROCESSING CENTER | 0616794 | 1669579413 | AIR FORCE | AFSPC | PETERSON | CO | LARGE MARKET | COLORADO | 0252 | 0252 | AF-C-21st MEDGRP-PETERSON | CLINIC | 80914 | | | ACTIVE | |
| West | 7ERC | FT. CARSON | PIKES PEAK JOINT RPC | USAFA REFILL PROCESSING CENTER | 0618782 | 1750408508 | AIR FORCE | USAFA | USAF ACADEMY | CO | LARGE MARKET | COLORADO | 0033 | 0033 | AF-ASU-10th MEDGRP-ACADEMY | CLINIC | 80840 | | | ACTIVE | |
| West | 7EG | FT. CARSON | SCHRIEVER | DoD SCHRIEVER ePhcy | 0623555 | 1487060621 | AIR FORCE | AFSPC | SCHRIEVER AFB | CO | LARGE MARKET | COLORADO | 0252 | 1497 | AF-C-SCHRIEVER MED SQ-PETERSON | CLINIC | 80912 | YES | 7195674817 | ACTIVE | |
| West | 7EG | FT. CARSON | SCHRIEVER | SCHRIEVER PHCY | 0616763 | 1679672380 | AIR FORCE | AFSPC | SCHRIEVER AFB | CO | LARGE MARKET | COLORADO | 0252 | 1497 | AF-C-SCHRIEVER MED SQ-PETERSON | CLINIC | 80912 | | | ACTIVE | |
| West | 7EF | FT. CARSON | USAF ACADEMY | DoD USAFA COMMUNITY ePhcy | 0623581 | 1982110955 | AIR FORCE | USAFA | USAF ACADEMY | CO | LARGE MARKET | COLORADO | 0033 | 0033 | AF-ASU-10th MEDGRP-ACADEMY | CLINIC | 80840 | YES | 7193335094 | ACTIVE | |
| West | 7EF | FT. CARSON | USAF ACADEMY | USAFA CADET CLIN PHCY | 0616752 | 1114024983 | AIR FORCE | USAFA | USAF ACADEMY | CO | LARGE MARKET | COLORADO | 0033 | 0033 | AF-ASU-10th MEDGRP-ACADEMY | CLINIC | 80840 | | | ACTIVE | |
| West | 7EF | FT. CARSON | USAF ACADEMY | USAFA COMMUNITY PHCY | 0616764 | 1023115870 | AIR FORCE | USAFA | USAF ACADEMY | CO | LARGE MARKET | COLORADO | 0033 | 0033 | AF-ASU-10th MEDGRP-ACADEMY | CLINIC | 80840 | | | ACTIVE | |
| West | 7EF | FT. CARSON | USAF ACADEMY | USAFA MAIN OP PHCY | 0616536 | 1053419944 | AIR FORCE | USAFA | USAF ACADEMY | CO | LARGE MARKET | COLORADO | 0033 | 0033 | AF-ASU-10th MEDGRP-ACADEMY | CLINIC | 80840 | | | ACTIVE | |
| East | 1DA | FT. DRUM | DoD FT DRUM ePhcy | DoD FT DRUM ePhcy | 5810824 | 1053724807 | ARMY | RHC-A | FT. DRUM | NY | SMALL MARKET | UPSTATE NEW YORK | 0330 | 0330 | AHC GUTHRIE-DRUM | CLINIC | 13602 | YES | 3157720365 | ACTIVE | |
| East | 1DA | FT. DRUM | FT. DRUM | DRUM CONNOR TMC PHCY | 3311608 | 1336248798 | ARMY | RHC-A | FT. DRUM | NY | SMALL MARKET | UPSTATE NEW YORK | 0330 | 7113 | CTMC CONNOR-DRUM | CLINIC | 13602 | | | ACTIVE | |
| East | 1DA | FT. DRUM | FT. DRUM | DRUM MAIN PHCY | 3311521 | 1790882546 | ARMY | RHC-A | FT. DRUM | NY | SMALL MARKET | UPSTATE NEW YORK | 0330 | 0330 | AHC GUTHRIE-DRUM | CLINIC | 13602 | | | ACTIVE | |
| East | 1DA | FT. DRUM | FT. DRUM | DRUM WTU PHCY | 5804744 | 1780939103 | ARMY | RHC-A | FT. DRUM | NY | SMALL MARKET | UPSTATE NEW YORK | 0330 | 0330 | AHC GUTHRIE-DRUM | CLINIC | 13602 | | | ACTIVE | |
| East | 3DO | FT. GORDON | CAMP SHELBY | CAMP SHELBY TMC PHCY | 2585872 | 1609079336 | ARMY | RHC-A | HATTIESBURG | MS | STAND ALONE | NONE | 0047 | 1230 | CAMP SHELBY | HOSP | 39501 | | | ACTIVE | |
| East | 3DA | FT. GORDON | FT. GORDON | DoD FT GORDON ePhcy | 1165601 | 1225430948 | ARMY | RHC-A | FT. GORDON | GA | LARGE MARKET | AUGUSTA | 0047 | 0047 | AMC EISENHOWER-GORDON | HOSP | 30905 | YES | 7067787834 | ACTIVE | 7/12/17: Per Roger Williams changed service command from SRMC to RHC-A - RVM |
| East | 3DA | FT. GORDON | FT. GORDON | GORDON CONNELLY PHCY | 1146667 | 1215036983 | ARMY | RHC-A | FT. GORDON | GA | LARGE MARKET | AUGUSTA | 0047 | 7197 | CONNELLY HLTH CLIN-GORDON | CLINIC | 30905 | | | ACTIVE | |
| East | 3DA | FT. GORDON | FT. GORDON | GORDON OP PHCY | 1146643 | 1770504869 | ARMY | RHC-A | FT. GORDON | GA | LARGE MARKET | AUGUSTA | 0047 | 0047 | AMC EISENHOWER-GORDON | HOSP | 30905 | | | ACTIVE | |
| East | 3DC | FT. GORDON | SOUTHCOM | SOUTHCOM PHCY | 5722082 | 1366877108 | ARMY | RHC-A | DORAL | FL | STAND ALONE | NONE | 0047 | 0624 | SOUTHCOM-GORDON | CLINIC | 33172 | YES | 3054371149 | ACTIVE | 7/19/16: new pharmacy BN |
| East | 3DC | FT. GORDON | SOUTHCOM | SOUTHCOM PHCY | 1088815 | 1477652224 | ARMY | RHC-A | DORAL | FL | STAND ALONE | NONE | 0047 | 0624 | SOUTHCOM-GORDON | CLINIC | 33172 | | | ACTIVE | |
| East | 4EB | FT. HOOD | FT. HOOD | DoD FT HOOD ePhcy | 5911892 | 1124431117 | ARMY | RHC-C | FT. HOOD | TX | CENTRAL TEXAS | 0110 | 0110 | AMC DARNALL-HOOD | HOSP | 76544 | YES | 2542867963 | ACTIVE | |
| East | 4EB | FT. HOOD | FT. HOOD | HOOD BENNETT HC PHCY | 3510841 | 1255680642 | ARMY | RHC-C | FT. HOOD | TX | CENTRAL TEXAS | 0110 | 7136 | BENNETT HMC-HOOD | CLINIC | 76544 | | | ACTIVE | |
| East | 4EB | FT. HOOD | FT. HOOD | HOOD CBPCC CC PHCY | 3901702 | 1407605125 | ARMY | RHC-C | FT. HOOD | TX | CENTRAL TEXAS | 0110 | 6102 | CBMH-MONROE-HOOD | CLINIC | 76544 | | | ACTIVE | |
| East | 4EB | FT. HOOD | FT. HOOD | HOOD CBPCC HC PHCY | 3901687 | 1720571983 | ARMY | RHC-C | FT. HOOD | TX | CENTRAL TEXAS | 0110 | 1992 | MONROE-HOOD | CLINIC | 76544 | | | ACTIVE | |
| East | 4EB | FT. HOOD | FT. HOOD | HOOD KILLEEN HC PHCY | 3901685 | 1295025673 | ARMY | RHC-C | KILLEEN | TX | CENTRAL TEXAS | 0110 | 6112 | CBMH KILLEEN-HOOD | CLINIC | 76549 | | | ACTIVE | 8/20/18: NEW MTF PHCY - RVM |
| East | 4EB | FT. HOOD | FT. HOOD | HOOD MONROE TMC PHCY | 4519926 | 1588965757 | ARMY | RHC-C | FT. HOOD | TX | CENTRAL TEXAS | 0110 | 1992 | MONROE-HOOD | CLINIC | 76544 | | | ACTIVE | |
| East | 4EB | FT. HOOD | FT. HOOD | HOOD MONROE INPATIENT PHCY | 4510803 | 1932769841 | ARMY | RHC-C | FT. HOOD | TX | CENTRAL TEXAS | 0110 | 1992 | MONROE-HOOD | CLINIC | 76544 | | | ACTIVE | |
| East | 4EB | FT. HOOD | FT. HOOD | HOOD RIVPAC PHCY | 4519902 | 1699874946 | ARMY | RHC-C | FT. HOOD | TX | CENTRAL TEXAS | 0110 | 6102 | MONROE-HOOD | CLINIC | 76544 | | | ACTIVE | |
| East | 4EB | FT. HOOD | FT. HOOD | HOOD WTU PHCY | 3901711 | 1528340632 | ARMY | RHC-C | FT. HOOD | TX | CENTRAL TEXAS | 0110 | 0110 | AMC DARNALL-HOOD | HOSP | 76544 | | | ACTIVE | |
| West | 7FA | FT. HUACHUCA | FT. HUACHUCA | DoD FT HUACHUCA ePhcy | 0623543 | 1235266709 | ARMY | RHC-C | FT. HUACHUCA | AZ | STAND ALONE | NONE | 0109 | 0109 | RWBA HC-HUACHUCA | HOSP | 85613 | YES | 5205330444 | ACTIVE | |
| West | 7FA | FT. HUACHUCA | FT. HUACHUCA | HUACHUCA INPT PHCY | 0624184 | 1477517124 | ARMY | RHC-C | FT. HUACHUCA | AZ | STAND ALONE | NONE | 0109 | 0109 | RWBA HC-HUACHUCA | HOSP | 85613 | | | ACTIVE | |
| West | 7FA | FT. HUACHUCA | FT. HUACHUCA | HUACHUCA PV PHCY | 0624184 | 1477517124 | ARMY | RHC-C | FT. HUACHUCA | AZ | STAND ALONE | NONE | 0109 | 0109 | RWBA HC-HUACHUCA | HOSP | 85613 | | | ACTIVE | |
| West | 7HA | FT. IRWIN | FT. IRWIN | DoD FT IRWIN ePhcy | 5611751 | 1013331774 | ARMY | RHC-A | FT. IRWIN | CA | STAND ALONE | CALIFORNIA DESERT | 0131 | 0131 | ACH WEED-IRWIN | HOSP | 92310 | YES | 7603802322 | ACTIVE | |
| West | 7HA | FT. IRWIN | FT. IRWIN | IRWIN MAIN PHCY | 0530786 | 1104521050 | ARMY | RHC-A | FT. IRWIN | CA | STAND ALONE | CALIFORNIA DESERT | 0131 | 0131 | ACH WEED-IRWIN | HOSP | 92310 | | | ACTIVE | |
| East | 5BF | FT. KNOX | YUMA PROVING GROUND | DoD FT IRWIN ePhcy | 0323992 | 1478640961 | ARMY | RHC-A | YUMA | AZ | STAND ALONE | NONE | 0131 | 0061 | YUMA PROVING GROUND | HOSP | 85365 | YES | 9283283838 | ACTIVE | |
| East | 5BF | FT. KNOX | CAMP ATTERBURY | CAMP ATTERBURY PHCY | 1562669 | 1801039417 | ARMY | RHC-A | CAMP ATTERBURY | IN | STAND ALONE | NONE | 0061 | 0061 | AHC IRELAND-KNOX | HOSP | 46124 | | | ACTIVE | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION J
ATTACHMENT J-4 Military Treatment Facility (MTF) Sites

| REGION | DOD CHAIN CODE | CHCS HOST NAME | SITE NAME | PDTS PHARMACY NAME | NCPDP | NPI | SERVICE BRANCH | SERVICE COMMAND | PHARMACY CITY | PHARMACY STATE | MTF MARKET TYPE | MTF MARKET NAME | Parent DMIS ID | DMIS ID | DMIS Facility Name | FACILITY TYPE CODE | ZIP CODE | eRx SITE? | eRx FAX NUMBER | STATUS | PASS COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS   Document 12   Filed 06/17/25   Page 18 of 144 PageID #: 2073

SECTION J
ATTACHMENT J-4 Military Treatment Facility (MTF) Sites

| REGION | DOD CHAIN CODE | CHCS HOST NAME | SITE NAME | PDTS PHARMACY NAME | NCPDP | NPI | SERVICE BRANCH | SERVICE COMMAND | PHARMACY CITY | PHARMACY STATE | MTF MARKET TYPE | MTF MARKET NAME | Parent DMIS ID | DMIS ID | DMIS Facility Name | FACILITY TYPE CODE | ZIP CODE | eRx SITE? | eRx FAX NUMBER | STATUS | PASS COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Case 1:25-cv-00306-MRD-PAS Document 1-2 Filed 06/27/25 Page 189 of 1445 PageID

SECTION J
ATTACHMENT J-4 Military Treatment Facility (MTF) Sites

| REGION | DOD CHAIN CODE | CHCS HOST NAME | SITE NAME | PDTS PHARMACY NAME | NCPDP | NPI | SERVICE BRANCH | SERVICE COMMAND | PHARMACY CITY | PHARMACY STATE | MTF MARKET TYPE | MTF MARKET NAME | Parent DMIS ID | DMIS ID | DMIS Facility Name | FACILITY TYPE CODE | ZIP CODE | eRx SITE? | eRx FAX NUMBER | STATUS | PASS COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| West | 9DA | LOS ANGELES | LOS ANGELES | LOS ANGELES PHCY 61ST MDS | 0537918 | 1073612024 | AIR FORCE | AFSPC | LOS ANGELES | CA | SMALL MARKET | OS ANGELES | 0248 | 0248 | AF-C-61st MEDGRP-LOS ANGELES | CLINIC | 90245 | | | ACTIVE | |
| West | 7PA | LUKE | LUKE | DoD LUKE ePhcy | 0359124 | 1043627631 | AIR FORCE | AETC | LUKE | AZ | STAND ALONE | NONE | 0009 | 0009 | AF-C-56th MEDGRP-LUKE | CLINIC | 85309 | YES | 6238563616 | ACTIVE | |
| West | 7PA | LUKE | LUKE | LUKE HOSP PHCY | 0323953 | 1780781534 | AIR FORCE | AETC | LUKE | AZ | STAND ALONE | NONE | 0009 | 0009 | AF-C-56th MEDGRP-LUKE | CLINIC | 85309 | | | ACTIVE | |
| West | 7PA | LUKE | LUKE | LUKE REFILL PHCY | 0323977 | 1417056458 | AIR FORCE | AETC | LUKE | AZ | STAND ALONE | NONE | 0009 | 0009 | AF-C-56th MEDGRP-LUKE | CLINIC | 85309 | | | ACTIVE | |
| West | 7PA | LUKE | LUKE | LUKE SATL PHCY | 0323965 | 1215036389 | AIR FORCE | AETC | LUKE | AZ | STAND ALONE | NONE | 0009 | 0009 | AF-C-56th MEDGRP-LUKE | CLINIC | 85309 | | | ACTIVE | |
| East | 3HB | MACDILL | MACDILL | DoD MACDILL ePhcy | 5740849 | 1538629415 | AIR FORCE | AMC | MACDILL | FL | STAND ALONE | NONE | 0045 | 0045 | AF-C-6th MEDGRP-MACDILL | CLINIC | 33621 | YES | 8138280088 | ACTIVE | |
| East | 3HB | MACDILL | MACDILL | DoD SABAL PARK ePhcy | 5742235 | 1578119087 | AIR FORCE | AMC | MACDILL | FL | STAND ALONE | NONE | 0045 | 1946 | AF-CB-SABAL PARK CLINIC-MIL | CLINIC | 33619 | YES | 8138280088 | ACTIVE | 8/20/19: new ephcy pending fax # - RVM |
| East | 3HB | MACDILL | MACDILL | MACDILL BRANDON PHCY | 1087798 | 1154420891 | AIR FORCE | AMC | MACDILL | FL | STAND ALONE | NONE | 0045 | 0045 | AF-C-6th MEDGRP-MACDILL | CLINIC | 33621 | | | ACTIVE | |
| East | 3HB | MACDILL | MACDILL | MACDILL MAIN PHCY 6TH MDG | 1081520 | 1255430971 | AIR FORCE | AMC | MACDILL | FL | STAND ALONE | NONE | 0045 | 0045 | AF-C-6th MEDGRP-MACDILL | CLINIC | 33621 | | | ACTIVE | |
| East | 3HB | MACDILL | MACDILL | MACDILL CALL-IN AC PHCY | 1087786 | 1245339902 | AIR FORCE | AMC | MACDILL | FL | STAND ALONE | NONE | 0045 | 0045 | AF-C-6th MEDGRP-MACDILL | CLINIC | 33621 | | | ACTIVE | 8/8/19: Name change from Macdill Pharmacare CTR Phcy to Macdill Call-In AC Phcy - RVM |
| East | 3HB | MACDILL | MACDILL | MACDILL PHARMACARE PHCY | 5721534 | 1104232214 | AIR FORCE | AMC | MACDILL | FL | STAND ALONE | NONE | 0045 | 0045 | AF-C-6th MEDGRP-MACDILL | CLINIC | 33621 | | | ACTIVE | 8/8/19: Name change from Macdill Pharmassit Phcy to Macdill Pharmacare Phcy - RVM; 3/26/19: CHANGED FROM DOD MACDILL EPHCY TO MACD LL PHARMASSIT PHCY - RVM |
| East | 3HB | MACDILL | MACDILL | MACDILL REFILL PHCY | 1089386 | 1861591539 | AIR FORCE | AMC | MACDILL | FL | STAND ALONE | NONE | 0045 | 0045 | AF-C-6th MEDGRP-MACDILL | CLINIC | 33621 | | | ACTIVE | |
| West | 7QA | MALMSTROM | MALMSTROM | DoD MALMSTROM ePhcy | 2784002 | 1710392352 | AIR FORCE | AFGSC | MALMSTROM | MT | STAND ALONE | NONE | 0077 | 0077 | AF-C-341st MEDGRP-MALMSTROM | CLINIC | 59402 | YES | 4067314928 | ACTIVE | |
| West | 7QA | MALMSTROM | MALMSTROM | MALMSTROM PHCY | 2706387 | 1619074465 | AIR FORCE | AFGSC | MALMSTROM | MT | STAND ALONE | NONE | 0077 | 0077 | AF-C-341st MEDGRP-MALMSTROM | CLINIC | 59402 | | | ACTIVE | |
| East | 4EA | MAXWELL | MAXWELL | DoD MAXWELL ePhcy | 0139887 | 1487053435 | AIR FORCE | AETC | MAXWELL | AL | STAND ALONE | NONE | 0004 | 0004 | AF-C-42nd MEDGRP-MAXWELL | CLINIC | 36112 | YES | 3349535272 | ACTIVE | |
| East | 4EA | MAXWELL | MAXWELL | MAXWELL GUNTER PHCY | 0129494 | 1497854566 | AIR FORCE | AETC | MAXWELL | AL | STAND ALONE | NONE | 0004 | 0004 | AF-C-42nd MEDGRP-MAXWELL | CLINIC | 36112 | | | ACTIVE | |
| East | 4EA | MAXWELL | MAXWELL | MAXWELL MAIN PHCY 42ND MDG | 0127123 | 1255430302 | AIR FORCE | AETC | MAXWELL | AL | STAND ALONE | NONE | 0004 | 0004 | AF-C-42nd MEDGRP-MAXWELL | CLINIC | 36112 | | | ACTIVE | 1/25/1 : Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| West | 7RA | MCCONNELL | MCCONNELL | DoD MCCONNELL ePhcy | 1721198 | 1952716847 | AIR FORCE | AMC | MCCONNELL | KS | LARGE MARKET | KANSAS | 0059 | 0059 | AF-C-22nd MEDGRP-MCCONNELL | CLINIC | 67221 | YES | 3167596776 | ACTIVE | |
| West | 7RA | MCCONNELL | MCCONNELL | MCCONNELL OP PHCY | 1717517 | 1154420784 | AIR FORCE | AMC | MCCONNELL | KS | LARGE MARKET | KANSAS | 0059 | 0059 | AF-C-22nd MEDGRP-MCCONNELL | CLINIC | 67221 | | | ACTIVE | |
| West | 7RA | MCCONNELL | MCCONNELL | MCCONNELL SPO PHCY | 1719852 | 1639403090 | AIR FORCE | AMC | MCCONNELL | KS | LARGE MARKET | KANSAS | 0059 | 0059 | AF-C-22nd MEDGRP-MCCONNELL | CLINIC | 67221 | | | ACTIVE | |
| East | 1HF | MCGUIRE | MCGUIRE/ FT. DIX | DoD MCGUIRE ePhcy | 3148752 | 1427465889 | AIR FORCE | AMC | MCGUIRE | NJ | SMALL MARKET | GARDEN STATE | 0326 | 0326 | AF-C-87th MEDGRP JBMDL-MCGUIRE | CLINIC | 08641 | YES | 6097549133 | ACTIVE | |
| East | 1HF | MCGUIRE | MCGUIRE/ FT. DIX | MCGUIRE PHCY | 3141847 | 1346347192 | AIR FORCE | AMC | MCGUIRE | NJ | SMALL MARKET | GARDEN STATE | 0326 | 0326 | AF-C-87th MEDGRP JBMDL-MCGUIRE | CLINIC | 08640 | | | ACTIVE | |
| West | 7SA | MINOT | MINOT | DoD MINOT ePhcy | 3505015 | 1801201793 | AIR FORCE | AFGSC | MINOT | ND | STAND ALONE | NONE | 0094 | 0094 | AF-C-5th MEDGRP-MINOT | CLINIC | 58705 | YES | 7017235302 | ACTIVE | |
| West | 7SA | MINOT | MINOT | MINOT PHCY | 3503883 | 1477652790 | AIR FORCE | AFGSC | MINOT | ND | STAND ALONE | NONE | 0094 | 0094 | AF-C-5th MEDGRP-MINOT | CLINIC | 58705 | | | ACTIVE | |
| Pac fic | PEA | MISAWA | MISAWA | MISAWA PHCY | 8210192 | 1194894246 | AIR FORCE | PACAF | MISAWA | AP | DHR PACIFIC | APAN | 0639 | 0639 | AF-H-35th MEDGRP-MISAWA | HOSP | 96319 | | | ACTIVE | |
| East | 3JA | MOODY | MOODY | DoD MOODY ePhcy | 1165453 | 1417362211 | AIR FORCE | ACC | MOODY | GA | STAND ALONE | NONE | 0050 | 0050 | AF-C-23rd MEDGRP-MOODY | CLINIC | 31699 | YES | 2292572345 | ACTIVE | |
| East | 3JA | MOODY | MOODY | MOODY PHCY 23RD MDG | 1142784 | 1689773350 | AIR FORCE | ACC | MOODY | GA | STAND ALONE | NONE | 0050 | 0050 | AF-C-23rd MEDGRP-MOODY | CLINIC | 31699 | | | ACTIVE | |
| West | 7TA | MOUNTAIN HOME | MOUNTAIN HOME | DoD MT HOME ePhcy | 1309055 | 1144636515 | AIR FORCE | ACC | MOUNTAIN HOME | ID | STAND ALONE | NONE | 0053 | 0053 | AF-C-366th MEDGRP-MT HOME | HOSP | 83648 | YES | 2088287676 | ACTIVE | |
| West | 7TA | MOUNTAIN HOME | MOUNTAIN HOME | MT HOME OP PHCY | 1306845 | 1811094667 | AIR FORCE | ACC | MOUNTAIN HOME | ID | STAND ALONE | NONE | 0053 | 0053 | AF-C-366th MEDGRP-MT HOME | HOSP | 83648 | | | ACTIVE | |
| Europe | EJA | NAPLES | CAPODICHINO | CAPODICHINO PHCY | 8110570 | 1598834764 | NAVY | NME | CAPODICHINO | AE | DHR EUROPE | MEDITERRANEAN/BAHRAIN | 0617 | 1153 | BMC CAPODICHINO | CLINIC | 09622 | | | ACTIVE | |
| Europe | EJD | NAPLES | NAPLES | NAPLES PHCY | 8110556 | 1073682175 | NAVY | NME | NAPLES | AE | DHR EUROPE | MEDITERRANEAN/BAHRAIN | 0617 | 0617 | NH NAPLES | HOSP | 09617 | | | ACTIVE | |
| East | 1PA | NCA-BETHESDA | NCA-ABERDEEN | ABERDEEN CALL-IN PHCY | 2125347 | 1629130588 | ARMY | RHC-A | ABERDEEN PG | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0308 | AHC KIRK-ABERDEEN PRVNG GD | CLINIC | 21005 | | | ACTIVE | |
| East | 1PA | NCA-BETHESDA | NCA-ABERDEEN | ABERDEEN MAIN PHCY | 2125335 | 1356448104 | ARMY | RHC-A | ABERDEEN PG | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0308 | AHC KIRK-ABERDEEN PRVNG GD | CLINIC | 21005 | | | ACTIVE | |
| East | 1PA | NCA-BETHESDA | NCA-ABERDEEN | ABERDEEN UCC PHCY | 2125359 | 1760581177 | ARMY | RHC-A | ABERDEEN PG | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0308 | AHC KIRK-ABERDEEN PRVNG GD | CLINIC | 21005 | | | ACTIVE | |
| East | 1PA | NCA-BETHESDA | NCA-ABERDEEN | DoD ABERDEEN ePhcy | 2138370 | 1417369299 | ARMY | RHC-A | ABERDEEN PG | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0308 | AHC KIRK-ABERDEEN PRVNG GD | CLINIC | 21005 | YES | 4102781935 | ACTIVE | |
| East | 1PB | NCA-BETHESDA | NCA-ANDREWS | ANDREWS MAIN PHCY | 2125373 | 1093814402 | AIR FORCE | AFDW | ANDREWS | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0066 | 0066 | AF-ASU-11th MEDGRP-ANDREWS | CLINIC | 20762 | | | ACTIVE | |
| East | 1PB | NCA-BETHESDA | NCA-ANDREWS | ANDREWS NNMC REF PHCY | 2135677 | 1992002836 | AIR FORCE | AFDW | ANDREWS | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0066 | 0066 | AF-ASU-11th MEDGRP-ANDREWS | CLINIC | 20762 | | | ACTIVE | |
| East | 1PB | NCA-BETHESDA | NCA-ANDREWS | ANDREWS SATELLITE PHCY | 2125777 | 1851490270 | AIR FORCE | AFDW | ANDREWS | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0066 | 0066 | AF-ASU-11th MEDGRP-ANDREWS | CLINIC | 20762 | | | ACTIVE | |
| East | 1PB | NCA-BETHESDA | NCA-ANDREWS | DoD ANDREWS ePhcy | 2138368 | 1518379395 | AIR FORCE | AFDW | ANDREWS | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0066 | 0066 | AF-ASU-11th MEDGRP-ANDREWS | CLINIC | 20715 | YES | 2406123981 | ACTIVE | 1/26/17: Changed fax number from 2408574544 to 2406123981 per Joseph Campbell [Rose] - RVM |
| East | 1PC | NCA-BETHESDA | NCA-ANNAPOLIS | ANNAPOLIS BH REFILL PHCY | 2140692 | 1801339866 | NAVY | NME | ANNAPOLIS | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0306 | 0306 | NHC ANNAPOLIS | CLINIC | 21402 | | | ACTIVE | 11/28/ 6: New MTF Pharmacy RVM |
| East | 1PC | NCA-BETHESDA | NCA-ANNAPOLIS | ANNAPOLIS MAIN PHCY | 2125715 | 1942309364 | NAVY | NME | ANNAPOLIS | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0306 | 0306 | NHC ANNAPOLIS | CLINIC | 21403 | | | ACTIVE | |
| East | 1PC | NCA-BETHESDA | NCA-ANNAPOLIS | DoD ANNAPOLIS ePhcy | 2138382 | 1649682162 | NAVY | NME | ANNAPOLIS | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0306 | 0306 | NHC ANNAPOLIS | CLINIC | 21402 | YES | 4102932820 | ACTIVE | |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHESDA BLDG 19 PHCY | 2135552 | 1194028407 | JOINT | JTFNCA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | ACTIVE | |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHESDA DISCHARGE SATELLITE PHCY | 2125703 | 1033218458 | JOINT | JTFNCA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | ACTIVE | |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHESDA FALCON PHCY | 2136150 | 1902182538 | JOINT | JTFNCA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | ACTIVE | |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHESDA HEM ONC PHCY | 2125690 | 1982703393 | JOINT | JTFNCA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHESDA KNOLLWOOD PHCY | 2136148 | 1366728990 | JOINT | JTFNCA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | ACTIVE | |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHESDA MAIN PHCY | 2125412 | 1619076023 | JOINT | JTFNCA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | ACTIVE | |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHESDA REFILL BLDG 19 PHCY | 2135627 | 1578868444 | JOINT | JTFNCA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | ACTIVE | |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHESDA USUHS PHCY | 2125436 | 1528167939 | JOINT | JTFNCA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | ACTIVE | |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHESDA WWRB PED PHCY | 2140820 | 1780124651 | JOINT | JTFNCA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | | 3/7/17: New MTF Pharmacy -RVM |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | BETHSDA NEX PHCY | 2136857 | 1063763241 | JOINT | JTFNCA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | | | ACTIVE | |
| East | 1PE | NCA-BETHESDA | NCA-BETHESDA | DoD WALTER REED NEX ePhcy | 2138407 | 1184030223 | JOINT | JTFNCA | BETHESDA | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0067 | 0067 | WALTER REED NATL MIL MED CNTR | HOSP | 20889 | YES | 3014003565 | ACTIVE | |
| East | 1PF | NCA-BETHESDA | NCA-BOLLING | BOLLING NNMC REF PHCY | 0904765 | 1568769404 | AIR FORCE | AFDW | WASHINGTON | DC | LARGE MARKET | NATIONAL CAPITAL REGION | 0066 | 0413 | AF-C-11th MED SQ JBAB-BOLLING | CLINIC | 20032 | | | ACTIVE | |
| East | 1PF | NCA-BETHESDA | NCA-BOLLING | BOLLING PHCY | 0904208 | 1376642090 | AIR FORCE | AFDW | WASHINGTON | DC | LARGE MARKET | NATIONAL CAPITAL REGION | 0066 | 0413 | AF-C-11th MED SQ JBAB-BOLLING | CLINIC | 20032 | | | ACTIVE | |
| East | 1PF | NCA-BETHESDA | NCA-BOLLING | DoD BOLLING ePhcy | 0905046 | 1861804551 | AIR FORCE | AFDW | WASHINGTON | DC | LARGE MARKET | NATIONAL CAPITAL REGION | 0066 | 0413 | AF-C-11th MED SQ JBAB-BOLLING | CLINIC | 20032 | YES | 2024041216 | ACTIVE | |
| East | 1PJ | NCA-BETHESDA | NCA-CARLISLE | CARLISLE DUNHAM DDC PHCY | 6006414 | 1639667736 | ARMY | RHC-A | CARLISLE | PA | STAND ALONE | NONE | 0069 | 0352 | AHC DUNHAM-CARLISLE BARRACKS | CLINIC | 17013 | | | ACTIVE | 4/26/18: New MTF pharmacy - RVM |
| East | 1PJ | NCA-BETHESDA | NCA-CARLISLE | CARLISLE DUNHAM MAIN PHCY | 3979056 | 1063519817 | ARMY | RHC-A | CARLISLE | PA | STAND ALONE | NONE | 0069 | 0352 | AHC DUNHAM-CARLISLE BARRACKS | CLINIC | 17013 | | | ACTIVE | |
| East | 1PJ | NCA-BETHESDA | NCA-CARLISLE | CARLISLE DUNHAM TMC PHCY | 6006426 | 1457849556 | ARMY | RHC-A | CARLISLE | PA | STAND ALONE | NONE | 0069 | 0352 | AHC DUNHAM-CARLISLE BARRACKS | CLINIC | 17013 | | | ACTIVE | 4/26/18: New MTF pharmacy - RVM |
| East | 1PJ | NCA-BETHESDA | NCA-CARLISLE | DoD CARLISLE DUNHAM ePHCY | 6001161 | 1992108633 | ARMY | RHC-A | CARLISLE | PA | STAND ALONE | NONE | 0069 | 0352 | AHC DUNHAM-CARLISLE BARRACKS | CLINIC | 17013 | YES | 7172453669 | ACTIVE | New January 2015 |
| East | 1PK | NCA-BETHESDA | NCA-DAHLGREN | DAHLGREN NFDR PHCY | 4850675 | 1174172183 | NAVY | NME | DAHLGREN | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0068 | 0386 | NBHC DAHLGREN | CLINIC | 22448 | | | ACTIVE | 9/23/19: NEW PHARMACY - RVM |
| East | 1PK | NCA-BETHESDA | NCA-DAHLGREN | DAHLGREN PHARMACY | 4836447 | 1003915133 | NAVY | NME | DAHLGREN | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0068 | 0386 | NBHC DAHLGREN | CLINIC | 22428 | | | ACTIVE | |
| East | 1PM | NCA-BETHESDA | NCA-FAIRFAX | DoD FAIRFAX ePhcy | 4845991 | 1194122564 | JOINT | JTFNCA | FAIRFAX | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 6200 | FAIRFAX HEALTH CENTER | CLINIC | 22031 | YES | 5714322796 | ACTIVE | New January 2015. |
| East | 1PM | NCA-BETHESDA | NCA-FAIRFAX | FAIRFAX HD PHCY | 4847779 | 1447783378 | JOINT | JTFNCA | FAIRFAX | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 6200 | FAIRFAX HEALTH CENTER | CLINIC | 22030 | | | | 4/11/17: New MTF Pharmacy - RVM |
| East | 1PM | NCA-BETHESDA | NCA-FAIRFAX | FAIRFAX MAIN PHCY | 4836310 | 1407953268 | JOINT | JTFNCA | FAIRFAX | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 6200 | FAIRFAX HEALTH CENTER | CLINIC | 22031 | | | ACTIVE | |
| East | 1PN | NCA-BETHESDA | NCA-FT BELVOIR | BELVOIR AMBULATORY PHCY | 4836221 | 1689771438 | JOINT | JTFNCA | FT BELVOIR | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 0123 | FT BELVOIR COMMUNITY HOSP-FBCH | HOSP | 22060 | | | ACTIVE | |
| East | 1PN | NCA-BETHESDA | NCA-FT BELVOIR | BELVOIR AP HILL RPH PHCY | 4836372 | 1285733303 | JOINT | JTFNCA | FORT AP HILL | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0122 | 0375 | AHC LOIS WELLS-AP HILL | CLINIC | 22060 | | | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| East | 1PN | NCA-BETHESDA | NCA-FT BELVOIR | BELVOIR ER ECC PHCY | 4836257 | 1467551580 | JOINT | JTFNCA | FT BELVOIR | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 0123 | FT BELVOIR COMMUNITY HOSP-FBCH | HOSP | 22060 | | | ACTIVE | 1/25/1 : Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| East | 1PN | NCA-BETHESDA | NCA-FT BELVOIR | BELVOIR NON-FORMULARY PHCY | 4836245 | 1912069378 | JOINT | JTFNCA | FT BELVOIR | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 0123 | FT BELVOIR COMMUNITY HOSP-FBCH | HOSP | 22060 | | | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| East | 1PN | NCA-BETHESDA | NCA-FT BELVOIR | BELVOIR PX ANNEX PHCY | 4836269 | 1376642496 | JOINT | JTFNCA | FT BELVOIR | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 0123 | FT BELVOIR COMMUNITY HOSP-FBCH | HOSP | 22060 | | | ACTIVE | |
| East | 1PN | NCA-BETHESDA | NCA-FT BELVOIR | DoD FT BELVOIR PX ePhcy | 4845422 | 1437563269 | JOINT | JTFNCA | FT BELVOIR | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0123 | 0123 | FT BELVOIR COMMUNITY HOSP-FBCH | HOSP | 22060 | YES | 5712310289 | ACTIVE | |
| East | 1PP | NCA-BETHESDA | NCA-FT DETRICK | DETRICK PHCY | 2125361 | 1679672083 | ARMY | RHC-A | FT DETRICK | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0309 | AHC BARQUIST-DETRICK | CLINIC | 21702 | | | ACTIVE | |
| East | 1PP | NCA-BETHESDA | NCA-FT DETRICK | DoD FT DETRICK ePhcy | 2138558 | 1205242310 | ARMY | RHC-A | FT DETRICK | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0309 | AHC BARQUIST-DETRICK | CLINIC | 21702 | YES | 3016196286 | ACTIVE | |
| East | 1PQ | NCA-BETHESDA | NCA-FT MEADE | DoD FT MEADE ePhcy | 2138471 | 1437563871 | ARMY | RHC-A | FT MEADE | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0069 | KIMBROUGH AMB CAR CEN-MEADE | CLINIC | 20755 | YES | 3016778456 | ACTIVE | |
| East | 1PQ | NCA-BETHESDA | NCA-FT MEADE | MEADE CALL-IN PHCY | 2125296 | 1851453864 | ARMY | RHC-A | FT MEADE | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0069 | KIMBROUGH AMB CAR CEN-MEADE | CLINIC | 20755 | | | ACTIVE | |
| East | 1PQ | NCA-BETHESDA | NCA-FT MEADE | MEADE CIVILIAN RX PHCY | 2125804 | 1801958806 | ARMY | RHC-A | FT MEADE | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0069 | KIMBROUGH AMB CAR CEN-MEADE | CLINIC | 20755 | | | ACTIVE | |
| East | 1PQ | NCA-BETHESDA | NCA-FT MEADE | MEADE MAIN PHCY | 2125284 | 1447357298 | ARMY | RHC-A | FT MEADE | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0069 | KIMBROUGH AMB CAR CEN-MEADE | CLINIC | 20755 | | | ACTIVE | |
| East | 1PQ | NCA-BETHESDA | NCA-FT MEADE | MEADE PX PHCY | 2138445 | 1801206685 | ARMY | RHC-A | FT MEADE | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0069 | KIMBROUGH AMB CAR CEN-MEADE | CLINIC | 20755 | | | ACTIVE | |
| East | 1PQ | NCA-BETHESDA | NCA-FT MEADE | MEADE SPP PHCY | 2125309 | 1710049713 | ARMY | RHC-A | FT MEADE | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0069 | KIMBROUGH AMB CAR CEN-MEADE | CLINIC | 20755 | | | ACTIVE | |
| East | 1PQ | NCA-BETHESDA | NCA-FT MEADE | MEADE WELLNESS PHCY | 2125323 | 1851490262 | ARMY | RHC-A | FT MEADE | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0069 | KIMBROUGH AMB CAR CEN-MEADE | CLINIC | 20755 | | | ACTIVE | |
| East | 1PR | NCA-BETHESDA | NCA-FT MYER | DoD FT MYER ePhcy | 4845484 | 1316353782 | ARMY | RHC-A | FT MYER | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0390 | AHC ANDREW RADER-MYER-HENDERSN | CLINIC | 22211 | YES | 7036960276 | ACTIVE | |
| East | 1PR | NCA-BETHESDA | NCA-FT MYER | MYER MAIN PHCY | 4836283 | 1598862351 | ARMY | RHC-A | FT MYER | VA | LARGE MARKET | NATIONAL CAPITAL REGION | 0069 | 0390 | AHC ANDREW RADER-MYER-HENDERSN | CLINIC | 22211 | | | ACTIVE | |
| East | 1PS | NCA-BETHESDA | NCA-INDIAN HEAD | INDIAN HEAD NFDR PHCY | 2143422 | 1184273195 | NAVY | NME | INDIAN HEAD | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0068 | 0301 | NBHC INDIAN HEAD | CLINIC | 20640 | | | ACTIVE | 9/23/19: NEW PHARMACY - RVM |
| East | 1PS | NCA-BETHESDA | NCA-INDIAN HEAD | INDIAN HEAD PHCY | 2125765 | 1174620926 | NAVY | NME | INDIAN HEAD | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0068 | 0301 | NBHC INDIAN HEAD | CLINIC | 20640 | | | ACTIVE | |
| East | 1PT | NCA-BETHESDA | NCA-LAKEHURST | LAKEHURST PHCY | 3141950 | 1346349792 | NAVY | NME | LAKEHURST | NJ | LARGE MARKET | NATIONAL CAPITAL REGION | 0306 | 0401 | BMC LAKEHURST | CLINIC | 08733 | | | ACTIVE | 1/23/18: Updated site name - RVM; 9/6/17: Changed chain code to 1PT per Rose - RVM; 7/12/2017: See Notes |
| East | 1PV | NCA-BETHESDA | NCA-PATUXENT RIVER | PAX RIVER PHCY | 2125397 | 1659470078 | NAVY | NME | PATUXENT RIVER | MD | LARGE MARKET | NATIONAL CAPITAL REGION | 0068 | 0068 | NHC PATUXENT RIVER | CLINIC | 20670 | YES | 3013429895 | ACTIVE | |

Case 1:25-cv-00366-MRD-PAS Document 12 Filed 06/17/25 Page 19 of 142 PageID #: 2075

SECTION J

ATTACHMENT J-4 Military Treatment Facility (MTF) Sites

| REGION | DOD CHAIN CODE | CHCS HOST NAME | SITE NAME | PDTS PHARMACY NAME | NCPDP | NPI | SERVICE BRANCH | SERVICE COMMAND | PHARMACY CITY | PHARMACY STATE | MTF MARKET TYPE | MTF MARKET NAME | Parent DMIS ID | DMIS ID | DMIS Facility Name | FACILITY TYPE CODE | ZIP CODE | eRx SITE? | eRx FAX NUMBER | STATUS | PASS COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION J
ATTACHMENT J-4 Military Treatment Facility (MTF) Sites

| REGION | DOD CHAIN CODE | CHCS HOST NAME | SITE NAME | PDTS PHARMACY NAME | NCPDP | NPI | SERVICE BRANCH | SERVICE COMMAND | PHARMACY CITY | PHARMACY STATE | MTF MARKET TYPE | MTF MARKET NAME | Parent DMIS ID | DMIS ID | DMIS Facility Name | FACILITY TYPE CODE | ZIP CODE | eRx SITE? | eRx FAX NUMBER | STATUS | PASS COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

ATTCH J-4

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00366-MRD-PAS   Document 2   Filed 06/17/25   Page 192 of 1431   PageID #: 2077

SECTION J

ATTACHMENT J-4 Military Treatment Facility (MTF) Sites

| REGION | DOD CHCS HOST NAME | CHCS HOST NAME | SITE NAME | PDTS PHARMACY NAME | NCPDP | NPI | SERVICE BRANCH | SERVICE COMMAND | PHARMACY CITY | PHARMACY STATE | MTF MARKET TYPE | MTF MARKET NAME | Parent DMIS ID | DMIS ID | DMIS Facility Name | FACILITY TYPE CODE | ZIP CODE | eRx SITE? | eRx FAX NUMBER | STATUS | PASS COMMENTS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| East | 4NB | SHEPPARD | SHEPPARD | SHEPPARD OF PHCY | | 4510699 | 1568561785 | AIR FORCE | AETC | SHEPPARD | TX | SMALL MARKET | CENTRAL OKLAHOMA | 0113 | 0113 | AF-C-82nd MEDGRP-SHEPPARD | CLINIC | 76311 | | | ACTIVE | |
| East | 4NB | SHEPPARD | SHEPPARD | SHEPPARD SATL PHCY | | 4510702 | 1447359690 | AIR FORCE | AETC | SHEPPARD | TX | SMALL MARKET | CENTRAL OKLAHOMA | 0113 | 0113 | AF-C-82nd MEDGRP-SHEPPARD | CLINIC | 76311 | | | ACTIVE | |
| Europe | EBA | SIGONELLA | BAHRAIN | BAHRAIN PHCY | | 8110811 | 1063894061 | NAVY | NME | BAHRAIN | AE | DHR EUROPE | MEDITERRANEAN/BAHRAIN | 0624 | 1170 | NBHC NSA BAHRAIN | CLINIC | 09810 | | | ACTIVE | |
| Europe | EBA | SIGONELLA | BAHRAIN | BAHRAIN PHCY | | 8110102 | 1497634600 | NAVY | NME | BAHRAIN | AE | DHR EUROPE | MEDITERRANEAN/BAHRAIN | 0624 | 1170 | NBHC NSA BAHRAIN | CLINIC | 09834 | | | ACTIVE | |
| Europe | EBA | SIGONELLA | SIGONELLA | SIGONELLA FLIGHT LINE PHCY | | 8110455 | 1285703355 | NAVY | NME | SIGONELLA | AE | DHR EUROPE | MEDITERRANEAN/BAHRAIN | 0624 | 0624 | NH SIGONELLA | HOSP | 09636 | | | ACTIVE | |
| Europe | EMA | SIGONELLA | SIGONELLA | SIGONELLA MAIN PHCY | | 8110467 | 1083783161 | NAVY | NME | SIGONELLA | AE | DHR EUROPE | MEDITERRANEAN/BAHRAIN | 0624 | 0624 | NH SIGONELLA | HOSP | 09636 | | | ACTIVE | |
| Europe | EMB | SIGONELLA | SOUDA BAY | SOUDA BAY PHCY | | 8110126 | 1104995151 | NAVY | NME | SOUDA BAY | AE | DHR EUROPE | MEDITERRANEAN/BAHRAIN | 0624 | 0638 | BMC NAVSUPPACT SOUDA BAY | CLINIC | 09865 | | | ACTIVE | |
| West | 6PA | TINKER | TINKER | DoD TINKER ePhcy | | 3728207 | 1568877702 | AIR FORCE | AMC | TINKER | OK | STAND ALONE | NONE | 0096 | 0096 | AF-C-72nd MEDGRP-TINKER | CLINIC | 73145 | YES | 4057 62890 | ACTIVE | |
| West | 6PA | TINKER | TINKER | TINKER PHCY | | 3722217 | 1245337696 | AIR FORCE | AMC | TINKER | OK | STAND ALONE | NONE | 0096 | 0096 | AF-C-72nd MEDGRP-TINKER | CLINIC | 73145 | | | ACTIVE | |
| West | 0BB | TRAVIS | BEALE | BEALE PHCY | | 0546373 | 1790884740 | AIR FORCE | ACC | BEALE | CA | STAND ALONE | NONE | 0015 | 0015 | AF-C-9th MEDGRP-BEALE | CLINIC | 95903 | | | ACTIVE | |
| West | 0BB | TRAVIS | BEALE | DoD BEALE ePhcy | | 5652537 | 1518366574 | AIR FORCE | ACC | BEALE | CA | STAND ALONE | NONE | 0015 | 0015 | AF-C-9th MEDGRP-BEALE | CLINIC | 95903 | YES | 5306344653 | ACTIVE | |
| West | 0BD | TRAVIS | MONTEREY | DoD MONTEREY ePhcy | | 5651737 | 1770997124 | ARMY | RHC-P | MONTEREY | CA | LARGE MARKET | SACRAMENTO | 0125 | 0247 | AMC MONTEREY | CLINIC | 93944 | YES | 8312429809 | ACTIVE | |
| West | 0BD | TRAVIS | MONTEREY | MONTEREY HD PHCY | | 5637814 | 1982122243 | ARMY | RHC-P | MONTEREY | CA | LARGE MARKET | SACRAMENTO | 0125 | 0247 | AMC MONTEREY | CLINIC | 93944 | | | ACTIVE | |
| West | 0BD | TRAVIS | MONTEREY | MONTEREY PHCY PRESIDIO OF | | 0546424 | 1962501916 | ARMY | RHC-P | MONTEREY | CA | LARGE MARKET | SACRAMENTO | 0125 | 0247 | AMC MONTEREY | CLINIC | 93944 | | | ACTIVE | |
| West | 0BF | TRAVIS | TRAVIS | DoD TRAVIS ePhcy | | 3651559 | 1043632681 | AIR FORCE | AMC | TRAVIS | CA | LARGE MARKET | SACRAMENTO | 0014 | 0014 | AF-MC-60th MEDGRP-TRAVIS | HOSP | 94535 | YES | 7074237994 | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| West | 0BF | TRAVIS | TRAVIS | TRAVIS 1ST FLR FLR oP PHCY | | 0550269 | 1528167582 | AIR FORCE | AMC | TRAVIS | CA | LARGE MARKET | SACRAMENTO | 0014 | 0014 | AF-MC-60th MEDGRP-TRAVIS | HOSP | 94535 | | | ACTIVE | 9/11/17: updated fax number RVM |
| West | 0BF | TRAVIS | TRAVIS | TRAVIS BX OP PHCY | | 0550029 | 1942309919 | AIR FORCE | AMC | TRAVIS | CA | LARGE MARKET | SACRAMENTO | 0014 | 0014 | AF-MC-60th MEDGRP-TRAVIS | HOSP | 94535 | | | ACTIVE | |
| West | 0BF | TRAVIS | TRAVIS | TRAVIS NO NEW REFILL PHCY | | 0549761 | 1265531222 | AIR FORCE | AMC | TRAVIS | CA | LARGE MARKET | SACRAMENTO | 0014 | 0014 | AF-MC-60th MEDGRP-TRAVIS | HOSP | 94535 | | | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| West | PKH | TRIPLER | BARBERS PT | BARBERS PT PHCY | | 1204104 | 1700985322 | NAVY | NMW | TRIPLER | HI | LARGE MARKET | HAWAII | 7043 | 7043 | USCG CLINIC BARBERS POINT | CLINIC | 96701 | | | ACTIVE | |
| West | PKI | TRIPLER | CAMP SMITH | CAMP SMITH PHCY | | 1204267 | 1134397037 | NAVY | NMW | CAMP SMITH | HI | LARGE MARKET | HAWAII | 0280 | 1987 | NBHC MCB CAMP H H SMITH | CLINIC | 96861 | | | ACTIVE | 8/ 0/15: Rose ver fied with LT William Agbo nw llam agbo@med navy mi that pharmacy is active RVM |
| West | PKA | TRIPLER | HICKAM | DoD HICKAM ePhcy | | 1241479 | 1629482062 | AIR FORCE | PACAF | HICKAM | HI | LARGE MARKET | HAWAII | 0287 | 0287 | AF-C-15th MEDGRP 3BHP-HICKAM | CLINIC | 96853 | YES | 8084486740 | ACTIVE | |
| West | PKA | TRIPLER | HICKAM | HICKAM PHCY | | 1203900 | 1649379322 | AIR FORCE | PACAF | HICKAM | HI | LARGE MARKET | HAWAII | 0287 | 0287 | AF-C-15th MEDGRP 3BHP-HICKAM | CLINIC | 96853 | | | ACTIVE | |
| West | PKB | TRIPLER | HONOLULU | HONOLULU VA PHCY MAIN | | 1204229 | 1801995436 | ARMY | RHC-P | HONOLULU | HI | LARGE MARKET | HAWAII | 0052 | 6120 | CBMH WARRIOR OHANA-SHAFTER | HOSP | 96819 | YES | 8082571326 | ACTIVE | 4/ 8/17: Changed inactive dmis facility 6513 to active dmis fac lity 0052 - RVM |
| West | PKC | TRIPLER | KANEOHE BAY | DoD KANEOHE BAY ePhcy | | 1241467 | 1558773069 | NAVY | NMW | KANEOHE BAY | HI | LARGE MARKET | HAWAII | 0280 | 0285 | BMC MCAS KANEOHE BAY | CLINIC | 96744 | YES | 8082571326 | ACTIVE | 1/26/2017: Changed fax number from 8082571326 to 8082571326 per Rose documentation - RVM |
| West | PKC | TRIPLER | KANEOHE BAY | KANEOHE BAY PHCY | | 1204091 | 1891894416 | NAVY | NMW | KANEOHE BAY | HI | LARGE MARKET | HAWAII | 0280 | 0285 | BMC MCAS KANEOHE BAY | CLINIC | 96863 | | | ACTIVE | |
| West | PKD | TRIPLER | PEARL HARBOR | DoD PEARL HARBOR MAKALAPA ePhcy | | 1241493 | 1588079206 | NAVY | NMW | PEARL HARBOR | HI | LARGE MARKET | HAWAII | 0280 | 0280 | NMC HAWAII | CLINIC | 96860 | YES | 8084730479 | ACTIVE | |
| West | PKD | TRIPLER | PEARL HARBOR | PEARL HARBOR MAKALAPA PHCY | | 1204089 | 1083713606 | NAVY | NMW | PEARL HARBOR | HI | LARGE MARKET | HAWAII | 0280 | 0280 | NMC HAWAII | CLINIC | 96860 | | | ACTIVE | |
| West | PKE | TRIPLER | SCHOFIELD BARRACKS | DoD SCHOFIELD ePhcy | | 1241518 | 1972919348 | ARMY | RHC-P | SCHOFIELD BARRACKS | HI | LARGE MARKET | HAWAII | 0052 | 0417 | DESMOND DOSS-SCHOFIELD BARRACK | CLINIC | 96857 | YES | 8084338417 | ACTIVE | |
| West | PKE | TRIPLER | SCHOFIELD BARRACKS | SCHOFIELD PHCY | | 1203948 | 1558460238 | ARMY | RHC-P | SCHOFIELD BARRACKS | HI | LARGE MARKET | HAWAII | 0052 | 0417 | DESMOND DOSS-SCHOFIELD BARRACK | CLINIC | 96857 | | | ACTIVE | |
| West | PKF | TRIPLER | TRIPLER | DoD TRIPLER ePhcy | | 1241455 | 1902218423 | ARMY | RHC-P | TRIPLER | HI | LARGE MARKET | HAWAII | 0052 | 0052 | AMC TRIPLER-SHAFTER | HOSP | 96859 | YES | 8084339054 | ACTIVE | |
| West | PKF | TRIPLER | TRIPLER | DoD TRIPLER WARRIOR OHANA PHCY | | 1241607 | 1700973940 | ARMY | RHC-P | KAPOLEI | HI | LARGE MARKET | HAWAII | 0052 | 6120 | CBMH WARRIOR OHANA-SHAFTER | HOSP | 96819 | YES | 8086824002 | ACTIVE | New January 2015 |
| West | PKF | TRIPLER | TRIPLER | TRIPLER CBHCC WO CALL-IN PHCY | | 1240706 | 1588940821 | ARMY | RHC-P | KAPOLEI | HI | LARGE MARKET | HAWAII | 0052 | 6120 | CBMH WARRIOR OHANA-SHAFTER | CLINIC | 96707 | | | ACTIVE | |
| West | PKF | TRIPLER | TRIPLER | TRIPLER CBHCC WO PHCY | | 1240629 | 1235436726 | ARMY | RHC-P | KAPOLEI | HI | LARGE MARKET | HAWAII | 0052 | 6120 | CBMH WARRIOR OHANA-SHAFTER | CLINIC | 96707 | | | ACTIVE | |
| West | PKF | TRIPLER | TRIPLER | TRIPLER HDM OP PHCY | | 1203998 | 1467551143 | ARMY | RHC-P | TRIPLER | HI | LARGE MARKET | HAWAII | 0052 | 0052 | AMC TRIPLER-SHAFTER | HOSP | 96859 | | | ACTIVE | |
| West | PKF | TRIPLER | TRIPLER | TRIPLER MAIN OP PHCY | | 1204027 | 1548365234 | ARMY | RHC-P | TRIPLER | HI | LARGE MARKET | HAWAII | 0052 | 0052 | AMC TRIPLER-SHAFTER | HOSP | 96859 | | | ACTIVE | |
| West | PKF | TRIPLER | TRIPLER | TRIPLER NEX PHCY | | 1204156 | 1699874214 | ARMY | RHC-P | TRIPLER | HI | LARGE MARKET | HAWAII | 0052 | 0052 | AMC TRIPLER-SHAFTER | HOSP | 96859 | | | ACTIVE | |
| West | PKF | TRIPLER | TRIPLER | TRIPLER REFILL PHCY | | 1204015 | 1376647208 | ARMY | RHC-P | TRIPLER | HI | LARGE MARKET | HAWAII | 0052 | 0052 | AMC TRIPLER-SHAFTER | HOSP | 96859 | | | ACTIVE | |
| West | PKG | TRIPLER | WAHIAWA | WAHIAWA ANNEX PHCY | | 1204231 | 1902084577 | NAVY | NMW | WAHIAWA | HI | LARGE MARKET | HAWAII | 0280 | 0284 | NBHC NAVCAMS EASTPAC | CLINIC | 96786 | | | ACTIVE | |
| West | PKF | TRIPLER | TRIPLER | DoD TYNDALL ePhcy | | 5722132 | 1962801928 | AIR FORCE | ACC | TYNDALL | FL | LARGE MARKET | FLORIDA PANHANDLE | 0043 | 0043 | AF-C-325th MEDGRP-TYNDALL | CLINIC | 32403 | YES | 8502837013 | ACTIVE | |
| East | 4HA | TYNDALL | TYNDALL | TYNDALL MAIN PROVIDER PHCY | | 1075286 | 1386708830 | AIR FORCE | ACC | TYNDALL | FL | LARGE MARKET | FLORIDA PANHANDLE | 0043 | 0043 | AF-C-325th MEDGRP-TYNDALL | CLINIC | 32403 | YES | 10/10/2000 4/6/2007 | ACTIVE | /28/16: TYNDALL SATL PHCY change name to TYNDALL MAIN PROVIDER PHCY NCPDP 1075286 NPI 1386708830 moved from oor nact on tab to act ve th s NCPDP has been esso good Th s change s pe LtCol Fa nley |
| East | 4HA | TYNDALL | TYNDALL | TYNDALL SATL PHCY | | 1092232 | 1285733907 | AIR FORCE | ACC | TYNDALL AFB | FL | LARGE MARKET | FLORIDA PANHANDLE | 0043 | 0043 | AF-C-325th MEDGRP-TYNDALL | CLINIC | 32403 | | | ACTIVE | 8/28/2016: TYNDALL HOSPITAL PHCY change name to TYNDALL SATL PHCY NCPDP 092232 NPI 1285733907 This change is per LtCol Fairley |
| East | 6QA | VANCE | VANCE | DoD VANCE ePhcy | | 3728233 | 1962618536 | AIR FORCE | AETC | VANCE | OK | STAND ALONE | NONE | 0338 | 0338 | AF-C-71st MEDGRP-VANCE | CLINIC | 73705 | YES | 5802135169 | ACTIVE | |
| East | 6QA | VANCE | VANCE | VANCE PHCY 71ST MDG | | 3722267 | 1710086079 | AIR FORCE | AETC | VANCE | OK | STAND ALONE | NONE | 0338 | 0338 | AF-C-71st MEDGRP-VANCE | CLINIC | 73705 | | | ACTIVE | |
| West | 9FA | VANDENBERG | VANDENBERG | DoD VANDENBERG ePhcy | | 5652044 | 1043626419 | AIR FORCE | AFSPC | VANDENBERG | CA | STAND ALONE | NONE | 0018 | 0018 | AF-C-30th MEDGRP-VANDENBERG | CLINIC | 93437 | YES | 8056058380 | ACTIVE | |
| West | 9FA | VANDENBERG | VANDENBERG | VANDENBERG PHCY | | 0549759 | 1679670434 | AIR FORCE | AFSPC | VANDENBERG | CA | STAND ALONE | NONE | 0018 | 0018 | AF-C-30th MEDGRP-VANDENBERG | CLINIC | 93437 | | | ACTIVE | |
| West | 7YA | WARREN | WARREN | DoD WARREN ePhcy | | 5204540 | 1578979688 | AIR FORCE | AFSPC | FE WARREN | WY | STAND ALONE | NONE | 0129 | 0129 | AF-C-90th MEDGRP-FE WARREN | CLINIC | 82005 | YES | 3077734589 | ACTIVE | |
| West | 7YA | WARREN | FE WARREN | FE WARREN PHCY | | 5203625 | 1578862516 | AIR FORCE | AFSPC | FE WARREN | WY | STAND ALONE | NONE | 0129 | 0129 | AF-C-90th MEDGRP-FE WARREN | CLINIC | 82005 | | | ACTIVE | |
| East | 1NB | WEST POINT | FT. HAMILTON | HAMILTON PHCY | | 3308120 | 1912006362 | ARMY | RHC-A | FT. HAMILTON | NY | SMALL MARKET | WEST POINT | 0086 | 0086 | ACH KELLER-WEST POINT | HOSP | 11252 | | | ACTIVE | 7/12/2017: Per Roger Wil iams service command changed from NRMC to RHC-4 - RVM; 4/18/17: Changed inactive dmis fac lity 0438 to active facility 0086 - RVM |
| East | 1NA | WEST POINT | WEST POINT | DoD WEST PT ePhcy | | 5810862 | 1497160111 | ARMY | RHC-A | WEST POINT | NY | SMALL MARKET | WEST POINT | 0086 | 0086 | ACH KELLER-WEST POINT | HOSP | 10996 | YES | 8459 82261 | ACTIVE | |
| East | 1NA | WEST POINT | WEST POINT | WEST PT CADET HC PHCY | | 3308221 | 1174622542 | ARMY | RHC-A | WEST POINT | NY | SMALL MARKET | WEST POINT | 0086 | 0815 | THE MOLOGNE-WEST POINT | CLINIC | 10996 | | | ACTIVE | |
| East | 1NA | WEST POINT | WEST POINT | WEST PT MAIN PHCY | | 3308144 | 1427157882 | ARMY | RHC-A | WEST POINT | NY | SMALL MARKET | WEST POINT | 0086 | 0086 | ACH KELLER-WEST POINT | HOSP | 10996 | | | ACTIVE | |
| West | 7ZA | WHITEMAN | WHITEMAN | DoD WHITEMAN ePhcy | | 2641973 | 1225444134 | AIR FORCE | AFGSC | WHITEMAN | MO | STAND ALONE | NONE | 0076 | 0076 | AF-C-509th MEDGRP-WHITEMAN | CLINIC | 65305 | YES | 6606871878 | ACTIVE | |
| West | 7ZA | WHITEMAN | WHITEMAN | WHITEMAN PHCY | | 2632897 | 1518066943 | AIR FORCE | AFGSC | WHITEMAN | MO | STAND ALONE | NONE | 0076 | 0076 | AF-C-509th MEDGRP-WHITEMAN | CLINIC | 65305 | | | ACTIVE | |
| East | 3SA | WRIGHT PATTERSON | WRIGHT PATTERSON | DoD WR-PAT KITTYHAWK ePhcy | | 3682211 | 1497163479 | AIR FORCE | AFMC | WRIGHT PATTERSON | OH | LARGE MARKET | WRIGHT PATTERSON | 0095 | 0095 | AF-MC-88th MEDGRP-WRIGHT-PAT | HOSP | 45433 | YES | 9376561136 | ACTIVE | 1/25/17: Updated CCL Pharmacy Name to match name in NCPDP - RVM |
| East | 3SA | WRIGHT PATTERSON | WRIGHT PATTERSON | WRPAT KITTYHAWK PHCY | | 3666875 | 1508965831 | AIR FORCE | AFMC | WRIGHT PATTERSON | OH | LARGE MARKET | WRIGHT PATTERSON | 0095 | 0095 | AF-MC-88th MEDGRP-WRIGHT-PAT | HOSP | 45433 | | | ACTIVE | |
| East | 3SA | WRIGHT PATTERSON | WRIGHT PATTERSON | WRPAT TELEPHONE CONSULT PHCY | | 3666863 | 1932208287 | AIR FORCE | AFMC | WRIGHT PATTERSON | OH | LARGE MARKET | WRIGHT PATTERSON | 0095 | 0095 | AF-MC-88th MEDGRP-WRIGHT-PAT | HOSP | 45433 | | | ACTIVE | |
| Pac fic | PMA | YOKOSUKA | ATSUGI | ATSUGI PHCY | | 8210154 | 1205905346 | NAVY | NMW | ATSUGI | AP | DHR PACIFIC | JAPAN | 8622 | 0877 | BHC CAMP FUJI | CLINIC | 96306 | | | ACTIVE | |
| Pac fic | PMA | YOKOSUKA | CAMP FUJI | CAMP FUJI BHC PHCY | | 8210419 | 1164591251 | NAVY | NMW | CAMP FUJI | AP | DHR PACIFIC | JAPAN | 8622 | 0873 | BHC CAMP FUJI | CLINIC | 96306 | | | ACTIVE | |
| Pac fic | PMB | YOKOSUKA | CAMP ZAMA | CAMP ZAMA MAIN PHCY | | 8210128 | 1467723516 | ARMY | RHC-P | CAMP ZAMA | AP | DHR PACIFIC | JAPAN | 0610 | 0610 | AHC BG CRAWFORD SAMS-CAMP ZAMA | CLINIC | 96338 | | | ACTIVE | |
| Pac fic | PMC | YOKOSUKA | DIEGO GARCIA | DIEGO GARCIA PHCY | | 8210077 | 1306902162 | NAVY | NMW | DIEGO GARCIA | AP | DHR PACIFIC | JAPAN | 8622 | 8064 | NBHC NSF DIEGO GARCIA | CLINIC | 96464 | | | ACTIVE | |
| Pac fic | PMD | YOKOSUKA | IWAKUNI | IWAKUNI BHC MCAS PHCY | | 8210142 | 1265501390 | NAVY | NMW | IWAKUNI | AP | DHR PACIFIC | JAPAN | 8622 | 0825 | BMC IWAKUNI BRTHING CTR | CLINIC | 96310 | | | ACTIVE | |
| Pac fic | PMF | YOKOSUKA | SASEBO | SASEBO BHC PHCY | | 8210178 | 1588905750 | NAVY | NMW | SASEBO | AP | DHR PACIFIC | JAPAN | 8622 | 0852 | NBHC SASEBO MAIN | CLINIC | 96322 | | | ACTIVE | |
| Pac fic | PMF | YOKOSUKA | SASEBO | SASEBO HARIO ANNEX PHCY | | 8210166 | 1285703322 | NAVY | NMW | SASEBO | AP | DHR PACIFIC | JAPAN | 8622 | 0852 | NBHC SASEBO MAIN | CLINIC | 96322 | | | ACTIVE | |
| Pac fic | PMF | YOKOSUKA | SASEBO | SASEBO HARIO ANNEX PHCY | | 8210217 | 1184702234 | NAVY | NMW | SASEBO | AP | DHR PACIFIC | JAPAN | 8622 | 0852 | NBHC SASEBO 3F | CLINIC | 96322 | | | ACTIVE | |
| Pac fic | PMG | YOKOSUKA | YOKOSUKA | YOKOSUKA PHCY | | 8210192 | 1801952262 | NAVY | NMW | YOKOSUKA | AP | DHR PACIFIC | JAPAN | 8622 | 8622 | NH YOKOSUKA | HOSP | 96349 | | | ACTIVE | |
| Pac fic | PMG | YOKOSUKA | YOKOTA | YOKOTA PHCY | | 8210180 | 1679642722 | AIR FORCE | PACAF | YOKOTA | AP | DHR PACIFIC | JAPAN | 0640 | 0640 | AF-H-374th MEDGRP-YOKOTA | HOSP | 96328 | | | ACTIVE | 7/12/2017 Yokota was hidden on CCL and had an incorrect chain code which has been corrected to PMG - RVM |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION J**
**ATTACHMENT J-5 – Award Fee Plan**
**Version 1.0 June 2020**

**1. PURPOSE.** This Award Fee Plan (AFP) establishes the organization, responsibilities, processes, criteria, and rating standards which will be used in administering contract Section H.7., Award Fee.

**2. SCOPE.** This AFP, in conjunction with the assessment of the Award Fee Board (AFB), will be considered by the Award Fee Determining Official (AFDO) in determining the award fee amount.

**3. DEFINITIONS.**

**"Award Fee"** (AF) is a dollar amount that the Contractor may earn in whole or in part, from the available Award Fee Pool, based on Government-developed and administered award fee criteria and other data as appropriate to motivate and reward the Contractor for contract performance excellence. The amount of the AF to be paid is based upon the Government's subjective evaluation of established award fee criteria. The methodology for determining the AF and the AF amount earned are unilateral decisions, made solely at the discretion of the Government.

**"Award Fee Pool"** is the maximum total dollar amount available at the end of each period, as specified in the contract schedule, that the Contractor may earn and be awarded. Since the AF must be earned, the Contractor begins each evaluation period with 0% of the available award fee and may earn up to the maximum available award fee for each evaluation period.

**4. ORGANIZATION.**

**4.1.** The AF is administered by Government personnel within the Defense Health Agency. The assigned personnel may change from time-to-time; however, the organization and responsibilities described herein are expected to continue during the term of this contract.

**4.2.** The AFDO is the individual responsible for administering the AF process and making the final determination regarding the amount of the AF earned by the Contractor during the evaluation period. The AFDO for this contract will be the Chief, Pharmaceutical Operations Division, Defense Health Agency.

**4.3.** The AFB will be comprised of the following personnel. All voting members will have an equal vote in determining the recommended award fee. Membership is based on position and is not delegable.

| | |
|---|---|
| Chairperson | Chief, Purchased Care Branch, Pharmacy Operations Division |
| Member and Recorder | Contracting Officer (CO) |
| Member | Contracting Officer Representative (COR), Operations |
| Member | COR, Clinical |
| Member | POD, Subject Matter Expert |
| Legal Advisor | DHA Office of General Counsel (non-voting) |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

## 5. RESPONSIBILITIES.

**5.1.** The AFDO is responsible for determining the final amount of AF based on this AFP, the recommendations and findings of the AFB, information of which the AFDO is aware, as well as other mitigating factors. The AFDO will attend AFB meetings as a non-voting member in order to hear reports and briefings first hand and participate in discussions. The AFDO, in coordination with the CO, should notify and debrief the Contractor of the earned award fee and the basis for the decision.

**5.2.** The AFB Chairperson is responsible for ensuring the integrity of the process; managing the AFB; ensuring training of all AFB participants; and ensuring all relevant information and documentation is provided to the AFB. The AFB Chairperson will chair AFB meetings and brief attendees on relevant performance reports, surveys, and data. AFB Chairperson is responsible for coordinating recommended changes to the AFP.

**5.3.** The CO shall have administrative responsibility for managing the award fee process in accordance with applicable policy and guidance and shall serve as the official recorder to AFB. The CO is the liaison between the Government and the Contractor. The CO receives contractor submitted self-assessments, coordinates the written notice of the award fee determination, to include the basis for the determination, and coordinates any Contractor debriefing with the AFDO.

**5.4.** The COR, Operations, is responsible for scheduling and arranging all AFB meetings. The COR will compile any AFB requested information, documentation, and data, together with appropriate subjective evaluations and recommendations of subject matter experts for presentation to the AFB and the AFDO.

**5.5.** The AFB is responsible for reviewing and evaluating information presented for review, plus any mitigating factors, and making AF recommendations for the consideration of the AFDO. The AFB will ensure that the AF recommendations accurately reflect the subjective evaluation and analysis of the information presented for review by the AFB and are in accordance with this AFP and the Award Fee Rating Standards (see Section 9 of this AFP). The deliberations and recommendations of the AFB shall be recorded and maintained as part of the contract file.

**5.6.** The Legal Advisor is a non-voting member of the AFB and will provide advice to the AFB and AFDO and review all documents created for legal sufficiency prior to their release.

## 6. AWARD FEE PROCESS.

**6.1.** The AF periods and the Award Fee Pool available for each AF period are defined at Sub-Line Item Number (SLIN) X018AA and X018AB of the contract Schedule B, subject to the exercise of the options.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**6.2.** The maximum Award Fee Pool available shall be the amount stated in Schedule B. Unearned portions of the Award Fee Pool shall **NOT** "roll over" or be available for any future award fee period.

**6.3.** The contractor may provide written self-assessments for the consideration of the AFB and AFDO. Any Contractor self-assessment shall be submitted to the CO within 20 calendar days following the end of the evaluation period. The Contractor may submit written information of its choice for the Government's consideration, within the page limitations stated herein. However, the AFB and AFDO will not consider Contractor submitted surveys or survey results. The rating and amount of award fee earned is at the sole discretion of the AFB and AFDO. The rating and amount of award fee are not subject to dispute by the Contractor.

**6.3.1.** Contractor self-assessments for each AF period shall not exceed 20 pages total and should address each of the AF criteria stated in the AFP separately (see Section 8 of this AFP).

**6.4.** The AFB will meet no later than 70 calendar days following the end of each award fee period to make its award fee recommendations for the consideration of the AFDO.

**6.4.1.** When determining its award fee recommendations for each evaluation period, The AFB will consider the results of Government-conducted Beneficiary Satisfaction Surveys, information provided by the AFB Chairperson regarding the Contractor's performance, any Contractor submitted self-assessment, and all other information the AFB deems appropriate in preparing and recording its recommendations and rationale for each Award Fee Criteria.

**6.5.** The AFDO will issue an award fee determination within 10 calendar days following the AFB meeting. When determining the award fee, the AFDO will consider the AFP, the recommendations of the AFB, and all other information the AFDO deems appropriate, except that AFDO will not consider any survey results provided by the Contractor. When issuing the award fee determination, the AFDO shall include the rationale for the determination decision. This rationale shall be shared with the Contractor.

**6.6.** The Contracting Officer will issue a modification for the award fee determination within 10 calendar days following receipt of the AFDO determination.

**7. BASIC (MINIMUM ESSENTIAL) OBJECTIVES OF THE CONTRACT.** The Contractor is prohibited from earning any award fee when it's overall cost, schedule, and technical performance in the aggregate is below satisfactory as outlined via the following basic, minimum essential, objectives of the contract:

1. Maximize patient safety through the utilization of best practices.

2. Apply the prescription drug benefit consistently and comprehensively in a timely and accurate manner.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION J
ATTACHMENT J-5 - Award Fee Plan
Version 1.0 June 2020

3. Execute a fiscally responsible pharmacy program.

4. Establish and maintain a high level of customer and beneficiary satisfaction.

5. Provide flexible, effective collaborative management and quality control for all services and functions.

**8. AWARD FEE EVALUATION CRITERIA.** In advance of each AF evaluation period, the Government will provide notice to the Contractor those AF Criteria which will receive emphasis during the coming AF evaluation period. The areas of potential emphasis are listed below:

1. **Customer service--**Design and conduct the experience of and interactions with TRICARE beneficiaries in a manner which clearly communicates the most efficient and cost-effective options for delivery of pharmacy services while fostering superior beneficiary satisfaction
2. **Management**--Manage the TPharm5 contract in a manner which achieves highly efficient, collaborative, flexible, and cost-effective delivery of required pharmacy services that meets the Government's intent.
3. **Transition**--Achieve frequent and meaningful coordination among many parties to ensure uninterrupted performance of services across contracts
4. **Innovation**—Maintain a world class pharmacy benefit for TRICARE beneficiaries that promotes the MHS Quadruple Aim through adoption of industry best practices and incorporation of commercial innovations
5. **Quality --** Achieve a superior quality pharmacy program through an effective quality management program, including but not limited to superior level patient safety.

**9. AWARD FEE RATING STANDARDS.** In accordance with FAR 16.401,the Contractor's performance will be measured against the AF Criteria selected during each AF evaluation period as detailed below in the following rating standards:

Table-1

| Award-Fee Adjectival Rating | Award-Fee Pool Available To Be Earned | Description |
|---|---|---|
| Excellent | 91%-100% | Contractor has exceeded almost all of the significant award-fee criteria and has met overall cost, schedule, and technical performance requirements of the contract in the aggregate as defined and measured against the criteria in the award-fee plan for the award-fee evaluation period. |
| Very Good | 76%-90% | Contractor has exceeded many of the significant award-fee criteria and has met overall cost, schedule, and technical performance requirements of the contract in the |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

SECTION J
ATTACHMENT J-5 - Award Fee Plan
Version 1.0 June 2020

Table-1

| Award-Fee Adjectival Rating | Award-Fee Pool Available To Be Earned | Description |
|---|---|---|
| | | aggregate as defined and measured against the criteria in the award-fee plan for the award-fee evaluation period. |
| Good | 51%-75% | Contractor has exceeded some of the significant award-fee criteria and has met overall cost, schedule, and technical performance requirements of the contract in the aggregate as defined and measured against the criteria in the award-fee plan for the award-fee evaluation period. |
| Satisfactory | No Greater Than 50% | Contractor has met overall cost, schedule, and technical performance requirements of the contract in the aggregate as defined and measured against the criteria in the award-fee plan for the award-fee evaluation period. |
| Unsatisfactory | 0% | Contractor has failed to meet overall cost, schedule, and technical performance requirements of the contract in the aggregate as defined and measured against the criteria in the award-fee plan for the award-fee evaluation |

## 10. CHANGES TO THE AWARD FEE PLAN.

**10.1.** The Government may make unilateral changes to this AFP if the Contractor is provided written notification by the CO before the start of the upcoming evaluation period. Both the Contractor and the Government must agree to changes to the AFP that will affect an ongoing evaluation period.

**10.2.** Potential changes to the AFP may be initiated by the AFDO, or any AFB member. The AFB Chairperson shall coordinate changes with the AFB members and present the recommended changes to the AFDO, in coordination with the CO, for final concurrence.

**10.3.** The CO shall coordinate approved changes to the AFP in advance with the Contractor, and will provide to the Contractor, in writing, the approved and coordinated changes to the AFP in sufficient time to allow the Contractor to adjust performance to reflect the AFP changes for the evaluation period in which the changes will be implemented.

**11.** CONTRACT TERMINATION. If the contract is terminated for the convenience of the Government after the start of an award fee evaluation period, the award fee deemed earned for that period shall be determined by the AFDO using the normal award fee evaluation process. After contract termination, the remaining award fee amounts allocated to all subsequent award fee evaluations periods cannot be earned by the Contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION J**
**ATTACHMENT J-5 - Award Fee Plan**
**Version 1.0 June 2020**

**(End of Award Fee Plan)**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

**Attachment J-6 – CDRL Cover Sheet**

<u>**Daily**</u>

D010   Mail Order Daily NDC Change Requests Report
D020   MTF CHCS Claims Rejection Detail Report
D030   Contractor Payment Check Issue Data
D040   Retail Pharmacy Claims (RPC) Data Requirements

<u>**Weekly**</u>

W010   Mail Order Rebaseline and Continuous Monitoring Approval Report
W011   Specialty Pharmacy Rebaseline and Continuous Monitoring Approval Report
W012   Mail Order Backorder Report
W020   MTF CHCS Data Integrity Report - High Dose & Invalid Provider
W021   MTF CHCS High Cost Claim Report
W030   MHS GENESIS Drug Reject Report
W040   Operations Issues Log

<u>**Monthly**</u>

M010   TPharm Contract Performance Summary
M020   Call Center Top Issues Report
M030   Priority Correspondence Report
M040   Retail Network Pharmacy Report
M041   Retail Network Pharmacy Access Report
M050   TPharm Metric Summary Report
M060   Pharmacy Transactions Processing Report
M070   MTF CHCS Claims Rejection Summary Report
M071   MTF CHCS Data Integrity Summary Report - High Dose & Invalid Provider
M072   MTF CHCS High Cost Claim Summary Report
M080   HIPAA Privacy Disclosure Report
M090   Pharmacy Claims Audit Report
M100   Deployment Prescription Program Report
M110   Replenishment Reconciliation Report - Claims
M111   Replenishment Reconciliation Report - NDC Level
M120   Expanded Mail Order and MTF Report
M130   Auto Refill Dashboard
M140   Market Priced Pharmaceutical Program Report
M150   Theater Medical Data Store (TMDS) Claims Processing Report
M160   Bank Reconciliation Format
M170   Accounts Receivable Reports
M180   Bank Cleared Payment Report
M190   Bank Account Statement Report
M200   Benefit Design and Formulary Search Tool Changes
M210   Compound Prescription Report
M220   PDMP MHS User Overview Report
M230   Prescription Monitoring Program Report - MTF

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

M231  Prescription Monitoring Program Report - MCSC
M240  Retail Refund Dispute Report
M250  Employee Access to DoD Information Systems/Networks Report

**Quarterly**

Q010  Clinical and Admin Review Report
Q020  Beneficiary Services Report
Q030  Pharmacy Help Desk Report
Q040  Mail Order Pharmacy Prescription Report
Q041  Mail Order Pharmacy Reship Report
Q042  Mail Order Quality Control Report
Q050  Paper Claims Processing Report
Q060  Prescription Monitoring Program Utilizer Report
Q061  Prescription Monitoring Program Overview Report
Q070  Safety and Enhanced Care Services Report
Q080  EOB Report
Q090  TED Summary Report
Q100  Fraud and Abuse Summary Report
Q110  Other Health Insurance (OHI) Identification and Development Report
Q111  OHI Cost Avoidance Report
Q120  CHCBP Monitoring Report
Q130  Eligibility Recoupment Status Report
Q140  Quarterly Review Program Report
Q150  Specialty Pharmacy Services Report
Q160  Educational Update Report
Q170  Market Drug Trend Report
Q180  Specialty Pharmacy Accreditation Performance Guarantee Report
Q190  Network Pharmacy Performance Report
Q200  NPV Fulfillment Performance Report

**Annual**

A010  FOIA Releasable Contract
A020  MOU with DHA Communications
A021  MOU with DHA Information Operations (Pharmacy Data Warehouse)
A022  MOU with MHS GENESIS Contractor
A023  MOU with MCSC - East Region
A024  MOU with MCSC - West Region
A025  MOU with DHA Compliance Review Contractor
A030  Continuity of Operation Plan
A031  Disaster Recovery Test Results
A040  NIST Certification of Compliance Report
A050  Quality Management Plan
A060  Service Organization Control Report (SOC1) SSAE 18
A061  Bridge Letter on Service Organization Control Report (SOC1) SSAE 18
A070  Risk Assessment Letter of Assurance
A080  Fraud Detection and Prevention Strategy and Internal Procedures

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**SECTION J**
**LIST OF ATTACHMENTS**

A090   DEERS Query Volume Forecast
A100   Education Plan
A110   Retail Network Access Plan
A120   System Security Plan
A130   Health and Safety Gaps Closure Report

**As Required**

R010   NPV Discrepancy Report
R020   Pharmacy Change Monitoring Report
R030   Ad Hoc Management Reports
R040   Appeals Processing Guidelines, Desk Instructions and Reference Material
R050   Breach Report
R060   Standard Operating Procedures (Desk Procedures)
R070   State of Emergency Report
R080   Random Sampling Audit Worksheet
R090   Fraud Abuse Patient Harm-Initial Notification Checklist
R100   DHA-MTF Fraud and Abuse Cover Sheet
R110   Declaration of Transfer and Destruction of Records
R120   Transition-In MOU
R121   Transition-Out MOU
R130   Specialty Pharmacy Daily NDC Change Requests Report
R140   Specialty Market Priced Pharmaceutical Program Report
R150   Systems Integration Test Plans
R160   B2B Gateway Questionnaire
R170   Mission-Essential Contractor Services Plan

**Transition**

T010   Transition-In Plan
T020   Transition-In Status Report
T030   Transition-Out Plan
T040   Transition-Out Status Report

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00366-MRD-PAS   Document 12   Filed 06/17/25   Page 458 of 762 PageID #: 2087

Electronic Health Record Acquisition (eHRa)
Program Site Deployment List

SECTION J
ATTACHMENT J-6  USCG Sites

| Military Service | Facility Name | DEMIS ID | Type Facility | Site Users | Total Users A/D & Res | Primary Care | Medical Specialty | Surgical Specialty | Ancillary Specialty | Emergency Services | Dental Services | Data Storage systems | Network Performance | Network Comms | BLDG Number | Installation Name | Street Address | City | State | Zip Code | Country | Wave |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coast Guard | CG Academy | 0034 | Clinic A | C | 50 | P2 | M0 | S0 | A4 | R0 | D1 | 1 | 4 | T | "Michel Hall" | CG Academy | 31 Mohegan Avenue | New London | CT | 06320 | US | Atlantic |
| Coast Guard | CG AIRSTA / Sector San Diego | 5199 | Clinic A | A | 7 | P1 | M0 | S0 | A8 | R0 | D0 | 1 | 4 | T | Building C | CG Sector San Diego | 2710 Harbor Drive | San Diego | CA | 92101 | US | Pacific |
| Coast Guard | CG AIRSTA / SFO Port Angeles | 0434 | Clinic A | A | 9 | P1 | M0 | S0 | A8 | R0 | D0 | 1 | 4 | T | BLDG 11 | CG AIRSTA/SFO Port Angeles | 1 Ediz Hook Road | Port Angeles | WA | 98362 | US | Pacific |
| Coast Guard | CG AIRSTA Atlantic City | 5190 | Clinic A | A | 4 | P1 | M0 | S0 | A8 | R0 | D0 | 1 | 4 | T | BLDG 350 | Air Station Atlantic City | 101 Atlantic City Int'l Airport | Egg Harbor Township | NJ | 08234 | US | Atlantic |
| Coast Guard | CG AIRSTA Barbers Point | 7043 | Clinic A | B | 15 | P1 | M0 | S0 | A8 | R0 | D0 | 1 | 4 | T | NO BLDG 3 | Air Station Barbers Point | 1 Coral Sea Road | Kapolei | HI | 96707 | US | Pacific |
| Coast Guard | CG AIRSTA Borinquen | 7042 | Clinic A | B | 15 | P1 | M0 | S0 | A2 | R0 | D1 | 1 | 4 | T | BLDG 118 and 122 | Air Station Borinquen | 260 Guard Road | Aguadilla | PR | 00603 | US | Atlantic |
| Coast Guard | CG AIRSTA Clearwater | 0422 | Clinic A | B | 21 | P1 | M0 | S0 | A2 | R0 | D1 | 1 | 4 | T | BLDG 4527 | Air Station Clearwater | 15100 Rescue Way | Clearwater | FL | 33762 | US | Atlantic |
| Coast Guard | CG AIRSTA Corpus Christi | 5187 | Clinic A | A | 5 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 4 | T | Room 265 | Air Station Corpus Christi | 8930 Ocean Drive, Hanger 41 | Corpus Christi | TX | 78419 | US | Atlantic |
| Coast Guard | CG AIRSTA Detroit | 5195 | Clinic A | B | 11 | P1 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | BLDG 825 | Sector Detroit | 110 Mt. Elliott Street | Detroit | MI | 48207 | US | Atlantic |
| Coast Guard | CG AIRSTA Miami | 0421 | Clinic A | B | 27 | P1 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | NO BLDG # | Air Station Miami | 14750 NW 44th Court | Opa-locka | FL | 33054 | US | Atlantic |
| Coast Guard | CG AIRSTA Sacramento | 5194 | Clinic A | A | 5 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 4 | T | BLDG 98 VA Clinic | Air Station Sacramento | 6037 Price Avenue | McClellan Park | CA | 95652 | US | Pilot |
| Coast Guard | CG AIRSTA Savannah | 5186 | Clinic A | A | 5 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 4 | T | BLDG 838 | Hunter Army Airfield | 1297 N Lightning Road | Savannah | GA | 31409 | US | Atlantic |
| Coast Guard | CG AIRSTA Sitka | 7047 | Clinic A | A | 10 | P1 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | NO BLDG # | Air Station Sitka | 611 Airport Road | Sitka | AK | 99835 | US | Pacific |
| Coast Guard | CG AIRSTA Traverse C ty | 0427 | Clinic A | A | 6 | P1 | M0 | S0 | A8 | R0 | D0 | 1 | 4 | T | NO BLDG # | Air Station Traverse City | 1175 Airport Access Road | Traverse City | MI | 49686 | US | Atlantic |
| Coast Guard | CG ATC Mob le | 0416 | Clinic A | C | 30 | P2 | M0 | S0 | A2 | R0 | D1 | 1 | 4 | T | BLDG 524 | Aviation Training Center Mob le | 8501 Tanner Williams Road | Mobile | AL | 36608 | US | Atlantic |
| Coast Guard | CG Base Alameda | 0418 | Clinic A | C | 39 | P2 | M0 | S0 | A4 | R0 | D1 | 1 | 4 | T | BLDG 1 | CG Base Alameda | 42 Eagle Road #21 | Alameda | CA | 94501 | US | Pilot |
| Coast Guard | CG Base Boston | 0426 | Clinic A | B | 27 | P2 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | BLDG 3 INDI Deck | CG Base Boston | 427 Commercial Street | Boston | MA | 02109 | US | Atlantic |
| Coast Guard | CG Base Cape Cod | 0425 | Clinic A | C | 32 | P2 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | 5201 Lee Road | CG Base Cape Cod | 5201 Lee Road | Buzzards Bay | MA | 02542 | US | Atlantic |
| Coast Guard | CG Base Elizabeth City | 0430 | Clinic A | B | 25 | P1 | M0 | S0 | A3 | R0 | D1 | 1 | 4 | T | BLDG 128 | CG Base Elizabeth City | 1664 Weeksville Road | Elizabeth City | NC | 27909 | US | Atlantic |
| Coast Guard | CG Base Honolulu | 5188 | Clinic A | A | 4 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | NO BLDG # | CG Base Honolulu | 400 Sand Island Parkway | Honolulu | HI | 96819 | US | Pacific |
| Coast Guard | CG Base Ketchikan | 7044 | Clinic A | A | 9 | P1 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | Suite 627 6TH Floor | CG Base Ketchikan Detachment | 709 W 9th Street | Juneau | AK | 99801 | US | Pacific |
| Coast Guard | CG Base Ketchikan | 0417 | Clinic A | A | 8 | P1 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | NO BLDG # | CG Base Ketchikan | 1300 Stedman Street | Ketchikan | AK | 99901 | US | Pacific |
| Coast Guard | CG Base Kodiak | 0130 | Clinic A | C | 38 | P1 | M0 | S0 | A9 | R0 | D1 | 1 | 4 | T | BLDG N-46 | CG Base Kodiak | 5th Street Kodiak Station | Kodiak | AK | 99619 | US | Pacific |
| Coast Guard | CG Base Los Angeles/Long Beach | 7046 | Clinic A | B | 19 | P1 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | BLDG 23 | CG Base Los Angeles/Long Beach | 1001 South Seaside Avenue | San Pedro | CA | 90731 | US | Pacific |
| Coast Guard | CG Base Miami Beach | 7048 | Clinic A | B | 26 | P1 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | BLDG 3 | CG Base Miami Beach | 100 MacArthur Causeway | Miami Beach | FL | 33139 | US | Atlantic |
| Coast Guard | CG Base National Capital Region | 0420 | Clinic A | C | 36 | P2 | M0 | S0 | A2 | R0 | D1 | 1 | 4 | T | RM 2(I4-01 | CG Base National Cap tal Region | 2703 MLK Jr Avenue SE STOP | Washington | DC | 20593 | US | Atlantic |
| Coast Guard | CG Base New Orleans | 0423 | Clinic A | B | 22 | P1 | M0 | S0 | A10 | R0 | D1 | 1 | 4 | T | NO BLDG # | CG Base New Orleans | 1790 Saturn Boulevard | New Orleans | LA | 70129 | US | Atlantic |
| Coast Guard | CG Base Portsmouth | 0432 | Clinic A | C | 42 | P1 | M0 | S0 | A2 | R0 | D1 | 1 | 4 | T | BLDG 58 | CG Base Portsmouth | 4000 Coast Guard Boulevard | Portsmouth | VA | 23703 | US | Atlantic |
| Coast Guard | CG Base Seattle | 0435 | Clinic A | C | 34 | P2 | M0 | S0 | A9 | R0 | D1 | 1 | 4 | T | BLDG 1 2nd Deck | CG Base Seattle | 1519 Alaskan Way South | Seattle | WA | 98134 | US | Pacific |
| Coast Guard | CG HITRON Jacksonville | 5195 | Clinic A | A | 3 | P1 | M0 | S0 | A8 | R0 | D0 | 1 | 4 | T | BLDG 1846 | NAS Cecil Field | 13520 Aerospace Way, Hanger 13 | Jacksonville | FL | 32215 | US | Atlantic |
| Coast Guard | CG Sector Columbia River | 0431 | Clinic A | B | 14 | P1 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | BLDG 56 | CG Sector Columbia River | 2185 SE 12th Place | Warrenton | OR | 97146 | US | Pacific |
| Coast Guard | CG Sector Houston/Galveston | 7082 | Clinic A | B | 16 | P2 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | NO BLDG # 2ND Deck | CG Sector Houston/Galveston | 13411 Hillard Street | Houston | TX | 77034 | US | Atlantic |
| Coast Guard | CG Sector Humboldt Bay | 7083 | Clinic A | B | 8 | P1 | M0 | S0 | A8 | R0 | D0 | 1 | 4 | T | BLDG 2 | CG Sector Humboldt Bay | 1001 Lycoming Way | Mckinleyville | CA | 95519 | US | Pacific |
| Coast Guard | CG Sector Key West | 5199 | Clinic A | A | 6 | P1 | M0 | S0 | A8 | R0 | D0 | 1 | 4 | T | BLDG 12 | CG Sector Key West | 100 Trumbo Road | Key West | FL | 33040 | US | Atlantic |
| Coast Guard | CG Sector New York | 5196 | Clinic A | B | 12 | P2 | M0 | S0 | A8 | R0 | D0 | 1 | 4 | T | BLDG 215 | CG Sector New York | 212 Coast Guard Drive | Staten Island | NY | 10305 | US | Atlantic |
| Coast Guard | CG Sector North Bend | 7045 | Clinic A | B | 12 | P1 | M0 | S0 | A8 | R0 | D0 | 1 | 4 | T | NO BLDG # | CG Sector North Bend | 2000 Connecticut Ave. | North Bend | OR | 97459 | US | Pacific |
| Coast Guard | CG Sector San Juan | 5199 | Clinic A | B | 16 | P1 | M0 | S0 | A2 | R0 | D1 | 1 | 4 | T | BLDG 125 | CG Sector San Juan | 5 Calle La Puntilla | San Juan | PR | 00901 | US | Atlantic |
| Coast Guard | CG Sector St. Petersburg | 5191 | Clinic A | A | 8 | P1 | M0 | S0 | A8 | R0 | D1 | 1 | 4 | T | BLDG 1301 | CG Sector St. Petersburg | 600 8th Avenue SE | St. Petersburg | FL | 33701 | US | Atlantic |
| Coast Guard | CG TRACEN Cape May | 0428 | Clinic A | E | 96 | P2 | M0 | S0 | A4 | R0 | D1 | 1 | 4 | T | BLDG 270 | CG TRACEN Cape May | 1 Munro Avenue | Cape May | NJ | 08204 | US | Atlantic |
| Coast Guard | CG TRACEN Petaluma | 0419 | Clinic A | C | 30 | P2 | M0 | S0 | A4 | R0 | D1 | 1 | 4 | T | BLDG 225 | CG TRACEN Petaluma | 599 Tomales Road | Petaluma | CA | 94952 | US | Pilot |
| Coast Guard | CG TRACEN Yorktown | 0433 | Clinic A | B | 23 | P1 | M0 | S0 | A4 | R0 | D1 | 1 | 4 | T | BLDG 246 | CG TRACEN Yorktown | 1 US CG Training Center | Yorktown | VA | 23690 | US | Atlantic |
| Coast Guard | CG Yard | 0424 | Clinic A | B | 19 | P1 | M0 | S0 | A2 | R0 | D1 | 1 | 4 | T | BLDG 288 | CG Yard | 2401 Hawkins Point Road | Curtis Bay | MD | 21226 | US | Atlantic |
| Coast Guard | CG AIRSTA San Francisco | 5184 | Clinic A | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG AIRSTA San Francisco | 1020 N Access Road | San Francisco | CA | 94128 | US | Pacific |
| Coast Guard | CGC Active | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Active | 1 Ediz Hook Road | Port Angeles | WA | 98362 | US | Pacific |
| Coast Guard | CGC Alder | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Alder | 1201 Minnesota Avenue | Duluth | MN | 55802 | US | Atlantic |
| Coast Guard | CGC Alert | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | Sector Columbia River | 2185 SE 12th Place | Warrenton | OR | 97146 | US | Pacific |
| Coast Guard | CGC Alex Haley | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Kodiak | 19065 Chiniak Way | Kodiak | AK | 99619 | US | Pacific |
| Coast Guard | CGC Aspen | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Aspen | 1 Yerba Buena Island | San Francisco | CA | 94130 | US | Pacific |
| Coast Guard | CGC Bear | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Portsmouth | 4000 Coast Guard Boulevard | Portsmouth | VA | 23703 | US | Atlantic |
| Coast Guard | CGC Berthoff | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Alameda | Coast Guard Island | Alameda | CA | 94501 | US | Pacific |
| Coast Guard | CGC Campbell | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | Portsmouth Naval Shipyard | c/o Portsmouth Naval Shipyard | Portsmouth | NH | 3804 | US | Atlantic |
| Coast Guard | CGC Confidence | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Confidence | 9235 Grouper Road | Cape Canaveral | FL | 32920 | US | Atlantic |
| Coast Guard | CGC Cypress | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | NAS Pensacola | 211 South Avenue Bldg 38 Suite C | Pensacola | FL | 32508 | US | Atlantic |
| Coast Guard | CGC Dauntless | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Dauntless | P.O. Box 1942 | Galveston | TX | 77553 | US | Atlantic |
| Coast Guard | CGC Decisive | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | NAVSTA Pascagoula | NAVSTA Pascagoula | Pascagoula | MS | 39595 | US | Atlantic |
| Coast Guard | CGC Dependable | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Dependable | 1100 Abbott Road Ste 200 | Virginia Beach | VA | 23459 | US | Atlantic |
| Coast Guard | CGC Diligence | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Diligence | 109 N Water Street | Wilmington | NC | 28401 | US | Atlantic |
| Coast Guard | CGC Douglas Munro | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Kodiak | 19065 I Chiniak Way | Kodiak | AK | 99619 | US | Pacific |
| Coast Guard | CGC Eagle | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Yard | 2401 Hawkins Point Road | Curtis Bay | MD | 21226 | US | Atlantic |
| Coast Guard | CGC Elm | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Elm | 2301 East Fort Macon Road | Atlantic Beach | NC | 28512 | US | Atlantic |
| Coast Guard | CGC Escanaba | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Boston | 427 Commercial Street | Boston | MA | 02109 | US | Atlantic |
| Coast Guard | CGC F r | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Fir | 37573 Highway 30 | Astoria | OR | 97103 | US | Pacific |
| Coast Guard | CGC Forward | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Portsmouth | 4000 Coast Guard Boulevard | Portsmouth | VA | 23703 | US | Atlantic |
| Coast Guard | CGC Hamilton | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Hamilton | 1050 Register Street | North Charleston | SC | 29405 | US | Atlantic |
| Coast Guard | CGC Harriet Lane | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Portsmouth | 4000 Coast Guard Boulevard | Portsmouth | VA | 23703 | US | Atlantic |
| Coast Guard | CGC Healy | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Seattle | 1519 Alaskan Way South | Seattle | WA | 98134 | US | Pacific |
| Coast Guard | CGC Hickory | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Hickory | 4668 Homer Spit Road | Homer | AK | 99603 | US | Pacific |
| Coast Guard | CGC Hollyhock | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Hollyhock | 2700 Omer Street | Port Huron | MI | 48060 | US | Atlantic |
| Coast Guard | CGC James | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC James | 1050 Register Street | North Charleston | SC | 29405 | US | Atlantic |
| Coast Guard | CGC Juniper | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | Naval Station Newport | NAVSTA Pier Two | Newport | RI | 2841 | US | Atlantic |
| Coast Guard | CGC Kimball | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Honolulu | 400 Sand Island Parkway | Honolulu | HI | 96819 | US | Pacific |
| Coast Guard | CGC Kukui | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Honolulu | 400 Sand Island Parkway | Honolulu | HI | 96819 | US | Pacific |
| Coast Guard | CGC Legare | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Portsmouth | 4000 Coast Guard Boulevard | Portsmouth | VA | 23703 | US | Atlantic |
| Coast Guard | CGC Mackinaw | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Mackinaw | 131 Huron Avenue | Cheboygan | MI | 49721 | US | Atlantic |
| Coast Guard | CGC Maple | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CGC Maple | 1480 Seward | Sitka | AK | 99835 | US | Pacific |
| Coast Guard | CGC Mellon | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | CG Base Seattle | 1519 Alaskan Way South | Seattle | WA | 98134 | US | Pacific |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00366-MRD-PAS   Document 12   Filed 06/17/25   Page 203 of 459   PageID #: 2088

Electronic Health Record Acquisition (eHRa)
Program Site Deployment List

SECTION J
ATTACHMENT J-6 USCG Sites

| Military Service | Facility Name | DEMIS ID | Type Facility | Site Users | Total Users A/D & Res | Primary Care | Medical Specialty | Surgical Specialty | Ancillary Specialty | Emergency Services | Dental Services | Data Storage systems | Network Performance | Network Comms | BLDG Number | Installation Name | Street Address | City | State | Zip Code | Country | Wave |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coast Guard | CGC Midgett | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Seattle | 1519 Alaskan Way South | Seattle | WA | 98134 | US | Pacific |
| Coast Guard | CGC Mohawk | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Sector Key West | 100 Trumbo Point Annex | Key West | FL | 33040 | US | Atlantic |
| Coast Guard | CGC Munro | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Alameda | Coast Guard Island | Alameda | CA | 94501 | US | Pacific |
| Coast Guard | CGC Northland | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Portsmouth | 4000 Coast Guard Boulevard | Portsmouth | VA | 23703 | US | Atlantic |
| Coast Guard | CGC Oak | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CGC Oak | 47 Chandler Street Quay Wall | Newport | RI | 2841 | US | Atlantic |
| Coast Guard | CGC Polar Star | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Seattle | 1519 Alaskan Way South | Seattle | WA | 98134 | US | Pacific |
| Coast Guard | CGC Reliance | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | USCGC Reliance (WMEC 615) | c/o PNS  Bldg. 171 | Kittery | ME | 3904 | US | Atlantic |
| Coast Guard | CGC Resolute | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | Sector St. Petersburg | 600 8th Avenue SE | St. Petersburg | FL | 33701 | US | Atlantic |
| Coast Guard | CGC Seneca | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Boston | 427 Commercial Street | Boston | MA | 2109 | US | Atlantic |
| Coast Guard | CGC Sequoia | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | US Naval Activities Guam | Victor Warf  Pier Three | Santa Rita | GU | 96915 | US | Pacific |
| Coast Guard | CGC Spar | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Kodiak | 19065 I Chiniak Way | Kodiak | AK | 99619 | US | Pacific |
| Coast Guard | CGC Spencer | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Boston | 427 Commercial Street | Boston | MA | 2109 | US | Atlantic |
| Coast Guard | CGC Steadfast | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | Sector Columbia River | 2185 SE 12th Place | Warrenton | OR | 97146 | US | Pacific |
| Coast Guard | CGC Stratton | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Alameda | Coast Guard Island | Alameda | CA | 94501 | US | Pacific |
| Coast Guard | CGC Sycamore | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CGC Sycamore | PO Box 300 | Cordova | AK | 99574 | US | Pacific |
| Coast Guard | CGC Tahoma | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Portsmouth | c/o PNS  Bldg. 171 | Portsmouth | NH | 3804 | US | Atlantic |
| Coast Guard | CGC Tampa | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Portsmouth | 4000 Coast Guard Boulevard | Portsmouth | VA | 23703 | US | Atlantic |
| Coast Guard | CGC Thetis | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CGC Thetis (WMEC 910) | 100 Trumbo Road | Key West | FL | 33040 | US | Atlantic |
| Coast Guard | CGC Valiant | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CGC Valiant | Un t 100416 | Mayport | FL | 50228 | US | Atlantic |
| Coast Guard | CGC Venturous | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | Sector St. Petersburg | 600 8th Avenue SE | St. Petersburg | FL | 33701 | US | Atlantic |
| Coast Guard | CGC Vigilant | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CGC Vigilant | 9235 Grouper Road | Port Canaveral | FL | 32920 | US | Atlantic |
| Coast Guard | CGC Vigorous | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CGC Vigrous | 1100 Abbott Road, Ste 100 | Virginia Beach | VA | 23459 | US | Atlantic |
| Coast Guard | CGC Waesche | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Alameda | Coast Guard Island Bldg. 42 | Alameda | CA | 94501 | US | Pacific |
| Coast Guard | CGC Walnut | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | CG Base Honolulu | 400 Sand Island Parkway | Honolulu | HI | 96819 | US | Pacific |
| Coast Guard | CGC Willow | | Sickbay Afloat | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | S | N/A | | Naval Station Newport | Pier 2 NAVSTA | Newport | RI | 2841 | US | Atlantic |
| Coast Guard | CG AIRSTA NOLA | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | USCG Airstation New Orleans | 400 Russell Ave | New Orleans | LA | 70143 | US | Atlantic |
| Coast Guard | CG Base Charleston FLRS | | Sickbay Ashore | A | 4 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Base Charleston | 196 Tradd Street | Charleston | SC | 29401 | US | Atlantic |
| Coast Guard | CG Base Cleveland | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Base Cleveland | 1240 E 9th Street Room 2133 | Cleveland | OH | 44199 | US | Atlantic |
| Coast Guard | CG Base St Louis, Detachment | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Upper Mississippi River | 1222 Spruce Street | Saint Louis | MO | 63102 | US | Atlantic |
| Coast Guard | CG FLETC | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | FLETC Charleston | 2000 Bainbridge Ave. | North Charleston | SC | 29405 | US | Atlantic |
| Coast Guard | CG MFPU Bangor | | Sickbay Ashore | A | 3 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | Naval Base Kitsap-Bangor | T-035 Harder Road | Silverdale | WA | 98315 | US | Pacific |
| Coast Guard | CG MFPU Kings Bay | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | Naval Base Kings Bay | 1050 USS Georgia Avenue | Kings Bay | GA | 31547 | US | Atlantic |
| Coast Guard | CG MSRT Chesapeake / East | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | Team | 1000 Technology Drive | Chesapeake | VA | 23322 | US | Atlantic |
| Coast Guard | CG MSST 91101 Seattle | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Base Seattle | 1519 Alaskan Way South | Seattle | WA | 98134 | US | Pacific |
| Coast Guard | CG MSST 91103 LA / LB | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG MSST LA/LB-911003 | 1001 S Seaside Avenue | San Pedro | CA | 90731 | US | Pacific |
| Coast Guard | CG MSST 91104 Houston | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG MSST Houston | 7707 Harborside Drive | Galveston | TX | 77554 | US | Atlantic |
| Coast Guard | CG MSST 91105 San Francisco | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Base Alameda | Coast Guard Island Bldg. 10 | Alameda | CA | 94501 | US | Pilot |
| Coast Guard | CG MSST 91106 New York | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector New York | 212 Coast Guard Drive | Staten Island | NY | 10305 | US | Atlantic |
| Coast Guard | CG MSST 91107 Honolulu | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Base Honolulu | 400 Sand Island Parkway | Honolulu | HI | 96819 | US | Pacific |
| Coast Guard | CG MSST 91108 Kings Bay | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG MSST King's Bay | 563 Point Peter Road | St. Mary's | GA | 31558 | US | Atlantic |
| Coast Guard | CG MSST 91109 San Diego / MSRT West | | Sickbay Ashore | A | 3 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Base San Diego | 3985 Cummings Road | San Diego | CA | 92136 | US | Pacific |
| Coast Guard | CG MSST 91110 Boston | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Base Boston | 427 Commercial Street | Boston | MA | 2109 | US | Atlantic |
| Coast Guard | CG MSST 91112 New Orleans | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG MSST New Orleans | 4023 Main Street | Bell Chasse | LA | 70037 | US | Atlantic |
| Coast Guard | CG MSST 91114 Miami | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | Homestead Air Reserve Base | 29050 Coral Sea Blvd, Building 718 | Homestead ARB | FL | 33034 | US | Atlantic |
| Coast Guard | CG MSU Lake Charles | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG MSU Lake Charles | 127 W  Broad Street  Suite 200 | Lake Charles | LA | 70601 | US | Atlantic |
| Coast Guard | CG MSU Morgan City | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG MSU Morgan City | 800 David Drive  Su te 232 | Morgan City | LA | 70380 | US | Atlantic |
| Coast Guard | CG MSU Port Arthur | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG MSU Port Arthur Texas | 2901 Turtle Creek Dr. Suite 200 | Port Arthur | TX | 77642 | US | Atlantic |
| Coast Guard | CG MSU Portland | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Marine Safety Unit Portland | 6767 N Basin Avenue | Portland | OR | 97217 | US | Pacific |
| Coast Guard | CG MSU Valdez | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Marine Safety Unit Valdez | PO Box 486/105 Clifton Drive | Valdez | AK | 99686 | US | Pacific |
| Coast Guard | CG PATFORSWA | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG PATFORSWA | PSC 851 Box 110 | FPO | AE | 9834 | BH | Atlantic |
| Coast Guard | CG PSU 301 | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG PSU 301 | BLDG 3426 Beaman Street | Buzzards Bay | MA | 02542 | US | Atlantic |
| Coast Guard | CG PSU 305 | | Sickbay Ashore | A | 3 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | Joint Base Langley-Eustis | 2747 Taylor Avenue | Fort Eustis | VA | 23604 | US | Atlantic |
| Coast Guard | CG PSU 307 | | Sickbay Ashore | A | 5 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG PSU 307 | 15100 Rescue Way | Clearwater | FL | 33762 | US | Atlantic |
| Coast Guard | CG PSU 308 | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG PSU 308 | 14115 Fred and Al Key Road | Kiln | MS | 39556 | US | Atlantic |
| Coast Guard | CG PSU 309 | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG PSU 309 | Erie Industrial Park, Bldg. 360 | Port Clinton | OH | 43452 | US | Atlantic |
| Coast Guard | CG PSU 311 | | Sickbay Ashore | A | 3 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG PSU 311 | 1001 S Seaside Avenue | Long Beach | CA | 90731 | US | Pacific |
| Coast Guard | CG PSU 312 | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG PSU 312 | 1020 N Access Road | San Francisco | CA | 94128 | US | Pacific |
| Coast Guard | CG PSU 313 | | Sickbay Ashore | A | 3 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG PSU 313 | 2000 W Marine View Drive | Everett | WA | 98207 | US | Pacific |
| Coast Guard | CG Sector Anchorage | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Anchorage | 49000 Army Guard Road | Fort Richardson | AK | 99505 | US | Pacific |
| Coast Guard | CG Sector Buffalo | | Sickbay Ashore | A | 3 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Buffalo | 1 Fuhrmann Boulevard | Buffalo | NY | 14203 | US | Atlantic |
| Coast Guard | CG Sector Delaware Bay | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Delaware Bay | 1 Washington Avenue | Philadelphia | PA | 19147 | US | Atlantic |
| Coast Guard | CG Sector Guam | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Guam | PSC 455 Box 176 | FPO | AP | 96540 | GU | Pacific |
| Coast Guard | CG Sector Jacksonville | | Sickbay Ashore | A | 4 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Jacksonville | 10426 Alta Drive | Jacksonville | FL | 32226 | US | Atlantic |
| Coast Guard | CG Sector Lake Michigan | | Sickbay Ashore | A | 3 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Lake Michigan | 2420 S Lincoln Memorial Drive | Milwaukee | WI | 53207 | US | Atlantic |
| Coast Guard | CG Sector Long Island Sound | | Sickbay Ashore | A | 4 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Long Island Sound | 120 Woodward Avenue | New Haven | CT | 6512 | US | Atlantic |
| Coast Guard | CG Sector Lower Mississippi River | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Lower Mississippi | 2 A W. W Ife Avenue | Memphis | TN | 38105 | US | Atlantic |
| Coast Guard | CG Sector Mobile | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Mobile | 1500 15th St  Brookley Complex | Mobile | AL | 36615 | US | Atlantic |
| Coast Guard | CG Sector North Caro na | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector North Carolina | 735 Medical Center Drive | Wilmington | NC | 28401 | US | Atlantic |
| Coast Guard | CG Sector Northern New England | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Northern New England | 259 High Street | South Portland | ME | 4106 | US | Atlantic |
| Coast Guard | CG Sector Ohio Valley | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Ohio Valley | | Louisville | KY | 40202 | US | Atlantic |
| Coast Guard | CG Sector San Diego | | Sickbay Ashore | A | 3 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector San Diego | 2710 Harbor Drive | San Diego | CA | 92101 | US | Pacific |
| Coast Guard | CG Sector San Diego / MCRD | | Sickbay Ashore | A | 3 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | NBHC MCRD | 35000 Guadalcanal Street | San Diego | CA | 92140 | US | Pacific |
| Coast Guard | CG Sector San Francisco | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector San Francisco | 1 Yerba Buena Island | San Francisco | CA | 94130 | US | Pacific |
| Coast Guard | CG Sector Sault Ste  Marie | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Sault Ste. Marie | 337 East Water Street | Sault Ste  Marie | MI | 49783 | US | Atlantic |
| Coast Guard | CG Sector Sault Ste. Marie (DD-Duluth) | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG Sector Sault Ste. Marie | 1201 Minnesota Avenue | Duluth | MN | 55802 | US | Atlantic |
| Coast Guard | CG SFO Cape Hatteras | | Sickbay Ashore | A | 3 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | | CG SFO Cape Hatteras | 114 Wood Hill Drive | Nags Head | NC | 27959 | US | Atlantic |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Electronic Health Record Acquisition (eHRa)
Program Site Deployment List

SECTION J
ATTACHMENT J-6  USCG Sites

| Military Service | Facility Name | DEMIS ID | Type Facility | Site Users | Total Users A/D & Res | Primary Care | Medical Specialty | Surgical Specialty | Ancillary Specialty | Emergency Services | Dental Services | Data Storage systems | Network Performance | Network Comms | BLDG Number | Installation Name | Street Address | City | State | Zip Code | Country | Wave |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Coast Guard | CG SFO Eastern Shore | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG SFO Eastern Shore | 3823 Main Street | Chincoteague | VA | 23336 | US | Atlantic |
| Coast Guard | CG SFO Fort Macon | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG SFO Fort Macon | 2301 East Fort Macon Road | Atlantic Beach | NC | 28512 | US | Atlantic |
| Coast Guard | CG SFO Grand Haven | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG SFO Grand Haven | 650 S Harbor Drive | Grand Haven | MI | 49417 | US | Atlantic |
| Coast Guard | CG SFO Moriches | | Sickbay Ashore | A | 4 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG SFO Moriches | 100 Moriches Island Road | East Moriches | NY | 11940 | US | Atlantic |
| Coast Guard | CG SFO Southwest Harbor | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG SFO Southwest Harbor | Box 5000 | Southwest Harbor | ME | 4679 | US | Atlantic |
| Coast Guard | CG Station Golden Gate | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CNTR | 435 Murray Circle | Sausalito | CA | 94965 | US | Pacific |
| Coast Guard | CG Station Grand Isle | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG Station Grand Isle | 100 Semper Street | Grande Isle | LA | 70358 | US | Atlantic |
| Coast Guard | CG Station Port O'Connor | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG Station Port O'Connor | 2307 W Maple Street | Port O'Connor | TX | 77982 | US | Atlantic |
| Coast Guard | CG Station Sandy Hook | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | USCG Station Sandy Hook | 20 Crispin Rd | Highlands | NY | 7732 | US | Atlantic |
| Coast Guard | CG Station South Padre Island | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG Station South Padre | 1 Wallace Reed Road | South Padre Island | TX | 78597 | US | Atlantic |
| Coast Guard | CG Station Venice | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG Station Venice | 436 Coast Guard Road | Venice | LA | 70091 | US | Atlantic |
| Coast Guard | CG Strike Team, Atlantic | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG AST | 5614 Doughboy Loop | Fort Dix | NJ | 8640 | US | Atlantic |
| Coast Guard | CG Strike Team Gulf | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG GST | 8501 Tanner Williams Road | Mobile | AL | 36608 | US | Atlantic |
| Coast Guard | CG Strike Team  Pacific | | Sickbay Ashore | A | 1 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG PST | 450 Hangar Avenue | Novato | CA | 94949 | US | Pacific |
| Coast Guard | CG TACLET Pacific | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG PACTACLET | 34000 Guadalcanal Avenue | San Diego | CA | 92140 | US | Pacific |
| Coast Guard | CG TACLET South | | Sickbay Ashore | A | 2 | P1 | M0 | S0 | A0 | R0 | D0 | 1 | 1 | T | N/A | CG Tactical Law Enforcement Team | 14750 NW 44th Court | Opa-locka | FL | 33054 | US | Atlantic |

Attachment J-7 Wage Determination Revsion List

| State | WD Number | County | Revision Number | Date | Mod | Period |
|-------|-----------|--------|-----------------|------|-----|--------|
| AL | 2015-4591 | Jefferson | 22 | 12/27/2022 | P00010 | Option 1 |
| AL | 2015-4609 | Tuscaloosa | 19 | 12/27/2022 | P00010 | Option 1 |
| AL | 2015-4635 | Butler | 22 | 12/27/2022 | P00010 | Option 1 |
| AL | 2015-4607 | Montgomery | 19 | 12/27/2022 | P00010 | Option 1 |
| AL | 2015-4625 | Clarke | 22 | 12/27/2022 | P00010 | Option 1 |
| AL | 2015-4589 | Lee | 20 | 12/27/2022 | P00010 | Option 1 |
| AL | 2015-4621 | Chambers | 22 | 12/26/2022 | P00011 | Option 1 |
| AL | 2015-4607 | Elmore | 19 | 12/26/2022 | P00011 | Option 1 |
| AL | 2015-4617 | Jackson | 22 | 12/26/2022 | P00011 | Option 1 |
| AL | 2015-4607 | Lowndes | 19 | 12/26/2022 | P00011 | Option 1 |
| AZ | 2015-5477 | Apache, Gila, Navajo | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 20 | 7/20/2022 | P00005 | Option 1 |
| AZ | 2015-5719 | Cochise | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 9/1/2022 | P00005 | Option 1 |
| AZ | 2015-5465 | Coconino | 18 | 3/15/2022 | P00001 | Transition In |
| | | | 20 | 9/1/2022 | P00005 | Option 1 |
| AZ | 2015-5469 | Maricopa | 14 | 4/7/2021 | Award | Award |
| | | | 20 | 9/1/2022 | P00005 | Option 1 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00366-MRD-PAS   Document 2   Filed 06/17/25   Page 20   Page 1421 of 762   PageID

Attachment J-7 Wage Determination Revsion List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AZ | 2015-5473 | Pima | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 9/1/2022 | P00005 | Option 1 |
| | | | | | | |
| AZ | 2015-5471 | Yavapai | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 9/1/2022 | P00005 | Option 1 |
| | | | | | | |
| AR | 2015-5129 | Mississippi | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 20 | 7/12/2022 | P00005 | Option 1 |
| | | | | | | |
| AR | 2015-5133 | Ashley | 21 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| AR | 2015-5117 | Pulaski | 21 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| AR | 2015-5117 | Saline | 21 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| CA | 2015-5617 | Merced | 17 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| CO | 2015-5427 | Pueblo | 13 | 12/21/2020 | Award | Award |
| | | | 20 | 9/1/2022 | P00005 | Option 1 |
| | | | | | | |
| CT | 2015-5617 | Fairfield | 17 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| FL | 2015-4537 | Alachua, Gilchrist | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 7/6/2022 | P00005 | Option 1 |
| | | | | | | |
| FL | 2015-4539 | Baker, Clay, Duval, Nassau, Saint Johns | 17 | 3/15/2022 | P00001 | Transition In |
| | | | 19 | 7/6/2022 | P00005 | Option 1 |
| | | | | | | |
| FL | 2015-4555 | Brevard | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 7/29/2022 | P00005 | Option 1 |
| | | | | | | |
| FL | 2015-4535 | Broward | 21 | 3/15/2022 | P00001 | Transition In |
| | | | 23 | 6/27/2022 | P00005 | Option 1 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00366-MRD-PAS   Document 1-2   Filed 06/17/25   Page 207 of 463   PageID #: 992

Attachment J-7 Wage Determination Revsion List

| FL | 2015-4561 | Escambia, Santa Rosa | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 7/29/2022 | P00005 | Option 1 |
| | | | | | | |
| FL | 2015-4571 | Hernando, Hillsborough, Pasco, Pinellas | 17 | 3/15/2022 | P00001 | Transition In |
| | | | 19 | 7/29/2022 | P00005 | Option 1 |
| | | | | | | |
| FL | 2015-4567 | Indian River | 18 | 3/15/2022 | P00001 | Transition In |
| | | | 20 | 7/29/2022 | P00005 | Option 1 |
| | | | | | | |
| FL | 2015-4551 | Lake | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| FL | 2015-4547 | Manatee, Sarasota | 18 | 3/15/2022 | P00001 | Transition In |
| | | | 20 | 7/6/2022 | P00005 | Option 1 |
| | | | | | | |
| FL | 2015-4553 | Orange | 15 | 4/23/2021 | Award | Award |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| FL | 2015-4541 | Polk | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 7/6/2022 | P00005 | Option 1 |
| | | | | | | |
| FL | 2015-4573 | Palm Beach | 21 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| FL | 2015-4563 | St. Lucie, Martin | 14 | 12/20/2020 | Award | Award |
| | | | 18 | 12/27/2021 | P00001 | Transition In |
| | | | 20 | 7/29/2022 | P00005 | Option 1 |
| | | | | | | |
| FL | 2015-5729 | Sumter | 18 | 3/15/2022 | P00001 | Transition In |
| | | | 20 | 7/29/2022 | P00005 | Option 1 |
| | | | | | | |
| FL | 2015-4533 | Volusia, Flagler | 17 | 3/15/2022 | P000001 | Transition In |
| | | | 19 | 7/6/2022 | P00005 | Option 1 |
| | | | | | | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00366-MRD-PAS   Document 1-2   Filed 06/17/25   Page 208 of 1424   PageID #: 260

Attachment J-7 Wage Determination Revsion List

| FL | 2015-4575 | Jackson | 22 | 12/27/2022 | P00010 | Option 1 |
|----|-----------|---------|----|-----------|--------|----------|
| FL | 2015-4531 | Okaloosa | 22 | 12/27/2022 | P00010 | Option 1 |
| FL | 2015-4543 | Dade | 23 | 12/27/2022 | P00010 | Option 1 |
| FL | 2015-4569 | Leon | 20 | 12/27/2022 | P00010 | Option 1 |
| FL | 2015-5727 | Citrus | 21 | 12/26/2022 | P00011 | Option 1 |
| FL | 2015-4553 | Seminole | 22 | 12/26/2022 | P00011 | Option 1 |
| FL | 2015-4579 | Suwannee | 22 | 12/26/2022 | P00011 | Option 1 |
| GA | 2015-4515 | Camden, Charlton, & Pierce | 20 | 3/15/2022 | P00001 | Transition In |
|    |           |         | 22 | 6/27/2022 | P00005 | Option 1 |
| GA | 2015-4517 | Tift | 23 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4491 | Chatham | 23 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4471 | Cobb | 24 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4511 | Evans | 22 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4507 | Jefferson | 22 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4471 | Newton | 24 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-5831 | Dekalb | 22 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4471 | Fulton | 24 | 12/27/2022 | P00010 | Option 1 |

Attachment J-7 Wage Determination Revsion List

| GA | 2015-4507 | Emanuel | 22 | 12/27/2022 | P00010 | Option 1 |
|----|-----------|---------|----|------------|--------|----------|
| GA | 2015-4497 | Greene | 21 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4465 | Columbia | 21 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4503 | Taylor | 24 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4495 | Houston | 21 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4487 | Bibb | 20 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4493 | Lowndes | 21 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4485 | Liberty | 20 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4467 | Dougherty | 24 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4525 | Catoosa | 19 | 12/27/2022 | P00010 | Option 1 |
| GA | 2015-4505 | Baldwin | 24 | 12/26/2022 | P00011 | Option 1 |
| GA | 2015-2271 | Clayton | 24 | 12/26/2022 | P00011 | Option 1 |
| GA | 2015-4505 | Dodge | 24 | 12/26/2022 | P00011 | Option 1 |
| GA | 2015-4471 | Gwinnett | 24 | 12/26/2022 | P00011 | Option 1 |
| GA | 2015-4471 | Henry | 24 | 12/26/2022 | P00011 | Option 1 |
| GA | 2015-4505 | Laurens | 24 | 12/26/2022 | P00011 | Oprion 1 |
| GA | 2015-4505 | Rockdale | 24 | 12/26/2022 | P00011 | Option 1 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00366-MRD-PAS Document 2 Filed 06/17/25 Page 21 of 146 PageID #: 328

Attachment J-7 Wage Determination Revsion List

| IL | 2015-5017 | Cook | 17 | 5/12/2021 | At Award | At Award |
|----|-----------|------|----|-----------|----------|----------|
|    |           |      | 22 | 7/7/2022  | P00005   | Option 1 |
| IL | 2015-5025 | Kankakee | 17 | 3/15/2022 | P00001 | Transition In |
|    |           |      | 18 | 7/11/2022 | P00005 | Option 1 |
| IL | 2015-5047 | Livingston | 22 | 12/27/2022 | P00010 | Option 1 |
| IL | 2015-4935 | Lake | 21 | 12/27/2022 | P00010 | Option 1 |
| IL | 2015-5035 | La Salle | 22 | 12/26/2022 | P00011 | Option 1 |
| IL | 2015-5769 | Williamson | 19 | 12/26/2022 | P00011 | Option 1 |
| IL | 2015-5029 | Winnebago | 19 | 12/26/2022 | P00011 | Option 1 |
| IN | 2015-4787 | Boone | 15 | 5/6/2021 | At Award | At Award |
|    |           |      | 21 | 6/27/2022 | P00005 | Option 1 |
| IN | 2015-4827 | Ripley, Switzerland | 19 | 3/15/2022 | P00001 | Transition In |
|    |           |      | 21 | 6/27/2022 | P00005 | Option 1 |
| IN | 2015-4813 | Grant | 22 | 12/27/2022 | P00010 | Option 1 |
| IN | 2015-4717 | Harrison | 22 | 12/26/2022 | P00011 | Option 1 |
| IN | 2015-4787 | Marion | 22 | 12/26/2022 | P00011 | Option 1 |
| KY | 2015-4695 | Casey | 25 | 12/26/2022 | P00011 | Option 1 |
| KY | 2015-4691 | Graves | 22 | 12/26/2022 | P00011 | Option 1 |
| KY | 2015-4717 | Jefferson | 22 | 12/26/2022 | P00011 | Option 1 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00366-MRD-PAS Document 2 Filed 06/17/2025 Page 21 Page 467 of 762 PageID

Attachment J-7 Wage Determination Revsion List

| KY | 2015-4695 | Whitley | 25 | 12/26/2022 | P00011 | Option 1 |
|----|-----------|---------|----|------------|--------|----------|
| LA | 2015-5179 | Lafourche | 20 | 12/27/2022 | P00010 | Option 1 |
| LA | 2015-5761 | Tangipahoa | 20 | 12/21/2022 | P00010 | Option 1 |
| LA | 2015-5185 | Calcasieu | 21 | 12/27/2022 | P00010 | Option 1 |
| LA | 2015-5177 | East Baton Rouge | 20 | 12/27/2022 | P00010 | Option 1 |
| LA | 2015-5203 | Bienville | 21 | 12/27/2022 | P00010 | Option 1 |
| LA | 2015-5191 | Caddo | 20 | 12/27/2022 | P00010 | Option 1 |
| LA | 2015-5203 | Richland | 21 | 12/27/2022 | P00010 | Option 1 |
| LA | 2015-5179 | Terrebonne | 20 | 12/27/2022 | P00010 | Option 1 |
| LA | 2015-5177 | Ascension | 20 | 12/26/2022 | P00011 | Option 1 |
| LA | 2015-5191 | Bossier | 20 | 12/26/2022 | P00011 | Option 1 |
| LA | 2015-5203 | Lincoln | 21 | 12/26/2022 | P00011 | Option 1 |
| LA | 2015-5187 | Ouachita | 20 | 12/26/2022 | P00011 | Option 1 |
| LA | 2015-5189 | St Tammany | 24 | 12/26/2022 | P00011 | Option 1 |
| LA | 2015-5191 | Webster | 20 | 12/26/2022 | P00011 | Option 1 |
| MI | 2015-4839 | Wayne | 20 | 12/27/2022 | P00010 | Option 1 |
| MI | 2015-4841 | Genesee | 22 | 12/26/2022 | P00011 | Option 1 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00366-MRD-PAS Document 12 Filed 06/27/25 Page 212 of 468 PageID #: 2007

Attachment J-7 Wage Determination Revsion List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MI | 2015-4851 | Jackson | 20 | 12/26/2022 | P00011 | Option 1 | |
| MI | 2015-4867 | Macomb | 23 | 12/26/2022 | P00011 | Option 1 | |
| MI | 2015-4867 | Oakland | 23 | 12/26/2022 | P00011 | Option 1 | |
| MN | 2015-4945 | Hennepin | 15 | 5/11/2021 | At Award | At Award | |
| | | | 20 | 7/1/2022 | P00005 | Option 1 | |
| | | | | | | | |
| MO | 2015-5085 | Jasper, Newton | 13 | 12/21/2020 | At Awrd | At Award | |
| | | | 19 | 7/11/2022 | P00005 | Option 1 | |
| MO | 2015-5075 | St. Louis | 17 | 5/14/2021 | At Award | At Award | |
| | | | 22 | 7/12/2022 | P00005 | Option 1 | |
| MO | 2015-5105 | Jackson | 19 | 12/27/2022 | P00010 | Option 1 | |
| MO | 2015-5075 | Jefferson | 23 | 12/27/2022 | P00010 | Option 1 | |
| MS | 2015-5161 | Washington | 23 | 12/27/2022 | P00010 | Option 1 | |
| MS | 2015-5161 | Sunflower | 23 | 12/27/2022 | P00010 | Option 1 | |
| MS | 2015-5163 | Issaquena | 23 | 12/27/2022 | P00010 | Option 1 | |
| MS | 2015-5153 | Madison | 20 | 12/27/2022 | P00010 | Option 1 | |
| MS | 2015-5173 | Warren | 24 | 12/27/2022 | P00010 | Option 1 | |
| MS | 2015-5153 | Yazoo, Rankin, Hinds | 20 | 12/27/2022 | P00010 | Option 1 | |
| MS | 2015-5169 | Jones | 20 | 12/27/2022 | P00010 | Option 1 | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00366-MRD-PAS Document 2 Filed 06/17/25 Page 213 of 1491 PageID #: 262 Page 331

Attachment J-7 Wage Determinition Revsion List

| MS | 2015-5151 | Forrest | 21 | 12/27/2022 | P00010 | Option 1 |
|----|-----------|---------|----|-----------|--------|----------|
| MS | 2015-5147 | Jackson | 20 | 12/27/2022 | P00010 | Option 1 |
| MS | 2015-5173 | Pike | 24 | 12/27/2022 | P00010 | Option 1 |
| MS | 2015-5157 | Lowndes | 20 | 12/27/2022 | P00010 | Option 1 |
| MS | 2015-5171 | Pearl River | 20 | 12/27/2022 | P00010 | Option 1 |
| MS | 2015-5161 | Bolivar | 23 | 12/26/2022 | P00011 | Option1 |
| MS | 2015-5157 | Lee | 20 | 12/26/2022 | P00011 | Option 1 |
| MS | 2015-5169 | Wayne | 20 | 12/26/2022 | P00011 | Option 1 |
| MS | 2015-5157 | Winston | 20 | 12/26/2022 | P000XX | Option 1 |
| MS | 2015-5157 | Clay | 20 | 12/26/2022 | P00011 | Option 1 |
| NC | 2015-4399 | Forsyth | 20 | 12/27/2022 | P00010 | Option 1 |
| NC | 2015-4381 | Guilford | 20 | 12/27/2022 | P00010 | Option 1 |
| NC | 2015-4393 | Franklin, Wake | 22 | 12/27/2022 | P00010 | Option 1 |
| NC | 2015-4383 | Pitt | 21 | 12/27/2022 | P00010 | Option 1 |
| NC | 2015-4377 | Cumberland | 20 | 12/27/2022 | P00010 | Option 1 |
| NC | 2015-4389 | Onslow | 23 | 12/27/2022 | P00010 | Option 1 |
| NC | 2015-4417 | Ashe | 21 | 12/27/2022 | P00010 | Option 1 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| | | | | | | |
|----|----------|-----------------------------------------------------|----|------------|----------|--------------|
| NC | 2015-4423 | Mecklenburg | 22 | 12/27/2022 | P00010 | Option 1 |
| NC | 2015-4411 | Cleveland | 22 | 12/27/2022 | P00010 | Option 1 |
| NC | 2015-5781 | Craven | 20 | 12/26/2022 | P00011 | Option 1 |
| NC | 2015-4423 | Iredell | 22 | 12/26/2022 | P00011 | Option 1 |
| NC | 2015-4395 | Nash | 21 | 12/26/2022 | P00011 | Option 1 |
| NC | 2015-4401 | Robeson | 21 | 12/26/2022 | P00011 | Option 1 |
| NC | 2015-4379 | Wayne | 21 | 12/26/2022 | P00011 | Option 1 |
| NJ | 2015-4191 | Burlington | 14 | 4/13/2021 | At Award | At Awrd |
| | | | 20 | 6/27/2022 | P00005 | Option 1 |
| NJ | 2015-4195 | Ocean | 21 | 12/26/2022 | P00011 | Option 1 |
| NM | 2015-5443 | Bernalillo | 11 | 12/21/2020 | At Award | At Award |
| | | | 18 | 9/1/2022 | P00005 | Option 1 |
| NM | 2015-5457 | Curry | 21 | 12/26/2022 | P00011 | Option 1 |
| NM | 2015-5447 | Dona Ana | 19 | 12/26/2022 | P00011 | Option 1 |
| NV | 2015-5593 | Clark | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| NY | 2015-4143 | Albany, Rensselaer, Saratoga, Schenectady, Schoharie | 20 | 3/14/2022 | P00001 | Transition In |
| | | | 22 | 6/27/2022 | P00005 | Option 1 |
| NY | 2015-4157 | Nassau, Suffolk | 17 | 3/15/2022 | P00001 | Transition In |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00366-MRD-PAS Document 2 Filed 06/17/25 Page 21 of 41 PageID #: 862

Attachment J-7 Wage Determination Revsion List

| | | | 19 | 6/27/2022 | P00005 | Option 1 |
|---|---|---|---|---|---|---|
| | | | | | | |
| OH | 2015-4733 | Allen | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4751 | Ashland, Ashtabula, Erie, Huron, Wayne | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4719 | Butler | 15 | 4/29/2021 | At Award | At Award |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4745 | Champaign, Drake, Logan, Preble, Shelby | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4761 | Coshocton, Guernsey, Muskingum | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4753 | Crawford, Holmes, Knox, Marion | 20 | 3/15/2022 | P00001 | Transition In |
| | | | 22 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4727 | Cuyahoga, Geauga, Lake, Lorain, Medina | 16 | 3/15/2022 | P00001 | Transitio In |
| | | | 19 | 7/14/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4729 | Delaware, Frnklin, Union | 15 | 5/5/2021 | At Award | At Award |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4741 | Fulton, Lucas, Wood | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4731 | Greene, Miami, Montgomery | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |

Attachment J-7 Wage Determination Revsion List

| | | | | | | |
|---|---|---|---|---|---|---|
| OH | 2015-4721 | Portage, Summit | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 8/26/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4735 | Richland | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| OH | 2015-4719 | Hamilton | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| OK | 2015-5327 | Beckham | 21 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| PA | 2015-4235 | Allegheny, Armstrong, Beaver, Butler, Fayette, Washington, Westmoreland | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| PA | 2015-5791 | Bucks, Chester, Montgomery | 18 | 3/15/2022 | P00001 | Transition In |
| | | | 20 | 6/27/2023 | P00005 | Option 1 |
| | | | | | | |
| PA | 2015-4225 | Cumberland, Dauphin, Perry | 20 | 3/15/2022 | P00001 | Transition In |
| | | | 22 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| PA | 2015-4233 | Delaware, Philadelphia | 22 | 3/15/2022 | P00001 | Transition In |
| | | | 24 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| PA | 2015-4223 | Erie | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| PA | 2015-4239 | Lackawanna,Luzerne, Wyoming | 18 | 3/15/2022 | P00001 | Transition In |
| | | | 20 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| PA | 2015-4229 | Lancaster | 18 | 3/15/2022 | P000001 | Transition In |
| | | | 20 | 6/272022 | P000005 | Option 1 |
| | | | | | | |
| PA | 2015-4231 | Lebanon | 17 | 3/15/2022 | P00001 | Transiton In |
| | | | 19 | 6/27/2022 | P00005 | Option 1 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00366-MRD-PAS Document 12 Filed 06/17/25 Page 217 of 421 PageID #: 102

Attachment J-7 Wage Determination Revsion List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| PA | 2015-4205 | Lehigh, Northampton | 19 | 3/15/2022 | P00001 | Transiton In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| PA | 2015-5827 | Columbia | 21 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| PA | 2015-4237 | Berks | 24 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| PA | 2015-4247 | Clarion | 20 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| PA | 2015-5797 | Monroe | 21 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| SC | 2015-4431 | Florence | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| SC | 2015-4439 | Sumter | 19 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| SC | 2015-4429 | Richland | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| SC | 2015-4437 | Spartanburg | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| SC | 2015-4431 | Florence | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| SC | 2015-4435 | Horry | 20 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| SC | 2015-4465 | Aiken | 21 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| SC | 2015-5737 | Jasper | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| SC | 2015-4423 | Lancaster | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| SC | 2015-4433 | Anderson | 23 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| SC | 2015-4455 | Dillon | 22 | 12/26/2022 | P00011 | Option 1 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00366-MRD-PAS Document 1-6 Filed 06/27/25 Page 21 of 424 PageID #:362 Page 14

Attachment J-7 Wage Determination Revsion List

| | | | | | | |
|---|---|---|---|---|---|---|
| SC | 2015-4443 | Georgetown | 21 | 12/26/2022 | P00011 | Option 1 |
| SC | 2015-4429 | Kershaw | 22 | 12/26/2022 | P00011 | Option 1 |
| SC | 2015-4463 | Orangeburg | 23 | 12/26/2022 | P00011 | Option 1 |
| SC | 2015-4443 | Williamsburg | 21 | 12/26/2022 | P00011 | Option 1 |
| TN | 2015-4657 | Bedford, Lewis, Marshall, Perry | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| TN | 2015-4649 | Benton, Carroll, Decatur, Dyer, Gibson, Hardeman, Hardin, Haywood, Henderson, Henry, Lake, Lauderdale, McNairy, Obion, Weakley | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| TN | 2015-4647 | Cannon, Cheatham, Davidson, Dickson, Hickman, Macon, Maury, Robertson, Rutherford, Smith, Sumner, Trousdale, Williamson, Wilson | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 8/26/2022 | P00005 | Option 1 |
| TN | 2015-4639 | Chester, Crockett, Madison | 16 | 3/15/2022 | P00001 | Transiton In |
| | | | 18 | 8/26/2022 | P00005 | Option 1 |
| TN | 2015-4661 | Clay, De Kalb, Jackson, Overton, Putnam, Warren, White | 19 | 3/15/2022 | P00001 | Transition In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| TN | 2015-4655 | Coffee, Franklin, Grundy | 19 | 3/15/2022 | P00001 | Transiton In |
| | | | 21 | 6/27/2022 | P00005 | Option 1 |
| TN/KY | 2015-4675 | Montgomery, Christian, Trigg | 16 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 8/26/2022 | P00005 | Option 1 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| | | | | | | |
|----|----------|-------------------------------------------------------------------------------|----|------------|---------|--------------|
| TN | 2015-4673 | Shelby | 14 | 4/28/2021 | At Award | At Award |
| | | | 20 | 6/27/2022 | P00005 | Option 1 |
| | | | | | | |
| TN | 2015-4339 | Sullivan | 19 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5233 | Austin, Brazoria, Chambers, Fort Bend, Galveston, Harris, Liberty, Montgomery, Waller | 21 | 3/15/2022 | P00001 | Transition In |
| | | | 23 | 7/13/2022 | P00005 | Option 1 |
| | | | | | | |
| TX | 2015-5227 | Collin, Dallas, Denton, Ellis, Hunt, Kaufman, Rockwall | 17 | 3/15/2022 | P00001 | Transition In |
| | | | 18 | 7/14/2022 | P00005 | Option 1 |
| | | | | | | |
| TX | 2015-5231 | Johnson, Parker, Tarrant, Wise | 21 | 3/15/2022 | P00001 | Transition In |
| | | | 22 | 7/14/2022 | P00005 | Option 1 |
| | | | | | | |
| TX | 2015-5145 | Bowie | 20 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5279 | Angelina | 23 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5263 | Wichita | 20 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5237 | Bell | 21 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5217 | Orange | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5217 | Jefferson | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5253 | Bexar | 20 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5225 | San Patricio | 20 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5243 | Lubbock | 20 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| TX | 2015-5261 | McLennan | 20 | 12/27/2022 | P00010 | Option 1 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00386-MRD-PAS Document 1-2 Filed 06/17/25 Page 22 of 42 PageID #: 105

Attachment J-7 Wage Determination Revsion List

| | TX | 2015-5219 | Cameron | 21 | 12/26/2022 | P00011 | Option 1 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | TX | 2015-5237 | Coryell | 21 | 2/26/2022 | P00011 | Option 1 |
| | | | | | | | |
| | TX | 2015-5229 | El Paso | 20 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | | |
| | TX | 2015-5245 | Hidalgo | 20 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | | |
| | TX | 2015-5843 | Hopkins | 20 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | | |
| | UT | 2015-5487 | Washington | 20 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | | |
| | VA | 2015-4313 | Caroline | 21 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | | |
| | VA | 2015-4323 | Cumberland | 24 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | | |
| | VA | 2015-4331 | Richmond | 22 | 12/27/2022 | P000l0 | Option |
| | | | | | | | |
| | VA | 2015-4313 | Henrico | 21 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | | |
| | VA | 2015-4341 | Newport News, Hampton | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | | |
| | VA | 2015-4325 | Danville | 25 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | | |
| | VA | 2015-4317 | Buchanan | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | | |
| | VA | 2015-4327 | Accomack | 22 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | | |
| | VA | 2015-4341 | Portsmouth City | 22 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | | |
| | VA | 2015-4315 | Roanoke | 21 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | | |
| | WA | 2015-5535 | King | 13 | 6/15/2021 | At Award | At Award |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 18 | 7/21/2022 | P00005 | Option 1 |
| | | | | | | |
| WA | 2015-5539 | Pierce | 22 | 12/27/2022 | P00010 | Option 1 |
| | | | | | | |
| WI | 2015-4897 | Dane | 21 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| WI | 2015-4887 | Outagamie | 20 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| WV | 2015-4297 | Berkeley | 22 | 12/26/2022 | P00011 | Option 1 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                        "REGISTER OF WAGE DETERMINATIONS UNDER    |    U.S. DEPARTMENT OF LABOR
            THE SERVICE CONTRACT ACT           |  EMPLOYMENT STANDARDS ADMINISTRATION
    By direction of the Secretary of Labor     |        WAGE AND HOUR DIVISION
                                               |         WASHINGTON D.C.  20210
                                               |
                                               |
                                               |
                                               |
                                               | Wage Determination No.: 2015-5477
    Daniel W. Simms        Division of         |        Revision No.: 19
    Director            Wage Determinations    | Date Of Last Revision: 03/15/2022
                                               |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Arizona

Area: Arizona Counties of Apache Gila Navajo

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.85*** |
| 01012 - Accounting Clerk II | | 16.68 |
| 01013 - Accounting Clerk III | | 18.65 |
| 01020 - Administrative Assistant | | 25.36 |
| 01035 - Court Reporter | | 18.01 |
| 01041 - Customer Service Representative I | | 13.74*** |
| 01042 - Customer Service Representative II | | 14.99*** |
| 01043 - Customer Service Representative III | | 16.84 |
| 01051 - Data Entry Operator I | | 13.08*** |
| 01052 - Data Entry Operator II | | 14.27*** |
| 01060 - Dispatcher Motor Vehicle | | 16.40 |
| 01070 - Document Preparation Clerk | | 14.34*** |
| 01090 - Duplicating Machine Operator | | 14.34*** |
| 01111 - General Clerk I | | 13.78*** |
| 01112 - General Clerk II | | 15.04 |
| 01113 - General Clerk III | | 16.87 |

| | |
|---|---|
| 01090 - Housing Referral Assistant | 20.78 |
| 01141 - Messenger Courier | 12.33*** |
| 01191   Order Clerk I | 13.42*** |
| 01192 - Order Clerk II | 14.86*** |
| 01261 - Personnel Assistant (Employment) I | 15.95 |
| 01262 - Personnel Assistant (Employment) II | 17.84 |
| 01263   Personnel Assistant (Employment) III | 19.88 |
| 01270 - Production Control Clerk | 26.97 |
| 01290 - Rental Clerk | 14.97*** |
| 01300 - Scheduler Maintenance | 16.66 |
| 01311   Secretary I | 16.66 |
| 01312 - Secretary II | 18.64 |
| 01313 - Secretary III | 20.78 |
| 01320 - Service Order Dispatcher | 14.32*** |
| 01410   Supply Technician | 25.36 |
| 01420 - Survey Worker | 16.63 |
| 01460 - Switchboard Operator/Receptionist | 13.44*** |
| 01531 - Travel Clerk I | 14.33*** |
| 01532 - Travel Clerk II | 15.66 |
| 01533 - Travel Clerk III | 16.88 |
| 01611 - Word Processor I | 15.53 |
| 01612 - Word Processor II | 17.44 |
| 01613   Word Processor III | 19.50 |
| 05000 - Automotive Service Occupations | |
| 05005 - Automobile Body Repairer Fiberglass | 20.34 |
| 05010 - Automotive  Electrician | 20.30 |
| 05040   Automotive Glass Installer | 19.42 |
| 05070 - Automotive Worker | 19.42 |
| 05110 - Mobile Equipment Servicer | 16.62 |
| 05130 - Motor Equipment Metal Mechanic | 22.69 |
| 05160   Motor Equipment Metal Worker | 19.62 |
| 05190 - Motor Vehicle Mechanic | 21.59 |
| 05220 - Motor Vehicle Mechanic Helper | 15.12 |
| 05250 - Motor Vehicle Upholstery Worker | 18.14 |
| 05280   Motor Vehicle Wrecker | 19.62 |
| 05310 - Painter Automotive | 22.12 |
| 05340 - Radiator Repair Specialist | 19.58 |
| 05370 - Tire Repairer | 14.37*** |
| 05400   Transmission Repair Specialist | 21.59 |
| 07000 - Food Preparation And Service Occupations | |
| 07010 - Baker | 13.65*** |
| 07041 - Cook I | 14.67*** |
| 07042   Cook II | 16.93 |
| 07070 - Dishwasher | 12.18*** |
| 07130 - Food Service Worker | 13.00*** |
| 07210 - Meat Cutter | 16.58 |
| 07260   Waiter/Waitress | 12.72*** |
| 09000 - Furniture Maintenance And Repair Occupations | |
| 09010 - Electrostatic Spray Painter | 25.66 |
| 09040 - Furniture Handler | 16.10 |
| 09080   Furniture Refinisher | 25.66 |
| 09090 - Furniture Refinisher Helper | 19.23 |
| 09110 - Furniture Repairer Minor | 22.45 |
| 09130   Upholsterer | 25.66 |
| 11000   General Services And Support Occupations | |
| 11030 - Cleaner Vehicles | 12.33*** |
| 11060 - Elevator Operator | 14.15*** |
| 11090 - Gardener | 17.39 |
| 11122   Housekeeping Aide | 14.15*** |
| 11150 - Janitor | 14.15*** |
| 11210 - Laborer Grounds Maintenance | 13.43*** |
| 11240 - Maid or Houseman | 12.38*** |
| 11260   Pruner | 12.46*** |
| 11270 - Tractor Operator | 16.05 |
| 11330 - Trail Maintenance Worker | 13.43*** |

```
            11980 - Window Cleaner                                       15.19
    12000 - Health Occupations
            12010 - Ambulance Driver                                    17.23
            12011 - Breath Alcohol Technician                           21.73
            12012 - Certified Occupational Therapist Assistant          29.81
            12015 - Certified Physical Therapist Assistant              25.20
            12020 - Dental Assistant                                    19.02
            12025 - Dental Hygienist                                    44.74
            12030 - EKG Technician                                      32.93
            12035 - Electroneurodiagnostic Technologist                 32.93
            12040 - Emergency Medical Technician                        17.23
            12071 - Licensed Practical Nurse I                          19.43
            12072 - Licensed Practical Nurse II                         21.73
            12073 - Licensed Practical Nurse III                        24.22
            12100 - Medical Assistant                                   16.49
            12130 - Medical Laboratory Technician                       24.72
            12160 - Medical Record Clerk                                17.52
            12190 - Medical Record Technician                           19.59
            12195 - Medical Transcriptionist                            19.43
            12210 - Nuclear Medicine Technologist                       47.75
            12221 - Nursing Assistant I                               12.26***
            12222 - Nursing Assistant II                              13.77***
            12223 - Nursing Assistant III                               15.03
            12224 - Nursing Assistant IV                                16.88
            12235 - Optical Dispenser                                   18.17
            12236 - Optical Technician                                  19.43
            12250 - Pharmacy Technician                                 18.43
            12280 - Phlebotomist                                        17.37
            12305 - Radiologic Technologist                             31.03
            12311 - Registered Nurse I                                  26.93
            12312 - Registered Nurse II                                 33.08
            12313 - Registered Nurse II Specialist                      33.08
            12314 - Registered Nurse III                                40.02
            12315 - Registered Nurse III Anesthetist                    40.02
            12316 - Registered Nurse IV                                 47.96
            12317 - Scheduler (Drug and Alcohol Testing)                26.92
            12320 - Substance Abuse Treatment Counselor                 21.74
    13000 - Information And Arts Occupations
            13011 - Exhibits Specialist I                               17.08
            13012 - Exhibits Specialist II                              21.08
            13013 - Exhibits Specialist III                             25.71
            13041 - Illustrator I                                       18.79
            13042 - Illustrator II                                      23.18
            13043 - Illustrator III                                     28.27
            13047 - Librarian                                           23.06
            13050 - Library Aide/Clerk                                14.20***
            13054 - Library Information Technology Systems               20.92
            Administrator
            13058 - Library Technician                                14.31***
            13061 - Media Specialist I                                  15.03
            13062 - Media Specialist II                                 16.81
            13063 - Media Specialist III                                18.75
            13071 - Photographer I                                    14.99***
            13072 - Photographer II                                     17.27
            13073 - Photographer III                                    21.32
            13074 - Photographer IV                                     26.01
            13075 - Photographer V                                      31.55
            13090 - Technical Order Library Clerk                       17.22
            13110 - Video Teleconference Technician                     16.68
    14000 - Information Technology Occupations
            14041 - Computer Operator I                                 17.48
            14042 - Computer Operator II                                19.54
            14043 - Computer Operator III                               21.79
            14044 - Computer Operator IV                                24.22
            14045 - Computer Operator V                                 26.82
```

| | | |
|---|---|---|
| 14071 - Computer Programmer I | (see 1) | 23.00 |
| 14072 - Computer Programmer II | (see 1) | 26.05 |
| 14073 - Computer Programmer III | (see 1) | |
| 14074 - Computer Programmer IV | (see 1) | |
| 14101 - Computer Systems Analyst I | (see 1) | |
| 14102 - Computer Systems Analyst II | (see 1) | |
| 14103 - Computer Systems Analyst III | (see 1) | |
| 14150 - Peripheral Equipment Operator | | 17.48 |
| 14160 - Personal Computer Support Technician | | 25.03 |
| 14170 - System Support Specialist | | 26.81 |
| 15000 - Instructional Occupations | | |
| 15010 - Aircrew Training Devices Instructor (Non-Rated) | | 30.83 |
| 15020 - Aircrew Training Devices Instructor (Rated) | | 37.31 |
| 15030 - Air Crew Training Devices Instructor (Pilot) | | 44.71 |
| 15050 - Computer Based Training Specialist / Instructor | | 30.83 |
| 15060 - Educational Technologist | | 29.16 |
| 15070 - Flight Instructor (Pilot) | | 44.71 |
| 15080 - Graphic Artist | | 21.86 |
| 15085 - Maintenance Test Pilot Fixed Jet/Prop | | 44.71 |
| 15086 - Maintenance Test Pilot Rotary Wing | | 44.71 |
| 15088 - Non-Maintenance Test/Co-Pilot | | 44.71 |
| 15090 - Technical Instructor | | 29.31 |
| 15095 - Technical Instructor/Course Developer | | 35.86 |
| 15110 - Test Proctor | | 23.66 |
| 15120 - Tutor | | 23.66 |
| 16000 - Laundry Dry-Cleaning Pressing And Related Occupations | | |
| 16010 - Assembler | | 15.11 |
| 16030 - Counter Attendant | | 15.11 |
| 16040 - Dry Cleaner | | 17.89 |
| 16070 - Finisher Flatwork Machine | | 15.11 |
| 16090 - Presser Hand | | 15.11 |
| 16110 - Presser Machine Drycleaning | | 15.11 |
| 16130 - Presser Machine Shirts | | 15.11 |
| 16160 - Presser Machine Wearing Apparel Laundry | | 15.11 |
| 16190 - Sewing Machine Operator | | 18.63 |
| 16220 - Tailor | | 19.38 |
| 16250 - Washer Machine | | 16.39 |
| 19000 - Machine Tool Operation And Repair Occupations | | |
| 19010 - Machine-Tool Operator (Tool Room) | | 25.66 |
| 19040 - Tool And Die Maker | | 31.55 |
| 21000 - Materials Handling And Packing Occupations | | |
| 21020 - Forklift Operator | | 13.88*** |
| 21030 - Material Coordinator | | 26.06 |
| 21040 - Material Expediter | | 26.06 |
| 21050 - Material Handling Laborer | | 13.51*** |
| 21071 - Order Filler | | 12.66*** |
| 21080 - Production Line Worker (Food Processing) | | 13.88*** |
| 21110 - Shipping Packer | | 16.79 |
| 21130 - Shipping/Receiving Clerk | | 16.79 |
| 21140 - Store Worker I | | 14.50*** |
| 21150 - Stock Clerk | | 18.19 |
| 21210 - Tools And Parts Attendant | | 13.88*** |
| 21410 - Warehouse Specialist | | 13.88*** |
| 23000 - Mechanics And Maintenance And Repair Occupations | | |
| 23010 - Aerospace Structural Welder | | 29.45 |
| 23019 - Aircraft Logs and Records Technician | | 23.41 |
| 23021 - Aircraft Mechanic I | | 27.87 |
| 23022 - Aircraft Mechanic II | | 29.45 |
| 23023 - Aircraft Mechanic III | | 31.24 |
| 23040 - Aircraft Mechanic Helper | | 19.51 |
| 23050 - Aircraft Painter | | 26.48 |
| 23060 - Aircraft Servicer | | 23.41 |
| 23070 - Aircraft Survival Flight Equipment Technician | | 26.48 |
| 23080 - Aircraft Worker | | 25.08 |
| 23091 - Aircrew Life Support Equipment (ALSE) Mechanic | | 25.08 |

```
23092 - Aircrew Life Support Equipment (ALSE) Mechanic        27.87
   II
23110 - Appliance Mechanic                                    25.66
23120 - Bicycle Repairer                                      20.85
23125 - Cable Splicer                                         36.85
23130 - Carpenter Maintenance                                 20.71
23140 - Carpet Layer                                          24.05
23160 - Electrician Maintenance                               34.30
23181 - Electronics Technician Maintenance I                  24.05
23182 - Electronics Technician Maintenance II                 25.66
23183 - Electronics Technician Maintenance III                27.29
23260 - Fabric Worker                                         22.45
23290 - Fire Alarm System Mechanic                            27.29
23310 - Fire Extinguisher Repairer                            20.85
23311 - Fuel Distribution System Mechanic                     29.33
23312 - Fuel Distribution System Operator                     21.87
23370 - General Maintenance Worker                            17.48
23380 - Ground Support Equipment Mechanic                     27.87
23381 - Ground Support Equipment Servicer                     23.41
23382 - Ground Support Equipment Worker                       25.08
23391 - Gunsmith I                                            20.85
23392 - Gunsmith II                                           24.05
23393 - Gunsmith III                                          27.29
23410 - Heating Ventilation And Air-Conditioning             19.83
   Mechanic
23411 - Heating Ventilation And Air Contidioning             20.95
   Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                              29.21
23440 - Heavy Equipment Operator                              25.67
23460 - Instrument Mechanic                                   27.29
23465 - Laboratory/Shelter Mechanic                           25.66
23470 - Laborer                                             13.51***
23510 - Locksmith                                             25.66
23530 - Machinery Maintenance Mechanic                        29.35
23550 - Machinist Maintenance                                 25.37
23580 - Maintenance Trades Helper                             18.26
23591 - Metrology Technician I                                27.29
23592 - Metrology Technician II                               28.69
23593 - Metrology Technician III                              30.17
23640 - Millwright                                            27.29
23710 - Office Appliance Repairer                             25.66
23760 - Painter Maintenance                                   20.20
23790 - Pipefitter Maintenance                                24.40
23810 - Plumber Maintenance                                   22.95
23820 - Pneudraulic Systems Mechanic                          27.29
23850 - Rigger                                               27.29
23870 - Scale Mechanic                                        24.05
23890 - Sheet-Metal Worker Maintenance                        21.77
23910 - Small Engine Mechanic                                 24.05
23931 - Telecommunications Mechanic I                          33.54
23932 - Telecommunications Mechanic II                        35.26
23950 - Telephone Lineman                                     27.13
23960 - Welder Combination Maintenance                        29.48
23965 - Well Driller                                          24.97
23970 - Woodcraft Worker                                      27.29
23980 - Woodworker                                            20.85
24000 - Personal Needs Occupations
   24550 - Case Manager                                       15.79
   24570 - Child Care Attendant                             12.23***
   24580 - Child Care Center Clerk                            16.79
   24610 - Chore Aide                                       12.55***
   24620 - Family Readiness And Support Services              15.79
   Coordinator
   24630 - Homemaker                                          18.38
```

Plant And System Operations Occupations
```
        25010 - Boiler Tender                                        27.29
        25040 - Sewage Plant Operator                               22.71
        25070 - Stationary Engineer                                 27.29
        25190 - Ventilation Equipment Tender                        19.23
        25210 - Water Treatment Plant Operator                      22.71
    27000 - Protective Service Occupations
        27004 - Alarm Monitor                                       18.73
        27007 - Baggage Inspector                                   16.00
        27008 - Corrections Officer                                 19.52
        27010 - Court Security Officer                              20.49
        27030 - Detection Dog Handler                               17.89
        27040 - Detention Officer                                   19.52
        27070 - Firefighter                                         21.80
        27101 - Guard I                                             16.00
        27102 - Guard II                                            17.89
        27131 - Police Officer I                                    25.69
        27132 - Police Officer II                                   28.53
    28000 - Recreation Occupations
        28041 - Carnival Equipment Operator                         15.94
        28042 - Carnival Equipment Repairer                         17.28
        28043 - Carnival Worker                                     12.43***
        28210 - Gate Attendant/Gate Tender                          16.50
        28310 - Lifeguard                                           13.21***
        28350 - Park Attendant (Aide)                               18.47
        28510 - Recreation Aide/Health Facility Attendant           13.48***
        28515 - Recreation Specialist                               22.88
        28630 - Sports Official                                     14.70***
        28690 - Swimming Pool Operator                              19.93
    29000 - Stevedoring/Longshoremen Occupational Services
        29010 - Blocker And Bracer                                  26.73
        29020 - Hatch Tender                                        26.73
        29030 - Line Handler                                        26.73
        29041 - Stevedore I                                         24.94
        29042 - Stevedore II                                        28.48
    30000 - Technical Occupations
        30010 - Air Traffic Control Specialist Center (HFO)  (see 2)  40.72
        30011 - Air Traffic Control Specialist Station (HFO) (see 2)  28.08
        30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 30.92
        30021 - Archeological Technician I                          17.95
        30022 - Archeological Technician II                         20.08
        30023 - Archeological Technician III                        24.88
        30030 - Cartographic Technician                             24.88
        30040 - Civil Engineering Technician                        25.89
        30051 - Cryogenic Technician I                              27.55
        30052 - Cryogenic Technician II                             30.42
        30061 - Drafter/CAD Operator I                              17.95
        30062 - Drafter/CAD Operator II                             20.08
        30063 - Drafter/CAD Operator III                            22.38
        30064 - Drafter/CAD Operator IV                             27.55
        30081 - Engineering Technician I                            16.02
        30082 - Engineering Technician II                           17.98
        30083 - Engineering Technician III                          21.48
        30084 - Engineering Technician IV                           25.33
        30085 - Engineering Technician V                            30.42
        30086 - Engineering Technician VI                           36.81
        30090 - Environmental Technician                            24.88
        30095 - Evidence Control Specialist                         24.88
        30210 - Laboratory Technician                               28.60
        30221 - Latent Fingerprint Technician I                     27.55
        30222 - Latent Fingerprint Technician II                    30.42
        30240 - Mathematical Technician                             24.88
        30361 - Paralegal/Legal Assistant I                         21.19
        30362 - Paralegal/Legal Assistant II                        25.62
        30363 - Paralegal/Legal Assistant III                       31.34
```

Case 1:25-cv-00306-MRD-PAS Document 12 Filed 06/18/25 Page 22 of 184 PageID #: 2113

```
30384 - Paralegal/Legal Assistant IV                        37.93
30375 - Petroleum Supply Specialist                         30.42
30390 - Photo-Optics Technician                             24.88
30395 - Radiation Control Technician                        30.42
30461 - Technical Writer I                                  24.88
30462 - Technical Writer II                                 30.42
30463 - Technical Writer III                                36.81
30491 - Unexploded Ordnance (UXO) Technician I              25.88
30492 - Unexploded Ordnance (UXO) Technician II             31.31
30493 - Unexploded Ordnance (UXO) Technician III            37.53
30494 - Unexploded (UXO) Safety Escort                      25.88
30495 - Unexploded (UXO) Sweep Personnel                    25.88
30501 - Weather Forecaster I                                27.55
30502 - Weather Forecaster II                               33.51
30620 - Weather Observer Combined Upper Air Or    (see 2)   22.38
Surface Programs
30621 - Weather Observer Senior                   (see 2)   24.88
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                      31.31
31020 - Bus Aide                                         11.97***
31030 - Bus Driver                                          19.47
31043 - Driver Courier                                      18.01
31260 - Parking and Lot Attendant                        14.04***
31290 - Shuttle Bus Driver                                  18.39
31310 - Taxi Driver                                      14.36***
31361 - Truckdriver Light                                   19.52
31362 - Truckdriver Medium                                  21.02
31363 - Truckdriver Heavy                                   21.40
31364 - Truckdriver Tractor-Trailer                         21.40
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                             15.26
99030 - Cashier                                          12.64***
99050 - Desk Clerk                                       12.80***
99095 - Embalmer                                            28.19
99130 - Flight Follower                                     25.88
99251 - Laboratory Animal Caretaker I                       15.87
99252 - Laboratory Animal Caretaker II                      17.35
99260 - Marketing Analyst                                   27.59
99310 - Mortician                                           28.19
99410 - Pest Controller                                     23.25
99510 - Photofinishing Worker                            13.60***
99710 - Recycling Laborer                                   20.17
99711 - Recycling Specialist                                24.28
99730 - Refuse Collector                                    18.16
99810 - Sales Clerk                                      12.68***
99820 - School Crossing Guard                            13.48***
99830 - Survey Party Chief                                  32.05
99831 - Surveying Aide                                      19.30
99832 - Surveying Technician                                27.21
99840 - Vending Machine Attendant                           19.91
99841 - Vending Machine Repairer                            24.89
99842 - Vending Machine Repairer Helper                     19.91
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017. If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking. Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.


ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors. A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541. Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families. In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees. For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption. Therefore the exemption applies only to computer employees

satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).


2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5114908
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case 1:25-cv-00565-MRD-PAS   Document 12   Filed 06/30/25   Page 232 of 488   PageID #: 2117

of each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                    "REGISTER OF WAGE DETERMINATIONS UNDER  |     U.S. DEPARTMENT OF LABOR
                       THE SERVICE CONTRACT ACT             | EMPLOYMENT STANDARDS ADMINISTRATION
          By direction of the Secretary of Labor            |       WAGE AND HOUR DIVISION
                                                            |        WASHINGTON D.C.  20210
                                                            |
                                                            |
                                                            |
                                                            |
          Daniel W. Simms        Division of               | Wage Determination No.: 2015-5719
          Director            Wage Determinations|              Revision No.: 16
                                                            | Date Of Last Revision: 03/15/2022
                                                            |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order  |
|after January 30 2022 or the           |14026 applies to the contract.           |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |

|If the contract was awarded on or      |With certain exceptions Executive Order  |
|between January 1 2015 and January 29  |13658 applies to the contract.           |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Arizona

Area: Arizona County of Cochise

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.65*** |
| 01012 - Accounting Clerk II | | 16.45 |
| 01013  Accounting Clerk III | | 18.40 |
| 01020 - Administrative Assistant | | 22.92 |
| 01035 - Court Reporter | | 17.97 |
| 01041 - Customer Service Representative I | | 12.43*** |
| 01042  Customer Service Representative II | | 13.59*** |
| 01043 - Customer Service Representative III | | 15.26 |
| 01051 - Data Entry Operator I | | 14.32*** |
| 01052 - Data Entry Operator II | | 15.63 |
| 01060  Dispatcher Motor Vehicle | | 17.31 |
| 01070 - Document Preparation Clerk | | 13.74*** |
| 01090 - Duplicating Machine Operator | | 13.74*** |
| 01111 - General Clerk I | | 12.66*** |
| 01112  General Clerk II | | 13.82*** |
| 01113 - General Clerk III | | 15.52 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Case Number: PC-2025-02760 MRD Case Document 1-2 Filed 06/FL30/7/7625 23 Page 490 of 1762 PageID #: 2119
Page 14 of 1762 PageID #: 2119

```
        01140 - Housing Referral Assistant                19.23
        01141 - Messenger Courier                         11.20***
        01191   Order Clerk I                             13.66***
        01192 - Order Clerk II                            14.91***
        01261 - Personnel Assistant (Employment) I        16.87
        01262 - Personnel Assistant (Employment) II       18.86
        01263   Personnel Assistant (Employment) III      21.02
        01270 - Production Control Clerk                  22.87
        01290 - Rental Clerk                              14.42***
        01300 - Scheduler Maintenance                     15.43
        01311   Secretary I                               15.43
        01312 - Secretary II                              17.25
        01313 - Secretary III                             19.23
        01320 - Service Order Dispatcher                  15.15
        01410   Supply Technician                         22.92
        01420 - Survey Worker                             15.38
        01460 - Switchboard Operator/Receptionist         13.54***
        01531 - Travel Clerk I                            13.44***
        01532   Travel Clerk II                           14.14***
        01533 - Travel Clerk III                          14.79***
        01611 - Word Processor I                          13.74***
        01612 - Word Processor II                         15.62
        01613   Word Processor III                        17.50
    05000 - Automotive Service Occupations
        05005 - Automobile Body Repairer Fiberglass       24.81
        05010 - Automotive  Electrician                   24.74
        05040   Automotive Glass Installer                23.32
        05070 - Automotive Worker                         23.32
        05110 - Mobile Equipment Servicer                 20.71
        05130 - Motor Equipment Metal Mechanic            25.96
        05160   Motor Equipment Metal Worker              23.32
        05190 - Motor Vehicle Mechanic                    25.96
        05220 - Motor Vehicle Mechanic Helper             19.39
        05250 - Motor Vehicle Upholstery Worker           22.01
        05280   Motor Vehicle Wrecker                     23.32
        05310 - Painter Automotive                        24.59
        05340 - Radiator Repair Specialist                23.32
        05370 - Tire Repairer                             14.39***
        05400   Transmission Repair Specialist            25.96
    07000 - Food Preparation And Service Occupations
        07010 - Baker                                     20.08
        07041 - Cook I                                    13.22***
        07042   Cook II                                   14.91***
        07070 - Dishwasher                                12.72***
        07130 - Food Service Worker                       13.08***
        07210 - Meat Cutter                               18.40
        07260   Waiter/Waitress                           13.56***
    09000 - Furniture Maintenance And Repair Occupations
        09010 - Electrostatic Spray Painter               22.87
        09040 - Furniture Handler                         15.36
        09080   Furniture Refinisher                      22.87
        09090 - Furniture Refinisher Helper               17.93
        09110 - Furniture Repairer Minor                  20.46
        09130   Upholsterer                               22.87
    11000   General Services And Support Occupations
        11030 - Cleaner Vehicles                          12.56***
        11060 - Elevator Operator                         13.24***
        11090 - Gardener                                  16.52
        11122   Housekeeping Aide                         13.24***
        11150 - Janitor                                   13.24***
        11210 - Laborer Grounds Maintenance               13.20***
        11240 - Maid or Houseman                          12.27***
        11260   Pruner                                    12.13***
        11270 - Tractor Operator                          15.41
        11330 - Trail Maintenance Worker                  13.20***
```

| Code | Occupation | Rate |
|------|-----------|------|
| | - Window Cleaner | 14.42*** |
| 12000 | - Health Occupations | |
| 12010 | Ambulance Driver | 18.84 |
| 12011 | - Breath Alcohol Technician | 20.41 |
| 12012 | - Certified Occupational Therapist Assistant | 28.00 |
| 12015 | - Certified Physical Therapist Assistant | 27.94 |
| 12020 | Dental Assistant | 18.41 |
| 12025 | - Dental Hygienist | 43.74 |
| 12030 | - EKG Technician | 30.92 |
| 12035 | - Electroneurodiagnostic Technologist | 30.92 |
| 12040 | Emergency Medical Technician | 18.84 |
| 12071 | - Licensed Practical Nurse I | 18.25 |
| 12072 | - Licensed Practical Nurse II | 20.41 |
| 12073 | - Licensed Practical Nurse III | 22.75 |
| 12100 | Medical Assistant | 14.85*** |
| 12130 | - Medical Laboratory Technician | 26.29 |
| 12160 | - Medical Record Clerk | 16.18 |
| 12190 | - Medical Record Technician | 18.09 |
| 12195 | Medical Transcriptionist | 18.25 |
| 12210 | - Nuclear Medicine Technologist | 44.85 |
| 12221 | - Nursing Assistant I | 11.87*** |
| 12222 | - Nursing Assistant II | 13.35*** |
| 12223 | Nursing Assistant III | 14.56*** |
| 12224 | - Nursing Assistant IV | 16.34 |
| 12235 | - Optical Dispenser | 20.41 |
| 12236 | - Optical Technician | 18.25 |
| 12250 | Pharmacy Technician | 17.47 |
| 12280 | - Phlebotomist | 18.21 |
| 12305 | - Radiologic Technologist | 30.86 |
| 12311 | - Registered Nurse I | 25.04 |
| 12312 | Registered Nurse II | 30.63 |
| 12313 | - Registered Nurse II Specialist | 30.63 |
| 12314 | - Registered Nurse III | 37.06 |
| 12315 | - Registered Nurse III Anesthetist | 37.06 |
| 12316 | Registered Nurse IV | 44.41 |
| 12317 | - Scheduler (Drug and Alcohol Testing) | 25.29 |
| 12320 | - Substance Abuse Treatment Counselor | 24.44 |
| 13000 | - Information And Arts Occupations | |
| 13011 | Exhibits Specialist I | 17.70 |
| 13012 | - Exhibits Specialist II | 21.53 |
| 13013 | - Exhibits Specialist III | 26.33 |
| 13041 | - Illustrator I | 18.56 |
| 13042 | Illustrator II | 21.47 |
| 13043 | - Illustrator III | 26.26 |
| 13047 | - Librarian | 22.65 |
| 13050 | - Library Aide/Clerk | 12.42*** |
| 13054 | Library Information Technology Systems Administrator | 20.46 |
| 13058 | - Library Technician | 17.94 |
| 13061 | - Media Specialist I | 14.76*** |
| 13062 | Media Specialist II | 16.51 |
| 13063 | Media Specialist III | 18.41 |
| 13071 | - Photographer I | 14.80*** |
| 13072 | - Photographer II | 18.32 |
| 13073 | Photographer III | 20.51 |
| 13074 | - Photographer IV | 25.09 |
| 13075 | - Photographer V | 30.35 |
| 13090 | - Technical Order Library Clerk | 15.47 |
| 13110 | Video Teleconference Technician | 16.98 |
| 14000 | - Information Technology Occupations | |
| 14041 | - Computer Operator I | 17.01 |
| 14042 | - Computer Operator II | 19.02 |
| 14043 | Computer Operator III | 21.22 |
| 14044 | - Computer Operator IV | 23.57 |
| 14045 | - Computer Operator V | 26.10 |

```
14071 - Computer Programmer I                      (see 1)      18.14
14072 - Computer Programmer II                     (see 1)      22.30
14073 - Computer Programmer III                    (see 1)      26.60
14074 - Computer Programmer IV                     (see 1)
14101 - Computer Systems Analyst I                 (see 1)
14102 - Computer Systems Analyst II                (see 1)
14103 - Computer Systems Analyst III               (see 1)
14150 - Peripheral Equipment Operator                           17.01
14160 - Personal Computer Support Technician                    23.57
14170 - System Support Specialist                               33.75
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)     30.13
    15020 - Aircrew Training Devices Instructor (Rated)         36.46
    15030 - Air Crew Training Devices Instructor (Pilot)        43.69
    15050 - Computer Based Training Specialist / Instructor     30.13
    15060 - Educational Technologist                            30.84
    15070 - Flight Instructor (Pilot)                           43.69
    15080 - Graphic Artist                                      29.17
    15085 - Maintenance Test Pilot Fixed Jet/Prop               43.69
    15086 - Maintenance Test Pilot Rotary Wing                  43.69
    15088 - Non-Maintenance Test/Co-Pilot                       43.69
    15090 - Technical Instructor                                28.86
    15095 - Technical Instructor/Course Developer               35.30
    15110 - Test Proctor                                        23.31
    15120 - Tutor                                               23.31
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                        13.29***
    16030 - Counter Attendant                                13.29***
    16040 - Dry Cleaner                                         15.18
    16070 - Finisher Flatwork Machine                        13.29***
    16090 - Presser Hand                                     13.29***
    16110 - Presser Machine Drycleaning                      13.29***
    16130 - Presser Machine Shirts                           13.29***
    16160 - Presser Machine Wearing Apparel Laundry          13.29***
    16190 - Sewing Machine Operator                             15.81
    16220 - Tailor                                             16.45
    16250 - Washer Machine                                   13.92***
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                   22.87
    19040 - Tool And Die Maker                                  27.95
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                14.05***
    21030 - Material Coordinator                                22.87
    21040 - Material Expediter                                  22.87
    21050 - Material Handling Laborer                        14.27***
    21071 - Order Filler                                     14.08***
    21080 - Production Line Worker (Food Processing)         14.05***
    21110 - Shipping Packer                                  13.93***
    21130 - Shipping/Receiving Clerk                         13.93***
    21140 - Store Worker I                                   14.73***
    21150 - Stock Clerk                                         19.06
    21210 - Tools And Parts Attendant                        14.05***
    21410 - Warehouse Specialist                             14.05***
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                         26.83
    23019 - Aircraft Logs and Records Technician                21.81
    23021 - Aircraft Mechanic I                                 25.49
    23022 - Aircraft Mechanic II                                26.82
    23023 - Aircraft Mechanic III                               28.09
    23040 - Aircraft Mechanic Helper                            19.13
    23050 - Aircraft Painter                                    25.19
    23060 - Aircraft Servicer                                   21.81
    23070 - Aircraft Survival Flight Equipment Technician       25.19
    23080 - Aircraft Worker                                     23.03
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic      23.03
```

```
         23092 - Aircrew Life Support Equipment (ALSE) Mechanic          25.49
         II
         23110 - Appliance Mechanic                                      22.87
         23120 - Bicycle Repairer                                        19.22
         23125 - Cable Splicer                                           31.15
         23130 - Carpenter Maintenance                                   18.32
         23140 - Carpet Layer                                            21.67
         23160 - Electrician Maintenance                                 21.53
         23181 - Electronics Technician Maintenance I                    24.15
         23182 - Electronics Technician Maintenance II                   26.90
         23183 - Electronics Technician Maintenance III                  28.40
         23260 - Fabric Worker                                           20.46
         23290 - Fire Alarm System Mechanic                              24.16
         23310 - Fire Extinguisher Repairer                              19.22
         23311 - Fuel Distribution System Mechanic                       24.16
         23312 - Fuel Distribution System Operator                       19.22
         23370 - General Maintenance Worker                              16.69
         23380 - Ground Support Equipment Mechanic                       25.49
         23381 - Ground Support Equipment Servicer                       21.81
         23382 - Ground Support Equipment Worker                         23.03
         23391 - Gunsmith I                                              19.22
         23392 - Gunsmith II                                             21.67
         23393 - Gunsmith III                                            24.16
         23410 - Heating Ventilation And Air-Conditioning                18.84
         Mechanic
         23411 - Heating Ventilation And Air Contidioning                19.83
         Mechanic (Research Facility)
         23430 - Heavy Equipment Mechanic                                24.16
         23440 - Heavy Equipment Operator                                22.91
         23460 - Instrument Mechanic                                     24.16
         23465 - Laboratory/Shelter Mechanic                             22.87
         23470 - Laborer                                              14.27***
         23510 - Locksmith                                               22.87
         23530 - Machinery Maintenance Mechanic                          24.90
         23550 - Machinist Maintenance                                   24.16
         23580 - Maintenance Trades Helper                               17.44
         23591 - Metrology Technician I                                  24.16
         23592 - Metrology Technician II                                 25.43
         23593 - Metrology Technician III                                26.69
         23640 - Millwright                                              24.16
         23710 - Office Appliance Repairer                               22.87
         23760 - Painter Maintenance                                     19.34
         23790 - Pipefitter Maintenance                                  22.37
         23810 - Plumber Maintenance                                     21.19
         23820 - Pneudraulic Systems Mechanic                            24.16
         23850 - Rigger                                                  24.16
         23870 - Scale Mechanic                                          21.67
         23890 - Sheet-Metal Worker Maintenance                          24.16
         23910 - Small Engine Mechanic                                   21.67
         23931 - Telecommunications Mechanic I                           29.33
         23932 - Telecommunications Mechanic II                          30.87
         23950 - Telephone Lineman                                       24.16
         23960 - Welder Combination Maintenance                          25.56
         23965 - Well Driller                                            24.16
         23970 - Woodcraft Worker                                        24.16
         23980 - Woodworker                                              19.22
      24000 - Personal Needs Occupations
         24550 - Case Manager                                            19.04
         24570 - Child Care Attendant                                 12.92***
         24580 - Child Care Center Clerk                                 16.10
         24610 - Chore Aide                                           12.61***
         24620 - Family Readiness And Support Services                   19.04
         Coordinator
         24630 - Homemaker                                              19.04
```

24000 - Plant And System Operations Occupations

| | |
|---|---|
| 25010 - Boiler Tender | 24.16 |
| 25040 - Sewage Plant Operator | 22.27 |
| 25070 - Stationary Engineer | 24.16 |
| 25190 - Ventilation Equipment Tender | 17.93 |
| 25210 - Water Treatment Plant Operator | 22.27 |
| 27000 - Protective Service Occupations | |
| 27004 - Alarm Monitor | 23.17 |
| 27007 - Baggage Inspector | 15.69 |
| 27008 - Corrections Officer | 21.42 |
| 27010 - Court Security Officer | 22.42 |
| 27030 - Detection Dog Handler | 17.90 |
| 27040 - Detention Officer | 21.42 |
| 27070 - Firefighter | 23.52 |
| 27101 - Guard I | 15.69 |
| 27102 - Guard II | 17.90 |
| 27131 - Police Officer I | 24.73 |
| 27132 - Police Officer II | 29.60 |
| 28000 - Recreation Occupations | |
| 28041 - Carnival Equipment Operator | 9.50*** |
| 28042 - Carnival Equipment Repairer | 10.20*** |
| 28043 - Carnival Worker | 8.24*** |
| 28210 - Gate Attendant/Gate Tender | 15.88 |
| 28310 - Lifeguard | 14.15*** |
| 28350 - Park Attendant (Aide) | 17.77 |
| 28510 - Recreation Aide/Health Facility Attendant | 13.08*** |
| 28515 - Recreation Specialist | 21.31 |
| 28630 - Sports Official | 14.15*** |
| 28690 - Swimming Pool Operator | 24.61 |
| 29000 - Stevedoring/Longshoremen Occupational Services | |
| 29010 - Blocker And Bracer | 21.67 |
| 29020 - Hatch Tender | 21.67 |
| 29030 - Line Handler | 21.67 |
| 29041 - Stevedore I | 20.46 |
| 29042 - Stevedore II | 22.87 |
| 30000 - Technical Occupations | |
| 30010 - Air Traffic Control Specialist Center (HFO)   (see 2) | 40.72 |
| 30011 - Air Traffic Control Specialist Station (HFO)   (see 2) | 28.08 |
| 30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) | 30.92 |
| 30021 - Archeological Technician I | 17.28 |
| 30022 - Archeological Technician II | 19.33 |
| 30023 - Archeological Technician III | 23.96 |
| 30030 - Cartographic Technician | 23.96 |
| 30040 - Civil Engineering Technician | 22.98 |
| 30051 - Cryogenic Technician I | 24.67 |
| 30052 - Cryogenic Technician II | 27.24 |
| 30061 - Drafter/CAD Operator I | 17.28 |
| 30062 - Drafter/CAD Operator II | 19.33 |
| 30063 - Drafter/CAD Operator III | 21.56 |
| 30064 - Drafter/CAD Operator IV | 26.52 |
| 30081 - Engineering Technician I | 14.98*** |
| 30082 - Engineering Technician II | 16.21 |
| 30083 - Engineering Technician III | 18.81 |
| 30084 - Engineering Technician IV | 22.28 |
| 30085 - Engineering Technician V | 27.24 |
| 30086 - Engineering Technician VI | 32.97 |
| 30090 - Environmental Technician | 22.28 |
| 30095 - Evidence Control Specialist | 22.28 |
| 30210 - Laboratory Technician | 20.05 |
| 30221 - Latent Fingerprint Technician I | 24.67 |
| 30222 - Latent Fingerprint Technician II | 27.24 |
| 30240 - Mathematical Technician | 23.96 |
| 30361 - Paralegal/Legal Assistant I | 21.49 |
| 30362 - Paralegal/Legal Assistant II | 26.65 |
| 30363 - Paralegal/Legal Assistant III | 31.22 |

Case 1:25-cv-00306-MRD-PAS Document 12 Filed 06/16/25 Page 239 of 1425 PageID #: 2124

```
            30081 - Paralegal/Legal Assistant IV                        37.78
            30375 - Petroleum Supply Specialist                         27.24
            30390 - Photo-Optics Technician                             23.96
            30395 - Radiation Control Technician                        27.24
            30461 - Technical Writer I                                  22.28
            30462 - Technical Writer II                                 27.24
            30463 - Technical Writer III                                32.97
            30491 - Unexploded Ordnance (UXO) Technician I              25.88
            30492 - Unexploded Ordnance (UXO) Technician II             31.31
            30493 - Unexploded Ordnance (UXO) Technician III            37.53
            30494 - Unexploded (UXO) Safety Escort                      25.88
            30495 - Unexploded (UXO) Sweep Personnel                    25.88
            30501 - Weather Forecaster I                                26.52
            30502 - Weather Forecaster II                               32.36
            30620 - Weather Observer Combined Upper Air Or   (see 2)    21.56
        Surface Programs
            30621 - Weather Observer Senior              (see 2)        23.96
    31000 - Transportation/Mobile Equipment Operation Occupations
            31010 - Airplane Pilot                                      31.31
            31020 - Bus Aide                                            13.84***
            31030 - Bus Driver                                          18.43
            31043 - Driver Courier                                      17.13
            31260 - Parking and Lot Attendant                           13.48***
            31290 - Shuttle Bus Driver                                  17.47
            31310 - Taxi Driver                                         13.70***
            31361 - Truckdriver Light                                   18.36
            31362 - Truckdriver Medium                                  19.54
            31363 - Truckdriver Heavy                                   20.53
            31364 - Truckdriver Tractor-Trailer                         20.53
    99000 - Miscellaneous Occupations
            99020 - Cabin Safety Specialist                             15.26
            99030 - Cashier                                             12.62***
            99050 - Desk Clerk                                          12.21***
            99095 - Embalmer                                            25.88
            99130 - Flight Follower                                     25.88
            99251 - Laboratory Animal Caretaker I                       15.02
            99252 - Laboratory Animal Caretaker II                      16.06
            99260 - Marketing Analyst                                   29.13
            99310 - Mortician                                           25.88
            99410 - Pest Controller                                     23.47
            99510 - Photofinishing Worker                               13.60***
            99710 - Recycling Laborer                                   17.54
            99711 - Recycling Specialist                                20.48
            99730 - Refuse Collector                                    16.12
            99810 - Sales Clerk                                         12.66***
            99820 - School Crossing Guard                               15.58
            99830 - Survey Party Chief                                  26.74
            99831 - Surveying Aide                                      15.13
            99832 - Surveying Technician                                18.77
            99840 - Vending Machine Attendant                           20.57
            99841 - Vending Machine Repairer                            24.86
            99842 - Vending Machine Repairer Helper                     20.57
```

***Workers in this classification may be entitled to a higher minimum wage under Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the Note at the top of the wage determination for more information. Please also note that the minimum wage requirements of Executive Order 14026 and 13658 are not currently being enforced as to contracts or contract-like instruments entered into with the federal government in connection with seasonal recreational services or seasonal recreational equipment rental for the general public on federal lands.

---

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5064908
Reviewer: Carol M.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

Case 1:25-cv-00309-MRD-PAS   Document 1-2   Filed 06/30/25   Page 497 of 1762 PageID #: 2126

and satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification.  Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                  "REGISTER OF WAGE DETERMINATIONS UNDER |    U.S. DEPARTMENT OF LABOR
                   THE SERVICE CONTRACT ACT              | EMPLOYMENT STANDARDS ADMINISTRATION
         By direction of the Secretary of Labor |        WAGE AND HOUR DIVISION
                                                |        WASHINGTON D.C.  20210
                                                |
                                                |
                                                |
                                                |
      Daniel W. Simms        Division of        | Wage Determination No.: 2015-5465
      Director          Wage Determinations|         Revision No.: 18
                                                | Date Of Last Revision: 03/15/2022
                                                |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |

|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Arizona

Area: Arizona County of Coconino

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.41 |
| 01012 - Accounting Clerk II | | 17.30 |
| 01013 - Accounting Clerk III | | 19.35 |
| 01020 - Administrative Assistant | | 25.36 |
| 01035 - Court Reporter | | 18.40 |
| 01041 - Customer Service Representative I | | 14.09*** |
| 01042 - Customer Service Representative II | | 15.37 |
| 01043 - Customer Service Representative III | | 17.26 |
| 01051 - Data Entry Operator I | | 14.16*** |
| 01052 - Data Entry Operator II | | 15.44 |
| 01060 - Dispatcher Motor Vehicle | | 22.18 |
| 01070 - Document Preparation Clerk | | 14.36*** |
| 01090 - Duplicating Machine Operator | | 14.36*** |
| 01111 - General Clerk I | | 15.69 |
| 01112 - General Clerk II | | 17.12 |
| 01113 - General Clerk III | | 19.23 |

| | |
|---|---|
| 01140 - Housing Referral Assistant | 20.78 |
| 01141 - Messenger Courier | 12.95*** |
| 01191  Order Clerk I | 13.17*** |
| 01192 - Order Clerk II | 14.86*** |
| 01261 - Personnel Assistant (Employment) I | 15.92 |
| 01262 - Personnel Assistant (Employment) II | 17.81 |
| 01263  Personnel Assistant (Employment) III | 19.86 |
| 01270 - Production Control Clerk | 24.52 |
| 01290 - Rental Clerk | 14.97*** |
| 01300 - Scheduler Maintenance | 16.66 |
| 01311  Secretary I | 16.66 |
| 01312  Secretary II | 18.64 |
| 01313 - Secretary III | 20.78 |
| 01320 - Service Order Dispatcher | 19.84 |
| 01410  Supply Technician | 25.36 |
| 01420 - Survey Worker | 18.29 |
| 01460 - Switchboard Operator/Receptionist | 14.54*** |
| 01531 - Travel Clerk I | 15.19 |
| 01532  Travel Clerk II | 16.59 |
| 01533 - Travel Clerk III | 17.86 |
| 01611 - Word Processor I | 14.36*** |
| 01612 - Word Processor II | 16.12 |
| 01613  Word Processor III | 18.04 |
| 05000 - Automotive Service Occupations | |
| 05005 - Automobile Body Repairer Fiberglass | 22.82 |
| 05010 - Automotive  Electrician | 21.25 |
| 05040  Automotive Glass Installer | 19.80 |
| 05070 - Automotive Worker | 19.80 |
| 05110 - Mobile Equipment Servicer | 16.96 |
| 05130 - Motor Equipment Metal Mechanic | 22.69 |
| 05160  Motor Equipment Metal Worker | 19.80 |
| 05190 - Motor Vehicle Mechanic | 22.65 |
| 05220 - Motor Vehicle Mechanic Helper | 15.52 |
| 05250 - Motor Vehicle Upholstery Worker | 18.38 |
| 05280  Motor Vehicle Wrecker | 19.80 |
| 05310 - Painter Automotive | 22.12 |
| 05340 - Radiator Repair Specialist | 19.80 |
| 05370 - Tire Repairer | 14.21*** |
| 05400  Transmission Repair Specialist | 22.65 |
| 07000 - Food Preparation And Service Occupations | |
| 07010 - Baker | 13.47*** |
| 07041 - Cook I | 15.79 |
| 07042  Cook II | 18.43 |
| 07070 - Dishwasher | 12.35*** |
| 07130 - Food Service Worker | 13.56*** |
| 07210 - Meat Cutter | 17.57 |
| 07260  Waiter/Waitress | 12.43*** |
| 09000 - Furniture Maintenance And Repair Occupations | |
| 09010 - Electrostatic Spray Painter | 24.22 |
| 09040 - Furniture Handler | 14.92*** |
| 09080  Furniture Refinisher | 24.22 |
| 09090 - Furniture Refinisher Helper | 17.81 |
| 09110 - Furniture Repairer Minor | 21.37 |
| 09130  Upholsterer | 24.22 |
| 11000  General Services And Support Occupations | |
| 11030 - Cleaner Vehicles | 13.63*** |
| 11060 - Elevator Operator | 13.63*** |
| 11090 - Gardener | 19.18 |
| 11122  Housekeeping Aide | 14.28*** |
| 11150 - Janitor | 14.28*** |
| 11210 - Laborer Grounds Maintenance | 14.70*** |
| 11240 - Maid or Houseman | 12.72*** |
| 11260  Pruner | 13.82*** |
| 11270 - Tractor Operator | 17.56 |
| 11330 - Trail Maintenance Worker | 14.70*** |

```
11990 - Window Cleaner                                         15.09
12000 - Health Occupations
  12010 - Ambulance Driver                                     21.43
  12011 - Breath Alcohol Technician                            24.35
  12012 - Certified Occupational Therapist Assistant           33.41
  12015 - Certified Physical Therapist Assistant               30.49
  12020   Dental Assistant                                     18.29
  12025 - Dental Hygienist                                     43.09
  12030 - EKG Technician                                       36.90
  12035 - Electroneurodiagnostic Technologist                  36.90
  12040   Emergency Medical Technician                         21.43
  12071 - Licensed Practical Nurse I                           21.78
  12072 - Licensed Practical Nurse II                          24.35
  12073 - Licensed Practical Nurse III                         27.14
  12100   Medical Assistant                                    17.68
  12130 - Medical Laboratory Technician                        22.87
  12160 - Medical Record Clerk                                 19.37
  12190 - Medical Record Technician                            21.66
  12195   Medical Transcriptionist                             21.78
  12210 - Nuclear Medicine Technologist                        53.51
  12221 - Nursing Assistant I                                  11.51***
  12222 - Nursing Assistant II                                 12.94***
  12223 - Nursing Assistant III                                14.12***
  12224 - Nursing Assistant IV                                 15.85
  12235 - Optical Dispenser                                    24.35
  12236 - Optical Technician                                   21.78
  12250   Pharmacy Technician                                  20.04
  12280 - Phlebotomist                                         16.75
  12305 - Radiologic Technologist                              36.90
  12311 - Registered Nurse I                                   30.16
  12312   Registered Nurse II                                  36.90
  12313 - Registered Nurse II Specialist                       36.90
  12314 - Registered Nurse III                                 44.65
  12315 - Registered Nurse III Anesthetist                     44.65
  12316   Registered Nurse IV                                  53.51
  12317 - Scheduler (Drug and Alcohol Testing)                 30.16
  12320 - Substance Abuse Treatment Counselor                  23.94
13000 - Information And Arts Occupations
  13011   Exhibits Specialist I                                19.94
  13012 - Exhibits Specialist II                               24.69
  13013 - Exhibits Specialist III                              30.21
  13041 - Illustrator I                                        20.15
  13042   Illustrator II                                       24.95
  13043 - Illustrator III                                      30.53
  13047 - Librarian                                            27.35
  13050 - Library Aide/Clerk                                   15.44
  13054   Library Information Technology Systems               24.69
  Administrator
  13058 - Library Technician                                   20.19
  13061 - Media Specialist I                                   17.82
  13062   Media Specialist II                                  19.94
  13063   Media Specialist III                                 22.23
  13071 - Photographer I                                       17.05
  13072 - Photographer II                                      19.07
  13073   Photographer III                                     23.62
  13074 - Photographer IV                                      28.90
  13075 - Photographer V                                       34.97
  13090 - Technical Order Library Clerk                        19.39
  13110   Video Teleconference Technician                      18.35
14000 - Information Technology Occupations
  14041 - Computer Operator I                                  16.54
  14042 - Computer Operator II                                 18.51
  14043   Computer Operator III                                20.64
  14044 - Computer Operator IV                                 22.93
  14045 - Computer Operator V                                  25.40
```

```
14071 - Computer Programmer I                        (see 1)              23.10
14072 - Computer Programmer II                       (see 1)
14073 - Computer Programmer III                      (see 1)
14074 - Computer Programmer IV                       (see 1)
14101 - Computer Systems Analyst I                   (see 1)
14102 - Computer Systems Analyst II                  (see 1)
14103 - Computer Systems Analyst III                 (see 1)
14150 - Peripheral Equipment Operator                                     16.54
14160 - Personal Computer Support Technician                              22.93
14170 - System Support Specialist                                         27.43
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)               30.38
    15020 - Aircrew Training Devices Instructor (Rated)                   36.76
    15030 - Air Crew Training Devices Instructor (Pilot)                  44.05
    15050 - Computer Based Training Specialist / Instructor               30.38
    15060 - Educational Technologist                                      28.33
    15070 - Flight Instructor (Pilot)                                     44.05
    15080 - Graphic Artist                                                24.21
    15085 - Maintenance Test Pilot Fixed Jet/Prop                         44.05
    15086 - Maintenance Test Pilot Rotary Wing                            44.05
    15088 - Non-Maintenance Test/Co-Pilot                                 44.05
    15090 - Technical Instructor                                          24.24
    15095 - Technical Instructor/Course Developer                         29.66
    15110 - Test Proctor                                                  19.57
    15120 - Tutor                                                         19.57
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                                     14.92***
    16030 - Counter Attendant                                             14.92***
    16040 - Dry Cleaner                                                   17.89
    16070 - Finisher Flatwork Machine                                     14.92***
    16090 - Presser Hand                                                  14.92***
    16110 - Presser Machine Drycleaning                                   14.92***
    16130 - Presser Machine Shirts                                        14.92***
    16160 - Presser Machine Wearing Apparel Laundry                       14.92***
    16190 - Sewing Machine Operator                                       18.63
    16220 - Tailor                                                        19.38
    16250 - Washer Machine                                                16.21
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                             24.51
    19040 - Tool And Die Maker                                            31.81
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                             20.80
    21030 - Material Coordinator                                          24.21
    21040 - Material Expediter                                            24.21
    21050 - Material Handling Laborer                                     14.76***
    21071 - Order Filler                                                  14.52***
    21080 - Production Line Worker (Food Processing)                      20.80
    21110 - Shipping Packer                                               15.11
    21130 - Shipping/Receiving Clerk                                      15.11
    21140 - Store Worker I                                                15.32
    21150 - Stock Clerk                                                   18.42
    21210 - Tools And Parts Attendant                                     20.80
    21410 - Warehouse Specialist                                          20.80
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                                   32.32
    23019 - Aircraft Logs and Records Technician                          25.00
    23021 - Aircraft Mechanic I                                           30.82
    23022 - Aircraft Mechanic II                                          32.32
    23023 - Aircraft Mechanic III                                         34.29
    23040 - Aircraft Mechanic Helper                                      21.12
    23050 - Aircraft Painter                                              28.92
    23060 - Aircraft Servicer                                             25.00
    23070 - Aircraft Survival Flight Equipment Technician                 28.92
    23080 - Aircraft Worker                                               26.94
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic                26.94
```

| | |
|---|---|
| 23092 - Aircrew Life Support Equipment (ALSE) Mechanic II | 30.82 |
| 23110 - Appliance Mechanic | 25.35 |
| 23120 - Bicycle Repairer | 19.33 |
| 23125 - Cable Splicer | 35.41 |
| 23130 - Carpenter Maintenance | 21.30 |
| 23140 - Carpet Layer | 22.88 |
| 23160 - Electrician Maintenance | 21.59 |
| 23181 - Electronics Technician Maintenance I | 23.62 |
| 23182 - Electronics Technician Maintenance II | 25.35 |
| 23183 - Electronics Technician Maintenance III | 27.02 |
| 23260 - Fabric Worker | 21.53 |
| 23290 - Fire Alarm System Mechanic | 27.02 |
| 23310 - Fire Extinguisher Repairer | 20.23 |
| 23311 - Fuel Distribution System Mechanic | 30.26 |
| 23312 - Fuel Distribution System Operator | 22.65 |
| 23370 - General Maintenance Worker | 17.96 |
| 23380 - Ground Support Equipment Mechanic | 30.82 |
| 23381 - Ground Support Equipment Servicer | 25.00 |
| 23382 - Ground Support Equipment Worker | 26.94 |
| 23391 - Gunsmith I | 20.23 |
| 23392 - Gunsmith II | 23.62 |
| 23393 - Gunsmith III | 27.02 |
| 23410 - Heating Ventilation And Air-Conditioning Mechanic | 22.41 |
| 23411 - Heating Ventilation And Air Contidioning Mechanic (Research Facility) | 23.50 |
| 23430 - Heavy Equipment Mechanic | 26.41 |
| 23440 - Heavy Equipment Operator | 24.62 |
| 23460 - Instrument Mechanic | 27.02 |
| 23465 - Laboratory/Shelter Mechanic | 25.35 |
| 23470 - Laborer | 14.76*** |
| 23510 - Locksmith | 25.35 |
| 23530 - Machinery Maintenance Mechanic | 31.02 |
| 23550 - Machinist Maintenance | 23.60 |
| 23580 - Maintenance Trades Helper | 15.73 |
| 23591 - Metrology Technician I | 27.02 |
| 23592 - Metrology Technician II | 28.33 |
| 23593 - Metrology Technician III | 30.05 |
| 23640 - Millwright | 27.02 |
| 23710 - Office Appliance Repairer | 25.35 |
| 23760 - Painter Maintenance | 17.31 |
| 23790 - Pipefitter Maintenance | 23.72 |
| 23810 - Plumber Maintenance | 22.25 |
| 23820 - Pneudraulic Systems Mechanic | 27.02 |
| 23850 - Rigger | 27.02 |
| 23870 - Scale Mechanic | 23.62 |
| 23890 - Sheet-Metal Worker Maintenance | 26.35 |
| 23910 - Small Engine Mechanic | 19.99 |
| 23931 - Telecommunications Mechanic I | 34.40 |
| 23932 - Telecommunications Mechanic II | 36.08 |
| 23950 - Telephone Lineman | 26.70 |
| 23960 - Welder Combination Maintenance | 23.12 |
| 23965 - Well Driller | 27.02 |
| 23970 - Woodcraft Worker | 27.02 |
| 23980 - Woodworker | 20.23 |
| 24000 - Personal Needs Occupations | |
| 24550 - Case Manager | 17.62 |
| 24570 - Child Care Attendant | 12.60*** |
| 24580 - Child Care Center Clerk | 16.79 |
| 24610 - Chore Aide | 12.83*** |
| 24620 - Family Readiness And Support Services Coordinator | 17.62 |
| 24630 - Homemaker | 18.38 |

25000 - Plant And System Operations Occupations
```
    25010 - Boiler Tender                                          27.66
    25040 - Sewage Plant Operator                                 22.85
    25070 - Stationary Engineer                                   27.66
    25190 - Ventilation Equipment Tender                          18.95
    25210 - Water Treatment Plant Operator                        22.85
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                         21.93
    27007 - Baggage Inspector                                  14.42***
    27008 - Corrections Officer                                   20.25
    27010 - Court Security Officer                                20.49
    27030 - Detection Dog Handler                                 16.13
    27040 - Detention Officer                                     20.25
    27070 - Firefighter                                           21.80
    27101 - Guard I                                           14.42***
    27102 - Guard II                                             16.13
    27131 - Police Officer I                                     25.80
    27132 - Police Officer II                                     28.68
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                           16.56
    28042 - Carnival Equipment Repairer                           18.09
    28043 - Carnival Worker                                    12.63***
    28210 - Gate Attendant/Gate Tender                            15.35
    28310 - Lifeguard                                         13.66***
    28350 - Park Attendant (Aide)                                 17.16
    28510 - Recreation Aide/Health Facility Attendant         12.52***
    28515 - Recreation Specialist                                 21.26
    28630 - Sports Official                                   13.66***
    28690 - Swimming Pool Operator                                21.12
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                    23.62
    29020 - Hatch Tender                                          23.62
    29030 - Line Handler                                          23.62
    29041 - Stevedore I                                           21.91
    29042 - Stevedore II                                          25.35
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2) 40.29
    30011 - Air Traffic Control Specialist Station (HFO) (see 2)  27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 30.59
    30021 - Archeological Technician I                            17.49
    30022 - Archeological Technician II                           19.84
    30023 - Archeological Technician III                          24.25
    30030 - Cartographic Technician                               24.59
    30040 - Civil Engineering Technician                          23.57
    30051 - Cryogenic Technician I                                26.82
    30052 - Cryogenic Technician II                               29.62
    30061 - Drafter/CAD Operator I                                17.49
    30062 - Drafter/CAD Operator II                               19.84
    30063 - Drafter/CAD Operator III                              22.12
    30064 - Drafter/CAD Operator IV                               26.82
    30081 - Engineering Technician I                              16.02
    30082 - Engineering Technician II                             17.98
    30083 - Engineering Technician III                            21.48
    30084 - Engineering Technician IV                             25.33
    30085 - Engineering Technician V                              30.27
    30086 - Engineering Technician VI                             34.88
    30090 - Environmental Technician                              23.57
    30095 - Evidence Control Specialist                           25.33
    30210 - Laboratory Technician                                 22.92
    30221 - Latent Fingerprint Technician I                       31.60
    30222 - Latent Fingerprint Technician II                      34.91
    30240 - Mathematical Technician                               24.69
    30361 - Paralegal/Legal Assistant I                           21.19
    30362 - Paralegal/Legal Assistant II                          25.09
    30363 - Paralegal/Legal Assistant III                         30.61
```

Case 1:25-cv-00508-MRD-PAS   Document 12   Filed 06/17/25   Page 25   PageID #: 2135

```
30084 - Paralegal/Legal Assistant IV                       37.15
30375 - Petroleum Supply Specialist                        30.27
30390 - Photo-Optics Technician                            24.69
30395 - Radiation Control Technician                        30.27
30461 - Technical Writer I                                 23.57
30462 - Technical Writer II                                28.83
30463 - Technical Writer III                               34.88
30491 - Unexploded Ordnance (UXO) Technician I             25.60
30492 - Unexploded Ordnance (UXO) Technician II            30.98
30493 - Unexploded Ordnance (UXO) Technician III           37.13
30494 - Unexploded (UXO) Safety Escort                     25.60
30495 - Unexploded (UXO) Sweep Personnel                   25.60
30501 - Weather Forecaster I                               26.82
30502 - Weather Forecaster II                              32.62
30620 - Weather Observer Combined Upper Air Or    (see 2)  22.12
Surface Programs
30621 - Weather Observer Senior                   (see 2)  24.69
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                     30.98
31020 - Bus Aide                                           13.48***
31030 - Bus Driver                                         19.87
31043 - Driver Courier                                     16.65
31260 - Parking and Lot Attendant                          14.06***
31290 - Shuttle Bus Driver                                 16.54
31310 - Taxi Driver                                        13.92***
31361 - Truckdriver Light                                  18.19
31362 - Truckdriver Medium                                 20.58
31363 - Truckdriver Heavy                                  23.42
31364 - Truckdriver Tractor-Trailer                        23.42
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                            15.10
99030 - Cashier                                            13.29***
99050 - Desk Clerk                                         13.04***
99095 - Embalmer                                           28.19
99130 - Flight Follower                                    25.60
99251 - Laboratory Animal Caretaker I                      18.73
99252 - Laboratory Animal Caretaker II                     22.30
99260 - Marketing Analyst                                  27.21
99310 - Mortician                                          28.19
99410 - Pest Controller                                    24.16
99510 - Photofinishing Worker                              13.45***
99710 - Recycling Laborer                                  19.35
99711 - Recycling Specialist                               23.74
99730 - Refuse Collector                                   17.29
99810 - Sales Clerk                                        13.72***
99820 - School Crossing Guard                              15.40
99830 - Survey Party Chief                                 32.11
99831 - Surveying Aide                                     19.35
99832 - Surveying Technician                               27.26
99840 - Vending Machine Attendant                          20.41
99841 - Vending Machine Repairer                           26.03
99842 - Vending Machine Repairer Helper                    20.41
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.


ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:


HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month


HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*


*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.


VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 5 years and 4 weeks after 15 years.  Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)


HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)



THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:


1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.


Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

Case 1:25-cv-00306-MRD-PAS Document 1-2 Filed 06/18/25 Page 252 of 508 PageID #: 2137

to satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).


2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5199068
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case 1:25-cv-00306-MRD-PAS Document 1-2 Filed 06/30/25 Page 25 of 151 PageID #: 2140

```
                    "REGISTER OF WAGE DETERMINATIONS UNDER |    U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT            | EMPLOYMENT STANDARDS ADMINISTRATION
    By direction of the Secretary of Labor  |     WAGE AND HOUR DIVISION
                                            |       WASHINGTON D.C.  20210
                                            |
                                            |
                                            |
                                            |
                                            | Wage Determination No.: 2015-5473
    Daniel W. Simms        Division of      |      Revision No.: 16
    Director          Wage Determinations   | Date Of Last Revision: 03/15/2022
                                            |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Arizona

Area: Arizona County of Pima

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.51*** |
| 01012 - Accounting Clerk II | | 16.30 |
| 01013 - Accounting Clerk III | | 18.23 |
| 01020 - Administrative Assistant | | 25.94 |
| 01035 - Court Reporter | | 21.75 |
| 01041 - Customer Service Representative I | | 13.09*** |
| 01042 - Customer Service Representative II | | 14.73*** |
| 01043 - Customer Service Representative III | | 16.07 |
| 01051 - Data Entry Operator I | | 13.50*** |
| 01052 - Data Entry Operator II | | 14.73*** |
| 01060 - Dispatcher Motor Vehicle | | 17.31 |
| 01070 - Document Preparation Clerk | | 16.54 |
| 01090 - Duplicating Machine Operator | | 16.54 |
| 01111 - General Clerk I | | 14.71*** |
| 01112 - General Clerk II | | 16.05 |
| 01113 - General Clerk III | | 18.03 |

```
01130 - Housing Referral Assistant                    20.93
01141 - Messenger Courier                             12.68***
01191   Order Clerk I                                 16.14
01192 - Order Clerk II                                17.61
01261 - Personnel Assistant (Employment) I            16.64
01262 - Personnel Assistant (Employment) II           18.61
01263   Personnel Assistant (Employment) III          20.74
01270 - Production Control Clerk                       26.63
01290 - Rental Clerk                                   15.28
01300 - Scheduler Maintenance                          16.79
01311   Secretary I                                    16.79
01312 - Secretary II                                   18.77
01313 - Secretary III                                  20.93
01320 - Service Order Dispatcher                       15.15
01410   Supply Technician                              25.94
01420 - Survey Worker                                  16.94
01460 - Switchboard Operator/Receptionist             14.05***
01531 - Travel Clerk I                                13.84***
01532 - Travel Clerk II                               14.55***
01533 - Travel Clerk III                               15.23
01611 - Word Processor I                                15.39
01612 - Word Processor II                               17.29
01613   Word Processor III                              19.34
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass            28.17
05010 - Automotive  Electrician                        19.41
05040   Automotive Glass Installer                     18.39
05070 - Automotive Worker                              18.39
05110 - Mobile Equipment Servicer                      16.31
05130 - Motor Equipment Metal Mechanic                 20.51
05160   Motor Equipment Metal Worker                   18.39
05190 - Motor Vehicle Mechanic                         20.51
05220 - Motor Vehicle Mechanic Helper                  15.22
05250 - Motor Vehicle Upholstery Worker                17.37
05280   Motor Vehicle Wrecker                          18.39
05310 - Painter Automotive                             19.41
05340 - Radiator Repair Specialist                     18.39
05370 - Tire Repairer                                 13.08***
05400   Transmission Repair Specialist                 20.51
07000 - Food Preparation And Service Occupations
07010 - Baker                                         14.10***
07041 - Cook I                                        14.20***
07042 - Cook II                                        16.01
07070 - Dishwasher                                    12.46***
07130 - Food Service Worker                           12.62***
07210 - Meat Cutter                                    18.52
07260   Waiter/Waitress                               13.32***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                    19.73
09040 - Furniture Handler                             11.77***
09080   Furniture Refinisher                           17.58
09090 - Furniture Refinisher Helper                   13.86***
09110 - Furniture Repairer Minor                       15.81
09130   Upholsterer                                    18.51
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                              12.49***
11060 - Elevator Operator                             12.49***
11090 - Gardener                                       17.28
11122   Housekeeping Aide                             13.43***
11150 - Janitor                                       13.43***
11210 - Laborer Grounds Maintenance                   13.81***
11240 - Maid or Houseman                              12.69***
11260   Pruner                                        12.69***
11270 - Tractor Operator                               16.12
11330 - Trail Maintenance Worker                      13.81***
```

2025 PC-2025-02760 MRD Case Document 1 Filed 06/17/25 Page 25 Page 1521 Page 513 of 1762 Page ID #: 2142

| | | |
|---|---|---|
| 11930 - Window Cleaner | | 14.62*** |
| 12000 - Health Occupations | | |
| 12010 - Ambulance Driver | | 20.72 |
| 12011 - Breath Alcohol Technician | | 24.11 |
| 12012 - Certified Occupational Therapist Assistant | | 29.67 |
| 12015 - Certified Physical Therapist Assistant | | 25.31 |
| 12020 - Dental Assistant | | 17.92 |
| 12025 - Dental Hygienist | | 42.51 |
| 12030 - EKG Technician | | 31.36 |
| 12035 - Electroneurodiagnostic Technologist | | 31.36 |
| 12040 - Emergency Medical Technician | | 20.72 |
| 12071 - Licensed Practical Nurse I | | 21.54 |
| 12072 - Licensed Practical Nurse II | | 24.11 |
| 12073 - Licensed Practical Nurse III | | 26.87 |
| 12100 - Medical Assistant | | 16.71 |
| 12130 - Medical Laboratory Technician | | 25.05 |
| 12160 - Medical Record Clerk | | 17.88 |
| 12190 - Medical Record Technician | | 19.99 |
| 12195 - Medical Transcriptionist | | 18.60 |
| 12210 - Nuclear Medicine Technologist | | 52.97 |
| 12221 - Nursing Assistant I | | 12.02*** |
| 12222 - Nursing Assistant II | | 13.52*** |
| 12223 - Nursing Assistant III | | 14.75*** |
| 12224 - Nursing Assistant IV | | 16.56 |
| 12235 - Optical Dispenser | | 18.88 |
| 12236 - Optical Technician | | 21.54 |
| 12250 - Pharmacy Technician | | 18.41 |
| 12280 - Phlebotomist | | 17.06 |
| 12305 - Radiologic Technologist | | 30.71 |
| 12311 - Registered Nurse I | | 25.04 |
| 12312 - Registered Nurse II | | 30.63 |
| 12313 - Registered Nurse II Specialist | | 30.63 |
| 12314 - Registered Nurse III | | 37.06 |
| 12315 - Registered Nurse III Anesthetist | | 37.06 |
| 12316 - Registered Nurse IV | | 44.41 |
| 12317 - Scheduler (Drug and Alcohol Testing) | | 29.87 |
| 12320 - Substance Abuse Treatment Counselor | | 20.88 |
| 13000 - Information And Arts Occupations | | |
| 13011 - Exhibits Specialist I | | 17.70 |
| 13012 - Exhibits Specialist II | | 21.76 |
| 13013 - Exhibits Specialist III | | 26.61 |
| 13041 - Illustrator I | | 20.08 |
| 13042 - Illustrator II | | 23.94 |
| 13043 - Illustrator III | | 29.27 |
| 13047 - Librarian | | 24.09 |
| 13050 - Library Aide/Clerk | | 13.66*** |
| 13054 - Library Information Technology Systems Administrator | | 21.76 |
| 13058 - Library Technician | | 18.14 |
| 13061 - Media Specialist I | | 15.70 |
| 13062 - Media Specialist II | | 17.56 |
| 13063 - Media Specialist III | | 19.57 |
| 13071 - Photographer I | | 17.09 |
| 13072 - Photographer II | | 19.13 |
| 13073 - Photographer III | | 23.69 |
| 13074 - Photographer IV | | 28.96 |
| 13075 - Photographer V | | 35.05 |
| 13090 - Technical Order Library Clerk | | 17.06 |
| 13110 - Video Teleconference Technician | | 21.19 |
| 14000 - Information Technology Occupations | | |
| 14041 - Computer Operator I | | 17.19 |
| 14042 - Computer Operator II | | 19.23 |
| 14043 - Computer Operator III | | 21.43 |
| 14044 - Computer Operator IV | | 23.82 |
| 14045 - Computer Operator V | | 26.38 |

```
        14071 - Computer Programmer I                    (see 1)          24.01
        14072 - Computer Programmer II                   (see 1)
        14073 - Computer Programmer III                  (see 1)
        14074 - Computer Programmer IV                   (see 1)
        14101 - Computer Systems Analyst I               (see 1)          27.28
        14102 - Computer Systems Analyst II              (see 1)
        14103 - Computer Systems Analyst III             (see 1)
        14150 - Peripheral Equipment Operator                             17.19
        14160 - Personal Computer Support Technician                      23.82
        14170 - System Support Specialist                                 26.37
    15000 - Instructional Occupations
        15010 - Aircrew Training Devices Instructor (Non-Rated)           27.28
        15020 - Aircrew Training Devices Instructor (Rated)               33.00
        15030 - Air Crew Training Devices Instructor (Pilot)              39.55
        15050 - Computer Based Training Specialist / Instructor           27.28
        15060 - Educational Technologist                                  24.12
        15070 - Flight Instructor (Pilot)                                 39.55
        15080 - Graphic Artist                                            22.49
        15085 - Maintenance Test Pilot Fixed Jet/Prop                     39.44
        15086 - Maintenance Test Pilot Rotary Wing                        39.44
        15088 - Non-Maintenance Test/Co-Pilot                             39.44
        15090 - Technical Instructor                                      21.68
        15095 - Technical Instructor/Course Developer                     26.51
        15110 - Test Proctor                                              17.50
        15120 - Tutor                                                     17.50
    16000 - Laundry Dry-Cleaning Pressing And Related Occupations
        16010 - Assembler                                                 13.29***
        16030 - Counter Attendant                                         13.29***
        16040 - Dry Cleaner                                               15.18
        16070 - Finisher Flatwork Machine                                 13.29***
        16090 - Presser Hand                                              13.29***
        16110 - Presser Machine Drycleaning                               13.29***
        16130 - Presser Machine Shirts                                    13.29***
        16160 - Presser Machine Wearing Apparel Laundry                   13.29***
        16190 - Sewing Machine Operator                                   15.81
        16220 - Tailor                                                    16.45
        16250 - Washer Machine                                            13.92***
    19000 - Machine Tool Operation And Repair Occupations
        19010 - Machine-Tool Operator (Tool Room)                         23.57
        19040 - Tool And Die Maker                                        28.80
    21000 - Materials Handling And Packing Occupations
        21020 - Forklift Operator                                         17.10
        21030 - Material Coordinator                                      26.63
        21040 - Material Expediter                                        26.63
        21050 - Material Handling Laborer                                 13.68***
        21071 - Order Filler                                              13.41***
        21080 - Production Line Worker (Food Processing)                  17.10
        21110 - Shipping Packer                                           15.04
        21130 - Shipping/Receiving Clerk                                  15.04
        21140 - Store Worker I                                            14.73***
        21150 - Stock Clerk                                               19.06
        21210 - Tools And Parts Attendant                                 17.10
        21410 - Warehouse Specialist                                      17.10
    23000 - Mechanics And Maintenance And Repair Occupations
        23010 - Aerospace Structural Welder                               31.77
        23019 - Aircraft Logs and Records Technician                      25.56
        23021 - Aircraft Mechanic I                                       30.19
        23022 - Aircraft Mechanic II                                      31.77
        23023 - Aircraft Mechanic III                                     33.35
        23040 - Aircraft Mechanic Helper                                  22.40
        23050 - Aircraft Painter                                          28.58
        23060 - Aircraft Servicer                                         25.56
        23070 - Aircraft Survival Flight Equipment Technician             28.58
        23080 - Aircraft Worker                                           27.08
        23091 - Aircrew Life Support Equipment (ALSE) Mechanic            27.08
```

```
           23092 - Aircrew Life Support Equipment (ALSE) Mechanic          30.19
       II
       23110 - Appliance Mechanic                                          25.91
       23120 - Bicycle Mechanic                                           20.88
       23125 - Cable Splicer                                              34.27
       23130 - Carpenter Maintenance                                       20.15
       23140 - Carpet Layer                                               20.20
       23160 - Electrician Maintenance                                     23.24
       23181 - Electronics Technician Maintenance I                       28.03
       23182 - Electronics Technician Maintenance II                      29.58
       23183 - Electronics Technician Maintenance III                     31.25
       23260 - Fabric Worker                                              21.08
       23290 - Fire Alarm System Mechanic                                 20.26
       23310 - Fire Extinguisher Repairer                                 19.81
       23311 - Fuel Distribution System Mechanic                          24.90
       23312 - Fuel Distribution System Operator                          19.81
       23370 - General Maintenance Worker                                 17.16
       23380 - Ground Support Equipment Mechanic                          30.19
       23381 - Ground Support Equipment Servicer                          25.56
       23382 - Ground Support Equipment Worker                            27.08
       23391 - Gunsmith I                                                 19.81
       23392 - Gunsmith II                                                22.33
       23393 - Gunsmith III                                               24.90
       23410 - Heating Ventilation And Air-Conditioning                   22.22
       Mechanic
       23411 - Heating Ventilation And Air Contidioning                   23.39
       Mechanic (Research Facility)
       23430 - Heavy Equipment Mechanic                                   25.55
       23440 - Heavy Equipment Operator                                   21.28
       23460 - Instrument Mechanic                                        26.49
       23465 - Laboratory/Shelter Mechanic                                23.57
       23470 - Laborer                                                    13.68***
       23510 - Locksmith                                                  21.24
       23530 - Machinery Maintenance Mechanic                             28.23
       23550 - Machinist Maintenance                                      21.74
       23580 - Maintenance Trades Helper                                  14.73***
       23591 - Metrology Technician I                                     26.49
       23592 - Metrology Technician II                                    27.87
       23593 - Metrology Technician III                                   29.25
       23640 - Millwright                                                 24.90
       23710 - Office Appliance Repairer                                  19.65
       23760 - Painter Maintenance                                        17.58
       23790 - Pipefitter Maintenance                                     25.29
       23810 - Plumber Maintenance                                        23.94
       23820 - Pneudraulic Systems Mechanic                               24.90
       23850 - Rigger                                                     24.90
       23870 - Scale Mechanic                                             22.33
       23890 - Sheet-Metal Worker Maintenance                             21.41
       23910 - Small Engine Mechanic                                      19.99
       23931 - Telecommunications Mechanic I                              30.07
       23932 - Telecommunications Mechanic II                             33.59
       23950 - Telephone Lineman                                          29.04
       23960 - Welder Combination Maintenance                             22.29
       23965 - Well Driller                                               24.08
       23970 - Woodcraft Worker                                           24.90
       23980 - Woodworker                                                 19.81
    24000 - Personal Needs Occupations
       24550 - Case Manager                                               16.42
       24570 - Child Care Attendant                                       12.48***
       24580 - Child Care Center Clerk                                    15.55
       24610 - Chore Aide                                                 12.52***
       24620 - Family Readiness And Support Services                      16.42
       Coordinator
       24630 - Homemaker                                                  16.42
```

25000 - Plant And System Operations Occupations
```
        25010 - Boiler Tender                                        24.90
        25040 - Sewage Plant Operator                               22.20
        25070 - Stationary Engineer                                 24.90
        25190 - Ventilation Equipment Tender                        18.48
        25210 - Water Treatment Plant Operator                      22.20
27000 - Protective Service Occupations
        27004 - Alarm Monitor                                       20.77
        27007 - Baggage Inspector                                 12.95***
        27008 - Corrections Officer                                 21.38
        27010 - Court Security Officer                              22.42
        27030 - Detection Dog Handler                             14.48***
        27040 - Detention Officer                                   21.38
        27070 - Firefighter                                         20.11
        27101 - Guard I                                           12.95***
        27102 - Guard II                                          14.48***
        27131 - Police Officer I                                   26.84
        27132 - Police Officer II                                  29.83
28000 - Recreation Occupations
        28041 - Carnival Equipment Operator                        16.47
        28042 - Carnival Equipment Repairer                        17.65
        28043 - Carnival Worker                                   12.96***
        28210 - Gate Attendant/Gate Tender                         15.97
        28310 - Lifeguard                                         13.72***
        28350 - Park Attendant (Aide)                              17.86
        28510 - Recreation Aide/Health Facility Attendant         13.08***
        28515 - Recreation Specialist                              22.13
        28630 - Sports Official                                  14.22***
        28690 - Swimming Pool Operator                             19.90
29000 - Stevedoring/Longshoremen Occupational Services
        29010 - Blocker And Bracer                                 22.33
        29020 - Hatch Tender                                       22.33
        29030 - Line Handler                                       22.33
        29041 - Stevedore I                                        21.08
        29042 - Stevedore II                                       23.57
30000 - Technical Occupations
        30010 - Air Traffic Control Specialist Center (HFO)   (see 2)    40.72
        30011 - Air Traffic Control Specialist Station (HFO) (see 2)    28.08
        30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)   30.92
        30021 - Archeological Technician I                         18.71
        30022 - Archeological Technician II                        20.94
        30023 - Archeological Technician III                       25.94
        30030 - Cartographic Technician                            25.94
        30040 - Civil Engineering Technician                       27.31
        30051 - Cryogenic Technician I                             28.73
        30052 - Cryogenic Technician II                            31.73
        30061 - Drafter/CAD Operator I                             18.71
        30062 - Drafter/CAD Operator II                            20.94
        30063 - Drafter/CAD Operator III                           23.34
        30064 - Drafter/CAD Operator IV                            28.73
        30081 - Engineering Technician I                           15.56
        30082 - Engineering Technician II                          17.47
        30083 - Engineering Technician III                         19.54
        30084 - Engineering Technician IV                          24.21
        30085 - Engineering Technician V                           29.61
        30086 - Engineering Technician VI                          35.83
        30090 - Environmental Technician                           21.80
        30095 - Evidence Control Specialist                        25.94
        30210 - Laboratory Technician                              22.23
        30221 - Latent Fingerprint Technician I                    24.40
        30222 - Latent Fingerprint Technician II                   26.95
        30240 - Mathematical Technician                            25.94
        30361 - Paralegal/Legal Assistant I                        21.49
        30362 - Paralegal/Legal Assistant II                       26.65
        30363 - Paralegal/Legal Assistant III                      29.37
```

```
30384 - Paralegal/Legal Assistant IV                              35.54
30375 - Petroleum Supply Specialist                               31.73
30390 - Photo-Optics Technician                                   25.94
30395 - Radiation Control Technician                              31.73
30461 - Technical Writer I                                        25.47
30462 - Technical Writer II                                       31.16
30463 - Technical Writer III                                      37.71
30491 - Unexploded Ordnance (UXO) Technician I                    25.88
30492 - Unexploded Ordnance (UXO) Technician II                   31.31
30493 - Unexploded Ordnance (UXO) Technician III                  37.53
30494 - Unexploded (UXO) Safety Escort                            25.88
30495 - Unexploded (UXO) Sweep Personnel                          25.88
30501 - Weather Forecaster I                                      28.73
30502 - Weather Forecaster II                                     34.93
30620 - Weather Observer Combined Upper Air Or     (see 2)        23.34
Surface Programs
30621 - Weather Observer Senior                    (see 2)        25.94
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            31.31
31020 - Bus Aide                                                  17.22
31030 - Bus Driver                                                22.94
31043 - Driver Courier                                            14.97***
31260 - Parking and Lot Attendant                                 12.87***
31290 - Shuttle Bus Driver                                        14.90***
31310 - Taxi Driver                                               14.26***
31361 - Truckdriver Light                                         16.05
31362 - Truckdriver Medium                                        17.08
31363 - Truckdriver Heavy                                         23.22
31364 - Truckdriver Tractor-Trailer                               23.22
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   15.26
99030 - Cashier                                                   12.58***
99050 - Desk Clerk                                                12.34***
99095 - Embalmer                                                  25.32
99130 - Flight Follower                                           25.88
99251 - Laboratory Animal Caretaker I                             14.46***
99252 - Laboratory Animal Caretaker II                            15.50
99260 - Marketing Analyst                                         25.92
99310 - Mortician                                                 25.32
99410 - Pest Controller                                           18.05
99510 - Photofinishing Worker                                     13.60***
99710 - Recycling Laborer                                         19.07
99711 - Recycling Specialist                                      22.26
99730 - Refuse Collector                                          17.52
99810 - Sales Clerk                                               12.89***
99820 - School Crossing Guard                                     12.44***
99830 - Survey Party Chief                                        36.95
99831 - Surveying Aide                                            20.90
99832 - Surveying Technician                                      25.93
99840 - Vending Machine Attendant                                 14.00***
99841 - Vending Machine Repairer                                  16.90
99842 - Vending Machine Repairer Helper                           14.00***
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Case 1:25-cv-00063-MRD-PAS Document 12 Filed 06/30/25 Page 262 of 1528 PageID #: 2147

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

Case Number: PC-2025-02760

Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5184808
Reviewer: Carol M.

to satisfy the compensation requirements and whose primary duty consists of:

        (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

        (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

        (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

        (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5149608
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).


2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

Case 1:25-cv-00565-MRD-PAS   Document 2   Filed 06/17/25   Page 265 of 521 PageID #: 2150

of each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760 MRD-CA Document 1-2 Filed 06/F30/425 Page 26 of 152 Page 1762 PageID #: 2151

```
                          "REGISTER OF WAGE DETERMINATIONS UNDER |    U.S. DEPARTMENT OF LABOR
         THE SERVICE CONTRACT ACT          | EMPLOYMENT STANDARDS ADMINISTRATION
  By direction of the Secretary of Labor   |       WAGE AND HOUR DIVISION
                                           |        WASHINGTON D.C.  20210
                                           |
                                           |
                                           |
                                           |
                                           | Wage Determination No.: 2015-5471
  Daniel W. Simms        Division of       |        Revision No.: 16
  Director           Wage Determinations|  Date Of Last Revision: 03/15/2022
                                           |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Arizona

Area: Arizona County of Yavapai

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.85*** |
| 01012 - Accounting Clerk II | | 16.68 |
| 01013 - Accounting Clerk III | | 18.65 |
| 01020 - Administrative Assistant | | 25.36 |
| 01035 - Court Reporter | | 16.93 |
| 01041 - Customer Service Representative I | | 13.16*** |
| 01042 - Customer Service Representative II | | 14.80*** |
| 01043 - Customer Service Representative III | | 16.14 |
| 01051 - Data Entry Operator I | | 14.12*** |
| 01052 - Data Entry Operator II | | 15.41 |
| 01060 - Dispatcher Motor Vehicle | | 19.59 |
| 01070 - Document Preparation Clerk | | 13.55*** |
| 01090 - Duplicating Machine Operator | | 13.55*** |
| 01111 - General Clerk I | | 14.79*** |
| 01112 - General Clerk II | | 16.14 |
| 01113 - General Clerk III | | 18.13 |

```
           01430 - Housing Referral Assistant               20.78
           01141 - Messenger Courier                        14.61***
           01191   Order Clerk I                            13.69***
           01192 - Order Clerk II                           14.93***
           01261 - Personnel Assistant (Employment) I       16.93
           01262 - Personnel Assistant (Employment) II      18.95
           01263   Personnel Assistant (Employment) III     21.12
           01270 - Production Control Clerk                  22.29
           01290 - Rental Clerk                              15.14
           01300 - Scheduler Maintenance                     16.66
           01311   Secretary I                               16.66
           01312 - Secretary II                              18.64
           01313 - Secretary III                             20.78
           01320 - Service Order Dispatcher                  17.51
           01410   Supply Technician                         25.36
           01420 - Survey Worker                             17.44
           01460 - Switchboard Operator/Receptionist         14.49***
           01531 - Travel Clerk I                            14.33***
           01532   Travel Clerk II                           15.66
           01533 - Travel Clerk III                          16.88
           01611 - Word Processor I                          13.82***
           01612 - Word Processor II                         15.78
           01613   Word Processor III                        17.54
    05000 - Automotive Service Occupations
           05005 - Automobile Body Repairer Fiberglass       24.61
           05010 - Automotive  Electrician                   20.71
           05040   Automotive Glass Installer                19.42
           05070 - Automotive Worker                         19.42
           05110 - Mobile Equipment Servicer                 16.62
           05130 - Motor Equipment Metal Mechanic            22.69
           05160   Motor Equipment Metal Worker              19.62
           05190 - Motor Vehicle Mechanic                    22.26
           05220 - Motor Vehicle Mechanic Helper             15.12
           05250 - Motor Vehicle Upholstery Worker           18.14
           05280   Motor Vehicle Wrecker                     19.62
           05310 - Painter Automotive                        22.12
           05340 - Radiator Repair Specialist                19.58
           05370 - Tire Repairer                             14.21***
           05400   Transmission Repair Specialist            22.26
    07000 - Food Preparation And Service Occupations
           07010 - Baker                                     15.01
           07041 - Cook I                                    15.38
           07042   Cook II                                   18.22
           07070 - Dishwasher                                12.46***
           07130 - Food Service Worker                       12.89***
           07210 - Meat Cutter                               19.00
           07260   Waiter/Waitress                           12.94***
    09000 - Furniture Maintenance And Repair Occupations
           09010 - Electrostatic Spray Painter               20.48
           09040 - Furniture Handler                         11.17***
           09080   Furniture Refinisher                      20.48
           09090 - Furniture Refinisher Helper               14.27***
           09110 - Furniture Repairer Minor                  17.37
           09130   Upholsterer                               20.48
    11000   General Services And Support Occupations
           11030 - Cleaner Vehicles                          13.21***
           11060 - Elevator Operator                         14.14***
           11090 - Gardener                                  20.20
           11122   Housekeeping Aide                         14.14***
           11150 - Janitor                                   14.14***
           11210 - Laborer Grounds Maintenance               14.25***
           11240 - Maid or Houseman                          13.72***
           11260   Pruner                                    13.42***
           11270 - Tractor Operator                          18.20
           11330 - Trail Maintenance Worker                  14.25***
```

```
         11980 - Window Cleaner                                   15.24
 12000 - Health Occupations
         12010 - Ambulance Driver                                 17.52
         12011 - Breath Alcohol Technician                        24.82
         12012 - Certified Occupational Therapist Assistant       34.88
         12015 - Certified Physical Therapist Assistant           30.68
         12020   Dental Assistant                                 18.45
         12025 - Dental Hygienist                                 44.96
         12030 - EKG Technician                                   37.36
         12035 - Electroneurodiagnostic Technologist              37.36
         12040   Emergency Medical Technician                     17.52
         12071 - Licensed Practical Nurse I                       22.20
         12072 - Licensed Practical Nurse II                      24.82
         12073 - Licensed Practical Nurse III                     27.67
         12100   Medical Assistant                                16.30
         12130 - Medical Laboratory Technician                    24.74
         12160 - Medical Record Clerk                             18.80
         12190 - Medical Record Technician                        21.02
         12195   Medical Transcriptionist                         22.20
         12210 - Nuclear Medicine Technologist                    54.56
         12221 - Nursing Assistant I                              11.69***
         12222 - Nursing Assistant II                             13.13***
         12223 - Nursing Assistant III                            14.33***
         12224 - Nursing Assistant IV                             16.10
         12235 - Optical Dispenser                                20.31
         12236 - Optical Technician                               22.20
         12250   Pharmacy Technician                              17.81
         12280 - Phlebotomist                                     20.90
         12305 - Radiologic Technologist                          31.54
         12311 - Registered Nurse I                               26.93
         12312   Registered Nurse II                              33.08
         12313 - Registered Nurse II Specialist                   33.08
         12314 - Registered Nurse III                             40.02
         12315 - Registered Nurse III Anesthetist                 40.02
         12316   Registered Nurse IV                              47.96
         12317 - Scheduler (Drug and Alcohol Testing)             30.75
         12320 - Substance Abuse Treatment Counselor              22.16
 13000 - Information And Arts Occupations
         13011   Exhibits Specialist I                            17.45
         13012 - Exhibits Specialist II                           21.62
         13013 - Exhibits Specialist III                          26.44
         13041 - Illustrator I                                    18.79
         13042   Illustrator II                                   23.18
         13043 - Illustrator III                                  28.27
         13047 - Librarian                                        23.94
         13050 - Library Aide/Clerk                               14.20***
         13054   Library Information Technology Systems           21.62
         Administrator
         13058 - Library Technician                               17.36
         13061 - Media Specialist I                               15.60
         13062   Media Specialist II                              17.45
         13063   Media Specialist III                             19.46
         13071 - Photographer I                                   15.60
         13072 - Photographer II                                  17.45
         13073   Photographer III                                 21.62
         13074 - Photographer IV                                  26.44
         13075 - Photographer V                                   31.99
         13090 - Technical Order Library Clerk                    16.74
         13110   Video Teleconference Technician                  16.68
 14000 - Information Technology Occupations
         14041 - Computer Operator I                              18.19
         14042   Computer Operator II                             20.98
         14043   Computer Operator III                            23.39
         14044 - Computer Operator IV                             25.98
         14045   Computer Operator V                              28.78
```

```
14071 - Computer Programmer I                    (see 1)              23.00
14072 - Computer Programmer II                   (see 1)              24.90
14073 - Computer Programmer III                  (see 1)
14074 - Computer Programmer IV                   (see 1)
14101 - Computer Systems Analyst I               (see 1)
14102 - Computer Systems Analyst II              (see 1)
14103 - Computer Systems Analyst III             (see 1)
14150 - Peripheral Equipment Operator                                 18.19
14160 - Personal Computer Support Technician                          25.98
14170 - System Support Specialist                                     31.36
15000 - Instructional Occupations
  15010 - Aircrew Training Devices Instructor (Non-Rated)             29.46
  15020 - Aircrew Training Devices Instructor (Rated)                 36.56
  15030 - Air Crew Training Devices Instructor (Pilot)                42.43
  15050 - Computer Based Training Specialist / Instructor             29.46
  15060 - Educational Technologist                                    24.95
  15070 - Flight Instructor (Pilot)                                   42.43
  15080 - Graphic Artist                                              23.51
  15085 - Maintenance Test Pilot Fixed Jet/Prop                       42.43
  15086 - Maintenance Test Pilot Rotary Wing                          42.43
  15088 - Non-Maintenance Test/Co-Pilot                               42.43
  15090 - Technical Instructor                                        21.08
  15095 - Technical Instructor/Course Developer                       25.79
  15110 - Test Proctor                                                17.02
  15120 - Tutor                                                       17.02
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
  16010 - Assembler                                                   15.64
  16030 - Counter Attendant                                           15.64
  16040 - Dry Cleaner                                                 17.89
  16070 - Finisher Flatwork Machine                                  15.64
  16090 - Presser Hand                                                15.64
  16110 - Presser Machine Drycleaning                                 15.64
  16130 - Presser Machine Shirts                                      15.64
  16160 - Presser Machine Wearing Apparel Laundry                     15.64
  16190 - Sewing Machine Operator                                     18.63
  16220 - Tailor                                                      19.38
  16250 - Washer Machine                                              16.39
19000 - Machine Tool Operation And Repair Occupations
  19010 - Machine-Tool Operator (Tool Room)                           20.72
  19040 - Tool And Die Maker                                          26.03
21000 - Materials Handling And Packing Occupations
  21020 - Forklift Operator                                           19.60
  21030 - Material Coordinator                                        21.99
  21040 - Material Expediter                                          21.99
  21050 - Material Handling Laborer                                14.79***
  21071 - Order Filler                                             13.16***
  21080 - Production Line Worker (Food Processing)                    19.60
  21110 - Shipping Packer                                             17.08
  21130 - Shipping/Receiving Clerk                                    17.08
  21140 - Store Worker I                                           12.99***
  21150 - Stock Clerk                                                 16.57
  21210 - Tools And Parts Attendant                                   19.60
  21410 - Warehouse Specialist                                        19.60
23000 - Mechanics And Maintenance And Repair Occupations
  23010 - Aerospace Structural Welder                                 26.77
  23019 - Aircraft Logs and Records Technician                        21.28
  23021 - Aircraft Mechanic I                                         25.34
  23022 - Aircraft Mechanic II                                        26.77
  23023 - Aircraft Mechanic III                                       28.40
  23040 - Aircraft Mechanic Helper                                    17.74
  23050 - Aircraft Painter                                            24.07
  23060 - Aircraft Servicer                                           21.28
  23070 - Aircraft Survival Flight Equipment Technician               24.07
  23080 - Aircraft Worker                                             22.80
  23091 - Aircrew Life Support Equipment (ALSE) Mechanic              22.80
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
          23092 - Aircrew Life Support Equipment (ALSE) Mechanic          25.34
          II
          23110 - Appliance Mechanic                                      20.72
          23120 - Bicycle Repairer                                        17.41
          23125 - Cable Splicer                                           29.26
          23130 - Carpenter Maintenance                                   22.05
          23140 - Carpet Layer                                            19.15
          23160 - Electrician Maintenance                                 25.33
          23181 - Electronics Technician Maintenance I                    20.81
          23182 - Electronics Technician Maintenance II                   25.62
          23183 - Electronics Technician Maintenance III                  27.91
          23260 - Fabric Worker                                           17.58
          23290 - Fire Alarm System Mechanic                              22.27
          23310 - Fire Extinguisher Repairer                              16.02
          23311 - Fuel Distribution System Mechanic                       29.33
          23312 - Fuel Distribution System Operator                       20.70
          23370 - General Maintenance Worker                              17.48
          23380 - Ground Support Equipment Mechanic                       25.34
          23381 - Ground Support Equipment Servicer                       21.28
          23382 - Ground Support Equipment Worker                         22.80
          23391 - Gunsmith I                                              16.02
          23392 - Gunsmith II                                             19.15
          23393 - Gunsmith III                                            22.27
          23410 - Heating Ventilation And Air-Conditioning                21.81
          Mechanic
          23411 - Heating Ventilation And Air Contidioning                23.05
          Mechanic (Research Facility)
          23430 - Heavy Equipment Mechanic                                29.85
          23440 - Heavy Equipment Operator                                22.32
          23460 - Instrument Mechanic                                     24.18
          23465 - Laboratory/Shelter Mechanic                             20.72
          23470 - Laborer                                                 14.79***
          23510 - Locksmith                                               20.72
          23530 - Machinery Maintenance Mechanic                          26.93
          23550 - Machinist Maintenance                                   19.50
          23580 - Maintenance Trades Helper                               14.92***
          23591 - Metrology Technician I                                  24.18
          23592 - Metrology Technician II                                 25.25
          23593 - Metrology Technician III                                26.51
          23640 - Millwright                                              23.72
          23710 - Office Appliance Repairer                               20.72
          23760 - Painter Maintenance                                     17.59
          23790 - Pipefitter Maintenance                                  25.82
          23810 - Plumber Maintenance                                     24.03
          23820 - Pneudraulic Systems Mechanic                            22.27
          23850 - Rigger                                                  22.27
          23870 - Scale Mechanic                                          19.15
          23890 - Sheet-Metal Worker Maintenance                          21.77
          23910 - Small Engine Mechanic                                   19.15
          23931 - Telecommunications Mechanic I                           27.35
          23932 - Telecommunications Mechanic II                          32.48
          23950 - Telephone Lineman                                       22.27
          23960 - Welder Combination Maintenance                          21.02
          23965 - Well Driller                                            22.27
          23970 - Woodcraft Worker                                        22.27
          23980 - Woodworker                                              16.02
       24000 - Personal Needs Occupations
          24550 - Case Manager                                            16.56
          24570 - Child Care Attendant                                    12.47***
          24580 - Child Care Center Clerk                                 16.79
          24610 - Chore Aide                                              13.38***
          24620 - Family Readiness And Support Services                   16.56
          Coordinator
          24630 - Homemaker                                               18.38
```

Case 1:25-cv-00355-MRD-PAS   Document 2   Filed 06/FUR/25   Page 27   Page 527 of 1762   PageID #: 2156

```
          Plant And System Operations Occupations
    25010 - Boiler Tender                                         23.78
    25040 - Sewage Plant Operator                                 22.71
    25070 - Stationary Engineer                                   23.78
    25190 - Ventilation Equipment Tender                          14.81***
    25210 - Water Treatment Plant Operator                        22.71
 27000 - Protective Service Occupations
    27004 - Alarm Monitor                                         19.69
    27007 - Baggage Inspector                                     14.62***
    27008 - Corrections Officer                                   21.91
    27010 - Court Security Officer                                21.91
    27030 - Detection Dog Handler                                 16.36
    27040 - Detention Officer                                     21.91
    27070 - Firefighter                                           21.91
    27101 - Guard I                                               14.62***
    27102 - Guard II                                              16.36
    27131 - Police Officer I                                      25.72
    27132 - Police Officer II                                     28.58
 28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                           16.83
    28042 - Carnival Equipment Repairer                           18.68
    28043 - Carnival Worker                                       12.41***
    28210 - Gate Attendant/Gate Tender                            17.91
    28310 - Lifeguard                                             13.09***
    28350 - Park Attendant (Aide)                                 20.03
    28510 - Recreation Aide/Health Facility Attendant             14.61***
    28515 - Recreation Specialist                                 24.81
    28630 - Sports Official                                       15.94
    28690 - Swimming Pool Operator                                22.33
 29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                    19.45
    29020 - Hatch Tender                                          19.45
    29030 - Line Handler                                          19.45
    29041 - Stevedore I                                           17.58
    29042 - Stevedore II                                          21.45
 30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)  (see 2)  40.29
    30011 - Air Traffic Control Specialist Station (HFO) (see 2)  27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 30.59
    30021 - Archeological Technician I                            17.49
    30022 - Archeological Technician II                           19.84
    30023 - Archeological Technician III                          24.25
    30030 - Cartographic Technician                               24.59
    30040 - Civil Engineering Technician                          22.54
    30051 - Cryogenic Technician I                                24.96
    30052 - Cryogenic Technician II                               27.57
    30061 - Drafter/CAD Operator I                                17.49
    30062 - Drafter/CAD Operator II                               19.84
    30063 - Drafter/CAD Operator III                              22.12
    30064 - Drafter/CAD Operator IV                               26.82
    30081 - Engineering Technician I                              16.02
    30082 - Engineering Technician II                             17.98
    30083 - Engineering Technician III                            21.48
    30084 - Engineering Technician IV                             25.33
    30085 - Engineering Technician V                              30.27
    30086 - Engineering Technician VI                             35.13
    30090 - Environmental Technician                              22.54
    30095 - Evidence Control Specialist                           22.54
    30210 - Laboratory Technician                                 22.92
    30221 - Latent Fingerprint Technician I                       24.96
    30222 - Latent Fingerprint Technician II                      27.57
    30240 - Mathematical Technician                               24.69
    30361 - Paralegal/Legal Assistant I                           21.19
    30362 - Paralegal/Legal Assistant II                          25.11
    30363 - Paralegal/Legal Assistant III                         30.72
```

Case Number: PC-2025-02760
Case 1:25-cv-00506-MRD-PAS Document 1-2 Filed 06/11/25 Page 272 of 523 PageID #: 2157

```
          30984 - Paralegal/Legal Assistant IV                              37.17
          30375 - Petroleum Supply Specialist                               27.57
          30390 - Photo-Optics Technician                                   24.69
          30395 - Radiation Control Technician                              27.57
          30461 - Technical Writer I                                        22.54
          30462 - Technical Writer II                                       27.57
          30463 - Technical Writer III                                      33.37
          30491 - Unexploded Ordnance (UXO) Technician I                    25.60
          30492 - Unexploded Ordnance (UXO) Technician II                   30.98
          30493 - Unexploded Ordnance (UXO) Technician III                  37.13
          30494 - Unexploded (UXO) Safety Escort                            25.60
          30495 - Unexploded (UXO) Sweep Personnel                          25.60
          30501 - Weather Forecaster I                                      26.82
          30502 - Weather Forecaster II                                     32.63
          30620 - Weather Observer Combined Upper Air Or     (see 2)        22.12
          Surface Programs
          30621 - Weather Observer Senior                    (see 2)        24.12
    31000 - Transportation/Mobile Equipment Operation Occupations
          31010 - Airplane Pilot                                            30.98
          31020 - Bus Aide                                                   9.37***
          31030 - Bus Driver                                                17.45
          31043 - Driver Courier                                            15.87
          31260 - Parking and Lot Attendant                                10.94***
          31290 - Shuttle Bus Driver                                        17.60
          31310 - Taxi Driver                                               13.48***
          31361 - Truckdriver Light                                         17.60
          31362 - Truckdriver Medium                                        19.31
          31363 - Truckdriver Heavy                                         19.29
          31364 - Truckdriver Tractor-Trailer                               19.29
    99000 - Miscellaneous Occupations
          99020 - Cabin Safety Specialist                                   15.10
          99030 - Cashier                                                   12.35***
          99050 - Desk Clerk                                                13.63***
          99095 - Embalmer                                                  28.19
          99130 - Flight Follower                                           25.60
          99251 - Laboratory Animal Caretaker I                             13.61***
          99252 - Laboratory Animal Caretaker II                            15.10
          99260 - Marketing Analyst                                         24.97
          99310 - Mortician                                                 28.19
          99410 - Pest Controller                                           17.84
          99510 - Photofinishing Worker                                     13.45***
          99710 - Recycling Laborer                                         20.44
          99711 - Recycling Specialist                                      26.13
          99730 - Refuse Collector                                          17.60
          99810 - Sales Clerk                                               13.30***
          99820 - School Crossing Guard                                     13.69***
          99830 - Survey Party Chief                                        29.11
          99831 - Surveying Aide                                            17.53
          99832 - Surveying Technician                                      24.71
          99840 - Vending Machine Attendant                                 18.57
          99841 - Vending Machine Repairer                                  24.63
          99842 - Vending Machine Repairer Helper                           18.57
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

NOTE: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5119098
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

of each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                    "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
            THE SERVICE CONTRACT ACT               |  EMPLOYMENT STANDARDS ADMINISTRATION
  By direction of the Secretary of Labor |          WAGE AND HOUR DIVISION
                                                   |          WASHINGTON D.C.  20210
                                                   |
                                                   |
                                                   |
                                                   |
  Daniel W. Simms           Division of   | Wage Determination No.: 2015-5129
  Director          Wage Determinations|      Revision No.: 19
                                                   | Date Of Last Revision: 03/15/2022
                                                   |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order  |
|after January 30 2022 or the           |14026 applies to the contract.           |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |

|If the contract was awarded on or      |With certain exceptions Executive Order  |
|between January 1 2015 and January 29  |13658 applies to the contract.           |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Arkansas

Area: Arkansas Counties of Cross Lee Mississippi St Francis

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 13.78*** |
| 01012 - Accounting Clerk II | | 15.47 |
| 01013 - Accounting Clerk III | | 17.30 |
| 01020 - Administrative Assistant | | 23.73 |
| 01035 - Court Reporter | | 17.00 |
| 01041 - Customer Service Representative I | | 12.67*** |
| 01042 - Customer Service Representative II | | 14.25*** |
| 01043 - Customer Service Representative III | | 15.54 |
| 01051 - Data Entry Operator I | | 13.75*** |
| 01052 - Data Entry Operator II | | 15.00 |
| 01060 - Dispatcher Motor Vehicle | | 20.21 |
| 01070 - Document Preparation Clerk | | 12.64*** |
| 01090 - Duplicating Machine Operator | | 12.64*** |
| 01111 - General Clerk I | | 13.34*** |
| 01112 - General Clerk II | | 14.56*** |
| 01113 - General Clerk III | | 16.35 |

```
01090 - Housing Referral Assistant                         20.25
01141 - Messenger Courier                                  11.61***
01191   Order Clerk I                                      12.37***
01192 - Order Clerk II                                     13.50***
01261 - Personnel Assistant (Employment) I                 15.20
01262 - Personnel Assistant (Employment) II                17.00
01263   Personnel Assistant (Employment) III               19.71
01270 - Production Control Clerk                            23.56
01290 - Rental Clerk                                        15.13
01300 - Scheduler Maintenance                              15.74
01311   Secretary I                                         15.74
01312 - Secretary II                                        17.61
01313 - Secretary III                                       19.63
01320 - Service Order Dispatcher                            18.06
01410   Supply Technician                                   23.73
01420 - Survey Worker                                       17.19
01460 - Switchboard Operator/Receptionist                  13.23***
01531 - Travel Clerk I                                      14.02***
01532   Travel Clerk II                                     15.00
01533 - Travel Clerk III                                    16.08
01611 - Word Processor I                                    12.06***
01612 - Word Processor II                                   15.20
01613   Word Processor III                                  17.17
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                19.85
05010 - Automotive  Electrician                            19.23
05040   Automotive Glass Installer                          17.17
05070 - Automotive Worker                                   17.21
05110 - Mobile Equipment Servicer                          15.07
05130 - Motor Equipment Metal Mechanic                     19.23
05160   Motor Equipment Metal Worker                        17.21
05190 - Motor Vehicle Mechanic                              19.23
05220 - Motor Vehicle Mechanic Helper                      13.97***
05250 - Motor Vehicle Upholstery Worker                    17.21
05280   Motor Vehicle Wrecker                               17.21
05310 - Painter Automotive                                  18.23
05340 - Radiator Repair Specialist                          17.21
05370 - Tire Repairer                                       12.62***
05400   Transmission Repair Specialist                      18.98
07000 - Food Preparation And Service Occupations
07010 - Baker                                               17.36
07041 - Cook I                                              10.59***
07042 - Cook II                                             12.25***
07070 - Dishwasher                                          10.01***
07130 - Food Service Worker                                 10.28***
07210 - Meat Cutter                                         16.73
07260   Waiter/Waitress                                     10.01***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                        19.47
09040 - Furniture Handler                                   12.01***
09080   Furniture Refinisher                                19.47
09090 - Furniture Refinisher Helper                        14.55***
09110 - Furniture Repairer Minor                            17.02
09130   Upholsterer                                         19.47
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                    13.13***
11060 - Elevator Operator                                   13.13***
11090 - Gardener                                            15.28
11122   Housekeeping Aide                                   11.16***
11150 - Janitor                                             11.16***
11210 - Laborer Grounds Maintenance                        11.61***
11240 - Maid or Houseman                                   10.70***
11260   Pruner                                              10.46***
11270 - Tractor Operator                                    14.85***
11330 - Trail Maintenance Worker                           11.61***
```

| | | |
|---|---|---|
| 11980 - Window Cleaner | | 12.08*** |
| **12000 - Health Occupations** | | |
| 12010 - Ambulance Driver | | 17.62 |
| 12011 - Breath Alcohol Technician | | 18.29 |
| 12012 - Certified Occupational Therapist Assistant | | 28.19 |
| 12015 - Certified Physical Therapist Assistant | | 26.44 |
| 12020 - Dental Assistant | | 17.25 |
| 12025 - Dental Hygienist | | 35.20 |
| 12030 - EKG Technician | | 27.72 |
| 12035 - Electroneurodiagnostic Technologist | | 27.72 |
| 12040 - Emergency Medical Technician | | 17.62 |
| 12071 - Licensed Practical Nurse I | | 16.36 |
| 12072 - Licensed Practical Nurse II | | 18.29 |
| 12073 - Licensed Practical Nurse III | | 20.39 |
| 12100 - Medical Assistant | | 13.59*** |
| 12130 - Medical Laboratory Technician | | 22.99 |
| 12160 - Medical Record Clerk | | 13.95*** |
| 12190 - Medical Record Technician | | 16.26 |
| 12195 - Medical Transcriptionist | | 16.52 |
| 12210 - Nuclear Medicine Technologist | | 40.20 |
| 12221 - Nursing Assistant I | | 12.02*** |
| 12222 - Nursing Assistant II | | 13.51*** |
| 12223 - Nursing Assistant III | | 14.74*** |
| 12224 - Nursing Assistant IV | | 16.56 |
| 12235 - Optical Dispenser | | 18.29 |
| 12236 - Optical Technician | | 16.36 |
| 12250 - Pharmacy Technician | | 15.04 |
| 12280 - Phlebotomist | | 16.36 |
| 12305 - Radiologic Technologist | | 24.12 |
| 12311 - Registered Nurse I | | 25.41 |
| 12312 - Registered Nurse II | | 30.43 |
| 12313 - Registered Nurse II Specialist | | 30.43 |
| 12314 - Registered Nurse III | | 36.80 |
| 12315 - Registered Nurse III Anesthetist | | 36.80 |
| 12316 - Registered Nurse IV | | 44.11 |
| 12317 - Scheduler (Drug and Alcohol Testing) | | 22.66 |
| 12320 - Substance Abuse Treatment Counselor | | 28.83 |
| **13000 - Information And Arts Occupations** | | |
| 13011 - Exhibits Specialist I | | 16.09 |
| 13012 - Exhibits Specialist II | | 19.93 |
| 13013 - Exhibits Specialist III | | 24.37 |
| 13041 - Illustrator I | | 16.96 |
| 13042 - Illustrator II | | 19.93 |
| 13043 - Illustrator III | | 24.37 |
| 13047 - Librarian | | 22.07 |
| 13050 - Library Aide/Clerk | | 11.83*** |
| 13054 - Library Information Technology Systems Administrator | | 19.93 |
| 13058 - Library Technician | | 14.38*** |
| 13061 - Media Specialist I | | 14.38*** |
| 13062 - Media Specialist II | | 16.09 |
| 13063 - Media Specialist III | | 17.94 |
| 13071 - Photographer I | | 14.95*** |
| 13072 - Photographer II | | 17.85 |
| 13073 - Photographer III | | 20.72 |
| 13074 - Photographer IV | | 25.35 |
| 13075 - Photographer V | | 30.67 |
| 13090 - Technical Order Library Clerk | | 15.49 |
| 13110 - Video Teleconference Technician | | 18.06 |
| **14000 - Information Technology Occupations** | | |
| 14041 - Computer Operator I | | 16.64 |
| 14042 - Computer Operator II | | 18.67 |
| 14043 - Computer Operator III | | 20.82 |
| 14044 - Computer Operator IV | | 23.14 |
| 14045 - Computer Operator V | | 25.61 |

```
        14071 - Computer Programmer I                 (see 1)              21.66
        14072 - Computer Programmer II                (see 1)              26.85
        14073 - Computer Programmer III               (see 1)
        14074 - Computer Programmer IV                (see 1)
        14101 - Computer Systems Analyst I            (see 1)
        14102 - Computer Systems Analyst II           (see 1)
        14103 - Computer Systems Analyst III          (see 1)
        14150 - Peripheral Equipment Operator                              16.64
        14160 - Personal Computer Support Technician                       23.14
        14170 - System Support Specialist                                  25.61
    15000 - Instructional Occupations
        15010 - Aircrew Training Devices Instructor (Non-Rated)            28.79
        15020 - Aircrew Training Devices Instructor (Rated)                36.76
        15030 - Air Crew Training Devices Instructor (Pilot)               41.75
        15050 - Computer Based Training Specialist / Instructor            28.79
        15060 - Educational Technologist                                   27.71
        15070 - Flight Instructor (Pilot)                                  41.75
        15080 - Graphic Artist                                             26.71
        15085 - Maintenance Test Pilot Fixed Jet/Prop                      41.17
        15086 - Maintenance Test Pilot Rotary Wing                         41.17
        15088 - Non-Maintenance Test/Co-Pilot                              41.17
        15090 - Technical Instructor                                       21.83
        15095 - Technical Instructor/Course Developer                      26.71
        15110 - Test Proctor                                               17.62
        15120 - Tutor                                                      17.62
    16000 - Laundry Dry-Cleaning Pressing And Related Occupations
        16010 - Assembler                                               11.39***
        16030 - Counter Attendant                                       11.39***
        16040 - Dry Cleaner                                             13.67***
        16070 - Finisher Flatwork Machine                               11.39***
        16090 - Presser Hand                                            11.39***
        16110 - Presser Machine Drycleaning                             11.39***
        16130 - Presser Machine Shirts                                  11.39***
        16160 - Presser Machine Wearing Apparel Laundry                 11.39***
        16190 - Sewing Machine Operator                                 14.63***
        16220 - Tailor                                                     15.59
        16250 - Washer Machine                                          11.93***
    19000 - Machine Tool Operation And Repair Occupations
        19010 - Machine-Tool Operator (Tool Room)                          19.17
        19040 - Tool And Die Maker                                         24.04
    21000 - Materials Handling And Packing Occupations
        21020 - Forklift Operator                                          17.57
        21030 - Material Coordinator                                       23.56
        21040 - Material Expediter                                         23.56
        21050 - Material Handling Laborer                               13.55***
        21071 - Order Filler                                            13.56***
        21080 - Production Line Worker (Food Processing)                   17.57
        21110 - Shipping Packer                                            16.37
        21130 - Shipping/Receiving Clerk                                   16.37
        21140 - Store Worker I                                          11.82***
        21150 - Stock Clerk                                                16.33
        21210 - Tools And Parts Attendant                                  17.57
        21410 - Warehouse Specialist                                       17.57
    23000 - Mechanics And Maintenance And Repair Occupations
        23010 - Aerospace Structural Welder                                25.71
        23019 - Aircraft Logs and Records Technician                       19.96
        23021 - Aircraft Mechanic I                                        24.30
        23022 - Aircraft Mechanic II                                       25.71
        23023 - Aircraft Mechanic III                                      27.19
        23040 - Aircraft Mechanic Helper                                   17.07
        23050 - Aircraft Painter                                           22.84
        23060 - Aircraft Servicer                                          19.96
        23070 - Aircraft Survival Flight Equipment Technician              22.84
        23080 - Aircraft Worker                                            21.38
        23091 - Aircrew Life Support Equipment (ALSE) Mechanic             21.38
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.
Case Number PC-2025-02760
Case PC-2025-02760 MRD Case Document 12 Filed 06/27/2025 Page 28 Page 537 of 1762 Page ID #: 2166

```
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic     24.30
    II
    23110 - Appliance Mechanic                                 21.80
    23120 - Bicycle Repairer                                   17.64
    23125 - Cable Splicer                                      32.46
    23130 - Carpenter Maintenance                              19.92
    23140 - Carpet Layer                                       20.40
    23160 - Electrician Maintenance                            23.96
    23181 - Electronics Technician Maintenance I               21.17
    23182 - Electronics Technician Maintenance II              22.66
    23183 - Electronics Technician Maintenance III             24.13
    23260 - Fabric Worker                                      19.04
    23290 - Fire Alarm System Mechanic                         23.18
    23310 - Fire Extinguisher Repairer                         17.64
    23311 - Fuel Distribution System Mechanic                  23.18
    23312 - Fuel Distribution System Operator                  17.64
    23370 - General Maintenance Worker                         16.68
    23380 - Ground Support Equipment Mechanic                  24.30
    23381 - Ground Support Equipment Servicer                  19.96
    23382 - Ground Support Equipment Worker                    21.38
    23391 - Gunsmith I                                         17.64
    23392 - Gunsmith II                                        20.40
    23393 - Gunsmith III                                       23.18
    23410 - Heating Ventilation And Air-Conditioning           21.48
    Mechanic
    23411 - Heating Ventilation And Air Contidioning           23.55
    Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                           23.18
    23440 - Heavy Equipment Operator                           18.99
    23460 - Instrument Mechanic                                23.18
    23465 - Laboratory/Shelter Mechanic                        21.80
    23470 - Laborer                                            13.55***
    23510 - Locksmith                                          21.80
    23530 - Machinery Maintenance Mechanic                     22.92
    23550 - Machinist Maintenance                              18.97
    23580 - Maintenance Trades Helper                          13.65***
    23591 - Metrology Technician I                             23.18
    23592 - Metrology Technician II                            24.54
    23593 - Metrology Technician III                           25.95
    23640 - Millwright                                         24.26
    23710 - Office Appliance Repairer                          21.80
    23760 - Painter Maintenance                                21.80
    23790 - Pipefitter Maintenance                             21.58
    23810 - Plumber Maintenance                                20.68
    23820 - Pneudraulic Systems Mechanic                       23.18
    23850 - Rigger                                             23.18
    23870 - Scale Mechanic                                     20.40
    23890 - Sheet-Metal Worker Maintenance                     19.00
    23910 - Small Engine Mechanic                              19.00
    23931 - Telecommunications Mechanic I                      26.75
    23932 - Telecommunications Mechanic II                     28.30
    23950 - Telephone Lineman                                  26.63
    23960 - Welder Combination Maintenance                     19.92
    23965 - Well Driller                                       23.18
    23970 - Woodcraft Worker                                   23.18
    23980 - Woodworker                                         17.64
 24000 - Personal Needs Occupations
    24550 - Case Manager                                       13.51***
    24570 - Child Care Attendant                               11.22***
    24580 - Child Care Center Clerk                            14.11***
    24610 - Chore Aide                                         10.67***
    24620 - Family Readiness And Support Services              13.51***
    Coordinator
    24630 - Homemaker                                          16.62
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5100008
Reviewer: Carol M.
#: 2167

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                     23.36
    25040 - Sewage Plant Operator                             19.58
    25070 - Stationary Engineer                               23.36
    25190 - Ventilation Equipment Tender                      16.29
    25210 - Water Treatment Plant Operator                    19.58
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                     13.59***
    27007 - Baggage Inspector                                 14.66***
    27008 - Corrections Officer                               19.23
    27010 - Court Security Officer                            18.53
    27030 - Detection Dog Handler                             16.41
    27040 - Detention Officer                                 19.23
    27070 - Firefighter                                       16.97
    27101 - Guard I                                           14.66***
    27102 - Guard II                                          16.41
    27131 - Police Officer I                                  21.51
    27132 - Police Officer II                                 22.53
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                       11.86***
    28042 - Carnival Equipment Repairer                       12.82***
    28043 - Carnival Worker                                    8.87***
    28210 - Gate Attendant/Gate Tender                        15.71
    28310 - Lifeguard                                         13.99***
    28350 - Park Attendant (Aide)                             17.58
    28510 - Recreation Aide/Health Facility Attendant         12.83***
    28515 - Recreation Specialist                             21.77
    28630 - Sports Official                                   13.99***
    28690 - Swimming Pool Operator                            19.73
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                23.74
    29020 - Hatch Tender                                      23.74
    29030 - Line Handler                                      23.74
    29041 - Stevedore I                                       22.18
    29042 - Stevedore II                                      25.38
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)    40.29
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)    27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    30.59
    30021 - Archeological Technician I                        16.54
    30022 - Archeological Technician II                       18.50
    30023 - Archeological Technician III                      22.93
    30030 - Cartographic Technician                           22.93
    30040 - Civil Engineering Technician                      20.36
    30051 - Cryogenic Technician I                            21.24
    30052 - Cryogenic Technician II                           23.46
    30061 - Drafter/CAD Operator I                            16.54
    30062 - Drafter/CAD Operator II                           18.50
    30063 - Drafter/CAD Operator III                          20.64
    30064 - Drafter/CAD Operator IV                           25.39
    30081 - Engineering Technician I                          17.14
    30082 - Engineering Technician II                         18.54
    30083 - Engineering Technician III                        21.52
    30084 - Engineering Technician IV                         25.66
    30085 - Engineering Technician V                          30.95
    30086 - Engineering Technician VI                         37.45
    30090 - Environmental Technician                          21.22
    30095 - Evidence Control Specialist                       19.18
    30210 - Laboratory Technician                             21.41
    30221 - Latent Fingerprint Technician I                   21.24
    30222 - Latent Fingerprint Technician II                  23.46
    30240 - Mathematical Technician                           22.93
    30361 - Paralegal/Legal Assistant I                       18.81
    30362 - Paralegal/Legal Assistant II                      22.31
    30363 - Paralegal/Legal Assistant III                     27.20
```

```
        30983 - Paralegal/Legal Assistant IV                        33.01
        30375 - Petroleum Supply Specialist                         23.46
        30390 - Photo-Optics Technician                             22.93
        30395 - Radiation Control Technician                        23.46
        30461 - Technical Writer I                                  22.46
        30462 - Technical Writer II                                 27.48
        30463 - Technical Writer III                                33.24
        30491 - Unexploded Ordnance (UXO) Technician I              25.60
        30492 - Unexploded Ordnance (UXO) Technician II             30.98
        30493 - Unexploded Ordnance (UXO) Technician III            37.13
        30494 - Unexploded (UXO) Safety Escort                      25.60
        30495 - Unexploded (UXO) Sweep Personnel                    25.60
        30501 - Weather Forecaster I                                23.36
        30502 - Weather Forecaster II                               28.42
        30620 - Weather Observer Combined Upper Air Or   (see 2)    20.64
        Surface Programs
        30621 - Weather Observer Senior                 (see 2)    23.38
    31000 - Transportation/Mobile Equipment Operation Occupations
        31010 - Airplane Pilot                                      30.98
        31020 - Bus Aide                                        11.67***
        31030 - Bus Driver                                         16.73
        31043 - Driver Courier                                  13.20***
        31260 - Parking and Lot Attendant                        9.36***
        31290 - Shuttle Bus Driver                              13.89***
        31310 - Taxi Driver                                     12.52***
        31361 - Truckdriver Light                               13.89***
        31362 - Truckdriver Medium                                 15.04
        31363 - Truckdriver Heavy                                  20.14
        31364 - Truckdriver Tractor-Trailer                        20.14
    99000 - Miscellaneous Occupations
        99020 - Cabin Safety Specialist                            15.10
        99030 - Cashier                                         10.28***
        99050 - Desk Clerk                                      10.01***
        99095 - Embalmer                                           24.26
        99130 - Flight Follower                                    25.60
        99251 - Laboratory Animal Caretaker I                   14.47***
        99252 - Laboratory Animal Caretaker II                     16.21
        99260 - Marketing Analyst                                  22.07
        99310 - Mortician                                          24.26
        99410 - Pest Controller                                    18.70
        99510 - Photofinishing Worker                           13.45***
        99710 - Recycling Laborer                                  17.74
        99711 - Recycling Specialist                               21.55
        99730 - Refuse Collector                                   15.98
        99810 - Sales Clerk                                     11.93***
        99820 - School Crossing Guard                           13.27***
        99830 - Survey Party Chief                                 19.49
        99831 - Surveying Aide                                  12.77***
        99832 - Surveying Technician                               17.49
        99840 - Vending Machine Attendant                          17.89
        99841 - Vending Machine Repairer                           22.41
        99842 - Vending Machine Repairer Helper                    17.89
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 5 years and 4 weeks after 15 years.  Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5190964
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

6) each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
         THE SERVICE CONTRACT ACT             |  EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |          WAGE AND HOUR DIVISION
                                              |            WASHINGTON D.C.  20210
                                              |
                                              |
                                              |
                                              | Wage Determination No.: 2015-4537
Daniel W. Simms        Division of   |        Revision No.: 16
Director        Wage Determinations|  Date Of Last Revision: 03/15/2022
                                              |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida Counties of Alachua Gilchrist

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.96*** |
| 01012 - Accounting Clerk II | | 16.80 |
| 01013   Accounting Clerk III | | 18.79 |
| 01020 - Administrative Assistant | | 22.17 |
| 01035 - Court Reporter | | 18.82 |
| 01041   Customer Service Representative I | | 13.27*** |
| 01042   Customer Service Representative II | | 14.92*** |
| 01043 - Customer Service Representative III | | 16.27 |
| 01051 - Data Entry Operator I | | 15.44 |
| 01052 - Data Entry Operator II | | 16.84 |
| 01060   Dispatcher Motor Vehicle | | 17.82 |
| 01070 - Document Preparation Clerk | | 14.99*** |
| 01090 - Duplicating Machine Operator | | 14.99*** |
| 01111 - General Clerk I | | 13.18*** |
| 01112   General Clerk II | | 14.38*** |
| 01113 - General Clerk III | | 16.14 |

```
01190 - Housing Referral Assistant                        21.00
01141 - Messenger Courier                                 14.24***
01191   Order Clerk I                                      13.95***
01192 - Order Clerk II                                     15.22
01261 - Personnel Assistant (Employment) I                16.84
01262 - Personnel Assistant (Employment) II               18.83
01263   Personnel Assistant (Employment) III              20.99
01270 - Production Control Clerk                           20.40
01290 - Rental Clerk                                       11.95***
01300 - Scheduler Maintenance                             16.83
01311   Secretary I                                        16.83
01312 - Secretary II                                       18.84
01313 - Secretary III                                      21.00
01320 - Service Order Dispatcher                           15.93
01410   Supply Technician                                  22.17
01420 - Survey Worker                                      18.84
01460 - Switchboard Operator/Receptionist                 13.13***
01531 - Travel Clerk I                                     14.45***
01532 - Travel Clerk II                                    15.71
01533 - Travel Clerk III                                   16.87
01611 - Word Processor I                                   14.99***
01612 - Word Processor II                                  16.83
01613   Word Processor III                                 18.84
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass               21.93
05010 - Automotive  Electrician                            18.25
05040   Automotive Glass Installer                         17.04
05070 - Automotive Worker                                  17.04
05110 - Mobile Equipment Servicer                          14.68***
05130 - Motor Equipment Metal Mechanic                     19.45
05160   Motor Equipment Metal Worker                       17.04
05190 - Motor Vehicle Mechanic                             19.45
05220 - Motor Vehicle Mechanic Helper                      13.50***
05250 - Motor Vehicle Upholstery Worker                    15.87
05280   Motor Vehicle Wrecker                              17.04
05310 - Painter Automotive                                 18.25
05340 - Radiator Repair Specialist                         17.04
05370 - Tire Repairer                                      10.75***
05400   Transmission Repair Specialist                     19.45
07000 - Food Preparation And Service Occupations
07010 - Baker                                              13.38***
07041 - Cook I                                             12.53***
07042 - Cook II                                            14.54***
07070 - Dishwasher                                         10.64***
07130 - Food Service Worker                                11.76***
07210 - Meat Cutter                                        16.87
07260   Waiter/Waitress                                     9.80***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                        19.18
09040 - Furniture Handler                                  11.67***
09080   Furniture Refinisher                               19.18
09090 - Furniture Refinisher Helper                        14.20***
09110 - Furniture Repairer Minor                           16.69
09130 - Upholsterer                                        19.18
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                   13.65***
11060 - Elevator Operator                                  12.87***
11090 - Gardener                                           18.22
11122   Housekeeping Aide                                  12.87***
11150 - Janitor                                            12.87***
11210 - Laborer Grounds Maintenance                        13.78***
11240 - Maid or Houseman                                   11.48***
11260   Pruner                                             12.24***
11270 - Tractor Operator                                   16.76
11330 - Trail Maintenance Worker                           13.78***
```

| | | |
|---|---|---|
| 11930 - Window Cleaner | | 14.49*** |
| 12000 - Health Occupations | | |
| 12010 - Ambulance Driver | | 19.03 |
| 12011 - Breath Alcohol Technician | | 19.03 |
| 12012 - Certified Occupational Therapist Assistant | | 28.57 |
| 12015 - Certified Physical Therapist Assistant | | 29.11 |
| 12020 - Dental Assistant | | 18.71 |
| 12025 - Dental Hygienist | | 32.16 |
| 12030 - EKG Technician | | 31.56 |
| 12035 - Electroneurodiagnostic Technologist | | 31.56 |
| 12040 - Emergency Medical Technician | | 19.03 |
| 12071 - Licensed Practical Nurse I | | 18.62 |
| 12072 - Licensed Practical Nurse II | | 20.82 |
| 12073 - Licensed Practical Nurse III | | 23.21 |
| 12100 - Medical Assistant | | 15.87 |
| 12130 - Medical Laboratory Technician | | 23.94 |
| 12160 - Medical Record Clerk | | 20.93 |
| 12190 - Medical Record Technician | | 23.46 |
| 12195 - Medical Transcriptionist | | 18.62 |
| 12210 - Nuclear Medicine Technologist | | 44.39 |
| 12221 - Nursing Assistant I | | 11.42*** |
| 12222 - Nursing Assistant II | | 12.84*** |
| 12223 - Nursing Assistant III | | 14.01*** |
| 12224 - Nursing Assistant IV | | 15.72 |
| 12235 - Optical Dispenser | | 22.84 |
| 12236 - Optical Technician | | 18.62 |
| 12250 - Pharmacy Technician | | 16.28 |
| 12280 - Phlebotomist | | 16.40 |
| 12305 - Radiologic Technologist | | 27.22 |
| 12311 - Registered Nurse I | | 23.02 |
| 12312 - Registered Nurse II | | 28.15 |
| 12313 - Registered Nurse II Specialist | | 28.15 |
| 12314 - Registered Nurse III | | 34.07 |
| 12315 - Registered Nurse III Anesthetist | | 34.07 |
| 12316 - Registered Nurse IV | | 40.83 |
| 12317 - Scheduler (Drug and Alcohol Testing) | | 25.80 |
| 12320 - Substance Abuse Treatment Counselor | | 22.45 |
| 13000 - Information And Arts Occupations | | |
| 13011 - Exhibits Specialist I | | 21.58 |
| 13012 - Exhibits Specialist II | | 26.73 |
| 13013 - Exhibits Specialist III | | 32.69 |
| 13041 - Illustrator I | | 21.58 |
| 13042 - Illustrator II | | 26.73 |
| 13043 - Illustrator III | | 32.69 |
| 13047 - Librarian | | 29.60 |
| 13050 - Library Aide/Clerk | | 17.18 |
| 13054 - Library Information Technology Systems Administrator | | 26.73 |
| 13058 - Library Technician | | 18.00 |
| 13061 - Media Specialist I | | 19.29 |
| 13062 - Media Specialist II | | 21.58 |
| 13063 - Media Specialist III | | 24.06 |
| 13071 - Photographer I | | 17.88 |
| 13072 - Photographer II | | 20.01 |
| 13073 - Photographer III | | 24.78 |
| 13074 - Photographer IV | | 30.32 |
| 13075 - Photographer V | | 36.67 |
| 13090 - Technical Order Library Clerk | | 21.58 |
| 13110 - Video Teleconference Technician | | 20.03 |
| 14000 - Information Technology Occupations | | |
| 14041 - Computer Operator I | | 16.02 |
| 14042 - Computer Operator II | | 17.91 |
| 14043 - Computer Operator III | | 19.97 |
| 14044 - Computer Operator IV | | 22.19 |
| 14045 - Computer Operator V | | 24.59 |

```
      14071 - Computer Programmer I              (see 1)       18.76
      14072 - Computer Programmer II             (see 1)       23.22
      14073 - Computer Programmer III            (see 1)
      14074 - Computer Programmer IV             (see 1)
      14101 - Computer Systems Analyst I         (see 1)
      14102 - Computer Systems Analyst II        (see 1)
      14103 - Computer Systems Analyst III       (see 1)
      14150 - Peripheral Equipment Operator                    16.02
      14160 - Personal Computer Support Technician             22.19
      14170 - System Support Specialist                        29.96
   15000 - Instructional Occupations
      15010 - Aircrew Training Devices Instructor (Non-Rated)  29.36
      15020 - Aircrew Training Devices Instructor (Rated)      35.53
      15030 - Air Crew Training Devices Instructor (Pilot)     42.59
      15050 - Computer Based Training Specialist / Instructor  29.36
      15060 - Educational Technologist                         25.30
      15070 - Flight Instructor (Pilot)                        42.59
      15080 - Graphic Artist                                   23.06
      15085 - Maintenance Test Pilot Fixed Jet/Prop            42.59
      15086 - Maintenance Test Pilot Rotary Wing               42.59
      15088 - Non-Maintenance Test/Co-Pilot                    42.59
      15090 - Technical Instructor                             21.14
      15095 - Technical Instructor/Course Developer            25.86
      15110 - Test Proctor                                     17.07
      15120 - Tutor                                            17.07
   16000 - Laundry Dry-Cleaning Pressing And Related Occupations
      16010 - Assembler                                     10.15***
      16030 - Counter Attendant                             10.15***
      16040 - Dry Cleaner                                   12.95***
      16070 - Finisher Flatwork Machine                    10.15***
      16090 - Presser Hand                                 10.15***
      16110 - Presser Machine Drycleaning                  10.15***
      16130 - Presser Machine Shirts                       10.15***
      16160 - Presser Machine Wearing Apparel Laundry      10.15***
      16190 - Sewing Machine Operator                      13.81***
      16220 - Tailor                                       14.65***
      16250 - Washer Machine                               11.05***
   19000 - Machine Tool Operation And Repair Occupations
      19010 - Machine-Tool Operator (Tool Room)                19.18
      19040 - Tool And Die Maker                               24.19
   21000 - Materials Handling And Packing Occupations
      21020 - Forklift Operator                                19.48
      21030 - Material Coordinator                             20.40
      21040 - Material Expediter                               20.40
      21050 - Material Handling Laborer                     13.05***
      21071 - Order Filler                                  13.12***
      21080 - Production Line Worker (Food Processing)         19.48
      21110 - Shipping Packer                                  15.36
      21130 - Shipping/Receiving Clerk                         15.36
      21140 - Store Worker I                               11.28***
      21150 - Stock Clerk                                      16.14
      21210 - Tools And Parts Attendant                        19.48
      21410 - Warehouse Specialist                             19.48
   23000 - Mechanics And Maintenance And Repair Occupations
      23010 - Aerospace Structural Welder                      21.68
      23019 - Aircraft Logs and Records Technician             16.69
      23021 - Aircraft Mechanic I                              20.45
      23022 - Aircraft Mechanic II                             21.68
      23023 - Aircraft Mechanic III                            22.94
      23040 - Aircraft Mechanic Helper                     14.20***
      23050 - Aircraft Painter                                 19.18
      23060 - Aircraft Servicer                                16.69
      23070 - Aircraft Survival Flight Equipment Technician    19.18
      23080 - Aircraft Worker                                  17.91
      23091 - Aircrew Life Support Equipment (ALSE) Mechanic   17.91
```

```
   23092 - Aircrew Life Support Equipment (ALSE) Mechanic        20.45
   II
   23110 - Appliance Mechanic                                    19.18
   23120 - Bicycle Repairer                                      15.44
   23125 - Cable Splicer                                         27.10
   23130 - Carpenter Maintenance                                 20.24
   23140 - Carpet Layer                                          17.91
   23160 - Electrician Maintenance                               20.35
   23181 - Electronics Technician Maintenance I                  23.12
   23182 - Electronics Technician Maintenance II                 25.58
   23183 - Electronics Technician Maintenance III                27.43
   23260 - Fabric Worker                                         16.69
   23290 - Fire Alarm System Mechanic                            19.46
   23310 - Fire Extinguisher Repairer                            15.44
   23311 - Fuel Distribution System Mechanic                     20.45
   23312 - Fuel Distribution System Operator                     15.44
   23370 - General Maintenance Worker                            17.18
   23380 - Ground Support Equipment Mechanic                     20.45
   23381 - Ground Support Equipment Servicer                     16.69
   23382 - Ground Support Equipment Worker                       17.91
   23391 - Gunsmith I                                            15.44
   23392 - Gunsmith II                                           17.91
   23393 - Gunsmith III                                          20.45
   23410 - Heating Ventilation And Air-Conditioning              19.57
   Mechanic
   23411 - Heating Ventilation And Air Contidioning              20.74
   Mechanic (Research Facility)
   23430 - Heavy Equipment Mechanic                              19.87
   23440 - Heavy Equipment Operator                              17.52
   23460 - Instrument Mechanic                                   20.45
   23465 - Laboratory/Shelter Mechanic                           19.18
   23470 - Laborer                                               13.05***
   23510 - Locksmith                                             19.18
   23530 - Machinery Maintenance Mechanic                        21.83
   23550 - Machinist Maintenance                                 20.75
   23580 - Maintenance Trades Helper                             13.31***
   23591 - Metrology Technician I                                20.45
   23592 - Metrology Technician II                               21.68
   23593 - Metrology Technician III                              22.94
   23640 - Millwright                                            20.45
   23710 - Office Appliance Repairer                             17.95
   23760 - Painter Maintenance                                   17.27
   23790 - Pipefitter Maintenance                                23.13
   23810 - Plumber Maintenance                                   21.70
   23820 - Pneudraulic Systems Mechanic                          20.45
   23850 - Rigger                                                20.45
   23870 - Scale Mechanic                                        17.91
   23890 - Sheet-Metal Worker Maintenance                        20.85
   23910 - Small Engine Mechanic                                 17.91
   23931 - Telecommunications Mechanic I                         30.71
   23932 - Telecommunications Mechanic II                        32.55
   23950 - Telephone Lineman                                     20.45
   23960 - Welder Combination Maintenance                        17.46
   23965 - Well Driller                                          20.45
   23970 - Woodcraft Worker                                      20.45
   23980 - Woodworker                                            15.44
 24000 - Personal Needs Occupations
   24550 - Case Manager                                          16.81
   24570 - Child Care Attendant                                  11.25***
   24580 - Child Care Center Clerk                               14.02***
   24610 - Chore Aide                                            11.37***
   24620 - Family Readiness And Support Services                 16.81
   Coordinator
   24630 - Homemaker                                             16.81
```

25010 - Plant And System Operations Occupations

```
25010 - Boiler Tender                                       20.45
25040 - Sewage Plant Operator                               23.64
25070 - Stationary Engineer                                 20.45
25190 - Ventilation Equipment Tender                     14.20***
25210 - Water Treatment Plant Operator                      23.64
27000 - Protective Service Occupations
  27004 - Alarm Monitor                                     17.71
  27007 - Baggage Inspector                              12.72***
  27008 - Corrections Officer                               18.12
  27010 - Court Security Officer                            19.47
  27030 - Detection Dog Handler                          14.24***
  27040 - Detention Officer                                 18.12
  27070 - Firefighter                                       20.81
  27101 - Guard I                                        12.72***
  27102 - Guard II                                       14.24***
  27131 - Police Officer I                                  20.46
  27132 - Police Officer II                                 22.73
28000 - Recreation Occupations
  28041 - Carnival Equipment Operator                    13.36***
  28042 - Carnival Equipment Repairer                    14.53***
  28043 - Carnival Worker                                 9.76***
  28210 - Gate Attendant/Gate Tender                        15.60
  28310 - Lifeguard                                      13.09***
  28350 - Park Attendant (Aide)                             17.45
  28510 - Recreation Aide/Health Facility Attendant     12.73***
  28515 - Recreation Specialist                             21.62
  28630 - Sports Official                                13.89***
  28690 - Swimming Pool Operator                            16.86
29000 - Stevedoring/Longshoremen Occupational Services
  29010 - Blocker And Bracer                                17.91
  29020 - Hatch Tender                                      17.91
  29030 - Line Handler                                      17.91
  29041 - Stevedore I                                       16.69
  29042 - Stevedore II                                      19.18
30000 - Technical Occupations
  30010 - Air Traffic Control Specialist Center (HFO)   (see 2)   40.29
  30011 - Air Traffic Control Specialist Station (HFO)  (see 2)   27.78
  30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)   30.59
  30021 - Archeological Technician I                        17.96
  30022 - Archeological Technician II                       20.09
  30023 - Archeological Technician III                      24.88
  30030 - Cartographic Technician                           24.88
  30040 - Civil Engineering Technician                      25.93
  30051 - Cryogenic Technician I                            27.55
  30052 - Cryogenic Technician II                           30.43
  30061 - Drafter/CAD Operator I                            17.96
  30062 - Drafter/CAD Operator II                           20.09
  30063 - Drafter/CAD Operator III                          22.39
  30064 - Drafter/CAD Operator IV                           27.55
  30081 - Engineering Technician I                          15.27
  30082 - Engineering Technician II                         17.14
  30083 - Engineering Technician III                        19.17
  30084 - Engineering Technician IV                         23.75
  30085 - Engineering Technician V                          29.05
  30086 - Engineering Technician VI                         35.15
  30090 - Environmental Technician                          23.96
  30095 - Evidence Control Specialist                       24.88
  30210 - Laboratory Technician                             21.57
  30221 - Latent Fingerprint Technician I                   27.55
  30222 - Latent Fingerprint Technician II                  30.43
  30240 - Mathematical Technician                           26.36
  30361 - Paralegal/Legal Assistant I                       19.67
  30362 - Paralegal/Legal Assistant II                      24.36
  30363 - Paralegal/Legal Assistant III                     29.80
```

Case 1:25-cv-00808-MRD-PAS  Document 12  Filed 06/18/25  Page 294 of 1520  PageID #: 2179

```
            30384 - Paralegal/Legal Assistant IV                              36.06
            30375 - Petroleum Supply Specialist                              30.43
            30390 - Photo-Optics Technician                                  24.88
            30395 - Radiation Control Technician                             30.43
            30461 - Technical Writer I                                       24.85
            30462 - Technical Writer II                                      30.40
            30463 - Technical Writer III                                     36.78
            30491 - Unexploded Ordnance (UXO) Technician I                   25.60
            30492 - Unexploded Ordnance (UXO) Technician II                  30.98
            30493 - Unexploded Ordnance (UXO) Technician III                 37.13
            30494 - Unexploded (UXO) Safety Escort                           25.60
            30495 - Unexploded (UXO) Sweep Personnel                         25.60
            30501 - Weather Forecaster I                                     27.55
            30502 - Weather Forecaster II                                    33.52
            30620 - Weather Observer Combined Upper Air Or      (see 2)      22.39
            Surface Programs
            30621 - Weather Observer Senior                     (see 2)      24.88
      31000 - Transportation/Mobile Equipment Operation Occupations
            31010 - Airplane Pilot                                           30.98
            31020 - Bus Aide                                                 11.76***
            31030 - Bus Driver                                               16.62
            31043 - Driver Courier                                           14.14***
            31260 - Parking and Lot Attendant                               10.66***
            31290 - Shuttle Bus Driver                                       15.37
            31310 - Taxi Driver                                              14.52***
            31361 - Truckdriver Light                                        15.37
            31362 - Truckdriver Medium                                       16.62
            31363 - Truckdriver Heavy                                        19.29
            31364 - Truckdriver Tractor-Trailer                             19.29
      99000 - Miscellaneous Occupations
            99020 - Cabin Safety Specialist                                  15.10
            99030 - Cashier                                                  10.92***
            99050 - Desk Clerk                                               11.81***
            99095 - Embalmer                                                 25.60
            99130 - Flight Follower                                          25.60
            99251 - Laboratory Animal Caretaker I                            11.22***
            99252 - Laboratory Animal Caretaker II                           11.77***
            99260 - Marketing Analyst                                        27.64
            99310 - Mortician                                                25.60
            99410 - Pest Controller                                          17.64
            99510 - Photofinishing Worker                                    13.45***
            99710 - Recycling Laborer                                        19.81
            99711 - Recycling Specialist                                     25.36
            99730 - Refuse Collector                                         18.52
            99810 - Sales Clerk                                              12.28***
            99820 - School Crossing Guard                                    14.42***
            99830 - Survey Party Chief                                       22.52
            99831 - Surveying Aide                                           13.99***
            99832 - Surveying Technician                                     19.17
            99840 - Vending Machine Attendant                                17.73
            99841 - Vending Machine Repairer                                 22.37
            99842 - Vending Machine Repairer Helper                          17.73
```

***Workers in this classification may be entitled to a higher minimum wage under Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the Note at the top of the wage determination for more information. Please also note that the minimum wage requirements of Executive Order 14026 and 13658 are not currently being enforced as to contracts or contract-like instruments entered into with the federal government in connection with seasonal recreational services or seasonal recreational equipment rental for the general public on federal lands.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5104908
Reviewer: Carol M.

Note Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families. In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

   (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

   (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

   (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

   (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case 1:23-cv-00608-MRD-PAS Document 12 Filed 06/27/25 Page 297 of 1523 PageID #: 2182

affirmative proof as to actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

6) each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                                       |
         "REGISTER OF WAGE DETERMINATIONS UNDER  |    U.S. DEPARTMENT OF LABOR
            THE SERVICE CONTRACT ACT            |  EMPLOYMENT STANDARDS ADMINISTRATION
    By direction of the Secretary of Labor      |       WAGE AND HOUR DIVISION
                                       |        WASHINGTON D.C.  20210
                                       |
                                       |
                                       |
                                       |
                                       | Wage Determination No.: 2015-4539
  Daniel W. Simms        Division of   |      Revision No.: 17
  Director           Wage Determinations| Date Of Last Revision: 03/15/2022
                                       |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida Counties of Baker Clay Duval Nassau Saint Johns

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.24 |
| 01012 - Accounting Clerk II | | 17.12 |
| 01013 - Accounting Clerk III | | 19.14 |
| 01020 - Administrative Assistant | | 24.54 |
| 01035 - Court Reporter | | 17.30 |
| 01041 - Customer Service Representative I | | 14.05*** |
| 01042 - Customer Service Representative II | | 15.33 |
| 01043 - Customer Service Representative III | | 17.21 |
| 01051 - Data Entry Operator I | | 14.49*** |
| 01052 - Data Entry Operator II | | 15.81 |
| 01060 - Dispatcher Motor Vehicle | | 18.99 |
| 01070 - Document Preparation Clerk | | 15.13 |
| 01090 - Duplicating Machine Operator | | 15.13 |
| 01111 - General Clerk I | | 12.87*** |
| 01112 - General Clerk II | | 14.04*** |
| 01113 - General Clerk III | | 18.09 |

```
01090 - Housing Referral Assistant                        20.83
01141 - Messenger Courier                                 13.82***
01191   Order Clerk I                                      14.26***
01192 - Order Clerk II                                     15.55
01261 - Personnel Assistant (Employment) I                15.99
01262 - Personnel Assistant (Employment) II               17.89
01263   Personnel Assistant (Employment) III              19.94
01270 - Production Control Clerk                           22.72
01290 - Rental Clerk                                       14.30***
01300 - Scheduler Maintenance                              16.70
01311   Secretary I                                        16.70
01312   Secretary II                                       18.69
01313 - Secretary III                                      20.83
01320 - Service Order Dispatcher                           16.98
01410   Supply Technician                                  24.54
01420 - Survey Worker                                      15.64
01460 - Switchboard Operator/Receptionist                 14.36***
01531 - Travel Clerk I                                     14.20***
01532   Travel Clerk II                                    15.42
01533 - Travel Clerk III                                   16.58
01611 - Word Processor I                                   13.73***
01612 - Word Processor II                                  15.42
01613   Word Processor III                                 17.25
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass               18.96
05010 - Automotive  Electrician                            18.84
05040   Automotive Glass Installer                         17.59
05070 - Automotive Worker                                  17.59
05110 - Mobile Equipment Servicer                          15.16
05130 - Motor Equipment Metal Mechanic                    20.08
05160   Motor Equipment Metal Worker                       17.59
05190 - Motor Vehicle Mechanic                             20.08
05220 - Motor Vehicle Mechanic Helper                     13.94***
05250 - Motor Vehicle Upholstery Worker                    16.38
05280   Motor Vehicle Wrecker                              17.59
05310 - Painter Automotive                                 18.84
05340 - Radiator Repair Specialist                         17.59
05370 - Tire Repairer                                      13.37***
05400   Transmission Repair Specialist                     20.08
07000 - Food Preparation And Service Occupations
07010 - Baker                                              14.05***
07041 - Cook I                                             12.83***
07042 - Cook II                                            14.89***
07070 - Dishwasher                                         10.47***
07130 - Food Service Worker                               11.75***
07210 - Meat Cutter                                        18.13
07260   Waiter/Waitress                                    10.89***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                        18.75
09040 - Furniture Handler                                  10.93***
09080   Furniture Refinisher                               17.97
09090 - Furniture Refinisher Helper                       13.29***
09110 - Furniture Repairer Minor                           15.63
09130   Upholsterer                                        20.22
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                   13.44***
11060 - Elevator Operator                                  12.49***
11090 - Gardener                                           18.92
11122   Housekeeping Aide                                  11.35***
11150 - Janitor                                            11.35***
11210 - Laborer Grounds Maintenance                       14.31***
11240 - Maid or Houseman                                  11.43***
11260   Pruner                                             12.71***
11270 - Tractor Operator                                   17.40
11330 - Trail Maintenance Worker                          14.31***
```

```
11980 - Window Cleaner                                         12.78***
12000 - Health Occupations
  12010 - Ambulance Driver                                     15.80
  12011 - Breath Alcohol Technician                            19.93
  12012 - Certified Occupational Therapist Assistant           30.97
  12015 - Certified Physical Therapist Assistant               29.71
  12020 - Dental Assistant                                     19.93
  12025 - Dental Hygienist                                     33.12
  12030 - EKG Technician                                       24.46
  12035 - Electroneurodiagnostic Technologist                  24.46
  12040   Emergency Medical Technician                         15.80
  12071 - Licensed Practical Nurse I                           17.82
  12072 - Licensed Practical Nurse II                          19.93
  12073 - Licensed Practical Nurse III                         22.21
  12100   Medical Assistant                                    16.52
  12130 - Medical Laboratory Technician                        25.20
  12160 - Medical Record Clerk                                 16.12
  12190 - Medical Record Technician                            18.03
  12195   Medical Transcriptionist                             18.14
  12210 - Nuclear Medicine Technologist                        36.99
  12221 - Nursing Assistant I                                  11.70***
  12222 - Nursing Assistant II                                 13.15***
  12223 - Nursing Assistant III                                14.35***
  12224 - Nursing Assistant IV                                 16.12
  12235 - Optical Dispenser                                    20.08
  12236 - Optical Technician                                   16.87
  12250   Pharmacy Technician                                  16.58
  12280 - Phlebotomist                                         16.72
  12305 - Radiologic Technologist                              27.57
  12311 - Registered Nurse I                                   25.27
  12312   Registered Nurse II                                  30.91
  12313 - Registered Nurse II Specialist                       30.91
  12314 - Registered Nurse III                                 37.41
  12315 - Registered Nurse III Anesthetist                     37.41
  12316   Registered Nurse IV                                  44.83
  12317 - Scheduler (Drug and Alcohol Testing)                 24.69
  12320 - Substance Abuse Treatment Counselor                  20.97
13000 - Information And Arts Occupations
  13011   Exhibits Specialist I                                21.09
  13012 - Exhibits Specialist II                               26.12
  13013 - Exhibits Specialist III                              31.95
  13041 - Illustrator I                                        19.57
  13042   Illustrator II                                       24.24
  13043 - Illustrator III                                      29.65
  13047 - Librarian                                            28.93
  13050 - Library Aide/Clerk                                   14.34***
  13054   Library Information Technology Systems               26.12
  Administrator
  13058 - Library Technician                                   19.57
  13061 - Media Specialist I                                   18.85
  13062   Media Specialist II                                  21.09
  13063   Media Specialist III                                 23.51
  13071 - Photographer I                                       14.92***
  13072 - Photographer II                                      17.18
  13073   Photographer III                                     20.68
  13074 - Photographer IV                                      25.30
  13075 - Photographer V                                       30.60
  13090 - Technical Order Library Clerk                        18.02
  13110   Video Teleconference Technician                      19.04
14000 - Information Technology Occupations
  14041 - Computer Operator I                                  18.69
  14042 - Computer Operator II                                 20.92
  14043   Computer Operator III                                23.33
  14044 - Computer Operator IV                                 25.92
  14045 - Computer Operator V                                  28.70
```

| | | |
|---|---|---|
| 14071 - Computer Programmer I | (see 1) | 24.20 |
| 14072 - Computer Programmer II | (see 1) | |
| 14073 - Computer Programmer III | (see 1) | |
| 14074 - Computer Programmer IV | (see 1) | |
| 14101 - Computer Systems Analyst I | (see 1) | |
| 14102 - Computer Systems Analyst II | (see 1) | |
| 14103 - Computer Systems Analyst III | (see 1) | |
| 14150 - Peripheral Equipment Operator | | 18.69 |
| 14160 - Personal Computer Support Technician | | 25.92 |
| 14170 - System Support Specialist | | 31.52 |
| 15000 - Instructional Occupations | | |
| 15010 - Aircrew Training Devices Instructor (Non-Rated) | | 30.11 |
| 15020 - Aircrew Training Devices Instructor (Rated) | | 36.43 |
| 15030 - Air Crew Training Devices Instructor (Pilot) | | 43.57 |
| 15050 - Computer Based Training Specialist / Instructor | | 28.54 |
| 15060 - Educational Technologist | | 30.86 |
| 15070 - Flight Instructor (Pilot) | | 43.57 |
| 15080 - Graphic Artist | | 23.73 |
| 15085 - Maintenance Test Pilot Fixed Jet/Prop | | 41.93 |
| 15086 - Maintenance Test Pilot Rotary Wing | | 41.93 |
| 15088 - Non-Maintenance Test/Co-Pilot | | 41.93 |
| 15090 - Technical Instructor | | 22.58 |
| 15095 - Technical Instructor/Course Developer | | 27.62 |
| 15110 - Test Proctor | | 18.22 |
| 15120 - Tutor | | 18.22 |
| 16000 - Laundry Dry-Cleaning Pressing And Related Occupations | | |
| 16010 - Assembler | | 10.15*** |
| 16030 - Counter Attendant | | 10.15*** |
| 16040 - Dry Cleaner | | 12.95*** |
| 16070 - Finisher Flatwork Machine | | 10.15*** |
| 16090 - Presser Hand | | 10.15*** |
| 16110 - Presser Machine Drycleaning | | 10.15*** |
| 16130 - Presser Machine Shirts | | 10.15*** |
| 16160 - Presser Machine Wearing Apparel Laundry | | 10.15*** |
| 16190 - Sewing Machine Operator | | 13.81*** |
| 16220 - Tailor | | 14.65*** |
| 16250 - Washer Machine | | 11.05*** |
| 19000 - Machine Tool Operation And Repair Occupations | | |
| 19010 - Machine-Tool Operator (Tool Room) | | 19.14 |
| 19040 - Tool And Die Maker | | 24.13 |
| 21000 - Materials Handling And Packing Occupations | | |
| 21020 - Forklift Operator | | 19.44 |
| 21030 - Material Coordinator | | 22.72 |
| 21040 - Material Expediter | | 22.72 |
| 21050 - Material Handling Laborer | | 13.92*** |
| 21071 - Order Filler | | 13.74*** |
| 21080 - Production Line Worker (Food Processing) | | 19.44 |
| 21110 - Shipping Packer | | 16.59 |
| 21130 - Shipping/Receiving Clerk | | 16.59 |
| 21140 - Store Worker I | | 11.28*** |
| 21150 - Stock Clerk | | 16.14 |
| 21210 - Tools And Parts Attendant | | 19.44 |
| 21410 - Warehouse Specialist | | 19.44 |
| 23000 - Mechanics And Maintenance And Repair Occupations | | |
| 23010 - Aerospace Structural Welder | | 29.83 |
| 23019 - Aircraft Logs and Records Technician | | 22.96 |
| 23021 - Aircraft Mechanic I | | 28.14 |
| 23022 - Aircraft Mechanic II | | 29.83 |
| 23023 - Aircraft Mechanic III | | 31.57 |
| 23040 - Aircraft Mechanic Helper | | 19.53 |
| 23050 - Aircraft Painter | | 26.40 |
| 23060 - Aircraft Servicer | | 22.96 |
| 23070 - Aircraft Survival Flight Equipment Technician | | 26.40 |
| 23080 - Aircraft Worker | | 24.65 |
| 23091 - Aircrew Life Support Equipment (ALSE) Mechanic | | 24.65 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00565-MRD-PAS Document 12 Filed 06/30/25 Page 30 of 151 PageID #: 2188

```
        23092 - Aircrew Life Support Equipment (ALSE) Mechanic        28.14
        II
        23110 - Appliance Mechanic                                    18.66
        23120 - Bicycle Repairer                                      18.19
        23125 - Cable Splicer                                         31.20
        23130 - Carpenter Maintenance                                 18.86
        23140 - Carpet Layer                                          21.10
        23160 - Electrician Maintenance                               22.34
        23181 - Electronics Technician Maintenance I                  24.76
        23182 - Electronics Technician Maintenance II                 26.52
        23183 - Electronics Technician Maintenance III                28.27
        23260 - Fabric Worker                                         19.66
        23290 - Fire Alarm System Mechanic                            21.99
        23310 - Fire Extinguisher Repairer                            18.19
        23311 - Fuel Distribution System Mechanic                     25.36
        23312 - Fuel Distribution System Operator                     19.14
        23370 - General Maintenance Worker                            18.01
        23380 - Ground Support Equipment Mechanic                     28.14
        23381 - Ground Support Equipment Servicer                     22.96
        23382 - Ground Support Equipment Worker                       24.65
        23391 - Gunsmith I                                            18.19
        23392 - Gunsmith II                                           21.10
        23393 - Gunsmith III                                          24.09
        23410 - Heating Ventilation And Air-Conditioning              22.37
        Mechanic
        23411 - Heating Ventilation And Air Contidioning              23.71
        Mechanic (Research Facility)
        23430 - Heavy Equipment Mechanic                              24.48
        23440 - Heavy Equipment Operator                              20.02
        23460 - Instrument Mechanic                                   28.45
        23465 - Laboratory/Shelter Mechanic                          22.60
        23470 - Laborer                                               13.92***
        23510 - Locksmith                                             18.38
        23530 - Machinery Maintenance Mechanic                        26.63
        23550 - Machinist Maintenance                                 20.97
        23580 - Maintenance Trades Helper                             15.15
        23591 - Metrology Technician I                                28.45
        23592 - Metrology Technician II                               30.15
        23593 - Metrology Technician III                              31.91
        23640 - Millwright                                            27.80
        23710 - Office Appliance Repairer                             21.11
        23760 - Painter Maintenance                                   17.18
        23790 - Pipefitter Maintenance                                22.76
        23810 - Plumber Maintenance                                   21.36
        23820 - Pneudraulic Systems Mechanic                          24.09
        23850 - Rigger                                                26.81
        23870 - Scale Mechanic                                        21.10
        23890 - Sheet-Metal Worker Maintenance                        22.62
        23910 - Small Engine Mechanic                                 18.78
        23931 - Telecommunications Mechanic I                         31.23
        23932 - Telecommunications Mechanic II                        33.10
        23950 - Telephone Lineman                                     24.08
        23960 - Welder Combination Maintenance                        19.84
        23965 - Well Driller                                          22.02
        23970 - Woodcraft Worker                                      24.09
        23980 - Woodworker                                            18.19
     24000 - Personal Needs Occupations
        24550 - Case Manager                                          16.35
        24570 - Child Care Attendant                                  11.79***
        24580 - Child Care Center Clerk                               14.71***
        24610 - Chore Aide                                            11.73***
        24620 - Family Readiness And Support Services                 16.35
        Coordinator
        24630 - Homemaker                                             19.49
```

```
23010 - Boiler Tender                                      30.03
25040 - Sewage Plant Operator                              30.33
25070 - Stationary Engineer                                30.03
25190 - Ventilation Equipment Tender                       20.85
25210 - Water Treatment Plant Operator                     30.33
27000 - Protective Service Occupations
27004 - Alarm Monitor                                      18.73
27007 - Baggage Inspector                                  11.86***
27008 - Corrections Officer                                21.68
27010 - Court Security Officer                             21.65
27030 - Detection Dog Handler                              13.68***
27040 - Detention Officer                                  21.68
27070 - Firefighter                                        21.11
27101 - Guard I                                            11.86***
27102 - Guard II                                           13.68***
27131 - Police Officer I                                   25.20
27132 - Police Officer II                                  28.00
28000 - Recreation Occupations
28041 - Carnival Equipment Operator                        13.28***
28042 - Carnival Equipment Repairer                        14.44***
28043 - Carnival Worker                                     9.70***
28210 - Gate Attendant/Gate Tender                         16.94
28310 - Lifeguard                                          11.29***
28350 - Park Attendant (Aide)                              18.96
28510 - Recreation Aide/Health Facility Attendant          13.84***
28515 - Recreation Specialist                              23.49
28630 - Sports Official                                    15.09
28690 - Swimming Pool Operator                             16.76
29000 - Stevedoring/Longshoremen Occupational Services
29010 - Blocker And Bracer                                 25.96
29020 - Hatch Tender                                       25.96
29030 - Line Handler                                       25.96
29041 - Stevedore I                                        24.19
29042 - Stevedore II                                       27.81
30000 - Technical Occupations
30010 - Air Traffic Control Specialist Center (HFO)  (see 2)   40.29
30011 - Air Traffic Control Specialist Station (HFO) (see 2)   27.78
30012 - Air Traffic Control Specialist Terminal (HFO)(see 2)   30.59
30021 - Archeological Technician I                         16.46
30022 - Archeological Technician II                        18.41
30023 - Archeological Technician III                       22.82
30030 - Cartographic Technician                            22.82
30040 - Civil Engineering Technician                       23.80
30051 - Cryogenic Technician I                             25.27
30052 - Cryogenic Technician II                            27.92
30061 - Drafter/CAD Operator I                             16.46
30062 - Drafter/CAD Operator II                            18.41
30063 - Drafter/CAD Operator III                           20.54
30064 - Drafter/CAD Operator IV                            25.27
30081 - Engineering Technician I                           16.92
30082 - Engineering Technician II                          19.00
30083 - Engineering Technician III                         21.25
30084 - Engineering Technician IV                          26.33
30085 - Engineering Technician V                           32.20
30086 - Engineering Technician VI                          38.97
30090 - Environmental Technician                           21.21
30095 - Evidence Control Specialist                        21.84
30210 - Laboratory Technician                              27.09
30221 - Latent Fingerprint Technician I                    24.74
30222 - Latent Fingerprint Technician II                   27.33
30240 - Mathematical Technician                            26.84
30361 - Paralegal/Legal Assistant I                        19.14
30362 - Paralegal/Legal Assistant II                       23.70
30363 - Paralegal/Legal Assistant III                      28.99
```

```
30084 - Paralegal/Legal Assistant IV                            35.08
30375 - Petroleum Supply Specialist                             26.72
30390 - Photo-Optics Technician                                 22.82
30395 - Radiation Control Technician                            26.72
30461 - Technical Writer I                                      25.35
30462 - Technical Writer II                                     31.02
30463 - Technical Writer III                                    37.53
30491 - Unexploded Ordnance (UXO) Technician I                  25.60
30492 - Unexploded Ordnance (UXO) Technician II                 30.98
30493 - Unexploded Ordnance (UXO) Technician III                37.13
30494 - Unexploded (UXO) Safety Escort                          25.60
30495 - Unexploded (UXO) Sweep Personnel                        25.60
30501 - Weather Forecaster I                                    25.27
30502 - Weather Forecaster II                                   30.74
30620 - Weather Observer Combined Upper Air Or    (see 2)       20.54
Surface Programs
30621 - Weather Observer Senior                   (see 2)       22.82
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                          30.98
31020 - Bus Aide                                             13.82***
31030 - Bus Driver                                              18.11
31043 - Driver Courier                                          15.50
31260 - Parking and Lot Attendant                            11.10***
31290 - Shuttle Bus Driver                                      16.85
31310 - Taxi Driver                                          13.70***
31361 - Truckdriver Light                                       16.85
31362 - Truckdriver Medium                                      18.23
31363 - Truckdriver Heavy                                       20.44
31364 - Truckdriver Tractor-Trailer                             20.44
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                 15.10
99030 - Cashier                                              10.81***
99050 - Desk Clerk                                           11.60***
99095 - Embalmer                                                27.83
99130 - Flight Follower                                         25.60
99251 - Laboratory Animal Caretaker I                        13.71***
99252 - Laboratory Animal Caretaker II                       14.89***
99260 - Marketing Analyst                                       28.38
99310 - Mortician                                               27.83
99410 - Pest Controller                                         17.42
99510 - Photofinishing Worker                                14.18***
99710 - Recycling Laborer                                       21.12
99711 - Recycling Specialist                                    25.68
99730 - Refuse Collector                                        18.76
99810 - Sales Clerk                                          12.62***
99820 - School Crossing Guard                                11.48***
99830 - Survey Party Chief                                      24.84
99831 - Surveying Aide                                       14.07***
99832 - Surveying Technician                                    19.28
99840 - Vending Machine Attendant                            11.62***
99841 - Vending Machine Repairer                             14.63***
99842 - Vending Machine Repairer Helper                      11.62***
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Case 1:25-cv-00309-MRD-PAS Document 12 Filed 06/30/25 Page 30 of 152 PageID #: 2191

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).


2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case 1:23-cv-00608-MRD-PAS   Document 12   Filed 06/26/25   Page 308 of 1524   PageID #: 2193

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

of each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                "REGISTER OF WAGE DETERMINATIONS UNDER  |    U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT                        |  EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor                  |       WAGE AND HOUR DIVISION
                                                        |       WASHINGTON D.C.  20210
                                                        |
                                                        |
                                                        |
                                                        | Wage Determination No.: 2015-4555
Daniel W. Simms        Division of                      |       Revision No.: 16
Director           Wage Determinations|                   Date Of Last Revision: 03/15/2022
                                                        |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida County of Brevard

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.56*** |
| 01012 - Accounting Clerk II | | 16.34 |
| 01013  Accounting Clerk III | | 18.43 |
| 01020 - Administrative Assistant | | 23.96 |
| 01035 - Court Reporter | | 18.78 |
| 01041 - Customer Service Representative I | | 12.47*** |
| 01042  Customer Service Representative II | | 14.03*** |
| 01043 - Customer Service Representative III | | 15.30 |
| 01051 - Data Entry Operator I | | 14.84*** |
| 01052 - Data Entry Operator II | | 16.19 |
| 01060  Dispatcher Motor Vehicle | | 17.03 |
| 01070 - Document Preparation Clerk | | 15.88 |
| 01090 - Duplicating Machine Operator | | 15.88 |
| 01111 - General Clerk I | | 13.46*** |
| 01112  General Clerk II | | 14.69*** |
| 01113 - General Clerk III | | 16.50 |

Case 1:25-cv-00306-MRD-PAS Document 12 Filed 06/30/25 Page 31 Page 1567 of 1762 PageID #: 2196

```
01090 - Housing Referral Assistant                      20.93
01141 - Messenger Courier                               14.73***
01191   Order Clerk I                                   13.57***
01192 - Order Clerk II                                  14.81***
01261 - Personnel Assistant (Employment) I              16.80
01262 - Personnel Assistant (Employment) II             18.78
01263   Personnel Assistant (Employment) III            20.93
01270 - Production Control Clerk                         21.82
01290 - Rental Clerk                                    13.59***
01300 - Scheduler Maintenance                            16.80
01311   Secretary I                                      16.80
01312 - Secretary II                                     18.78
01313 - Secretary III                                    20.93
01320 - Service Order Dispatcher                         15.22
01410   Supply Technician                                23.96
01420 - Survey Worker                                    16.31
01460 - Switchboard Operator/Receptionist               13.91***
01531 - Travel Clerk I                                  14.29***
01532   Travel Clerk II                                  15.40
01533 - Travel Clerk III                                 16.53
01611 - Word Processor I                                14.95***
01612 - Word Processor II                                16.80
01613   Word Processor III                               18.78
05000 - Automotive Service Occupations
   05005 - Automobile Body Repairer Fiberglass           23.65
   05010 - Automotive  Electrician                        18.15
   05040   Automotive Glass Installer                     17.17
   05070 - Automotive Worker                              17.17
   05110 - Mobile Equipment Servicer                      15.50
   05130 - Motor Equipment Metal Mechanic                 18.88
   05160   Motor Equipment Metal Worker                   17.17
   05190 - Motor Vehicle Mechanic                         18.80
   05220 - Motor Vehicle Mechanic Helper                 14.58***
   05250 - Motor Vehicle Upholstery Worker                16.58
   05280   Motor Vehicle Wrecker                          17.17
   05310 - Painter Automotive                             18.04
   05340 - Radiator Repair Specialist                     17.17
   05370 - Tire Repairer                                 14.53***
   05400   Transmission Repair Specialist                 18.88
07000 - Food Preparation And Service Occupations
   07010 - Baker                                         12.36***
   07041 - Cook I                                        12.80***
   07042 - Cook II                                       14.73***
   07070 - Dishwasher                                    10.18***
   07130 - Food Service Worker                           11.07***
   07210 - Meat Cutter                                    17.35
   07260   Waiter/Waitress                               10.76***
09000 - Furniture Maintenance And Repair Occupations
   09010 - Electrostatic Spray Painter                    20.74
   09040 - Furniture Handler                             13.01***
   09080   Furniture Refinisher                           18.39
   09090 - Furniture Refinisher Helper                   13.94***
   09110 - Furniture Repairer Minor                       16.18
   09130 - Upholsterer                                    18.39
11000   General Services And Support Occupations
   11030 - Cleaner Vehicles                              12.15***
   11060 - Elevator Operator                             11.95***
   11090 - Gardener                                       16.65
   11122 - Housekeeping Aide                             11.95***
   11150 - Janitor                                       11.95***
   11210 - Laborer Grounds Maintenance                   13.02***
   11240 - Maid or Houseman                              11.56***
   11260   Pruner                                        11.84***
   11270 - Tractor Operator                               15.44
   11330 - Trail Maintenance Worker                      13.02***
```

```
11980 - Window Cleaner                                         13.17***
12000 - Health Occupations
    12010   Ambulance Driver                                   22.72
    12011 - Breath Alcohol Technician                          19.10
    12012 - Certified Occupational Therapist Assistant         35.44
    12015 - Certified Physical Therapist Assistant             32.31
    12020   Dental Assistant                                   19.11
    12025 - Dental Hygienist                                   34.50
    12030 - EKG Technician                                     20.02
    12035 - Electroneurodiagnostic Technologist                20.02
    12040   Emergency Medical Technician                       22.72
    12071 - Licensed Practical Nurse I                         17.08
    12072 - Licensed Practical Nurse II                        19.10
    12073 - Licensed Practical Nurse III                       21.29
    12100   Medical Assistant                                  15.00
    12130 - Medical Laboratory Technician                      24.85
    12160 - Medical Record Clerk                               16.36
    12190 - Medical Record Technician                          18.29
    12195   Medical Transcriptionist                           17.43
    12210 - Nuclear Medicine Technologist                      35.15
    12221 - Nursing Assistant I                                11.76***
    12222 - Nursing Assistant II                               13.22***
    12223 - Nursing Assistant III                              14.42***
    12224 - Nursing Assistant IV                               16.19
    12235 - Optical Dispenser                                  24.22
    12236 - Optical Technician                                 18.41
    12250   Pharmacy Technician                                16.60
    12280 - Phlebotomist                                       16.07
    12305 - Radiologic Technologist                            27.80
    12311 - Registered Nurse I                                 22.67
    12312   Registered Nurse II                                27.73
    12313 - Registered Nurse II Specialist                     27.73
    12314 - Registered Nurse III                               33.55
    12315 - Registered Nurse III Anesthetist                   33.55
    12316   Registered Nurse IV                                40.22
    12317 - Scheduler (Drug and Alcohol Testing)               27.59
    12320 - Substance Abuse Treatment Counselor                19.59
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                              17.52
    13012 - Exhibits Specialist II                             20.85
    13013 - Exhibits Specialist III                            25.49
    13041 - Illustrator I                                      16.82
    13042   Illustrator II                                     20.84
    13043 - Illustrator III                                    25.49
    13047 - Librarian                                          23.08
    13050 - Library Aide/Clerk                                 13.23***
    13054   Library Information Technology Systems             20.85
    Administrator
    13058 - Library Technician                                 17.68
    13061 - Media Specialist I                                 15.05
    13062   Media Specialist II                                16.82
    13063   Media Specialist III                               18.75
    13071 - Photographer I                                     16.54
    13072 - Photographer II                                    18.51
    13073   Photographer III                                   22.92
    13074 - Photographer IV                                    28.05
    13075 - Photographer V                                     33.55
    13090 - Technical Order Library Clerk                      16.62
    13110   Video Teleconference Technician                    15.74
14000 - Information Technology Occupations
    14041 - Computer Operator I                                16.35
    14042 - Computer Operator II                               18.30
    14043   Computer Operator III                              20.40
    14044 - Computer Operator IV                               22.66
    14045 - Computer Operator V                                25.10
```

Case 1:25-cv-00368-MRD-PAS Document 1-2 Filed 06/27/25 Page 31 of 189 PageID #: 2198

```
            14071 - Computer Programmer I              (see 1)                    23.18
            14072 - Computer Programmer II             (see 1)
            14073 - Computer Programmer III            (see 1)
            14074 - Computer Programmer IV             (see 1)
            14101 - Computer Systems Analyst I         (see 1)
            14102 - Computer Systems Analyst II        (see 1)
            14103 - Computer Systems Analyst III       (see 1)
            14150 - Peripheral Equipment Operator                                16.35
            14160 - Personal Computer Support Technician                         22.66
            14170 - System Support Specialist                                    26.75
        15000 - Instructional Occupations
            15010 - Aircrew Training Devices Instructor (Non-Rated)              29.98
            15020 - Aircrew Training Devices Instructor (Rated)                  34.10
            15030 - Air Crew Training Devices Instructor (Pilot)                 40.86
            15050 - Computer Based Training Specialist / Instructor              29.98
            15060 - Educational Technologist                                     30.86
            15070 - Flight Instructor (Pilot)                                    40.86
            15080 - Graphic Artist                                               20.58
            15085 - Maintenance Test Pilot Fixed Jet/Prop                        40.86
            15086 - Maintenance Test Pilot Rotary Wing                           40.86
            15088 - Non-Maintenance Test/Co-Pilot                                40.86
            15090 - Technical Instructor                                         23.85
            15095 - Technical Instructor/Course Developer                        29.16
            15110 - Test Proctor                                                 19.25
            15120 - Tutor                                                        19.25
        16000 - Laundry Dry-Cleaning Pressing And Related Occupations
            16010 - Assembler                                                    10.02***
            16030 - Counter Attendant                                            10.02***
            16040 - Dry Cleaner                                                  12.26***
            16070 - Finisher Flatwork Machine                                    10.02***
            16090 - Presser Hand                                                 10.02***
            16110 - Presser Machine Drycleaning                                  10.02***
            16130 - Presser Machine Shirts                                       10.02***
            16160 - Presser Machine Wearing Apparel Laundry                      10.02***
            16190 - Sewing Machine Operator                                      13.05***
            16220 - Tailor                                                       13.89***
            16250 - Washer Machine                                               10.64***
        19000 - Machine Tool Operation And Repair Occupations
            19010 - Machine-Tool Operator (Tool Room)                            23.41
            19040 - Tool And Die Maker                                           28.92
        21000 - Materials Handling And Packing Occupations
            21020 - Forklift Operator                                            17.66
            21030 - Material Coordinator                                         21.82
            21040 - Material Expediter                                           21.82
            21050 - Material Handling Laborer                                    13.48***
            21071 - Order Filler                                                 12.88***
            21080 - Production Line Worker (Food Processing)                     17.66
            21110 - Shipping Packer                                              14.81***
            21130 - Shipping/Receiving Clerk                                     14.81***
            21140 - Store Worker I                                               13.62***
            21150 - Stock Clerk                                                  18.22
            21210 - Tools And Parts Attendant                                    17.66
            21410 - Warehouse Specialist                                         17.66
        23000 - Mechanics And Maintenance And Repair Occupations
            23010 - Aerospace Structural Welder                                  29.88
            23019 - Aircraft Logs and Records Technician                         23.44
            23021 - Aircraft Mechanic I                                          28.27
            23022 - Aircraft Mechanic II                                         29.88
            23023 - Aircraft Mechanic III                                        31.48
            23040 - Aircraft Mechanic Helper                                     20.19
            23050 - Aircraft Painter                                             26.63
            23060 - Aircraft Servicer                                            23.44
            23070 - Aircraft Survival Flight Equipment Technician                26.63
            23080 - Aircraft Worker                                              25.04
            23091 - Aircrew Life Support Equipment (ALSE) Mechanic               25.04
```

```
           23092 - Aircrew Life Support Equipment (ALSE) Mechanic     28.27
       II
       23110 - Appliance Mechanic                                     20.94
       23120 - Bicycle Repairer                                       17.11
       23125 - Cable Splicer                                          29.99
       23130 - Carpenter Maintenance                                  19.03
       23140 - Carpet Layer                                           19.69
       23160 - Electrician Maintenance                                26.74
       23181 - Electronics Technician Maintenance I                   28.26
       23182 - Electronics Technician Maintenance II                  30.06
       23183 - Electronics Technician Maintenance III                 31.91
       23260 - Fabric Worker                                          18.42
       23290 - Fire Alarm System Mechanic                             19.24
       23310 - Fire Extinguisher Repairer                             17.11
       23311 - Fuel Distribution System Mechanic                      22.22
       23312 - Fuel Distribution System Operator                      17.11
       23370 - General Maintenance Worker                             17.61
       23380 - Ground Support Equipment Mechanic                      28.27
       23381 - Ground Support Equipment Servicer                      23.44
       23382 - Ground Support Equipment Worker                        25.04
       23391 - Gunsmith I                                             17.56
       23392 - Gunsmith II                                            20.20
       23393 - Gunsmith III                                           22.75
       23410 - Heating Ventilation And Air-Conditioning               21.12
       Mechanic
       23411 - Heating Ventilation And Air Contidioning               22.33
       Mechanic (Research Facility)
       23430 - Heavy Equipment Mechanic                               25.53
       23440 - Heavy Equipment Operator                               18.16
       23460 - Instrument Mechanic                                    22.22
       23465 - Laboratory/Shelter Mechanic                            20.94
       23470 - Laborer                                                13.48***
       23510 - Locksmith                                              20.94
       23530 - Machinery Maintenance Mechanic                         23.76
       23550 - Machinist Maintenance                                  20.27
       23580 - Maintenance Trades Helper                              15.53
       23591 - Metrology Technician I                                 22.22
       23592 - Metrology Technician II                                23.50
       23593 - Metrology Technician III                               24.75
       23640 - Millwright                                             22.22
       23710 - Office Appliance Repairer                              18.22
       23760 - Painter Maintenance                                    18.46
       23790 - Pipefitter Maintenance                                 24.60
       23810 - Plumber Maintenance                                    23.18
       23820 - Pneudraulic Systems Mechanic                           22.22
       23850 - Rigger                                                 22.22
       23870 - Scale Mechanic                                         19.69
       23890 - Sheet-Metal Worker Maintenance                         23.00
       23910 - Small Engine Mechanic                                  17.41
       23931 - Telecommunications Mechanic I                          24.15
       23932 - Telecommunications Mechanic II                         25.23
       23950 - Telephone Lineman                                      22.22
       23960 - Welder Combination Maintenance                         18.80
       23965 - Well Driller                                           20.92
       23970 - Woodcraft Worker                                       22.22
       23980 - Woodworker                                             17.11
    24000 - Personal Needs Occupations
       24550 - Case Manager                                           18.09
       24570 - Child Care Attendant                                   11.62***
       24580 - Child Care Center Clerk                                14.48***
       24610 - Chore Aide                                             11.41***
       24620 - Family Readiness And Support Services                  18.09
       Coordinator
       24630 - Homemaker                                              18.09
```

25010 - Boiler Tender                                                    22.22
25040 - Sewage Plant Operator                                            21.25
25070 - Stationary Engineer                                              22.22
25190 - Ventilation Equipment Tender                                     15.87
25210 - Water Treatment Plant Operator                                   21.25
27000 - Protective Service Occupations
27004 - Alarm Monitor                                                    18.70
27007 - Baggage Inspector                                                15.03
27008 - Corrections Officer                                              21.02
27010 - Court Security Officer                                           21.02
27030 - Detection Dog Handler                                            18.80
27040 - Detention Officer                                                21.02
27070 - Firefighter                                                      21.14
27101 - Guard I                                                          15.03
27102 - Guard II                                                         18.80
27131 - Police Officer I                                                 21.36
27132 - Police Officer II                                                23.74
28000 - Recreation Occupations
28041 - Carnival Equipment Operator                                      13.12***
28042 - Carnival Equipment Repairer                                      13.99***
28043 - Carnival Worker                                                   9.93***
28210 - Gate Attendant/Gate Tender                                       16.78
28310 - Lifeguard                                                        12.08***
28350 - Park Attendant (Aide)                                            18.76
28510 - Recreation Aide/Health Facility Attendant                        13.69***
28515 - Recreation Specialist                                            23.25
28630 - Sports Official                                                  14.94***
28690 - Swimming Pool Operator                                           16.11
29000 - Stevedoring/Longshoremen Occupational Services
29010 - Blocker And Bracer                                               26.22
29020 - Hatch Tender                                                     26.22
29030 - Line Handler                                                     26.22
29041 - Stevedore I                                                      24.92
29042 - Stevedore II                                                     29.40
30000 - Technical Occupations
30010 - Air Traffic Control Specialist Center (HFO)    (see 2)           40.55
30011 - Air Traffic Control Specialist Station (HFO)   (see 2)           27.96
30012 - Air Traffic Control Specialist Terminal (HFO)  (see 2)           30.80
30021 - Archeological Technician I                                       16.17
30022 - Archeological Technician II                                      18.10
30023 - Archeological Technician III                                     22.42
30030 - Cartographic Technician                                          22.42
30040 - Civil Engineering Technician                                     26.73
30051 - Cryogenic Technician I                                           25.61
30052 - Cryogenic Technician II                                          28.29
30061 - Drafter/CAD Operator I                                           16.17
30062 - Drafter/CAD Operator II                                          18.10
30063 - Drafter/CAD Operator III                                         20.18
30064 - Drafter/CAD Operator IV                                          24.83
30081 - Engineering Technician I                                         16.33
30082 - Engineering Technician II                                        18.34
30083 - Engineering Technician III                                       20.51
30084 - Engineering Technician IV                                        25.41
30085 - Engineering Technician V                                         31.08
30086 - Engineering Technician VI                                        37.61
30090 - Environmental Technician                                         22.42
30095 - Evidence Control Specialist                                      23.12
30210 - Laboratory Technician                                            22.77
30221 - Latent Fingerprint Technician I                                  25.61
30222 - Latent Fingerprint Technician II                                 28.29
30240 - Mathematical Technician                                          24.66
30361 - Paralegal/Legal Assistant I                                      20.56
30362 - Paralegal/Legal Assistant II                                     25.47
30363 - Paralegal/Legal Assistant III                                    31.16

Case Number: PC-2025-02760
Case 1:25-cv-00358-MRD-PAS  Document 2  Filed 06/16/25  Page 31  PageID #: 2201

```
30084 - Paralegal/Legal Assistant IV                            37.71
30375 - Petroleum Supply Specialist                             28.29
30390 - Photo-Optics Technician                                 22.42
30395 - Radiation Control Technician                            28.29
30461 - Technical Writer I                                      23.53
30462 - Technical Writer II                                     28.79
30463 - Technical Writer III                                    34.83
30491 - Unexploded Ordnance (UXO) Technician I                  25.78
30492 - Unexploded Ordnance (UXO) Technician II                 31.19
30493 - Unexploded Ordnance (UXO) Technician III                37.38
30494 - Unexploded (UXO) Safety Escort                          25.78
30495 - Unexploded (UXO) Sweep Personnel                        25.78
30501 - Weather Forecaster I                                    25.61
30502 - Weather Forecaster II                                   31.15
30620 - Weather Observer Combined Upper Air Or    (see 2)       20.18
Surface Programs
30621 - Weather Observer Senior                   (see 2)       22.42
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                          31.19
31020 - Bus Aide                                                12.73***
31030 - Bus Driver                                              17.53
31043 - Driver Courier                                          15.56
31260 - Parking and Lot Attendant                               11.35***
31290 - Shuttle Bus Driver                                      14.96***
31310 - Taxi Driver                                             14.18***
31361 - Truckdriver Light                                       15.14
31362 - Truckdriver Medium                                      16.30
31363 - Truckdriver Heavy                                       20.60
31364 - Truckdriver Tractor-Trailer                             20.60
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                 15.20
99030 - Cashier                                                 10.94***
99050 - Desk Clerk                                              12.03***
99095 - Embalmer                                                25.35
99130 - Flight Follower                                         25.78
99251 - Laboratory Animal Caretaker I                           13.98***
99252 - Laboratory Animal Caretaker II                          15.07
99260 - Marketing Analyst                                       28.42
99310 - Mortician                                               25.35
99410 - Pest Controller                                         17.18
99510 - Photofinishing Worker                                   13.54***
99710 - Recycling Laborer                                       20.21
99711 - Recycling Specialist                                    23.98
99730 - Refuse Collector                                        18.37
99810 - Sales Clerk                                             12.17***
99820 - School Crossing Guard                                   12.19***
99830 - Survey Party Chief                                      23.73
99831 - Surveying Aide                                          15.72
99832 - Surveying Technician                                    21.57
99840 - Vending Machine Attendant                               19.81
99841 - Vending Machine Repairer                                24.58
99842 - Vending Machine Repairer Helper                         19.81
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Case 1:25-cv-00036-MRD-PAS Document 1-2 Filed 06/13/25 Page 317 of 523 PageID #: 2202

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years 4 weeks after 15 years and 5 weeks after 20 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5149909
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification.  Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case 1:25-cv-00565-MRD-PAS   Document 2   Filed 06/27/25   Page 576 of 1762 PageID #: 2205

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:51 PM
Envelope: 5194908
Reviewer: Carol M.

```
             "REGISTER OF WAGE DETERMINATIONS UNDER |     U.S. DEPARTMENT OF LABOR
            THE SERVICE CONTRACT ACT               | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |          WAGE AND HOUR DIVISION
                                       |          WASHINGTON D.C.  20210
                                       |
                                       |
                                       |
                                       | Wage Determination No.: 2015-4535
Daniel W. Simms        Division of     |        Revision No.: 21
Director          Wage Determinations  | Date Of Last Revision: 03/15/2022
                                       |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida County of Broward

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.84 |
| 01012 - Accounting Clerk II | | 17.79 |
| 01013 - Accounting Clerk III | | 19.89 |
| 01020 - Administrative Assistant | | 28.29 |
| 01035 - Court Reporter | | 19.31 |
| 01041 - Customer Service Representative I | | 13.15*** |
| 01042 - Customer Service Representative II | | 14.56*** |
| 01043 - Customer Service Representative III | | 16.12 |
| 01051 - Data Entry Operator I | | 14.37*** |
| 01052 - Data Entry Operator II | | 15.68 |
| 01060 - Dispatcher Motor Vehicle | | 17.21 |
| 01070 - Document Preparation Clerk | | 14.77*** |
| 01090 - Duplicating Machine Operator | | 14.77*** |
| 01111 - General Clerk I | | 14.69*** |
| 01112 - General Clerk II | | 16.03 |
| 01113 - General Clerk III | | 18.01 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5191908
Reviewer: Carol M.
#: 2207

```
01190 - Housing Referral Assistant                    21.52
01141 - Messenger Courier                           14.85***
01191   Order Clerk I                                 15.11
01192 - Order Clerk II                                16.49
01261 - Personnel Assistant (Employment) I            17.43
01262 - Personnel Assistant (Employment) II           19.49
01263   Personnel Assistant (Employment) III          21.72
01270 - Production Control Clerk                       20.75
01290 - Rental Clerk                                14.93***
01300 - Scheduler Maintenance                         17.27
01311 - Secretary I                                   17.27
01312 - Secretary II                                  19.31
01313 - Secretary III                                 21.52
01320 - Service Order Dispatcher                      15.39
01410   Supply Technician                             28.29
01420 - Survey Worker                                 20.30
01460 - Switchboard Operator/Receptionist           14.49***
01531 - Travel Clerk I                                16.67
01532 - Travel Clerk II                               18.12
01533 - Travel Clerk III                              19.41
01611 - Word Processor I                              15.20
01612 - Word Processor II                             17.06
01613   Word Processor III                            19.08
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass           21.45
05010 - Automotive  Electrician                       19.13
05040   Automotive Glass Installer                    17.86
05070 - Automotive Worker                             17.86
05110 - Mobile Equipment Servicer                     15.10
05130 - Motor Equipment Metal Mechanic                20.40
05160   Motor Equipment Metal Worker                  17.86
05190 - Motor Vehicle Mechanic                        20.40
05220 - Motor Vehicle Mechanic Helper               13.71***
05250 - Motor Vehicle Upholstery Worker               16.52
05280   Motor Vehicle Wrecker                         17.86
05310 - Painter Automotive                            19.13
05340 - Radiator Repair Specialist                    17.86
05370 - Tire Repairer                                 15.15
05400   Transmission Repair Specialist                20.40
07000 - Food Preparation And Service Occupations
07010 - Baker                                       14.25***
07041 - Cook I                                      14.20***
07042 - Cook II                                       16.81
07070 - Dishwasher                                  11.20***
07130 - Food Service Worker                         12.87***
07210 - Meat Cutter                                   16.63
07260   Waiter/Waitress                              9.85***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                   18.05
09040 - Furniture Handler                            9.80***
09080   Furniture Refinisher                          16.48
09090 - Furniture Refinisher Helper                 11.83***
09110 - Furniture Repairer Minor                    14.27***
09130 - Upholsterer                                   18.77
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                            12.17***
11060 - Elevator Operator                           11.64***
11090 - Gardener                                      19.91
11122   Housekeeping Aide                           11.64***
11150 - Janitor                                     11.64***
11210 - Laborer Grounds Maintenance                 14.33***
11240 - Maid or Houseman                            11.42***
11260   Pruner                                      12.48***
11270 - Tractor Operator                              18.07
11330 - Trail Maintenance Worker                    14.33***
```

| | | |
|---|---|---|
| 11960 - Window Cleaner | | 13.36*** |
| 12000 - Health Occupations | | |
| 12010 - Ambulance Driver | | 16.87 |
| 12011 - Breath Alcohol Technician | | 20.79 |
| 12012 - Certified Occupational Therapist Assistant | | 32.71 |
| 12015 - Certified Physical Therapist Assistant | | 29.49 |
| 12020 - Dental Assistant | | 19.65 |
| 12025 - Dental Hygienist | | 35.10 |
| 12030 - EKG Technician | | 24.21 |
| 12035 - Electroneurodiagnostic Technologist | | 24.21 |
| 12040 - Emergency Medical Technician | | 16.87 |
| 12071 - Licensed Practical Nurse I | | 18.59 |
| 12072 - Licensed Practical Nurse II | | 20.79 |
| 12073 - Licensed Practical Nurse III | | 23.17 |
| 12100 - Medical Assistant | | 17.50 |
| 12130 - Medical Laboratory Technician | | 25.82 |
| 12160 - Medical Record Clerk | | 17.77 |
| 12190 - Medical Record Technician | | 20.52 |
| 12195 - Medical Transcriptionist | | 18.61 |
| 12210 - Nuclear Medicine Technologist | | 37.64 |
| 12221 - Nursing Assistant I | | 12.08*** |
| 12222 - Nursing Assistant II | | 13.57*** |
| 12223 - Nursing Assistant III | | 14.82*** |
| 12224 - Nursing Assistant IV | | 16.64 |
| 12235 - Optical Dispenser | | 19.33 |
| 12236 - Optical Technician | | 15.24 |
| 12250 - Pharmacy Technician | | 17.05 |
| 12280 - Phlebotomist | | 16.04 |
| 12305 - Radiologic Technologist | | 28.53 |
| 12311 - Registered Nurse I | | 26.32 |
| 12312 - Registered Nurse II | | 29.80 |
| 12313 - Registered Nurse II Specialist | | 29.80 |
| 12314 - Registered Nurse III | | 36.04 |
| 12315 - Registered Nurse III Anesthetist | | 36.04 |
| 12316 - Registered Nurse IV | | 43.22 |
| 12317 - Scheduler (Drug and Alcohol Testing) | | 25.76 |
| 12320 - Substance Abuse Treatment Counselor | | 24.02 |
| 13000 - Information And Arts Occupations | | |
| 13011 - Exhibits Specialist I | | 21.30 |
| 13012 - Exhibits Specialist II | | 26.39 |
| 13013 - Exhibits Specialist III | | 32.28 |
| 13041 - Illustrator I | | 20.78 |
| 13042 - Illustrator II | | 25.74 |
| 13043 - Illustrator III | | 31.48 |
| 13047 - Librarian | | 30.39 |
| 13050 - Library Aide/Clerk | | 13.41*** |
| 13054 - Library Information Technology Systems Administrator | | 26.99 |
| 13058 - Library Technician | | 19.27 |
| 13061 - Media Specialist I | | 18.57 |
| 13062 - Media Specialist II | | 20.78 |
| 13063 - Media Specialist III | | 23.16 |
| 13071 - Photographer I | | 16.89 |
| 13072 - Photographer II | | 18.89 |
| 13073 - Photographer III | | 23.40 |
| 13074 - Photographer IV | | 28.63 |
| 13075 - Photographer V | | 34.63 |
| 13090 - Technical Order Library Clerk | | 16.85 |
| 13110 - Video Teleconference Technician | | 21.33 |
| 14000 - Information Technology Occupations | | |
| 14041 - Computer Operator I | | 18.05 |
| 14042 - Computer Operator II | | 20.20 |
| 14043 - Computer Operator III | | 22.52 |
| 14044 - Computer Operator IV | | 25.03 |
| 14045 - Computer Operator V | | 27.71 |

```
14071 - Computer Programmer I                          22.63
14072 - Computer Programmer II          (see 1)
14073 - Computer Programmer III         (see 1)
14074 - Computer Programmer IV          (see 1)
14101 - Computer Systems Analyst I      (see 1)
14102 - Computer Systems Analyst II     (see 1)
14103 - Computer Systems Analyst III    (see 1)
14150 - Peripheral Equipment Operator                  18.05
14160 - Personal Computer Support Technician           25.03
14170 - System Support Specialist                      28.42
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)    31.48
   15020 - Aircrew Training Devices Instructor (Rated)        38.08
   15030 - Air Crew Training Devices Instructor (Pilot)       41.70
   15050 - Computer Based Training Specialist / Instructor    31.48
   15060 - Educational Technologist                           29.68
   15070 - Flight Instructor (Pilot)                          41.70
   15080 - Graphic Artist                                     24.26
   15085 - Maintenance Test Pilot Fixed Jet/Prop              40.05
   15086 - Maintenance Test Pilot Rotary Wing                 40.05
   15088 - Non-Maintenance Test/Co-Pilot                      40.05
   15090 - Technical Instructor                               24.76
   15095 - Technical Instructor/Course Developer              30.28
   15110 - Test Proctor                                       19.99
   15120 - Tutor                                              19.99
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                       10.50***
   16030 - Counter Attendant                               10.50***
   16040 - Dry Cleaner                                     13.05***
   16070 - Finisher Flatwork Machine                       10.50***
   16090 - Presser Hand                                    10.50***
   16110 - Presser Machine Drycleaning                     10.50***
   16130 - Presser Machine Shirts                          10.50***
   16160 - Presser Machine Wearing Apparel Laundry         10.50***
   16190 - Sewing Machine Operator                         13.88***
   16220 - Tailor                                          14.72***
   16250 - Washer Machine                                  11.36***
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                  19.65
   19040 - Tool And Die Maker                                 24.98
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                  17.31
   21030 - Material Coordinator                               20.75
   21040 - Material Expediter                                 20.75
   21050 - Material Handling Laborer                       14.33***
   21071 - Order Filler                                    13.04***
   21080 - Production Line Worker (Food Processing)           17.31
   21110 - Shipping Packer                                    15.19
   21130 - Shipping/Receiving Clerk                           15.19
   21140 - Store Worker I                                  10.76***
   21150 - Stock Clerk                                        16.44
   21210 - Tools And Parts Attendant                         17.31
   21410 - Warehouse Specialist                              17.31
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                        36.00
   23019 - Aircraft Logs and Records Technician               27.39
   23021 - Aircraft Mechanic I                                33.83
   23022 - Aircraft Mechanic II                               36.00
   23023 - Aircraft Mechanic III                              38.14
   23040 - Aircraft Mechanic Helper                           22.74
   23050 - Aircraft Painter                                   31.72
   23060 - Aircraft Servicer                                  27.39
   23070 - Aircraft Survival Flight Equipment Technician      31.72
   23080 - Aircraft Worker                                    29.61
   23091 - Aircrew Life Support Equipment (ALSE) Mechanic     29.61
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
23092 - Aircrew Life Support Equipment (ALSE) Mechanic          33.83
II
23110 - Appliance Mechanic                                      20.87
23120 - Bicycle Repairer                                        15.44
23125 - Cable Splicer                                           26.56
23130 - Carpenter Maintenance                                   20.40
23140 - Carpet Layer                                            20.01
23160 - Electrician Maintenance                                 21.98
23181 - Electronics Technician Maintenance I                    24.51
23182 - Electronics Technician Maintenance II                   26.58
23183 - Electronics Technician Maintenance III                  29.81
23260 - Fabric Worker                                           17.63
23290 - Fire Alarm System Mechanic                              22.16
23310 - Fire Extinguisher Repairer                              16.92
23311 - Fuel Distribution System Mechanic                       22.92
23312 - Fuel Distribution System Operator                       16.97
23370 - General Maintenance Worker                              17.47
23380 - Ground Support Equipment Mechanic                       33.83
23381 - Ground Support Equipment Servicer                       27.39
23382 - Ground Support Equipment Worker                         29.61
23391 - Gunsmith I                                              16.92
23392 - Gunsmith II                                             20.00
23393 - Gunsmith III                                            22.85
23410 - Heating Ventilation And Air-Conditioning                21.18
Mechanic
23411 - Heating Ventilation And Air Contidioning                22.54
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                                24.94
23440 - Heavy Equipment Operator                                21.73
23460 - Instrument Mechanic                                     22.85
23465 - Laboratory/Shelter Mechanic                             21.43
23470 - Laborer                                               14.33***
23510 - Locksmith                                               23.19
23530 - Machinery Maintenance Mechanic                          22.98
23550 - Machinist Maintenance                                   21.89
23580 - Maintenance Trades Helper                             14.87***
23591 - Metrology Technician I                                  22.85
23592 - Metrology Technician II                                 24.32
23593 - Metrology Technician III                                25.76
23640 - Millwright                                              21.19
23710 - Office Appliance Repairer                               19.50
23760 - Painter Maintenance                                     17.51
23790 - Pipefitter Maintenance                                  23.94
23810 - Plumber Maintenance                                     22.45
23820 - Pneudraulic Systems Mechanic                            22.85
23850 - Rigger                                                  24.18
23870 - Scale Mechanic                                          20.00
23890 - Sheet-Metal Worker Maintenance                          21.23
23910 - Small Engine Mechanic                                   20.50
23931 - Telecommunications Mechanic I                           30.36
23932 - Telecommunications Mechanic II                          32.31
23950 - Telephone Lineman                                       21.57
23960 - Welder Combination Maintenance                          19.32
23965 - Well Driller                                            23.23
23970 - Woodcraft Worker                                        22.85
23980 - Woodworker                                              16.92
24000 - Personal Needs Occupations
24550 - Case Manager                                            17.89
24570 - Child Care Attendant                                  11.53***
24580 - Child Care Center Clerk                                 15.33
24610 - Chore Aide                                            11.57***
24620 - Family Readiness And Support Services                   17.89
Coordinator
24630 - Homemaker                                               17.89
```

Plant And System Operations Occupations
```
   25010 - Boiler Tender                                          28.05
   25040 - Sewage Plant Operator                                 24.77
   25070 - Stationary Engineer                                   28.05
   25190 - Ventilation Equipment Tender                          18.86
   25210 - Water Treatment Plant Operator                        24.77
27000 - Protective Service Occupations
   27004 - Alarm Monitor                                         26.57
   27007 - Baggage Inspector                                  12.47***
   27008 - Corrections Officer                                   33.02
   27010 - Court Security Officer                                32.52
   27030 - Detection Dog Handler                                 18.11
   27040 - Detention Officer                                     33.02
   27070 - Firefighter                                           33.91
   27101 - Guard I                                            12.47***
   27102 - Guard II                                              18.11
   27131 - Police Officer I                                      33.00
   27132 - Police Officer II                                     36.67
28000 - Recreation Occupations
   28041 - Carnival Equipment Operator                           15.65
   28042 - Carnival Equipment Repairer                           17.24
   28043 - Carnival Worker                                    10.81***
   28210 - Gate Attendant/Gate Tender                            16.93
   28310 - Lifeguard                                             16.05
   28350 - Park Attendant (Aide)                                 18.93
   28510 - Recreation Aide/Health Facility Attendant          13.81***
   28515 - Recreation Specialist                                 23.45
   28630 - Sports Official                                       15.07
   28690 - Swimming Pool Operator                                20.39
29000 - Stevedoring/Longshoremen Occupational Services
   29010 - Blocker And Bracer                                    30.51
   29020 - Hatch Tender                                          30.51
   29030 - Line Handler                                          30.51
   29041 - Stevedore I                                           28.23
   29042 - Stevedore II                                          32.69
30000 - Technical Occupations
   30010 - Air Traffic Control Specialist Center (HFO)   (see 2) 42.91
   30011 - Air Traffic Control Specialist Station (HFO)  (see 2) 29.59
   30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 32.58
   30021 - Archeological Technician I                            19.73
   30022 - Archeological Technician II                           22.06
   30023 - Archeological Technician III                          27.33
   30030 - Cartographic Technician                               27.33
   30040 - Civil Engineering Technician                          25.11
   30051 - Cryogenic Technician I                                29.66
   30052 - Cryogenic Technician II                               32.77
   30061 - Drafter/CAD Operator I                                19.73
   30062 - Drafter/CAD Operator II                               22.06
   30063 - Drafter/CAD Operator III                              24.59
   30064 - Drafter/CAD Operator IV                               30.27
   30081 - Engineering Technician I                              18.79
   30082 - Engineering Technician II                             21.92
   30083 - Engineering Technician III                            24.53
   30084 - Engineering Technician IV                             29.22
   30085 - Engineering Technician V                              35.73
   30086 - Engineering Technician VI                             41.29
   30090 - Environmental Technician                              22.97
   30095 - Evidence Control Specialist                           26.46
   30210 - Laboratory Technician                                 22.08
   30221 - Latent Fingerprint Technician I                       27.03
   30222 - Latent Fingerprint Technician II                      29.86
   30240 - Mathematical Technician                               28.45
   30361 - Paralegal/Legal Assistant I                           21.78
   30362 - Paralegal/Legal Assistant II                          26.97
   30363 - Paralegal/Legal Assistant III                         32.99
```

Case 1:25-cv-00306-MRD-PAS Document 12 Filed 06/13/25 Page 32 of 158 PageID #: 2212

```
30384 - Paralegal/Legal Assistant IV                                39.92
30375 - Petroleum Supply Specialist                                 32.35
30390 - Photo-Optics Technician                                     27.33
30395 - Radiation Control Technician                                32.35
30461 - Technical Writer I                                          25.84
30462 - Technical Writer II                                         31.61
30463 - Technical Writer III                                        38.25
30491 - Unexploded Ordnance (UXO) Technician I                      27.27
30492 - Unexploded Ordnance (UXO) Technician II                     33.00
30493 - Unexploded Ordnance (UXO) Technician III                    39.55
30494 - Unexploded (UXO) Safety Escort                              27.27
30495 - Unexploded (UXO) Sweep Personnel                           27.27
30501 - Weather Forecaster I                                        29.66
30502 - Weather Forecaster II                                       35.64
30620 - Weather Observer Combined Upper Air Or      (see 2)         24.59
Surface Programs
30621 - Weather Observer Senior                     (see 2)         27.33
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                              33.00
31020 - Bus Aide                                                    12.85***
31030 - Bus Driver                                                  19.52
31043 - Driver Courier                                              14.92***
31260 - Parking and Lot Attendant                                  11.10***
31290 - Shuttle Bus Driver                                          16.45
31310 - Taxi Driver                                                 13.27***
31361 - Truckdriver Light                                           16.45
31362 - Truckdriver Medium                                          17.99
31363 - Truckdriver Heavy                                           19.54
31364 - Truckdriver Tractor-Trailer                                 19.54
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                     16.09
99030 - Cashier                                                     10.87***
99050 - Desk Clerk                                                  12.81***
99095 - Embalmer                                                    24.75
99130 - Flight Follower                                             27.27
99251 - Laboratory Animal Caretaker I                               14.27***
99252 - Laboratory Animal Caretaker II                             15.72
99260 - Marketing Analyst                                           29.71
99310 - Mortician                                                   27.23
99410 - Pest Controller                                             17.33
99510 - Photofinishing Worker                                       14.81***
99710 - Recycling Laborer                                           23.99
99711 - Recycling Specialist                                        30.26
99730 - Refuse Collector                                            20.90
99810 - Sales Clerk                                                 12.58***
99820 - School Crossing Guard                                       13.59***
99830 - Survey Party Chief                                          21.79
99831 - Surveying Aide                                              13.16***
99832 - Surveying Technician                                        19.86
99840 - Vending Machine Attendant                                  11.98***
99841 - Vending Machine Repairer                                    15.62
99842 - Vending Machine Repairer Helper                            11.98***
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 5 years and 4 weeks after 15 years.  Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5149906
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.
Case Number: PC-2025-02760 MRD Case Document 1 Filed 06/27/2025 Page 33 of 158 PageID #: 2217

```
          "REGISTER OF WAGE DETERMINATIONS UNDER   |    U.S. DEPARTMENT OF LABOR
            THE SERVICE CONTRACT ACT               | EMPLOYMENT STANDARDS ADMINISTRATION
    By direction of the Secretary of Labor         |      WAGE AND HOUR DIVISION
                                                   |       WASHINGTON D.C.  20210
                                                   |
                                                   |
                                                   |
                                                   |
                                                   | Wage Determination No.: 2015-4561
    Daniel W. Simms        Division of             |      Revision No.: 19
    Director          Wage Determinations|  Date Of Last Revision: 03/15/2022
                                                   |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida Counties of Escambia Santa Rosa

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.31*** |
| 01012 - Accounting Clerk II | | 16.07 |
| 01013 - Accounting Clerk III | | 17.97 |
| 01020 - Administrative Assistant | | 20.01 |
| 01035 - Court Reporter | | 17.80 |
| 01041 - Customer Service Representative I | | 12.02*** |
| 01042 - Customer Service Representative II | | 13.47*** |
| 01043 - Customer Service Representative III | | 14.74*** |
| 01051 - Data Entry Operator I | | 14.78*** |
| 01052 - Data Entry Operator II | | 16.13 |
| 01060 - Dispatcher Motor Vehicle | | 19.69 |
| 01070 - Document Preparation Clerk | | 14.49*** |
| 01090 - Duplicating Machine Operator | | 14.49*** |
| 01111 - General Clerk I | | 12.96*** |
| 01112 - General Clerk II | | 14.14*** |
| 01113 - General Clerk III | | 15.88 |

```
01140 - Housing Referral Assistant                   19.84
01141 - Messenger Courier                            11.49***
01191   Order Clerk I                                15.21
01192 - Order Clerk II                               16.59
01261 - Personnel Assistant (Employment) I           16.52
01262 - Personnel Assistant (Employment) II          18.49
01263   Personnel Assistant (Employment) III         20.61
01270 - Production Control Clerk                      24.53
01290 - Rental Clerk                                  14.40***
01300 - Scheduler Maintenance                         15.90
01311   Secretary I                                  15.90
01312 - Secretary II                                 17.80
01313 - Secretary III                                19.84
01320 - Service Order Dispatcher                     17.60
01410   Supply Technician                            20.01
01420 - Survey Worker                                15.42
01460 - Switchboard Operator/Receptionist            13.81***
01531 - Travel Clerk I                               15.50
01532   Travel Clerk II                              16.47
01533 - Travel Clerk III                             17.57
01611 - Word Processor I                             14.67***
01612 - Word Processor II                            16.48
01613   Word Processor III                           18.43
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass          24.13
05010 - Automotive  Electrician                      20.25
05040   Automotive Glass Installer                   19.43
05070 - Automotive Worker                            18.80
05110 - Mobile Equipment Servicer                    17.06
05130 - Motor Equipment Metal Mechanic               21.33
05160   Motor Equipment Metal Worker                 18.80
05190 - Motor Vehicle Mechanic                       21.33
05220 - Motor Vehicle Mechanic Helper                15.93
05250 - Motor Vehicle Upholstery Worker              18.16
05280   Motor Vehicle Wrecker                        18.80
05310 - Painter Automotive                           20.25
05340 - Radiator Repair Specialist                   18.80
05370 - Tire Repairer                                15.17
05400   Transmission Repair Specialist               21.33
07000 - Food Preparation And Service Occupations
07010 - Baker                                        13.48***
07041 - Cook I                                       13.20***
07042   Cook II                                      15.47
07070 - Dishwasher                                   10.00***
07130 - Food Service Worker                          11.94***
07210 - Meat Cutter                                  19.89
07260   Waiter/Waitress                              10.07***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                  20.46
09040 - Furniture Handler                            12.78***
09080   Furniture Refinisher                         20.46
09090 - Furniture Refinisher Helper                  14.87***
09110 - Furniture Repairer Minor                     17.66
09130   Upholsterer                                  20.46
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                             12.78***
11060 - Elevator Operator                            12.49***
11090 - Gardener                                     17.45
11122   Housekeeping Aide                            10.32***
11150 - Janitor                                      10.32***
11210 - Laborer Grounds Maintenance                  12.99***
11240 - Maid or Houseman                             10.74***
11260   Pruner                                       11.45***
11270 - Tractor Operator                             15.95
11330 - Trail Maintenance Worker                     12.99***
```

```
11980 - Window Cleaner                                    11.70***
12000 - Health Occupations
  12010 - Ambulance Driver                                15.79
  12011 - Breath Alcohol Technician                       19.10
  12012 - Certified Occupational Therapist Assistant      28.16
  12015 - Certified Physical Therapist Assistant          28.22
  12020 - Dental Assistant                                18.98
  12025 - Dental Hygienist                                29.32
  12030 - EKG Technician                                  26.00
  12035 - Electroneurodiagnostic Technologist             26.00
  12040   Emergency Medical Technician                    15.79
  12071 - Licensed Practical Nurse I                      17.08
  12072 - Licensed Practical Nurse II                     19.10
  12073 - Licensed Practical Nurse III                    21.29
  12100   Medical Assistant                               15.17
  12130 - Medical Laboratory Technician                   25.40
  12160 - Medical Record Clerk                            16.63
  12190 - Medical Record Technician                       18.60
  12195   Medical Transcriptionist                        18.31
  12210 - Nuclear Medicine Technologist                   41.98
  12221 - Nursing Assistant I                             12.19***
  12222 - Nursing Assistant II                            13.70***
  12223 - Nursing Assistant III                           14.95***
  12224 - Nursing Assistant IV                            16.79
  12235 - Optical Dispenser                               20.44
  12236 - Optical Technician                              19.24
  12250   Pharmacy Technician                             16.74
  12280 - Phlebotomist                                    16.45
  12305 - Radiologic Technologist                         26.93
  12311 - Registered Nurse I                              23.99
  12312   Registered Nurse II                             29.35
  12313 - Registered Nurse II Specialist                  29.35
  12314 - Registered Nurse III                            35.52
  12315 - Registered Nurse III Anesthetist                35.52
  12316   Registered Nurse IV                             42.56
  12317 - Scheduler (Drug and Alcohol Testing)            23.66
  12320 - Substance Abuse Treatment Counselor             23.31
13000 - Information And Arts Occupations
  13011   Exhibits Specialist I                           21.57
  13012 - Exhibits Specialist II                          26.71
  13013 - Exhibits Specialist III                         32.67
  13041 - Illustrator I                                   21.57
  13042   Illustrator II                                  26.71
  13043 - Illustrator III                                 32.67
  13047 - Librarian                                       29.58
  13050 - Library Aide/Clerk                              11.59***
  13054   Library Information Technology Systems          26.71
  Administrator
  13058 - Library Technician                              21.57
  13061 - Media Specialist I                              19.28
  13062   Media Specialist II                             21.57
  13063   Media Specialist III                            24.04
  13071 - Photographer I                                  16.44
  13072 - Photographer II                                 19.26
  13073   Photographer III                                23.46
  13074 - Photographer IV                                 27.87
  13075 - Photographer V                                  33.73
  13090 - Technical Order Library Clerk                   15.74
  13110   Video Teleconference Technician                 19.07
14000 - Information Technology Occupations
  14041 - Computer Operator I                             15.76
  14042 - Computer Operator II                            17.63
  14043   Computer Operator III                           19.67
  14044 - Computer Operator IV                            21.85
  14045 - Computer Operator V                             24.19
```

| Code | Title | | Rate |
|------|-------|---|------|
| 14071 - Computer Programmer I | | (see 1) | 19.81 |
| 14072 - Computer Programmer II | | (see 1) | 24.56 |
| 14073 - Computer Programmer III | | (see 1) | |
| 14074 - Computer Programmer IV | | (see 1) | |
| 14101 - Computer Systems Analyst I | | (see 1) | |
| 14102 - Computer Systems Analyst II | | (see 1) | |
| 14103 - Computer Systems Analyst III | | (see 1) | |
| 14150 - Peripheral Equipment Operator | | | 15.76 |
| 14160 - Personal Computer Support Technician | | | 21.85 |
| 14170 - System Support Specialist | | | 25.82 |
| 15000 - Instructional Occupations | | | |
| 15010 - Aircrew Training Devices Instructor (Non-Rated) | | | 29.71 |
| 15020 - Aircrew Training Devices Instructor (Rated) | | | 35.95 |
| 15030 - Air Crew Training Devices Instructor (Pilot) | | | 43.09 |
| 15050 - Computer Based Training Specialist / Instructor | | | 29.71 |
| 15060 - Educational Technologist | | | 32.38 |
| 15070 - Flight Instructor (Pilot) | | | 43.09 |
| 15080 - Graphic Artist | | | 22.25 |
| 15085 - Maintenance Test Pilot Fixed Jet/Prop | | | 43.09 |
| 15086 - Maintenance Test Pilot Rotary Wing | | | 43.09 |
| 15088 - Non-Maintenance Test/Co-Pilot | | | 43.09 |
| 15090 - Technical Instructor | | | 20.31 |
| 15095 - Technical Instructor/Course Developer | | | 24.85 |
| 15110 - Test Proctor | | | 16.03 |
| 15120 - Tutor | | | 16.03 |
| 16000 - Laundry Dry-Cleaning Pressing And Related Occupations | | | |
| 16010 - Assembler | | | 10.32*** |
| 16030 - Counter Attendant | | | 10.32*** |
| 16040 - Dry Cleaner | | | 12.24*** |
| 16070 - Finisher Flatwork Machine | | | 10.32*** |
| 16090 - Presser Hand | | | 10.32*** |
| 16110 - Presser Machine Drycleaning | | | 10.32*** |
| 16130 - Presser Machine Shirts | | | 10.32*** |
| 16160 - Presser Machine Wearing Apparel Laundry | | | 10.32*** |
| 16190 - Sewing Machine Operator | | | 13.13*** |
| 16220 - Tailor | | | 13.99*** |
| 16250 - Washer Machine | | | 10.82*** |
| 19000 - Machine Tool Operation And Repair Occupations | | | |
| 19010 - Machine-Tool Operator (Tool Room) | | | 21.16 |
| 19040 - Tool And Die Maker | | | 26.12 |
| 21000 - Materials Handling And Packing Occupations | | | |
| 21020 - Forklift Operator | | | 18.18 |
| 21030 - Material Coordinator | | | 24.53 |
| 21040 - Material Expediter | | | 24.53 |
| 21050 - Material Handling Laborer | | | 13.42*** |
| 21071 - Order Filler | | | 12.68*** |
| 21080 - Production Line Worker (Food Processing) | | | 18.18 |
| 21110 - Shipping Packer | | | 17.13 |
| 21130 - Shipping/Receiving Clerk | | | 17.13 |
| 21140 - Store Worker I | | | 12.41*** |
| 21150 - Stock Clerk | | | 18.22 |
| 21210 - Tools And Parts Attendant | | | 18.18 |
| 21410 - Warehouse Specialist | | | 18.18 |
| 23000 - Mechanics And Maintenance And Repair Occupations | | | |
| 23010 - Aerospace Structural Welder | | | 35.49 |
| 23019 - Aircraft Logs and Records Technician | | | 27.29 |
| 23021 - Aircraft Mechanic I | | | 33.73 |
| 23022 - Aircraft Mechanic II | | | 35.49 |
| 23023 - Aircraft Mechanic III | | | 37.27 |
| 23040 - Aircraft Mechanic Helper | | | 22.99 |
| 23050 - Aircraft Painter | | | 31.63 |
| 23060 - Aircraft Servicer | | | 27.29 |
| 23070 - Aircraft Survival Flight Equipment Technician | | | 31.63 |
| 23080 - Aircraft Worker | | | 29.48 |
| 23091 - Aircrew Life Support Equipment (ALSE) Mechanic | | | 29.48 |

```
        23092 - Aircrew Life Support Equipment (ALSE) Mechanic          33.73
        II
        23110 - Appliance Mechanic                                      19.99
        23120 - Bicycle Mechanic                                        16.83
        23125 - Cable Splicer                                           30.80
        23130 - Carpenter Maintenance                                   21.20
        23140 - Carpet Layer                                            19.72
        23160 - Electrician Maintenance                                 21.33
        23181 - Electronics Technician Maintenance I                    25.32
        23182 - Electronics Technician Maintenance II                   27.15
        23183 - Electronics Technician Maintenance III                  28.96
        23260 - Fabric Worker                                           18.26
        23290 - Fire Alarm System Mechanic                              18.73
        23310 - Fire Extinguisher Repairer                              16.83
        23311 - Fuel Distribution System Mechanic                       21.32
        23312 - Fuel Distribution System Operator                       15.90
        23370 - General Maintenance Worker                              16.86
        23380 - Ground Support Equipment Mechanic                       33.73
        23381 - Ground Support Equipment Servicer                       27.29
        23382 - Ground Support Equipment Worker                         29.48
        23391 - Gunsmith I                                              16.83
        23392 - Gunsmith II                                             19.72
        23393 - Gunsmith III                                            22.57
        23410 - Heating Ventilation And Air-Conditioning                19.19
        Mechanic
        23411 - Heating Ventilation And Air Contidioning                20.19
        Mechanic (Research Facility)
        23430 - Heavy Equipment Mechanic                                20.80
        23440 - Heavy Equipment Operator                                18.73
        23460 - Instrument Mechanic                                     22.57
        23465 - Laboratory/Shelter Mechanic                             21.16
        23470 - Laborer                                              13.42***
        23510 - Locksmith                                               20.66
        23530 - Machinery Maintenance Mechanic                          28.21
        23550 - Machinist Maintenance                                   22.66
        23580 - Maintenance Trades Helper                            13.99***
        23591 - Metrology Technician I                                  22.57
        23592 - Metrology Technician II                                 23.74
        23593 - Metrology Technician III                                24.94
        23640 - Millwright                                              22.57
        23710 - Office Appliance Repairer                               21.02
        23760 - Painter Maintenance                                     19.61
        23790 - Pipefitter Maintenance                                  22.31
        23810 - Plumber Maintenance                                     20.92
        23820 - Pneudraulic Systems Mechanic                            22.57
        23850 - Rigger                                                  22.57
        23870 - Scale Mechanic                                          19.72
        23890 - Sheet-Metal Worker Maintenance                          20.52
        23910 - Small Engine Mechanic                                   18.54
        23931 - Telecommunications Mechanic I                           29.59
        23932 - Telecommunications Mechanic II                          31.14
        23950 - Telephone Lineman                                       19.56
        23960 - Welder Combination Maintenance                          19.89
        23965 - Well Driller                                            22.57
        23970 - Woodcraft Worker                                        22.57
        23980 - Woodworker                                              16.83
     24000 - Personal Needs Occupations
        24550 - Case Manager                                            17.04
        24570 - Child Care Attendant                                 10.54***
        24580 - Child Care Center Clerk                              13.14***
        24610 - Chore Aide                                           11.54***
        24620 - Family Readiness And Support Services                   17.04
        Coordinator
        24630 - Homemaker                                              17.04
```

25000 - Plant And System Operations Occupations
```
    25010 - Boiler Tender                                        25.85
    25040 - Sewage Plant Operator                                21.82
    25070 - Stationary Engineer                                  25.85
    25190 - Ventilation Equipment Tender                         17.62
    25210 - Water Treatment Plant Operator                       21.82
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                        15.29
    27007 - Baggage Inspector                                    12.66***
    27008 - Corrections Officer                                  18.33
    27010 - Court Security Officer                               18.33
    27030 - Detection Dog Handler                                14.17***
    27040 - Detention Officer                                    18.33
    27070 - Firefighter                                          18.12
    27101 - Guard I                                              12.66***
    27102 - Guard II                                             14.17***
    27131 - Police Officer I                                     19.92
    27132 - Police Officer II                                    22.14
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                          13.11***
    28042 - Carnival Equipment Repairer                          14.35***
    28043 - Carnival Worker                                       9.44***
    28210 - Gate Attendant/Gate Tender                           16.77
    28310 - Lifeguard                                            14.93***
    28350 - Park Attendant (Aide)                                18.75
    28510 - Recreation Aide/Health Facility Attendant            13.83***
    28515 - Recreation Specialist                                23.23
    28630 - Sports Official                                      14.93***
    28690 - Swimming Pool Operator                               16.81
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                   23.90
    29020 - Hatch Tender                                         23.90
    29030 - Line Handler                                         23.90
    29041 - Stevedore I                                          22.13
    29042 - Stevedore II                                         25.64
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)  (see 2) 40.29
    30011 - Air Traffic Control Specialist Station (HFO) (see 2) 27.78
    30012 - Air Traffic Control Specialist Terminal (HFO)(see 2) 30.59
    30021 - Archeological Technician I                           16.72
    30022 - Archeological Technician II                          18.70
    30023 - Archeological Technician III                         22.15
    30030 - Cartographic Technician                              23.18
    30040 - Civil Engineering Technician                         24.84
    30051 - Cryogenic Technician I                               24.54
    30052 - Cryogenic Technician II                              27.10
    30061 - Drafter/CAD Operator I                               16.72
    30062 - Drafter/CAD Operator II                              18.70
    30063 - Drafter/CAD Operator III                             20.86
    30064 - Drafter/CAD Operator IV                              25.38
    30081 - Engineering Technician I                             15.23
    30082 - Engineering Technician II                            17.10
    30083 - Engineering Technician III                           19.13
    30084 - Engineering Technician IV                            23.69
    30085 - Engineering Technician V                             28.98
    30086 - Engineering Technician VI                            35.07
    30090 - Environmental Technician                             21.83
    30095 - Evidence Control Specialist                          22.15
    30210 - Laboratory Technician                                23.14
    30221 - Latent Fingerprint Technician I                      25.23
    30222 - Latent Fingerprint Technician II                     27.87
    30240 - Mathematical Technician                              23.18
    30361 - Paralegal/Legal Assistant I                          18.78
    30362 - Paralegal/Legal Assistant II                         23.27
    30363 - Paralegal/Legal Assistant III                        28.47
```

| | |
|---|---|
| 30384 - Paralegal/Legal Assistant IV | 34.43 |
| 30375 - Petroleum Supply Specialist | 27.10 |
| 30390 - Photo-Optics Technician | 23.18 |
| 30395 - Radiation Control Technician | 27.10 |
| 30461 - Technical Writer I | 23.33 |
| 30462 - Technical Writer II | 28.53 |
| 30463 - Technical Writer III | 34.52 |
| 30491 - Unexploded Ordnance (UXO) Technician I | 25.60 |
| 30492 - Unexploded Ordnance (UXO) Technician II | 30.98 |
| 30493 - Unexploded Ordnance (UXO) Technician III | 37.13 |
| 30494 - Unexploded (UXO) Safety Escort | 25.60 |
| 30495 - Unexploded (UXO) Sweep Personnel | 25.60 |
| 30501 - Weather Forecaster I | 25.38 |
| 30502 - Weather Forecaster II | 30.87 |
| 30620 - Weather Observer Combined Upper Air Or    (see 2) Surface Programs | 20.86 |
| 30621 - Weather Observer Senior                    (see 2) | 23.18 |
| 31000 - Transportation/Mobile Equipment Operation Occupations | |
| 31010 - Airplane Pilot | 30.98 |
| 31020 - Bus Aide | 13.34*** |
| 31030 - Bus Driver | 19.51 |
| 31043 - Driver Courier | 12.72*** |
| 31260 - Parking and Lot Attendant | 12.15*** |
| 31290 - Shuttle Bus Driver | 14.41*** |
| 31310 - Taxi Driver | 14.41*** |
| 31361 - Truckdriver Light | 13.92*** |
| 31362 - Truckdriver Medium | 15.10 |
| 31363 - Truckdriver Heavy | 17.77 |
| 31364 - Truckdriver Tractor-Trailer | 17.77 |
| 99000 - Miscellaneous Occupations | |
| 99020 - Cabin Safety Specialist | 15.10 |
| 99030 - Cashier | 10.67*** |
| 99050 - Desk Clerk | 10.73*** |
| 99095 - Embalmer | 29.92 |
| 99130 - Flight Follower | 25.60 |
| 99251 - Laboratory Animal Caretaker I | 13.59*** |
| 99252 - Laboratory Animal Caretaker II | 14.87*** |
| 99260 - Marketing Analyst | 24.70 |
| 99310 - Mortician | 29.92 |
| 99410 - Pest Controller | 20.45 |
| 99510 - Photofinishing Worker | 13.45*** |
| 99710 - Recycling Laborer | 18.36 |
| 99711 - Recycling Specialist | 22.24 |
| 99730 - Refuse Collector | 16.24 |
| 99810 - Sales Clerk | 12.37*** |
| 99820 - School Crossing Guard | 14.44*** |
| 99830 - Survey Party Chief | 19.98 |
| 99831 - Surveying Aide | 10.86*** |
| 99832 - Surveying Technician | 18.17 |
| 99840 - Vending Machine Attendant | 16.54 |
| 99841 - Vending Machine Repairer | 19.95 |
| 99842 - Vending Machine Repairer Helper | 16.54 |

***Workers in this classification may be entitled to a higher minimum wage under Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the Note at the top of the wage determination for more information. Please also note that the minimum wage requirements of Executive Order 14026 and 13658 are not currently being enforced as to contracts or contract-like instruments entered into with the federal government in connection with seasonal recreational services or seasonal recreational equipment rental for the general public on federal lands.

The Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 7 years and 4 weeks after 11 years.  Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5149043
Reviewer: Carol M.

(affirmative proof as the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case 1:25-cv-00565-MRD-PAS   Document 2   Filed 06/17/25   Page 34 of 153   PageID #: 2227

of each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                     "REGISTER OF WAGE DETERMINATIONS UNDER  |   U.S. DEPARTMENT OF LABOR
         THE SERVICE CONTRACT ACT              | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |        WAGE AND HOUR DIVISION
                                               |        WASHINGTON D.C.  20210
                                               |
                                               |
                                               |
                                               |
                                               | Wage Determination No.: 2015-4571
Daniel W. Simms        Division of     |      Revision No.: 17
Director        Wage Determinations|  Date Of Last Revision: 03/15/2022
                                               |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida Counties of Hernando Hillsborough Pasco Pinellas

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.16 |
| 01012 - Accounting Clerk II | | 17.03 |
| 01013 - Accounting Clerk III | | 19.04 |
| 01020 - Administrative Assistant | | 25.13 |
| 01035 - Court Reporter | | 18.36 |
| 01041 - Customer Service Representative I | | 13.18*** |
| 01042 - Customer Service Representative II | | 14.83*** |
| 01043 - Customer Service Representative III | | 16.15 |
| 01051 - Data Entry Operator I | | 13.48*** |
| 01052 - Data Entry Operator II | | 14.71*** |
| 01060 - Dispatcher Motor Vehicle | | 18.05 |
| 01070 - Document Preparation Clerk | | 14.60*** |
| 01090 - Duplicating Machine Operator | | 14.60*** |
| 01111 - General Clerk I | | 13.32*** |
| 01112 - General Clerk II | | 14.54*** |
| 01113 - General Clerk III | | 16.33 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court Document 1-2 Filed 06/13/25 Page 34 of 160 PageID #: 2229

```
01090 - Housing Referral Assistant                20.80
01141 - Messenger Courier                         18.14
01191   Order Clerk I                             14.80***
01192   Order Clerk II                            16.14
01261 - Personnel Assistant (Employment) I        16.45
01262 - Personnel Assistant (Employment) II       18.39
01263   Personnel Assistant (Employment) III      20.50
01270 - Production Control Clerk                   22.16
01290 - Rental Clerk                              14.73***
01300 - Scheduler Maintenance                      16.67
01311   Secretary I                                16.67
01312   Secretary II                               18.65
01313 - Secretary III                              20.80
01320 - Service Order Dispatcher                   16.13
01410   Supply Technician                          25.13
01420 - Survey Worker                              16.42
01460 - Switchboard Operator/Receptionist         14.08***
01531 - Travel Clerk I                             18.05
01532   Travel Clerk II                            19.64
01533 - Travel Clerk III                           21.37
01611 - Word Processor I                          14.76***
01612 - Word Processor II                          16.57
01613   Word Processor III                         18.54
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass        20.57
05010 - Automotive  Electrician                    20.79
05040   Automotive Glass Installer                 19.87
05070 - Automotive Worker                          19.87
05110 - Mobile Equipment Servicer                  18.02
05130 - Motor Equipment Metal Mechanic             21.75
05160   Motor Equipment Metal Worker               19.87
05190 - Motor Vehicle Mechanic                     21.33
05220 - Motor Vehicle Mechanic Helper              17.00
05250 - Motor Vehicle Upholstery Worker            18.94
05280   Motor Vehicle Wrecker                      19.87
05310 - Painter Automotive                         20.79
05340 - Radiator Repair Specialist                 19.87
05370 - Tire Repairer                              15.35
05400   Transmission Repair Specialist             21.53
07000 - Food Preparation And Service Occupations
07010 - Baker                                     13.23***
07041 - Cook I                                    13.96***
07042   Cook II                                    16.24
07070 - Dishwasher                                10.27***
07130 - Food Service Worker                       12.00***
07210 - Meat Cutter                                16.95
07260   Waiter/Waitress                           10.66***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                16.65
09040 - Furniture Handler                         12.13***
09080   Furniture Refinisher                       16.87
09090 - Furniture Refinisher Helper               12.54***
09110 - Furniture Repairer Minor                  14.77***
09130   Upholsterer                                16.93
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                          11.57***
11060 - Elevator Operator                         12.86***
11090 - Gardener                                   17.89
11122   Housekeeping Aide                         12.86***
11150 - Janitor                                   12.86***
11210 - Laborer Grounds Maintenance               13.53***
11240 - Maid or Houseman                          11.21***
11260   Pruner                                    11.90***
11270 - Tractor Operator                           16.45
11330 - Trail Maintenance Worker                  13.53***
```

11990 - Window Cleaner                                           14.62***
12000 - Health Occupations
    12010 - Ambulance Driver                                     17.13
    12011 - Breath Alcohol Technician                            20.04
    12012 - Certified Occupational Therapist Assistant           33.59
    12015 - Certified Physical Therapist Assistant               32.30
    12020  Dental Assistant                                      19.74
    12025 - Dental Hygienist                                     36.71
    12030 - EKG Technician                                       25.86
    12035 - Electroneurodiagnostic Technologist                  25.86
    12040  Emergency Medical Technician                          17.13
    12071 - Licensed Practical Nurse I                           17.92
    12072 - Licensed Practical Nurse II                          20.04
    12073 - Licensed Practical Nurse III                         22.34
    12100  Medical Assistant                                     15.85
    12130 - Medical Laboratory Technician                        23.30
    12160 - Medical Record Clerk                                 17.31
    12190 - Medical Record Technician                            19.36
    12195  Medical Transcriptionist                              19.64
    12210 - Nuclear Medicine Technologist                        36.95
    12221 - Nursing Assistant I                                  11.33***
    12222 - Nursing Assistant II                                 12.73***
    12223  Nursing Assistant III                                 13.89***
    12224 - Nursing Assistant IV                                 15.60
    12235 - Optical Dispenser                                    20.91
    12236 - Optical Technician                                   14.67***
    12250  Pharmacy Technician                                   16.26
    12280 - Phlebotomist                                         16.68
    12305 - Radiologic Technologist                              29.65
    12311 - Registered Nurse I                                   23.88
    12312  Registered Nurse II                                   27.55
    12313 - Registered Nurse II Specialist                       27.55
    12314 - Registered Nurse III                                 33.08
    12315 - Registered Nurse III Anesthetist                     33.08
    12316  Registered Nurse IV                                   39.89
    12317 - Scheduler (Drug and Alcohol Testing)                 24.82
    12320 - Substance Abuse Treatment Counselor                  24.97
13000 - Information And Arts Occupations
    13011  Exhibits Specialist I                                 21.45
    13012 - Exhibits Specialist II                               26.47
    13013 - Exhibits Specialist III                              32.38
    13041 - Illustrator I                                        21.20
    13042  Illustrator II                                        26.25
    13043 - Illustrator III                                      32.12
    13047 - Librarian                                            29.32
    13050 - Library Aide/Clerk                                   13.50***
    13054  Library Information Technology Systems                26.47
    Administrator
    13058 - Library Technician                                   17.65
    13061 - Media Specialist I                                   19.10
    13062  Media Specialist II                                   21.37
    13063  Media Specialist III                                  23.83
    13071 - Photographer I                                       18.09
    13072 - Photographer II                                      20.23
    13073  Photographer III                                      25.08
    13074 - Photographer IV                                      29.18
    13075 - Photographer V                                       35.30
    13090 - Technical Order Library Clerk                        16.95
    13110  Video Teleconference Technician                       18.18
14000 - Information Technology Occupations
    14041 - Computer Operator I                                  18.28
    14042 - Computer Operator II                                 20.46
    14043  Computer Operator III                                 22.81
    14044  Computer Operator IV                                  25.34
    14045  Computer Operator V                                   28.07

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194091
Reviewer: Carol M.
#: 2231

| | | |
|---|---|---|
| 14071 - Computer Programmer I | (see 1) | 22.92 |
| 14072 - Computer Programmer II | (see 1) | 27.56 |
| 14073 - Computer Programmer III | (see 1) | |
| 14074 - Computer Programmer IV | (see 1) | |
| 14101 - Computer Systems Analyst I | (see 1) | |
| 14102 - Computer Systems Analyst II | (see 1) | |
| 14103 - Computer Systems Analyst III | (see 1) | |
| 14150 - Peripheral Equipment Operator | | 18.28 |
| 14160 - Personal Computer Support Technician | | 25.34 |
| 14170 - System Support Specialist | | 36.77 |
| 15000 - Instructional Occupations | | |
| 15010 - Aircrew Training Devices Instructor (Non-Rated) | | 28.58 |
| 15020 - Aircrew Training Devices Instructor (Rated) | | 34.55 |
| 15030 - Air Crew Training Devices Instructor (Pilot) | | 40.70 |
| 15050 - Computer Based Training Specialist / Instructor | | 29.03 |
| 15060 - Educational Technologist | | 29.93 |
| 15070 - Flight Instructor (Pilot) | | 40.70 |
| 15080 - Graphic Artist | | 22.09 |
| 15085 - Maintenance Test Pilot Fixed Jet/Prop | | 40.70 |
| 15086 - Maintenance Test Pilot Rotary Wing | | 40.70 |
| 15088 - Non-Maintenance Test/Co-Pilot | | 40.70 |
| 15090 - Technical Instructor | | 23.56 |
| 15095 - Technical Instructor/Course Developer | | 28.93 |
| 15110 - Test Proctor | | 19.10 |
| 15120 - Tutor | | 19.10 |
| 16000 - Laundry Dry-Cleaning Pressing And Related Occupations | | |
| 16010 - Assembler | | 10.38*** |
| 16030 - Counter Attendant | | 10.38*** |
| 16040 - Dry Cleaner | | 13.17*** |
| 16070 - Finisher Flatwork Machine | | 10.38*** |
| 16090 - Presser Hand | | 10.38*** |
| 16110 - Presser Machine Drycleaning | | 10.38*** |
| 16130 - Presser Machine Shirts | | 10.38*** |
| 16160 - Presser Machine Wearing Apparel Laundry | | 10.38*** |
| 16190 - Sewing Machine Operator | | 14.09*** |
| 16220 - Tailor | | 14.98*** |
| 16250 - Washer Machine | | 11.36*** |
| 19000 - Machine Tool Operation And Repair Occupations | | |
| 19010 - Machine-Tool Operator (Tool Room) | | 21.02 |
| 19040 - Tool And Die Maker | | 25.60 |
| 21000 - Materials Handling And Packing Occupations | | |
| 21020 - Forklift Operator | | 19.33 |
| 21030 - Material Coordinator | | 22.16 |
| 21040 - Material Expediter | | 22.16 |
| 21050 - Material Handling Laborer | | 13.86*** |
| 21071 - Order Filler | | 12.86*** |
| 21080 - Production Line Worker (Food Processing) | | 19.33 |
| 21110 - Shipping Packer | | 15.57 |
| 21130 - Shipping/Receiving Clerk | | 15.57 |
| 21140 - Store Worker I | | 11.33*** |
| 21150 - Stock Clerk | | 16.18 |
| 21210 - Tools And Parts Attendant | | 19.33 |
| 21410 - Warehouse Specialist | | 19.33 |
| 23000 - Mechanics And Maintenance And Repair Occupations | | |
| 23010 - Aerospace Structural Welder | | 33.47 |
| 23019 - Aircraft Logs and Records Technician | | 26.15 |
| 23021 - Aircraft Mechanic I | | 31.78 |
| 23022 - Aircraft Mechanic II | | 33.47 |
| 23023 - Aircraft Mechanic III | | 34.91 |
| 23040 - Aircraft Mechanic Helper | | 22.21 |
| 23050 - Aircraft Painter | | 28.48 |
| 23060 - Aircraft Servicer | | 26.15 |
| 23070 - Aircraft Survival Flight Equipment Technician | | 28.48 |
| 23080 - Aircraft Worker | | 28.09 |
| 23091 - Aircrew Life Support Equipment (ALSE) Mechanic | | 28.09 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
        23092 - Aircrew Life Support Equipment (ALSE) Mechanic        31.78
        II
        23110 - Appliance Mechanic                                    19.93
        23120 - Bicycle Mechanic                                      17.08
        23125 - Cable Splicer                                         26.44
        23130 - Carpenter Maintenance                                 18.79
        23140 - Carpet Layer                                          16.68
        23160 - Electrician Maintenance                               21.31
        23181 - Electronics Technician Maintenance I                  25.13
        23182 - Electronics Technician Maintenance II                 26.71
        23183 - Electronics Technician Maintenance III                28.42
        23260 - Fabric Worker                                         18.49
        23290 - Fire Alarm System Mechanic                            23.38
        23310 - Fire Extinguisher Repairer                            17.08
        23311 - Fuel Distribution System Mechanic                     21.87
        23312 - Fuel Distribution System Operator                     16.63
        23370 - General Maintenance Worker                            17.51
        23380 - Ground Support Equipment Mechanic                     31.78
        23381 - Ground Support Equipment Servicer                     26.15
        23382 - Ground Support Equipment Worker                       28.09
        23391 - Gunsmith I                                            17.08
        23392 - Gunsmith II                                           19.87
        23393 - Gunsmith III                                          22.47
        23410 - Heating Ventilation And Air-Conditioning              21.72
        Mechanic
        23411 - Heating Ventilation And Air Contidioning              22.88
        Mechanic (Research Facility)
        23430 - Heavy Equipment Mechanic                              23.71
        23440 - Heavy Equipment Operator                              18.49
        23460 - Instrument Mechanic                                   22.19
        23465 - Laboratory/Shelter Mechanic                           21.12
        23470 - Laborer                                            13.86***
        23510 - Locksmith                                             19.76
        23530 - Machinery Maintenance Mechanic                        26.18
        23550 - Machinist Maintenance                                 19.84
        23580 - Maintenance Trades Helper                          14.98***
        23591 - Metrology Technician I                                22.19
        23592 - Metrology Technician II                               23.38
        23593 - Metrology Technician III                              24.37
        23640 - Millwright                                            21.40
        23710 - Office Appliance Repairer                             18.68
        23760 - Painter Maintenance                                   19.58
        23790 - Pipefitter Maintenance                                22.78
        23810 - Plumber Maintenance                                   21.42
        23820 - Pneudraulic Systems Mechanic                          22.47
        23850 - Rigger                                                23.63
        23870 - Scale Mechanic                                        19.87
        23890 - Sheet-Metal Worker Maintenance                        20.58
        23910 - Small Engine Mechanic                                 17.43
        23931 - Telecommunications Mechanic I                         24.35
        23932 - Telecommunications Mechanic II                        25.65
        23950 - Telephone Lineman                                     23.50
        23960 - Welder Combination Maintenance                        19.35
        23965 - Well Driller                                          19.99
        23970 - Woodcraft Worker                                      22.47
        23980 - Woodworker                                            17.08
    24000 - Personal Needs Occupations
        24550 - Case Manager                                          16.57
        24570 - Child Care Attendant                               11.16***
        24580 - Child Care Center Clerk                            14.10***
        24610 - Chore Aide                                         11.25***
        24620 - Family Readiness And Support Services                 16.57
        Coordinator
        24630 - Homemaker                                            17.33
```

Case 1:25-cv-00368-MRD-PAS Document 2 Filed 06/13/25 Page 348 of 624 PageID #: 2233

| | |
|---|---:|
| Plant And System Operations Occupations | |
| 25010 - Boiler Tender | 28.60 |
| 25040 - Sewage Plant Operator | 21.65 |
| 25070 - Stationary Engineer | 28.60 |
| 25190 - Ventilation Equipment Tender | 19.99 |
| 25210 - Water Treatment Plant Operator | 21.65 |
| 27000 - Protective Service Occupations | |
| 27004 - Alarm Monitor | 18.46 |
| 27007 - Baggage Inspector | 13.39*** |
| 27008 - Corrections Officer | 24.75 |
| 27010 - Court Security Officer | 24.14 |
| 27030 - Detection Dog Handler | 16.69 |
| 27040 - Detention Officer | 24.75 |
| 27070 - Firefighter | 23.53 |
| 27101 - Guard I | 13.39*** |
| 27102 - Guard II | 16.29 |
| 27131 - Police Officer I | 26.60 |
| 27132 - Police Officer II | 29.56 |
| 28000 - Recreation Occupations | |
| 28041 - Carnival Equipment Operator | 13.52*** |
| 28042 - Carnival Equipment Repairer | 14.71*** |
| 28043 - Carnival Worker | 9.78*** |
| 28210 - Gate Attendant/Gate Tender | 14.89*** |
| 28310 - Lifeguard | 11.59*** |
| 28350 - Park Attendant (Aide) | 16.65 |
| 28510 - Recreation Aide/Health Facility Attendant | 12.15*** |
| 28515 - Recreation Specialist | 20.63 |
| 28630 - Sports Official | 13.26*** |
| 28690 - Swimming Pool Operator | 17.11 |
| 29000 - Stevedoring/Longshoremen Occupational Services | |
| 29010 - Blocker And Bracer | 31.00 |
| 29020 - Hatch Tender | 31.00 |
| 29030 - Line Handler | 31.00 |
| 29041 - Stevedore I | 28.85 |
| 29042 - Stevedore II | 32.95 |
| 30000 - Technical Occupations | |
| 30010 - Air Traffic Control Specialist Center (HFO)   (see 2) | 40.29 |
| 30011 - Air Traffic Control Specialist Station (HFO)  (see 2) | 27.78 |
| 30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) | 30.59 |
| 30021 - Archeological Technician I | 17.43 |
| 30022 - Archeological Technician II | 19.49 |
| 30023 - Archeological Technician III | 24.14 |
| 30030 - Cartographic Technician | 24.49 |
| 30040 - Civil Engineering Technician | 24.37 |
| 30051 - Cryogenic Technician I | 26.74 |
| 30052 - Cryogenic Technician II | 29.54 |
| 30061 - Drafter/CAD Operator I | 17.43 |
| 30062 - Drafter/CAD Operator II | 19.49 |
| 30063 - Drafter/CAD Operator III | 21.72 |
| 30064 - Drafter/CAD Operator IV | 26.74 |
| 30081 - Engineering Technician I | 16.69 |
| 30082 - Engineering Technician II | 18.74 |
| 30083 - Engineering Technician III | 21.23 |
| 30084 - Engineering Technician IV | 24.45 |
| 30085 - Engineering Technician V | 28.32 |
| 30086 - Engineering Technician VI | 32.37 |
| 30090 - Environmental Technician | 22.11 |
| 30095 - Evidence Control Specialist | 24.14 |
| 30210 - Laboratory Technician | 23.36 |
| 30221 - Latent Fingerprint Technician I | 23.91 |
| 30222 - Latent Fingerprint Technician II | 26.41 |
| 30240 - Mathematical Technician | 28.52 |
| 30361 - Paralegal/Legal Assistant I | 19.10 |
| 30362 - Paralegal/Legal Assistant II | 23.66 |
| 30363 - Paralegal/Legal Assistant III | 28.94 |

Case 1:25-cv-00306-MRD-PAS   Document 12   Filed 06/17/25   Page 349 of 605 PageID #: 2234

| Code - Occupation | Rate |
|---|---|
| 30084 - Paralegal/Legal Assistant IV | 35.01 |
| 30375 - Petroleum Supply Specialist | 29.54 |
| 30390 - Photo-Optics Technician | 24.14 |
| 30395 - Radiation Control Technician | 29.54 |
| 30461 - Technical Writer I | 24.10 |
| 30462 - Technical Writer II | 29.47 |
| 30463 - Technical Writer III | 35.66 |
| 30491 - Unexploded Ordnance (UXO) Technician I | 25.60 |
| 30492 - Unexploded Ordnance (UXO) Technician II | 30.98 |
| 30493 - Unexploded Ordnance (UXO) Technician III | 37.13 |
| 30494 - Unexploded (UXO) Safety Escort | 25.60 |
| 30495 - Unexploded (UXO) Sweep Personnel | 25.60 |
| 30501 - Weather Forecaster I | 26.74 |
| 30502 - Weather Forecaster II | 32.53 |
| 30620 - Weather Observer Combined Upper Air Or         (see 2)   Surface Programs | 21.72 |
| 30621 - Weather Observer Senior         (see 2) | 24.14 |
| 31000 - Transportation/Mobile Equipment Operation Occupations | |
| 31010 - Airplane Pilot | 30.98 |
| 31020 - Bus Aide | 12.43*** |
| 31030 - Bus Driver | 17.80 |
| 31043 - Driver Courier | 14.66*** |
| 31260 - Parking and Lot Attendant | 10.41*** |
| 31290 - Shuttle Bus Driver | 15.06 |
| 31310 - Taxi Driver | 13.29*** |
| 31361 - Truckdriver Light | 15.95 |
| 31362 - Truckdriver Medium | 17.26 |
| 31363 - Truckdriver Heavy | 19.33 |
| 31364 - Truckdriver Tractor-Trailer | 19.33 |
| 99000 - Miscellaneous Occupations | |
| 99020 - Cabin Safety Specialist | 15.10 |
| 99030 - Cashier | 11.07*** |
| 99050 - Desk Clerk | 11.50*** |
| 99095 - Embalmer | 26.58 |
| 99130 - Flight Follower | 25.60 |
| 99251 - Laboratory Animal Caretaker I | 13.33*** |
| 99252 - Laboratory Animal Caretaker II | 14.51*** |
| 99260 - Marketing Analyst | 29.62 |
| 99310 - Mortician | 26.58 |
| 99410 - Pest Controller | 20.93 |
| 99510 - Photofinishing Worker | 13.45*** |
| 99710 - Recycling Laborer | 22.17 |
| 99711 - Recycling Specialist | 26.96 |
| 99730 - Refuse Collector | 19.50 |
| 99810 - Sales Clerk | 12.49*** |
| 99820 - School Crossing Guard | 13.43*** |
| 99830 - Survey Party Chief | 19.11 |
| 99831 - Surveying Aide | 11.75*** |
| 99832 - Surveying Technician | 17.94 |
| 99840 - Vending Machine Attendant | 13.04*** |
| 99841 - Vending Machine Repairer | 15.79 |
| 99842 - Vending Machine Repairer Helper | 13.04*** |

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017. If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking. Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors. A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; and 3 weeks after 5 years. Length of service includes the whole span of
continuous service with the present contractor or successor wherever employed and
with the predecessor contractors in the performance of similar work at the same
Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541. Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families. In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees. For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption. Therefore the exemption applies only to computer employees

satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

of each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                   "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
                 THE SERVICE CONTRACT ACT               | EMPLOYMENT STANDARDS ADMINISTRATION
         By direction of the Secretary of Labor         |       WAGE AND HOUR DIVISION
                                                        |        WASHINGTON D.C.  20210
                                                        |
                                                        |
                                                        |
                                                        |
         Daniel W. Simms          Division of           | Wage Determination No.: 2015-4567
         Director            Wage Determinations|         Revision No.: 18
                                                        | Date Of Last Revision: 03/15/2022
                                                        |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order |
|after January 30 2022 or the           |14026 applies to the contract.          |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |

|If the contract was awarded on or      |With certain exceptions Executive Order |
|between January 1 2015 and January 29  |13658 applies to the contract.          |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

---

State: Florida

Area: Florida County of Indian River

---

        **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                          FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                    16.42
   01012 - Accounting Clerk II                                   18.44
   01013   Accounting Clerk III                                  20.62
   01020 - Administrative Assistant                              24.05
   01035 - Court Reporter                                        17.89
   01041 - Customer Service Representative I                     13.04***
   01042   Customer Service Representative II                    14.48***
   01043 - Customer Service Representative III                   15.99
   01051 - Data Entry Operator I                                 13.91***
   01052 - Data Entry Operator II                                15.18
   01060   Dispatcher Motor Vehicle                              16.31
   01070 - Document Preparation Clerk                            14.97***
   01090 - Duplicating Machine Operator                         14.97***
   01111 - General Clerk I                                       13.84***
   01112   General Clerk II                                      15.11
   01113 - General Clerk III                                     16.96

https://sam.gov/wage-determination/2015-4567/18                              1/11
```

```
01140 - Housing Referral Assistant                    19.94
01141 - Messenger Courier                             12.16***
01191   Order Clerk I                                 13.05***
01192 - Order Clerk II                                14.24***
01261 - Personnel Assistant (Employment) I            15.99
01262 - Personnel Assistant (Employment) II           17.89
01263   Personnel Assistant (Employment) III          19.94
01270 - Production Control Clerk                       19.41
01290 - Rental Clerk                                  16.63
01300 - Scheduler Maintenance                         15.99
01311   Secretary I                                   15.99
01312 - Secretary II                                  17.89
01313 - Secretary III                                 19.94
01320 - Service Order Dispatcher                      14.82***
01410   Supply Technician                             24.05
01420 - Survey Worker                                 17.89
01460 - Switchboard Operator/Receptionist             13.96***
01531 - Travel Clerk I                                14.37***
01532   Travel Clerk II                               15.61
01533 - Travel Clerk III                              16.71
01611 - Word Processor I                              14.24***
01612 - Word Processor II                             15.99
01613   Word Processor III                            17.89
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass           19.32
05010 - Automotive  Electrician                       18.70
05040   Automotive Glass Installer                    17.58
05070 - Automotive Worker                             17.58
05110 - Mobile Equipment Servicer                     15.50
05130 - Motor Equipment Metal Mechanic                19.85
05160   Motor Equipment Metal Worker                  17.58
05190 - Motor Vehicle Mechanic                        19.85
05220 - Motor Vehicle Mechanic Helper                 14.58***
05250 - Motor Vehicle Upholstery Worker               16.58
05280   Motor Vehicle Wrecker                         17.58
05310 - Painter Automotive                            18.70
05340 - Radiator Repair Specialist                    17.58
05370 - Tire Repairer                                 13.67***
05400   Transmission Repair Specialist                19.85
07000 - Food Preparation And Service Occupations
07010 - Baker                                         15.17
07041 - Cook I                                        13.91***
07042   Cook II                                       16.01
07070 - Dishwasher                                    11.67***
07130 - Food Service Worker                           12.16***
07210 - Meat Cutter                                   16.31
07260   Waiter/Waitress                               10.21***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                   18.96
09040 - Furniture Handler                             13.01***
09080   Furniture Refinisher                          19.53
09090 - Furniture Refinisher Helper                   14.80***
09110 - Furniture Repairer Minor                      17.18
09130   Upholsterer                                   20.51
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                              11.66***
11060 - Elevator Operator                             11.66***
11090 - Gardener                                      18.57
11122   Housekeeping Aide                             12.17***
11150 - Janitor                                       12.17***
11210 - Laborer Grounds Maintenance                   14.52***
11240 - Maid or Houseman                              12.09***
11260   Pruner                                        13.17***
11270 - Tractor Operator                              17.22
11330 - Trail Maintenance Worker                      14.52***
```

| | | |
|---|---|---|
| 11990 - Window Cleaner | | 13.42*** |
| 12000 - Health Occupations | | |
| 12010 - Ambulance Driver | | 20.92 |
| 12011 - Breath Alcohol Technician | | 20.92 |
| 12012 - Certified Occupational Therapist Assistant | | 28.69 |
| 12015 - Certified Physical Therapist Assistant | | 29.20 |
| 12020 - Dental Assistant | | 19.22 |
| 12025 - Dental Hygienist | | 34.61 |
| 12030 - EKG Technician | | 31.46 |
| 12035 - Electroneurodiagnostic Technologist | | 31.46 |
| 12040 - Emergency Medical Technician | | 20.92 |
| 12071 - Licensed Practical Nurse I | | 18.70 |
| 12072 - Licensed Practical Nurse II | | 20.92 |
| 12073 - Licensed Practical Nurse III | | 23.31 |
| 12100 - Medical Assistant | | 16.55 |
| 12130 - Medical Laboratory Technician | | 27.31 |
| 12160 - Medical Record Clerk | | 16.12 |
| 12190 - Medical Record Technician | | 18.02 |
| 12195 - Medical Transcriptionist | | 18.70 |
| 12210 - Nuclear Medicine Technologist | | 45.96 |
| 12221 - Nursing Assistant I | | 12.81*** |
| 12222 - Nursing Assistant II | | 14.39*** |
| 12223 - Nursing Assistant III | | 15.71 |
| 12224 - Nursing Assistant IV | | 17.64 |
| 12235 - Optical Dispenser | | 19.45 |
| 12236 - Optical Technician | | 18.70 |
| 12250 - Pharmacy Technician | | 15.82 |
| 12280 - Phlebotomist | | 15.72 |
| 12305 - Radiologic Technologist | | 26.48 |
| 12311 - Registered Nurse I | | 26.16 |
| 12312 - Registered Nurse II | | 32.00 |
| 12313 - Registered Nurse II Specialist | | 32.00 |
| 12314 - Registered Nurse III | | 38.72 |
| 12315 - Registered Nurse III Anesthetist | | 38.72 |
| 12316 - Registered Nurse IV | | 46.42 |
| 12317 - Scheduler (Drug and Alcohol Testing) | | 25.91 |
| 12320 - Substance Abuse Treatment Counselor | | 23.54 |
| 13000 - Information And Arts Occupations | | |
| 13011 - Exhibits Specialist I | | 22.52 |
| 13012 - Exhibits Specialist II | | 27.90 |
| 13013 - Exhibits Specialist III | | 34.12 |
| 13041 - Illustrator I | | 22.52 |
| 13042 - Illustrator II | | 27.90 |
| 13043 - Illustrator III | | 34.12 |
| 13047 - Librarian | | 30.89 |
| 13050 - Library Aide/Clerk | | 17.56 |
| 13054 - Library Information Technology Systems Administrator | | 27.90 |
| 13058 - Library Technician | | 22.52 |
| 13061 - Media Specialist I | | 20.13 |
| 13062 - Media Specialist II | | 22.52 |
| 13063 - Media Specialist III | | 25.10 |
| 13071 - Photographer I | | 20.13 |
| 13072 - Photographer II | | 22.52 |
| 13073 - Photographer III | | 27.90 |
| 13074 - Photographer IV | | 34.12 |
| 13075 - Photographer V | | 41.29 |
| 13090 - Technical Order Library Clerk | | 20.21 |
| 13110 - Video Teleconference Technician | | 20.13 |
| 14000 - Information Technology Occupations | | |
| 14041 - Computer Operator I | | 16.15 |
| 14042 - Computer Operator II | | 18.06 |
| 14043 - Computer Operator III | | 20.14 |
| 14044 - Computer Operator IV | | 22.37 |
| 14045 - Computer Operator V | | 24.79 |

14071 - Computer Programmer I                    (see 1)                    23.18
14072 - Computer Programmer II                   (see 1)
14073 - Computer Programmer III                  (see 1)
14074 - Computer Programmer IV                   (see 1)
14101 - Computer Systems Analyst I               (see 1)
14102 - Computer Systems Analyst II              (see 1)
14103 - Computer Systems Analyst III             (see 1)
14150 - Peripheral Equipment Operator                                       16.15
14160 - Personal Computer Support Technician                                22.37
14170 - System Support Specialist                                           24.79
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)                   29.98
   15020 - Aircrew Training Devices Instructor (Rated)                       34.26
   15030 - Air Crew Training Devices Instructor (Pilot)                      38.96
   15050 - Computer Based Training Specialist / Instructor                   29.98
   15060 - Educational Technologist                                          29.21
   15070 - Flight Instructor (Pilot)                                         38.96
   15080 - Graphic Artist                                                    21.03
   15085 - Maintenance Test Pilot Fixed Jet/Prop                             41.06
   15086 - Maintenance Test Pilot Rotary Wing                                41.06
   15088 - Non-Maintenance Test/Co-Pilot                                     41.06
   15090 - Technical Instructor                                              26.40
   15095 - Technical Instructor/Course Developer                             31.35
   15110 - Test Proctor                                                      21.66
   15120 - Tutor                                                             21.66
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                                         10.61***
   16030 - Counter Attendant                                                 10.61***
   16040 - Dry Cleaner                                                       13.19***
   16070 - Finisher Flatwork Machine                                         10.61***
   16090 - Presser Hand                                                      10.61***
   16110 - Presser Machine Drycleaning                                       10.61***
   16130 - Presser Machine Shirts                                            10.61***
   16160 - Presser Machine Wearing Apparel Laundry                          10.61***
   16190 - Sewing Machine Operator                                           14.02***
   16220 - Tailor                                                            14.87***
   16250 - Washer Machine                                                    11.48***
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                                 19.37
   19040 - Tool And Die Maker                                                23.93
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                                 15.24
   21030 - Material Coordinator                                              19.41
   21040 - Material Expediter                                                19.41
   21050 - Material Handling Laborer                                         15.14
   21071 - Order Filler                                                      14.49***
   21080 - Production Line Worker (Food Processing)                          15.24
   21110 - Shipping Packer                                                   16.93
   21130 - Shipping/Receiving Clerk                                          16.93
   21140 - Store Worker I                                                    13.62***
   21150 - Stock Clerk                                                       18.22
   21210 - Tools And Parts Attendant                                         15.24
   21410 - Warehouse Specialist                                             15.24
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                                       24.95
   23019 - Aircraft Logs and Records Technician                             19.26
   23021 - Aircraft Mechanic I                                               23.60
   23022 - Aircraft Mechanic II                                             24.95
   23023 - Aircraft Mechanic III                                            26.28
   23040 - Aircraft Mechanic Helper                                          16.85
   23050 - Aircraft Painter                                                  21.90
   23060 - Aircraft Servicer                                                 19.26
   23070 - Aircraft Survival Flight Equipment Technician                     21.90
   23080 - Aircraft Worker                                                   20.58
   23091 - Aircrew Life Support Equipment (ALSE) Mechanic                    20.58

```
           23092 - Aircrew Life Support Equipment (ALSE) Mechanic        23.60
        II
        23110 - Appliance Mechanic                                       19.37
        23120 - Bicycle Repairer                                         15.83
        23125 - Cable Splicer                                            24.84
        23130 - Carpenter Maintenance                                    19.48
        23140 - Carpet Layer                                             18.21
        23160 - Electrician Maintenance                                  22.10
        23181 - Electronics Technician Maintenance I                     22.65
        23182 - Electronics Technician Maintenance II                    24.25
        23183 - Electronics Technician Maintenance III                   25.73
        23260 - Fabric Worker                                            17.04
        23290 - Fire Alarm System Mechanic                               20.56
        23310 - Fire Extinguisher Repairer                               15.83
        23311 - Fuel Distribution System Mechanic                        20.56
        23312 - Fuel Distribution System Operator                        16.75
        23370 - General Maintenance Worker                               17.61
        23380 - Ground Support Equipment Mechanic                        23.60
        23381 - Ground Support Equipment Servicer                        19.26
        23382 - Ground Support Equipment Worker                          20.58
        23391 - Gunsmith I                                               17.56
        23392 - Gunsmith II                                              20.20
        23393 - Gunsmith III                                             22.75
        23410 - Heating Ventilation And Air-Conditioning                 21.59
        Mechanic
        23411 - Heating Ventilation And Air Contidioning                 22.83
        Mechanic (Research Facility)
        23430 - Heavy Equipment Mechanic                                 20.74
        23440 - Heavy Equipment Operator                                 20.78
        23460 - Instrument Mechanic                                      20.56
        23465 - Laboratory/Shelter Mechanic                              20.21
        23470 - Laborer                                                  15.14
        23510 - Locksmith                                                19.37
        23530 - Machinery Maintenance Mechanic                           23.76
        23550 - Machinist Maintenance                                    20.56
        23580 - Maintenance Trades Helper                                17.08
        23591 - Metrology Technician I                                   20.56
        23592 - Metrology Technician II                                  21.74
        23593 - Metrology Technician III                                 22.90
        23640 - Millwright                                               20.56
        23710 - Office Appliance Repairer                                19.37
        23760 - Painter Maintenance                                      17.50
        23790 - Pipefitter Maintenance                                   24.05
        23810 - Plumber Maintenance                                      22.66
        23820 - Pneudraulic Systems Mechanic                             20.56
        23850 - Rigger                                                   20.56
        23870 - Scale Mechanic                                           18.21
        23890 - Sheet-Metal Worker Maintenance                           19.20
        23910 - Small Engine Mechanic                                    18.15
        23931 - Telecommunications Mechanic I                            24.60
        23932 - Telecommunications Mechanic II                           26.01
        23950 - Telephone Lineman                                        21.31
        23960 - Welder Combination Maintenance                           21.28
        23965 - Well Driller                                             20.56
        23970 - Woodcraft Worker                                         20.56
        23980 - Woodworker                                               15.83
     24000 - Personal Needs Occupations
        24550 - Case Manager                                             15.54
        24570 - Child Care Attendant                                     12.03***
        24580 - Child Care Center Clerk                                  14.99***
        24610 - Chore Aide                                               12.04***
        24620 - Family Readiness And Support Services                    15.54
        Coordinator
        24630 - Homemaker                                                16.67
```

24000 - Plant And System Operations Occupations

```
    25010 - Boiler Tender                                          20.56
    25040 - Sewage Plant Operator                                  27.49
    25070 - Stationary Engineer                                    20.56
    25190 - Ventilation Equipment Tender                       14.68***
    25210 - Water Treatment Plant Operator                         27.49
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                          19.14
    27007 - Baggage Inspector                                  14.32***
    27008 - Corrections Officer                                    18.77
    27010 - Court Security Officer                                 18.77
    27030 - Detection Dog Handler                                  17.09
    27040 - Detention Officer                                      18.77
    27070 - Firefighter                                            21.14
    27101 - Guard I                                            14.32***
    27102 - Guard II                                               17.09
    27131 - Police Officer I                                       22.07
    27132 - Police Officer II                                      24.53
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                        13.51***
    28042 - Carnival Equipment Repairer                        14.56***
    28043 - Carnival Worker                                    10.33***
    28210 - Gate Attendant/Gate Tender                             15.48
    28310 - Lifeguard                                              15.68
    28350 - Park Attendant (Aide)                                  17.32
    28510 - Recreation Aide/Health Facility Attendant         12.64***
    28515 - Recreation Specialist                                 21.45
    28630 - Sports Official                                    13.79***
    28690 - Swimming Pool Operator                                 16.76
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                     18.21
    29020 - Hatch Tender                                           18.21
    29030 - Line Handler                                           18.21
    29041 - Stevedore I                                            17.04
    29042 - Stevedore II                                           20.11
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)   42.91
    30011 - Air Traffic Control Specialist Station (HFO) (see 2)   29.59
    30012 - Air Traffic Control Specialist Terminal (HFO)(see 2)   32.58
    30021 - Archeological Technician I                             18.73
    30022 - Archeological Technician II                            20.94
    30023 - Archeological Technician III                           25.95
    30030 - Cartographic Technician                                25.95
    30040 - Civil Engineering Technician                           25.95
    30051 - Cryogenic Technician I                                 28.73
    30052 - Cryogenic Technician II                                31.75
    30061 - Drafter/CAD Operator I                                 18.73
    30062 - Drafter/CAD Operator II                                20.94
    30063 - Drafter/CAD Operator III                               23.35
    30064 - Drafter/CAD Operator IV                                28.73
    30081 - Engineering Technician I                               16.68
    30082 - Engineering Technician II                              18.73
    30083 - Engineering Technician III                             20.94
    30084 - Engineering Technician IV                              25.95
    30085 - Engineering Technician V                               31.75
    30086 - Engineering Technician VI                              38.40
    30090 - Environmental Technician                               25.95
    30095 - Evidence Control Specialist                            25.95
    30210 - Laboratory Technician                                  23.35
    30221 - Latent Fingerprint Technician I                        28.73
    30222 - Latent Fingerprint Technician II                       31.75
    30240 - Mathematical Technician                                25.95
    30361 - Paralegal/Legal Assistant I                            21.07
    30362 - Paralegal/Legal Assistant II                           26.10
    30363 - Paralegal/Legal Assistant III                          31.93
```

```
30084 - Paralegal/Legal Assistant IV                            38.64
30375 - Petroleum Supply Specialist                             31.75
30390 - Photo-Optics Technician                                 23.99
30395 - Radiation Control Technician                            31.75
30461 - Technical Writer I                                      25.95
30462 - Technical Writer II                                     31.75
30463 - Technical Writer III                                    38.40
30491 - Unexploded Ordnance (UXO) Technician I                  27.27
30492 - Unexploded Ordnance (UXO) Technician II                 33.00
30493 - Unexploded Ordnance (UXO) Technician III                39.55
30494 - Unexploded (UXO) Safety Escort                          27.27
30495 - Unexploded (UXO) Sweep Personnel                        27.27
30501 - Weather Forecaster I                                    28.73
30502 - Weather Forecaster II                                   34.95
30620 - Weather Observer Combined Upper Air Or      (see 2)     23.35
Surface Programs
30621 - Weather Observer Senior                     (see 2)     25.95
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                          33.00
31020 - Bus Aide                                             11.55***
31030 - Bus Driver                                             15.91
31043 - Driver Courier                                         15.56
31260 - Parking and Lot Attendant                           11.35***
31290 - Shuttle Bus Driver                                     16.25
31310 - Taxi Driver                                            16.96
31361 - Truckdriver Light                                    14.77***
31362 - Truckdriver Medium                                     15.11
31363 - Truckdriver Heavy                                      18.70
31364 - Truckdriver Tractor-Trailer                            18.70
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                16.09
99030 - Cashier                                             11.58***
99050 - Desk Clerk                                          12.32***
99095 - Embalmer                                               27.27
99130 - Flight Follower                                        27.27
99251 - Laboratory Animal Caretaker I                         16.47
99252 - Laboratory Animal Caretaker II                        17.74
99260 - Marketing Analyst                                     30.36
99310 - Mortician                                             27.27
99410 - Pest Controller                                       19.53
99510 - Photofinishing Worker                               14.33***
99710 - Recycling Laborer                                     16.70
99711 - Recycling Specialist                                  19.81
99730 - Refuse Collector                                      15.15
99810 - Sales Clerk                                         13.18***
99820 - School Crossing Guard                               14.65***
99830 - Survey Party Chief                                    20.33
99831 - Surveying Aide                                      13.47***
99832 - Surveying Technician                                  18.48
99840 - Vending Machine Attendant                             19.81
99841 - Vending Machine Repairer                              24.58
99842 - Vending Machine Repairer Helper                       19.81
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5184908
Reviewer: Carol M.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 5 years 4 weeks after 15 years and 5 weeks after 20 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5191908
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

6) each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
          THE SERVICE CONTRACT ACT                      | EMPLOYMENT STANDARDS ADMINISTRATION
     By direction of the Secretary of Labor             |       WAGE AND HOUR DIVISION
                                                        |        WASHINGTON D.C.  20210
                                                        |
                                                        |
                                                        |
                                                        | Wage Determination No.: 2015-4551
     Daniel W. Simms          Division of               |         Revision No.: 19
     Director              Wage Determinations|  Date Of Last Revision: 03/15/2022
                                                        |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida County of Lake

                **Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.17 |
| 01012 - Accounting Clerk II | | 17.05 |
| 01013  Accounting Clerk III | | 19.06 |
| 01020 - Administrative Assistant | | 24.48 |
| 01035 - Court Reporter | | 18.51 |
| 01041  Customer Service Representative I | | 12.87*** |
| 01042  Customer Service Representative II | | 14.04*** |
| 01043 - Customer Service Representative III | | 15.77 |
| 01051 - Data Entry Operator I | | 13.60*** |
| 01052 - Data Entry Operator II | | 14.84*** |
| 01060  Dispatcher Motor Vehicle | | 16.46 |
| 01070 - Document Preparation Clerk | | 16.56 |
| 01090 - Duplicating Machine Operator | | 16.56 |
| 01111 - General Clerk I | | 13.04*** |
| 01112  General Clerk II | | 14.23*** |
| 01113 - General Clerk III | | 15.98 |

Case Number: PC-2025-02760
Case PC-2025-02760 MRD Case Document 1-2 Filed 06/FILED/07/1225 38 Page 1622 of 1762 PageID #: 2251

```
01090 - Housing Referral Assistant                    20.63
01141 - Messenger Courier                             14.27***
01191   Order Clerk I                                 14.03***
01192 - Order Clerk II                                15.30
01261 - Personnel Assistant (Employment) I            15.91
01262 - Personnel Assistant (Employment) II           17.79
01263   Personnel Assistant (Employment) III          19.83
01270 - Production Control Clerk                       20.85
01290 - Rental Clerk                                  13.42***
01300 - Scheduler Maintenance                         16.54
01311   Secretary I                                   16.54
01312 - Secretary II                                  18.51
01313 - Secretary III                                 20.63
01320 - Service Order Dispatcher                      14.73***
01410   Supply Technician                             24.48
01420 - Survey Worker                                 16.98
01460 - Switchboard Operator/Receptionist             14.13***
01531 - Travel Clerk I                                13.55***
01532 - Travel Clerk II                               14.80***
01533 - Travel Clerk III                              15.94
01611 - Word Processor I                              14.16***
01612 - Word Processor II                             15.91
01613   Word Processor III                            17.79
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass           19.73
05010 - Automotive  Electrician                       17.14
05040   Automotive Glass Installer                    16.00
05070 - Automotive Worker                             16.00
05110 - Mobile Equipment Servicer                     13.79***
05130 - Motor Equipment Metal Mechanic                18.27
05160   Motor Equipment Metal Worker                  16.00
05190 - Motor Vehicle Mechanic                        18.27
05220 - Motor Vehicle Mechanic Helper                 12.68***
05250 - Motor Vehicle Upholstery Worker               14.98***
05280   Motor Vehicle Wrecker                         16.00
05310 - Painter Automotive                            17.14
05340 - Radiator Repair Specialist                    16.00
05370 - Tire Repairer                                 11.97***
05400   Transmission Repair Specialist                18.27
07000 - Food Preparation And Service Occupations
07010 - Baker                                         14.75***
07041 - Cook I                                        13.51***
07042   Cook II                                       15.68
07070 - Dishwasher                                    11.26***
07130 - Food Service Worker                           11.69***
07210 - Meat Cutter                                   16.48
07260   Waiter/Waitress                               11.36***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                   18.35
09040 - Furniture Handler                             11.02***
09080   Furniture Refinisher                          18.12
09090 - Furniture Refinisher Helper                   13.41***
09110 - Furniture Repairer Minor                      15.76
09130   Upholsterer                                   17.89
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                              12.21***
11060 - Elevator Operator                             12.03***
11090 - Gardener                                      17.80
11122   Housekeeping Aide                             12.03***
11150 - Janitor                                       12.03***
11210 - Laborer Grounds Maintenance                   13.46***
11240 - Maid or Houseman                              11.48***
11260   Pruner                                        11.96***
11270 - Tractor Operator                              16.37
11330 - Trail Maintenance Worker                      13.46***
```

Case Number: PC-2025-02760

```
11930  - Window Cleaner                                    13.54***
12000  - Health Occupations
   12010  - Ambulance Driver                               18.99
   12011  - Breath Alcohol Technician                      19.97
   12012  - Certified Occupational Therapist Assistant     29.86
   12015  - Certified Physical Therapist Assistant         34.16
   12020  - Dental Assistant                               19.13
   12025  - Dental Hygienist                               34.53
   12030  - EKG Technician                                 28.06
   12035  - Electroneurodiagnostic Technologist            28.06
   12040   Emergency Medical Technician                    18.99
   12071  - Licensed Practical Nurse I                     17.86
   12072  - Licensed Practical Nurse II                    19.97
   12073  - Licensed Practical Nurse III                   22.26
   12100   Medical Assistant                               15.89
   12130  - Medical Laboratory Technician                  24.88
   12160  - Medical Record Clerk                           17.30
   12190  - Medical Record Technician                      20.12
   12195   Medical Transcriptionist                        14.67***
   12210  - Nuclear Medicine Technologist                  36.76
   12221  - Nursing Assistant I                            11.84***
   12222  - Nursing Assistant II                           13.30***
   12223  - Nursing Assistant III                          14.51***
   12224  - Nursing Assistant IV                           16.30
   12235  - Optical Dispenser                              21.03
   12236  - Optical Technician                             17.08
   12250   Pharmacy Technician                             16.21
   12280  - Phlebotomist                                   16.24
   12305  - Radiologic Technologist                        27.91
   12311  - Registered Nurse I                             21.77
   12312   Registered Nurse II                             26.63
   12313  - Registered Nurse II Specialist                 26.63
   12314  - Registered Nurse III                           32.23
   12315  - Registered Nurse III Anesthetist               32.23
   12316   Registered Nurse IV                             38.62
   12317  - Scheduler (Drug and Alcohol Testing)           24.73
   12320  - Substance Abuse Treatment Counselor            21.05
13000  - Information And Arts Occupations
   13011   Exhibits Specialist I                           19.34
   13012  - Exhibits Specialist II                         23.96
   13013  - Exhibits Specialist III                        29.31
   13041  - Illustrator I                                  19.87
   13042   Illustrator II                                  24.61
   13043  - Illustrator III                                30.10
   13047  - Librarian                                      26.53
   13050  - Library Aide/Clerk                             13.68***
   13054   Library Information Technology Systems          22.45
   Administrator
   13058  - Library Technician                             16.47
   13061  - Media Specialist I                             16.35
   13062   Media Specialist II                             18.30
   13063   Media Specialist III                            20.39
   13071  - Photographer I                                 12.81***
   13072  - Photographer II                                15.03
   13073   Photographer III                                18.61
   13074  - Photographer IV                                22.76
   13075  - Photographer V                                 27.54
   13090  - Technical Order Library Clerk                  17.18
   13110   Video Teleconference Technician                 21.36
14000  - Information Technology Occupations
   14041  - Computer Operator I                            16.82
   14042  - Computer Operator II                           18.81
   14043   Computer Operator III                           20.97
   14044  - Computer Operator IV                           23.31
   14045  - Computer Operator V                            25.81
```

| | | | |
|---|---|---|---|
| 14071 - Computer Programmer I | | (see 1) | 20.87 |
| 14072 - Computer Programmer II | | (see 1) | 25.86 |
| 14073 - Computer Programmer III | | (see 1) | |
| 14074 - Computer Programmer IV | | (see 1) | |
| 14101 - Computer Systems Analyst I | | (see 1) | |
| 14102 - Computer Systems Analyst II | | (see 1) | |
| 14103 - Computer Systems Analyst III | | (see 1) | |
| 14150 - Peripheral Equipment Operator | | | 16.82 |
| 14160 - Personal Computer Support Technician | | | 23.31 |
| 14170 - System Support Specialist | | | 26.77 |
| 15000 - Instructional Occupations | | | |
| 15010 - Aircrew Training Devices Instructor (Non-Rated) | | | 28.69 |
| 15020 - Aircrew Training Devices Instructor (Rated) | | | 34.71 |
| 15030 - Air Crew Training Devices Instructor (Pilot) | | | 41.60 |
| 15050 - Computer Based Training Specialist / Instructor | | | 28.69 |
| 15060 - Educational Technologist | | | 28.43 |
| 15070 - Flight Instructor (Pilot) | | | 41.60 |
| 15080 - Graphic Artist | | | 23.39 |
| 15085 - Maintenance Test Pilot Fixed Jet/Prop | | | 41.60 |
| 15086 - Maintenance Test Pilot Rotary Wing | | | 41.60 |
| 15088 - Non-Maintenance Test/Co-Pilot | | | 41.60 |
| 15090 - Technical Instructor | | | 20.89 |
| 15095 - Technical Instructor/Course Developer | | | 25.55 |
| 15110 - Test Proctor | | | 16.86 |
| 15120 - Tutor | | | 16.86 |
| 16000 - Laundry Dry-Cleaning Pressing And Related Occupations | | | |
| 16010 - Assembler | | | 10.86*** |
| 16030 - Counter Attendant | | | 10.86*** |
| 16040 - Dry Cleaner | | | 13.05*** |
| 16070 - Finisher Flatwork Machine | | | 10.86*** |
| 16090 - Presser Hand | | | 10.86*** |
| 16110 - Presser Machine Drycleaning | | | 10.86*** |
| 16130 - Presser Machine Shirts | | | 10.86*** |
| 16160 - Presser Machine Wearing Apparel Laundry | | | 10.86*** |
| 16190 - Sewing Machine Operator | | | 13.90*** |
| 16220 - Tailor | | | 14.60*** |
| 16250 - Washer Machine | | | 11.55*** |
| 19000 - Machine Tool Operation And Repair Occupations | | | |
| 19010 - Machine-Tool Operator (Tool Room) | | | 21.15 |
| 19040 - Tool And Die Maker | | | 26.66 |
| 21000 - Materials Handling And Packing Occupations | | | |
| 21020 - Forklift Operator | | | 17.60 |
| 21030 - Material Coordinator | | | 20.85 |
| 21040 - Material Expediter | | | 20.85 |
| 21050 - Material Handling Laborer | | | 13.66*** |
| 21071 - Order Filler | | | 13.47*** |
| 21080 - Production Line Worker (Food Processing) | | | 17.60 |
| 21110 - Shipping Packer | | | 16.36 |
| 21130 - Shipping/Receiving Clerk | | | 16.36 |
| 21140 - Store Worker I | | | 11.16*** |
| 21150 - Stock Clerk | | | 15.98 |
| 21210 - Tools And Parts Attendant | | | 17.60 |
| 21410 - Warehouse Specialist | | | 17.60 |
| 23000 - Mechanics And Maintenance And Repair Occupations | | | |
| 23010 - Aerospace Structural Welder | | | 30.83 |
| 23019 - Aircraft Logs and Records Technician | | | 24.49 |
| 23021 - Aircraft Mechanic I | | | 29.99 |
| 23022 - Aircraft Mechanic II | | | 31.81 |
| 23023 - Aircraft Mechanic III | | | 33.66 |
| 23040 - Aircraft Mechanic Helper | | | 20.83 |
| 23050 - Aircraft Painter | | | 29.57 |
| 23060 - Aircraft Servicer | | | 24.49 |
| 23070 - Aircraft Survival Flight Equipment Technician | | | 29.57 |
| 23080 - Aircraft Worker | | | 26.35 |
| 23091 - Aircrew Life Support Equipment (ALSE) Mechanic | | | 26.35 |

```
        23092 - Aircrew Life Support Equipment (ALSE) Mechanic      29.99
        II
        23110 - Appliance Mechanic                                  19.12
        23120 - Bicycle Repairer                                    15.77
        23125 - Cable Splicer                                       30.10
        23130 - Carpenter Maintenance                               20.32
        23140 - Carpet Layer                                        20.82
        23160 - Electrician Maintenance                             22.05
        23181 - Electronics Technician Maintenance I                23.12
        23182 - Electronics Technician Maintenance II               25.03
        23183 - Electronics Technician Maintenance III              26.67
        23260 - Fabric Worker                                       19.40
        23290 - Fire Alarm System Mechanic                          20.22
        23310 - Fire Extinguisher Repairer                          17.95
        23311 - Fuel Distribution System Mechanic                   24.04
        23312 - Fuel Distribution System Operator                   18.34
        23370 - General Maintenance Worker                          17.03
        23380 - Ground Support Equipment Mechanic                   29.99
        23381 - Ground Support Equipment Servicer                   24.49
        23382 - Ground Support Equipment Worker                     26.35
        23391 - Gunsmith I                                          17.95
        23392 - Gunsmith II                                         20.82
        23393 - Gunsmith III                                        23.78
        23410 - Heating Ventilation And Air-Conditioning            21.58
        Mechanic
        23411 - Heating Ventilation And Air Contidioning            22.88
        Mechanic (Research Facility)
        23430 - Heavy Equipment Mechanic                            22.93
        23440 - Heavy Equipment Operator                            18.91
        23460 - Instrument Mechanic                                 23.78
        23465 - Laboratory/Shelter Mechanic                         22.31
        23470 - Laborer                                             13.66***
        23510 - Locksmith                                           22.28
        23530 - Machinery Maintenance Mechanic                      23.52
        23550 - Machinist Maintenance                               21.36
        23580 - Maintenance Trades Helper                           14.28***
        23591 - Metrology Technician I                              23.78
        23592 - Metrology Technician II                             25.21
        23593 - Metrology Technician III                            26.68
        23640 - Millwright                                          23.63
        23710 - Office Appliance Repairer                           18.81
        23760 - Painter Maintenance                                 16.79
        23790 - Pipefitter Maintenance                              20.95
        23810 - Plumber Maintenance                                 19.66
        23820 - Pneudraulic Systems Mechanic                        23.78
        23850 - Rigger                                              26.35
        23870 - Scale Mechanic                                      20.82
        23890 - Sheet-Metal Worker Maintenance                      19.80
        23910 - Small Engine Mechanic                               16.18
        23931 - Telecommunications Mechanic I                       25.07
        23932 - Telecommunications Mechanic II                      26.58
        23950 - Telephone Lineman                                   19.10
        23960 - Welder Combination Maintenance                      20.02
        23965 - Well Driller                                        21.18
        23970 - Woodcraft Worker                                    23.78
        23980 - Woodworker                                          17.95
    24000 - Personal Needs Occupations
        24550 - Case Manager                                        16.24
        24570 - Child Care Attendant                                10.46***
        24580 - Child Care Center Clerk                             13.13***
        24610 - Chore Aide                                          11.64***
        24620 - Family Readiness And Support Services               16.24
        Coordinator
        24630 - Homemaker                                           16.24
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5100508-
Reviewer: Carol M.

```
         Plant And System Operations Occupations
    25010 - Boiler Tender                                    26.48
    25040 - Sewage Plant Operator                            23.31
    25070 - Stationary Engineer                              26.48
    25190 - Ventilation Equipment Tender                     18.39
    25210 - Water Treatment Plant Operator                   23.31
 27000 - Protective Service Occupations
    27004 - Alarm Monitor                                    18.28
    27007 - Baggage Inspector                            12.42***
    27008 - Corrections Officer                              19.31
    27010 - Court Security Officer                           20.04
    27030 - Detection Dog Handler                        13.89***
    27040 - Detention Officer                               19.31
    27070 - Firefighter                                     21.92
    27101 - Guard I                                     12.42***
    27102 - Guard II                                    13.89***
    27131 - Police Officer I                                25.06
    27132 - Police Officer II                               27.85
 28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                      15.44
    28042 - Carnival Equipment Repairer                      16.79
    28043 - Carnival Worker                             11.28***
    28210 - Gate Attendant/Gate Tender                       15.33
    28310 - Lifeguard                                   11.42***
    28350 - Park Attendant (Aide)                            17.15
    28510 - Recreation Aide/Health Facility Attendant    12.51***
    28515 - Recreation Specialist                           21.24
    28630 - Sports Official                             13.65***
    28690 - Swimming Pool Operator                          19.48
 29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                              26.35
    29020 - Hatch Tender                                    26.29
    29030 - Line Handler                                    26.29
    29041 - Stevedore I                                     24.49
    29042 - Stevedore II                                    28.63
 30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)   40.29
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)   27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)   30.59
    30021 - Archeological Technician I                      17.62
    30022 - Archeological Technician II                     19.70
    30023 - Archeological Technician III                    24.41
    30030 - Cartographic Technician                         24.41
    30040 - Civil Engineering Technician                    22.64
    30051 - Cryogenic Technician I                          27.03
    30052 - Cryogenic Technician II                         29.86
    30061 - Drafter/CAD Operator I                          17.62
    30062 - Drafter/CAD Operator II                         19.70
    30063 - Drafter/CAD Operator III                        21.96
    30064 - Drafter/CAD Operator IV                         27.03
    30081 - Engineering Technician I                     14.89***
    30082 - Engineering Technician II                       16.72
    30083 - Engineering Technician III                      18.71
    30084 - Engineering Technician IV                       23.17
    30085 - Engineering Technician V                        28.34
    30086 - Engineering Technician VI                       34.29
    30090 - Environmental Technician                        23.28
    30095 - Evidence Control Specialist                     24.41
    30210 - Laboratory Technician                           21.38
    30221 - Latent Fingerprint Technician I                 24.05
    30222 - Latent Fingerprint Technician II                26.56
    30240 - Mathematical Technician                         25.50
    30361 - Paralegal/Legal Assistant I                     19.28
    30362 - Paralegal/Legal Assistant II                    23.23
    30363 - Paralegal/Legal Assistant III                   28.42
```

Case 1:25-cv-00508-MRD-PAS   Document 1-2   Filed 06/13/25   Page 37 of 161   PageID #: 2256

```
         30084 - Paralegal/Legal Assistant IV                               34.40
         30375 - Petroleum Supply Specialist                                29.86
         30390 - Photo-Optics Technician                                    24.41
         30395 - Radiation Control Technician                               29.86
         30461 - Technical Writer I                                         24.65
         30462 - Technical Writer II                                        30.16
         30463 - Technical Writer III                                       36.49
         30491 - Unexploded Ordnance (UXO) Technician I                     25.60
         30492 - Unexploded Ordnance (UXO) Technician II                    30.98
         30493 - Unexploded Ordnance (UXO) Technician III                   37.13
         30494 - Unexploded (UXO) Safety Escort                             25.60
         30495 - Unexploded (UXO) Sweep Personnel                           25.60
         30501 - Weather Forecaster I                                       27.03
         30502 - Weather Forecaster II                                      32.88
         30620 - Weather Observer Combined Upper Air Or      (see 2)        21.96
         Surface Programs
         30621 - Weather Observer Senior                      (see 2)       24.41
     31000 - Transportation/Mobile Equipment Operation Occupations
         31010 - Airplane Pilot                                             30.98
         31020 - Bus Aide                                                   13.27***
         31030 - Bus Driver                                                 18.76
         31043 - Driver Courier                                            15.81
         31260 - Parking and Lot Attendant                                  10.52***
         31290 - Shuttle Bus Driver                                         15.91
         31310 - Taxi Driver                                                12.94***
         31361 - Truckdriver Light                                          17.19
         31362 - Truckdriver Medium                                         18.59
         31363 - Truckdriver Heavy                                          21.59
         31364 - Truckdriver Tractor-Trailer                                21.59
     99000 - Miscellaneous Occupations
         99020 - Cabin Safety Specialist                                    15.10
         99030 - Cashier                                                    11.33***
         99050 - Desk Clerk                                                 12.27***
         99095 - Embalmer                                                   30.26
         99130 - Flight Follower                                            25.60
         99251 - Laboratory Animal Caretaker I                              11.52***
         99252 - Laboratory Animal Caretaker II                             12.52***
         99260 - Marketing Analyst                                          26.10
         99310 - Mortician                                                  30.26
         99410 - Pest Controller                                            17.82
         99510 - Photofinishing Worker                                      13.73***
         99710 - Recycling Laborer                                          19.81
         99711 - Recycling Specialist                                       25.45
         99730 - Refuse Collector                                           18.60
         99810 - Sales Clerk                                                12.28***
         99820 - School Crossing Guard                                      12.41***
         99830 - Survey Party Chief                                         29.09
         99831 - Surveying Aide                                             18.07
         99832 - Surveying Technician                                       24.75
         99840 - Vending Machine Attendant                                  14.98***
         99841 - Vending Machine Repairer                                   19.26
         99842 - Vending Machine Repairer Helper                            14.98***
```

```
    ***Workers in this classification may be entitled to a higher minimum wage under
    Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
    Note at the top of the wage determination for more information. Please also note
    that the minimum wage requirements of Executive Order 14026 and 13658 are not
    currently being enforced as to contracts or contract-like instruments entered
    into with the federal government in connection with seasonal recreational services
    or seasonal recreational equipment rental for the general public on federal lands.
```

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017. If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking. Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors. A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541. Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families. In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees. For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption. Therefore the exemption applies only to computer employees

Case Number: PC-2025-02760
Case 1:25-cv-00086-MRD-PAS Document 12 Filed 06/13/25 Page 373 of 629 PageID #: 2258

satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).


2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.


** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5144908
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

```
                  "REGISTER OF WAGE DETERMINATIONS UNDER  |    U.S. DEPARTMENT OF LABOR
             THE SERVICE CONTRACT ACT               | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor  |         WAGE AND HOUR DIVISION
                                                    |         WASHINGTON D.C.  20210
                                                    |
                                                    |
                                                    |
                                                    |
                                                    | Wage Determination No.: 2015-4547
Daniel W. Simms          Division of    |        Revision No.: 18
Director            Wage Determinations|  Date Of Last Revision: 03/15/2022
                                                    |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida Counties of Manatee Sarasota

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.95 |
| 01012 - Accounting Clerk II | | 17.91 |
| 01013 - Accounting Clerk III | | 20.03 |
| 01020 - Administrative Assistant | | 23.98 |
| 01035 - Court Reporter | | 18.36 |
| 01041 - Customer Service Representative I | | 13.06*** |
| 01042 - Customer Service Representative II | | 14.25*** |
| 01043 - Customer Service Representative III | | 16.00 |
| 01051 - Data Entry Operator I | | 15.01 |
| 01052 - Data Entry Operator II | | 16.37 |
| 01060 - Dispatcher Motor Vehicle | | 18.26 |
| 01070 - Document Preparation Clerk | | 13.61*** |
| 01090 - Duplicating Machine Operator | | 13.61*** |
| 01111 - General Clerk I | | 12.84*** |
| 01112 - General Clerk II | | 14.00*** |
| 01113 - General Clerk III | | 15.72 |

```
01030 - Housing Referral Assistant                      20.01
01141 - Messenger Courier                               14.05***
01191   Order Clerk I                                   14.93***
01192 - Order Clerk II                                  16.29
01261 - Personnel Assistant (Employment) I              16.01
01262 - Personnel Assistant (Employment) II             18.22
01263   Personnel Assistant (Employment) III            19.97
01270 - Production Control Clerk                         21.38
01290 - Rental Clerk                                    14.73***
01300 - Scheduler Maintenance                            16.05
01311   Secretary I                                      16.05
01312   Secretary II                                     17.96
01313 - Secretary III                                    20.01
01320 - Service Order Dispatcher                         16.33
01410   Supply Technician                                23.98
01420 - Survey Worker                                    16.40
01460 - Switchboard Operator/Receptionist               15.72
01531 - Travel Clerk I                                   17.20
01532   Travel Clerk II                                  18.76
01533 - Travel Clerk III                                 20.35
01611 - Word Processor I                                14.52***
01612 - Word Processor II                                16.30
01613   Word Processor III                               18.24
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass              22.66
05010 - Automotive  Electrician                          20.79
05040   Automotive Glass Installer                       19.87
05070 - Automotive Worker                                19.87
05110 - Mobile Equipment Servicer                        18.02
05130 - Motor Equipment Metal Mechanic                   21.75
05160   Motor Equipment Metal Worker                     19.87
05190 - Motor Vehicle Mechanic                           20.88
05220 - Motor Vehicle Mechanic Helper                    17.00
05250 - Motor Vehicle Upholstery Worker                  18.94
05280   Motor Vehicle Wrecker                            19.87
05310 - Painter Automotive                               20.79
05340 - Radiator Repair Specialist                       19.87
05370 - Tire Repairer                                    15.35
05400   Transmission Repair Specialist                   21.53
07000 - Food Preparation And Service Occupations
07010 - Baker                                           13.50***
07041 - Cook I                                          14.26***
07042   Cook II                                          16.59
07070 - Dishwasher                                      11.94***
07130 - Food Service Worker                             13.28***
07210 - Meat Cutter                                      15.99
07260   Waiter/Waitress                                 12.09***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                      17.36
09040 - Furniture Handler                               12.13***
09080   Furniture Refinisher                             16.49
09090 - Furniture Refinisher Helper                     12.38***
09110 - Furniture Repairer Minor                        14.44***
09130   Upholsterer                                      18.32
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                11.76***
11060 - Elevator Operator                               11.76***
11090 - Gardener                                         19.40
11122   Housekeeping Aide                               12.30***
11150 - Janitor                                         12.30***
11210 - Laborer Grounds Maintenance                     14.67***
11240 - Maid or Houseman                                12.37***
11260   Pruner                                          12.90***
11270 - Tractor Operator                                 17.84
11330 - Trail Maintenance Worker                        14.67***
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5191908
Reviewer: Carol M.

```
11960 - Window Cleaner                                    13.99***
12000 - Health Occupations
    12010 - Ambulance Driver                               18.40
    12011 - Breath Alcohol Technician                      20.58
    12012 - Certified Occupational Therapist Assistant     34.70
    12015 - Certified Physical Therapist Assistant         31.34
    12020   Dental Assistant                               22.34
    12025 - Dental Hygienist                               37.12
    12030 - EKG Technician                                 28.45
    12035 - Electroneurodiagnostic Technologist            28.45
    12040   Emergency Medical Technician                   18.40
    12071 - Licensed Practical Nurse I                     18.41
    12072 - Licensed Practical Nurse II                    20.58
    12073 - Licensed Practical Nurse III                   22.94
    12100   Medical Assistant                              18.02
    12130 - Medical Laboratory Technician                  26.90
    12160 - Medical Record Clerk                           15.98
    12190 - Medical Record Technician                      17.87
    12195   Medical Transcriptionist                       18.51
    12210 - Nuclear Medicine Technologist                  37.33
    12221 - Nursing Assistant I                            12.09***
    12222 - Nursing Assistant II                           13.58***
    12223   Nursing Assistant III                          14.82***
    12224 - Nursing Assistant IV                           16.65
    12235 - Optical Dispenser                              24.50
    12236 - Optical Technician                             14.80***
    12250   Pharmacy Technician                            16.65
    12280 - Phlebotomist                                   16.98
    12305 - Radiologic Technologist                        28.55
    12311 - Registered Nurse I                             23.88
    12312   Registered Nurse II                            28.23
    12313 - Registered Nurse II Specialist                 28.23
    12314 - Registered Nurse III                           34.16
    12315 - Registered Nurse III Anesthetist               34.16
    12316   Registered Nurse IV                            40.94
    12317 - Scheduler (Drug and Alcohol Testing)           25.50
    12320 - Substance Abuse Treatment Counselor            24.35
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                          21.45
    13012 - Exhibits Specialist II                         26.22
    13013 - Exhibits Specialist III                        30.49
    13041 - Illustrator I                                  20.77
    13042   Illustrator II                                 25.73
    13043 - Illustrator III                                31.47
    13047 - Librarian                                      27.59
    13050 - Library Aide/Clerk                             15.49
    13054   Library Information Technology Systems          24.65
    Administrator
    13058 - Library Technician                             19.24
    13061 - Media Specialist I                             17.98
    13062   Media Specialist II                            20.11
    13063   Media Specialist III                           22.43
    13071 - Photographer I                                 18.09
    13072 - Photographer II                                20.23
    13073   Photographer III                               25.08
    13074 - Photographer IV                                29.18
    13075 - Photographer V                                 35.30
    13090 - Technical Order Library Clerk                  20.03
    13110   Video Teleconference Technician                19.42
14000 - Information Technology Occupations
    14041 - Computer Operator I                            20.28
    14042 - Computer Operator II                           22.70
    14043   Computer Operator III                          25.31
    14044 - Computer Operator IV                           28.12
    14045 - Computer Operator V                            31.14
```

```
14071 - Computer Programmer I                      (see 1)         22.92
14072 - Computer Programmer II                     (see 1)         27.56
14073 - Computer Programmer III                    (see 1)
14074 - Computer Programmer IV                     (see 1)
14101 - Computer Systems Analyst I                 (see 1)
14102 - Computer Systems Analyst II                (see 1)
14103 - Computer Systems Analyst III               (see 1)
14150 - Peripheral Equipment Operator                              20.28
14160 - Personal Computer Support Technician                       28.12
14170 - System Support Specialist                                  31.24
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)         28.58
   15020 - Aircrew Training Devices Instructor (Rated)             34.55
   15030 - Air Crew Training Devices Instructor (Pilot)            40.91
   15050 - Computer Based Training Specialist / Instructor         29.03
   15060 - Educational Technologist                                26.29
   15070 - Flight Instructor (Pilot)                               40.91
   15080 - Graphic Artist                                          24.23
   15085 - Maintenance Test Pilot Fixed Jet/Prop                   40.91
   15086 - Maintenance Test Pilot Rotary Wing                      40.91
   15088 - Non-Maintenance Test/Co-Pilot                           40.91
   15090 - Technical Instructor                                    23.13
   15095 - Technical Instructor/Course Developer                   28.29
   15110 - Test Proctor                                            18.68
   15120 - Tutor                                                   18.68
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                            10.76***
   16030 - Counter Attendant                                    10.76***
   16040 - Dry Cleaner                                          13.71***
   16070 - Finisher Flatwork Machine                            10.76***
   16090 - Presser Hand                                         10.76***
   16110 - Presser Machine Drycleaning                          10.76***
   16130 - Presser Machine Shirts                               10.76***
   16160 - Presser Machine Wearing Apparel Laundry              10.76***
   16190 - Sewing Machine Operator                              14.59***
   16220 - Tailor                                                  15.55
   16250 - Washer Machine                                       11.82***
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                       20.31
   19040 - Tool And Die Maker                                      24.74
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                       16.62
   21030 - Material Coordinator                                    21.38
   21040 - Material Expediter                                      21.38
   21050 - Material Handling Laborer                            14.61***
   21071 - Order Filler                                         13.50***
   21080 - Production Line Worker (Food Processing)                16.62
   21110 - Shipping Packer                                         15.06
   21130 - Shipping/Receiving Clerk                                15.06
   21140 - Store Worker I                                       11.33***
   21150 - Stock Clerk                                             16.18
   21210 - Tools And Parts Attendant                               16.62
   21410 - Warehouse Specialist                                    16.62
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                             28.92
   23019 - Aircraft Logs and Records Technician                    23.98
   23021 - Aircraft Mechanic I                                     27.54
   23022 - Aircraft Mechanic II                                    28.92
   23023 - Aircraft Mechanic III                                   30.36
   23040 - Aircraft Mechanic Helper                                21.44
   23050 - Aircraft Painter                                        23.47
   23060 - Aircraft Servicer                                       23.98
   23070 - Aircraft Survival Flight Equipment Technician           23.47
   23080 - Aircraft Worker                                         25.16
   23091 - Aircrew Life Support Equipment (ALSE) Mechanic          25.16
```

Case PC-2025-02760 Document Filed 06/27/2025 Page 636 of 1762 Page ID #: 2265

```
23092 - Aircrew Life Support Equipment (ALSE) Mechanic            27.54
II
23110 - Appliance Mechanic                                        19.44
23120 - Bicycle Repairer                                          15.64
23125 - Cable Splicer                                             22.88
23130 - Carpenter Maintenance                                     19.30
23140 - Carpet Layer                                              18.19
23160 - Electrician Maintenance                                   22.49
23181 - Electronics Technician Maintenance I                      22.16
23182 - Electronics Technician Maintenance II                     23.56
23183 - Electronics Technician Maintenance III                    25.10
23260 - Fabric Worker                                             16.94
23290 - Fire Alarm System Mechanic                                23.44
23310 - Fire Extinguisher Repairer                                15.64
23311 - Fuel Distribution System Mechanic                         20.50
23312 - Fuel Distribution System Operator                         15.87
23370 - General Maintenance Worker                                18.98
23380 - Ground Support Equipment Mechanic                         27.54
23381 - Ground Support Equipment Servicer                         23.98
23382 - Ground Support Equipment Worker                           25.16
23391 - Gunsmith I                                                15.64
23392 - Gunsmith II                                               18.19
23393 - Gunsmith III                                              20.58
23410 - Heating Ventilation And Air-Conditioning                  21.10
Mechanic
23411 - Heating Ventilation And Air Contidioning                  22.22
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                                  24.00
23440 - Heavy Equipment Operator                                  19.44
23460 - Instrument Mechanic                                       20.58
23465 - Laboratory/Shelter Mechanic                               19.34
23470 - Laborer                                                   14.61***
23510 - Locksmith                                                 19.34
23530 - Machinery Maintenance Mechanic                            22.64
23550 - Machinist Maintenance                                     20.41
23580 - Maintenance Trades Helper                                 15.98
23591 - Metrology Technician I                                    20.58
23592 - Metrology Technician II                                   21.68
23593 - Metrology Technician III                                  22.60
23640 - Millwright                                                20.58
23710 - Office Appliance Repairer                                 21.91
23760 - Painter Maintenance                                       18.08
23790 - Pipefitter Maintenance                                    21.62
23810 - Plumber Maintenance                                       20.32
23820 - Pneudraulic Systems Mechanic                              20.58
23850 - Rigger                                                    19.53
23870 - Scale Mechanic                                            18.19
23890 - Sheet-Metal Worker Maintenance                            18.41
23910 - Small Engine Mechanic                                     18.21
23931 - Telecommunications Mechanic I                             25.58
23932 - Telecommunications Mechanic II                            26.94
23950 - Telephone Lineman                                         23.50
23960 - Welder Combination Maintenance                            20.64
23965 - Well Driller                                              20.58
23970 - Woodcraft Worker                                          20.58
23980 - Woodworker                                                15.64
24000 - Personal Needs Occupations
24550 - Case Manager                                              17.69
24570 - Child Care Attendant                                      12.85***
24580 - Child Care Center Clerk                                   16.03
24610 - Chore Aide                                                12.77***
24620 - Family Readiness And Support Services                     17.69
Coordinator
24630 - Homemaker                                                 17.69
```

24000 - Plant And System Operations Occupations
```
    25010 - Boiler Tender                                        20.86
    25040 - Sewage Plant Operator                               22.57
    25070 - Stationary Engineer                                 20.86
    25190 - Ventilation Equipment Tender                        14.64***
    25210 - Water Treatment Plant Operator                      22.57
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                       19.22
    27007 - Baggage Inspector                                   13.42***
    27008 - Corrections Officer                                 25.97
    27010 - Court Security Officer                              26.49
    27030 - Detection Dog Handler                               16.69
    27040 - Detention Officer                                   25.97
    27070 - Firefighter                                         27.15
    27101 - Guard I                                             13.42***
    27102 - Guard II                                            16.69
    27131 - Police Officer I                                    26.68
    27132 - Police Officer II                                   29.64
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                         13.68***
    28042 - Carnival Equipment Repairer                         14.85***
    28043 - Carnival Worker                                      9.96***
    28210 - Gate Attendant/Gate Tender                          18.04
    28310 - Lifeguard                                           13.37***
    28350 - Park Attendant (Aide)                               20.19
    28510 - Recreation Aide/Health Facility Attendant           13.33***
    28515 - Recreation Specialist                               24.92
    28630 - Sports Official                                     16.07
    28690 - Swimming Pool Operator                              17.30
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                  24.49
    29020 - Hatch Tender                                        24.49
    29030 - Line Handler                                        24.49
    29041 - Stevedore I                                         21.98
    29042 - Stevedore II                                        26.10
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)  (see 2)  40.29
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  30.59
    30021 - Archeological Technician I                          17.09
    30022 - Archeological Technician II                         19.12
    30023 - Archeological Technician III                        23.68
    30030 - Cartographic Technician                             24.49
    30040 - Civil Engineering Technician                        26.40
    30051 - Cryogenic Technician I                              26.23
    30052 - Cryogenic Technician II                             28.97
    30061 - Drafter/CAD Operator I                              17.09
    30062 - Drafter/CAD Operator II                             19.12
    30063 - Drafter/CAD Operator III                            21.32
    30064 - Drafter/CAD Operator IV                             26.23
    30081 - Engineering Technician I                            16.69
    30082 - Engineering Technician II                           18.74
    30083 - Engineering Technician III                          21.23
    30084 - Engineering Technician IV                           24.45
    30085 - Engineering Technician V                            28.97
    30086 - Engineering Technician VI                           33.11
    30090 - Environmental Technician                            21.98
    30095 - Evidence Control Specialist                         23.68
    30210 - Laboratory Technician                               21.32
    30221 - Latent Fingerprint Technician I                     26.23
    30222 - Latent Fingerprint Technician II                    28.97
    30240 - Mathematical Technician                             23.68
    30361 - Paralegal/Legal Assistant I                         19.81
    30362 - Paralegal/Legal Assistant II                        24.54
    30363 - Paralegal/Legal Assistant III                       30.02
```

```
30984 - Paralegal/Legal Assistant IV                               36.32
30375 - Petroleum Supply Specialist                                28.97
30390 - Photo-Optics Technician                                    23.68
30395 - Radiation Control Technician                               28.97
30461 - Technical Writer I                                         25.31
30462 - Technical Writer II                                        30.96
30463 - Technical Writer III                                       37.47
30491 - Unexploded Ordnance (UXO) Technician I                     25.60
30492 - Unexploded Ordnance (UXO) Technician II                    30.98
30493 - Unexploded Ordnance (UXO) Technician III                   37.13
30494 - Unexploded (UXO) Safety Escort                             25.60
30495 - Unexploded (UXO) Sweep Personnel                           25.60
30501 - Weather Forecaster I                                       26.23
30502 - Weather Forecaster II                                      31.91
30620 - Weather Observer Combined Upper Air Or      (see 2)        21.32
Surface Programs
30621 - Weather Observer Senior                     (see 2)        23.68
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                             30.98
31020 - Bus Aide                                               11.39***
31030 - Bus Driver                                                 16.29
31043 - Driver Courier                                         14.68***
31260 - Parking and Lot Attendant                              11.83***
31290 - Shuttle Bus Driver                                         15.55
31310 - Taxi Driver                                                15.02
31361 - Truckdriver Light                                          15.97
31362 - Truckdriver Medium                                         17.28
31363 - Truckdriver Heavy                                          20.70
31364 - Truckdriver Tractor-Trailer                                20.70
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                    15.10
99030 - Cashier                                                11.35***
99050 - Desk Clerk                                             12.75***
99095 - Embalmer                                                   30.13
99130 - Flight Follower                                            25.60
99251 - Laboratory Animal Caretaker I                          13.81***
99252 - Laboratory Animal Caretaker II                            15.02
99260 - Marketing Analyst                                         27.78
99310 - Mortician                                                 30.13
99410 - Pest Controller                                           18.41
99510 - Photofinishing Worker                                 14.01***
99710 - Recycling Laborer                                         20.46
99711 - Recycling Specialist                                      24.87
99730 - Refuse Collector                                          17.99
99810 - Sales Clerk                                           12.49***
99820 - School Crossing Guard                                 12.24***
99830 - Survey Party Chief                                        19.14
99831 - Surveying Aide                                        11.78***
99832 - Surveying Technician                                      17.98
99840 - Vending Machine Attendant                                 17.75
99841 - Vending Machine Repairer                                  22.46
99842 - Vending Machine Repairer Helper                           17.75
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; and 3 weeks after 5 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5149051
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification.  Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).


2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case 1:23-cv-00608-MRD-PAS Document 1-2 Filed 06/27/25 Page 38 of 142 PageID #: 2271

6) each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                "REGISTER OF WAGE DETERMINATIONS UNDER |     U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT             | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |          WAGE AND HOUR DIVISION
                                       |           WASHINGTON D.C.  20210
                                       |
                                       |
                                       |
                                       | Wage Determination No.: 2015-4563
Daniel W. Simms        Division of     |         Revision No.: 18
Director          Wage Determinations| Date Of Last Revision: 03/15/2022
                                       |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |

|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

_____

State: Florida

Area: Florida Counties of Martin St Lucie

_____

            **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                              FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                        15.62
  01012 - Accounting Clerk II                                       17.54
  01013  Accounting Clerk III                                       19.62
  01020 - Administrative Assistant                                  24.86
  01035 - Court Reporter                                            18.82
  01041 - Customer Service Representative I                         12.97***
  01042  Customer Service Representative II                         14.58***
  01043 - Customer Service Representative III                       15.91
  01051 - Data Entry Operator I                                     15.15
  01052 - Data Entry Operator II                                    16.53
  01060  Dispatcher Motor Vehicle                                   20.09
  01070 - Document Preparation Clerk                                14.24***
  01090 - Duplicating Machine Operator                              14.24***
  01111 - General Clerk I                                           13.89***
  01112  General Clerk II                                           15.17
  01113 - General Clerk III                                         17.03

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5181928
Reviewer: Carol M.

#: 2273

```
01140 - Housing Referral Assistant                    20.88
01141 - Messenger Courier                             14.35***
01191   Order Clerk I                                 14.74***
01192 - Order Clerk II                                16.09
01261 - Personnel Assistant (Employment) I            18.17
01262 - Personnel Assistant (Employment) II           20.32
01263   Personnel Assistant (Employment) III          22.65
01270 - Production Control Clerk                       20.51
01290 - Rental Clerk                                  14.93***
01300 - Scheduler Maintenance                         16.74
01311   Secretary I                                   16.74
01312   Secretary II                                  18.73
01313 - Secretary III                                 20.88
01320 - Service Order Dispatcher                      17.95
01410   Supply Technician                             24.86
01420 - Survey Worker                                 23.73
01460 - Switchboard Operator/Receptionist             14.30***
01531 - Travel Clerk I                                13.85***
01532   Travel Clerk II                               15.01
01533 - Travel Clerk III                              16.12
01611 - Word Processor I                              15.15
01612 - Word Processor II                             17.01
01613   Word Processor III                            18.80
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass           18.09
05010 - Automotive  Electrician                       21.10
05040   Automotive Glass Installer                    19.70
05070 - Automotive Worker                             19.70
05110 - Mobile Equipment Servicer                     16.66
05130 - Motor Equipment Metal Mechanic                22.50
05160   Motor Equipment Metal Worker                  19.70
05190 - Motor Vehicle Mechanic                        22.50
05220 - Motor Vehicle Mechanic Helper                 15.12
05250 - Motor Vehicle Upholstery Worker               18.22
05280   Motor Vehicle Wrecker                         19.70
05310 - Painter Automotive                            21.10
05340 - Radiator Repair Specialist                    19.70
05370 - Tire Repairer                                 13.45***
05400   Transmission Repair Specialist                22.50
07000 - Food Preparation And Service Occupations
07010 - Baker                                         13.86***
07041 - Cook I                                        13.61***
07042   Cook II                                       16.09
07070 - Dishwasher                                    11.44***
07130 - Food Service Worker                           11.50***
07210 - Meat Cutter                                   19.06
07260   Waiter/Waitress                                9.85***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                   19.08
09040 - Furniture Handler                             10.82***
09080   Furniture Refinisher                          19.05
09090 - Furniture Refinisher Helper                   13.65***
09110 - Furniture Repairer Minor                      16.45
09130   Upholsterer                                   19.01
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                              12.71***
11060 - Elevator Operator                             13.64***
11090 - Gardener                                      19.41
11122   Housekeeping Aide                             13.64***
11150 - Janitor                                       13.64***
11210 - Laborer Grounds Maintenance                   13.97***
11240 - Maid or Houseman                              11.73***
11260   Pruner                                        12.17***
11270 - Tractor Operator                              17.62
11330 - Trail Maintenance Worker                      13.97***
```

```
11980 - Window Cleaner                                      15.65
12000 - Health Occupations
  12010 - Ambulance Driver                                  20.42
  12011 - Breath Alcohol Technician                         21.35
  12012 - Certified Occupational Therapist Assistant        32.71
  12015 - Certified Physical Therapist Assistant            30.88
  12020   Dental Assistant                                  21.30
  12025 - Dental Hygienist                                  34.35
  12030 - EKG Technician                                    31.73
  12035 - Electroneurodiagnostic Technologist              31.73
  12040   Emergency Medical Technician                      20.42
  12071 - Licensed Practical Nurse I                        19.10
  12072 - Licensed Practical Nurse II                       21.35
  12073 - Licensed Practical Nurse III                      23.80
  12100   Medical Assistant                                 15.98
  12130 - Medical Laboratory Technician                     23.20
  12160 - Medical Record Clerk                              16.79
  12190 - Medical Record Technician                         18.78
  12195   Medical Transcriptionist                          19.83
  12210 - Nuclear Medicine Technologist                     41.17
  12221 - Nursing Assistant I                               13.07***
  12222 - Nursing Assistant II                              14.69***
  12223 - Nursing Assistant III                             16.04
  12224 - Nursing Assistant IV                              18.00
  12235 - Optical Dispenser                                 26.07
  12236 - Optical Technician                                19.10
  12250   Pharmacy Technician                               16.39
  12280 - Phlebotomist                                      17.80
  12305 - Radiologic Technologist                           25.46
  12311 - Registered Nurse I                                26.32
  12312   Registered Nurse II                               31.85
  12313 - Registered Nurse II Specialist                    31.85
  12314 - Registered Nurse III                              38.54
  12315 - Registered Nurse III Anesthetist                  38.54
  12316   Registered Nurse IV                               46.19
  12317 - Scheduler (Drug and Alcohol Testing)              26.45
  12320 - Substance Abuse Treatment Counselor               25.93
13000 - Information And Arts Occupations
  13011   Exhibits Specialist I                             21.97
  13012 - Exhibits Specialist II                            27.23
  13013 - Exhibits Specialist III                           33.31
  13041 - Illustrator I                                     21.97
  13042   Illustrator II                                    27.23
  13043 - Illustrator III                                   33.31
  13047 - Librarian                                         30.39
  13050 - Library Aide/Clerk                                14.97***
  13054   Library Information Technology Systems
  Administrator                                             26.99
  13058 - Library Technician                                20.00
  13061 - Media Specialist I                                19.65
  13062   Media Specialist II                               21.97
  13063 - Media Specialist III                              24.50
  13071 - Photographer I                                    17.47
  13072 - Photographer II                                   19.54
  13073   Photographer III                                  24.21
  13074 - Photographer IV                                   29.62
  13075 - Photographer V                                    35.83
  13090 - Technical Order Library Clerk                     18.90
  13110   Video Teleconference Technician                   19.65
14000 - Information Technology Occupations
  14041 - Computer Operator I                               18.69
  14042 - Computer Operator II                              20.90
  14043   Computer Operator III                             23.30
  14044 - Computer Operator IV                              25.89
  14045 - Computer Operator V                               28.67
```

```
        14071 - Computer Programmer I              (see 1)        22.63
        14072 - Computer Programmer II             (see 1)
        14073 - Computer Programmer III            (see 1)
        14074 - Computer Programmer IV             (see 1)
        14101 - Computer Systems Analyst I         (see 1)
        14102 - Computer Systems Analyst II        (see 1)
        14103 - Computer Systems Analyst III       (see 1)
        14150 - Peripheral Equipment Operator                    18.69
        14160 - Personal Computer Support Technician             25.89
        14170 - System Support Specialist                        30.66
    15000 - Instructional Occupations
        15010 - Aircrew Training Devices Instructor (Non-Rated)  32.29
        15020 - Aircrew Training Devices Instructor (Rated)      39.07
        15030 - Air Crew Training Devices Instructor (Pilot)     46.83
        15050 - Computer Based Training Specialist / Instructor  32.29
        15060 - Educational Technologist                         31.45
        15070 - Flight Instructor (Pilot)                        46.83
        15080 - Graphic Artist                                   23.71
        15085 - Maintenance Test Pilot Fixed Jet/Prop            46.83
        15086 - Maintenance Test Pilot Rotary Wing               46.83
        15088 - Non-Maintenance Test/Co-Pilot                    46.83
        15090 - Technical Instructor                             23.80
        15095 - Technical Instructor/Course Developer            29.12
        15110 - Test Proctor                                     19.21
        15120 - Tutor                                            19.21
    16000 - Laundry Dry-Cleaning Pressing And Related Occupations
        16010 - Assembler                                     10.61***
        16030 - Counter Attendant                             10.61***
        16040 - Dry Cleaner                                   13.19***
        16070 - Finisher Flatwork Machine                    10.61***
        16090 - Presser Hand                                 10.61***
        16110 - Presser Machine Drycleaning                  10.61***
        16130 - Presser Machine Shirts                       10.61***
        16160 - Presser Machine Wearing Apparel Laundry      10.61***
        16190 - Sewing Machine Operator                      14.02***
        16220 - Tailor                                       14.87***
        16250 - Washer Machine                               11.48***
    19000 - Machine Tool Operation And Repair Occupations
        19010 - Machine-Tool Operator (Tool Room)               20.17
        19040 - Tool And Die Maker                              25.66
    21000 - Materials Handling And Packing Occupations
        21020 - Forklift Operator                               16.59
        21030 - Material Coordinator                            20.51
        21040 - Material Expediter                              20.51
        21050 - Material Handling Laborer                    13.66***
        21071 - Order Filler                                 13.84***
        21080 - Production Line Worker (Food Processing)        16.59
        21110 - Shipping Packer                                 18.71
        21130 - Shipping/Receiving Clerk                        18.71
        21140 - Store Worker I                               10.87***
        21150 - Stock Clerk                                     16.61
        21210 - Tools And Parts Attendant                       16.59
        21410 - Warehouse Specialist                            16.59
    23000 - Mechanics And Maintenance And Repair Occupations
        23010 - Aerospace Structural Welder                     24.81
        23019 - Aircraft Logs and Records Technician            18.80
        23021 - Aircraft Mechanic I                             23.31
        23022 - Aircraft Mechanic II                            24.81
        23023 - Aircraft Mechanic III                           26.28
        23040 - Aircraft Mechanic Helper                        15.59
        23050 - Aircraft Painter                                20.17
        23060 - Aircraft Servicer                               18.80
        23070 - Aircraft Survival Flight Equipment Technician   20.17
        23080 - Aircraft Worker                                 20.33
        23091 - Aircrew Life Support Equipment (ALSE) Mechanic  20.33
```

```
23092 - Aircrew Life Support Equipment (ALSE) Mechanic        23.31
        II
23110 - Appliance Mechanic                                    20.38
23120 - Bicycle Repairer                                      15.93
23125 - Cable Splicer                                         25.85
23130 - Carpenter Maintenance                                 19.32
23140 - Carpet Layer                                          18.83
23160 - Electrician Maintenance                               22.40
23181 - Electronics Technician Maintenance I                  23.76
23182 - Electronics Technician Maintenance II                 26.58
23183 - Electronics Technician Maintenance III                29.81
23260 - Fabric Worker                                         17.63
23290 - Fire Alarm System Mechanic                            20.44
23310 - Fire Extinguisher Repairer                            15.93
23311 - Fuel Distribution System Mechanic                     22.37
23312 - Fuel Distribution System Operator                     16.57
23370 - General Maintenance Worker                            16.52
23380 - Ground Support Equipment Mechanic                     23.31
23381 - Ground Support Equipment Servicer                     18.80
23382 - Ground Support Equipment Worker                       20.33
23391 - Gunsmith I                                            15.93
23392 - Gunsmith II                                           18.83
23393 - Gunsmith III                                          21.51
23410 - Heating Ventilation And Air-Conditioning              20.08
        Mechanic
23411 - Heating Ventilation And Air Contidioning              21.37
        Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                              22.67
23440 - Heavy Equipment Operator                             19.46
23460 - Instrument Mechanic                                   21.51
23465 - Laboratory/Shelter Mechanic                           20.17
23470 - Laborer                                              13.66***
23510 - Locksmith                                             20.17
23530 - Machinery Maintenance Mechanic                        26.03
23550 - Machinist Maintenance                                 22.12
23580 - Maintenance Trades Helper                             15.55
23591 - Metrology Technician I                                21.51
23592 - Metrology Technician II                               22.89
23593 - Metrology Technician III                              24.25
23640 - Millwright                                            21.51
23710 - Office Appliance Repairer                             20.17
23760 - Painter Maintenance                                   19.26
23790 - Pipefitter Maintenance                                25.56
23810 - Plumber Maintenance                                   23.97
23820 - Pneudraulic Systems Mechanic                          21.51
23850 - Rigger                                                21.91
23870 - Scale Mechanic                                        18.83
23890 - Sheet-Metal Worker Maintenance                        20.08
23910 - Small Engine Mechanic                                 19.49
23931 - Telecommunications Mechanic I                         31.10
23932 - Telecommunications Mechanic II                        33.89
23950 - Telephone Lineman                                     20.79
23960 - Welder Combination Maintenance                        21.12
23965 - Well Driller                                          21.51
23970 - Woodcraft Worker                                      21.51
23980 - Woodworker                                            15.93
24000 - Personal Needs Occupations
24550 - Case Manager                                          17.49
24570 - Child Care Attendant                                 10.93***
24580 - Child Care Center Clerk                               15.33
24610 - Chore Aide                                           11.92***
24620 - Family Readiness And Support Services                 17.49
        Coordinator
24630 - Homemaker                                             17.68
```

24000 - Plant And System Operations Occupations

| | |
|---|---|
| 25010 - Boiler Tender | 21.51 |
| 25040 - Sewage Plant Operator | 24.55 |
| 25070 - Stationary Engineer | 21.51 |
| 25190 - Ventilation Equipment Tender | 14.46*** |
| 25210 - Water Treatment Plant Operator | 24.55 |

27000 - Protective Service Occupations

| | |
|---|---|
| 27004 - Alarm Monitor | 20.91 |
| 27007 - Baggage Inspector | 15.52 |
| 27008 - Corrections Officer | 27.67 |
| 27010 - Court Security Officer | 31.35 |
| 27030 - Detection Dog Handler | 18.11 |
| 27040 - Detention Officer | 27.67 |
| 27070 - Firefighter | 28.70 |
| 27101 - Guard I | 15.52 |
| 27102 - Guard II | 18.11 |
| 27131 - Police Officer I | 30.90 |
| 27132 - Police Officer II | 34.34 |

28000 - Recreation Occupations

| | |
|---|---|
| 28041 - Carnival Equipment Operator | 15.25 |
| 28042 - Carnival Equipment Repairer | 16.80 |
| 28043 - Carnival Worker | 10.54*** |
| 28210 - Gate Attendant/Gate Tender | 15.10 |
| 28310 - Lifeguard | 15.50 |
| 28350 - Park Attendant (Aide) | 16.89 |
| 28510 - Recreation Aide/Health Facility Attendant | 12.32*** |
| 28515 - Recreation Specialist | 20.92 |
| 28630 - Sports Official | 13.45*** |
| 28690 - Swimming Pool Operator | 19.89 |

29000 - Stevedoring/Longshoremen Occupational Services

| | |
|---|---|
| 29010 - Blocker And Bracer | 21.65 |
| 29020 - Hatch Tender | 21.65 |
| 29030 - Line Handler | 21.65 |
| 29041 - Stevedore I | 20.86 |
| 29042 - Stevedore II | 24.35 |

30000 - Technical Occupations

| | |
|---|---|
| 30010 - Air Traffic Control Specialist Center (HFO)   (see 2) | 42.91 |
| 30011 - Air Traffic Control Specialist Station (HFO)  (see 2) | 29.59 |
| 30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) | 32.58 |
| 30021 - Archeological Technician I | 19.14 |
| 30022 - Archeological Technician II | 21.41 |
| 30023 - Archeological Technician III | 26.52 |
| 30030 - Cartographic Technician | 26.52 |
| 30040 - Civil Engineering Technician | 26.52 |
| 30051 - Cryogenic Technician I | 29.37 |
| 30052 - Cryogenic Technician II | 32.44 |
| 30061 - Drafter/CAD Operator I | 19.14 |
| 30062 - Drafter/CAD Operator II | 21.41 |
| 30063 - Drafter/CAD Operator III | 23.86 |
| 30064 - Drafter/CAD Operator IV | 29.37 |
| 30081 - Engineering Technician I | 18.79 |
| 30082 - Engineering Technician II | 21.92 |
| 30083 - Engineering Technician III | 24.53 |
| 30084 - Engineering Technician IV | 29.22 |
| 30085 - Engineering Technician V | 35.73 |
| 30086 - Engineering Technician VI | 41.29 |
| 30090 - Environmental Technician | 24.89 |
| 30095 - Evidence Control Specialist | 26.52 |
| 30210 - Laboratory Technician | 23.86 |
| 30221 - Latent Fingerprint Technician I | 29.37 |
| 30222 - Latent Fingerprint Technician II | 32.44 |
| 30240 - Mathematical Technician | 26.52 |
| 30361 - Paralegal/Legal Assistant I | 20.69 |
| 30362 - Paralegal/Legal Assistant II | 25.64 |
| 30363 - Paralegal/Legal Assistant III | 31.37 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5199384
Reviewer: Carol M.

Case Number PC-2025-02760 Document 12 Filed 06/27/2025 Page 39 of 171 PageID #: 2278

```
30084 - Paralegal/Legal Assistant IV                              37.94
30375 - Petroleum Supply Specialist                               32.44
30390 - Photo-Optics Technician                                   26.52
30395 - Radiation Control Technician                              32.44
30461 - Technical Writer I                                        26.52
30462 - Technical Writer II                                       32.44
30463 - Technical Writer III                                      39.26
30491 - Unexploded Ordnance (UXO) Technician I                    27.27
30492 - Unexploded Ordnance (UXO) Technician II                   33.00
30493 - Unexploded Ordnance (UXO) Technician III                  39.55
30494 - Unexploded (UXO) Safety Escort                            27.27
30495 - Unexploded (UXO) Sweep Personnel                          27.27
30501 - Weather Forecaster I                                      29.37
30502 - Weather Forecaster II                                     35.73
30620 - Weather Observer Combined Upper Air Or      (see 2)       23.86
Surface Programs
30621 - Weather Observer Senior                     (see 2)       26.52
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            33.00
31020 - Bus Aide                                                  11.55***
31030 - Bus Driver                                                17.57
31043 - Driver Courier                                            14.92***
31260 - Parking and Lot Attendant                                 10.98***
31290 - Shuttle Bus Driver                                        16.45
31310 - Taxi Driver                                               14.20***
31361 - Truckdriver Light                                         16.45
31362 - Truckdriver Medium                                        17.99
31363 - Truckdriver Heavy                                         20.47
31364 - Truckdriver Tractor-Trailer                               20.47
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   16.09
99030 - Cashier                                                   11.82***
99050 - Desk Clerk                                                11.46***
99095 - Embalmer                                                  26.61
99130 - Flight Follower                                           27.27
99251 - Laboratory Animal Caretaker I                             17.20
99252 - Laboratory Animal Caretaker II                            18.94
99260 - Marketing Analyst                                         27.29
99310 - Mortician                                                 26.61
99410 - Pest Controller                                           16.92
99510 - Photofinishing Worker                                     14.76***
99710 - Recycling Laborer                                         21.09
99711 - Recycling Specialist                                      26.60
99730 - Refuse Collector                                          18.37
99810 - Sales Clerk                                               12.58***
99820 - School Crossing Guard                                     12.77***
99830 - Survey Party Chief                                        22.38
99831 - Surveying Aide                                            13.50***
99832 - Surveying Technician                                      20.39
99840 - Vending Machine Attendant                                 18.49
99841 - Vending Machine Repairer                                  24.08
99842 - Vending Machine Repairer Helper                           18.49
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Case 1:25-cv-00306-MRD-PAS  Document 12  Filed 06/16/25  Page 394 of 630 PageID #: 2279

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017.  If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking.  Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors.  A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years.  Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541.  Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families.  In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees.  For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption.  Therefore the exemption applies only to computer employees

satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification. Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

of each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

```
                   "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
          THE SERVICE CONTRACT ACT            | EMPLOYMENT STANDARDS ADMINISTRATION
   By direction of the Secretary of Labor     |        WAGE AND HOUR DIVISION
                                              |        WASHINGTON D.C.  20210
                                              |
                                              |
                                              |
                                              |
                                              | Wage Determination No.: 2015-4541
   Daniel W. Simms        Division of         |        Revision No.: 16
   Director          Wage Determinations|     Date Of Last Revision: 03/15/2022
                                              |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

_____

State: Florida

Area: Florida County of Polk

_____

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.55*** |
| 01012 - Accounting Clerk II | | 16.15 |
| 01013 - Accounting Clerk III | | 18.08 |
| 01020 - Administrative Assistant | | 25.53 |
| 01035 - Court Reporter | | 18.36 |
| 01041 - Customer Service Representative I | | 13.61*** |
| 01042 - Customer Service Representative II | | 14.85*** |
| 01043 - Customer Service Representative III | | 16.68 |
| 01051 - Data Entry Operator I | | 13.05*** |
| 01052 - Data Entry Operator II | | 14.24*** |
| 01060 - Dispatcher Motor Vehicle | | 18.34 |
| 01070 - Document Preparation Clerk | | 13.32*** |
| 01090 - Duplicating Machine Operator | | 13.32*** |
| 01111 - General Clerk I | | 13.18*** |
| 01112 - General Clerk II | | 14.38*** |
| 01113 - General Clerk III | | 16.15 |

Case 1:25-cv-00336-MRD-PAS Document 1-2 Filed 06/30/25 Page 399 of 1635 PageID #: 2284

```
01090 - Housing Referral Assistant                       19.70
01141 - Messenger Courier                                12.51***
01191   Order Clerk I                                    17.71
01192 - Order Clerk II                                   19.32
01261 - Personnel Assistant (Employment) I               16.54
01262 - Personnel Assistant (Employment) II              18.50
01263   Personnel Assistant (Employment) III             20.62
01270 - Production Control Clerk                          21.06
01290 - Rental Clerk                                     16.20
01300 - Scheduler Maintenance                            15.81
01311   Secretary I                                      15.81
01312 - Secretary II                                     17.69
01313 - Secretary III                                    19.73
01320 - Service Order Dispatcher                         16.39
01410   Supply Technician                                25.53
01420 - Survey Worker                                    14.59***
01460 - Switchboard Operator/Receptionist                13.54***
01531 - Travel Clerk I                                   15.70
01532 - Travel Clerk II                                  17.12
01533 - Travel Clerk III                                 18.57
01611 - Word Processor I                                 14.08***
01612 - Word Processor II                                15.81
01613   Word Processor III                               17.69
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass              21.16
05010 - Automotive  Electrician                          20.79
05040   Automotive Glass Installer                       19.87
05070 - Automotive Worker                                19.87
05110 - Mobile Equipment Servicer                        18.02
05130 - Motor Equipment Metal Mechanic                   21.75
05160   Motor Equipment Metal Worker                     19.87
05190 - Motor Vehicle Mechanic                           21.36
05220 - Motor Vehicle Mechanic Helper                    17.00
05250 - Motor Vehicle Upholstery Worker                  18.94
05280   Motor Vehicle Wrecker                            19.87
05310 - Painter Automotive                               20.79
05340 - Radiator Repair Specialist                       19.87
05370 - Tire Repairer                                    13.87***
05400   Transmission Repair Specialist                   21.53
07000 - Food Preparation And Service Occupations
07010 - Baker                                            14.47***
07041 - Cook I                                           12.21***
07042 - Cook II                                          14.19***
07070 - Dishwasher                                       10.45***
07130 - Food Service Worker                              11.54***
07210 - Meat Cutter                                      16.13
07260   Waiter/Waitress                                   9.78***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                      19.41
09040 - Furniture Handler                                12.13***
09080   Furniture Refinisher                             19.41
09090 - Furniture Refinisher Helper                      14.43***
09110 - Furniture Repairer Minor                         16.99
09130   Upholsterer                                      19.41
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                 13.00***
11060 - Elevator Operator                                13.00***
11090 - Gardener                                         17.30
11122   Housekeeping Aide                                11.32***
11150 - Janitor                                          11.32***
11210 - Laborer Grounds Maintenance                      13.08***
11240 - Maid or Houseman                                 11.22***
11260   Pruner                                           11.51***
11270 - Tractor Operator                                 15.91
11330 - Trail Maintenance Worker                         13.08***
```

| | | |
|---|---|---|
| 11960 - Window Cleaner | | 12.76*** |
| 12000 - Health Occupations | | |
| 12010   Ambulance Driver | | 17.92 |
| 12011 - Breath Alcohol Technician | | 18.64 |
| 12012 - Certified Occupational Therapist Assistant | | 31.41 |
| 12015 - Certified Physical Therapist Assistant | | 30.65 |
| 12020   Dental Assistant | | 18.38 |
| 12025 - Dental Hygienist | | 35.21 |
| 12030 - EKG Technician | | 27.24 |
| 12035 - Electroneurodiagnostic Technologist | | 27.24 |
| 12040   Emergency Medical Technician | | 17.92 |
| 12071 - Licensed Practical Nurse I | | 17.44 |
| 12072 - Licensed Practical Nurse II | | 19.51 |
| 12073 - Licensed Practical Nurse III | | 21.75 |
| 12100   Medical Assistant | | 14.82*** |
| 12130 - Medical Laboratory Technician | | 24.02 |
| 12160 - Medical Record Clerk | | 18.67 |
| 12190 - Medical Record Technician | | 20.88 |
| 12195   Medical Transcriptionist | | 19.98 |
| 12210 - Nuclear Medicine Technologist | | 37.62 |
| 12221 - Nursing Assistant I | | 11.75*** |
| 12222 - Nursing Assistant II | | 13.20*** |
| 12223   Nursing Assistant III | | 14.40*** |
| 12224 - Nursing Assistant IV | | 16.18 |
| 12235 - Optical Dispenser | | 20.92 |
| 12236 - Optical Technician | | 15.18 |
| 12250   Pharmacy Technician | | 15.17 |
| 12280 - Phlebotomist | | 16.52 |
| 12305 - Radiologic Technologist | | 28.87 |
| 12311 - Registered Nurse I | | 24.92 |
| 12312   Registered Nurse II | | 30.48 |
| 12313 - Registered Nurse II Specialist | | 30.48 |
| 12314 - Registered Nurse III | | 36.89 |
| 12315 - Registered Nurse III Anesthetist | | 36.89 |
| 12316   Registered Nurse IV | | 44.20 |
| 12317 - Scheduler (Drug and Alcohol Testing) | | 23.10 |
| 12320 - Substance Abuse Treatment Counselor | | 19.28 |
| 13000 - Information And Arts Occupations | | |
| 13011   Exhibits Specialist I | | 22.63 |
| 13012 - Exhibits Specialist II | | 28.03 |
| 13013 - Exhibits Specialist III | | 34.28 |
| 13041 - Illustrator I | | 22.63 |
| 13042   Illustrator II | | 28.03 |
| 13043 - Illustrator III | | 34.28 |
| 13047 - Librarian | | 31.04 |
| 13050 - Library Aide/Clerk | | 12.16*** |
| 13054   Library Information Technology Systems Administrator | | 28.03 |
| 13058 - Library Technician | | 14.34*** |
| 13061 - Media Specialist I | | 20.22 |
| 13062   Media Specialist II | | 22.63 |
| 13063   Media Specialist III | | 25.23 |
| 13071 - Photographer I | | 19.90 |
| 13072 - Photographer II | | 22.25 |
| 13073   Photographer III | | 27.59 |
| 13074 - Photographer IV | | 32.10 |
| 13075 - Photographer V | | 38.83 |
| 13090 - Technical Order Library Clerk | | 15.74 |
| 13110   Video Teleconference Technician | | 22.00 |
| 14000 - Information Technology Occupations | | |
| 14041 - Computer Operator I | | 17.60 |
| 14042 - Computer Operator II | | 19.69 |
| 14043   Computer Operator III | | 21.99 |
| 14044   Computer Operator IV | | 24.39 |
| 14045   Computer Operator V | | 27.02 |

Case 1:25-cv-00306-MRD-PAS Document 1-2 Filed 06/27/25 Page 40 of 161 PageID #: 2286

| | | |
|---|---|---|
| 14071 - Computer Programmer I | (see 1) | 22.92 |
| 14072 - Computer Programmer II | (see 1) | 27.56 |
| 14073 - Computer Programmer III | (see 1) | |
| 14074 - Computer Programmer IV | (see 1) | |
| 14101 - Computer Systems Analyst I | (see 1) | |
| 14102 - Computer Systems Analyst II | (see 1) | |
| 14103 - Computer Systems Analyst III | (see 1) | |
| 14150 - Peripheral Equipment Operator | | 17.60 |
| 14160 - Personal Computer Support Technician | | 24.39 |
| 14170 - System Support Specialist | | 26.64 |
| 15000 - Instructional Occupations | | |
| 15010 - Aircrew Training Devices Instructor (Non-Rated) | | 29.49 |
| 15020 - Aircrew Training Devices Instructor (Rated) | | 35.69 |
| 15030 - Air Crew Training Devices Instructor (Pilot) | | 42.78 |
| 15050 - Computer Based Training Specialist / Instructor | | 29.49 |
| 15060 - Educational Technologist | | 30.44 |
| 15070 - Flight Instructor (Pilot) | | 42.78 |
| 15080 - Graphic Artist | | 22.03 |
| 15085 - Maintenance Test Pilot Fixed Jet/Prop | | 42.78 |
| 15086 - Maintenance Test Pilot Rotary Wing | | 42.78 |
| 15088 - Non-Maintenance Test/Co-Pilot | | 42.78 |
| 15090 - Technical Instructor | | 21.98 |
| 15095 - Technical Instructor/Course Developer | | 26.89 |
| 15110 - Test Proctor | | 17.75 |
| 15120 - Tutor | | 17.75 |
| 16000 - Laundry Dry-Cleaning Pressing And Related Occupations | | |
| 16010 - Assembler | | 10.49*** |
| 16030 - Counter Attendant | | 10.49*** |
| 16040 - Dry Cleaner | | 13.31*** |
| 16070 - Finisher Flatwork Machine | | 10.49*** |
| 16090 - Presser Hand | | 10.49*** |
| 16110 - Presser Machine Drycleaning | | 10.49*** |
| 16130 - Presser Machine Shirts | | 10.49*** |
| 16160 - Presser Machine Wearing Apparel Laundry | | 10.49*** |
| 16190 - Sewing Machine Operator | | 14.24*** |
| 16220 - Tailor | | 15.13 |
| 16250 - Washer Machine | | 11.48*** |
| 19000 - Machine Tool Operation And Repair Occupations | | |
| 19010 - Machine-Tool Operator (Tool Room) | | 19.14 |
| 19040 - Tool And Die Maker | | 23.27 |
| 21000 - Materials Handling And Packing Occupations | | |
| 21020 - Forklift Operator | | 17.83 |
| 21030 - Material Coordinator | | 21.06 |
| 21040 - Material Expediter | | 21.06 |
| 21050 - Material Handling Laborer | | 14.93*** |
| 21071 - Order Filler | | 14.58*** |
| 21080 - Production Line Worker (Food Processing) | | 17.83 |
| 21110 - Shipping Packer | | 17.15 |
| 21130 - Shipping/Receiving Clerk | | 17.15 |
| 21140 - Store Worker I | | 11.33*** |
| 21150 - Stock Clerk | | 16.18 |
| 21210 - Tools And Parts Attendant | | 17.83 |
| 21410 - Warehouse Specialist | | 17.83 |
| 23000 - Mechanics And Maintenance And Repair Occupations | | |
| 23010 - Aerospace Structural Welder | | 28.92 |
| 23019 - Aircraft Logs and Records Technician | | 23.57 |
| 23021 - Aircraft Mechanic I | | 27.54 |
| 23022 - Aircraft Mechanic II | | 28.92 |
| 23023 - Aircraft Mechanic III | | 30.36 |
| 23040 - Aircraft Mechanic Helper | | 20.02 |
| 23050 - Aircraft Painter | | 25.64 |
| 23060 - Aircraft Servicer | | 23.57 |
| 23070 - Aircraft Survival Flight Equipment Technician | | 25.64 |
| 23080 - Aircraft Worker | | 25.16 |
| 23091 - Aircrew Life Support Equipment (ALSE) Mechanic | | 25.16 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case Number: PC-2025-02760
Document 1 Filed 06/27/2025 Page 40 of 63 PageID #: 2287

```
      23092 - Aircrew Life Support Equipment (ALSE) Mechanic          27.54
      II
      23110 - Appliance Mechanic                                      21.83
      23120 - Bicycle Repairer                                        17.28
      23125 - Cable Splicer                                           32.44
      23130 - Carpenter Maintenance                                   18.51
      23140 - Carpet Layer                                            20.10
      23160 - Electrician Maintenance                                 21.99
      23181 - Electronics Technician Maintenance I                    23.64
      23182 - Electronics Technician Maintenance II                   25.12
      23183 - Electronics Technician Maintenance III                  26.73
      23260 - Fabric Worker                                           18.70
      23290 - Fire Alarm System Mechanic                              19.09
      23310 - Fire Extinguisher Repairer                              17.28
      23311 - Fuel Distribution System Mechanic                       24.60
      23312 - Fuel Distribution System Operator                       19.67
      23370 - General Maintenance Worker                              18.42
      23380 - Ground Support Equipment Mechanic                       27.54
      23381 - Ground Support Equipment Servicer                       23.57
      23382 - Ground Support Equipment Worker                         25.16
      23391 - Gunsmith I                                              17.28
      23392 - Gunsmith II                                             20.10
      23393 - Gunsmith III                                            22.73
      23410 - Heating Ventilation And Air-Conditioning                20.35
      Mechanic
      23411 - Heating Ventilation And Air Contidioning                21.44
      Mechanic (Research Facility)
      23430 - Heavy Equipment Mechanic                                26.15
      23440 - Heavy Equipment Operator                                21.15
      23460 - Instrument Mechanic                                     22.73
      23465 - Laboratory/Shelter Mechanic                             21.36
      23470 - Laborer                                              14.93***
      23510 - Locksmith                                               19.01
      23530 - Machinery Maintenance Mechanic                          27.13
      23550 - Machinist Maintenance                                   20.10
      23580 - Maintenance Trades Helper                            14.98***
      23591 - Metrology Technician I                                  22.73
      23592 - Metrology Technician II                                 23.94
      23593 - Metrology Technician III                                24.96
      23640 - Millwright                                              27.72
      23710 - Office Appliance Repairer                               19.07
      23760 - Painter Maintenance                                     18.85
      23790 - Pipefitter Maintenance                                  21.89
      23810 - Plumber Maintenance                                     20.57
      23820 - Pneudraulic Systems Mechanic                            22.73
      23850 - Rigger                                                  22.73
      23870 - Scale Mechanic                                          20.10
      23890 - Sheet-Metal Worker Maintenance                          21.53
      23910 - Small Engine Mechanic                                   18.11
      23931 - Telecommunications Mechanic I                           26.79
      23932 - Telecommunications Mechanic II                          28.22
      23950 - Telephone Lineman                                       23.50
      23960 - Welder Combination Maintenance                          21.80
      23965 - Well Driller                                            21.81
      23970 - Woodcraft Worker                                        22.73
      23980 - Woodworker                                              17.28
   24000 - Personal Needs Occupations
      24550 - Case Manager                                            17.09
      24570 - Child Care Attendant                                 10.07***
      24580 - Child Care Center Clerk                              14.47***
      24610 - Chore Aide                                           11.52***
      24620 - Family Readiness And Support Services                   17.09
      Coordinator
      24630 - Homemaker                                               17.33
```

Plant And System Operations Occupations

| | | |
|---|---|---|
| 25010 - Boiler Tender | | 22.95 |
| 25040 - Sewage Plant Operator | | 23.43 |
| 25070 - Stationary Engineer | | 22.95 |
| 25190 - Ventilation Equipment Tender | | 16.10 |
| 25210 - Water Treatment Plant Operator | | 23.43 |
| 27000 - Protective Service Occupations | | |
| 27004 - Alarm Monitor | | 19.29 |
| 27007 - Baggage Inspector | | 12.63*** |
| 27008 - Corrections Officer | | 22.81 |
| 27010 - Court Security Officer | | 21.45 |
| 27030 - Detection Dog Handler | | 16.69 |
| 27040 - Detention Officer | | 22.81 |
| 27070 - Firefighter | | 20.19 |
| 27101 - Guard I | | 12.63*** |
| 27102 - Guard II | | 16.69 |
| 27131 - Police Officer I | | 24.05 |
| 27132 - Police Officer II | | 26.80 |
| 28000 - Recreation Occupations | | |
| 28041 - Carnival Equipment Operator | | 13.13*** |
| 28042 - Carnival Equipment Repairer | | 14.29*** |
| 28043 - Carnival Worker | | 9.50*** |
| 28210 - Gate Attendant/Gate Tender | | 14.72*** |
| 28310 - Lifeguard | | 12.08*** |
| 28350 - Park Attendant (Aide) | | 16.47 |
| 28510 - Recreation Aide/Health Facility Attendant | | 11.80*** |
| 28515 - Recreation Specialist | | 20.40 |
| 28630 - Sports Official | | 13.11*** |
| 28690 - Swimming Pool Operator | | 16.62 |
| 29000 - Stevedoring/Longshoremen Occupational Services | | |
| 29010 - Blocker And Bracer | | 27.31 |
| 29020 - Hatch Tender | | 27.31 |
| 29030 - Line Handler | | 27.31 |
| 29041 - Stevedore I | | 25.41 |
| 29042 - Stevedore II | | 29.45 |
| 30000 - Technical Occupations | | |
| 30010 - Air Traffic Control Specialist Center (HFO)   (see 2) | | 40.29 |
| 30011 - Air Traffic Control Specialist Station (HFO)  (see 2) | | 27.78 |
| 30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) | | 30.59 |
| 30021 - Archeological Technician I | | 18.12 |
| 30022 - Archeological Technician II | | 20.27 |
| 30023 - Archeological Technician III | | 25.11 |
| 30030 - Cartographic Technician | | 25.11 |
| 30040 - Civil Engineering Technician | | 28.47 |
| 30051 - Cryogenic Technician I | | 27.81 |
| 30052 - Cryogenic Technician II | | 30.72 |
| 30061 - Drafter/CAD Operator I | | 18.12 |
| 30062 - Drafter/CAD Operator II | | 20.27 |
| 30063 - Drafter/CAD Operator III | | 22.60 |
| 30064 - Drafter/CAD Operator IV | | 27.81 |
| 30081 - Engineering Technician I | | 16.69 |
| 30082 - Engineering Technician II | | 18.74 |
| 30083 - Engineering Technician III | | 21.23 |
| 30084 - Engineering Technician IV | | 24.45 |
| 30085 - Engineering Technician V | | 26.70 |
| 30086 - Engineering Technician VI | | 32.31 |
| 30090 - Environmental Technician | | 23.19 |
| 30095 - Evidence Control Specialist | | 25.11 |
| 30210 - Laboratory Technician | | 23.30 |
| 30221 - Latent Fingerprint Technician I | | 23.40 |
| 30222 - Latent Fingerprint Technician II | | 25.85 |
| 30240 - Mathematical Technician | | 25.11 |
| 30361 - Paralegal/Legal Assistant I | | 20.12 |
| 30362 - Paralegal/Legal Assistant II | | 24.93 |
| 30363 - Paralegal/Legal Assistant III | | 30.49 |

```
         30984 - Paralegal/Legal Assistant IV                          36.90
         30375 - Petroleum Supply Specialist                           30.72
         30390 - Photo-Optics Technician                               25.11
         30395 - Radiation Control Technician                          30.72
         30461 - Technical Writer I                                    25.11
         30462 - Technical Writer II                                   30.72
         30463 - Technical Writer III                                  37.16
         30491 - Unexploded Ordnance (UXO) Technician I                25.60
         30492 - Unexploded Ordnance (UXO) Technician II               30.98
         30493 - Unexploded Ordnance (UXO) Technician III              37.13
         30494 - Unexploded (UXO) Safety Escort                        25.60
         30495 - Unexploded (UXO) Sweep Personnel                      25.60
         30501 - Weather Forecaster I                                  27.81
         30502 - Weather Forecaster II                                 33.83
         30620 - Weather Observer Combined Upper Air Or     (see 2)    22.60
 Surface Programs
         30621 - Weather Observer Senior                   (see 2)    25.11
    31000 - Transportation/Mobile Equipment Operation Occupations
         31010 - Airplane Pilot                                        30.98
         31020 - Bus Aide                                              11.41***
         31030 - Bus Driver                                            16.27
         31043 - Driver Courier                                        20.39
         31260 - Parking and Lot Attendant                             11.73***
         31290 - Shuttle Bus Driver                                    18.35
         31310 - Taxi Driver                                           10.72***
         31361 - Truckdriver Light                                     22.21
         31362 - Truckdriver Medium                                    24.04
         31363 - Truckdriver Heavy                                     22.37
         31364 - Truckdriver Tractor-Trailer                           22.37
    99000 - Miscellaneous Occupations
         99020 - Cabin Safety Specialist                               15.10
         99030 - Cashier                                               11.57***
         99050 - Desk Clerk                                            11.27***
         99095 - Embalmer                                              28.59
         99130 - Flight Follower                                       25.60
         99251 - Laboratory Animal Caretaker I                         17.61
         99252 - Laboratory Animal Caretaker II                        19.16
         99260 - Marketing Analyst                                     27.64
         99310 - Mortician                                             28.59
         99410 - Pest Controller                                       18.57
         99510 - Photofinishing Worker                                 13.45***
         99710 - Recycling Laborer                                     19.35
         99711 - Recycling Specialist                                  22.72
         99730 - Refuse Collector                                      17.26
         99810 - Sales Clerk                                           12.49***
         99820 - School Crossing Guard                                 13.46***
         99830 - Survey Party Chief                                    20.68
         99831 - Surveying Aide                                        12.73***
         99832 - Surveying Technician                                  19.43
         99840 - Vending Machine Attendant                             17.75
         99841 - Vending Machine Repairer                              22.46
         99842 - Vending Machine Repairer Helper                       17.75
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.


ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:


HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month


HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*


*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.


VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; and 3 weeks after 5 years.  Length of service includes the whole span of
continuous service with the present contractor or successor wherever employed and
with the predecessor contractors in the performance of similar work at the same
Federal facility.  (Reg. 29 CFR 4.173)


HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)



THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:


1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.


Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

of each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                     "REGISTER OF WAGE DETERMINATIONS UNDER  |     U.S. DEPARTMENT OF LABOR
         THE SERVICE CONTRACT ACT          | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |        WAGE AND HOUR DIVISION
                                           |         WASHINGTON D.C.  20210
                                           |
                                           |
                                           |
                                           |
                                           | Wage Determination No.: 2015-5729
Daniel W. Simms        Division of         |       Revision No.: 18
Director          Wage Determinations|  Date Of Last Revision: 03/15/2022
                                           |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order  |
|after January 30 2022 or the           |14026 applies to the contract.           |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |

|If the contract was awarded on or      |With certain exceptions Executive Order  |
|between January 1 2015 and January 29  |13658 applies to the contract.           |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida County of Sumter

**Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                                FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
    01011 - Accounting Clerk I                                       14.65***
    01012 - Accounting Clerk II                                      16.44
    01013   Accounting Clerk III                                     18.40
    01020 - Administrative Assistant                                 23.99
    01035 - Court Reporter                                           18.20
    01041 - Customer Service Representative I                        12.38***
    01042   Customer Service Representative II                       13.50***
    01043 - Customer Service Representative III                      15.16
    01051 - Data Entry Operator I                                    13.28***
    01052 - Data Entry Operator II                                   14.49***
    01060   Dispatcher Motor Vehicle                                 17.69
    01070 - Document Preparation Clerk                               14.49***
    01090 - Duplicating Machine Operator                             14.49***
    01111 - General Clerk I                                          12.93***
    01112   General Clerk II                                         14.11***
    01113 - General Clerk III                                        15.84

```

| | |
|---|---|
| 01009 - Housing Referral Assistant | 19.80 |
| 01141 - Messenger Courier | 11.81*** |
| 01191 - Order Clerk I | 13.28*** |
| 01192 - Order Clerk II | 14.49*** |
| 01261 - Personnel Assistant (Employment) I | 16.26 |
| 01262 - Personnel Assistant (Employment) II | 18.20 |
| 01263 - Personnel Assistant (Employment) III | 20.28 |
| 01270 - Production Control Clerk | 18.85 |
| 01290 - Rental Clerk | 14.59*** |
| 01300 - Scheduler Maintenance | 16.26 |
| 01311 - Secretary I | 16.26 |
| 01312 - Secretary II | 17.69 |
| 01313 - Secretary III | 19.80 |
| 01320 - Service Order Dispatcher | 18.24 |
| 01410 - Supply Technician | 18.81 |
| 01420 - Survey Worker | 23.99 |
| 01460 - Switchboard Operator/Receptionist | 13.68*** |
| 01531 - Travel Clerk I | 13.68*** |
| 01532 - Travel Clerk II | 14.84*** |
| 01533 - Travel Clerk III | 15.96 |
| 01611 - Word Processor I | 14.49*** |
| 01612 - Word Processor II | 16.26 |
| 01613 - Word Processor III | 18.20 |
| 05000 - Automotive Service Occupations | |
| 05005 - Automobile Body Repairer Fiberglass | 22.44 |
| 05010 - Automotive  Electrician | 21.05 |
| 05040 - Automotive Glass Installer | 19.66 |
| 05070 - Automotive Worker | 19.66 |
| 05110 - Mobile Equipment Servicer | 16.94 |
| 05130 - Motor Equipment Metal Mechanic | 22.44 |
| 05160 - Motor Equipment Metal Worker | 19.66 |
| 05190 - Motor Vehicle Mechanic | 22.44 |
| 05220 - Motor Vehicle Mechanic Helper | 15.58 |
| 05250 - Motor Vehicle Upholstery Worker | 18.32 |
| 05280 - Motor Vehicle Wrecker | 19.66 |
| 05310 - Painter Automotive | 21.05 |
| 05340 - Radiator Repair Specialist | 19.66 |
| 05370 - Tire Repairer | 13.81*** |
| 05400 - Transmission Repair Specialist | 22.44 |
| 07000 - Food Preparation And Service Occupations | |
| 07010 - Baker | 13.87*** |
| 07041 - Cook I | 13.93*** |
| 07042 - Cook II | 16.16 |
| 07070 - Dishwasher | 10.19*** |
| 07130 - Food Service Worker | 13.04*** |
| 07210 - Meat Cutter | 18.14 |
| 07260 - Waiter/Waitress | 9.75*** |
| 09000 - Furniture Maintenance And Repair Occupations | |
| 09010 - Electrostatic Spray Painter | 20.77 |
| 09040 - Furniture Handler | 12.64*** |
| 09080 - Furniture Refinisher | 20.77 |
| 09090 - Furniture Refinisher Helper | 15.37 |
| 09110 - Furniture Repairer Minor | 18.06 |
| 09130 - Upholsterer | 20.77 |
| 11000 - General Services And Support Occupations | |
| 11030 - Cleaner Vehicles | 13.04*** |
| 11060 - Elevator Operator | 12.51*** |
| 11090 - Gardener | 15.56 |
| 11122 - Housekeeping Aide | 12.51*** |
| 11150 - Janitor | 12.51*** |
| 11210 - Laborer Grounds Maintenance | 11.77*** |
| 11240 - Maid or Houseman | 10.28*** |
| 11260 - Pruner | 10.46*** |
| 11270 - Tractor Operator | 14.31*** |
| 11330 - Trail Maintenance Worker | 11.77*** |

```
         11980 - Window Cleaner                                    14.08***
12000 - Health Occupations
         12010 - Ambulance Driver                                  19.75
         12011 - Breath Alcohol Technician                         19.75
         12012 - Certified Occupational Therapist Assistant        27.09
         12015 - Certified Physical Therapist Assistant            33.50
         12020 - Dental Assistant                                  21.08
         12025 - Dental Hygienist                                  34.00
         12030 - EKG Technician                                    29.92
         12035 - Electroneurodiagnostic Technologist              29.92
         12040 - Emergency Medical Technician                      19.75
         12071 - Licensed Practical Nurse I                        17.66
         12072 - Licensed Practical Nurse II                       19.75
         12073 - Licensed Practical Nurse III                      22.01
         12100 - Medical Assistant                                 14.80***
         12130 - Medical Laboratory Technician                     21.86
         12160 - Medical Record Clerk                              15.16
         12190 - Medical Record Technician                         23.08
         12195 - Medical Transcriptionist                          17.66
         12210 - Nuclear Medicine Technologist                     43.40
         12221 - Nursing Assistant I                               11.63***
         12222 - Nursing Assistant II                              13.09***
         12223 - Nursing Assistant III                             14.27***
         12224 - Nursing Assistant IV                              16.02
         12235 - Optical Dispenser                                 19.75
         12236 - Optical Technician                                17.66
         12250 - Pharmacy Technician                               14.79***
         12280 - Phlebotomist                                      15.97
         12305 - Radiologic Technologist                           27.47
         12311 - Registered Nurse I                                23.48
         12312 - Registered Nurse II                               28.72
         12313 - Registered Nurse II Specialist                    28.72
         12314 - Registered Nurse III                              34.74
         12315 - Registered Nurse III Anesthetist                  34.74
         12316 - Registered Nurse IV                               41.64
         12317 - Scheduler (Drug and Alcohol Testing)              24.46
         12320 - Substance Abuse Treatment Counselor               24.46
13000 - Information And Arts Occupations
         13011 - Exhibits Specialist I                             19.34
         13012 - Exhibits Specialist II                            23.96
         13013 - Exhibits Specialist III                           29.31
         13041 - Illustrator I                                     17.56
         13042 - Illustrator II                                    21.97
         13043 - Illustrator III                                   27.74
         13047 - Librarian                                         26.53
         13050 - Library Aide/Clerk                                13.46***
         13054 - Library Information Technology Systems
         Administrator                                             22.14
         13058 - Library Technician                                14.87***
         13061 - Media Specialist I                                13.10***
         13062 - Media Specialist II                               14.87***
         13063 - Media Specialist III                              16.58
         13071 - Photographer I                                    14.95***
         13072 - Photographer II                                   16.73
         13073 - Photographer III                                  20.72
         13074 - Photographer IV                                   25.35
         13075 - Photographer V                                    30.67
         13090 - Technical Order Library Clerk                     16.73
         13110 - Video Teleconference Technician                   15.01
14000 - Information Technology Occupations
         14041 - Computer Operator I                               15.97
         14042 - Computer Operator II                              18.13
         14043 - Computer Operator III                             20.57
         14044 - Computer Operator IV                              22.85
         14045 - Computer Operator V                               25.31
```

```
14071 - Computer Programmer I             (see 1)      17.10
14072 - Computer Programmer II            (see 1)      21.19
14073 - Computer Programmer III           (see 1)      25.92
14074 - Computer Programmer IV            (see 1)
14101 - Computer Systems Analyst I        (see 1)      25.35
14102 - Computer Systems Analyst II       (see 1)
14103 - Computer Systems Analyst III      (see 1)
14150 - Peripheral Equipment Operator                 15.97
14160 - Personal Computer Support Technician          22.85
14170 - System Support Specialist                     23.01
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)   21.76
    15020 - Aircrew Training Devices Instructor (Rated)       26.33
    15030 - Air Crew Training Devices Instructor (Pilot)      30.98
    15050 - Computer Based Training Specialist / Instructor   21.76
    15060 - Educational Technologist                          23.72
    15070 - Flight Instructor (Pilot)                         30.98
    15080 - Graphic Artist                                    21.85
    15085 - Maintenance Test Pilot Fixed Jet/Prop             30.98
    15086 - Maintenance Test Pilot Rotary Wing                30.98
    15088 - Non-Maintenance Test/Co-Pilot                     30.98
    15090 - Technical Instructor                              17.86
    15095 - Technical Instructor/Course Developer             21.85
    15110 - Test Proctor                                      14.41***
    15120 - Tutor                                             14.41***
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                         10.15***
    16030 - Counter Attendant                                 10.15***
    16040 - Dry Cleaner                                       12.95***
    16070 - Finisher Flatwork Machine                         10.15***
    16090 - Presser Hand                                      10.15***
    16110 - Presser Machine Drycleaning                       10.15***
    16130 - Presser Machine Shirts                            10.15***
    16160 - Presser Machine Wearing Apparel Laundry           10.15***
    16190 - Sewing Machine Operator                           13.81***
    16220 - Tailor                                            14.65***
    16250 - Washer Machine                                    11.05***
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                 20.77
    19040 - Tool And Die Maker                                26.18
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                 14.87***
    21030 - Material Coordinator                              17.48
    21040 - Material Expediter                                17.48
    21050 - Material Handling Laborer                         14.00***
    21071 - Order Filler                                      12.66***
    21080 - Production Line Worker (Food Processing)          14.87***
    21110 - Shipping Packer                                   19.47
    21130 - Shipping/Receiving Clerk                          19.47
    21140 - Store Worker I                                    11.28***
    21150 - Stock Clerk                                       16.14
    21210 - Tools And Parts Attendant                         14.87***
    21410 - Warehouse Specialist                              14.87***
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                       23.46
    23019 - Aircraft Logs and Records Technician              18.06
    23021 - Aircraft Mechanic I                               22.14
    23022 - Aircraft Mechanic II                              23.46
    23023 - Aircraft Mechanic III                             24.83
    23040 - Aircraft Mechanic Helper                          15.37
    23050 - Aircraft Painter                                  20.77
    23060 - Aircraft Servicer                                 18.06
    23070 - Aircraft Survival Flight Equipment Technician     20.77
    23080 - Aircraft Worker                                   19.39
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic    19.39
```

```
      23092 - Aircrew Life Support Equipment (ALSE) Mechanic        22.14
      II
      23110 - Appliance Mechanic                                    20.77
      23120 - Bicycle Repairer                                      15.77
      23125 - Cable Splicer                                         30.64
      23130 - Carpenter Maintenance                                 17.38
      23140 - Carpet Layer                                          19.39
      23160 - Electrician Maintenance                               21.76
      23181 - Electronics Technician Maintenance I                  19.39
      23182 - Electronics Technician Maintenance II                 21.14
      23183 - Electronics Technician Maintenance III                22.67
      23260 - Fabric Worker                                         18.06
      23290 - Fire Alarm System Mechanic                            22.14
      23310 - Fire Extinguisher Repairer                            16.71
      23311 - Fuel Distribution System Mechanic                     22.14
      23312 - Fuel Distribution System Operator                     16.71
      23370 - General Maintenance Worker                            16.59
      23380 - Ground Support Equipment Mechanic                     22.14
      23381 - Ground Support Equipment Servicer                     18.06
      23382 - Ground Support Equipment Worker                       19.39
      23391 - Gunsmith I                                            16.71
      23392 - Gunsmith II                                           19.39
      23393 - Gunsmith III                                          22.14
      23410 - Heating Ventilation And Air-Conditioning              17.63
      Mechanic
      23411 - Heating Ventilation And Air Contidioning              18.69
      Mechanic (Research Facility)
      23430 - Heavy Equipment Mechanic                              20.07
      23440 - Heavy Equipment Operator                              19.15
      23460 - Instrument Mechanic                                   22.14
      23465 - Laboratory/Shelter Mechanic                           20.77
      23470 - Laborer                                            14.00***
      23510 - Locksmith                                             20.77
      23530 - Machinery Maintenance Mechanic                        21.96
      23550 - Machinist Maintenance                                 22.14
      23580 - Maintenance Trades Helper                          14.65***
      23591 - Metrology Technician I                                22.14
      23592 - Metrology Technician II                               23.46
      23593 - Metrology Technician III                              24.83
      23640 - Millwright                                            22.14
      23710 - Office Appliance Repairer                             20.77
      23760 - Painter Maintenance                                   20.77
      23790 - Pipefitter Maintenance                                24.46
      23810 - Plumber Maintenance                                   22.95
      23820 - Pneudraulic Systems Mechanic                          22.14
      23850 - Rigger                                                22.14
      23870 - Scale Mechanic                                        19.39
      23890 - Sheet-Metal Worker Maintenance                        20.00
      23910 - Small Engine Mechanic                                 19.15
      23931 - Telecommunications Mechanic I                         22.14
      23932 - Telecommunications Mechanic II                        23.46
      23950 - Telephone Lineman                                     21.33
      23960 - Welder Combination Maintenance                        22.14
      23965 - Well Driller                                          22.14
      23970 - Woodcraft Worker                                      22.14
      23980 - Woodworker                                            16.71
    24000 - Personal Needs Occupations
      24550 - Case Manager                                          16.81
      24570 - Child Care Attendant                               10.79***
      24580 - Child Care Center Clerk                            13.54***
      24610 - Chore Aide                                         12.03***
      24620 - Family Readiness And Support Services                 16.81
      Coordinator
      24630 - Homemaker                                             16.81
```

25000 - Plant And System Operations Occupations

```
25010 - Boiler Tender                                         22.14
25040 - Sewage Plant Operator                                 21.03
25070 - Stationary Engineer                                   22.14
25190 - Ventilation Equipment Tender                          15.37
25210 - Water Treatment Plant Operator                        21.03
```
27000 - Protective Service Occupations
```
27004 - Alarm Monitor                                         16.79
27007 - Baggage Inspector                                  11.99***
27008 - Corrections Officer                                   24.52
27010 - Court Security Officer                                18.84
27030 - Detection Dog Handler                              13.87***
27040 - Detention Officer                                     24.52
27070 - Firefighter                                           23.89
27101 - Guard I                                            11.99***
27102 - Guard II                                           13.87***
27131 - Police Officer I                                      20.86
27132 - Police Officer II                                     23.17
```
28000 - Recreation Occupations
```
28041 - Carnival Equipment Operator                           15.11
28042 - Carnival Equipment Repairer                           16.40
28043 - Carnival Worker                                    11.14***
28210 - Gate Attendant/Gate Tender                            16.03
28310 - Lifeguard                                          14.28***
28350 - Park Attendant (Aide)                                 17.94
28510 - Recreation Aide/Health Facility Attendant          13.09***
28515 - Recreation Specialist                                 21.51
28630 - Sports Official                                    14.28***
28690 - Swimming Pool Operator                                19.24
```
29000 - Stevedoring/Longshoremen Occupational Services
```
29010 - Blocker And Bracer                                    19.39
29020 - Hatch Tender                                          19.39
29030 - Line Handler                                          19.39
29041 - Stevedore I                                           18.06
29042 - Stevedore II                                          20.77
```
30000 - Technical Occupations
```
30010 - Air Traffic Control Specialist Center (HFO)   (see 2)  40.29
30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  27.78
30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  30.59
30021 - Archeological Technician I                            16.94
30022 - Archeological Technician II                           19.10
30023 - Archeological Technician III                          23.67
30030 - Cartographic Technician                               23.67
30040 - Civil Engineering Technician                          20.97
30051 - Cryogenic Technician I                                24.05
30052 - Cryogenic Technician II                               26.56
30061 - Drafter/CAD Operator I                                16.94
30062 - Drafter/CAD Operator II                               19.10
30063 - Drafter/CAD Operator III                              21.30
30064 - Drafter/CAD Operator IV                               26.18
30081 - Engineering Technician I                           14.12***
30082 - Engineering Technician II                             15.85
30083 - Engineering Technician III                            18.18
30084 - Engineering Technician IV                             22.52
30085 - Engineering Technician V                              27.55
30086 - Engineering Technician VI                             33.33
30090 - Environmental Technician                              19.86
30095 - Evidence Control Specialist                           19.86
30210 - Laboratory Technician                                 17.88
30221 - Latent Fingerprint Technician I                       24.05
30222 - Latent Fingerprint Technician II                      26.56
30240 - Mathematical Technician                               23.18
30361 - Paralegal/Legal Assistant I                           19.28
30362 - Paralegal/Legal Assistant II                          23.58
30363 - Paralegal/Legal Assistant III                         28.86
```

```
30394 - Paralegal/Legal Assistant IV                              34.91
30375 - Petroleum Supply Specialist                               24.29
30390 - Photo-Optics Technician                                   23.67
30395 - Radiation Control Technician                              24.29
30461 - Technical Writer I                                        19.86
30462 - Technical Writer II                                       24.29
30463 - Technical Writer III                                      29.40
30491 - Unexploded Ordnance (UXO) Technician I                    25.60
30492 - Unexploded Ordnance (UXO) Technician II                   30.98
30493 - Unexploded Ordnance (UXO) Technician III                  37.13
30494 - Unexploded (UXO) Safety Escort                            25.60
30495 - Unexploded (UXO) Sweep Personnel                          25.60
30501 - Weather Forecaster I                                      26.18
30502 - Weather Forecaster II                                     31.84
30620 - Weather Observer Combined Upper Air Or    (see 2)         21.30
Surface Programs
30621 - Weather Observer Senior                   (see 2)         23.67
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            30.98
31020 - Bus Aide                                               13.55***
31030 - Bus Driver                                                18.76
31043 - Driver Courier                                         14.83***
31260 - Parking and Lot Attendant                              12.03***
31290 - Shuttle Bus Driver                                        15.76
31310 - Taxi Driver                                            13.99***
31361 - Truckdriver Light                                         15.76
31362 - Truckdriver Medium                                        17.05
31363 - Truckdriver Heavy                                         18.99
31364 - Truckdriver Tractor-Trailer                               18.99
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   15.10
99030 - Cashier                                                11.30***
99050 - Desk Clerk                                             12.24***
99095 - Embalmer                                                  25.60
99130 - Flight Follower                                           25.60
99251 - Laboratory Animal Caretaker I                             16.42
99252 - Laboratory Animal Caretaker II                            17.25
99260 - Marketing Analyst                                         26.24
99310 - Mortician                                                 25.60
99410 - Pest Controller                                           19.02
99510 - Photofinishing Worker                                  13.45***
99710 - Recycling Laborer                                      14.58***
99711 - Recycling Specialist                                      17.73
99730 - Refuse Collector                                       12.95***
99810 - Sales Clerk                                            12.52***
99820 - School Crossing Guard                                  12.95***
99830 - Survey Party Chief                                        19.85
99831 - Surveying Aide                                         12.34***
99832 - Surveying Technician                                      16.90
99840 - Vending Machine Attendant                                 17.73
99841 - Vending Machine Repairer                                  22.37
99842 - Vending Machine Repairer Helper                           17.73
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

of each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case 1:25-cv-00606-MRD-PAS Document 1-26 Filed 06/30/25 Page 42 of 126 Page ID
# 2305

```
                 "REGISTER OF WAGE DETERMINATIONS UNDER |   U.S. DEPARTMENT OF LABOR
           THE SERVICE CONTRACT ACT           | EMPLOYMENT STANDARDS ADMINISTRATION
      By direction of the Secretary of Labor |       WAGE AND HOUR DIVISION
                                              |        WASHINGTON D.C.  20210
                                              |
                                              |
                                              |
                                              | Wage Determination No.: 2015-4533
      Daniel W. Simms        Division of      |       Revision No.: 17
      Director        Wage Determinations|  Date Of Last Revision: 03/15/2022
                                              |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order |
|after January 30 2022 or the           |14026 applies to the contract.          |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent    |
|                                       |performing on the contract in 2022.     |

|If the contract was awarded on or      |With certain exceptions Executive Order |
|between January 1 2015 and January 29  |13658 applies to the contract.          |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent    |
|                                       |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Florida

Area: Florida Counties of Flagler Volusia

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.84*** |
| 01012 - Accounting Clerk II | | 16.66 |
| 01013 - Accounting Clerk III | | 18.64 |
| 01020 - Administrative Assistant | | 24.35 |
| 01035 - Court Reporter | | 18.19 |
| 01041 - Customer Service Representative I | | 12.21*** |
| 01042 - Customer Service Representative II | | 13.74*** |
| 01043 - Customer Service Representative III | | 14.98*** |
| 01051 - Data Entry Operator I | | 12.76*** |
| 01052 - Data Entry Operator II | | 13.92*** |
| 01060 - Dispatcher Motor Vehicle | | 17.67 |
| 01070 - Document Preparation Clerk | | 15.98 |
| 01090 - Duplicating Machine Operator | | 15.98 |
| 01111 - General Clerk I | | 13.16*** |
| 01112 - General Clerk II | | 14.36*** |
| 01113 - General Clerk III | | 16.13 |

```
01190 - Housing Referral Assistant                        19.76
01141 - Messenger Courier                                 13.71***
01191   Order Clerk I                                      13.89***
01192 - Order Clerk II                                     15.15
01261 - Personnel Assistant (Employment) I                16.57
01262 - Personnel Assistant (Employment) II               18.55
01263   Personnel Assistant (Employment) III              20.67
01270 - Production Control Clerk                           20.45
01290 - Rental Clerk                                       13.09***
01300 - Scheduler Maintenance                             15.84
01311   Secretary I                                        15.84
01312 - Secretary II                                       17.73
01313 - Secretary III                                      19.76
01320 - Service Order Dispatcher                          15.79
01410   Supply Technician                                  24.35
01420 - Survey Worker                                      15.63
01460 - Switchboard Operator/Receptionist                 13.70***
01531 - Travel Clerk I                                     15.44
01532 - Travel Clerk II                                    16.75
01533 - Travel Clerk III                                   18.01
01611 - Word Processor I                                   14.17***
01612 - Word Processor II                                  15.91
01613   Word Processor III                                 17.80
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass               18.27
05010 - Automotive  Electrician                           18.88
05040   Automotive Glass Installer                        17.62
05070 - Automotive Worker                                 17.62
05110 - Mobile Equipment Servicer                         15.18
05130 - Motor Equipment Metal Mechanic                    20.12
05160   Motor Equipment Metal Worker                      17.62
05190 - Motor Vehicle Mechanic                            20.12
05220 - Motor Vehicle Mechanic Helper                     13.97***
05250 - Motor Vehicle Upholstery Worker                   16.42
05280   Motor Vehicle Wrecker                             17.62
05310 - Painter Automotive                                18.88
05340 - Radiator Repair Specialist                        17.62
05370 - Tire Repairer                                     13.08***
05400   Transmission Repair Specialist                    20.12
07000 - Food Preparation And Service Occupations
07010 - Baker                                             14.42***
07041 - Cook I                                            12.62***
07042   Cook II                                           14.64***
07070 - Dishwasher                                        11.47***
07130 - Food Service Worker                               12.48***
07210 - Meat Cutter                                       18.52
07260   Waiter/Waitress                                   10.43***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                       16.42
09040 - Furniture Handler                                 11.92***
09080   Furniture Refinisher                              16.42
09090 - Furniture Refinisher Helper                       12.15***
09110 - Furniture Repairer Minor                          14.28***
09130   Upholsterer                                       16.90
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                  10.41***
11060 - Elevator Operator                                 11.43***
11090 - Gardener                                          17.15
11122   Housekeeping Aide                                 11.43***
11150 - Janitor                                           11.43***
11210 - Laborer Grounds Maintenance                       12.97***
11240 - Maid or Houseman                                  11.13***
11260   Pruner                                            11.52***
11270 - Tractor Operator                                  15.77
11330 - Trail Maintenance Worker                          12.97***
```

| | | |
|---|---|---|
| 11980 - Window Cleaner | | 12.87*** |
| **12000 - Health Occupations** | | |
| 12010 | Ambulance Driver | 17.46 |
| 12011 - Breath Alcohol Technician | | 18.93 |
| 12012 - Certified Occupational Therapist Assistant | | 31.33 |
| 12015 - Certified Physical Therapist Assistant | | 30.39 |
| 12020 | Dental Assistant | 17.33 |
| 12025 - Dental Hygienist | | 30.22 |
| 12030 - EKG Technician | | 25.43 |
| 12035 - Electroneurodiagnostic Technologist | | 25.43 |
| 12040 | Emergency Medical Technician | 17.46 |
| 12071 - Licensed Practical Nurse I | | 16.93 |
| 12072 - Licensed Practical Nurse II | | 18.93 |
| 12073 - Licensed Practical Nurse III | | 21.10 |
| 12100 | Medical Assistant | 14.88*** |
| 12130 - Medical Laboratory Technician | | 24.12 |
| 12160 - Medical Record Clerk | | 16.11 |
| 12190 - Medical Record Technician | | 18.01 |
| 12195 | Medical Transcriptionist | 16.94 |
| 12210 - Nuclear Medicine Technologist | | 40.64 |
| 12221 - Nursing Assistant I | | 12.09*** |
| 12222 - Nursing Assistant II | | 13.59*** |
| 12223 | Nursing Assistant III | 14.83*** |
| 12224 - Nursing Assistant IV | | 16.64 |
| 12235 - Optical Dispenser | | 21.07 |
| 12236 - Optical Technician | | 16.07 |
| 12250 | Pharmacy Technician | 14.35*** |
| 12280 - Phlebotomist | | 14.90*** |
| 12305 - Radiologic Technologist | | 24.74 |
| 12311 - Registered Nurse I | | 23.12 |
| 12312 | Registered Nurse II | 28.28 |
| 12313 - Registered Nurse II Specialist | | 28.28 |
| 12314 - Registered Nurse III | | 34.22 |
| 12315 - Registered Nurse III Anesthetist | | 34.22 |
| 12316 | Registered Nurse IV | 41.01 |
| 12317 - Scheduler (Drug and Alcohol Testing) | | 23.45 |
| 12320 - Substance Abuse Treatment Counselor | | 21.39 |
| **13000 - Information And Arts Occupations** | | |
| 13011 | Exhibits Specialist I | 19.78 |
| 13012 - Exhibits Specialist II | | 24.57 |
| 13013 - Exhibits Specialist III | | 30.06 |
| 13041 - Illustrator I | | 19.78 |
| 13042 | Illustrator II | 24.57 |
| 13043 - Illustrator III | | 30.06 |
| 13047 - Librarian | | 27.69 |
| 13050 - Library Aide/Clerk | | 14.03*** |
| 13054 | Library Information Technology Systems Administrator | 24.57 |
| 13058 - Library Technician | | 16.60 |
| 13061 - Media Specialist I | | 17.63 |
| 13062 | Media Specialist II | 19.73 |
| 13063 | Media Specialist III | 22.00 |
| 13071 - Photographer I | | 17.13 |
| 13072 - Photographer II | | 19.43 |
| 13073 | Photographer III | 24.33 |
| 13074 - Photographer IV | | 29.77 |
| 13075 - Photographer V | | 36.02 |
| 13090 - Technical Order Library Clerk | | 17.63 |
| 13110 | Video Teleconference Technician | 15.69 |
| **14000 - Information Technology Occupations** | | |
| 14041 - Computer Operator I | | 16.41 |
| 14042 - Computer Operator II | | 18.72 |
| 14043 | Computer Operator III | 21.41 |
| 14044 - Computer Operator IV | | 23.73 |
| 14045 | Computer Operator V | 26.32 |

| | | |
|---|---|---|
| 14071 - Computer Programmer I | (see 1) | 18.74 |
| 14072 - Computer Programmer II | (see 1) | 23.63 |
| 14073 - Computer Programmer III | (see 1) | 27.44 |
| 14074 - Computer Programmer IV | (see 1) | |
| 14101 - Computer Systems Analyst I | (see 1) | |
| 14102 - Computer Systems Analyst II | (see 1) | |
| 14103 - Computer Systems Analyst III | (see 1) | |
| 14150 - Peripheral Equipment Operator | | 16.41 |
| 14160 - Personal Computer Support Technician | | 23.73 |
| 14170 - System Support Specialist | | 27.20 |
| 15000 - Instructional Occupations | | |
| 15010 - Aircrew Training Devices Instructor (Non-Rated) | | 29.74 |
| 15020 - Aircrew Training Devices Instructor (Rated) | | 35.99 |
| 15030 - Air Crew Training Devices Instructor (Pilot) | | 43.14 |
| 15050 - Computer Based Training Specialist / Instructor | | 29.74 |
| 15060 - Educational Technologist | | 27.56 |
| 15070 - Flight Instructor (Pilot) | | 43.14 |
| 15080 - Graphic Artist | | 21.35 |
| 15085 - Maintenance Test Pilot Fixed Jet/Prop | | 43.14 |
| 15086 - Maintenance Test Pilot Rotary Wing | | 43.14 |
| 15088 - Non-Maintenance Test/Co-Pilot | | 43.14 |
| 15090 - Technical Instructor | | 19.01 |
| 15095 - Technical Instructor/Course Developer | | 23.25 |
| 15110 - Test Proctor | | 15.35 |
| 15120 - Tutor | | 15.35 |
| 16000 - Laundry Dry-Cleaning Pressing And Related Occupations | | |
| 16010 - Assembler | | 10.15*** |
| 16030 - Counter Attendant | | 10.15*** |
| 16040 - Dry Cleaner | | 12.95*** |
| 16070 - Finisher Flatwork Machine | | 10.15*** |
| 16090 - Presser Hand | | 10.15*** |
| 16110 - Presser Machine Drycleaning | | 10.15*** |
| 16130 - Presser Machine Shirts | | 10.15*** |
| 16160 - Presser Machine Wearing Apparel Laundry | | 10.15*** |
| 16190 - Sewing Machine Operator | | 13.81*** |
| 16220 - Tailor | | 14.65*** |
| 16250 - Washer Machine | | 11.05*** |
| 19000 - Machine Tool Operation And Repair Occupations | | |
| 19010 - Machine-Tool Operator (Tool Room) | | 19.38 |
| 19040 - Tool And Die Maker | | 24.43 |
| 21000 - Materials Handling And Packing Occupations | | |
| 21020 - Forklift Operator | | 16.73 |
| 21030 - Material Coordinator | | 20.45 |
| 21040 - Material Expediter | | 20.45 |
| 21050 - Material Handling Laborer | | 13.21*** |
| 21071 - Order Filler | | 13.43*** |
| 21080 - Production Line Worker (Food Processing) | | 16.73 |
| 21110 - Shipping Packer | | 14.73*** |
| 21130 - Shipping/Receiving Clerk | | 14.73*** |
| 21140 - Store Worker I | | 11.28*** |
| 21150 - Stock Clerk | | 16.14 |
| 21210 - Tools And Parts Attendant | | 16.73 |
| 21410 - Warehouse Specialist | | 16.73 |
| 23000 - Mechanics And Maintenance And Repair Occupations | | |
| 23010 - Aerospace Structural Welder | | 27.41 |
| 23019 - Aircraft Logs and Records Technician | | 21.11 |
| 23021 - Aircraft Mechanic I | | 25.86 |
| 23022 - Aircraft Mechanic II | | 27.41 |
| 23023 - Aircraft Mechanic III | | 29.01 |
| 23040 - Aircraft Mechanic Helper | | 17.95 |
| 23050 - Aircraft Painter | | 24.27 |
| 23060 - Aircraft Servicer | | 21.11 |
| 23070 - Aircraft Survival Flight Equipment Technician | | 24.27 |
| 23080 - Aircraft Worker | | 22.65 |
| 23091 - Aircrew Life Support Equipment (ALSE) Mechanic | | 22.65 |

```
           23092 - Aircrew Life Support Equipment (ALSE) Mechanic          25.86
       II
       23110 - Appliance Mechanic                                          19.38
       23120 - Bicycle Repairer                                            15.59
       23125 - Cable Splicer                                               24.99
       23130 - Carpenter Maintenance                                       17.62
       23140 - Carpet Layer                                                18.09
       23160 - Electrician Maintenance                                     19.18
       23181 - Electronics Technician Maintenance I                        20.54
       23182 - Electronics Technician Maintenance II                       21.88
       23183 - Electronics Technician Maintenance III                      23.21
       23260 - Fabric Worker                                               16.85
       23290 - Fire Alarm System Mechanic                                  20.65
       23310 - Fire Extinguisher Repairer                                  15.59
       23311 - Fuel Distribution System Mechanic                           20.65
       23312 - Fuel Distribution System Operator                           15.59
       23370 - General Maintenance Worker                                  14.95***
       23380 - Ground Support Equipment Mechanic                           25.86
       23381 - Ground Support Equipment Servicer                           21.11
       23382 - Ground Support Equipment Worker                             22.65
       23391 - Gunsmith I                                                  15.59
       23392 - Gunsmith II                                                 18.09
       23393 - Gunsmith III                                                20.65
       23410 - Heating Ventilation And Air-Conditioning                    20.32
       Mechanic
       23411 - Heating Ventilation And Air Contidioning                    21.54
       Mechanic (Research Facility)
       23430 - Heavy Equipment Mechanic                                    20.00
       23440 - Heavy Equipment Operator                                    18.07
       23460 - Instrument Mechanic                                         20.65
       23465 - Laboratory/Shelter Mechanic                                 19.38
       23470 - Laborer                                                     13.21***
       23510 - Locksmith                                                   16.90
       23530 - Machinery Maintenance Mechanic                              22.79
       23550 - Machinist Maintenance                                       19.02
       23580 - Maintenance Trades Helper                                   12.23***
       23591 - Metrology Technician I                                      20.65
       23592 - Metrology Technician II                                     21.89
       23593 - Metrology Technician III                                    23.17
       23640 - Millwright                                                  20.65
       23710 - Office Appliance Repairer                                   18.14
       23760 - Painter Maintenance                                         14.97***
       23790 - Pipefitter Maintenance                                      20.10
       23810 - Plumber Maintenance                                         18.86
       23820 - Pneudraulic Systems Mechanic                                20.65
       23850 - Rigger                                                      24.81
       23870 - Scale Mechanic                                              18.09
       23890 - Sheet-Metal Worker Maintenance                              20.49
       23910 - Small Engine Mechanic                                       18.50
       23931 - Telecommunications Mechanic I                               26.80
       23932 - Telecommunications Mechanic II                              28.40
       23950 - Telephone Lineman                                           20.21
       23960 - Welder Combination Maintenance                              17.79
       23965 - Well Driller                                                20.65
       23970 - Woodcraft Worker                                            20.65
       23980 - Woodworker                                                  15.59
   24000 - Personal Needs Occupations
       24550 - Case Manager                                                15.08
       24570 - Child Care Attendant                                        11.11***
       24580 - Child Care Center Clerk                                     13.85***
       24610 - Chore Aide                                                  11.95***
       24620 - Family Readiness And Support Services                       15.08
       Coordinator
       24630 - Homemaker                                                   15.08
```

```
25010 - Boiler Tender                                          21.50
25040 - Sewage Plant Operator                                  20.71
25070 - Stationary Engineer                                    21.50
25190 - Ventilation Equipment Tender                        14.93***
25210 - Water Treatment Plant Operator                         20.71
27000 - Protective Service Occupations
27004 - Alarm Monitor                                          17.65
27007 - Baggage Inspector                                   11.79***
27008 - Corrections Officer                                    17.91
27010 - Court Security Officer                                 17.85
27030 - Detection Dog Handler                               13.20***
27040 - Detention Officer                                      17.91
27070 - Firefighter                                            17.65
27101 - Guard I                                             11.79***
27102 - Guard II                                            13.20***
27131 - Police Officer I                                       19.89
27132 - Police Officer II                                      22.10
28000 - Recreation Occupations
28041 - Carnival Equipment Operator                            15.14
28042 - Carnival Equipment Repairer                            16.47
28043 - Carnival Worker                                     11.06***
28210 - Gate Attendant/Gate Tender                             15.51
28310 - Lifeguard                                           13.41***
28350 - Park Attendant (Aide)                                  17.36
28510 - Recreation Aide/Health Facility Attendant           12.67***
28515 - Recreation Specialist                                  21.50
28630 - Sports Official                                     13.82***
28690 - Swimming Pool Operator                                 19.11
29000 - Stevedoring/Longshoremen Occupational Services
29010 - Blocker And Bracer                                     20.12
29020 - Hatch Tender                                           20.12
29030 - Line Handler                                           20.12
29041 - Stevedore I                                            18.58
29042 - Stevedore II                                           21.54
30000 - Technical Occupations
30010 - Air Traffic Control Specialist Center (HFO)   (see 2)  40.29
30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  27.78
30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  30.59
30021 - Archeological Technician I                             18.06
30022 - Archeological Technician II                            20.72
30023 - Archeological Technician III                           25.08
30030 - Cartographic Technician                                25.08
30040 - Civil Engineering Technician                           25.99
30051 - Cryogenic Technician I                                 27.34
30052 - Cryogenic Technician II                                30.20
30061 - Drafter/CAD Operator I                                 17.81
30062 - Drafter/CAD Operator II                                20.55
30063 - Drafter/CAD Operator III                               22.84
30064 - Drafter/CAD Operator IV                                27.34
30081 - Engineering Technician I                               15.04
30082 - Engineering Technician II                              17.62
30083 - Engineering Technician III                             20.31
30084 - Engineering Technician IV                              24.79
30085 - Engineering Technician V                               30.21
30086 - Engineering Technician VI                              36.60
30090 - Environmental Technician                               24.68
30095 - Evidence Control Specialist                            24.68
30210 - Laboratory Technician                                  18.07
30221 - Latent Fingerprint Technician I                        27.34
30222 - Latent Fingerprint Technician II                       30.20
30240 - Mathematical Technician                                25.08
30361 - Paralegal/Legal Assistant I                            20.67
30362 - Paralegal/Legal Assistant II                           25.61
30363 - Paralegal/Legal Assistant III                          31.32
```

```
           30364 - Paralegal/Legal Assistant IV                          37.91
           30375 - Petroleum Supply Specialist                           30.20
           30390 - Photo-Optics Technician                               25.08
           30395 - Radiation Control Technician                          30.20
           30461 - Technical Writer I                                    24.79
           30462 - Technical Writer II                                   30.21
           30463 - Technical Writer III                                  35.58
           30491 - Unexploded Ordnance (UXO) Technician I                25.60
           30492 - Unexploded Ordnance (UXO) Technician II               30.98
           30493 - Unexploded Ordnance (UXO) Technician III              37.13
           30494 - Unexploded (UXO) Safety Escort                        25.60
           30495 - Unexploded (UXO) Sweep Personnel                      25.60
           30501 - Weather Forecaster I                                  27.34
           30502 - Weather Forecaster II                                 33.26
           30620 - Weather Observer Combined Upper Air Or   (see 2)      22.84
           Surface Programs
           30621 - Weather Observer Senior               (see 2)         24.68
     31000 - Transportation/Mobile Equipment Operation Occupations
           31010 - Airplane Pilot                                        30.98
           31020 - Bus Aide                                              12.66***
           31030 - Bus Driver                                            17.22
           31043 - Driver Courier                                        14.74***
           31260 - Parking and Lot Attendant                             10.75***
           31290 - Shuttle Bus Driver                                    16.41
           31310 - Taxi Driver                                           15.55
           31361 - Truckdriver Light                                     16.03
           31362 - Truckdriver Medium                                    17.33
           31363 - Truckdriver Heavy                                     18.59
           31364 - Truckdriver Tractor-Trailer                           18.59
     99000 - Miscellaneous Occupations
           99020 - Cabin Safety Specialist                               15.10
           99030 - Cashier                                               11.24***
           99050 - Desk Clerk                                            11.13***
           99095 - Embalmer                                              25.34
           99130 - Flight Follower                                       25.60
           99251 - Laboratory Animal Caretaker I                         14.07***
           99252 - Laboratory Animal Caretaker II                        15.30
           99260 - Marketing Analyst                                     26.43
           99310 - Mortician                                             25.34
           99410 - Pest Controller                                       18.00
           99510 - Photofinishing Worker                                 14.20***
           99710 - Recycling Laborer                                     19.32
           99711 - Recycling Specialist                                  23.49
           99730 - Refuse Collector                                      17.16
           99810 - Sales Clerk                                           13.44***
           99820 - School Crossing Guard                                 12.61***
           99830 - Survey Party Chief                                    20.48
           99831 - Surveying Aide                                        13.43***
           99832 - Surveying Technician                                  18.37
           99840 - Vending Machine Attendant                             17.73
           99841 - Vending Machine Repairer                              22.37
           99842 - Vending Machine Repairer Helper                       17.73
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Case 1:25-cv-00368-MRD-PAS Document 1-2 Filed 06/26/25 Page 427 of 1683 PageID #: 2312

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017.  If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking.  Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors.  A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor; 3 weeks after 10 years and 4 after 20 years.  Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541.  Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families.  In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees.  For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption.  Therefore the exemption applies only to computer employees

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5184908
Reviewer: Carol M.

to satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).


2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5141908
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).


2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

of each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                "REGISTER OF WAGE DETERMINATIONS UNDER |    U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT              | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |         WAGE AND HOUR DIVISION
                                              |         WASHINGTON D.C.  20210
                                              |
                                              |
                                              |
                                              | Wage Determination No.: 2015-4515
Daniel W. Simms         Division of   |         Revision No.: 20
Director        Wage Determinations|    Date Of Last Revision: 03/15/2022
                                              |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Georgia

Area: Georgia Counties of Camden Charlton Pierce

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.40*** |
| 01012 - Accounting Clerk II | | 16.16 |
| 01013 - Accounting Clerk III | | 18.08 |
| 01020 - Administrative Assistant | | 24.40 |
| 01035 - Court Reporter | | 15.35 |
| 01041 - Customer Service Representative I | | 11.65*** |
| 01042 - Customer Service Representative II | | 13.10*** |
| 01043 - Customer Service Representative III | | 14.30*** |
| 01051 - Data Entry Operator I | | 12.68*** |
| 01052 - Data Entry Operator II | | 14.22*** |
| 01060 - Dispatcher Motor Vehicle | | 20.01 |
| 01070 - Document Preparation Clerk | | 12.22*** |
| 01090 - Duplicating Machine Operator | | 12.22*** |
| 01111 - General Clerk I | | 12.71*** |
| 01112 - General Clerk II | | 13.86*** |
| 01113 - General Clerk III | | 18.09 |

| | | |
|---|---|---|
| 01113 | - Housing Referral Assistant | 17.11 |
| 01141 | - Messenger Courier | 13.18*** |
| 01191 | Order Clerk I | 12.89*** |
| 01192 | - Order Clerk II | 14.06*** |
| 01261 | - Personnel Assistant (Employment) I | 15.42 |
| 01262 | - Personnel Assistant (Employment) II | 17.24 |
| 01263 | Personnel Assistant (Employment) III | 19.22 |
| 01270 | - Production Control Clerk | 25.81 |
| 01290 | - Rental Clerk | 13.44*** |
| 01300 | - Scheduler Maintenance | 13.72*** |
| 01311 | - Secretary I | 13.72*** |
| 01312 | - Secretary II | 15.35 |
| 01313 | - Secretary III | 17.11 |
| 01320 | - Service Order Dispatcher | 17.90 |
| 01410 | Supply Technician | 24.40 |
| 01420 | - Survey Worker | 15.50 |
| 01460 | - Switchboard Operator/Receptionist | 12.47*** |
| 01531 | - Travel Clerk I | 13.68*** |
| 01532 | - Travel Clerk II | 14.84*** |
| 01533 | - Travel Clerk III | 15.96 |
| 01611 | - Word Processor I | 12.58*** |
| 01612 | - Word Processor II | 15.29 |
| 01613 | Word Processor III | 17.11 |
| 05000 | - Automotive Service Occupations | |
| 05005 | - Automobile Body Repairer Fiberglass | 21.22 |
| 05010 | - Automotive Electrician | 17.46 |
| 05040 | Automotive Glass Installer | 16.55 |
| 05070 | - Automotive Worker | 16.55 |
| 05110 | - Mobile Equipment Servicer | 14.61*** |
| 05130 | - Motor Equipment Metal Mechanic | 18.39 |
| 05160 | Motor Equipment Metal Worker | 16.55 |
| 05190 | - Motor Vehicle Mechanic | 18.39 |
| 05220 | - Motor Vehicle Mechanic Helper | 13.66*** |
| 05250 | - Motor Vehicle Upholstery Worker | 15.59 |
| 05280 | Motor Vehicle Wrecker | 16.55 |
| 05310 | - Painter Automotive | 17.46 |
| 05340 | - Radiator Repair Specialist | 16.55 |
| 05370 | - Tire Repairer | 12.32*** |
| 05400 | Transmission Repair Specialist | 18.39 |
| 07000 | - Food Preparation And Service Occupations | |
| 07010 | - Baker | 11.75*** |
| 07041 | - Cook I | 11.43*** |
| 07042 | Cook II | 12.95*** |
| 07070 | - Dishwasher | 9.20*** |
| 07130 | - Food Service Worker | 10.56*** |
| 07210 | - Meat Cutter | 13.65*** |
| 07260 | Waiter/Waitress | 9.87*** |
| 09000 | - Furniture Maintenance And Repair Occupations | |
| 09010 | - Electrostatic Spray Painter | 16.52 |
| 09040 | - Furniture Handler | 10.58*** |
| 09080 | Furniture Refinisher | 16.52 |
| 09090 | - Furniture Refinisher Helper | 12.29*** |
| 09110 | - Furniture Repairer Minor | 14.40*** |
| 09130 | Upholsterer | 16.52 |
| 11000 | General Services And Support Occupations | |
| 11030 | - Cleaner Vehicles | 10.26*** |
| 11060 | - Elevator Operator | 11.05*** |
| 11090 | - Gardener | 17.81 |
| 11122 | Housekeeping Aide | 11.17*** |
| 11150 | - Janitor | 11.17*** |
| 11210 | - Laborer Grounds Maintenance | 14.37*** |
| 11240 | - Maid or Houseman | 9.26*** |
| 11260 | Pruner | 12.78*** |
| 11270 | - Tractor Operator | 16.84 |
| 11330 | - Trail Maintenance Worker | 14.37*** |

| | | |
|---|---|---|
| 11990 - Window Cleaner | | 12.59*** |
| 12000 - Health Occupations | | |
| 12010 - Ambulance Driver | | 16.67 |
| 12011 - Breath Alcohol Technician | | 18.02 |
| 12012 - Certified Occupational Therapist Assistant | | 30.22 |
| 12015 - Certified Physical Therapist Assistant | | 28.48 |
| 12020 - Dental Assistant | | 16.28 |
| 12025 - Dental Hygienist | | 30.13 |
| 12030 - EKG Technician | | 29.91 |
| 12035 - Electroneurodiagnostic Technologist | | 29.91 |
| 12040 - Emergency Medical Technician | | 16.67 |
| 12071 - Licensed Practical Nurse I | | 16.12 |
| 12072 - Licensed Practical Nurse II | | 18.02 |
| 12073 - Licensed Practical Nurse III | | 20.09 |
| 12100 - Medical Assistant | | 13.98*** |
| 12130 - Medical Laboratory Technician | | 23.01 |
| 12160 - Medical Record Clerk | | 15.27 |
| 12190 - Medical Record Technician | | 17.82 |
| 12195 - Medical Transcriptionist | | 15.65 |
| 12210 - Nuclear Medicine Technologist | | 39.60 |
| 12221 - Nursing Assistant I | | 11.31*** |
| 12222 - Nursing Assistant II | | 12.71*** |
| 12223 - Nursing Assistant III | | 13.87*** |
| 12224 - Nursing Assistant IV | | 15.58 |
| 12235 - Optical Dispenser | | 19.34 |
| 12236 - Optical Technician | | 16.12 |
| 12250 - Pharmacy Technician | | 14.44*** |
| 12280 - Phlebotomist | | 14.29*** |
| 12305 - Radiologic Technologist | | 26.39 |
| 12311 - Registered Nurse I | | 24.16 |
| 12312 - Registered Nurse II | | 29.55 |
| 12313 - Registered Nurse II Specialist | | 29.55 |
| 12314 - Registered Nurse III | | 35.76 |
| 12315 - Registered Nurse III Anesthetist | | 35.76 |
| 12316 - Registered Nurse IV | | 42.85 |
| 12317 - Scheduler (Drug and Alcohol Testing) | | 22.32 |
| 12320 - Substance Abuse Treatment Counselor | | 20.06 |
| 13000 - Information And Arts Occupations | | |
| 13011 - Exhibits Specialist I | | 21.41 |
| 13012 - Exhibits Specialist II | | 26.52 |
| 13013 - Exhibits Specialist III | | 32.44 |
| 13041 - Illustrator I | | 21.41 |
| 13042 - Illustrator II | | 26.52 |
| 13043 - Illustrator III | | 32.44 |
| 13047 - Librarian | | 29.37 |
| 13050 - Library Aide/Clerk | | 13.64*** |
| 13054 - Library Information Technology Systems Administrator | | 26.52 |
| 13058 - Library Technician | | 13.25*** |
| 13061 - Media Specialist I | | 19.14 |
| 13062 - Media Specialist II | | 21.41 |
| 13063 - Media Specialist III | | 23.86 |
| 13071 - Photographer I | | 18.19 |
| 13072 - Photographer II | | 20.50 |
| 13073 - Photographer III | | 25.21 |
| 13074 - Photographer IV | | 30.83 |
| 13075 - Photographer V | | 37.30 |
| 13090 - Technical Order Library Clerk | | 18.40 |
| 13110 - Video Teleconference Technician | | 19.14 |
| 14000 - Information Technology Occupations | | |
| 14041 - Computer Operator I | | 19.68 |
| 14042 - Computer Operator II | | 22.00 |
| 14043 - Computer Operator III | | 24.84 |
| 14044 - Computer Operator IV | | 30.48 |
| 14045 - Computer Operator V | | 33.84 |

```
       14071 - Computer Programmer I              (see 1)                24.20
       14072 - Computer Programmer II             (see 1)
       14073 - Computer Programmer III            (see 1)
       14074 - Computer Programmer IV             (see 1)
       14101 - Computer Systems Analyst I         (see 1)
       14102 - Computer Systems Analyst II        (see 1)
       14103 - Computer Systems Analyst III       (see 1)
       14150 - Peripheral Equipment Operator                            19.68
       14160 - Personal Computer Support Technician                     30.48
       14170 - System Support Specialist                                31.10
   15000 - Instructional Occupations
       15010 - Aircrew Training Devices Instructor (Non-Rated)          28.63
       15020 - Aircrew Training Devices Instructor (Rated)              34.64
       15030 - Air Crew Training Devices Instructor (Pilot)             41.53
       15050 - Computer Based Training Specialist / Instructor          28.63
       15060 - Educational Technologist                                 29.23
       15070 - Flight Instructor (Pilot)                                41.53
       15080 - Graphic Artist                                           22.77
       15085 - Maintenance Test Pilot Fixed Jet/Prop                    41.53
       15086 - Maintenance Test Pilot Rotary Wing                       41.53
       15088 - Non-Maintenance Test/Co-Pilot                            41.53
       15090 - Technical Instructor                                     20.53
       15095 - Technical Instructor/Course Developer                    25.11
       15110 - Test Proctor                                             16.56
       15120 - Tutor                                                    16.56
   16000 - Laundry Dry-Cleaning Pressing And Related Occupations
       16010 - Assembler                                             10.04***
       16030 - Counter Attendant                                     10.04***
       16040 - Dry Cleaner                                           12.82***
       16070 - Finisher Flatwork Machine                             10.04***
       16090 - Presser Hand                                          10.04***
       16110 - Presser Machine Drycleaning                           10.04***
       16130 - Presser Machine Shirts                                10.04***
       16160 - Presser Machine Wearing Apparel Laundry               10.04***
       16190 - Sewing Machine Operator                               13.67***
       16220 - Tailor                                                14.50***
       16250 - Washer Machine                                        10.94***
   19000 - Machine Tool Operation And Repair Occupations
       19010 - Machine-Tool Operator (Tool Room)                        21.51
       19040 - Tool And Die Maker                                       25.96
   21000 - Materials Handling And Packing Occupations
       21020 - Forklift Operator                                        16.52
       21030 - Material Coordinator                                     25.81
       21040 - Material Expediter                                       25.81
       21050 - Material Handling Laborer                             12.93***
       21071 - Order Filler                                          12.10***
       21080 - Production Line Worker (Food Processing)                 16.52
       21110 - Shipping Packer                                          15.05
       21130 - Shipping/Receiving Clerk                                 15.05
       21140 - Store Worker I                                        13.33***
       21150 - Stock Clerk                                              17.47
       21210 - Tools And Parts Attendant                               16.52
       21410 - Warehouse Specialist                                     16.52
   23000 - Mechanics And Maintenance And Repair Occupations
       23010 - Aerospace Structural Welder                              31.64
       23019 - Aircraft Logs and Records Technician                     25.50
       23021 - Aircraft Mechanic I                                      30.13
       23022 - Aircraft Mechanic II                                     31.64
       23023 - Aircraft Mechanic III                                    33.12
       23040 - Aircraft Mechanic Helper                                 22.36
       23050 - Aircraft Painter                                         28.61
       23060 - Aircraft Servicer                                        25.50
       23070 - Aircraft Survival Flight Equipment Technician            28.61
       23080 - Aircraft Worker                                          27.09
       23091 - Aircrew Life Support Equipment (ALSE) Mechanic           27.09
```

```
23092 - Aircrew Life Support Equipment (ALSE) Mechanic          30.13
II
23110 - Appliance Mechanic                                      20.02
23120 - Bicycle Repairer                                        16.72
23125 - Cable Splicer                                           26.09
23130 - Carpenter Maintenance                                   20.59
23140 - Carpet Layer                                            18.95
23160 - Electrician Maintenance                                 23.24
23181 - Electronics Technician Maintenance I                    26.59
23182 - Electronics Technician Maintenance II                   28.09
23183 - Electronics Technician Maintenance III                  29.58
23260 - Fabric Worker                                           17.83
23290 - Fire Alarm System Mechanic                              21.08
23310 - Fire Extinguisher Repairer                              16.72
23311 - Fuel Distribution System Mechanic                       26.61
23312 - Fuel Distribution System Operator                       21.15
23370 - General Maintenance Worker                              16.01
23380 - Ground Support Equipment Mechanic                       30.13
23381 - Ground Support Equipment Servicer                       25.50
23382 - Ground Support Equipment Worker                         27.09
23391 - Gunsmith I                                              16.81
23392 - Gunsmith II                                             18.95
23393 - Gunsmith III                                           21.08
23410 - Heating Ventilation And Air-Conditioning                19.33
Mechanic
23411 - Heating Ventilation And Air Contidioning                20.50
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                                26.42
23440 - Heavy Equipment Operator                                20.02
23460 - Instrument Mechanic                                     24.25
23465 - Laboratory/Shelter Mechanic                             20.02
23470 - Laborer                                              12.93***
23510 - Locksmith                                               20.02
23530 - Machinery Maintenance Mechanic                          23.06
23550 - Machinist Maintenance                                   19.57
23580 - Maintenance Trades Helper                            14.87***
23591 - Metrology Technician I                                  24.25
23592 - Metrology Technician II                                 25.81
23593 - Metrology Technician III                                27.31
23640 - Millwright                                              20.59
23710 - Office Appliance Repairer                               21.11
23760 - Painter Maintenance                                     21.56
23790 - Pipefitter Maintenance                                  25.30
23810 - Plumber Maintenance                                     24.04
23820 - Pneudraulic Systems Mechanic                            21.08
23850 - Rigger                                                  22.22
23870 - Scale Mechanic                                          18.95
23890 - Sheet-Metal Worker Maintenance                          21.08
23910 - Small Engine Mechanic                                   18.53
23931 - Telecommunications Mechanic I                           27.56
23932 - Telecommunications Mechanic II                          28.94
23950 - Telephone Lineman                                       21.89
23960 - Welder Combination Maintenance                          18.39
23965 - Well Driller                                            21.08
23970 - Woodcraft Worker                                        21.08
23980 - Woodworker                                              16.72
24000 - Personal Needs Occupations
24550 - Case Manager                                         14.20***
24570 - Child Care Attendant                                  9.49***
24580 - Child Care Center Clerk                              13.34***
24610 - Chore Aide                                           10.38***
24620 - Family Readiness And Support Services                14.20***
Coordinator
24630 - Homemaker                                               19.49
```

24000 - Plant And System Operations Occupations
```
    25010 - Boiler Tender                                        22.27
    25040 - Sewage Plant Operator                                22.26
    25070 - Stationary Engineer                                  22.27
    25190 - Ventilation Equipment Tender                         15.47
    25210 - Water Treatment Plant Operator                       22.26
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                        15.83
    27007 - Baggage Inspector                                    16.93
    27008 - Corrections Officer                                  15.87
    27010 - Court Security Officer                               16.23
    27030 - Detection Dog Handler                                19.31
    27040 - Detention Officer                                    15.87
    27070 - Firefighter                                          16.05
    27101 - Guard I                                              16.93
    27102 - Guard II                                             19.31
    27131 - Police Officer I                                     19.58
    27132 - Police Officer II                                    21.77
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                       14.15***
    28042 - Carnival Equipment Repairer                          15.14
    28043 - Carnival Worker                                   11.17***
    28210 - Gate Attendant/Gate Tender                           15.96
    28310 - Lifeguard                                         12.42***
    28350 - Park Attendant (Aide)                                17.86
    28510 - Recreation Aide/Health Facility Attendant        13.04***
    28515 - Recreation Specialist                                22.12
    28630 - Sports Official                                   14.22***
    28690 - Swimming Pool Operator                               17.61
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                   26.41
    29020 - Hatch Tender                                         26.41
    29030 - Line Handler                                         26.41
    29041 - Stevedore I                                          24.85
    29042 - Stevedore II                                         27.90
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)  (see 2)  40.29
    30011 - Air Traffic Control Specialist Station (HFO) (see 2)  27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 30.59
    30021 - Archeological Technician I                           16.67
    30022 - Archeological Technician II                          18.65
    30023 - Archeological Technician III                         23.10
    30030 - Cartographic Technician                              23.10
    30040 - Civil Engineering Technician                         22.04
    30051 - Cryogenic Technician I                               25.58
    30052 - Cryogenic Technician II                              28.25
    30061 - Drafter/CAD Operator I                               16.67
    30062 - Drafter/CAD Operator II                              18.65
    30063 - Drafter/CAD Operator III                             20.78
    30064 - Drafter/CAD Operator IV                              25.58
    30081 - Engineering Technician I                             15.07
    30082 - Engineering Technician II                            16.71
    30083 - Engineering Technician III                           20.34
    30084 - Engineering Technician IV                            23.88
    30085 - Engineering Technician V                             29.16
    30086 - Engineering Technician VI                            35.34
    30090 - Environmental Technician                             22.13
    30095 - Evidence Control Specialist                          23.10
    30210 - Laboratory Technician                                24.88
    30221 - Latent Fingerprint Technician I                      25.58
    30222 - Latent Fingerprint Technician II                     28.25
    30240 - Mathematical Technician                              23.10
    30361 - Paralegal/Legal Assistant I                          20.74
    30362 - Paralegal/Legal Assistant II                         25.69
    30363 - Paralegal/Legal Assistant III                        31.43
```

```
30384 - Paralegal/Legal Assistant IV                          38.04
30375 - Petroleum Supply Specialist                           28.25
30390 - Photo-Optics Technician                               23.10
30395 - Radiation Control Technician                          28.25
30461 - Technical Writer I                                    23.10
30462 - Technical Writer II                                   28.25
30463 - Technical Writer III                                  34.18
30491 - Unexploded Ordnance (UXO) Technician I                25.60
30492 - Unexploded Ordnance (UXO) Technician II               30.98
30493 - Unexploded Ordnance (UXO) Technician III              37.13
30494 - Unexploded (UXO) Safety Escort                        25.60
30495 - Unexploded (UXO) Sweep Personnel                      25.60
30501 - Weather Forecaster I                                  25.58
30502 - Weather Forecaster II                                 31.11
30620 - Weather Observer Combined Upper Air Or    (see 2)     20.78
Surface Programs
30621 - Weather Observer Senior                   (see 2)     23.10
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                        30.98
31020 - Bus Aide                                           14.47***
31030 - Bus Driver                                            19.55
31043 - Driver Courier                                        15.45
31260 - Parking and Lot Attendant                          13.22***
31290 - Shuttle Bus Driver                                    16.08
31310 - Taxi Driver                                        12.61***
31361 - Truckdriver Light                                     16.56
31362 - Truckdriver Medium                                    18.16
31363 - Truckdriver Heavy                                     20.78
31364 - Truckdriver Tractor-Trailer                           20.78
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                               15.10
99030 - Cashier                                             9.49***
99050 - Desk Clerk                                          9.66***
99095 - Embalmer                                              24.27
99130 - Flight Follower                                       25.60
99251 - Laboratory Animal Caretaker I                      13.73***
99252 - Laboratory Animal Caretaker II                     14.72***
99260 - Marketing Analyst                                     25.82
99310 - Mortician                                             24.27
99410 - Pest Controller                                       17.77
99510 - Photofinishing Worker                              13.91***
99710 - Recycling Laborer                                     15.26
99711 - Recycling Specialist                                  19.47
99730 - Refuse Collector                                   13.54***
99810 - Sales Clerk                                        12.62***
99820 - School Crossing Guard                              14.69***
99830 - Survey Party Chief                                    28.12
99831 - Surveying Aide                                        15.94
99832 - Surveying Technician                                  21.83
99840 - Vending Machine Attendant                          12.78***
99841 - Vending Machine Repairer                              16.09
99842 - Vending Machine Repairer Helper                    12.78***
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

The Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5184908
Reviewer: Carol M.

satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5149006
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case 1:25-cv-00565-MRD-PAS   Document 2   Filed 06/18/25   Page 44   Page 1 of 1762 PageID #: 2326

6) each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                "REGISTER OF WAGE DETERMINATIONS UNDER |     U.S. DEPARTMENT OF LABOR
              THE SERVICE CONTRACT ACT            | EMPLOYMENT STANDARDS ADMINISTRATION
       By direction of the Secretary of Labor |        WAGE AND HOUR DIVISION
                                               |        WASHINGTON D.C.  20210
                                               |
                                               |
                                               |
                                               |
                                               | Wage Determination No.: 2015-5025
       Daniel W. Simms        Division of      |        Revision No.: 17
       Director         Wage Determinations|   Date Of Last Revision: 03/15/2022
                                               |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent      |
|                                      |performing on the contract in 2022.       |

|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent      |
|                                      |performing on the contract in 2022.       |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Illinois

Area: Illinois County of Kankakee

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 17.38 |
| 01012 - Accounting Clerk II | | 19.52 |
| 01013 - Accounting Clerk III | | 21.83 |
| 01020 - Administrative Assistant | | 28.01 |
| 01035 - Court Reporter | | 20.25 |
| 01041 - Customer Service Representative I | | 14.63*** |
| 01042 - Customer Service Representative II | | 15.97 |
| 01043 - Customer Service Representative III | | 17.94 |
| 01051 - Data Entry Operator I | | 14.81*** |
| 01052 - Data Entry Operator II | | 16.15 |
| 01060 - Dispatcher Motor Vehicle | | 22.93 |
| 01070 - Document Preparation Clerk | | 15.16 |
| 01090 - Duplicating Machine Operator | | 15.16 |
| 01111 - General Clerk I | | 14.64*** |
| 01112 - General Clerk II | | 15.98 |
| 01113 - General Clerk III | | 17.94 |

```
01430 - Housing Referral Assistant                          22.12
01141 - Messenger Courier                                   12.36***
01191   Order Clerk I                                        15.99
01192 - Order Clerk II                                       17.58
01261 - Personnel Assistant (Employment) I                   17.84
01262 - Personnel Assistant (Employment) II                  19.95
01263   Personnel Assistant (Employment) III                 22.24
01270 - Production Control Clerk                              24.90
01290 - Rental Clerk                                          17.41
01300 - Scheduler Maintenance                                18.36
01311   Secretary I                                           18.36
01312 - Secretary II                                          19.84
01313 - Secretary III                                         22.12
01320 - Service Order Dispatcher                              21.04
01410   Supply Technician                                     28.01
01420 - Survey Worker                                         19.19
01460 - Switchboard Operator/Receptionist                    13.53***
01531 - Travel Clerk I                                        14.48***
01532 - Travel Clerk II                                       15.67
01533 - Travel Clerk III                                      16.97
01611 - Word Processor I                                      15.50
01612 - Word Processor II                                     17.41
01613   Word Processor III                                    19.47
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                  27.83
05010 - Automotive  Electrician                               24.51
05040   Automotive Glass Installer                            23.47
05070 - Automotive Worker                                     23.47
05110 - Mobile Equipment Servicer                            21.37
05130 - Motor Equipment Metal Mechanic                       28.12
05160   Motor Equipment Metal Worker                          23.47
05190 - Motor Vehicle Mechanic                                28.63
05220 - Motor Vehicle Mechanic Helper                        20.28
05250 - Motor Vehicle Upholstery Worker                      22.45
05280   Motor Vehicle Wrecker                                 23.47
05310 - Painter Automotive                                    23.47
05340 - Radiator Repair Specialist                           23.47
05370 - Tire Repairer                                         17.01
05400   Transmission Repair Specialist                       28.12
07000 - Food Preparation And Service Occupations
07010 - Baker                                                17.90
07041 - Cook I                                                14.43***
07042   Cook II                                               15.77
07070 - Dishwasher                                           11.36***
07130 - Food Service Worker                                  11.54***
07210 - Meat Cutter                                           15.79
07260   Waiter/Waitress                                      12.02***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                          31.01
09040 - Furniture Handler                                    20.69
09080   Furniture Refinisher                                 31.01
09090 - Furniture Refinisher Helper                          24.30
09110 - Furniture Repairer Minor                             27.71
09130   Upholsterer                                          31.01
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                     13.52***
11060 - Elevator Operator                                    14.10***
11090 - Gardener                                             16.87
11122   Housekeeping Aide                                    14.10***
11150 - Janitor                                              14.10***
11210 - Laborer Grounds Maintenance                          13.50***
11240 - Maid or Houseman                                     13.40***
11260   Pruner                                               12.35***
11270 - Tractor Operator                                     15.80
11330 - Trail Maintenance Worker                             13.50***
```

```
11190 - Window Cleaner                                     15.40
12000 - Health Occupations
    12010 - Ambulance Driver                                23.01
    12011 - Breath Alcohol Technician                       23.01
    12012 - Certified Occupational Therapist Assistant      31.57
    12015 - Certified Physical Therapist Assistant          30.94
    12020 - Dental Assistant                                18.94
    12025 - Dental Hygienist                                35.17
    12030 - EKG Technician                                  34.87
    12035 - Electroneurodiagnostic Technologist             34.87
    12040 - Emergency Medical Technician                    23.01
    12071 - Licensed Practical Nurse I                      20.58
    12072 - Licensed Practical Nurse II                     23.01
    12073 - Licensed Practical Nurse III                    25.65
    12100 - Medical Assistant                               16.51
    12130 - Medical Laboratory Technician                   23.18
    12160 - Medical Record Clerk                            20.88
    12190 - Medical Record Technician                       23.35
    12195 - Medical Transcriptionist                        20.58
    12210 - Nuclear Medicine Technologist                   50.57
    12221 - Nursing Assistant I                           12.83***
    12222 - Nursing Assistant II                          14.43***
    12223 - Nursing Assistant III                           15.74
    12224 - Nursing Assistant IV                            17.67
    12235 - Optical Dispenser                               22.28
    12236 - Optical Technician                              20.58
    12250 - Pharmacy Technician                             15.58
    12280 - Phlebotomist                                    20.58
    12305 - Radiologic Technologist                         32.01
    12311 - Registered Nurse I                              29.17
    12312 - Registered Nurse II                             32.81
    12313 - Registered Nurse II Specialist                  32.81
    12314 - Registered Nurse III                            39.70
    12315 - Registered Nurse III Anesthetist                39.70
    12316 - Registered Nurse IV                             47.59
    12317 - Scheduler (Drug and Alcohol Testing)            28.51
    12320 - Substance Abuse Treatment Counselor             25.89
13000 - Information And Arts Occupations
    13011 - Exhibits Specialist I                           21.51
    13012 - Exhibits Specialist II                          26.65
    13013 - Exhibits Specialist III                         32.46
    13041 - Illustrator I                                   22.03
    13042 - Illustrator II                                  27.53
    13043 - Illustrator III                                 32.62
    13047 - Librarian                                       33.74
    13050 - Library Aide/Clerk                            14.14***
    13054 - Library Information Technology Systems          29.74
    Administrator
    13058 - Library Technician                              18.22
    13061 - Media Specialist I                              21.16
    13062 - Media Specialist II                             23.66
    13063 - Media Specialist III                            26.39
    13071 - Photographer I                                  19.24
    13072 - Photographer II                                 21.51
    13073 - Photographer III                                26.65
    13074 - Photographer IV                                 32.46
    13075 - Photographer V                                  35.76
    13090 - Technical Order Library Clerk                   17.35
    13110 - Video Teleconference Technician                 17.89
14000 - Information Technology Occupations
    14041 - Computer Operator I                             18.68
    14042 - Computer Operator II                            20.89
    14043 - Computer Operator III                           23.28
    14044 - Computer Operator IV                            25.88
    14045 - Computer Operator V                             28.66
```

| Code | Occupation | | Rate |
|---|---|---|---|
| 14071 | - Computer Programmer I | (see 1) | 25.49 |
| 14072 | - Computer Programmer II | (see 1) | |
| 14073 | - Computer Programmer III | (see 1) | |
| 14074 | - Computer Programmer IV | (see 1) | |
| 14101 | - Computer Systems Analyst I | (see 1) | |
| 14102 | - Computer Systems Analyst II | (see 1) | |
| 14103 | - Computer Systems Analyst III | (see 1) | |
| 14150 | - Peripheral Equipment Operator | | 18.68 |
| 14160 | - Personal Computer Support Technician | | 25.88 |
| 14170 | - System Support Specialist | | 28.71 |
| 15000 | - Instructional Occupations | | |
| 15010 | - Aircrew Training Devices Instructor (Non-Rated) | | 36.22 |
| 15020 | - Aircrew Training Devices Instructor (Rated) | | 41.82 |
| 15030 | - Air Crew Training Devices Instructor (Pilot) | | 46.94 |
| 15050 | - Computer Based Training Specialist / Instructor | | 36.22 |
| 15060 | - Educational Technologist | | 28.49 |
| 15070 | - Flight Instructor (Pilot) | | 46.94 |
| 15080 | - Graphic Artist | | 30.44 |
| 15085 | - Maintenance Test Pilot Fixed Jet/Prop | | 46.94 |
| 15086 | - Maintenance Test Pilot Rotary Wing | | 46.94 |
| 15088 | - Non-Maintenance Test/Co-Pilot | | 46.94 |
| 15090 | - Technical Instructor | | 28.62 |
| 15095 | - Technical Instructor/Course Developer | | 33.96 |
| 15110 | - Test Proctor | | 22.41 |
| 15120 | - Tutor | | 22.41 |
| 16000 | - Laundry Dry-Cleaning Pressing And Related Occupations | | |
| 16010 | - Assembler | | 16.09 |
| 16030 | - Counter Attendant | | 16.09 |
| 16040 | - Dry Cleaner | | 18.40 |
| 16070 | - Finisher Flatwork Machine | | 16.09 |
| 16090 | - Presser Hand | | 16.09 |
| 16110 | - Presser Machine Drycleaning | | 16.09 |
| 16130 | - Presser Machine Shirts | | 16.09 |
| 16160 | - Presser Machine Wearing Apparel Laundry | | 16.09 |
| 16190 | - Sewing Machine Operator | | 19.17 |
| 16220 | - Tailor | | 19.94 |
| 16250 | - Washer Machine | | 16.86 |
| 19000 | - Machine Tool Operation And Repair Occupations | | |
| 19010 | - Machine-Tool Operator (Tool Room) | | 32.48 |
| 19040 | - Tool And Die Maker | | 38.90 |
| 21000 | - Materials Handling And Packing Occupations | | |
| 21020 | - Forklift Operator | | 16.93 |
| 21030 | - Material Coordinator | | 24.90 |
| 21040 | - Material Expediter | | 24.90 |
| 21050 | - Material Handling Laborer | | 17.45 |
| 21071 | - Order Filler | | 13.80*** |
| 21080 | - Production Line Worker (Food Processing) | | 16.93 |
| 21110 | - Shipping Packer | | 17.20 |
| 21130 | - Shipping/Receiving Clerk | | 17.20 |
| 21140 | - Store Worker I | | 15.84 |
| 21150 | - Stock Clerk | | 20.76 |
| 21210 | - Tools And Parts Attendant | | 16.93 |
| 21410 | - Warehouse Specialist | | 16.93 |
| 23000 | - Mechanics And Maintenance And Repair Occupations | | |
| 23010 | - Aerospace Structural Welder | | 35.96 |
| 23019 | - Aircraft Logs and Records Technician | | 29.03 |
| 23021 | - Aircraft Mechanic I | | 34.21 |
| 23022 | - Aircraft Mechanic II | | 35.96 |
| 23023 | - Aircraft Mechanic III | | 37.38 |
| 23040 | - Aircraft Mechanic Helper | | 25.46 |
| 23050 | - Aircraft Painter | | 32.48 |
| 23060 | - Aircraft Servicer | | 29.03 |
| 23070 | - Aircraft Survival Flight Equipment Technician | | 32.48 |
| 23080 | - Aircraft Worker | | 30.76 |
| 23091 | - Aircrew Life Support Equipment (ALSE) Mechanic | | 30.76 |

```
        23092 - Aircrew Life Support Equipment (ALSE) Mechanic        34.21
        II
        23110 - Appliance Mechanic                                    32.48
        23120 - Bicycle Repairer                                      27.25
        23125 - Cable Splicer                                         34.21
        23130 - Carpenter Maintenance                                 35.49
        23140 - Carpet Layer                                          30.76
        23160 - Electrician Maintenance                               44.85
        23181 - Electronics Technician Maintenance I                  30.76
        23182 - Electronics Technician Maintenance II                 32.48
        23183 - Electronics Technician Maintenance III                34.21
        23260 - Fabric Worker                                         29.03
        23290 - Fire Alarm System Mechanic                            34.21
        23310 - Fire Extinguisher Repairer                            27.25
        23311 - Fuel Distribution System Mechanic                     34.21
        23312 - Fuel Distribution System Operator                     27.25
        23370 - General Maintenance Worker                            23.74
        23380 - Ground Support Equipment Mechanic                     34.21
        23381 - Ground Support Equipment Servicer                     29.03
        23382 - Ground Support Equipment Worker                       30.76
        23391 - Gunsmith I                                            27.25
        23392 - Gunsmith II                                           30.76
        23393 - Gunsmith III                                          34.21
        23410 - Heating Ventilation And Air-Conditioning              28.61
        Mechanic
        23411 - Heating Ventilation And Air Contidioning              30.07
        Mechanic (Research Facility)
        23430 - Heavy Equipment Mechanic                              34.21
        23440 - Heavy Equipment Operator                              42.37
        23460 - Instrument Mechanic                                   34.21
        23465 - Laboratory/Shelter Mechanic                           32.48
        23470 - Laborer                                               15.03
        23510 - Locksmith                                             32.48
        23530 - Machinery Maintenance Mechanic                        35.31
        23550 - Machinist Maintenance                                 27.64
        23580 - Maintenance Trades Helper                             25.46
        23591 - Metrology Technician I                                34.21
        23592 - Metrology Technician II                               35.96
        23593 - Metrology Technician III                              37.38
        23640 - Millwright                                            34.21
        23710 - Office Appliance Repairer                             32.48
        23760 - Painter Maintenance                                   25.00
        23790 - Pipefitter Maintenance                                46.41
        23810 - Plumber Maintenance                                   44.04
        23820 - Pneudraulic Systems Mechanic                          34.21
        23850 - Rigger                                                34.21
        23870 - Scale Mechanic                                        30.76
        23890 - Sheet-Metal Worker Maintenance                        35.97
        23910 - Small Engine Mechanic                                 30.76
        23931 - Telecommunications Mechanic I                         30.34
        23932 - Telecommunications Mechanic II                        31.89
        23950 - Telephone Lineman                                     34.21
        23960 - Welder Combination Maintenance                        21.62
        23965 - Well Driller                                          34.21
        23970 - Woodcraft Worker                                      34.21
        23980 - Woodworker                                            27.25
    24000 - Personal Needs Occupations
        24550 - Case Manager                                          23.28
        24570 - Child Care Attendant                               12.33***
        24580 - Child Care Center Clerk                               17.79
        24610 - Chore Aide                                         14.01***
        24620 - Family Readiness And Support Services                 23.28
        Coordinator
        24630 - Homemaker                                             23.28
```

25000 - Plant And System Operations Occupations
```
        25010 - Boiler Tender                                          41.57
        25040 - Sewage Plant Operator                                 33.44
        25070 - Stationary Engineer                                   41.57
        25190 - Ventilation Equipment Tender                          30.66
        25210 - Water Treatment Plant Operator                        33.44
    27000 - Protective Service Occupations
        27004 - Alarm Monitor                                         27.10
        27007 - Baggage Inspector                                  14.64***
        27008 - Corrections Officer                                   29.55
        27010 - Court Security Officer                                29.55
        27030 - Detection Dog Handler                                 16.37
        27040 - Detention Officer                                     29.55
        27070 - Firefighter                                           29.55
        27101 - Guard I                                           14.64***
        27102 - Guard II                                             16.37
        27131 - Police Officer I                                     31.95
        27132 - Police Officer II                                    35.50
    28000 - Recreation Occupations
        28041 - Carnival Equipment Operator                       13.71***
        28042 - Carnival Equipment Repairer                       14.43***
        28043 - Carnival Worker                                   11.17***
        28210 - Gate Attendant/Gate Tender                           18.08
        28310 - Lifeguard                                         14.41***
        28350 - Park Attendant (Aide)                                20.21
        28510 - Recreation Aide/Health Facility Attendant        12.96***
        28515 - Recreation Specialist                                22.00
        28630 - Sports Official                                      16.10
        28690 - Swimming Pool Operator                               26.81
    29000 - Stevedoring/Longshoremen Occupational Services
        29010 - Blocker And Bracer                                   30.76
        29020 - Hatch Tender                                         30.76
        29030 - Line Handler                                         30.76
        29041 - Stevedore I                                          29.03
        29042 - Stevedore II                                         32.48
    30000 - Technical Occupations
        30010 - Air Traffic Control Specialist Center (HFO)  (see 2)  44.68
        30011 - Air Traffic Control Specialist Station (HFO)  (see 2) 30.81
        30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 33.93
        30021 - Archeological Technician I                           17.64
        30022 - Archeological Technician II                          19.76
        30023 - Archeological Technician III                         26.59
        30030 - Cartographic Technician                              26.33
        30040 - Civil Engineering Technician                         25.64
        30051 - Cryogenic Technician I                               23.80
        30052 - Cryogenic Technician II                              26.29
        30061 - Drafter/CAD Operator I                               17.64
        30062 - Drafter/CAD Operator II                              19.76
        30063 - Drafter/CAD Operator III                             21.99
        30064 - Drafter/CAD Operator IV                              28.96
        30081 - Engineering Technician I                             17.38
        30082 - Engineering Technician II                            20.39
        30083 - Engineering Technician III                           22.81
        30084 - Engineering Technician IV                            28.26
        30085 - Engineering Technician V                             34.56
        30086 - Engineering Technician VI                            40.57
        30090 - Environmental Technician                             24.28
        30095 - Evidence Control Specialist                          21.49
        30210 - Laboratory Technician                                26.77
        30221 - Latent Fingerprint Technician I                      23.80
        30222 - Latent Fingerprint Technician II                     26.29
        30240 - Mathematical Technician                              26.13
        30361 - Paralegal/Legal Assistant I                          20.55
        30362 - Paralegal/Legal Assistant II                         25.43
        30363 - Paralegal/Legal Assistant III                        31.14
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Case 1:25-cv-00306-MRD-PAS   Document 2   Filed 06/13/25   Page 44 of 174   PageID #: 2333

| | | |
|---|---|---|
| 30984 - Paralegal/Legal Assistant IV | | 37.63 |
| 30375 - Petroleum Supply Specialist | | 26.29 |
| 30390 - Photo-Optics Technician | | 26.33 |
| 30395 - Radiation Control Technician | | 26.29 |
| 30461 - Technical Writer I | | 25.16 |
| 30462 - Technical Writer II | | 30.77 |
| 30463 - Technical Writer III | | 37.23 |
| 30491 - Unexploded Ordnance (UXO) Technician I | | 28.39 |
| 30492 - Unexploded Ordnance (UXO) Technician II | | 34.35 |
| 30493 - Unexploded Ordnance (UXO) Technician III | | 41.18 |
| 30494 - Unexploded (UXO) Safety Escort | | 28.39 |
| 30495 - Unexploded (UXO) Sweep Personnel | | 28.39 |
| 30501 - Weather Forecaster I | | 28.96 |
| 30502 - Weather Forecaster II | | 35.23 |
| 30620 - Weather Observer Combined Upper Air Or Surface Programs | (see 2) | 21.99 |
| 30621 - Weather Observer Senior | (see 2) | 24.44 |
| 31000 - Transportation/Mobile Equipment Operation Occupations | | |
| 31010 - Airplane Pilot | | 34.35 |
| 31020 - Bus Aide | | 18.18 |
| 31030 - Bus Driver | | 24.36 |
| 31043 - Driver Courier | | 19.14 |
| 31260 - Parking and Lot Attendant | | 16.40 |
| 31290 - Shuttle Bus Driver | | 18.60 |
| 31310 - Taxi Driver | | 15.41 |
| 31361 - Truckdriver Light | | 18.60 |
| 31362 - Truckdriver Medium | | 22.78 |
| 31363 - Truckdriver Heavy | | 28.17 |
| 31364 - Truckdriver Tractor-Trailer | | 28.17 |
| 99000 - Miscellaneous Occupations | | |
| 99020 - Cabin Safety Specialist | | 16.75 |
| 99030 - Cashier | | 11.36*** |
| 99050 - Desk Clerk | | 11.94*** |
| 99095 - Embalmer | | 30.13 |
| 99130 - Flight Follower | | 28.39 |
| 99251 - Laboratory Animal Caretaker I | | 22.41 |
| 99252 - Laboratory Animal Caretaker II | | 23.99 |
| 99260 - Marketing Analyst | | 26.29 |
| 99310 - Mortician | | 30.13 |
| 99410 - Pest Controller | | 25.55 |
| 99510 - Photofinishing Worker | | 14.92*** |
| 99710 - Recycling Laborer | | 19.07 |
| 99711 - Recycling Specialist | | 22.41 |
| 99730 - Refuse Collector | | 17.46 |
| 99810 - Sales Clerk | | 12.95*** |
| 99820 - School Crossing Guard | | 17.46 |
| 99830 - Survey Party Chief | | 23.80 |
| 99831 - Surveying Aide | | 14.52*** |
| 99832 - Surveying Technician | | 18.74 |
| 99840 - Vending Machine Attendant | | 22.41 |
| 99841 - Vending Machine Repairer | | 27.08 |
| 99842 - Vending Machine Repairer Helper | | 22.41 |

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5104908
Reviewer: Carol M.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.


ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:


HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month


HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*


*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.


VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (See 29 CFR 4.173)


HOLIDAYS: A minimum of twelve paid holidays per year:  New Year's Day Martin
Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day
Juneteenth National Independence Day Independence Day Labor Day Columbus Day
Veterans' Day Thanksgiving Day and Christmas Day.  A contractor may substitute
for any of the named holidays another day off with pay in accordance with a plan
communicated to the employees involved.)  (See 29 CFR 4.174)



THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:


1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.


Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

of each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                "REGISTER OF WAGE DETERMINATIONS UNDER  |     U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT          | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |        WAGE AND HOUR DIVISION
                                        |         WASHINGTON D.C.  20210
                                        |
                                        |
                                        |
                                        |
Daniel W. Simms          Division of   | Wage Determination No.: 2015-4827
Director            Wage Determinations|     Revision No.: 19
                                        | Date Of Last Revision: 03/15/2022
                                        |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Indiana

Area: Indiana Counties of Ripley Switzerland

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 13.70*** |
| 01012 - Accounting Clerk II | | 15.39 |
| 01013 - Accounting Clerk III | | 17.21 |
| 01020 - Administrative Assistant | | 24.49 |
| 01035 - Court Reporter | | 18.31 |
| 01041 - Customer Service Representative I | | 13.27*** |
| 01042 - Customer Service Representative II | | 14.90*** |
| 01043 - Customer Service Representative III | | 16.26 |
| 01051 - Data Entry Operator I | | 14.52*** |
| 01052 - Data Entry Operator II | | 15.84 |
| 01060 - Dispatcher Motor Vehicle | | 21.76 |
| 01070 - Document Preparation Clerk | | 14.16*** |
| 01090 - Duplicating Machine Operator | | 14.16*** |
| 01111 - General Clerk I | | 13.29*** |
| 01112 - General Clerk II | | 14.50*** |
| 01113 - General Clerk III | | 16.29 |

```
01120 - Housing Referral Assistant                    19.84
01141 - Messenger Courier                             14.55***
01191   Order Clerk I                                 13.62***
01192 - Order Clerk II                                17.02
01261 - Personnel Assistant (Employment) I            15.67
01262 - Personnel Assistant (Employment) II           17.53
01263   Personnel Assistant (Employment) III          19.55
01270 - Production Control Clerk                       24.00
01290 - Rental Clerk                                  14.57***
01300 - Scheduler Maintenance                          15.84
01311   Secretary I                                    15.84
01312   Secretary II                                   17.79
01313 - Secretary III                                  19.84
01320 - Service Order Dispatcher                       19.45
01410   Supply Technician                              24.49
01420 - Survey Worker                                  17.63
01460 - Switchboard Operator/Receptionist             14.31***
01531 - Travel Clerk I                                14.15***
01532 - Travel Clerk II                               14.81***
01533 - Travel Clerk III                               15.47
01611 - Word Processor I                              14.64***
01612 - Word Processor II                              16.44
01613   Word Processor III                             18.39
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass            21.27
05010 - Automotive  Electrician                        23.12
05040   Automotive Glass Installer                     21.61
05070 - Automotive Worker                              22.26
05110 - Mobile Equipment Servicer                      20.65
05130 - Motor Equipment Metal Mechanic                 24.59
05160   Motor Equipment Metal Worker                   22.26
05190 - Motor Vehicle Mechanic                         23.03
05220 - Motor Vehicle Mechanic Helper                  20.30
05250 - Motor Vehicle Upholstery Worker                21.42
05280   Motor Vehicle Wrecker                          22.26
05310 - Painter Automotive                             23.12
05340 - Radiator Repair Specialist                     22.26
05370 - Tire Repairer                                  15.45
05400   Transmission Repair Specialist                 24.59
07000 - Food Preparation And Service Occupations
07010 - Baker                                         12.32***
07041 - Cook I                                        12.59***
07042   Cook II                                       14.19***
07070 - Dishwasher                                     9.25***
07130 - Food Service Worker                            9.89***
07210 - Meat Cutter                                    15.84
07260   Waiter/Waitress                                9.25***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                    19.70
09040 - Furniture Handler                             13.81***
09080   Furniture Refinisher                           17.91
09090 - Furniture Refinisher Helper                    15.31
09110 - Furniture Repairer Minor                       16.59
09130   Upholsterer                                    17.91
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                              13.06***
11060 - Elevator Operator                             12.27***
11090 - Gardener                                       17.36
11122   Housekeeping Aide                             12.52***
11150 - Janitor                                       12.52***
11210 - Laborer Grounds Maintenance                   14.99***
11240 - Maid or Houseman                              10.76***
11260   Pruner                                        13.48***
11270 - Tractor Operator                               16.71
11330 - Trail Maintenance Worker                      14.99***
```

| 11980 - Window Cleaner | 13.68*** |
| 12000 - Health Occupations | |
| 12010 - Ambulance Driver | 19.03 |
| 12011 - Breath Alcohol Technician | 19.25 |
| 12012 - Certified Occupational Therapist Assistant | 27.03 |
| 12015 - Certified Physical Therapist Assistant | 26.81 |
| 12020 - Dental Assistant | 19.56 |
| 12025 - Dental Hygienist | 39.64 |
| 12030 - EKG Technician | 26.59 |
| 12035 - Electroneurodiagnostic Technologist | 26.59 |
| 12040 - Emergency Medical Technician | 19.03 |
| 12071 - Licensed Practical Nurse I | 17.22 |
| 12072 - Licensed Practical Nurse II | 19.25 |
| 12073 - Licensed Practical Nurse III | 21.46 |
| 12100 - Medical Assistant | 15.48 |
| 12130 - Medical Laboratory Technician | 23.66 |
| 12160 - Medical Record Clerk | 16.12 |
| 12190 - Medical Record Technician | 19.03 |
| 12195 - Medical Transcriptionist | 17.22 |
| 12210 - Nuclear Medicine Technologist | 42.31 |
| 12221 - Nursing Assistant I | 11.83*** |
| 12222 - Nursing Assistant II | 13.30*** |
| 12223 - Nursing Assistant III | 14.51*** |
| 12224 - Nursing Assistant IV | 16.29 |
| 12235 - Optical Dispenser | 16.72 |
| 12236 - Optical Technician | 17.22 |
| 12250 - Pharmacy Technician | 15.93 |
| 12280 - Phlebotomist | 15.39 |
| 12305 - Radiologic Technologist | 26.79 |
| 12311 - Registered Nurse I | 24.51 |
| 12312 - Registered Nurse II | 29.20 |
| 12313 - Registered Nurse II Specialist | 29.20 |
| 12314 - Registered Nurse III | 35.32 |
| 12315 - Registered Nurse III Anesthetist | 35.32 |
| 12316 - Registered Nurse IV | 42.35 |
| 12317 - Scheduler (Drug and Alcohol Testing) | 23.85 |
| 12320 - Substance Abuse Treatment Counselor | 20.44 |
| 13000 - Information And Arts Occupations | |
| 13011 - Exhibits Specialist I | 19.76 |
| 13012 - Exhibits Specialist II | 24.48 |
| 13013 - Exhibits Specialist III | 29.93 |
| 13041 - Illustrator I | 20.17 |
| 13042 - Illustrator II | 24.99 |
| 13043 - Illustrator III | 30.56 |
| 13047 - Librarian | 27.38 |
| 13050 - Library Aide/Clerk | 12.27*** |
| 13054 - Library Information Technology Systems Administrator | 24.96 |
| 13058 - Library Technician | 15.33 |
| 13061 - Media Specialist I | 17.68 |
| 13062 - Media Specialist II | 19.76 |
| 13063 - Media Specialist III | 22.38 |
| 13071 - Photographer I | 14.95*** |
| 13072 - Photographer II | 17.85 |
| 13073 - Photographer III | 21.52 |
| 13074 - Photographer IV | 26.56 |
| 13075 - Photographer V | 32.12 |
| 13090 - Technical Order Library Clerk | 15.49 |
| 13110 - Video Teleconference Technician | 19.61 |
| 14000 - Information Technology Occupations | |
| 14041 - Computer Operator I | 15.90 |
| 14042 - Computer Operator II | 17.80 |
| 14043 - Computer Operator III | 19.83 |
| 14044 - Computer Operator IV | 22.04 |
| 14045 - Computer Operator V | 24.40 |

```
        14071 - Computer Programmer I               (see 1)              19.86
        14072 - Computer Programmer II              (see 1)              24.53
        14073 - Computer Programmer III             (see 1)
        14074 - Computer Programmer IV              (see 1)
        14101 - Computer Systems Analyst I          (see 1)
        14102 - Computer Systems Analyst II         (see 1)
        14103 - Computer Systems Analyst III        (see 1)
        14150 - Peripheral Equipment Operator                           15.90
        14160 - Personal Computer Support Technician                    22.04
        14170 - System Support Specialist                               26.03
    15000 - Instructional Occupations
        15010 - Aircrew Training Devices Instructor (Non-Rated)         31.98
        15020 - Aircrew Training Devices Instructor (Rated)             38.68
        15030 - Air Crew Training Devices Instructor (Pilot)            43.49
        15050 - Computer Based Training Specialist / Instructor         31.98
        15060 - Educational Technologist                                30.00
        15070 - Flight Instructor (Pilot)                               43.49
        15080 - Graphic Artist                                          23.35
        15085 - Maintenance Test Pilot Fixed Jet/Prop                   43.18
        15086 - Maintenance Test Pilot Rotary Wing                      43.18
        15088 - Non-Maintenance Test/Co-Pilot                           43.18
        15090 - Technical Instructor                                    20.97
        15095 - Technical Instructor/Course Developer                   25.67
        15110 - Test Proctor                                            16.94
        15120 - Tutor                                                   16.94
    16000 - Laundry Dry-Cleaning Pressing And Related Occupations
        16010 - Assembler                                            10.81***
        16030 - Counter Attendant                                    10.81***
        16040 - Dry Cleaner                                             13.62***
        16070 - Finisher Flatwork Machine                            10.81***
        16090 - Presser Hand                                           10.81***
        16110 - Presser Machine Drycleaning                          10.81***
        16130 - Presser Machine Shirts                               10.81***
        16160 - Presser Machine Wearing Apparel Laundry             10.81***
        16190 - Sewing Machine Operator                                14.45***
        16220 - Tailor                                                  15.24
        16250 - Washer Machine                                       11.82***
    19000 - Machine Tool Operation And Repair Occupations
        19010 - Machine-Tool Operator (Tool Room)                       25.18
        19040 - Tool And Die Maker                                      28.65
    21000 - Materials Handling And Packing Occupations
        21020 - Forklift Operator                                       18.41
        21030 - Material Coordinator                                    24.00
        21040 - Material Expediter                                      24.00
        21050 - Material Handling Laborer                               16.74
        21071 - Order Filler                                         13.30***
        21080 - Production Line Worker (Food Processing)                18.41
        21110 - Shipping Packer                                         17.44
        21130 - Shipping/Receiving Clerk                               17.44
        21140 - Store Worker I                                       14.71***
        21150 - Stock Clerk                                             19.29
        21210 - Tools And Parts Attendant                              18.41
        21410 - Warehouse Specialist                                   18.41
    23000 - Mechanics And Maintenance And Repair Occupations
        23010 - Aerospace Structural Welder                             26.12
        23019 - Aircraft Logs and Records Technician                   20.40
        23021 - Aircraft Mechanic I                                     24.88
        23022 - Aircraft Mechanic II                                    26.12
        23023 - Aircraft Mechanic III                                   27.43
        23040 - Aircraft Mechanic Helper                                18.67
        23050 - Aircraft Painter                                        22.84
        23060 - Aircraft Servicer                                       20.40
        23070 - Aircraft Survival Flight Equipment Technician           22.84
        23080 - Aircraft Worker                                         21.69
        23091 - Aircrew Life Support Equipment (ALSE) Mechanic          21.69
```

```
        23092 - Aircrew Life Support Equipment (ALSE) Mechanic        24.88
        II
        23110 - Appliance Mechanic                                    22.84
        23120 - Bicycle Repairer                                      19.08
        23125 - Cable Splicer                                         33.56
        23130 - Carpenter Maintenance                                 21.32
        23140 - Carpet Layer                                          22.59
        23160 - Electrician Maintenance                               27.28
        23181 - Electronics Technician Maintenance I                  24.44
        23182 - Electronics Technician Maintenance II                 25.74
        23183 - Electronics Technician Maintenance III                26.92
        23260 - Fabric Worker                                         20.40
        23290 - Fire Alarm System Mechanic                            22.51
        23310 - Fire Extinguisher Repairer                            19.08
        23311 - Fuel Distribution System Mechanic                     24.93
        23312 - Fuel Distribution System Operator                     20.52
        23370 - General Maintenance Worker                            20.86
        23380 - Ground Support Equipment Mechanic                     24.88
        23381 - Ground Support Equipment Servicer                     20.40
        23382 - Ground Support Equipment Worker                       21.69
        23391 - Gunsmith I                                            19.08
        23392 - Gunsmith II                                           21.69
        23393 - Gunsmith III                                          23.94
        23410 - Heating Ventilation And Air-Conditioning              22.80
        Mechanic
        23411 - Heating Ventilation And Air Contidioning              23.81
        Mechanic (Research Facility)
        23430 - Heavy Equipment Mechanic                              24.64
        23440 - Heavy Equipment Operator                              25.13
        23460 - Instrument Mechanic                                   31.01
        23465 - Laboratory/Shelter Mechanic                           22.84
        23470 - Laborer                                               16.12
        23510 - Locksmith                                             22.84
        23530 - Machinery Maintenance Mechanic                        24.24
        23550 - Machinist Maintenance                                 22.55
        23580 - Maintenance Trades Helper                             15.35
        23591 - Metrology Technician I                                31.01
        23592 - Metrology Technician II                               32.38
        23593 - Metrology Technician III                              33.82
        23640 - Millwright                                            27.90
        23710 - Office Appliance Repairer                             20.77
        23760 - Painter Maintenance                                   19.70
        23790 - Pipefitter Maintenance                                25.72
        23810 - Plumber Maintenance                                   24.06
        23820 - Pneudraulic Systems Mechanic                          23.94
        23850 - Rigger                                                23.89
        23870 - Scale Mechanic                                        21.69
        23890 - Sheet-Metal Worker Maintenance                        22.51
        23910 - Small Engine Mechanic                                 18.96
        23931 - Telecommunications Mechanic I                         27.49
        23932 - Telecommunications Mechanic II                        28.71
        23950 - Telephone Lineman                                     28.11
        23960 - Welder Combination Maintenance                        23.01
        23965 - Well Driller                                          23.85
        23970 - Woodcraft Worker                                      23.94
        23980 - Woodworker                                            19.08
    24000 - Personal Needs Occupations
        24550 - Case Manager                                          15.17
        24570 - Child Care Attendant                              11.39***
        24580 - Child Care Center Clerk                               15.48
        24610 - Chore Aide                                        11.20***
        24620 - Family Readiness And Support Services                 15.17
        Coordinator
        24630 - Homemaker                                             17.36
```

Case 1:25-cv-00050-MRD-PAS   Document 12   Filed 06/18/25   Page 45   PageID #: 2343

25000 - Plant And System Operations Occupations

```
    25010 - Boiler Tender                                        25.28
    25040 - Sewage Plant Operator                                21.82
    25070 - Stationary Engineer                                  25.28
    25190 - Ventilation Equipment Tender                         18.95
    25210 - Water Treatment Plant Operator                       21.82
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                        18.18
    27007 - Baggage Inspector                                 13.22***
    27008 - Corrections Officer                                  24.65
    27010 - Court Security Officer                               24.65
    27030 - Detection Dog Handler                                18.00
    27040 - Detention Officer                                    24.65
    27070 - Firefighter                                          24.58
    27101 - Guard I                                           13.22***
    27102 - Guard II                                             18.00
    27131 - Police Officer I                                     24.89
    27132 - Police Officer II                                    27.66
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                       12.19***
    28042 - Carnival Equipment Repairer                       13.10***
    28043 - Carnival Worker                                    9.51***
    28210 - Gate Attendant/Gate Tender                        14.07***
    28310 - Lifeguard                                         11.94***
    28350 - Park Attendant (Aide)                                15.74
    28510 - Recreation Aide/Health Facility Attendant         11.49***
    28515 - Recreation Specialist                                19.50
    28630 - Sports Official                                   12.53***
    28690 - Swimming Pool Operator                               17.89
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                   26.59
    29020 - Hatch Tender                                         26.59
    29030 - Line Handler                                         26.59
    29041 - Stevedore I                                          24.99
    29042 - Stevedore II                                         26.76
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)    40.62
    30011 - Air Traffic Control Specialist Station (HFO) (see 2)    28.01
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    30.85
    30021 - Archeological Technician I                           18.86
    30022 - Archeological Technician II                          21.09
    30023 - Archeological Technician III                         26.12
    30030 - Cartographic Technician                              26.12
    30040 - Civil Engineering Technician                         26.98
    30051 - Cryogenic Technician I                               27.95
    30052 - Cryogenic Technician II                              30.87
    30061 - Drafter/CAD Operator I                               18.86
    30062 - Drafter/CAD Operator II                              21.09
    30063 - Drafter/CAD Operator III                             23.50
    30064 - Drafter/CAD Operator IV                              28.93
    30081 - Engineering Technician I                             16.79
    30082 - Engineering Technician II                            18.86
    30083 - Engineering Technician III                           21.09
    30084 - Engineering Technician IV                            26.12
    30085 - Engineering Technician V                             31.95
    30086 - Engineering Technician VI                            38.67
    30090 - Environmental Technician                             25.25
    30095 - Evidence Control Specialist                          25.25
    30210 - Laboratory Technician                                21.44
    30221 - Latent Fingerprint Technician I                      27.95
    30222 - Latent Fingerprint Technician II                     30.87
    30240 - Mathematical Technician                              26.12
    30361 - Paralegal/Legal Assistant I                          18.58
    30362 - Paralegal/Legal Assistant II                         23.01
    30363 - Paralegal/Legal Assistant III                        28.49
```

```
        30384 - Paralegal/Legal Assistant IV                              34.05
        30375 - Petroleum Supply Specialist                               30.87
        30390 - Photo-Optics Technician                                   25.00
        30395 - Radiation Control Technician                              30.87
        30461 - Technical Writer I                                        23.18
        30462 - Technical Writer II                                       28.36
        30463 - Technical Writer III                                      34.31
        30491 - Unexploded Ordnance (UXO) Technician I                    25.82
        30492 - Unexploded Ordnance (UXO) Technician II                   31.24
        30493 - Unexploded Ordnance (UXO) Technician III                  37.44
        30494 - Unexploded (UXO) Safety Escort                            25.82
        30495 - Unexploded (UXO) Sweep Personnel                          25.82
        30501 - Weather Forecaster I                                      28.93
        30502 - Weather Forecaster II                                     35.20
        30620 - Weather Observer Combined Upper Air Or     (see 2)        23.50
Surface Programs
        30621 - Weather Observer Senior                    (see 2)        26.12
    31000 - Transportation/Mobile Equipment Operation Occupations
        31010 - Airplane Pilot                                            31.24
        31020 - Bus Aide                                                  13.82***
        31030 - Bus Driver                                                19.04
        31043 - Driver Courier                                            17.51
        31260 - Parking and Lot Attendant                                 13.61***
        31290 - Shuttle Bus Driver                                        18.95
        31310 - Taxi Driver                                               14.82***
        31361 - Truckdriver Light                                         18.95
        31362 - Truckdriver Medium                                        20.07
        31363 - Truckdriver Heavy                                         22.24
        31364 - Truckdriver Tractor-Trailer                               22.24
    99000 - Miscellaneous Occupations
        99020 - Cabin Safety Specialist                                   15.23
        99030 - Cashier                                                   10.49***
        99050 - Desk Clerk                                                11.49***
        99095 - Embalmer                                                  35.18
        99130 - Flight Follower                                           25.82
        99251 - Laboratory Animal Caretaker I                             13.42***
        99252 - Laboratory Animal Caretaker II                            14.43***
        99260 - Marketing Analyst                                         24.39
        99310 - Mortician                                                 35.18
        99410 - Pest Controller                                           18.05
        99510 - Photofinishing Worker                                     13.57***
        99710 - Recycling Laborer                                         19.29
        99711 - Recycling Specialist                                      22.62
        99730 - Refuse Collector                                          17.65
        99810 - Sales Clerk                                               11.65***
        99820 - School Crossing Guard                                     16.26
        99830 - Survey Party Chief                                        21.88
        99831 - Surveying Aide                                            13.20***
        99832 - Surveying Technician                                      19.54
        99840 - Vending Machine Attendant                                 16.07
        99841 - Vending Machine Repairer                                  18.50
        99842 - Vending Machine Repairer Helper                           16.07
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017. If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking. Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors. A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 8 years 4 weeks after 15 years and 5 weeks after 25 years.
  Length of service includes the whole span of continuous service with the present
contractor or successor wherever employed and with the predecessor contractors in
the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of twelve paid holidays per year: New Year's Day Martin
Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day
Juneteenth National Independence Day Independence Day Labor Day Columbus Day
Veterans' Day Thanksgiving Day and Christmas Day. A contractor may substitute
for any of the named holidays another day off with pay in accordance with a plan
communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541. Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families. In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees. For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption. Therefore the exemption applies only to computer employees

Case 1:23-cv-00608-MRD-PAS Document 12 Filed 06/18/25 Page 46 of 127 PageID #: 2346

to satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5119906
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

\*\* SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS \*\*

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

\*\* REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) \*\*

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case 1:25-cv-00565-MRD-PAS   Document 2   Filed 06/27/25   Page 463 of 1729   PageID #: 2348

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760 RI Document 1-2 Filed 06/13/25 Page 464 of 720 PageID
#: 2349

```
              "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
                THE SERVICE CONTRACT ACT               |  EMPLOYMENT STANDARDS ADMINISTRATION
       By direction of the Secretary of Labor          |        WAGE AND HOUR DIVISION
                                                       |         WASHINGTON D.C.  20210
                                                       |
                                                       |
                                                       |
                                                       |
       Daniel W. Simms          Division of            | Wage Determination No.: 2015-5593
       Director             Wage Determinations        |       Revision No.: 19
                                                       | Date Of Last Revision: 03/15/2022
                                                       |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Nevada

Area: Nevada County of Clark

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.72 |
| 01012 - Accounting Clerk II | | 17.65 |
| 01013  Accounting Clerk III | | 19.75 |
| 01020 - Administrative Assistant | | 31.83 |
| 01035 - Court Reporter | | 26.59 |
| 01041 - Customer Service Representative I | | 13.19*** |
| 01042  Customer Service Representative II | | 14.39*** |
| 01043 - Customer Service Representative III | | 16.16 |
| 01051 - Data Entry Operator I | | 14.25*** |
| 01052 - Data Entry Operator II | | 15.55 |
| 01060  Dispatcher Motor Vehicle | | 17.55 |
| 01070 - Document Preparation Clerk | | 15.40 |
| 01090 - Duplicating Machine Operator | | 15.40 |
| 01111 - General Clerk I | | 14.32*** |
| 01112  General Clerk II | | 15.63 |
| 01113 - General Clerk III | | 17.55 |

| | | |
|---|---|---|
| 01140 | - Housing Referral Assistant | 20.64 |
| 01141 | - Messenger Courier | 16.19 |
| 01191 | Order Clerk I | 15.42 |
| 01192 | - Order Clerk II | 16.82 |
| 01261 | - Personnel Assistant (Employment) I | 16.60 |
| 01262 | - Personnel Assistant (Employment) II | 18.57 |
| 01263 | Personnel Assistant (Employment) III | 20.70 |
| 01270 | - Production Control Clerk | 21.01 |
| 01290 | - Rental Clerk | 14.36*** |
| 01300 | - Scheduler Maintenance | 16.55 |
| 01311 | - Secretary I | 16.55 |
| 01312 | - Secretary II | 18.51 |
| 01313 | - Secretary III | 20.64 |
| 01320 | - Service Order Dispatcher | 15.69 |
| 01410 | Supply Technician | 31.83 |
| 01420 | - Survey Worker | 15.69 |
| 01460 | - Switchboard Operator/Receptionist | 14.48*** |
| 01531 | - Travel Clerk I | 16.38 |
| 01532 | - Travel Clerk II | 17.39 |
| 01533 | - Travel Clerk III | 18.66 |
| 01611 | - Word Processor I | 14.01*** |
| 01612 | - Word Processor II | 15.72 |
| 01613 | Word Processor III | 17.59 |
| 05000 | - Automotive Service Occupations | |
| 05005 | - Automobile Body Repairer Fiberglass | 25.48 |
| 05010 | - Automotive  Electrician | 19.42 |
| 05040 | Automotive Glass Installer | 18.81 |
| 05070 | - Automotive Worker | 18.81 |
| 05110 | - Mobile Equipment Servicer | 17.19 |
| 05130 | - Motor Equipment Metal Mechanic | 20.23 |
| 05160 | Motor Equipment Metal Worker | 18.81 |
| 05190 | - Motor Vehicle Mechanic | 19.73 |
| 05220 | - Motor Vehicle Mechanic Helper | 16.39 |
| 05250 | - Motor Vehicle Upholstery Worker | 18.01 |
| 05280 | Motor Vehicle Wrecker | 18.81 |
| 05310 | - Painter Automotive | 19.42 |
| 05340 | - Radiator Repair Specialist | 18.81 |
| 05370 | - Tire Repairer | 15.78 |
| 05400 | Transmission Repair Specialist | 20.23 |
| 07000 | - Food Preparation And Service Occupations | |
| 07010 | - Baker | 16.41 |
| 07041 | - Cook I | 16.25 |
| 07042 | - Cook II | 18.04 |
| 07070 | - Dishwasher | 13.66*** |
| 07130 | - Food Service Worker | 15.05 |
| 07210 | - Meat Cutter | 18.72 |
| 07260 | Waiter/Waitress | 11.94*** |
| 09000 | - Furniture Maintenance And Repair Occupations | |
| 09010 | - Electrostatic Spray Painter | 18.45 |
| 09040 | - Furniture Handler | 15.34 |
| 09080 | Furniture Refinisher | 17.94 |
| 09090 | - Furniture Refinisher Helper | 16.15 |
| 09110 | - Furniture Repairer Minor | 17.74 |
| 09130 | - Upholsterer | 20.45 |
| 11000 | General Services And Support Occupations | |
| 11030 | - Cleaner Vehicles | 11.01*** |
| 11060 | - Elevator Operator | 16.19 |
| 11090 | - Gardener | 17.43 |
| 11122 | Housekeeping Aide | 16.19 |
| 11150 | - Janitor | 16.19 |
| 11210 | - Laborer Grounds Maintenance | 14.44*** |
| 11240 | - Maid or Houseman | 16.66 |
| 11260 | Pruner | 13.34*** |
| 11270 | - Tractor Operator | 16.47 |
| 11330 | - Trail Maintenance Worker | 14.43*** |

| Code | Occupation | Rate |
|------|-----------|------|
| 11990 | - Window Cleaner | 17.53 |
| 12000 | - Health Occupations | |
| 12010 | Ambulance Driver | 20.94 |
| 12011 | - Breath Alcohol Technician | 25.56 |
| 12012 | - Certified Occupational Therapist Assistant | 36.02 |
| 12015 | - Certified Physical Therapist Assistant | 33.83 |
| 12020 | Dental Assistant | 18.36 |
| 12025 | - Dental Hygienist | 43.82 |
| 12030 | - EKG Technician | 32.68 |
| 12035 | - Electroneurodiagnostic Technologist | 32.68 |
| 12040 | Emergency Medical Technician | 20.94 |
| 12071 | - Licensed Practical Nurse I | 22.85 |
| 12072 | - Licensed Practical Nurse II | 25.56 |
| 12073 | - Licensed Practical Nurse III | 28.50 |
| 12100 | Medical Assistant | 16.91 |
| 12130 | - Medical Laboratory Technician | 29.04 |
| 12160 | - Medical Record Clerk | 19.31 |
| 12190 | - Medical Record Technician | 21.60 |
| 12195 | Medical Transcriptionist | 17.41 |
| 12210 | - Nuclear Medicine Technologist | 40.21 |
| 12221 | - Nursing Assistant I | 11.94*** |
| 12222 | - Nursing Assistant II | 13.43*** |
| 12223 | - Nursing Assistant III | 14.65*** |
| 12224 | - Nursing Assistant IV | 16.45 |
| 12235 | - Optical Dispenser | 22.54 |
| 12236 | - Optical Technician | 15.55 |
| 12250 | Pharmacy Technician | 18.44 |
| 12280 | - Phlebotomist | 18.19 |
| 12305 | - Radiologic Technologist | 34.91 |
| 12311 | - Registered Nurse I | 28.00 |
| 12312 | Registered Nurse II | 34.26 |
| 12313 | - Registered Nurse II Specialist | 34.26 |
| 12314 | - Registered Nurse III | 41.45 |
| 12315 | - Registered Nurse III Anesthetist | 41.45 |
| 12316 | Registered Nurse IV | 49.67 |
| 12317 | - Scheduler (Drug and Alcohol Testing) | 31.66 |
| 12320 | - Substance Abuse Treatment Counselor | 27.08 |
| 13000 | - Information And Arts Occupations | |
| 13011 | Exhibits Specialist I | 26.06 |
| 13012 | - Exhibits Specialist II | 32.28 |
| 13013 | - Exhibits Specialist III | 38.84 |
| 13041 | - Illustrator I | 26.06 |
| 13042 | Illustrator II | 32.28 |
| 13043 | - Illustrator III | 39.48 |
| 13047 | - Librarian | 35.76 |
| 13050 | - Library Aide/Clerk | 18.63 |
| 13054 | Library Information Technology Systems Administrator | 32.28 |
| 13058 | - Library Technician | 20.59 |
| 13061 | - Media Specialist I | 23.30 |
| 13062 | Media Specialist II | 26.06 |
| 13063 | Media Specialist III | 29.06 |
| 13071 | - Photographer I | 15.65 |
| 13072 | - Photographer II | 17.52 |
| 13073 | Photographer III | 21.70 |
| 13074 | - Photographer IV | 26.55 |
| 13075 | - Photographer V | 32.11 |
| 13090 | - Technical Order Library Clerk | 23.41 |
| 13110 | Video Teleconference Technician | 28.17 |
| 14000 | - Information Technology Occupations | |
| 14041 | - Computer Operator I | 18.98 |
| 14042 | - Computer Operator II | 21.43 |
| 14043 | Computer Operator III | 23.66 |
| 14044 | Computer Operator IV | 26.30 |
| 14045 | - Computer Operator V | 29.12 |

```
        14071 - Computer Programmer I                          25.73
        14072 - Computer Programmer II           (see 1)
        14073 - Computer Programmer III          (see 1)
        14074 - Computer Programmer IV           (see 1)
        14101 - Computer Systems Analyst I       (see 1)
        14102 - Computer Systems Analyst II      (see 1)
        14103 - Computer Systems Analyst III     (see 1)
        14150 - Peripheral Equipment Operator                  18.98
        14160 - Personal Computer Support Technician           26.30
        14170 - System Support Specialist                      29.67
     15000 - Instructional Occupations
        15010 - Aircrew Training Devices Instructor (Non-Rated) 29.50
        15020 - Aircrew Training Devices Instructor (Rated)    35.69
        15030 - Air Crew Training Devices Instructor (Pilot)   42.24
        15050 - Computer Based Training Specialist / Instructor 29.50
        15060 - Educational Technologist                       31.97
        15070 - Flight Instructor (Pilot)                      42.24
        15080 - Graphic Artist                                 25.16
        15085 - Maintenance Test Pilot Fixed Jet/Prop          41.74
        15086 - Maintenance Test Pilot Rotary Wing             41.74
        15088 - Non-Maintenance Test/Co-Pilot                  41.74
        15090 - Technical Instructor                           21.79
        15095 - Technical Instructor/Course Developer          26.65
        15110 - Test Proctor                                   17.59
        15120 - Tutor                                          17.59
     16000 - Laundry Dry-Cleaning Pressing And Related Occupations
        16010 - Assembler                                      13.42***
        16030 - Counter Attendant                              13.42***
        16040 - Dry Cleaner                                    17.33
        16070 - Finisher Flatwork Machine                      13.42***
        16090 - Presser Hand                                   13.42***
        16110 - Presser Machine Drycleaning                    13.42***
        16130 - Presser Machine Shirts                         13.42***
        16160 - Presser Machine Wearing Apparel Laundry        13.42***
        16190 - Sewing Machine Operator                        18.59
        16220 - Tailor                                         19.88
        16250 - Washer Machine                                 14.71***
     19000 - Machine Tool Operation And Repair Occupations
        19010 - Machine-Tool Operator (Tool Room)              27.00
        19040 - Tool And Die Maker                             31.87
     21000 - Materials Handling And Packing Occupations
        21020 - Forklift Operator                              19.67
        21030 - Material Coordinator                           21.01
        21040 - Material Expediter                             21.01
        21050 - Material Handling Laborer                      14.35***
        21071 - Order Filler                                   13.34***
        21080 - Production Line Worker (Food Processing)       19.67
        21110 - Shipping Packer                                15.83
        21130 - Shipping/Receiving Clerk                       15.83
        21140 - Store Worker I                                 17.88
        21150 - Stock Clerk                                    22.42
        21210 - Tools And Parts Attendant                      19.67
        21410 - Warehouse Specialist                           19.67
     23000 - Mechanics And Maintenance And Repair Occupations
        23010 - Aerospace Structural Welder                    42.31
        23019 - Aircraft Logs and Records Technician           34.75
        23021 - Aircraft Mechanic I                            40.43
        23022 - Aircraft Mechanic II                           42.31
        23023 - Aircraft Mechanic III                          43.88
        23040 - Aircraft Mechanic Helper                       31.10
        23050 - Aircraft Painter                               38.50
        23060 - Aircraft Servicer                              34.75
        23070 - Aircraft Survival Flight Equipment Technician  38.50
        23080 - Aircraft Worker                                36.56
        23091 - Aircrew Life Support Equipment (ALSE) Mechanic 36.56
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00309-MRD-PAS Document 12 Filed 06/27/25 Page 468 of 1124 PageID #: 2353

```
23092 - Aircrew Life Support Equipment (ALSE) Mechanic          40.43
II
23110 - Appliance Mechanic                                      24.30
23120 - Bicycle Repairer                                        23.08
23125 - Cable Splicer                                           34.12
23130 - Carpenter Maintenance                                   26.35
23140 - Carpet Layer                                            27.13
23160 - Electrician Maintenance                                 32.18
23181 - Electronics Technician Maintenance I                    29.43
23182 - Electronics Technician Maintenance II                   31.00
23183 - Electronics Technician Maintenance III                  32.55
23260 - Fabric Worker                                           24.36
23290 - Fire Alarm System Mechanic                              28.27
23310 - Fire Extinguisher Repairer                              23.08
23311 - Fuel Distribution System Mechanic                       30.64
23312 - Fuel Distribution System Operator                       24.95
23370 - General Maintenance Worker                              22.33
23380 - Ground Support Equipment Mechanic                       40.43
23381 - Ground Support Equipment Servicer                       34.75
23382 - Ground Support Equipment Worker                         36.56
23391 - Gunsmith I                                              23.08
23392 - Gunsmith II                                             25.63
23393 - Gunsmith III                                            28.34
23410 - Heating Ventilation And Air-Conditioning                26.04
Mechanic
23411 - Heating Ventilation And Air Contidioning                27.26
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                                30.41
23440 - Heavy Equipment Operator                                29.83
23460 - Instrument Mechanic                                     34.44
23465 - Laboratory/Shelter Mechanic                             27.00
23470 - Laborer                                             14.35***
23510 - Locksmith                                               26.68
23530 - Machinery Maintenance Mechanic                          29.74
23550 - Machinist Maintenance                                   22.55
23580 - Maintenance Trades Helper                               20.86
23591 - Metrology Technician I                                  34.44
23592 - Metrology Technician II                                 36.04
23593 - Metrology Technician III                                37.37
23640 - Millwright                                              32.88
23710 - Office Appliance Repairer                               22.47
23760 - Painter Maintenance                                     22.34
23790 - Pipefitter Maintenance                                  26.83
23810 - Plumber Maintenance                                     26.03
23820 - Pneudraulic Systems Mechanic                            28.34
23850 - Rigger                                                  31.00
23870 - Scale Mechanic                                          25.63
23890 - Sheet-Metal Worker Maintenance                          28.32
23910 - Small Engine Mechanic                                   21.61
23931 - Telecommunications Mechanic I                           27.85
23932 - Telecommunications Mechanic II                          29.15
23950 - Telephone Lineman                                       22.85
23960 - Welder Combination Maintenance                          24.19
23965 - Well Driller                                            29.79
23970 - Woodcraft Worker                                        28.34
23980 - Woodworker                                              23.08
24000 - Personal Needs Occupations
24550 - Case Manager                                            17.95
24570 - Child Care Attendant                               12.74***
24580 - Child Care Center Clerk                                 17.75
24610 - Chore Aide                                         11.75***
24620 - Family Readiness And Support Services                   17.95
Coordinator
24630 - Homemaker                                               19.78
```

25000 - Plant And System Operations Occupations

| | |
|---|---|
| 25010 - Boiler Tender | 34.62 |
| 25040 - Sewage Plant Operator | 37.43 |
| 25070 - Stationary Engineer | 34.62 |
| 25190 - Ventilation Equipment Tender | 26.64 |
| 25210 - Water Treatment Plant Operator | 37.43 |

27000 - Protective Service Occupations

| | |
|---|---|
| 27004 - Alarm Monitor | 29.99 |
| 27007 - Baggage Inspector | 15.26 |
| 27008 - Corrections Officer | 29.91 |
| 27010 - Court Security Officer | 34.08 |
| 27030 - Detection Dog Handler | 20.45 |
| 27040 - Detention Officer | 29.91 |
| 27070 - Firefighter | 38.33 |
| 27101 - Guard I | 15.26 |
| 27102 - Guard II | 20.45 |
| 27131 - Police Officer I | 35.83 |
| 27132 - Police Officer II | 39.81 |

28000 - Recreation Occupations

| | |
|---|---|
| 28041 - Carnival Equipment Operator | 13.68*** |
| 28042 - Carnival Equipment Repairer | 14.49*** |
| 28043 - Carnival Worker | 11.09*** |
| 28210 - Gate Attendant/Gate Tender | 17.04 |
| 28310 - Lifeguard | 11.52*** |
| 28350 - Park Attendant (Aide) | 19.07 |
| 28510 - Recreation Aide/Health Facility Attendant | 13.91*** |
| 28515 - Recreation Specialist | 21.93 |
| 28630 - Sports Official | 15.17 |
| 28690 - Swimming Pool Operator | 20.30 |

29000 - Stevedoring/Longshoremen Occupational Services

| | |
|---|---|
| 29010 - Blocker And Bracer | 31.92 |
| 29020 - Hatch Tender | 31.92 |
| 29030 - Line Handler | 31.92 |
| 29041 - Stevedore I | 30.34 |
| 29042 - Stevedore II | 33.62 |

30000 - Technical Occupations

| | |
|---|---|
| 30010 - Air Traffic Control Specialist Center (HFO)   (see 2) | 40.89 |
| 30011 - Air Traffic Control Specialist Station (HFO)  (see 2) | 28.19 |
| 30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) | 31.05 |
| 30021 - Archeological Technician I | 20.33 |
| 30022 - Archeological Technician II | 22.74 |
| 30023 - Archeological Technician III | 26.16 |
| 30030 - Cartographic Technician | 28.17 |
| 30040 - Civil Engineering Technician | 27.63 |
| 30051 - Cryogenic Technician I | 27.11 |
| 30052 - Cryogenic Technician II | 29.94 |
| 30061 - Drafter/CAD Operator I | 20.33 |
| 30062 - Drafter/CAD Operator II | 22.74 |
| 30063 - Drafter/CAD Operator III | 25.36 |
| 30064 - Drafter/CAD Operator IV | 30.87 |
| 30081 - Engineering Technician I | 16.94 |
| 30082 - Engineering Technician II | 19.03 |
| 30083 - Engineering Technician III | 23.33 |
| 30084 - Engineering Technician IV | 26.37 |
| 30085 - Engineering Technician V | 32.26 |
| 30086 - Engineering Technician VI | 39.04 |
| 30090 - Environmental Technician | 26.42 |
| 30095 - Evidence Control Specialist | 24.48 |
| 30210 - Laboratory Technician | 27.41 |
| 30221 - Latent Fingerprint Technician I | 31.34 |
| 30222 - Latent Fingerprint Technician II | 34.61 |
| 30240 - Mathematical Technician | 34.09 |
| 30361 - Paralegal/Legal Assistant I | 18.55 |
| 30362 - Paralegal/Legal Assistant II | 22.97 |
| 30363 - Paralegal/Legal Assistant III | 28.10 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5196984
Reviewer: Carol M.
Case 1:25-cv-00306-MRD-PAS   Document 12   Filed 06/26/25   Page 47   PageID #: 2355

```
30084 - Paralegal/Legal Assistant IV                          34.00
30375 - Petroleum Supply Specialist                           29.94
30390 - Photo-Optics Technician                               28.17
30395 - Radiation Control Technician                          29.94
30461 - Technical Writer I                                    22.64
30462 - Technical Writer II                                   27.70
30463 - Technical Writer III                                  33.51
30491 - Unexploded Ordnance (UXO) Technician I                25.98
30492 - Unexploded Ordnance (UXO) Technician II               31.44
30493 - Unexploded Ordnance (UXO) Technician III              37.68
30494 - Unexploded (UXO) Safety Escort                        25.98
30495 - Unexploded (UXO) Sweep Personnel                      25.98
30501 - Weather Forecaster I                                  28.49
30502 - Weather Forecaster II                                 34.64
30620 - Weather Observer Combined Upper Air Or   (see 2)      25.36
Surface Programs
30621 - Weather Observer Senior                  (see 2)      27.49
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                        31.44
31020 - Bus Aide                                              15.71
31030 - Bus Driver                                            20.01
31043 - Driver Courier                                        15.86
31260 - Parking and Lot Attendant                             12.77***
31290 - Shuttle Bus Driver                                    16.79
31310 - Taxi Driver                                           14.50***
31361 - Truckdriver Light                                     16.79
31362 - Truckdriver Medium                                    17.72
31363 - Truckdriver Heavy                                     23.44
31364 - Truckdriver Tractor-Trailer                           23.44
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                               15.33
99030 - Cashier                                               11.42***
99050 - Desk Clerk                                            16.67
99095 - Embalmer                                              30.13
99130 - Flight Follower                                       25.98
99251 - Laboratory Animal Caretaker I                         13.19***
99252 - Laboratory Animal Caretaker II                        13.96***
99260 - Marketing Analyst                                     28.70
99310 - Mortician                                             30.13
99410 - Pest Controller                                       22.28
99510 - Photofinishing Worker                                 16.36
99710 - Recycling Laborer                                     20.10
99711 - Recycling Specialist                                  22.92
99730 - Refuse Collector                                      18.57
99810 - Sales Clerk                                           12.29***
99820 - School Crossing Guard                                 15.13
99830 - Survey Party Chief                                    37.15
99831 - Surveying Aide                                        21.13
99832 - Surveying Technician                                  28.98
99840 - Vending Machine Attendant                             18.29
99841 - Vending Machine Repairer                              21.58
99842 - Vending Machine Repairer Helper                       18.36
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report

this action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1)).

** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5141908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS   Document 1-2   Filed 06/17/25   Page 474 of 730 PageID #: 2359

(affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

```
                            "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
          THE SERVICE CONTRACT ACT            | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor  |          WAGE AND HOUR DIVISION
                                              |            WASHINGTON D.C.  20210
                                              |
                                              |
                                              |
                                              |
                                              | Wage Determination No.: 2015-4143
Daniel W. Simms         Division of   |         Revision No.: 20
Director            Wage Determinations|    Date Of Last Revision: 03/15/2022
                                              |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
|---|---|
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: New York

Area: New York Counties of Albany Rensselaer Saratoga Schenectady Schoharie

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 17.36 |
| 01012 - Accounting Clerk II | | 19.50 |
| 01013 - Accounting Clerk III | | 21.81 |
| 01020 - Administrative Assistant | | 32.87 |
| 01035 - Court Reporter | | 24.28 |
| 01041 - Customer Service Representative I | | 15.21 |
| 01042 - Customer Service Representative II | | 16.59 |
| 01043 - Customer Service Representative III | | 18.64 |
| 01051 - Data Entry Operator I | | 15.03 |
| 01052 - Data Entry Operator II | | 16.39 |
| 01060 - Dispatcher Motor Vehicle | | 22.04 |
| 01070 - Document Preparation Clerk | | 14.78*** |
| 01090 - Duplicating Machine Operator | | 14.78*** |
| 01111 - General Clerk I | | 14.53*** |
| 01112 - General Clerk II | | 15.86 |
| 01113 - General Clerk III | | 17.81 |

Case 1:25-cv-00306-MRD-PAS   Document 2   Filed 06/30/25   Page 473 of 1762 PageID #: 2361

```
01090 - Housing Referral Assistant                        20.75
01141 - Messenger Courier                                 16.69
01191   Order Clerk I                                     14.65***
01192 - Order Clerk II                                    15.99
01261 - Personnel Assistant (Employment) I               18.79
01262 - Personnel Assistant (Employment) II              21.01
01263   Personnel Assistant (Employment) III             23.42
01270 - Production Control Clerk                          23.21
01290 - Rental Clerk                                      15.80
01300 - Scheduler Maintenance                             16.65
01311   Secretary I                                       16.65
01312 - Secretary II                                      18.62
01313 - Secretary III                                     20.75
01320 - Service Order Dispatcher                          19.71
01410   Supply Technician                                 32.87
01420 - Survey Worker                                     17.86
01460 - Switchboard Operator/Receptionist                16.62
01531 - Travel Clerk I                                    15.60
01532 - Travel Clerk II                                   16.83
01533 - Travel Clerk III                                  18.07
01611 - Word Processor I                                  14.94***
01612 - Word Processor II                                 16.79
01613   Word Processor III                                18.77
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass              23.94
05010 - Automotive  Electrician                           22.10
05040   Automotive Glass Installer                        20.75
05070 - Automotive Worker                                 20.75
05110 - Mobile Equipment Servicer                         18.14
05130 - Motor Equipment Metal Mechanic                    23.29
05160   Motor Equipment Metal Worker                      20.75
05190 - Motor Vehicle Mechanic                            23.29
05220 - Motor Vehicle Mechanic Helper                     16.72
05250 - Motor Vehicle Upholstery Worker                   19.56
05280   Motor Vehicle Wrecker                             20.75
05310 - Painter Automotive                                22.10
05340 - Radiator Repair Specialist                        20.75
05370 - Tire Repairer                                     19.16
05400   Transmission Repair Specialist                    23.29
07000 - Food Preparation And Service Occupations
07010 - Baker                                             15.09
07041 - Cook I                                            15.25
07042   Cook II                                           17.45
07070 - Dishwasher                                        12.65***
07130 - Food Service Worker                               13.29***
07210 - Meat Cutter                                       18.14
07260   Waiter/Waitress                                   13.28***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                       19.76
09040 - Furniture Handler                                 13.47***
09080   Furniture Refinisher                              19.76
09090 - Furniture Refinisher Helper                       16.01
09110 - Furniture Repairer Minor                          18.19
09130   Upholsterer                                       19.76
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                  13.81***
11060 - Elevator Operator                                 13.81***
11090 - Gardener                                          22.15
11122   Housekeeping Aide                                 14.33***
11150 - Janitor                                           14.33***
11210 - Laborer Grounds Maintenance                       16.88
11240 - Maid or Houseman                                  12.73***
11260   Pruner                                            15.12
11270 - Tractor Operator                                  20.41
11330 - Trail Maintenance Worker                          16.88
```

| | | |
|---|---|---|
| 11950 - Window Cleaner | 15.99 | |
| 12000 - Health Occupations | | |
| 12010 - Ambulance Driver | 21.79 | |
| 12011 - Breath Alcohol Technician | 19.87 | |
| 12012 - Certified Occupational Therapist Assistant | 24.79 | |
| 12015 - Certified Physical Therapist Assistant | 25.67 | |
| 12020 - Dental Assistant | 21.17 | |
| 12025 - Dental Hygienist | 34.22 | |
| 12030 - EKG Technician | 26.42 | |
| 12035 - Electroneurodiagnostic Technologist | 26.42 | |
| 12040 - Emergency Medical Technician | 21.79 | |
| 12071 - Licensed Practical Nurse I | 17.77 | |
| 12072 - Licensed Practical Nurse II | 19.87 | |
| 12073 - Licensed Practical Nurse III | 22.15 | |
| 12100 - Medical Assistant | 16.88 | |
| 12130 - Medical Laboratory Technician | 28.17 | |
| 12160 - Medical Record Clerk | 18.39 | |
| 12190 - Medical Record Technician | 20.82 | |
| 12195 - Medical Transcriptionist | 21.69 | |
| 12210 - Nuclear Medicine Technologist | 43.10 | |
| 12221 - Nursing Assistant I | 12.30*** | |
| 12222 - Nursing Assistant II | 13.82*** | |
| 12223 - Nursing Assistant III | 15.08 | |
| 12224 - Nursing Assistant IV | 16.94 | |
| 12235 - Optical Dispenser | 27.51 | |
| 12236 - Optical Technician | 20.45 | |
| 12250 - Pharmacy Technician | 15.46 | |
| 12280 - Phlebotomist | 17.55 | |
| 12305 - Radiologic Technologist | 31.28 | |
| 12311 - Registered Nurse I | 23.56 | |
| 12312 - Registered Nurse II | 28.81 | |
| 12313 - Registered Nurse II Specialist | 28.81 | |
| 12314 - Registered Nurse III | 34.87 | |
| 12315 - Registered Nurse III Anesthetist | 34.87 | |
| 12316 - Registered Nurse IV | 41.79 | |
| 12317 - Scheduler (Drug and Alcohol Testing) | 26.99 | |
| 12320 - Substance Abuse Treatment Counselor | 21.90 | |
| 13000 - Information And Arts Occupations | | |
| 13011 - Exhibits Specialist I | 22.70 | |
| 13012 - Exhibits Specialist II | 28.13 | |
| 13013 - Exhibits Specialist III | 34.41 | |
| 13041 - Illustrator I | 22.70 | |
| 13042 - Illustrator II | 28.13 | |
| 13043 - Illustrator III | 34.41 | |
| 13047 - Librarian | 31.15 | |
| 13050 - Library Aide/Clerk | 15.33 | |
| 13054 - Library Information Technology Systems Administrator | 28.13 | |
| 13058 - Library Technician | 16.62 | |
| 13061 - Media Specialist I | 20.30 | |
| 13062 - Media Specialist II | 22.70 | |
| 13063 - Media Specialist III | 25.31 | |
| 13071 - Photographer I | 18.22 | |
| 13072 - Photographer II | 20.38 | |
| 13073 - Photographer III | 25.24 | |
| 13074 - Photographer IV | 31.60 | |
| 13075 - Photographer V | 37.36 | |
| 13090 - Technical Order Library Clerk | 19.26 | |
| 13110 - Video Teleconference Technician | 24.42 | |
| 14000 - Information Technology Occupations | | |
| 14041 - Computer Operator I | 18.23 | |
| 14042 - Computer Operator II | 20.39 | |
| 14043 - Computer Operator III | 22.75 | |
| 14044 - Computer Operator IV | 25.26 | |
| 14045 - Computer Operator V | 27.97 | |

```
14071 - Computer Programmer I              (see 1)       20.55
14072 - Computer Programmer II             (see 1)       25.46
14073 - Computer Programmer III            (see 1)
14074 - Computer Programmer IV             (see 1)
14101 - Computer Systems Analyst I         (see 1)
14102 - Computer Systems Analyst II        (see 1)
14103 - Computer Systems Analyst III       (see 1)
14150 - Peripheral Equipment Operator                   18.23
14160 - Personal Computer Support Technician            25.26
14170 - System Support Specialist                       32.71
15000 - Instructional Occupations
  15010 - Aircrew Training Devices Instructor (Non-Rated)   30.50
  15020 - Aircrew Training Devices Instructor (Rated)       33.57
  15030 - Air Crew Training Devices Instructor (Pilot)      40.18
  15050 - Computer Based Training Specialist / Instructor   30.50
  15060 - Educational Technologist                          35.56
  15070 - Flight Instructor (Pilot)                         40.18
  15080 - Graphic Artist                                    27.66
  15085 - Maintenance Test Pilot Fixed Jet/Prop             40.18
  15086 - Maintenance Test Pilot Rotary Wing                40.18
  15088 - Non-Maintenance Test/Co-Pilot                     40.18
  15090 - Technical Instructor                              25.78
  15095 - Technical Instructor/Course Developer             31.54
  15110 - Test Proctor                                      20.81
  15120 - Tutor                                             20.81
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
  16010 - Assembler                                      13.67***
  16030 - Counter Attendant                              13.67***
  16040 - Dry Cleaner                                       15.62
  16070 - Finisher Flatwork Machine                      13.67***
  16090 - Presser Hand                                   13.67***
  16110 - Presser Machine Drycleaning                    13.67***
  16130 - Presser Machine Shirts                         13.67***
  16160 - Presser Machine Wearing Apparel Laundry        13.67***
  16190 - Sewing Machine Operator                           16.27
  16220 - Tailor                                            16.92
  16250 - Washer Machine                                 14.32***
19000 - Machine Tool Operation And Repair Occupations
  19010 - Machine-Tool Operator (Tool Room)                 28.49
  19040 - Tool And Die Maker                                33.32
21000 - Materials Handling And Packing Occupations
  21020 - Forklift Operator                                 20.85
  21030 - Material Coordinator                              22.79
  21040 - Material Expediter                                22.79
  21050 - Material Handling Laborer                         16.90
  21071 - Order Filler                                   14.99***
  21080 - Production Line Worker (Food Processing)          20.85
  21110 - Shipping Packer                                   18.30
  21130 - Shipping/Receiving Clerk                          18.30
  21140 - Store Worker I                                 13.49***
  21150 - Stock Clerk                                       18.81
  21210 - Tools And Parts Attendant                         20.85
  21410 - Warehouse Specialist                              20.85
23000 - Mechanics And Maintenance And Repair Occupations
  23010 - Aerospace Structural Welder                       28.23
  23019 - Aircraft Logs and Records Technician              23.28
  23021 - Aircraft Mechanic I                               27.29
  23022 - Aircraft Mechanic II                              28.23
  23023 - Aircraft Mechanic III                             29.31
  23040 - Aircraft Mechanic Helper                          20.47
  23050 - Aircraft Painter                                  25.89
  23060 - Aircraft Servicer                                 23.28
  23070 - Aircraft Survival Flight Equipment Technician     25.89
  23080 - Aircraft Worker                                   24.32
  23091 - Aircrew Life Support Equipment (ALSE) Mechanic    24.32
```

Case 1:25-cv-00085-MRD-PAS Document 12 Filed 06/30/25 Page 479 of 735 PageID #: 2364

```
        23092 - Aircrew Life Support Equipment (ALSE) Mechanic        27.29
        II
        23110 - Appliance Mechanic                                    28.92
        23120 - Bicycle Repairer                                      23.74
        23125 - Cable Splicer                                         45.80
        23130 - Carpenter Maintenance                                 26.23
        23140 - Carpet Layer                                          27.17
        23160 - Electrician Maintenance                               30.31
        23181 - Electronics Technician Maintenance I                  26.72
        23182 - Electronics Technician Maintenance II                 28.44
        23183 - Electronics Technician Maintenance III                29.98
        23260 - Fabric Worker                                         25.60
        23290 - Fire Alarm System Mechanic                            25.09
        23310 - Fire Extinguisher Repairer                            23.74
        23311 - Fuel Distribution System Mechanic                     41.47
        23312 - Fuel Distribution System Operator                     32.30
        23370 - General Maintenance Worker                            19.78
        23380 - Ground Support Equipment Mechanic                     27.29
        23381 - Ground Support Equipment Servicer                     23.28
        23382 - Ground Support Equipment Worker                       24.32
        23391 - Gunsmith I                                            23.74
        23392 - Gunsmith II                                           27.17
        23393 - Gunsmith III                                          30.49
        23410 - Heating Ventilation And Air-Conditioning              29.32
        Mechanic
        23411 - Heating Ventilation And Air Contidioning              30.33
        Mechanic (Research Facility)
        23430 - Heavy Equipment Mechanic                              28.13
        23440 - Heavy Equipment Operator                              30.27
        23460 - Instrument Mechanic                                   34.21
        23465 - Laboratory/Shelter Mechanic                           28.92
        23470 - Laborer                                               16.90
        23510 - Locksmith                                             23.91
        23530 - Machinery Maintenance Mechanic                        28.41
        23550 - Machinist Maintenance                                 23.73
        23580 - Maintenance Trades Helper                             18.99
        23591 - Metrology Technician I                                34.21
        23592 - Metrology Technician II                               35.39
        23593 - Metrology Technician III                              36.74
        23640 - Millwright                                            31.67
        23710 - Office Appliance Repairer                             20.69
        23760 - Painter Maintenance                                   21.85
        23790 - Pipefitter Maintenance                                37.66
        23810 - Plumber Maintenance                                   35.73
        23820 - Pneudraulic Systems Mechanic                          30.49
        23850 - Rigger                                                30.49
        23870 - Scale Mechanic                                        27.17
        23890 - Sheet-Metal Worker Maintenance                        30.42
        23910 - Small Engine Mechanic                                 18.58
        23931 - Telecommunications Mechanic I                         35.09
        23932 - Telecommunications Mechanic II                        36.32
        23950 - Telephone Lineman                                     32.34
        23960 - Welder Combination Maintenance                        23.88
        23965 - Well Driller                                          31.17
        23970 - Woodcraft Worker                                      30.49
        23980 - Woodworker                                            23.74
     24000 - Personal Needs Occupations
        24550 - Case Manager                                          18.45
        24570 - Child Care Attendant                                  12.70***
        24580 - Child Care Center Clerk                               15.83
        24610 - Chore Aide                                            14.32***
        24620 - Family Readiness And Support Services                 18.45
        Coordinator
        24630 - Homemaker                                             18.45
```

25000 - Plant And System Operations Occupations

| | |
|---|---|
| 25010 - Boiler Tender | 27.97 |
| 25040 - Sewage Plant Operator | 24.71 |
| 25070 - Stationary Engineer | 27.97 |
| 25190 - Ventilation Equipment Tender | 20.07 |
| 25210 - Water Treatment Plant Operator | 24.71 |
| 27000 - Protective Service Occupations | |
| 27004 - Alarm Monitor | 24.97 |
| 27007 - Baggage Inspector | 17.03 |
| 27008 - Corrections Officer | 25.32 |
| 27010 - Court Security Officer | 26.53 |
| 27030 - Detection Dog Handler | 19.04 |
| 27040 - Detention Officer | 25.32 |
| 27070 - Firefighter | 28.83 |
| 27101 - Guard I | 17.03 |
| 27102 - Guard II | 19.04 |
| 27131 - Police Officer I | 30.14 |
| 27132 - Police Officer II | 33.50 |
| 28000 - Recreation Occupations | |
| 28041 - Carnival Equipment Operator | 16.66 |
| 28042 - Carnival Equipment Repairer | 18.07 |
| 28043 - Carnival Worker | 12.34*** |
| 28210 - Gate Attendant/Gate Tender | 15.48 |
| 28310 - Lifeguard | 12.41*** |
| 28350 - Park Attendant (Aide) | 17.31 |
| 28510 - Recreation Aide/Health Facility Attendant | 12.63*** |
| 28515 - Recreation Specialist | 21.45 |
| 28630 - Sports Official | 13.78*** |
| 28690 - Swimming Pool Operator | 20.68 |
| 29000 - Stevedoring/Longshoremen Occupational Services | |
| 29010 - Blocker And Bracer | 27.27 |
| 29020 - Hatch Tender | 27.27 |
| 29030 - Line Handler | 27.27 |
| 29041 - Stevedore I | 25.70 |
| 29042 - Stevedore II | 29.03 |
| 30000 - Technical Occupations | |
| 30010 - Air Traffic Control Specialist Center (HFO)   (see 2) | 40.96 |
| 30011 - Air Traffic Control Specialist Station (HFO)  (see 2) | 28.25 |
| 30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) | 31.10 |
| 30021 - Archeological Technician I | 19.17 |
| 30022 - Archeological Technician II | 21.44 |
| 30023 - Archeological Technician III | 26.56 |
| 30030 - Cartographic Technician | 26.56 |
| 30040 - Civil Engineering Technician | 29.66 |
| 30051 - Cryogenic Technician I | 29.41 |
| 30052 - Cryogenic Technician II | 32.48 |
| 30061 - Drafter/CAD Operator I | 19.17 |
| 30062 - Drafter/CAD Operator II | 21.44 |
| 30063 - Drafter/CAD Operator III | 23.89 |
| 30064 - Drafter/CAD Operator IV | 29.41 |
| 30081 - Engineering Technician I | 15.61 |
| 30082 - Engineering Technician II | 17.52 |
| 30083 - Engineering Technician III | 19.60 |
| 30084 - Engineering Technician IV | 24.29 |
| 30085 - Engineering Technician V | 29.71 |
| 30086 - Engineering Technician VI | 35.94 |
| 30090 - Environmental Technician | 25.31 |
| 30095 - Evidence Control Specialist | 26.56 |
| 30210 - Laboratory Technician | 28.70 |
| 30221 - Latent Fingerprint Technician I | 30.14 |
| 30222 - Latent Fingerprint Technician II | 33.29 |
| 30240 - Mathematical Technician | 28.89 |
| 30361 - Paralegal/Legal Assistant I | 18.39 |
| 30362 - Paralegal/Legal Assistant II | 22.35 |
| 30363 - Paralegal/Legal Assistant III | 27.35 |

```
30984 - Paralegal/Legal Assistant IV                          33.09
30375 - Petroleum Supply Specialist                           32.48
30390 - Photo-Optics Technician                               26.56
30395 - Radiation Control Technician                          32.48
30461 - Technical Writer I                                    23.33
30462 - Technical Writer II                                   28.54
30463 - Technical Writer III                                  34.54
30491 - Unexploded Ordnance (UXO) Technician I                26.03
30492 - Unexploded Ordnance (UXO) Technician II               31.49
30493 - Unexploded Ordnance (UXO) Technician III              37.75
30494 - Unexploded (UXO) Safety Escort                        26.03
30495 - Unexploded (UXO) Sweep Personnel                      26.03
30501 - Weather Forecaster I                                  29.41
30502 - Weather Forecaster II                                 35.78
30620 - Weather Observer Combined Upper Air Or    (see 2)     23.89
Surface Programs
30621 - Weather Observer Senior                   (see 2)     26.56
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                        31.49
31020 - Bus Aide                                           14.89***
31030 - Bus Driver                                            20.61
31043 - Driver Courier                                        17.06
31260 - Parking and Lot Attendant                          13.92***
31290 - Shuttle Bus Driver                                    16.94
31310 - Taxi Driver                                           15.37
31361 - Truckdriver Light                                     18.51
31362 - Truckdriver Medium                                    19.96
31363 - Truckdriver Heavy                                     24.32
31364 - Truckdriver Tractor-Trailer                           24.32
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                               15.35
99030 - Cashier                                            12.55***
99050 - Desk Clerk                                         13.93***
99095 - Embalmer                                              36.35
99130 - Flight Follower                                       26.03
99251 - Laboratory Animal Caretaker I                         15.95
99252 - Laboratory Animal Caretaker II                        17.31
99260 - Marketing Analyst                                     33.88
99310 - Mortician                                             36.35
99410 - Pest Controller                                       19.61
99510 - Photofinishing Worker                              14.75***
99710 - Recycling Laborer                                     21.91
99711 - Recycling Specialist                                  26.50
99730 - Refuse Collector                                      19.63
99810 - Sales Clerk                                        13.65***
99820 - School Crossing Guard                              14.27***
99830 - Survey Party Chief                                    32.49
99831 - Surveying Aide                                        19.37
99832 - Surveying Technician                                  29.55
99840 - Vending Machine Attendant                             20.57
99841 - Vending Machine Repairer                              25.54
99842 - Vending Machine Repairer Helper                       20.57
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.


ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:


HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month


HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*


*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.


VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 8 years 4 weeks after 15 years and 5 weeks after 25 years.
  Length of service includes the whole span of continuous service with the present
contractor or successor wherever employed and with the predecessor contractors in
the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)


HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)



THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:


1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.


Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).


2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5191906
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification.  Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

6) each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

```
                 "REGISTER OF WAGE DETERMINATIONS UNDER |       U.S. DEPARTMENT OF LABOR
          THE SERVICE CONTRACT ACT              | EMPLOYMENT STANDARDS ADMINISTRATION
     By direction of the Secretary of Labor |        WAGE AND HOUR DIVISION
                                                |          WASHINGTON D.C.   20210
                                                |
                                                |
                                                |
                                                | Wage Determination No.: 2015-4157
     Daniel W. Simms         Division of     |        Revision No.: 17
     Director          Wage Determinations|  Date Of Last Revision: 03/15/2022
                                                |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: New York

Area: New York Counties of Nassau Suffolk

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 19.16 |
| 01012 - Accounting Clerk II | | 21.53 |
| 01013 - Accounting Clerk III | | 24.07 |
| 01020 - Administrative Assistant | | 36.15 |
| 01035 - Court Reporter | | 34.85 |
| 01041 - Customer Service Representative I | | 16.76 |
| 01042 - Customer Service Representative II | | 18.29 |
| 01043 - Customer Service Representative III | | 20.54 |
| 01051 - Data Entry Operator I | | 17.08 |
| 01052 - Data Entry Operator II | | 18.63 |
| 01060 - Dispatcher Motor Vehicle | | 25.79 |
| 01070 - Document Preparation Clerk | | 17.13 |
| 01090 - Duplicating Machine Operator | | 17.13 |
| 01111 - General Clerk I | | 15.53 |
| 01112 - General Clerk II | | 17.49 |
| 01113 - General Clerk III | | 19.02 |

```
01190 - Housing Referral Assistant                        26.92
01141 - Messenger Courier                                 17.19
01191   Order Clerk I                                      19.59
01192 - Order Clerk II                                     20.45
01261 - Personnel Assistant (Employment) I                18.96
01262 - Personnel Assistant (Employment) II               21.22
01263   Personnel Assistant (Employment) III              23.66
01270 - Production Control Clerk                           25.78
01290 - Rental Clerk                                       18.04
01300 - Scheduler Maintenance                              21.57
01311   Secretary I                                        21.57
01312 - Secretary II                                       24.82
01313 - Secretary III                                      26.92
01320 - Service Order Dispatcher                           20.50
01410   Supply Technician                                  36.15
01420 - Survey Worker                                      21.68
01460 - Switchboard Operator/Receptionist                 17.45
01531 - Travel Clerk I                                     17.80
01532 - Travel Clerk II                                    19.28
01533 - Travel Clerk III                                   20.93
01611 - Word Processor I                                   17.91
01612 - Word Processor II                                  20.16
01613   Word Processor III                                 22.50
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass               28.50
05010 - Automotive  Electrician                           28.50
05040   Automotive Glass Installer                        27.31
05070 - Automotive Worker                                 27.31
05110 - Mobile Equipment Servicer                         20.80
05130 - Motor Equipment Metal Mechanic                    29.80
05160   Motor Equipment Metal Worker                      27.31
05190 - Motor Vehicle Mechanic                            29.68
05220 - Motor Vehicle Mechanic Helper                     23.15
05250 - Motor Vehicle Upholstery Worker                   26.12
05280   Motor Vehicle Wrecker                             27.31
05310 - Painter Automotive                                28.50
05340 - Radiator Repair Specialist                        27.31
05370 - Tire Repairer                                     16.92
05400   Transmission Repair Specialist                    29.68
07000 - Food Preparation And Service Occupations
07010 - Baker                                             18.55
07041 - Cook I                                            18.13
07042 - Cook II                                           20.24
07070 - Dishwasher                                        13.83***
07130 - Food Service Worker                               14.12***
07210 - Meat Cutter                                       22.64
07260   Waiter/Waitress                                   15.14
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                       22.16
09040 - Furniture Handler                                 16.83
09080   Furniture Refinisher                              22.16
09090 - Furniture Refinisher Helper                       18.01
09110 - Furniture Repairer Minor                          20.37
09130   Upholsterer                                       24.38
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                  15.24
11060 - Elevator Operator                                 17.27
11090 - Gardener                                          21.29
11122   Housekeeping Aide                                 17.27
11150 - Janitor                                           17.27
11210 - Laborer Grounds Maintenance                       17.51
11240 - Maid or Houseman                                  15.74
11260   Pruner                                            16.27
11270 - Tractor Operator                                  20.04
11330 - Trail Maintenance Worker                          17.51
```

11930 - Window Cleaner                                              18.59
12000 - Health Occupations
  12010 - Ambulance Driver                                          25.29
  12011 - Breath Alcohol Technician                                 25.29
  12012 - Certified Occupational Therapist Assistant               33.97
  12015 - Certified Physical Therapist Assistant                    30.02
  12020 - Dental Assistant                                          21.30
  12025 - Dental Hygienist                                          47.34
  12030 - EKG Technician                                            35.71
  12035 - Electroneurodiagnostic Technologist                       35.71
  12040 - Emergency Medical Technician                              25.29
  12071 - Licensed Practical Nurse I                                23.69
  12072 - Licensed Practical Nurse II                               24.91
  12073 - Licensed Practical Nurse III                              27.77
  12100 - Medical Assistant                                         18.71
  12130 - Medical Laboratory Technician                             34.18
  12160 - Medical Record Clerk                                      22.19
  12190 - Medical Record Technician                                 24.81
  12195 - Medical Transcriptionist                                  21.37
  12210 - Nuclear Medicine Technologist                             44.71
  12221 - Nursing Assistant I                                     14.14***
  12222 - Nursing Assistant II                                      15.88
  12223 - Nursing Assistant III                                     17.33
  12224 - Nursing Assistant IV                                      19.47
  12235 - Optical Dispenser                                         28.25
  12236 - Optical Technician                                        17.81
  12250 - Pharmacy Technician                                       17.20
  12280 - Phlebotomist                                              23.02
  12305 - Radiologic Technologist                                   37.34
  12311 - Registered Nurse I                                        32.76
  12312 - Registered Nurse II                                       38.41
  12313 - Registered Nurse II Specialist                            38.41
  12314 - Registered Nurse III                                      49.39
  12315 - Registered Nurse III Anesthetist                          49.39
  12316 - Registered Nurse IV                                       59.22
  12317 - Scheduler (Drug and Alcohol Testing)                      30.85
  12320 - Substance Abuse Treatment Counselor                       27.76
13000 - Information And Arts Occupations
  13011 - Exhibits Specialist I                                     27.27
  13012 - Exhibits Specialist II                                    33.78
  13013 - Exhibits Specialist III                                   41.32
  13041 - Illustrator I                                             28.35
  13042 - Illustrator II                                            33.23
  13043 - Illustrator III                                           40.66
  13047 - Librarian                                                 37.25
  13050 - Library Aide/Clerk                                        17.64
  13054 - Library Information Technology Systems                    32.65
  Administrator
  13058 - Library Technician                                        25.62
  13061 - Media Specialist I                                        23.57
  13062 - Media Specialist II                                       26.35
  13063 - Media Specialist III                                      29.39
  13071 - Photographer I                                            21.29
  13072 - Photographer II                                           24.62
  13073 - Photographer III                                          32.88
  13074 - Photographer IV                                           44.26
  13075 - Photographer V                                            50.85
  13090 - Technical Order Library Clerk                             22.16
  13110 - Video Teleconference Technician                           27.98
14000 - Information Technology Occupations
  14041 - Computer Operator I                                       20.90
  14042 - Computer Operator II                                      23.39
  14043 - Computer Operator III                                     26.08
  14044 - Computer Operator IV                                      28.99
  14045 - Computer Operator V                                       32.09

| | | |
|---|---|---|
| 14071 - Computer Programmer I | (see 1) | 27.56 |
| 14072 - Computer Programmer II | (see 1) | |
| 14073 - Computer Programmer III | (see 1) | |
| 14074 - Computer Programmer IV | (see 1) | |
| 14101 - Computer Systems Analyst I | (see 1) | |
| 14102 - Computer Systems Analyst II | (see 1) | |
| 14103 - Computer Systems Analyst III | (see 1) | |
| 14150 - Peripheral Equipment Operator | | 20.90 |
| 14160 - Personal Computer Support Technician | | 28.99 |
| 14170 - System Support Specialist | | 39.59 |
| 15000 - Instructional Occupations | | |
| 15010 - Aircrew Training Devices Instructor (Non-Rated) | | 39.54 |
| 15020 - Aircrew Training Devices Instructor (Rated) | | 43.75 |
| 15030 - Air Crew Training Devices Instructor (Pilot) | | 52.46 |
| 15050 - Computer Based Training Specialist / Instructor | | 39.54 |
| 15060 - Educational Technologist | | 38.23 |
| 15070 - Flight Instructor (Pilot) | | 52.46 |
| 15080 - Graphic Artist | | 33.31 |
| 15085 - Maintenance Test Pilot Fixed Jet/Prop | | 50.36 |
| 15086 - Maintenance Test Pilot Rotary Wing | | 50.36 |
| 15088 - Non-Maintenance Test/Co-Pilot | | 50.36 |
| 15090 - Technical Instructor | | 32.16 |
| 15095 - Technical Instructor/Course Developer | | 39.22 |
| 15110 - Test Proctor | | 25.56 |
| 15120 - Tutor | | 25.56 |
| 16000 - Laundry Dry-Cleaning Pressing And Related Occupations | | |
| 16010 - Assembler | | 17.13 |
| 16030 - Counter Attendant | | 17.13 |
| 16040 - Dry Cleaner | | 19.58 |
| 16070 - Finisher Flatwork Machine | | 17.13 |
| 16090 - Presser Hand | | 17.13 |
| 16110 - Presser Machine Drycleaning | | 17.13 |
| 16130 - Presser Machine Shirts | | 17.13 |
| 16160 - Presser Machine Wearing Apparel Laundry | | 17.13 |
| 16190 - Sewing Machine Operator | | 20.39 |
| 16220 - Tailor | | 21.20 |
| 16250 - Washer Machine | | 17.94 |
| 19000 - Machine Tool Operation And Repair Occupations | | |
| 19010 - Machine-Tool Operator (Tool Room) | | 25.28 |
| 19040 - Tool And Die Maker | | 29.49 |
| 21000 - Materials Handling And Packing Occupations | | |
| 21020 - Forklift Operator | | 19.48 |
| 21030 - Material Coordinator | | 25.78 |
| 21040 - Material Expediter | | 25.78 |
| 21050 - Material Handling Laborer | | 15.67 |
| 21071 - Order Filler | | 17.00 |
| 21080 - Production Line Worker (Food Processing) | | 19.48 |
| 21110 - Shipping Packer | | 18.49 |
| 21130 - Shipping/Receiving Clerk | | 18.49 |
| 21140 - Store Worker I | | 17.62 |
| 21150 - Stock Clerk | | 22.08 |
| 21210 - Tools And Parts Attendant | | 19.48 |
| 21410 - Warehouse Specialist | | 19.48 |
| 23000 - Mechanics And Maintenance And Repair Occupations | | |
| 23010 - Aerospace Structural Welder | | 39.63 |
| 23019 - Aircraft Logs and Records Technician | | 33.40 |
| 23021 - Aircraft Mechanic I | | 38.14 |
| 23022 - Aircraft Mechanic II | | 39.63 |
| 23023 - Aircraft Mechanic III | | 41.12 |
| 23040 - Aircraft Mechanic Helper | | 29.68 |
| 23050 - Aircraft Painter | | 36.71 |
| 23060 - Aircraft Servicer | | 33.40 |
| 23070 - Aircraft Survival Flight Equipment Technician | | 36.71 |
| 23080 - Aircraft Worker | | 35.20 |
| 23091 - Aircrew Life Support Equipment (ALSE) Mechanic | | 35.20 |

Case PC-2025-02760 MRD-CA Document Filed 06/27/2025 Page 496 Page 746 of 1762 PageID #: 2375

```
      23092 - Aircrew Life Support Equipment (ALSE) Mechanic        38.14
      II
      23110 - Appliance Mechanic                                    24.38
      23120 - Bicycle Mechanic                                      23.87
      23125 - Cable Splicer                                         46.85
      23130 - Carpenter Maintenance                                 30.97
      23140 - Carpet Layer                                          32.96
      23160 - Electrician Maintenance                               37.18
      23181 - Electronics Technician Maintenance I                  29.09
      23182 - Electronics Technician Maintenance II                 30.34
      23183 - Electronics Technician Maintenance III                31.52
      23260 - Fabric Worker                                         34.74
      23290 - Fire Alarm System Mechanic                            28.97
      23310 - Fire Extinguisher Repairer                            27.72
      23311 - Fuel Distribution System Mechanic                     39.84
      23312 - Fuel Distribution System Operator                     33.48
      23370 - General Maintenance Worker                            24.67
      23380 - Ground Support Equipment Mechanic                     38.14
      23381 - Ground Support Equipment Servicer                     33.40
      23382 - Ground Support Equipment Worker                       35.20
      23391 - Gunsmith I                                            27.72
      23392 - Gunsmith II                                           30.94
      23393 - Gunsmith III                                          33.53
      23410 - Heating Ventilation And Air-Conditioning              31.91
      Mechanic
      23411 - Heating Ventilation And Air Contidioning              33.16
      Mechanic (Research Facility)
      23430 - Heavy Equipment Mechanic                              32.77
      23440 - Heavy Equipment Operator                              42.64
      23460 - Instrument Mechanic                                   30.86
      23465 - Laboratory/Shelter Mechanic                           32.27
      23470 - Laborer                                               15.95
      23510 - Locksmith                                             26.59
      23530 - Machinery Maintenance Mechanic                        29.57
      23550 - Machinist Maintenance                                 24.11
      23580 - Maintenance Trades Helper                             17.71
      23591 - Metrology Technician I                                30.86
      23592 - Metrology Technician II                               33.34
      23593 - Metrology Technician III                              33.27
      23640 - Millwright                                            40.14
      23710 - Office Appliance Repairer                             23.55
      23760 - Painter Maintenance                                   26.78
      23790 - Pipefitter Maintenance                                43.18
      23810 - Plumber Maintenance                                   41.57
      23820 - Pneudraulic Systems Mechanic                          33.53
      23850 - Rigger                                                35.67
      23870 - Scale Mechanic                                        30.94
      23890 - Sheet-Metal Worker Maintenance                        33.93
      23910 - Small Engine Mechanic                                 23.31
      23931 - Telecommunications Mechanic I                          35.34
      23932 - Telecommunications Mechanic II                         36.72
      23950 - Telephone Lineman                                     43.55
      23960 - Welder Combination Maintenance                        24.31
      23965 - Well Driller                                          32.75
      23970 - Woodcraft Worker                                      33.53
      23980 - Woodworker                                            27.72
   24000 - Personal Needs Occupations
      24550 - Case Manager                                          18.40
      24570 - Child Care Attendant                                14.62***
      24580 - Child Care Center Clerk                               18.22
      24610 - Chore Aide                                          14.15***
      24620 - Family Readiness And Support Services                 18.40
      Coordinator
      24630 - Homemaker                                            18.40
```

25010 - Boiler Tender                                                42.11
25040 - Sewage Plant Operator                                        36.48
25070 - Stationary Engineer                                          42.11
25190 - Ventilation Equipment Tender                                 32.76
25210 - Water Treatment Plant Operator                               36.48
27000 - Protective Service Occupations
27004 - Alarm Monitor                                                23.43
27007 - Baggage Inspector                                            17.98
27008 - Corrections Officer                                          41.23
27010 - Court Security Officer                                        39.73
27030 - Detection Dog Handler                                        20.36
27040 - Detention Officer                                            41.23
27070 - Firefighter                                                  44.02
27101 - Guard I                                                      17.98
27102 - Guard II                                                     20.36
27131 - Police Officer I                                             43.09
27132 - Police Officer II                                            47.83
28000 - Recreation Occupations
28041 - Carnival Equipment Operator                                  16.59
28042 - Carnival Equipment Repairer                                  17.63
28043 - Carnival Worker                                              13.67***
28210 - Gate Attendant/Gate Tender                                   19.09
28310 - Lifeguard                                                    14.63***
28350 - Park Attendant (Aide)                                        21.34
28510 - Recreation Aide/Health Facility Attendant                    18.95
28515 - Recreation Specialist                                        26.44
28630 - Sports Official                                              16.99
28690 - Swimming Pool Operator                                       20.98
29000 - Stevedoring/Longshoremen Occupational Services
29010 - Blocker And Bracer                                           30.94
29020 - Hatch Tender                                                 30.94
29030 - Line Handler                                                 30.94
29041 - Stevedore I                                                  29.36
29042 - Stevedore II                                                 32.85
30000 - Technical Occupations
30010 - Air Traffic Control Specialist Center (HFO)    (see 2)       46.55
30011 - Air Traffic Control Specialist Station (HFO)   (see 2)       32.10
30012 - Air Traffic Control Specialist Terminal (HFO)  (see 2)       35.35
30021 - Archeological Technician I                                   22.43
30022 - Archeological Technician II                                  26.50
30023 - Archeological Technician III                                 31.09
30030 - Cartographic Technician                                      29.15
30040 - Civil Engineering Technician                                 29.61
30051 - Cryogenic Technician I                                       30.19
30052 - Cryogenic Technician II                                      33.35
30061 - Drafter/CAD Operator I                                       19.69
30062 - Drafter/CAD Operator II                                      26.50
30063 - Drafter/CAD Operator III                                     29.42
30064 - Drafter/CAD Operator IV                                      31.09
30081 - Engineering Technician I                                     19.98
30082 - Engineering Technician II                                    22.47
30083 - Engineering Technician III                                   25.28
30084 - Engineering Technician IV                                    31.22
30085 - Engineering Technician V                                     38.08
30086 - Engineering Technician VI                                    46.20
30090 - Environmental Technician                                     26.77
30095 - Evidence Control Specialist                                  27.26
30210 - Laboratory Technician                                        24.89
30221 - Latent Fingerprint Technician I                              28.96
30222 - Latent Fingerprint Technician II                             31.99
30240 - Mathematical Technician                                      37.62
30361 - Paralegal/Legal Assistant I                                  23.36
30362 - Paralegal/Legal Assistant II                                 28.94
30363 - Paralegal/Legal Assistant III                                35.39

```
        30383 - Paralegal/Legal Assistant IV                           42.84
        30375 - Petroleum Supply Specialist                            33.35
        30390 - Photo-Optics Technician                                28.11
        30395 - Radiation Control Technician                           33.35
        30461 - Technical Writer I                                     27.45
        30462 - Technical Writer II                                    33.57
        30463 - Technical Writer III                                   40.63
        30491 - Unexploded Ordnance (UXO) Technician I                 29.58
        30492 - Unexploded Ordnance (UXO) Technician II                35.79
        30493 - Unexploded Ordnance (UXO) Technician III               42.90
        30494 - Unexploded (UXO) Safety Escort                         29.58
        30495 - Unexploded (UXO) Sweep Personnel                       29.58
        30501 - Weather Forecaster I                                   31.09
        30502 - Weather Forecaster II                                  37.82
        30620 - Weather Observer Combined Upper Air Or    (see 2)      29.42
        Surface Programs
        30621 - Weather Observer Senior                  (see 2)       27.27
  31000 - Transportation/Mobile Equipment Operation Occupations
        31010 - Airplane Pilot                                         35.79
        31020 - Bus Aide                                               23.30
        31030 - Bus Driver                                             29.35
        31043 - Driver Courier                                         18.42
        31260 - Parking and Lot Attendant                            14.16***
        31290 - Shuttle Bus Driver                                     19.65
        31310 - Taxi Driver                                            17.31
        31361 - Truckdriver Light                                      19.57
        31362 - Truckdriver Medium                                     20.73
        31363 - Truckdriver Heavy                                      26.97
        31364 - Truckdriver Tractor-Trailer                            26.97
  99000 - Miscellaneous Occupations
        99020 - Cabin Safety Specialist                                17.45
        99030 - Cashier                                                18.74
        99050 - Desk Clerk                                             15.36
        99095 - Embalmer                                               38.57
        99130 - Flight Follower                                        29.58
        99251 - Laboratory Animal Caretaker I                          16.38
        99252 - Laboratory Animal Caretaker II                         17.40
        99260 - Marketing Analyst                                      39.07
        99310 - Mortician                                              38.57
        99410 - Pest Controller                                        21.18
        99510 - Photofinishing Worker                                  18.83
        99710 - Recycling Laborer                                      33.83
        99711 - Recycling Specialist                                   38.72
        99730 - Refuse Collector                                       31.43
        99810 - Sales Clerk                                          14.80***
        99820 - School Crossing Guard                                  18.85
        99830 - Survey Party Chief                                     36.74
        99831 - Surveying Aide                                         21.57
        99832 - Surveying Technician                                   28.46
        99840 - Vending Machine Attendant                             23.55
        99841 - Vending Machine Repairer                               27.93
        99842 - Vending Machine Repairer Helper                        23.55
```

```
    ***Workers in this classification may be entitled to a higher minimum wage under
    Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
    Note at the top of the wage determination for more information. Please also note
    that the minimum wage requirements of Executive Order 14026 and 13658 are not
    currently being enforced as to contracts or contract-like instruments entered
    into with the federal government in connection with seasonal recreational services
    or seasonal recreational equipment rental for the general public on federal lands.
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5104908
Reviewer: Carol M.

Case 1:25-cv-00366-MRD-AS Document 12 Filed 06/30/25 Page 49 of 149 PageID #: 2378

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.


ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:


HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month


HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*


*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.


VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 5 years 4 weeks after 15 years and 5 weeks after 25 years.
  Length of service includes the whole span of continuous service with the present
contractor or successor wherever employed and with the predecessor contractors in
the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)


HOLIDAYS: A minimum of twelve paid holidays per year:  New Year's Day Martin
Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day
Juneteenth National Independence Day Independence Day Labor Day Columbus Day
Veterans' Day Thanksgiving Day and Christmas Day.  A contractor may substitute
for any of the named holidays another day off with pay in accordance with a plan
communicated to the employees involved.)  (See 29 CFR 4.174)



THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:


1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.


Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5149908
Reviewer: Carol M.

affirmative proof as to actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

of) each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
                    "REGISTER OF WAGE DETERMINATIONS UNDER   |        U.S. DEPARTMENT OF LABOR
          THE SERVICE CONTRACT ACT               |    EMPLOYMENT STANDARDS ADMINISTRATION
    By direction of the Secretary of Labor       |          WAGE AND HOUR DIVISION
                                                 |            WASHINGTON D.C.  20210
                                                 |
                                                 |
                                                 |
                                                 | Wage Determination No.: 2015-4733
  Daniel W. Simms          Division of           |         Revision No.: 16
  Director           Wage Determinations|    Date Of Last Revision: 03/15/2022
                                                 |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Ohio

Area: Ohio County of Allen

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.48*** |
| 01012 - Accounting Clerk II | | 16.26 |
| 01013 - Accounting Clerk III | | 18.19 |
| 01020 - Administrative Assistant | | 25.06 |
| 01035 - Court Reporter | | 18.60 |
| 01041 - Customer Service Representative I | | 13.14*** |
| 01042 - Customer Service Representative II | | 14.41*** |
| 01043 - Customer Service Representative III | | 16.13 |
| 01051 - Data Entry Operator I | | 13.57*** |
| 01052 - Data Entry Operator II | | 14.80*** |
| 01060 - Dispatcher Motor Vehicle | | 17.12 |
| 01070 - Document Preparation Clerk | | 14.80*** |
| 01090 - Duplicating Machine Operator | | 14.80*** |
| 01111 - General Clerk I | | 12.92*** |
| 01112 - General Clerk II | | 14.10*** |
| 01113 - General Clerk III | | 15.84 |

```
01040 - Housing Referral Assistant                      20.73
01141 - Messenger Courier                               13.80***
01191   Order Clerk I                                   13.57***
01192 - Order Clerk II                                  14.80***
01261 - Personnel Assistant (Employment) I              16.63
01262 - Personnel Assistant (Employment) II             18.60
01263   Personnel Assistant (Employment) III            20.73
01270 - Production Control Clerk                         28.13
01290 - Rental Clerk                                    13.04***
01300 - Scheduler Maintenance                            16.63
01311   Secretary I                                      16.63
01312 - Secretary II                                     18.60
01313 - Secretary III                                    20.73
01320 - Service Order Dispatcher                         15.30
01410   Supply Technician                                25.06
01420 - Survey Worker                                    18.60
01460 - Switchboard Operator/Receptionist               14.34***
01531 - Travel Clerk I                                  13.87***
01532 - Travel Clerk II                                 14.82***
01533 - Travel Clerk III                                 15.80
01611 - Word Processor I                                14.80***
01612 - Word Processor II                                16.63
01613   Word Processor III                               18.60
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass             21.85
05010 - Automotive  Electrician                          20.78
05040   Automotive Glass Installer                       20.09
05070 - Automotive Worker                                20.09
05110 - Mobile Equipment Servicer                        18.71
05130 - Motor Equipment Metal Mechanic                   21.44
05160   Motor Equipment Metal Worker                     19.99
05190 - Motor Vehicle Mechanic                           21.85
05220 - Motor Vehicle Mechanic Helper                    17.98
05250 - Motor Vehicle Upholstery Worker                  19.36
05280   Motor Vehicle Wrecker                            20.09
05310 - Painter Automotive                               20.78
05340 - Radiator Repair Specialist                       20.09
05370 - Tire Repairer                                    16.74
05400   Transmission Repair Specialist                   21.44
07000 - Food Preparation And Service Occupations
07010 - Baker                                           14.53***
07041 - Cook I                                          13.83***
07042   Cook II                                          15.69
07070 - Dishwasher                                       9.80***
07130 - Food Service Worker                             10.63***
07210 - Meat Cutter                                      16.86
07260   Waiter/Waitress                                  9.85***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                      25.63
09040 - Furniture Handler                                17.61
09080   Furniture Refinisher                             25.63
09090 - Furniture Refinisher Helper                      20.16
09110 - Furniture Repairer Minor                         23.23
09130   Upholsterer                                      25.63
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                13.69***
11060 - Elevator Operator                               13.69***
11090 - Gardener                                         17.12
11122   Housekeeping Aide                               12.21***
11150 - Janitor                                         12.21***
11210 - Laborer Grounds Maintenance                     13.44***
11240 - Maid or Houseman                                10.42***
11260   Pruner                                          12.25***
11270 - Tractor Operator                                 15.88
11330 - Trail Maintenance Worker                        13.44***
```

12000 - Health Occupations
```
        Window Cleaner                                    13.40***
12010 - Ambulance Driver                                  16.90
12011 - Breath Alcohol Technician                         18.59
12012 - Certified Occupational Therapist Assistant        26.86
12015 - Certified Physical Therapist Assistant            26.98
12020   Dental Assistant                                  17.24
12025 - Dental Hygienist                                  28.45
12030 - EKG Technician                                    29.67
12035 - Electroneurodiagnostic Technologist               29.67
12040   Emergency Medical Technician                      16.90
12071 - Licensed Practical Nurse I                        17.51
12072 - Licensed Practical Nurse II                       19.58
12073 - Licensed Practical Nurse III                      21.82
12100   Medical Assistant                                 15.94
12130 - Medical Laboratory Technician                     26.16
12160 - Medical Record Clerk                              16.31
12190 - Medical Record Technician                         18.24
12195   Medical Transcriptionist                          17.51
12210 - Nuclear Medicine Technologist                     43.02
12221 - Nursing Assistant I                               11.35***
12222 - Nursing Assistant II                              12.76***
12223   Nursing Assistant III                             13.92***
12224 - Nursing Assistant IV                              15.64
12235 - Optical Dispenser                                 19.58
12236 - Optical Technician                                17.51
12250   Pharmacy Technician                               15.40
12280 - Phlebotomist                                      16.55
12305 - Radiologic Technologist                           29.60
12311 - Registered Nurse I                                23.36
12312   Registered Nurse II                               28.58
12313 - Registered Nurse II Specialist                    28.58
12314 - Registered Nurse III                              34.58
12315 - Registered Nurse III Anesthetist                  34.58
12316   Registered Nurse IV                               41.44
12317 - Scheduler (Drug and Alcohol Testing)              24.25
12320 - Substance Abuse Treatment Counselor               23.38
13000 - Information And Arts Occupations
13011   Exhibits Specialist I                             20.05
13012 - Exhibits Specialist II                            24.84
13013 - Exhibits Specialist III                           30.38
13041 - Illustrator I                                     20.05
13042   Illustrator II                                    24.84
13043 - Illustrator III                                   30.38
13047 - Librarian                                         27.51
13050 - Library Aide/Clerk                                15.25
13054   Library Information Technology Systems
Administrator                                             24.84
13058 - Library Technician                                18.08
13061 - Media Specialist I                                17.40
13062   Media Specialist II                               18.63
13063   Media Specialist III                              20.76
13071 - Photographer I                                    16.17
13072 - Photographer II                                   18.63
13073   Photographer III                                  23.07
13074 - Photographer IV                                   27.40
13075 - Photographer V                                    33.16
13090 - Technical Order Library Clerk                     18.08
13110   Video Teleconference Technician                   17.92
14000 - Information Technology Occupations
14041 - Computer Operator I                               14.70***
14042 - Computer Operator II                              16.45
14043 - Computer Operator III                             18.32
14044 - Computer Operator IV                              23.73
14045 - Computer Operator V                               23.87
```

```
14071 - Computer Programmer I                          (see 1)        22.07
14072 - Computer Programmer II                         (see 1)        27.39
14073 - Computer Programmer III                        (see 1)
14074 - Computer Programmer IV                         (see 1)
14101 - Computer Systems Analyst I                     (see 1)
14102 - Computer Systems Analyst II                    (see 1)
14103 - Computer Systems Analyst III                   (see 1)
14150 - Peripheral Equipment Operator                             14.70***
14160 - Personal Computer Support Technician                         24.13
14170 - System Support Specialist                                    27.01
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)           26.04
    15020 - Aircrew Training Devices Instructor (Rated)               33.34
    15030 - Air Crew Training Devices Instructor (Pilot)              37.76
    15050 - Computer Based Training Specialist / Instructor           27.62
    15060 - Educational Technologist                                  30.44
    15070 - Flight Instructor (Pilot)                                 37.76
    15080 - Graphic Artist                                            27.69
    15085 - Maintenance Test Pilot Fixed Jet/Prop                     37.76
    15086 - Maintenance Test Pilot Rotary Wing                        37.76
    15088 - Non-Maintenance Test/Co-Pilot                             37.76
    15090 - Technical Instructor                                      27.39
    15095 - Technical Instructor/Course Developer                     33.51
    15110 - Test Proctor                                              22.12
    15120 - Tutor                                                     22.12
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                               10.49***
    16030 - Counter Attendant                                       10.49***
    16040 - Dry Cleaner                                             13.04***
    16070 - Finisher Flatwork Machine                               10.49***
    16090 - Presser Hand                                            10.49***
    16110 - Presser Machine Drycleaning                             10.49***
    16130 - Presser Machine Shirts                                  10.49***
    16160 - Presser Machine Wearing Apparel Laundry                 10.49***
    16190 - Sewing Machine Operator                                 13.98***
    16220 - Tailor                                                  14.88***
    16250 - Washer Machine                                          11.20***
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                         26.88
    19040 - Tool And Die Maker                                        30.81
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                         17.99
    21030 - Material Coordinator                                      28.13
    21040 - Material Expediter                                        28.13
    21050 - Material Handling Laborer                               14.38***
    21071 - Order Filler                                            12.54***
    21080 - Production Line Worker (Food Processing)                  17.99
    21110 - Shipping Packer                                           17.10
    21130 - Shipping/Receiving Clerk                                  17.10
    21140 - Store Worker I                                          14.74***
    21150 - Stock Clerk                                               19.62
    21210 - Tools And Parts Attendant                                 17.99
    21410 - Warehouse Specialist                                      17.99
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                               29.26
    23019 - Aircraft Logs and Records Technician                      24.13
    23021 - Aircraft Mechanic I                                       28.28
    23022 - Aircraft Mechanic II                                      29.26
    23023 - Aircraft Mechanic III                                     30.34
    23040 - Aircraft Mechanic Helper                                  20.93
    23050 - Aircraft Painter                                          27.29
    23060 - Aircraft Servicer                                         24.13
    23070 - Aircraft Survival Flight Equipment Technician             27.29
    23080 - Aircraft Worker                                           25.60
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic            25.60
```

```
23092 - Aircrew Life Support Equipment (ALSE) Mechanic        28.28
II
23110 - Appliance Mechanic                                    22.39
23120 - Bicycle Repairer                                      22.55
23125 - Cable Splicer                                         28.28
23130 - Carpenter Maintenance                                 21.18
23140 - Carpet Layer                                          26.38
23160 - Electrician Maintenance                               32.96
23181 - Electronics Technician Maintenance I                  25.60
23182 - Electronics Technician Maintenance II                 27.29
23183 - Electronics Technician Maintenance III                28.28
23260 - Fabric Worker                                         24.13
23290 - Fire Alarm System Mechanic                            24.20
23310 - Fire Extinguisher Repairer                            22.55
23311 - Fuel Distribution System Mechanic                     28.28
23312 - Fuel Distribution System Operator                     22.55
23370 - General Maintenance Worker                            18.53
23380 - Ground Support Equipment Mechanic                     28.28
23381 - Ground Support Equipment Servicer                     24.13
23382 - Ground Support Equipment Worker                       25.60
23391 - Gunsmith I                                            22.55
23392 - Gunsmith II                                           25.60
23393 - Gunsmith III                                          28.28
23410 - Heating Ventilation And Air-Conditioning              24.88
Mechanic
23411 - Heating Ventilation And Air Contidioning              25.74
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                              29.16
23440 - Heavy Equipment Operator                              28.05
23460 - Instrument Mechanic                                   28.28
23465 - Laboratory/Shelter Mechanic                           27.29
23470 - Laborer                                            14.38***
23510 - Locksmith                                             27.29
23530 - Machinery Maintenance Mechanic                        28.59
23550 - Machinist Maintenance                                 26.17
23580 - Maintenance Trades Helper                             19.03
23591 - Metrology Technician I                                28.28
23592 - Metrology Technician II                               29.16
23593 - Metrology Technician III                              30.34
23640 - Millwright                                            27.97
23710 - Office Appliance Repairer                             27.29
23760 - Painter Maintenance                                   21.45
23790 - Pipefitter Maintenance                                27.87
23810 - Plumber Maintenance                                   26.99
23820 - Pneudraulic Systems Mechanic                          28.28
23850 - Rigger                                                28.28
23870 - Scale Mechanic                                        25.60
23890 - Sheet-Metal Worker Maintenance                        29.08
23910 - Small Engine Mechanic                                 25.60
23931 - Telecommunications Mechanic I                         29.16
23932 - Telecommunications Mechanic II                        30.17
23950 - Telephone Lineman                                     28.28
23960 - Welder Combination Maintenance                        26.35
23965 - Well Driller                                          28.28
23970 - Woodcraft Worker                                      28.28
23980 - Woodworker                                            22.55
24000 - Personal Needs Occupations
24550 - Case Manager                                          15.10
24570 - Child Care Attendant                              10.51***
24580 - Child Care Center Clerk                           13.12***
24610 - Chore Aide                                        11.20***
24620 - Family Readiness And Support Services                 15.10
Coordinator
24630 - Homemaker                                             15.10
```

25010 - Boiler Tender                                        28.28

24000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                    28.28
    25040 - Sewage Plant Operator                            25.05
    25070 - Stationary Engineer                              28.28
    25190 - Ventilation Equipment Tender                     19.03
    25210 - Water Treatment Plant Operator                   25.05
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                    20.74
    27007 - Baggage Inspector                                14.63***
    27008 - Corrections Officer                              24.21
    27010 - Court Security Officer                           25.39
    27030 - Detection Dog Handler                            16.36
    27040 - Detention Officer                                24.21
    27070 - Firefighter                                      26.58
    27101 - Guard I                                          14.63***
    27102 - Guard II                                         16.36
    27131 - Police Officer I                                 23.02
    27132 - Police Officer II                                25.57
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                      12.53***
    28042 - Carnival Equipment Repairer                      13.50***
    28043 - Carnival Worker                                   9.66***
    28210 - Gate Attendant/Gate Tender                       14.61***
    28310 - Lifeguard                                        13.01***
    28350 - Park Attendant (Aide)                            16.34
    28510 - Recreation Aide/Health Facility Attendant        11.92***
    28515 - Recreation Specialist                            18.68
    28630 - Sports Official                                  13.01***
    28690 - Swimming Pool Operator                           15.75
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                               26.38
    29020 - Hatch Tender                                     26.38
    29030 - Line Handler                                     26.38
    29041 - Stevedore I                                      24.89
    29042 - Stevedore II                                     28.13
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)  (see 2)    40.29
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)   27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)   30.59
    30021 - Archeological Technician I                       16.68
    30022 - Archeological Technician II                      19.58
    30023 - Archeological Technician III                     24.73
    30030 - Cartographic Technician                          23.53
    30040 - Civil Engineering Technician                     24.56
    30051 - Cryogenic Technician I                           23.75
    30052 - Cryogenic Technician II                          26.24
    30061 - Drafter/CAD Operator I                           16.68
    30062 - Drafter/CAD Operator II                          19.58
    30063 - Drafter/CAD Operator III                         21.82
    30064 - Drafter/CAD Operator IV                          24.73
    30081 - Engineering Technician I                         15.19
    30082 - Engineering Technician II                        17.05
    30083 - Engineering Technician III                       20.32
    30084 - Engineering Technician IV                        25.25
    30085 - Engineering Technician V                         28.91
    30086 - Engineering Technician VI                        34.98
    30090 - Environmental Technician                         24.18
    30095 - Evidence Control Specialist                      21.44
    30210 - Laboratory Technician                            25.77
    30221 - Latent Fingerprint Technician I                  23.75
    30222 - Latent Fingerprint Technician II                 26.24
    30240 - Mathematical Technician                          24.87
    30361 - Paralegal/Legal Assistant I                      16.83
    30362 - Paralegal/Legal Assistant II                     20.85
    30363 - Paralegal/Legal Assistant III                    25.50

```
30384 - Paralegal/Legal Assistant IV                              30.86
30375 - Petroleum Supply Specialist                               26.24
30390 - Photo-Optics Technician                                   23.53
30395 - Radiation Control Technician                              26.24
30461 - Technical Writer I                                        23.11
30462 - Technical Writer II                                       28.27
30463 - Technical Writer III                                      34.21
30491 - Unexploded Ordnance (UXO) Technician I                    25.60
30492 - Unexploded Ordnance (UXO) Technician II                   30.98
30493 - Unexploded Ordnance (UXO) Technician III                  37.13
30494 - Unexploded (UXO) Safety Escort                            25.60
30495 - Unexploded (UXO) Sweep Personnel                          25.60
30501 - Weather Forecaster I                                      23.75
30502 - Weather Forecaster II                                     28.89
30620 - Weather Observer Combined Upper Air Or     (see 2)        21.82
Surface Programs
30621 - Weather Observer Senior                    (see 2)        23.03
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            30.98
31020 - Bus Aide                                               14.34***
31030 - Bus Driver                                                19.57
31043 - Driver Courier                                            15.40
31260 - Parking and Lot Attendant                              12.54***
31290 - Shuttle Bus Driver                                        16.96
31310 - Taxi Driver                                               15.27
31361 - Truckdriver Light                                         16.60
31362 - Truckdriver Medium                                        17.77
31363 - Truckdriver Heavy                                         21.13
31364 - Truckdriver Tractor-Trailer                               21.13
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   15.10
99030 - Cashier                                                10.57***
99050 - Desk Clerk                                             10.35***
99095 - Embalmer                                                  25.60
99130 - Flight Follower                                           25.60
99251 - Laboratory Animal Caretaker I                             21.21
99252 - Laboratory Animal Caretaker II                            22.86
99260 - Marketing Analyst                                         26.18
99310 - Mortician                                                 25.60
99410 - Pest Controller                                           24.47
99510 - Photofinishing Worker                                  13.45***
99710 - Recycling Laborer                                         18.59
99711 - Recycling Specialist                                      21.96
99730 - Refuse Collector                                          16.93
99810 - Sales Clerk                                            11.22***
99820 - School Crossing Guard                                     16.36
99830 - Survey Party Chief                                        23.39
99831 - Surveying Aide                                         12.33***
99832 - Surveying Technician                                      16.90
99840 - Vending Machine Attendant                                 21.21
99841 - Vending Machine Repairer                                  25.94
99842 - Vending Machine Repairer Helper                           21.21
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Case Number: PC-2025-02760 MRD CaseDocument 1-2 Filed 06/27/25 Page 504 of 1762 PageID #: 2389

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017. If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking. Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors. A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of twelve paid holidays per year: New Year's Day Martin
Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day
Juneteenth National Independence Day Independence Day Labor Day Columbus Day
Veterans' Day Thanksgiving Day and Christmas Day. A contractor may substitute
for any of the named holidays another day off with pay in accordance with a plan
communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541. Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families. In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees. For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption. Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5149908
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).


2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                "REGISTER OF WAGE DETERMINATIONS UNDER  |     U.S. DEPARTMENT OF LABOR
            THE SERVICE CONTRACT ACT               | EMPLOYMENT STANDARDS ADMINISTRATION
    By direction of the Secretary of Labor  |        WAGE AND HOUR DIVISION
                                            |        WASHINGTON D.C.  20210
                                            |
                                            |
                                            |
                                            |
                                            | Wage Determination No.: 2015-4751
    Daniel W. Simms        Division of      |         Revision No.: 19
    Director           Wage Determinations  | Date Of Last Revision: 03/15/2022
                                            |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order  |
|after January 30 2022 or the           |14026 applies to the contract.           |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |

|If the contract was awarded on or      |With certain exceptions Executive Order  |
|between January 1 2015 and January 29  |13658 applies to the contract.           |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Ohio

Area: Ohio Counties of Ashland Ashtabula Erie Huron Wayne

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.21 |
| 01012 - Accounting Clerk II | | 17.08 |
| 01013 - Accounting Clerk III | | 19.10 |
| 01020 - Administrative Assistant | | 24.09 |
| 01035 - Court Reporter | | 17.43 |
| 01041 - Customer Service Representative I | | 13.07*** |
| 01042 - Customer Service Representative II | | 14.69*** |
| 01043 - Customer Service Representative III | | 16.03 |
| 01051 - Data Entry Operator I | | 14.76*** |
| 01052 - Data Entry Operator II | | 16.97 |
| 01060 - Dispatcher Motor Vehicle | | 20.79 |
| 01070 - Document Preparation Clerk | | 13.72*** |
| 01090 - Duplicating Machine Operator | | 13.72*** |
| 01111 - General Clerk I | | 13.46*** |
| 01112 - General Clerk II | | 14.87*** |
| 01113 - General Clerk III | | 16.65 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5161908
Reviewer: Carol M.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Case 1:25-cv-00536-MRD-PAS Document 1-2 Filed 06/27/25 Page 509 of 1125 PageID
#: 2394

```
01190 - Housing Referral Assistant              19.43
01141 - Messenger Courier                       12.44***
01191   Order Clerk I                           13.75***
01192 - Order Clerk II                          15.03
01261 - Personnel Assistant (Employment) I      17.06
01262 - Personnel Assistant (Employment) II     19.09
01263   Personnel Assistant (Employment) III    21.27
01270 - Production Control Clerk                 24.48
01290 - Rental Clerk                             15.48
01300 - Scheduler Maintenance                    15.59
01311   Secretary I                             15.59
01312 - Secretary II                            17.43
01313 - Secretary III                           19.43
01320 - Service Order Dispatcher                18.84
01410   Supply Technician                       24.09
01420 - Survey Worker                           15.10
01460 - Switchboard Operator/Receptionist       13.97***
01531 - Travel Clerk I                          14.40***
01532   Travel Clerk II                         15.35
01533 - Travel Clerk III                        16.38
01611 - Word Processor I                        14.47***
01612 - Word Processor II                       16.25
01613   Word Processor III                      18.18
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass     20.33
05010 - Automotive  Electrician                 19.67
05040   Automotive Glass Installer              18.92
05070 - Automotive Worker                       18.92
05110 - Mobile Equipment Servicer               17.27
05130 - Motor Equipment Metal Mechanic          20.33
05160   Motor Equipment Metal Worker            18.92
05190 - Motor Vehicle Mechanic                  20.33
05220 - Motor Vehicle Mechanic Helper           16.50
05250 - Motor Vehicle Upholstery Worker         18.07
05280   Motor Vehicle Wrecker                   18.92
05310 - Painter Automotive                      19.67
05340 - Radiator Repair Specialist              18.92
05370 - Tire Repairer                           15.89
05400   Transmission Repair Specialist          20.33
07000 - Food Preparation And Service Occupations
07010 - Baker                                   13.47***
07041 - Cook I                                  13.00***
07042   Cook II                                 14.81***
07070 - Dishwasher                               9.44***
07130 - Food Service Worker                      9.76***
07210 - Meat Cutter                             17.19
07260   Waiter/Waitress                          9.94***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter             20.60
09040 - Furniture Handler                       13.89***
09080   Furniture Refinisher                    20.60
09090 - Furniture Refinisher Helper             15.71
09110 - Furniture Repairer Minor                17.22
09130   Upholsterer                             20.60
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                        13.58***
11060 - Elevator Operator                       13.31***
11090 - Gardener                                17.90
11122   Housekeeping Aide                       13.31***
11150 - Janitor                                 13.31***
11210 - Laborer Grounds Maintenance             14.10***
11240 - Maid or Houseman                        10.51***
11260   Pruner                                  12.82***
11270 - Tractor Operator                        16.65
11330 - Trail Maintenance Worker                14.10***
```

| | | |
|---|---|---|
| 11990 - Window Cleaner | | 14.63*** |
| 12000 - Health Occupations | | |
| 12010 - Ambulance Driver | | 17.59 |
| 12011 - Breath Alcohol Technician | | 18.97 |
| 12012 - Certified Occupational Therapist Assistant | | 28.36 |
| 12015 - Certified Physical Therapist Assistant | | 27.78 |
| 12020 - Dental Assistant | | 19.96 |
| 12025 - Dental Hygienist | | 37.04 |
| 12030 - EKG Technician | | 28.58 |
| 12035 - Electroneurodiagnostic Technologist | | 28.58 |
| 12040 - Emergency Medical Technician | | 17.59 |
| 12071 - Licensed Practical Nurse I | | 17.51 |
| 12072 - Licensed Practical Nurse II | | 19.68 |
| 12073 - Licensed Practical Nurse III | | 21.84 |
| 12100 - Medical Assistant | | 15.22 |
| 12130 - Medical Laboratory Technician | | 27.01 |
| 12160 - Medical Record Clerk | | 15.70 |
| 12190 - Medical Record Technician | | 18.48 |
| 12195 - Medical Transcriptionist | | 18.26 |
| 12210 - Nuclear Medicine Technologist | | 35.13 |
| 12221 - Nursing Assistant I | | 12.68*** |
| 12222 - Nursing Assistant II | | 14.25*** |
| 12223 - Nursing Assistant III | | 15.55 |
| 12224 - Nursing Assistant IV | | 17.47 |
| 12235 - Optical Dispenser | | 18.52 |
| 12236 - Optical Technician | | 16.96 |
| 12250 - Pharmacy Technician | | 14.65*** |
| 12280 - Phlebotomist | | 15.87 |
| 12305 - Radiologic Technologist | | 26.74 |
| 12311 - Registered Nurse I | | 24.93 |
| 12312 - Registered Nurse II | | 30.49 |
| 12313 - Registered Nurse II Specialist | | 30.49 |
| 12314 - Registered Nurse III | | 36.90 |
| 12315 - Registered Nurse III Anesthetist | | 36.90 |
| 12316 - Registered Nurse IV | | 44.22 |
| 12317 - Scheduler (Drug and Alcohol Testing) | | 23.50 |
| 12320 - Substance Abuse Treatment Counselor | | 24.33 |
| 13000 - Information And Arts Occupations | | |
| 13011 - Exhibits Specialist I | | 20.58 |
| 13012 - Exhibits Specialist II | | 23.96 |
| 13013 - Exhibits Specialist III | | 28.55 |
| 13041 - Illustrator I | | 20.35 |
| 13042 - Illustrator II | | 25.21 |
| 13043 - Illustrator III | | 30.83 |
| 13047 - Librarian | | 29.41 |
| 13050 - Library Aide/Clerk | | 13.28*** |
| 13054 - Library Information Technology Systems Administrator | | 22.30 |
| 13058 - Library Technician | | 17.17 |
| 13061 - Media Specialist I | | 16.09 |
| 13062 - Media Specialist II | | 18.01 |
| 13063 - Media Specialist III | | 20.07 |
| 13071 - Photographer I | | 15.90 |
| 13072 - Photographer II | | 18.01 |
| 13073 - Photographer III | | 22.30 |
| 13074 - Photographer IV | | 26.94 |
| 13075 - Photographer V | | 32.61 |
| 13090 - Technical Order Library Clerk | | 15.90 |
| 13110 - Video Teleconference Technician | | 17.41 |
| 14000 - Information Technology Occupations | | |
| 14041 - Computer Operator I | | 16.33 |
| 14042 - Computer Operator II | | 18.27 |
| 14043 - Computer Operator III | | 20.36 |
| 14044 - Computer Operator IV | | 22.64 |
| 14045 - Computer Operator V | | 25.06 |

```
14001 - Computer Programmer I                      (see 1)                22.13
14072 - Computer Programmer II                     (see 1)                27.20
14073 - Computer Programmer III                    (see 1)
14074 - Computer Programmer IV                     (see 1)
14101 - Computer Systems Analyst I                 (see 1)
14102 - Computer Systems Analyst II                (see 1)
14103 - Computer Systems Analyst III               (see 1)
14150 - Peripheral Equipment Operator                                     16.33
14160 - Personal Computer Support Technician                              22.64
14170 - System Support Specialist                                         25.06
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)               29.19
    15020 - Aircrew Training Devices Instructor (Rated)                   35.35
    15030 - Air Crew Training Devices Instructor (Pilot)                  42.34
    15050 - Computer Based Training Specialist / Instructor               30.23
    15060 - Educational Technologist                                      31.76
    15070 - Flight Instructor (Pilot)                                     42.34
    15080 - Graphic Artist                                                22.54
    15085 - Maintenance Test Pilot Fixed Jet/Prop                         42.34
    15086 - Maintenance Test Pilot Rotary Wing                            42.34
    15088 - Non-Maintenance Test/Co-Pilot                                 42.34
    15090 - Technical Instructor                                          21.22
    15095 - Technical Instructor/Course Developer                         25.95
    15110 - Test Proctor                                                  17.13
    15120 - Tutor                                                         17.13
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                                 10.58***
    16030 - Counter Attendant                                         10.58***
    16040 - Dry Cleaner                                               13.17***
    16070 - Finisher Flatwork Machine                                 10.58***
    16090 - Presser Hand                                              10.58***
    16110 - Presser Machine Drycleaning                               10.58***
    16130 - Presser Machine Shirts                                    10.58***
    16160 - Presser Machine Wearing Apparel Laundry                   10.58***
    16190 - Sewing Machine Operator                                   14.09***
    16220 - Tailor                                                        15.02
    16250 - Washer Machine                                            11.28***
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                             22.02
    19040 - Tool And Die Maker                                            26.69
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                             18.59
    21030 - Material Coordinator                                          24.48
    21040 - Material Expediter                                            24.48
    21050 - Material Handling Laborer                                 14.95***
    21071 - Order Filler                                                  15.06
    21080 - Production Line Worker (Food Processing)                      18.59
    21110 - Shipping Packer                                               17.07
    21130 - Shipping/Receiving Clerk                                      17.07
    21140 - Store Worker I                                            14.97***
    21150 - Stock Clerk                                                   19.91
    21210 - Tools And Parts Attendant                                     18.59
    21410 - Warehouse Specialist                                          18.59
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                                   24.00
    23019 - Aircraft Logs and Records Technician                          20.32
    23021 - Aircraft Mechanic I                                           22.86
    23022 - Aircraft Mechanic II                                          24.00
    23023 - Aircraft Mechanic III                                         24.93
    23040 - Aircraft Mechanic Helper                                      18.55
    23050 - Aircraft Painter                                              22.10
    23060 - Aircraft Servicer                                             20.32
    23070 - Aircraft Survival Flight Equipment Technician                 22.10
    23080 - Aircraft Worker                                               21.27
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic                21.27
```

Case Number: PC-2025-02760
Case RPWCOGSO6MRDeRASentD1o2umEFfiled 06/FJE6/AD/7/O1a26 512afe1o721a Ffate62 PageID
#: 2397

```
23092 - Aircrew Life Support Equipment (ALSE) Mechanic       22.86
II
23110 - Appliance Mechanic                                   23.55
23120 - Bicycle Repairer                                     19.57
23125 - Cable Splicer                                        37.15
23130 - Carpenter Maintenance                                22.39
23140 - Carpet Layer                                         21.92
23160 - Electrician Maintenance                              28.34
23181 - Electronics Technician Maintenance I                 26.95
23182 - Electronics Technician Maintenance II                28.48
23183 - Electronics Technician Maintenance III               29.91
23260 - Fabric Worker                                        20.89
23290 - Fire Alarm System Mechanic                           21.77
23310 - Fire Extinguisher Repairer                           19.57
23311 - Fuel Distribution System Mechanic                    34.84
23312 - Fuel Distribution System Operator                    27.65
23370 - General Maintenance Worker                           19.98
23380 - Ground Support Equipment Mechanic                    22.86
23381 - Ground Support Equipment Servicer                    20.32
23382 - Ground Support Equipment Worker                      21.27
23391 - Gunsmith I                                           19.57
23392 - Gunsmith II                                          22.29
23393 - Gunsmith III                                         24.73
23410 - Heating Ventilation And Air-Conditioning             21.73
Mechanic
23411 - Heating Ventilation And Air Contidioning             22.71
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                             22.84
23440 - Heavy Equipment Operator                             26.87
23460 - Instrument Mechanic                                  24.73
23465 - Laboratory/Shelter Mechanic                          23.55
23470 - Laborer                                              14.95***
23510 - Locksmith                                            21.34
23530 - Machinery Maintenance Mechanic                       27.29
23550 - Machinist Maintenance                                21.77
23580 - Maintenance Trades Helper                            17.32
23591 - Metrology Technician I                               25.65
23592 - Metrology Technician II                              26.67
23593 - Metrology Technician III                             27.59
23640 - Millwright                                           32.76
23710 - Office Appliance Repairer                            21.04
23760 - Painter Maintenance                                  21.74
23790 - Pipefitter Maintenance                               26.96
23810 - Plumber Maintenance                                  23.66
23820 - Pneudraulic Systems Mechanic                         24.73
23850 - Rigger                                               24.73
23870 - Scale Mechanic                                       22.29
23890 - Sheet-Metal Worker Maintenance                       23.09
23910 - Small Engine Mechanic                                19.82
23931 - Telecommunications Mechanic I                        24.70
23932 - Telecommunications Mechanic II                       25.58
23950 - Telephone Lineman                                    25.52
23960 - Welder Combination Maintenance                       20.70
23965 - Well Driller                                         24.73
23970 - Woodcraft Worker                                     24.73
23980 - Woodworker                                           19.57
24000 - Personal Needs Occupations
24550 - Case Manager                                         16.34
24570 - Child Care Attendant                                 12.25***
24580 - Child Care Center Clerk                              15.29
24610 - Chore Aide                                           11.61***
24620 - Family Readiness And Support Services                16.34
Coordinator
24630 - Homemaker                                            17.23
```

25000 - Plant And System Operations Occupations

| | |
|---|---|
| 25010 - Boiler Tender | 26.21 |
| 25040 - Sewage Plant Operator | 23.71 |
| 25070 - Stationary Engineer | 26.21 |
| 25190 - Ventilation Equipment Tender | 19.87 |
| 25210 - Water Treatment Plant Operator | 23.71 |

27000 - Protective Service Occupations

| | |
|---|---|
| 27004 - Alarm Monitor | 19.36 |
| 27007 - Baggage Inspector | 16.98 |
| 27008 - Corrections Officer | 21.90 |
| 27010 - Court Security Officer | 23.11 |
| 27030 - Detection Dog Handler | 18.99 |
| 27040 - Detention Officer | 21.90 |
| 27070 - Firefighter | 22.60 |
| 27101 - Guard I | 16.98 |
| 27102 - Guard II | 18.99 |
| 27131 - Police Officer I | 25.03 |
| 27132 - Police Officer II | 27.80 |

28000 - Recreation Occupations

| | |
|---|---|
| 28041 - Carnival Equipment Operator | 12.60*** |
| 28042 - Carnival Equipment Repairer | 13.54*** |
| 28043 - Carnival Worker | 9.70*** |
| 28210 - Gate Attendant/Gate Tender | 13.67*** |
| 28310 - Lifeguard | 11.34*** |
| 28350 - Park Attendant (Aide) | 15.29 |
| 28510 - Recreation Aide/Health Facility Attendant | 11.16*** |
| 28515 - Recreation Specialist | 18.94 |
| 28630 - Sports Official | 12.18*** |
| 28690 - Swimming Pool Operator | 18.62 |

29000 - Stevedoring/Longshoremen Occupational Services

| | |
|---|---|
| 29010 - Blocker And Bracer | 22.87 |
| 29020 - Hatch Tender | 22.87 |
| 29030 - Line Handler | 22.87 |
| 29041 - Stevedore I | 21.44 |
| 29042 - Stevedore II | 23.77 |

30000 - Technical Occupations

| | |
|---|---|
| 30010 - Air Traffic Control Specialist Center (HFO)   (see 2) | 41.70 |
| 30011 - Air Traffic Control Specialist Station (HFO)  (see 2) | 28.75 |
| 30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) | 31.67 |
| 30021 - Archeological Technician I | 18.48 |
| 30022 - Archeological Technician II | 20.68 |
| 30023 - Archeological Technician III | 25.61 |
| 30030 - Cartographic Technician | 25.61 |
| 30040 - Civil Engineering Technician | 27.78 |
| 30051 - Cryogenic Technician I | 28.36 |
| 30052 - Cryogenic Technician II | 31.32 |
| 30061 - Drafter/CAD Operator I | 18.48 |
| 30062 - Drafter/CAD Operator II | 20.68 |
| 30063 - Drafter/CAD Operator III | 23.04 |
| 30064 - Drafter/CAD Operator IV | 28.36 |
| 30081 - Engineering Technician I | 16.70 |
| 30082 - Engineering Technician II | 18.75 |
| 30083 - Engineering Technician III | 20.98 |
| 30084 - Engineering Technician IV | 25.99 |
| 30085 - Engineering Technician V | 31.78 |
| 30086 - Engineering Technician VI | 38.46 |
| 30090 - Environmental Technician | 25.61 |
| 30095 - Evidence Control Specialist | 25.61 |
| 30210 - Laboratory Technician | 23.42 |
| 30221 - Latent Fingerprint Technician I | 28.36 |
| 30222 - Latent Fingerprint Technician II | 31.32 |
| 30240 - Mathematical Technician | 28.17 |
| 30361 - Paralegal/Legal Assistant I | 18.72 |
| 30362 - Paralegal/Legal Assistant II | 23.34 |
| 30363 - Paralegal/Legal Assistant III | 30.33 |

Case 1:25-cv-00306-MRD-PAS Document 1-2 Filed 06/13/25 Page 514 of 1120 PageID #: 2399

```
30084 - Paralegal/Legal Assistant IV                                36.70
30375 - Petroleum Supply Specialist                                 31.32
30390 - Photo-Optics Technician                                     25.34
30395 - Radiation Control Technician                                31.32
30461 - Technical Writer I                                          25.61
30462 - Technical Writer II                                         31.32
30463 - Technical Writer III                                        37.90
30491 - Unexploded Ordnance (UXO) Technician I                      26.50
30492 - Unexploded Ordnance (UXO) Technician II                     32.06
30493 - Unexploded Ordnance (UXO) Technician III                    38.43
30494 - Unexploded (UXO) Safety Escort                              26.50
30495 - Unexploded (UXO) Sweep Personnel                            26.50
30501 - Weather Forecaster I                                        28.36
30502 - Weather Forecaster II                                       34.50
30620 - Weather Observer Combined Upper Air Or     (see 2)          23.15
Surface Programs
30621 - Weather Observer Senior                    (see 2)          25.61
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                              32.06
31020 - Bus Aide                                                    15.20
31030 - Bus Driver                                                  20.60
31043 - Driver Courier                                              15.37
31260 - Parking and Lot Attendant                                   11.63***
31290 - Shuttle Bus Driver                                          16.42
31310 - Taxi Driver                                                 11.67***
31361 - Truckdriver Light                                           16.42
31362 - Truckdriver Medium                                          19.05
31363 - Truckdriver Heavy                                           23.70
31364 - Truckdriver Tractor-Trailer                                 23.70
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                     15.63
99030 - Cashier                                                     10.87***
99050 - Desk Clerk                                                  11.14***
99095 - Embalmer                                                    32.70
99130 - Flight Follower                                             26.50
99251 - Laboratory Animal Caretaker I                               13.98***
99252 - Laboratory Animal Caretaker II                              15.03
99260 - Marketing Analyst                                           26.54
99310 - Mortician                                                   33.31
99410 - Pest Controller                                             17.09
99510 - Photofinishing Worker                                       14.27***
99710 - Recycling Laborer                                           20.12
99711 - Recycling Specialist                                        22.65
99730 - Refuse Collector                                            18.41
99810 - Sales Clerk                                                 12.70***
99820 - School Crossing Guard                                       12.15***
99830 - Survey Party Chief                                          23.50
99831 - Surveying Aide                                              13.41***
99832 - Surveying Technician                                        20.13
99840 - Vending Machine Attendant                                   16.28
99841 - Vending Machine Repairer                                    19.93
99842 - Vending Machine Repairer Helper                             16.28
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 5 years 4 weeks after 15 years and 5 weeks after 25 years.
  Length of service includes the whole span of continuous service with the present
contractor or successor wherever employed and with the predecessor contractors in
the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of twelve paid holidays per year:  New Year's Day Martin
Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day
Juneteenth National Independence Day Independence Day Labor Day Columbus Day
Veterans' Day Thanksgiving Day and Christmas Day.  A contractor may substitute
for any of the named holidays another day off with pay in accordance with a plan
communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5184308
Reviewer: Carol M.

to satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).


2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

6) each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                        "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT              | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |         WAGE AND HOUR DIVISION
                                       |          WASHINGTON D.C.  20210
                                       |
                                       |
                                       |
                                       |
                                       | Wage Determination No.: 2015-4745
Daniel W. Simms         Division of    |         Revision No.: 19
Director          Wage Determinations  | Date Of Last Revision: 03/15/2022
                                       |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order  |
|after January 30 2022 or the           |14026 applies to the contract.           |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |

|If the contract was awarded on or      |With certain exceptions Executive Order  |
|between January 1 2015 and January 29  |13658 applies to the contract.           |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent     |
|                                       |performing on the contract in 2022.      |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Ohio

Area: Ohio Counties of Champaign Darke Logan Preble Shelby

        **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                          FOOTNOTE          RATE

01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                     14.44***
  01012 - Accounting Clerk II                                    16.22
  01013 - Accounting Clerk III                                   18.14
  01020 - Administrative Assistant                               24.23
  01035 - Court Reporter                                         19.34
  01041 - Customer Service Representative I                      13.29***
  01042 - Customer Service Representative II                     14.56***
  01043 - Customer Service Representative III                    16.29
  01051 - Data Entry Operator I                                  14.96***
  01052 - Data Entry Operator II                                 16.32
  01060 - Dispatcher Motor Vehicle                               21.61
  01070 - Document Preparation Clerk                             14.38***
  01090 - Duplicating Machine Operator                          14.38***
  01111 - General Clerk I                                        13.31***
  01112 - General Clerk II                                       14.52***
  01113 - General Clerk III                                      16.31

```
01410  -  Housing Referral Assistant                       20.69
01141  -  Messenger Courier                                11.92***
01191     Order Clerk I                                    16.02
01192  -  Order Clerk II                                   17.48
01261  -  Personnel Assistant (Employment) I               16.71
01262  -  Personnel Assistant (Employment) II              18.68
01263     Personnel Assistant (Employment) III             20.82
01270  -  Production Control Clerk                          26.64
01290  -  Rental Clerk                                      14.79***
01300  -  Scheduler Maintenance                            16.60
01311     Secretary I                                      16.60
01312  -  Secretary II                                     18.57
01313  -  Secretary III                                    20.69
01320  -  Service Order Dispatcher                         19.31
01410     Supply Technician                                24.23
01420  -  Survey Worker                                    17.54
01460  -  Switchboard Operator/Receptionist                13.62***
01531  -  Travel Clerk I                                   13.57***
01532  -  Travel Clerk II                                  14.48***
01533  -  Travel Clerk III                                 15.35
01611  -  Word Processor I                                 14.78***
01612  -  Word Processor II                                16.60
01613     Word Processor III                               18.56
05000  -  Automotive Service Occupations
05005  -  Automobile Body Repairer Fiberglass              19.82
05010  -  Automotive  Electrician                          18.81
05040     Automotive Glass Installer                       18.07
05070  -  Automotive Worker                                18.07
05110  -  Mobile Equipment Servicer                        16.64
05130  -  Motor Equipment Metal Mechanic                   19.53
05160     Motor Equipment Metal Worker                     18.07
05190  -  Motor Vehicle Mechanic                           18.64
05220  -  Motor Vehicle Mechanic Helper                    15.92
05250  -  Motor Vehicle Upholstery Worker                  17.36
05280     Motor Vehicle Wrecker                            18.07
05310  -  Painter Automotive                               18.81
05340  -  Radiator Repair Specialist                       18.07
05370  -  Tire Repairer                                    17.00
05400     Transmission Repair Specialist                   19.53
07000  -  Food Preparation And Service Occupations
07010  -  Baker                                            12.61***
07041  -  Cook I                                           13.58***
07042     Cook II                                          15.31
07070  -  Dishwasher                                       9.62***
07130  -  Food Service Worker                              9.71***
07210  -  Meat Cutter                                      16.19
07260     Waiter/Waitress                                  9.92***
09000  -  Furniture Maintenance And Repair Occupations
09010  -  Electrostatic Spray Painter                      21.58
09040  -  Furniture Handler                                15.62
09080     Furniture Refinisher                             21.58
09090  -  Furniture Refinisher Helper                      17.91
09110  -  Furniture Repairer Minor                         19.92
09130     Upholsterer                                      22.25
11000     General Services And Support Occupations
11030  -  Cleaner Vehicles                                 11.73***
11060  -  Elevator Operator                                12.37***
11090  -  Gardener                                         16.39
11122     Housekeeping Aide                                14.76***
11150  -  Janitor                                          14.76***
11210  -  Laborer Grounds Maintenance                      14.25***
11240  -  Maid or Houseman                                 11.49***
11260     Pruner                                           13.74***
11270  -  Tractor Operator                                 15.71
11330  -  Trail Maintenance Worker                         14.25***
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194980
Reviewer: Carol M.

#: 2406

```
11980 - Window Cleaner                                    15.54
12000 - Health Occupations
  12010 - Ambulance Driver                                16.90
  12011 - Breath Alcohol Technician                       18.87
  12012 - Certified Occupational Therapist Assistant      28.27
  12015 - Certified Physical Therapist Assistant          27.15
  12020 - Dental Assistant                                19.51
  12025 - Dental Hygienist                                33.24
  12030 - EKG Technician                                  26.81
  12035 - Electroneurodiagnostic Technologist             26.81
  12040 - Emergency Medical Technician                    16.90
  12071 - Licensed Practical Nurse I                      18.88
  12072 - Licensed Practical Nurse II                     21.13
  12073 - Licensed Practical Nurse III                    23.56
  12100  Medical Assistant                                15.67
  12130 - Medical Laboratory Technician                   26.87
  12160 - Medical Record Clerk                            17.01
  12190 - Medical Record Technician                       19.14
  12195  Medical Transcriptionist                         16.87
  12210 - Nuclear Medicine Technologist                   40.93
  12221 - Nursing Assistant I                             12.01***
  12222 - Nursing Assistant II                            13.50***
  12223 - Nursing Assistant III                           14.73***
  12224 - Nursing Assistant IV                            16.54
  12235 - Optical Dispenser                               21.20
  12236 - Optical Technician                              16.87
  12250  Pharmacy Technician                              15.07
  12280 - Phlebotomist                                    15.29
  12305 - Radiologic Technologist                         27.31
  12311 - Registered Nurse I                              24.00
  12312  Registered Nurse II                              29.36
  12313 - Registered Nurse II Specialist                  29.36
  12314 - Registered Nurse III                            35.53
  12315 - Registered Nurse III Anesthetist                35.53
  12316  Registered Nurse IV                              42.58
  12317 - Scheduler (Drug and Alcohol Testing)            23.37
  12320 - Substance Abuse Treatment Counselor             21.08
13000 - Information And Arts Occupations
  13011  Exhibits Specialist I                            20.15
  13012 - Exhibits Specialist II                          24.96
  13013 - Exhibits Specialist III                         30.53
  13041 - Illustrator I                                   22.55
  13042  Illustrator II                                   27.93
  13043 - Illustrator III                                 34.16
  13047 - Librarian                                       28.17
  13050 - Library Aide/Clerk                              12.72***
  13054  Library Information Technology Systems           24.18
  Administrator
  13058 - Library Technician                              16.02
  13061 - Media Specialist I                              17.55
  13062  Media Specialist II                              19.62
  13063  Media Specialist III                             21.89
  13071 - Photographer I                                  17.27
  13072 - Photographer II                                 19.31
  13073  Photographer III                                 23.92
  13074 - Photographer IV                                 29.26
  13075 - Photographer V                                  35.41
  13090 - Technical Order Library Clerk                   15.98
  13110  Video Teleconference Technician                  18.20
14000 - Information Technology Occupations
  14041 - Computer Operator I                             16.97
  14042 - Computer Operator II                            18.98
  14043  Computer Operator III                            21.16
  14044 - Computer Operator IV                            23.51
  14045 - Computer Operator V                             26.04
```

Case Number: PC-2025-02760

Case 1:25-cv-00306-MRD-PAS   Document 1-2   Filed 06/27/25   Page 52 of 123   PageID #: 2407

| | | |
|---|---|---|
| 14071 - Computer Programmer I | (see 1) | 25.51 |
| 14072 - Computer Programmer II | (see 1) | |
| 14073 - Computer Programmer III | (see 1) | |
| 14074 - Computer Programmer IV | (see 1) | |
| 14101 - Computer Systems Analyst I | (see 1) | |
| 14102 - Computer Systems Analyst II | (see 1) | |
| 14103 - Computer Systems Analyst III | (see 1) | |
| 14150 - Peripheral Equipment Operator | | 16.97 |
| 14160 - Personal Computer Support Technician | | 23.51 |
| 14170 - System Support Specialist | | 27.76 |
| 15000 - Instructional Occupations | | |
| 15010 - Aircrew Training Devices Instructor (Non-Rated) | | 30.08 |
| 15020 - Aircrew Training Devices Instructor (Rated) | | 36.39 |
| 15030 - Air Crew Training Devices Instructor (Pilot) | | 42.16 |
| 15050 - Computer Based Training Specialist / Instructor | | 30.08 |
| 15060 - Educational Technologist | | 35.20 |
| 15070 - Flight Instructor (Pilot) | | 42.16 |
| 15080 - Graphic Artist | | 22.43 |
| 15085 - Maintenance Test Pilot Fixed Jet/Prop | | 40.74 |
| 15086 - Maintenance Test Pilot Rotary Wing | | 40.74 |
| 15088 - Non-Maintenance Test/Co-Pilot | | 40.74 |
| 15090 - Technical Instructor | | 22.21 |
| 15095 - Technical Instructor/Course Developer | | 27.17 |
| 15110 - Test Proctor | | 17.93 |
| 15120 - Tutor | | 17.93 |
| 16000 - Laundry Dry-Cleaning Pressing And Related Occupations | | |
| 16010 - Assembler | | 10.58*** |
| 16030 - Counter Attendant | | 10.58*** |
| 16040 - Dry Cleaner | | 13.17*** |
| 16070 - Finisher Flatwork Machine | | 10.58*** |
| 16090 - Presser Hand | | 10.58*** |
| 16110 - Presser Machine Drycleaning | | 10.58*** |
| 16130 - Presser Machine Shirts | | 10.58*** |
| 16160 - Presser Machine Wearing Apparel Laundry | | 10.58*** |
| 16190 - Sewing Machine Operator | | 14.09*** |
| 16220 - Tailor | | 15.02 |
| 16250 - Washer Machine | | 11.28*** |
| 19000 - Machine Tool Operation And Repair Occupations | | |
| 19010 - Machine-Tool Operator (Tool Room) | | 22.23 |
| 19040 - Tool And Die Maker | | 25.79 |
| 21000 - Materials Handling And Packing Occupations | | |
| 21020 - Forklift Operator | | 18.07 |
| 21030 - Material Coordinator | | 26.64 |
| 21040 - Material Expediter | | 26.64 |
| 21050 - Material Handling Laborer | | 17.65 |
| 21071 - Order Filler | | 14.50*** |
| 21080 - Production Line Worker (Food Processing) | | 18.07 |
| 21110 - Shipping Packer | | 17.59 |
| 21130 - Shipping/Receiving Clerk | | 17.59 |
| 21140 - Store Worker I | | 15.74 |
| 21150 - Stock Clerk | | 20.28 |
| 21210 - Tools And Parts Attendant | | 18.07 |
| 21410 - Warehouse Specialist | | 18.07 |
| 23000 - Mechanics And Maintenance And Repair Occupations | | |
| 23010 - Aerospace Structural Welder | | 26.10 |
| 23019 - Aircraft Logs and Records Technician | | 21.69 |
| 23021 - Aircraft Mechanic I | | 25.14 |
| 23022 - Aircraft Mechanic II | | 26.10 |
| 23023 - Aircraft Mechanic III | | 27.10 |
| 23040 - Aircraft Mechanic Helper | | 19.05 |
| 23050 - Aircraft Painter | | 24.21 |
| 23060 - Aircraft Servicer | | 21.69 |
| 23070 - Aircraft Survival Flight Equipment Technician | | 24.21 |
| 23080 - Aircraft Worker | | 22.97 |
| 23091 - Aircrew Life Support Equipment (ALSE) Mechanic | | 22.97 |

Case Number: PC-2025-02760 Case Document Filed 06/27/2025 Page 523 of 1762 Page ID #: 2408

```
   23092 - Aircrew Life Support Equipment (ALSE) Mechanic       25.14
II
   23110 - Appliance Mechanic                                   22.78
   23120 - Bicycle Repairer                                     20.39
   23125 - Cable Splicer                                        31.43
   23130 - Carpenter Maintenance                                22.50
   23140 - Carpet Layer                                         22.97
   23160 - Electrician Maintenance                              26.68
   23181 - Electronics Technician Maintenance I                 27.72
   23182 - Electronics Technician Maintenance II                29.19
   23183 - Electronics Technician Maintenance III               30.34
   23260 - Fabric Worker                                        21.69
   23290 - Fire Alarm System Mechanic                           25.14
   23310 - Fire Extinguisher Repairer                           20.39
   23311 - Fuel Distribution System Mechanic                    32.32
   23312 - Fuel Distribution System Operator                    26.71
   23370 - General Maintenance Worker                           21.19
   23380 - Ground Support Equipment Mechanic                    25.14
   23381 - Ground Support Equipment Servicer                    21.69
   23382 - Ground Support Equipment Worker                      22.97
   23391 - Gunsmith I                                           20.39
   23392 - Gunsmith II                                          22.97
   23393 - Gunsmith III                                         25.14
   23410 - Heating Ventilation And Air-Conditioning             23.29
Mechanic
   23411 - Heating Ventilation And Air Contidioning             24.19
Mechanic (Research Facility)
   23430 - Heavy Equipment Mechanic                             24.02
   23440 - Heavy Equipment Operator                             25.31
   23460 - Instrument Mechanic                                  25.14
   23465 - Laboratory/Shelter Mechanic                          24.21
   23470 - Laborer                                              16.02
   23510 - Locksmith                                            24.21
   23530 - Machinery Maintenance Mechanic                       26.08
   23550 - Machinist Maintenance                                21.89
   23580 - Maintenance Trades Helper                            16.60
   23591 - Metrology Technician I                               25.14
   23592 - Metrology Technician II                              26.10
   23593 - Metrology Technician III                             27.10
   23640 - Millwright                                           30.74
   23710 - Office Appliance Repairer                            20.32
   23760 - Painter Maintenance                                  21.44
   23790 - Pipefitter Maintenance                               24.78
   23810 - Plumber Maintenance                                  23.85
   23820 - Pneudraulic Systems Mechanic                         25.14
   23850 - Rigger                                               25.14
   23870 - Scale Mechanic                                       22.97
   23890 - Sheet-Metal Worker Maintenance                       28.46
   23910 - Small Engine Mechanic                                17.14
   23931 - Telecommunications Mechanic I                        26.22
   23932 - Telecommunications Mechanic II                       27.21
   23950 - Telephone Lineman                                    26.53
   23960 - Welder Combination Maintenance                       20.42
   23965 - Well Driller                                         24.92
   23970 - Woodcraft Worker                                     25.14
   23980 - Woodworker                                           20.39
24000 - Personal Needs Occupations
   24550 - Case Manager                                         15.12
   24570 - Child Care Attendant                              10.05***
   24580 - Child Care Center Clerk                           14.92***
   24610 - Chore Aide                                        11.62***
   24620 - Family Readiness And Support Services                15.12
Coordinator
   24630 - Homemaker                                            15.80
```

24000 - Plant And System Operations Occupations
```
    25010 - Boiler Tender                                        28.09
    25040 - Sewage Plant Operator                               24.70
    25070 - Stationary Engineer                                 28.09
    25190 - Ventilation Equipment Tender                        21.28
    25210 - Water Treatment Plant Operator                      24.70
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                       21.47
    27007 - Baggage Inspector                                14.68***
    27008 - Corrections Officer                                 23.27
    27010 - Court Security Officer                              21.92
    27030 - Detection Dog Handler                               17.82
    27040 - Detention Officer                                   23.27
    27070 - Firefighter                                         22.55
    27101 - Guard I                                          14.68***
    27102 - Guard II                                           17.82
    27131 - Police Officer I                                   25.19
    27132 - Police Officer II                                  27.99
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                      12.98***
    28042 - Carnival Equipment Repairer                      13.34***
    28043 - Carnival Worker                                  11.15***
    28210 - Gate Attendant/Gate Tender                       14.09***
    28310 - Lifeguard                                        12.03***
    28350 - Park Attendant (Aide)                              15.76
    28510 - Recreation Aide/Health Facility Attendant        11.50***
    28515 - Recreation Specialist                              19.52
    28630 - Sports Official                                  12.55***
    28690 - Swimming Pool Operator                             18.63
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                 25.63
    29020 - Hatch Tender                                       25.63
    29030 - Line Handler                                       25.63
    29041 - Stevedore I                                        24.40
    29042 - Stevedore II                                       26.84
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)    41.70
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)    28.75
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    31.67
    30021 - Archeological Technician I                         18.39
    30022 - Archeological Technician II                        20.58
    30023 - Archeological Technician III                       25.49
    30030 - Cartographic Technician                            25.49
    30040 - Civil Engineering Technician                       27.10
    30051 - Cryogenic Technician I                             26.98
    30052 - Cryogenic Technician II                            29.80
    30061 - Drafter/CAD Operator I                             18.39
    30062 - Drafter/CAD Operator II                            20.58
    30063 - Drafter/CAD Operator III                           22.94
    30064 - Drafter/CAD Operator IV                            29.65
    30081 - Engineering Technician I                           16.82
    30082 - Engineering Technician II                          18.89
    30083 - Engineering Technician III                         21.12
    30084 - Engineering Technician IV                          26.17
    30085 - Engineering Technician V                           32.01
    30086 - Engineering Technician VI                          38.74
    30090 - Environmental Technician                           23.95
    30095 - Evidence Control Specialist                        24.36
    30210 - Laboratory Technician                              21.24
    30221 - Latent Fingerprint Technician I                    26.98
    30222 - Latent Fingerprint Technician II                   29.80
    30240 - Mathematical Technician                            25.49
    30361 - Paralegal/Legal Assistant I                        19.22
    30362 - Paralegal/Legal Assistant II                       23.81
    30363 - Paralegal/Legal Assistant III                      31.43
```

Case 1:25-cv-00306-MRD-PAS Document 12 Filed 06/16/25 Page 52 Page 1721 Page ID #: 2410

```
30084 - Paralegal/Legal Assistant IV                                37.70
30375 - Petroleum Supply Specialist                                 29.80
30390 - Photo-Optics Technician                                     25.49
30395 - Radiation Control Technician                                29.80
30461 - Technical Writer I                                          24.34
30462 - Technical Writer II                                         29.77
30463 - Technical Writer III                                        36.01
30491 - Unexploded Ordnance (UXO) Technician I                      26.50
30492 - Unexploded Ordnance (UXO) Technician II                     32.06
30493 - Unexploded Ordnance (UXO) Technician III                    38.43
30494 - Unexploded (UXO) Safety Escort                              26.50
30495 - Unexploded (UXO) Sweep Personnel                           26.50
30501 - Weather Forecaster I                                        26.98
30502 - Weather Forecaster II                                       32.82
30620 - Weather Observer Combined Upper Air Or   (see 2)           22.94
Surface Programs
30621 - Weather Observer Senior                  (see 2)           24.36
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                             32.06
31020 - Bus Aide                                                   16.41
31030 - Bus Driver                                                 23.68
31043 - Driver Courier                                             17.02
31260 - Parking and Lot Attendant                                 13.74***
31290 - Shuttle Bus Driver                                        18.11
31310 - Taxi Driver                                               12.72***
31361 - Truckdriver Light                                         18.11
31362 - Truckdriver Medium                                        18.43
31363 - Truckdriver Heavy                                         26.17
31364 - Truckdriver Tractor-Trailer                               26.17
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   15.63
99030 - Cashier                                                   10.50***
99050 - Desk Clerk                                                11.06***
99095 - Embalmer                                                  34.47
99130 - Flight Follower                                           26.50
99251 - Laboratory Animal Caretaker I                             13.04***
99252 - Laboratory Animal Caretaker II                            13.87***
99260 - Marketing Analyst                                         28.08
99310 - Mortician                                                 34.47
99410 - Pest Controller                                           19.98
99510 - Photofinishing Worker                                     13.93***
99710 - Recycling Laborer                                         19.71
99711 - Recycling Specialist                                      22.90
99730 - Refuse Collector                                          18.13
99810 - Sales Clerk                                               12.05***
99820 - School Crossing Guard                                     14.22***
99830 - Survey Party Chief                                        29.13
99831 - Surveying Aide                                            14.97***
99832 - Surveying Technician                                      22.91
99840 - Vending Machine Attendant                                 16.25
99841 - Vending Machine Repairer                                  18.30
99842 - Vending Machine Repairer Helper                           16.25
```

***Workers in this classification may be entitled to a higher minimum wage under Executive Order 14026 ($15.00 per hour) or 13658 ($11.20 per hour). Please see the Note at the top of the wage determination for more information. Please also note that the minimum wage requirements of Executive Order 14026 and 13658 are not currently being enforced as to contracts or contract-like instruments entered into with the federal government in connection with seasonal recreational services or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 5 years 4 weeks after 15 years and 5 weeks after 25 years.
  Length of service includes the whole span of continuous service with the present
contractor or successor wherever employed and with the predecessor contractors in
the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of twelve paid holidays per year:  New Year's Day Martin
Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day
Juneteenth National Independence Day Independence Day Labor Day Columbus Day
Veterans' Day Thanksgiving Day and Christmas Day.  A contractor may substitute
for any of the named holidays another day off with pay in accordance with a plan
communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

Case 1:25-cv-00309-MRD-PAS Document 1-2 Filed 06/13/25 Page 527 of 733 PageID #: 2412

and satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194306
Reviewer: Carol M.

Case Number: PC-2025-02760 Document Filed 06/27/2025 Page 1/84 File ID #: 2413

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00056-MRD-PAS   Document 2   Filed 06/21/25   Page 529 of 785   PageID #: 2414

of each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                   "REGISTER OF WAGE DETERMINATIONS UNDER |    U.S. DEPARTMENT OF LABOR
            THE SERVICE CONTRACT ACT                      | EMPLOYMENT STANDARDS ADMINISTRATION
  By direction of the Secretary of Labor |                  WAGE AND HOUR DIVISION
                                          |                 WASHINGTON D.C.  20210
                                          |
                                          |
                                          |
                                          |
                                          | Wage Determination No.: 2015-4761
Daniel W. Simms          Division of      |       Revision No.: 19
Director          Wage Determinations|    Date Of Last Revision: 03/15/2022
                                          |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Ohio

Area: Ohio Counties of Coshocton Guernsey Muskingum

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.59*** |
| 01012 - Accounting Clerk II | | 16.39 |
| 01013   Accounting Clerk III | | 18.33 |
| 01020 - Administrative Assistant | | 22.91 |
| 01035 - Court Reporter | | 17.96 |
| 01041   Customer Service Representative I | | 12.58*** |
| 01042   Customer Service Representative II | | 14.15*** |
| 01043 - Customer Service Representative III | | 15.44 |
| 01051 - Data Entry Operator I | | 13.77*** |
| 01052 - Data Entry Operator II | | 15.03 |
| 01060   Dispatcher Motor Vehicle | | 19.52 |
| 01070 - Document Preparation Clerk | | 13.55*** |
| 01090 - Duplicating Machine Operator | | 13.55*** |
| 01111 - General Clerk I | | 14.11*** |
| 01112   General Clerk II | | 15.40 |
| 01113 - General Clerk III | | 17.30 |

```
           01120 - Housing Referral Assistant              21.46
           01141 - Messenger Courier                       12.68***
           01191   Order Clerk I                           14.58***
           01192 - Order Clerk II                          15.91
           01261 - Personnel Assistant (Employment) I      17.06
           01262 - Personnel Assistant (Employment) II     19.08
           01263   Personnel Assistant (Employment) III    21.26
           01270 - Production Control Clerk                23.44
           01290 - Rental Clerk                            16.66
           01300 - Scheduler Maintenance                   17.20
           01311   Secretary I                             17.20
           01312 - Secretary II                            19.24
           01313 - Secretary III                           21.46
           01320 - Service Order Dispatcher                17.20
           01410   Supply Technician                       23.84
           01420 - Survey Worker                           16.70
           01460 - Switchboard Operator/Receptionist       13.35***
           01531 - Travel Clerk I                          13.34***
           01532 - Travel Clerk II                         14.25***
           01533 - Travel Clerk III                        15.23
           01611 - Word Processor I                        13.56***
           01612 - Word Processor II                       15.23
           01613   Word Processor III                      17.96
    05000 - Automotive Service Occupations
           05005 - Automobile Body Repairer Fiberglass     21.84
           05010 - Automotive  Electrician                 19.56
           05040   Automotive Glass Installer              18.71
           05070 - Automotive Worker                       19.26
           05110 - Mobile Equipment Servicer               17.02
           05130 - Motor Equipment Metal Mechanic          22.25
           05160   Motor Equipment Metal Worker            18.89
           05190 - Motor Vehicle Mechanic                  20.39
           05220 - Motor Vehicle Mechanic Helper           16.18
           05250 - Motor Vehicle Upholstery Worker         18.39
           05280   Motor Vehicle Wrecker                   19.26
           05310 - Painter Automotive                      20.38
           05340 - Radiator Repair Specialist              19.26
           05370 - Tire Repairer                           16.09
           05400   Transmission Repair Specialist          20.39
    07000 - Food Preparation And Service Occupations
           07010 - Baker                                   12.50***
           07041 - Cook I                                  13.31***
           07042   Cook II                                 15.24
           07070 - Dishwasher                              10.05***
           07130 - Food Service Worker                     10.13***
           07210 - Meat Cutter                             16.26
           07260   Waiter/Waitress                          9.51***
    09000 - Furniture Maintenance And Repair Occupations
           09010 - Electrostatic Spray Painter             16.32
           09040 - Furniture Handler                       11.93***
           09080   Furniture Refinisher                    17.51
           09090 - Furniture Refinisher Helper             13.49***
           09110 - Furniture Repairer Minor                15.50
           09130   Upholsterer                             16.32
    11000   General Services And Support Occupations
           11030 - Cleaner Vehicles                        14.15***
           11060 - Elevator Operator                       13.45***
           11090 - Gardener                                15.02
           11122   Housekeeping Aide                       13.45***
           11150 - Janitor                                 13.45***
           11210 - Laborer Grounds Maintenance             12.01***
           11240 - Maid or Houseman                        10.73***
           11260   Pruner                                  10.89***
           11270 - Tractor Operator                        13.94***
           11330 - Trail Maintenance Worker                12.01***
```

```
11980 - Window Cleaner                                      14.76***
12000 - Health Occupations
    12010 - Ambulance Driver                                18.70
    12011 - Breath Alcohol Technician                       19.39
    12012 - Certified Occupational Therapist Assistant      28.02
    12015 - Certified Physical Therapist Assistant          26.82
    12020   Dental Assistant                                17.16
    12025 - Dental Hygienist                                36.62
    12030 - EKG Technician                                  29.38
    12035 - Electroneurodiagnostic Technologist             29.38
    12040   Emergency Medical Technician                    18.70
    12071 - Licensed Practical Nurse I                      17.34
    12072 - Licensed Practical Nurse II                     19.39
    12073 - Licensed Practical Nurse III                    21.61
    12100   Medical Assistant                               14.19***
    12130 - Medical Laboratory Technician                   24.99
    12160 - Medical Record Clerk                            15.72
    12190 - Medical Record Technician                       18.80
    12195   Medical Transcriptionist                        16.98
    12210 - Nuclear Medicine Technologist                   42.61
    12221 - Nursing Assistant I                             11.90***
    12222 - Nursing Assistant II                            13.37***
    12223 - Nursing Assistant III                           14.59***
    12224 - Nursing Assistant IV                            16.39
    12235 - Optical Dispenser                               20.57
    12236 - Optical Technician                              17.34
    12250   Pharmacy Technician                             16.49
    12280 - Phlebotomist                                    15.34
    12305 - Radiologic Technologist                         25.74
    12311 - Registered Nurse I                              24.15
    12312   Registered Nurse II                             29.54
    12313 - Registered Nurse II Specialist                  29.54
    12314 - Registered Nurse III                            35.75
    12315 - Registered Nurse III Anesthetist                35.75
    12316   Registered Nurse IV                             42.84
    12317 - Scheduler (Drug and Alcohol Testing)            24.02
    12320 - Substance Abuse Treatment Counselor             21.94
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                           19.60
    13012 - Exhibits Specialist II                          24.33
    13013 - Exhibits Specialist III                         29.76
    13041 - Illustrator I                                   19.78
    13042   Illustrator II                                  24.52
    13043 - Illustrator III                                 29.99
    13047 - Librarian                                       29.19
    13050 - Library Aide/Clerk                              11.59***
    13054   Library Information Technology Systems          24.84
    Administrator
    13058 - Library Technician                              18.05
    13061 - Media Specialist I                              17.91
    13062   Media Specialist II                             20.02
    13063   Media Specialist III                            22.33
    13071 - Photographer I                                  15.60
    13072 - Photographer II                                 18.10
    13073   Photographer III                                26.06
    13074 - Photographer IV                                 27.75
    13075 - Photographer V                                  33.59
    13090 - Technical Order Library Clerk                   15.90
    13110   Video Teleconference Technician                 19.00
14000 - Information Technology Occupations
    14041 - Computer Operator I                             17.11
    14042 - Computer Operator II                            19.14
    14043   Computer Operator III                           21.35
    14044 - Computer Operator IV                            23.71
    14045 - Computer Operator V                             26.27
```

```
14071 - Computer Programmer I                            (see 1)
14072 - Computer Programmer II                           (see 1)
14073 - Computer Programmer III                          (see 1)
14074 - Computer Programmer IV                           (see 1)
14101 - Computer Systems Analyst I                       (see 1)
14102 - Computer Systems Analyst II                      (see 1)
14103 - Computer Systems Analyst III                     (see 1)
14150 - Peripheral Equipment Operator                     17.11
14160 - Personal Computer Support Technician              23.71
14170 - System Support Specialist                         28.03
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)   31.20
15020 - Aircrew Training Devices Instructor (Rated)       37.74
15030 - Air Crew Training Devices Instructor (Pilot)      45.23
15050 - Computer Based Training Specialist / Instructor   31.20
15060 - Educational Technologist                          33.00
15070 - Flight Instructor (Pilot)                         45.23
15080 - Graphic Artist                                    25.33
15085 - Maintenance Test Pilot Fixed Jet/Prop             42.91
15086 - Maintenance Test Pilot Rotary Wing                42.91
15088 - Non-Maintenance Test/Co-Pilot                     42.91
15090 - Technical Instructor                              22.83
15095 - Technical Instructor/Course Developer             27.93
15110 - Test Proctor                                      18.43
15120 - Tutor                                             18.43
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                      10.58***
16030 - Counter Attendant                              10.58***
16040 - Dry Cleaner                                    13.17***
16070 - Finisher Flatwork Machine                      10.58***
16090 - Presser Hand                                   10.58***
16110 - Presser Machine Drycleaning                    10.58***
16130 - Presser Machine Shirts                         10.58***
16160 - Presser Machine Wearing Apparel Laundry        10.58***
16190 - Sewing Machine Operator                        14.09***
16220 - Tailor                                            15.02
16250 - Washer Machine                                 11.28***
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                 19.05
19040 - Tool And Die Maker                                22.84
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                 18.58
21030 - Material Coordinator                              23.44
21040 - Material Expediter                                23.44
21050 - Material Handling Laborer                      14.49***
21071 - Order Filler                                      15.47
21080 - Production Line Worker (Food Processing)          18.58
21110 - Shipping Packer                                   16.12
21130 - Shipping/Receiving Clerk                          16.12
21140 - Store Worker I                                 14.10***
21150 - Stock Clerk                                       18.60
21210 - Tools And Parts Attendant                         18.58
21410 - Warehouse Specialist                              18.58
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                       24.66
23019 - Aircraft Logs and Records Technician              20.26
23021 - Aircraft Mechanic I                               23.54
23022 - Aircraft Mechanic II                              24.66
23023 - Aircraft Mechanic III                             25.77
23040 - Aircraft Mechanic Helper                          18.34
23050 - Aircraft Painter                                  22.45
23060 - Aircraft Servicer                                 20.26
23070 - Aircraft Survival Flight Equipment Technician     22.45
23080 - Aircraft Worker                                   21.16
23091 - Aircrew Life Support Equipment (ALSE) Mechanic    21.16
```

```
   23092 - Aircrew Life Support Equipment (ALSE) Mechanic          23.54
   II
   23110 - Appliance Mechanic                                      22.45
   23120 - Bicycle Repairer                                        18.53
   23125 - Cable Splicer                                           34.38
   23130 - Carpenter Maintenance                                   21.04
   23140 - Carpet Layer                                            19.90
   23160 - Electrician Maintenance                                 23.77
   23181 - Electronics Technician Maintenance I                    30.02
   23182 - Electronics Technician Maintenance II                   31.85
   23183 - Electronics Technician Maintenance III                  33.39
   23260 - Fabric Worker                                           19.87
   23290 - Fire Alarm System Mechanic                              23.54
   23310 - Fire Extinguisher Repairer                              18.53
   23311 - Fuel Distribution System Mechanic                       29.57
   23312 - Fuel Distribution System Operator                       22.96
   23370 - General Maintenance Worker                              20.64
   23380 - Ground Support Equipment Mechanic                       23.54
   23381 - Ground Support Equipment Servicer                       20.26
   23382 - Ground Support Equipment Worker                         21.16
   23391 - Gunsmith I                                              18.53
   23392 - Gunsmith II                                             21.16
   23393 - Gunsmith III                                            23.54
   23410 - Heating Ventilation And Air-Conditioning               23.06
   Mechanic
   23411 - Heating Ventilation And Air Contidioning               24.16
   Mechanic (Research Facility)
   23430 - Heavy Equipment Mechanic                                25.78
   23440 - Heavy Equipment Operator                                21.42
   23460 - Instrument Mechanic                                     23.78
   23465 - Laboratory/Shelter Mechanic                             22.45
   23470 - Laborer                                                 14.49***
   23510 - Locksmith                                               22.45
   23530 - Machinery Maintenance Mechanic                          26.59
   23550 - Machinist Maintenance                                   19.94
   23580 - Maintenance Trades Helper                               19.73
   23591 - Metrology Technician I                                  23.78
   23592 - Metrology Technician II                                 24.77
   23593 - Metrology Technician III                                25.80
   23640 - Millwright                                              28.80
   23710 - Office Appliance Repairer                               22.45
   23760 - Painter Maintenance                                     19.75
   23790 - Pipefitter Maintenance                                  27.72
   23810 - Plumber Maintenance                                     24.81
   23820 - Pneudraulic Systems Mechanic                            23.54
   23850 - Rigger                                                  25.11
   23870 - Scale Mechanic                                          21.16
   23890 - Sheet-Metal Worker Maintenance                          24.56
   23910 - Small Engine Mechanic                                   17.17
   23931 - Telecommunications Mechanic I                           25.47
   23932 - Telecommunications Mechanic II                          26.69
   23950 - Telephone Lineman                                       23.52
   23960 - Welder Combination Maintenance                          19.19
   23965 - Well Driller                                            23.54
   23970 - Woodcraft Worker                                        23.54
   23980 - Woodworker                                              18.53
 24000 - Personal Needs Occupations
   24550 - Case Manager                                            16.83
   24570 - Child Care Attendant                                    12.72***
   24580 - Child Care Center Clerk                                 15.85
   24610 - Chore Aide                                              11.24***
   24620 - Family Readiness And Support Services                   16.83
   Coordinator
   24630 - Homemaker                                               16.83
```

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                    23.54
    25040 - Sewage Plant Operator                            22.40
    25070 - Stationary Engineer                              23.54
    25190 - Ventilation Equipment Tender                     17.20
    25210 - Water Treatment Plant Operator                   22.40
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                    20.09
    27007 - Baggage Inspector                                16.17
    27008 - Corrections Officer                              22.37
    27010 - Court Security Officer                           22.95
    27030 - Detection Dog Handler                            18.09
    27040 - Detention Officer                                22.37
    27070 - Firefighter                                      22.50
    27101 - Guard I                                          16.17
    27102 - Guard II                                         18.09
    27131 - Police Officer I                                 24.41
    27132 - Police Officer II                                27.12
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                      12.72***
    28042 - Carnival Equipment Repairer                      13.73***
    28043 - Carnival Worker                                   9.81***
    28210 - Gate Attendant/Gate Tender                       14.63***
    28310 - Lifeguard                                        10.82***
    28350 - Park Attendant (Aide)                            16.36
    28510 - Recreation Aide/Health Facility Attendant        11.94***
    28515 - Recreation Specialist                            20.27
    28630 - Sports Official                                  13.03***
    28690 - Swimming Pool Operator                           17.08
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                               29.46
    29020 - Hatch Tender                                     29.46
    29030 - Line Handler                                     29.46
    29041 - Stevedore I                                      27.60
    29042 - Stevedore II                                     31.25
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)    41.70
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)    28.75
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    31.67
    30021 - Archeological Technician I                       17.11
    30022 - Archeological Technician II                      19.14
    30023 - Archeological Technician III                     23.71
    30030 - Cartographic Technician                          23.71
    30040 - Civil Engineering Technician                     23.79
    30051 - Cryogenic Technician I                           26.26
    30052 - Cryogenic Technician II                          29.00
    30061 - Drafter/CAD Operator I                           17.11
    30062 - Drafter/CAD Operator II                          19.14
    30063 - Drafter/CAD Operator III                         21.33
    30064 - Drafter/CAD Operator IV                          26.26
    30081 - Engineering Technician I                         15.81
    30082 - Engineering Technician II                        17.74
    30083 - Engineering Technician III                       19.84
    30084 - Engineering Technician IV                        24.59
    30085 - Engineering Technician V                         30.08
    30086 - Engineering Technician VI                        36.39
    30090 - Environmental Technician                         21.79
    30095 - Evidence Control Specialist                      23.71
    30210 - Laboratory Technician                            25.16
    30221 - Latent Fingerprint Technician I                  26.26
    30222 - Latent Fingerprint Technician II                 29.00
    30240 - Mathematical Technician                          23.71
    30361 - Paralegal/Legal Assistant I                      19.24
    30362 - Paralegal/Legal Assistant II                     23.84
    30363 - Paralegal/Legal Assistant III                    29.16
```

```
         30984 - Paralegal/Legal Assistant IV                              35.28
         30375 - Petroleum Supply Specialist                               29.00
         30390 - Photo-Optics Technician                                   23.71
         30395 - Radiation Control Technician                              29.00
         30461 - Technical Writer I                                        23.71
         30462 - Technical Writer II                                       29.00
         30463 - Technical Writer III                                      35.09
         30491 - Unexploded Ordnance (UXO) Technician I                    26.50
         30492 - Unexploded Ordnance (UXO) Technician II                   32.06
         30493 - Unexploded Ordnance (UXO) Technician III                  38.43
         30494 - Unexploded (UXO) Safety Escort                            26.50
         30495 - Unexploded (UXO) Sweep Personnel                          26.50
         30501 - Weather Forecaster I                                      26.26
         30502 - Weather Forecaster II                                     31.94
         30620 - Weather Observer Combined Upper Air Or      (see 2)       21.33
         Surface Programs
         30621 - Weather Observer Senior                      (see 2)      23.71
     31000 - Transportation/Mobile Equipment Operation Occupations
         31010 - Airplane Pilot                                            32.06
         31020 - Bus Aide                                                  15.90
         31030 - Bus Driver                                                22.08
         31043 - Driver Courier                                            17.01
         31260 - Parking and Lot Attendant                              14.50***
         31290 - Shuttle Bus Driver                                        19.36
         31310 - Taxi Driver                                            13.13***
         31361 - Truckdriver Light                                         19.36
         31362 - Truckdriver Medium                                        19.70
         31363 - Truckdriver Heavy                                         25.13
         31364 - Truckdriver Tractor-Trailer                               25.13
     99000 - Miscellaneous Occupations
         99020 - Cabin Safety Specialist                                   15.63
         99030 - Cashier                                                9.83***
         99050 - Desk Clerk                                             11.10***
         99095 - Embalmer                                                  32.32
         99130 - Flight Follower                                           26.50
         99251 - Laboratory Animal Caretaker I                          11.12***
         99252 - Laboratory Animal Caretaker II                         11.98***
         99260 - Marketing Analyst                                         26.46
         99310 - Mortician                                                 32.32
         99410 - Pest Controller                                           23.37
         99510 - Photofinishing Worker                                  14.34***
         99710 - Recycling Laborer                                        20.12
         99711 - Recycling Specialist                                      23.78
         99730 - Refuse Collector                                          18.34
         99810 - Sales Clerk                                            12.08***
         99820 - School Crossing Guard                                     15.57
         99830 - Survey Party Chief                                        22.82
         99831 - Surveying Aide                                         13.55***
         99832 - Surveying Technician                                      20.74
         99840 - Vending Machine Attendant                             13.70***
         99841 - Vending Machine Repairer                                  16.39
         99842 - Vending Machine Repairer Helper                       13.70***
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017. If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking. Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors. A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541. Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families. In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees. For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption. Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5119904
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

of each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case 1:25-cv-00609-MRD-PAS  Document 1-2  Filed 06/30/25  Page 54  Page 121 of 227 Page ID #: 2426

```
                    "REGISTER OF WAGE DETERMINATIONS UNDER  |     U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT            |    EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |        WAGE AND HOUR DIVISION
                                            |        WASHINGTON D.C.  20210
                                            |
                                            |
                                            |
                                            |
                                            | Wage Determination No.: 2015-4753
Daniel W. Simms        Division of      |        Revision No.: 20
Director          Wage Determinations|   Date Of Last Revision: 03/15/2022
                                            |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Ohio

Area: Ohio Counties of Crawford Holmes Knox Marion

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.21 |
| 01012 - Accounting Clerk II | | 17.08 |
| 01013 - Accounting Clerk III | | 19.10 |
| 01020 - Administrative Assistant | | 24.09 |
| 01035 - Court Reporter | | 17.96 |
| 01041 - Customer Service Representative I | | 13.07*** |
| 01042 - Customer Service Representative II | | 14.69*** |
| 01043 - Customer Service Representative III | | 16.03 |
| 01051 - Data Entry Operator I | | 13.68*** |
| 01052 - Data Entry Operator II | | 14.99*** |
| 01060 - Dispatcher Motor Vehicle | | 20.79 |
| 01070 - Document Preparation Clerk | | 13.01*** |
| 01090 - Duplicating Machine Operator | | 13.01*** |
| 01111 - General Clerk I | | 13.43*** |
| 01112 - General Clerk II | | 14.66*** |
| 01113 - General Clerk III | | 16.77 |

```
01040 - Housing Referral Assistant                          21.46
01141 - Messenger Courier                                   12.68***
01191   Order Clerk I                                        13.95***
01192 - Order Clerk II                                       15.22
01261 - Personnel Assistant (Employment) I                  17.06
01262 - Personnel Assistant (Employment) II                 19.09
01263   Personnel Assistant (Employment) III                21.27
01270 - Production Control Clerk                             24.48
01290 - Rental Clerk                                         15.39
01300 - Scheduler Maintenance                                17.20
01311   Secretary I                                          17.20
01312 - Secretary II                                         19.24
01313 - Secretary III                                        21.46
01320 - Service Order Dispatcher                             18.59
01410   Supply Technician                                    24.09
01420 - Survey Worker                                        16.70
01460 - Switchboard Operator/Receptionist                   12.96***
01531 - Travel Clerk I                                       14.40***
01532   Travel Clerk II                                      15.35
01533 - Travel Clerk III                                     16.38
01611 - Word Processor I                                     13.88***
01612 - Word Processor II                                    15.59
01613   Word Processor III                                   17.96
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                 21.84
05010 - Automotive  Electrician                              19.56
05040   Automotive Glass Installer                           18.71
05070 - Automotive Worker                                    19.26
05110 - Mobile Equipment Servicer                            17.02
05130 - Motor Equipment Metal Mechanic                       22.25
05160   Motor Equipment Metal Worker                         18.89
05190 - Motor Vehicle Mechanic                               20.39
05220 - Motor Vehicle Mechanic Helper                        16.18
05250 - Motor Vehicle Upholstery Worker                      18.39
05280   Motor Vehicle Wrecker                                19.26
05310 - Painter Automotive                                   20.38
05340 - Radiator Repair Specialist                           19.26
05370 - Tire Repairer                                        15.13
05400   Transmission Repair Specialist                       20.39
07000 - Food Preparation And Service Occupations
07010 - Baker                                                13.47***
07041 - Cook I                                               13.01***
07042   Cook II                                              14.81***
07070 - Dishwasher                                            9.44***
07130 - Food Service Worker                                   9.76***
07210 - Meat Cutter                                          17.19
07260   Waiter/Waitress                                       9.48***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                          17.32
09040 - Furniture Handler                                    11.93***
09080   Furniture Refinisher                                 16.32
09090 - Furniture Refinisher Helper                          13.49***
09110 - Furniture Repairer Minor                             14.89***
09130   Upholsterer                                          16.78
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                     13.58***
11060 - Elevator Operator                                    13.31***
11090 - Gardener                                             17.90
11122   Housekeeping Aide                                    13.31***
11150 - Janitor                                              13.31***
11210 - Laborer Grounds Maintenance                          14.10***
11240 - Maid or Houseman                                     10.51***
11260   Pruner                                               12.82***
11270 - Tractor Operator                                     16.65
11330 - Trail Maintenance Worker                             14.10***
```

11980 - Window Cleaner                                        14.63***
12000 - Health Occupations
    12010 - Ambulance Driver                                  18.25
    12011 - Breath Alcohol Technician                         18.97
    12012 - Certified Occupational Therapist Assistant        28.36
    12015 - Certified Physical Therapist Assistant            27.78
    12020 - Dental Assistant                                  19.96
    12025 - Dental Hygienist                                  36.62
    12030 - EKG Technician                                    28.58
    12035 - Electroneurodiagnostic Technologist               28.58
    12040 - Emergency Medical Technician                      18.25
    12071 - Licensed Practical Nurse I                        16.96
    12072 - Licensed Practical Nurse II                       18.97
    12073 - Licensed Practical Nurse III                      21.14
    12100 - Medical Assistant                                 15.22
    12130 - Medical Laboratory Technician                     27.01
    12160 - Medical Record Clerk                              15.70
    12190 - Medical Record Technician                         18.48
    12195 - Medical Transcriptionist                          18.26
    12210 - Nuclear Medicine Technologist                     35.13
    12221 - Nursing Assistant I                               12.68***
    12222 - Nursing Assistant II                              14.25***
    12223 - Nursing Assistant III                             15.55
    12224 - Nursing Assistant IV                              17.47
    12235 - Optical Dispenser                                 18.52
    12236 - Optical Technician                                16.96
    12250 - Pharmacy Technician                               16.49
    12280 - Phlebotomist                                      15.87
    12305 - Radiologic Technologist                           26.74
    12311 - Registered Nurse I                                24.93
    12312 - Registered Nurse II                               30.49
    12313 - Registered Nurse II Specialist                    30.49
    12314 - Registered Nurse III                              36.90
    12315 - Registered Nurse III Anesthetist                  36.90
    12316 - Registered Nurse IV                               44.22
    12317 - Scheduler (Drug and Alcohol Testing)              23.50
    12320 - Substance Abuse Treatment Counselor               24.33
13000 - Information And Arts Occupations
    13011 - Exhibits Specialist I                             19.60
    13012 - Exhibits Specialist II                            24.33
    13013 - Exhibits Specialist III                           29.76
    13041 - Illustrator I                                     19.78
    13042 - Illustrator II                                    24.52
    13043 - Illustrator III                                   29.99
    13047 - Librarian                                         29.19
    13050 - Library Aide/Clerk                                11.59***
    13054 - Library Information Technology Systems            24.84
    Administrator
    13058 - Library Technician                                18.05
    13061 - Media Specialist I                                17.91
    13062 - Media Specialist II                               20.02
    13063 - Media Specialist III                              22.33
    13071 - Photographer I                                    15.90
    13072 - Photographer II                                   18.10
    13073 - Photographer III                                  26.06
    13074 - Photographer IV                                   27.75
    13075 - Photographer V                                    33.59
    13090 - Technical Order Library Clerk                     15.90
    13110 - Video Teleconference Technician                   19.00
14000 - Information Technology Occupations
    14041 - Computer Operator I                               17.11
    14042 - Computer Operator II                              19.14
    14043 - Computer Operator III                             21.35
    14044 - Computer Operator IV                              23.71
    14045 - Computer Operator V                               26.27

```
14071 - Computer Programmer I              (see 1)
14072 - Computer Programmer II             (see 1)
14073 - Computer Programmer III            (see 1)
14074 - Computer Programmer IV             (see 1)
14101 - Computer Systems Analyst I         (see 1)
14102 - Computer Systems Analyst II        (see 1)
14103 - Computer Systems Analyst III       (see 1)
14150 - Peripheral Equipment Operator             17.11
14160 - Personal Computer Support Technician      23.71
14170 - System Support Specialist                 25.06
15000 - Instructional Occupations
  15010 - Aircrew Training Devices Instructor (Non-Rated)    31.20
  15020 - Aircrew Training Devices Instructor (Rated)        37.74
  15030 - Air Crew Training Devices Instructor (Pilot)       45.23
  15050 - Computer Based Training Specialist / Instructor    31.20
  15060 - Educational Technologist                           31.76
  15070 - Flight Instructor (Pilot)                          45.23
  15080 - Graphic Artist                                     25.33
  15085 - Maintenance Test Pilot Fixed Jet/Prop              42.34
  15086 - Maintenance Test Pilot Rotary Wing                 42.34
  15088 - Non-Maintenance Test/Co-Pilot                      42.34
  15090 - Technical Instructor                               21.28
  15095 - Technical Instructor/Course Developer              26.03
  15110 - Test Proctor                                       17.17
  15120 - Tutor                                              17.17
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
  16010 - Assembler                                   10.58***
  16030 - Counter Attendant                           10.58***
  16040 - Dry Cleaner                                 13.17***
  16070 - Finisher Flatwork Machine                   10.58***
  16090 - Presser Hand                                10.58***
  16110 - Presser Machine Drycleaning                 10.58***
  16130 - Presser Machine Shirts                      10.58***
  16160 - Presser Machine Wearing Apparel Laundry     10.58***
  16190 - Sewing Machine Operator                     14.09***
  16220 - Tailor                                         15.02
  16250 - Washer Machine                              11.28***
19000 - Machine Tool Operation And Repair Occupations
  19010 - Machine-Tool Operator (Tool Room)              19.84
  19040 - Tool And Die Maker                             23.39
21000 - Materials Handling And Packing Occupations
  21020 - Forklift Operator                             18.59
  21030 - Material Coordinator                          24.48
  21040 - Material Expediter                            24.48
  21050 - Material Handling Laborer                   14.95***
  21071 - Order Filler                                  15.47
  21080 - Production Line Worker (Food Processing)      18.59
  21110 - Shipping Packer                               17.07
  21130 - Shipping/Receiving Clerk                      17.07
  21140 - Store Worker I                              14.97***
  21150 - Stock Clerk                                   19.91
  21210 - Tools And Parts Attendant                     18.59
  21410 - Warehouse Specialist                          18.59
23000 - Mechanics And Maintenance And Repair Occupations
  23010 - Aerospace Structural Welder                   24.09
  23019 - Aircraft Logs and Records Technician          20.26
  23021 - Aircraft Mechanic I                           23.13
  23022 - Aircraft Mechanic II                          24.09
  23023 - Aircraft Mechanic III                         25.10
  23040 - Aircraft Mechanic Helper                      18.34
  23050 - Aircraft Painter                              21.34
  23060 - Aircraft Servicer                             20.26
  23070 - Aircraft Survival Flight Equipment Technician 21.34
  23080 - Aircraft Worker                               20.76
  23091 - Aircrew Life Support Equipment (ALSE) Mechanic 20.76
```

Case 1:25-cv-00565-MRD-PAS  Document 1-2  Filed 06/12/25  Page 545 of 1621  PageID #: 2430

```
          23092 - Aircrew Life Support Equipment (ALSE) Mechanic          23.13
          II
          23110 - Appliance Mechanic                                      23.55
          23120 - Bicycle Mechanic                                        18.26
          23125 - Cable Splicer                                           37.15
          23130 - Carpenter Maintenance                                   21.47
          23140 - Carpet Layer                                            21.92
          23160 - Electrician Maintenance                                 25.81
          23181 - Electronics Technician Maintenance I                    26.95
          23182 - Electronics Technician Maintenance II                   28.48
          23183 - Electronics Technician Maintenance III                  29.91
          23260 - Fabric Worker                                           20.89
          23290 - Fire Alarm System Mechanic                              20.07
          23310 - Fire Extinguisher Repairer                              19.57
          23311 - Fuel Distribution System Mechanic                       32.53
          23312 - Fuel Distribution System Operator                       25.41
          23370 - General Maintenance Worker                              19.98
          23380 - Ground Support Equipment Mechanic                       23.13
          23381 - Ground Support Equipment Servicer                       20.26
          23382 - Ground Support Equipment Worker                         20.76
          23391 - Gunsmith I                                              19.57
          23392 - Gunsmith II                                             22.29
          23393 - Gunsmith III                                            24.73
          23410 - Heating Ventilation And Air-Conditioning                21.73
          Mechanic
          23411 - Heating Ventilation And Air Contidioning                22.71
          Mechanic (Research Facility)
          23430 - Heavy Equipment Mechanic                                22.96
          23440 - Heavy Equipment Operator                                26.87
          23460 - Instrument Mechanic                                     24.73
          23465 - Laboratory/Shelter Mechanic                             23.55
          23470 - Laborer                                               14.95***
          23510 - Locksmith                                               21.21
          23530 - Machinery Maintenance Mechanic                          27.29
          23550 - Machinist Maintenance                                   19.03
          23580 - Maintenance Trades Helper                               17.32
          23591 - Metrology Technician I                                  24.73
          23592 - Metrology Technician II                                 25.88
          23593 - Metrology Technician III                                26.92
          23640 - Millwright                                              32.76
          23710 - Office Appliance Repairer                               19.23
          23760 - Painter Maintenance                                     20.74
          23790 - Pipefitter Maintenance                                  25.32
          23810 - Plumber Maintenance                                     22.98
          23820 - Pneudraulic Systems Mechanic                            24.73
          23850 - Rigger                                                  24.73
          23870 - Scale Mechanic                                          22.29
          23890 - Sheet-Metal Worker Maintenance                          22.33
          23910 - Small Engine Mechanic                                   15.61
          23931 - Telecommunications Mechanic I                           25.16
          23932 - Telecommunications Mechanic II                          26.21
          23950 - Telephone Lineman                                       25.52
          23960 - Welder Combination Maintenance                          20.70
          23965 - Well Driller                                            24.73
          23970 - Woodcraft Worker                                        24.73
          23980 - Woodworker                                              19.57
     24000 - Personal Needs Occupations
          24550 - Case Manager                                            16.34
          24570 - Child Care Attendant                                  11.85***
          24580 - Child Care Center Clerk                               14.77***
          24610 - Chore Aide                                           11.61***
          24620 - Family Readiness And Support Services                   16.34
          Coordinator
          24630 - Homemaker                                              16.34
```

25000 - Plant And System Operations Occupations

| | |
|---|---|
| 25010 - Boiler Tender | 26.21 |
| 25040 - Sewage Plant Operator | 23.71 |
| 25070 - Stationary Engineer | 26.21 |
| 25190 - Ventilation Equipment Tender | 19.29 |
| 25210 - Water Treatment Plant Operator | 23.71 |

27000 - Protective Service Occupations

| | |
|---|---|
| 27004 - Alarm Monitor | 19.36 |
| 27007 - Baggage Inspector | 16.98 |
| 27008 - Corrections Officer | 21.90 |
| 27010 - Court Security Officer | 22.95 |
| 27030 - Detection Dog Handler | 18.99 |
| 27040 - Detention Officer | 21.90 |
| 27070 - Firefighter | 22.50 |
| 27101 - Guard I | 16.98 |
| 27102 - Guard II | 18.99 |
| 27131 - Police Officer I | 24.41 |
| 27132 - Police Officer II | 27.12 |

28000 - Recreation Occupations

| | |
|---|---|
| 28041 - Carnival Equipment Operator | 12.60*** |
| 28042 - Carnival Equipment Repairer | 13.54*** |
| 28043 - Carnival Worker | 9.70*** |
| 28210 - Gate Attendant/Gate Tender | 14.00*** |
| 28310 - Lifeguard | 10.82*** |
| 28350 - Park Attendant (Aide) | 15.66 |
| 28510 - Recreation Aide/Health Facility Attendant | 11.36*** |
| 28515 - Recreation Specialist | 18.94 |
| 28630 - Sports Official | 12.47*** |
| 28690 - Swimming Pool Operator | 17.08 |

29000 - Stevedoring/Longshoremen Occupational Services

| | |
|---|---|
| 29010 - Blocker And Bracer | 22.34 |
| 29020 - Hatch Tender | 22.34 |
| 29030 - Line Handler | 22.34 |
| 29041 - Stevedore I | 20.45 |
| 29042 - Stevedore II | 23.43 |

30000 - Technical Occupations

| | |
|---|---|
| 30010 - Air Traffic Control Specialist Center (HFO)    (see 2) | 41.70 |
| 30011 - Air Traffic Control Specialist Station (HFO)   (see 2) | 28.75 |
| 30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) | 31.67 |
| 30021 - Archeological Technician I | 18.48 |
| 30022 - Archeological Technician II | 20.68 |
| 30023 - Archeological Technician III | 25.61 |
| 30030 - Cartographic Technician | 25.61 |
| 30040 - Civil Engineering Technician | 27.78 |
| 30051 - Cryogenic Technician I | 28.36 |
| 30052 - Cryogenic Technician II | 31.32 |
| 30061 - Drafter/CAD Operator I | 18.48 |
| 30062 - Drafter/CAD Operator II | 20.68 |
| 30063 - Drafter/CAD Operator III | 23.04 |
| 30064 - Drafter/CAD Operator IV | 28.36 |
| 30081 - Engineering Technician I | 16.50 |
| 30082 - Engineering Technician II | 18.53 |
| 30083 - Engineering Technician III | 20.72 |
| 30084 - Engineering Technician IV | 25.67 |
| 30085 - Engineering Technician V | 31.40 |
| 30086 - Engineering Technician VI | 38.00 |
| 30090 - Environmental Technician | 22.32 |
| 30095 - Evidence Control Specialist | 25.61 |
| 30210 - Laboratory Technician | 23.42 |
| 30221 - Latent Fingerprint Technician I | 28.36 |
| 30222 - Latent Fingerprint Technician II | 31.32 |
| 30240 - Mathematical Technician | 28.17 |
| 30361 - Paralegal/Legal Assistant I | 18.44 |
| 30362 - Paralegal/Legal Assistant II | 22.84 |
| 30363 - Paralegal/Legal Assistant III | 27.94 |

Case 1:25-cv-00306-MRD-PAS Document 12 Filed 06/25/25 Page 547 of 1321 PageID #: 2432

```
30084 - Paralegal/Legal Assistant IV                           33.80
30375 - Petroleum Supply Specialist                            31.32
30390 - Photo-Optics Technician                                23.15
30395 - Radiation Control Technician                           31.32
30461 - Technical Writer I                                     25.61
30462 - Technical Writer II                                    31.32
30463 - Technical Writer III                                   37.90
30491 - Unexploded Ordnance (UXO) Technician I                 26.50
30492 - Unexploded Ordnance (UXO) Technician II                32.06
30493 - Unexploded Ordnance (UXO) Technician III               38.43
30494 - Unexploded (UXO) Safety Escort                         26.50
30495 - Unexploded (UXO) Sweep Personnel                       26.50
30501 - Weather Forecaster I                                   28.36
30502 - Weather Forecaster II                                  34.50
30620 - Weather Observer Combined Upper Air Or    (see 2)      23.04
Surface Programs
30621 - Weather Observer Senior                   (see 2)      25.61
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                         32.06
31020 - Bus Aide                                               15.20
31030 - Bus Driver                                             21.67
31043 - Driver Courier                                         17.01
31260 - Parking and Lot Attendant                              12.56***
31290 - Shuttle Bus Driver                                     19.36
31310 - Taxi Driver                                            11.67***
31361 - Truckdriver Light                                      19.36
31362 - Truckdriver Medium                                     19.70
31363 - Truckdriver Heavy                                      22.08
31364 - Truckdriver Tractor-Trailer                            22.08
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                15.63
99030 - Cashier                                                10.87***
99050 - Desk Clerk                                             10.30***
99095 - Embalmer                                               28.80
99130 - Flight Follower                                        26.50
99251 - Laboratory Animal Caretaker I                          13.98***
99252 - Laboratory Animal Caretaker II                         15.03
99260 - Marketing Analyst                                      26.54
99310 - Mortician                                              28.92
99410 - Pest Controller                                        17.09
99510 - Photofinishing Worker                                  14.34***
99710 - Recycling Laborer                                      20.57
99711 - Recycling Specialist                                   24.31
99730 - Refuse Collector                                       18.72
99810 - Sales Clerk                                            12.70***
99820 - School Crossing Guard                                  12.88***
99830 - Survey Party Chief                                     22.15
99831 - Surveying Aide                                         13.15***
99832 - Surveying Technician                                   20.13
99840 - Vending Machine Attendant                              16.28
99841 - Vending Machine Repairer                               19.20
99842 - Vending Machine Repairer Helper                        16.28
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.


ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 5 years 4 weeks after 15 years and 5 weeks after 25 years.
  Length of service includes the whole span of continuous service with the present
contractor or successor wherever employed and with the predecessor contractors in
the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of twelve paid holidays per year:  New Year's Day Martin
Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day
Juneteenth National Independence Day Independence Day Labor Day Columbus Day
Veterans' Day Thanksgiving Day and Christmas Day.  A contractor may substitute
for any of the named holidays another day off with pay in accordance with a plan
communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5149908
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

of each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case 1:25-cv-00508-MRD-AS Document 1-2 Filed 06/13/25 Page 552 of 1808 PageID #: 2437

```
                     "REGISTER OF WAGE DETERMINATIONS UNDER  |     U.S. DEPARTMENT OF LABOR
       THE SERVICE CONTRACT ACT           | EMPLOYMENT STANDARDS ADMINISTRATION
      By direction of the Secretary of Labor |        WAGE AND HOUR DIVISION
                                          |        WASHINGTON D.C.   20210
                                          |
                                          |
                                          |
                                          |
 Daniel W. Simms          Division of     | Wage Determination No.: 2015-4727
 Director          Wage Determinations    |       Revision No.: 16
                                          | Date Of Last Revision: 03/15/2022
                                          |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Ohio

Area: Ohio Counties of Cuyahoga Geauga Lake Lorain Medina

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 16.27 |
| 01012 - Accounting Clerk II | | 18.28 |
| 01013 - Accounting Clerk III | | 20.44 |
| 01020 - Administrative Assistant | | 29.01 |
| 01035 - Court Reporter | | 20.56 |
| 01041 - Customer Service Representative I | | 14.77*** |
| 01042 - Customer Service Representative II | | 16.12 |
| 01043 - Customer Service Representative III | | 18.11 |
| 01051 - Data Entry Operator I | | 14.60*** |
| 01052 - Data Entry Operator II | | 15.94 |
| 01060 - Dispatcher Motor Vehicle | | 21.95 |
| 01070 - Document Preparation Clerk | | 15.95 |
| 01090 - Duplicating Machine Operator | | 15.95 |
| 01111 - General Clerk I | | 14.36*** |
| 01112 - General Clerk II | | 15.67 |
| 01113 - General Clerk III | | 17.60 |

```
       01905  - Housing Referral Assistant                   20.67
       01141  - Messenger Courier                            14.33***
       01191 - Order Clerk I                                 15.95
       01192 - Order Clerk II                                17.41
       01261 - Personnel Assistant (Employment) I            17.27
       01262 - Personnel Assistant (Employment) II           19.31
       01263  Personnel Assistant (Employment) III           21.52
       01270 - Production Control Clerk                       24.28
       01290 - Rental Clerk                                   15.48
       01300 - Scheduler Maintenance                          16.58
       01311  Secretary I                                     16.58
       01312  Secretary II                                    18.54
       01313 - Secretary III                                  20.67
       01320 - Service Order Dispatcher                       19.63
       01410  Supply Technician                               29.01
       01420 - Survey Worker                                  16.28
       01460 - Switchboard Operator/Receptionist              14.23***
       01531 - Travel Clerk I                                 16.26
       01532 - Travel Clerk II                                17.34
       01533 - Travel Clerk III                               18.48
       01611 - Word Processor I                               15.22
       01612 - Word Processor II                              17.08
       01613  Word Processor III                              19.11
    05000 - Automotive Service Occupations
       05005 - Automobile Body Repairer Fiberglass            20.43
       05010 - Automotive  Electrician                        20.14
       05040  Automotive Glass Installer                      19.22
       05070 - Automotive Worker                              19.22
       05110 - Mobile Equipment Servicer                      17.27
       05130 - Motor Equipment Metal Mechanic                 21.09
       05160  Motor Equipment Metal Worker                    19.22
       05190 - Motor Vehicle Mechanic                         21.09
       05220 - Motor Vehicle Mechanic Helper                  16.50
       05250 - Motor Vehicle Upholstery Worker                18.14
       05280  Motor Vehicle Wrecker                           19.22
       05310 - Painter Automotive                             20.14
       05340 - Radiator Repair Specialist                     19.22
       05370 - Tire Repairer                                  15.89
       05400  Transmission Repair Specialist                  21.09
    07000 - Food Preparation And Service Occupations
       07010 - Baker                                          12.78***
       07041 - Cook I                                         14.37***
       07042  Cook II                                         16.19
       07070 - Dishwasher                                     10.21***
       07130 - Food Service Worker                            12.00***
       07210 - Meat Cutter                                    19.09
       07260  Waiter/Waitress                                 9.94***
    09000 - Furniture Maintenance And Repair Occupations
       09010 - Electrostatic Spray Painter                    20.60
       09040 - Furniture Handler                              13.89***
       09080  Furniture Refinisher                            20.60
       09090 - Furniture Refinisher Helper                    15.71
       09110 - Furniture Repairer Minor                       17.22
       09130  Upholsterer                                     20.65
    11000  General Services And Support Occupations
       11030 - Cleaner Vehicles                               12.91***
       11060 - Elevator Operator                              12.91***
       11090 - Gardener                                       19.16
       11122  Housekeeping Aide                               13.47***
       11150 - Janitor                                        13.47***
       11210 - Laborer Grounds Maintenance                    15.28
       11240 - Maid or Houseman                               11.51***
       11260  Pruner                                          14.01***
       11270 - Tractor Operator                               17.91
       11330 - Trail Maintenance Worker                       15.28
```

| | | |
|---|---|---|
| 11990 - Window Cleaner | | 14.69*** |
| 12000 - Health Occupations | | |
| 12010 - Ambulance Driver | | 19.29 |
| 12011 - Breath Alcohol Technician | | 21.06 |
| 12012 - Certified Occupational Therapist Assistant | | 29.96 |
| 12015 - Certified Physical Therapist Assistant | | 29.84 |
| 12020 - Dental Assistant | | 19.14 |
| 12025 - Dental Hygienist | | 33.67 |
| 12030 - EKG Technician | | 28.11 |
| 12035 - Electroneurodiagnostic Technologist | | 28.11 |
| 12040 - Emergency Medical Technician | | 19.29 |
| 12071 - Licensed Practical Nurse I | | 18.83 |
| 12072 - Licensed Practical Nurse II | | 21.06 |
| 12073 - Licensed Practical Nurse III | | 23.47 |
| 12100 - Medical Assistant | | 17.62 |
| 12130 - Medical Laboratory Technician | | 28.14 |
| 12160 - Medical Record Clerk | | 21.38 |
| 12190 - Medical Record Technician | | 23.91 |
| 12195 - Medical Transcriptionist | | 20.87 |
| 12210 - Nuclear Medicine Technologist | | 37.66 |
| 12221 - Nursing Assistant I | | 11.83*** |
| 12222 - Nursing Assistant II | | 13.30*** |
| 12223 - Nursing Assistant III | | 14.51*** |
| 12224 - Nursing Assistant IV | | 16.30 |
| 12235 - Optical Dispenser | | 22.28 |
| 12236 - Optical Technician | | 18.22 |
| 12250 - Pharmacy Technician | | 16.89 |
| 12280 - Phlebotomist | | 17.93 |
| 12305 - Radiologic Technologist | | 29.74 |
| 12311 - Registered Nurse I | | 23.42 |
| 12312 - Registered Nurse II | | 28.65 |
| 12313 - Registered Nurse II Specialist | | 28.65 |
| 12314 - Registered Nurse III | | 34.67 |
| 12315 - Registered Nurse III Anesthetist | | 34.67 |
| 12316 - Registered Nurse IV | | 41.55 |
| 12317 - Scheduler (Drug and Alcohol Testing) | | 26.09 |
| 12320 - Substance Abuse Treatment Counselor | | 23.07 |
| 13000 - Information And Arts Occupations | | |
| 13011 - Exhibits Specialist I | | 21.28 |
| 13012 - Exhibits Specialist II | | 26.36 |
| 13013 - Exhibits Specialist III | | 32.24 |
| 13041 - Illustrator I | | 21.08 |
| 13042 - Illustrator II | | 26.12 |
| 13043 - Illustrator III | | 31.95 |
| 13047 - Librarian | | 29.41 |
| 13050 - Library Aide/Clerk | | 13.52*** |
| 13054 - Library Information Technology Systems Administrator | | 24.42 |
| 13058 - Library Technician | | 19.83 |
| 13061 - Media Specialist I | | 17.87 |
| 13062 - Media Specialist II | | 20.00 |
| 13063 - Media Specialist III | | 22.30 |
| 13071 - Photographer I | | 18.04 |
| 13072 - Photographer II | | 20.18 |
| 13073 - Photographer III | | 25.00 |
| 13074 - Photographer IV | | 30.58 |
| 13075 - Photographer V | | 37.01 |
| 13090 - Technical Order Library Clerk | | 16.98 |
| 13110 - Video Teleconference Technician | | 23.18 |
| 14000 - Information Technology Occupations | | |
| 14041 - Computer Operator I | | 17.68 |
| 14042 - Computer Operator II | | 19.78 |
| 14043 - Computer Operator III | | 22.04 |
| 14044 - Computer Operator IV | | 24.90 |
| 14045 - Computer Operator V | | 27.57 |

```
14071 - Computer Programmer I              (see 1)              22.57
14072 - Computer Programmer II             (see 1)
14073 - Computer Programmer III            (see 1)
14074 - Computer Programmer IV             (see 1)
14101 - Computer Systems Analyst I         (see 1)
14102 - Computer Systems Analyst II        (see 1)
14103 - Computer Systems Analyst III       (see 1)
14150 - Peripheral Equipment Operator                           17.68
14160 - Personal Computer Support Technician                    24.90
14170 - System Support Specialist                               29.00
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)     28.53
    15020 - Aircrew Training Devices Instructor (Rated)         35.35
    15030 - Air Crew Training Devices Instructor (Pilot)        41.38
    15050 - Computer Based Training Specialist / Instructor     30.23
    15060 - Educational Technologist                            35.57
    15070 - Flight Instructor (Pilot)                           41.38
    15080 - Graphic Artist                                      24.34
    15085 - Maintenance Test Pilot Fixed Jet/Prop               39.10
    15086 - Maintenance Test Pilot Rotary Wing                  39.10
    15088 - Non-Maintenance Test/Co-Pilot                       39.10
    15090 - Technical Instructor                                24.57
    15095 - Technical Instructor/Course Developer               30.06
    15110 - Test Proctor                                        19.84
    15120 - Tutor                                               19.84
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                        10.57***
    16030 - Counter Attendant                                10.57***
    16040 - Dry Cleaner                                      13.13***
    16070 - Finisher Flatwork Machine                        10.57***
    16090 - Presser Hand                                     10.57***
    16110 - Presser Machine Drycleaning                      10.57***
    16130 - Presser Machine Shirts                           10.57***
    16160 - Presser Machine Wearing Apparel Laundry          10.57***
    16190 - Sewing Machine Operator                          14.07***
    16220 - Tailor                                              15.00
    16250 - Washer Machine                                   11.26***
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                   23.45
    19040 - Tool And Die Maker                                  27.31
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                   18.13
    21030 - Material Coordinator                                24.28
    21040 - Material Expediter                                  24.28
    21050 - Material Handling Laborer                        14.93***
    21071 - Order Filler                                     13.69***
    21080 - Production Line Worker (Food Processing)            18.13
    21110 - Shipping Packer                                     16.73
    21130 - Shipping/Receiving Clerk                            16.73
    21140 - Store Worker I                                      16.43
    21150 - Stock Clerk                                         21.54
    21210 - Tools And Parts Attendant                           18.13
    21410 - Warehouse Specialist                                18.13
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                         35.17
    23019 - Aircraft Logs and Records Technician                29.02
    23021 - Aircraft Mechanic I                                 33.74
    23022 - Aircraft Mechanic II                                35.17
    23023 - Aircraft Mechanic III                               36.49
    23040 - Aircraft Mechanic Helper                            25.52
    23050 - Aircraft Painter                                    32.21
    23060 - Aircraft Servicer                                   29.02
    23070 - Aircraft Survival Flight Equipment Technician       32.21
    23080 - Aircraft Worker                                     30.75
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic      30.75
```

```
23092 - Aircrew Life Support Equipment (ALSE) Mechanic        33.74
II
23110 - Appliance Mechanic                                    21.53
23120 - Bicycle Repairer                                      23.11
23125 - Cable Splicer                                         37.19
23130 - Carpenter Maintenance                                 26.83
23140 - Carpet Layer                                          25.85
23160 - Electrician Maintenance                               30.50
23181 - Electronics Technician Maintenance I                  27.54
23182 - Electronics Technician Maintenance II                 28.85
23183 - Electronics Technician Maintenance III                30.22
23260 - Fabric Worker                                         24.56
23290 - Fire Alarm System Mechanic                            24.52
23310 - Fire Extinguisher Repairer                            23.11
23311 - Fuel Distribution System Mechanic                     36.16
23312 - Fuel Distribution System Operator                     29.26
23370 - General Maintenance Worker                            19.81
23380 - Ground Support Equipment Mechanic                     33.74
23381 - Ground Support Equipment Servicer                     29.02
23382 - Ground Support Equipment Worker                       30.75
23391 - Gunsmith I                                            23.11
23392 - Gunsmith II                                           26.03
23393 - Gunsmith III                                          28.56
23410 - Heating Ventilation And Air-Conditioning              25.82
Mechanic
23411 - Heating Ventilation And Air Contidioning              26.91
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                              29.20
23440 - Heavy Equipment Operator                              32.86
23460 - Instrument Mechanic                                   30.09
23465 - Laboratory/Shelter Mechanic                          27.26
23470 - Laborer                                            14.93***
23510 - Locksmith                                             20.60
23530 - Machinery Maintenance Mechanic                        26.87
23550 - Machinist Maintenance                                 21.77
23580 - Maintenance Trades Helper                             17.59
23591 - Metrology Technician I                                30.09
23592 - Metrology Technician II                               31.37
23593 - Metrology Technician III                              32.54
23640 - Millwright                                            33.74
23710 - Office Appliance Repairer                             21.04
23760 - Painter Maintenance                                   21.74
23790 - Pipefitter Maintenance                                32.98
23810 - Plumber Maintenance                                   31.49
23820 - Pneudraulic Systems Mechanic                          28.56
23850 - Rigger                                                28.56
23870 - Scale Mechanic                                        26.03
23890 - Sheet-Metal Worker Maintenance                        31.32
23910 - Small Engine Mechanic                                 20.81
23931 - Telecommunications Mechanic I                         27.63
23932 - Telecommunications Mechanic II                        28.81
23950 - Telephone Lineman                                     24.10
23960 - Welder Combination Maintenance                        19.81
23965 - Well Driller                                          28.56
23970 - Woodcraft Worker                                      28.56
23980 - Woodworker                                            23.11
24000 - Personal Needs Occupations
24550 - Case Manager                                          18.03
24570 - Child Care Attendant                              12.25***
24580 - Child Care Center Clerk                               15.29
24610 - Chore Aide                                        11.23***
24620 - Family Readiness And Support Services                 18.03
Coordinator
24630 - Homemaker                                             18.03
```

25010 - Boiler Tender                                              30.98
25040 - Sewage Plant Operator                                     26.41
25070 - Stationary Engineer                                       30.98
25190 - Ventilation Equipment Tender                              23.43
25210 - Water Treatment Plant Operator                            26.41
27000 - Protective Service Occupations
27004 - Alarm Monitor                                             24.41
27007 - Baggage Inspector                                         13.65***
27008 - Corrections Officer                                       22.76
27010 - Court Security Officer                                    25.30
27030 - Detection Dog Handler                                     16.31
27040 - Detention Officer                                         22.76
27070 - Firefighter                                               27.86
27101 - Guard I                                                   13.65***
27102 - Guard II                                                  16.31
27131 - Police Officer I                                          27.50
27132 - Police Officer II                                         30.57
28000 - Recreation Occupations
28041 - Carnival Equipment Operator                               12.39***
28042 - Carnival Equipment Repairer                               13.25***
28043 - Carnival Worker                                           9.69***
28210 - Gate Attendant/Gate Tender                                16.44
28310 - Lifeguard                                                 11.34***
28350 - Park Attendant (Aide)                                     18.38
28510 - Recreation Aide/Health Facility Attendant                 13.41***
28515 - Recreation Specialist                                     22.77
28630 - Sports Official                                           14.63***
28690 - Swimming Pool Operator                                    18.62
29000 - Stevedoring/Longshoremen Occupational Services
29010 - Blocker And Bracer                                        23.14
29020 - Hatch Tender                                              23.14
29030 - Line Handler                                              23.14
29041 - Stevedore I                                               21.84
29042 - Stevedore II                                              24.24
30000 - Technical Occupations
30010 - Air Traffic Control Specialist Center (HFO)   (see 2)     41.98
30011 - Air Traffic Control Specialist Station (HFO)  (see 2)     28.95
30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)     31.88
30021 - Archeological Technician I                                18.50
30022 - Archeological Technician II                               20.69
30023 - Archeological Technician III                              25.63
30030 - Cartographic Technician                                   25.63
30040 - Civil Engineering Technician                              29.20
30051 - Cryogenic Technician I                                    28.40
30052 - Cryogenic Technician II                                   31.36
30061 - Drafter/CAD Operator I                                    18.50
30062 - Drafter/CAD Operator II                                   20.69
30063 - Drafter/CAD Operator III                                  23.07
30064 - Drafter/CAD Operator IV                                   28.40
30081 - Engineering Technician I                                  16.70
30082 - Engineering Technician II                                 18.75
30083 - Engineering Technician III                                20.98
30084 - Engineering Technician IV                                 25.99
30085 - Engineering Technician V                                  31.78
30086 - Engineering Technician VI                                 38.46
30090 - Environmental Technician                                  24.72
30095 - Evidence Control Specialist                               25.63
30210 - Laboratory Technician                                     25.09
30221 - Latent Fingerprint Technician I                           26.95
30222 - Latent Fingerprint Technician II                          29.77
30240 - Mathematical Technician                                   30.64
30361 - Paralegal/Legal Assistant I                               18.72
30362 - Paralegal/Legal Assistant II                              23.34
30363 - Paralegal/Legal Assistant III                             30.33

```
        30083 - Paralegal/Legal Assistant IV                          36.70
        30375 - Petroleum Supply Specialist                           31.36
        30390 - Photo-Optics Technician                               25.63
        30395 - Radiation Control Technician                          31.36
        30461 - Technical Writer I                                    30.39
        30462 - Technical Writer II                                   31.61
        30463 - Technical Writer III                                  33.66
        30491 - Unexploded Ordnance (UXO) Technician I                26.68
        30492 - Unexploded Ordnance (UXO) Technician II               32.28
        30493 - Unexploded Ordnance (UXO) Technician III              38.69
        30494 - Unexploded (UXO) Safety Escort                        26.68
        30495 - Unexploded (UXO) Sweep Personnel                      26.68
        30501 - Weather Forecaster I                                  28.40
        30502 - Weather Forecaster II                                 34.54
        30620 - Weather Observer Combined Upper Air Or    (see 2)     23.15
    Surface Programs
        30621 - Weather Observer Senior                  (see 2)     25.63
    31000 - Transportation/Mobile Equipment Operation Occupations
        31010 - Airplane Pilot                                        32.28
        31020 - Bus Aide                                              18.39
        31030 - Bus Driver                                            24.52
        31043 - Driver Courier                                        16.21
        31260 - Parking and Lot Attendant                         10.86***
        31290 - Shuttle Bus Driver                                    16.42
        31310 - Taxi Driver                                        12.67***
        31361 - Truckdriver Light                                     17.34
        31362 - Truckdriver Medium                                    19.05
        31363 - Truckdriver Heavy                                     23.70
        31364 - Truckdriver Tractor-Trailer                           23.70
    99000 - Miscellaneous Occupations
        99020 - Cabin Safety Specialist                               15.74
        99030 - Cashier                                            11.18***
        99050 - Desk Clerk                                         11.52***
        99095 - Embalmer                                              33.31
        99130 - Flight Follower                                       26.68
        99251 - Laboratory Animal Caretaker I                      13.40***
        99252 - Laboratory Animal Caretaker II                     14.33***
        99260 - Marketing Analyst                                     30.16
        99310 - Mortician                                             33.31
        99410 - Pest Controller                                       17.63
        99510 - Photofinishing Worker                                 16.37
        99710 - Recycling Laborer                                     23.87
        99711 - Recycling Specialist                                  27.97
        99730 - Refuse Collector                                      21.88
        99810 - Sales Clerk                                        12.24***
        99820 - School Crossing Guard                                 15.26
        99830 - Survey Party Chief                                    29.50
        99831 - Surveying Aide                                        16.83
        99832 - Surveying Technician                                  25.27
        99840 - Vending Machine Attendant                         13.42***
        99841 - Vending Machine Repairer                              15.94
        99842 - Vending Machine Repairer Helper                    13.42***
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.


ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:


HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month


HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*


*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.


VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 5 years and 4 weeks after 15 years.  Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)


HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:


1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.


Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5184905
Reviewer: Carol M.

satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).


2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5149908
Reviewer: Carol M.

affirmative proof as to actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
                          "REGISTER OF WAGE DETERMINATIONS UNDER  |    U.S. DEPARTMENT OF LABOR
                              THE SERVICE CONTRACT ACT             | EMPLOYMENT STANDARDS ADMINISTRATION
                          By direction of the Secretary of Labor   |       WAGE AND HOUR DIVISION
                                                                   |         WASHINGTON D.C.  20210
                                                                   |
                                                                   |
                                                                   |
                                                                   |
                                                                   | Wage Determination No.: 2015-4741
                          Daniel W. Simms         Division of      |         Revision No.: 16
                          Director            Wage Determinations  | Date Of Last Revision: 03/15/2022
                                                                   |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Ohio

Area: Ohio Counties of Fulton Lucas Wood

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.12 |
| 01012 - Accounting Clerk II | | 16.98 |
| 01013 - Accounting Clerk III | | 18.99 |
| 01020 - Administrative Assistant | | 27.11 |
| 01035 - Court Reporter | | 27.57 |
| 01041 - Customer Service Representative I | | 13.63*** |
| 01042 - Customer Service Representative II | | 14.88*** |
| 01043 - Customer Service Representative III | | 16.71 |
| 01051 - Data Entry Operator I | | 15.25 |
| 01052 - Data Entry Operator II | | 16.64 |
| 01060 - Dispatcher Motor Vehicle | | 18.33 |
| 01070 - Document Preparation Clerk | | 16.22 |
| 01090 - Duplicating Machine Operator | | 16.22 |
| 01111 - General Clerk I | | 13.66*** |
| 01112 - General Clerk II | | 14.91*** |
| 01113 - General Clerk III | | 16.75 |

```
01140 - Housing Referral Assistant                        19.84
01141 - Messenger Courier                                 13.85***
01191   Order Clerk I                                      13.68***
01192 - Order Clerk II                                     14.93***
01261 - Personnel Assistant (Employment) I                16.54
01262 - Personnel Assistant (Employment) II               18.51
01263   Personnel Assistant (Employment) III              20.63
01270 - Production Control Clerk                           23.04
01290 - Rental Clerk                                       10.82***
01300 - Scheduler Maintenance                              15.92
01311   Secretary I                                        15.92
01312 - Secretary II                                       17.80
01313 - Secretary III                                      19.84
01320 - Service Order Dispatcher                           16.38
01410   Supply Technician                                  27.11
01420 - Survey Worker                                      15.51
01460 - Switchboard Operator/Receptionist                 14.13***
01531 - Travel Clerk I                                     15.16
01532 - Travel Clerk II                                    16.47
01533 - Travel Clerk III                                   17.83
01611 - Word Processor I                                   15.52
01612 - Word Processor II                                  17.42
01613   Word Processor III                                 19.49
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass               19.15
05010 - Automotive  Electrician                            20.16
05040   Automotive Glass Installer                         19.49
05070 - Automotive Worker                                  19.49
05110 - Mobile Equipment Servicer                          17.79
05130 - Motor Equipment Metal Mechanic                     21.21
05160   Motor Equipment Metal Worker                       19.75
05190 - Motor Vehicle Mechanic                             20.76
05220 - Motor Vehicle Mechanic Helper                      16.68
05250 - Motor Vehicle Upholstery Worker                    19.09
05280   Motor Vehicle Wrecker                              20.36
05310 - Painter Automotive                                 20.16
05340 - Radiator Repair Specialist                         19.75
05370 - Tire Repairer                                      17.79
05400   Transmission Repair Specialist                     21.07
07000 - Food Preparation And Service Occupations
07010 - Baker                                              11.70***
07041 - Cook I                                             13.87***
07042   Cook II                                            15.20
07070 - Dishwasher                                         10.25***
07130 - Food Service Worker                                11.20***
07210 - Meat Cutter                                        17.26
07260   Waiter/Waitress                                     9.52***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                        19.45
09040 - Furniture Handler                                  15.55
09080   Furniture Refinisher                               19.45
09090 - Furniture Refinisher Helper                        16.96
09110 - Furniture Repairer Minor                           18.18
09130   Upholsterer                                        20.56
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                   11.95***
11060 - Elevator Operator                                  12.91***
11090 - Gardener                                           18.16
11122   Housekeeping Aide                                  12.91***
11150 - Janitor                                            12.91***
11210 - Laborer Grounds Maintenance                        14.77***
11240 - Maid or Houseman                                   11.09***
11260   Pruner                                             13.63***
11270 - Tractor Operator                                   17.03
11330 - Trail Maintenance Worker                           14.77***
```

| | | |
|---|---|---|
| 11990 - Window Cleaner | | 13.99*** |
| 12000 - Health Occupations | | |
| 12010 - Ambulance Driver | | 16.98 |
| 12011 - Breath Alcohol Technician | | 20.25 |
| 12012 - Certified Occupational Therapist Assistant | | 28.26 |
| 12015 - Certified Physical Therapist Assistant | | 27.81 |
| 12020 - Dental Assistant | | 17.66 |
| 12025 - Dental Hygienist | | 31.44 |
| 12030 - EKG Technician | | 28.32 |
| 12035 - Electroneurodiagnostic Technologist | | 28.32 |
| 12040 - Emergency Medical Technician | | 16.98 |
| 12071 - Licensed Practical Nurse I | | 18.11 |
| 12072 - Licensed Practical Nurse II | | 20.25 |
| 12073 - Licensed Practical Nurse III | | 22.57 |
| 12100 - Medical Assistant | | 15.51 |
| 12130 - Medical Laboratory Technician | | 27.03 |
| 12160 - Medical Record Clerk | | 18.37 |
| 12190 - Medical Record Technician | | 20.54 |
| 12195 - Medical Transcriptionist | | 18.46 |
| 12210 - Nuclear Medicine Technologist | | 34.68 |
| 12221 - Nursing Assistant I | | 11.65*** |
| 12222 - Nursing Assistant II | | 13.10*** |
| 12223 - Nursing Assistant III | | 14.29*** |
| 12224 - Nursing Assistant IV | | 16.04 |
| 12235 - Optical Dispenser | | 21.47 |
| 12236 - Optical Technician | | 18.11 |
| 12250 - Pharmacy Technician | | 14.88*** |
| 12280 - Phlebotomist | | 17.56 |
| 12305 - Radiologic Technologist | | 28.45 |
| 12311 - Registered Nurse I | | 21.83 |
| 12312 - Registered Nurse II | | 26.70 |
| 12313 - Registered Nurse II Specialist | | 26.70 |
| 12314 - Registered Nurse III | | 32.30 |
| 12315 - Registered Nurse III Anesthetist | | 32.30 |
| 12316 - Registered Nurse IV | | 38.71 |
| 12317 - Scheduler (Drug and Alcohol Testing) | | 25.08 |
| 12320 - Substance Abuse Treatment Counselor | | 22.09 |
| 13000 - Information And Arts Occupations | | |
| 13011 - Exhibits Specialist I | | 20.83 |
| 13012 - Exhibits Specialist II | | 25.80 |
| 13013 - Exhibits Specialist III | | 31.56 |
| 13041 - Illustrator I | | 20.83 |
| 13042 - Illustrator II | | 25.80 |
| 13043 - Illustrator III | | 31.56 |
| 13047 - Librarian | | 28.58 |
| 13050 - Library Aide/Clerk | | 15.13 |
| 13054 - Library Information Technology Systems Administrator | | 25.80 |
| 13058 - Library Technician | | 18.70 |
| 13061 - Media Specialist I | | 18.62 |
| 13062 - Media Specialist II | | 20.83 |
| 13063 - Media Specialist III | | 23.21 |
| 13071 - Photographer I | | 15.63 |
| 13072 - Photographer II | | 17.48 |
| 13073 - Photographer III | | 22.08 |
| 13074 - Photographer IV | | 26.49 |
| 13075 - Photographer V | | 32.06 |
| 13090 - Technical Order Library Clerk | | 19.04 |
| 13110 - Video Teleconference Technician | | 19.85 |
| 14000 - Information Technology Occupations | | |
| 14041 - Computer Operator I | | 17.23 |
| 14042 - Computer Operator II | | 19.27 |
| 14043 - Computer Operator III | | 21.67 |
| 14044 - Computer Operator IV | | 25.22 |
| 14045 - Computer Operator V | | 26.63 |

```
14071 - Computer Programmer I                    (see 1)              20.19
14072 - Computer Programmer II                   (see 1)              26.06
14073 - Computer Programmer III                  (see 1)
14074 - Computer Programmer IV                   (see 1)
14101 - Computer Systems Analyst I               (see 1)
14102 - Computer Systems Analyst II              (see 1)
14103 - Computer Systems Analyst III             (see 1)
14150 - Peripheral Equipment Operator                                 17.23
14160 - Personal Computer Support Technician                          27.66
14170 - System Support Specialist                                     28.32
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)           30.49
    15020 - Aircrew Training Devices Instructor (Rated)               36.90
    15030 - Air Crew Training Devices Instructor (Pilot)              44.22
    15050 - Computer Based Training Specialist / Instructor           30.49
    15060 - Educational Technologist                                  27.95
    15070 - Flight Instructor (Pilot)                                 44.22
    15080 - Graphic Artist                                            21.28
    15085 - Maintenance Test Pilot Fixed Jet/Prop          44.22
    15086 - Maintenance Test Pilot Rotary Wing             44.22
    15088 - Non-Maintenance Test/Co-Pilot                             44.22
    15090 - Technical Instructor                                      22.48
    15095 - Technical Instructor/Course Developer                     27.50
    15110 - Test Proctor                                              18.15
    15120 - Tutor                                                     18.15
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                          11.37***
    16030 - Counter Attendant                                 11.37***
    16040 - Dry Cleaner                                       14.94***
    16070 - Finisher Flatwork Machine                         11.37***
    16090 - Presser Hand                                      11.37***
    16110 - Presser Machine Drycleaning                       11.37***
    16130 - Presser Machine Shirts                            11.37***
    16160 - Presser Machine Wearing Apparel Laundry           11.37***
    16190 - Sewing Machine Operator                                   16.20
    16220 - Tailor                                                    17.42
    16250 - Washer Machine                                    12.60***
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                         25.88
    19040 - Tool And Die Maker                                        29.71
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                         18.24
    21030 - Material Coordinator                                      23.04
    21040 - Material Expediter                                        23.04
    21050 - Material Handling Laborer                                 17.63
    21071 - Order Filler                                      13.13***
    21080 - Production Line Worker (Food Processing)                  18.24
    21110 - Shipping Packer                                           17.67
    21130 - Shipping/Receiving Clerk                                  17.67
    21140 - Store Worker I                                            18.74
    21150 - Stock Clerk                                               23.83
    21210 - Tools And Parts Attendant                                 18.24
    21410 - Warehouse Specialist                                      18.24
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                               35.20
    23019 - Aircraft Logs and Records Technician                      30.03
    23021 - Aircraft Mechanic I                                       34.07
    23022 - Aircraft Mechanic II                                      35.20
    23023 - Aircraft Mechanic III                                     36.55
    23040 - Aircraft Mechanic Helper                                  26.79
    23050 - Aircraft Painter                                          32.38
    23060 - Aircraft Servicer                                         30.03
    23070 - Aircraft Survival Flight Equipment Technician             32.38
    23080 - Aircraft Worker                                           31.31
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic            31.31
```

```
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic        34.07
    II
    23110 - Appliance Mechanic                                    22.65
    23120 - Bicycle Repairer                                      24.43
    23125 - Cable Splicer                                         37.65
    23130 - Carpenter Maintenance                                 27.21
    23140 - Carpet Layer                                          26.97
    23160 - Electrician Maintenance                               34.90
    23181 - Electronics Technician Maintenance I                  33.29
    23182 - Electronics Technician Maintenance II                 34.43
    23183 - Electronics Technician Maintenance III                36.23
    23260 - Fabric Worker                                         25.68
    23290 - Fire Alarm System Mechanic                            24.06
    23310 - Fire Extinguisher Repairer                            24.43
    23311 - Fuel Distribution System Mechanic                     36.24
    23312 - Fuel Distribution System Operator                     30.39
    23370 - General Maintenance Worker                            20.11
    23380 - Ground Support Equipment Mechanic                     34.07
    23381 - Ground Support Equipment Servicer                     30.03
    23382 - Ground Support Equipment Worker                       31.31
    23391 - Gunsmith I                                            24.43
    23392 - Gunsmith II                                           26.77
    23393 - Gunsmith III                                          29.13
    23410 - Heating Ventilation And Air-Conditioning              25.73
    Mechanic
    23411 - Heating Ventilation And Air Contidioning              26.59
    Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                              28.83
    23440 - Heavy Equipment Operator                              32.11
    23460 - Instrument Mechanic                                   29.13
    23465 - Laboratory/Shelter Mechanic                           27.69
    23470 - Laborer                                               18.30
    23510 - Locksmith                                             27.69
    23530 - Machinery Maintenance Mechanic                        30.09
    23550 - Machinist Maintenance                                 26.89
    23580 - Maintenance Trades Helper                             16.96
    23591 - Metrology Technician I                                29.13
    23592 - Metrology Technician II                               30.10
    23593 - Metrology Technician III                              31.25
    23640 - Millwright                                            32.42
    23710 - Office Appliance Repairer                             21.65
    23760 - Painter Maintenance                                   22.17
    23790 - Pipefitter Maintenance                                36.90
    23810 - Plumber Maintenance                                   34.58
    23820 - Pneudraulic Systems Mechanic                          29.13
    23850 - Rigger                                                29.13
    23870 - Scale Mechanic                                        26.77
    23890 - Sheet-Metal Worker Maintenance                        34.50
    23910 - Small Engine Mechanic                                 18.81
    23931 - Telecommunications Mechanic I                         26.19
    23932 - Telecommunications Mechanic II                        27.06
    23950 - Telephone Lineman                                     24.18
    23960 - Welder Combination Maintenance                        20.01
    23965 - Well Driller                                          29.13
    23970 - Woodcraft Worker                                      29.13
    23980 - Woodworker                                            24.43
  24000 - Personal Needs Occupations
    24550 - Case Manager                                          18.23
    24570 - Child Care Attendant                               11.46***
    24580 - Child Care Center Clerk                            14.28***
    24610 - Chore Aide                                         11.47***
    24620 - Family Readiness And Support Services                 18.23
    Coordinator
    24630 - Homemaker                                             18.23
```

24000 - Plant And System Operations Occupations
 25010 - Boiler Tender 31.47
 25040 - Sewage Plant Operator 24.74
 25070 - Stationary Engineer 31.47
 25190 - Ventilation Equipment Tender 24.75
 25210 - Water Treatment Plant Operator 24.74
27000 - Protective Service Occupations
 27004 - Alarm Monitor 24.61
 27007 - Baggage Inspector 12.56***
 27008 - Corrections Officer 23.23
 27010 - Court Security Officer 25.44
 27030 - Detection Dog Handler 16.27
 27040 - Detention Officer 23.23
 27070 - Firefighter 27.65
 27101 - Guard I 12.56***
 27102 - Guard II 16.27
 27131 - Police Officer I 28.13
 27132 - Police Officer II 31.26
28000 - Recreation Occupations
 28041 - Carnival Equipment Operator 12.35***
 28042 - Carnival Equipment Repairer 13.17***
 28043 - Carnival Worker 10.08***
 28210 - Gate Attendant/Gate Tender 15.42
 28310 - Lifeguard 11.90***
 28350 - Park Attendant (Aide) 17.26
 28510 - Recreation Aide/Health Facility Attendant 12.58***
 28515 - Recreation Specialist 21.36
 28630 - Sports Official 13.74***
 28690 - Swimming Pool Operator 16.62
29000 - Stevedoring/Longshoremen Occupational Services
 29010 - Blocker And Bracer 24.65
 29020 - Hatch Tender 24.65
 29030 - Line Handler 24.65
 29041 - Stevedore I 23.64
 29042 - Stevedore II 25.66
30000 - Technical Occupations
 30010 - Air Traffic Control Specialist Center (HFO) (see 2) 40.29
 30011 - Air Traffic Control Specialist Station (HFO) (see 2) 27.78
 30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 30.59
 30021 - Archeological Technician I 17.40
 30022 - Archeological Technician II 19.46
 30023 - Archeological Technician III 24.11
 30030 - Cartographic Technician 24.11
 30040 - Civil Engineering Technician 26.38
 30051 - Cryogenic Technician I 26.70
 30052 - Cryogenic Technician II 29.49
 30061 - Drafter/CAD Operator I 17.40
 30062 - Drafter/CAD Operator II 19.46
 30063 - Drafter/CAD Operator III 21.69
 30064 - Drafter/CAD Operator IV 26.70
 30081 - Engineering Technician I 16.55
 30082 - Engineering Technician II 18.58
 30083 - Engineering Technician III 20.79
 30084 - Engineering Technician IV 25.75
 30085 - Engineering Technician V 31.50
 30086 - Engineering Technician VI 38.12
 30090 - Environmental Technician 19.26
 30095 - Evidence Control Specialist 24.11
 30210 - Laboratory Technician 25.61
 30221 - Latent Fingerprint Technician I 32.56
 30222 - Latent Fingerprint Technician II 35.96
 30240 - Mathematical Technician 23.79
 30361 - Paralegal/Legal Assistant I 20.21
 30362 - Paralegal/Legal Assistant II 25.04
 30363 - Paralegal/Legal Assistant III 30.63

```
       30984 - Paralegal/Legal Assistant IV                        37.06
       30375 - Petroleum Supply Specialist                         29.49
       30390 - Photo-Optics Technician                             24.11
       30395 - Radiation Control Technician                        29.49
       30461 - Technical Writer I                                  22.52
       30462 - Technical Writer II                                 27.53
       30463 - Technical Writer III                                33.32
       30491 - Unexploded Ordnance (UXO) Technician I              25.60
       30492 - Unexploded Ordnance (UXO) Technician II             30.98
       30493 - Unexploded Ordnance (UXO) Technician III            37.13
       30494 - Unexploded (UXO) Safety Escort                      25.60
       30495 - Unexploded (UXO) Sweep Personnel                    25.60
       30501 - Weather Forecaster I                                26.70
       30502 - Weather Forecaster II                               32.48
       30620 - Weather Observer Combined Upper Air Or   (see 2)    21.69
Surface Programs
       30621 - Weather Observer Senior                 (see 2)     24.11
  31000 - Transportation/Mobile Equipment Operation Occupations
       31010 - Airplane Pilot                                      30.98
       31020 - Bus Aide                                            16.94
       31030 - Bus Driver                                          22.02
       31043 - Driver Courier                                      16.09
       31260 - Parking and Lot Attendant                          11.20***
       31290 - Shuttle Bus Driver                                  15.60
       31310 - Taxi Driver                                         11.94***
       31361 - Truckdriver Light                                   17.16
       31362 - Truckdriver Medium                                  18.98
       31363 - Truckdriver Heavy                                   22.52
       31364 - Truckdriver Tractor-Trailer                         22.52
  99000 - Miscellaneous Occupations
       99020 - Cabin Safety Specialist                             15.10
       99030 - Cashier                                             10.73***
       99050 - Desk Clerk                                          10.38***
       99095 - Embalmer                                            31.34
       99130 - Flight Follower                                     25.60
       99251 - Laboratory Animal Caretaker I                       13.75***
       99252 - Laboratory Animal Caretaker II                      14.66***
       99260 - Marketing Analyst                                   28.09
       99310 - Mortician                                           31.34
       99410 - Pest Controller                                     22.91
       99510 - Photofinishing Worker                               13.77***
       99710 - Recycling Laborer                                   21.23
       99711 - Recycling Specialist                                24.48
       99730 - Refuse Collector                                    19.59
       99810 - Sales Clerk                                         13.36***
       99820 - School Crossing Guard                               14.29***
       99830 - Survey Party Chief                                  20.20
       99831 - Surveying Aide                                      13.72***
       99832 - Surveying Technician                                19.73
       99840 - Vending Machine Attendant                           16.62
       99841 - Vending Machine Repairer                            19.41
       99842 - Vending Machine Repairer Helper                     16.62
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5104908
Reviewer: Carol M.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.


ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:


HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month


HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*


*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.


VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 8 years 4 weeks after 15 years and 5 weeks after 25 years.
  Length of service includes the whole span of continuous service with the present
contractor or successor wherever employed and with the predecessor contractors in
the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)


HOLIDAYS: A minimum of twelve paid holidays per year:  New Year's Day Martin
Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day
Juneteenth National Independence Day Independence Day Labor Day Columbus Day
Veterans' Day Thanksgiving Day and Christmas Day.  A contractor may substitute
for any of the named holidays another day off with pay in accordance with a plan
communicated to the employees involved.)  (See 29 CFR 4.174)



THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:


1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.


Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

Case 1:25-cv-00306-MRD-PAS Document 1-2 Filed 06/13/25 Page 57 Page 827 of 1762 PageID #: 2456

to satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5149906
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

of each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                      "REGISTER OF WAGE DETERMINATIONS UNDER |      U.S. DEPARTMENT OF LABOR
                      THE SERVICE CONTRACT ACT              |  EMPLOYMENT STANDARDS ADMINISTRATION
      By direction of the Secretary of Labor |           WAGE AND HOUR DIVISION
                                              |            WASHINGTON D.C.  20210
                                              |
                                              |
                                              |
                                              |
                                              | Wage Determination No.: 2015-4731
      Daniel W. Simms        Division of      |        Revision No.: 16
      Director          Wage Determinations|  Date Of Last Revision: 03/15/2022
                                              |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent   |
|                                      |performing on the contract in 2022.     |

|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent   |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

---

State: Ohio

Area: Ohio Counties of Greene Miami Montgomery

---

          **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                              FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                        16.20
  01012 - Accounting Clerk II                                       18.20
  01013   Accounting Clerk III                                      20.35
  01020 - Administrative Assistant                                  25.70
  01035 - Court Reporter                                            25.74
  01041 - Customer Service Representative I                       14.76***
  01042   Customer Service Representative II                        16.11
  01043 - Customer Service Representative III                       18.08
  01051 - Data Entry Operator I                                   14.14***
  01052 - Data Entry Operator II                                    15.43
  01060   Dispatcher Motor Vehicle                                  21.03
  01070 - Document Preparation Clerk                                16.93
  01090 - Duplicating Machine Operator                             16.93
  01111 - General Clerk I                                         13.93***
  01112   General Clerk II                                          15.20
  01113 - General Clerk III                                         17.07

```
01130 - Housing Referral Assistant                    20.69
01141 - Messenger Courier                             14.97***
01191   Order Clerk I                                 17.67
01192 - Order Clerk II                                19.28
01261 - Personnel Assistant (Employment) I            17.25
01262 - Personnel Assistant (Employment) II           19.29
01263   Personnel Assistant (Employment) III          21.52
01270 - Production Control Clerk                       22.53
01290 - Rental Clerk                                  14.69***
01300 - Scheduler Maintenance                         16.59
01311   Secretary I                                   16.59
01312 - Secretary II                                  18.57
01313 - Secretary III                                 20.69
01320 - Service Order Dispatcher                       18.80
01410   Supply Technician                             25.70
01420 - Survey Worker                                 17.54
01460 - Switchboard Operator/Receptionist             14.26***
01531 - Travel Clerk I                                16.24
01532 - Travel Clerk II                               17.32
01533 - Travel Clerk III                              18.37
01611 - Word Processor I                              17.67
01612 - Word Processor II                             19.84
01613   Word Processor III                            22.19
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass           20.88
05010 - Automotive  Electrician                       20.69
05040   Automotive Glass Installer                    19.88
05070 - Automotive Worker                             19.88
05110 - Mobile Equipment Servicer                     18.30
05130 - Motor Equipment Metal Mechanic                19.53
05160   Motor Equipment Metal Worker                  19.88
05190 - Motor Vehicle Mechanic                        18.60
05220 - Motor Vehicle Mechanic Helper                 17.51
05250 - Motor Vehicle Upholstery Worker               19.10
05280   Motor Vehicle Wrecker                         19.88
05310 - Painter Automotive                            20.69
05340 - Radiator Repair Specialist                    19.88
05370 - Tire Repairer                                 15.24
05400   Transmission Repair Specialist                19.53
07000 - Food Preparation And Service Occupations
07010 - Baker                                         12.54***
07041 - Cook I                                        13.61***
07042   Cook II                                       15.17
07070 - Dishwasher                                    10.60***
07130 - Food Service Worker                           11.15***
07210 - Meat Cutter                                   17.53
07260   Waiter/Waitress                                9.92***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                   20.32
09040 - Furniture Handler                             14.26***
09080   Furniture Refinisher                          20.32
09090 - Furniture Refinisher Helper                   16.36
09110 - Furniture Repairer Minor                      18.46
09130   Upholsterer                                   20.32
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                              12.45***
11060 - Elevator Operator                             14.76***
11090 - Gardener                                      17.64
11122   Housekeeping Aide                             14.76***
11150 - Janitor                                       14.76***
11210 - Laborer Grounds Maintenance                   14.45***
11240 - Maid or Houseman                              11.51***
11260   Pruner                                        13.74***
11270 - Tractor Operator                              16.59
11330 - Trail Maintenance Worker                      14.45***
```

| Code | Occupation | Rate |
|------|-----------|------|
| 11980 - | Window Cleaner | 15.54 |
| 12000 - | Health Occupations | |
| 12010 - | Ambulance Driver | 16.51 |
| 12011 - | Breath Alcohol Technician | 20.17 |
| 12012 - | Certified Occupational Therapist Assistant | 31.42 |
| 12015 - | Certified Physical Therapist Assistant | 32.87 |
| 12020 - | Dental Assistant | 20.59 |
| 12025 - | Dental Hygienist | 33.98 |
| 12030 - | EKG Technician | 30.76 |
| 12035 - | Electroneurodiagnostic Technologist | 30.76 |
| 12040 | Emergency Medical Technician | 16.51 |
| 12071 - | Licensed Practical Nurse I | 18.88 |
| 12072 - | Licensed Practical Nurse II | 21.13 |
| 12073 - | Licensed Practical Nurse III | 23.56 |
| 12100 | Medical Assistant | 16.46 |
| 12130 - | Medical Laboratory Technician | 23.74 |
| 12160 - | Medical Record Clerk | 18.34 |
| 12190 - | Medical Record Technician | 20.51 |
| 12195 | Medical Transcriptionist | 21.17 |
| 12210 - | Nuclear Medicine Technologist | 35.80 |
| 12221 - | Nursing Assistant I | 11.92*** |
| 12222 - | Nursing Assistant II | 13.41*** |
| 12223 - | Nursing Assistant III | 14.63*** |
| 12224 - | Nursing Assistant IV | 16.42 |
| 12235 - | Optical Dispenser | 21.02 |
| 12236 - | Optical Technician | 16.17 |
| 12250 | Pharmacy Technician | 16.19 |
| 12280 - | Phlebotomist | 16.87 |
| 12305 - | Radiologic Technologist | 28.29 |
| 12311 - | Registered Nurse I | 23.52 |
| 12312 | Registered Nurse II | 28.78 |
| 12313 - | Registered Nurse II Specialist | 28.78 |
| 12314 - | Registered Nurse III | 34.81 |
| 12315 - | Registered Nurse III Anesthetist | 34.81 |
| 12316 | Registered Nurse IV | 41.74 |
| 12317 - | Scheduler (Drug and Alcohol Testing) | 24.98 |
| 12320 - | Substance Abuse Treatment Counselor | 24.19 |
| 13000 - | Information And Arts Occupations | |
| 13011 | Exhibits Specialist I | 22.17 |
| 13012 - | Exhibits Specialist II | 27.46 |
| 13013 - | Exhibits Specialist III | 33.58 |
| 13041 - | Illustrator I | 22.55 |
| 13042 | Illustrator II | 27.93 |
| 13043 - | Illustrator III | 34.16 |
| 13047 - | Librarian | 28.44 |
| 13050 - | Library Aide/Clerk | 12.35*** |
| 13054 | Library Information Technology Systems Administrator | 25.68 |
| 13058 - | Library Technician | 17.46 |
| 13061 - | Media Specialist I | 18.53 |
| 13062 | Media Specialist II | 20.73 |
| 13063 | Media Specialist III | 23.11 |
| 13071 - | Photographer I | 15.95 |
| 13072 - | Photographer II | 17.84 |
| 13073 | Photographer III | 22.11 |
| 13074 - | Photographer IV | 27.04 |
| 13075 - | Photographer V | 32.71 |
| 13090 - | Technical Order Library Clerk | 16.08 |
| 13110 | Video Teleconference Technician | 20.88 |
| 14000 - | Information Technology Occupations | |
| 14041 - | Computer Operator I | 19.56 |
| 14042 - | Computer Operator II | 21.88 |
| 14043 | Computer Operator III | 24.38 |
| 14044 - | Computer Operator IV | 27.08 |
| 14045 - | Computer Operator V | 30.01 |

| | | |
|---|---|---|
| 14071 - Computer Programmer I | (see 1) | 25.51 |
| 14072 - Computer Programmer II | (see 1) | |
| 14073 - Computer Programmer III | (see 1) | |
| 14074 - Computer Programmer IV | (see 1) | |
| 14101 - Computer Systems Analyst I | (see 1) | |
| 14102 - Computer Systems Analyst II | (see 1) | |
| 14103 - Computer Systems Analyst III | (see 1) | |
| 14150 - Peripheral Equipment Operator | | 19.56 |
| 14160 - Personal Computer Support Technician | | 27.08 |
| 14170 - System Support Specialist | | 30.92 |
| 15000 - Instructional Occupations | | |
| 15010 - Aircrew Training Devices Instructor (Non-Rated) | | 30.08 |
| 15020 - Aircrew Training Devices Instructor (Rated) | | 36.39 |
| 15030 - Air Crew Training Devices Instructor (Pilot) | | 42.16 |
| 15050 - Computer Based Training Specialist / Instructor | | 30.08 |
| 15060 - Educational Technologist | | 35.49 |
| 15070 - Flight Instructor (Pilot) | | 42.16 |
| 15080 - Graphic Artist | | 23.71 |
| 15085 - Maintenance Test Pilot Fixed Jet/Prop | | 42.09 |
| 15086 - Maintenance Test Pilot Rotary Wing | | 42.09 |
| 15088 - Non-Maintenance Test/Co-Pilot | | 42.09 |
| 15090 - Technical Instructor | | 22.89 |
| 15095 - Technical Instructor/Course Developer | | 28.01 |
| 15110 - Test Proctor | | 18.49 |
| 15120 - Tutor | | 18.49 |
| 16000 - Laundry Dry-Cleaning Pressing And Related Occupations | | |
| 16010 - Assembler | | 10.58*** |
| 16030 - Counter Attendant | | 10.58*** |
| 16040 - Dry Cleaner | | 13.17*** |
| 16070 - Finisher Flatwork Machine | | 10.58*** |
| 16090 - Presser Hand | | 10.58*** |
| 16110 - Presser Machine Drycleaning | | 10.58*** |
| 16130 - Presser Machine Shirts | | 10.58*** |
| 16160 - Presser Machine Wearing Apparel Laundry | | 10.58*** |
| 16190 - Sewing Machine Operator | | 14.09*** |
| 16220 - Tailor | | 15.02 |
| 16250 - Washer Machine | | 11.28*** |
| 19000 - Machine Tool Operation And Repair Occupations | | |
| 19010 - Machine-Tool Operator (Tool Room) | | 21.98 |
| 19040 - Tool And Die Maker | | 25.30 |
| 21000 - Materials Handling And Packing Occupations | | |
| 21020 - Forklift Operator | | 18.85 |
| 21030 - Material Coordinator | | 22.53 |
| 21040 - Material Expediter | | 22.53 |
| 21050 - Material Handling Laborer | | 17.65 |
| 21071 - Order Filler | | 13.18*** |
| 21080 - Production Line Worker (Food Processing) | | 18.85 |
| 21110 - Shipping Packer | | 16.78 |
| 21130 - Shipping/Receiving Clerk | | 16.78 |
| 21140 - Store Worker I | | 16.74 |
| 21150 - Stock Clerk | | 21.09 |
| 21210 - Tools And Parts Attendant | | 18.85 |
| 21410 - Warehouse Specialist | | 18.85 |
| 23000 - Mechanics And Maintenance And Repair Occupations | | |
| 23010 - Aerospace Structural Welder | | 30.10 |
| 23019 - Aircraft Logs and Records Technician | | 25.49 |
| 23021 - Aircraft Mechanic I | | 29.07 |
| 23022 - Aircraft Mechanic II | | 30.10 |
| 23023 - Aircraft Mechanic III | | 31.21 |
| 23040 - Aircraft Mechanic Helper | | 22.59 |
| 23050 - Aircraft Painter | | 28.05 |
| 23060 - Aircraft Servicer | | 25.49 |
| 23070 - Aircraft Survival Flight Equipment Technician | | 28.05 |
| 23080 - Aircraft Worker | | 26.79 |
| 23091 - Aircrew Life Support Equipment (ALSE) Mechanic | | 26.79 |

```
            23092 - Aircrew Life Support Equipment (ALSE) Mechanic          29.07
            II
            23110 - Appliance Mechanic                                      20.71
            23120 - Bicycle Repairer                                        21.11
            23125 - Cable Splicer                                           33.53
            23130 - Carpenter Maintenance                                   24.55
            23140 - Carpet Layer                                            23.54
            23160 - Electrician Maintenance                                 25.95
            23181 - Electronics Technician Maintenance I                    28.99
            23182 - Electronics Technician Maintenance II                   30.34
            23183 - Electronics Technician Maintenance III                  31.45
            23260 - Fabric Worker                                           22.40
            23290 - Fire Alarm System Mechanic                              24.15
            23310 - Fire Extinguisher Repairer                              21.11
            23311 - Fuel Distribution System Mechanic                       27.79
            23312 - Fuel Distribution System Operator                       22.97
            23370 - General Maintenance Worker                              19.79
            23380 - Ground Support Equipment Mechanic                       29.07
            23381 - Ground Support Equipment Servicer                       25.49
            23382 - Ground Support Equipment Worker                         26.79
            23391 - Gunsmith I                                              21.11
            23392 - Gunsmith II                                             23.54
            23393 - Gunsmith III                                            25.54
            23410 - Heating Ventilation And Air-Conditioning                24.88
            Mechanic
            23411 - Heating Ventilation And Air Contidioning                25.76
            Mechanic (Research Facility)
            23430 - Heavy Equipment Mechanic                                26.21
            23440 - Heavy Equipment Operator                                25.31
            23460 - Instrument Mechanic                                     27.51
            23465 - Laboratory/Shelter Mechanic                            24.65
            23470 - Laborer                                                 15.39
            23510 - Locksmith                                               24.65
            23530 - Machinery Maintenance Mechanic                          24.82
            23550 - Machinist Maintenance                                   23.21
            23580 - Maintenance Trades Helper                               16.60
            23591 - Metrology Technician I                                  27.51
            23592 - Metrology Technician II                                 28.49
            23593 - Metrology Technician III                                29.53
            23640 - Millwright                                              30.67
            23710 - Office Appliance Repairer                               20.23
            23760 - Painter Maintenance                                     18.57
            23790 - Pipefitter Maintenance                                  28.37
            23810 - Plumber Maintenance                                     27.37
            23820 - Pneudraulic Systems Mechanic                            25.54
            23850 - Rigger                                                  26.42
            23870 - Scale Mechanic                                          23.54
            23890 - Sheet-Metal Worker Maintenance                          30.05
            23910 - Small Engine Mechanic                                   18.60
            23931 - Telecommunications Mechanic I                           30.28
            23932 - Telecommunications Mechanic II                          31.36
            23950 - Telephone Lineman                                       25.54
            23960 - Welder Combination Maintenance                          20.89
            23965 - Well Driller                                            27.81
            23970 - Woodcraft Worker                                        25.54
            23980 - Woodworker                                              21.11
         24000 - Personal Needs Occupations
            24550 - Case Manager                                        14.97***
            24570 - Child Care Attendant                                10.23***
            24580 - Child Care Center Clerk                             14.92***
            24610 - Chore Aide                                          11.47***
            24620 - Family Readiness And Support Services               14.97***
            Coordinator
            24630 - Homemaker                                              15.80
```

Case 1:25-cv-00050-MRD-PAS  Document 12  Filed 06/26/25  Page 579  Page 1335 of 1762  PageID #: 2464

```
                      Plant And System Operations Occupations
          25010 - Boiler Tender                                        29.00
          25040 - Sewage Plant Operator                                26.05
          25070 - Stationary Engineer                                  29.00
          25190 - Ventilation Equipment Tender                         22.54
          25210 - Water Treatment Plant Operator                       26.05
      27000 - Protective Service Occupations
          27004 - Alarm Monitor                                        24.95
          27007 - Baggage Inspector                                    13.11***
          27008 - Corrections Officer                                  23.27
          27010 - Court Security Officer                               22.68
          27030 - Detection Dog Handler                                17.82
          27040 - Detention Officer                                    23.27
          27070 - Firefighter                                          24.51
          27101 - Guard I                                              13.11***
          27102 - Guard II                                             17.82
          27131 - Police Officer I                                     30.98
          27132 - Police Officer II                                    34.43
      28000 - Recreation Occupations
          28041 - Carnival Equipment Operator                          12.98***
          28042 - Carnival Equipment Repairer                          13.34***
          28043 - Carnival Worker                                      11.15***
          28210 - Gate Attendant/Gate Tender                           14.72***
          28310 - Lifeguard                                            12.03***
          28350 - Park Attendant (Aide)                                16.47
          28510 - Recreation Aide/Health Facility Attendant            12.02***
          28515 - Recreation Specialist                                20.40
          28630 - Sports Official                                      13.12***
          28690 - Swimming Pool Operator                               18.63
      29000 - Stevedoring/Longshoremen Occupational Services
          29010 - Blocker And Bracer                                   28.19
          29020 - Hatch Tender                                         28.19
          29030 - Line Handler                                         28.19
          29041 - Stevedore I                                          26.84
          29042 - Stevedore II                                         29.52
      30000 - Technical Occupations
          30010 - Air Traffic Control Specialist Center (HFO)  (see 2) 41.41
          30011 - Air Traffic Control Specialist Station (HFO) (see 2) 28.55
          30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 31.45
          30021 - Archeological Technician I                           18.59
          30022 - Archeological Technician II                          20.79
          30023 - Archeological Technician III                         25.75
          30030 - Cartographic Technician                              25.75
          30040 - Civil Engineering Technician                         27.00
          30051 - Cryogenic Technician I                               27.63
          30052 - Cryogenic Technician II                              30.53
          30061 - Drafter/CAD Operator I                               18.59
          30062 - Drafter/CAD Operator II                              20.79
          30063 - Drafter/CAD Operator III                             23.17
          30064 - Drafter/CAD Operator IV                              29.65
          30081 - Engineering Technician I                             15.77
          30082 - Engineering Technician II                            17.69
          30083 - Engineering Technician III                           20.55
          30084 - Engineering Technician IV                            24.52
          30085 - Engineering Technician V                             30.00
          30086 - Engineering Technician VI                            36.30
          30090 - Environmental Technician                             20.32
          30095 - Evidence Control Specialist                          24.95
          30210 - Laboratory Technician                                27.73
          30221 - Latent Fingerprint Technician I                      30.38
          30222 - Latent Fingerprint Technician II                     33.56
          30240 - Mathematical Technician                              30.84
          30361 - Paralegal/Legal Assistant I                          19.22
          30362 - Paralegal/Legal Assistant II                         23.81
          30363 - Paralegal/Legal Assistant III                        31.43
```

Case 1:25-cv-00306-MRD-PAS    Document 12    Filed 06/17/25    Page 58    PageID #: 2465

| | | |
|---|---|---|
| 30384 - Paralegal/Legal Assistant IV | | 37.70 |
| 30375 - Petroleum Supply Specialist | | 30.53 |
| 30390 - Photo-Optics Technician | | 25.75 |
| 30395 - Radiation Control Technician | | 30.53 |
| 30461 - Technical Writer I | | 24.12 |
| 30462 - Technical Writer II | | 29.51 |
| 30463 - Technical Writer III | | 35.69 |
| 30491 - Unexploded Ordnance (UXO) Technician I | | 26.32 |
| 30492 - Unexploded Ordnance (UXO) Technician II | | 31.84 |
| 30493 - Unexploded Ordnance (UXO) Technician III | | 38.16 |
| 30494 - Unexploded (UXO) Safety Escort | | 26.32 |
| 30495 - Unexploded (UXO) Sweep Personnel | | 26.32 |
| 30501 - Weather Forecaster I | | 27.63 |
| 30502 - Weather Forecaster II | | 33.61 |
| 30620 - Weather Observer Combined Upper Air Or Surface Programs | (see 2) | 23.17 |
| 30621 - Weather Observer Senior | (see 2) | 25.75 |
| 31000 - Transportation/Mobile Equipment Operation Occupations | | |
| 31010 - Airplane Pilot | | 31.84 |
| 31020 - Bus Aide | | 15.57 |
| 31030 - Bus Driver | | 21.53 |
| 31043 - Driver Courier | | 17.02 |
| 31260 - Parking and Lot Attendant | | 12.55*** |
| 31290 - Shuttle Bus Driver | | 18.11 |
| 31310 - Taxi Driver | | 12.33*** |
| 31361 - Truckdriver Light | | 18.11 |
| 31362 - Truckdriver Medium | | 19.12 |
| 31363 - Truckdriver Heavy | | 21.50 |
| 31364 - Truckdriver Tractor-Trailer | | 21.50 |
| 99000 - Miscellaneous Occupations | | |
| 99020 - Cabin Safety Specialist | | 15.52 |
| 99030 - Cashier | | 10.46*** |
| 99050 - Desk Clerk | | 10.28*** |
| 99095 - Embalmer | | 34.47 |
| 99130 - Flight Follower | | 26.32 |
| 99251 - Laboratory Animal Caretaker I | | 12.28*** |
| 99252 - Laboratory Animal Caretaker II | | 13.06*** |
| 99260 - Marketing Analyst | | 29.26 |
| 99310 - Mortician | | 34.47 |
| 99410 - Pest Controller | | 18.70 |
| 99510 - Photofinishing Worker | | 15.85 |
| 99710 - Recycling Laborer | | 19.76 |
| 99711 - Recycling Specialist | | 22.67 |
| 99730 - Refuse Collector | | 18.34 |
| 99810 - Sales Clerk | | 12.05*** |
| 99820 - School Crossing Guard | | 19.01 |
| 99830 - Survey Party Chief | | 30.44 |
| 99831 - Surveying Aide | | 15.65 |
| 99832 - Surveying Technician | | 23.95 |
| 99840 - Vending Machine Attendant | | 17.88 |
| 99841 - Vending Machine Repairer | | 20.13 |
| 99842 - Vending Machine Repairer Helper | | 17.88 |

***Workers in this classification may be entitled to a higher minimum wage under Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the Note at the top of the wage determination for more information. Please also note that the minimum wage requirements of Executive Order 14026 and 13658 are not currently being enforced as to contracts or contract-like instruments entered into with the federal government in connection with seasonal recreational services or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017. If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking. Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors. A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of twelve paid holidays per year: New Year's Day Martin
Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day
Juneteenth National Independence Day Independence Day Labor Day Columbus Day
Veterans' Day Thanksgiving Day and Christmas Day. A contractor may substitute
for any of the named holidays another day off with pay in accordance with a plan
communicated to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541. Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families. In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees. For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption. Therefore the exemption applies only to computer employees

Case 1:25-cv-00306-MRD-PAS Document 12 Filed 06/13/05 Page 582 of 1338 PageID #: 2467

to satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case 1:25-cv-00306-MRD-PAS   Document 12   Filed 06/26/25   Page 839 of 1762   PageID #: 2468

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                "REGISTER OF WAGE DETERMINATIONS UNDER  |    U.S. DEPARTMENT OF LABOR
          THE SERVICE CONTRACT ACT             | EMPLOYMENT STANDARDS ADMINISTRATION
    By direction of the Secretary of Labor     |      WAGE AND HOUR DIVISION
                                               |       WASHINGTON D.C.  20210
                                               |
                                               |
                                               |
                                               |
                                               | Wage Determination No.: 2015-4721
    Daniel W. Simms        Division of         |         Revision No.: 16
    Director          Wage Determinations|  Date Of Last Revision: 03/15/2022
                                               |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or  |With certain exceptions Executive Order  |
|after January 30 2022 or the           |14026 applies to the contract.           |
|contract is renewed or extended (e.g.  |The contractor must pay all covered workers |
|an option is exercised) on or after    |at least $15.00 per hour (or the applicable |
|January 30 2022:                       |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent       |
|                                       |performing on the contract in 2022.        |

|If the contract was awarded on or      |With certain exceptions Executive Order  |
|between January 1 2015 and January 29  |13658 applies to the contract.           |
|2022 and the contract is not renewed   |The contractor must pay all covered workers |
|or extended on or after January 30     |at least $11.25 per hour (or the applicable |
|2022:                                  |wage rate listed on this wage determination|
|                                       |if it is higher) for all hours spent       |
|                                       |performing on the contract in 2022.        |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Ohio

Area: Ohio Counties of Portage Summit

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.29 |
| 01012 - Accounting Clerk II | | 17.18 |
| 01013 - Accounting Clerk III | | 19.21 |
| 01020 - Administrative Assistant | | 26.50 |
| 01035 - Court Reporter | | 18.97 |
| 01041 - Customer Service Representative I | | 14.23*** |
| 01042 - Customer Service Representative II | | 15.53 |
| 01043 - Customer Service Representative III | | 17.44 |
| 01051 - Data Entry Operator I | | 14.06*** |
| 01052 - Data Entry Operator II | | 15.43 |
| 01060 - Dispatcher Motor Vehicle | | 20.76 |
| 01070 - Document Preparation Clerk | | 16.50 |
| 01090 - Duplicating Machine Operator | | 16.50 |
| 01111 - General Clerk I | | 13.97*** |
| 01112 - General Clerk II | | 15.24 |
| 01113 - General Clerk III | | 17.12 |

```
01490 - Housing Referral Assistant                        21.15
01141 - Messenger Courier                                 13.68***
01191   Order Clerk I                                      15.80
01192 - Order Clerk II                                    17.24
01261 - Personnel Assistant (Employment) I               16.95
01262 - Personnel Assistant (Employment) II              18.95
01263   Personnel Assistant (Employment) III             21.12
01270 - Production Control Clerk                          23.63
01290 - Rental Clerk                                       15.48
01300 - Scheduler Maintenance                             16.96
01311   Secretary I                                        16.96
01312   Secretary II                                       18.97
01313 - Secretary III                                      21.15
01320 - Service Order Dispatcher                          18.84
01410   Supply Technician                                  26.50
01420 - Survey Worker                                      15.10
01460 - Switchboard Operator/Receptionist                13.97***
01531 - Travel Clerk I                                    14.89***
01532   Travel Clerk II                                    15.86
01533 - Travel Clerk III                                   16.92
01611 - Word Processor I                                   16.61
01612 - Word Processor II                                  18.65
01613   Word Processor III                                 20.86
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass              20.85
05010 - Automotive  Electrician                           19.67
05040   Automotive Glass Installer                        18.92
05070 - Automotive Worker                                 18.92
05110 - Mobile Equipment Servicer                         17.27
05130 - Motor Equipment Metal Mechanic                    20.33
05160   Motor Equipment Metal Worker                      18.92
05190 - Motor Vehicle Mechanic                            20.33
05220 - Motor Vehicle Mechanic Helper                     16.50
05250 - Motor Vehicle Upholstery Worker                   18.07
05280   Motor Vehicle Wrecker                             18.92
05310 - Painter Automotive                                19.67
05340 - Radiator Repair Specialist                        18.92
05370 - Tire Repairer                                     15.89
05400   Transmission Repair Specialist                    20.33
07000 - Food Preparation And Service Occupations
07010 - Baker                                             13.32***
07041 - Cook I                                            13.92***
07042   Cook II                                            15.68
07070 - Dishwasher                                        11.31***
07130 - Food Service Worker                               12.49***
07210 - Meat Cutter                                        17.70
07260   Waiter/Waitress                                    9.94***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                       20.60
09040 - Furniture Handler                                 13.89***
09080   Furniture Refinisher                              20.60
09090 - Furniture Refinisher Helper                       15.88
09110 - Furniture Repairer Minor                          18.06
09130   Upholsterer                                        20.60
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                  11.84***
11060 - Elevator Operator                                 12.68***
11090 - Gardener                                          17.33
11122   Housekeeping Aide                                 12.68***
11150 - Janitor                                           12.68***
11210 - Laborer Grounds Maintenance                       13.82***
11240 - Maid or Houseman                                  11.46***
11260   Pruner                                            12.67***
11270 - Tractor Operator                                   16.20
11330 - Trail Maintenance Worker                          13.82***
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5191900
Reviewer: Carol M.
#: 2472

| | |
|---|---|
| 11908 - Window Cleaner | 13.83*** |
| 12000 - Health Occupations | |
| 12010 - Ambulance Driver | 18.87 |
| 12011 - Breath Alcohol Technician | 20.22 |
| 12012 - Certified Occupational Therapist Assistant | 28.96 |
| 12015 - Certified Physical Therapist Assistant | 29.37 |
| 12020 - Dental Assistant | 18.99 |
| 12025 - Dental Hygienist | 34.96 |
| 12030 - EKG Technician | 26.85 |
| 12035 - Electroneurodiagnostic Technologist | 26.85 |
| 12040 - Emergency Medical Technician | 18.87 |
| 12071 - Licensed Practical Nurse I | 18.08 |
| 12072 - Licensed Practical Nurse II | 20.22 |
| 12073 - Licensed Practical Nurse III | 22.54 |
| 12100 - Medical Assistant | 15.78 |
| 12130 - Medical Laboratory Technician | 25.33 |
| 12160 - Medical Record Clerk | 17.33 |
| 12190 - Medical Record Technician | 19.38 |
| 12195 - Medical Transcriptionist | 18.81 |
| 12210 - Nuclear Medicine Technologist | 36.29 |
| 12221 - Nursing Assistant I | 12.04*** |
| 12222 - Nursing Assistant II | 13.53*** |
| 12223 - Nursing Assistant III | 14.77*** |
| 12224 - Nursing Assistant IV | 16.58 |
| 12235 - Optical Dispenser | 22.08 |
| 12236 - Optical Technician | 18.08 |
| 12250 - Pharmacy Technician | 14.65*** |
| 12280 - Phlebotomist | 17.33 |
| 12305 - Radiologic Technologist | 28.34 |
| 12311 - Registered Nurse I | 22.85 |
| 12312 - Registered Nurse II | 27.71 |
| 12313 - Registered Nurse II Specialist | 27.71 |
| 12314 - Registered Nurse III | 33.52 |
| 12315 - Registered Nurse III Anesthetist | 33.52 |
| 12316 - Registered Nurse IV | 40.18 |
| 12317 - Scheduler (Drug and Alcohol Testing) | 25.05 |
| 12320 - Substance Abuse Treatment Counselor | 21.92 |
| 13000 - Information And Arts Occupations | |
| 13011 - Exhibits Specialist I | 20.58 |
| 13012 - Exhibits Specialist II | 23.96 |
| 13013 - Exhibits Specialist III | 28.55 |
| 13041 - Illustrator I | 20.35 |
| 13042 - Illustrator II | 25.21 |
| 13043 - Illustrator III | 30.83 |
| 13047 - Librarian | 29.41 |
| 13050 - Library Aide/Clerk | 13.28*** |
| 13054 - Library Information Technology Systems Administrator | 22.94 |
| 13058 - Library Technician | 17.17 |
| 13061 - Media Specialist I | 16.56 |
| 13062 - Media Specialist II | 18.52 |
| 13063 - Media Specialist III | 20.65 |
| 13071 - Photographer I | 17.42 |
| 13072 - Photographer II | 19.48 |
| 13073 - Photographer III | 24.13 |
| 13074 - Photographer IV | 29.52 |
| 13075 - Photographer V | 35.72 |
| 13090 - Technical Order Library Clerk | 16.37 |
| 13110 - Video Teleconference Technician | 23.18 |
| 14000 - Information Technology Occupations | |
| 14041 - Computer Operator I | 18.18 |
| 14042 - Computer Operator II | 20.33 |
| 14043 - Computer Operator III | 22.66 |
| 14044 - Computer Operator IV | 25.19 |
| 14045 - Computer Operator V | 27.90 |

```
14071 - Computer Programmer I              (see 1)         22.13
14072 - Computer Programmer II             (see 1)         27.20
14073 - Computer Programmer III            (see 1)
14074 - Computer Programmer IV             (see 1)
14101 - Computer Systems Analyst I         (see 1)
14102 - Computer Systems Analyst II        (see 1)
14103 - Computer Systems Analyst III       (see 1)
14150 - Peripheral Equipment Operator                     18.18
14160 - Personal Computer Support Technician              25.19
14170 - System Support Specialist                         29.31
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)    28.60
    15020 - Aircrew Training Devices Instructor (Rated)        35.35
    15030 - Air Crew Training Devices Instructor (Pilot)       41.47
    15050 - Computer Based Training Specialist / Instructor    30.23
    15060 - Educational Technologist                          30.33
    15070 - Flight Instructor (Pilot)                         41.47
    15080 - Graphic Artist                                    22.69
    15085 - Maintenance Test Pilot Fixed Jet/Prop             41.47
    15086 - Maintenance Test Pilot Rotary Wing                41.47
    15088 - Non-Maintenance Test/Co-Pilot                     41.47
    15090 - Technical Instructor                              23.42
    15095 - Technical Instructor/Course Developer             28.65
    15110 - Test Proctor                                      18.91
    15120 - Tutor                                             18.91
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                      10.57***
    16030 - Counter Attendant                              10.57***
    16040 - Dry Cleaner                                    13.13***
    16070 - Finisher Flatwork Machine                      10.57***
    16090 - Presser Hand                                   10.57***
    16110 - Presser Machine Drycleaning                    10.57***
    16130 - Presser Machine Shirts                         10.57***
    16160 - Presser Machine Wearing Apparel Laundry        10.57***
    16190 - Sewing Machine Operator                        14.07***
    16220 - Tailor                                            15.00
    16250 - Washer Machine                                 11.26***
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                 22.02
    19040 - Tool And Die Maker                                26.69
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                 18.90
    21030 - Material Coordinator                              23.63
    21040 - Material Expediter                                23.63
    21050 - Material Handling Laborer                         15.02
    21071 - Order Filler                                   13.69***
    21080 - Production Line Worker (Food Processing)          18.90
    21110 - Shipping Packer                                   16.88
    21130 - Shipping/Receiving Clerk                          16.88
    21140 - Store Worker I                                    16.43
    21150 - Stock Clerk                                       21.54
    21210 - Tools And Parts Attendant                         18.90
    21410 - Warehouse Specialist                              18.90
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                       28.59
    23019 - Aircraft Logs and Records Technician              23.65
    23021 - Aircraft Mechanic I                               27.50
    23022 - Aircraft Mechanic II                              28.59
    23023 - Aircraft Mechanic III                             29.57
    23040 - Aircraft Mechanic Helper                          20.81
    23050 - Aircraft Painter                                  26.26
    23060 - Aircraft Servicer                                 23.65
    23070 - Aircraft Survival Flight Equipment Technician     26.26
    23080 - Aircraft Worker                                   25.07
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic    25.07
```

```
23092 - Aircrew Life Support Equipment (ALSE) Mechanic          27.50
II
23110 - Appliance Mechanic                                      21.64
23120 - Bicycle Repairer                                        22.26
23125 - Cable Splicer                                           42.74
23130 - Carpenter Maintenance                                   25.24
23140 - Carpet Layer                                            25.07
23160 - Electrician Maintenance                                 31.31
23181 - Electronics Technician Maintenance I                    29.14
23182 - Electronics Technician Maintenance II                   30.52
23183 - Electronics Technician Maintenance III                  31.97
23260 - Fabric Worker                                           23.66
23290 - Fire Alarm System Mechanic                              23.76
23310 - Fire Extinguisher Repairer                              22.26
23311 - Fuel Distribution System Mechanic                       34.78
23312 - Fuel Distribution System Operator                       28.14
23370 - General Maintenance Worker                              20.14
23380 - Ground Support Equipment Mechanic                       27.50
23381 - Ground Support Equipment Servicer                       23.65
23382 - Ground Support Equipment Worker                         25.07
23391 - Gunsmith I                                              22.26
23392 - Gunsmith II                                             25.07
23393 - Gunsmith III                                            27.51
23410 - Heating Ventilation And Air-Conditioning                21.27
Mechanic
23411 - Heating Ventilation And Air Contidioning                22.17
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                                25.44
23440 - Heavy Equipment Operator                                30.52
23460 - Instrument Mechanic                                     27.39
23465 - Laboratory/Shelter Mechanic                             26.26
23470 - Laborer                                                 15.02
23510 - Locksmith                                               20.60
23530 - Machinery Maintenance Mechanic                          24.34
23550 - Machinist Maintenance                                   21.77
23580 - Maintenance Trades Helper                               16.05
23591 - Metrology Technician I                                  27.51
23592 - Metrology Technician II                                 28.67
23593 - Metrology Technician III                                29.75
23640 - Millwright                                              31.73
23710 - Office Appliance Repairer                               21.04
23760 - Painter Maintenance                                     26.25
23790 - Pipefitter Maintenance                                  28.29
23810 - Plumber Maintenance                                     27.01
23820 - Pneudraulic Systems Mechanic                            27.51
23850 - Rigger                                                  27.51
23870 - Scale Mechanic                                          25.07
23890 - Sheet-Metal Worker Maintenance                          31.09
23910 - Small Engine Mechanic                                   21.97
23931 - Telecommunications Mechanic I                           28.56
23932 - Telecommunications Mechanic II                          29.70
23950 - Telephone Lineman                                       21.06
23960 - Welder Combination Maintenance                          22.36
23965 - Well Driller                                            27.51
23970 - Woodcraft Worker                                        27.51
23980 - Woodworker                                              22.26
24000 - Personal Needs Occupations
24550 - Case Manager                                            15.51
24570 - Child Care Attendant                                 12.25***
24580 - Child Care Center Clerk                                 15.29
24610 - Chore Aide                                           11.23***
24620 - Family Readiness And Support Services                   15.51
Coordinator
24630 - Homemaker                                               17.23
```

24000 - Plant And System Operations Occupations
```
        25010 - Boiler Tender                                          27.81
        25040 - Sewage Plant Operator                                  26.10
        25070 - Stationary Engineer                                    27.81
        25190 - Ventilation Equipment Tender                           21.04
        25210 - Water Treatment Plant Operator                         26.10
    27000 - Protective Service Occupations
        27004 - Alarm Monitor                                          23.42
        27007 - Baggage Inspector                                      15.02
        27008 - Corrections Officer                                    21.73
        27010 - Court Security Officer                                 23.11
        27030 - Detection Dog Handler                                  17.01
        27040 - Detention Officer                                      21.73
        27070 - Firefighter                                            24.33
        27101 - Guard I                                                15.02
        27102 - Guard II                                               17.01
        27131 - Police Officer I                                       28.48
        27132 - Police Officer II                                      31.65
    28000 - Recreation Occupations
        28041 - Carnival Equipment Operator                         13.01***
        28042 - Carnival Equipment Repairer                         13.92***
        28043 - Carnival Worker                                     10.18***
        28210 - Gate Attendant/Gate Tender                          14.28***
        28310 - Lifeguard                                           12.47***
        28350 - Park Attendant (Aide)                                  15.97
        28510 - Recreation Aide/Health Facility Attendant           11.65***
        28515 - Recreation Specialist                                  19.78
        28630 - Sports Official                                     12.71***
        28690 - Swimming Pool Operator                                 18.62
    29000 - Stevedoring/Longshoremen Occupational Services
        29010 - Blocker And Bracer                                     29.46
        29020 - Hatch Tender                                           29.46
        29030 - Line Handler                                           29.46
        29041 - Stevedore I                                            27.80
        29042 - Stevedore II                                           30.86
    30000 - Technical Occupations
        30010 - Air Traffic Control Specialist Center (HFO)   (see 2)  41.98
        30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  28.95
        30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  31.88
        30021 - Archeological Technician I                             18.14
        30022 - Archeological Technician II                            20.46
        30023 - Archeological Technician III                           24.89
        30030 - Cartographic Technician                                25.34
        30040 - Civil Engineering Technician                           34.41
        30051 - Cryogenic Technician I                                 27.57
        30052 - Cryogenic Technician II                                30.45
        30061 - Drafter/CAD Operator I                                 18.14
        30062 - Drafter/CAD Operator II                                20.46
        30063 - Drafter/CAD Operator III                               22.81
        30064 - Drafter/CAD Operator IV                                28.07
        30081 - Engineering Technician I                               16.70
        30082 - Engineering Technician II                              18.75
        30083 - Engineering Technician III                             20.98
        30084 - Engineering Technician IV                              25.99
        30085 - Engineering Technician V                               31.78
        30086 - Engineering Technician VI                              38.46
        30090 - Environmental Technician                               24.98
        30095 - Evidence Control Specialist                            24.89
        30210 - Laboratory Technician                                  22.81
        30221 - Latent Fingerprint Technician I                        35.48
        30222 - Latent Fingerprint Technician II                       39.19
        30240 - Mathematical Technician                                30.64
        30361 - Paralegal/Legal Assistant I                            20.29
        30362 - Paralegal/Legal Assistant II                           25.14
        30363 - Paralegal/Legal Assistant III                          30.75
```

```
30984 - Paralegal/Legal Assistant IV                                37.22
30375 - Petroleum Supply Specialist                                 30.45
30390 - Photo-Optics Technician                                     25.34
30395 - Radiation Control Technician                                30.45
30461 - Technical Writer I                                          27.08
30462 - Technical Writer II                                         32.01
30463 - Technical Writer III                                        38.74
30491 - Unexploded Ordnance (UXO) Technician I                      26.68
30492 - Unexploded Ordnance (UXO) Technician II                     32.28
30493 - Unexploded Ordnance (UXO) Technician III                    38.69
30494 - Unexploded (UXO) Safety Escort                              26.68
30495 - Unexploded (UXO) Sweep Personnel                            26.68
30501 - Weather Forecaster I                                        28.07
30502 - Weather Forecaster II                                       33.53
30620 - Weather Observer Combined Upper Air Or      (see 2)         23.15
Surface Programs
30621 - Weather Observer Senior                     (see 2)         25.34
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                              32.28
31020 - Bus Aide                                                    21.18
31030 - Bus Driver                                                  28.22
31043 - Driver Courier                                              15.37
31260 - Parking and Lot Attendant                                   11.42***
31290 - Shuttle Bus Driver                                          16.42
31310 - Taxi Driver                                                 13.89***
31361 - Truckdriver Light                                           16.42
31362 - Truckdriver Medium                                          19.05
31363 - Truckdriver Heavy                                           23.70
31364 - Truckdriver Tractor-Trailer                                 23.70
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                     15.74
99030 - Cashier                                                     10.67***
99050 - Desk Clerk                                                  11.14***
99095 - Embalmer                                                    36.64
99130 - Flight Follower                                             26.68
99251 - Laboratory Animal Caretaker I                               13.74***
99252 - Laboratory Animal Caretaker II                              14.70***
99260 - Marketing Analyst                                           28.73
99310 - Mortician                                                   36.64
99410 - Pest Controller                                             18.73
99510 - Photofinishing Worker                                       14.02***
99710 - Recycling Laborer                                           20.24
99711 - Recycling Specialist                                        23.73
99730 - Refuse Collector                                            18.56
99810 - Sales Clerk                                                 12.56***
99820 - School Crossing Guard                                       16.94
99830 - Survey Party Chief                                          33.86
99831 - Surveying Aide                                              19.31
99832 - Surveying Technician                                        29.00
99840 - Vending Machine Attendant                                   14.17***
99841 - Vending Machine Repairer                                    17.07
99842 - Vending Machine Repairer Helper                             14.17***
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 5 years and 4 weeks after 15 years.  Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case 1:23-cv-00608-MRD-PAS   Document 12   Filed 06/26/25   Page 594 of 1820 PageID #: 2479

affirmative proof as to actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

```
              "REGISTER OF WAGE DETERMINATIONS UNDER |        U.S. DEPARTMENT OF LABOR
                    THE SERVICE CONTRACT ACT          |   EMPLOYMENT STANDARDS ADMINISTRATION
          By direction of the Secretary of Labor     |          WAGE AND HOUR DIVISION
                                                      |            WASHINGTON D.C.  20210
                                                      |
                                                      |
                                                      |
                                                      |
          Daniel W. Simms          Division of       |  Wage Determination No.: 2015-4735
          Director          Wage Determinations       |        Revision No.: 16
                                                      |  Date Of Last Revision: 03/15/2022
                                                      |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Ohio

Area: Ohio County of Richland

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.29*** |
| 01012 - Accounting Clerk II | | 16.04 |
| 01013 - Accounting Clerk III | | 17.95 |
| 01020 - Administrative Assistant | | 28.14 |
| 01035 - Court Reporter | | 17.26 |
| 01041 - Customer Service Representative I | | 13.09*** |
| 01042 - Customer Service Representative II | | 14.72*** |
| 01043 - Customer Service Representative III | | 16.06 |
| 01051 - Data Entry Operator I | | 13.42*** |
| 01052 - Data Entry Operator II | | 15.43 |
| 01060 - Dispatcher Motor Vehicle | | 20.76 |
| 01070 - Document Preparation Clerk | | 16.60 |
| 01090 - Duplicating Machine Operator | | 16.60 |
| 01111 - General Clerk I | | 13.61*** |
| 01112 - General Clerk II | | 14.87*** |
| 01113 - General Clerk III | | 16.68 |

Case 1:25-cv-00306-MRD-PAS Document 1-2 Filed 06/13/25 Page 597 of 1823 PageID #: 2482

```
01190 - Housing Referral Assistant                        19.31
01141 - Messenger Courier                                 11.26***
01191   Order Clerk I                                      14.29***
01192 - Order Clerk II                                     15.59
01261 - Personnel Assistant (Employment) I                16.00
01262 - Personnel Assistant (Employment) II               17.89
01263   Personnel Assistant (Employment) III              19.95
01270 - Production Control Clerk                           22.22
01290 - Rental Clerk                                       17.03
01300 - Scheduler Maintenance                              15.44
01311   Secretary I                                        15.44
01312 - Secretary II                                       17.26
01313 - Secretary III                                      19.24
01320 - Service Order Dispatcher                           18.84
01410   Supply Technician                                  28.13
01420 - Survey Worker                                      16.00
01460 - Switchboard Operator/Receptionist                 13.97***
01531 - Travel Clerk I                                     13.87***
01532 - Travel Clerk II                                    14.82***
01533 - Travel Clerk III                                   15.80
01611 - Word Processor I                                   14.47***
01612 - Word Processor II                                  16.25
01613   Word Processor III                                 18.18
05000 - Automotive Service Occupations
  05005 - Automobile Body Repairer Fiberglass             22.16
  05010 - Automotive  Electrician                          19.67
  05040   Automotive Glass Installer                       18.92
  05070 - Automotive Worker                                18.92
  05110 - Mobile Equipment Servicer                        17.27
  05130 - Motor Equipment Metal Mechanic                   20.33
  05160   Motor Equipment Metal Worker                     18.92
  05190 - Motor Vehicle Mechanic                           20.33
  05220 - Motor Vehicle Mechanic Helper                    16.50
  05250 - Motor Vehicle Upholstery Worker                  18.07
  05280   Motor Vehicle Wrecker                            18.92
  05310 - Painter Automotive                               19.67
  05340 - Radiator Repair Specialist                       18.92
  05370 - Tire Repairer                                    15.89
  05400   Transmission Repair Specialist                   20.33
07000 - Food Preparation And Service Occupations
  07010 - Baker                                            13.29***
  07041 - Cook I                                           13.79***
  07042   Cook II                                          15.84
  07070 - Dishwasher                                        9.55***
  07130 - Food Service Worker                              10.63***
  07210 - Meat Cutter                                      17.18
  07260   Waiter/Waitress                                   9.94***
09000 - Furniture Maintenance And Repair Occupations
  09010 - Electrostatic Spray Painter                      20.60
  09040 - Furniture Handler                                13.89***
  09080   Furniture Refinisher                             20.60
  09090 - Furniture Refinisher Helper                      15.71
  09110 - Furniture Repairer Minor                         17.22
  09130 - Upholsterer                                      20.60
11000   General Services And Support Occupations
  11030 - Cleaner Vehicles                                 12.96***
  11060 - Elevator Operator                                13.84***
  11090 - Gardener                                         17.17
  11122   Housekeeping Aide                                13.84***
  11150 - Janitor                                          13.84***
  11210 - Laborer Grounds Maintenance                      14.22***
  11240 - Maid or Houseman                                 10.76***
  11260   Pruner                                           12.83***
  11270 - Tractor Operator                                 16.94
  11330 - Trail Maintenance Worker                         14.22***
```

```
11900 - Window Cleaner                                         15.33
12000 - Health Occupations
    12010 - Ambulance Driver                                   15.99
    12011 - Breath Alcohol Technician                          18.56
    12012 - Certified Occupational Therapist Assistant         28.30
    12015 - Certified Physical Therapist Assistant             28.38
    12020 - Dental Assistant                                   17.44
    12025 - Dental Hygienist                                   33.67
    12030 - EKG Technician                                     28.10
    12035 - Electroneurodiagnostic Technologist                28.10
    12040   Emergency Medical Technician                       15.99
    12071 - Licensed Practical Nurse I                         17.51
    12072 - Licensed Practical Nurse II                        19.68
    12073 - Licensed Practical Nurse III                       21.84
    12100   Medical Assistant                                  15.02
    12130 - Medical Laboratory Technician                      22.14
    12160 - Medical Record Clerk                               17.30
    12190 - Medical Record Technician                          19.34
    12195   Medical Transcriptionist                           16.58
    12210 - Nuclear Medicine Technologist                      40.75
    12221 - Nursing Assistant I                              11.60***
    12222 - Nursing Assistant II                             13.04***
    12223 - Nursing Assistant III                            14.23***
    12224 - Nursing Assistant IV                               15.97
    12235 - Optical Dispenser                                  20.90
    12236 - Optical Technician                                 16.58
    12250   Pharmacy Technician                              14.65***
    12280 - Phlebotomist                                       16.91
    12305 - Radiologic Technologist                            28.45
    12311 - Registered Nurse I                                 23.89
    12312   Registered Nurse II                                29.22
    12313 - Registered Nurse II Specialist                     29.22
    12314 - Registered Nurse III                               35.35
    12315 - Registered Nurse III Anesthetist                   35.35
    12316   Registered Nurse IV                                42.37
    12317 - Scheduler (Drug and Alcohol Testing)               25.28
    12320 - Substance Abuse Treatment Counselor                24.32
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                              20.58
    13012 - Exhibits Specialist II                             23.96
    13013 - Exhibits Specialist III                            28.55
    13041 - Illustrator I                                      20.35
    13042   Illustrator II                                     25.21
    13043 - Illustrator III                                    30.83
    13047 - Librarian                                          29.41
    13050 - Library Aide/Clerk                               13.28***
    13054   Library Information Technology Systems             22.30
    Administrator
    13058 - Library Technician                                 17.17
    13061 - Media Specialist I                                 16.09
    13062   Media Specialist II                                18.01
    13063   Media Specialist III                               20.07
    13071 - Photographer I                                     15.90
    13072 - Photographer II                                    18.01
    13073   Photographer III                                   22.30
    13074 - Photographer IV                                    26.94
    13075 - Photographer V                                     32.59
    13090 - Technical Order Library Clerk                      16.57
    13110   Video Teleconference Technician                    17.41
14000 - Information Technology Occupations
    14041 - Computer Operator I                                15.45
    14042 - Computer Operator II                               17.29
    14043   Computer Operator III                              19.10
    14044   Computer Operator IV                               22.64
    14045 - Computer Operator V                                25.06
```

```
       14071 - Computer Programmer I           (see 1)             22.13
       14072 - Computer Programmer II          (see 1)             27.20
       14073 - Computer Programmer III         (see 1)
       14074 - Computer Programmer IV          (see 1)
       14101 - Computer Systems Analyst I      (see 1)
       14102 - Computer Systems Analyst II     (see 1)
       14103 - Computer Systems Analyst III    (see 1)
       14150 - Peripheral Equipment Operator                      15.45
       14160 - Personal Computer Support Technician               22.64
       14170 - System Support Specialist                          23.51
    15000 - Instructional Occupations
       15010 - Aircrew Training Devices Instructor (Non-Rated)    29.62
       15020 - Aircrew Training Devices Instructor (Rated)        35.84
       15030 - Air Crew Training Devices Instructor (Pilot)       42.96
       15050 - Computer Based Training Specialist / Instructor    30.23
       15060 - Educational Technologist                           29.57
       15070 - Flight Instructor (Pilot)                          42.96
       15080 - Graphic Artist                                     22.54
       15085 - Maintenance Test Pilot Fixed Jet/Prop              42.96
       15086 - Maintenance Test Pilot Rotary Wing                 42.96
       15088 - Non-Maintenance Test/Co-Pilot                      42.96
       15090 - Technical Instructor                               21.90
       15095 - Technical Instructor/Course Developer              26.80
       15110 - Test Proctor                                       18.68
       15120 - Tutor                                              18.68
    16000 - Laundry Dry-Cleaning Pressing And Related Occupations
       16010 - Assembler                                       10.57***
       16030 - Counter Attendant                               10.57***
       16040 - Dry Cleaner                                     13.13***
       16070 - Finisher Flatwork Machine                       10.57***
       16090 - Presser Hand                                    10.57***
       16110 - Presser Machine Drycleaning                     10.57***
       16130 - Presser Machine Shirts                          10.57***
       16160 - Presser Machine Wearing Apparel Laundry         10.57***
       16190 - Sewing Machine Operator                         14.07***
       16220 - Tailor                                             15.00
       16250 - Washer Machine                                  11.26***
    19000 - Machine Tool Operation And Repair Occupations
       19010 - Machine-Tool Operator (Tool Room)                  22.02
       19040 - Tool And Die Maker                                 26.69
    21000 - Materials Handling And Packing Occupations
       21020 - Forklift Operator                                  16.71
       21030 - Material Coordinator                               22.22
       21040 - Material Expediter                                 22.22
       21050 - Material Handling Laborer                          15.80
       21071 - Order Filler                                    14.65***
       21080 - Production Line Worker (Food Processing)           16.71
       21110 - Shipping Packer                                    16.72
       21130 - Shipping/Receiving Clerk                           16.72
       21140 - Store Worker I                                  14.39***
       21150 - Stock Clerk                                        18.87
       21210 - Tools And Parts Attendant                          16.71
       21410 - Warehouse Specialist                               16.71
    23000 - Mechanics And Maintenance And Repair Occupations
       23010 - Aerospace Structural Welder                        24.00
       23019 - Aircraft Logs and Records Technician               20.32
       23021 - Aircraft Mechanic I                                22.86
       23022 - Aircraft Mechanic II                               24.00
       23023 - Aircraft Mechanic III                              24.93
       23040 - Aircraft Mechanic Helper                           18.55
       23050 - Aircraft Painter                                   22.10
       23060 - Aircraft Servicer                                  20.32
       23070 - Aircraft Survival Flight Equipment Technician      22.10
       23080 - Aircraft Worker                                    21.27
       23091 - Aircrew Life Support Equipment (ALSE) Mechanic     21.27
```

Case 1:25-cv-00565-MRD-PAS Document 1-2 Filed 06/30/25 Page 60 of 136 PageID #: 2485

```
23092 - Aircrew Life Support Equipment (ALSE) Mechanic          22.86
        II
23110 - Appliance Mechanic                                      20.79
23120 - Bicycle Repairer                                        17.03
23125 - Cable Splicer                                           24.13
23130 - Carpenter Maintenance                                   23.81
23140 - Carpet Layer                                            21.36
23160 - Electrician Maintenance                                 28.34
23181 - Electronics Technician Maintenance I                    24.51
23182 - Electronics Technician Maintenance II                   25.66
23183 - Electronics Technician Maintenance III                  29.50
23260 - Fabric Worker                                           18.97
23290 - Fire Alarm System Mechanic                              21.77
23310 - Fire Extinguisher Repairer                              17.84
23311 - Fuel Distribution System Mechanic                       27.55
23312 - Fuel Distribution System Operator                       22.57
23370 - General Maintenance Worker                              19.62
23380 - Ground Support Equipment Mechanic                       22.86
23381 - Ground Support Equipment Servicer                       20.32
23382 - Ground Support Equipment Worker                         21.27
23391 - Gunsmith I                                              17.84
23392 - Gunsmith II                                             20.09
23393 - Gunsmith III                                            21.84
23410 - Heating Ventilation And Air-Conditioning                23.12
        Mechanic
23411 - Heating Ventilation And Air Contidioning                24.28
        Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                                25.48
23440 - Heavy Equipment Operator                                26.03
23460 - Instrument Mechanic                                     23.32
23465 - Laboratory/Shelter Mechanic                             21.04
23470 - Laborer                                                 15.80
23510 - Locksmith                                               20.79
23530 - Machinery Maintenance Mechanic                          24.22
23550 - Machinist Maintenance                                   21.77
23580 - Maintenance Trades Helper                               16.05
23591 - Metrology Technician I                                  25.65
23592 - Metrology Technician II                                 26.67
23593 - Metrology Technician III                                27.59
23640 - Millwright                                              28.82
23710 - Office Appliance Repairer                               21.04
23760 - Painter Maintenance                                     21.74
23790 - Pipefitter Maintenance                                  28.21
23810 - Plumber Maintenance                                     26.86
23820 - Pneudraulic Systems Mechanic                            21.84
23850 - Rigger                                                  21.84
23870 - Scale Mechanic                                          20.09
23890 - Sheet-Metal Worker Maintenance                          27.94
23910 - Small Engine Mechanic                                   19.82
23931 - Telecommunications Mechanic I                           27.17
23932 - Telecommunications Mechanic II                          28.14
23950 - Telephone Lineman                                       21.58
23960 - Welder Combination Maintenance                          19.36
23965 - Well Driller                                            21.58
23970 - Woodcraft Worker                                        21.84
23980 - Woodworker                                              17.03
24000 - Personal Needs Occupations
24550 - Case Manager                                            17.15
24570 - Child Care Attendant                                 12.25***
24580 - Child Care Center Clerk                                 15.29
24610 - Chore Aide                                           11.22***
24620 - Family Readiness And Support Services                   17.15
        Coordinator
24630 - Homemaker                                               17.23
```

Case 1:25-cv-00360-MRD-PAS   Document 12   Filed 06/13/25   Page 60 of 137   PageID #: 2486

25000 - Plant And System Operations Occupations
```
    25010 - Boiler Tender                                     23.57
    25040 - Sewage Plant Operator                             24.28
    25070 - Stationary Engineer                               23.57
    25190 - Ventilation Equipment Tender                      18.38
    25210 - Water Treatment Plant Operator                    24.28
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                     20.82
    27007 - Baggage Inspector                              13.65***
    27008 - Corrections Officer                               21.73
    27010 - Court Security Officer                            23.11
    27030 - Detection Dog Handler                             16.31
    27040 - Detention Officer                                 21.73
    27070 - Firefighter                                       22.60
    27101 - Guard I                                        13.65***
    27102 - Guard II                                          16.31
    27131 - Police Officer I                                  25.91
    27132 - Police Officer II                                 28.80
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                    12.48***
    28042 - Carnival Equipment Repairer                    13.50***
    28043 - Carnival Worker                                 9.45***
    28210 - Gate Attendant/Gate Tender                        15.38
    28310 - Lifeguard                                      13.70***
    28350 - Park Attendant (Aide)                             17.20
    28510 - Recreation Aide/Health Facility Attendant      12.55***
    28515 - Recreation Specialist                            21.31
    28630 - Sports Official                                13.70***
    28690 - Swimming Pool Operator                           20.48
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                               21.04
    29020 - Hatch Tender                                     21.04
    29030 - Line Handler                                     21.04
    29041 - Stevedore I                                      19.85
    29042 - Stevedore II                                     21.61
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)  (see 2)    40.29
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)   27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)   30.59
    30021 - Archeological Technician I                       18.14
    30022 - Archeological Technician II                      20.46
    30023 - Archeological Technician III                     22.72
    30030 - Cartographic Technician                          25.34
    30040 - Civil Engineering Technician                     22.72
    30051 - Cryogenic Technician I                           25.16
    30052 - Cryogenic Technician II                          27.79
    30061 - Drafter/CAD Operator I                           18.14
    30062 - Drafter/CAD Operator II                          20.46
    30063 - Drafter/CAD Operator III                         22.81
    30064 - Drafter/CAD Operator IV                          28.07
    30081 - Engineering Technician I                         16.70
    30082 - Engineering Technician II                        18.75
    30083 - Engineering Technician III                       20.98
    30084 - Engineering Technician IV                        25.99
    30085 - Engineering Technician V                         31.78
    30086 - Engineering Technician VI                        38.46
    30090 - Environmental Technician                         23.34
    30095 - Evidence Control Specialist                      22.72
    30210 - Laboratory Technician                            22.81
    30221 - Latent Fingerprint Technician I                  25.16
    30222 - Latent Fingerprint Technician II                 27.79
    30240 - Mathematical Technician                          25.32
    30361 - Paralegal/Legal Assistant I                      18.72
    30362 - Paralegal/Legal Assistant II                     23.34
    30363 - Paralegal/Legal Assistant III                    30.33
```

Case Number: PC-2025-02760 Case Document Filed 06/27/25 Page 60 of 1831 Page ID #: 2487

```
30084 - Paralegal/Legal Assistant IV                          36.70
30375 - Petroleum Supply Specialist                           27.79
30390 - Photo-Optics Technician                               25.34
30395 - Radiation Control Technician                          27.79
30461 - Technical Writer I                                    25.12
30462 - Technical Writer II                                   29.25
30463 - Technical Writer III                                  33.63
30491 - Unexploded Ordnance (UXO) Technician I                25.60
30492 - Unexploded Ordnance (UXO) Technician II               30.98
30493 - Unexploded Ordnance (UXO) Technician III              37.13
30494 - Unexploded (UXO) Safety Escort                        25.60
30495 - Unexploded (UXO) Sweep Personnel                      25.60
30501 - Weather Forecaster I                                  28.07
30502 - Weather Forecaster II                                 34.14
30620 - Weather Observer Combined Upper Air Or     (see 2)    23.15
Surface Programs
30621 - Weather Observer Senior                    (see 2)    25.34
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                        30.98
31020 - Bus Aide                                           14.87***
31030 - Bus Driver                                            20.56
31043 - Driver Courier                                        16.91
31260 - Parking and Lot Attendant                          13.42***
31290 - Shuttle Bus Driver                                    18.06
31310 - Taxi Driver                                        11.90***
31361 - Truckdriver Light                                     18.06
31362 - Truckdriver Medium                                    20.00
31363 - Truckdriver Heavy                                     23.70
31364 - Truckdriver Tractor-Trailer                           23.70
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                               15.10
99030 - Cashier                                            10.67***
99050 - Desk Clerk                                         12.25***
99095 - Embalmer                                              33.31
99130 - Flight Follower                                       25.60
99251 - Laboratory Animal Caretaker I                         19.84
99252 - Laboratory Animal Caretaker II                        21.47
99260 - Marketing Analyst                                     29.54
99310 - Mortician                                             33.31
99410 - Pest Controller                                       23.01
99510 - Photofinishing Worker                              13.45***
99710 - Recycling Laborer                                     20.12
99711 - Recycling Specialist                                  23.45
99730 - Refuse Collector                                      18.36
99810 - Sales Clerk                                        12.24***
99820 - School Crossing Guard                                 15.02
99830 - Survey Party Chief                                    20.27
99831 - Surveying Aide                                     11.56***
99832 - Surveying Technician                                  17.36
99840 - Vending Machine Attendant                             19.84
99841 - Vending Machine Repairer                              24.66
99842 - Vending Machine Repairer Helper                       19.84
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Case Number: PC-2025-02760 Case Document 12 Filed 06/13/2025 Page 603 of 1762 PageID #: 2488

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.


ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:


HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month


HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*


*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.


VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 5 years and 4 weeks after 15 years.  Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)


HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)



THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:


1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.


Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

   (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

   (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

   (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

   (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).


2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case 1:25-cv-00363-MRD-PAS Document 12 Filed 06/27/25 Page 60 Page 861 of 1762 PageID #: 2490

affirmative proof as to actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

of each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                    "REGISTER OF WAGE DETERMINATIONS UNDER  |    U.S. DEPARTMENT OF LABOR
         THE SERVICE CONTRACT ACT              | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |        WAGE AND HOUR DIVISION
                                               |        WASHINGTON D.C.  20210
                                               |
                                               |
                                               |
                                               |
Daniel W. Simms          Division of   | Wage Determination No.: 2015-4235
Director            Wage Determinations|       Revision No.: 19
                                       | Date Of Last Revision: 03/15/2022
                                       |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Pennsylvania

Area: Pennsylvania Counties of Allegheny Armstrong Beaver Butler Fayette Washington Westmoreland

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE | TITLE | FOOTNOTE | RATE |
|---|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | | |
| 01011 - Accounting Clerk I | | | 15.05 |
| 01012 - Accounting Clerk II | | | 16.92 |
| 01013 - Accounting Clerk III | | | 20.33 |
| 01020 - Administrative Assistant | | | 28.43 |
| 01035 - Court Reporter | | | 21.52 |
| 01041 - Customer Service Representative I | | | 14.81*** |
| 01042 - Customer Service Representative II | | | 16.65 |
| 01043 - Customer Service Representative III | | | 18.17 |
| 01051 - Data Entry Operator I | | | 14.82*** |
| 01052 - Data Entry Operator II | | | 16.17 |
| 01060 - Dispatcher Motor Vehicle | | | 21.11 |
| 01070 - Document Preparation Clerk | | | 18.25 |
| 01090 - Duplicating Machine Operator | | | 18.25 |
| 01111 - General Clerk I | | | 14.84*** |
| 01112 - General Clerk II | | | 16.20 |

| | | |
|---|---|---|
| 01193 - General Clerk III | | 18.18 |
| 01120 - Housing Referral Assistant | | 22.17 |
| 01141   Messenger Courier | | 13.92*** |
| 01191 - Order Clerk I | | 16.41 |
| 01192 - Order Clerk II | | 17.91 |
| 01261 - Personnel Assistant (Employment) I | | 16.39 |
| 01262 - Personnel Assistant (Employment) II | | 18.33 |
| 01263 - Personnel Assistant (Employment) III | | 20.43 |
| 01270 - Production Control Clerk | | 23.89 |
| 01290 - Rental Clerk | | 15.53 |
| 01300   Scheduler Maintenance | | 17.77 |
| 01311 - Secretary I | | 17.77 |
| 01312 - Secretary II | | 19.88 |
| 01313 - Secretary III | | 22.17 |
| 01320   Service Order Dispatcher | | 18.88 |
| 01410 - Supply Technician | | 28.43 |
| 01420 - Survey Worker | | 17.73 |
| 01460 - Switchboard Operator/Receptionist | | 13.65*** |
| 01531   Travel Clerk I | | 16.79 |
| 01532 - Travel Clerk II | | 18.02 |
| 01533 - Travel Clerk III | | 19.33 |
| 01611 - Word Processor I | | 14.59*** |
| 01612   Word Processor II | | 16.39 |
| 01613 - Word Processor III | | 18.33 |
| 05000 - Automotive Service Occupations | | |
| 05005 - Automobile Body Repairer Fiberglass | | 22.14 |
| 05010   Automotive  Electrician | | 19.36 |
| 05040 - Automotive Glass Installer | | 18.34 |
| 05070 - Automotive Worker | | 18.34 |
| 05110 - Mobile Equipment Servicer | | 16.23 |
| 05130   Motor Equipment Metal Mechanic | | 20.26 |
| 05160 - Motor Equipment Metal Worker | | 18.34 |
| 05190 - Motor Vehicle Mechanic | | 20.26 |
| 05220 - Motor Vehicle Mechanic Helper | | 15.23 |
| 05250   Motor Vehicle Upholstery Worker | | 17.32 |
| 05280 - Motor Vehicle Wrecker | | 18.34 |
| 05310 - Painter Automotive | | 19.36 |
| 05340 - Radiator Repair Specialist | | 18.34 |
| 05370   Tire Repairer | | 14.74*** |
| 05400 - Transmission Repair Specialist | | 20.26 |
| 07000 - Food Preparation And Service Occupations | | |
| 07010 - Baker | | 13.27*** |
| 07041   Cook I | | 14.51*** |
| 07042 - Cook II | | 16.40 |
| 07070 - Dishwasher | | 11.43*** |
| 07130 - Food Service Worker | | 11.13*** |
| 07210   Meat Cutter | | 16.89 |
| 07260 - Waiter/Waitress | | 11.36*** |
| 09000 - Furniture Maintenance And Repair Occupations | | |
| 09010 - Electrostatic Spray Painter | | 18.56 |
| 09040   Furniture Handler | | 12.62*** |
| 09080 - Furniture Refinisher | | 17.27 |
| 09090 - Furniture Refinisher Helper | | 13.89*** |
| 09110 - Furniture Repairer Minor | | 15.47 |
| 09130   Upholsterer | | 19.95 |
| 11000 - General Services And Support Occupations | | |
| 11030 - Cleaner Vehicles | | 11.90*** |
| 11060 - Elevator Operator | | 13.78*** |
| 11090   Gardener | | 17.74 |
| 11122 - Housekeeping Aide | | 13.78*** |
| 11150 - Janitor | | 13.78*** |
| 11210 - Laborer Grounds Maintenance | | 14.40*** |
| 11240   Maid or Houseman | | 12.46*** |
| 11260 - Pruner | | 13.31*** |
| 11270 - Tractor Operator | | 16.58 |

```
        11430 - Trail Maintenance Worker                      14.40***
        11360 - Window Cleaner                                14.91***
    12000   Health Occupations
        12010 - Ambulance Driver                              17.53
        12011 - Breath Alcohol Technician                     19.73
        12012 - Certified Occupational Therapist Assistant    26.67
        12015   Certified Physical Therapist Assistant        27.30
        12020 - Dental Assistant                              19.11
        12025 - Dental Hygienist                              31.86
        12030 - EKG Technician                                25.47
        12035   Electroneurodiagnostic Technologist           25.47
        12040 - Emergency Medical Technician                  17.53
        12071 - Licensed Practical Nurse I                    17.64
        12072 - Licensed Practical Nurse II                   19.73
        12073   Licensed Practical Nurse III                  21.99
        12100 - Medical Assistant                             15.81
        12130 - Medical Laboratory Technician                 25.32
        12160 - Medical Record Clerk                          17.09
        12190   Medical Record Technician                     21.22
        12195 - Medical Transcriptionist                      18.08
        12210 - Nuclear Medicine Technologist                 32.37
        12221 - Nursing Assistant I                           12.36***
        12222 - Nursing Assistant II                          13.89***
        12223 - Nursing Assistant III                         15.16
        12224 - Nursing Assistant IV                          17.03
        12235 - Optical Dispenser                             17.49
        12236 - Optical Technician                            16.06
        12250 - Pharmacy Technician                           14.37***
        12280 - Phlebotomist                                  17.50
        12305 - Radiologic Technologist                       25.99
        12311   Registered Nurse I                            25.80
        12312 - Registered Nurse II                           31.55
        12313 - Registered Nurse II Specialist                31.55
        12314 - Registered Nurse III                          38.17
        12315   Registered Nurse III Anesthetist              38.17
        12316 - Registered Nurse IV                           45.75
        12317 - Scheduler (Drug and Alcohol Testing)          24.42
        12320 - Substance Abuse Treatment Counselor           22.07
    13000   Information And Arts Occupations
        13011 - Exhibits Specialist I                         21.25
        13012 - Exhibits Specialist II                        27.77
        13013 - Exhibits Specialist III                       29.81
        13041   Illustrator I                                 19.11
        13042 - Illustrator II                                24.36
        13043 - Illustrator III                               28.24
        13047 - Librarian                                     27.72
        13050   Library Aide/Clerk                            10.34***
        13054 - Library Information Technology Systems         25.03
        Administrator
        13058 - Library Technician                            16.06
        13061   Media Specialist I                            18.07
        13062 - Media Specialist II                           20.20
        13063 - Media Specialist III                          22.52
        13071   Photographer I                                14.91***
        13072   Photographer II                               18.25
        13073 - Photographer III                              21.51
        13074 - Photographer IV                               25.29
        13075 - Photographer V                                30.59
        13090   Technical Order Library Clerk                 12.96***
        13110 - Video Teleconference Technician               23.14
    14000 - Information Technology Occupations
        14041 - Computer Operator I                           17.49
        14042 - Computer Operator II                          19.57
        14043 - Computer Operator III                         21.82
        14044 - Computer Operator IV                          24.26
```

```
         14065 - Computer Operator V                            26.85
         14071 - Computer Programmer I            (see 1)        22.73
         14072 - Computer Programmer II           (see 1)
         14073 - Computer Programmer III          (see 1)
         14074 - Computer Programmer IV           (see 1)
         14101 - Computer Systems Analyst I       (see 1)
         14102 - Computer Systems Analyst II      (see 1)
         14103 - Computer Systems Analyst III     (see 1)
         14150 - Peripheral Equipment Operator               17.49
         14160 - Personal Computer Support Technician        24.26
         14170 - System Support Specialist                   31.09
    15000 - Instructional Occupations
         15010 - Aircrew Training Devices Instructor (Non-Rated)   28.72
         15020 - Aircrew Training Devices Instructor (Rated)       34.74
         15030 - Air Crew Training Devices Instructor (Pilot)      41.65
         15050 - Computer Based Training Specialist / Instructor   28.12
         15060 - Educational Technologist                          31.06
         15070 - Flight Instructor (Pilot)                         41.65
         15080 - Graphic Artist                                    26.67
         15085 - Maintenance Test Pilot Fixed Jet/Prop             41.65
         15086 - Maintenance Test Pilot Rotary Wing                41.65
         15088 - Non-Maintenance Test/Co-Pilot                     41.65
         15090 - Technical Instructor                              23.57
         15095 - Technical Instructor/Course Developer             28.83
         15110 - Test Proctor                                      19.02
         15120 - Tutor                                             19.02
    16000 - Laundry Dry-Cleaning Pressing And Related Occupations
         16010 - Assembler                                      10.68***
         16030 - Counter Attendant                              10.68***
         16040 - Dry Cleaner                                    13.33***
         16070 - Finisher Flatwork Machine                      10.68***
         16090 - Presser Hand                                   10.68***
         16110 - Presser Machine Drycleaning                    10.68***
         16130 - Presser Machine Shirts                         10.68***
         16160 - Presser Machine Wearing Apparel Laundry        10.68***
         16190 - Sewing Machine Operator                        14.19***
         16220 - Tailor                                         15.07
         16250 - Washer Machine                                 11.56***
    19000 - Machine Tool Operation And Repair Occupations
         19010 - Machine-Tool Operator (Tool Room)              19.35
         19040 - Tool And Die Maker                             22.78
    21000 - Materials Handling And Packing Occupations
         21020 - Forklift Operator                              20.33
         21030 - Material Coordinator                           23.89
         21040 - Material Expediter                             23.89
         21050 - Material Handling Laborer                      18.10
         21071 - Order Filler                                   15.28
         21080 - Production Line Worker (Food Processing)       20.33
         21110 - Shipping Packer                                17.33
         21130 - Shipping/Receiving Clerk                       17.33
         21140 - Store Worker I                                 15.62
         21150 - Stock Clerk                                    19.81
         21210 - Tools And Parts Attendant                      20.33
         21410 - Warehouse Specialist                           20.33
    23000 - Mechanics And Maintenance And Repair Occupations
         23010 - Aerospace Structural Welder                    37.80
         23019 - Aircraft Logs and Records Technician           31.86
         23021 - Aircraft Mechanic I                            36.30
         23022 - Aircraft Mechanic II                           37.80
         23023 - Aircraft Mechanic III                          39.61
         23040 - Aircraft Mechanic Helper                       28.70
         23050 - Aircraft Painter                               35.57
         23060 - Aircraft Servicer                              31.86
         23070 - Aircraft Survival Flight Equipment Technician  35.57
         23080 - Aircraft Worker                                33.67
```

23091 - Aircrew Life Support Equipment (ALSE) Mechanic        33.67

23092 - Aircrew Life Support Equipment (ALSE) Mechanic        36.30
II
23110 - Appliance Mechanic                                    27.60
23120 - Bicycle Repairer                                      13.96***
23125 - Cable Splicer                                         40.15
23130 - Carpenter Maintenance                                 29.80
23140 - Carpet Layer                                          21.70
23160 - Electrician Maintenance                               32.52
23181 - Electronics Technician Maintenance I                  26.94
23182 - Electronics Technician Maintenance II                 28.42
23183 - Electronics Technician Maintenance III                29.76
23260 - Fabric Worker                                         24.96
23290 - Fire Alarm System Mechanic                            25.43
23310 - Fire Extinguisher Repairer                            23.38
23311 - Fuel Distribution System Mechanic                     35.32
23312 - Fuel Distribution System Operator                     28.29
23370 - General Maintenance Worker                            20.53
23380 - Ground Support Equipment Mechanic                     36.30
23381 - Ground Support Equipment Servicer                     31.86
23382 - Ground Support Equipment Worker                       33.67
23391 - Gunsmith I                                            23.38
23392 - Gunsmith II                                           26.43
23393 - Gunsmith III                                          29.19
23410 - Heating Ventilation And Air-Conditioning              26.98
Mechanic
23411 - Heating Ventilation And Air Contidioning              27.95
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                              27.12
23440 - Heavy Equipment Operator                              28.01
23460 - Instrument Mechanic                                   29.76
23465 - Laboratory/Shelter Mechanic                           27.89
23470 - Laborer                                               15.28
23510 - Locksmith                                             24.51
23530 - Machinery Maintenance Mechanic                        26.97
23550 - Machinist Maintenance                                 21.41
23580 - Maintenance Trades Helper                             16.43
23591 - Metrology Technician I                                29.76
23592 - Metrology Technician II                               30.83
23593 - Metrology Technician III                              32.18
23640 - Millwright                                            29.77
23710 - Office Appliance Repairer                             19.71
23760 - Painter Maintenance                                   22.89
23790 - Pipefitter Maintenance                                30.46
23810 - Plumber Maintenance                                   29.09
23820 - Pneudraulic Systems Mechanic                          29.19
23850 - Rigger                                                28.12
23870 - Scale Mechanic                                        26.43
23890 - Sheet-Metal Worker Maintenance                        31.34
23910 - Small Engine Mechanic                                 17.11
23931 - Telecommunications Mechanic I                         30.07
23932 - Telecommunications Mechanic II                        31.15
23950 - Telephone Lineman                                     37.75
23960 - Welder Combination Maintenance                        23.58
23965 - Well Driller                                          24.51
23970 - Woodcraft Worker                                      29.19
23980 - Woodworker                                            23.38
24000 - Personal Needs Occupations
24550 - Case Manager                                          16.65
24570 - Child Care Attendant                                  11.09***
24580 - Child Care Center Clerk                               13.82***
24610 - Chore Aide                                            12.20***
24620 - Family Readiness And Support Services                 16.65
Coordinator

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Case 1:25-cv-00306-MRD-AS Document 1-2 Filed 06/30/25 Page 612 of 1823 PageID #: 2497

```
                  24805 - Homemaker                                           16.65
        25000 - Plant And System Operations Occupations
                  25010 - Boiler Tender                                       27.84
                  25040 - Sewage Plant Operator                               28.67
                  25070 - Stationary Engineer                                 27.84
                  25190 - Ventilation Equipment Tender                        20.84
                  25210 - Water Treatment Plant Operator                      28.67
        27000 - Protective Service Occupations
                  27004 - Alarm Monitor                                       21.73
                  27007 - Baggage Inspector                                   13.60***
                  27008 - Corrections Officer                                 29.32
                  27010 - Court Security Officer                              29.11
                  27030 - Detection Dog Handler                               15.21
                  27040 - Detention Officer                                   29.32
                  27070 - Firefighter                                         28.89
                  27101 - Guard I                                             13.60***
                  27102 - Guard II                                            15.21
                  27131 - Police Officer I                                    28.79
                  27132 - Police Officer II                                   32.00
        28000 - Recreation Occupations
                  28041 - Carnival Equipment Operator                         11.56***
                  28042 - Carnival Equipment Repairer                         12.36***
                  28043 - Carnival Worker                                      9.28***
                  28210 - Gate Attendant/Gate Tender                         13.83***
                  28310 - Lifeguard                                          10.94***
                  28350 - Park Attendant (Aide)                               15.47
                  28510 - Recreation Aide/Health Facility Attendant          11.29***
                  28515 - Recreation Specialist                               18.74
                  28630 - Sports Official                                    12.32***
                  28690 - Swimming Pool Operator                              18.27
        29000 - Stevedoring/Longshoremen Occupational Services
                  29010 - Blocker And Bracer                                  23.40
                  29020 - Hatch Tender                                        23.40
                  29030 - Line Handler                                        23.40
                  29041 - Stevedore I                                         22.11
                  29042 - Stevedore II                                        24.66
        30000 - Technical Occupations
                  30010 - Air Traffic Control Specialist Center (HFO)   (see 2)    41.49
                  30011 - Air Traffic Control Specialist Station (HFO)  (see 2)    28.60
                  30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    31.50
                  30021 - Archeological Technician I                          18.25
                  30022 - Archeological Technician II                         20.41
                  30023 - Archeological Technician III                        24.87
                  30030 - Cartographic Technician                            25.30
                  30040 - Civil Engineering Technician                       28.94
                  30051 - Cryogenic Technician I                             26.59
                  30052 - Cryogenic Technician II                            28.76
                  30061 - Drafter/CAD Operator I                             18.25
                  30062 - Drafter/CAD Operator II                            20.41
                  30063 - Drafter/CAD Operator III                           22.77
                  30064 - Drafter/CAD Operator IV                            28.00
                  30081 - Engineering Technician I                           16.06
                  30082 - Engineering Technician II                          18.06
                  30083 - Engineering Technician III                         20.98
                  30084 - Engineering Technician IV                          24.78
                  30085 - Engineering Technician V                           30.31
                  30086 - Engineering Technician VI                          36.67
                  30090 - Environmental Technician                           23.52
                  30095 - Evidence Control Specialist                        23.52
                  30210 - Laboratory Technician                              21.77
                  30221 - Latent Fingerprint Technician I                    25.94
                  30222 - Latent Fingerprint Technician II                   28.66
                  30240 - Mathematical Technician                            27.83
                  30361 - Paralegal/Legal Assistant I                        19.93
                  30362 - Paralegal/Legal Assistant II                       24.70
```

```
30363 - Paralegal/Legal Assistant III                          30.21
30364 - Paralegal/Legal Assistant IV                           35.70
30375 - Petroleum Supply Specialist                            28.76
30390 - Photo-Optics Technician                                26.70
30395 - Radiation Control Technician                           28.66
30461 - Technical Writer I                                      23.84
30462 - Technical Writer II                                     29.16
30463 - Technical Writer III                                    35.28
30491 - Unexploded Ordnance (UXO) Technician I                  26.36
30492 - Unexploded Ordnance (UXO) Technician II                 31.90
30493 - Unexploded Ordnance (UXO) Technician III                38.23
30494 - Unexploded (UXO) Safety Escort                          26.36
30495 - Unexploded (UXO) Sweep Personnel                        26.36
30501 - Weather Forecaster I                                    26.60
30502 - Weather Forecaster II                                   31.68
30620 - Weather Observer Combined Upper Air Or     (see 2)      22.77
Surface Programs
30621 - Weather Observer Senior                    (see 2)      25.30
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                         31.90
31020 - Bus Aide                                               19.42
31030 - Bus Driver                                             24.49
31043 - Driver Courier                                         15.09
31260 - Parking and Lot Attendant                           12.28***
31290 - Shuttle Bus Driver                                     16.53
31310 - Taxi Driver                                         13.66***
31361 - Truckdriver Light                                      16.15
31362 - Truckdriver Medium                                     17.23
31363 - Truckdriver Heavy                                      24.01
31364 - Truckdriver Tractor-Trailer                            24.01
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                15.55
99030 - Cashier                                             10.69***
99050 - Desk Clerk                                          12.20***
99095 - Embalmer                                               27.76
99130 - Flight Follower                                        26.36
99251 - Laboratory Animal Caretaker I                       14.83***
99252 - Laboratory Animal Caretaker II                         15.87
99260 - Marketing Analyst                                      31.34
99310 - Mortician                                              27.76
99410 - Pest Controller                                        19.63
99510 - Photofinishing Worker                                  15.95
99710 - Recycling Laborer                                      21.32
99711 - Recycling Specialist                                   24.55
99730 - Refuse Collector                                       19.71
99810 - Sales Clerk                                         12.44***
99820 - School Crossing Guard                               13.46***
99830 - Survey Party Chief                                     25.49
99831 - Surveying Aide                                         15.19
99832 - Surveying Technician                                   23.17
99840 - Vending Machine Attendant                           14.01***
99841 - Vending Machine Repairer                               16.78
99842 - Vending Machine Repairer Helper                     14.01***
```

***Workers in this classification may be entitled to a higher minimum wage under Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the Note at the top of the wage determination for more information. Please also note that the minimum wage requirements of Executive Order 14026 and 13658 are not currently being enforced as to contracts or contract-like instruments entered into with the federal government in connection with seasonal recreational services or seasonal recreational equipment rental for the general public on federal lands.

Note. Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer

professional exemption. Therefore the exemption applies only to computer employees who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining

agreement providing for a different amount or the furnishing of contrary
affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5041905
Reviewer: Carol M.

contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                    "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
              THE SERVICE CONTRACT ACT            |  EMPLOYMENT STANDARDS ADMINISTRATION
    By direction of the Secretary of Labor  |            WAGE AND HOUR DIVISION
                                            |             WASHINGTON D.C.  20210
                                            |
                                            |
                                            |
                                            |
                                            | Wage Determination No.: 2015-5791
    Daniel W. Simms        Division of      |       Revision No.: 18
    Director          Wage Determinations|  Date Of Last Revision: 03/15/2022
                                            |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Pennsylvania

Area: Pennsylvania Counties of Bucks Chester Montgomery

          **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                          FOOTNOTE        RATE

01000 - Administrative Support And Clerical Occupations
    01011 - Accounting Clerk I                                   17.54
    01012 - Accounting Clerk II                                  19.70
    01013 - Accounting Clerk III                                 22.03
    01020 - Administrative Assistant                             32.88
    01035 - Court Reporter                                       28.93
    01041 - Customer Service Representative I                    15.39
    01042 - Customer Service Representative II                   16.79
    01043 - Customer Service Representative III                  18.86
    01051 - Data Entry Operator I                                15.95
    01052 - Data Entry Operator II                               17.40
    01060 - Dispatcher Motor Vehicle                             19.64
    01070 - Document Preparation Clerk                           17.38
    01090 - Duplicating Machine Operator                        17.38
    01111 - General Clerk I                                      15.38
    01112 - General Clerk II                                     16.78
    01113 - General Clerk III                                    18.85

```
01140 - Housing Referral Assistant                         24.11
01141 - Messenger Courier                                  14.34***
01191   Order Clerk I                                       15.99
01192 - Order Clerk II                                      17.44
01261 - Personnel Assistant (Employment) I                  16.85
01262 - Personnel Assistant (Employment) II                 18.84
01263   Personnel Assistant (Employment) III                21.00
01270 - Production Control Clerk                             24.18
01290 - Rental Clerk                                         17.08
01300 - Scheduler Maintenance                               19.12
01311   Secretary I                                          19.12
01312 - Secretary II                                         21.84
01313 - Secretary III                                        24.11
01320 - Service Order Dispatcher                            17.55
01410   Supply Technician                                    32.88
01420 - Survey Worker                                        18.11
01460 - Switchboard Operator/Receptionist                  15.77
01531 - Travel Clerk I                                       17.17
01532 - Travel Clerk II                                      18.16
01533 - Travel Clerk III                                     19.39
01611 - Word Processor I                                     15.94
01612 - Word Processor II                                    17.89
01613   Word Processor III                                   20.03
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                24.93
05010 - Automotive  Electrician                             22.03
05040   Automotive Glass Installer                          20.34
05070 - Automotive Worker                                    21.11
05110 - Mobile Equipment Servicer                           19.63
05130 - Motor Equipment Metal Mechanic                      22.83
05160   Motor Equipment Metal Worker                         21.22
05190 - Motor Vehicle Mechanic                              22.83
05220 - Motor Vehicle Mechanic Helper                       18.71
05250 - Motor Vehicle Upholstery Worker                     20.54
05280   Motor Vehicle Wrecker                                21.22
05310 - Painter Automotive                                   22.14
05340 - Radiator Repair Specialist                          21.22
05370 - Tire Repairer                                        14.89***
05400   Transmission Repair Specialist                       23.49
07000 - Food Preparation And Service Occupations
07010 - Baker                                               13.96***
07041 - Cook I                                               17.11
07042   Cook II                                              18.84
07070 - Dishwasher                                          11.41***
07130 - Food Service Worker                                 11.88***
07210 - Meat Cutter                                          21.72
07260   Waiter/Waitress                                     11.39***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                        20.52
09040 - Furniture Handler                                    19.71
09080   Furniture Refinisher                                 25.87
09090 - Furniture Refinisher Helper                         22.09
09110 - Furniture Repairer Minor                            24.02
09130   Upholsterer                                          23.17
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                    12.81***
11060 - Elevator Operator                                   14.42***
11090 - Gardener                                             20.11
11122   Housekeeping Aide                                   14.42***
11150 - Janitor                                             14.42***
11210 - Laborer Grounds Maintenance                         16.44
11240 - Maid or Houseman                                    13.48***
11260   Pruner                                               15.18
11270 - Tractor Operator                                     18.94
11330 - Trail Maintenance Worker                            16.44
```

Case No. 1:23-cv-00806-MRD-PAS Document 12 Filed 06/13/25 Page 62 Page 1326 of 1762 PageID #: 2505

```
11990 - Window Cleaner                                    15.62
12000 - Health Occupations
  12010 - Ambulance Driver                                19.23
  12011 - Breath Alcohol Technician                       25.00
  12012 - Certified Occupational Therapist Assistant      29.44
  12015 - Certified Physical Therapist Assistant          29.87
  12020 - Dental Assistant                                20.30
  12025 - Dental Hygienist                                40.58
  12030 - EKG Technician                                  30.31
  12035 - Electroneurodiagnostic Technologist             30.31
  12040 - Emergency Medical Technician                    19.23
  12071 - Licensed Practical Nurse I                      22.36
  12072 - Licensed Practical Nurse II                     25.00
  12073 - Licensed Practical Nurse III                    27.87
  12100 - Medical Assistant                               17.42
  12130 - Medical Laboratory Technician                   27.70
  12160 - Medical Record Clerk                            19.70
  12190 - Medical Record Technician                       22.09
  12195 - Medical Transcriptionist                        18.00
  12210 - Nuclear Medicine Technologist                   38.60
  12221 - Nursing Assistant I                             12.80***
  12222 - Nursing Assistant II                            14.38***
  12223 - Nursing Assistant III                           15.69
  12224 - Nursing Assistant IV                            17.62
  12235 - Optical Dispenser                               21.62
  12236 - Optical Technician                              18.92
  12250 - Pharmacy Technician                             15.59
  12280 - Phlebotomist                                    18.63
  12305 - Radiologic Technologist                         29.47
  12311 - Registered Nurse I                              29.51
  12312 - Registered Nurse II                             32.76
  12313 - Registered Nurse II Specialist                  32.76
  12314 - Registered Nurse III                            39.32
  12315 - Registered Nurse III Anesthetist                39.32
  12316 - Registered Nurse IV                             47.11
  12317 - Scheduler (Drug and Alcohol Testing)            30.96
  12320 - Substance Abuse Treatment Counselor             23.73
13000 - Information And Arts Occupations
  13011 - Exhibits Specialist I                           21.74
  13012 - Exhibits Specialist II                          28.77
  13013 - Exhibits Specialist III                         35.16
  13041 - Illustrator I                                   22.94
  13042 - Illustrator II                                  30.61
  13043 - Illustrator III                                 37.43
  13047 - Librarian                                       31.00
  13050 - Library Aide/Clerk                              16.83
  13054 - Library Information Technology Systems
          Administrator                                   27.98
  13058 - Library Technician                              19.39
  13061 - Media Specialist I                              19.99
  13062 - Media Specialist II                             22.37
  13063 - Media Specialist III                            24.93
  13071 - Photographer I                                  19.31
  13072 - Photographer II                                 21.62
  13073 - Photographer III                                26.78
  13074 - Photographer IV                                 32.76
  13075 - Photographer V                                  39.63
  13090 - Technical Order Library Clerk                   19.88
  13110 - Video Teleconference Technician                 23.64
14000 - Information Technology Occupations
  14041 - Computer Operator I                             20.35
  14042 - Computer Operator II                            22.77
  14043 - Computer Operator III                           25.37
  14044 - Computer Operator IV                            28.20
  14045 - Computer Operator V                             31.23
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194091
Reviewer: Carol M.

#: 2506

```
14071 - Computer Programmer I                      (see 1)
14072 - Computer Programmer II                     (see 1)
14073 - Computer Programmer III                    (see 1)
14074 - Computer Programmer IV                     (see 1)
14101 - Computer Systems Analyst I                 (see 1)
14102 - Computer Systems Analyst II                (see 1)
14103 - Computer Systems Analyst III               (see 1)
14150 - Peripheral Equipment Operator                20.35
14160 - Personal Computer Support Technician         28.20
14170 - System Support Specialist                    33.55
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)   33.58
   15020 - Aircrew Training Devices Instructor (Rated)       40.64
   15030 - Air Crew Training Devices Instructor (Pilot)      48.70
   15050 - Computer Based Training Specialist / Instructor   33.58
   15060 - Educational Technologist                          34.07
   15070 - Flight Instructor (Pilot)                         48.70
   15080 - Graphic Artist                                    28.17
   15085 - Maintenance Test Pilot Fixed Jet/Prop             48.70
   15086 - Maintenance Test Pilot Rotary Wing                48.70
   15088 - Non-Maintenance Test/Co-Pilot                     48.70
   15090 - Technical Instructor                              27.19
   15095 - Technical Instructor/Course Developer             33.25
   15110 - Test Proctor                                      21.94
   15120 - Tutor                                             21.94
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                       13.13***
   16030 - Counter Attendant                               13.13***
   16040 - Dry Cleaner                                       15.02
   16070 - Finisher Flatwork Machine                       13.13***
   16090 - Presser Hand                                    13.13***
   16110 - Presser Machine Drycleaning                     13.13***
   16130 - Presser Machine Shirts                          13.13***
   16160 - Presser Machine Wearing Apparel Laundry         13.13***
   16190 - Sewing Machine Operator                           15.65
   16220 - Tailor                                            16.48
   16250 - Washer Machine                                  13.76***
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                 25.24
   19040 - Tool And Die Maker                                29.17
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                 19.21
   21030 - Material Coordinator                              24.18
   21040 - Material Expediter                                24.18
   21050 - Material Handling Laborer                       14.91***
   21071 - Order Filler                                      15.27
   21080 - Production Line Worker (Food Processing)          19.21
   21110 - Shipping Packer                                   16.81
   21130 - Shipping/Receiving Clerk                          16.81
   21140 - Store Worker I                                    17.10
   21150 - Stock Clerk                                       21.29
   21210 - Tools And Parts Attendant                         19.21
   21410 - Warehouse Specialist                              19.21
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                       37.42
   23019 - Aircraft Logs and Records Technician              32.30
   23021 - Aircraft Mechanic I                               36.03
   23022 - Aircraft Mechanic II                              37.42
   23023 - Aircraft Mechanic III                             38.62
   23040 - Aircraft Mechanic Helper                          29.08
   23050 - Aircraft Painter                                  34.77
   23060 - Aircraft Servicer                                 32.30
   23070 - Aircraft Survival Flight Equipment Technician     34.77
   23080 - Aircraft Worker                                   33.56
   23091 - Aircrew Life Support Equipment (ALSE) Mechanic    33.56
```

```
       23092 - Aircrew Life Support Equipment (ALSE) Mechanic        36.03
       II
       23110 - Appliance Mechanic                                    22.18
       23120 - Bicycle Repairer                                      18.28
       23125 - Cable Splicer                                         41.54
       23130 - Carpenter Maintenance                                 28.13
       23140 - Carpet Layer                                          26.55
       23160 - Electrician Maintenance                               34.30
       23181 - Electronics Technician Maintenance I                  28.22
       23182 - Electronics Technician Maintenance II                 29.46
       23183 - Electronics Technician Maintenance III                30.59
       23260 - Fabric Worker                                         27.57
       23290 - Fire Alarm System Mechanic                            26.12
       23310 - Fire Extinguisher Repairer                            24.88
       23311 - Fuel Distribution System Mechanic                     29.89
       23312 - Fuel Distribution System Operator                     25.62
       23370 - General Maintenance Worker                            21.92
       23380 - Ground Support Equipment Mechanic                     36.03
       23381 - Ground Support Equipment Servicer                     32.30
       23382 - Ground Support Equipment Worker                       33.56
       23391 - Gunsmith I                                            24.88
       23392 - Gunsmith II                                           27.40
       23393 - Gunsmith III                                          29.70
       23410 - Heating Ventilation And Air-Conditioning              28.06
       Mechanic
       23411 - Heating Ventilation And Air Contidioning              29.19
       Mechanic (Research Facility)
       23430 - Heavy Equipment Mechanic                              27.38
       23440 - Heavy Equipment Operator                              30.61
       23460 - Instrument Mechanic                                   33.00
       23465 - Laboratory/Shelter Mechanic                           28.60
       23470 - Laborer                                               15.83
       23510 - Locksmith                                             32.33
       23530 - Machinery Maintenance Mechanic                        29.09
       23550 - Machinist Maintenance                                 27.78
       23580 - Maintenance Trades Helper                             18.52
       23591 - Metrology Technician I                                33.00
       23592 - Metrology Technician II                               34.29
       23593 - Metrology Technician III                              35.38
       23640 - Millwright                                            30.50
       23710 - Office Appliance Repairer                             23.06
       23760 - Painter Maintenance                                   23.35
       23790 - Pipefitter Maintenance                                30.24
       23810 - Plumber Maintenance                                   28.98
       23820 - Pneudraulic Systems Mechanic                          29.70
       23850 - Rigger                                                28.78
       23870 - Scale Mechanic                                        27.40
       23890 - Sheet-Metal Worker Maintenance                        32.08
       23910 - Small Engine Mechanic                                 19.57
       23931 - Telecommunications Mechanic I                         28.70
       23932 - Telecommunications Mechanic II                        29.85
       23950 - Telephone Lineman                                     40.40
       23960 - Welder Combination Maintenance                        23.14
       23965 - Well Driller                                          29.52
       23970 - Woodcraft Worker                                      29.70
       23980 - Woodworker                                            24.88
    24000 - Personal Needs Occupations
       24550 - Case Manager                                          17.66
       24570 - Child Care Attendant                               12.00***
       24580 - Child Care Center Clerk                            14.96***
       24610 - Chore Aide                                         12.72***
       24620 - Family Readiness And Support Services                 17.66
       Coordinator
       24630 - Homemaker                                             17.66
```

Case 1:25-cv-00306-MRD-PAS Document 12 Filed 06/27/25 Page 62 of 131 PageID #: 2508

25000 - Plant And System Operations Occupations

```
    25010 - Boiler Tender                                        31.28
    25040 - Sewage Plant Operator                               28.06
    25070 - Stationary Engineer                                 31.28
    25190 - Ventilation Equipment Tender                        24.67
    25210 - Water Treatment Plant Operator                      28.06
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                       23.09
    27007 - Baggage Inspector                                   15.06
    27008 - Corrections Officer                                 24.74
    27010 - Court Security Officer                              29.54
    27030 - Detection Dog Handler                               18.81
    27040 - Detention Officer                                   24.74
    27070 - Firefighter                                         34.48
    27101 - Guard I                                             15.06
    27102 - Guard II                                            18.81
    27131 - Police Officer I                                    37.64
    27132 - Police Officer II                                   41.83
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                      13.11***
    28042 - Carnival Equipment Repairer                      13.93***
    28043 - Carnival Worker                                  10.55***
    28210 - Gate Attendant/Gate Tender                         16.54
    28310 - Lifeguard                                        12.78***
    28350 - Park Attendant (Aide)                              18.49
    28510 - Recreation Aide/Health Facility Attendant       13.49***
    28515 - Recreation Specialist                              22.91
    28630 - Sports Official                                  14.72***
    28690 - Swimming Pool Operator                             17.23
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                 28.59
    29020 - Hatch Tender                                       28.59
    29030 - Line Handler                                       28.59
    29041 - Stevedore I                                        27.35
    29042 - Stevedore II                                       29.85
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)  (see 2)   43.80
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  30.20
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  33.25
    30021 - Archeological Technician I                         20.33
    30022 - Archeological Technician II                        22.75
    30023 - Archeological Technician III                       28.18
    30030 - Cartographic Technician                            28.27
    30040 - Civil Engineering Technician                       26.88
    30051 - Cryogenic Technician I                             31.21
    30052 - Cryogenic Technician II                            31.61
    30061 - Drafter/CAD Operator I                             20.33
    30062 - Drafter/CAD Operator II                            22.75
    30063 - Drafter/CAD Operator III                           25.36
    30064 - Drafter/CAD Operator IV                            31.21
    30081 - Engineering Technician I                           18.23
    30082 - Engineering Technician II                          20.47
    30083 - Engineering Technician III                         23.23
    30084 - Engineering Technician IV                          28.83
    30085 - Engineering Technician V                           35.18
    30086 - Engineering Technician VI                          42.58
    30090 - Environmental Technician                           24.41
    30095 - Evidence Control Specialist                        25.84
    30210 - Laboratory Technician                              28.46
    30221 - Latent Fingerprint Technician I                    25.81
    30222 - Latent Fingerprint Technician II                   28.52
    30240 - Mathematical Technician                            31.00
    30361 - Paralegal/Legal Assistant I                        21.69
    30362 - Paralegal/Legal Assistant II                       26.86
    30363 - Paralegal/Legal Assistant III                      32.86
```

```
30384 - Paralegal/Legal Assistant IV                            39.75
30375 - Petroleum Supply Specialist                             31.61
30390 - Photo-Optics Technician                                 28.18
30395 - Radiation Control Technician                            31.61
30461 - Technical Writer I                                      25.39
30462 - Technical Writer II                                     31.06
30463 - Technical Writer III                                    37.59
30491 - Unexploded Ordnance (UXO) Technician I                  27.83
30492 - Unexploded Ordnance (UXO) Technician II                 33.67
30493 - Unexploded Ordnance (UXO) Technician III                40.36
30494 - Unexploded (UXO) Safety Escort                          27.83
30495 - Unexploded (UXO) Sweep Personnel                        27.83
30501 - Weather Forecaster I                                    31.21
30502 - Weather Forecaster II                                   37.96
30620 - Weather Observer Combined Upper Air Or    (see 2)       25.36
Surface Programs
30621 - Weather Observer Senior                   (see 2)       28.18
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                          33.67
31020 - Bus Aide                                                17.23
31030 - Bus Driver                                              22.21
31043 - Driver Courier                                          18.13
31260 - Parking and Lot Attendant                               12.24***
31290 - Shuttle Bus Driver                                      19.00
31310 - Taxi Driver                                             15.48
31361 - Truckdriver Light                                       19.00
31362 - Truckdriver Medium                                      19.78
31363 - Truckdriver Heavy                                       24.36
31364 - Truckdriver Tractor-Trailer                             24.36
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                 16.42
99030 - Cashier                                                 11.80***
99050 - Desk Clerk                                              12.64***
99095 - Embalmer                                                37.62
99130 - Flight Follower                                         27.83
99251 - Laboratory Animal Caretaker I                           14.49***
99252 - Laboratory Animal Caretaker II                          15.39
99260 - Marketing Analyst                                       35.04
99310 - Mortician                                               37.62
99410 - Pest Controller                                         19.05
99510 - Photofinishing Worker                                   15.41
99710 - Recycling Laborer                                       22.65
99711 - Recycling Specialist                                    25.58
99730 - Refuse Collector                                        21.26
99810 - Sales Clerk                                             12.57***
99820 - School Crossing Guard                                   15.28
99830 - Survey Party Chief                                      27.42
99831 - Surveying Aide                                          16.28
99832 - Surveying Technician                                    24.06
99840 - Vending Machine Attendant                               16.40
99841 - Vending Machine Repairer                                19.18
99842 - Vending Machine Repairer Helper                         16.40
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Case Number: PC-2025-02760

Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5104908
Reviewer: Carol M.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017. If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking. Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors. A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541. Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families. In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees. For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption. Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5141906
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification.  Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

6) each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                "REGISTER OF WAGE DETERMINATIONS UNDER |      U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT              | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |           WAGE AND HOUR DIVISION
                                               |           WASHINGTON D.C.  20210
                                               |
                                               |
                                               |
                                               |
                                               | Wage Determination No.: 2015-4225
Daniel W. Simms         Division of    |        Revision No.: 20
Director            Wage Determinations|    Date Of Last Revision: 03/15/2022
                                               |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Pennsylvania

Area: Pennsylvania Counties of Cumberland Dauphin Perry

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.75 |
| 01012 - Accounting Clerk II | | 17.68 |
| 01013  Accounting Clerk III | | 19.79 |
| 01020 - Administrative Assistant | | 29.56 |
| 01035 - Court Reporter | | 26.90 |
| 01041 - Customer Service Representative I | | 13.99*** |
| 01042  Customer Service Representative II | | 15.51 |
| 01043 - Customer Service Representative III | | 17.15 |
| 01051 - Data Entry Operator I | | 15.27 |
| 01052 - Data Entry Operator II | | 16.66 |
| 01060  Dispatcher Motor Vehicle | | 21.00 |
| 01070 - Document Preparation Clerk | | 16.47 |
| 01090 - Duplicating Machine Operator | | 16.47 |
| 01111 - General Clerk I | | 14.46*** |
| 01112  General Clerk II | | 15.78 |
| 01113 - General Clerk III | | 17.72 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5198908
Reviewer: Carol M.
#: 2515

```
          01310 - Housing Referral Assistant                      20.19
          01141 - Messenger Courier                               14.92***
          01191   Order Clerk I                                   15.72
          01192 - Order Clerk II                                  17.94
          01261 - Personnel Assistant (Employment) I              17.30
          01262 - Personnel Assistant (Employment) II             19.34
          01263   Personnel Assistant (Employment) III            21.56
          01270 - Production Control Clerk                         23.73
          01290 - Rental Clerk                                     12.94***
          01300 - Scheduler Maintenance                           16.20
          01311   Secretary I                                      16.20
          01312 - Secretary II                                     18.11
          01313 - Secretary III                                    20.19
          01320 - Service Order Dispatcher                         18.78
          01410   Supply Technician                                29.56
          01420 - Survey Worker                                    18.66
          01460 - Switchboard Operator/Receptionist               13.74***
          01531 - Travel Clerk I                                   14.77***
          01532   Travel Clerk II                                  15.47
          01533 - Travel Clerk III                                 16.38
          01611 - Word Processor I                                 15.00
          01612 - Word Processor II                                16.85
          01613   Word Processor III                               18.84
     05000 - Automotive Service Occupations
          05005 - Automobile Body Repairer Fiberglass             21.95
          05010 - Automotive  Electrician                          21.21
          05040   Automotive Glass Installer                       20.14
          05070 - Automotive Worker                                20.14
          05110 - Mobile Equipment Servicer                        18.01
          05130 - Motor Equipment Metal Mechanic                   22.25
          05160   Motor Equipment Metal Worker                     20.14
          05190 - Motor Vehicle Mechanic                           22.25
          05220 - Motor Vehicle Mechanic Helper                    16.87
          05250 - Motor Vehicle Upholstery Worker                  19.09
          05280   Motor Vehicle Wrecker                            20.14
          05310 - Painter Automotive                               21.21
          05340 - Radiator Repair Specialist                       20.14
          05370 - Tire Repairer                                    14.53***
          05400   Transmission Repair Specialist                   22.25
     07000 - Food Preparation And Service Occupations
          07010 - Baker                                            13.23***
          07041 - Cook I                                           13.93***
          07042   Cook II                                          15.58
          07070 - Dishwasher                                       11.38***
          07130 - Food Service Worker                              10.29***
          07210 - Meat Cutter                                      17.67
          07260   Waiter/Waitress                                  10.43***
     09000 - Furniture Maintenance And Repair Occupations
          09010 - Electrostatic Spray Painter                      20.77
          09040 - Furniture Handler                                15.92
          09080   Furniture Refinisher                             20.77
          09090 - Furniture Refinisher Helper                      17.32
          09110 - Furniture Repairer Minor                         19.04
          09130   Upholsterer                                      21.49
     11000   General Services And Support Occupations
          11030 - Cleaner Vehicles                                 13.64***
          11060 - Elevator Operator                                13.64***
          11090 - Gardener                                         17.32
          11122   Housekeeping Aide                                12.82***
          11150 - Janitor                                          12.82***
          11210 - Laborer Grounds Maintenance                      14.16***
          11240 - Maid or Houseman                                 11.13***
          11260   Pruner                                           13.15***
          11270 - Tractor Operator                                 16.22
          11330 - Trail Maintenance Worker                         14.16***
```

```
11956 - Window Cleaner                                      13.80***
12000 - Health Occupations
  12010   Ambulance Driver                                  18.11
  12011 - Breath Alcohol Technician                         22.38
  12012 - Certified Occupational Therapist Assistant        29.08
  12015 - Certified Physical Therapist Assistant            27.33
  12020   Dental Assistant                                  20.42
  12025 - Dental Hygienist                                  35.48
  12030 - EKG Technician                                    25.78
  12035 - Electroneurodiagnostic Technologist               25.78
  12040   Emergency Medical Technician                      18.11
  12071 - Licensed Practical Nurse I                        20.00
  12072 - Licensed Practical Nurse II                       22.38
  12073 - Licensed Practical Nurse III                      24.95
  12100   Medical Assistant                                 16.39
  12130 - Medical Laboratory Technician                     25.07
  12160 - Medical Record Clerk                              18.00
  12190 - Medical Record Technician                         20.49
  12195   Medical Transcriptionist                          19.21
  12210 - Nuclear Medicine Technologist                     48.88
  12221 - Nursing Assistant I                               12.24***
  12222 - Nursing Assistant II                              13.75***
  12223 - Nursing Assistant III                             15.01
  12224 - Nursing Assistant IV                              16.86
  12235 - Optical Dispenser                                 19.38
  12236 - Optical Technician                                18.31
  12250   Pharmacy Technician                               14.61***
  12280 - Phlebotomist                                      18.29
  12305 - Radiologic Technologist                           26.23
  12311 - Registered Nurse I                                24.76
  12312   Registered Nurse II                               30.29
  12313 - Registered Nurse II Specialist                    30.29
  12314 - Registered Nurse III                              36.66
  12315 - Registered Nurse III Anesthetist                  36.66
  12316   Registered Nurse IV                               43.93
  12317 - Scheduler (Drug and Alcohol Testing)              27.63
  12320 - Substance Abuse Treatment Counselor               23.78
13000 - Information And Arts Occupations
  13011   Exhibits Specialist I                             22.11
  13012 - Exhibits Specialist II                            27.39
  13013 - Exhibits Specialist III                           33.50
  13041 - Illustrator I                                     18.66
  13042   Illustrator II                                    23.13
  13043 - Illustrator III                                   28.30
  13047 - Librarian                                         30.33
  13050 - Library Aide/Clerk                                11.39***
  13054   Library Information Technology Systems            27.39
  Administrator
  13058 - Library Technician                                16.86
  13061 - Media Specialist I                                19.77
  13062   Media Specialist II                               22.11
  13063   Media Specialist III                              24.64
  13071 - Photographer I                                    17.17
  13072 - Photographer II                                   19.67
  13073   Photographer III                                  23.69
  13074 - Photographer IV                                   28.98
  13075 - Photographer V                                    35.06
  13090 - Technical Order Library Clerk                     14.51***
  13110   Video Teleconference Technician                   21.42
14000 - Information Technology Occupations
  14041 - Computer Operator I                               17.88
  14042 - Computer Operator II                              20.00
  14043   Computer Operator III                             22.31
  14044 - Computer Operator IV                              24.78
  14045 - Computer Operator V                               27.43
```

```
14071 - Computer Programmer I              (see 1)              21.66
14072 - Computer Programmer II             (see 1)
14073 - Computer Programmer III            (see 1)
14074 - Computer Programmer IV             (see 1)
14101 - Computer Systems Analyst I         (see 1)
14102 - Computer Systems Analyst II        (see 1)
14103 - Computer Systems Analyst III       (see 1)
14150 - Peripheral Equipment Operator                           17.88
14160 - Personal Computer Support Technician                    24.78
14170 - System Support Specialist                               32.64
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)     29.28
    15020 - Aircrew Training Devices Instructor (Rated)         35.42
    15030 - Air Crew Training Devices Instructor (Pilot)        42.46
    15050 - Computer Based Training Specialist / Instructor     29.28
    15060 - Educational Technologist                            37.73
    15070 - Flight Instructor (Pilot)                           42.46
    15080 - Graphic Artist                                      22.03
    15085 - Maintenance Test Pilot Fixed Jet/Prop               42.46
    15086 - Maintenance Test Pilot Rotary Wing                  42.46
    15088 - Non-Maintenance Test/Co-Pilot                       42.46
    15090 - Technical Instructor                                25.27
    15095 - Technical Instructor/Course Developer               30.91
    15110 - Test Proctor                                        20.40
    15120 - Tutor                                               20.40
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                        10.55***
    16030 - Counter Attendant                                10.55***
    16040 - Dry Cleaner                                         13.22***
    16070 - Finisher Flatwork Machine                        10.55***
    16090 - Presser Hand                                       10.55***
    16110 - Presser Machine Drycleaning                      10.55***
    16130 - Presser Machine Shirts                           10.55***
    16160 - Presser Machine Wearing Apparel Laundry         10.55***
    16190 - Sewing Machine Operator                           14.13***
    16220 - Tailor                                              15.02
    16250 - Washer Machine                                     11.41***
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)                   23.16
    19040 - Tool And Die Maker                                  27.82
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                                   18.09
    21030 - Material Coordinator                                23.73
    21040 - Material Expediter                                  23.73
    21050 - Material Handling Laborer                           15.53
    21071 - Order Filler                                       13.11***
    21080 - Production Line Worker (Food Processing)            18.09
    21110 - Shipping Packer                                     17.22
    21130 - Shipping/Receiving Clerk                            17.22
    21140 - Store Worker I                                     14.44***
    21150 - Stock Clerk                                         18.05
    21210 - Tools And Parts Attendant                          18.09
    21410 - Warehouse Specialist                                18.09
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                         30.02
    23019 - Aircraft Logs and Records Technician                24.60
    23021 - Aircraft Mechanic I                                 28.67
    23022 - Aircraft Mechanic II                                30.02
    23023 - Aircraft Mechanic III                               31.40
    23040 - Aircraft Mechanic Helper                            21.77
    23050 - Aircraft Painter                                    27.33
    23060 - Aircraft Servicer                                   24.60
    23070 - Aircraft Survival Flight Equipment Technician       27.33
    23080 - Aircraft Worker                                     25.96
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic      25.96
```

```
23092 - Aircrew Life Support Equipment (ALSE) Mechanic          28.67
II
23110 - Appliance Mechanic                                      26.55
23120 - Bicycle Repairer                                        20.47
23125 - Cable Splicer                                           41.49
23130 - Carpenter Maintenance                                   22.44
23140 - Carpet Layer                                            23.75
23160 - Electrician Maintenance                                 27.81
23181 - Electronics Technician Maintenance I                    23.56
23182 - Electronics Technician Maintenance II                   24.81
23183 - Electronics Technician Maintenance III                  26.64
23260 - Fabric Worker                                           22.50
23290 - Fire Alarm System Mechanic                              22.05
23310 - Fire Extinguisher Repairer                              21.23
23311 - Fuel Distribution System Mechanic                       29.19
23312 - Fuel Distribution System Operator                       23.63
23370 - General Maintenance Worker                              21.09
23380 - Ground Support Equipment Mechanic                       28.67
23381 - Ground Support Equipment Servicer                       24.60
23382 - Ground Support Equipment Worker                         25.96
23391 - Gunsmith I                                              21.23
23392 - Gunsmith II                                             23.75
23393 - Gunsmith III                                            26.23
23410 - Heating Ventilation And Air-Conditioning                26.56
Mechanic
23411 - Heating Ventilation And Air Contidioning                27.80
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                                25.89
23440 - Heavy Equipment Operator                                23.15
23460 - Instrument Mechanic                                     26.23
23465 - Laboratory/Shelter Mechanic                             25.00
23470 - Laborer                                                 15.04
23510 - Locksmith                                               21.59
23530 - Machinery Maintenance Mechanic                          24.71
23550 - Machinist Maintenance                                   21.91
23580 - Maintenance Trades Helper                            14.97***
23591 - Metrology Technician I                                  26.23
23592 - Metrology Technician II                                 27.45
23593 - Metrology Technician III                                28.72
23640 - Millwright                                              26.95
23710 - Office Appliance Repairer                               22.18
23760 - Painter Maintenance                                     22.69
23790 - Pipefitter Maintenance                                  25.81
23810 - Plumber Maintenance                                     24.60
23820 - Pneudraulic Systems Mechanic                            26.23
23850 - Rigger                                                  26.23
23870 - Scale Mechanic                                          23.75
23890 - Sheet-Metal Worker Maintenance                          28.18
23910 - Small Engine Mechanic                                   23.75
23931 - Telecommunications Mechanic I                           31.19
23932 - Telecommunications Mechanic II                          32.64
23950 - Telephone Lineman                                       31.25
23960 - Welder Combination Maintenance                          23.23
23965 - Well Driller                                            25.92
23970 - Woodcraft Worker                                        26.23
23980 - Woodworker                                              21.23
24000 - Personal Needs Occupations
24550 - Case Manager                                            17.24
24570 - Child Care Attendant                                 12.14***
24580 - Child Care Center Clerk                                 16.23
24610 - Chore Aide                                           11.80***
24620 - Family Readiness And Support Services                   17.24
Coordinator
24630 - Homemaker                                               17.24
```

25000 - Plant And System Operations Occupations

|  |  |
|---|---|
| 25010 - Boiler Tender | 29.07 |
| 25040 - Sewage Plant Operator | 25.28 |
| 25070 - Stationary Engineer | 29.07 |
| 25190 - Ventilation Equipment Tender | 22.04 |
| 25210 - Water Treatment Plant Operator | 25.28 |

27000 - Protective Service Occupations

|  |  |
|---|---|
| 27004 - Alarm Monitor | 21.73 |
| 27007 - Baggage Inspector | 16.31 |
| 27008 - Corrections Officer | 28.86 |
| 27010 - Court Security Officer | 27.62 |
| 27030 - Detection Dog Handler | 18.24 |
| 27040 - Detention Officer | 28.86 |
| 27070 - Firefighter | 26.39 |
| 27101 - Guard I | 16.31 |
| 27102 - Guard II | 18.24 |
| 27131 - Police Officer I | 32.20 |
| 27132 - Police Officer II | 35.79 |

28000 - Recreation Occupations

|  |  |
|---|---|
| 28041 - Carnival Equipment Operator | 11.32*** |
| 28042 - Carnival Equipment Repairer | 12.09*** |
| 28043 - Carnival Worker | 9.24*** |
| 28210 - Gate Attendant/Gate Tender | 16.43 |
| 28310 - Lifeguard | 11.03*** |
| 28350 - Park Attendant (Aide) | 18.39 |
| 28510 - Recreation Aide/Health Facility Attendant | 13.42*** |
| 28515 - Recreation Specialist | 22.60 |
| 28630 - Sports Official | 14.64*** |
| 28690 - Swimming Pool Operator | 18.30 |

29000 - Stevedoring/Longshoremen Occupational Services

|  |  |
|---|---|
| 29010 - Blocker And Bracer | 26.46 |
| 29020 - Hatch Tender | 26.46 |
| 29030 - Line Handler | 26.46 |
| 29041 - Stevedore I | 25.08 |
| 29042 - Stevedore II | 27.86 |

30000 - Technical Occupations

|  |  |
|---|---|
| 30010 - Air Traffic Control Specialist Center (HFO)  (see 2) | 40.72 |
| 30011 - Air Traffic Control Specialist Station (HFO)  (see 2) | 28.08 |
| 30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) | 30.92 |
| 30021 - Archeological Technician I | 17.70 |
| 30022 - Archeological Technician II | 19.79 |
| 30023 - Archeological Technician III | 24.52 |
| 30030 - Cartographic Technician | 24.52 |
| 30040 - Civil Engineering Technician | 26.12 |
| 30051 - Cryogenic Technician I | 27.15 |
| 30052 - Cryogenic Technician II | 29.99 |
| 30061 - Drafter/CAD Operator I | 17.70 |
| 30062 - Drafter/CAD Operator II | 19.79 |
| 30063 - Drafter/CAD Operator III | 22.06 |
| 30064 - Drafter/CAD Operator IV | 27.15 |
| 30081 - Engineering Technician I | 15.82 |
| 30082 - Engineering Technician II | 17.77 |
| 30083 - Engineering Technician III | 19.87 |
| 30084 - Engineering Technician IV | 24.61 |
| 30085 - Engineering Technician V | 30.10 |
| 30086 - Engineering Technician VI | 36.43 |
| 30090 - Environmental Technician | 24.75 |
| 30095 - Evidence Control Specialist | 24.52 |
| 30210 - Laboratory Technician | 22.01 |
| 30221 - Latent Fingerprint Technician I | 27.15 |
| 30222 - Latent Fingerprint Technician II | 29.99 |
| 30240 - Mathematical Technician | 26.90 |
| 30361 - Paralegal/Legal Assistant I | 18.96 |
| 30362 - Paralegal/Legal Assistant II | 23.48 |
| 30363 - Paralegal/Legal Assistant III | 28.73 |

```
30374 - Paralegal/Legal Assistant IV                          34.76
30375 - Petroleum Supply Specialist                           29.99
30390 - Photo-Optics Technician                               24.52
30395 - Radiation Control Technician                          29.99
30461 - Technical Writer I                                    24.87
30462 - Technical Writer II                                   30.41
30463 - Technical Writer III                                  36.80
30491 - Unexploded Ordnance (UXO) Technician I                25.88
30492 - Unexploded Ordnance (UXO) Technician II               31.31
30493 - Unexploded Ordnance (UXO) Technician III              37.53
30494 - Unexploded (UXO) Safety Escort                        25.88
30495 - Unexploded (UXO) Sweep Personnel                      25.88
30501 - Weather Forecaster I                                  27.15
30502 - Weather Forecaster II                                 33.03
30620 - Weather Observer Combined Upper Air Or     (see 2)    22.06
Surface Programs
30621 - Weather Observer Senior                    (see 2)    24.52
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                        31.31
31020 - Bus Aide                                              16.20
31030 - Bus Driver                                            20.97
31043 - Driver Courier                                        15.01
31260 - Parking and Lot Attendant                             11.31***
31290 - Shuttle Bus Driver                                    15.49
31310 - Taxi Driver                                           13.83***
31361 - Truckdriver Light                                     16.03
31362 - Truckdriver Medium                                    18.05
31363 - Truckdriver Heavy                                     24.03
31364 - Truckdriver Tractor-Trailer                           24.03
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                               15.27
99030 - Cashier                                               10.64***
99050 - Desk Clerk                                            11.56***
99095 - Embalmer                                              35.00
99130 - Flight Follower                                       25.88
99251 - Laboratory Animal Caretaker I                         12.44***
99252 - Laboratory Animal Caretaker II                        13.27***
99260 - Marketing Analyst                                     30.06
99310 - Mortician                                             35.00
99410 - Pest Controller                                       18.63
99510 - Photofinishing Worker                                 14.78***
99710 - Recycling Laborer                                     18.55
99711 - Recycling Specialist                                  21.24
99730 - Refuse Collector                                      17.23
99810 - Sales Clerk                                           12.56***
99820 - School Crossing Guard                                 15.07
99830 - Survey Party Chief                                    27.54
99831 - Surveying Aide                                        18.86
99832 - Surveying Technician                                  24.28
99840 - Vending Machine Attendant                             18.33
99841 - Vending Machine Repairer                              21.86
99842 - Vending Machine Repairer Helper                       18.33
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; and 3 weeks after 8 years.  Length of service includes the whole span of
continuous service with the present contractor or successor wherever employed and
with the predecessor contractors in the performance of similar work at the same
Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

 (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

 (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

 (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

 (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5149093
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                    "REGISTER OF WAGE DETERMINATIONS UNDER  |     U.S. DEPARTMENT OF LABOR
          THE SERVICE CONTRACT ACT             | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |          WAGE AND HOUR DIVISION
                                               |            WASHINGTON D.C.  20210
                                               |
                                               |
                                               |
                                               |
Daniel W. Simms          Division of   | Wage Determination No.: 2015-4233
Director          Wage Determinations| Revision No.: 22
                                               | Date Of Last Revision: 03/15/2022
                                               |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Pennsylvania

Area: Pennsylvania Counties of Delaware Philadelphia

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 17.54 |
| 01012 - Accounting Clerk II | | 19.70 |
| 01013  Accounting Clerk III | | 22.03 |
| 01020 - Administrative Assistant | | 32.88 |
| 01035 - Court Reporter | | 26.32 |
| 01041 - Customer Service Representative I | | 15.39 |
| 01042  Customer Service Representative II | | 16.79 |
| 01043 - Customer Service Representative III | | 18.86 |
| 01051 - Data Entry Operator I | | 16.23 |
| 01052 - Data Entry Operator II | | 17.71 |
| 01060  Dispatcher Motor Vehicle | | 19.64 |
| 01070 - Document Preparation Clerk | | 17.38 |
| 01090 - Duplicating Machine Operator | | 17.38 |
| 01111 - General Clerk I | | 15.38 |
| 01112  General Clerk II | | 16.78 |
| 01113 - General Clerk III | | 18.85 |

| | |
|---|---|
| 01110 - Housing Referral Assistant | 24.11 |
| 01141 - Messenger Courier | 14.37*** |
| 01191 - Order Clerk I | 15.61 |
| 01192 - Order Clerk II | 17.03 |
| 01261 - Personnel Assistant (Employment) I | 17.08 |
| 01262 - Personnel Assistant (Employment) II | 19.12 |
| 01263 - Personnel Assistant (Employment) III | 21.31 |
| 01270 - Production Control Clerk | 25.02 |
| 01290 - Rental Clerk | 16.83 |
| 01300 - Scheduler Maintenance | 19.12 |
| 01311 - Secretary I | 19.12 |
| 01312 - Secretary II | 21.84 |
| 01313 - Secretary III | 24.11 |
| 01320 - Service Order Dispatcher | 17.55 |
| 01410 - Supply Technician | 32.88 |
| 01420 - Survey Worker | 18.11 |
| 01460 - Switchboard Operator/Receptionist | 15.77 |
| 01531 - Travel Clerk I | 17.17 |
| 01532 - Travel Clerk II | 18.16 |
| 01533 - Travel Clerk III | 19.39 |
| 01611 - Word Processor I | 15.94 |
| 01612 - Word Processor II | 17.89 |
| 01613 - Word Processor III | 20.03 |
| 05000 - Automotive Service Occupations | |
| 05005 - Automobile Body Repairer Fiberglass | 24.93 |
| 05010 - Automotive Electrician | 22.03 |
| 05040 - Automotive Glass Installer | 20.34 |
| 05070 - Automotive Worker | 21.11 |
| 05110 - Mobile Equipment Servicer | 19.63 |
| 05130 - Motor Equipment Metal Mechanic | 22.83 |
| 05160 - Motor Equipment Metal Worker | 21.22 |
| 05190 - Motor Vehicle Mechanic | 22.83 |
| 05220 - Motor Vehicle Mechanic Helper | 18.71 |
| 05250 - Motor Vehicle Upholstery Worker | 20.54 |
| 05280 - Motor Vehicle Wrecker | 21.22 |
| 05310 - Painter Automotive | 22.14 |
| 05340 - Radiator Repair Specialist | 21.22 |
| 05370 - Tire Repairer | 14.89*** |
| 05400 - Transmission Repair Specialist | 23.49 |
| 07000 - Food Preparation And Service Occupations | |
| 07010 - Baker | 14.24*** |
| 07041 - Cook I | 17.11 |
| 07042 - Cook II | 18.84 |
| 07070 - Dishwasher | 11.41*** |
| 07130 - Food Service Worker | 11.88*** |
| 07210 - Meat Cutter | 21.72 |
| 07260 - Waiter/Waitress | 11.39*** |
| 09000 - Furniture Maintenance And Repair Occupations | |
| 09010 - Electrostatic Spray Painter | 20.52 |
| 09040 - Furniture Handler | 17.39 |
| 09080 - Furniture Refinisher | 22.85 |
| 09090 - Furniture Refinisher Helper | 19.50 |
| 09110 - Furniture Repairer Minor | 21.21 |
| 09130 - Upholsterer | 19.43 |
| 11000 - General Services And Support Occupations | |
| 11030 - Cleaner Vehicles | 12.81*** |
| 11060 - Elevator Operator | 14.42*** |
| 11090 - Gardener | 20.11 |
| 11122 - Housekeeping Aide | 14.42*** |
| 11150 - Janitor | 14.42*** |
| 11210 - Laborer Grounds Maintenance | 16.44 |
| 11240 - Maid or Houseman | 13.48*** |
| 11260 - Pruner | 15.18 |
| 11270 - Tractor Operator | 18.94 |
| 11330 - Trail Maintenance Worker | 16.44 |

```
11988 - Window Cleaner                                          15.62
12000 - Health Occupations
  12010 - Ambulance Driver                                      19.23
  12011 - Breath Alcohol Technician                             25.00
  12012 - Certified Occupational Therapist Assistant            29.44
  12015 - Certified Physical Therapist Assistant                29.87
  12020 - Dental Assistant                                      20.30
  12025 - Dental Hygienist                                      40.58
  12030 - EKG Technician                                        30.31
  12035 - Electroneurodiagnostic Technologist                   30.31
  12040 - Emergency Medical Technician                          19.23
  12071 - Licensed Practical Nurse I                            22.36
  12072 - Licensed Practical Nurse II                           25.00
  12073 - Licensed Practical Nurse III                          27.87
  12100   Medical Assistant                                     17.42
  12130 - Medical Laboratory Technician                         27.70
  12160 - Medical Record Clerk                                  19.70
  12190 - Medical Record Technician                             23.51
  12195   Medical Transcriptionist                              20.88
  12210 - Nuclear Medicine Technologist                         42.90
  12221 - Nursing Assistant I                                   12.80***
  12222 - Nursing Assistant II                                  14.38***
  12223 - Nursing Assistant III                                 15.69
  12224 - Nursing Assistant IV                                  17.62
  12235 - Optical Dispenser                                     21.62
  12236 - Optical Technician                                    18.26
  12250   Pharmacy Technician                                   16.15
  12280 - Phlebotomist                                          18.63
  12305 - Radiologic Technologist                               33.08
  12311 - Registered Nurse I                                    29.51
  12312   Registered Nurse II                                   32.76
  12313 - Registered Nurse II Specialist                        32.76
  12314 - Registered Nurse III                                  39.32
  12315 - Registered Nurse III Anesthetist                      39.32
  12316   Registered Nurse IV                                   47.11
  12317 - Scheduler (Drug and Alcohol Testing)                  30.96
  12320 - Substance Abuse Treatment Counselor                   23.73
13000 - Information And Arts Occupations
  13011   Exhibits Specialist I                                 21.74
  13012 - Exhibits Specialist II                                28.77
  13013 - Exhibits Specialist III                               35.16
  13041 - Illustrator I                                         22.94
  13042   Illustrator II                                        30.61
  13043 - Illustrator III                                       37.43
  13047 - Librarian                                             31.00
  13050 - Library Aide/Clerk                                    16.83
  13054   Library Information Technology Systems                27.98
  Administrator
  13058 - Library Technician                                    20.33
  13061 - Media Specialist I                                    19.99
  13062   Media Specialist II                                   22.37
  13063   Media Specialist III                                  24.93
  13071 - Photographer I                                        19.31
  13072 - Photographer II                                       21.62
  13073   Photographer III                                      26.78
  13074 - Photographer IV                                       32.76
  13075 - Photographer V                                        39.63
  13090 - Technical Order Library Clerk                         16.46
  13110   Video Teleconference Technician                       23.34
14000 - Information Technology Occupations
  14041 - Computer Operator I                                   20.35
  14042 - Computer Operator II                                  22.77
  14043   Computer Operator III                                 25.37
  14044 - Computer Operator IV                                  28.20
  14045 - Computer Operator V                                   31.23
```

```
14071 - Computer Programmer I                    (see 1)
14072 - Computer Programmer II                   (see 1)
14073 - Computer Programmer III                  (see 1)
14074 - Computer Programmer IV                   (see 1)
14101 - Computer Systems Analyst I               (see 1)
14102 - Computer Systems Analyst II              (see 1)
14103 - Computer Systems Analyst III             (see 1)
14150 - Peripheral Equipment Operator                      20.35
14160 - Personal Computer Support Technician               28.20
14170 - System Support Specialist                          33.55
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)   33.58
   15020 - Aircrew Training Devices Instructor (Rated)       40.64
   15030 - Air Crew Training Devices Instructor (Pilot)      48.70
   15050 - Computer Based Training Specialist / Instructor   33.58
   15060 - Educational Technologist                          34.07
   15070 - Flight Instructor (Pilot)                         48.70
   15080 - Graphic Artist                                    29.40
   15085 - Maintenance Test Pilot Fixed Jet/Prop             48.70
   15086 - Maintenance Test Pilot Rotary Wing                48.70
   15088 - Non-Maintenance Test/Co-Pilot                     48.70
   15090 - Technical Instructor                              27.19
   15095 - Technical Instructor/Course Developer             33.25
   15110 - Test Proctor                                      21.94
   15120 - Tutor                                             21.94
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                      13.13***
   16030 - Counter Attendant                              13.13***
   16040 - Dry Cleaner                                       15.02
   16070 - Finisher Flatwork Machine                     13.13***
   16090 - Presser Hand                                  13.13***
   16110 - Presser Machine Drycleaning                   13.13***
   16130 - Presser Machine Shirts                        13.13***
   16160 - Presser Machine Wearing Apparel Laundry       13.13***
   16190 - Sewing Machine Operator                           15.65
   16220 - Tailor                                            16.48
   16250 - Washer Machine                                13.76***
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                 26.94
   19040 - Tool And Die Maker                                30.94
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                 20.77
   21030 - Material Coordinator                              25.02
   21040 - Material Expediter                                25.02
   21050 - Material Handling Laborer                      14.91***
   21071 - Order Filler                                      15.27
   21080 - Production Line Worker (Food Processing)          20.77
   21110 - Shipping Packer                                   16.83
   21130 - Shipping/Receiving Clerk                          16.83
   21140 - Store Worker I                                    17.10
   21150 - Stock Clerk                                       21.29
   21210 - Tools And Parts Attendant                         20.77
   21410 - Warehouse Specialist                              20.77
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                       38.35
   23019 - Aircraft Logs and Records Technician              32.54
   23021 - Aircraft Mechanic I                               36.87
   23022 - Aircraft Mechanic II                              38.35
   23023 - Aircraft Mechanic III                             39.71
   23040 - Aircraft Mechanic Helper                          29.08
   23050 - Aircraft Painter                                  35.51
   23060 - Aircraft Servicer                                 32.54
   23070 - Aircraft Survival Flight Equipment Technician     35.51
   23080 - Aircraft Worker                                   34.01
   23091 - Aircrew Life Support Equipment (ALSE) Mechanic    34.01
```

Case 1:25-cv-00565-MRD-PAS Document 1-2 Filed 06/12/25 Page 64 of 110 PageID #: 2529

```
      23092 - Aircrew Life Support Equipment (ALSE) Mechanic      36.87
      II
      23110 - Appliance Mechanic                                  22.18
      23120 - Bicycle Repairer                                    17.74
      23125 - Cable Splicer                                       41.54
      23130 - Carpenter Maintenance                               28.93
      23140 - Carpet Layer                                        27.91
      23160 - Electrician Maintenance                             34.30
      23181 - Electronics Technician Maintenance I                28.22
      23182 - Electronics Technician Maintenance II               29.46
      23183 - Electronics Technician Maintenance III              30.59
      23260 - Fabric Worker                                       27.57
      23290 - Fire Alarm System Mechanic                          25.95
      23310 - Fire Extinguisher Repairer                          24.88
      23311 - Fuel Distribution System Mechanic                   29.96
      23312 - Fuel Distribution System Operator                   25.62
      23370 - General Maintenance Worker                          21.92
      23380 - Ground Support Equipment Mechanic                   36.87
      23381 - Ground Support Equipment Servicer                   32.54
      23382 - Ground Support Equipment Worker                     34.01
      23391 - Gunsmith I                                          24.88
      23392 - Gunsmith II                                         27.40
      23393 - Gunsmith III                                        29.70
      23410 - Heating Ventilation And Air-Conditioning            28.06
      Mechanic
      23411 - Heating Ventilation And Air Contidioning            29.19
      Mechanic (Research Facility)
      23430 - Heavy Equipment Mechanic                            28.20
      23440 - Heavy Equipment Operator                            30.61
      23460 - Instrument Mechanic                                 33.77
      23465 - Laboratory/Shelter Mechanic                         28.60
      23470 - Laborer                                             15.83
      23510 - Locksmith                                           32.33
      23530 - Machinery Maintenance Mechanic                      29.09
      23550 - Machinist Maintenance                               27.78
      23580 - Maintenance Trades Helper                           18.52
      23591 - Metrology Technician I                              33.77
      23592 - Metrology Technician II                             35.09
      23593 - Metrology Technician III                            36.20
      23640 - Millwright                                          29.50
      23710 - Office Appliance Repairer                           23.06
      23760 - Painter Maintenance                                 24.82
      23790 - Pipefitter Maintenance                             31.52
      23810 - Plumber Maintenance                                 30.44
      23820 - Pneudraulic Systems Mechanic                        29.70
      23850 - Rigger                                              28.78
      23870 - Scale Mechanic                                      27.40
      23890 - Sheet-Metal Worker Maintenance                      32.29
      23910 - Small Engine Mechanic                               21.81
      23931 - Telecommunications Mechanic I                       28.70
      23932 - Telecommunications Mechanic II                      29.85
      23950 - Telephone Lineman                                   40.40
      23960 - Welder Combination Maintenance                      24.14
      23965 - Well Driller                                        29.52
      23970 - Woodcraft Worker                                    29.70
      23980 - Woodworker                                          24.88
   24000 - Personal Needs Occupations
      24550 - Case Manager                                        17.66
      24570 - Child Care Attendant                             12.00***
      24580 - Child Care Center Clerk                          14.96***
      24610 - Chore Aide                                       12.72***
      24620 - Family Readiness And Support Services               17.66
      Coordinator
      24630 - Homemaker                                          17.66
```

25000 - Plant And System Operations Occupations
```
    25010 - Boiler Tender                                              31.28
    25040 - Sewage Plant Operator                                     28.06
    25070 - Stationary Engineer                                        31.28
    25190 - Ventilation Equipment Tender                              24.67
    25210 - Water Treatment Plant Operator                            28.06
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                             23.09
    27007 - Baggage Inspector                                          15.06
    27008 - Corrections Officer                                        24.59
    27010 - Court Security Officer                                     29.54
    27030 - Detection Dog Handler                                     18.81
    27040 - Detention Officer                                          24.59
    27070 - Firefighter                                                34.48
    27101 - Guard I                                                    15.06
    27102 - Guard II                                                   18.81
    27131 - Police Officer I                                           32.97
    27132 - Police Officer II                                          36.64
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                            13.11***
    28042 - Carnival Equipment Repairer                            13.93***
    28043 - Carnival Worker                                        10.55***
    28210 - Gate Attendant/Gate Tender                                17.99
    28310 - Lifeguard                                             12.78***
    28350 - Park Attendant (Aide)                                     20.13
    28510 - Recreation Aide/Health Facility Attendant             14.69***
    28515 - Recreation Specialist                                     24.93
    28630 - Sports Official                                           16.03
    28690 - Swimming Pool Operator                                    17.23
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                        28.59
    29020 - Hatch Tender                                              28.59
    29030 - Line Handler                                              28.59
    29041 - Stevedore I                                               27.35
    29042 - Stevedore II                                              29.85
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)    (see 2)    43.80
    30011 - Air Traffic Control Specialist Station (HFO)   (see 2)    30.20
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    33.25
    30021 - Archeological Technician I                                20.33
    30022 - Archeological Technician II                               22.75
    30023 - Archeological Technician III                              28.18
    30030 - Cartographic Technician                                   28.27
    30040 - Civil Engineering Technician                              26.93
    30051 - Cryogenic Technician I                                    28.62
    30052 - Cryogenic Technician II                                   31.61
    30061 - Drafter/CAD Operator I                                    20.33
    30062 - Drafter/CAD Operator II                                   22.75
    30063 - Drafter/CAD Operator III                                  25.36
    30064 - Drafter/CAD Operator IV                                   31.21
    30081 - Engineering Technician I                                  18.23
    30082 - Engineering Technician II                                 20.47
    30083 - Engineering Technician III                                23.23
    30084 - Engineering Technician IV                                 28.83
    30085 - Engineering Technician V                                  35.18
    30086 - Engineering Technician VI                                 42.58
    30090 - Environmental Technician                                  26.00
    30095 - Evidence Control Specialist                              25.84
    30210 - Laboratory Technician                                     28.46
    30221 - Latent Fingerprint Technician I                           27.28
    30222 - Latent Fingerprint Technician II                          30.14
    30240 - Mathematical Technician                                   31.00
    30361 - Paralegal/Legal Assistant I                               21.69
    30362 - Paralegal/Legal Assistant II                              26.86
    30363 - Paralegal/Legal Assistant III                             32.86
```

Case Number: PC-2025-02760
Case 1:25-cv-00309-MRD-PAS Document 12 Filed 06/FILED7/25 Page 64 Page 1921 6 of 262 PageID #: 2531

| | |
|---|---|
| 30984 - Paralegal/Legal Assistant IV | 39.75 |
| 30375 - Petroleum Supply Specialist | 31.61 |
| 30390 - Photo-Optics Technician | 28.18 |
| 30395 - Radiation Control Technician | 31.61 |
| 30461 - Technical Writer I | 27.52 |
| 30462 - Technical Writer II | 33.68 |
| 30463 - Technical Writer III | 40.74 |
| 30491 - Unexploded Ordnance (UXO) Technician I | 27.83 |
| 30492 - Unexploded Ordnance (UXO) Technician II | 33.67 |
| 30493 - Unexploded Ordnance (UXO) Technician III | 40.36 |
| 30494 - Unexploded (UXO) Safety Escort | 27.83 |
| 30495 - Unexploded (UXO) Sweep Personnel | 27.83 |
| 30501 - Weather Forecaster I | 30.11 |
| 30502 - Weather Forecaster II | 34.82 |
| 30620 - Weather Observer Combined Upper Air Or    (see 2)<br>Surface Programs | 25.36 |
| 30621 - Weather Observer Senior                   (see 2) | 28.18 |
| 31000 - Transportation/Mobile Equipment Operation Occupations | |
| 31010 - Airplane Pilot | 33.67 |
| 31020 - Bus Aide | 17.23 |
| 31030 - Bus Driver | 22.21 |
| 31043 - Driver Courier | 18.13 |
| 31260 - Parking and Lot Attendant | 12.24*** |
| 31290 - Shuttle Bus Driver | 19.00 |
| 31310 - Taxi Driver | 15.48 |
| 31361 - Truckdriver Light | 19.00 |
| 31362 - Truckdriver Medium | 19.78 |
| 31363 - Truckdriver Heavy | 24.36 |
| 31364 - Truckdriver Tractor-Trailer | 24.36 |
| 99000 - Miscellaneous Occupations | |
| 99020 - Cabin Safety Specialist | 16.42 |
| 99030 - Cashier | 11.80*** |
| 99050 - Desk Clerk | 13.24*** |
| 99095 - Embalmer | 34.20 |
| 99130 - Flight Follower | 27.83 |
| 99251 - Laboratory Animal Caretaker I | 14.49*** |
| 99252 - Laboratory Animal Caretaker II | 15.39 |
| 99260 - Marketing Analyst | 35.04 |
| 99310 - Mortician | 34.20 |
| 99410 - Pest Controller | 19.05 |
| 99510 - Photofinishing Worker | 15.41 |
| 99710 - Recycling Laborer | 22.00 |
| 99711 - Recycling Specialist | 25.27 |
| 99730 - Refuse Collector | 20.31 |
| 99810 - Sales Clerk | 12.57*** |
| 99820 - School Crossing Guard | 14.17*** |
| 99830 - Survey Party Chief | 27.04 |
| 99831 - Surveying Aide | 16.04 |
| 99832 - Surveying Technician | 23.70 |
| 99840 - Vending Machine Attendant | 16.40 |
| 99841 - Vending Machine Repairer | 19.18 |
| 99842 - Vending Machine Repairer Helper | 16.40 |

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017. If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking. Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors. A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541. Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families. In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees. For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption. Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).


2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5149906
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).


2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the
contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

6) each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                     "REGISTER OF WAGE DETERMINATIONS UNDER |     U.S. DEPARTMENT OF LABOR
           THE SERVICE CONTRACT ACT             | EMPLOYMENT STANDARDS ADMINISTRATION
 By direction of the Secretary of Labor |           WAGE AND HOUR DIVISION
                                        |             WASHINGTON D.C.  20210
                                        |
                                        |
                                        |
                                        |
                                        | Wage Determination No.: 2015-4223
 Daniel W. Simms         Division of    |         Revision No.: 19
 Director            Wage Determinations| Date Of Last Revision: 03/15/2022
                                        |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
|---|---|
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Pennsylvania

Area: Pennsylvania County of Erie

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.66*** |
| 01012 - Accounting Clerk II | | 16.92 |
| 01013 - Accounting Clerk III | | 20.33 |
| 01020 - Administrative Assistant | | 23.01 |
| 01035 - Court Reporter | | 18.83 |
| 01041 - Customer Service Representative I | | 13.46*** |
| 01042 - Customer Service Representative II | | 15.14 |
| 01043 - Customer Service Representative III | | 16.52 |
| 01051 - Data Entry Operator I | | 17.35 |
| 01052 - Data Entry Operator II | | 18.93 |
| 01060 - Dispatcher Motor Vehicle | | 21.10 |
| 01070 - Document Preparation Clerk | | 14.99*** |
| 01090 - Duplicating Machine Operator | | 14.99*** |
| 01111 - General Clerk I | | 13.26*** |
| 01112 - General Clerk II | | 14.59*** |
| 01113 - General Clerk III | | 16.37 |

```
01100 - Housing Referral Assistant                         20.99
01141 - Messenger Courier                                  11.75***
01191   Order Clerk I                                      14.71***
01192 - Order Clerk II                                     16.05
01261 - Personnel Assistant (Employment) I                 16.51
01262 - Personnel Assistant (Employment) II                18.46
01263   Personnel Assistant (Employment) III               20.58
01270 - Production Control Clerk                            23.87
01290 - Rental Clerk                                        15.53
01300 - Scheduler Maintenance                              16.84
01311 - Secretary I                                         16.84
01312 - Secretary II                                        18.83
01313 - Secretary III                                       20.99
01320 - Service Order Dispatcher                            19.76
01410   Supply Technician                                   23.01
01420 - Survey Worker                                       18.09
01460 - Switchboard Operator/Receptionist                  11.91***
01531 - Travel Clerk I                                      14.48***
01532 - Travel Clerk II                                     15.00
01533 - Travel Clerk III                                    16.13
01611 - Word Processor I                                    14.55***
01612 - Word Processor II                                   16.35
01613   Word Processor III                                  18.28
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                21.34
05010 - Automotive  Electrician                             17.78
05040   Automotive Glass Installer                          17.10
05070 - Automotive Worker                                   17.10
05110 - Mobile Equipment Servicer                           15.85
05130 - Motor Equipment Metal Mechanic                      18.70
05160   Motor Equipment Metal Worker                        17.10
05190 - Motor Vehicle Mechanic                              18.70
05220 - Motor Vehicle Mechanic Helper                       15.23
05250 - Motor Vehicle Upholstery Worker                     16.47
05280   Motor Vehicle Wrecker                               17.10
05310 - Painter Automotive                                  19.03
05340 - Radiator Repair Specialist                          17.10
05370 - Tire Repairer                                       16.34
05400   Transmission Repair Specialist                      18.70
07000 - Food Preparation And Service Occupations
07010 - Baker                                               14.84***
07041 - Cook I                                              14.27***
07042   Cook II                                             16.21
07070 - Dishwasher                                          9.33***
07130 - Food Service Worker                                 11.24***
07210 - Meat Cutter                                         16.86
07260   Waiter/Waitress                                     10.92***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                         19.62
09040 - Furniture Handler                                   13.88***
09080   Furniture Refinisher                                19.75
09090 - Furniture Refinisher Helper                         15.34
09110 - Furniture Repairer Minor                            17.62
09130   Upholsterer                                         19.62
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                    13.87***
11060 - Elevator Operator                                   14.97***
11090 - Gardener                                            16.57
11122   Housekeeping Aide                                   13.61***
11150 - Janitor                                             13.61***
11210 - Laborer Grounds Maintenance                         13.42***
11240 - Maid or Houseman                                    11.50***
11260   Pruner                                              12.96***
11270 - Tractor Operator                                    15.41
11330 - Trail Maintenance Worker                            13.42***
```

State of Rhode Island Document filed electronically with the Superior Court #: 2538

```
11960 - Window Cleaner                                        13.78***
12000 - Health Occupations
  12010 - Ambulance Driver                                    18.19
  12011 - Breath Alcohol Technician                           17.93
  12012 - Certified Occupational Therapist Assistant          26.01
  12015 - Certified Physical Therapist Assistant              27.31
  12020   Dental Assistant                                    16.72
  12025 - Dental Hygienist                                    31.48
  12030 - EKG Technician                                      27.16
  12035 - Electroneurodiagnostic Technologist                 27.16
  12040   Emergency Medical Technician                        18.19
  12071 - Licensed Practical Nurse I                          16.03
  12072 - Licensed Practical Nurse II                         17.93
  12073 - Licensed Practical Nurse III                        19.98
  12100   Medical Assistant                                   14.43***
  12130 - Medical Laboratory Technician                       24.51
  12160 - Medical Record Clerk                                15.96
  12190 - Medical Record Technician                           18.06
  12195   Medical Transcriptionist                            16.03
  12210 - Nuclear Medicine Technologist                       39.39
  12221 - Nursing Assistant I                                 11.96***
  12222 - Nursing Assistant II                                13.44***
  12223 - Nursing Assistant III                               14.67***
  12224 - Nursing Assistant IV                                16.48
  12235 - Optical Dispenser                                   15.20
  12236 - Optical Technician                                  16.03
  12250   Pharmacy Technician                                 13.92***
  12280 - Phlebotomist                                        16.62
  12305 - Radiologic Technologist                             23.00
  12311 - Registered Nurse I                                  23.96
  12312   Registered Nurse II                                 29.31
  12313 - Registered Nurse II Specialist                      29.31
  12314 - Registered Nurse III                                35.47
  12315 - Registered Nurse III Anesthetist                    35.47
  12316   Registered Nurse IV                                 42.50
  12317 - Scheduler (Drug and Alcohol Testing)                22.53
  12320 - Substance Abuse Treatment Counselor                 20.32
13000 - Information And Arts Occupations
  13011   Exhibits Specialist I                               21.25
  13012 - Exhibits Specialist II                              27.77
  13013 - Exhibits Specialist III                             30.02
  13041 - Illustrator I                                       19.81
  13042   Illustrator II                                      24.54
  13043 - Illustrator III                                     30.02
  13047 - Librarian                                           27.18
  13050 - Library Aide/Clerk                                  14.01***
  13054   Library Information Technology Systems              24.54
  Administrator
  13058 - Library Technician                                  17.67
  13061 - Media Specialist I                                  17.71
  13062   Media Specialist II                                 19.81
  13063   Media Specialist III                                22.09
  13071 - Photographer I                                      15.80
  13072 - Photographer II                                     19.15
  13073   Photographer III                                    23.66
  13074 - Photographer IV                                     27.64
  13075 - Photographer V                                      33.42
  13090 - Technical Order Library Clerk                       18.83
  13110   Video Teleconference Technician                     18.55
14000 - Information Technology Occupations
  14041 - Computer Operator I                                 17.49
  14042 - Computer Operator II                                19.57
  14043   Computer Operator III                               21.82
  14044 - Computer Operator IV                                24.26
  14045 - Computer Operator V                                 26.85
```

| | | |
|---|---|---|
| 14071 - Computer Programmer I | (see 1) | 22.35 |
| 14072 - Computer Programmer II | (see 1) | |
| 14073 - Computer Programmer III | (see 1) | |
| 14074 - Computer Programmer IV | (see 1) | |
| 14101 - Computer Systems Analyst I | (see 1) | |
| 14102 - Computer Systems Analyst II | (see 1) | |
| 14103 - Computer Systems Analyst III | (see 1) | |
| 14150 - Peripheral Equipment Operator | | 17.49 |
| 14160 - Personal Computer Support Technician | | 24.26 |
| 14170 - System Support Specialist | | 30.87 |
| 15000 - Instructional Occupations | | |
| 15010 - Aircrew Training Devices Instructor (Non-Rated) | | 29.58 |
| 15020 - Aircrew Training Devices Instructor (Rated) | | 35.80 |
| 15030 - Air Crew Training Devices Instructor (Pilot) | | 42.90 |
| 15050 - Computer Based Training Specialist / Instructor | | 29.58 |
| 15060 - Educational Technologist | | 29.84 |
| 15070 - Flight Instructor (Pilot) | | 42.90 |
| 15080 - Graphic Artist | | 24.88 |
| 15085 - Maintenance Test Pilot Fixed Jet/Prop | | 42.69 |
| 15086 - Maintenance Test Pilot Rotary Wing | | 42.69 |
| 15088 - Non-Maintenance Test/Co-Pilot | | 42.69 |
| 15090 - Technical Instructor | | 21.35 |
| 15095 - Technical Instructor/Course Developer | | 26.11 |
| 15110 - Test Proctor | | 17.73 |
| 15120 - Tutor | | 19.43 |
| 16000 - Laundry Dry-Cleaning Pressing And Related Occupations | | |
| 16010 - Assembler | | 13.52*** |
| 16030 - Counter Attendant | | 13.52*** |
| 16040 - Dry Cleaner | | 15.62 |
| 16070 - Finisher Flatwork Machine | | 13.52*** |
| 16090 - Presser Hand | | 13.52*** |
| 16110 - Presser Machine Drycleaning | | 13.52*** |
| 16130 - Presser Machine Shirts | | 13.52*** |
| 16160 - Presser Machine Wearing Apparel Laundry | | 13.52*** |
| 16190 - Sewing Machine Operator | | 16.27 |
| 16220 - Tailor | | 16.92 |
| 16250 - Washer Machine | | 14.32*** |
| 19000 - Machine Tool Operation And Repair Occupations | | |
| 19010 - Machine-Tool Operator (Tool Room) | | 19.97 |
| 19040 - Tool And Die Maker | | 23.75 |
| 21000 - Materials Handling And Packing Occupations | | |
| 21020 - Forklift Operator | | 17.93 |
| 21030 - Material Coordinator | | 23.87 |
| 21040 - Material Expediter | | 23.87 |
| 21050 - Material Handling Laborer | | 18.10 |
| 21071 - Order Filler | | 15.28 |
| 21080 - Production Line Worker (Food Processing) | | 17.93 |
| 21110 - Shipping Packer | | 16.46 |
| 21130 - Shipping/Receiving Clerk | | 16.46 |
| 21140 - Store Worker I | | 15.30 |
| 21150 - Stock Clerk | | 19.39 |
| 21210 - Tools And Parts Attendant | | 17.93 |
| 21410 - Warehouse Specialist | | 17.93 |
| 23000 - Mechanics And Maintenance And Repair Occupations | | |
| 23010 - Aerospace Structural Welder | | 25.40 |
| 23019 - Aircraft Logs and Records Technician | | 20.88 |
| 23021 - Aircraft Mechanic I | | 24.41 |
| 23022 - Aircraft Mechanic II | | 25.40 |
| 23023 - Aircraft Mechanic III | | 26.62 |
| 23040 - Aircraft Mechanic Helper | | 18.18 |
| 23050 - Aircraft Painter | | 23.33 |
| 23060 - Aircraft Servicer | | 20.88 |
| 23070 - Aircraft Survival Flight Equipment Technician | | 23.33 |
| 23080 - Aircraft Worker | | 22.12 |
| 23091 - Aircrew Life Support Equipment (ALSE) Mechanic | | 22.12 |

Case 1:25-cv-00309-MRD-AS Document 1-2 Filed 06/27/25 Page 65 PageID #: 2540

```
        23092 - Aircrew Life Support Equipment (ALSE) Mechanic          24.41
   II
        23110 - Appliance Mechanic                                      23.33
        23120 - Bicycle Repairer                                        19.51
        23125 - Cable Splicer                                           26.97
        23130 - Carpenter Maintenance                                   22.23
        23140 - Carpet Layer                                            22.12
        23160 - Electrician Maintenance                                 31.38
        23181 - Electronics Technician Maintenance I                    22.12
        23182 - Electronics Technician Maintenance II                   23.33
        23183 - Electronics Technician Maintenance III                  24.60
        23260 - Fabric Worker                                           20.88
        23290 - Fire Alarm System Mechanic                              24.41
        23310 - Fire Extinguisher Repairer                              19.51
        23311 - Fuel Distribution System Mechanic                       29.87
        23312 - Fuel Distribution System Operator                       22.37
        23370 - General Maintenance Worker                              17.81
        23380 - Ground Support Equipment Mechanic                       24.41
        23381 - Ground Support Equipment Servicer                       20.88
        23382 - Ground Support Equipment Worker                         22.12
        23391 - Gunsmith I                                              19.51
        23392 - Gunsmith II                                             22.12
        23393 - Gunsmith III                                            24.41
        23410 - Heating Ventilation And Air-Conditioning                27.07
   Mechanic
        23411 - Heating Ventilation And Air Contidioning                28.20
   Mechanic (Research Facility)
        23430 - Heavy Equipment Mechanic                                24.67
        23440 - Heavy Equipment Operator                                23.41
        23460 - Instrument Mechanic                                     24.41
        23465 - Laboratory/Shelter Mechanic                            23.33
        23470 - Laborer                                              14.78***
        23510 - Locksmith                                               23.33
        23530 - Machinery Maintenance Mechanic                          25.01
        23550 - Machinist Maintenance                                   20.25
        23580 - Maintenance Trades Helper                               18.07
        23591 - Metrology Technician I                                  24.41
        23592 - Metrology Technician II                                 25.41
        23593 - Metrology Technician III                                26.62
        23640 - Millwright                                              25.25
        23710 - Office Appliance Repairer                               22.10
        23760 - Painter Maintenance                                     19.35
        23790 - Pipefitter Maintenance                                  36.09
        23810 - Plumber Maintenance                                     32.59
        23820 - Pneudraulic Systems Mechanic                            24.41
        23850 - Rigger                                                  24.41
        23870 - Scale Mechanic                                          22.12
        23890 - Sheet-Metal Worker Maintenance                          25.78
        23910 - Small Engine Mechanic                                   17.11
        23931 - Telecommunications Mechanic I                           24.45
        23932 - Telecommunications Mechanic II                          25.32
        23950 - Telephone Lineman                                       27.54
        23960 - Welder Combination Maintenance                          20.67
        23965 - Well Driller                                            24.41
        23970 - Woodcraft Worker                                        24.41
        23980 - Woodworker                                              19.51
   24000 - Personal Needs Occupations
        24550 - Case Manager                                            16.50
        24570 - Child Care Attendant                                 10.71***
        24580 - Child Care Center Clerk                              12.98***
        24610 - Chore Aide                                           12.07***
        24620 - Family Readiness And Support Services                   16.50
   Coordinator
        24630 - Homemaker                                               16.50
```

Plant And System Operations Occupations
```
    25010 - Boiler Tender                                    30.24
    25040 - Sewage Plant Operator                            25.20
    25070 - Stationary Engineer                              30.24
    25190 - Ventilation Equipment Tender                     21.53
    25210 - Water Treatment Plant Operator                   25.20
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                    18.92
    27007 - Baggage Inspector                             13.48***
    27008 - Corrections Officer                              25.40
    27010 - Court Security Officer                           30.86
    27030 - Detection Dog Handler                            15.07
    27040 - Detention Officer                                25.40
    27070 - Firefighter                                      36.56
    27101 - Guard I                                       13.48***
    27102 - Guard II                                         15.07
    27131 - Police Officer I                                 33.92
    27132 - Police Officer II                                37.69
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                   11.54***
    28042 - Carnival Equipment Repairer                   12.40***
    28043 - Carnival Worker                                9.24***
    28210 - Gate Attendant/Gate Tender                    14.84***
    28310 - Lifeguard                                     12.03***
    28350 - Park Attendant (Aide)                            16.60
    28510 - Recreation Aide/Health Facility Attendant     12.11***
    28515 - Recreation Specialist                           20.46
    28630 - Sports Official                               13.22***
    28690 - Swimming Pool Operator                          18.27
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                              21.51
    29020 - Hatch Tender                                    21.51
    29030 - Line Handler                                    21.51
    29041 - Stevedore I                                     20.33
    29042 - Stevedore II                                    22.51
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)    40.29
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)    27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    30.59
    30021 - Archeological Technician I                      18.25
    30022 - Archeological Technician II                     20.41
    30023 - Archeological Technician III                    24.87
    30030 - Cartographic Technician                         25.30
    30040 - Civil Engineering Technician                    27.77
    30051 - Cryogenic Technician I                          28.00
    30052 - Cryogenic Technician II                         30.93
    30061 - Drafter/CAD Operator I                          18.25
    30062 - Drafter/CAD Operator II                         20.41
    30063 - Drafter/CAD Operator III                        22.77
    30064 - Drafter/CAD Operator IV                         28.00
    30081 - Engineering Technician I                        16.06
    30082 - Engineering Technician II                       18.06
    30083 - Engineering Technician III                      20.98
    30084 - Engineering Technician IV                       24.78
    30085 - Engineering Technician V                        30.31
    30086 - Engineering Technician VI                       36.67
    30090 - Environmental Technician                        23.95
    30095 - Evidence Control Specialist                     23.95
    30210 - Laboratory Technician                           23.32
    30221 - Latent Fingerprint Technician I                 28.00
    30222 - Latent Fingerprint Technician II                30.93
    30240 - Mathematical Technician                         25.30
    30361 - Paralegal/Legal Assistant I                     19.93
    30362 - Paralegal/Legal Assistant II                    24.70
    30363 - Paralegal/Legal Assistant III                   30.21
```

```
30084 - Paralegal/Legal Assistant IV                               34.71
30375 - Petroleum Supply Specialist                                29.30
30390 - Photo-Optics Technician                                    26.70
30395 - Radiation Control Technician                               29.30
30461 - Technical Writer I                                         24.57
30462 - Technical Writer II                                        30.06
30463 - Technical Writer III                                       36.37
30491 - Unexploded Ordnance (UXO) Technician I                     25.60
30492 - Unexploded Ordnance (UXO) Technician II                    30.98
30493 - Unexploded Ordnance (UXO) Technician III                   37.13
30494 - Unexploded (UXO) Safety Escort                             25.60
30495 - Unexploded (UXO) Sweep Personnel                           25.60
30501 - Weather Forecaster I                                       28.00
30502 - Weather Forecaster II                                      34.06
30620 - Weather Observer Combined Upper Air Or     (see 2)         22.77
Surface Programs
30621 - Weather Observer Senior                    (see 2)         25.30
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                             30.98
31020 - Bus Aide                                                14.71***
31030 - Bus Driver                                                 19.12
31043 - Driver Courier                                          13.74***
31260 - Parking and Lot Attendant                               11.56***
31290 - Shuttle Bus Driver                                      14.69***
31310 - Taxi Driver                                             14.14***
31361 - Truckdriver Light                                       14.69***
31362 - Truckdriver Medium                                         17.70
31363 - Truckdriver Heavy                                          22.21
31364 - Truckdriver Tractor-Trailer                                22.21
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                    15.10
99030 - Cashier                                                  9.94***
99050 - Desk Clerk                                              10.32***
99095 - Embalmer                                                   27.76
99130 - Flight Follower                                            25.60
99251 - Laboratory Animal Caretaker I                              16.26
99252 - Laboratory Animal Caretaker II                             17.33
99260 - Marketing Analyst                                          25.83
99310 - Mortician                                                  27.76
99410 - Pest Controller                                            23.88
99510 - Photofinishing Worker                                   13.45***
99710 - Recycling Laborer                                          19.86
99711 - Recycling Specialist                                       22.88
99730 - Refuse Collector                                           18.35
99810 - Sales Clerk                                             12.12***
99820 - School Crossing Guard                                      16.52
99830 - Survey Party Chief                                         22.81
99831 - Surveying Aide                                          13.58***
99832 - Surveying Technician                                       20.72
99840 - Vending Machine Attendant                                  20.78
99841 - Vending Machine Repairer                                   25.37
99842 - Vending Machine Repairer Helper                            20.78
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

NOTE: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017. If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking. Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors. A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541. Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families. In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees. For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption. Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).


2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5149908
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

of each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case 1:25-cv-00360-MRD-PAS   Document 1-2   Filed 06/17/25   Page 662 of 1923 PageID #: 2547

```
                 "REGISTER OF WAGE DETERMINATIONS UNDER   |       U.S. DEPARTMENT OF LABOR
                    THE SERVICE CONTRACT ACT             |  EMPLOYMENT STANDARDS ADMINISTRATION
           By direction of the Secretary of Labor        |        WAGE AND HOUR DIVISION
                                                         |        WASHINGTON D.C.  20210
                                                         |
                                                         |
                                                         |
                                                         |
           Daniel W. Simms         Division of           | Wage Determination No.: 2015-4239
           Director            Wage Determinations       |       Revision No.: 18
                                                         | Date Of Last Revision: 03/15/2022
                                                         |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent     |
|                                      |performing on the contract in 2022.      |

|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent     |
|                                      |performing on the contract in 2022.      |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Pennsylvania

Area: Pennsylvania Counties of Lackawanna Luzerne Wyoming

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.09 |
| 01012 - Accounting Clerk II | | 16.95 |
| 01013 - Accounting Clerk III | | 18.95 |
| 01020 - Administrative Assistant | | 25.86 |
| 01035 - Court Reporter | | 19.92 |
| 01041 - Customer Service Representative I | | 13.73*** |
| 01042 - Customer Service Representative II | | 14.98*** |
| 01043 - Customer Service Representative III | | 16.83 |
| 01051 - Data Entry Operator I | | 13.94*** |
| 01052 - Data Entry Operator II | | 15.21 |
| 01060 - Dispatcher Motor Vehicle | | 20.75 |
| 01070 - Document Preparation Clerk | | 14.82*** |
| 01090 - Duplicating Machine Operator | | 14.82*** |
| 01111 - General Clerk I | | 13.54*** |
| 01112 - General Clerk II | | 14.78*** |
| 01113 - General Clerk III | | 16.60 |

```
01308 - Housing Referral Assistant                    20.78
01141 - Messenger Courier                             14.15***
01191   Order Clerk I                                 14.08***
01192 - Order Clerk II                                15.89
01261 - Personnel Assistant (Employment) I            15.98
01262 - Personnel Assistant (Employment) II           17.88
01263   Personnel Assistant (Employment) III          19.93
01270 - Production Control Clerk                       19.14
01290 - Rental Clerk                                  12.83***
01300 - Scheduler Maintenance                         16.67
01311   Secretary I                                   16.67
01312 - Secretary II                                  18.64
01313 - Secretary III                                 20.78
01320 - Service Order Dispatcher                      18.56
01410   Supply Technician                             25.86
01420 - Survey Worker                                 16.59
01460 - Switchboard Operator/Receptionist             13.64***
01531 - Travel Clerk I                                16.86
01532   Travel Clerk II                               17.67
01533 - Travel Clerk III                              18.71
01611 - Word Processor I                              15.15
01612 - Word Processor II                             17.02
01613   Word Processor III                            19.03
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass           21.24
05010 - Automotive  Electrician                       15.62
05040   Automotive Glass Installer                    15.04
05070 - Automotive Worker                             15.04
05110 - Mobile Equipment Servicer                     14.04***
05130 - Motor Equipment Metal Mechanic                16.10
05160   Motor Equipment Metal Worker                  15.04
05190 - Motor Vehicle Mechanic                        16.10
05220 - Motor Vehicle Mechanic Helper                 13.52***
05250 - Motor Vehicle Upholstery Worker               14.53***
05280   Motor Vehicle Wrecker                         15.04
05310 - Painter Automotive                            15.62
05340 - Radiator Repair Specialist                    15.05
05370 - Tire Repairer                                 13.94***
05400   Transmission Repair Specialist                16.10
07000 - Food Preparation And Service Occupations
07010 - Baker                                         13.53***
07041 - Cook I                                        13.59***
07042 - Cook II                                       14.70***
07070 - Dishwasher                                    10.28***
07130 - Food Service Worker                           10.77***
07210 - Meat Cutter                                   15.68
07260   Waiter/Waitress                               11.12***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                   16.67
09040 - Furniture Handler                             15.22
09080   Furniture Refinisher                          18.38
09090 - Furniture Refinisher Helper                   15.92
09110 - Furniture Repairer Minor                      17.05
09130 - Upholsterer                                   16.71
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                              13.26***
11060 - Elevator Operator                             13.26***
11090 - Gardener                                      15.17
11122   Housekeeping Aide                             13.68***
11150 - Janitor                                       13.68***
11210 - Laborer Grounds Maintenance                   13.02***
11240 - Maid or Houseman                              10.20***
11260   Pruner                                        12.35***
11270 - Tractor Operator                              14.57***
11330 - Trail Maintenance Worker                      13.02***
```

| | | |
|---|---|---|
| 11950 - Window Cleaner | | 14.43*** |
| 12000 - Health Occupations | | |
| 12010 - Ambulance Driver | | 15.69 |
| 12011 - Breath Alcohol Technician | | 20.14 |
| 12012 - Certified Occupational Therapist Assistant | | 29.29 |
| 12015 - Certified Physical Therapist Assistant | | 25.12 |
| 12020 - Dental Assistant | | 19.45 |
| 12025 - Dental Hygienist | | 29.51 |
| 12030 - EKG Technician | | 27.90 |
| 12035 - Electroneurodiagnostic Technologist | | 27.90 |
| 12040 - Emergency Medical Technician | | 15.69 |
| 12071 - Licensed Practical Nurse I | | 18.01 |
| 12072 - Licensed Practical Nurse II | | 20.14 |
| 12073 - Licensed Practical Nurse III | | 22.45 |
| 12100 - Medical Assistant | | 15.38 |
| 12130 - Medical Laboratory Technician | | 25.68 |
| 12160 - Medical Record Clerk | | 18.35 |
| 12190 - Medical Record Technician | | 22.58 |
| 12195 - Medical Transcriptionist | | 17.25 |
| 12210 - Nuclear Medicine Technologist | | 42.59 |
| 12221 - Nursing Assistant I | | 11.73*** |
| 12222 - Nursing Assistant II | | 13.18*** |
| 12223 - Nursing Assistant III | | 14.38*** |
| 12224 - Nursing Assistant IV | | 16.15 |
| 12235 - Optical Dispenser | | 14.49*** |
| 12236 - Optical Technician | | 18.01 |
| 12250 - Pharmacy Technician | | 15.39 |
| 12280 - Phlebotomist | | 16.96 |
| 12305 - Radiologic Technologist | | 29.79 |
| 12311 - Registered Nurse I | | 23.16 |
| 12312 - Registered Nurse II | | 28.32 |
| 12313 - Registered Nurse II Specialist | | 28.32 |
| 12314 - Registered Nurse III | | 34.27 |
| 12315 - Registered Nurse III Anesthetist | | 34.27 |
| 12316 - Registered Nurse IV | | 41.08 |
| 12317 - Scheduler (Drug and Alcohol Testing) | | 24.94 |
| 12320 - Substance Abuse Treatment Counselor | | 23.18 |
| 13000 - Information And Arts Occupations | | |
| 13011 - Exhibits Specialist I | | 18.53 |
| 13012 - Exhibits Specialist II | | 22.95 |
| 13013 - Exhibits Specialist III | | 28.07 |
| 13041 - Illustrator I | | 18.53 |
| 13042 - Illustrator II | | 22.95 |
| 13043 - Illustrator III | | 28.07 |
| 13047 - Librarian | | 25.42 |
| 13050 - Library Aide/Clerk | | 13.58*** |
| 13054 - Library Information Technology Systems Administrator | | 22.95 |
| 13058 - Library Technician | | 16.03 |
| 13061 - Media Specialist I | | 16.56 |
| 13062 - Media Specialist II | | 18.53 |
| 13063 - Media Specialist III | | 20.65 |
| 13071 - Photographer I | | 15.33 |
| 13072 - Photographer II | | 17.16 |
| 13073 - Photographer III | | 21.26 |
| 13074 - Photographer IV | | 25.99 |
| 13075 - Photographer V | | 31.46 |
| 13090 - Technical Order Library Clerk | | 17.68 |
| 13110 - Video Teleconference Technician | | 21.20 |
| 14000 - Information Technology Occupations | | |
| 14041 - Computer Operator I | | 19.17 |
| 14042 - Computer Operator II | | 21.46 |
| 14043 - Computer Operator III | | 23.93 |
| 14044 - Computer Operator IV | | 26.58 |
| 14045 - Computer Operator V | | 29.44 |

```
       14071 - Computer Programmer I                   (see 1)          20.95
       14072 - Computer Programmer II                  (see 1)          25.95
       14073 - Computer Programmer III                 (see 1)
       14074 - Computer Programmer IV                  (see 1)
       14101 - Computer Systems Analyst I              (see 1)
       14102 - Computer Systems Analyst II             (see 1)
       14103 - Computer Systems Analyst III            (see 1)
       14150 - Peripheral Equipment Operator                            19.17
       14160 - Personal Computer Support Technician                     26.58
       14170 - System Support Specialist                                30.68
    15000 - Instructional Occupations
       15010 - Aircrew Training Devices Instructor (Non-Rated)          30.48
       15020 - Aircrew Training Devices Instructor (Rated)              36.89
       15030 - Air Crew Training Devices Instructor (Pilot)             44.21
       15050 - Computer Based Training Specialist / Instructor          30.48
       15060 - Educational Technologist                                 33.23
       15070 - Flight Instructor (Pilot)                                44.21
       15080 - Graphic Artist                                           19.76
       15085 - Maintenance Test Pilot Fixed Jet/Prop                    44.21
       15086 - Maintenance Test Pilot Rotary Wing                       44.21
       15088 - Non-Maintenance Test/Co-Pilot                            44.21
       15090 - Technical Instructor                                     19.36
       15095 - Technical Instructor/Course Developer                    23.68
       15110 - Test Proctor                                             15.63
       15120 - Tutor                                                    15.63
    16000 - Laundry Dry-Cleaning Pressing And Related Occupations
       16010 - Assembler                                                10.55***
       16030 - Counter Attendant                                        10.55***
       16040 - Dry Cleaner                                              13.22***
       16070 - Finisher Flatwork Machine                                10.55***
       16090 - Presser Hand                                             10.55***
       16110 - Presser Machine Drycleaning                              10.55***
       16130 - Presser Machine Shirts                                   10.55***
       16160 - Presser Machine Wearing Apparel Laundry                  10.55***
       16190 - Sewing Machine Operator                                  14.13***
       16220 - Tailor                                                   15.02
       16250 - Washer Machine                                           11.41***
    19000 - Machine Tool Operation And Repair Occupations
       19010 - Machine-Tool Operator (Tool Room)                        20.94
       19040 - Tool And Die Maker                                       24.12
    21000 - Materials Handling And Packing Occupations
       21020 - Forklift Operator                                        17.31
       21030 - Material Coordinator                                     19.14
       21040 - Material Expediter                                       19.14
       21050 - Material Handling Laborer                                14.79***
       21071 - Order Filler                                             13.81***
       21080 - Production Line Worker (Food Processing)                 17.31
       21110 - Shipping Packer                                          16.63
       21130 - Shipping/Receiving Clerk                                 16.63
       21140 - Store Worker I                                           16.00
       21150 - Stock Clerk                                              18.59
       21210 - Tools And Parts Attendant                                17.31
       21410 - Warehouse Specialist                                     17.31
    23000 - Mechanics And Maintenance And Repair Occupations
       23010 - Aerospace Structural Welder                              26.35
       23019 - Aircraft Logs and Records Technician                     22.45
       23021 - Aircraft Mechanic I                                      25.37
       23022 - Aircraft Mechanic II                                     26.35
       23023 - Aircraft Mechanic III                                    27.19
       23040 - Aircraft Mechanic Helper                                 20.66
       23050 - Aircraft Painter                                         24.38
       23060 - Aircraft Servicer                                        22.45
       23070 - Aircraft Survival Flight Equipment Technician            24.38
       23080 - Aircraft Worker                                          23.37
       23091 - Aircrew Life Support Equipment (ALSE) Mechanic           23.37
```

| | |
|---|---|
| 23092 - Aircrew Life Support Equipment (ALSE) Mechanic II | 25.37 |
| 23110 - Appliance Mechanic | 24.38 |
| 23120 - Bicycle Repairer | 21.59 |
| 23125 - Cable Splicer | 37.95 |
| 23130 - Carpenter Maintenance | 22.72 |
| 23140 - Carpet Layer | 25.45 |
| 23160 - Electrician Maintenance | 29.59 |
| 23181 - Electronics Technician Maintenance I | 25.65 |
| 23182 - Electronics Technician Maintenance II | 26.76 |
| 23183 - Electronics Technician Maintenance III | 27.85 |
| 23260 - Fabric Worker | 22.45 |
| 23290 - Fire Alarm System Mechanic | 25.56 |
| 23310 - Fire Extinguisher Repairer | 21.59 |
| 23311 - Fuel Distribution System Mechanic | 30.05 |
| 23312 - Fuel Distribution System Operator | 25.56 |
| 23370 - General Maintenance Worker | 17.85 |
| 23380 - Ground Support Equipment Mechanic | 25.37 |
| 23381 - Ground Support Equipment Servicer | 22.45 |
| 23382 - Ground Support Equipment Worker | 23.37 |
| 23391 - Gunsmith I | 21.59 |
| 23392 - Gunsmith II | 23.37 |
| 23393 - Gunsmith III | 25.37 |
| 23410 - Heating Ventilation And Air-Conditioning Mechanic | 25.36 |
| 23411 - Heating Ventilation And Air Contidioning Mechanic (Research Facility) | 26.34 |
| 23430 - Heavy Equipment Mechanic | 23.53 |
| 23440 - Heavy Equipment Operator | 23.00 |
| 23460 - Instrument Mechanic | 25.37 |
| 23465 - Laboratory/Shelter Mechanic | 24.38 |
| 23470 - Laborer | 14.79*** |
| 23510 - Locksmith | 24.38 |
| 23530 - Machinery Maintenance Mechanic | 25.71 |
| 23550 - Machinist Maintenance | 22.07 |
| 23580 - Maintenance Trades Helper | 15.48 |
| 23591 - Metrology Technician I | 25.37 |
| 23592 - Metrology Technician II | 26.35 |
| 23593 - Metrology Technician III | 27.19 |
| 23640 - Millwright | 25.22 |
| 23710 - Office Appliance Repairer | 21.08 |
| 23760 - Painter Maintenance | 25.07 |
| 23790 - Pipefitter Maintenance | 23.83 |
| 23810 - Plumber Maintenance | 23.02 |
| 23820 - Pneudraulic Systems Mechanic | 25.37 |
| 23850 - Rigger | 25.37 |
| 23870 - Scale Mechanic | 23.37 |
| 23890 - Sheet-Metal Worker Maintenance | 32.13 |
| 23910 - Small Engine Mechanic | 20.97 |
| 23931 - Telecommunications Mechanic I | 30.22 |
| 23932 - Telecommunications Mechanic II | 31.39 |
| 23950 - Telephone Lineman | 34.38 |
| 23960 - Welder Combination Maintenance | 21.78 |
| 23965 - Well Driller | 25.13 |
| 23970 - Woodcraft Worker | 25.37 |
| 23980 - Woodworker | 21.59 |
| 24000 - Personal Needs Occupations | |
| 24550 - Case Manager | 16.57 |
| 24570 - Child Care Attendant | 10.82*** |
| 24580 - Child Care Center Clerk | 13.49*** |
| 24610 - Chore Aide | 12.35*** |
| 24620 - Family Readiness And Support Services Coordinator | 16.57 |
| 24630 - Homemaker | 16.57 |

```
        08 - Plant And System Operations Occupations
    25010 - Boiler Tender                                        26.79
    25040 - Sewage Plant Operator                               25.43
    25070 - Stationary Engineer                                 26.79
    25190 - Ventilation Equipment Tender                        21.81
    25210 - Water Treatment Plant Operator                      25.43
   27000 - Protective Service Occupations
    27004 - Alarm Monitor                                       19.25
    27007 - Baggage Inspector                                   15.42
    27008 - Corrections Officer                                 29.65
    27010 - Court Security Officer                              28.51
    27030 - Detection Dog Handler                               17.25
    27040 - Detention Officer                                   29.65
    27070 - Firefighter                                         27.79
    27101 - Guard I                                             15.42
    27102 - Guard II                                            17.25
    27131 - Police Officer I                                    24.64
    27132 - Police Officer II                                   27.38
   28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                      11.68***
    28042 - Carnival Equipment Repairer                      12.21***
    28043 - Carnival Worker                                  10.15***
    28210 - Gate Attendant/Gate Tender                       14.21***
    28310 - Lifeguard                                        12.18***
    28350 - Park Attendant (Aide)                               15.90
    28510 - Recreation Aide/Health Facility Attendant        11.52***
    28515 - Recreation Specialist                               18.97
    28630 - Sports Official                                  12.66***
    28690 - Swimming Pool Operator                              16.29
   29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                  26.37
    29020 - Hatch Tender                                        26.37
    29030 - Line Handler                                        26.37
    29041 - Stevedore I                                         25.01
    29042 - Stevedore II                                        26.90
   30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)   40.33
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)   27.81
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)   30.63
    30021 - Archeological Technician I                          17.48
    30022 - Archeological Technician II                         19.56
    30023 - Archeological Technician III                        23.17
    30030 - Cartographic Technician                             23.17
    30040 - Civil Engineering Technician                        26.33
    30051 - Cryogenic Technician I                              26.84
    30052 - Cryogenic Technician II                             29.66
    30061 - Drafter/CAD Operator I                              17.48
    30062 - Drafter/CAD Operator II                             19.56
    30063 - Drafter/CAD Operator III                            21.81
    30064 - Drafter/CAD Operator IV                             26.84
    30081 - Engineering Technician I                         14.72***
    30082 - Engineering Technician II                           16.52
    30083 - Engineering Technician III                          18.49
    30084 - Engineering Technician IV                           22.90
    30085 - Engineering Technician V                            28.01
    30086 - Engineering Technician VI                           33.89
    30090 - Environmental Technician                            27.76
    30095 - Evidence Control Specialist                         22.97
    30210 - Laboratory Technician                               22.87
    30221 - Latent Fingerprint Technician I                     26.84
    30222 - Latent Fingerprint Technician II                    29.66
    30240 - Mathematical Technician                             24.91
    30361 - Paralegal/Legal Assistant I                         19.83
    30362 - Paralegal/Legal Assistant II                        24.56
    30363 - Paralegal/Legal Assistant III                       30.05
```

Case 1:25-cv-00306-MRD-PAS Document 12 Filed 06/13/25 Page 68 of 124 PageID #: 2553

| Code | Classification | Rate |
|---|---|---|
| 30375 - Paralegal/Legal Assistant IV | | 36.36 |
| 30375 - Petroleum Supply Specialist | | 28.12 |
| 30390 - Photo-Optics Technician | | 24.61 |
| 30395 - Radiation Control Technician | | 28.12 |
| 30461 - Technical Writer I | | 21.48 |
| 30462 - Technical Writer II | | 26.28 |
| 30463 - Technical Writer III | | 31.80 |
| 30491 - Unexploded Ordnance (UXO) Technician I | | 25.63 |
| 30492 - Unexploded Ordnance (UXO) Technician II | | 31.02 |
| 30493 - Unexploded Ordnance (UXO) Technician III | | 37.18 |
| 30494 - Unexploded (UXO) Safety Escort | | 25.63 |
| 30495 - Unexploded (UXO) Sweep Personnel | | 25.63 |
| 30501 - Weather Forecaster I | | 26.84 |
| 30502 - Weather Forecaster II | | 32.65 |
| 30620 - Weather Observer Combined Upper Air Or Surface Programs | (see 2) | 21.81 |
| 30621 - Weather Observer Senior | (see 2) | 24.24 |
| 31000 - Transportation/Mobile Equipment Operation Occupations | | |
| 31010 - Airplane Pilot | | 30.98 |
| 31020 - Bus Aide | | 19.64 |
| 31030 - Bus Driver | | 23.36 |
| 31043 - Driver Courier | | 15.95 |
| 31260 - Parking and Lot Attendant | | 11.45*** |
| 31290 - Shuttle Bus Driver | | 15.15 |
| 31310 - Taxi Driver | | 13.81*** |
| 31361 - Truckdriver Light | | 16.67 |
| 31362 - Truckdriver Medium | | 17.33 |
| 31363 - Truckdriver Heavy | | 24.27 |
| 31364 - Truckdriver Tractor-Trailer | | 24.27 |
| 99000 - Miscellaneous Occupations | | |
| 99020 - Cabin Safety Specialist | | 15.10 |
| 99030 - Cashier | | 10.00*** |
| 99050 - Desk Clerk | | 10.57*** |
| 99095 - Embalmer | | 25.63 |
| 99130 - Flight Follower | | 25.60 |
| 99251 - Laboratory Animal Caretaker I | | 12.46*** |
| 99252 - Laboratory Animal Caretaker II | | 13.02*** |
| 99260 - Marketing Analyst | | 27.36 |
| 99310 - Mortician | | 25.63 |
| 99410 - Pest Controller | | 18.22 |
| 99510 - Photofinishing Worker | | 13.45*** |
| 99710 - Recycling Laborer | | 19.87 |
| 99711 - Recycling Specialist | | 21.73 |
| 99730 - Refuse Collector | | 18.88 |
| 99810 - Sales Clerk | | 11.91*** |
| 99820 - School Crossing Guard | | 11.42*** |
| 99830 - Survey Party Chief | | 25.16 |
| 99831 - Surveying Aide | | 16.80 |
| 99832 - Surveying Technician | | 22.87 |
| 99840 - Vending Machine Attendant | | 16.52 |
| 99841 - Vending Machine Repairer | | 18.69 |
| 99842 - Vending Machine Repairer Helper | | 16.52 |

***Workers in this classification may be entitled to a higher minimum wage under Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the Note at the top of the wage determination for more information. Please also note that the minimum wage requirements of Executive Order 14026 and 13658 are not currently being enforced as to contracts or contract-like instruments entered into with the federal government in connection with seasonal recreational services or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; and 3 weeks after 10 years.  Length of service includes the whole span of
continuous service with the present contractor or successor wherever employed and
with the predecessor contractors in the performance of similar work at the same
Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of twelve paid holidays per year:  New Year's Day Martin
Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day
Juneteenth National Independence Day Independence Day Labor Day Columbus Day
Veterans' Day Thanksgiving Day and Christmas Day.  A contractor may substitute
for any of the named holidays another day off with pay in accordance with a plan
communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5119902
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

6) each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                "REGISTER OF WAGE DETERMINATIONS UNDER  |    U.S. DEPARTMENT OF LABOR
          THE SERVICE CONTRACT ACT             | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |        WAGE AND HOUR DIVISION
                                               |        WASHINGTON D.C.  20210
                                               |
                                               |
                                               |
                                               | Wage Determination No.: 2015-4229
Daniel W. Simms        Division of     |          Revision No.: 18
Director         Wage Determinations|  Date Of Last Revision: 03/15/2022
                                               |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Pennsylvania

Area: Pennsylvania County of Lancaster

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 15.78 |
| 01012 - Accounting Clerk II | | 17.73 |
| 01013 - Accounting Clerk III | | 19.82 |
| 01020 - Administrative Assistant | | 25.16 |
| 01035 - Court Reporter | | 22.23 |
| 01041 - Customer Service Representative I | | 14.24*** |
| 01042 - Customer Service Representative II | | 15.54 |
| 01043 - Customer Service Representative III | | 17.46 |
| 01051 - Data Entry Operator I | | 15.44 |
| 01052 - Data Entry Operator II | | 16.85 |
| 01060 - Dispatcher Motor Vehicle | | 21.18 |
| 01070 - Document Preparation Clerk | | 17.18 |
| 01090 - Duplicating Machine Operator | | 17.18 |
| 01111 - General Clerk I | | 14.34*** |
| 01112 - General Clerk II | | 15.65 |
| 01113 - General Clerk III | | 17.58 |

Case 1:25-cv-00368-MRD-PAS Document 12 Filed 06/27/25 Page 674 of 1910 PageID #: 2559

```
          01130 - Housing Referral Assistant                      19.97
          01141 - Messenger Courier                               15.97
          01191   Order Clerk I                                   18.24
          01192 - Order Clerk II                                  19.90
          01261 - Personnel Assistant (Employment) I              16.44
          01262 - Personnel Assistant (Employment) II             18.40
          01263   Personnel Assistant (Employment) III            20.51
          01270 - Production Control Clerk                         23.38
          01290 - Rental Clerk                                    14.23***
          01300 - Scheduler Maintenance                           16.03
          01311   Secretary I                                     16.03
          01312 - Secretary II                                    17.92
          01313 - Secretary III                                   19.97
          01320 - Service Order Dispatcher                        18.93
          01410   Supply Technician                               25.16
          01420 - Survey Worker                                   19.01
          01460 - Switchboard Operator/Receptionist               14.37***
          01531 - Travel Clerk I                                  17.39
          01532   Travel Clerk II                                 18.68
          01533 - Travel Clerk III                                20.03
          01611 - Word Processor I                                14.62***
          01612 - Word Processor II                               16.42
          01613   Word Processor III                              18.36
     05000 - Automotive Service Occupations
          05005 - Automobile Body Repairer Fiberglass             21.94
          05010 - Automotive  Electrician                         21.40
          05040   Automotive Glass Installer                      20.33
          05070 - Automotive Worker                               20.33
          05110 - Mobile Equipment Servicer                       18.18
          05130 - Motor Equipment Metal Mechanic                  22.45
          05160   Motor Equipment Metal Worker                    20.33
          05190 - Motor Vehicle Mechanic                          22.45
          05220 - Motor Vehicle Mechanic Helper                   17.02
          05250 - Motor Vehicle Upholstery Worker                 19.26
          05280   Motor Vehicle Wrecker                           20.33
          05310 - Painter Automotive                              21.40
          05340 - Radiator Repair Specialist                      20.33
          05370 - Tire Repairer                                   17.58
          05400   Transmission Repair Specialist                  22.45
     07000 - Food Preparation And Service Occupations
          07010 - Baker                                           12.80***
          07041 - Cook I                                          13.63***
          07042   Cook II                                         15.24
          07070 - Dishwasher                                      10.31***
          07130 - Food Service Worker                             11.59***
          07210 - Meat Cutter                                     16.75
          07260   Waiter/Waitress                                 11.16***
     09000 - Furniture Maintenance And Repair Occupations
          09010 - Electrostatic Spray Painter                     18.88
          09040 - Furniture Handler                               14.47***
          09080   Furniture Refinisher                            18.88
          09090 - Furniture Refinisher Helper                     15.75
          09110 - Furniture Repairer Minor                        17.31
          09130   Upholsterer                                     21.75
     11000   General Services And Support Occupations
          11030 - Cleaner Vehicles                                13.81***
          11060 - Elevator Operator                               13.81***
          11090 - Gardener                                        19.78
          11122   Housekeeping Aide                               13.40***
          11150 - Janitor                                         13.40***
          11210 - Laborer Grounds Maintenance                     16.21
          11240 - Maid or Houseman                                11.64***
          11260   Pruner                                          15.07
          11270 - Tractor Operator                                18.52
          11330 - Trail Maintenance Worker                        16.21
```

| Code | Occupation | Wage |
|---|---|---|
| 11990 - | Window Cleaner | 14.43*** |
| 12000 - | Health Occupations | |
| 12010 - | Ambulance Driver | 17.47 |
| 12011 - | Breath Alcohol Technician | 20.76 |
| 12012 - | Certified Occupational Therapist Assistant | 31.42 |
| 12015 - | Certified Physical Therapist Assistant | 29.26 |
| 12020 - | Dental Assistant | 23.49 |
| 12025 - | Dental Hygienist | 36.11 |
| 12030 - | EKG Technician | 31.46 |
| 12035 - | Electroneurodiagnostic Technologist | 31.46 |
| 12040 - | Emergency Medical Technician | 17.47 |
| 12071 - | Licensed Practical Nurse I | 18.57 |
| 12072 - | Licensed Practical Nurse II | 20.76 |
| 12073 - | Licensed Practical Nurse III | 23.14 |
| 12100 - | Medical Assistant | 15.20 |
| 12130 - | Medical Laboratory Technician | 26.94 |
| 12160 - | Medical Record Clerk | 17.15 |
| 12190 - | Medical Record Technician | 19.87 |
| 12195 - | Medical Transcriptionist | 18.83 |
| 12210 - | Nuclear Medicine Technologist | 45.62 |
| 12221 - | Nursing Assistant I | 11.57*** |
| 12222 - | Nursing Assistant II | 13.00*** |
| 12223 - | Nursing Assistant III | 14.18*** |
| 12224 - | Nursing Assistant IV | 15.93 |
| 12235 - | Optical Dispenser | 19.28 |
| 12236 - | Optical Technician | 18.57 |
| 12250 - | Pharmacy Technician | 14.69*** |
| 12280 - | Phlebotomist | 18.10 |
| 12305 - | Radiologic Technologist | 27.03 |
| 12311 - | Registered Nurse I | 23.25 |
| 12312 - | Registered Nurse II | 28.44 |
| 12313 - | Registered Nurse II Specialist | 28.44 |
| 12314 - | Registered Nurse III | 34.42 |
| 12315 - | Registered Nurse III Anesthetist | 34.42 |
| 12316 - | Registered Nurse IV | 41.25 |
| 12317 - | Scheduler (Drug and Alcohol Testing) | 27.81 |
| 12320 - | Substance Abuse Treatment Counselor | 24.10 |
| 13000 - | Information And Arts Occupations | |
| 13011 - | Exhibits Specialist I | 19.51 |
| 13012 - | Exhibits Specialist II | 24.17 |
| 13013 - | Exhibits Specialist III | 29.57 |
| 13041 - | Illustrator I | 19.24 |
| 13042 - | Illustrator II | 23.84 |
| 13043 - | Illustrator III | 29.17 |
| 13047 - | Librarian | 27.82 |
| 13050 - | Library Aide/Clerk | 13.12*** |
| 13054 - | Library Information Technology Systems Administrator | 25.12 |
| 13058 - | Library Technician | 14.66*** |
| 13061 - | Media Specialist I | 18.14 |
| 13062 - | Media Specialist II | 20.28 |
| 13063 - | Media Specialist III | 22.59 |
| 13071 - | Photographer I | 17.17 |
| 13072 - | Photographer II | 19.67 |
| 13073 - | Photographer III | 23.69 |
| 13074 - | Photographer IV | 28.98 |
| 13075 - | Photographer V | 35.06 |
| 13090 - | Technical Order Library Clerk | 20.28 |
| 13110 - | Video Teleconference Technician | 25.66 |
| 14000 - | Information Technology Occupations | |
| 14041 - | Computer Operator I | 17.47 |
| 14042 - | Computer Operator II | 19.53 |
| 14043 - | Computer Operator III | 21.77 |
| 14044 - | Computer Operator IV | 24.20 |
| 14045 - | Computer Operator V | 26.80 |

```
          14071 - Computer Programmer I            (see 1)        21.66
          14072 - Computer Programmer II           (see 1)
          14073 - Computer Programmer III          (see 1)
          14074 - Computer Programmer IV           (see 1)
          14101 - Computer Systems Analyst I       (see 1)
          14102 - Computer Systems Analyst II      (see 1)
          14103 - Computer Systems Analyst III     (see 1)
          14150 - Peripheral Equipment Operator              17.47
          14160 - Personal Computer Support Technician       24.20
          14170 - System Support Specialist                  35.10
      15000 - Instructional Occupations
          15010 - Aircrew Training Devices Instructor (Non-Rated)  28.57
          15020 - Aircrew Training Devices Instructor (Rated)      34.57
          15030 - Air Crew Training Devices Instructor (Pilot)     41.43
          15050 - Computer Based Training Specialist / Instructor  28.57
          15060 - Educational Technologist                   35.52
          15070 - Flight Instructor (Pilot)                  41.43
          15080 - Graphic Artist                             22.06
          15085 - Maintenance Test Pilot Fixed Jet/Prop      41.41
          15086 - Maintenance Test Pilot Rotary Wing         41.41
          15088 - Non-Maintenance Test/Co-Pilot              41.41
          15090 - Technical Instructor                       23.54
          15095 - Technical Instructor/Course Developer      28.80
          15110 - Test Proctor                               19.00
          15120 - Tutor                                      19.00
      16000 - Laundry Dry-Cleaning Pressing And Related Occupations
          16010 - Assembler                               10.68***
          16030 - Counter Attendant                       10.68***
          16040 - Dry Cleaner                             13.33***
          16070 - Finisher Flatwork Machine               10.68***
          16090 - Presser Hand                            10.68***
          16110 - Presser Machine Drycleaning             10.68***
          16130 - Presser Machine Shirts                  10.68***
          16160 - Presser Machine Wearing Apparel Laundry 10.68***
          16190 - Sewing Machine Operator                 14.19***
          16220 - Tailor                                     15.07
          16250 - Washer Machine                          11.56***
      19000 - Machine Tool Operation And Repair Occupations
          19010 - Machine-Tool Operator (Tool Room)          20.34
          19040 - Tool And Die Maker                         24.43
      21000 - Materials Handling And Packing Occupations
          21020 - Forklift Operator                          20.57
          21030 - Material Coordinator                       23.38
          21040 - Material Expediter                         23.38
          21050 - Material Handling Laborer                  15.53
          21071 - Order Filler                            14.21***
          21080 - Production Line Worker (Food Processing)   20.57
          21110 - Shipping Packer                            17.16
          21130 - Shipping/Receiving Clerk                   17.16
          21140 - Store Worker I                          14.44***
          21150 - Stock Clerk                                18.05
          21210 - Tools And Parts Attendant                  20.57
          21410 - Warehouse Specialist                       20.57
      23000 - Mechanics And Maintenance And Repair Occupations
          23010 - Aerospace Structural Welder                24.88
          23019 - Aircraft Logs and Records Technician       20.39
          23021 - Aircraft Mechanic I                        23.77
          23022 - Aircraft Mechanic II                       24.88
          23023 - Aircraft Mechanic III                      26.03
          23040 - Aircraft Mechanic Helper                   18.02
          23050 - Aircraft Painter                           22.66
          23060 - Aircraft Servicer                          20.39
          23070 - Aircraft Survival Flight Equipment Technician  22.66
          23080 - Aircraft Worker                            21.52
          23091 - Aircrew Life Support Equipment (ALSE) Mechanic  21.52
```

```
    23092 - Aircrew Life Support Equipment (ALSE) Mechanic       23.77
    II
    23110 - Appliance Mechanic                                   21.42
    23120 - Bicycle Repairer                                     20.26
    23125 - Cable Splicer                                        37.72
    23130 - Carpenter Maintenance                                20.98
    23140 - Carpet Layer                                         20.70
    23160 - Electrician Maintenance                              27.17
    23181 - Electronics Technician Maintenance I                 26.08
    23182 - Electronics Technician Maintenance II                27.46
    23183 - Electronics Technician Maintenance III               28.81
    23260 - Fabric Worker                                        21.47
    23290 - Fire Alarm System Mechanic                           24.27
    23310 - Fire Extinguisher Repairer                           20.26
    23311 - Fuel Distribution System Mechanic                    25.33
    23312 - Fuel Distribution System Operator                    20.51
    23370 - General Maintenance Worker                           19.74
    23380 - Ground Support Equipment Mechanic                    23.77
    23381 - Ground Support Equipment Servicer                    20.39
    23382 - Ground Support Equipment Worker                      21.52
    23391 - Gunsmith I                                           20.26
    23392 - Gunsmith II                                          22.66
    23393 - Gunsmith III                                         25.03
    23410 - Heating Ventilation And Air-Conditioning             23.57
    Mechanic
    23411 - Heating Ventilation And Air Contidioning             24.67
    Mechanic (Research Facility)
    23430 - Heavy Equipment Mechanic                             24.45
    23440 - Heavy Equipment Operator                             22.79
    23460 - Instrument Mechanic                                  25.03
    23465 - Laboratory/Shelter Mechanic                          23.86
    23470 - Laborer                                              15.00
    23510 - Locksmith                                            23.82
    23530 - Machinery Maintenance Mechanic                       26.56
    23550 - Machinist Maintenance                                21.43
    23580 - Maintenance Trades Helper                            15.35
    23591 - Metrology Technician I                               25.03
    23592 - Metrology Technician II                              26.20
    23593 - Metrology Technician III                             27.41
    23640 - Millwright                                           29.64
    23710 - Office Appliance Repairer                            23.17
    23760 - Painter Maintenance                                  20.88
    23790 - Pipefitter Maintenance                               26.24
    23810 - Plumber Maintenance                                  25.01
    23820 - Pneudraulic Systems Mechanic                         25.03
    23850 - Rigger                                               25.03
    23870 - Scale Mechanic                                       22.66
    23890 - Sheet-Metal Worker Maintenance                       29.77
    23910 - Small Engine Mechanic                                18.80
    23931 - Telecommunications Mechanic I                        27.19
    23932 - Telecommunications Mechanic II                       28.46
    23950 - Telephone Lineman                                    24.77
    23960 - Welder Combination Maintenance                       21.29
    23965 - Well Driller                                         25.03
    23970 - Woodcraft Worker                                     25.03
    23980 - Woodworker                                           20.26
  24000 - Personal Needs Occupations
    24550 - Case Manager                                         17.23
    24570 - Child Care Attendant                                 11.58***
    24580 - Child Care Center Clerk                              16.23
    24610 - Chore Aide                                           12.12***
    24620 - Family Readiness And Support Services                17.23
    Coordinator
    24630 - Homemaker                                            17.23
```

| | |
|---|---|
| 24000 - Plant And System Operations Occupations | |
| 25010 - Boiler Tender | 29.32 |
| 25040 - Sewage Plant Operator | 25.42 |
| 25070 - Stationary Engineer | 29.32 |
| 25190 - Ventilation Equipment Tender | 22.31 |
| 25210 - Water Treatment Plant Operator | 25.42 |
| 27000 - Protective Service Occupations | |
| 27004 - Alarm Monitor | 19.97 |
| 27007 - Baggage Inspector | 14.11*** |
| 27008 - Corrections Officer | 24.40 |
| 27010 - Court Security Officer | 26.00 |
| 27030 - Detection Dog Handler | 16.29 |
| 27040 - Detention Officer | 24.40 |
| 27070 - Firefighter | 24.74 |
| 27101 - Guard I | 14.11*** |
| 27102 - Guard II | 16.29 |
| 27131 - Police Officer I | 33.64 |
| 27132 - Police Officer II | 37.39 |
| 28000 - Recreation Occupations | |
| 28041 - Carnival Equipment Operator | 12.76*** |
| 28042 - Carnival Equipment Repairer | 13.63*** |
| 28043 - Carnival Worker | 10.35*** |
| 28210 - Gate Attendant/Gate Tender | 14.81*** |
| 28310 - Lifeguard | 11.03*** |
| 28350 - Park Attendant (Aide) | 16.56 |
| 28510 - Recreation Aide/Health Facility Attendant | 12.08*** |
| 28515 - Recreation Specialist | 20.51 |
| 28630 - Sports Official | 13.18*** |
| 28690 - Swimming Pool Operator | 18.30 |
| 29000 - Stevedoring/Longshoremen Occupational Services | |
| 29010 - Blocker And Bracer | 27.81 |
| 29020 - Hatch Tender | 27.81 |
| 29030 - Line Handler | 27.81 |
| 29041 - Stevedore I | 26.37 |
| 29042 - Stevedore II | 29.28 |
| 30000 - Technical Occupations | |
| 30010 - Air Traffic Control Specialist Center (HFO)    (see 2) | 40.72 |
| 30011 - Air Traffic Control Specialist Station (HFO)   (see 2) | 28.08 |
| 30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) | 30.92 |
| 30021 - Archeological Technician I | 18.27 |
| 30022 - Archeological Technician II | 20.43 |
| 30023 - Archeological Technician III | 25.31 |
| 30030 - Cartographic Technician | 25.31 |
| 30040 - Civil Engineering Technician | 26.31 |
| 30051 - Cryogenic Technician I | 28.03 |
| 30052 - Cryogenic Technician II | 30.96 |
| 30061 - Drafter/CAD Operator I | 18.27 |
| 30062 - Drafter/CAD Operator II | 20.43 |
| 30063 - Drafter/CAD Operator III | 22.77 |
| 30064 - Drafter/CAD Operator IV | 28.03 |
| 30081 - Engineering Technician I | 16.05 |
| 30082 - Engineering Technician II | 18.03 |
| 30083 - Engineering Technician III | 20.16 |
| 30084 - Engineering Technician IV | 24.98 |
| 30085 - Engineering Technician V | 30.56 |
| 30086 - Engineering Technician VI | 36.98 |
| 30090 - Environmental Technician | 25.31 |
| 30095 - Evidence Control Specialist | 25.31 |
| 30210 - Laboratory Technician | 21.22 |
| 30221 - Latent Fingerprint Technician I | 28.03 |
| 30222 - Latent Fingerprint Technician II | 30.96 |
| 30240 - Mathematical Technician | 25.31 |
| 30361 - Paralegal/Legal Assistant I | 19.32 |
| 30362 - Paralegal/Legal Assistant II | 24.12 |
| 30363 - Paralegal/Legal Assistant III | 29.50 |

Case 1:25-cv-00306-MRD-PAS Document 12 Filed 06/27/25 Page 679 of 1935 PageID #: 2564

```
30084 - Paralegal/Legal Assistant IV                            35.70
30375 - Petroleum Supply Specialist                             30.96
30390 - Photo-Optics Technician                                 25.31
30395 - Radiation Control Technician                            30.96
30461 - Technical Writer I                                      22.21
30462 - Technical Writer II                                     27.16
30463 - Technical Writer III                                    32.86
30491 - Unexploded Ordnance (UXO) Technician I                  25.88
30492 - Unexploded Ordnance (UXO) Technician II                 31.31
30493 - Unexploded Ordnance (UXO) Technician III                37.53
30494 - Unexploded (UXO) Safety Escort                          25.88
30495 - Unexploded (UXO) Sweep Personnel                        25.88
30501 - Weather Forecaster I                                    28.03
30502 - Weather Forecaster II                                   34.10
30620 - Weather Observer Combined Upper Air Or     (see 2)      22.77
Surface Programs
30621 - Weather Observer Senior                    (see 2)      25.31
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                          31.31
31020 - Bus Aide                                             13.82***
31030 - Bus Driver                                             17.87
31043 - Driver Courier                                      14.56***
31260 - Parking and Lot Attendant                           11.35***
31290 - Shuttle Bus Driver                                     15.65
31310 - Taxi Driver                                         13.72***
31361 - Truckdriver Light                                      15.49
31362 - Truckdriver Medium                                     18.05
31363 - Truckdriver Heavy                                      21.45
31364 - Truckdriver Tractor-Trailer                            21.45
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                15.27
99030 - Cashier                                             11.13***
99050 - Desk Clerk                                          11.90***
99095 - Embalmer                                               35.86
99130 - Flight Follower                                        25.88
99251 - Laboratory Animal Caretaker I                       14.01***
99252 - Laboratory Animal Caretaker II                      14.96***
99260 - Marketing Analyst                                      25.85
99310 - Mortician                                              35.86
99410 - Pest Controller                                        21.17
99510 - Photofinishing Worker                               14.01***
99710 - Recycling Laborer                                      20.32
99711 - Recycling Specialist                                   23.27
99730 - Refuse Collector                                       18.87
99810 - Sales Clerk                                         12.47***
99820 - School Crossing Guard                                  15.52
99830 - Survey Party Chief                                     27.76
99831 - Surveying Aide                                         19.02
99832 - Surveying Technician                                   24.49
99840 - Vending Machine Attendant                              19.31
99841 - Vending Machine Repairer                               23.06
99842 - Vending Machine Repairer Helper                        19.31
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; and 3 weeks after 8 years.  Length of service includes the whole span of
continuous service with the present contractor or successor wherever employed and
with the predecessor contractors in the performance of similar work at the same
Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5149908
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760 MRD eAsentD1e2um Filed 06/F31/25 64 age192405 Fa172 PageID #: 2569

```
                     "REGISTER OF WAGE DETERMINATIONS UNDER |      U.S. DEPARTMENT OF LABOR
              THE SERVICE CONTRACT ACT          | EMPLOYMENT STANDARDS ADMINISTRATION
   By direction of the Secretary of Labor |         WAGE AND HOUR DIVISION
                                                |         WASHINGTON D.C.  20210
                                                |
                                                |
                                                |
                                                |
                                                | Wage Determination No.: 2015-4231
   Daniel W. Simms         Division of  |           Revision No.: 17
   Director        Wage Determinations|  Date Of Last Revision: 03/15/2022
                                                |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |

|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Pennsylvania

Area: Pennsylvania County of Lebanon

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 16.74 |
| 01012 - Accounting Clerk II | | 18.80 |
| 01013 - Accounting Clerk III | | 21.02 |
| 01020 - Administrative Assistant | | 26.39 |
| 01035 - Court Reporter | | 22.23 |
| 01041 - Customer Service Representative I | | 13.44*** |
| 01042 - Customer Service Representative II | | 15.13 |
| 01043 - Customer Service Representative III | | 16.49 |
| 01051 - Data Entry Operator I | | 13.80*** |
| 01052 - Data Entry Operator II | | 15.06 |
| 01060 - Dispatcher Motor Vehicle | | 21.89 |
| 01070 - Document Preparation Clerk | | 15.06 |
| 01090 - Duplicating Machine Operator | | 15.06 |
| 01111 - General Clerk I | | 13.68*** |
| 01112 - General Clerk II | | 14.92*** |
| 01113 - General Clerk III | | 16.75 |

Case 1:25-cv-00306-MRD-PAS    Document 12-2    Filed 06/27/25   Page 68   Page 941 of 1762   PageID
#: 2570

```
01190 - Housing Referral Assistant                        21.09
01141 - Messenger Courier                                 12.28***
01191   Order Clerk I                                      14.70***
01192 - Order Clerk II                                     16.04
01261 - Personnel Assistant (Employment) I                18.16
01262 - Personnel Assistant (Employment) II               20.32
01263   Personnel Assistant (Employment) III              22.66
01270 - Production Control Clerk                           24.72
01290 - Rental Clerk                                       16.31
01300 - Scheduler Maintenance                              16.92
01311   Secretary I                                        16.92
01312 - Secretary II                                       18.92
01313 - Secretary III                                      21.09
01320 - Service Order Dispatcher                           20.36
01410   Supply Technician                                  26.39
01420 - Survey Worker                                      19.45
01460 - Switchboard Operator/Receptionist                 14.85***
01531 - Travel Clerk I                                     13.02***
01532 - Travel Clerk II                                    13.92***
01533 - Travel Clerk III                                   14.94***
01611 - Word Processor I                                   15.06
01612 - Word Processor II                                  16.92
01613   Word Processor III                                 18.92
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass               21.55
05010 - Automotive  Electrician                            20.63
05040   Automotive Glass Installer                         19.59
05070 - Automotive Worker                                  19.59
05110 - Mobile Equipment Servicer                          17.52
05130 - Motor Equipment Metal Mechanic                     21.64
05160   Motor Equipment Metal Worker                       19.59
05190 - Motor Vehicle Mechanic                             21.64
05220 - Motor Vehicle Mechanic Helper                      16.41
05250 - Motor Vehicle Upholstery Worker                    18.56
05280   Motor Vehicle Wrecker                              19.59
05310 - Painter Automotive                                 20.63
05340 - Radiator Repair Specialist                         19.59
05370 - Tire Repairer                                      15.98
05400   Transmission Repair Specialist                     21.64
07000 - Food Preparation And Service Occupations
07010 - Baker                                             12.53***
07041 - Cook I                                             15.05
07042   Cook II                                            16.83
07070 - Dishwasher                                         9.73***
07130 - Food Service Worker                               11.02***
07210 - Meat Cutter                                        16.23
07260   Waiter/Waitress                                   10.67***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                        20.77
09040 - Furniture Handler                                  15.71
09080   Furniture Refinisher                               20.77
09090 - Furniture Refinisher Helper                        17.32
09110 - Furniture Repairer Minor                           19.04
09130   Upholsterer                                        21.49
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                  13.33***
11060 - Elevator Operator                                 13.33***
11090 - Gardener                                           20.28
11122   Housekeeping Aide                                 13.60***
11150 - Janitor                                           13.60***
11210 - Laborer Grounds Maintenance                        16.58
11240 - Maid or Houseman                                  11.98***
11260   Pruner                                             15.40
11270 - Tractor Operator                                   18.99
11330 - Trail Maintenance Worker                           16.58
```

| | | |
|---|---|---|
| 11990 - Window Cleaner | | 14.64*** |
| 12000 - Health Occupations | | |
| 12010 - Ambulance Driver | | 21.23 |
| 12011 - Breath Alcohol Technician | | 21.23 |
| 12012 - Certified Occupational Therapist Assistant | | 29.16 |
| 12015 - Certified Physical Therapist Assistant | | 26.87 |
| 12020 - Dental Assistant | | 19.83 |
| 12025 - Dental Hygienist | | 37.95 |
| 12030 - EKG Technician | | 32.17 |
| 12035 - Electroneurodiagnostic Technologist | | 32.17 |
| 12040 - Emergency Medical Technician | | 21.23 |
| 12071 - Licensed Practical Nurse I | | 18.98 |
| 12072 - Licensed Practical Nurse II | | 21.23 |
| 12073 - Licensed Practical Nurse III | | 23.66 |
| 12100 - Medical Assistant | | 16.11 |
| 12130 - Medical Laboratory Technician | | 24.99 |
| 12160 - Medical Record Clerk | | 18.38 |
| 12190 - Medical Record Technician | | 20.49 |
| 12195 - Medical Transcriptionist | | 18.98 |
| 12210 - Nuclear Medicine Technologist | | 46.65 |
| 12221 - Nursing Assistant I | | 11.74*** |
| 12222 - Nursing Assistant II | | 13.19*** |
| 12223 - Nursing Assistant III | | 14.40*** |
| 12224 - Nursing Assistant IV | | 16.17 |
| 12235 - Optical Dispenser | | 22.25 |
| 12236 - Optical Technician | | 18.98 |
| 12250 - Pharmacy Technician | | 16.04 |
| 12280 - Phlebotomist | | 18.98 |
| 12305 - Radiologic Technologist | | 28.29 |
| 12311 - Registered Nurse I | | 23.96 |
| 12312 - Registered Nurse II | | 29.31 |
| 12313 - Registered Nurse II Specialist | | 29.31 |
| 12314 - Registered Nurse III | | 35.47 |
| 12315 - Registered Nurse III Anesthetist | | 35.47 |
| 12316 - Registered Nurse IV | | 42.51 |
| 12317 - Scheduler (Drug and Alcohol Testing) | | 26.29 |
| 12320 - Substance Abuse Treatment Counselor | | 24.83 |
| 13000 - Information And Arts Occupations | | |
| 13011 - Exhibits Specialist I | | 20.94 |
| 13012 - Exhibits Specialist II | | 25.94 |
| 13013 - Exhibits Specialist III | | 31.74 |
| 13041 - Illustrator I | | 20.53 |
| 13042 - Illustrator II | | 25.44 |
| 13043 - Illustrator III | | 31.13 |
| 13047 - Librarian | | 28.17 |
| 13050 - Library Aide/Clerk | | 11.94*** |
| 13054 - Library Information Technology Systems Administrator | | 25.44 |
| 13058 - Library Technician | | 18.73 |
| 13061 - Media Specialist I | | 18.35 |
| 13062 - Media Specialist II | | 20.53 |
| 13063 - Media Specialist III | | 22.90 |
| 13071 - Photographer I | | 18.73 |
| 13072 - Photographer II | | 20.94 |
| 13073 - Photographer III | | 25.94 |
| 13074 - Photographer IV | | 31.74 |
| 13075 - Photographer V | | 38.40 |
| 13090 - Technical Order Library Clerk | | 20.94 |
| 13110 - Video Teleconference Technician | | 19.28 |
| 14000 - Information Technology Occupations | | |
| 14041 - Computer Operator I | | 16.51 |
| 14042 - Computer Operator II | | 18.48 |
| 14043 - Computer Operator III | | 20.60 |
| 14044 - Computer Operator IV | | 22.89 |
| 14045 - Computer Operator V | | 25.35 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194981
Reviewer: Carol M.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
RI EK-05-A / Page 68 / Page 943 / Page 262 Page
#: 2572

```
        14071 - Computer Programmer I                      (see 1)             21.66
        14072 - Computer Programmer II                     (see 1)
        14073 - Computer Programmer III                    (see 1)
        14074 - Computer Programmer IV                     (see 1)
        14101 - Computer Systems Analyst I                 (see 1)
        14102 - Computer Systems Analyst II                (see 1)
        14103 - Computer Systems Analyst III               (see 1)
        14150 - Peripheral Equipment Operator                                  16.51
        14160 - Personal Computer Support Technician                           22.89
        14170 - System Support Specialist                                      25.35
    15000 - Instructional Occupations
        15010 - Aircrew Training Devices Instructor (Non-Rated)                28.57
        15020 - Aircrew Training Devices Instructor (Rated)                    34.57
        15030 - Air Crew Training Devices Instructor (Pilot)                   41.43
        15050 - Computer Based Training Specialist / Instructor                28.57
        15060 - Educational Technologist                                       27.95
        15070 - Flight Instructor (Pilot)                                      41.43
        15080 - Graphic Artist                                                 29.37
        15085 - Maintenance Test Pilot Fixed Jet/Prop                          39.74
        15086 - Maintenance Test Pilot Rotary Wing                             39.74
        15088 - Non-Maintenance Test/Co-Pilot                                  39.74
        15090 - Technical Instructor                                           24.30
        15095 - Technical Instructor/Course Developer                          29.73
        15110 - Test Proctor                                                   19.62
        15120 - Tutor                                                          19.90
    16000 - Laundry Dry-Cleaning Pressing And Related Occupations
        16010 - Assembler                                                   10.74***
        16030 - Counter Attendant                                           10.74***
        16040 - Dry Cleaner                                                 13.81***
        16070 - Finisher Flatwork Machine                                   10.74***
        16090 - Presser Hand                                                10.74***
        16110 - Presser Machine Drycleaning                                 10.74***
        16130 - Presser Machine Shirts                                      10.74***
        16160 - Presser Machine Wearing Apparel Laundry                     10.74***
        16190 - Sewing Machine Operator                                     14.70***
        16220 - Tailor                                                         15.50
        16250 - Washer Machine                                              11.75***
    19000 - Machine Tool Operation And Repair Occupations
        19010 - Machine-Tool Operator (Tool Room)                             24.39
        19040 - Tool And Die Maker                                            29.29
    21000 - Materials Handling And Packing Occupations
        21020 - Forklift Operator                                             16.36
        21030 - Material Coordinator                                          24.72
        21040 - Material Expediter                                            24.72
        21050 - Material Handling Laborer                                     15.53
        21071 - Order Filler                                                13.96***
        21080 - Production Line Worker (Food Processing)                      16.36
        21110 - Shipping Packer                                               19.24
        21130 - Shipping/Receiving Clerk                                      19.24
        21140 - Store Worker I                                              14.44***
        21150 - Stock Clerk                                                   18.05
        21210 - Tools And Parts Attendant                                     16.36
        21410 - Warehouse Specialist                                          16.36
    23000 - Mechanics And Maintenance And Repair Occupations
        23010 - Aerospace Structural Welder                                   30.60
        23019 - Aircraft Logs and Records Technician                          25.08
        23021 - Aircraft Mechanic I                                           29.23
        23022 - Aircraft Mechanic II                                          30.60
        23023 - Aircraft Mechanic III                                         32.01
        23040 - Aircraft Mechanic Helper                                      22.19
        23050 - Aircraft Painter                                              27.86
        23060 - Aircraft Servicer                                             25.08
        23070 - Aircraft Survival Flight Equipment Technician                 27.86
        23080 - Aircraft Worker                                               26.47
        23091 - Aircrew Life Support Equipment (ALSE) Mechanic                26.47
```

```
         23092 - Aircrew Life Support Equipment (ALSE) Mechanic          29.23
         II
         23110 - Appliance Mechanic                                      24.39
         23120 - Bicycle Repairer                                        20.71
         23125 - Cable Splicer                                           28.34
         23130 - Carpenter Maintenance                                   22.42
         23140 - Carpet Layer                                            22.06
         23160 - Electrician Maintenance                                 27.76
         23181 - Electronics Technician Maintenance I                    24.99
         23182 - Electronics Technician Maintenance II                   26.55
         23183 - Electronics Technician Maintenance III                  27.85
         23260 - Fabric Worker                                           21.95
         23290 - Fire Alarm System Mechanic                              25.58
         23310 - Fire Extinguisher Repairer                              20.71
         23311 - Fuel Distribution System Mechanic                       25.58
         23312 - Fuel Distribution System Operator                       20.71
         23370 - General Maintenance Worker                              20.55
         23380 - Ground Support Equipment Mechanic                       29.23
         23381 - Ground Support Equipment Servicer                       25.08
         23382 - Ground Support Equipment Worker                         26.47
         23391 - Gunsmith I                                              20.71
         23392 - Gunsmith II                                             23.16
         23393 - Gunsmith III                                            25.58
         23410 - Heating Ventilation And Air-Conditioning                26.04
         Mechanic
         23411 - Heating Ventilation And Air Contidioning                27.26
         Mechanic (Research Facility)
         23430 - Heavy Equipment Mechanic                                26.28
         23440 - Heavy Equipment Operator                                23.36
         23460 - Instrument Mechanic                                     25.58
         23465 - Laboratory/Shelter Mechanic                             24.39
         23470 - Laborer                                              14.89***
         23510 - Locksmith                                               24.39
         23530 - Machinery Maintenance Mechanic                          24.17
         23550 - Machinist Maintenance                                   22.59
         23580 - Maintenance Trades Helper                               19.40
         23591 - Metrology Technician I                                  25.58
         23592 - Metrology Technician II                                 26.78
         23593 - Metrology Technician III                                28.02
         23640 - Millwright                                              26.95
         23710 - Office Appliance Repairer                               24.39
         23760 - Painter Maintenance                                     22.68
         23790 - Pipefitter Maintenance                                  25.75
         23810 - Plumber Maintenance                                     24.23
         23820 - Pneudraulic Systems Mechanic                            25.58
         23850 - Rigger                                                  25.58
         23870 - Scale Mechanic                                          23.16
         23890 - Sheet-Metal Worker Maintenance                          25.58
         23910 - Small Engine Mechanic                                   23.16
         23931 - Telecommunications Mechanic I                           27.01
         23932 - Telecommunications Mechanic II                          28.28
         23950 - Telephone Lineman                                       25.83
         23960 - Welder Combination Maintenance                          22.38
         23965 - Well Driller                                            25.58
         23970 - Woodcraft Worker                                        25.58
         23980 - Woodworker                                              20.71
      24000 - Personal Needs Occupations
         24550 - Case Manager                                            17.23
         24570 - Child Care Attendant                                 13.25***
         24580 - Child Care Center Clerk                                 16.51
         24610 - Chore Aide                                           12.25***
         24620 - Family Readiness And Support Services                   17.23
         Coordinator
         24630 - Homemaker                                               17.23
```

25000 - Plant And System Operations Occupations
```
    25010 - Boiler Tender                                          25.58
    25040 - Sewage Plant Operator                                 26.42
    25070 - Stationary Engineer                                   25.58
    25190 - Ventilation Equipment Tender                          20.35
    25210 - Water Treatment Plant Operator                        26.42
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                         18.42
    27007 - Baggage Inspector                                  14.07***
    27008 - Corrections Officer                                   24.75
    27010 - Court Security Officer                                24.75
    27030 - Detection Dog Handler                                 16.29
    27040 - Detention Officer                                     24.75
    27070 - Firefighter                                           27.65
    27101 - Guard I                                            14.07***
    27102 - Guard II                                              16.29
    27131 - Police Officer I                                      32.26
    27132 - Police Officer II                                     35.85
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                        13.35***
    28042 - Carnival Equipment Repairer                        14.25***
    28043 - Carnival Worker                                    10.87***
    28210 - Gate Attendant/Gate Tender                            16.05
    28310 - Lifeguard                                          14.30***
    28350 - Park Attendant (Aide)                                 17.96
    28510 - Recreation Aide/Health Facility Attendant         13.10***
    28515 - Recreation Specialist                                 20.24
    28630 - Sports Official                                    14.30***
    28690 - Swimming Pool Operator                                22.14
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                    23.16
    29020 - Hatch Tender                                          23.16
    29030 - Line Handler                                          23.16
    29041 - Stevedore I                                           21.95
    29042 - Stevedore II                                          24.39
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)   40.72
    30011 - Air Traffic Control Specialist Station (HFO) (see 2)   28.08
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  30.92
    30021 - Archeological Technician I                            17.08
    30022 - Archeological Technician II                           19.39
    30023 - Archeological Technician III                          23.68
    30030 - Cartographic Technician                               23.68
    30040 - Civil Engineering Technician                          23.68
    30051 - Cryogenic Technician I                                26.22
    30052 - Cryogenic Technician II                               28.96
    30061 - Drafter/CAD Operator I                                17.08
    30062 - Drafter/CAD Operator II                               19.11
    30063 - Drafter/CAD Operator III                              21.31
    30064 - Drafter/CAD Operator IV                               26.22
    30081 - Engineering Technician I                              15.21
    30082 - Engineering Technician II                             17.08
    30083 - Engineering Technician III                            19.11
    30084 - Engineering Technician IV                             23.68
    30085 - Engineering Technician V                              28.96
    30086 - Engineering Technician VI                             35.04
    30090 - Environmental Technician                              24.75
    30095 - Evidence Control Specialist                           23.68
    30210 - Laboratory Technician                                 21.31
    30221 - Latent Fingerprint Technician I                       26.22
    30222 - Latent Fingerprint Technician II                      28.96
    30240 - Mathematical Technician                               23.68
    30361 - Paralegal/Legal Assistant I                           18.82
    30362 - Paralegal/Legal Assistant II                          23.32
    30363 - Paralegal/Legal Assistant III                         28.53
```

```
        30384 - Paralegal/Legal Assistant IV                            34.52
        30375 - Petroleum Supply Specialist                             28.96
        30390 - Photo-Optics Technician                                 23.68
        30395 - Radiation Control Technician                            28.96
        30461 - Technical Writer I                                      23.61
        30462 - Technical Writer II                                     28.86
        30463 - Technical Writer III                                    34.95
        30491 - Unexploded Ordnance (UXO) Technician I                  25.88
        30492 - Unexploded Ordnance (UXO) Technician II                 31.31
        30493 - Unexploded Ordnance (UXO) Technician III                37.53
        30494 - Unexploded (UXO) Safety Escort                          25.88
        30495 - Unexploded (UXO) Sweep Personnel                        25.88
        30501 - Weather Forecaster I                                    26.22
        30502 - Weather Forecaster II                                   31.90
        30620 - Weather Observer Combined Upper Air Or     (see 2)      21.31
        Surface Programs
        30621 - Weather Observer Senior                    (see 2)      23.68
    31000 - Transportation/Mobile Equipment Operation Occupations
        31010 - Airplane Pilot                                          31.31
        31020 - Bus Aide                                             13.72***
        31030 - Bus Driver                                              18.40
        31043 - Driver Courier                                       14.56***
        31260 - Parking and Lot Attendant                            12.73***
        31290 - Shuttle Bus Driver                                      15.86
        31310 - Taxi Driver                                             15.86
        31361 - Truckdriver Light                                       15.49
        31362 - Truckdriver Medium                                      18.05
        31363 - Truckdriver Heavy                                       20.41
        31364 - Truckdriver Tractor-Trailer                             20.41
    99000 - Miscellaneous Occupations
        99020 - Cabin Safety Specialist                                 15.27
        99030 - Cashier                                              10.92***
        99050 - Desk Clerk                                           12.66***
        99095 - Embalmer                                                29.93
        99130 - Flight Follower                                         25.88
        99251 - Laboratory Animal Caretaker I                           18.46
        99252 - Laboratory Animal Caretaker II                          19.56
        99260 - Marketing Analyst                                       28.52
        99310 - Mortician                                               29.93
        99410 - Pest Controller                                         21.85
        99510 - Photofinishing Worker                                13.60***
        99710 - Recycling Laborer                                       16.86
        99711 - Recycling Specialist                                    19.31
        99730 - Refuse Collector                                        15.66
        99810 - Sales Clerk                                          13.68***
        99820 - School Crossing Guard                                14.26***
        99830 - Survey Party Chief                                      20.86
        99831 - Surveying Aide                                       14.29***
        99832 - Surveying Technician                                    18.40
        99840 - Vending Machine Attendant                               19.31
        99841 - Vending Machine Repairer                                23.06
        99842 - Vending Machine Repairer Helper                         19.31
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017. If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking. Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors. A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; and 3 weeks after 8 years. Length of service includes the whole span of
continuous service with the present contractor or successor wherever employed and
with the predecessor contractors in the performance of similar work at the same
Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541. Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families. In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees. For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption. Therefore the exemption applies only to computer employees

satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

\*\* SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS \*\*

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

\*\* REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) \*\*

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case 1:25-cv-00368-MRD-PAS    Document 2    Filed 06/16/25    Page 694 of 1920 PageID #: 2579

6) each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                "REGISTER OF WAGE DETERMINATIONS UNDER  |      U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT              | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |          WAGE AND HOUR DIVISION
                                               |           WASHINGTON D.C.  20210
                                               |
                                               |
                                               |
                                               |
                                               | Wage Determination No.: 2015-4205
Daniel W. Simms          Division of   |         Revision No.: 19
Director          Wage Determinations|   Date Of Last Revision: 03/15/2022
                                               |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Pennsylvania

Area: Pennsylvania Counties of Lehigh Northampton

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 17.08 |
| 01012 - Accounting Clerk II | | 19.18 |
| 01013 - Accounting Clerk III | | 21.46 |
| 01020 - Administrative Assistant | | 27.72 |
| 01035 - Court Reporter | | 25.56 |
| 01041 - Customer Service Representative I | | 14.81*** |
| 01042 - Customer Service Representative II | | 16.65 |
| 01043 - Customer Service Representative III | | 18.16 |
| 01051 - Data Entry Operator I | | 15.36 |
| 01052 - Data Entry Operator II | | 16.76 |
| 01060 - Dispatcher Motor Vehicle | | 20.09 |
| 01070 - Document Preparation Clerk | | 17.42 |
| 01090 - Duplicating Machine Operator | | 17.42 |
| 01111 - General Clerk I | | 15.70 |
| 01112 - General Clerk II | | 17.12 |
| 01113 - General Clerk III | | 19.22 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5181908
Reviewer: Carol M.
Case 1:23-cv-00608-MRD-PAS Document 102 Filed 06/30/25 Page 69 of 192 PageID #: 2581

```
       01190 - Housing Referral Assistant                       24.11
       01141 - Messenger Courier                                15.24
       01191   Order Clerk I                                    16.97
       01192 - Order Clerk II                                   18.52
       01261 - Personnel Assistant (Employment) I               19.50
       01262 - Personnel Assistant (Employment) II              21.80
       01263   Personnel Assistant (Employment) III             24.30
       01270 - Production Control Clerk                         22.74
       01290 - Rental Clerk                                     16.83
       01300 - Scheduler Maintenance                            19.12
       01311   Secretary I                                      19.12
       01312 - Secretary II                                     21.84
       01313 - Secretary III                                    24.11
       01320 - Service Order Dispatcher                         17.97
       01410   Supply Technician                                27.72
       01420 - Survey Worker                                    17.92
       01460 - Switchboard Operator/Receptionist                15.61
       01531 - Travel Clerk I                                   16.92
       01532   Travel Clerk II                                  18.35
       01533 - Travel Clerk III                                 19.84
       01611 - Word Processor I                                 16.54
       01612 - Word Processor II                                18.58
       01613   Word Processor III                               20.78
     05000 - Automotive Service Occupations
       05005 - Automobile Body Repairer Fiberglass              22.83
       05010 - Automotive  Electrician                          22.03
       05040   Automotive Glass Installer                       20.34
       05070 - Automotive Worker                                21.11
       05110 - Mobile Equipment Servicer                        19.63
       05130 - Motor Equipment Metal Mechanic                   22.81
       05160   Motor Equipment Metal Worker                     21.22
       05190 - Motor Vehicle Mechanic                           22.83
       05220 - Motor Vehicle Mechanic Helper                    18.71
       05250 - Motor Vehicle Upholstery Worker                  20.54
       05280   Motor Vehicle Wrecker                            21.22
       05310 - Painter Automotive                               22.14
       05340 - Radiator Repair Specialist                       21.22
       05370 - Tire Repairer                                    14.89***
       05400   Transmission Repair Specialist                   23.49
     07000 - Food Preparation And Service Occupations
       07010 - Baker                                            13.61***
       07041 - Cook I                                           15.71
       07042   Cook II                                          16.99
       07070 - Dishwasher                                       10.64***
       07130 - Food Service Worker                              11.71***
       07210 - Meat Cutter                                      17.30
       07260   Waiter/Waitress                                  12.17***
     09000 - Furniture Maintenance And Repair Occupations
       09010 - Electrostatic Spray Painter                      19.40
       09040 - Furniture Handler                                17.39
       09080   Furniture Refinisher                             22.85
       09090 - Furniture Refinisher Helper                      19.50
       09110 - Furniture Repairer Minor                         21.21
       09130 - Upholsterer                                      20.13
     11000   General Services And Support Occupations
       11030 - Cleaner Vehicles                                 13.01***
       11060 - Elevator Operator                                14.20***
       11090 - Gardener                                         17.96
       11122   Housekeeping Aide                                14.20***
       11150 - Janitor                                          14.20***
       11210 - Laborer Grounds Maintenance                      15.31
       11240 - Maid or Houseman                                 12.31***
       11260   Pruner                                           14.37***
       11270 - Tractor Operator                                 17.17
       11330 - Trail Maintenance Worker                         15.31
```

```
11990 - Window Cleaner                                      15.13
12000 - Health Occupations
   12010 - Ambulance Driver                                 19.59
   12011 - Breath Alcohol Technician                        21.72
   12012 - Certified Occupational Therapist Assistant       27.84
   12015 - Certified Physical Therapist Assistant           28.01
   12020 - Dental Assistant                                 20.84
   12025 - Dental Hygienist                                 36.25
   12030 - EKG Technician                                   32.13
   12035 - Electroneurodiagnostic Technologist              32.13
   12040 - Emergency Medical Technician                     19.59
   12071 - Licensed Practical Nurse I                       20.15
   12072 - Licensed Practical Nurse II                      22.05
   12073 - Licensed Practical Nurse III                     24.57
   12100 - Medical Assistant                                17.10
   12130 - Medical Laboratory Technician                    25.76
   12160 - Medical Record Clerk                             16.71
   12190 - Medical Record Technician                        19.07
   12195 - Medical Transcriptionist                         19.62
   12210 - Nuclear Medicine Technologist                    38.40
   12221 - Nursing Assistant I                              13.22***
   12222 - Nursing Assistant II                             14.85***
   12223 - Nursing Assistant III                            16.21
   12224 - Nursing Assistant IV                             18.21
   12235 - Optical Dispenser                                21.62
   12236 - Optical Technician                               16.60
   12250 - Pharmacy Technician                              15.13
   12280 - Phlebotomist                                     18.23
   12305 - Radiologic Technologist                          28.36
   12311 - Registered Nurse I                               29.51
   12312 - Registered Nurse II                              34.77
   12313 - Registered Nurse II Specialist                   34.77
   12314 - Registered Nurse III                             42.08
   12315 - Registered Nurse III Anesthetist                 42.08
   12316 - Registered Nurse IV                              50.42
   12317 - Scheduler (Drug and Alcohol Testing)             26.92
   12320 - Substance Abuse Treatment Counselor              24.09
13000 - Information And Arts Occupations
   13011 - Exhibits Specialist I                            23.32
   13012 - Exhibits Specialist II                           28.89
   13013 - Exhibits Specialist III                          35.34
   13041 - Illustrator I                                    23.32
   13042 - Illustrator II                                   30.61
   13043 - Illustrator III                                  37.43
   13047 - Librarian                                        31.99
   13050 - Library Aide/Clerk                               16.83
   13054 - Library Information Technology Systems           28.89
           Administrator
   13058 - Library Technician                               18.11
   13061 - Media Specialist I                               20.84
   13062 - Media Specialist II                              23.32
   13063 - Media Specialist III                             26.00
   13071 - Photographer I                                   17.98
   13072 - Photographer II                                  20.11
   13073 - Photographer III                                 25.04
   13074 - Photographer IV                                  30.62
   13075 - Photographer V                                   37.06
   13090 - Technical Order Library Clerk                    17.50
   13110 - Video Teleconference Technician                  24.52
14000 - Information Technology Occupations
   14041 - Computer Operator I                              19.57
   14042 - Computer Operator II                             21.88
   14043 - Computer Operator III                            24.39
   14044 - Computer Operator IV                             27.11
   14045 - Computer Operator V                              30.02
```

```
14071 - Computer Programmer I                      (see 1)
14072 - Computer Programmer II                     (see 1)
14073 - Computer Programmer III                    (see 1)
14074 - Computer Programmer IV                     (see 1)
14101 - Computer Systems Analyst I                 (see 1)
14102 - Computer Systems Analyst II                (see 1)
14103 - Computer Systems Analyst III               (see 1)
14150 - Peripheral Equipment Operator                       19.57
14160 - Personal Computer Support Technician                27.11
14170 - System Support Specialist                           30.58
15000 - Instructional Occupations
    15010 - Aircrew Training Devices Instructor (Non-Rated)  33.73
    15020 - Aircrew Training Devices Instructor (Rated)      40.82
    15030 - Air Crew Training Devices Instructor (Pilot)     48.92
    15050 - Computer Based Training Specialist / Instructor  33.73
    15060 - Educational Technologist                         32.74
    15070 - Flight Instructor (Pilot)                        48.92
    15080 - Graphic Artist                                   25.72
    15085 - Maintenance Test Pilot Fixed Jet/Prop            48.92
    15086 - Maintenance Test Pilot Rotary Wing               48.92
    15088 - Non-Maintenance Test/Co-Pilot                    48.92
    15090 - Technical Instructor                             24.41
    15095 - Technical Instructor/Course Developer            29.85
    15110 - Test Proctor                                     19.71
    15120 - Tutor                                            19.71
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
    16010 - Assembler                                     13.13***
    16030 - Counter Attendant                             13.13***
    16040 - Dry Cleaner                                      15.77
    16070 - Finisher Flatwork Machine                    13.13***
    16090 - Presser Hand                                 13.13***
    16110 - Presser Machine Drycleaning                  13.13***
    16130 - Presser Machine Shirts                       13.13***
    16160 - Presser Machine Wearing Apparel Laundry      13.13***
    16190 - Sewing Machine Operator                         16.89
    16220 - Tailor                                          17.98
    16250 - Washer Machine                               13.76***
19000 - Machine Tool Operation And Repair Occupations
    19010 - Machine-Tool Operator (Tool Room)               21.82
    19040 - Tool And Die Maker                              24.86
21000 - Materials Handling And Packing Occupations
    21020 - Forklift Operator                               19.21
    21030 - Material Coordinator                            21.99
    21040 - Material Expediter                              21.99
    21050 - Material Handling Laborer                       15.28
    21071 - Order Filler                                    15.27
    21080 - Production Line Worker (Food Processing)        19.21
    21110 - Shipping Packer                                 17.77
    21130 - Shipping/Receiving Clerk                        17.77
    21140 - Store Worker I                                  18.81
    21150 - Stock Clerk                                     22.67
    21210 - Tools And Parts Attendant                       19.21
    21410 - Warehouse Specialist                            19.21
23000 - Mechanics And Maintenance And Repair Occupations
    23010 - Aerospace Structural Welder                     31.21
    23019 - Aircraft Logs and Records Technician            26.99
    23021 - Aircraft Mechanic I                             30.13
    23022 - Aircraft Mechanic II                            31.21
    23023 - Aircraft Mechanic III                           32.17
    23040 - Aircraft Mechanic Helper                        24.85
    23050 - Aircraft Painter                                29.14
    23060 - Aircraft Servicer                               26.99
    23070 - Aircraft Survival Flight Equipment Technician   29.14
    23080 - Aircraft Worker                                 28.10
    23091 - Aircrew Life Support Equipment (ALSE) Mechanic  28.10
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
23092 - Aircrew Life Support Equipment (ALSE) Mechanic          30.13
II
23110 - Appliance Mechanic                                      28.03
23120 - Bicycle Repairer                                        25.00
23125 - Cable Splicer                                           42.93
23130 - Carpenter Maintenance                                   24.40
23140 - Carpet Layer                                            27.99
23160 - Electrician Maintenance                                 29.02
23181 - Electronics Technician Maintenance I                    27.27
23182 - Electronics Technician Maintenance II                   28.28
23183 - Electronics Technician Maintenance III                  29.24
23260 - Fabric Worker                                           25.97
23290 - Fire Alarm System Mechanic                              25.68
23310 - Fire Extinguisher Repairer                              25.00
23311 - Fuel Distribution System Mechanic                       30.23
23312 - Fuel Distribution System Operator                       26.07
23370 - General Maintenance Worker                              22.10
23380 - Ground Support Equipment Mechanic                       30.13
23381 - Ground Support Equipment Servicer                       26.99
23382 - Ground Support Equipment Worker                         28.10
23391 - Gunsmith I                                              25.00
23392 - Gunsmith II                                             27.04
23393 - Gunsmith III                                            28.99
23410 - Heating Ventilation And Air-Conditioning                25.17
Mechanic
23411 - Heating Ventilation And Air Contidioning                26.15
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                                24.69
23440 - Heavy Equipment Operator                                27.08
23460 - Instrument Mechanic                                     28.99
23465 - Laboratory/Shelter Mechanic                             28.03
23470 - Laborer                                                 15.83
23510 - Locksmith                                               28.03
23530 - Machinery Maintenance Mechanic                          28.27
23550 - Machinist Maintenance                                   23.39
23580 - Maintenance Trades Helper                               18.52
23591 - Metrology Technician I                                  28.99
23592 - Metrology Technician II                                 30.03
23593 - Metrology Technician III                                30.95
23640 - Millwright                                              26.93
23710 - Office Appliance Repairer                               23.06
23760 - Painter Maintenance                                     21.97
23790 - Pipefitter Maintenance                                  30.24
23810 - Plumber Maintenance                                     28.81
23820 - Pneudraulic Systems Mechanic                            28.99
23850 - Rigger                                                  28.99
23870 - Scale Mechanic                                          27.04
23890 - Sheet-Metal Worker Maintenance                          37.79
23910 - Small Engine Mechanic                                   18.79
23931 - Telecommunications Mechanic I                           33.88
23932 - Telecommunications Mechanic II                          35.09
23950 - Telephone Lineman                                       40.41
23960 - Welder Combination Maintenance                          21.13
23965 - Well Driller                                            29.28
23970 - Woodcraft Worker                                        28.99
23980 - Woodworker                                              25.00
24000 - Personal Needs Occupations
24550 - Case Manager                                            17.60
24570 - Child Care Attendant                                 12.00***
24580 - Child Care Center Clerk                              14.96***
24610 - Chore Aide                                           12.55***
24620 - Family Readiness And Support Services                   17.60
Coordinator
24630 - Homemaker                                               17.60
```

24000 - Plant And System Operations Occupations

| | |
|---|---|
| 25010 - Boiler Tender | 28.87 |
| 25040 - Sewage Plant Operator | 26.64 |
| 25070 - Stationary Engineer | 28.87 |
| 25190 - Ventilation Equipment Tender | 23.81 |
| 25210 - Water Treatment Plant Operator | 26.64 |

27000 - Protective Service Occupations

| | |
|---|---|
| 27004 - Alarm Monitor | 22.93 |
| 27007 - Baggage Inspector | 13.48*** |
| 27008 - Corrections Officer | 26.22 |
| 27010 - Court Security Officer | 29.22 |
| 27030 - Detection Dog Handler | 18.81 |
| 27040 - Detention Officer | 26.22 |
| 27070 - Firefighter | 32.98 |
| 27101 - Guard I | 13.48*** |
| 27102 - Guard II | 18.81 |
| 27131 - Police Officer I | 30.59 |
| 27132 - Police Officer II | 34.00 |

28000 - Recreation Occupations

| | |
|---|---|
| 28041 - Carnival Equipment Operator | 11.46*** |
| 28042 - Carnival Equipment Repairer | 12.02*** |
| 28043 - Carnival Worker | 9.59*** |
| 28210 - Gate Attendant/Gate Tender | 16.60 |
| 28310 - Lifeguard | 12.78*** |
| 28350 - Park Attendant (Aide) | 18.56 |
| 28510 - Recreation Aide/Health Facility Attendant | 13.54*** |
| 28515 - Recreation Specialist | 22.99 |
| 28630 - Sports Official | 14.78*** |
| 28690 - Swimming Pool Operator | 17.23 |

29000 - Stevedoring/Longshoremen Occupational Services

| | |
|---|---|
| 29010 - Blocker And Bracer | 26.02 |
| 29020 - Hatch Tender | 26.02 |
| 29030 - Line Handler | 26.02 |
| 29041 - Stevedore I | 25.00 |
| 29042 - Stevedore II | 26.98 |

30000 - Technical Occupations

| | |
|---|---|
| 30010 - Air Traffic Control Specialist Center (HFO)   (see 2) | 46.55 |
| 30011 - Air Traffic Control Specialist Station (HFO)   (see 2) | 32.10 |
| 30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) | 35.35 |
| 30021 - Archeological Technician I | 21.07 |
| 30022 - Archeological Technician II | 23.56 |
| 30023 - Archeological Technician III | 29.19 |
| 30030 - Cartographic Technician | 29.19 |
| 30040 - Civil Engineering Technician | 30.87 |
| 30051 - Cryogenic Technician I | 29.95 |
| 30052 - Cryogenic Technician II | 33.08 |
| 30061 - Drafter/CAD Operator I | 21.07 |
| 30062 - Drafter/CAD Operator II | 23.56 |
| 30063 - Drafter/CAD Operator III | 26.26 |
| 30064 - Drafter/CAD Operator IV | 32.32 |
| 30081 - Engineering Technician I | 18.23 |
| 30082 - Engineering Technician II | 20.47 |
| 30083 - Engineering Technician III | 23.23 |
| 30084 - Engineering Technician IV | 28.83 |
| 30085 - Engineering Technician V | 35.18 |
| 30086 - Engineering Technician VI | 42.58 |
| 30090 - Environmental Technician | 24.33 |
| 30095 - Evidence Control Specialist | 27.05 |
| 30210 - Laboratory Technician | 25.35 |
| 30221 - Latent Fingerprint Technician I | 29.95 |
| 30222 - Latent Fingerprint Technician II | 33.08 |
| 30240 - Mathematical Technician | 29.80 |
| 30361 - Paralegal/Legal Assistant I | 22.90 |
| 30362 - Paralegal/Legal Assistant II | 28.37 |
| 30363 - Paralegal/Legal Assistant III | 34.70 |

```
30384 - Paralegal/Legal Assistant IV                              42.00
30375 - Petroleum Supply Specialist                               33.08
30390 - Photo-Optics Technician                                   29.19
30395 - Radiation Control Technician                              33.08
30461 - Technical Writer I                                        26.87
30462 - Technical Writer II                                       32.86
30463 - Technical Writer III                                      39.76
30491 - Unexploded Ordnance (UXO) Technician I                    29.58
30492 - Unexploded Ordnance (UXO) Technician II                   35.79
30493 - Unexploded Ordnance (UXO) Technician III                  42.90
30494 - Unexploded (UXO) Safety Escort                            29.58
30495 - Unexploded (UXO) Sweep Personnel                          29.58
30501 - Weather Forecaster I                                      32.32
30502 - Weather Forecaster II                                     39.33
30620 - Weather Observer Combined Upper Air Or     (see 2)        26.26
Surface Programs
30621 - Weather Observer Senior                    (see 2)        29.19
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            35.79
31020 - Bus Aide                                                  16.74
31030 - Bus Driver                                                21.08
31043 - Driver Courier                                            18.13
31260 - Parking and Lot Attendant                              12.50***
31290 - Shuttle Bus Driver                                        19.00
31310 - Taxi Driver                                            14.74***
31361 - Truckdriver Light                                         19.00
31362 - Truckdriver Medium                                        19.28
31363 - Truckdriver Heavy                                         23.38
31364 - Truckdriver Tractor-Trailer                               23.38
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   17.45
99030 - Cashier                                                11.80***
99050 - Desk Clerk                                             12.64***
99095 - Embalmer                                                  34.20
99130 - Flight Follower                                           29.58
99251 - Laboratory Animal Caretaker I                          13.08***
99252 - Laboratory Animal Caretaker II                         13.68***
99260 - Marketing Analyst                                         27.57
99310 - Mortician                                                 34.20
99410 - Pest Controller                                           20.45
99510 - Photofinishing Worker                                     15.55
99710 - Recycling Laborer                                         18.72
99711 - Recycling Specialist                                      21.14
99730 - Refuse Collector                                          17.57
99810 - Sales Clerk                                            12.43***
99820 - School Crossing Guard                                  13.33***
99830 - Survey Party Chief                                        32.79
99831 - Surveying Aide                                            19.47
99832 - Surveying Technician                                      28.78
99840 - Vending Machine Attendant                                 19.24
99841 - Vending Machine Repairer                                  22.61
99842 - Vending Machine Repairer Helper                           19.24
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Case Number: PC-2025-02760 Document 12 Filed 06/27/2025 Page 70 of 1762 PageID #: 2587

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017.  If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking.  Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors.  A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years.  Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility.  (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of twelve paid holidays per year:  New Year's Day Martin Luther King Jr's Birthday Washington's Birthday Good Friday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day.  A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541.  Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families.  In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees.  For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption.  Therefore the exemption applies only to computer employees

satisfy the compensation requirements and whose primary duty consists of:

   (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

   (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

   (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

   (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).


2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case 1:23-cv-00608-MRD-PAS    Document 12    Filed 06/12/25    Page 704 of 1030    PageID #: 2589

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification.  Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case 1:25-cv-00565-MRD-PAS   Document 12   Filed 06/27/25   Page 70 of 191   PageID #: 2590

6) each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                      "REGISTER OF WAGE DETERMINATIONS UNDER |      U.S. DEPARTMENT OF LABOR
         THE SERVICE CONTRACT ACT            |    EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor       |          WAGE AND HOUR DIVISION
                                             |           WASHINGTON D.C.  20210
                                             |
                                             |
                                             |
                                             | Wage Determination No.: 2015-4657
Daniel W. Simms          Division of         |         Revision No.: 19
Director           Wage Determinations|      Date Of Last Revision: 03/15/2022
                                             |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

_____

State: Tennessee

Area: Tennessee Counties of Bedford Lewis Marshall Perry

_____

          **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                          FOOTNOTE          RATE

01000 - Administrative Support And Clerical Occupations
   01011 - Accounting Clerk I                                    13.82***
   01012 - Accounting Clerk II                                   15.53
   01013 - Accounting Clerk III                                  17.36
   01020 - Administrative Assistant                              20.91
   01035 - Court Reporter                                        19.75
   01041 - Customer Service Representative I                     13.17***
   01042 - Customer Service Representative II                    14.82***
   01043 - Customer Service Representative III                   16.16
   01051 - Data Entry Operator I                                 14.71***
   01052 - Data Entry Operator II                                16.05
   01060 - Dispatcher Motor Vehicle                              17.66
   01070 - Document Preparation Clerk                            13.77***
   01090 - Duplicating Machine Operator                          13.77***
   01111 - General Clerk I                                       13.24***
   01112 - General Clerk II                                      14.45***
   01113 - General Clerk III                                     16.23

```
           01190 - Housing Referral Assistant                     19.28
           01141 - Messenger Courier                              12.19***
           01191   Order Clerk I                                  12.92***
           01192 - Order Clerk II                                 14.09***
           01261 - Personnel Assistant (Employment) I             15.99
           01262 - Personnel Assistant (Employment) II            17.90
           01263   Personnel Assistant (Employment) III           19.95
           01270 - Production Control Clerk                       21.61
           01290 - Rental Clerk                                   11.44***
           01300 - Scheduler Maintenance                          15.47
           01311   Secretary I                                    15.47
           01312 - Secretary II                                   17.30
           01313 - Secretary III                                  19.28
           01320 - Service Order Dispatcher                       15.78
           01410   Supply Technician                              20.91
           01420 - Survey Worker                                  14.27***
           01460 - Switchboard Operator/Receptionist              12.95***
           01531 - Travel Clerk I                                 12.22***
           01532   Travel Clerk II                                12.99***
           01533 - Travel Clerk III                               13.78***
           01611 - Word Processor I                               13.77***
           01612 - Word Processor II                              15.95
           01613   Word Processor III                             17.30
   05000 - Automotive Service Occupations
           05005 - Automobile Body Repairer Fiberglass            23.66
           05010 - Automotive  Electrician                        19.84
           05040   Automotive Glass Installer                     18.19
           05070 - Automotive Worker                              18.79
           05110 - Mobile Equipment Servicer                      16.48
           05130 - Motor Equipment Metal Mechanic                 18.89
           05160   Motor Equipment Metal Worker                   19.33
           05190 - Motor Vehicle Mechanic                         18.89
           05220 - Motor Vehicle Mechanic Helper                  15.33
           05250 - Motor Vehicle Upholstery Worker                17.18
           05280   Motor Vehicle Wrecker                          18.17
           05310 - Painter Automotive                             18.42
           05340 - Radiator Repair Specialist                     18.17
           05370 - Tire Repairer                                  12.25***
           05400   Transmission Repair Specialist                 18.89
   07000 - Food Preparation And Service Occupations
           07010 - Baker                                          14.53***
           07041 - Cook I                                         11.24***
           07042   Cook II                                        12.65***
           07070 - Dishwasher                                     9.25***
           07130 - Food Service Worker                            9.31***
           07210 - Meat Cutter                                    17.35
           07260   Waiter/Waitress                                8.96***
   09000 - Furniture Maintenance And Repair Occupations
           09010 - Electrostatic Spray Painter                    19.56
           09040 - Furniture Handler                              13.61***
           09080   Furniture Refinisher                           20.10
           09090 - Furniture Refinisher Helper                    15.98
           09110 - Furniture Repairer Minor                       18.05
           09130 - Upholsterer                                    20.10
   11000   General Services And Support Occupations
           11030 - Cleaner Vehicles                               14.51***
           11060 - Elevator Operator                              14.24***
           11090 - Gardener                                       17.67
           11122   Housekeeping Aide                              11.30***
           11150 - Janitor                                        11.30***
           11210 - Laborer Grounds Maintenance                    14.07***
           11240 - Maid or Houseman                               10.16***
           11260   Pruner                                         12.74***
           11270 - Tractor Operator                               16.53
           11330 - Trail Maintenance Worker                       14.07***
```

```
11900 - Window Cleaner                                      12.54***
12000 - Health Occupations
  12010   Ambulance Driver                                  18.31
  12011 - Breath Alcohol Technician                         18.45
  12012 - Certified Occupational Therapist Assistant        26.84
  12015 - Certified Physical Therapist Assistant            34.39
  12020   Dental Assistant                                  17.46
  12025 - Dental Hygienist                                  35.71
  12030 - EKG Technician                                    27.74
  12035 - Electroneurodiagnostic Technologist               27.74
  12040   Emergency Medical Technician                      18.31
  12071 - Licensed Practical Nurse I                        16.50
  12072 - Licensed Practical Nurse II                       18.45
  12073 - Licensed Practical Nurse III                      20.56
  12100   Medical Assistant                                 14.27***
  12130 - Medical Laboratory Technician                     23.01
  12160 - Medical Record Clerk                              15.14
  12190 - Medical Record Technician                         18.31
  12195   Medical Transcriptionist                          17.33
  12210 - Nuclear Medicine Technologist                     40.55
  12221 - Nursing Assistant I                               11.85***
  12222 - Nursing Assistant II                              13.32***
  12223   Nursing Assistant III                             14.54***
  12224 - Nursing Assistant IV                              16.33
  12235 - Optical Dispenser                                 21.38
  12236 - Optical Technician                                16.50
  12250   Pharmacy Technician                               16.03
  12280 - Phlebotomist                                      16.36
  12305 - Radiologic Technologist                           24.80
  12311 - Registered Nurse I                                24.32
  12312   Registered Nurse II                               29.75
  12313 - Registered Nurse II Specialist                    29.75
  12314 - Registered Nurse III                              35.99
  12315 - Registered Nurse III Anesthetist                  35.99
  12316   Registered Nurse IV                               43.13
  12317 - Scheduler (Drug and Alcohol Testing)              22.86
  12320 - Substance Abuse Treatment Counselor               15.57
13000 - Information And Arts Occupations
  13011   Exhibits Specialist I                             18.77
  13012 - Exhibits Specialist II                            23.25
  13013 - Exhibits Specialist III                           28.44
  13041 - Illustrator I                                     20.73
  13042   Illustrator II                                    25.68
  13043 - Illustrator III                                   31.42
  13047 - Librarian                                         25.75
  13050 - Library Aide/Clerk                                14.55***
  13054   Library Information Technology Systems            23.25
  Administrator
  13058 - Library Technician                                17.88
  13061 - Media Specialist I                                16.78
  13062   Media Specialist II                               18.77
  13063   Media Specialist III                              20.92
  13071 - Photographer I                                    16.78
  13072 - Photographer II                                   18.77
  13073   Photographer III                                  23.25
  13074 - Photographer IV                                   28.44
  13075 - Photographer V                                    34.42
  13090 - Technical Order Library Clerk                     18.33
  13110   Video Teleconference Technician                   17.90
14000 - Information Technology Occupations
  14041 - Computer Operator I                               14.14***
  14042 - Computer Operator II                              15.82
  14043   Computer Operator III                             17.64
  14044 - Computer Operator IV                              19.60
  14045 - Computer Operator V                               21.70
```

| | | |
|---|---|---|
| 14071 - Computer Programmer I | (see 1) | 22.99 |
| 14072 - Computer Programmer II | (see 1) | |
| 14073 - Computer Programmer III | (see 1) | |
| 14074 - Computer Programmer IV | (see 1) | |
| 14101 - Computer Systems Analyst I | (see 1) | |
| 14102 - Computer Systems Analyst II | (see 1) | |
| 14103 - Computer Systems Analyst III | (see 1) | |
| 14150 - Peripheral Equipment Operator | | 14.14*** |
| 14160 - Personal Computer Support Technician | | 21.34 |
| 14170 - System Support Specialist | | 21.70 |
| 15000 - Instructional Occupations | | |
| 15010 - Aircrew Training Devices Instructor (Non-Rated) | | 30.75 |
| 15020 - Aircrew Training Devices Instructor (Rated) | | 36.00 |
| 15030 - Air Crew Training Devices Instructor (Pilot) | | 43.14 |
| 15050 - Computer Based Training Specialist / Instructor | | 30.75 |
| 15060 - Educational Technologist | | 31.69 |
| 15070 - Flight Instructor (Pilot) | | 43.14 |
| 15080 - Graphic Artist | | 18.86 |
| 15085 - Maintenance Test Pilot Fixed Jet/Prop | | 43.14 |
| 15086 - Maintenance Test Pilot Rotary Wing | | 43.14 |
| 15088 - Non-Maintenance Test/Co-Pilot | | 43.14 |
| 15090 - Technical Instructor | | 18.77 |
| 15095 - Technical Instructor/Course Developer | | 22.96 |
| 15110 - Test Proctor | | 15.15 |
| 15120 - Tutor | | 15.15 |
| 16000 - Laundry Dry-Cleaning Pressing And Related Occupations | | |
| 16010 - Assembler | | 9.51*** |
| 16030 - Counter Attendant | | 9.51*** |
| 16040 - Dry Cleaner | | 11.95*** |
| 16070 - Finisher Flatwork Machine | | 9.51*** |
| 16090 - Presser Hand | | 9.51*** |
| 16110 - Presser Machine Drycleaning | | 9.51*** |
| 16130 - Presser Machine Shirts | | 9.51*** |
| 16160 - Presser Machine Wearing Apparel Laundry | | 9.51*** |
| 16190 - Sewing Machine Operator | | 12.70*** |
| 16220 - Tailor | | 13.42*** |
| 16250 - Washer Machine | | 10.31*** |
| 19000 - Machine Tool Operation And Repair Occupations | | |
| 19010 - Machine-Tool Operator (Tool Room) | | 19.53 |
| 19040 - Tool And Die Maker | | 23.60 |
| 21000 - Materials Handling And Packing Occupations | | |
| 21020 - Forklift Operator | | 17.70 |
| 21030 - Material Coordinator | | 21.61 |
| 21040 - Material Expediter | | 21.61 |
| 21050 - Material Handling Laborer | | 14.08*** |
| 21071 - Order Filler | | 12.89*** |
| 21080 - Production Line Worker (Food Processing) | | 17.70 |
| 21110 - Shipping Packer | | 18.47 |
| 21130 - Shipping/Receiving Clerk | | 18.47 |
| 21140 - Store Worker I | | 13.28*** |
| 21150 - Stock Clerk | | 17.99 |
| 21210 - Tools And Parts Attendant | | 17.70 |
| 21410 - Warehouse Specialist | | 17.70 |
| 23000 - Mechanics And Maintenance And Repair Occupations | | |
| 23010 - Aerospace Structural Welder | | 25.04 |
| 23019 - Aircraft Logs and Records Technician | | 21.64 |
| 23021 - Aircraft Mechanic I | | 23.88 |
| 23022 - Aircraft Mechanic II | | 25.04 |
| 23023 - Aircraft Mechanic III | | 26.20 |
| 23040 - Aircraft Mechanic Helper | | 19.23 |
| 23050 - Aircraft Painter | | 27.35 |
| 23060 - Aircraft Servicer | | 21.64 |
| 23070 - Aircraft Survival Flight Equipment Technician | | 27.35 |
| 23080 - Aircraft Worker | | 22.84 |
| 23091 - Aircrew Life Support Equipment (ALSE) Mechanic | | 22.84 |

```
      23092 - Aircrew Life Support Equipment (ALSE) Mechanic        23.88
      II
      23110 - Appliance Mechanic                                     22.68
      23120 - Bicycle Repairer                                       19.15
      23125 - Cable Splicer                                          38.10
      23130 - Carpenter Maintenance                                  18.70
      23140 - Carpet Layer                                           21.54
      23160 - Electrician Maintenance                                29.57
      23181 - Electronics Technician Maintenance I                   21.82
      23182 - Electronics Technician Maintenance II                  22.95
      23183 - Electronics Technician Maintenance III                 24.16
      23260 - Fabric Worker                                          20.30
      23290 - Fire Alarm System Mechanic                             23.88
      23310 - Fire Extinguisher Repairer                             19.15
      23311 - Fuel Distribution System Mechanic                      23.88
      23312 - Fuel Distribution System Operator                      19.15
      23370 - General Maintenance Worker                             19.01
      23380 - Ground Support Equipment Mechanic                      23.88
      23381 - Ground Support Equipment Servicer                      21.64
      23382 - Ground Support Equipment Worker                        22.84
      23391 - Gunsmith I                                             19.15
      23392 - Gunsmith II                                            21.54
      23393 - Gunsmith III                                           23.88
      23410 - Heating Ventilation And Air-Conditioning               20.10
      Mechanic
      23411 - Heating Ventilation And Air Contidioning               21.26
      Mechanic (Research Facility)
      23430 - Heavy Equipment Mechanic                               20.03
      23440 - Heavy Equipment Operator                               21.78
      23460 - Instrument Mechanic                                    23.88
      23465 - Laboratory/Shelter Mechanic                           22.68
      23470 - Laborer                                            14.08***
      23510 - Locksmith                                              22.68
      23530 - Machinery Maintenance Mechanic                         24.46
      23550 - Machinist Maintenance                                  23.19
      23580 - Maintenance Trades Helper                              15.44
      23591 - Metrology Technician I                                 23.88
      23592 - Metrology Technician II                                25.04
      23593 - Metrology Technician III                               26.20
      23640 - Millwright                                             25.95
      23710 - Office Appliance Repairer                              22.68
      23760 - Painter Maintenance                                    21.12
      23790 - Pipefitter Maintenance                                 21.40
      23810 - Plumber Maintenance                                    20.33
      23820 - Pneudraulic Systems Mechanic                           23.88
      23850 - Rigger                                                 23.88
      23870 - Scale Mechanic                                         21.54
      23890 - Sheet-Metal Worker Maintenance                         20.10
      23910 - Small Engine Mechanic                                  18.85
      23931 - Telecommunications Mechanic I                          28.36
      23932 - Telecommunications Mechanic II                         29.73
      23950 - Telephone Lineman                                      23.88
      23960 - Welder Combination Maintenance                         18.61
      23965 - Well Driller                                           23.88
      23970 - Woodcraft Worker                                       23.88
      23980 - Woodworker                                             19.15
   24000 - Personal Needs Occupations
      24550 - Case Manager                                           17.18
      24570 - Child Care Attendant                                9.16***
      24580 - Child Care Center Clerk                            12.11***
      24610 - Chore Aide                                         10.88***
      24620 - Family Readiness And Support Services                  17.18
      Coordinator
      24630 - Homemaker                                              17.18
```

35000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                        24.18
    25040 - Sewage Plant Operator                                18.21
    25070 - Stationary Engineer                                  24.18
    25190 - Ventilation Equipment Tender                         17.91
    25210 - Water Treatment Plant Operator                       18.21
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                        15.82
    27007 - Baggage Inspector                                    15.10
    27008 - Corrections Officer                                  17.45
    27010 - Court Security Officer                               19.46
    27030 - Detection Dog Handler                                17.46
    27040 - Detention Officer                                    17.45
    27070 - Firefighter                                          22.20
    27101 - Guard I                                              15.10
    27102 - Guard II                                             17.46
    27131 - Police Officer I                                     19.83
    27132 - Police Officer II                                    22.04
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                       13.46***
    28042 - Carnival Equipment Repairer                       14.40***
    28043 - Carnival Worker                                   10.38***
    28210 - Gate Attendant/Gate Tender                           17.67
    28310 - Lifeguard                                         11.01***
    28350 - Park Attendant (Aide)                                19.77
    28510 - Recreation Aide/Health Facility Attendant         14.43***
    28515 - Recreation Specialist                                22.50
    28630 - Sports Official                                      15.74
    28690 - Swimming Pool Operator                               17.27
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                   21.54
    29020 - Hatch Tender                                         21.54
    29030 - Line Handler                                         21.54
    29041 - Stevedore I                                          20.30
    29042 - Stevedore II                                         22.68
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)   (see 2)   40.29
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)   27.78
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)   30.59
    30021 - Archeological Technician I                           18.24
    30022 - Archeological Technician II                          20.41
    30023 - Archeological Technician III                         25.28
    30030 - Cartographic Technician                              25.28
    30040 - Civil Engineering Technician                         24.58
    30051 - Cryogenic Technician I                               28.00
    30052 - Cryogenic Technician II                              30.93
    30061 - Drafter/CAD Operator I                               18.24
    30062 - Drafter/CAD Operator II                              20.41
    30063 - Drafter/CAD Operator III                             22.75
    30064 - Drafter/CAD Operator IV                              28.00
    30081 - Engineering Technician I                             16.25
    30082 - Engineering Technician II                            18.24
    30083 - Engineering Technician III                           21.48
    30084 - Engineering Technician IV                            25.28
    30085 - Engineering Technician V                             30.93
    30086 - Engineering Technician VI                            37.42
    30090 - Environmental Technician                             25.28
    30095 - Evidence Control Specialist                          25.28
    30210 - Laboratory Technician                                24.03
    30221 - Latent Fingerprint Technician I                      28.00
    30222 - Latent Fingerprint Technician II                     30.93
    30240 - Mathematical Technician                              25.28
    30361 - Paralegal/Legal Assistant I                          19.94
    30362 - Paralegal/Legal Assistant II                         24.70
    30363 - Paralegal/Legal Assistant III                        28.27

Case 1:25-cv-00306-MRD-PAS   Document 2   Filed 06/18/25   Page 712 of 1908   PageID #: 2597

```
        30084 - Paralegal/Legal Assistant IV                        34.21
        30375 - Petroleum Supply Specialist                         30.93
        30390 - Photo-Optics Technician                             25.28
        30395 - Radiation Control Technician                        30.93
        30461 - Technical Writer I                                  25.28
        30462 - Technical Writer II                                 30.93
        30463 - Technical Writer III                                37.42
        30491 - Unexploded Ordnance (UXO) Technician I              25.60
        30492 - Unexploded Ordnance (UXO) Technician II             30.98
        30493 - Unexploded Ordnance (UXO) Technician III            37.13
        30494 - Unexploded (UXO) Safety Escort                      25.60
        30495 - Unexploded (UXO) Sweep Personnel                    25.60
        30501 - Weather Forecaster I                                28.00
        30502 - Weather Forecaster II                               34.06
        30620 - Weather Observer Combined Upper Air Or    (see 2)   22.75
        Surface Programs
        30621 - Weather Observer Senior                  (see 2)   25.28
    31000 - Transportation/Mobile Equipment Operation Occupations
        31010 - Airplane Pilot                                      30.98
        31020 - Bus Aide                                            13.26***
        31030 - Bus Driver                                          19.16
        31043 - Driver Courier                                      15.19
        31260 - Parking and Lot Attendant                           12.00***
        31290 - Shuttle Bus Driver                                  16.20
        31310 - Taxi Driver                                         13.55***
        31361 - Truckdriver Light                                   16.20
        31362 - Truckdriver Medium                                  19.71
        31363 - Truckdriver Heavy                                   20.34
        31364 - Truckdriver Tractor-Trailer                         20.34
    99000 - Miscellaneous Occupations
        99020 - Cabin Safety Specialist                             15.10
        99030 - Cashier                                             9.45***
        99050 - Desk Clerk                                          12.85***
        99095 - Embalmer                                            30.75
        99130 - Flight Follower                                     25.60
        99251 - Laboratory Animal Caretaker I                       12.68***
        99252 - Laboratory Animal Caretaker II                      13.56***
        99260 - Marketing Analyst                                   24.99
        99310 - Mortician                                           30.75
        99410 - Pest Controller                                     17.16
        99510 - Photofinishing Worker                               13.45***
        99710 - Recycling Laborer                                   15.01
        99711 - Recycling Specialist                                17.64
        99730 - Refuse Collector                                    13.59***
        99810 - Sales Clerk                                         11.90***
        99820 - School Crossing Guard                               14.86***
        99830 - Survey Party Chief                                  18.77
        99831 - Surveying Aide                                      12.67***
        99832 - Surveying Technician                                16.84
        99840 - Vending Machine Attendant                           19.27
        99841 - Vending Machine Repairer                            23.18
        99842 - Vending Machine Repairer Helper                     19.27
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5184908
Reviewer: Carol M.

NOTE: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).


2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5199980
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

6) each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                        "REGISTER OF WAGE DETERMINATIONS UNDER  |   U.S. DEPARTMENT OF LABOR
                           THE SERVICE CONTRACT ACT            | EMPLOYMENT STANDARDS ADMINISTRATION
           By direction of the Secretary of Labor |        WAGE AND HOUR DIVISION
                                                   |         WASHINGTON D.C.  20210
                                                   |
                                                   |
                                                   |
                                                   |
   Daniel W. Simms          Division of            | Wage Determination No.: 2015-4649
   Director            Wage Determinations|         Revision No.: 19
                                                   | Date Of Last Revision: 03/15/2022
                                                   |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Tennessee

Area: Tennessee Counties of Benton Carroll Decatur Dyer Gibson Hardeman Hardin Haywood Henderson Henry Lake Lauderdale McNairy Obion Weakley

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE    TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.88*** |
| 01012   Accounting Clerk II | | 16.71 |
| 01013 - Accounting Clerk III | | 18.68 |
| 01020 - Administrative Assistant | | 23.48 |
| 01035 - Court Reporter | | 18.77 |
| 01041   Customer Service Representative I | | 13.53*** |
| 01042   Customer Service Representative II | | 15.11 |
| 01043 - Customer Service Representative III | | 16.61 |
| 01051 - Data Entry Operator I | | 12.67*** |
| 01052   Data Entry Operator II | | 13.83*** |
| 01060 - Dispatcher Motor Vehicle | | 17.69 |
| 01070 - Document Preparation Clerk | | 14.95*** |
| 01090 - Duplicating Machine Operator | | 14.95*** |
| 01111   General Clerk I | | 12.56*** |
| 01112 - General Clerk II | | 14.88*** |

| | |
|---|---|
| 01103 - General Clerk III | 16.70 |
| 01120 - Housing Referral Assistant | 20.93 |
| 01141 Messenger Courier | 12.77*** |
| 01191 - Order Clerk I | 14.96*** |
| 01192 - Order Clerk II | 16.32 |
| 01261 - Personnel Assistant (Employment) I | 16.05 |
| 01262 - Personnel Assistant (Employment) II | 17.95 |
| 01263 - Personnel Assistant (Employment) III | 20.01 |
| 01270 - Production Control Clerk | 22.11 |
| 01290 - Rental Clerk | 15.13 |
| 01300 - Scheduler Maintenance | 16.79 |
| 01311 - Secretary I | 16.79 |
| 01312 - Secretary II | 18.77 |
| 01313 - Secretary III | 20.93 |
| 01320 Service Order Dispatcher | 15.81 |
| 01410 - Supply Technician | 23.48 |
| 01420 - Survey Worker | 18.77 |
| 01460 - Switchboard Operator/Receptionist | 13.23*** |
| 01531 Travel Clerk I | 14.02*** |
| 01532 - Travel Clerk II | 15.00 |
| 01533 - Travel Clerk III | 16.08 |
| 01611 - Word Processor I | 14.95*** |
| 01612 Word Processor II | 16.79 |
| 01613 - Word Processor III | 18.77 |
| 05000 - Automotive Service Occupations | |
| 05005 - Automobile Body Repairer Fiberglass | 19.85 |
| 05010 Automotive  Electrician | 19.23 |
| 05040 - Automotive Glass Installer | 17.17 |
| 05070 - Automotive Worker | 17.21 |
| 05110 - Mobile Equipment Servicer | 15.07 |
| 05130 Motor Equipment Metal Mechanic | 19.23 |
| 05160 - Motor Equipment Metal Worker | 17.21 |
| 05190 - Motor Vehicle Mechanic | 19.23 |
| 05220 - Motor Vehicle Mechanic Helper | 13.97*** |
| 05250 Motor Vehicle Upholstery Worker | 17.21 |
| 05280 - Motor Vehicle Wrecker | 17.21 |
| 05310 - Painter Automotive | 18.23 |
| 05340 - Radiator Repair Specialist | 17.21 |
| 05370 Tire Repairer | 12.82*** |
| 05400 - Transmission Repair Specialist | 18.98 |
| 07000 - Food Preparation And Service Occupations | |
| 07010 - Baker | 14.93*** |
| 07041 Cook I | 10.72*** |
| 07042 - Cook II | 12.34*** |
| 07070 - Dishwasher | 9.70*** |
| 07130 - Food Service Worker | 9.23*** |
| 07210 Meat Cutter | 13.78*** |
| 07260 - Waiter/Waitress | 8.86*** |
| 09000 - Furniture Maintenance And Repair Occupations | |
| 09010 - Electrostatic Spray Painter | 18.07 |
| 09040 Furniture Handler | 11.81*** |
| 09080 - Furniture Refinisher | 18.07 |
| 09090 - Furniture Refinisher Helper | 14.27*** |
| 09110 - Furniture Repairer Minor | 16.80 |
| 09130 Upholsterer | 19.28 |
| 11000 - General Services And Support Occupations | |
| 11030 - Cleaner Vehicles | 13.17*** |
| 11060 - Elevator Operator | 13.17*** |
| 11090 Gardener | 18.30 |
| 11122 - Housekeeping Aide | 11.16*** |
| 11150 - Janitor | 11.16*** |
| 11210 - Laborer Grounds Maintenance | 14.10*** |
| 11240 Maid or Houseman | 9.52*** |
| 11260 - Pruner | 12.67*** |
| 11270 - Tractor Operator | 16.96 |

Case Number: PC-2025-02760 MRD Case Document 6 06/27/2025 Page 719 Page 975 of 1762 Page ID #: 2604

```
         11403 - Trail Maintenance Worker                           14.10***
         11360 - Window Cleaner                                     12.03***
    12000   Health Occupations
         12010 - Ambulance Driver                                   17.71
         12011 - Breath Alcohol Technician                          17.71
         12012 - Certified Occupational Therapist Assistant         29.08
         12015   Certified Physical Therapist Assistant             29.08
         12020 - Dental Assistant                                   21.19
         12025 - Dental Hygienist                                   34.57
         12030 - EKG Technician                                     28.02
         12035   Electroneurodiagnostic Technologist                28.02
         12040 - Emergency Medical Technician                       17.71
         12071 - Licensed Practical Nurse I                         16.54
         12072 - Licensed Practical Nurse II                        18.49
         12073   Licensed Practical Nurse III                       20.61
         12100 - Medical Assistant                                  14.15***
         12130 - Medical Laboratory Technician                      22.01
         12160 - Medical Record Clerk                               13.60***
         12190   Medical Record Technician                          16.73
         12195   Medical Transcriptionist                           16.54
         12210 - Nuclear Medicine Technologist                      40.63
         12221 - Nursing Assistant I                                11.48***
         12222   Nursing Assistant II                               12.90***
         12223 - Nursing Assistant III                              14.08***
         12224 - Nursing Assistant IV                               15.81
         12235 - Optical Dispenser                                  16.90
         12236   Optical Technician                                 16.54
         12250 - Pharmacy Technician                                15.65
         12280 - Phlebotomist                                       13.75***
         12305 - Radiologic Technologist                            24.12
         12311   Registered Nurse I                                 25.41
         12312   Registered Nurse II                                30.43
         12313 - Registered Nurse II Specialist                     30.43
         12314 - Registered Nurse III                               36.80
         12315   Registered Nurse III Anesthetist                   36.80
         12316 - Registered Nurse IV                                44.11
         12317 - Scheduler (Drug and Alcohol Testing)               21.94
         12320 - Substance Abuse Treatment Counselor                19.27
    13000   Information And Arts Occupations
         13011 - Exhibits Specialist I                              16.63
         13012 - Exhibits Specialist II                             20.61
         13013 - Exhibits Specialist III                            25.21
         13041   Illustrator I                                      16.96
         13042 - Illustrator II                                     20.61
         13043 - Illustrator III                                    25.21
         13047 - Librarian                                          22.82
         13050   Library Aide/Clerk                                 11.83***
         13054 - Library Information Technology Systems             20.61
         Administrator
         13058 - Library Technician                                 13.27***
         13061   Media Specialist I                                 14.87***
         13062 - Media Specialist II                                16.63
         13063 - Media Specialist III                               18.54
         13071 - Photographer I                                     14.95***
         13072   Photographer II                                    17.85
         13073 - Photographer III                                   20.72
         13074 - Photographer IV                                    25.35
         13075 - Photographer V                                     30.67
         13090   Technical Order Library Clerk                      15.49
         13110 - Video Teleconference Technician                    18.06
    14000 - Information Technology Occupations
         14041 - Computer Operator I                                16.64
         14042   Computer Operator II                               18.67
         14043 - Computer Operator III                              20.82
         14044 - Computer Operator IV                               23.14
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194895
Reviewer: Carol M.

Case 1:25-cv-00336-MRD-PAS   Document 12   Filed 06/27/25   Page 976 of 1762 PageID #: 2605

```
        14085 - Computer Operator V                              25.61
        14071 - Computer Programmer I                  (see 1)   21.66
        14072 - Computer Programmer II                 (see 1)   26.85
        14073 - Computer Programmer III               (see 1)
        14074 - Computer Programmer IV                 (see 1)
        14101 - Computer Systems Analyst I             (see 1)
        14102 - Computer Systems Analyst II            (see 1)
        14103 - Computer Systems Analyst III           (see 1)
        14150 - Peripheral Equipment Operator                    16.64
        14160 - Personal Computer Support Technician             23.14
        14170 - System Support Specialist                        25.61
    15000 - Instructional Occupations
        15010 - Aircrew Training Devices Instructor (Non-Rated)  27.90
        15020 - Aircrew Training Devices Instructor (Rated)      36.76
        15030 - Air Crew Training Devices Instructor (Pilot)     40.47
        15050 - Computer Based Training Specialist / Instructor  27.90
        15060 - Educational Technologist                         32.84
        15070 - Flight Instructor (Pilot)                        40.47
        15080 - Graphic Artist                                   23.07
        15085 - Maintenance Test Pilot Fixed Jet/Prop            40.47
        15086 - Maintenance Test Pilot Rotary Wing               40.47
        15088 - Non-Maintenance Test/Co-Pilot                    40.47
        15090 - Technical Instructor                             21.84
        15095 - Technical Instructor/Course Developer            26.71
        15110 - Test Proctor                                     17.63
        15120 - Tutor                                            17.63
    16000 - Laundry Dry-Cleaning Pressing And Related Occupations
        16010 - Assembler                                        11.27***
        16030 - Counter Attendant                                11.27***
        16040 - Dry Cleaner                                      13.53***
        16070 - Finisher Flatwork Machine                        11.27***
        16090 - Presser Hand                                     11.27***
        16110 - Presser Machine Drycleaning                      11.27***
        16130 - Presser Machine Shirts                           11.27***
        16160 - Presser Machine Wearing Apparel Laundry          11.27***
        16190 - Sewing Machine Operator                          14.48***
        16220 - Tailor                                           15.43
        16250 - Washer Machine                                   11.81***
    19000 - Machine Tool Operation And Repair Occupations
        19010 - Machine-Tool Operator (Tool Room)                18.92
        19040 - Tool And Die Maker                               23.55
    21000 - Materials Handling And Packing Occupations
        21020 - Forklift Operator                                17.65
        21030 - Material Coordinator                             22.11
        21040 - Material Expediter                               22.11
        21050 - Material Handling Laborer                        13.64***
        21071 - Order Filler                                     12.66***
        21080 - Production Line Worker (Food Processing)         17.65
        21110 - Shipping Packer                                  16.25
        21130 - Shipping/Receiving Clerk                         16.25
        21140 - Store Worker I                                   12.45***
        21150 - Stock Clerk                                      17.23
        21210 - Tools And Parts Attendant                        17.65
        21410 - Warehouse Specialist                             17.65
    23000 - Mechanics And Maintenance And Repair Occupations
        23010 - Aerospace Structural Welder                      22.88
        23019 - Aircraft Logs and Records Technician             17.89
        23021 - Aircraft Mechanic I                              21.79
        23022 - Aircraft Mechanic II                             22.88
        23023 - Aircraft Mechanic III                            24.07
        23040 - Aircraft Mechanic Helper                         15.43
        23050 - Aircraft Painter                                 20.60
        23060 - Aircraft Servicer                                17.89
        23070 - Aircraft Survival Flight Equipment Technician    20.60
        23080 - Aircraft Worker                                  19.17
```

```
23091 - Aircrew Life Support Equipment (ALSE) Mechanic          19.17
23092 - Aircrew Life Support Equipment (ALSE) Mechanic          21.79
        II
23110 - Appliance Mechanic                                      20.35
23120 - Bicycle Repairer                                        16.65
23125 - Cable Splicer                                           30.35
23130 - Carpenter Maintenance                                   18.16
23140 - Carpet Layer                                            19.17
23160 - Electrician Maintenance                                 23.73
23181 - Electronics Technician Maintenance I                    23.15
23182 - Electronics Technician Maintenance II                   24.56
23183 - Electronics Technician Maintenance III                  26.02
23260 - Fabric Worker                                           17.89
23290 - Fire Alarm System Mechanic                              21.55
23310 - Fire Extinguisher Repairer                              16.65
23311 - Fuel Distribution System Mechanic                       23.55
23312 - Fuel Distribution System Operator                       18.20
23370 - General Maintenance Worker                              18.14
23380 - Ground Support Equipment Mechanic                       21.79
23381 - Ground Support Equipment Servicer                       17.89
23382 - Ground Support Equipment Worker                         19.17
23391 - Gunsmith I                                              16.65
23392 - Gunsmith II                                             19.17
23393 - Gunsmith III                                            21.55
23410 - Heating Ventilation And Air-Conditioning                20.18
        Mechanic
23411 - Heating Ventilation And Air Contidioning                23.55
        Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                                19.67
23440 - Heavy Equipment Operator                                20.35
23460 - Instrument Mechanic                                     21.55
23465 - Laboratory/Shelter Mechanic                             20.35
23470 - Laborer                                                 13.64***
23510 - Locksmith                                               20.35
23530 - Machinery Maintenance Mechanic                          22.93
23550 - Machinist Maintenance                                   21.29
23580 - Maintenance Trades Helper                               16.52
23591 - Metrology Technician I                                  21.55
23592 - Metrology Technician II                                 22.78
23593 - Metrology Technician III                                24.07
23640 - Millwright                                              25.82
23710 - Office Appliance Repairer                               20.35
23760 - Painter Maintenance                                     17.49
23790 - Pipefitter Maintenance                                  23.88
23810 - Plumber Maintenance                                     22.54
23820 - Pneudraulic Systems Mechanic                            21.55
23850 - Rigger                                                  21.55
23870 - Scale Mechanic                                          19.17
23890 - Sheet-Metal Worker Maintenance                          18.72
23910 - Small Engine Mechanic                                   19.03
23931 - Telecommunications Mechanic I                           26.37
23932 - Telecommunications Mechanic II                          27.94
23950 - Telephone Lineman                                       26.63
23960 - Welder Combination Maintenance                          18.36
23965 - Well Driller                                            21.55
23970 - Woodcraft Worker                                        21.55
23980 - Woodworker                                              16.65
24000 - Personal Needs Occupations
24550 - Case Manager                                            14.05***
24570 - Child Care Attendant                                    11.22***
24580 - Child Care Center Clerk                                 14.11***
24610 - Chore Aide                                              10.86***
24620 - Family Readiness And Support Services                   14.05***
        Coordinator
```

Case 1:25-cv-00309-MRD-PAS    Document 12    Filed 06/27/25    Page 978 of 1762    PageID #: 2607

| | | |
|---|---|---|
| 24808 | - Homemaker | 16.62 |

25000 - Plant And System Operations Occupations
| | | |
|---|---|---|
| 25010 | - Boiler Tender | 23.36 |
| 25040 | - Sewage Plant Operator | 19.58 |
| 25070 | - Stationary Engineer | 23.36 |
| 25190 | - Ventilation Equipment Tender | 15.83 |
| 25210 | - Water Treatment Plant Operator | 19.58 |

27000 - Protective Service Occupations
| | | |
|---|---|---|
| 27004 | - Alarm Monitor | 16.21 |
| 27007 | - Baggage Inspector | 13.27*** |
| 27008 | - Corrections Officer | 19.23 |
| 27010 | - Court Security Officer | 18.53 |
| 27030 | - Detection Dog Handler | 14.84*** |
| 27040 | - Detention Officer | 19.23 |
| 27070 | - Firefighter | 16.97 |
| 27101 | - Guard I | 13.27*** |
| 27102 | - Guard II | 14.84*** |
| 27131 | - Police Officer I | 21.51 |
| 27132 | - Police Officer II | 22.53 |

28000 - Recreation Occupations
| | | |
|---|---|---|
| 28041 | - Carnival Equipment Operator | 12.65*** |
| 28042 | - Carnival Equipment Repairer | 13.64*** |
| 28043 | - Carnival Worker | 9.45*** |
| 28210 | - Gate Attendant/Gate Tender | 13.81*** |
| 28310 | - Lifeguard | 10.82*** |
| 28350 | - Park Attendant (Aide) | 15.45 |
| 28510 | - Recreation Aide/Health Facility Attendant | 11.28*** |
| 28515 | - Recreation Specialist | 17.12 |
| 28630 | - Sports Official | 12.31*** |
| 28690 | - Swimming Pool Operator | 15.71 |

29000 - Stevedoring/Longshoremen Occupational Services
| | | |
|---|---|---|
| 29010 | - Blocker And Bracer | 28.11 |
| 29020 | - Hatch Tender | 28.11 |
| 29030 | - Line Handler | 28.11 |
| 29041 | - Stevedore I | 26.26 |
| 29042 | - Stevedore II | 29.81 |

30000 - Technical Occupations
| | | |
|---|---|---|
| 30010 | - Air Traffic Control Specialist Center (HFO)   (see 2) | 40.29 |
| 30011 | - Air Traffic Control Specialist Station (HFO)  (see 2) | 27.78 |
| 30012 | - Air Traffic Control Specialist Terminal (HFO) (see 2) | 30.59 |
| 30021 | - Archeological Technician I | 17.90 |
| 30022 | - Archeological Technician II | 20.03 |
| 30023 | - Archeological Technician III | 24.81 |
| 30030 | - Cartographic Technician | 23.38 |
| 30040 | - Civil Engineering Technician | 24.81 |
| 30051 | - Cryogenic Technician I | 27.48 |
| 30052 | - Cryogenic Technician II | 30.35 |
| 30061 | - Drafter/CAD Operator I | 17.90 |
| 30062 | - Drafter/CAD Operator II | 20.03 |
| 30063 | - Drafter/CAD Operator III | 22.32 |
| 30064 | - Drafter/CAD Operator IV | 27.48 |
| 30081 | - Engineering Technician I | 17.14 |
| 30082 | - Engineering Technician II | 18.54 |
| 30083 | - Engineering Technician III | 21.52 |
| 30084 | - Engineering Technician IV | 25.66 |
| 30085 | - Engineering Technician V | 30.95 |
| 30086 | - Engineering Technician VI | 37.45 |
| 30090 | - Environmental Technician | 26.06 |
| 30095 | - Evidence Control Specialist | 24.81 |
| 30210 | - Laboratory Technician | 22.32 |
| 30221 | - Latent Fingerprint Technician I | 27.48 |
| 30222 | - Latent Fingerprint Technician II | 30.35 |
| 30240 | - Mathematical Technician | 24.81 |
| 30361 | - Paralegal/Legal Assistant I | 18.81 |
| 30362 | - Paralegal/Legal Assistant II | 22.31 |

```
              30363 - Paralegal/Legal Assistant III                      27.20
              30364 - Paralegal/Legal Assistant IV                       33.01
              30375 - Petroleum Supply Specialist                        30.35
              30390 - Photo-Optics Technician                            24.81
              30395 - Radiation Control Technician                       30.35
              30461 - Technical Writer I                                 24.81
              30462 - Technical Writer II                                30.35
              30463 - Technical Writer III                               36.71
              30491 - Unexploded Ordnance (UXO) Technician I             25.60
              30492 - Unexploded Ordnance (UXO) Technician II            30.98
              30493 - Unexploded Ordnance (UXO) Technician III           37.13
              30494 - Unexploded (UXO) Safety Escort                     25.60
              30495 - Unexploded (UXO) Sweep Personnel                   25.60
              30501 - Weather Forecaster I                               27.48
              30502 - Weather Forecaster II                              33.41
              30620 - Weather Observer Combined Upper Air Or    (see 2)  22.32
       Surface Programs
              30621 - Weather Observer Senior                 (see 2)    24.81
       31000 - Transportation/Mobile Equipment Operation Occupations
              31010 - Airplane Pilot                                     30.98
              31020 - Bus Aide                                       12.84***
              31030 - Bus Driver                                        18.31
              31043 - Driver Courier                                 14.65***
              31260 - Parking and Lot Attendant                     11.13***
              31290 - Shuttle Bus Driver                                15.30
              31310 - Taxi Driver                                    13.35***
              31361 - Truckdriver Light                                 15.81
              31362 - Truckdriver Medium                                16.98
              31363 - Truckdriver Heavy                                 21.90
              31364 - Truckdriver Tractor-Trailer                       21.90
       99000 - Miscellaneous Occupations
              99020 - Cabin Safety Specialist                           15.10
              99030 - Cashier                                        9.98***
              99050 - Desk Clerk                                    10.28***
              99095 - Embalmer                                          27.59
              99130 - Flight Follower                                   25.60
              99251 - Laboratory Animal Caretaker I                 13.14***
              99252 - Laboratory Animal Caretaker II                14.74***
              99260 - Marketing Analyst                                 24.66
              99310 - Mortician                                         27.59
              99410 - Pest Controller                                   15.49
              99510 - Photofinishing Worker                         13.45***
              99710 - Recycling Laborer                                 15.85
              99711 - Recycling Specialist                              19.07
              99730 - Refuse Collector                              14.25***
              99810 - Sales Clerk                                   11.81***
              99820 - School Crossing Guard                         14.04***
              99830 - Survey Party Chief                                24.56
              99831 - Surveying Aide                                    16.09
              99832 - Surveying Technician                              22.04
              99840 - Vending Machine Attendant                         18.79
              99841 - Vending Machine Repairer                          23.34
              99842 - Vending Machine Repairer Helper                   18.79
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer

professional exemption.  Therefore the exemption applies only to computer employees
who satisfy the compensation requirements and whose primary duty consists of:

      (1) The application of systems analysis techniques and procedures including
consulting with users to determine hardware software or system functional
specifications;

      (2) The design development documentation analysis creation testing or
modification of computer systems or programs including prototypes based on and
related to user or system design specifications;

      (3) The design documentation testing creation or modification of computer
programs related to machine operating systems; or

      (4) A combination of the aforementioned duties the performance of which
requires the same level of skills.  (29 C.F.R. 541.400).


2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you
work at night as part of a regular tour of duty you will earn a night differential
and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.
 If you are a full-time employed (40 hours a week) and Sunday is part of your
regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday
premium of 25% of your basic rate for each hour of Sunday work which is not overtime
(i.e. occasional work on Sunday outside the normal tour of duty is considered
overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that
represents a high degree of hazard when working with or in close proximity to
ordnance explosives and incendiary materials.  This includes work such as
screening blending dying mixing and pressing of sensitive ordnance explosives
and pyrotechnic compositions such as lead azide black powder and photoflash powder.
 All dry-house activities involving propellants or explosives.  Demilitarization
modification renovation demolition and maintenance operations on sensitive
ordnance explosives and incendiary materials.  All operations involving re-grading
and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with or in close proximity to
ordnance (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands face or arms of the
employee engaged in the operation irritation of the skin minor burns and the like;
minimal damage to immediate or adjacent work area or equipment being used.  All
operations involving unloading storage and hauling of ordnance explosive and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordnance explosives and incendiary material differential pay.


** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract by the employer by the state or
local law etc.) the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the actual
cost of the uniforms.  In addition where uniform cleaning and maintenance is made
the responsibility of the employee all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining

agreement providing for a different amount or the furnishing of contrary
affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).


2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5044908
Reviewer: Carol M.

contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

```
                      "REGISTER OF WAGE DETERMINATIONS UNDER |    U.S. DEPARTMENT OF LABOR
       THE SERVICE CONTRACT ACT              | EMPLOYMENT STANDARDS ADMINISTRATION
  By direction of the Secretary of Labor     |       WAGE AND HOUR DIVISION
                                             |        WASHINGTON D.C.  20210
                                             |
                                             |
                                             |
                                             | Wage Determination No.: 2015-4647
  Daniel W. Simms        Division of         |      Revision No.: 19
  Director          Wage Determinations|  Date Of Last Revision: 03/15/2022
                                             |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Tennessee

Area: Tennessee Counties of Cannon Cheatham Davidson Dickson Hickman Macon Maury Robertson Rutherford Smith Sumner Trousdale Williamson Wilson

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011  Accounting Clerk I | | 16.39 |
| 01012 - Accounting Clerk II | | 18.41 |
| 01013 - Accounting Clerk III | | 20.59 |
| 01020 - Administrative Assistant | | 27.87 |
| 01035  Court Reporter | | 26.29 |
| 01041 - Customer Service Representative I | | 14.16*** |
| 01042 - Customer Service Representative II | | 15.54 |
| 01043 - Customer Service Representative III | | 17.36 |
| 01051  Data Entry Operator I | | 15.73 |
| 01052 - Data Entry Operator II | | 17.17 |
| 01060 - Dispatcher Motor Vehicle | | 17.97 |
| 01070 - Document Preparation Clerk | | 17.25 |
| 01090  Duplicating Machine Operator | | 17.25 |
| 01111 - General Clerk I | | 13.70*** |

```
01112 - General Clerk II                             14.95***
01113 - General Clerk III                            16.78
01120   Housing Referral Assistant                   20.46
01141 - Messenger Courier                            15.40
01191 - Order Clerk I                                14.42***
01192 - Order Clerk II                               15.74
01261   Personnel Assistant (Employment) I           17.02
01262 - Personnel Assistant (Employment) II          19.03
01263 - Personnel Assistant (Employment) III         21.21
01270 - Production Control Clerk                      22.25
01290   Rental Clerk                                 13.73***
01300 - Scheduler Maintenance                        16.40
01311   Secretary I                                  16.40
01312 - Secretary II                                 18.35
01313   Secretary III                                20.46
01320 - Service Order Dispatcher                     16.06
01410 - Supply Technician                            27.87
01420 - Survey Worker                                16.75
01460   Switchboard Operator/Receptionist            14.32***
01531 - Travel Clerk I                               16.56
01532 - Travel Clerk II                              17.52
01533 - Travel Clerk III                             18.68
01611   Word Processor I                             14.83***
01612 - Word Processor II                            16.64
01613 - Word Processor III                           18.62
05000 - Automotive Service Occupations
05005   Automobile Body Repairer Fiberglass          21.51
05010   Automotive  Electrician                      21.82
05040 - Automotive Glass Installer                   20.01
05070 - Automotive Worker                            20.67
05110   Mobile Equipment Servicer                    18.13
05130 - Motor Equipment Metal Mechanic               20.78
05160 - Motor Equipment Metal Worker                 20.95
05190 - Motor Vehicle Mechanic                       20.78
05220   Motor Vehicle Mechanic Helper               16.86
05250 - Motor Vehicle Upholstery Worker              18.90
05280 - Motor Vehicle Wrecker                        19.99
05310 - Painter Automotive                           20.26
05340   Radiator Repair Specialist                   19.99
05370 - Tire Repairer                                15.95
05400 - Transmission Repair Specialist               20.78
07000 - Food Preparation And Service Occupations
07010   Baker                                        14.18***
07041 - Cook I                                       13.98***
07042 - Cook II                                      15.79
07070 - Dishwasher                                   11.01***
07130   Food Service Worker                          10.64***
07210 - Meat Cutter                                  17.06
07260 - Waiter/Waitress                              8.92***
09000 - Furniture Maintenance And Repair Occupations
09010   Electrostatic Spray Painter                  17.85
09040 - Furniture Handler                            12.18***
09080 - Furniture Refinisher                         17.51
09090 - Furniture Refinisher Helper                  13.99***
09110   Furniture Repairer Minor                     15.63
09130 - Upholsterer                                  16.89
11000 - General Services And Support Occupations
11030   Cleaner Vehicles                             13.56***
11060 - Elevator Operator                            13.40***
11090 - Gardener                                     17.74
11122   Housekeeping Aide                            13.40***
11150 - Janitor                                      13.40***
11210   Laborer Grounds Maintenance                  14.06***
11240 - Maid or Houseman                             11.60***
11260 - Pruner                                       12.75***
```

| | |
|---|---|
| 11490 - Tractor Operator | 16.63 |
| 11330 - Trail Maintenance Worker | 14.06*** |
| 11360   Window Cleaner | 14.78*** |
| 12000 - Health Occupations | |
| 12010 - Ambulance Driver | 20.34 |
| 12011 - Breath Alcohol Technician | 19.79 |
| 12012   Certified Occupational Therapist Assistant | 30.63 |
| 12015 - Certified Physical Therapist Assistant | 29.89 |
| 12020 - Dental Assistant | 18.98 |
| 12025 - Dental Hygienist | 33.47 |
| 12030   EKG Technician | 28.13 |
| 12035 - Electroneurodiagnostic Technologist | 28.13 |
| 12040 - Emergency Medical Technician | 20.34 |
| 12071 - Licensed Practical Nurse I | 17.70 |
| 12072   Licensed Practical Nurse II | 19.79 |
| 12073 - Licensed Practical Nurse III | 22.06 |
| 12100 - Medical Assistant | 16.78 |
| 12130 - Medical Laboratory Technician | 25.60 |
| 12160   Medical Record Clerk | 19.83 |
| 12190 - Medical Record Technician | 22.17 |
| 12195 - Medical Transcriptionist | 17.75 |
| 12210 - Nuclear Medicine Technologist | 36.12 |
| 12221   Nursing Assistant I | 11.41*** |
| 12222 - Nursing Assistant II | 12.82*** |
| 12223   Nursing Assistant III | 13.99*** |
| 12224 - Nursing Assistant IV | 15.71 |
| 12235   Optical Dispenser | 21.67 |
| 12236   Optical Technician | 19.43 |
| 12250 - Pharmacy Technician | 15.30 |
| 12280 - Phlebotomist | 16.63 |
| 12305   Radiologic Technologist | 25.03 |
| 12311 - Registered Nurse I | 24.32 |
| 12312 - Registered Nurse II | 29.75 |
| 12313 - Registered Nurse II Specialist | 29.75 |
| 12314   Registered Nurse III | 35.99 |
| 12315 - Registered Nurse III Anesthetist | 35.99 |
| 12316 - Registered Nurse IV | 43.13 |
| 12317 - Scheduler (Drug and Alcohol Testing) | 24.52 |
| 12320   Substance Abuse Treatment Counselor | 19.31 |
| 13000 - Information And Arts Occupations | |
| 13011 - Exhibits Specialist I | 19.48 |
| 13012 - Exhibits Specialist II | 24.13 |
| 13013   Exhibits Specialist III | 29.52 |
| 13041 - Illustrator I | 20.73 |
| 13042 - Illustrator II | 25.68 |
| 13043 - Illustrator III | 31.42 |
| 13047   Librarian | 27.37 |
| 13050 - Library Aide/Clerk | 13.28*** |
| 13054 - Library Information Technology Systems Administrator | 24.71 |
| 13058   Library Technician | 16.21 |
| 13061 - Media Specialist I | 17.83 |
| 13062 - Media Specialist II | 19.95 |
| 13063 - Media Specialist III | 22.24 |
| 13071   Photographer I | 16.78 |
| 13072 - Photographer II | 18.77 |
| 13073 - Photographer III | 23.25 |
| 13074 - Photographer IV | 28.45 |
| 13075   Photographer V | 34.41 |
| 13090 - Technical Order Library Clerk | 16.68 |
| 13110 - Video Teleconference Technician | 24.12 |
| 14000 - Information Technology Occupations | |
| 14041   Computer Operator I | 17.73 |
| 14042 - Computer Operator II | 19.84 |
| 14043 - Computer Operator III | 22.12 |

| | | | |
|---|---|---|---|
| 14044 - Computer Operator IV | | | 24.57 |
| 14045 - Computer Operator V | | | 27.21 |
| 14071 - Computer Programmer I | (see 1) | | 23.73 |
| 14072 - Computer Programmer II | (see 1) | | |
| 14073 - Computer Programmer III | (see 1) | | |
| 14074 - Computer Programmer IV | (see 1) | | |
| 14101 - Computer Systems Analyst I | (see 1) | | |
| 14102 - Computer Systems Analyst II | (see 1) | | |
| 14103 - Computer Systems Analyst III | (see 1) | | |
| 14150 - Peripheral Equipment Operator | | | 17.73 |
| 14160 - Personal Computer Support Technician | | | 24.57 |
| 14170 - System Support Specialist | | | 28.97 |
| 15000 - Instructional Occupations | | | |
| 15010 - Aircrew Training Devices Instructor (Non-Rated) | | | 30.75 |
| 15020 - Aircrew Training Devices Instructor (Rated) | | | 35.78 |
| 15030 - Air Crew Training Devices Instructor (Pilot) | | | 42.63 |
| 15050 - Computer Based Training Specialist / Instructor | | | 30.75 |
| 15060 - Educational Technologist | | | 32.75 |
| 15070 - Flight Instructor (Pilot) | | | 42.63 |
| 15080 - Graphic Artist | | | 25.72 |
| 15085 - Maintenance Test Pilot Fixed Jet/Prop | | | 39.24 |
| 15086 - Maintenance Test Pilot Rotary Wing | | | 39.24 |
| 15088 - Non-Maintenance Test/Co-Pilot | | | 39.24 |
| 15090 - Technical Instructor | | | 22.14 |
| 15095 - Technical Instructor/Course Developer | | | 27.09 |
| 15110 - Test Proctor | | | 17.88 |
| 15120 - Tutor | | | 17.88 |
| 16000 - Laundry Dry-Cleaning Pressing And Related Occupations | | | |
| 16010 - Assembler | | | 9.51*** |
| 16030 - Counter Attendant | | | 9.51*** |
| 16040 - Dry Cleaner | | | 11.95*** |
| 16070 - Finisher Flatwork Machine | | | 9.51*** |
| 16090 - Presser Hand | | | 9.51*** |
| 16110 - Presser Machine Drycleaning | | | 9.51*** |
| 16130 - Presser Machine Shirts | | | 9.51*** |
| 16160 - Presser Machine Wearing Apparel Laundry | | | 9.51*** |
| 16190 - Sewing Machine Operator | | | 12.70*** |
| 16220 - Tailor | | | 13.42*** |
| 16250 - Washer Machine | | | 10.31*** |
| 19000 - Machine Tool Operation And Repair Occupations | | | |
| 19010 - Machine-Tool Operator (Tool Room) | | | 20.81 |
| 19040 - Tool And Die Maker | | | 25.54 |
| 21000 - Materials Handling And Packing Occupations | | | |
| 21020 - Forklift Operator | | | 16.76 |
| 21030 - Material Coordinator | | | 22.25 |
| 21040 - Material Expediter | | | 22.25 |
| 21050 - Material Handling Laborer | | | 14.90*** |
| 21071 - Order Filler | | | 13.50*** |
| 21080 - Production Line Worker (Food Processing) | | | 16.76 |
| 21110 - Shipping Packer | | | 17.04 |
| 21130 - Shipping/Receiving Clerk | | | 17.04 |
| 21140 - Store Worker I | | | 13.37*** |
| 21150 - Stock Clerk | | | 18.09 |
| 21210 - Tools And Parts Attendant | | | 16.76 |
| 21410 - Warehouse Specialist | | | 16.76 |
| 23000 - Mechanics And Maintenance And Repair Occupations | | | |
| 23010 - Aerospace Structural Welder | | | 29.32 |
| 23019 - Aircraft Logs and Records Technician | | | 23.56 |
| 23021 - Aircraft Mechanic I | | | 27.81 |
| 23022 - Aircraft Mechanic II | | | 29.32 |
| 23023 - Aircraft Mechanic III | | | 30.86 |
| 23040 - Aircraft Mechanic Helper | | | 20.83 |
| 23050 - Aircraft Painter | | | 27.35 |
| 23060 - Aircraft Servicer | | | 23.56 |
| 23070 - Aircraft Survival Flight Equipment Technician | | | 27.35 |

Case Number: PC-2025-02760
Case 1:23-cv-00608-MRD-PAS Document 62 Filed 06/26/25 Page 73 of 183 PageID #: 2617

```
        23080 - Aircraft Worker                                        25.10
        23091 - Aircrew Life Support Equipment (ALSE) Mechanic         25.10
        I
        23092 - Aircrew Life Support Equipment (ALSE) Mechanic         27.81
        II
        23110 - Appliance Mechanic                                     20.51
        23120 - Bicycle Repairer                                       19.20
        23125 - Cable Splicer                                          38.33
        23130 - Carpenter Maintenance                                  21.83
        23140 - Carpet Layer                                           21.69
        23160 - Electrician Maintenance                                24.06
        23181 - Electronics Technician Maintenance I                   24.49
        23182 - Electronics Technician Maintenance II                  25.75
        23183 - Electronics Technician Maintenance III                 27.14
        23260 - Fabric Worker                                          20.36
        23290 - Fire Alarm System Mechanic                             27.02
        23310 - Fire Extinguisher Repairer                             19.20
        23311 - Fuel Distribution System Mechanic                      26.47
        23312 - Fuel Distribution System Operator                      21.14
        23370 - General Maintenance Worker                             19.32
        23380 - Ground Support Equipment Mechanic                      27.81
        23381 - Ground Support Equipment Servicer                      23.56
        23382 - Ground Support Equipment Worker                        25.10
        23391 - Gunsmith I                                             19.20
        23392 - Gunsmith II                                            21.69
        23393 - Gunsmith III                                           24.03
        23410 - Heating Ventilation And Air-Conditioning               22.35
        Mechanic
        23411 - Heating Ventilation And Air Contidioning               23.53
        Mechanic (Research Facility)
        23430 - Heavy Equipment Mechanic                               23.73
        23440 - Heavy Equipment Operator                               18.94
        23460 - Instrument Mechanic                                    27.58
        23465 - Laboratory/Shelter Mechanic                            22.81
        23470 - Laborer                                                14.90***
        23510 - Locksmith                                              22.35
        23530 - Machinery Maintenance Mechanic                         26.96
        23550 - Machinist Maintenance                                  20.30
        23580 - Maintenance Trades Helper                              15.86
        23591 - Metrology Technician I                                 27.58
        23592 - Metrology Technician II                                29.04
        23593 - Metrology Technician III                               30.49
        23640 - Millwright                                             25.95
        23710 - Office Appliance Repairer                              20.18
        23760 - Painter Maintenance                                    17.82
        23790 - Pipefitter Maintenance                                 25.05
        23810 - Plumber Maintenance                                    23.77
        23820 - Pneudraulic Systems Mechanic                           24.03
        23850 - Rigger                                                 20.80
        23870 - Scale Mechanic                                         21.69
        23890 - Sheet-Metal Worker Maintenance                         22.72
        23910 - Small Engine Mechanic                                  18.15
        23931 - Telecommunications Mechanic I                          27.41
        23932 - Telecommunications Mechanic II                         28.90
        23950 - Telephone Lineman                                      21.91
        23960 - Welder Combination Maintenance                         21.65
        23965 - Well Driller                                           23.38
        23970 - Woodcraft Worker                                       24.03
        23980 - Woodworker                                             19.20
     24000 - Personal Needs Occupations
        24550 - Case Manager                                           17.20
        24570 - Child Care Attendant                                   11.53***
        24580 - Child Care Center Clerk                                14.37***
        24610 - Chore Aide                                             11.36***
        24620 - Family Readiness And Support Services                  17.20
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5100808
Reviewer: Carol M.
Coordinator

| | | |
|---|---|---|
| 24630 - Homemaker | | 17.20 |
| **25000 - Plant And System Operations Occupations** | | |
| 25010 - Boiler Tender | | 29.04 |
| 25040 - Sewage Plant Operator | | 21.12 |
| 25070 - Stationary Engineer | | 29.04 |
| 25190 - Ventilation Equipment Tender | | 21.50 |
| 25210 - Water Treatment Plant Operator | | 21.12 |
| **27000 - Protective Service Occupations** | | |
| 27004 - Alarm Monitor | | 19.02 |
| 27007 - Baggage Inspector | | 12.20*** |
| 27008 - Corrections Officer | | 19.75 |
| 27010 - Court Security Officer | | 21.41 |
| 27030 - Detection Dog Handler | | 15.10 |
| 27040 - Detention Officer | | 19.75 |
| 27070 - Firefighter | | 22.43 |
| 27101 - Guard I | | 12.20*** |
| 27102 - Guard II | | 15.10 |
| 27131 - Police Officer I | | 22.38 |
| 27132 - Police Officer II | | 24.86 |
| **28000 - Recreation Occupations** | | |
| 28041 - Carnival Equipment Operator | | 12.90*** |
| 28042 - Carnival Equipment Repairer | | 13.76*** |
| 28043 - Carnival Worker | | 10.06*** |
| 28210 - Gate Attendant/Gate Tender | | 14.61*** |
| 28310 - Lifeguard | | 11.01*** |
| 28350 - Park Attendant (Aide) | | 16.34 |
| 28510 - Recreation Aide/Health Facility Attendant | | 11.93*** |
| 28515 - Recreation Specialist | | 18.54 |
| 28630 - Sports Official | | 13.02*** |
| 28690 - Swimming Pool Operator | | 17.27 |
| **29000 - Stevedoring/Longshoremen Occupational Services** | | |
| 29010 - Blocker And Bracer | | 27.26 |
| 29020 - Hatch Tender | | 27.26 |
| 29030 - Line Handler | | 27.26 |
| 29041 - Stevedore I | | 25.59 |
| 29042 - Stevedore II | | 28.66 |
| **30000 - Technical Occupations** | | |
| 30010 - Air Traffic Control Specialist Center (HFO)   (see 2) | | 40.29 |
| 30011 - Air Traffic Control Specialist Station (HFO)  (see 2) | | 27.78 |
| 30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) | | 30.59 |
| 30021 - Archeological Technician I | | 18.62 |
| 30022 - Archeological Technician II | | 20.82 |
| 30023 - Archeological Technician III | | 25.79 |
| 30030 - Cartographic Technician | | 25.79 |
| 30040 - Civil Engineering Technician | | 24.58 |
| 30051 - Cryogenic Technician I | | 28.56 |
| 30052 - Cryogenic Technician II | | 31.55 |
| 30061 - Drafter/CAD Operator I | | 18.62 |
| 30062 - Drafter/CAD Operator II | | 20.82 |
| 30063 - Drafter/CAD Operator III | | 23.21 |
| 30064 - Drafter/CAD Operator IV | | 28.56 |
| 30081 - Engineering Technician I | | 15.84 |
| 30082 - Engineering Technician II | | 17.79 |
| 30083 - Engineering Technician III | | 21.48 |
| 30084 - Engineering Technician IV | | 25.20 |
| 30085 - Engineering Technician V | | 30.90 |
| 30086 - Engineering Technician VI | | 37.37 |
| 30090 - Environmental Technician | | 23.65 |
| 30095 - Evidence Control Specialist | | 25.79 |
| 30210 - Laboratory Technician | | 20.99 |
| 30221 - Latent Fingerprint Technician I | | 24.86 |
| 30222 - Latent Fingerprint Technician II | | 27.46 |
| 30240 - Mathematical Technician | | 29.52 |
| 30361 - Paralegal/Legal Assistant I | | 20.37 |

```
30362 - Paralegal/Legal Assistant II                           25.23
30363 - Paralegal/Legal Assistant III                          30.87
30364 - Paralegal/Legal Assistant IV                           37.35
30375 - Petroleum Supply Specialist                            31.55
30390 - Photo-Optics Technician                                25.79
30395 - Radiation Control Technician                           31.55
30461 - Technical Writer I                                     22.10
30462 - Technical Writer II                                    27.04
30463 - Technical Writer III                                   32.72
30491 - Unexploded Ordnance (UXO) Technician I                 25.60
30492 - Unexploded Ordnance (UXO) Technician II                30.98
30493 - Unexploded Ordnance (UXO) Technician III               37.13
30494 - Unexploded (UXO) Safety Escort                         25.60
30495 - Unexploded (UXO) Sweep Personnel                       25.60
30501 - Weather Forecaster I                                   28.56
30502 - Weather Forecaster II                                  34.75
30620 - Weather Observer Combined Upper Air Or     (see 2)     23.20
Surface Programs
30621 - Weather Observer Senior                    (see 2)     25.79
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                         30.98
31020 - Bus Aide                                               14.48***
31030 - Bus Driver                                             19.38
31043 - Driver Courier                                         15.89
31260 - Parking and Lot Attendant                             12.36***
31290 - Shuttle Bus Driver                                     16.52
31310 - Taxi Driver                                            14.19***
31361 - Truckdriver Light                                      16.95
31362 - Truckdriver Medium                                     19.71
31363 - Truckdriver Heavy                                      24.23
31364 - Truckdriver Tractor-Trailer                            24.23
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                15.10
99030 - Cashier                                                11.11***
99050 - Desk Clerk                                             11.20***
99095 - Embalmer                                               26.38
99130 - Flight Follower                                        25.60
99251 - Laboratory Animal Caretaker I                          12.57***
99252 - Laboratory Animal Caretaker II                         13.41***
99260 - Marketing Analyst                                      28.73
99310 - Mortician                                              26.38
99410 - Pest Controller                                        18.34
99510 - Photofinishing Worker                                  15.96
99710 - Recycling Laborer                                      16.25
99711 - Recycling Specialist                                   19.23
99730 - Refuse Collector                                       14.73***
99810 - Sales Clerk                                            12.88***
99820 - School Crossing Guard                                  16.26
99830 - Survey Party Chief                                     25.16
99831 - Surveying Aide                                         16.98
99832 - Surveying Technician                                   22.56
99840 - Vending Machine Attendant                              14.54***
99841 - Vending Machine Repairer                               17.52
99842 - Vending Machine Repairer Helper                        14.54***
```

***Workers in this classification may be entitled to a higher minimum wage under Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the Note at the top of the wage determination for more information. Please also note that the minimum wage requirements of Executive Order 14026 and 13658 are not currently being enforced as to contracts or contract-like instruments entered into with the federal government in connection with seasonal recreational services

additional recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.


ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:


HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.


VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 10 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility.  (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer

fancy job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees
who satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including
consulting with users to determine hardware software or system functional
specifications;

    (2) The design development documentation analysis creation testing or
modification of computer systems or programs including prototypes based on and
related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer
programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which
requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you
work at night as part of a regular tour of duty you will earn a night differential
and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.
 If you are a full-time employed (40 hours a week) and Sunday is part of your
regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday
premium of 25% of your basic rate for each hour of Sunday work which is not overtime
(i.e. occasional work on Sunday outside the normal tour of duty is considered
overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that
represents a high degree of hazard when working with or in close proximity to
ordnance explosives and incendiary materials.  This includes work such as
screening blending dying mixing and pressing of sensitive ordnance explosives
and pyrotechnic compositions such as lead azide black powder and photoflash powder.
 All dry-house activities involving propellants or explosives.  Demilitarization
modification renovation demolition and maintenance operations on sensitive
ordnance explosives and incendiary materials.  All operations involving re-grading
and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with or in close proximity to
ordnance (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands face or arms of the
employee engaged in the operation irritation of the skin minor burns and the like;
minimal damage to immediate or adjacent work area or equipment being used.  All
operations involving unloading storage and hauling of ordnance explosive and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract by the employer by the state or
local law etc.) the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the actual
cost of the uniforms.  In addition where uniform cleaning and maintenance is made
the responsibility of the employee all contractors and subcontractors subject to

Case 1:23-cv-00808-MRD-PAS Document 12 Filed 06/30/25 Page 737 of 1923 PageID #: 2622

wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification.  Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

the contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

```
                      "REGISTER OF WAGE DETERMINATIONS UNDER |     U.S. DEPARTMENT OF LABOR
                 THE SERVICE CONTRACT ACT            |  EMPLOYMENT STANDARDS ADMINISTRATION
        By direction of the Secretary of Labor |          WAGE AND HOUR DIVISION
                                                     |          WASHINGTON D.C.  20210
                                                     |
                                                     |
                                                     |
                                                     |
Daniel W. Simms          Division of     | Wage Determination No.: 2015-4639
Director          Wage Determinations|      Revision No.: 16
                                                     | Date Of Last Revision: 03/15/2022
                                                     |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Tennessee

Area: Tennessee Counties of Chester Crockett Madison

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 14.32*** |
| 01012 - Accounting Clerk II | | 16.09 |
| 01013  Accounting Clerk III | | 17.99 |
| 01020 - Administrative Assistant | | 23.58 |
| 01035 - Court Reporter | | 18.19 |
| 01041 - Customer Service Representative I | | 12.56*** |
| 01042  Customer Service Representative II | | 14.12*** |
| 01043 - Customer Service Representative III | | 15.41 |
| 01051 - Data Entry Operator I | | 13.27*** |
| 01052 - Data Entry Operator II | | 14.47*** |
| 01060  Dispatcher Motor Vehicle | | 20.75 |
| 01070 - Document Preparation Clerk | | 12.64*** |
| 01090 - Duplicating Machine Operator | | 12.64*** |
| 01111 - General Clerk I | | 13.59*** |
| 01112  General Clerk II | | 14.82*** |
| 01113 - General Clerk III | | 16.65 |

| Code | Title | Rate |
|---|---|---|
| 01190 | Housing Referral Assistant | 20.27 |
| 01141 | Messenger Courier | 12.77*** |
| 01191 | Order Clerk I | 16.28 |
| 01192 | Order Clerk II | 17.75 |
| 01261 | Personnel Assistant (Employment) I | 16.25 |
| 01262 | Personnel Assistant (Employment) II | 18.19 |
| 01263 | Personnel Assistant (Employment) III | 20.27 |
| 01270 | Production Control Clerk | 22.10 |
| 01290 | Rental Clerk | 16.64 |
| 01300 | Scheduler Maintenance | 16.25 |
| 01311 | Secretary I | 16.25 |
| 01312 | Secretary II | 18.19 |
| 01313 | Secretary III | 20.27 |
| 01320 | Service Order Dispatcher | 18.55 |
| 01410 | Supply Technician | 23.58 |
| 01420 | Survey Worker | 17.19 |
| 01460 | Switchboard Operator/Receptionist | 13.23*** |
| 01531 | Travel Clerk I | 14.02*** |
| 01532 | Travel Clerk II | 15.00 |
| 01533 | Travel Clerk III | 16.08 |
| 01611 | Word Processor I | 14.47*** |
| 01612 | Word Processor II | 16.25 |
| 01613 | Word Processor III | 18.19 |
| 05000 | Automotive Service Occupations | |
| 05005 | Automobile Body Repairer Fiberglass | 19.85 |
| 05010 | Automotive Electrician | 19.23 |
| 05040 | Automotive Glass Installer | 17.17 |
| 05070 | Automotive Worker | 17.21 |
| 05110 | Mobile Equipment Servicer | 15.07 |
| 05130 | Motor Equipment Metal Mechanic | 19.26 |
| 05160 | Motor Equipment Metal Worker | 17.21 |
| 05190 | Motor Vehicle Mechanic | 19.26 |
| 05220 | Motor Vehicle Mechanic Helper | 13.97*** |
| 05250 | Motor Vehicle Upholstery Worker | 17.21 |
| 05280 | Motor Vehicle Wrecker | 17.21 |
| 05310 | Painter Automotive | 18.23 |
| 05340 | Radiator Repair Specialist | 17.21 |
| 05370 | Tire Repairer | 12.87*** |
| 05400 | Transmission Repair Specialist | 19.26 |
| 07000 | Food Preparation And Service Occupations | |
| 07010 | Baker | 16.56 |
| 07041 | Cook I | 11.50*** |
| 07042 | Cook II | 13.50*** |
| 07070 | Dishwasher | 9.30*** |
| 07130 | Food Service Worker | 9.39*** |
| 07210 | Meat Cutter | 14.57*** |
| 07260 | Waiter/Waitress | 9.70*** |
| 09000 | Furniture Maintenance And Repair Occupations | |
| 09010 | Electrostatic Spray Painter | 16.21 |
| 09040 | Furniture Handler | 10.74*** |
| 09080 | Furniture Refinisher | 16.21 |
| 09090 | Furniture Refinisher Helper | 12.97*** |
| 09110 | Furniture Repairer Minor | 15.27 |
| 09130 | Upholsterer | 17.53 |
| 11000 | General Services And Support Occupations | |
| 11030 | Cleaner Vehicles | 12.70*** |
| 11060 | Elevator Operator | 12.70*** |
| 11090 | Gardener | 17.20 |
| 11122 | Housekeeping Aide | 11.16*** |
| 11150 | Janitor | 11.16*** |
| 11210 | Laborer Grounds Maintenance | 12.86*** |
| 11240 | Maid or Houseman | 10.41*** |
| 11260 | Pruner | 11.45*** |
| 11270 | Tractor Operator | 16.34 |
| 11330 | Trail Maintenance Worker | 12.86*** |

11988 - Window Cleaner                                          12.03***

12000 - Health Occupations
    12010 - Ambulance Driver                                    17.87
    12011 - Breath Alcohol Technician                           17.87
    12012 - Certified Occupational Therapist Assistant          24.60
    12015 - Certified Physical Therapist Assistant              30.14
    12020   Dental Assistant                                    19.56
    12025 - Dental Hygienist                                    33.88
    12030 - EKG Technician                                      27.17
    12035 - Electroneurodiagnostic Technologist                 27.17
    12040   Emergency Medical Technician                        17.87
    12071 - Licensed Practical Nurse I                          16.03
    12072 - Licensed Practical Nurse II                         17.93
    12073 - Licensed Practical Nurse III                        19.99
    12100   Medical Assistant                                   14.71***
    12130 - Medical Laboratory Technician                       20.05
    12160 - Medical Record Clerk                                15.43
    12190 - Medical Record Technician                           17.25
    12195   Medical Transcriptionist                            16.97
    12210 - Nuclear Medicine Technologist                       39.40
    12221 - Nursing Assistant I                                 12.01***
    12222 - Nursing Assistant II                                13.50***
    12223   Nursing Assistant III                               14.73***
    12224 - Nursing Assistant IV                                16.54
    12235 - Optical Dispenser                                   18.16
    12236 - Optical Technician                                  16.03
    12250   Pharmacy Technician                                 15.02
    12280 - Phlebotomist                                        14.08***
    12305 - Radiologic Technologist                             24.12
    12311 - Registered Nurse I                                  25.41
    12312   Registered Nurse II                                 30.43
    12313 - Registered Nurse II Specialist                      30.43
    12314 - Registered Nurse III                                36.80
    12315 - Registered Nurse III Anesthetist                    36.80
    12316   Registered Nurse IV                                 44.11
    12317 - Scheduler (Drug and Alcohol Testing)                22.14
    12320 - Substance Abuse Treatment Counselor                 21.35
13000 - Information And Arts Occupations
    13011   Exhibits Specialist I                               19.87
    13012 - Exhibits Specialist II                              24.61
    13013 - Exhibits Specialist III                             30.11
    13041 - Illustrator I                                       19.87
    13042   Illustrator II                                      24.61
    13043 - Illustrator III                                     30.11
    13047 - Librarian                                           27.26
    13050 - Library Aide/Clerk                                  15.82
    13054   Library Information Technology Systems              24.61
    Administrator
    13058 - Library Technician                                  19.87
    13061 - Media Specialist I                                  17.77
    13062   Media Specialist II                                 19.87
    13063   Media Specialist III                                22.15
    13071 - Photographer I                                      17.77
    13072 - Photographer II                                     19.87
    13073   Photographer III                                    24.61
    13074 - Photographer IV                                     30.11
    13075 - Photographer V                                      36.44
    13090 - Technical Order Library Clerk                       19.87
    13110   Video Teleconference Technician                     18.06
14000 - Information Technology Occupations
    14041 - Computer Operator I                                 18.30
    14042 - Computer Operator II                                20.54
    14043   Computer Operator III                               22.90
    14044 - Computer Operator IV                                25.45
    14045   Computer Operator V                                 28.17

```
14071 - Computer Programmer I                    (see 1)          21.66
14072 - Computer Programmer II                   (see 1)          26.85
14073 - Computer Programmer III                  (see 1)
14074 - Computer Programmer IV                   (see 1)
14101 - Computer Systems Analyst I               (see 1)
14102 - Computer Systems Analyst II              (see 1)
14103 - Computer Systems Analyst III             (see 1)
14150 - Peripheral Equipment Operator                            18.30
14160 - Personal Computer Support Technician                     25.45
14170 - System Support Specialist                                28.17
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)       30.02
   15020 - Aircrew Training Devices Instructor (Rated)           36.76
   15030 - Air Crew Training Devices Instructor (Pilot)          43.53
   15050 - Computer Based Training Specialist / Instructor       30.02
   15060 - Educational Technologist                              31.26
   15070 - Flight Instructor (Pilot)                             43.53
   15080 - Graphic Artist                                        23.59
   15085 - Maintenance Test Pilot Fixed Jet/Prop                 43.29
   15086 - Maintenance Test Pilot Rotary Wing                    43.29
   15088 - Non-Maintenance Test/Co-Pilot                         43.29
   15090 - Technical Instructor                                  21.83
   15095 - Technical Instructor/Course Developer                 26.71
   15110 - Test Proctor                                          17.62
   15120 - Tutor                                                 17.62
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                          11.39***
   16030 - Counter Attendant                                  11.39***
   16040 - Dry Cleaner                                        13.67***
   16070 - Finisher Flatwork Machine                          11.39***
   16090 - Presser Hand                                       11.39***
   16110 - Presser Machine Drycleaning                        11.39***
   16130 - Presser Machine Shirts                             11.39***
   16160 - Presser Machine Wearing Apparel Laundry            11.39***
   16190 - Sewing Machine Operator                            14.63***
   16220 - Tailor                                                15.59
   16250 - Washer Machine                                     11.93***
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                     21.02
   19040 - Tool And Die Maker                                    26.54
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                  14.41***
   21030 - Material Coordinator                                  22.10
   21040 - Material Expediter                                    22.10
   21050 - Material Handling Laborer                          13.86***
   21071 - Order Filler                                       12.84***
   21080 - Production Line Worker (Food Processing)           14.41***
   21110 - Shipping Packer                                       17.03
   21130 - Shipping/Receiving Clerk                             17.03
   21140 - Store Worker I                                     11.79***
   21150 - Stock Clerk                                           16.71
   21210 - Tools And Parts Attendant                          14.41***
   21410 - Warehouse Specialist                               14.41***
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                           23.84
   23019 - Aircraft Logs and Records Technician                  18.29
   23021 - Aircraft Mechanic I                                   22.49
   23022 - Aircraft Mechanic II                                  23.84
   23023 - Aircraft Mechanic III                                 25.28
   23040 - Aircraft Mechanic Helper                              15.39
   23050 - Aircraft Painter                                      21.12
   23060 - Aircraft Servicer                                     18.29
   23070 - Aircraft Survival Flight Equipment Technician         21.12
   23080 - Aircraft Worker                                       19.73
   23091 - Aircrew Life Support Equipment (ALSE) Mechanic        19.73
```

```
       23092 - Aircrew Life Support Equipment (ALSE) Mechanic         22.49
       II
       23110 - Appliance Mechanic                                     21.12
       23120 - Bicycle Repairer                                       16.49
       23125 - Cable Splicer                                          31.80
       23130 - Carpenter Maintenance                                  19.37
       23140 - Carpet Layer                                           19.73
       23160 - Electrician Maintenance                                27.12
       23181 - Electronics Technician Maintenance I                   26.10
       23182 - Electronics Technician Maintenance II                  27.93
       23183 - Electronics Technician Maintenance III                 29.76
       23260 - Fabric Worker                                          18.29
       23290 - Fire Alarm System Mechanic                             23.16
       23310 - Fire Extinguisher Repairer                             16.81
       23311 - Fuel Distribution System Mechanic                      23.16
       23312 - Fuel Distribution System Operator                      17.32
       23370 - General Maintenance Worker                             19.72
       23380 - Ground Support Equipment Mechanic                      22.49
       23381 - Ground Support Equipment Servicer                      18.29
       23382 - Ground Support Equipment Worker                        19.73
       23391 - Gunsmith I                                             16.81
       23392 - Gunsmith II                                            19.73
       23393 - Gunsmith III                                           22.49
       23410 - Heating Ventilation And Air-Conditioning               20.18
       Mechanic
       23411 - Heating Ventilation And Air Contidioning               23.55
       Mechanic (Research Facility)
       23430 - Heavy Equipment Mechanic                               21.67
       23440 - Heavy Equipment Operator                               21.48
       23460 - Instrument Mechanic                                    22.49
       23465 - Laboratory/Shelter Mechanic                            21.12
       23470 - Laborer                                                13.86***
       23510 - Locksmith                                              21.12
       23530 - Machinery Maintenance Mechanic                         27.59
       23550 - Machinist Maintenance                                  21.57
       23580 - Maintenance Trades Helper                              17.30
       23591 - Metrology Technician I                                 22.49
       23592 - Metrology Technician II                                23.84
       23593 - Metrology Technician III                               25.28
       23640 - Millwright                                             24.37
       23710 - Office Appliance Repairer                              21.85
       23760 - Painter Maintenance                                    17.49
       23790 - Pipefitter Maintenance                                 23.77
       23810 - Plumber Maintenance                                    22.32
       23820 - Pneudraulic Systems Mechanic                           22.49
       23850 - Rigger                                                 22.49
       23870 - Scale Mechanic                                         19.73
       23890 - Sheet-Metal Worker Maintenance                         21.92
       23910 - Small Engine Mechanic                                  19.36
       23931 - Telecommunications Mechanic I                          29.01
       23932 - Telecommunications Mechanic II                         30.73
       23950 - Telephone Lineman                                      24.74
       23960 - Welder Combination Maintenance                         18.18
       23965 - Well Driller                                           22.49
       23970 - Woodcraft Worker                                       22.49
       23980 - Woodworker                                             16.81
    24000 - Personal Needs Occupations
       24550 - Case Manager                                           15.83
       24570 - Child Care Attendant                                   11.22***
       24580 - Child Care Center Clerk                                14.11***
       24610 - Chore Aide                                             10.01***
       24620 - Family Readiness And Support Services                  15.83
       Coordinator
       24630 - Homemaker                                              16.62
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5100008
Reviewer: Carol M.

24000 - Plant And System Operations Occupations
```
25010 - Boiler Tender                                      23.36
25040 - Sewage Plant Operator                              22.32
25070 - Stationary Engineer                                23.36
25190 - Ventilation Equipment Tender                       15.83
25210 - Water Treatment Plant Operator                     22.32
```
27000 - Protective Service Occupations
```
27004 - Alarm Monitor                                      17.81
27007 - Baggage Inspector                                  11.66***
27008 - Corrections Officer                                19.23
27010 - Court Security Officer                             18.53
27030 - Detection Dog Handler                              13.59***
27040 - Detention Officer                                  19.23
27070 - Firefighter                                        16.97
27101 - Guard I                                            11.66***
27102 - Guard II                                           13.59***
27131 - Police Officer I                                   21.51
27132 - Police Officer II                                  22.53
```
28000 - Recreation Occupations
```
28041 - Carnival Equipment Operator                        12.86***
28042 - Carnival Equipment Repairer                        14.03***
28043 - Carnival Worker                                     9.34***
28210 - Gate Attendant/Gate Tender                         15.20
28310 - Lifeguard                                          13.04***
28350 - Park Attendant (Aide)                              17.01
28510 - Recreation Aide/Health Facility Attendant          12.41***
28515 - Recreation Specialist                              20.28
28630 - Sports Official                                    13.54***
28690 - Swimming Pool Operator                             16.48
```
29000 - Stevedoring/Longshoremen Occupational Services
```
29010 - Blocker And Bracer                                 19.73
29020 - Hatch Tender                                       19.73
29030 - Line Handler                                       19.73
29041 - Stevedore I                                        18.29
29042 - Stevedore II                                       21.12
```
30000 - Technical Occupations
```
30010 - Air Traffic Control Specialist Center (HFO)  (see 2)   40.29
30011 - Air Traffic Control Specialist Station (HFO) (see 2)   27.78
30012 - Air Traffic Control Specialist Terminal (HFO)(see 2)   30.59
30021 - Archeological Technician I                         16.67
30022 - Archeological Technician II                        18.65
30023 - Archeological Technician III                       23.10
30030 - Cartographic Technician                            23.10
30040 - Civil Engineering Technician                       22.40
30051 - Cryogenic Technician I                             25.58
30052 - Cryogenic Technician II                            28.26
30061 - Drafter/CAD Operator I                             16.67
30062 - Drafter/CAD Operator II                            18.65
30063 - Drafter/CAD Operator III                           20.79
30064 - Drafter/CAD Operator IV                            25.58
30081 - Engineering Technician I                           17.14
30082 - Engineering Technician II                          18.54
30083 - Engineering Technician III                         21.52
30084 - Engineering Technician IV                          25.66
30085 - Engineering Technician V                           30.95
30086 - Engineering Technician VI                          37.45
30090 - Environmental Technician                           23.10
30095 - Evidence Control Specialist                        23.10
30210 - Laboratory Technician                              20.79
30221 - Latent Fingerprint Technician I                    25.58
30222 - Latent Fingerprint Technician II                   28.26
30240 - Mathematical Technician                            23.10
30361 - Paralegal/Legal Assistant I                        18.81
30362 - Paralegal/Legal Assistant II                       22.31
30363 - Paralegal/Legal Assistant III                      27.20
```

Case 1:25-cv-00085-MRD-PAS Document 1-2 Filed 06/27/25 Page 7 of 11 PageID #: 2630

| | | |
|---|---|---|
| 30374 - Paralegal/Legal Assistant IV | | 33.01 |
| 30375 - Petroleum Supply Specialist | | 28.26 |
| 30390 - Photo-Optics Technician | | 23.10 |
| 30395 - Radiation Control Technician | | 28.26 |
| 30461 - Technical Writer I | | 23.10 |
| 30462 - Technical Writer II | | 28.26 |
| 30463 - Technical Writer III | | 34.19 |
| 30491 - Unexploded Ordnance (UXO) Technician I | | 25.60 |
| 30492 - Unexploded Ordnance (UXO) Technician II | | 30.98 |
| 30493 - Unexploded Ordnance (UXO) Technician III | | 37.13 |
| 30494 - Unexploded (UXO) Safety Escort | | 25.60 |
| 30495 - Unexploded (UXO) Sweep Personnel | | 25.60 |
| 30501 - Weather Forecaster I | | 25.58 |
| 30502 - Weather Forecaster II | | 31.12 |
| 30620 - Weather Observer Combined Upper Air Or Surface Programs | (see 2) | 20.79 |
| 30621 - Weather Observer Senior | (see 2) | 23.38 |
| 31000 - Transportation/Mobile Equipment Operation Occupations | | |
| 31010 - Airplane Pilot | | 30.98 |
| 31020 - Bus Aide | | 12.42*** |
| 31030 - Bus Driver | | 18.07 |
| 31043 - Driver Courier | | 14.52*** |
| 31260 - Parking and Lot Attendant | | 11.05*** |
| 31290 - Shuttle Bus Driver | | 13.89*** |
| 31310 - Taxi Driver | | 11.69*** |
| 31361 - Truckdriver Light | | 15.28 |
| 31362 - Truckdriver Medium | | 16.54 |
| 31363 - Truckdriver Heavy | | 20.14 |
| 31364 - Truckdriver Tractor-Trailer | | 20.14 |
| 99000 - Miscellaneous Occupations | | |
| 99020 - Cabin Safety Specialist | | 15.10 |
| 99030 - Cashier | | 10.13*** |
| 99050 - Desk Clerk | | 12.05*** |
| 99095 - Embalmer | | 25.60 |
| 99130 - Flight Follower | | 25.60 |
| 99251 - Laboratory Animal Caretaker I | | 14.28*** |
| 99252 - Laboratory Animal Caretaker II | | 15.59 |
| 99260 - Marketing Analyst | | 26.19 |
| 99310 - Mortician | | 25.60 |
| 99410 - Pest Controller | | 15.79 |
| 99510 - Photofinishing Worker | | 13.45*** |
| 99710 - Recycling Laborer | | 15.86 |
| 99711 - Recycling Specialist | | 19.43 |
| 99730 - Refuse Collector | | 14.12*** |
| 99810 - Sales Clerk | | 11.81*** |
| 99820 - School Crossing Guard | | 13.39*** |
| 99830 - Survey Party Chief | | 19.49 |
| 99831 - Surveying Aide | | 12.77*** |
| 99832 - Surveying Technician | | 17.49 |
| 99840 - Vending Machine Attendant | | 18.24 |
| 99841 - Vending Machine Repairer | | 23.38 |
| 99842 - Vending Machine Repairer Helper | | 18.24 |

***Workers in this classification may be entitled to a higher minimum wage under Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the Note at the top of the wage determination for more information. Please also note that the minimum wage requirements of Executive Order 14026 and 13658 are not currently being enforced as to contracts or contract-like instruments entered into with the federal government in connection with seasonal recreational services or seasonal recreational equipment rental for the general public on federal lands.

Case 1:23-cv-00021-MRD-PAS Document 20-2 Filed 06/13/25 Page 74 of 110 PageID #: 2631

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer professional exemption. Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).


2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case 1:23-cv-00083-MRD-PAS Document 1-2 Filed 06/13/25 Page 7 of 11 PageID #: 2633

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                     "REGISTER OF WAGE DETERMINATIONS UNDER |    U.S. DEPARTMENT OF LABOR
        THE SERVICE CONTRACT ACT          | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |       WAGE AND HOUR DIVISION
                                          |         WASHINGTON D.C.  20210
                                          |
                                          |
                                          |
                                          |
Daniel W. Simms         Division of    | Wage Determination No.: 2015-4661
Director            Wage Determinations|       Revision No.: 19
                                          | Date Of Last Revision: 03/15/2022
                                          |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Tennessee

Area: Tennessee Counties of Clay De Kalb Jackson Overton Putnam Warren White

        **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE    TITLE                          FOOTNOTE          RATE

01000 - Administrative Support And Clerical Occupations
  01011 - Accounting Clerk I                                     14.32***
  01012   Accounting Clerk II                                    16.07
  01013 - Accounting Clerk III                                   17.98
  01020 - Administrative Assistant                               24.86
  01035 - Court Reporter                                         19.75
  01041   Customer Service Representative I                      13.04***
  01042   Customer Service Representative II                     14.23***
  01043 - Customer Service Representative III                    15.98
  01051 - Data Entry Operator I                                  14.37***
  01052   Data Entry Operator II                                 15.68
  01060 - Dispatcher Motor Vehicle                               20.21
  01070 - Document Preparation Clerk                             13.68***
  01090 - Duplicating Machine Operator                          13.68***
  01111   General Clerk I                                        12.65***
  01112 - General Clerk II                                       13.80***

```
01110 - General Clerk III                         15.50
01120 - Housing Referral Assistant                17.66
01141   Messenger Courier                         13.53***
01191 - Order Clerk I                             13.30***
01192 - Order Clerk II                            14.51***
01261 - Personnel Assistant (Employment) I        16.62
01262 - Personnel Assistant (Employment) II       18.59
01263 - Personnel Assistant (Employment) III      20.74
01270 - Production Control Clerk                   19.53
01290 - Rental Clerk                              13.71***
01300 - Scheduler Maintenance                     14.17***
01311 - Secretary I                               14.17***
01312 - Secretary II                               15.92
01313 - Secretary III                              17.66
01320   Service Order Dispatcher                   18.07
01410 - Supply Technician                          24.86
01420 - Survey Worker                             14.27***
01460 - Switchboard Operator/Receptionist         12.33***
01531   Travel Clerk I                            13.26***
01532 - Travel Clerk II                           14.19***
01533 - Travel Clerk III                           15.06
01611 - Word Processor I                          12.77***
01612   Word Processor II                           15.95
01613   Word Processor III                          16.29
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass        21.51
05010   Automotive  Electrician                    19.84
05040 - Automotive Glass Installer                 18.19
05070 - Automotive Worker                          18.79
05110 - Mobile Equipment Servicer                  16.48
05130   Motor Equipment Metal Mechanic             19.25
05160   Motor Equipment Metal Worker               19.33
05190 - Motor Vehicle Mechanic                     19.25
05220 - Motor Vehicle Mechanic Helper              15.33
05250   Motor Vehicle Upholstery Worker            17.18
05280 - Motor Vehicle Wrecker                      18.17
05310 - Painter Automotive                         18.42
05340 - Radiator Repair Specialist                 18.17
05370   Tire Repairer                             14.50***
05400 - Transmission Repair Specialist             19.25
07000 - Food Preparation And Service Occupations
07010 - Baker                                     14.11***
07041   Cook I                                    10.91***
07042   Cook II                                   12.32***
07070 - Dishwasher                                 9.25***
07130 - Food Service Worker                        9.21***
07210   Meat Cutter                                16.32
07260 - Waiter/Waitress                            9.06***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                16.06
09040   Furniture Handler                         12.18***
09080 - Furniture Refinisher                       17.51
09090 - Furniture Refinisher Helper               13.99***
09110 - Furniture Repairer Minor                   15.63
09130   Upholsterer                                16.89
11000 - General Services And Support Occupations
11030 - Cleaner Vehicles                          10.48***
11060 - Elevator Operator                         11.34***
11090 - Gardener                                  14.58***
11122 - Housekeeping Aide                         11.34***
11150 - Janitor                                   11.34***
11210 - Laborer Grounds Maintenance               11.64***
11240   Maid or Houseman                          10.29***
11260 - Pruner                                    10.57***
11270 - Tractor Operator                          13.76***
```

```
           11330 - Trail Maintenance Worker                    11.64***
           11360 - Window Cleaner                              12.54***
    12000   Health Occupations
           12010 - Ambulance Driver                            18.01
           12011 - Breath Alcohol Technician                   18.57
           12012 - Certified Occupational Therapist Assistant  31.10
           12015   Certified Physical Therapist Assistant      27.96
           12020 - Dental Assistant                            19.15
           12025 - Dental Hygienist                            37.41
           12030 - EKG Technician                              28.14
           12035   Electroneurodiagnostic Technologist         28.14
           12040 - Emergency Medical Technician                18.01
           12071 - Licensed Practical Nurse I                  16.61
           12072 - Licensed Practical Nurse II                 18.57
           12073   Licensed Practical Nurse III                20.70
           12100 - Medical Assistant                           14.01***
           12130 - Medical Laboratory Technician               22.59
           12160 - Medical Record Clerk                        16.11
           12190   Medical Record Technician                   18.01
           12195 - Medical Transcriptionist                    16.66
           12210 - Nuclear Medicine Technologist               40.81
           12221 - Nursing Assistant I                         11.88***
           12222   Nursing Assistant II                        13.35***
           12223 - Nursing Assistant III                       14.57***
           12224 - Nursing Assistant IV                        16.36
           12235 - Optical Dispenser                           20.00
           12236   Optical Technician                          16.61
           12250 - Pharmacy Technician                         16.70
           12280 - Phlebotomist                                13.97***
           12305 - Radiologic Technologist                     24.80
           12311   Registered Nurse I                          24.57
           12312 - Registered Nurse II                         30.05
           12313 - Registered Nurse II Specialist              30.05
           12314 - Registered Nurse III                        36.36
           12315   Registered Nurse III Anesthetist            36.36
           12316 - Registered Nurse IV                         43.58
           12317 - Scheduler (Drug and Alcohol Testing)        23.01
           12320 - Substance Abuse Treatment Counselor         20.57
    13000   Information And Arts Occupations
           13011 - Exhibits Specialist I                       17.98
           13012 - Exhibits Specialist II                      22.27
           13013 - Exhibits Specialist III                     27.25
           13041   Illustrator I                               20.73
           13042 - Illustrator II                              25.68
           13043 - Illustrator III                             31.42
           13047 - Librarian                                   24.67
           13050   Library Aide/Clerk                          14.31***
           13054 - Library Information Technology Systems       22.27
           Administrator
           13058 - Library Technician                          16.21
           13061   Media Specialist I                          16.07
           13062 - Media Specialist II                         17.98
           13063 - Media Specialist III                        20.04
           13071   Photographer I                              16.07
           13072   Photographer II                             17.98
           13073 - Photographer III                            22.27
           13074 - Photographer IV                             27.25
           13075 - Photographer V                              32.96
           13090   Technical Order Library Clerk               17.98
           13110 - Video Teleconference Technician             17.90
    14000 - Information Technology Occupations
           14041 - Computer Operator I                         14.86***
           14042   Computer Operator II                        16.62
           14043 - Computer Operator III                       18.52
           14044 - Computer Operator IV                        20.59
```

```
14065 - Computer Operator V                                22.80
14071 - Computer Programmer I             (see 1)          22.98
14072 - Computer Programmer II            (see 1)          27.34
14073 - Computer Programmer III           (see 1)
14074 - Computer Programmer IV            (see 1)
14101 - Computer Systems Analyst I        (see 1)
14102 - Computer Systems Analyst II       (see 1)
14103 - Computer Systems Analyst III      (see 1)
14150 - Peripheral Equipment Operator               14.86***
14160 - Personal Computer Support Technician        21.34
14170 - System Support Specialist                   26.97
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)  30.75
   15020 - Aircrew Training Devices Instructor (Rated)      35.78
   15030 - Air Crew Training Devices Instructor (Pilot)     42.00
   15050 - Computer Based Training Specialist / Instructor  30.75
   15060 - Educational Technologist                         30.54
   15070 - Flight Instructor (Pilot)                        42.00
   15080 - Graphic Artist                                   20.04
   15085 - Maintenance Test Pilot Fixed Jet/Prop         40.38
   15086 - Maintenance Test Pilot Rotary Wing            40.38
   15088 - Non-Maintenance Test/Co-Pilot                 40.38
   15090 - Technical Instructor                             18.77
   15095 - Technical Instructor/Course Developer            22.96
   15110 - Test Proctor                                     15.15
   15120 - Tutor                                            15.15
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                  10.10***
   16030 - Counter Attendant                          10.10***
   16040 - Dry Cleaner                                12.48***
   16070 - Finisher Flatwork Machine               10.10***
   16090 - Presser Hand                               10.10***
   16110 - Presser Machine Drycleaning             10.10***
   16130 - Presser Machine Shirts                     10.10***
   16160 - Presser Machine Wearing Apparel Laundry  10.10***
   16190 - Sewing Machine Operator                    13.17***
   16220 - Tailor                                     14.02***
   16250 - Washer Machine                             10.93***
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)          20.68
   19040 - Tool And Die Maker                         25.31
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                          15.25
   21030 - Material Coordinator                       19.53
   21040 - Material Expediter                         19.53
   21050 - Material Handling Laborer                  12.92***
   21071 - Order Filler                               12.05***
   21080 - Production Line Worker (Food Processing)   15.25
   21110 - Shipping Packer                            16.23
   21130 - Shipping/Receiving Clerk                   16.23
   21140 - Store Worker I                             12.63***
   21150 - Stock Clerk                                16.81
   21210 - Tools And Parts Attendant                  15.25
   21410 - Warehouse Specialist                       15.25
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                24.29
   23019 - Aircraft Logs and Records Technician       21.64
   23021 - Aircraft Mechanic I                        23.16
   23022 - Aircraft Mechanic II                       24.29
   23023 - Aircraft Mechanic III                      25.33
   23040 - Aircraft Mechanic Helper                   19.23
   23050 - Aircraft Painter                           27.35
   23060 - Aircraft Servicer                          21.64
   23070 - Aircraft Survival Flight Equipment Technician  27.35
   23080 - Aircraft Worker                            22.84
```

```
23091 - Aircrew Life Support Equipment (ALSE) Mechanic          22.84
23092 - Aircrew Life Support Equipment (ALSE) Mechanic          23.16
         II
23110 - Appliance Mechanic                                      19.40
23120 - Bicycle Repairer                                        16.30
23125 - Cable Splicer                                           34.20
23130 - Carpenter Maintenance                                   17.47
23140 - Carpet Layer                                            18.15
23160 - Electrician Maintenance                                 24.48
23181 - Electronics Technician Maintenance I                    21.82
23182 - Electronics Technician Maintenance II                   22.95
23183 - Electronics Technician Maintenance III                  24.16
23260 - Fabric Worker                                           17.31
23290 - Fire Alarm System Mechanic                              20.43
23310 - Fire Extinguisher Repairer                              16.30
23311 - Fuel Distribution System Mechanic                       23.77
23312 - Fuel Distribution System Operator                       18.98
23370 - General Maintenance Worker                              16.86
23380 - Ground Support Equipment Mechanic                       23.16
23381 - Ground Support Equipment Servicer                       21.64
23382 - Ground Support Equipment Worker                         22.84
23391 - Gunsmith I                                              16.30
23392 - Gunsmith II                                             18.41
23393 - Gunsmith III                                            20.43
23410 - Heating Ventilation And Air-Conditioning                20.10
         Mechanic
23411 - Heating Ventilation And Air Contidioning                21.26
         Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                                23.93
23440 - Heavy Equipment Operator                                18.25
23460 - Instrument Mechanic                                     20.43
23465 - Laboratory/Shelter Mechanic                             19.40
23470 - Laborer                                              12.92***
23510 - Locksmith                                               19.40
23530 - Machinery Maintenance Mechanic                          20.18
23550 - Machinist Maintenance                                   17.94
23580 - Maintenance Trades Helper                               16.22
23591 - Metrology Technician I                                  20.43
23592 - Metrology Technician II                                 21.53
23593 - Metrology Technician III                                22.63
23640 - Millwright                                              25.95
23710 - Office Appliance Repairer                               19.93
23760 - Painter Maintenance                                     15.86
23790 - Pipefitter Maintenance                                  21.37
23810 - Plumber Maintenance                                     20.30
23820 - Pneudraulic Systems Mechanic                            20.43
23850 - Rigger                                                  20.43
23870 - Scale Mechanic                                          18.41
23890 - Sheet-Metal Worker Maintenance                          20.10
23910 - Small Engine Mechanic                                   18.15
23931 - Telecommunications Mechanic I                           28.85
23932 - Telecommunications Mechanic II                          30.40
23950 - Telephone Lineman                                       24.10
23960 - Welder Combination Maintenance                          18.61
23965 - Well Driller                                            20.43
23970 - Woodcraft Worker                                        20.43
23980 - Woodworker                                              16.30
24000 - Personal Needs Occupations
24550 - Case Manager                                            15.82
24570 - Child Care Attendant                                 10.07***
24580 - Child Care Center Clerk                              12.56***
24610 - Chore Aide                                           10.86***
24620 - Family Readiness And Support Services                   15.82
         Coordinator
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194936
Reviewer: Carol M.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Case 24-cv-00089-MRD-PAS Document 1-2 Filed 06/27/25 Page 75 of 121 PageID #: 2640

```
           14998 - Homemaker                                             15.82
25000 - Plant And System Operations Occupations
           25010 - Boiler Tender                                         24.18
           25040 - Sewage Plant Operator                                 19.19
           25070 - Stationary Engineer                                   24.18
           25190 - Ventilation Equipment Tender                          17.24
           25210 - Water Treatment Plant Operator                        19.19
27000 - Protective Service Occupations
           27004 - Alarm Monitor                                         15.64
           27007 - Baggage Inspector                                     13.06***
           27008 - Corrections Officer                                   17.45
           27010 - Court Security Officer                                19.46
           27030 - Detection Dog Handler                                 15.10
           27040 - Detention Officer                                     17.45
           27070 - Firefighter                                           22.20
           27101 - Guard I                                               13.06***
           27102 - Guard II                                              15.10
           27131 - Police Officer I                                      19.83
           27132 - Police Officer II                                     20.80
28000 - Recreation Occupations
           28041 - Carnival Equipment Operator                           14.03***
           28042 - Carnival Equipment Repairer                           14.85***
           28043 - Carnival Worker                                       11.07***
           28210 - Gate Attendant/Gate Tender                            16.32
           28310 - Lifeguard                                             12.11***
           28350 - Park Attendant (Aide)                                 18.26
           28510 - Recreation Aide/Health Facility Attendant             13.33***
           28515 - Recreation Specialist                                 22.19
           28630 - Sports Official                                       14.54***
           28690 - Swimming Pool Operator                                19.00
29000 - Stevedoring/Longshoremen Occupational Services
           29010 - Blocker And Bracer                                    18.41
           29020 - Hatch Tender                                          18.41
           29030 - Line Handler                                          18.41
           29041 - Stevedore I                                           17.31
           29042 - Stevedore II                                          19.40
30000 - Technical Occupations
           30010 - Air Traffic Control Specialist Center (HFO)   (see 2) 40.29
           30011 - Air Traffic Control Specialist Station (HFO)  (see 2) 27.78
           30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) 30.59
           30021 - Archeological Technician I                            17.35
           30022 - Archeological Technician II                           19.70
           30023 - Archeological Technician III                          23.94
           30030 - Cartographic Technician                               24.40
           30040 - Civil Engineering Technician                          24.58
           30051 - Cryogenic Technician I                                26.01
           30052 - Cryogenic Technician II                               28.72
           30061 - Drafter/CAD Operator I                                17.35
           30062 - Drafter/CAD Operator II                               19.70
           30063 - Drafter/CAD Operator III                              21.97
           30064 - Drafter/CAD Operator IV                               26.34
           30081 - Engineering Technician I                              15.25
           30082 - Engineering Technician II                             16.67
           30083 - Engineering Technician III                            21.48
           30084 - Engineering Technician IV                             25.20
           30085 - Engineering Technician V                              30.90
           30086 - Engineering Technician VI                             37.37
           30090 - Environmental Technician                              23.05
           30095 - Evidence Control Specialist                           23.48
           30210 - Laboratory Technician                                 23.09
           30221 - Latent Fingerprint Technician I                       26.01
           30222 - Latent Fingerprint Technician II                      28.72
           30240 - Mathematical Technician                               24.40
           30361 - Paralegal/Legal Assistant I                           18.75
           30362 - Paralegal/Legal Assistant II                          23.22
```

```
30363 - Paralegal/Legal Assistant III                              28.27
30364 - Paralegal/Legal Assistant IV                               34.21
30375 - Petroleum Supply Specialist                                28.72
30390 - Photo-Optics Technician                                    24.40
30395 - Radiation Control Technician                               28.72
30461 - Technical Writer I                                         23.48
30462 - Technical Writer II                                        28.72
30463 - Technical Writer III                                       34.75
30491 - Unexploded Ordnance (UXO) Technician I                     25.60
30492 - Unexploded Ordnance (UXO) Technician II                    30.98
30493 - Unexploded Ordnance (UXO) Technician III                   37.13
30494 - Unexploded (UXO) Safety Escort                             25.60
30495 - Unexploded (UXO) Sweep Personnel                           25.60
30501 - Weather Forecaster I                                       26.01
30502 - Weather Forecaster II                                      31.63
30620 - Weather Observer Combined Upper Air Or      (see 2)        21.97
Surface Programs
30621 - Weather Observer Senior               (see 2)              23.57
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                             30.98
31020 - Bus Aide                                               13.23***
31030 - Bus Driver                                                 17.66
31043 - Driver Courier                                             15.54
31260 - Parking and Lot Attendant                              12.00***
31290 - Shuttle Bus Driver                                         16.20
31310 - Taxi Driver                                            13.92***
31361 - Truckdriver Light                                          16.59
31362 - Truckdriver Medium                                         19.71
31363 - Truckdriver Heavy                                          18.90
31364 - Truckdriver Tractor-Trailer                                18.90
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                    15.10
99030 - Cashier                                                10.34***
99050 - Desk Clerk                                              9.46***
99095 - Embalmer                                                   21.80
99130 - Flight Follower                                            25.60
99251 - Laboratory Animal Caretaker I                          12.57***
99252 - Laboratory Animal Caretaker II                         13.42***
99260 - Marketing Analyst                                          26.24
99310 - Mortician                                                  21.80
99410 - Pest Controller                                            17.16
99510 - Photofinishing Worker                                  13.45***
99710 - Recycling Laborer                                      13.54***
99711 - Recycling Specialist                                       16.01
99730 - Refuse Collector                                       12.39***
99810 - Sales Clerk                                            11.53***
99820 - School Crossing Guard                                  13.98***
99830 - Survey Party Chief                                         19.73
99831 - Surveying Aide                                         13.32***
99832 - Surveying Technician                                       17.70
99840 - Vending Machine Attendant                                  18.12
99841 - Vending Machine Repairer                                   21.86
99842 - Vending Machine Repairer Helper                            18.12
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017.  If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking.  Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.


ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors.  A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 10 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility.  (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541.  Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families.  In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees.  For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5184205
Reviewer: Carol M.

professional exemption.  Therefore the exemption applies only to computer employees who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5164206
Reviewer: Carol M.

agreement providing for a different amount or the furnishing of contrary
affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).


2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5044905
Reviewer: Carol M.

contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                  "REGISTER OF WAGE DETERMINATIONS UNDER |     U.S. DEPARTMENT OF LABOR
                  THE SERVICE CONTRACT ACT               | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |         WAGE AND HOUR DIVISION
                                       |          WASHINGTON D.C.  20210
                                       |
                                       |
                                       |
                                       |
                                       | Wage Determination No.: 2015-4655
Daniel W. Simms        Division of     |      Revision No.: 19
Director          Wage Determinations  | Date Of Last Revision: 03/15/2022
                                       |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |

|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

_____

State: Tennessee

Area: Tennessee Counties of Coffee Franklin Grundy

_____

         **Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                        FOOTNOTE          RATE

01000 - Administrative Support And Clerical Occupations
    01011 - Accounting Clerk I                                13.82***
    01012 - Accounting Clerk II                               15.53
    01013  Accounting Clerk III                               17.36
    01020 - Administrative Assistant                          20.91
    01035 - Court Reporter                                    17.30
    01041  Customer Service Representative I                  13.17***
    01042  Customer Service Representative II                 14.82***
    01043  Customer Service Representative III                16.16
    01051 - Data Entry Operator I                             14.71***
    01052 - Data Entry Operator II                            16.05
    01060   Dispatcher Motor Vehicle                          18.58
    01070 - Document Preparation Clerk                        13.77***
    01090 - Duplicating Machine Operator                      13.77***
    01111 - General Clerk I                                   13.11***
    01112   General Clerk II                                  14.31***
    01113 - General Clerk III                                 16.07

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5149908
Reviewer: Carol M.
#: 2647

```
01409   - Housing Referral Assistant                      19.28
01141   - Messenger Courier                               11.23***
01191     Order Clerk I                                   12.92***
01192   - Order Clerk II                                  14.09***
01261   - Personnel Assistant (Employment) I             15.99
01262   - Personnel Assistant (Employment) II            17.90
01263     Personnel Assistant (Employment) III           19.95
01270   - Production Control Clerk                        21.61
01290   - Rental Clerk                                    11.13***
01300   - Scheduler Maintenance                           15.47
01311     Secretary I                                     15.47
01312   - Secretary II                                    17.30
01313   - Secretary III                                   19.28
01320   - Service Order Dispatcher                        15.78
01410     Supply Technician                               20.91
01420   - Survey Worker                                   14.55***
01460   - Switchboard Operator/Receptionist              12.95***
01531   - Travel Clerk I                                  12.22***
01532   - Travel Clerk II                                 12.99***
01533   - Travel Clerk III                                13.78***
01611   - Word Processor I                                13.83***
01612   - Word Processor II                               15.53
01613     Word Processor III                              17.37
05000 - Automotive Service Occupations
05005   - Automobile Body Repairer Fiberglass            21.31
05010   - Automotive  Electrician                         18.03
05040     Automotive Glass Installer                      17.15
05070   - Automotive Worker                               17.15
05110   - Mobile Equipment Servicer                       15.38
05130   - Motor Equipment Metal Mechanic                  18.87
05160     Motor Equipment Metal Worker                    17.15
05190   - Motor Vehicle Mechanic                          17.44
05220   - Motor Vehicle Mechanic Helper                  14.45***
05250   - Motor Vehicle Upholstery Worker                16.26
05280   - Motor Vehicle Wrecker                           17.15
05310   - Painter Automotive                              18.03
05340   - Radiator Repair Specialist                      17.15
05370   - Tire Repairer                                   12.25***
05400     Transmission Repair Specialist                  17.31
07000 - Food Preparation And Service Occupations
07010   - Baker                                           14.20***
07041   - Cook I                                          11.24***
07042     Cook II                                         12.65***
07070   - Dishwasher                                       9.10***
07130   - Food Service Worker                              9.31***
07210   - Meat Cutter                                     17.35
07260     Waiter/Waitress                                  8.96***
09000 - Furniture Maintenance And Repair Occupations
09010   - Electrostatic Spray Painter                     19.56
09040   - Furniture Handler                               13.61***
09080     Furniture Refinisher                            19.98
09090   - Furniture Refinisher Helper                     15.98
09110   - Furniture Repairer Minor                        18.05
09130     Upholsterer                                     19.56
11000     General Services And Support Occupations
11030   - Cleaner Vehicles                                14.50***
11060   - Elevator Operator                               14.24***
11090   - Gardener                                        17.67
11122     Housekeeping Aide                               11.10***
11150   - Janitor                                         11.10***
11210   - Laborer Grounds Maintenance                     14.07***
11240   - Maid or Houseman                                10.16***
11260     Pruner                                          12.74***
11270   - Tractor Operator                                16.53
11330   - Trail Maintenance Worker                        14.07***
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5199080
Reviewer: Carol M.

```
11900 - Window Cleaner                                   12.25***
12000 - Health Occupations
   12010 - Ambulance Driver                              15.93
   12011 - Breath Alcohol Technician                     18.45
   12012 - Certified Occupational Therapist Assistant    26.39
   12015 - Certified Physical Therapist Assistant        34.39
   12020 - Dental Assistant                              17.46
   12025 - Dental Hygienist                              36.08
   12030 - EKG Technician                                27.74
   12035 - Electroneurodiagnostic Technologist           27.74
   12040 - Emergency Medical Technician                  15.93
   12071 - Licensed Practical Nurse I                    16.50
   12072 - Licensed Practical Nurse II                   18.45
   12073 - Licensed Practical Nurse III                  20.56
   12100 - Medical Assistant                             14.27***
   12130 - Medical Laboratory Technician                 23.01
   12160 - Medical Record Clerk                          14.50***
   12190 - Medical Record Technician                     17.84
   12195 - Medical Transcriptionist                      17.33
   12210 - Nuclear Medicine Technologist                 40.55
   12221 - Nursing Assistant I                           11.85***
   12222 - Nursing Assistant II                          13.32***
   12223 - Nursing Assistant III                         14.54***
   12224 - Nursing Assistant IV                          16.33
   12235 - Optical Dispenser                             20.57
   12236 - Optical Technician                            16.50
   12250 - Pharmacy Technician                           16.03
   12280 - Phlebotomist                                  16.36
   12305 - Radiologic Technologist                       24.74
   12311 - Registered Nurse I                            22.68
   12312 - Registered Nurse II                           27.74
   12313 - Registered Nurse II Specialist                27.74
   12314 - Registered Nurse III                          33.57
   12315 - Registered Nurse III Anesthetist              33.57
   12316 - Registered Nurse IV                           40.23
   12317 - Scheduler (Drug and Alcohol Testing)          22.86
   12320 - Substance Abuse Treatment Counselor           15.57
13000 - Information And Arts Occupations
   13011 - Exhibits Specialist I                         18.77
   13012 - Exhibits Specialist II                        23.25
   13013 - Exhibits Specialist III                       28.44
   13041 - Illustrator I                                 18.77
   13042 - Illustrator II                                23.25
   13043 - Illustrator III                               28.44
   13047 - Librarian                                     25.75
   13050 - Library Aide/Clerk                            13.98***
   13054 - Library Information Technology Systems         23.25
   Administrator
   13058 - Library Technician                            17.88
   13061 - Media Specialist I                            16.78
   13062 - Media Specialist II                           18.77
   13063 - Media Specialist III                          20.92
   13071 - Photographer I                                16.78
   13072 - Photographer II                               18.77
   13073 - Photographer III                              23.25
   13074 - Photographer IV                               28.44
   13075 - Photographer V                                34.42
   13090 - Technical Order Library Clerk                 18.33
   13110 - Video Teleconference Technician               16.78
14000 - Information Technology Occupations
   14041 - Computer Operator I                           15.11
   14042 - Computer Operator II                          18.05
   14043 - Computer Operator III                         20.10
   14044 - Computer Operator IV                          21.52
   14045 - Computer Operator V                           23.19
```

Case 1:25-cv-00808-MRD-PAS Document 1-2 Filed 06/27/25 Page 764 of 1120 PageID #: 2649

```
          14071 - Computer Programmer I                   (see 1)           22.90
          14072 - Computer Programmer II                  (see 1)
          14073 - Computer Programmer III                 (see 1)
          14074 - Computer Programmer IV                  (see 1)
          14101 - Computer Systems Analyst I              (see 1)
          14102 - Computer Systems Analyst II             (see 1)
          14103 - Computer Systems Analyst III            (see 1)
          14150 - Peripheral Equipment Operator                            15.11
          14160 - Personal Computer Support Technician                     21.52
          14170 - System Support Specialist                                23.00
    15000 - Instructional Occupations
          15010 - Aircrew Training Devices Instructor (Non-Rated)          32.13
          15020 - Aircrew Training Devices Instructor (Rated)              36.75
          15030 - Air Crew Training Devices Instructor (Pilot)             43.14
          15050 - Computer Based Training Specialist / Instructor          32.13
          15060 - Educational Technologist                                 31.69
          15070 - Flight Instructor (Pilot)                                43.14
          15080 - Graphic Artist                                           20.15
          15085 - Maintenance Test Pilot Fixed Jet/Prop                    43.14
          15086 - Maintenance Test Pilot Rotary Wing                       43.14
          15088 - Non-Maintenance Test/Co-Pilot                            43.14
          15090 - Technical Instructor                                     17.58
          15095 - Technical Instructor/Course Developer                    22.62
          15110 - Test Proctor                                             15.19
          15120 - Tutor                                                    15.19
    16000 - Laundry Dry-Cleaning Pressing And Related Occupations
          16010 - Assembler                                                 9.51***
          16030 - Counter Attendant                                         9.51***
          16040 - Dry Cleaner                                              11.95***
          16070 - Finisher Flatwork Machine                                 9.51***
          16090 - Presser Hand                                              9.51***
          16110 - Presser Machine Drycleaning                               9.51***
          16130 - Presser Machine Shirts                                    9.51***
          16160 - Presser Machine Wearing Apparel Laundry                   9.51***
          16190 - Sewing Machine Operator                                  12.70***
          16220 - Tailor                                                   13.42***
          16250 - Washer Machine                                          10.31***
    19000 - Machine Tool Operation And Repair Occupations
          19010 - Machine-Tool Operator (Tool Room)                        19.53
          19040 - Tool And Die Maker                                       23.55
    21000 - Materials Handling And Packing Occupations
          21020 - Forklift Operator                                        17.70
          21030 - Material Coordinator                                     21.61
          21040 - Material Expediter                                       21.61
          21050 - Material Handling Laborer                                14.08***
          21071 - Order Filler                                             12.62***
          21080 - Production Line Worker (Food Processing)                 17.70
          21110 - Shipping Packer                                          18.47
          21130 - Shipping/Receiving Clerk                                 18.47
          21140 - Store Worker I                                           13.28***
          21150 - Stock Clerk                                              17.99
          21210 - Tools And Parts Attendant                                17.70
          21410 - Warehouse Specialist                                     17.70
    23000 - Mechanics And Maintenance And Repair Occupations
          23010 - Aerospace Structural Welder                              25.04
          23019 - Aircraft Logs and Records Technician                     20.30
          23021 - Aircraft Mechanic I                                      23.88
          23022 - Aircraft Mechanic II                                     25.04
          23023 - Aircraft Mechanic III                                    26.20
          23040 - Aircraft Mechanic Helper                                 17.91
          23050 - Aircraft Painter                                         22.68
          23060 - Aircraft Servicer                                        20.30
          23070 - Aircraft Survival Flight Equipment Technician            22.68
          23080 - Aircraft Worker                                          21.54
          23091 - Aircrew Life Support Equipment (ALSE) Mechanic           21.54
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
            23092 - Aircrew Life Support Equipment (ALSE) Mechanic          23.88
      II
      23110 - Appliance Mechanic                                            22.68
      23120 - Bicycle Repairer                                             19.15
      23125 - Cable Splicer                                                38.10
      23130 - Carpenter Maintenance                                        18.70
      23140 - Carpet Layer                                                 21.54
      23160 - Electrician Maintenance                                      29.59
      23181 - Electronics Technician Maintenance I                         21.54
      23182 - Electronics Technician Maintenance II                        24.07
      23183 - Electronics Technician Maintenance III                       27.10
      23260 - Fabric Worker                                                20.30
      23290 - Fire Alarm System Mechanic                                   23.88
      23310 - Fire Extinguisher Repairer                                   19.15
      23311 - Fuel Distribution System Mechanic                            23.88
      23312 - Fuel Distribution System Operator                            19.15
      23370 - General Maintenance Worker                                   19.01
      23380 - Ground Support Equipment Mechanic                            23.88
      23381 - Ground Support Equipment Servicer                            20.30
      23382 - Ground Support Equipment Worker                              21.54
      23391 - Gunsmith I                                                   19.15
      23392 - Gunsmith II                                                  21.54
      23393 - Gunsmith III                                                 23.88
      23410 - Heating Ventilation And Air-Conditioning                     17.62
      Mechanic
      23411 - Heating Ventilation And Air Contidioning                     18.48
      Mechanic (Research Facility)
      23430 - Heavy Equipment Mechanic                                     19.86
      23440 - Heavy Equipment Operator                                     21.78
      23460 - Instrument Mechanic                                          23.88
      23465 - Laboratory/Shelter Mechanic                                  22.68
      23470 - Laborer                                                      14.08***
      23510 - Locksmith                                                    22.68
      23530 - Machinery Maintenance Mechanic                               24.46
      23550 - Machinist Maintenance                                        23.19
      23580 - Maintenance Trades Helper                                    15.44
      23591 - Metrology Technician I                                       23.88
      23592 - Metrology Technician II                                      25.04
      23593 - Metrology Technician III                                     26.20
      23640 - Millwright                                                   24.90
      23710 - Office Appliance Repairer                                    22.68
      23760 - Painter Maintenance                                          21.10
      23790 - Pipefitter Maintenance                                       21.76
      23810 - Plumber Maintenance                                          20.79
      23820 - Pneudraulic Systems Mechanic                                 23.88
      23850 - Rigger                                                       23.88
      23870 - Scale Mechanic                                               21.54
      23890 - Sheet-Metal Worker Maintenance                               18.43
      23910 - Small Engine Mechanic                                        18.95
      23931 - Telecommunications Mechanic I                                23.88
      23932 - Telecommunications Mechanic II                               25.04
      23950 - Telephone Lineman                                            23.88
      23960 - Welder Combination Maintenance                               18.58
      23965 - Well Driller                                                 23.88
      23970 - Woodcraft Worker                                             23.88
      23980 - Woodworker                                                   19.15
   24000 - Personal Needs Occupations
      24550 - Case Manager                                                 17.18
      24570 - Child Care Attendant                                         10.56***
      24580 - Child Care Center Clerk                                      13.19***
      24610 - Chore Aide                                                   10.88***
      24620 - Family Readiness And Support Services                        17.18
      Coordinator
      24630 - Homemaker                                                    17.18
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5190008
Reviewer: Carol M.

24000 - Plant And System Operations Occupations
```
        25010 - Boiler Tender                                              23.88
        25040 - Sewage Plant Operator                                      18.21
        25070 - Stationary Engineer                                        23.88
        25190 - Ventilation Equipment Tender                               17.91
        25210 - Water Treatment Plant Operator                             18.21
  27000 - Protective Service Occupations
        27004 - Alarm Monitor                                              15.82
        27007 - Baggage Inspector                                          15.44
        27008 - Corrections Officer                                        17.13
        27010 - Court Security Officer                                     17.74
        27030 - Detection Dog Handler                                      17.27
        27040 - Detention Officer                                          17.13
        27070 - Firefighter                                                17.01
        27101 - Guard I                                                    15.44
        27102 - Guard II                                                   17.27
        27131 - Police Officer I                                           19.49
        27132 - Police Officer II                                          21.66
  28000 - Recreation Occupations
        28041 - Carnival Equipment Operator                             13.46***
        28042 - Carnival Equipment Repairer                             14.40***
        28043 - Carnival Worker                                         10.38***
        28210 - Gate Attendant/Gate Tender                                 17.67
        28310 - Lifeguard                                              11.34***
        28350 - Park Attendant (Aide)                                      19.77
        28510 - Recreation Aide/Health Facility Attendant              14.43***
        28515 - Recreation Specialist                                      23.82
        28630 - Sports Official                                            15.74
        28690 - Swimming Pool Operator                                     17.81
  29000 - Stevedoring/Longshoremen Occupational Services
        29010 - Blocker And Bracer                                         22.18
        29020 - Hatch Tender                                               22.18
        29030 - Line Handler                                               22.18
        29041 - Stevedore I                                                21.00
        29042 - Stevedore II                                               23.36
  30000 - Technical Occupations
        30010 - Air Traffic Control Specialist Center (HFO)    (see 2)     40.29
        30011 - Air Traffic Control Specialist Station (HFO)   (see 2)     27.78
        30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)      30.59
        30021 - Archeological Technician I                                 18.24
        30022 - Archeological Technician II                                20.41
        30023 - Archeological Technician III                               25.28
        30030 - Cartographic Technician                                    25.28
        30040 - Civil Engineering Technician                              23.03
        30051 - Cryogenic Technician I                                     28.00
        30052 - Cryogenic Technician II                                    30.93
        30061 - Drafter/CAD Operator I                                     18.24
        30062 - Drafter/CAD Operator II                                    20.41
        30063 - Drafter/CAD Operator III                                   22.75
        30064 - Drafter/CAD Operator IV                                    28.00
        30081 - Engineering Technician I                                   16.25
        30082 - Engineering Technician II                                  18.24
        30083 - Engineering Technician III                                 20.41
        30084 - Engineering Technician IV                                  25.28
        30085 - Engineering Technician V                                   30.93
        30086 - Engineering Technician VI                                  37.42
        30090 - Environmental Technician                                   25.28
        30095 - Evidence Control Specialist                                25.28
        30210 - Laboratory Technician                                      24.03
        30221 - Latent Fingerprint Technician I                            28.00
        30222 - Latent Fingerprint Technician II                           30.93
        30240 - Mathematical Technician                                    25.28
        30361 - Paralegal/Legal Assistant I                                19.94
        30362 - Paralegal/Legal Assistant II                               24.70
        30363 - Paralegal/Legal Assistant III                              28.99
```

```
30384 - Paralegal/Legal Assistant IV               36.57
30375 - Petroleum Supply Specialist                30.93
30390 - Photo-Optics Technician                    25.28
30395 - Radiation Control Technician               30.93
30461 - Technical Writer I                         25.28
30462 - Technical Writer II                        30.93
30463 - Technical Writer III                       37.42
30491 - Unexploded Ordnance (UXO) Technician I     25.60
30492 - Unexploded Ordnance (UXO) Technician II    30.98
30493 - Unexploded Ordnance (UXO) Technician III   37.13
30494 - Unexploded (UXO) Safety Escort             25.60
30495 - Unexploded (UXO) Sweep Personnel           25.60
30501 - Weather Forecaster I                       28.00
30502 - Weather Forecaster II                      34.06
30620 - Weather Observer Combined Upper Air Or     (see 2)   22.75
        Surface Programs
30621 - Weather Observer Senior                    (see 2)   25.28
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                             30.98
31020 - Bus Aide                                   13.26***
31030 - Bus Driver                                 19.16
31043 - Driver Courier                             14.83***
31260 - Parking and Lot Attendant                  12.00***
31290 - Shuttle Bus Driver                         15.28
31310 - Taxi Driver                                13.55***
31361 - Truckdriver Light                          15.86
31362 - Truckdriver Medium                         16.81
31363 - Truckdriver Heavy                          20.34
31364 - Truckdriver Tractor-Trailer                20.34
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                    15.10
99030 - Cashier                                     9.45***
99050 - Desk Clerk                                 12.85***
99095 - Embalmer                                   30.75
99130 - Flight Follower                            25.60
99251 - Laboratory Animal Caretaker I              12.68***
99252 - Laboratory Animal Caretaker II             13.56***
99260 - Marketing Analyst                          24.99
99310 - Mortician                                  30.75
99410 - Pest Controller                            17.00
99510 - Photofinishing Worker                      13.45***
99710 - Recycling Laborer                          15.01
99711 - Recycling Specialist                       17.64
99730 - Refuse Collector                           13.59***
99810 - Sales Clerk                                12.50***
99820 - School Crossing Guard                      14.86***
99830 - Survey Party Chief                         18.65
99831 - Surveying Aide                             12.16***
99832 - Surveying Technician                       16.73
99840 - Vending Machine Attendant                  19.27
99841 - Vending Machine Repairer                   23.18
99842 - Vending Machine Repairer Helper            19.27
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5104908
Reviewer: Carol M.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017.  If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking.  Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors.  A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.)  (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541.  Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families.  In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees.  For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption.  Therefore the exemption applies only to computer employees

Case Number: PC-2025-02760

and satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills. (29 C.F.R. 541.400).

2) AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials. This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5119908
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                            "REGISTER OF WAGE DETERMINATIONS UNDER |    U.S. DEPARTMENT OF LABOR
                             THE SERVICE CONTRACT ACT               | EMPLOYMENT STANDARDS ADMINISTRATION
              By direction of the Secretary of Labor |         WAGE AND HOUR DIVISION
                                                     |          WASHINGTON D.C.  20210
                                                     |
                                                     |
                                                     |
                                                     |
      Daniel W. Simms          Division of          | Wage Determination No.: 2015-4675
      Director            Wage Determinations|        Revision No.: 16
                                                     | Date Of Last Revision: 03/15/2022
                                                     |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

States: Kentucky Tennessee

Area: Kentucky Counties of Christian Trigg
Tennessee County of Montgomery


                    **Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE | TITLE | FOOTNOTE | RATE |
|---|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | | |
| 01011 - Accounting Clerk I | | | 14.47*** |
| 01012 - Accounting Clerk II | | | 16.24 |
| 01013 - Accounting Clerk III | | | 18.17 |
| 01020 - Administrative Assistant | | | 21.90 |
| 01035 - Court Reporter | | | 17.65 |
| 01041 - Customer Service Representative I | | | 12.56*** |
| 01042 - Customer Service Representative II | | | 14.12*** |
| 01043 - Customer Service Representative III | | | 15.40 |
| 01051 - Data Entry Operator I | | | 14.00*** |
| 01052 - Data Entry Operator II | | | 15.28 |
| 01060 - Dispatcher Motor Vehicle | | | 18.47 |
| 01070 - Document Preparation Clerk | | | 14.05*** |
| 01090 - Duplicating Machine Operator | | | 14.05*** |
| 01111 - General Clerk I | | | 13.51*** |
| 01112 - General Clerk II | | | 14.74*** |

```
01103 - General Clerk III                              16.56
01120 - Housing Referral Assistant                     19.66
01141   Messenger Courier                              13.08***
01191 - Order Clerk I                                  14.19***
01192 - Order Clerk II                                 15.48
01261 - Personnel Assistant (Employment) I             16.68
01262 - Personnel Assistant (Employment) II            18.65
01263 - Personnel Assistant (Employment) III           20.79
01270 - Production Control Clerk                       24.40
01290 - Rental Clerk                                   11.85***
01300   Scheduler Maintenance                          15.77
01311 - Secretary I                                    15.77
01312 - Secretary II                                   17.65
01313 - Secretary III                                  19.68
01320   Service Order Dispatcher                       16.50
01410 - Supply Technician                              21.90
01420 - Survey Worker                                  16.92
01460 - Switchboard Operator/Receptionist              11.74***
01531 - Travel Clerk I                                 12.84***
01532 - Travel Clerk II                                13.75***
01533 - Travel Clerk III                               14.64***
01611 - Word Processor I                               14.05***
01612   Word Processor II                              15.77
01613 - Word Processor III                             17.65
05000 - Automotive Service Occupations
  05005 - Automobile Body Repairer Fiberglass          23.84
  05010   Automotive  Electrician                      19.42
  05040 - Automotive Glass Installer                   18.46
  05070 - Automotive Worker                            18.46
  05110 - Mobile Equipment Servicer                    16.34
  05130   Motor Equipment Metal Mechanic               20.46
  05160 - Motor Equipment Metal Worker                 18.46
  05190 - Motor Vehicle Mechanic                       20.46
  05220 - Motor Vehicle Mechanic Helper                15.32
  05250   Motor Vehicle Upholstery Worker              17.33
  05280 - Motor Vehicle Wrecker                        18.46
  05310 - Painter Automotive                           19.42
  05340 - Radiator Repair Specialist                   18.46
  05370   Tire Repairer                                15.10
  05400 - Transmission Repair Specialist               20.46
07000 - Food Preparation And Service Occupations
  07010 - Baker                                        14.60***
  07041   Cook I                                       11.52***
  07042 - Cook II                                      13.01***
  07070 - Dishwasher                                   10.56***
  07130 - Food Service Worker                          9.29***
  07210   Meat Cutter                                  16.48
  07260 - Waiter/Waitress                              9.05***
09000 - Furniture Maintenance And Repair Occupations
  09010 - Electrostatic Spray Painter                  17.71
  09040   Furniture Handler                            11.82***
  09080 - Furniture Refinisher                         17.71
  09090 - Furniture Refinisher Helper                  13.98***
  09110 - Furniture Repairer Minor                     15.81
  09130   Upholsterer                                  17.71
11000 - General Services And Support Occupations
  11030 - Cleaner Vehicles                             11.51***
  11060 - Elevator Operator                            11.51***
  11090   Gardener                                     17.70
  11122 - Housekeeping Aide                            11.95***
  11150 - Janitor                                      11.95***
  11210 - Laborer Grounds Maintenance                  14.03***
  11240   Maid or Houseman                             10.83***
  11260 - Pruner                                       12.72***
  11270 - Tractor Operator                             16.60
```

```
            11350 - Trail Maintenance Worker                        14.03***
            11360 - Window Cleaner                                  13.18***
      12000    Health Occupations
            12010 - Ambulance Driver                                14.81***
            12011 - Breath Alcohol Technician                       19.02
            12012 - Certified Occupational Therapist Assistant      26.32
            12015  Certified Physical Therapist Assistant           28.24
            12020 - Dental Assistant                                18.46
            12025 - Dental Hygienist                                33.84
            12030 - EKG Technician                                  28.82
            12035  Electroneurodiagnostic Technologist              28.82
            12040 - Emergency Medical Technician                    14.81***
            12071 - Licensed Practical Nurse I                      17.01
            12072 - Licensed Practical Nurse II                     19.02
            12073  Licensed Practical Nurse III                     21.20
            12100 - Medical Assistant                               14.67***
            12130 - Medical Laboratory Technician                   25.85
            12160 - Medical Record Clerk                            16.08
            12190  Medical Record Technician                        17.98
            12195 - Medical Transcriptionist                        17.34
            12210 - Nuclear Medicine Technologist                   41.80
            12221 - Nursing Assistant I                             11.42***
            12222 - Nursing Assistant II                            12.83***
            12223 - Nursing Assistant III                           14.00***
            12224 - Nursing Assistant IV                            15.73
            12235 - Optical Dispenser                               18.59
            12236  Optical Technician                               17.01
            12250 - Pharmacy Technician                             17.29
            12280 - Phlebotomist                                    14.39***
            12305 - Radiologic Technologist                         24.97
            12311  Registered Nurse I                               24.07
            12312 - Registered Nurse II                             29.44
            12313 - Registered Nurse II Specialist                  29.44
            12314 - Registered Nurse III                            35.61
            12315  Registered Nurse III Anesthetist                 35.61
            12316 - Registered Nurse IV                             42.69
            12317 - Scheduler (Drug and Alcohol Testing)            23.56
            12320 - Substance Abuse Treatment Counselor             21.45
      13000   Information And Arts Occupations
            13011 - Exhibits Specialist I                           26.23
            13012 - Exhibits Specialist II                          32.49
            13013 - Exhibits Specialist III                         39.74
            13041  Illustrator I                                    26.23
            13042 - Illustrator II                                  32.49
            13043 - Illustrator III                                 39.74
            13047 - Librarian                                       35.98
            13050  Library Aide/Clerk                               13.75***
            13054 - Library Information Technology Systems
            Administrator                                           32.49
            13058 - Library Technician                              16.30
            13061  Media Specialist I                               23.45
            13062 - Media Specialist II                             26.23
            13063 - Media Specialist III                            29.24
            13071 - Photographer I                                  23.45
            13072  Photographer II                                  26.23
            13073 - Photographer III                                32.49
            13074 - Photographer IV                                 37.36
            13075 - Photographer V                                  40.54
            13090  Technical Order Library Clerk                    17.41
            13110 - Video Teleconference Technician                 18.26
      14000 - Information Technology Occupations
            14041 - Computer Operator I                             15.54
            14042  Computer Operator II                             17.61
            14043 - Computer Operator III                           19.64
            14044 - Computer Operator IV                            21.82
```

```
  14005 - Computer Operator V                                        24.18
  14071 - Computer Programmer I                        (see 1)       20.94
  14072 - Computer Programmer II                       (see 1)       25.96
  14073 - Computer Programmer III                      (see 1)
  14074 - Computer Programmer IV                       (see 1)
  14101 - Computer Systems Analyst I                   (see 1)
  14102 - Computer Systems Analyst II                  (see 1)
  14103 - Computer Systems Analyst III                 (see 1)
  14150 - Peripheral Equipment Operator                              15.54
  14160 - Personal Computer Support Technician                       24.18
  14170 - System Support Specialist                                  32.86
15000 - Instructional Occupations
  15010 - Aircrew Training Devices Instructor (Non-Rated)            29.95
  15020 - Aircrew Training Devices Instructor (Rated)                36.23
  15030 - Air Crew Training Devices Instructor (Pilot)               43.24
  15050 - Computer Based Training Specialist / Instructor            29.95
  15060 - Educational Technologist                                   36.18
  15070 - Flight Instructor (Pilot)                                  43.24
  15080 - Graphic Artist                                             20.93
  15085 - Maintenance Test Pilot Fixed Jet/Prop                  43.24
  15086 - Maintenance Test Pilot Rotary Wing                     43.24
  15088 - Non-Maintenance Test/Co-Pilot                             43.24
  15090 - Technical Instructor                                       19.97
  15095 - Technical Instructor/Course Developer                      24.43
  15110 - Test Proctor                                               16.13
  15120 - Tutor                                                      16.13
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
  16010 - Assembler                                              9.62***
  16030 - Counter Attendant                                      9.62***
  16040 - Dry Cleaner                                           11.66***
  16070 - Finisher Flatwork Machine                             9.62***
  16090 - Presser Hand                                           9.62***
  16110 - Presser Machine Drycleaning                           9.62***
  16130 - Presser Machine Shirts                                 9.62***
  16160 - Presser Machine Wearing Apparel Laundry               9.62***
  16190 - Sewing Machine Operator                               12.41***
  16220 - Tailor                                                13.09***
  16250 - Washer Machine                                        10.42***
19000 - Machine Tool Operation And Repair Occupations
  19010 - Machine-Tool Operator (Tool Room)                          22.68
  19040 - Tool And Die Maker                                         27.63
21000 - Materials Handling And Packing Occupations
  21020 - Forklift Operator                                          18.44
  21030 - Material Coordinator                                       24.40
  21040 - Material Expediter                                         24.40
  21050 - Material Handling Laborer                             14.65***
  21071 - Order Filler                                          12.01***
  21080 - Production Line Worker (Food Processing)                   18.44
  21110 - Shipping Packer                                            17.37
  21130 - Shipping/Receiving Clerk                                   17.37
  21140 - Store Worker I                                        13.37***
  21150 - Stock Clerk                                                18.09
  21210 - Tools And Parts Attendant                                  18.44
  21410 - Warehouse Specialist                                       18.44
23000 - Mechanics And Maintenance And Repair Occupations
  23010 - Aerospace Structural Welder                                27.46
  23019 - Aircraft Logs and Records Technician                       22.09
  23021 - Aircraft Mechanic I                                        26.08
  23022 - Aircraft Mechanic II                                       27.46
  23023 - Aircraft Mechanic III                                      28.74
  23040 - Aircraft Mechanic Helper                                   19.51
  23050 - Aircraft Painter                                           24.75
  23060 - Aircraft Servicer                                          22.09
  23070 - Aircraft Survival Flight Equipment Technician              24.75
  23080 - Aircraft Worker                                            23.52
```

```
23091 - Aircrew Life Support Equipment (ALSE) Mechanic         23.52
23092 - Aircrew Life Support Equipment (ALSE) Mechanic         26.08
II
23110 - Appliance Mechanic                                     21.74
23120 - Bicycle Repairer                                       18.31
23125 - Cable Splicer                                          36.00
23130 - Carpenter Maintenance                                  19.26
23140 - Carpet Layer                                           20.68
23160 - Electrician Maintenance                                23.65
23181 - Electronics Technician Maintenance I                   27.27
23182 - Electronics Technician Maintenance II                  28.68
23183 - Electronics Technician Maintenance III                 30.22
23260 - Fabric Worker                                          19.41
23290 - Fire Alarm System Mechanic                             22.00
23310 - Fire Extinguisher Repairer                             18.31
23311 - Fuel Distribution System Mechanic                      22.91
23312 - Fuel Distribution System Operator                      19.33
23370 - General Maintenance Worker                             20.51
23380 - Ground Support Equipment Mechanic                      26.08
23381 - Ground Support Equipment Servicer                      22.09
23382 - Ground Support Equipment Worker                        23.52
23391 - Gunsmith I                                             18.31
23392 - Gunsmith II                                            20.68
23393 - Gunsmith III                                           22.91
23410 - Heating Ventilation And Air-Conditioning               20.02
Mechanic
23411 - Heating Ventilation And Air Contidioning               21.11
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                               21.29
23440 - Heavy Equipment Operator                               19.81
23460 - Instrument Mechanic                                    22.91
23465 - Laboratory/Shelter Mechanic                            21.74
23470 - Laborer                                             14.65***
23510 - Locksmith                                              21.74
23530 - Machinery Maintenance Mechanic                         24.97
23550 - Machinist Maintenance                                  21.15
23580 - Maintenance Trades Helper                              17.16
23591 - Metrology Technician I                                 22.91
23592 - Metrology Technician II                                24.16
23593 - Metrology Technician III                               25.42
23640 - Millwright                                             23.03
23710 - Office Appliance Repairer                              21.74
23760 - Painter Maintenance                                    16.43
23790 - Pipefitter Maintenance                                 24.96
23810 - Plumber Maintenance                                    23.68
23820 - Pneudraulic Systems Mechanic                           22.91
23850 - Rigger                                                 22.91
23870 - Scale Mechanic                                         20.68
23890 - Sheet-Metal Worker Maintenance                         22.43
23910 - Small Engine Mechanic                                  20.68
23931 - Telecommunications Mechanic I                          26.24
23932 - Telecommunications Mechanic II                         27.52
23950 - Telephone Lineman                                      23.48
23960 - Welder Combination Maintenance                         22.43
23965 - Well Driller                                           24.67
23970 - Woodcraft Worker                                       22.91
23980 - Woodworker                                             18.31
24000 - Personal Needs Occupations
24550 - Case Manager                                           16.44
24570 - Child Care Attendant                                9.41***
24580 - Child Care Center Clerk                            13.01***
24610 - Chore Aide                                         10.69***
24620 - Family Readiness And Support Services                  16.44
Coordinator
```

25000 - Homemaker                                                      16.44
25000 - Plant And System Operations Occupations
       25010 - Boiler Tender                                           22.91
       25040 - Sewage Plant Operator                                  18.03
       25070 - Stationary Engineer                                    22.91
       25190 - Ventilation Equipment Tender                           17.16
       25210 - Water Treatment Plant Operator                         18.03
27000 - Protective Service Occupations
       27004 - Alarm Monitor                                          18.00
       27007 - Baggage Inspector                                      15.36
       27008 - Corrections Officer                                    20.58
       27010 - Court Security Officer                                 20.58
       27030 - Detection Dog Handler                                  17.33
       27040 - Detention Officer                                      20.58
       27070 - Firefighter                                            20.58
       27101 - Guard I                                                15.36
       27102 - Guard II                                               17.33
       27131 - Police Officer I                                       20.10
       27132 - Police Officer II                                      22.33
28000 - Recreation Occupations
       28041 - Carnival Equipment Operator                            13.33***
       28042 - Carnival Equipment Repairer                            14.17***
       28043 - Carnival Worker                                         9.87***
       28210 - Gate Attendant/Gate Tender                             13.60***
       28310 - Lifeguard                                              12.91***
       28350 - Park Attendant (Aide)                                  15.66
       28510 - Recreation Aide/Health Facility Attendant              11.10***
       28515 - Recreation Specialist                                  16.45
       28630 - Sports Official                                        12.47***
       28690 - Swimming Pool Operator                                 16.81
29000 - Stevedoring/Longshoremen Occupational Services
       29010 - Blocker And Bracer                                     20.68
       29020 - Hatch Tender                                           20.68
       29030 - Line Handler                                           20.68
       29041 - Stevedore I                                            19.41
       29042 - Stevedore II                                           21.74
30000 - Technical Occupations
       30010 - Air Traffic Control Specialist Center (HFO)   (see 2)  40.29
       30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  27.78
       30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  30.59
       30021 - Archeological Technician I                             17.66
       30022 - Archeological Technician II                            19.75
       30023 - Archeological Technician III                           24.48
       30030 - Cartographic Technician                                24.48
       30040 - Civil Engineering Technician                           24.86
       30051 - Cryogenic Technician I                                 26.26
       30052 - Cryogenic Technician II                                29.01
       30061 - Drafter/CAD Operator I                                 17.66
       30062 - Drafter/CAD Operator II                                19.75
       30063 - Drafter/CAD Operator III                               22.03
       30064 - Drafter/CAD Operator IV                                27.10
       30081 - Engineering Technician I                               15.52
       30082 - Engineering Technician II                              17.41
       30083 - Engineering Technician III                             19.48
       30084 - Engineering Technician IV                              24.14
       30085 - Engineering Technician V                               29.66
       30086 - Engineering Technician VI                              35.90
       30090 - Environmental Technician                               23.35
       30095 - Evidence Control Specialist                            23.71
       30210 - Laboratory Technician                                  21.43
       30221 - Latent Fingerprint Technician I                        26.26
       30222 - Latent Fingerprint Technician II                       29.01
       30240 - Mathematical Technician                                24.48
       30361 - Paralegal/Legal Assistant I                            18.18
       30362 - Paralegal/Legal Assistant II                           22.52

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5190983
Reviewer: Carol M.

```
30363 - Paralegal/Legal Assistant III                        27.55
30364 - Paralegal/Legal Assistant IV                         33.34
30375 - Petroleum Supply Specialist                          29.01
30390 - Photo-Optics Technician                              24.48
30395 - Radiation Control Technician                         29.01
30461 - Technical Writer I                                   24.48
30462 - Technical Writer II                                  29.45
30463 - Technical Writer III                                 35.10
30491 - Unexploded Ordnance (UXO) Technician I               25.60
30492 - Unexploded Ordnance (UXO) Technician II              30.98
30493 - Unexploded Ordnance (UXO) Technician III             37.13
30494 - Unexploded (UXO) Safety Escort                       25.60
30495 - Unexploded (UXO) Sweep Personnel                     25.60
30501 - Weather Forecaster I                                 26.26
30502 - Weather Forecaster II                                31.95
30620 - Weather Observer Combined Upper Air Or     (see 2)   22.03
Surface Programs
30621 - Weather Observer Senior                    (see 2)   24.48
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                       30.98
31020 - Bus Aide                                          13.21***
31030 - Bus Driver                                           17.68
31043 - Driver Courier                                    13.60***
31260 - Parking and Lot Attendant                         11.98***
31290 - Shuttle Bus Driver                                14.53***
31310 - Taxi Driver                                       14.10***
31361 - Truckdriver Light                                 14.53***
31362 - Truckdriver Medium                                   15.48
31363 - Truckdriver Heavy                                    19.59
31364 - Truckdriver Tractor-Trailer                          19.59
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                              15.10
99030 - Cashier                                           10.49***
99050 - Desk Clerk                                        10.78***
99095 - Embalmer                                             25.60
99130 - Flight Follower                                      25.60
99251 - Laboratory Animal Caretaker I                     11.54***
99252 - Laboratory Animal Caretaker II                    12.31***
99260 - Marketing Analyst                                    24.65
99310 - Mortician                                            25.60
99410 - Pest Controller                                      19.60
99510 - Photofinishing Worker                             13.45***
99710 - Recycling Laborer                                    15.05
99711 - Recycling Specialist                                 17.80
99730 - Refuse Collector                                  13.65***
99810 - Sales Clerk                                       11.20***
99820 - School Crossing Guard                             14.97***
99830 - Survey Party Chief                                   19.56
99831 - Surveying Aide                                    11.62***
99832 - Surveying Technician                                 17.78
99840 - Vending Machine Attendant                            19.15
99841 - Vending Machine Repairer                             22.72
99842 - Vending Machine Repairer Helper                      19.15
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.
#: 2664

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017.  If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking.  Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.


ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors.  A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 8 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (See 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year:  New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.)  (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1)  COMPUTER EMPLOYEES:  Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families.  In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees.  For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5184205
Reviewer: Carol M.

additional exemption.  Therefore the exemption applies only to computer employees
who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including
consulting with users to determine hardware software or system functional
specifications;

(2) The design development documentation analysis creation testing or
modification of computer systems or programs including prototypes based on and
related to user or system design specifications;

(3) The design documentation testing creation or modification of computer
programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which
requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you
work at night as part of a regular tour of duty you will earn a night differential
and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.
 If you are a full-time employed (40 hours a week) and Sunday is part of your
regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday
premium of 25% of your basic rate for each hour of Sunday work which is not overtime
(i.e. occasional work on Sunday outside the normal tour of duty is considered
overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that
represents a high degree of hazard when working with or in close proximity to
ordnance explosives and incendiary materials.  This includes work such as
screening blending dying mixing and pressing of sensitive ordnance explosives
and pyrotechnic compositions such as lead azide black powder and photoflash powder.
 All dry-house activities involving propellants or explosives.  Demilitarization
modification renovation demolition and maintenance operations on sensitive
ordnance explosives and incendiary materials.  All operations involving re-grading
and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that
represents a low degree of hazard when working with or in close proximity to
ordnance (or employees possibly adjacent to) explosives and incendiary materials
which involves potential injury such as laceration of hands face or arms of the
employee engaged in the operation irritation of the skin minor burns and the like;
minimal damage to immediate or adjacent work area or equipment being used.  All
operations involving unloading storage and hauling of ordnance explosive and
incendiary ordnance material other than small arms ammunition.  These differentials
are only applicable to work that has been specifically designated by the agency for
ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract
(either by the terms of the Government contract by the employer by the state or
local law etc.) the cost of furnishing such uniforms and maintaining (by
laundering or dry cleaning) such uniforms is an expense that may not be borne by an
employee where such cost reduces the hourly rate below that required by the wage
determination. The Department of Labor will accept payment in accordance with the
following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an
adequate number of uniforms without cost or to reimburse employees for the actual
cost of the uniforms.  In addition where uniform cleaning and maintenance is made
the responsibility of the employee all contractors and subcontractors subject to
this wage determination shall (in the absence of a bona fide collective bargaining

Case 1:23-cv-00056-JJM-PAS   Document 12   Filed 06/27/25   Page 78 of 112   PageID #: 2666

agreement providing for a different amount or the furnishing of contrary
affirmative proof as to the actual cost) reimburse all employees for such cleaning
and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in
those instances where the uniforms furnished are made of ""wash and wear""
materials may be routinely washed and dried with other personal garments and do
not require any special treatment such as dry cleaning daily washing or commercial
laundering in order to meet the cleanliness or appearance standards set by the terms
of the Government contract by the contractor by law or by the nature of the work
there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the
""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1)
dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard
Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is
not listed herein and which is to be employed under the contract (i.e. the work to
be performed is not performed by any classification listed in the wage
determination) be classified by the contractor so as to provide a reasonable
relationship (i.e. appropriate level of skill comparison) between such unlisted
classifications and the classifications listed in the wage determination (See 29 CFR
4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor
prior to the performance of contract work by such unlisted class(es) of employees
(See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final
determination of conformed classification wage rate and/or fringe benefits which
shall be paid to all employees performing in the classification from the first day
of work on which contract work is performed by them in the classification.  Failure
to pay such unlisted employees the compensation agreed upon by the interested
parties and/or fully determined by the Wage and Hour Division retroactive to the
date such class of employees commenced contract work shall be a violation of the Act
and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are
included in a contract a separate SF-1444 should be prepared for each wage
determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed
occupation(s) and computes a proposed rate(s).


2) After contract award the contractor prepares a written report listing in order
the proposed classification title(s) a Federal grade equivalency (FGE) for each
proposed classification(s) job description(s) and rationale for proposed wage
rate(s) including information regarding the agreement or disagreement of the
authorized representative of the employees involved or where there is no authorized
representative the employees themselves. This report should be submitted to the
contracting officer no later than 30 days after such unlisted class(es) of employees
performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report
of the action together with the agency's recommendations and pertinent
information including the position of the contractor and the employees to the U.S.
Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or
disapproves the action via transmittal to the agency contracting officer or
notifies the contracting officer that additional time will be required to process
the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5044908
Reviewer: Carol M.

contractor.

6) Each affected employee shall be furnished by the contractor with a written copy
of such determination or it shall be posted as a part of the wage determination (See
29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of
Occupations"" should be used to compare job definitions to ensure that duties
requested are not performed by a classification already listed in the wage
determination. Remember it is not the job title but the required tasks that
determine whether a class is included in an established wage determination.
Conformances may not be used to artificially split combine or subdivide
classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                      "REGISTER OF WAGE DETERMINATIONS UNDER  |     U.S. DEPARTMENT OF LABOR
            THE SERVICE CONTRACT ACT          | EMPLOYMENT STANDARDS ADMINISTRATION
      By direction of the Secretary of Labor  |        WAGE AND HOUR DIVISION
                                              |        WASHINGTON D.C.  20210
                                              |
                                              |
                                              |
                                              |
      Daniel W. Simms         Division of     | Wage Determination No.: 2015-5233
      Director           Wage Determinations  |       Revision No.: 21
                                              | Date Of Last Revision: 03/15/2022
                                              |
```

Note: Contracts subject to the Service Contract Act are generally required to
pay at least the applicable minimum wage rate required under Executive Order
14026 or Executive Order 13658.

```
|If the contract is entered into on or |With certain exceptions Executive Order |
|after January 30 2022 or the          |14026 applies to the contract.          |
|contract is renewed or extended (e.g. |The contractor must pay all covered workers |
|an option is exercised) on or after   |at least $15.00 per hour (or the applicable |
|January 30 2022:                      |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |

|If the contract was awarded on or     |With certain exceptions Executive Order |
|between January 1 2015 and January 29 |13658 applies to the contract.          |
|2022 and the contract is not renewed  |The contractor must pay all covered workers |
|or extended on or after January 30    |at least $11.25 per hour (or the applicable |
|2022:                                 |wage rate listed on this wage determination|
|                                      |if it is higher) for all hours spent    |
|                                      |performing on the contract in 2022.     |
```

The applicable Executive Order minimum wage rate will be adjusted annually. Additional
information on contractor requirements and worker protections under the Executive Orders
is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Texas

Area: Texas Counties of Austin Brazoria Chambers Fort Bend Galveston
Harris Liberty Montgomery Waller

               **Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE | TITLE | FOOTNOTE | RATE |
|---|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | | |
| 01011 - Accounting Clerk I | | | 16.94 |
| 01012 - Accounting Clerk II | | | 19.03 |
| 01013 - Accounting Clerk III | | | 21.28 |
| 01020 - Administrative Assistant | | | 31.14 |
| 01035 - Court Reporter | | | 29.01 |
| 01041 - Customer Service Representative I | | | 14.38*** |
| 01042 - Customer Service Representative II | | | 16.17 |
| 01043 - Customer Service Representative III | | | 17.64 |
| 01051 - Data Entry Operator I | | | 15.20 |
| 01052 - Data Entry Operator II | | | 16.59 |
| 01060 - Dispatcher Motor Vehicle | | | 19.42 |
| 01070 - Document Preparation Clerk | | | 16.79 |
| 01090 - Duplicating Machine Operator | | | 16.79 |
| 01111 - General Clerk I | | | 15.32 |
| 01112 - General Clerk II | | | 16.72 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5191903
Reviewer: Carol M.

```
            01103 - General Clerk III                                18.78
            01120 - Housing Referral Assistant                       23.07
            01141   Messenger Courier                               14.48***
            01191 - Order Clerk I                                    18.00
            01192 - Order Clerk II                                   19.90
            01261 - Personnel Assistant (Employment) I              17.62
            01262 - Personnel Assistant (Employment) II             19.72
            01263 - Personnel Assistant (Employment) III            21.97
            01270 - Production Control Clerk                         23.68
            01290 - Rental Clerk                                     15.65
            01300 - Scheduler Maintenance                            18.51
            01311 - Secretary I                                      18.51
            01312 - Secretary II                                     20.70
            01313 - Secretary III                                    23.07
            01320   Service Order Dispatcher                         17.36
            01410 - Supply Technician                                31.14
            01420 - Survey Worker                                    17.79
            01460 - Switchboard Operator/Receptionist              14.08***
            01531   Travel Clerk I                                   15.24
            01532 - Travel Clerk II                                  16.46
            01533 - Travel Clerk III                                 17.59
            01611 - Word Processor I                                 16.54
            01612   Word Processor II                                18.58
            01613   Word Processor III                               20.78
        05000 - Automotive Service Occupations
            05005 - Automobile Body Repairer Fiberglass              25.76
            05010   Automotive  Electrician                          23.79
            05040 - Automotive Glass Installer                       21.96
            05070 - Automotive Worker                                21.96
            05110 - Mobile Equipment Servicer                        20.23
            05130   Motor Equipment Metal Mechanic                   25.96
            05160 - Motor Equipment Metal Worker                     21.96
            05190 - Motor Vehicle Mechanic                           25.76
            05220 - Motor Vehicle Mechanic Helper                    19.40
            05250   Motor Vehicle Upholstery Worker                  20.83
            05280 - Motor Vehicle Wrecker                            21.96
            05310 - Painter Automotive                               23.79
            05340 - Radiator Repair Specialist                       22.88
            05370   Tire Repairer                                  14.40***
            05400 - Transmission Repair Specialist                   25.76
        07000 - Food Preparation And Service Occupations
            07010 - Baker                                          11.82***
            07041   Cook I                                         12.08***
            07042   Cook II                                        14.02***
            07070 - Dishwasher                                    10.73***
            07130 - Food Service Worker                           11.78***
            07210   Meat Cutter                                   12.91***
            07260 - Waiter/Waitress                                9.79***
        09000 - Furniture Maintenance And Repair Occupations
            09010 - Electrostatic Spray Painter                      18.32
            09040   Furniture Handler                             11.95***
            09080 - Furniture Refinisher                             17.70
            09090 - Furniture Refinisher Helper                   14.58***
            09110 - Furniture Repairer Minor                         16.82
            09130   Upholsterer                                      18.32
        11000 - General Services And Support Occupations
            11030 - Cleaner Vehicles                              12.27***
            11060 - Elevator Operator                             11.73***
            11090   Gardener                                         19.17
            11122 - Housekeeping Aide                             11.73***
            11150 - Janitor                                       11.73***
            11210 - Laborer Grounds Maintenance                   14.42***
            11240   Maid or Houseman                              10.99***
            11260 - Pruner                                        12.87***
            11270 - Tractor Operator                                 17.59
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5149938
Reviewer: Carol M.
#: 2670

```
          11300 - Trail Maintenance Worker                       14.42***
          11360 - Window Cleaner                                 13.14***
   12000   Health Occupations
          12010 - Ambulance Driver                               17.88
          12011 - Breath Alcohol Technician                      21.16
          12012 - Certified Occupational Therapist Assistant     36.69
          12015   Certified Physical Therapist Assistant         35.61
          12020 - Dental Assistant                               18.12
          12025 - Dental Hygienist                               37.43
          12030 - EKG Technician                                 26.09
          12035   Electroneurodiagnostic Technologist            26.09
          12040 - Emergency Medical Technician                   17.88
          12071 - Licensed Practical Nurse I                     19.05
          12072 - Licensed Practical Nurse II                    21.32
          12073   Licensed Practical Nurse III                   23.76
          12100 - Medical Assistant                              16.57
          12130 - Medical Laboratory Technician                  25.95
          12160 - Medical Record Clerk                           18.41
          12190   Medical Record Technician                      20.60
          12195 - Medical Transcriptionist                       20.81
          12210 - Nuclear Medicine Technologist                  39.75
          12221 - Nursing Assistant I                            13.71***
          12222   Nursing Assistant II                           15.41
          12223 - Nursing Assistant III                          16.81
          12224 - Nursing Assistant IV                           18.88
          12235 - Optical Dispenser                              18.31
          12236   Optical Technician                             16.82
          12250 - Pharmacy Technician                            19.18
          12280 - Phlebotomist                                   17.46
          12305 - Radiologic Technologist                        31.62
          12311   Registered Nurse I                             30.36
          12312 - Registered Nurse II                            38.37
          12313 - Registered Nurse II Specialist                 38.37
          12314 - Registered Nurse III                           44.91
          12315   Registered Nurse III Anesthetist               44.91
          12316 - Registered Nurse IV                            53.84
          12317 - Scheduler (Drug and Alcohol Testing)           26.21
          12320 - Substance Abuse Treatment Counselor            25.36
   13000   Information And Arts Occupations
          13011 - Exhibits Specialist I                          22.02
          13012 - Exhibits Specialist II                         27.28
          13013 - Exhibits Specialist III                        33.37
          13041   Illustrator I                                  23.50
          13042 - Illustrator II                                 29.11
          13043 - Illustrator III                                35.61
          13047 - Librarian                                      29.97
          13050   Library Aide/Clerk                             13.23***
          13054 - Library Information Technology Systems          27.06
          Administrator
          13058 - Library Technician                             16.48
          13061   Media Specialist I                             19.54
          13062 - Media Specialist II                            21.84
          13063 - Media Specialist III                           24.35
          13071 - Photographer I                                 18.96
          13072   Photographer II                                21.20
          13073 - Photographer III                               26.27
          13074 - Photographer IV                                32.13
          13075 - Photographer V                                 38.87
          13090   Technical Order Library Clerk                  16.62
          13110 - Video Teleconference Technician                21.82
   14000 - Information Technology Occupations
          14041 - Computer Operator I                            20.35
          14042   Computer Operator II                           22.78
          14043 - Computer Operator III                          25.39
          14044 - Computer Operator IV                           28.21
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194095
Reviewer: Carol M.
#: 2671

```
14095 - Computer Operator V                                            31.25
14071 - Computer Programmer I                        (see 1)           27.71
14072 - Computer Programmer II                       (see 1)
14073 - Computer Programmer III                      (see 1)
14074 - Computer Programmer IV                       (see 1)
14101 - Computer Systems Analyst I                   (see 1)
14102 - Computer Systems Analyst II                  (see 1)
14103 - Computer Systems Analyst III                 (see 1)
14150 - Peripheral Equipment Operator                                  20.35
14160 - Personal Computer Support Technician                           28.21
14170 - System Support Specialist                                      37.07
15000 - Instructional Occupations
15010 - Aircrew Training Devices Instructor (Non-Rated)                38.33
15020 - Aircrew Training Devices Instructor (Rated)                    46.39
15030 - Air Crew Training Devices Instructor (Pilot)                   55.59
15050 - Computer Based Training Specialist / Instructor                38.33
15060 - Educational Technologist                                       34.80
15070 - Flight Instructor (Pilot)                                      55.59
15080 - Graphic Artist                                                 26.72
15085 - Maintenance Test Pilot Fixed Jet/Prop                    55.59
15086 - Maintenance Test Pilot Rotary Wing                       55.59
15088 - Non-Maintenance Test/Co-Pilot                            55.59
15090 - Technical Instructor                                           27.50
15095 - Technical Instructor/Course Developer                          33.64
15110 - Test Proctor                                                   22.20
15120 - Tutor                                                          22.20
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
16010 - Assembler                                                   10.88***
16030 - Counter Attendant                                           10.88***
16040 - Dry Cleaner                                                 13.96***
16070 - Finisher Flatwork Machine                                   10.88***
16090 - Presser Hand                                                10.88***
16110 - Presser Machine Drycleaning                                 10.88***
16130 - Presser Machine Shirts                                      10.88***
16160 - Presser Machine Wearing Apparel Laundry                     10.88***
16190 - Sewing Machine Operator                                     14.76***
16220 - Tailor                                                         15.89
16250 - Washer Machine                                              11.92***
19000 - Machine Tool Operation And Repair Occupations
19010 - Machine-Tool Operator (Tool Room)                              23.16
19040 - Tool And Die Maker                                             27.74
21000 - Materials Handling And Packing Occupations
21020 - Forklift Operator                                              18.42
21030 - Material Coordinator                                            23.68
21040 - Material Expediter                                             23.68
21050 - Material Handling Laborer                                   14.40***
21071 - Order Filler                                                13.80***
21080 - Production Line Worker (Food Processing)                       18.42
21110 - Shipping Packer                                                17.42
21130 - Shipping/Receiving Clerk                                       17.42
21140 - Store Worker I                                              13.31***
21150 - Stock Clerk                                                    18.82
21210 - Tools And Parts Attendant                                      18.42
21410 - Warehouse Specialist                                           18.42
23000 - Mechanics And Maintenance And Repair Occupations
23010 - Aerospace Structural Welder                                    34.35
23019 - Aircraft Logs and Records Technician                           27.09
23021 - Aircraft Mechanic I                                            32.91
23022 - Aircraft Mechanic II                                           34.35
23023 - Aircraft Mechanic III                                         35.83
23040 - Aircraft Mechanic Helper                                       23.00
23050 - Aircraft Painter                                               31.11
23060 - Aircraft Servicer                                              27.09
23070 - Aircraft Survival Flight Equipment Technician                  31.11
23080 - Aircraft Worker                                                29.10
```

```
23091 - Aircrew Life Support Equipment (ALSE) Mechanic         29.10
23092 - Aircrew Life Support Equipment (ALSE) Mechanic         32.91
II
23110 - Appliance Mechanic                                     21.10
23120 - Bicycle Repairer                                       19.72
23125 - Cable Splicer                                          29.54
23130 - Carpenter Maintenance                                  21.65
23140 - Carpet Layer                                           20.97
23160 - Electrician Maintenance                                27.52
23181 - Electronics Technician Maintenance I                   26.60
23182 - Electronics Technician Maintenance II                  28.45
23183 - Electronics Technician Maintenance III                 30.10
23260 - Fabric Worker                                          21.55
23290 - Fire Alarm System Mechanic                             24.70
23310 - Fire Extinguisher Repairer                             19.94
23311 - Fuel Distribution System Mechanic                      21.14
23312 - Fuel Distribution System Operator                      16.99
23370 - General Maintenance Worker                             20.12
23380 - Ground Support Equipment Mechanic                      32.91
23381 - Ground Support Equipment Servicer                      27.09
23382 - Ground Support Equipment Worker                        29.10
23391 - Gunsmith I                                             19.94
23392 - Gunsmith II                                            23.14
23393 - Gunsmith III                                           26.18
23410 - Heating Ventilation And Air-Conditioning              24.94
Mechanic
23411 - Heating Ventilation And Air Contidioning             26.03
Mechanic (Research Facility)
23430 - Heavy Equipment Mechanic                              24.73
23440 - Heavy Equipment Operator                             22.81
23460 - Instrument Mechanic                                   32.06
23465 - Laboratory/Shelter Mechanic                           24.75
23470 - Laborer                                            14.40***
23510 - Locksmith                                             23.53
23530 - Machinery Maintenance Mechanic                        30.27
23550 - Machinist Maintenance                                 24.02
23580 - Maintenance Trades Helper                          14.94***
23591 - Metrology Technician I                                32.06
23592 - Metrology Technician II                               33.46
23593 - Metrology Technician III                              34.90
23640 - Millwright                                            26.77
23710 - Office Appliance Repairer                             18.99
23760 - Painter Maintenance                                   18.99
23790 - Pipefitter Maintenance                                28.71
23810 - Plumber Maintenance                                   27.14
23820 - Pneudraulic Systems Mechanic                          26.18
23850 - Rigger                                                25.11
23870 - Scale Mechanic                                        23.14
23890 - Sheet-Metal Worker Maintenance                        22.06
23910 - Small Engine Mechanic                                 20.14
23931 - Telecommunications Mechanic I                         28.09
23932 - Telecommunications Mechanic II                        29.33
23950 - Telephone Lineman                                     37.37
23960 - Welder Combination Maintenance                        23.29
23965 - Well Driller                                          26.18
23970 - Woodcraft Worker                                      26.18
23980 - Woodworker                                            19.94
24000 - Personal Needs Occupations
24550 - Case Manager                                          18.52
24570 - Child Care Attendant                               10.08***
24580 - Child Care Center Clerk                            13.48***
24610 - Chore Aide                                          9.75***
24620 - Family Readiness And Support Services                18.52
Coordinator
```

| | | |
|---|---|---|
| | 21408 - Homemaker | 18.52 |
| 25000 - Plant And System Operations Occupations | | |
| | 25010 - Boiler Tender | 22.20 |
| | 25040 - Sewage Plant Operator | 21.34 |
| | 25070 - Stationary Engineer | 22.20 |
| | 25190 - Ventilation Equipment Tender | 14.81*** |
| | 25210 - Water Treatment Plant Operator | 21.34 |
| 27000 - Protective Service Occupations | | |
| | 27004 - Alarm Monitor | 20.96 |
| | 27007 - Baggage Inspector | 13.57*** |
| | 27008 - Corrections Officer | 21.34 |
| | 27010 - Court Security Officer | 23.95 |
| | 27030 - Detection Dog Handler | 17.90 |
| | 27040 - Detention Officer | 21.34 |
| | 27070 - Firefighter | 26.57 |
| | 27101 - Guard I | 13.57*** |
| | 27102 - Guard II | 17.90 |
| | 27131 - Police Officer I | 28.75 |
| | 27132 - Police Officer II | 31.94 |
| 28000 - Recreation Occupations | | |
| | 28041 - Carnival Equipment Operator | 13.02*** |
| | 28042 - Carnival Equipment Repairer | 14.19*** |
| | 28043 - Carnival Worker | 9.53*** |
| | 28210 - Gate Attendant/Gate Tender | 14.59*** |
| | 28310 - Lifeguard | 12.38*** |
| | 28350 - Park Attendant (Aide) | 16.33 |
| | 28510 - Recreation Aide/Health Facility Attendant | 11.92*** |
| | 28515 - Recreation Specialist | 20.23 |
| | 28630 - Sports Official | 13.01*** |
| | 28690 - Swimming Pool Operator | 17.44 |
| 29000 - Stevedoring/Longshoremen Occupational Services | | |
| | 29010 - Blocker And Bracer | 28.56 |
| | 29020 - Hatch Tender | 28.56 |
| | 29030 - Line Handler | 28.56 |
| | 29041 - Stevedore I | 26.59 |
| | 29042 - Stevedore II | 30.55 |
| 30000 - Technical Occupations | | |
| | 30010 - Air Traffic Control Specialist Center (HFO)   (see 2) | 46.32 |
| | 30011 - Air Traffic Control Specialist Station (HFO)  (see 2) | 31.94 |
| | 30012 - Air Traffic Control Specialist Terminal (HFO) (see 2) | 35.18 |
| | 30021 - Archeological Technician I | 21.56 |
| | 30022 - Archeological Technician II | 25.47 |
| | 30023 - Archeological Technician III | 30.62 |
| | 30030 - Cartographic Technician | 30.62 |
| | 30040 - Civil Engineering Technician | 30.03 |
| | 30051 - Cryogenic Technician I | 28.13 |
| | 30052 - Cryogenic Technician II | 31.07 |
| | 30061 - Drafter/CAD Operator I | 21.56 |
| | 30062 - Drafter/CAD Operator II | 24.71 |
| | 30063 - Drafter/CAD Operator III | 27.56 |
| | 30064 - Drafter/CAD Operator IV | 33.10 |
| | 30081 - Engineering Technician I | 20.02 |
| | 30082 - Engineering Technician II | 22.48 |
| | 30083 - Engineering Technician III | 25.15 |
| | 30084 - Engineering Technician IV | 31.09 |
| | 30085 - Engineering Technician V | 38.65 |
| | 30086 - Engineering Technician VI | 46.10 |
| | 30090 - Environmental Technician | 29.96 |
| | 30095 - Evidence Control Specialist | 25.40 |
| | 30210 - Laboratory Technician | 30.91 |
| | 30221 - Latent Fingerprint Technician I | 28.86 |
| | 30222 - Latent Fingerprint Technician II | 31.88 |
| | 30240 - Mathematical Technician | 40.76 |
| | 30361 - Paralegal/Legal Assistant I | 23.05 |
| | 30362 - Paralegal/Legal Assistant II | 28.56 |

```
30363 - Paralegal/Legal Assistant III                        34.93
30364 - Paralegal/Legal Assistant IV                         42.27
30375 - Petroleum Supply Specialist                          31.07
30390 - Photo-Optics Technician                              30.62
30395 - Radiation Control Technician                         31.07
30461 - Technical Writer I                                   26.27
30462 - Technical Writer II                                  32.12
30463 - Technical Writer III                                 38.86
30491 - Unexploded Ordnance (UXO) Technician I               29.44
30492 - Unexploded Ordnance (UXO) Technician II              35.62
30493 - Unexploded Ordnance (UXO) Technician III             42.69
30494 - Unexploded (UXO) Safety Escort                       29.44
30495 - Unexploded (UXO) Sweep Personnel                     29.44
30501 - Weather Forecaster I                                 29.63
30502 - Weather Forecaster II                                36.05
30620 - Weather Observer Combined Upper Air Or    (see 2)    27.56
Surface Programs
30621 - Weather Observer Senior             (see 2)          30.48
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                       35.62
31020 - Bus Aide                                          14.91***
31030 - Bus Driver                                           21.42
31043 - Driver Courier                                       16.44
31260 - Parking and Lot Attendant                         12.06***
31290 - Shuttle Bus Driver                                   17.28
31310 - Taxi Driver                                       13.64***
31361 - Truckdriver Light                                    17.92
31362 - Truckdriver Medium                                   19.37
31363 - Truckdriver Heavy                                    22.47
31364 - Truckdriver Tractor-Trailer                          22.47
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                              17.37
99030 - Cashier                                           11.36***
99050 - Desk Clerk                                        11.72***
99095 - Embalmer                                             34.72
99130 - Flight Follower                                      29.44
99251 - Laboratory Animal Caretaker I                     12.49***
99252 - Laboratory Animal Caretaker II                    13.61***
99260 - Marketing Analyst                                    35.05
99310 - Mortician                                            41.99
99410 - Pest Controller                                      19.88
99510 - Photofinishing Worker                                16.80
99710 - Recycling Laborer                                    18.73
99711 - Recycling Specialist                                 22.84
99730 - Refuse Collector                                     16.72
99810 - Sales Clerk                                       12.66***
99820 - School Crossing Guard                             14.04***
99830 - Survey Party Chief                                   25.50
99831 - Surveying Aide                                       17.45
99832 - Surveying Technician                                 22.05
99840 - Vending Machine Attendant                         12.81***
99841 - Vending Machine Repairer                             16.20
99842 - Vending Machine Repairer Helper                   12.81***
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal Contractors applies to all contracts subject to the Service Contract Act for which the contract is awarded (and any solicitation was issued) on or after January 1 2017. If this contract is covered by the EO the contractor must provide employees with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid sick leave each year. Employees must be permitted to use paid sick leave for their own illness injury or other health-related needs including preventive care; to assist a family member (or person who is like family to the employee) who is ill injured or has other health-related needs including preventive care; or for reasons resulting from or to assist a family member (or person who is like family to the employee) who is the victim of domestic violence sexual assault or stalking. Additional information on contractor requirements and worker protections under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or $797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal Contractors. A contractor may not receive credit toward its SCA obligations for any paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service includes the whole span of continuous service with the present contractor or successor wherever employed and with the predecessor contractors in the performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth National Independence Day Independence Day Labor Day Columbus Day Veterans' Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of the named holidays another day off with pay in accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does not apply to any employee who individually qualifies as a bona fide executive administrative or professional employee as defined in 29 C.F.R. Part 541. Because most Computer System Analysts and Computer Programmers who are compensated at a rate not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541. 400) wage rates may not be listed on this wage determination for all occupations within those job families. In addition because this wage determination may not list a wage rate for some or all occupations within those job families if the survey data indicates that the prevailing wage rate for the occupation equals or exceeds $27.63 per hour conformances may be necessary for certain nonexempt employees. For example if an individual employee is nonexempt but nevertheless performs duties within the scope of one of the Computer Systems Analyst or Computer Programmer occupations for which this wage determination does not specify an SCA wage rate then the wage rate for that employee must be conformed in accordance with the conformance procedures described in the conformance note included on this wage determination.

Additionally because job titles vary widely and change quickly in the computer industry job titles are not determinative of the application of the computer

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5184203
Reviewer: Carol M.

professional exemption.  Therefore the exemption applies only to computer employees who satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5104206
Reviewer: Carol M.

agreement providing for a different amount or the furnishing of contrary affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification.  Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).


2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5044905
Reviewer: Carol M.

contractor.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
                "REGISTER OF WAGE DETERMINATIONS UNDER |     U.S. DEPARTMENT OF LABOR
             THE SERVICE CONTRACT ACT            | EMPLOYMENT STANDARDS ADMINISTRATION
By direction of the Secretary of Labor |          WAGE AND HOUR DIVISION
                                       |            WASHINGTON D.C.  20210
                                       |
                                       |
                                       |
                                       |
                                       | Wage Determination No.: 2015-5227
Daniel W. Simms        Division of     |        Revision No.: 17
Director           Wage Determinations | Date Of Last Revision: 03/15/2022
                                       |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
|---|---|
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Texas

Area: Texas Counties of Collin Dallas Denton Ellis Hunt Kaufman Rockwall

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 16.60 |
| 01012 - Accounting Clerk II | | 18.64 |
| 01013 - Accounting Clerk III | | 20.84 |
| 01020 - Administrative Assistant | | 29.11 |
| 01035 - Court Reporter | | 22.59 |
| 01041 - Customer Service Representative I | | 14.51*** |
| 01042 - Customer Service Representative II | | 15.84 |
| 01043 - Customer Service Representative III | | 17.79 |
| 01051 - Data Entry Operator I | | 15.34 |
| 01052 - Data Entry Operator II | | 16.74 |
| 01060 - Dispatcher Motor Vehicle | | 21.36 |
| 01070 - Document Preparation Clerk | | 17.28 |
| 01090 - Duplicating Machine Operator | | 17.28 |
| 01111 - General Clerk I | | 14.03*** |
| 01112 - General Clerk II | | 15.31 |
| 01113 - General Clerk III | | 17.20 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5169908
Reviewer: Carol M.
#: 2680

```
01130 - Housing Referral Assistant                    22.46
01141 - Messenger Courier                             14.29***
01191   Order Clerk I                                 16.47
01192   Order Clerk II                                17.96
01261 - Personnel Assistant (Employment) I            17.63
01262 - Personnel Assistant (Employment) II           19.71
01263   Personnel Assistant (Employment) III          21.97
01270 - Production Control Clerk                       24.46
01290 - Rental Clerk                                   15.30
01300 - Scheduler Maintenance                          18.01
01311   Secretary I                                    18.01
01312   Secretary II                                   20.14
01313   Secretary III                                  22.46
01320 - Service Order Dispatcher                       17.47
01410   Supply Technician                              29.11
01420   Survey Worker                                  17.29
01460 - Switchboard Operator/Receptionist              15.15
01531   Travel Clerk I                                 15.62
01532   Travel Clerk II                                16.79
01533   Travel Clerk III                               18.02
01611   Word Processor I                               16.67
01612   Word Processor II                              18.71
01613   Word Processor III                             20.92
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass            22.70
05010 - Automotive  Electrician                        23.04
05040   Automotive Glass Installer                     20.93
05070 - Automotive Worker                              22.02
05110 - Mobile Equipment Servicer                      18.52
05130 - Motor Equipment Metal Mechanic                 22.88
05160   Motor Equipment Metal Worker                   20.93
05190 - Motor Vehicle Mechanic                         22.99
05220 - Motor Vehicle Mechanic Helper                  17.27
05250 - Motor Vehicle Upholstery Worker                19.82
05280   Motor Vehicle Wrecker                          20.93
05310 - Painter Automotive                             24.22
05340 - Radiator Repair Specialist                     20.93
05370 - Tire Repairer                                  14.12***
05400   Transmission Repair Specialist                 22.88
07000 - Food Preparation And Service Occupations
07010 - Baker                                          12.15***
07041 - Cook I                                         13.08***
07042   Cook II                                        15.03
07070 - Dishwasher                                     10.52***
07130 - Food Service Worker                            11.72***
07210 - Meat Cutter                                    13.34***
07260   Waiter/Waitress                                10.03***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                    19.02
09040 - Furniture Handler                              10.24***
09080   Furniture Refinisher                           15.32
09090 - Furniture Refinisher Helper                    12.02***
09110 - Furniture Repairer Minor                       13.78***
09130   Upholsterer                                    16.57
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                               11.77***
11060 - Elevator Operator                              12.95***
11090 - Gardener                                       21.03
11122   Housekeeping Aide                              13.28***
11150 - Janitor                                        13.28***
11210 - Laborer Grounds Maintenance                    15.66
11240 - Maid or Houseman                               11.53***
11260   Pruner                                         13.84***
11270 - Tractor Operator                               19.24
11330 - Trail Maintenance Worker                       15.66
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5199680
Reviewer: Carol M.

```
11950 - Window Cleaner                                          15.03
12000 - Health Occupations
  12010 - Ambulance Driver                                      20.65
  12011 - Breath Alcohol Technician                             21.68
  12012 - Certified Occupational Therapist Assistant            35.61
  12015 - Certified Physical Therapist Assistant                35.12
  12020 - Dental Assistant                                      20.87
  12025 - Dental Hygienist                                      40.23
  12030 - EKG Technician                                        30.40
  12035 - Electroneurodiagnostic Technologist                   30.40
  12040 - Emergency Medical Technician                          20.65
  12071 - Licensed Practical Nurse I                            19.39
  12072 - Licensed Practical Nurse II                           21.68
  12073 - Licensed Practical Nurse III                          24.17
  12100 - Medical Assistant                                     16.98
  12130 - Medical Laboratory Technician                         26.50
  12160 - Medical Record Clerk                                  18.67
  12190 - Medical Record Technician                             20.88
  12195 - Medical Transcriptionist                              19.66
  12210 - Nuclear Medicine Technologist                         39.84
  12221 - Nursing Assistant I                                   12.89***
  12222 - Nursing Assistant II                                  14.48***
  12223 - Nursing Assistant III                                 15.80
  12224 - Nursing Assistant IV                                  17.75
  12235 - Optical Dispenser                                     19.50
  12236 - Optical Technician                                    16.72
  12250 - Pharmacy Technician                                   17.74
  12280 - Phlebotomist                                          17.56
  12305 - Radiologic Technologist                               29.53
  12311 - Registered Nurse I                                    25.82
  12312 - Registered Nurse II                                   31.58
  12313 - Registered Nurse II Specialist                        31.58
  12314 - Registered Nurse III                                  38.19
  12315 - Registered Nurse III Anesthetist                      38.19
  12316 - Registered Nurse IV                                   45.78
  12317 - Scheduler (Drug and Alcohol Testing)                  26.86
  12320 - Substance Abuse Treatment Counselor                   23.56
13000 - Information And Arts Occupations
  13011 - Exhibits Specialist I                                 20.65
  13012 - Exhibits Specialist II                                25.58
  13013 - Exhibits Specialist III                               31.28
  13041 - Illustrator I                                         24.95
  13042 - Illustrator II                                        30.91
  13043 - Illustrator III                                       36.18
  13047 - Librarian                                             31.56
  13050 - Library Aide/Clerk                                    14.33***
  13054 - Library Information Technology Systems                27.42
  Administrator
  13058 - Library Technician                                    16.29
  13061 - Media Specialist I                                    19.78
  13062 - Media Specialist II                                   22.13
  13063 - Media Specialist III                                  24.67
  13071 - Photographer I                                        19.31
  13072 - Photographer II                                       21.60
  13073 - Photographer III                                      26.75
  13074 - Photographer IV                                       32.73
  13075 - Photographer V                                        39.61
  13090 - Technical Order Library Clerk                         17.84
  13110 - Video Teleconference Technician                       21.59
14000 - Information Technology Occupations
  14041 - Computer Operator I                                   20.17
  14042 - Computer Operator II                                  22.55
  14043 - Computer Operator III                                 25.16
  14044 - Computer Operator IV                                  29.85
  14045 - Computer Operator V                                   33.04
```

```
14071 - Computer Programmer I                        (see 1)
14072 - Computer Programmer II                       (see 1)
14073 - Computer Programmer III                      (see 1)
14074 - Computer Programmer IV                       (see 1)
14101 - Computer Systems Analyst I                   (see 1)
14102 - Computer Systems Analyst II                  (see 1)
14103 - Computer Systems Analyst III                 (see 1)
14150 - Peripheral Equipment Operator                   20.17
14160 - Personal Computer Support Technician            29.85
14170 - System Support Specialist                       42.82
15000 - Instructional Occupations
   15010 - Aircrew Training Devices Instructor (Non-Rated)  35.04
   15020 - Aircrew Training Devices Instructor (Rated)      41.90
   15030 - Air Crew Training Devices Instructor (Pilot)     47.60
   15050 - Computer Based Training Specialist / Instructor  35.04
   15060 - Educational Technologist                         34.30
   15070 - Flight Instructor (Pilot)                        47.60
   15080 - Graphic Artist                                   25.79
   15085 - Maintenance Test Pilot Fixed Jet/Prop            47.60
   15086 - Maintenance Test Pilot Rotary Wing               47.60
   15088 - Non-Maintenance Test/Co-Pilot                    47.60
   15090 - Technical Instructor                             27.43
   15095 - Technical Instructor/Course Developer            33.55
   15110 - Test Proctor                                     22.14
   15120 - Tutor                                            22.14
16000 - Laundry Dry-Cleaning Pressing And Related Occupations
   16010 - Assembler                                     10.94***
   16030 - Counter Attendant                              10.94***
   16040 - Dry Cleaner                                     14.05***
   16070 - Finisher Flatwork Machine                      10.94***
   16090 - Presser Hand                                   10.94***
   16110 - Presser Machine Drycleaning                    10.94***
   16130 - Presser Machine Shirts                         10.94***
   16160 - Presser Machine Wearing Apparel Laundry        10.94***
   16190 - Sewing Machine Operator                        14.90***
   16220 - Tailor                                            16.02
   16250 - Washer Machine                                 12.02***
19000 - Machine Tool Operation And Repair Occupations
   19010 - Machine-Tool Operator (Tool Room)                21.10
   19040 - Tool And Die Maker                               25.34
21000 - Materials Handling And Packing Occupations
   21020 - Forklift Operator                                17.32
   21030 - Material Coordinator                             24.46
   21040 - Material Expediter                               24.46
   21050 - Material Handling Laborer                      14.93***
   21071 - Order Filler                                   14.57***
   21080 - Production Line Worker (Food Processing)         17.32
   21110 - Shipping Packer                                  16.39
   21130 - Shipping/Receiving Clerk                         16.39
   21140 - Store Worker I                                 12.67***
   21150 - Stock Clerk                                      18.37
   21210 - Tools And Parts Attendant                        17.32
   21410 - Warehouse Specialist                             17.32
23000 - Mechanics And Maintenance And Repair Occupations
   23010 - Aerospace Structural Welder                      39.14
   23019 - Aircraft Logs and Records Technician             31.80
   23021 - Aircraft Mechanic I                              37.33
   23022 - Aircraft Mechanic II                             39.14
   23023 - Aircraft Mechanic III                            40.96
   23040 - Aircraft Mechanic Helper                         26.78
   23050 - Aircraft Painter                                 35.44
   23060 - Aircraft Servicer                                31.80
   23070 - Aircraft Survival Flight Equipment Technician    35.44
   23080 - Aircraft Worker                                  33.63
   23091 - Aircrew Life Support Equipment (ALSE) Mechanic   33.63
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
      23092 - Aircrew Life Support Equipment (ALSE) Mechanic          37.33
   II
   23110 - Appliance Mechanic                                         19.55
   23120 - Bicycle Repairer                                           19.15
   23125 - Cable Splicer                                              27.55
   23130 - Carpenter Maintenance                                      19.37
   23140 - Carpet Layer                                               19.04
   23160 - Electrician Maintenance                                    23.75
   23181 - Electronics Technician Maintenance I                       26.71
   23182 - Electronics Technician Maintenance II                      28.15
   23183 - Electronics Technician Maintenance III                     29.65
   23260 - Fabric Worker                                              26.87
   23290 - Fire Alarm System Mechanic                                 23.76
   23310 - Fire Extinguisher Repairer                                 19.15
   23311 - Fuel Distribution System Mechanic                          21.32
   23312 - Fuel Distribution System Operator                          16.71
   23370 - General Maintenance Worker                                 19.91
   23380 - Ground Support Equipment Mechanic                          37.33
   23381 - Ground Support Equipment Servicer                          31.80
   23382 - Ground Support Equipment Worker                            33.63
   23391 - Gunsmith I                                                 19.15
   23392 - Gunsmith II                                                22.00
   23393 - Gunsmith III                                               24.42
   23410 - Heating Ventilation And Air-Conditioning                   23.09
   Mechanic
   23411 - Heating Ventilation And Air Contidioning                   24.21
   Mechanic (Research Facility)
   23430 - Heavy Equipment Mechanic                                   26.05
   23440 - Heavy Equipment Operator                                   20.97
   23460 - Instrument Mechanic                                        27.95
   23465 - Laboratory/Shelter Mechanic                                23.19
   23470 - Laborer                                                    14.93***
   23510 - Locksmith                                                  23.89
   23530 - Machinery Maintenance Mechanic                             25.75
   23550 - Machinist Maintenance                                      21.29
   23580 - Maintenance Trades Helper                                  16.50
   23591 - Metrology Technician I                                     27.95
   23592 - Metrology Technician II                                    29.30
   23593 - Metrology Technician III                                   30.67
   23640 - Millwright                                                 25.87
   23710 - Office Appliance Repairer                                  18.66
   23760 - Painter Maintenance                                        17.81
   23790 - Pipefitter Maintenance                                     26.55
   23810 - Plumber Maintenance                                        25.20
   23820 - Pneudraulic Systems Mechanic                               24.42
   23850 - Rigger                                                     26.09
   23870 - Scale Mechanic                                             22.00
   23890 - Sheet-Metal Worker Maintenance                             22.12
   23910 - Small Engine Mechanic                                      19.51
   23931 - Telecommunications Mechanic I                              29.53
   23932 - Telecommunications Mechanic II                             30.96
   23950 - Telephone Lineman                                          23.54
   23960 - Welder Combination Maintenance                             20.38
   23965 - Well Driller                                               21.63
   23970 - Woodcraft Worker                                           24.42
   23980 - Woodworker                                                 19.15
 24000 - Personal Needs Occupations
   24550 - Case Manager                                               18.06
   24570 - Child Care Attendant                                       11.76***
   24580 - Child Care Center Clerk                                    14.66***
   24610 - Chore Aide                                                 10.04***
   24620 - Family Readiness And Support Services                      18.06
   Coordinator
   24630 - Homemaker                                                  18.06
```

Case 1:23-cv-00808-MRD-PAS Document 12 Filed 06/27/25 Page 799 of 1155 PageID #: 2684

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                          27.73
    25040 - Sewage Plant Operator                                  21.18
    25070 - Stationary Engineer                                    27.73
    25190 - Ventilation Equipment Tender                           19.37
    25210 - Water Treatment Plant Operator                         21.18
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                          20.64
    27007 - Baggage Inspector                                   14.10***
    27008 - Corrections Officer                                    24.04
    27010 - Court Security Officer                                 26.82
    27030 - Detection Dog Handler                                  16.92
    27040 - Detention Officer                                      24.04
    27070 - Firefighter                                            29.61
    27101 - Guard I                                             14.10***
    27102 - Guard II                                              16.92
    27131 - Police Officer I                                       31.39
    27132 - Police Officer II                                      34.89
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                         14.42***
    28042 - Carnival Equipment Repairer                            15.76
    28043 - Carnival Worker                                     10.37***
    28210 - Gate Attendant/Gate Tender                          14.18***
    28310 - Lifeguard                                           11.19***
    28350 - Park Attendant (Aide)                                  15.86
    28510 - Recreation Aide/Health Facility Attendant           11.57***
    28515 - Recreation Specialist                                 19.34
    28630 - Sports Official                                     12.63***
    28690 - Swimming Pool Operator                                 21.99
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                     28.45
    29020 - Hatch Tender                                           28.45
    29030 - Line Handler                                           28.45
    29041 - Stevedore I                                            26.91
    29042 - Stevedore II                                           29.99
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)  (see 2)   43.42
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)  29.95
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)  32.97
    30021 - Archeological Technician I                             20.07
    30022 - Archeological Technician II                            22.40
    30023 - Archeological Technician III                           27.75
    30030 - Cartographic Technician                                27.75
    30040 - Civil Engineering Technician                           24.42
    30051 - Cryogenic Technician I                                 26.83
    30052 - Cryogenic Technician II                                29.63
    30061 - Drafter/CAD Operator I                                 20.07
    30062 - Drafter/CAD Operator II                                22.40
    30063 - Drafter/CAD Operator III                               24.97
    30064 - Drafter/CAD Operator IV                                30.73
    30081 - Engineering Technician I                               17.56
    30082 - Engineering Technician II                              19.70
    30083 - Engineering Technician III                             22.03
    30084 - Engineering Technician IV                              27.30
    30085 - Engineering Technician V                               33.40
    30086 - Engineering Technician VI                              40.41
    30090 - Environmental Technician                               25.52
    30095 - Evidence Control Specialist                            24.23
    30210 - Laboratory Technician                                  25.44
    30221 - Latent Fingerprint Technician I                        26.76
    30222 - Latent Fingerprint Technician II                       29.57
    30240 - Mathematical Technician                                33.58
    30361 - Paralegal/Legal Assistant I                            19.49
    30362 - Paralegal/Legal Assistant II                           24.15
    30363 - Paralegal/Legal Assistant III                          29.54
```

```
30384 - Paralegal/Legal Assistant IV                              35.74
30375 - Petroleum Supply Specialist                               29.63
30390 - Photo-Optics Technician                                   27.75
30395 - Radiation Control Technician                              29.63
30461 - Technical Writer I                                        25.69
30462 - Technical Writer II                                       31.42
30463 - Technical Writer III                                      38.01
30491 - Unexploded Ordnance (UXO) Technician I                    27.60
30492 - Unexploded Ordnance (UXO) Technician II                   33.39
30493 - Unexploded Ordnance (UXO) Technician III                  40.02
30494 - Unexploded (UXO) Safety Escort                            27.60
30495 - Unexploded (UXO) Sweep Personnel                          27.60
30501 - Weather Forecaster I                                      26.83
30502 - Weather Forecaster II                                     32.63
30620 - Weather Observer Combined Upper Air Or     (see 2)        24.97
Surface Programs
30621 - Weather Observer Senior                    (see 2)        25.23
31000 - Transportation/Mobile Equipment Operation Occupations
31010 - Airplane Pilot                                            33.39
31020 - Bus Aide                                                  14.95***
31030 - Bus Driver                                                21.81
31043 - Driver Courier                                            17.15
31260 - Parking and Lot Attendant                                 10.91***
31290 - Shuttle Bus Driver                                        18.53
31310 - Taxi Driver                                               13.24***
31361 - Truckdriver Light                                         18.75
31362 - Truckdriver Medium                                        20.37
31363 - Truckdriver Heavy                                         23.34
31364 - Truckdriver Tractor-Trailer                               23.34
99000 - Miscellaneous Occupations
99020 - Cabin Safety Specialist                                   16.28
99030 - Cashier                                                   11.14***
99050 - Desk Clerk                                                11.72***
99095 - Embalmer                                                  24.05
99130 - Flight Follower                                           27.60
99251 - Laboratory Animal Caretaker I                             13.18***
99252 - Laboratory Animal Caretaker II                            14.42***
99260 - Marketing Analyst                                         37.40
99310 - Mortician                                                 26.46
99410 - Pest Controller                                           23.68
99510 - Photofinishing Worker                                     14.89***
99710 - Recycling Laborer                                         20.02
99711 - Recycling Specialist                                      24.59
99730 - Refuse Collector                                          17.69
99810 - Sales Clerk                                               13.65***
99820 - School Crossing Guard                                     11.54***
99830 - Survey Party Chief                                        27.65
99831 - Surveying Aide                                            16.57
99832 - Surveying Technician                                      21.23
99840 - Vending Machine Attendant                                 15.50
99841 - Vending Machine Repairer                                  19.03
99842 - Vending Machine Repairer Helper                           15.46
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017. If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking. Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.


ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:


HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month


HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*


*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors. A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.


VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)


HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:


1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541. Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families. In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees. For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.


Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption. Therefore the exemption applies only to computer employees

to satisfy the compensation requirements and whose primary duty consists of:

(1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

(2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

(3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

(4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).

2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am.  If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).

** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder.  All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5149002
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day).  However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.


** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **


The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.


** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **


Conformance Process:


The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)).  Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)).  The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification.  Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract.  (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.


The process for preparing a conformance request is as follows:


1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).


2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.


3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).


4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.


5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

6) Each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
            "REGISTER OF WAGE DETERMINATIONS UNDER    |      U.S. DEPARTMENT OF LABOR
              THE SERVICE CONTRACT ACT                | EMPLOYMENT STANDARDS ADMINISTRATION
          By direction of the Secretary of Labor      |       WAGE AND HOUR DIVISION
                                                      |        WASHINGTON D.C.  20210
                                                      |
                                                      |
                                                      |
                                                      |
                                                      | Wage Determination No.: 2015-5231
     Daniel W. Simms         Division of              |        Revision No.: 21
     Director           Wage Determinations|  Date Of Last Revision: 03/15/2022
                                                      |
```

Note: Contracts subject to the Service Contract Act are generally required to pay at least the applicable minimum wage rate required under Executive Order 14026 or Executive Order 13658.

| | |
|---|---|
| If the contract is entered into on or after January 30 2022 or the contract is renewed or extended (e.g. an option is exercised) on or after January 30 2022: | With certain exceptions Executive Order 14026 applies to the contract. The contractor must pay all covered workers at least $15.00 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |
| If the contract was awarded on or between January 1 2015 and January 29 2022 and the contract is not renewed or extended on or after January 30 2022: | With certain exceptions Executive Order 13658 applies to the contract. The contractor must pay all covered workers at least $11.25 per hour (or the applicable wage rate listed on this wage determination if it is higher) for all hours spent performing on the contract in 2022. |

The applicable Executive Order minimum wage rate will be adjusted annually. Additional information on contractor requirements and worker protections under the Executive Orders is available at https://www.dol.gov/agencies/whd/government-contracts.

State: Texas

Area: Texas Counties of Johnson Parker Tarrant Wise

_____

**Fringe Benefits Required Follow the Occupational Listing**

| OCCUPATION CODE - TITLE | FOOTNOTE | RATE |
|---|---|---|
| 01000 - Administrative Support And Clerical Occupations | | |
| 01011 - Accounting Clerk I | | 16.42 |
| 01012 - Accounting Clerk II | | 18.44 |
| 01013 - Accounting Clerk III | | 20.62 |
| 01020 - Administrative Assistant | | 29.05 |
| 01035 - Court Reporter | | 25.31 |
| 01041 - Customer Service Representative I | | 14.51*** |
| 01042 - Customer Service Representative II | | 15.84 |
| 01043 - Customer Service Representative III | | 17.79 |
| 01051 - Data Entry Operator I | | 15.34 |
| 01052 - Data Entry Operator II | | 16.74 |
| 01060 - Dispatcher Motor Vehicle | | 21.20 |
| 01070 - Document Preparation Clerk | | 17.28 |
| 01090 - Duplicating Machine Operator | | 17.28 |
| 01111 - General Clerk I | | 14.03*** |
| 01112 - General Clerk II | | 15.31 |
| 01113 - General Clerk III | | 17.20 |

```
01140 - Housing Referral Assistant                            22.46
01141 - Messenger Courier                                     15.56
01191   Order Clerk I                                         15.73
01192 - Order Clerk II                                        17.16
01261 - Personnel Assistant (Employment) I                    17.63
01262 - Personnel Assistant (Employment) II                   19.71
01263   Personnel Assistant (Employment) III                  21.97
01270 - Production Control Clerk                               24.46
01290 - Rental Clerk                                          15.30
01300 - Scheduler Maintenance                                 18.01
01311 - Secretary I                                           18.01
01312 - Secretary II                                          20.14
01313 - Secretary III                                         22.46
01320 - Service Order Dispatcher                              18.82
01410   Supply Technician                                     29.05
01420 - Survey Worker                                         17.74
01460 - Switchboard Operator/Receptionist                    15.15
01531 - Travel Clerk I                                        15.62
01532 - Travel Clerk II                                       16.79
01533 - Travel Clerk III                                      18.02
01611 - Word Processor I                                      16.86
01612 - Word Processor II                                     18.92
01613   Word Processor III                                    21.16
05000 - Automotive Service Occupations
05005 - Automobile Body Repairer Fiberglass                   22.70
05010 - Automotive  Electrician                               21.81
05040   Automotive Glass Installer                            21.40
05070 - Automotive Worker                                     21.93
05110 - Mobile Equipment Servicer                             17.94
05130 - Motor Equipment Metal Mechanic                        22.99
05160   Motor Equipment Metal Worker                          21.40
05190 - Motor Vehicle Mechanic                               22.99
05220 - Motor Vehicle Mechanic Helper                         17.15
05250 - Motor Vehicle Upholstery Worker                       20.43
05280   Motor Vehicle Wrecker                                 20.70
05310 - Painter Automotive                                    21.72
05340 - Radiator Repair Specialist                            20.70
05370 - Tire Repairer                                       14.14***
05400   Transmission Repair Specialist                        22.99
07000 - Food Preparation And Service Occupations
07010 - Baker                                               12.29***
07041 - Cook I                                              13.08***
07042   Cook II                                               15.03
07070 - Dishwasher                                          10.52***
07130 - Food Service Worker                                 11.72***
07210 - Meat Cutter                                         13.63***
07260   Waiter/Waitress                                      9.21***
09000 - Furniture Maintenance And Repair Occupations
09010 - Electrostatic Spray Painter                           19.02
09040 - Furniture Handler                                   11.79***
09080   Furniture Refinisher                                14.91***
09090 - Furniture Refinisher Helper                         11.79***
09110 - Furniture Repairer Minor                            13.18***
09130 - Upholsterer                                           16.90
11000   General Services And Support Occupations
11030 - Cleaner Vehicles                                    11.77***
11060 - Elevator Operator                                   12.95***
11090 - Gardener                                              21.03
11122   Housekeeping Aide                                   13.28***
11150 - Janitor                                             13.28***
11210 - Laborer Grounds Maintenance                           15.66
11240 - Maid or Houseman                                    11.53***
11260   Pruner                                              13.84***
11270 - Tractor Operator                                      19.24
11330 - Trail Maintenance Worker                              15.66
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5199980
Reviewer: Carol M.

|  |  |  |
|---|---|---|
| 11340 | - | Window Cleaner | 15.03 |
| **12000** | **-** | **Health Occupations** |  |
| 12010 | - | Ambulance Driver | 18.28 |
| 12011 | - | Breath Alcohol Technician | 21.68 |
| 12012 | - | Certified Occupational Therapist Assistant | 38.09 |
| 12015 | - | Certified Physical Therapist Assistant | 33.92 |
| 12020 | - | Dental Assistant | 20.87 |
| 12025 | - | Dental Hygienist | 40.23 |
| 12030 | - | EKG Technician | 29.97 |
| 12035 | - | Electroneurodiagnostic Technologist | 29.97 |
| 12040 | - | Emergency Medical Technician | 18.28 |
| 12071 | - | Licensed Practical Nurse I | 19.39 |
| 12072 | - | Licensed Practical Nurse II | 21.68 |
| 12073 | - | Licensed Practical Nurse III | 24.17 |
| 12100 | - | Medical Assistant | 16.98 |
| 12130 | - | Medical Laboratory Technician | 26.50 |
| 12160 | - | Medical Record Clerk | 18.67 |
| 12190 | - | Medical Record Technician | 20.88 |
| 12195 | - | Medical Transcriptionist | 20.16 |
| 12210 | - | Nuclear Medicine Technologist | 42.21 |
| 12221 | - | Nursing Assistant I | 12.89*** |
| 12222 | - | Nursing Assistant II | 14.48*** |
| 12223 | - | Nursing Assistant III | 15.80 |
| 12224 | - | Nursing Assistant IV | 17.75 |
| 12235 | - | Optical Dispenser | 19.50 |
| 12236 | - | Optical Technician | 16.72 |
| 12250 | - | Pharmacy Technician | 17.74 |
| 12280 | - | Phlebotomist | 17.56 |
| 12305 | - | Radiologic Technologist | 29.62 |
| 12311 | - | Registered Nurse I | 25.82 |
| 12312 | - | Registered Nurse II | 31.58 |
| 12313 | - | Registered Nurse II Specialist | 31.58 |
| 12314 | - | Registered Nurse III | 38.19 |
| 12315 | - | Registered Nurse III Anesthetist | 38.19 |
| 12316 | - | Registered Nurse IV | 45.78 |
| 12317 | - | Scheduler (Drug and Alcohol Testing) | 26.86 |
| 12320 | - | Substance Abuse Treatment Counselor | 23.56 |
| **13000** | **-** | **Information And Arts Occupations** |  |
| 13011 | - | Exhibits Specialist I | 20.93 |
| 13012 | - | Exhibits Specialist II | 25.93 |
| 13013 | - | Exhibits Specialist III | 31.72 |
| 13041 | - | Illustrator I | 24.95 |
| 13042 | - | Illustrator II | 30.91 |
| 13043 | - | Illustrator III | 37.82 |
| 13047 | - | Librarian | 31.56 |
| 13050 | - | Library Aide/Clerk | 14.33*** |
| 13054 | - | Library Information Technology Systems Administrator | 27.42 |
| 13058 | - | Library Technician | 15.98 |
| 13061 | - | Media Specialist I | 19.78 |
| 13062 | - | Media Specialist II | 22.13 |
| 13063 | - | Media Specialist III | 24.67 |
| 13071 | - | Photographer I | 19.31 |
| 13072 | - | Photographer II | 21.60 |
| 13073 | - | Photographer III | 26.75 |
| 13074 | - | Photographer IV | 32.73 |
| 13075 | - | Photographer V | 39.61 |
| 13090 | - | Technical Order Library Clerk | 17.84 |
| 13110 | - | Video Teleconference Technician | 21.59 |
| **14000** | **-** | **Information Technology Occupations** |  |
| 14041 | - | Computer Operator I | 20.10 |
| 14042 | - | Computer Operator II | 22.48 |
| 14043 | - | Computer Operator III | 25.69 |
| 14044 | - | Computer Operator IV | 29.85 |
| 14045 | - | Computer Operator V | 33.42 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194081
Reviewer: Carol M.

```
       14071 - Computer Programmer I              (see 1)
       14072 - Computer Programmer II             (see 1)
       14073 - Computer Programmer III            (see 1)
       14074 - Computer Programmer IV             (see 1)
       14101 - Computer Systems Analyst I         (see 1)
       14102 - Computer Systems Analyst II        (see 1)
       14103 - Computer Systems Analyst III       (see 1)
       14150 - Peripheral Equipment Operator            20.10
       14160 - Personal Computer Support Technician     29.85
       14170 - System Support Specialist                40.81
   15000 - Instructional Occupations
       15010 - Aircrew Training Devices Instructor (Non-Rated)   35.04
       15020 - Aircrew Training Devices Instructor (Rated)       42.54
       15030 - Air Crew Training Devices Instructor (Pilot)      50.81
       15050 - Computer Based Training Specialist / Instructor   35.04
       15060 - Educational Technologist                32.43
       15070 - Flight Instructor (Pilot)               50.81
       15080 - Graphic Artist                          25.79
       15085 - Maintenance Test Pilot Fixed Jet/Prop   47.60
       15086 - Maintenance Test Pilot Rotary Wing      47.60
       15088 - Non-Maintenance Test/Co-Pilot           47.60
       15090 - Technical Instructor                    27.43
       15095 - Technical Instructor/Course Developer   33.55
       15110 - Test Proctor                            22.14
       15120 - Tutor                                   22.14
   16000 - Laundry Dry-Cleaning Pressing And Related Occupations
       16010 - Assembler                            10.94***
       16030 - Counter Attendant                    10.94***
       16040 - Dry Cleaner                          14.05***
       16070 - Finisher Flatwork Machine            10.94***
       16090 - Presser Hand                         10.94***
       16110 - Presser Machine Drycleaning          10.94***
       16130 - Presser Machine Shirts               10.94***
       16160 - Presser Machine Wearing Apparel Laundry  10.94***
       16190 - Sewing Machine Operator              14.90***
       16220 - Tailor                                  16.02
       16250 - Washer Machine                       12.02***
   19000 - Machine Tool Operation And Repair Occupations
       19010 - Machine-Tool Operator (Tool Room)       25.17
       19040 - Tool And Die Maker                      30.45
   21000 - Materials Handling And Packing Occupations
       21020 - Forklift Operator                       17.32
       21030 - Material Coordinator                    24.46
       21040 - Material Expediter                      24.46
       21050 - Material Handling Laborer            14.93***
       21071 - Order Filler                         14.57***
       21080 - Production Line Worker (Food Processing)  17.32
       21110 - Shipping Packer                         16.39
       21130 - Shipping/Receiving Clerk                16.39
       21140 - Store Worker I                       12.67***
       21150 - Stock Clerk                             18.37
       21210 - Tools And Parts Attendant               17.32
       21410 - Warehouse Specialist                    17.32
   23000 - Mechanics And Maintenance And Repair Occupations
       23010 - Aerospace Structural Welder             39.14
       23019 - Aircraft Logs and Records Technician    31.80
       23021 - Aircraft Mechanic I                     37.33
       23022 - Aircraft Mechanic II                    39.14
       23023 - Aircraft Mechanic III                   40.96
       23040 - Aircraft Mechanic Helper                26.78
       23050 - Aircraft Painter                        35.44
       23060 - Aircraft Servicer                       31.80
       23070 - Aircraft Survival Flight Equipment Technician  35.44
       23080 - Aircraft Worker                         33.63
       23091 - Aircrew Life Support Equipment (ALSE) Mechanic  33.63
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

```
      23092 - Aircrew Life Support Equipment (ALSE) Mechanic        37.33
      II
      23110 - Appliance Mechanic                                    19.55
      23120 - Bicycle Repairer                                      19.15
      23125 - Cable Splicer                                         28.78
      23130 - Carpenter Maintenance                                 19.37
      23140 - Carpet Layer                                          18.56
      23160 - Electrician Maintenance                               23.75
      23181 - Electronics Technician Maintenance I                  26.71
      23182 - Electronics Technician Maintenance II                 28.15
      23183 - Electronics Technician Maintenance III                29.65
      23260 - Fabric Worker                                         25.58
      23290 - Fire Alarm System Mechanic                            23.76
      23310 - Fire Extinguisher Repairer                            19.15
      23311 - Fuel Distribution System Mechanic                     21.21
      23312 - Fuel Distribution System Operator                     17.02
      23370 - General Maintenance Worker                            19.91
      23380 - Ground Support Equipment Mechanic                     37.33
      23381 - Ground Support Equipment Servicer                     31.80
      23382 - Ground Support Equipment Worker                       33.63
      23391 - Gunsmith I                                            19.15
      23392 - Gunsmith II                                           22.00
      23393 - Gunsmith III                                          24.42
      23410 - Heating Ventilation And Air-Conditioning              23.09
      Mechanic
      23411 - Heating Ventilation And Air Contidioning              24.21
      Mechanic (Research Facility)
      23430 - Heavy Equipment Mechanic                              26.05
      23440 - Heavy Equipment Operator                              20.97
      23460 - Instrument Mechanic                                   27.95
      23465 - Laboratory/Shelter Mechanic                           23.19
      23470 - Laborer                                            14.93***
      23510 - Locksmith                                             23.68
      23530 - Machinery Maintenance Mechanic                        25.75
      23550 - Machinist Maintenance                                 21.29
      23580 - Maintenance Trades Helper                             16.50
      23591 - Metrology Technician I                                27.95
      23592 - Metrology Technician II                               29.30
      23593 - Metrology Technician III                              30.67
      23640 - Millwright                                            26.43
      23710 - Office Appliance Repairer                             18.66
      23760 - Painter Maintenance                                   17.81
      23790 - Pipefitter Maintenance                                26.55
      23810 - Plumber Maintenance                                   25.20
      23820 - Pneudraulic Systems Mechanic                          24.42
      23850 - Rigger                                                26.09
      23870 - Scale Mechanic                                        22.00
      23890 - Sheet-Metal Worker Maintenance                        22.12
      23910 - Small Engine Mechanic                                 19.51
      23931 - Telecommunications Mechanic I                         29.53
      23932 - Telecommunications Mechanic II                        30.96
      23950 - Telephone Lineman                                     30.45
      23960 - Welder Combination Maintenance                        20.38
      23965 - Well Driller                                          20.65
      23970 - Woodcraft Worker                                      24.42
      23980 - Woodworker                                            19.15
   24000 - Personal Needs Occupations
      24550 - Case Manager                                          18.06
      24570 - Child Care Attendant                               11.76***
      24580 - Child Care Center Clerk                            14.66***
      24610 - Chore Aide                                         10.04***
      24620 - Family Readiness And Support Services                 18.06
      Coordinator
      24630 - Homemaker                                             18.06
```

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5100008
Reviewer: Carol M.

```
25000 - Plant And System Operations Occupations
    25010 - Boiler Tender                                        30.15
    25040 - Sewage Plant Operator                               21.18
    25070 - Stationary Engineer                                 30.15
    25190 - Ventilation Equipment Tender                        21.29
    25210 - Water Treatment Plant Operator                      21.18
27000 - Protective Service Occupations
    27004 - Alarm Monitor                                       20.64
    27007 - Baggage Inspector                                14.10***
    27008 - Corrections Officer                                 24.04
    27010 - Court Security Officer                              26.82
    27030 - Detection Dog Handler                               16.92
    27040 - Detention Officer                                   24.04
    27070 - Firefighter                                         30.69
    27101 - Guard I                                          14.10***
    27102 - Guard II                                            16.92
    27131 - Police Officer I                                    31.39
    27132 - Police Officer II                                   34.89
28000 - Recreation Occupations
    28041 - Carnival Equipment Operator                      14.42***
    28042 - Carnival Equipment Repairer                         15.76
    28043 - Carnival Worker                                  10.37***
    28210 - Gate Attendant/Gate Tender                       14.18***
    28310 - Lifeguard                                        11.19***
    28350 - Park Attendant (Aide)                               15.86
    28510 - Recreation Aide/Health Facility Attendant        11.57***
    28515 - Recreation Specialist                               19.34
    28630 - Sports Official                                  12.63***
    28690 - Swimming Pool Operator                              18.88
29000 - Stevedoring/Longshoremen Occupational Services
    29010 - Blocker And Bracer                                  28.80
    29020 - Hatch Tender                                        28.80
    29030 - Line Handler                                        28.80
    29041 - Stevedore I                                         26.91
    29042 - Stevedore II                                        29.99
30000 - Technical Occupations
    30010 - Air Traffic Control Specialist Center (HFO)  (see 2)    43.42
    30011 - Air Traffic Control Specialist Station (HFO)  (see 2)    29.95
    30012 - Air Traffic Control Specialist Terminal (HFO) (see 2)    32.97
    30021 - Archeological Technician I                          20.07
    30022 - Archeological Technician II                         22.40
    30023 - Archeological Technician III                        27.75
    30030 - Cartographic Technician                             27.75
    30040 - Civil Engineering Technician                        24.64
    30051 - Cryogenic Technician I                              28.44
    30052 - Cryogenic Technician II                             31.41
    30061 - Drafter/CAD Operator I                              20.07
    30062 - Drafter/CAD Operator II                             22.40
    30063 - Drafter/CAD Operator III                            24.97
    30064 - Drafter/CAD Operator IV                             30.73
    30081 - Engineering Technician I                            17.56
    30082 - Engineering Technician II                           19.70
    30083 - Engineering Technician III                          22.03
    30084 - Engineering Technician IV                           27.30
    30085 - Engineering Technician V                            33.40
    30086 - Engineering Technician VI                           40.41
    30090 - Environmental Technician                            25.52
    30095 - Evidence Control Specialist                         25.68
    30210 - Laboratory Technician                               25.44
    30221 - Latent Fingerprint Technician I                     26.84
    30222 - Latent Fingerprint Technician II                    29.64
    30240 - Mathematical Technician                             33.58
    30361 - Paralegal/Legal Assistant I                         20.25
    30362 - Paralegal/Legal Assistant II                        25.08
    30363 - Paralegal/Legal Assistant III                       30.68
```

Case Number: PC-2025-02760 Document Filed 06/27/2025 Page 8 Page 1067 Page 229D #: 2696

```
            30984 - Paralegal/Legal Assistant IV                                37.12
            30375 - Petroleum Supply Specialist                                 31.41
            30390 - Photo-Optics Technician                                     27.75
            30395 - Radiation Control Technician                                31.41
            30461 - Technical Writer I                                          25.69
            30462 - Technical Writer II                                         31.42
            30463 - Technical Writer III                                        38.01
            30491 - Unexploded Ordnance (UXO) Technician I                      27.60
            30492 - Unexploded Ordnance (UXO) Technician II                     33.39
            30493 - Unexploded Ordnance (UXO) Technician III                    40.02
            30494 - Unexploded (UXO) Safety Escort                              27.60
            30495 - Unexploded (UXO) Sweep Personnel                            27.60
            30501 - Weather Forecaster I                                        28.44
            30502 - Weather Forecaster II                                       34.59
            30620 - Weather Observer Combined Upper Air Or      (see 2)         24.97
            Surface Programs
            30621 - Weather Observer Senior                      (see 2)        25.68
      31000 - Transportation/Mobile Equipment Operation Occupations
            31010 - Airplane Pilot                                              33.39
            31020 - Bus Aide                                                 14.95***
            31030 - Bus Driver                                                  21.81
            31043 - Driver Courier                                              17.15
            31260 - Parking and Lot Attendant                                10.91***
            31290 - Shuttle Bus Driver                                          18.53
            31310 - Taxi Driver                                              13.24***
            31361 - Truckdriver Light                                           18.75
            31362 - Truckdriver Medium                                          20.50
            31363 - Truckdriver Heavy                                           23.34
            31364 - Truckdriver Tractor-Trailer                                 23.34
      99000 - Miscellaneous Occupations
            99020 - Cabin Safety Specialist                                     16.28
            99030 - Cashier                                                  11.14***
            99050 - Desk Clerk                                                11.75***
            99095 - Embalmer                                                    24.25
            99130 - Flight Follower                                             27.60
            99251 - Laboratory Animal Caretaker I                             13.18***
            99252 - Laboratory Animal Caretaker II                            14.42***
            99260 - Marketing Analyst                                          37.40
            99310 - Mortician                                                   26.46
            99410 - Pest Controller                                            23.95
            99510 - Photofinishing Worker                                    14.64***
            99710 - Recycling Laborer                                          20.02
            99711 - Recycling Specialist                                       24.59
            99730 - Refuse Collector                                           17.69
            99810 - Sales Clerk                                              13.65***
            99820 - School Crossing Guard                                   11.54***
            99830 - Survey Party Chief                                        29.08
            99831 - Surveying Aide                                            16.87
            99832 - Surveying Technician                                      21.23
            99840 - Vending Machine Attendant                                 15.15
            99841 - Vending Machine Repairer                                  18.89
            99842 - Vending Machine Repairer Helper                           15.15
```

***Workers in this classification may be entitled to a higher minimum wage under
Executive Order 14026 ($15.00 per hour) or 13658 ($11.25 per hour). Please see the
Note at the top of the wage determination for more information. Please also note
that the minimum wage requirements of Executive Order 14026 and 13658 are not
currently being enforced as to contracts or contract-like instruments entered
into with the federal government in connection with seasonal recreational services
or seasonal recreational equipment rental for the general public on federal lands.

Note: Executive Order (EO) 13706 Establishing Paid Sick Leave for Federal
Contractors applies to all contracts subject to the Service Contract Act for which
the contract is awarded (and any solicitation was issued) on or after January 1
2017. If this contract is covered by the EO the contractor must provide employees
with 1 hour of paid sick leave for every 30 hours they work up to 56 hours of paid
sick leave each year. Employees must be permitted to use paid sick leave for their
own illness injury or other health-related needs including preventive care; to
assist a family member (or person who is like family to the employee) who is ill
injured or has other health-related needs including preventive care; or for
reasons resulting from or to assist a family member (or person who is like family
to the employee) who is the victim of domestic violence sexual assault or
stalking. Additional information on contractor requirements and worker protections
under the EO is available at www.dol.gov/whd/govcontracts.

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $4.60 per hour up to 40 hours per week or $184.00 per week or
$797.33 per month

HEALTH & WELFARE EO 13706: $4.23 per hour up to 40 hours per week or $169.20 per
week or $733.20 per month*

*This rate is to be used only when compensating employees for performance on an SCA-
covered contract also covered by EO 13706 Establishing Paid Sick Leave for Federal
Contractors. A contractor may not receive credit toward its SCA obligations for any
paid sick leave provided pursuant to EO 13706.

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor 3 weeks after 5 years and 4 weeks after 15 years. Length of service
includes the whole span of continuous service with the present contractor or
successor wherever employed and with the predecessor contractors in the
performance of similar work at the same Federal facility. (Reg. 29 CFR 4.173)

HOLIDAYS: A minimum of eleven paid holidays per year: New Year's Day Martin
Luther King Jr.'s Birthday Washington's Birthday Memorial Day Juneteenth
National Independence Day Independence Day Labor Day Columbus Day Veterans'
Day Thanksgiving Day and Christmas Day. (A contractor may substitute for any of
the named holidays another day off with pay in accordance with a plan communicated
to the employees involved.) (See 29 CFR 4.174)


THE OCCUPATIONS WHICH HAVE NUMBERED FOOTNOTES IN PARENTHESES RECEIVE THE FOLLOWING:

1) COMPUTER EMPLOYEES: Under the SCA at section 8(b) this wage determination does
not apply to any employee who individually qualifies as a bona fide executive
administrative or professional employee as defined in 29 C.F.R. Part 541. Because
most Computer System Analysts and Computer Programmers who are compensated at a rate
not less than $27.63 (or on a salary or fee basis at a rate not less than $455 per
week) an hour would likely qualify as exempt computer professionals (29 C.F.R. 541.
400) wage rates may not be listed on this wage determination for all occupations
within those job families. In addition because this wage determination may not
list a wage rate for some or all occupations within those job families if the survey
data indicates that the prevailing wage rate for the occupation equals or exceeds
$27.63 per hour conformances may be necessary for certain nonexempt employees. For
example if an individual employee is nonexempt but nevertheless performs duties
within the scope of one of the Computer Systems Analyst or Computer Programmer
occupations for which this wage determination does not specify an SCA wage rate
then the wage rate for that employee must be conformed in accordance with the
conformance procedures described in the conformance note included on this wage
determination.

Additionally because job titles vary widely and change quickly in the computer
industry job titles are not determinative of the application of the computer
professional exemption. Therefore the exemption applies only to computer employees

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5184908
Reviewer: Carol M.

satisfy the compensation requirements and whose primary duty consists of:

    (1) The application of systems analysis techniques and procedures including consulting with users to determine hardware software or system functional specifications;

    (2) The design development documentation analysis creation testing or modification of computer systems or programs including prototypes based on and related to user or system design specifications;

    (3) The design documentation testing creation or modification of computer programs related to machine operating systems; or

    (4) A combination of the aforementioned duties the performance of which requires the same level of skills.  (29 C.F.R. 541.400).


2)  AIR TRAFFIC CONTROLLERS AND WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY:  If you work at night as part of a regular tour of duty you will earn a night differential and receive an additional 10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time employed (40 hours a week) and Sunday is part of your regularly scheduled workweek you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic rate for each hour of Sunday work which is not overtime (i.e. occasional work on Sunday outside the normal tour of duty is considered overtime work).


** HAZARDOUS PAY DIFFERENTIAL **

An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordnance explosives and incendiary materials.  This includes work such as screening blending dying mixing and pressing of sensitive ordnance explosives and pyrotechnic compositions such as lead azide black powder and photoflash powder. All dry-house activities involving propellants or explosives.  Demilitarization modification renovation demolition and maintenance operations on sensitive ordnance explosives and incendiary materials.  All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with or in close proximity to ordnance (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands face or arms of the employee engaged in the operation irritation of the skin minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used.  All operations involving unloading storage and hauling of ordnance explosive and incendiary ordnance material other than small arms ammunition.  These differentials are only applicable to work that has been specifically designated by the agency for ordnance explosives and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract by the employer by the state or local law etc.) the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms.  In addition where uniform cleaning and maintenance is made the responsibility of the employee all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount or the furnishing of contrary

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5119906
Reviewer: Carol M.

affirmative proof as to the actual cost) reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However in those instances where the uniforms furnished are made of ""wash and wear"" materials may be routinely washed and dried with other personal garments and do not require any special treatment such as dry cleaning daily washing or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract by the contractor by law or by the nature of the work there is no requirement that employees be reimbursed for uniform maintenance costs.

** SERVICE CONTRACT ACT DIRECTORY OF OCCUPATIONS **

The duties of employees under job titles listed are those described in the ""Service Contract Act Directory of Occupations"" Fifth Edition (Revision 1) dated September 2015 unless otherwise indicated.

** REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE Standard Form 1444 (SF-1444) **

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e. the work to be performed is not performed by any classification listed in the wage determination) be classified by the contractor so as to provide a reasonable relationship (i.e. appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination (See 29 CFR 4.6(b)(2)(i)). Such conforming procedures shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees (See 29 CFR 4.6(b)(2)(ii)). The Wage and Hour Division shall make a final determination of conformed classification wage rate and/or fringe benefits which shall be paid to all employees performing in the classification from the first day of work on which contract work is performed by them in the classification. Failure to pay such unlisted employees the compensation agreed upon by the interested parties and/or fully determined by the Wage and Hour Division retroactive to the date such class of employees commenced contract work shall be a violation of the Act and this contract. (See 29 CFR 4.6(b)(2)(v)). When multiple wage determinations are included in a contract a separate SF-1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award the contractor prepares a written report listing in order the proposed classification title(s) a Federal grade equivalency (FGE) for each proposed classification(s) job description(s) and rationale for proposed wage rate(s) including information regarding the agreement or disagreement of the authorized representative of the employees involved or where there is no authorized representative the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action together with the agency's recommendations and pertinent information including the position of the contractor and the employees to the U.S. Department of Labor Wage and Hour Division for review (See 29 CFR 4.6(b)(2)(ii)).

4) Within 30 days of receipt the Wage and Hour Division approves modifies or disapproves the action via transmittal to the agency contracting officer or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour Division's decision to the contractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

of each affected employee shall be furnished by the contractor with a written copy of such determination or it shall be posted as a part of the wage determination (See 29 CFR 4.6(b)(2)(iii)).

Information required by the Regulations must be submitted on SF-1444 or bond paper.

When preparing a conformance request the ""Service Contract Act Directory of Occupations"" should be used to compare job definitions to ensure that duties requested are not performed by a classification already listed in the wage determination. Remember it is not the job title but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split combine or subdivide classifications listed in the wage determination (See 29 CFR 4.152(c)(1))."

# Attachment J-8: Exemption (b) (4)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 3:47:11 PM
Envelope: 5194945
Reviewer: Carol M.

# Attachment J-8 Exemption (b)(4)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 3:50:57 PM
Envelope: 5194908
Reviewer: Carol M.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 3:41 PM
Envelope: 5194900
Reviewer: Carol M.

# Attachment J-8 Exemption (b) (4)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50:00 PM
Envelope: 5194908
Reviewer: Carol M.

# Attachment J-8 Exemption (b) (4)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 10:01 PM
Envelope: 5194962
Reviewer: Carol M.

# Attachment J-8 Exemption (b) (4)

# Attachment J-8 Exemption (b) (4)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A010 | FOIA Releasable Contract | Initial |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.14.8 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES |
|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | Draft / Final (Reg / Repro) |

| 16. REMARKS | DISTRIBUTION |
|---|---|
| FIRST SUBMISSION: | DHA, Attention: |
| Frequency: One Time | FOIA Officer |
| Reporting Period Start Date: Transition-In | 16401 East |
| Due Date: 30 calendar days after the post award meeting | Centretech Parkway |
| SUBSEQUENT SUBMISSION: | Aurora, CO |
| Frequency: Annual (Option Period) | 80011-9066 |
| Reporting Period Start Date: Start of service delivery | |
| Due Date: 30 calendar days after start of reporting period | Cover letter |
| | submitted to |
| PHI/PII: No | Contracting Officer |
| FILE FORMAT: No specific file format required | |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: One Time
  Reporting Period Start Date: Transition-In
  Due Date: 30 calendar days after the post award meeting
SUBSEQUENT SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 30 calendar days after start of reporting period

PHI/PII: No
FILE FORMAT: No specific file format required

CONTENT DETAILS:
Original Submission:
1. The Contractor shall provide a clean copy of the original signed, executed contract with attachments and exhibits.

2. The Contractor shall provide a bracketed copy of the original signed, executed contract with attachments and exhibits.

Indicate with brackets, the information you determine is exempt from release, if any, and cite the FOIA Exemption(s) invoked within each bracketed area, pursuant to 5 USC 552. The brackets may be made electronically or hand marked with brackets and the FOIA Exemptions written in the margins.

3. The Contractor shall provide a cover letter addressing their justification and/or rationale for withholding data.

Subsequent Submission:
1. The Contractor shall provide a clean copy of the original signed, executed contract, attachments, and exhibits, with the modifications incorporated into the original contract as a conformed contract. The Contractor shall identify the last modification (P00NNN and date) incorporated into the contract.

Continued on page 2

| 15. TOTAL → | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**   PREVIOUS EDITION MAY BE USED.   Page 1 of 2 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
### *(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| | | |

**16. REMARKS** *(Continued)*

2. The Contractor shall provide a bracketed copy of the original signed, executed contract, attachments, and exhibits, with the modifications incorporated into the original contract as a conformed contract. The Contractor shall identify the last modification (P00NNN and date) incorporated into the contract.

3. Indicate with brackets, the information you determine is exempt from release, if any, and cite the FOIA Exemption(s) invoked within each bracketed area, pursuant to 5 USC 552. The brackets may be made electronically or hand marked with the FOIA Exemptions written in the margins.

4. The Contractor shall provide a cover letter addressing their justification and/or rationale for withholding data

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A020 | MOU with DHA Communications | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.15.1.16.4 | DHA Communications/Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES |
|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | Draft | Final Reg | Final Repro |

**16. REMARKS**

FIRST SUBMISSION:
 Frequency: One Time
 Reporting Period Start Date: Transition-In
 Due Date: 30 days after meeting with DHA Communications and within 120 days
 after post award meeting
SUBSEQUENT SUBMISSION:
 Frequency: Annual (Option Period)
 Reporting Period Start Date: Start of service delivery
 Due Date: Within 1 year of previous submission, the Contractor shall submit an
 updated MOU or notification to the Government that the MOU has been reviewed
 and that no updates are required.

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS;
The Contractor shall establish a Memorandum of Understanding (MOU) with
DHA Communications and submit to the Government. The MOU will be reviewed
annually.

Submit through the
DHA e-Commerce
Extranet.
(Per TOM C14)

**15. TOTAL** ⟶

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP_____ TM_____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A021 | MOU with Pharmacy Data Warehouse (PDW) Contractor | REV on 12/03/2021 |

17. PRICE GROUP

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.15.1.16.4 | Pharm Ops |

18. ESTIMATED TOTAL PRICE

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg | Repro |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | | |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: One Time
  Reporting Period Start Date: Transition-In
  Due Date: 180 calendar days prior to start of service delivery
SUBSEQUENT SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: Within 1 year of previous submission, the Contractor shall submit an
  updated MOU or notification to the Government that the MOU has been been
  reviewed and no updates are required.

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:

The Contractor shall establish a Memorandum of Understanding (MOU) with the
Pharmacy Data Warehouse Contractor and submit to the Government. The MOU
will be reviewed annually.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 12/3/2021 | Henry J Gibbs | 12/3/2021 |

**DD FORM 1423-1, FEB 2001**
PREVIOUS EDITION MAY BE USED

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A022 | MOU with MHS GENESIS Contractor | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.15.1.16.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | |

14. DISTRIBUTION

| a. ADDRESSEE | Draft | b. COPIES | |
|---|---|---|---|
| | | Final | |
| | | Reg | Repro |

| 8. APP CODE | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION |
|---|---|---|
| N/A | See Block 16 | See Block 16 |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: One Time
  Reporting Period Start Date: Transition-In
  Due Date: 90 calendar days after post award meeting
SUBSEQUENT SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: Within 1 year of previous submission, the Contractor shall submit an updated MOU or notification to the Government that the MOU has been been reviewed and no updates are required.

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:

The Contractor shall establish a Memorandum of Understanding (MOU) with MHS GENESIS Contractor and submit to the Government. The MOU will be reviewed annually.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 9:56 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**

*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| A023 | MOU with MCSC - East Region | Initial | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.15.1.16.4 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES |
|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | |

| | | | | | Draft | Final Reg | Final Repro |
|---|---|---|---|---|---|---|---|

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: One Time
  Reporting Period Start Date: Transition-In
  Due Date: 180 calendar days after post award meeting
SUBSEQUENT SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: Within 1 year of previous submission, the Contractor shall
  submit an updated MOU or notification to the Government that the MOU has
  been reviewed and no updates required.

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
The Contractor shall establish a Memorandum of Understanding (MOU) with
each regional Managed Care Support Contractor (MCSC) for the purpose of
addressing areas of necessary cooperation between the contractors. This may
include, exchange of data, points of contact for areas such as program integrity,
clinical support programs (including coordination of care for patients who are
enrolled in case management under a medical Contractor), third-party liability,
claims jurisdiction issues and any other requirements under this contract. The
MOU will address the frequency and format of all data exchanged by the
contractors.

Submit through the
DHA e-Commerce
Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:36 PM
Envelope: 5194908
Reviewer: Carol M.

CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| A024 | MOU with MCSC - West Region | Initial | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.15.1.16.4 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | |
| N/A | | See Block 16 | See Block 16 | |

| 14. DISTRIBUTION | b. COPIES | | |
|---|---|---|---|
| a. ADDRESSEE | Draft | Final | |
| | | Reg | Repro |

16. REMARKS

FIRST SUBMISSION:
  Frequency: One Time
  Reporting Period Start Date: Transition-In
  Due Date: 180 calendar days after post award meeting
SUBSEQUENT SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: Within 1 year of previous submission, the Contractor shall
  submit an updated MOU or notification to the Government that the MOU has
  been reviewed and no updates required.

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
The Contractor shall establish a Memorandum of Understanding (MOU) with each
regional Managed Care Support Contractor (MCSC) for the purpose of addressing
areas of necessary cooperation between the contractors. This may include,
exchange of data, points of contact for areas such as program integrity, clinical
support programs (including coordination of care for patients who are enrolled in
case management under a medical Contractor), third-party liability, claims
jurisdiction issues and any other requirements under this contract. The MOU will
address the frequency and format of all data exchanged by the contractors.

Submit through the DHA e-Commerce Extranet. (Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001      PREVIOUS EDITION MAY BE USED.      Page __1__ of __1__ Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:36 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A025 | MOU with DHA Compliance Review Contractor | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.15.1.16.4 | CRM/Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

**16. REMARKS**

FIRST SUBMISSION:
 Frequency: One Time
 Reporting Period Start Date: Transition-In
 Due Date: 90 calendar days before start of service delivery
SUBSEQUENT SUBMISSION:
 Frequency: Annual (Option Period)
 Reporting Period Start Date: Start of service delivery
 Due Date: 30 calendar days before start of reporting period, the Contractor
 shall submit an updated MOU or notification to the Government that the MOU
 has been been reviewed and no updates are required

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
The Contractor shall execute a Memorandum of Understanding with the TRICARE
Claims Review Services (TCRS) External Compliance Review Contractor for the
safe, secure, and positive electronic transmittal of claims processing
documentation/information. The Contractor shall establish a process for accepting
claims review documentation via a secure file transfer protocol (SFTP).
At a minimum the MOU shall address:
* Any necessary cooperation and exchange of information;
* Identify contract points of contact (POCs);
* Appropriate system resources;
* Node information (if appropriate);
* File organization and naming conventions
* Documentation- format (i.e., word, .pdf, etc.)

The MOU will specifically address the frequency of file transmissions, receipt
confirmation procedures (i.e., file acceptance or rejection), file and document
formatting and any additional information needed to ensure the successful
acceptance and utilization of claims documentation.

Submit through the
DHA e-Commerce
Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Beth M Spearman | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page __1__ of __1__ Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST | | Form Approved |
|---|---|---|
| (1 Data Item) | | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| A030 | Continuity of Operations Plan | Initial | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.14.10.1 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | | | |
|---|---|---|---|
| FIRST SUBMISSION: | Submit through the | | |
| Frequency: One Time | DHA e-Commerce | | |
| Reporting Period Start Date: Start of service delivery | Extranet. | | |
| Due Date: 90 calendar days before start of service delivery | (Per TOM C14) | | |

SUBSEQUENT SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 30 calendar days before start of reporting period

PHI/PII: No
FILE FORMAT: PDF

CONTENT DETAILS:
The contractor shall submit a Continuity of Operations Plan (COOP) developed in accordance with the requirements of the TRICARE Systems Manual, Chapter 1, Section 1.1. Additionally, the COOP shall address how all contract services will be restored after an emergency event. This includes situations of both short and long duration and disruptions, both internal and external to the contractor. The COOP shall be written to meet all performance standards established in this contract, including the restoration of critical functions within 24 hours.

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Melissa J Yates | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001          PREVIOUS EDITION MAY BE USED.          Page __1__ of __1__ Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP_____TM_____OTHER ____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A031 | Disaster Recovery Test Results Report | REV on 2/7/2022 |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.14.10.1 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg | Repro |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | | |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 days after completion of Disaster Recovery Testing
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: PDF

CONTENT DETAILS:
Testing and reporting shall be completed no later than June 30th of each year and in accordance with TRICARE System Manual, Chapter 1, Section 1.1.

The contractor shall test the disaster recovery plan as established in the Continuity of Operations Plan (COOP) and provide results to the Government in accordance with TSM Chapter 1, Section 1.1.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie Jones | 2/7/2022 | Henry J Gibbs | 2/7/2022 |

**DD FORM 1423-1, FEB 2001**   PREVIOUS EDITION MAY BE USED

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| A040 | NIST Certification of Compliance Report | Initial | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | TSM C1 S1.1 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: One Time
  Reporting Period Start Date: Transition-In
  Due Date: Within 30 calendar days after the start of contract Transition-In
SUBSEQUENT SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 30 days before the start of each option period exercised; Resubmission within 30 days after any change in compliance with any of the Information Assurance (IA) controls listed on the checklist.

PHI/PII: No
FILE FORMAT: No specific file format required

CONTENT DETAILS:
The Contractor shall submit a completed/signed Checklist and Certification for Minimum Level of Enhanced Safeguarding for DoD Controlled Unclassified Information and any applicable Written Determinations to document compliance with Information Assurance (IA) controls that are shown in the Checklist.

1. Checklist Completion Instructions:

a. Compliance Statement - The Contractor shall select the appropriate response from the form's drop down list to indicate its compliance with specific IA controls.

b. Assessment Method - The Contractor shall select one or more appropriate NIST-based method(s) to show how it assessed corporate compliance with the specific IA control. Details about the assessment methods, which differ for each control and are reflected in the NIST SP 800-171 (Rev 1) June 7, 2018 and NIST SP 800-171A June 13, 2018.

Continued on Page 2

*Distribution column (right side):*
Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001** PREVIOUS EDITION MAY BE USED. Page 1 of 36 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| | | |

16. REMARKS *(Continued)*

2. Written Determination Report (WDR) – If the Contractor indicates either "No" or "N/A" for any IA control listed on the Checklist, the Contractor will submit a WDR, using a format developed by DHA, to explain its decision rationale and/or mitigating course of action(s). The WDR shall comply with the following instructions.

a. Tracking Number to support clear communications: the Contractor shall list a simple tracking number at the top of the WDR for each IA control referenced.

b. Vulnerability Reporting:

1) Single Vulnerability – If an IA control has a single vulnerability, then the Contractor shall list the planned mitigation activity and date in the WDR.

2) Multiple Vulnerabilities – If an IA control has multiple vulnerabilities with the same mitigation date, then the Contractor shall list them all in the same WDR. If an IA control has multiple vulnerabilities with different mitigation dates, then the Contractor shall group them by date and list the groups in separate WDR.

c. Mitigation Dates – When the Contractor resubmits the Checklist and associated WDR, the Contractor must always list the actual date – rather than the planned date – for when it completed mitigation activities for an identified vulnerability

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# Checklist and Certification for Minimum Level of Enhanced Safeguarding for DoD Controlled Unclassified Information (CUI)

**Contract [Insert TRICARE Contract #]**

**Processed in accordance with provisions of [insert reference #] and CDRL [insert CDRL #]**

**CERTIFICATION**: I certify that I am an official representative for [insert name of contractor], that I have authority to sign this document and obligate [insert name of contractor] to the statements made in this document, and that I have personal knowledge of the matters to which this certification applies. I also certify that [insert name of contractor] is in compliance with the enhanced safeguarding requirements identified within the contract clause stated above and for which [insert name of contractor] has below indicated its compliance, and that the statements set forth in this document and any associated written determinations submitted herewith are true and correct to the best of [insert name of contractor]'s knowledge."

| | | |
|---|---|---|
| Signature: | | Date: Enter a date |
| Name: | | |
| Title: | | |
| Company: | | |

**DHA**

**6/1/2018**

Note: "Contractors may insert one or multiple potential options in the Assessment Methods column. Organizations are not expected to employ *all* assessment methods and objectives contained within the assessment procedures. Rather they have the flexiblity to determine the level of effort needed and the assurance required for an assessment. The organization employs Audit Review, through proper Integration / Scanning and Monitoring Capabilities that identify the breadth and depth of coverage. The correlation of information through vulnerability scanning determines the veracity through continuous monitoring for vulnerabilities and correlating attack detection events. The resulting methods will provide the government contractor documentation of the "depth and rigor" used in assessing the required Information Assurance Controls. The contractor must ensure that the security controls required by the contract are implemented correctly, operating as intended, and support the security policies of the Defense Health Agency."

Note: Requirements derived from NIST SP 800-171, Chapter 3. Assessment Objectives and Methods derived from NIST SP 800-171A, Chapter 3.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 1-2 Filed 06/27/25 Page 87 of 119 PageID #: 2721

# Checklist and Certification for Minimum Level of Enhanced Safeguarding for DoD Controlled Unclassified Information (CUI)

**NIST SP 800-171 & 800-171A**

| Contract [Insert TRICARE Contract #] | Processed in accordance with provisions of [insert reference #] and CDRL [insert CDRL #] |
|---|---|

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE *(Determine if ...)* | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| AC | 3.1.1 | Limit information system access to authorized users, processes acting on behalf of authorized users, or devices (including other systems) | Select Answer | 3.1.1[a] | authorized users are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.1[b] | processes acting on behalf of authorized users are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.1[c] | devices (including other systems) authorized to connect to the system are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.1[d] | system access is limited to authorized users | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.1[e] | system access is limited to processes acting on behalf of authorized users | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.1[f] | system access is limited to authorized devices (including other systems) | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AC | 3.1.2 | Limit information system access to the types of transactions and functions that authorized users are permitted to execute | Select Answer | 3.1.2[a] | the types of transactions and functions that authorized users are permitted to execute are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.2[b] | system access is limited to the defined types of transactions and functions for authorized users | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | Control the flow of CUI in accordance | | 3.1.3[a] | information flow control policies are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 2 Filed 06/27/25 Page 87 of 1093 PageID #: 2722

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AC | 3.1.3 | with approved authorizations | Select Answer | 3.1.3[b] | methods and enforcement mechanisms for controlling the flow of CUI are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.3[c] | designated sources and destinations (e.g., networks, individuals, and devices) for CUI within systems and between interconnected systems are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.3[d] | authorizations for controlling the flow of CUI are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.3[e] | approved authorizations for controlling the flow of CUI are enforced | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AC | 3.1.4 | Separate the duties of individuals to reduce the risk of malevolent activity without collusion | Select Answer | 3.1.4[a] | the duties of individuals requiring separation to reduce the risk of malevolent activity are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.4[b] | organization-defined duties of individuals requiring separation are separated | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.4[c] | separate accounts for individuals whose duties and accesses must be separated to reduce the risk of malevolent activity or collusion are established | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AC | 3.1.5 | Employ the principle of least privilege, including for specific security functions and privileged accounts | Select Answer | 3.1.5[a] | privileged accounts are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.5[b] | access to privileged accounts is authorized in accordance with the principle of least privilege | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.5[c] | security functions are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.5[d] | access to security functions is authorized in accordance with the principle of least privilege | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 1-2 Filed 06/27/25 Page 87 of 1094 PageID #: 2723

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AC | 3.1.6 | Use non-privileged accounts or roles when accessing nonsecurity functions | Select Answer | 3.1.6[a] | nonsecurity functions are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.6[b] | users are required to use non-privileged accounts or roles when accessing nonsecurity functions | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| AC | 3.1.7 | Prevent non-privileged users from executing privileged functions and audit the execution of such functions. | Select Answer | 3.1.7[a] | privileged functions are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.7[b] | non-privileged users are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.7[c] | non-privileged users are prevented from executing privileged functions | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.7[d] | the execution of privileged functions is captured in audit logs | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| AC | 3.1.8 | Limit unsuccessful logon attempts | Select Answer | 3.1.8[a] | the means of limiting unsuccessful logon attempts is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.8[b] | the defined means of limiting unsuccessful logon attempts is implemented | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| AC | 3.1.9 | Privacy and security notices required by CUI-specified rules are identified, consistent, and associated with the specific CUI category | Select Answer | 3.1.9[a] | privacy and security notices required by CUI-specified rules are identified, consistent, and associated with the specific CUI category | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.9[b] | privacy and security notices are displayed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| AC | 3.1.10 | Use session lock with pattern-hiding displays to prevent access/viewing of data after a period of inactivity | Select Answer | 3.1.10[a] | the period of inactivity after which the system initiates a session lock is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.10[b] | access to the system and viewing of data is prevented by initiating a session lock after the defined period of inactivity | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 2 Filed 06/27/25 Page 879 of 1125 PageID #: 2724

| | | | | 3.1.10[c] | previously visible information is concealed via a pattern-hiding display after the defined period of inactivity | Select Answer | EXAMINE | INTERVIEW | TEST | Enter a date |
|---|---|---|---|---|---|---|---|---|---|---|
| AC | 3.1.11 | Terminate (automatically) a user session after a defined condition | Select Answer | 3.1.11[a] | conditions requiring a user session to terminate are defined | Select Answer | EXAMINE | INTERVIEW | TEST | Enter a date |
| | | | | 3.1.11[b] | a user session is automatically terminated after any of the defined conditions occur | Select Answer | EXAMINE | INTERVIEW | TEST | Enter a date |
| AC | 3.1.12 | Monitor and control remote access sessions | Select Answer | 3.1.12[a] | remote access sessions are permitted | Select Answer | EXAMINE | INTERVIEW | TEST | Enter a date |
| | | | | 3.1.12[b] | the types of permitted remote access are identified | Select Answer | EXAMINE | INTERVIEW | TEST | Enter a date |
| | | | | 3.1.12[c] | remote access sessions are controlled | Select Answer | EXAMINE | INTERVIEW | TEST | Enter a date |
| | | | | 3.1.12[d] | remote access sessions are monitored | Select Answer | EXAMINE | INTERVIEW | TEST | Enter a date |
| AC | 3.1.13 | Employ cryptographic mechanisms to protect the confidentiality of remote access sessions | Select Answer | 3.1.13[a] | cryptographic mechanisms to protect the confidentiality of remote access sessions are identified | Select Answer | EXAMINE | INTERVIEW | TEST | Enter a date |
| | | | | 3.1.13[b] | cryptographic mechanisms to protect the confidentiality of remote access sessions are implemented | Select Answer | EXAMINE | INTERVIEW | TEST | Enter a date |
| AC | 3.1.14 | Route remote access via managed access control points | Select Answer | 3.1.14[a] | managed access control points are identified and implemented | Select Answer | EXAMINE | INTERVIEW | TEST | Enter a date |
| | | | | 3.1.14[b] | remote access is routed through managed network access control points | Select Answer | EXAMINE | INTERVIEW | TEST | Enter a date |
| | | Authorize remote execution of privileged commands and remote access to security-relevant information | | 3.1.15[a] | privileged commands authorized for remote execution are identified | Select Answer | EXAMINE | INTERVIEW | TEST | Enter a date |
| | | | | 3.1.15[b] | security-relevant information authorized to be accessed remotely is identified | Select Answer | EXAMINE | INTERVIEW | TEST | Enter a date |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 12 Filed 06/27/25 Page 84 of 119 PageID #: 2725

| AC | 3.1.15 | | Select Answer | 3.1.15[c] | the execution of the identified privileged commands via remote access is authorized | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.15[d] | access to the identified security-relevant information via remote access is authorized | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| AC | 3.1.16 | Authorize wireless access prior to allowing such connections | Select Answer | 3.1.16[a] | wireless access points are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.16[b] | wireless access is authorized prior to allowing such connections | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| AC | 3.1.17 | Protect wireless access using authentication and encryption | Select Answer | 3.1.17[a] | wireless access to the system is protected using encryption | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.17[b] | wireless access to the system is protected using authentication | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| AC | 3.1.18 | Control connection of mobile devices | Select Answer | 3.1.18[a] | mobile devices that process, store, or transmit CUI are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.18[b] | the connection of mobile devices is authorized | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.18[c] | mobile device connections are monitored and logged | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| AC | 3.1.19 | Encrypt CUI on mobile devices | Select Answer | 3.1.19[a] | mobile devices and mobile computing platforms that process, store, or transmit CUI are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.19[b] | encryption is employed to protect CUI on identified mobile devices, and mobile computing platforms | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | Verify and control/limit connections to and use of external information systems | | 3.1.20[a] | connections to external systems are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.20[b] | use of external systems is identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.1.20[c] | connections to external systems are verified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00336-MRD-PAS Document 1-2 Filed 06/27/25 Page 84 of 119 PageID #: 2726

| AC | 3.1.20 | | Select Answer | 3.1.20[d] | use of external systems is verified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
|----|--------|---|---------------|-----------|-------------------------------------|---------------|-----------|-------------|--------|----------------|
| | | | | 3.1.20[e] | connections to external systems are controlled/limited | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.20[f] | use of external systems is controlled/limited | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AC | 3.1.21 | Limit use of organizational portable storage devices on external information systems | Select Answer | 3.1.21[a] | use of organizational portable storage devices containing CUI on external systems is identified and documented | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.21[b] | limits on the use of organizational portable storage devices containing CUI on external systems are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.21[c] | use of organizational portable storage devices containing CUI on external systems is limited as defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AC | 3.1.22 | Control information posted or processed on publicly accessible information systems | Select Answer | 3.1.22[a] | individuals authorized to post or process information on publicly accessible systems are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.22[b] | procedures to ensure CUI is not posted or processed on publicly accessible systems are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.22[c] | a review process in place prior to posting of any content to publicly accessible systems | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.22[d] | content on publicly accessible information systems is reviewed to ensure that it does not include CUI | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.1.22[e] | mechanisms are in place to remove and address improper posting of CUI | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE *(Determine if …)* | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| AT | 3.2.1 | Ensure that managers, systems administrators, and users of organizational information systems are made aware of the security risks associated with their activities and of the applicable policies, standards, and procedures related to the security of those information systems | Select Answer | 3.2.1[a] | security risks associated with organizational activities involving CUI are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.2.1[b] | policies, standards, and procedures related to the security of the system are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.2.1[c] | managers, systems administrators, and users of the system are made aware of the security risks associated with their activities | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.2.1[d] | managers, systems administrators, and users of the system are made aware of the applicable policies, standards, and procedure related to the security of the system | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AT | 3.2.2 | Ensure that organizational personnel are adequately trained to carry out their assigned information security-related duties and responsibilities | Select Answer | 3.2.2[a] | information security-related duties, roles, and responsibilities | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.2.2[b] | information security-related duties, roles, and responsibilities are assigned to designated personne | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.2.2[c] | personnel are adequately trained to carry out their assigned information security-related duties, roles and responsibilities | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | Provide security awareness training on recognizing and | | 3.2.3[a] | potential indicators associated with insider threats are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00336-MRD-PAS Document 1-2 Filed 06/27/25 Page 84 of 109 PageID #: 2728

| AT | 3.2.3 | reporting potential indicators of insider threat | Select Answer | 3.2.3[b] | security awareness training on recognizing and reporting potential indicators of insider threat is provided to managers and employees | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE (Determine if ...) | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| AU | 3.3.1 | Create, protect, and retain system audit records to the extent needed to enable the monitoring, analysis, investigation, and reporting of unlawful, unauthorized, or inappropriate information system activity | Select Answer | 3.3.1[a] | audit logs needed (i.e., event types to be logged) to enable the monitoring, analysis, investigation, and reporting of unlawful or unauthorized system activity are specified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.1[b] | the content of audit records needed to support monitoring, analysis, investigation, and reporting of unlawful or unauthorized system activity is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.1[c] | audit records are created (generated) | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.1[d] | audit records, once created, contain the defined content | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.1[e] | retention requirements for audit records are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.1[f] | audit records are retained as defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AU | 3.3.2 | Ensure that the actions of individual information system users can be uniquely traced to those users so they can be held accountable for their actions | Select Answer | 3.3.2[a] | the content of the audit records needed to support the ability to uniquely trace users to their actions is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.2[b] | audit records, once created, contain the defined content | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 4:25-cv-00336-MRD-PAS Document 1-2 Filed 06/27/25 Page 84 of 112 PageID #: 2729

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AU | 3.3.3 | Review and update audited events | Select Answer | 3.3.3[a] | a process for determining when to review logged events is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.3[b] | event types being logged are reviewed in accordance with the defined review process | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.3[c] | event types being logged are updated based on the review | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AU | 3.3.4 | Alert in the event of an audit process failure | Select Answer | 3.3.4[a] | personnel or roles to be alerted in the event of an audit logging process failure are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.4[b] | types of audit logging process failures for which alert will be generated are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.4[c] | identified personnel or roles are alerted in the event of an audit logging process failure | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AU | 3.3.5 | Correlate audit review, analysis, and reporting processes for investigation and response to indications of inappropriate, suspicious, or unusual activity | Select Answer | 3.3.5[a] | audit record review, analysis, and reporting processes for investigation and response to indications of unlawful, unauthorized, suspicious, or unusual activity are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.5[b] | defined audit record review, analysis, and reporting processes are correlated | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AU | 3.3.6 | Provide audit reduction and report generation to support on-demand analysis and reporting | Select Answer | 3.3.6[a] | an audit record reduction capability that supports on-demand analysis is provided | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.6[b] | a report generation capability that supports on-demand reporting is provided | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | Provide an information system capability that | | 3.3.7[a] | internal system clocks are used to generate time stamps for audit records | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| AU | 3.3.7 | compares and synchronizes internal system clocks with an authoritative source to generate time stamps for audit records | Select Answer | 3.3.7[b] | an authoritative source with which to compare and synchronize internal system clocks is specified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.7[c] | internal system clocks used to generate time stamps for audit records are compared to and synchronized with the specified authoritative time source | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AU | 3.3.8 | Protect audit information and audit tools from unauthorized access, modification, and deletion | Select Answer | 3.3.8[a] | audit information is protected from unauthorized access | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.8[b] | audit information is protected from unauthorized modification | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.8[c] | audit information is protected from unauthorized deletion | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.8[d] | audit logging tools are protected from unauthorized access | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.8[e] | audit logging tools are protected from unauthorized modification | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.8[f] | audit logging tools are protected from unauthorized deletion | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| AU | 3.3.9 | Limit management of audit functionality to a subset of privileged users | Select Answer | 3.3.9[a] | a subset of privileged users granted access to managed audit logging functionality is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.3.9[b] | management of audit logging functionality is limited to the defined subset of privileged users | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| **FAM** | **CTRL#** | **REQUIREMENTS** | **COMPLIANCE** | **ASSESSMENT OBJECTIVE** *(Determine if …)* | | **IMPLEMENTED** | **SELECT ASSESSMENT METHOD(S)** | | | **DATE** |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 1-2 Filed 06/27/25 Page 84 of 112 PageID #: 2731

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CM | 3.4.1 | Establish and maintain baseline configurations and inventories of organizational information systems (including hardware, software, firmware, and documentation) throughout the respective system development life cycles | Select Answer | 3.4.1[a] | a baseline configuration is established | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.1[b] | the baseline configuration includes hardware, software, firmware and documentation | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.1[c] | the baseline configuration is maintained (reviewed and updated) throughout the system development life cycle | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.1[d] | a system inventory is established | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.1[e] | the system inventory included hardware, software, firmware, and documentation | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.1[f] | the inventory is maintained (reviewed and updated) throughout the system development life cycle | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| CM | 3.4.2 | Establish and enforce security configuration settings for information technology products employed in organizational information systems | Select Answer | 3.4.2[a] | security configuration settings for information technology products employed in the system are established and included in the baseline configuration | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.2[b] | security configuration settings for information technology products employed in the system are enforced | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| CM | 3.4.3 | Track, review, approve/disapprove, and audit changes to information systems | Select Answer | 3.4.3[a] | changes to the system are tracked | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.3[b] | changes to the system are reviewed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.3[c] | changes to the system are approved or disapproved | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.3[d] | changes to the system are logged | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 2 Filed 06/27/25 Page 84 of 112 PageID #: 2732

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| CM | 3.4.4 | Analyze the security impact of changes prior to implementation | Select Answer | | the security impact of changes to each organizational system is analyzed prior to implementation | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| CM | 3.4.5 | Define, document, approve, and enforce physical and logical access restrictions associated with changes to information systems | Select Answer | 3.4.5[a] | physical access restrictions associated with changes to the system are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.5[b] | physical access restrictions associated with changes to the system are documented | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.5[c] | physical access restrictions associated with changes to the system are approved | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.5[d] | physical access restrictions associated with changes to the system are enforced | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.5[e] | logical access restrictions associated with changes to the system are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.5[f] | logical access restrictions associated with changes to the system are documented | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.5[g] | logical access restrictions associated with changes to the system are documented | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.5[h] | logical access restrictions associated with changes to the system are enforced | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| CM | 3.4.6 | Employ the principle of least functionality by configuring the information systems to provide only essential capabilities | Select Answer | 3.4.6[a] | essential system capabilities are defined based on the principle of least functionality | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.6[b] | the system is configured to provide only the defined essential capabilities | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | Restrict, disable, and prevent the use of | | 3.4.7[a] | essential programs are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 4:25-cv-00306-MRD-PAS Document 1-6 Filed 06/27/25 Page 84 of 111 PageID #: 2733

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | nonessential programs, functions, ports, protocols, and services | | 3.4.7[b] | the use of nonessential programs is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.7[c] | the use of nonessential programs is restricted, disabled, or prevented as defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.7[d] | essential functions are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.7[e] | the use of nonessential functions is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| CM | 3.4.7 | | Select Answer | 3.4.7[f] | the use of nonessential functions is restricted, disabled, or prevented as defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.7[g] | essential ports are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.7[h] | the use of nonessential ports is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.7[i] | use of nonessential ports is restricted, disabled, or prevented as defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.7[j] | essential protocols are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.7[k] | use of nonessential protocols is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.7[l] | use of nonessential protocols is restricted, disabled, or prevented as defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| CM | 3.4.8 | Apply deny-by-exception (blacklist) policy to prevent the use of unauthorized software or deny-all, permit-by-exception (whitelisting) policy to | Select Answer | 3.4.8[a] | a policy specifying whether whitelisting or blacklisting is to be implemented is specified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.8[b] | the software allowed to execute under whitelisting or denied use under blacklisting is specified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 2 Filed 06/27/25 Page 84 of 112 PageID #: 2734

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE (Determine if …) | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | allow the execution of authorized software | | 3.4.8[c] | whitelisting to allow the execution of authorized software or blacklisting to prevent the use of unauthorized software is implemented as specified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| CM | 3.4.9 | Control and monitor user-installed software | Select Answer | 3.4.9[a] | a policy for controlling the installation of software by users is established | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.9[b] | installation of software by users is controlled based on the established policy | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.4.9[c] | installation of software by users is monitored | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE (Determine if …) | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
| IA | 3.5.1 | Identify information system users, processes acting on behalf of users, or devices | Select Answer | 3.5.1[a] | system users are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.1[b] | processes acting on behalf of users are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.1[c] | devices accessing the system are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IA | 3.5.2 | Authenticate (or verify) the identities of those users, processes, or devices, as a prerequisite to allowing access to organizational information systems | Select Answer | 3.5.2[a] | the identity of each user is authenticated or verified as a prerequisite to system access | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.2[b] | the identity of each process acting on behalf of a user is authenticated or verified as a prerequisite to system access | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.2[c] | the identify of each device accessing or connecting to the system is authenticated or verified as a prerequisite to system access | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | Use multifactor authentication for | | 3.5.3[a] | privileged accounts are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 12 Filed 06/27/25 Page 85 of 1120 PageID #: 2735

| | | | | | | | EXAMINE | INTERVIEW | TEST | |
|---|---|---|---|---|---|---|---|---|---|---|
| IA | 3.5.3 | local and network access to privileged accounts and for network access to non-privileged accounts | Select Answer | 3.5.3[b] | multifactor authentication is implemented for local access to privileged accounts | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.3[c] | multifactor authentication is implemented for network access to privileged accounts | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.3[d] | multifactor authentication is implemented for network access to non-privileged accounts | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IA | 3.5.4 | Employ replay-resistant authentication mechanisms for network access to privileged and non-privileged accounts | Select Answer | | replay-resistant authentication mechanisms are implemented for all network account access to privileged and non-privileged accounts | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IA | 3.5.5 | Prevent reuse of identifiers for a defined period | Select Answer | 3.5.5[a] | a period within which identifiers cannot be reused is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.5[b] | reuse of identifiers is prevented within the defined period | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IA | 3.5.6 | Disable identifiers after a defined period of inactivity | Select Answer | 3.5.6[a] | a period of inactivity after which an identifier is disabled is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.6[b] | identifiers are disabled after the defined period of inactivity | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IA | 3.5.7 | Enforce a minimum password complexity and change of characters when new passwords are created | Select Answer | 3.5.7[a] | password complexity requirements are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.7[b] | password change of character requirements are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.7[c] | minimum password complexity requirements as defined are enforced when new passwords are created | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 2 Filed 06/27/2025 Page 85 of 117 PageID #: 2736

| IA | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE (Determine if …) | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | 3.5.7[d] | minimum password change of character requirements as defined are enforced when new passwords are created | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IA | 3.5.8 | Prohibit password reuse for a specified number of generations | Select Answer | 3.5.8[a] | the number of generations during which a password cannot be reused is specified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.8[b] | reuse of passwords is prohibited during the specified number of generations | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IA | 3.5.9 | Allow temporary password use for system logons with an immediate change to a permanent password | Select Answer | | an immediate change to a permanent password is required when a temporary password is used for system logon | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IA | 3.5.10 | Store and transmit only encrypted representation of passwords | Select Answer | 3.5.10[a] | passwords are cryptographically protected in storage | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.5.10[b] | passwords are cryptographically protected in transit | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IA | 3.5.11 | Obscure feedback of authentication information | Select Answer | | authentication information is obscured during the authentication process | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE (Determine if …) | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Establish an operational incident-handling capability for organizational information systems that includes adequate preparation, detection, analysis, | | 3.6.1[a] | an operational incident-handling capability is established | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.1[b] | the operational incident-handling capability includes preparation | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.1[c] | the operational incident-handling capability includes detection | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 1-2 Filed 06/27/25 Page 852 of 1120 PageID #: 2737

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| IR | 3.6.1 | containment, recovery, and user response activities | Select Answer | 3.6.1[d] | the operational incident-handling capability includes analysis | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.1[e] | the operational incident-handling capability includes containment | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.1[f] | the operational incident-handling capability includes recovery | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.1[g] | the operational incident-handling capability includes user response activities | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IR | 3.6.2 | Track, document, and report incidents to appropriate organizational officials and/or authorities | Select Answer | 3.6.2[a] | incidents are tracked | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.2[b] | incidents are documented | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.2[c] | authorities to whom incidents are to be reported are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.2[d] | organizational officials to whom incidents are to be reported are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.2[e] | identified authorities notified of incidents | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.6.2[f] | identified organizational officials are notified of incidents | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| IR | 3.6.3 | Test the organizational incident response capability | Select Answer | | the incident response capability is tested | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE (Determine if …) | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|
| MA | 3.7.1 | Perform maintenance on organizational information systems | Select Answer | system maintenance is performed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 4:25-cv-00306-MRD-PAS Document 1-2 Filed 06/27/25 Page 853 of 1129 PageID #: 2738

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| MA | 3.7.2 | Provide effective controls on the tools, techniques, mechanisms, and personnel used to conduct system maintenance | Select Answer | 3.7.2[a] | tools used to conduct system maintenance are controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.7.2[b] | techniques used to conduct system maintenance are controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.7.2[c] | mechanisms used to conduct system maintenance are controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.7.2[d] | personnel used to conduct system maintenance are controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| MA | 3.7.3 | Ensure equipment removed for off-site maintenance is sanitized of any CUI | Select Answer | | equipment to be removed from organizational spaces for off-site maintenance is sanitized of any CUI | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| MA | 3.7.4 | Check media containing diagnostic and test programs for malicious code before the media are used in the information systems | Select Answer | | media containing diagnostic and test programs are checked for malicious code before being used in organizational systems that process, store, or transmit CUI | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| MA | 3.7.5 | Require multifactor authentication to establish nonlocal maintenance sessions via external network connections and terminate such connections when nonlocal maintenance is complete | Select Answer | 3.7.5[a] | multifactor authentication is required to establish nonlocal maintenance sessions via external network connections | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.7.5[b] | nonlocal maintenance sessions established via external network connections are terminated when nonlocal maintenance is complete | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 1-2 Filed 06/27/25 Page 854 of 1121 PageID #: 2739

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE (Determine if …) | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|-----|-------|--------------|------------|------------------------|--|-------------|-------|-------|-------|------|
| MA | 3.7.6 | Supervise the maintenance activities of maintenance personnel without required access authorization | Select Answer | | maintenance personnel without required access authorization are supervised during maintenance activities | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| MP | 3.8.1 | Protect (i.e., physically control and securely store) information system media containing CUI, both paper and digital | Select Answer | 3.8.1[a] | paper media containing CUI is physically controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.8.1[b] | digital media containing CUI is physically controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.8.1[c] | paper media containing CUI is securely stored | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.8.1[d] | digital media containing CUI is securely stored | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| MP | 3.8.2 | Limit access to CUI on information system media to authorized users | Select Answer | | access to CUI on system media is limited to authorized users. | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| MP | 3.8.3 | Sanitize or destroy information system media containing CUI before disposal or release for reuse | Select Answer | 3.8.3[a] | system media containing CUI is sanitized or destroyed before disposal | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.8.3[b] | system media containing CUI is sanitized before it is released for reuse | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| MP | 3.8.4 | Mark media with necessary CUI markings and distribution limitations | Select Answer | 3.8.4[a] | media containing CUI is marked with applicable CUI markings | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | | | 3.8.4[b] | media containing CUI is marked with distribution limitations | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |
| | | Control access to media containing CUI | | 3.8.5[a] | access to media containing CUI is controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 4:25-cv-00306-MRD-PAS Document 1-2 Filed 06/27/25 Page 85 of 111 PageID #: 2740

| MP | 3.8.5 | and maintain accountability for media during transport outside of controlled areas | Select Answer | 3.8.5[b] | accountability for media containing CUI is maintained during transport outside of controlled areas | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
|---|---|---|---|---|---|---|---|---|---|---|
| MP | 3.8.6 | Implement cryptographic mechanisms to protect the confidentiality of information stored on digital media during transport outside of controlled areas unless otherwise protected by alternate physical safeguards | Select Answer | | the confidentiality of CUI stored on digital media is protected during transport using cryptographic mechanisms or alternative physical safeguards | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| MP | 3.8.7 | Control the use of removable media on information system components | Select Answer | | the use of removable media on system components containing CUI is controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| MP | 3.8.8 | Prohibit the use of portable storage devices when such devices have no identifiable owner | Select Answer | | the use of portable storage devices is prohibited when such devices have no identifiable owner | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| MP | 3.8.9 | Protect the confidentiality of backup CUI at storage locations | Select Answer | | the confidentiality of backup CUI is protected at storage locations | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE *(Determine if …)* | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 12 Filed 06/27/25 Page 85 of 111 PageID #: 2741

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| PS | 3.9.1 | Screen individuals prior to authorizing access to information systems containing CUI | Select Answer | | individuals are screened prior to authorizing access to organizational systems | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| PS | 3.9.2 | Ensure that CUI and information systems containing CUI are protected during and after personnel actions such as terminations and transfers | Select Answer | 3.9.2[a] | a policy and/or process for terminating system access authorization and any credentials coincident with personnel actions is established. | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.9.2[b] | system access and credentials are terminated consistent with personnel actions such as termination or transfer | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.9.2[c] | the system is protected during and after personnel transfer actions | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE (Determine if …) | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| PE | 3.10.1 | Limit physical access to organizational information systems, equipment, and the respective operating environments to authorized individuals | Select Answer | 3.10.1[a] | for a facility that contains CUI, authorized individuals allowed physical access are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.1[b] | physical access to an organizational system that processes, stores, or transmits CUI is limited to authorized individuals | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.1[c] | physical access to equipment that processes, stores, or transmits CUI is limited to authorized individuals | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.1[d] | physical access to operating environments where CUI is processed, stored, or transmitted limited to authorized individuals | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 1-2 Filed 06/27/25 Page 857 of 1113 PageID #: 2742

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| PE | 3.10.2 | Protect and monitor the physical facility and support infrastructure for organizational systems. | Select Answer | 3.10.2[a] | the physical facility where that system resides is protected | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.2[b] | the support infrastructure for that system is protected | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.2[c] | the physical facility where that system resides is monitored | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.2[d] | the support infrastructure for that system is monitored | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| PE | 3.10.3 | Escort visitors and monitor visitor activity | Select Answer | 3.10.3[a] | visitors are escorted | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.3[b] | visitor activity is monitored | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| PE | 3.10.4 | Maintain audit logs of physical access | Select Answer | audit logs of physical access are maintained | | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| PE | 3.10.5 | Control and manage physical access devices | Select Answer | 3.10.5[a] | physical access devices are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.5[b] | physical access devices are controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.5[c] | physical access devices are managed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| PE | 3.10.6 | Enforce safeguarding measures for CUI at alternate work sites | Select Answer | 3.10.6[a] | safeguarding measures for CUI are defined for alternative work sites | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.10.6[b] | safeguarding measures for CUI are enforced for alternative work sites | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE (Determine if …) | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Periodically assess the risk to the organizational operations (including | | 3.11.1[a] | the frequency to assess risk to organizational operations, organizational assets, and individuals is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 12 Filed 06/27/25 Page 85 of 111 PageID #: 2743

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| RA | 3.11.1 | mission, functions, image, or reputation), organizational assets, and individuals, resulting from the operation of organizational systems and the associated processing, storage, or transmission of CUI | Select Answer | 3.11.1[b] | risk to organizational operations, organizational assets, and individuals resulting from the operation of an organizational system that processes, stores, or transmits CUI is assessed with the defined frequency | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| RA | 3.11.2 | Scan for vulnerabilities in organizational systems and applications periodically and when new vulnerabilities affecting those systems and applications are identified | Select Answer | 3.11.2[a] | the frequency of scan for vulnerabilities in an organizational system and its applications that process, store, or transmit CUI is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.11.2[b] | vulnerability scans are performed in an organizational system that processes, stores, or transmits CUI with the defined frequency | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.11.2[c] | vulnerability scans are performed in an application that contains CUI with the defined frequency | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.11.2[d] | vulnerability scans are performed in an organizational system that process, stores, or transmits CUI when new vulnerabilities are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.11.2[e] | vulnerability scans are performed in an application that contains CUI when new vulnerabilities are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 1-2 Filed 06/27/25 Page 859 of 1115 PageID #: 2744

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE (Determine if ...) | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| RA | 3.11.3 | Remediate vulnerabilities in accordance with risk assessments | Select Answer | 3.11.3[a] | vulnerabilities are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.11.3[b] | vulnerabilities are remediated in accordance with risk assessments | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE (Determine if ...) | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| CA | 3.12.1 | Periodically assess the security controls in organizational systems to determine if the controls are effective in their application | Select Answer | 3.12.1[a] | the frequency of security control assessments is identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.12.1[b] | security controls are assessed with the defined frequency to determine if the controls are effective in their application | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| CA | 3.12.2 | Develop and implement plans of action designed to correct deficiencies and reduce or eliminate vulnerabilities in organizational systems | Select Answer | 3.12.2[a] | deficiencies and vulnerabilities to be addressed by the plan of action are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.12.2[b] | a plan of action is developed to correct identified deficiencies and reduce or eliminate identified vulnerabilities | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.12.2[c] | the plan of action is implemented to correct identified deficiencies and reduce or eliminate identified vulnerabilities | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| CA | 3.12.3 | Monitor security controls on an ongoing basis to ensure the continued effectiveness of the controls | Select Answer | security controls are monitored on an ongoing basis to ensure the continued effectiveness of those controls | | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 4:25-cv-00306-MRD-PAS Document 2 Filed 06/27/25 Page 86 of 112 PageID #: 2745

| | | | | | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| CA | 3.12.4 | Develop, document, and periodically update system security plans that describe system boundaries, system environments or operation, how security requirements are implemented, and the relationships with or connections to other systems | Select Answer | 3.12.4[a] | a system security plan is developed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.12.4[b] | the system boundary is described and documented in the system security plan | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.12.4[c] | the system environment of operation is described and documented in the system security plan | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.12.4[d] | how security requirements are implemented is described and documented in the system security plan | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.12.4[e] | the relationship with or connection to other systems is described and documented in the system security plan | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.12.4[f] | the frequency to update the system security plan is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.12.4[g] | system security plan is updated with the defined frequency | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | ASSESSMENT OBJECTIVE (Determine if …) | | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Monitor, control, and protect communications (i.e., information transmitted or received by organizational systems) at the external boundaries and key internal | | 3.13.1[a] | the external system boundary is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.1[b] | key internal system boundaries are defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.1[c] | communications are monitored at the external system boundary | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.1[d] | communications are monitored at key internal boundaries | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 4:25-cv-00306-MRD-PAS Document 1-2 Filed 06/27/25 Page 86 of 111 PageID #: 2746

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SC | 3.13.1 | boundaries of organizational systems | Select Answer | 3.13.1[e] | communications are controlled at the external system boundary | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.1[f] | communications are controlled at key internal boundaries | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.1[g] | communications are protected at the external system boundary | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.1[h] | communications are protected at key internal boundaries | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.2 | Employ architectural designs, software development techniques, and systems engineering principles that promote effective information security within organizational systems | Select Answer | 3.13.2[a] | architectural designs that promote effective information security are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.2[b] | software development techniques that promote effective information security are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.2[c] | systems engineering principles that promote effective information security are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.2[d] | identified architectural designs that promote effective information security are employed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.2[e] | identified software development techniques that promote effective information security are employed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.2[f] | identified systems engineering principles that promote effective in formation security are employed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | Separate user functionality from | | 3.13.3[a] | user functionality is identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 1-2 Filed 06/27/25 Page 87 of 112 PageID #: 2747

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| SC | 3.13.3 | functionality from system management functionality | Select Answer | 3.13.3[b] | system management functionality is identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.3[c] | user functionality is separated from system management functionality | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.4 | Prevent unauthorized and unintended information transfer via shared system resources | Select Answer | unauthorized and unintended information transfer via shared system resources is prevented | | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.5 | Implement subnetworks for publicly accessible system components that are physically or logically separated from internal networks | Select Answer | 3.13.5[a] | publicly accessible system components are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.5[b] | subnetworks for publicly accessible system components are physically or logically separated from internal networks | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.6 | Deny network communications traffic by default and allow network communications | Select Answer | 3.13.6[a] | network communications traffic is denied by default | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.6[b] | network communications traffic is allowed by exception | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 4:25-cv-00306-MRD-PAS Document 1-2 Filed 06/27/25 Page 83 of 111 PageID #: 2748

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| SC | 3.13.7 | Prevent remote devices from simultaneously establishing non-remote connections with organizational systems and communicating via some other connection to resources in external networks (i.e., split tunneling) | Select Answer | remote devices are prevented from simultaneously establishing non-remote connections with the system and communicating via some other connection to resources in external networks (i.e., split tunneling) | | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.8 | Implement cryptographic mechanisms to prevent unauthorized disclosure of CUI during transmission unless otherwise protected by alternative physical safeguards | Select Answer | 3.13.8[a] | cryptographic mechanisms intended to prevent unauthorized disclosure of CUI are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.8[b] | alternative physical safeguards intended to prevent unauthorized disclosure of CUI are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.8[c] | either cryptographic mechanisms or alternative physical safeguards are implemented to prevent unauthorized disclosure of CUI during transmission | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | Terminate network connections associated with communications sessions at the end of | | 3.13.9[a] | a period of inactivity to terminate network connections associated with communications sessions is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| | | | | | | | EXAMINE | INTERVIEW | TEST | |
|---|---|---|---|---|---|---|---|---|---|---|
| SC | 3.13.9 | the sessions or after a defined period of inactivity | Select Answer | 3.13.9[b] | network connections associated with communications sessions are terminated at the end of the sessions | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.9[c] | network connections associated with communications sessions are terminated after the defined period of inactivity | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.10 | Establish and manage cryptographic keys for cryptography employed in organizational systems | Select Answer | 3.13.10[a] | cryptographic keys are established whenever cryptography is employed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.10[b] | cryptographic keys are managed whenever cryptography is employed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.11 | Employ FIPS-validated cryptography when used to protect the confidentiality of CUI | Select Answer | FIPS-validated cryptography is employed to protect the confidentiality of CUI | | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.12 | Prohibit remote activation of collaborative computing devices and provide indication of devices in use to users present at the device | Select Answer | 3.13.12[a] | collaborative computing devices are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.12[b] | collaborative computing devices provide indication to users of devices in use | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.12[c] | remote activation of collaboratiave computing devices is prohibited | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.13 | Control and monitor the use of mobile code | Select Answer | 3.13.13[a] | use of mobile code is controlled | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.13.13[b] | use of mobile code is monitored | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.14 | Control and monitor the use of Voice over Internet Protocol | Select Answer | 3.13.14[a] | use of Voice over Internet Protocol (VoIP) technologies is controlled | | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 2 Filed 06/27/25 Page 85 of 111 PageID #: 2750

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE (Determine if …) | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| SC | 3.13.14 | Internet Protocol (VoIP) technologies | Select Answer | 3.13.14[b] | use of Voice over Internet Protocol (VoIP) technologies is monitored | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.15 | Protect the authenticity of communications sessions | Select Answer | | authenticity of communications sessions | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SC | 3.13.16 | Protect the confidentiality of CUI at rest | Select Answer | | the confidentiality of CUI at rest is protected | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

| FAM | CTRL# | REQUIREMENTS | COMPLIANCE | | ASSESSMENT OBJECTIVE (Determine if …) | IMPLEMENTED | SELECT ASSESSMENT METHOD(S) | | | DATE |
|---|---|---|---|---|---|---|---|---|---|---|
| SI | 3.14.1 | Identity, report, and correct system flaws in a timely manner | Select Answer | 3.14.1[a] | the time within which to identify system flaws is specified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.1[b] | system flaws are identified within the specified time frame | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.1[c] | the time within which to report system flaws is specified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.1[d] | system flaws are reported within the specified time frame | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.1[e] | the time within which to correct system flaws is specified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.1[f] | system flaws are corrected within the specified time frame | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SI | 3.14.2 | Provide protection from malicious code at designated locations within organizational systems | Select Answer | 3.14.2[a] | designated locations for malicious code protection are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.2[b] | protection from malicious code at designated locations is provided | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 1-21 Filed 06/27/25 Page 86 of 112 PageID #: 2751

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| SI | 3.14.3 | Monitor system security alerts and advisories and take action in response | Select Answer | 3.14.3[a] | response actions to system security alerts and advisories are identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.3[b] | system security alerts and advisories are monitored | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.3[c] | actions in response to system security alerts and advisories are taken | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SI | 3.14.4 | Update malicious code protection mechanisms when new releases are available | Select Answer | malicious code protection mechanisms are updated when new releases are available | | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SI | 3.14.5 | Perform periodic scans of organizational systems and real-time scans of files from external sources as files are downloaded, opened, or executed | Select Answer | 3.14.5[a] | the frequency of malicious code scans is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.5[b] | malicious code scans are performed with the defined frequency | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.5[c] | real-time malicious code scans of files from external sources as files are downloaded, opened, or executed are performed | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST` | Enter a date. |
| SI | 3.14.6 | Monitor organizational systems, including inbound and outbound communication traffic, to detect attacks and indicators of potential attacks | Select Answer | 3.14.6[a] | the system is monitored to detect attacks and indicators of potential attacks | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.6[b] | inbound communications traffic is monitored to detect attacks and indicators of potential attacks | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| | | | | 3.14.6[c] | outbound communications traffic is monitored to detect attacks and indicators of potential attacks | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |
| SI | 3.14.7 | Identify unauthorized use of organizational | Select Answer | 3.14.7[a] | authorized use of the system is defined | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 4:25-cv-00306-MRD-PAS Document 1-2 Filed 07/07/25 Page 67 of 112 PageID #: 2752

| 3r | 3.14.7 | systems | Select Answer | 3.14.7[b] | unauthorized use of the system is identified | Select Answer | ☐ EXAMINE | ☐ INTERVIEW | ☐ TEST | Enter a date. |

**DHA**

**6/1/2018**

Note: "Contractors may insert one or multiple potential options in the Assessment Methods column. Organizations are not expected to employ *all* assessment methods and objectives contained within the assessment procedures. Rather they have the flexiblity to determine the level of effort needed and the assurance required for an assessment. The organization employs Audit Review, through proper Integration / Scanning and Monitoring Capabilities that identify the breadth and depth of coverage. The correlation of information through vulnerability scanning determines the veracity through continuous monitoring for vulnerabilities and correlating attack detection events. The resulting methods will provide the government contractor documentation of the "depth and rigor" used in assessing the required Information Assurance Controls. The contractor must ensure that the security controls required by the contract are implemented correctly, operating as intended, and support the security policies of the Defense Health Agency."

Note: Requirements derived from NIST SP 800-171, Chapter 3. Assessment Objectives and Methods derived from NIST SP 800-171A, Chapter 3.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# Written Determination &lt;Insert Reference #&gt;
## in Support of
## DoDI 8582.01 Checklist for Minimum Security Controls

&lt;Insert Date&gt;

Contract Reference #
Contractor Name
Street Address
City, ST ZIP

| Information Assurance (IA) Control #: | &lt;Enter the specific IA Control # from the "Checklist"&gt; |
|---|---|
| **IA Control Nomenclature:** | &lt;Enter the specific IA Control's Nomenclature&gt; |
| **Compliance Statement:** | &lt;Restate the Contractor's compliance with the IA Control.&gt; |

**Issue:**

&lt;Provide basic "business" description for why the contractor cannot / will not meet the requirements of the NIST 800-171/171A IA control as listed on Checklist and Certification for Minimum Level of Enhanced Safeguarding for Unclassified DoD Information for Minimum Security Controls.&gt;

**Contractor-identified Solution:**

&lt;Provide a business-level description of the contractor's alternative plan to satisfy the security requirements associated with the Checklist's specific IA control.&gt;

**Mitigation / Remediation Plan:**

&lt;As appropriate, provide a business-level description of the contractor's plan of action and milestone for implementing the solution listed above.&gt;

**Risk Acceptance Statement**

&lt;Provide a statement the contractor accepts the risk of either implementing a technical solution different from the NIST guidance or contract operations until the NIST control can be implemented.&gt;

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| *(1 Data Item)* | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| A050 | Quality Management Plan | Initial | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.14.1.1 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg | Final Repro |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | | |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. (Per TOM C14) |
|   Frequency: One Time | |
|   Reporting Period Start Date: Transition-In | |
|   Due Date: 180 calendar days prior to the start of service delivery | |
| SUBSEQUENT SUBMISSION: | |
|   Frequency: Annual (Option Period) | |
|   Reporting Period Start Date: Start of service delivery | |
|   Due Date: Subsequent submissions within 1 year of previous submission | |

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS;

The Contractor shall provide a comprehensive quality control plan. The plan shall be reviewed and revised no less than annually or when changes are required.

| 15. TOTAL ➡ | |
|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP_____ TM_____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A060 | Service Organization Control Report (SOC1) - Statement on Standards for Attestation Engagements, SSAE No. 18 (Prime) | REV on 2/9/2022 |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR G.4.2 | CRM |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | |
|---|---|---|---|---|
| N.A | D | See Block 16 | See Block 16 | |

| 14. DISTRIBUTION | | | |
|---|---|---|---|
| a. ADDRESSEE | Draft | b. COPIES Final | |
| | | Reg | Repro |

**16. REMARKS**

FIRST SUBMISSION:
Frequency: One Time (January 1 2023 - May 31, 2023)
Reporting Period Start Date: January 1, 2023
Due Date: 45 calendar days after end of reporting period

SUBSEQUENT SUBMISSION:
Frequency: Annual (1 June - 31 May)
Reporting Period Start Date: June 1, 2023
Due Date: 45 calendar days after end of reporting period

PHI/PII: No
FILE FORMAT: No specific format required

CONTENT DETAILS:
The contractor shall provide a copy of its SOC 1 Report, based upon the Statement of Standards for Attestation Engagements, SSAE No. 18 (also called SSAE 18). A SOC 1 Report is an audit, done by an independent auditor, related to the requirements of the Sarbanes-Oxley Act of 2002, and as updated by AICPA in 2017.

Management/government reserves the right to perform additional monitoring procedures, such as site visits to the service organization to independently evaluate relevant controls. The government reserves the right to perform additional monitoring procedures such as:

-Reviewing and reconciling output reports
-Holding periodic discussions with the service organization
-Testing controls at the service organization.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Laura E White | 2/9/2022 | Henry J Gibbs | 2/9/2022 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED     Page 1 of 1     Page 6

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP_____ TM_____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A061 | Bridge Letter in Support of Service Organization Control Report (SOC1) - Statement on Standards for Attestation Engagements, SSAE No 18 (Prime) | REV 2/10/2022 |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR G.4.2 | CRM |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Fina l | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

16. REMARKS

FIRST SUBMISSION:
 Frequency: One Time (Start of service delivery – 31 May)
 Reporting Period Start and End Date (Bridge Letter): 1 June - 30 September
 Due Date: 5 calendar days after end of reporting period
SUBSEQUENT SUBMISSION:
 Frequency: Annual (1 June – 31 May)
 Reporting Period Start and End Date (Bridge Letter): 1 June - 30 September
 Due Date: 5 calendar days after end of reporting period

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
The Contractor shall provide annually a Bridge Letter
covering the period 1 June through 30 September, format to be provided by the
Government or its auditors. Such Bridge Letter shall be received by the
Government no later than 5 calendar days into October.

Bridge Letter Template is attached with updates provided by the Government as
required.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Laura E White | 2/10/2022 | Henry J Gibbs | 2/10/2022 |

**DD FORM 1423-1, FEB 2001**  PREVIOUS EDITION MAY BE USED

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**September 30, 20XX {Insert Contractor Name} Responses to**

**SOC 1 Review Questionnaire**

1. Any changes to the operating processes/internal control environment which were detailed and tested in the SOC 1 for the period ended September 30, 20XX. Do you expect any changes to occur prior to September 30, 20XX?

   RESPONSE:

2. Are there any scope changes since the last SOC 1 noted above?

   RESPONSE:

3. Can you identify any event that may impact DHA's internal controls over financial reporting during the current year?

   RESPONSE:

4. Please indicate if there has been a significant, i.e. greater than 10% personnel turnover in any of the following areas as it relates to the Health Care contract (XXX,XXX, if any):

   a. Claim Processing
   b. Electronic Claim Entry
   c. Manual Claim Entry
   d. Claims Adjudication
   e. Master File Maintenance
   f. Claims Adjustments
   g. Financial Administration

   RESPONSE:

5. When was the last independent audit completed by the internal audit department which covered the XXXX claims processing for the TRICARE contracts? Have there been any deficiencies noted by the internal audit department in FY XX as it relates to the XXXX claims processing for the TRICARE contracts?

   RESPONSE:

6. Please discuss the progress of any corrective actions on any outstanding deficiencies noted in the SOC 1 referenced above as it relates to DHA.

   RESPONSE:

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| Deficiency in FYE 9-30-XX TRICARE SOC 1 | Current Status |
|---|---|
| **1. Control Objective XX XXXXXX** | |
| **2. Control Objective XX XXXXXX** | |
| **3. Control Objective XX XXXXXX** | |
| **4. Control Objective XX XXXXXX** | |

7.  Please indicate any system changes at XXXX or any changes XXXX needed to make due to requests from Defense Health Agency (DHA) as they relate to XXXX?

    RESPONSE:

8.  Please indicate any IT changes, as they relate to the XXXX Health Care contracts.

    RESPONSE:

9.  Please indicate any significant, i.e. greater than 10%, increases/decreases in the volume of claims processed for the XXXX Health Care contracts.

    RESPONSE:

10. Please indicate any changes in the policies and procedures related to the claims processing and claims adjudication process, as they relate to the XXXX Health Care contracts.

    RESPONSE:

11. Please indicate any changes in the policies and procedures related to the quality assurance department, as they relate to the XXXX Health Care contracts.

    RESPONSE:

12. Please indicate any changes in the policies and procedures related to the duplicate claims reviews, as they related to the XXXX Health Care contracts.

    RESPONSE:

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

13. If the Service Provider is using a Sub-Contractor, how is the Service Provider monitoring the Sub-Contractor' controls in compliance with SSAE No 18?

    RESPONSE:

14. When is the Contractor's new SOC 1, compliant with SSAE No 18, expected to be delivered to DHA?

    RESPONSE:

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST | | Form Approved |
|---|---|---|
| (1 Data Item) | | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | | |
|---|---|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _____ | | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A070 | Risk Assessment Letter of Assurance | Initial |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TOM C19 S3 | Privacy Office |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | |
| | | | | | | b. COPIES |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | | |
|---|---|---|
| FIRST SUBMISSION: | Submit through the | |
| Frequency: One Time | DHA e-Commerce | |
| Reporting Period Start Date: Transition-In | Extranet. | |
| Due Date: Not later than 9 months after start of reporting period | (Per TOM C14) | |
| SUBSEQUENT SUBMISSION: | | |

FIRST SUBMISSION:
Frequency: One Time
Reporting Period Start Date: Transition-In
Due Date: Not later than 9 months after start of reporting period
SUBSEQUENT SUBMISSION:
Frequency: Annual (Option Period)
Reporting Period Start Date: Start of service delivery
Due Date: No later than the anniversary date of previous report

PHI/PII: No
FILE FORMAT: No specific file format required

CONTENT DETAILS:
The Contractor shall submit letter of assurance representing that it has conducted its initial or annual HIPAA risk assessment and, if necessary, develop an action plan to address any deficiencies identified, in compliance with DoD HIPAA requirements applicable to the Contractor.

Sample is attached.

| 15. TOTAL ➝ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Joseph E Davidge | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001 PREVIOUS EDITION MAY BE USED.

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

### ANNUAL RISK ASSESSMENT LETTER OF ASSURANCE (SAMPLE)

Defense Health Agency (DHA)/Contract Management
16401 E Centretech Parkway
Aurora, CO 80011
ATTN: Administrative Contracting Officer (ACO)

Dear _____:

An annual risk analysis of all systems, policies, procedures and practices of (name of contractor) in effect during the year ended (date) was performed in accordance with requirements outlined in the TRICARE Operations Manual (TOM), Chapter 19, Section 3, and the HHS HIPAA Privacy Rule.

The objectives of the risk analysis were to:

1. Consider both organizational and technical assessments that address all areas of privacy and security.
2. Assess the potential risks and vulnerabilities to the confidentiality, integrity and availability of all PHI (electronic, paper, and oral) created, received, stored or transmitted by the contractor.
3. Take into account all relevant losses that would be expected if privacy and security measures were not in place, including losses caused by unauthorized uses and disclosures, as well as losses of data integrity or accuracy.
4. Determine residual risk.
5. Identify and document an action plan from prioritized findings to mitigate risk to an acceptable level.

The results of the risk assessment, assurances given by appropriate (name of contractor) officials, and other information provided, indicate that the procedures and policies of (name of contractor) in effect during the year ended (**Date**), comply with the requirements in the TOM, Chapter 19, Section 3. The following action plans describe the risk identified during the annual assessment and the plan to correct deficiencies and achieve compliance. Please indicate "NONE" if the annual risk analysis did not identify weaknesses.

Attachment A to this statement contains (1) the (**Name of Contractor**) plans and schedules for correcting such weaknesses, and (2) the status of actions taken to correct weaknesses identified in prior years' reports.

Sincerely,
Name, Title and Office

cc: Government Designated Authority (GDA)
DHA Procuring Contracting Officer (PCO)
HA/DHA Privacy Officer
HA/DHA Contracting Officer's Representative (COR)

Enclosure(s) (if any)

**Note to Contractor**
(1) If there are no material weaknesses, this sentence should be deleted, and there would be no list or Attachment A containing plans and schedules for correcting such weaknesses.
(2) If there were no actions taken during the past year to correct weaknesses, or no identified weaknesses for which corrective actions remain to be taken, this phrase would be deleted.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

ANNUAL RISK ASSESSMENT LETTER OF ASSURANCE (SAMPLE)

Defense Health Agency (DHA)/Contract Management

16401 E Centretech Parkway

Aurora, CO 80011

ATTN: Administrative Contracting Officer (ACO)

Dear __ _

An annual risk analysis of all systems, policies, procedures and practices of (name of contractor) in effect during the year ended (date) was performed in accordance with requirements outlined in the TRICARE Operations Manual (TOM), Chapter 19, Section 3, and the HHS HIPAA Privacy Rule.

The objectives of the risk analysis were to:

1. Consider both organizational and technical assessments that address all areas of privacy and security.

2. Assess the potential risks and vulnerabilities to the confidentiality, integrity and availability of all PHI (electronic, paper, and oral) created, received, stored or transmitted by the contractor.

3. Take into account all relevant losses that would be expected if privacy and security measures were not in place, including losses caused by unauthorized uses and disclosures, as well as losses of data integrity or accuracy.

4. Determine residual risk.

5. Identify and document an action plan from prioritized findings to mitigate risk to an acceptable level.


The results of the risk assessment, assurances given by appropriate (name of contractor) officials, and other information provided, indicate that the procedures and policies of (name of contractor) in effect during the year ended (Date), comply with the requirements in the TOM, Chapter 19, Section 3. The following action plans describe the risk identified during the annual assessment and the plan to correct deficiencies and achieve compliance. Please indicate UNONE" if the annual risk analysis did not identify weaknesses.

Attachment A to this statement contains (1) the (Name of Contractor) plans and schedules for correcting such weaknesses, and (2) the status of actions taken to correct weaknesses identified in prior years' reports.


Sincerely,

Name, Title and Office

cc: Regional Director (RD)

DHA Procuring Contracting Officer (PCO)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 1-2 Filed 06/27/25 Page 8 Page 1134 of 1762 PageID #: 2763

HA/DHA Privacy Officer

HA/DHA Contracting Officer's Representative (COR)

Enclosure(s) (if any)

Note to Contractor

(1) If there are no material weaknesses, this sentence should be deleted, and there would be no list or Attachment A containing plans and schedules for correcting such weaknesses.

(2) If there were no actions taken during the past year to correct weaknesses, or no identified weaknesses for which corrective actions remain to be taken, this phrase would be deleted

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST | | Form Approved |
|---|---|---|
| *(1 Data Item)* | | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A080 | Fraud Detection and Prevention Strategy and Internal Procedures | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TOM C13 S1 | Program Integrity (PI) |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | b. COPIES |
| N/A | | See Block 16 | See Block 16 | | | Final |
| | | | | | | Reg / Repro |

| 16. REMARKS | a. ADDRESSEE | Draft | Reg | Repro |
|---|---|---|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. (Per TOM C14) | | | |
| Frequency: Annual (Calendar Year) | | | | |
| Reporting Period Start Date: Start of service delivery | | | | |
| Due Date: 30 calendar days before start of reporting period with updates as changes occur | | | | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | | | | |
| | | | | |
| PHI/PII: No | | | | |
| FILE FORMAT: No specific file format required. | | | | |
| | | | | |
| CONTENT DETAILS: | | | | |
| Internal procedures shall be in place for all offices to provide potential fraud and abuse cases to the Contractor's program integrity function. The strategy and internal procedures shall be provided to the Program Integrity (PI) Office 30 calendar days prior to the start of health care delivery, with updates provided as changes occur. | | | | |

| 15. TOTAL ➝ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Alison H Coleman | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**   PREVIOUS EDITION MAY BE USED.   Page 1 of 1 Pages

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:06 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

*Form Approved OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: TDP _____ TM _____ OTHER _____ | |
|---|---|---|---|

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| A090 | DEERS Query Volume Forecast | REV 10/12/2022 | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.2.7.1.3. & C.15.1.6 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. (Per TOM C14) |
| Frequency: One Time | |
| Reporting Period Start Date: Transition-In | |
| Due Date: Within 30 calendar days after modification is issued | |

FIRST SUBMISSION:
Frequency: One Time
Reporting Period Start Date: Transition-In
Due Date: Within 30 calendar days after modification is issued

SUBSEQUENT SUBMISSION:
Frequency: Annual (Option Period)
Reporting Period Start Date: Start of service delivery
Due Date: Within 60 calendar days after the end of the reporting period

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
The Contractor shall provide a report that allows the Government to see forecasted query volumes for all DEERS eligibility and demographics interfaces. This report shall also allow the Government to compare actual volumes with the forecasts. The Government will use this report to ensure DEERS can support forecasted volumes across all contracts.

The Contractor shall investigate any variance greater than 10% in DEERS query volumes and revise estimates for future periods of performance annually, or any time actual query volume deviates from the most recent forecasts. The reporting shall describe these variances, the contractor's conclusions about their likely causes, and their impact on future forecasts.

Submit through the DHA e-Commerce Extranet. (Per TOM C14)

15. TOTAL ⟶

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

**DD FORM 1423-1, FEB 2001**  PREVIOUS EDITION MAY BE USED.  Page 1 of 1 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A100 | Education Plan | Initial |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.9.4.1.1 | DHA Communications/Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

16. REMARKS

FIRST SUBMISSION:
 Frequency: One Time
 Reporting Period Start Date: Transition-In
 Due Date: No later than 30 calendar days after post award meeting
SUBSEQUENT SUBMISSION:
 Frequency: Annual (Option Period)
 Reporting Period Start Date: Start of service delivery
 Due Date: Within 1 year of previous submission, the Contractor shall submit an
 updated education plan or notification to the Government that the education plan
 has been reviewed and no updates were required.

PHI/PII: No
FILE FORMAT: No specific file format required

CONTENT DETAILS:
The Contractor shall provide an annual comprehensive beneficiary and healthcare
provider educational plan outlining how it intends to conduct targeted TRICARE
Pharmacy Benefit education to beneficiaries, healthcare providers and other
stakeholders identified by the Government as described in TOM, Chapter 11,
Section 1.

Submit through the DHA e-Commerce Extranet (Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001 PREVIOUS EDITION MAY BE USED. Page 1 of 1 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A110 | Retail Network Access Plan | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.3.3.5 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: One Time
  Reporting Period Start Date: Transition-In
  Due Date: 60 calendar days prior to the start of service delivery
SUBSEQUENT SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 30 calendar days after the end of each option period; or when within
  30 calendar days of notifying the Government of a network change under
  C.3.3.9.

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
The Contractor shall provide a plan describing how beneficiaries not meeting the access standards will have access to pharmacy services. The report shall include:
- Overall approach to providing access to pharmacy services for beneficiaries who cannot access a network pharmacy within the established performance metric; includes channels, mechanisms, and tools used to provide services
- Approach to communicating the availability of these options to beneficiaries
- Contractor's method for and evaluation of the success of these options in providing access to pharmacy services; should address trends in performance over time

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 17. PRICE GROUP |
|---|
| 18. ESTIMATED TOTAL PRICE |

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001 — PREVIOUS EDITION MAY BE USED. — Page 1 of 1 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A120 | System Security Plan | Initial |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TSM C1 S1.1 P3.4.4.3 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | B | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| | | See Block 16 | See Block 16 | | | Reg / Repro |

16. REMARKS

Submit through the DHA e-Commerce Extranet. (Per TOM C14)

FIRST SUBMISSION:
 Frequency: One Time
 Reporting Period Start Date: Contract Transition-In
 Due Date: Within 30 calendar days after the start of contract Transition-In
SUBSEQUENT SUBMISSION:
 Frequency: Annual (Option Period)
 Reporting Period Start Date: Start of Service Delivery
 Due Date: 30 calendar days before the start of each option period exercised

PII/PHI: No
FILE FORMAT: No specific file format required.

CONTENT DETAILS:
The system security plan (SSP) shall include a description of system boundaries, system environments of operation, how the NIST SP 800-171 security requirements are implemented or how Contractor plans to meet the security requirements, and the relationships with or connections to other systems. Any associated plans of action shall include a description how the Contractor will correct deficiencies and reduce or eliminate vulnerabilities in the Contractor's information system related to the contract. Recommend using CUI SSP template available at https://csrc.nist.gov/publications/detail/sp/800-171/rev-2/final. Contract Reference: TRICARE Systems Manual (TSM) Chapter 1, Section 1.1.

Assessment Objectives: The Contractor may utilize the NIST SP 800-171A to display the depth and rigor of their assessment of each of the NIST SP 800-171 security requirements.

15. TOTAL ⟶

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Steven F Alvarado | 4/19/2021 | John L (Jack) Arendale | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| *(1 Data Item)* | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP_____ TM_____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| A130 | Health and Safety Gaps Closure Report | REV 12/23/2021 | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR H.4.16 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | b. COPIES |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg / Repro |
| N/A | | See Block 16 | See Block 16 | | | |

| 16. REMARKS | | |
|---|---|---|
| FIRST SUBMISSION: | FTP server | |
| Frequency: Annual (Option Period) | provided by the | |
| Reporting Period Start Date: Start of service delivery | Government | |
| Due Date: 40 days after the end of the reporting period | | |

FIRST SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 40 days after the end of the reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:

The Contractor shall provide reporting of measurements utilized to successfully close any therapy gaps associated with adverse drug risk, coordination of care and omission of care to meet the performance guarantees in Sec H.4.16. Data elements provided will coincide with how the performance guarantees are defined and measured. The data elements and format will be mutually agreed upon by the Contractor and Government. The data provided shall be auditable and the methodology utilized to determine if the guarantee is met or not met shall be transparent and easy to follow.

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 12/23/2021 | Henry J Gibbs | 12/23/2021 |

**DD FORM 1423-1, FEB 2001** | PREVIOUS EDITION MAY BE USED | Page 1 of 1 | Page

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|

16. REMARKS *(Continued)*

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## INSTRUCTIONS FOR COMPLETING DD FORM 1423

### FOR THE CONTRACTOR

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 2/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| A140 | Latent Replenishment Owed Approval Report | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.6.8.7 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | |
| N/A | | See Block 16 | See Block 16 | |

**14. DISTRIBUTION**

| a. ADDRESSEE | b. COPIES | | |
|---|---|---|---|
| | Draft | Final Reg | Final Repro |

16. REMARKS

FIRST SUBMISSION:
  Frequency: Annual (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 90 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The report must include, at a minimum, the following:

SUMMARY tab
Limited or No Commercial Use
Discontinued/Obsolete
Manufacturer Backorder
Temporarily Unavailable
Recall
DEA Constraints
4th Tier / Not Covered
Non-TAA Determination
Less than a Bottle Size
Commercial Inventory Use
For each of the above categories, the following should be provided:
- # of items
- RO Qty (Units)
- MMC Value

DETAILED tab
Generic Code Number (GCN) GCN Sequence Number (GSN) NDC
Drug Name and Strength Manufacturer
Brand / Generic
DEA Code
Unit Pack (Y/N)
Metric Unit

Submit through the DHA e-Commerce Extranet. (Per TOM C14)

Continued on page 2

| 15. TOTAL ➡ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

**16. REMARKS** *(Continued)*

Receiving UOM
Dispensing UOM
Unreplenished Balance
Date of Last Dispense
Date RO Last Received
Date RO Last Ordered
MMC Unit Price
Extended MMC Value of RO
Unreplenished Category
Proposed Solution (Waiver, Monetary Settlement, RO Transfer, CLIN, etc.)
Comments

The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Change log to include change type, description of change, date identified, originator of change, and revision date

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:00 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved OMB
No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP ____ TM ____ OTHER ____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| D010 | Mail Order NDC Change Requests Report | REV on 10/12/2022 | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.6.8.16 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

16. REMARKS

FIRST SUBMISSION
  Frequency: Daily (Business Day)
  Reporting Period Start Date: Start of service delivery
  Due Date: Next business day
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide a daily report of all requested NDCs proposed for immediate change at Mail Order, submitted for DHA review and CO or COR approval.
The Government reserves the right to make modifications to the report requirements after the first submission.

The report must include, at a minimum, the following:
Request ID
Date Submitted to DoD
Type of Change
Dispensing Site (if multiple locations)
Generic Code Number (GCN)
GCN Sequence Number (GSN)
Current NDC
Current Manufacturer
Current NDC National Contract (Y/N)
Current Medical Pricing Catalog Cost
Cost Difference
New Medical Pricing Catalog Cost
New NDC Selection
New Manufacturer Selection
Drug Name, Strength, Form
New NDC National Contract (Y/N)
Reason for Requested Change (e.g., backorder, cannot support DoD usage, Government-directed, change from MPPP, temporary use of commercial product, other applicable reasons)

By email to all individuals designated by the Government

Continued on page 2

| 15. TOTAL ⟶ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT<br>N/A | C. CATEGORY:<br>TDP _____ TM _____ OTHER Performance Report |
|---|---|---|

| D. SYSTEM/ITEM<br>TRICARE Pharmacy Program | E. CONTRACT/PR NO.<br>HT940221C0007 | F. CONTRACTOR<br>Express Scripts, Inc (ESI) |
|---|---|---|

16. REMARKS *(Continued)*

Contractor's Assigned POC (if multiple POCs are involved)
Summary of Contractor/Prime Vendor Communication (including specific comments regarding NDC unavailability, additional background information supporting change)
Package Size of New NDC
Anticipated TPharm5 Monthly Usage (units)
Projected Annual Impact (Cost Difference * Monthly Usage * 12 months)
Burning Contractor Inventory (indicate Y/N)
Unit pack (if package cannot be broken, indicate Y/N)
New NDC on Medical Pricing Catalog (eg. Commercial products)? (indicate Y/N)
New NDC TAA Compliant (indicate Y/N)
New NDC Have a NAD Waiver (indicate Y/N)
Change to Contractor's commercial preferred NDC? (indicate Y/N)
Change from Contractor's commercial preferred NDC to DoD preferred NDC? (indicate Y/N)
Holding Replenishment Owed? (indicate Y/N)
Transferring Replenishment Owed to another previously approved? (indicate Y/N)
If transferring RO, to what NDC? (indicate N/A or specify NDC)
Seeking RO on new NDC? (indicate Y/N)
Change Approval fields (blank for documentation)

- DoD Guidance
- TPharm5 POC
- TPharm5 COR

The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Change log to include change type, description of change, date identified, originator of change, and revision date

**DD FORM 1423-1, FEB 2001**

Page __2__ of __2__ Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:36 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| D020 | MTF CHCS Claims Rejection Detail Report | REV on 03/01/2023 | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.5.3.3 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION
  Frequency: Daily (Business Day)
  Reporting Period Start Date: Start of service delivery
  Due Date: Next business day
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide a daily summary of data on all MTF CHCS claims that remain rejected from the previous day, according to date processed. Rejects resulting from system issues (e.g. downtime) shall be reported on a separate tab. The reports shall be broken out by MTF and sent to the contact at each MTF designated by the Government. A master file shall also be provided to the DHA. The Government reserves the right to make modifications to the report requirements after the first submission.

The report must include, at a minimum, the following:
Branch of Service
PDW Prescription Number
TRICARE Region
Service Command
Site MTF
Date Written
Date Dispensed
Prescriber Name
Prescriber ID
Pharmacy Name
Pharmacy NPI
NDC Drug Code
Drug Name
Drug Strength
Drug Dosage Form
DUR Intervention Code
Quantity
Days Supply
New/Refill Code
Submitted Amount

Continued on page 2

Distribution addressee: FTP Server provided by the government with notification to COR

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eric R Parsons | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

DD FORM 1423-1, FEB 2001     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
### *(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

Reject Code 1
Reject Description 1
Reject Code 2
Reject Description 2
Reject Code 3
Reject Description Code 3
Notes from MTF to Contractor (blank for MTF to provide notes back to Contractor)

The report shall include:

- Solutions tab to provide guidance to MTFs on corrective steps to take for reject codes
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Reporting Period: 01/0·

| Branch of Service | PDW Rx # | TRICARE Region | Service Command | Site MTF | Date Received by Pharmacy | Date Processed | Prescriber ID | Pharmacy NPI | Pharmacy Name | NDC Drug Code |
|---|---|---|---|---|---|---|---|---|---|---|
| AIR FORCE | 123456789 | WEST | AFSOC | CANNON | 12/31/2019 | 01/01/2020 | DEA or NPI | 1871692228 | Lackland | 00004035039 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| Drug Name | Drug Strength | Drug Dosage Form | DUR Intervention Code | Quantity | Days Supply | New/Refill Code | Submitted Amount | Rejected to be corrected by (MTF or Contractor) | Reject Code 1 |
|-----------|---------------|------------------|----------------------|----------|-------------|-----------------|------------------|------------------------------------------------|---------------|
| PEGASYS 180 MCG/ML CONV.PACK | 180MCG/ML | YK | | 4 | 28 | 0 | $0.00 | 00 | 77 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00806-MRD-PAS Document 12 Filed 06/27/25 Page 895 of 1251 PageID #: 2780

| Reject Description 1 | Reject Code 2 | Reject Description 2 | Reject Code 3 | Reject Description 3 | Notes from MTF to Contractor |
|---|---|---|---|---|---|
| Discontinued Product/Service ID Number | | NO DESCRIPTION | | NO DESCRIPTION | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

CONTRACT DATA REQUIREMENTS LIST

*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| D030 | Non-Financially Underwritten Contractor Payment/Check Issue Data | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR G.4.1.1 | CRM |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | b. COPIES | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

16. REMARKS

FIRST SUBMISSION:
  Frequency: Daily
  Reporting Period Start Date: Start of claims processing
  Due Date: Required with each cycle
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Data file (.dat)

CONTENT DETAILS:
The Contractor shall provide a Contractor Payment/Check and EFT/ACH data files listing the payments issued for each cycle or each approved manual release. The occurrence of this report is based on cycle which is normally daily based on normal work days. Voided/Stale dated payments must also be reported as negative amounts in this same format. Reference Attachment A to this CDRL.

Payment file layouts are attached with updates provided by the government as required.

Attachment A: Check Issued Layout
Attachment B: EFT/ACH Issued Layout

Submit through the B2B Gateway

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Laura E White | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001          PREVIOUS EDITION MAY BE USED.          Page __1__ of __3__ Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00806-MRD-PAS Document 12 Filed 06/27/25 Page 897 of 1153 PageID #: 2782

## Attachment A:

### Contractor "Check Issued" File Layout

```
OPTIONS (rows=1)    ***CHECK Type Transactions***
LOAD DATA
INFILE '&1'
REPLACE
INTO TABLE TMA_PCR_CONTR_IMP_HEADERS
WHEN (1) = 'H'
FIELDS OPTIONALLY ENCLOSED BY '"' TRAILING NULLCOLS
(
      ASAP_ACCT_NUMBER        POSITION(02:09) CHAR "rtrim(:asap_account_number)",
      TMA_AUTH_NUMBER         POSITION(10:17) CHAR NULLIF TMA_AUTH_NUMBER=BLANKS "rtrim(:tma_auth_number)",
      RECORD_COUNT            POSITION(18:23) INTEGER EXTERNAL,
      TOTAL_AMOUNT            POSITION(24:34) DECIMAL EXTERNAL ":total_amount/100"
)
INTO TABLE TMA_PCR_CONTR_IMP_DETAILS
WHEN (1) = 'D'
FIELDS OPTIONALLY ENCLOSED BY '"' TRAILING NULLCOLS
(
      ASAP_ACCT_NUMBER        POSITION(002:009) CHAR "rtrim(:asap_account_number)",
      BANK_ACCT_NUMBER        POSITION(010:019) CHAR NULLIF BANK_ACCT_NUMBER=BLANKS "rtrim(:bank_acct_number)",
      CHECK_NUMBER_PFX        POSITION(020:020) CHAR "decode(:check_number_pfx,'
',NULL,'0',NULL,:check_number_pfx)",   (NOTE: Should contain a C for Checks)
      CHECK_NUMBER            POSITION(021:030) CHAR,
      CHECK_PAYMENT_DATE      POSITION(031:038) DATE "YYYYMMDD"
"DECODE(:check_payment_date,'00000000',NULL,'99999999',NULL,:check_payment_date)",
      PAYEE_NAME              POSITION(039:088) CHAR NULLIF PAYEE_NAME=BLANKS        "rtrim(:payee_name)",
      PROVIDER_TIN            POSITION(089:106) CHAR NULLIF PROVIDER_TIN=BLANKS     "rtrim(:provider_tin)",
      INTEREST_PAID           POSITION(107:117) DECIMAL EXTERNAL ":interest_paid/100",
      AMOUNT_PAID             POSITION(118:128) DECIMAL EXTERNAL ":amount_paid/100"
)
```

* On detailed record paid amount should be right justified, left zero filled.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## Attachment B:

## Contractor "EFT/ACH" Payment Issued" File Layout

```
OPTIONS (rows=1)      *** EFT/ACH Type Transactions***
LOAD DATA
INFILE '&1'
REPLACE
INTO TABLE TMA_PCR_CONTR_IMP_HEADERS
WHEN (1) = 'H'
FIELDS OPTIONALLY ENCLOSED BY '"' TRAILING NULLCOLS
(
     ASAP_ACCT_NUMBER        POSITION(02:09) CHAR "rtrim(:asap_acct_number)",
     TMA_AUTH_NUMBER         POSITION(10:17) CHAR NULLIF TMA_AUTH_NUMBER=BLANKS "rtrim(:tma_auth_number)",
     RECORD_COUNT            POSITION(18:23) INTEGER EXTERNAL,
     TOTAL_AMOUNT            POSITION(24:34) DECIMAL EXTERNAL ":total_amount/100"
)
INTO TABLE TMA_PCR_CONTR_IMP_DETAILS
WHEN (1) = 'D'
FIELDS OPTIONALLY ENCLOSED BY '"' TRAILING NULLCOLS
(
     ASAP_ACCT_NUMBER        POSITION(002:009) CHAR "rtrim(:asap_acct_number)",
     BANK_ACCT_NUMBER        POSITION(010:019) CHAR NULLIF BANK_ACCT_NUMBER=BLANKS "rtrim(:bank_acct_number)",
     CHECK_EFT_NUMBER_PFX    POSITION(020:020) CHAR "decode(:check_number_pfx,'
',NULL,'0',NULL,:check_number_pfx)",        (NOTE: Should contain an E for EFT/ACH)
     EFT/ACH Unique Cust ID  POSITION(021:030) CHAR
     CHECK_PAYMENT_DATE      POSITION(031:038) DATE "YYYYMMDD"
"DECODE(:check_payment_date,'00000000',NULL,'99999999',NULL,:check_payment_date)",
     PAYEE_NAME              POSITION(039:088) CHAR NULLIF PAYEE_NAME=BLANKS      "rtrim(:payee_name)",
     PROVIDER_TIN            POSITION(089:106) CHAR NULLIF PROVIDER_TIN=BLANKS    "rtrim(:provider_tin)",
     INTEREST_PAID           POSITION(107:117) DECIMAL EXTERNAL ":interest_paid/100",
     AMOUNT_PAID             POSITION(118:128) DECIMAL EXTERNAL ":amount_paid/100"
```

**Contractor/Bank**

**Note[1]:** The Contractor sends an electronic industrial standard **NACHA (National Automated Clearing House Association)** EFT/ACH payment file to their banks containing a Unique Customer identifier number.   This unique customer ID must be passed in the **NACHA** file in Record Type 6, Field 7, Position 40-54.   The contractor shall require the bank to include this unique customer identifier number in the Industry Standard **BAI** (Bank Administration Institute) format, Record Type 16 Field 8.

**Note[2]:** This Unique EFT/ACH Customer ID number is equivalent to a Check Number for a **regular** Check payment.

* On detailed record paid amount should be right justified, left zero filled.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## FORMAT FOR CONTRACTOR PAYMENT/CHECK ISSUE DATA

### HEADER

| Column Nbr | Field | Data size | TEDS ELN# | |
|---|---|---|---|---|
| 1 | Record type indicator (H = Header) | 1 | H | Indicates the Header information |
| 2 | Batch/Voucher ASAP Account Number | 8 | 0-025 | ASAP ID number assigned to contractor by DHA, CRM. |
| 3 | DHA Authorization Number | 8 | | e.g. 20130601 for first cycle in June |
| 4 | Record Count | 6 | | Number of Records on this submission |
| 5 | Total Amount of Check Run | 11 | | Total dollar amount of the listing |

### DETAIL RECORDS
### CHECKS/EFT

| Column Nbr | Field | Data size | TEDS ELN# Institutional/ Non-Institutional | |
|---|---|---|---|---|
| 1 | Record type indicator | 1 | D | Indicates the individual records |
| 2 | Batch/Voucher ASAP Account Number | 8 | 0-025 | Same as Header |
| 3 | Bank Account Number | 10 | | Actual Contractor Bank Account |
| 4 | Check Number/EFT Trace Number | 11 | | leave blank for any extra spaces |
| 5 | Check Payment Date | 8 | | YYYYMMDD |
| 6 | Payee | 50 | | leave blank for any extra spaces |
| 7 | Payee Tax ID/Provider Number | 18 | 1-200/2-240 | leave blank for any extra spaces |
| 8 | Interest Paid | 11 | 1-145/2-112 | Optional if interest is included in Government Paid Amount. See below. |
| 9 | Government Paid Amount | 11 | 1-140/2-205 | If Interest is not listed separately, should be included in the Government Paid Amount Field |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**

*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| D040 | Retail Pharmacy Claims (RPC) Data Requirements | Initial | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.12 | CRM/Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | Submit through the B2B Gateway |
|---|---|

FIRST SUBMISSION:
  Frequency: Daily (per Cycle)
  Reporting Period Start Date: Start of service delivery
  Due Date: Submitted with every TED submission
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Data file (.dat)

CONTENT DETAILS:
The Contractor shall submit Retail Pharmacy Claims (RPC) data files to DHA as detailed in the attached instructions.

Retail Pharmacy Claims (RPC) data files are required for all claims processed by the TPharm Contractor for drugs and supplies dispensed at or through non-DoD pharmacies. RPC data files are NOT required for claims for administrative services (such as Prior Authorization or Medical Necessity) nor for items dispensed through TRICARE Pharmacy Home Delivery (also known as TRICARE Mail Order Pharmacy or TMOP).

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Kathy L Ducharme | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001          PREVIOUS EDITION MAY BE USED.          Page 1 of 4 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00686-MRD-PAS Document 12 Filed 06/27/25 Page 901 of 1257 PageID #: 2786

08. D020_P00005 AttachA_RPC_Data_-_revised.xlsx

**TRICARE Pharmacy Program, Fifth Generation (TPharm5)**

**Retail Pharmacy Claims (RPC) Data Requirements** (updated 20200006-30)

NOTE: These data requirements are *in addition* to those specified in TRICARE Systems Manual (TSM).

**1.0 General Information**

1.1   The TPharm contractor shall submit TED records (batch/voucher header, non-institutional, and provider) to Defense Health Agency (DHA) as per TRICARE Systems Manual (TSM). In addition, the contractor shall submit Retail Pharmacy Claims (RPC) data files to DHA as instructed below.

1.2   Retail Pharmacy Claims (RPC) data files are required for all claims processed by the TPharm contractor for drugs and supplies dispensed at or through non-DoD pharmacies. RPC data files are NOT required for claims for administrative services (such as Prior Authorization or Medical Necessity) or for items dispensed through TRICARE Pharmacy Home Delivery (also known as TRICARE Mail Order Pharmacy or TMOP).

1.3   TED records for claims processed by the TPharm contractor for drugs and supplies dispensed at or through non-DoD pharmacies are submitted with BATCH/VOUCHER CLIN/ASAP ACCOUNT NUMBER (on BATCH/VOUCHER HEADER records) starting with either "MC" or "TF". Each time the contractor submits or resubmits such TED records, it shall also submit or resubmit "companion" RPC records.

**2.0 RPC-Specific Data Communications Technical Requirements**

2.1   Communication Protocol: Connect:Direct through MHS B2B Gateway or Connect Direct using Internet and Secure+.

2.2   Timing and other requirements: First submission shall be submitted at the same time as the first TED submission. Subsequent submissions shall be submitted with subsequent TED submissions.

**3.0 RPC-Specific Transmission Records**

3.1   The requirement for all electronic transmissions will incorporate the Health Insurance Portability and Accountability Act of 1996 (HIPAA) mandated standards wherever feasible.

3.2   The first record in each transmission to DHA will be a transmission header, using the following format. Where value is specified under comments, the value must be reported exactly as shown.

**TRANSMISSION HEADER RECORD FORMAT**

| Position(s) | Description | Content | Comment |
|---|---|---|---|
| 1-8 | Alpha | Data Type | Must be "RPC Data". |
| 9-10 | ** | Delimiter | Must be "**". |
| 11-22 | Alphanumeric | File Name | "RP$yyyymmddnnss$", where $yyyymmdd$ is the Transmission Date, $nn$ is the TMA-assigned Contractor Number, and $ss$ is the sequence number (01-99) of the file sent on a particular day. |
| 23-24 | ** | Delimiter | Must be "**". |
| 25-29 | Alpha | | Must be "FSIZE". |
| 30-Variable | Numeric | File Size | Total number of *VOUCHER* records and *CLAIM* records. Includes transmission header, excludes transmission trailer. |
| Variable (2 positions) | ** | Delimiter | Must be "**". |
| Variable (6 positions) | Alpha | Record Type | Must be "RTYPEV". |
| Variable (2 positions) | ** | Delimiter | Must be "**". |
| Variable (7 positions) | Alpha | | Must be "MAXRLEN". |
| Variable (2 positions) | ** | Delimiter | Must be "**". |
| Variable (2 positions) | Numeric | Maximum Record Length | 1000. (Length of the longest variable length record within the transmission.) |
| Variable (2 positions) | ** | Delimiter | Must be "**". |
| Variable - 80 | Blank | Reserved | Must be spaces. |

3.3   Appended to the end of each transmission to DHA will be a transmission trailer record. The format for the transmission trailer record follows:

**TRANSMISSION  TRAILER RECORD FORMAT**

| Position(s) | Description | Content | Comment |
|---|---|---|---|
| 1 | Alpha | Record ID | Must be "@" sign. |
| 2-3 | Alphanumeric | Contractor Number | DHA-assigned Contractor Number. |
| 4-10 | Alphanumeric | Transmission Date | Enter in YYYYDDD format. |
| 11-14 | Numeric | Voucher Count | Number of *VOUCHER* records in the transmission. |
| 15-20 | Numeric | Record Count | Total number of *VOUCHER* records and *CLAIM* records. Excludes transmission header and transmission trailer. |
| 21 - 80 | Blank | Reserved | Must be spaces. |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## 4.0 RPC VOUCHER Data Element Layout

4.1  For every TED BATCH/VOUCHER HEADER record with BATCH/VOUCHER CLIN/ASAP ACCOUNT NUMBER starting with "MC" or "TF", the contractor shall also submit a matching and identical RPC VOUCHER record.

| ELN | ELEMENT NAME | NCPDP Field # | FORMAT | Width | POSITION FROM | POSITION THRU | Corresponding TED Data Element ELN | ELEMENT NAME |
|---|---|---|---|---|---|---|---|---|
| 0-001 | HEADER TYPE INDICATOR | n/a | X(1) | 1 | 1 | 1 | 0-001 | HEADER TYPE INDICATOR |
| 0-010 | CONTRACT NUMBER | n/a | X(13) | 13 | 2 | 14 | 0-010 | CONTRACT NUMBER |
| 0-015 | BATCH/VOUCHER IDENTIFIER | n/a | X | 1 | 15 | 15 | 0-015 | BATCH/VOUCHER IDENTIFIER |
| 0-025 | BATCH/VOUCHER CLIN/ASAP ACCOUNT NUMBER | n/a | X(8) | 8 | 16 | 23 | 0-025 | BATCH/VOUCHER CLIN/ASAP ACCOUNT NUMBER |
| 0-030 | BATCH/VOUCHER DATE | n/a | YYYYDDD | 7 | 24 | 30 | 0-030 | BATCH/VOUCHER DATE |
| 0-035 | BATCH/VOUCHER SEQUENCE NUMBER | n/a | X(2) | 2 | 31 | 32 | 0-035 | BATCH/VOUCHER SEQUENCE NUMBER |
| 0-040 | BATCH/VOUCHER RESUBMISSION NUMBER | n/a | X(2) | 2 | 33 | 34 | 0-040 | BATCH/VOUCHER RESUBMISSION NUMBER |
| 0-045 | TOTAL NUMBER OF RECORDS | n/a | 9(7) | 7 | 35 | 41 | 0-045 | TOTAL NUMBER OF RECORDS |
| 0-050 | TOTAL AMOUNT PAID | n/a | S9(10)V99 | 12 | 42 | 53 | 0-050 | TOTAL AMOUNT PAID |
| 0-055 | INITIAL TRANSMISSION DATE (TMA DERIVED) | n/a | YYYYMMDD | 8 | 54 | 61 | 0-055 | INITIAL TRANSMISSION DATE (TMA DERIVED) |
| 0-060 | TMA BATCH/VOUCHER PROCESSING DATE (TMA DERIVED) | n/a | YYYYMMDD | 8 | 62 | 69 | 0-060 | TMA BATCH/VOUCHER PROCESSING DATE (TMA DERIVED) |
| 0-065 | FUND ACCOUNTING | n/a | S9(8)V99 | 10 | 70 | 79 | 0-065 | FUND ACCOUNTING |

## 5.0 RPC CLAIM Data Element Layout

5.1  For every TED NON-INSTITUTIONAL record submitted together with a TED BATCH/VOUCHER HEADER record with BATCH/VOUCHER CLIN/ASAP ACCOUNT NUMBER starting with "MC" or "TF", the contractor shall also submit a companion RPC CLAIM record consisting of data elements listed below.

5.2  Relationship between RPC CLAIM data elements and TED NON-INSTITUTIONAL data elements:

- TED RECORD INDICATOR data:  The first 7 data elements, in the first 33 positions, on the RPC CLAIM record shall be identical to the first 7 data elements, and the first 33 positions, on the companion TED NON-INSTITUTIONAL record, as per Chapter 2, Section 2.2 of TSM.
- Other TED data:  The next 12 RPC CLAIM elements shall be identical to those on the companion TED NON-INSTITUTIONAL record, albeit in different positions.
- NCPDP data:  The rest of the RPC CLAIM elements shall be populated with original claim data as per NCPDP Telecommunication Standard Version D.0 or later.

| ELN | ELEMENT NAME | NCPDP Field # | FORMAT | Width | POSITION FROM | POSITION THRU | Corresponding TED Data Element ELN | ELEMENT NAME |
|---|---|---|---|---|---|---|---|---|
| X-001 | RECORD TYPE INDICATOR | n/a | X(1) | 1 | 1 | 1 | 2-001 | RECORD TYPE INDICATOR |
| X-015 | FILING DATE | n/a | YYYYDDD | 7 | 2 | 8 | 2-015 | FILING DATE |
| X-020 | FILING STATE/COUNTRY CODE | n/a | X(3) | 3 | 9 | 11 | 2-020 | FILING STATE/COUNTRY CODE |
| X-025 | SEQUENCE NUMBER | n/a | X(7) | 7 | 12 | 18 | 2-025 | SEQUENCE NUMBER |
| X-030 | TIME STAMP | n/a | X(6) | 6 | 19 | 24 | 2-030 | TIME STAMP |
| X-035 | ADJUSTMENT KEY | n/a | X(1) | 1 | 25 | 25 | 2-035 | ADJUSTMENT KEY |
| X-040 | DATE TED RECORDS PROCESSED TO COMPLETION | n/a | YYYYMMDD | 8 | 26 | 33 | 2-040 | DATE TED RECORDS PROCESSED TO COMPLETION |
| X-055 | SERVICE BRANCH CLASSIFICATION CODE (SPONSOR) | n/a | X(1) | 1 | 34 | 34 | 2-055 | SERVICE BRANCH CLASSIFICATION CODE (SPONSOR) |
| X-100 | TYPE OF SUBMISSION | n/a | X(1) | 1 | 35 | 35 | 2-100 | TYPE OF SUBMISSION |
| X-105 | CLAIM FORM TYPE/EMC INDICATOR | n/a | X(1) | 1 | 36 | 36 | 2-105 | CLAIM FORM TYPE/EMC INDICATOR |
| X-155 | END DATE OF CARE | n/a | YYYYMMDD | 8 | 37 | 44 | 2-155 | END DATE OF CARE |
| X-170 | NATIONAL DRUG CODE | n/a | X(11) | 11 | 45 | 55 | 2-170 | NATIONAL DRUG CODE |
| X-185 | AMOUNT ALLOWED BY PROCEDURE CODE | n/a | S9(7)V99 | 9 | 56 | 64 | 2-185 | AMOUNT ALLOWED |
| X-190 | AMOUNT PAID BY OTHER HEALTH INSURANCE (OHI) | n/a | S9(7)V99 | 9 | 65 | 73 | 2-190 | AMOUNT PAID BY OTHER HEALTH INSURANCE (OHI) |
| X-205 | AMOUNT PAID BY GOV'T CONTRACTOR BY PROCEDURE CODE | n/a | S9(7)V99 | 9 | 74 | 82 | 2-205 | AMOUNT PAID BY GOV'T CONTRACTOR BY PROCEDURE CODE |
| X-230 | PROVIDER ORGANIZATIONAL NPI NUMBER | n/a | X(15) | 15 | 83 | 97 | 2-230 | PROVIDER ORGANIZATIONAL NPI NUMBER |
| X-250 | PROVIDER ZIP CODE | n/a | X(9) | 9 | 98 | 106 | 2-250 | PROVIDER ZIP CODE |
| X-265 | PROVIDER NETWORK STATUS INDICATOR | n/a | X(1) | 1 | 107 | 107 | 2-265 | PROVIDER NETWORK STATUS INDICATOR |
| X-305 | SPECIAL PROCESSING CODE | n/a | X(8) | 8 | 108 | 115 | 2-305 | SPECIAL PROCESSING CODE |
| X-601 | Transaction Response Status | 112-AN | X(1) | 1 | 116 | 116 | <--- start of Status Segment fields | |
| X-604 | Authorization Number | 5Ø3-F3 | X(20) | 20 | 117 | 136 | | |
| X-607 | Service Provider ID Qualifier | 2Ø2-B2 | X(2) | 2 | 137 | 138 | <--- start of Header Segment fields | |
| X-610 | Service Provider ID | 2Ø1-B1 | X(15) | 15 | 139 | 153 | | |
| X-613 | Date of Service | 4Ø1-D1 | YYYYMMDD | 8 | 154 | 161 | | |
| X-616 | Prescription/Service Reference Number Qualifier | 455-EM | X(1) | 1 | 162 | 162 | <--- start of Claim Segment fields | |
| X-619 | Prescription/Service Reference Number | 4Ø2-D2 | 9(12) | 12 | 163 | 174 | | |
| X-622 | Product/Service ID Qualifier | 436-E1 | X(2) | 2 | 175 | 176 | | |
| X-625 | Product/Service ID | 4Ø7-D7 | X(19) | 19 | 177 | 195 | | |
| X-628 | Quantity Dispensed | 442-E7 | 9(7)V999 | 10 | 196 | 205 | | |
| X-631 | Fill Number | 4Ø3-D3 | 9(2) | 2 | 206 | 207 | | |
| X-634 | Days Supply | 4Ø5-D5 | 9(3) | 3 | 208 | 210 | | |
| X-637 | Compound Code | 4Ø6-D6 | 9(1) | 1 | 211 | 211 | | |
| X-640 | Dispense As Written (DAW)/Product Selection Code | 4Ø8-D8 | X(1) | 1 | 212 | 212 | | |
| X-643 | Date Prescription Written | 414-DE | YYYYMMDD | 8 | 213 | 220 | | |
| X-646 | Number of Refills Authorized | 415-DF | 9(2) | 2 | 221 | 222 | | |
| X-649 | Prescription Origin Code | 419-DJ | 9(1) | 1 | 223 | 223 | | |
| X-652 | Submission Clarification Code Count  (max = 3) | 354-NX | 9(1) | 1 | 224 | 224 | | |
| X-655 | Submission Clarification Code - 1st | 42Ø-DK | 9(2) | 2 | 225 | 226 | | |
| X-658 | Submission Clarification Code - 2nd | 42Ø-DK | 9(2) | 2 | 227 | 228 | | |
| X-661 | Submission Clarification Code - 3rd | 42Ø-DK | 9(2) | 2 | 229 | 230 | | |
| X-664 | Other Coverage Code | 3Ø8-C8 | 9(2) | 2 | 231 | 232 | | |
| X-667 | Unit of Measure | 6ØØ-28 | X(2) | 2 | 233 | 234 | | |
| X-670 | Level of Service | 418-DI | 9(2) | 2 | 235 | 236 | | |
| X-673 | Prior Authorization Type Code | 461-EU | 9(2) | 2 | 237 | 238 | | |
| X-676 | Prior Auth Number Submitted | 462-EV | 9(11) | 11 | 239 | 249 | | |
| X-679 | Route of Administration | 995-E2 | X(11) | 11 | 250 | 260 | | |
| X-682 | Dispensing Status | 343-HD | X(1) | 1 | 261 | 261 | | |
| X-685 | Associated Prescription/Service Reference Number | 456-EN | 9(12) | 12 | 262 | 273 | | |
| X-688 | Associated Prescription/Service Date | 457-EP | YYYYMMDD | 8 | 274 | 281 | | |
| X-691 | Quantity Prescribed | 46Ø-ET | 9(7)V999 | 10 | 282 | 291 | | |
| X-694 | Quantity Intended To Be Dispensed | 344-HF | 9(7)V999 | 10 | 292 | 301 | | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

08. D020_P00005 AttachA_RPC_Data_-_revised.xlsx

| X-697 | Days Supply Intended To Be Dispensed | 345-HG | 9(3) | 3 | 302 | 304 | |
| X-700 | Prescriber ID Qualifier | 466-EZ | X(2) | 2 | 305 | 306 | <--- start of Prescriber Segment fields |
| X-703 | Prescriber ID | 411-DB | X(15) | 15 | 307 | 321 | |
| X-706 | Ingredient Cost Submitted | 4Ø9-D9 | S9(6)V99 | 8 | 322 | 329 | <--- start of Pricing Segment fields |
| X-709 | Patient Assignment Indicator (DMR Indicator) | 391-MT | X(1) | 1 | 330 | 330 | |
| X-712 | Pharmacy Service Type | 147-U7 | 9(2) | 2 | 331 | 332 | |
| X-715 | Dispensing Fee Submitted | 412-DC | S9(6)V99 | 8 | 333 | 340 | |
| X-718 | Patient Paid Amount Submitted | 433-DX | S9(6)V99 | 8 | 341 | 348 | |
| X-721 | Usual and Customary Charge | 426-DQ | S9(6)V99 | 8 | 349 | 356 | |
| X-724 | Gross Amount Due | 43Ø-DU | S9(6)V99 | 8 | 357 | 364 | |
| X-727 | Basis of Cost Determination | 423-DN | X(2) | 2 | 365 | 366 | |
| X-730 | Patient Pay Amount | 5Ø5-F5 | S9(6)V99 | 8 | 367 | 374 | |
| X-733 | Ingredient Cost Paid | 5Ø6-F6 | S9(6)V99 | 8 | 375 | 382 | |
| X-736 | Dispensing Fee Paid | 5Ø7-F7 | S9(6)V99 | 8 | 383 | 390 | |
| X-739 | Other Payer Amount Recognized | 566-J5 | S9(6)V99 | 8 | 391 | 398 | |
| X-742 | Total Amount Paid | 5Ø9-F9 | S9(6)V99 | 8 | 399 | 406 | |
| X-745 | Basis of Reimbursement Determination | 522-FM | 9(2) | 2 | 407 | 408 | |
| X-748 | Coordination of Benefits/Other Payments Count (max = 3) | 337-4C | 9(1) | 1 | 409 | 409 | <--- start of Coordination of Benefits/Other Payments Segment fields |
| X-751 | Other Payer Coverage Type 1st | 338-5C | X(2) | 2 | 410 | 411 | |
| X-754 | Other Payer ID Qualifier 1st | 339-6C | X(2) | 2 | 412 | 413 | |
| X-757 | Other Payer ID 1st | 34Ø-7C | X(10) | 10 | 414 | 423 | |
| X-760 | Other Payer Date 1st | 443-E8 | YYYYMMDD | 8 | 424 | 431 | |
| X-763 | Other Payer Amount Paid Count 1st | 341-HB | 9(1) | 1 | 432 | 432 | |
| X-766 | [Sum of] Other Payer Amount Paid 1st | 431-DV | S9(6)V99 | 8 | 433 | 440 | |
| X-769 | Other Payer Reject Count 1st (max = 5) | 471-5E | 9(2) | 2 | 441 | 442 | |
| X-772 | Other Payer Reject Code 1st-1 | 472-6E | X(3) | 3 | 443 | 445 | |
| X-775 | Other Payer Reject Code 1st-2 | 472-6E | X(3) | 3 | 446 | 448 | |
| X-778 | Other Payer Reject Code 1st-3 | 472-6E | X(3) | 3 | 449 | 451 | |
| X-781 | Other Payer Reject Code 1st-4 | 472-6E | X(3) | 3 | 452 | 454 | |
| X-784 | Other Payer Reject Code 1st-5 | 472-6E | X(3) | 3 | 455 | 457 | |
| X-787 | Other Payer Coverage Type 2nd | 338-5C | X(2) | 2 | 458 | 459 | |
| X-790 | Other Payer ID Qualifier 2nd | 339-6C | X(2) | 2 | 460 | 461 | |
| X-793 | Other Payer ID 2nd | 34Ø-7C | X(10) | 10 | 462 | 471 | |
| X-796 | Other Payer Date 2nd | 443-E8 | YYYYMMDD | 8 | 472 | 479 | |
| X-799 | Other Payer Amount Paid Count 2nd (max = 5) | 341-HB | 9(1) | 1 | 480 | 480 | |
| X-802 | [Sum of] Other Payer Amount Paid 2nd | 431-DV | S9(6)V99 | 8 | 481 | 488 | |
| X-805 | Other Payer Reject Count 2nd | 471-5E | 9(2) | 2 | 489 | 490 | |
| X-808 | Other Payer Reject Code 2nd-1 | 472-6E | X(3) | 3 | 491 | 493 | |
| X-811 | Other Payer Reject Code 2nd-2 | 472-6E | X(3) | 3 | 494 | 496 | |
| X-814 | Other Payer Reject Code 2nd-3 | 472-6E | X(3) | 3 | 497 | 499 | |
| X-817 | Other Payer Reject Code 2nd-4 | 472-6E | X(3) | 3 | 500 | 502 | |
| X-820 | Other Payer Reject Code 2nd-5 | 472-6E | X(3) | 3 | 503 | 505 | |
| X-823 | Other Payer Coverage Type 3rd | 338-5C | X(2) | 2 | 506 | 507 | |
| X-826 | Other Payer ID Qualifier 3rd | 339-6C | X(2) | 2 | 508 | 509 | |
| X-829 | Other Payer ID 3rd | 34Ø-7C | X(10) | 10 | 510 | 519 | |
| X-832 | Other Payer Date 3rd | 443-E8 | YYYYMMDD | 8 | 520 | 527 | |
| X-835 | Other Payer Amount Paid Count 3rd | 341-HB | 9(1) | 1 | 528 | 528 | |
| X-838 | [Sum of] Other Payer Amount Paid 3rd | 431-DV | S9(6)V99 | 8 | 529 | 536 | |
| X-841 | Other Payer Reject Count 3rd (max = 5) | 471-5E | 9(2) | 2 | 537 | 538 | |
| X-844 | Other Payer Reject Code 3rd-1 | 472-6E | X(3) | 3 | 539 | 541 | |
| X-847 | Other Payer Reject Code 3rd-2 | 472-6E | X(3) | 3 | 542 | 544 | |
| X-850 | Other Payer Reject Code 3rd-3 | 472-6E | X(3) | 3 | 545 | 547 | |
| X-853 | Other Payer Reject Code 3rd-4 | 472-6E | X(3) | 3 | 548 | 550 | |
| X-856 | Other Payer Reject Code 3rd-5 | 472-6E | X(3) | 3 | 551 | 553 | |
| X-859 | Compound Dosage Form Description Code | 45Ø-EF | X(15) | 15 | 554 | 568 | <--- start of Compound Segment fields |
| X-862 | Compound Dispensing Unit Form Indicator | 451-EG | 9(1) | 1 | 569 | 569 | |
| X-865 | Compound Ingredient Component Count (max = 25) | 447-EC | 9(2) | 2 | 570 | 571 | |
| X-868 | Compound Product ID Qualifier - 1st | 488-RE | X(2) | 2 | 572 | 573 | |
| X-871 | Compound Product ID - 1st | 489-TE | X(19) | 19 | 574 | 592 | |
| X-874 | Compound Ingredient Quantity - 1st | 448-ED | 9(7)V999 | 10 | 593 | 602 | |
| X-877 | Compound Ingredient Drug Cost - 1st | 449-EE | S9(6)V99 | 8 | 603 | 610 | |
| X-880 | Compound Ingredient Basis of Cost Determination - 1st | 49Ø-UE | X(2) | 2 | 611 | 612 | |
| X-883 | Compound Product ID Qualifier - 2nd | 488-RE | X(2) | 2 | 613 | 614 | |
| X-886 | Compound Product ID - 2nd | 489-TE | X(19) | 19 | 615 | 633 | |
| X-889 | Compound Ingredient Quantity - 2nd | 448-ED | 9(7)V999 | 10 | 634 | 643 | |
| X-892 | Compound Ingredient Drug Cost - 2nd | 449-EE | S9(6)V99 | 8 | 644 | 651 | |
| X-895 | Compound Ingredient Basis of Cost Determination - 2nd | 49Ø-UE | X(2) | 2 | 652 | 653 | |
| X-898 | Compound Product ID Qualifier - 3rd | 488-RE | X(2) | 2 | 654 | 655 | |
| X-901 | Compound Product ID - 3rd | 489-TE | X(19) | 19 | 656 | 674 | |
| X-904 | Compound Ingredient Quantity - 3rd | 448-ED | 9(7)V999 | 10 | 675 | 684 | |
| X-907 | Compound Ingredient Drug Cost - 3rd | 449-EE | S9(6)V99 | 8 | 685 | 692 | |
| X-910 | Compound Ingredient Basis of Cost Determination - 3rd | 49Ø-UE | X(2) | 2 | 693 | 694 | |
| | filler | | X(306) | 306 | 695 | 1000 | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | | |
|---|---|---|---|---|
| | N/A | TDP_____ TM_____ OTHER _____ Performance Report | | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M010 | TPharm Contract Performance Summary | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| N/A | CTR C.14.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Monthly
  Reporting Period Start Date: 60 calendar days after start of service delivery
  Due Date: 20 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Mutually agreed upon by government and the contractor

CONTENT DETAILS: To allow the Government to monitor performance across all areas of the contract, the Contractor shall provide a monthly summary of its performance in meeting contract requirements. This report shall not include every individual contract requirement, but shall apply the Contractor's approach to categorizing requirements in a meaningful way. The Contractor's approach to the report will need to balance the need for a high level overview with the granularity required to reveal areas where there are performance issues.

The report shall include the Contractor's self-evaluation of its performance in meeting contract requirements, along with the Contractor's summary of their performance, including any issues or deficiencies and planned steps for remediation. In addition to the current reporting period, the report shall include the trending self-evaluation ratings for all prior months since the start of pharmacy services. At the Government's request, categories shall be added and removed over the life the contract to provide additional visibility to areas.

The report shall include at minimum, the following information for the prior month of performance:
- General description of area of performance (may use categories and subcategories, as appropriate)
- Contract references(s) by section or paragraph number(s) and/or CDRL (if applicable)
- Self-evaluation rating, based on FAR 42.15103 (b)(4) Table 42-1
- Summary of performance, to include the following, as applicable:
  - Performance metrics
  - Issues encountered, their root causes, and planned short- and long-term remediation
  - Status of new initiatives and other changes
  - Additional metrics and data to help the Government fully understand performance
- Government-assigned Priority of the performance area

Right column distribution:
By email to all individuals designated by the Government

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001          PREVIOUS EDITION MAY BE USED.          Page 1 of 1   Pages

Reset

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M020 | Call Center Top Issues Report | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.9.1.1.10 | Pharm Ops |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | a. ADDRESSEE | Draft | Reg | Repro |
|---|---|---|---|---|
| FIRST SUBMISSION: | Submit through the | | | |
| Frequency: Monthly | DHA e-Commerce | | | |
| Reporting Period Start Date: Start of service delivery | Extranet. | | | |
| Due Date: 10 calendar days after end of reporting period | (Per TOM C14) | | | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | | | | |
| | | | | |
| PHI/PII: No | | | | |
| FILE FORMAT: Microsoft Excel | | | | |
| | | | | |
| CONTENT DETAILS: | | | | |
| This report shall track issues driving call center volume and provide top call center issues to the government. The report shall include top 20 issues raised by beneficiaries contacting the beneficiary call center. The report should include a break out by number and percentages along with a graph in a format that shows call trends over the previous 12 months. The report should also include definitions tab. | | | | |
| | 15. TOTAL ⟶ | 0 | 0 | 0 |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page __1__ of __1__ Pages

Reset

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

CONTRACT DATA REQUIREMENTS LIST #: 2791
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M030 | Priority Correspondence Report | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.9.1.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
 Frequency: Monthly
 Reporting Period Start Date: Start of service delivery
 Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION:  CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
This report shall track priority correspondences addressing any beneficiary issue under the contract received from any source. Priority Correspondence shall be determined according to the requirements in TOM, Chapter 11, Section 5. Report shall  provide a log of all priority correspondence received,  including:
- Beneficiary Name
- Beneficiary ID
- Date received
- Issue Description
- Issue Resolution
- Date Closed

Correspondence shall be identified as closed or pending.  Pending cases shall be reported each month until reported closed.

The report shall summarize:
- Cases from Prior Month
 o Total cases received
 o Total cases closed
 o Cases open at the end of the month

- Number processed with 10 calendar days of receipt
- Percent processed  with 10 calendar days of receipt
- Number processed with 30 calendar days of receipt
- Percent processed with 30 calendar days of receipt

In addition to the current reporting period, the report shall include the above data for all prior months within the current option period.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**          PREVIOUS EDITION MAY BE USED.          Page 1 of 1 Pages

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.  **Please do not return your form to the above organization.  Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER  Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M040 | Retail Network Pharmacy Report | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.3.3.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

FIRST SUBMISSION
  Frequency: One Time
  Reporting Period Start Date: 90 calendar days before start of service delivery
  Due Date: 60 calendar days before start of service delivery
SUBSEQUENT SUBMISSION
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date:  10 calendar days after end of reporting period

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
A Network Pharmacy Report shall be submitted monthly for performance assessment of the size of the retail network. The Government reserves the right to make modifications to the report requirements after the first submission.

Report shall identify all pharmacies in the retail network by the following information:
- Name
- Chain Name
- Pharmacy NPI
- NCPDP Number
- Address (including city, state & zip code)
- Phone Number
- Fax Number
- Pharmacy Identifiers of the following
  - Department of Veterans Affairs (DVA)
  - Indian Health Services (IHS)
  - Long-Term Care (LTC)
  - Public Health Services (PHS)
  - Specialty Pharmacy

Report shall identify all pharmacies added to and dropped from the network since the prior reporting period, providing the same data elements as above.

Report shall identify total number of pharmacies in the network, number added, and number dropped during reporting period.

Continued on page 2

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eric R Parsons | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
|  | N/A | TDP _____ TM _____ OTHER _____ Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M041 | Retail Network Pharmacy Access Report | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
|  | CTR C.3.3.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES |
|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | |

14. DISTRIBUTION b. COPIES — Draft / Final (Reg / Repro)

| 16. REMARKS | Submit through the DHA e-Commerce Extranet. (Per TOM C14) |
|---|---|

FIRST SUBMISSION
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date: 25 calendar days after end of reporting period (No later than 5 calendar days after receipt of zip code file)
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: No specific file format required

CONTENT DETAILS:
Report shall be generated using Contractor's commercially available software or web tools, broken out by city, zip code, and include:
- The total number and percentage of beneficiaries that live within 15 minutes driving distance of a retail network pharmacy
- The total number and percentage of beneficiaries that live within 16-30 minutes driving distance of a retail network pharmacy
- The total number and percentage of beneficiaries that live within 31-60 minutes driving distance of a retail network pharmacy
- The total number and percentage of beneficiaries that live over 60 minutes driving distance of a retail network pharmacy
- Average drive time overall

- In lieu of beneficiary access data determined by the Contractor's commercial available software or web tools, the Government will accept a report for Northern Mariana Islands, American Samoa, and Guam which lists the pharmacies in those locations.

The Government reserves the right to make modifications to the report requirements after the first submission.

The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

| 15. TOTAL → | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eric R Parsons | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

| 17. PRICE GROUP |
|---|
| 18. ESTIMATED TOTAL PRICE |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page ___1___ of ___1___ Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| M050 | TPharm Metric Summary Report | REV on 10/12/22 | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR H.6 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. | DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | | Reg | Repro |

| 16. REMARKS | | | | |
|---|---|---|---|---|

FIRST SUBMISSION:
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date: 20 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
Report including all contract metrics and data supporting calculations shall be provided by the Government. Contractor shall use most recent template provided prior to the start of Option Period 1 and will adopt future versions as provided by the Government

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

15. TOTAL ——→  0   0   0

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

**DD FORM 1423-1, FEB 2001**        PREVIOUS EDITION MAY BE USED.        Page 1 of 5 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**Instructions for Completing the TPHARM Monthly Report Template**

*Version: 2.50.01*

*Please use the template as provided and do not make any changes without prior coordination. This includes adding/deleting or hiding/unhiding cells, columns, rows, or tabs within the template.*

Enter data where requested, into cells that are not locked.

If you find an error within the template, or have any other changes or questions regarding the template, please contact the TRICARE National Contract Operations Office.

Please note, requested changes to the template may take up to 2 weeks to process.

Thank you for your cooperation!

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## Pharmacy Monthly Requirements Report
### TPHARM PROGRAM

| | | | | TPHARM |
|---|---|---|---|---|
| Contractor Name: | | | | |
| Contract: | | | | |
| Report Period: | | | | |
| Version: | | 2.50.01 | | |
| Measure | | Actual | Standard | Contract Reference |
| **MAIL ORDER PHARMACY** | | | | |
| **SECTION A.  Mail Order Prescription Processing** | | | | |
| Total Rx Received | | | | |
| Total Rx Returned or Denied | | | | |
| Total Clean Rx | | | | |
| Total Clean Rx Shipped within 4 days | | | | |
| Total Rx Shipped, Panded, Denied, or Returned within 10 days | | | | |
| # Denied "Refill Too Soon" | | | | |
| % Denied "Refill Too Soon" | | | | |
| % Clean Rx Shipped within 4 days | | | (b) (4) | C.6.1.9.1 |
| % Shipped, Panded, Returned or Denied within 10 days | | | | C.6.1.9.2, H.4.3 |
| **RETAIL PHARMACY** | | | | |
| **SECTION B.  Network Access** | | | | |
| # of Retail Network Pharmacies | | | 35,000 | C.3.3.2.2, H.5.3.4 |
| % Rx Network (1 pharmacy within 15 minutes drive) | | | (b) (4) | C.3.3.2.1.1, H.5.3.1 |
| % Rx Network (2 pharmacy within 15 minutes drive) | | | | C.3.3.2.1.2, H.5.3.2 |
| % Rx Network (1 pharmacy within 30 minutes drive) | | | | C.3.3.2.1.3, H.5.3.3 |
| **SECTION C.  Claims** | | | | |
| Total Claims Processed (Paper & Electronic) | | | | |
| Electronic | | | | |
| Total Electronic Claims Processed | | | | |
| Retail Electronic Claim Transactions | | | | |
| # Electronic Transactions Rejected | | | | |
| # Electronic Transactions Paid | | | | |
| Retail Electronic Unique Claims | | | | |
| # Electronic Claims Rejected | | | | |
| # Electronic Claims Paid | | | | |
| Paper | | | | |
| Total Paper Claims Processed | | | | |
| Paper Claims Completed Within 10 days | | | | |
| Paper Claims Completed Within 14 days | | | | |
| Paper Claims Completed >14 days | | | | |
| % Paper Claims | | | | |
| % Paper Claims Completed Within ___ days | | | 95.00% | C.3.2.9.1, H.4.5 |
| % Paper Claims Completed Within ___ days | | | 100.00% | C.3.2.9.2 |
| **OPERATIONS** | | | | |
| **SECTION D.  Telephone Response** | | | | |
| Retail Pharmacy Help Desk | | | | |
| Call Volume | | | | |
| Calls Received by Phone Service | | | | |
| Total Calls Transferred to Customer Service Representative | | | | |
| Telephone Received | | | | |
| Calls Answered Within 60 Seconds | | | | |
| Average Speed to Answer when Transferring to CSR (Seconds) | | | 60 Secs | C.9.2.3, H.5.7.1 |
| Calls Abandoned | | | | |
| Calls Blocked | | | | |
| % Calls Answered Within 60 Seconds | | | 100.00% | C.9.2.3 |
| % Abandon Rate | | | 5.00% | C.9.2.3 |
| % Blockage Rate | | | 5.00% | C.9.2.3 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| MTF Pharmacy Help Desk | | | |
|---|---|---|---|
| Call Volume | | | |
| Calls Received by Phone Service | | | |
| Total Calls Transferred to Customer Service Representative (CSR) | | | |
| Telephone Received | | | |
| Average Speed to Answer when Transferring to CSR (Seconds) | | 60 Secs | C.9.2.3;H.5.7.1 |
| Calls Abandoned | | | |
| Calls Blocked | | | |
| % Abandon Rate | | 5.00% | C.9.2.3 |
| % Blockage Rate | | 5.00% | C.9.2.3 |
| Beneficiary Support Services | | | |
| Call Volume | | | |
| Calls Received by Phone Service | | | |
| Calls Logged | | | |
| Total Calls Transferred to Beneficiary Service Representative (BSR) | | | |
| Telephone Received | | | |
| Calls Initially Answered Within 60 Seconds | | | |
| Average Speed to Answer when Transferring to BSR (Seconds) | | 60 Secs | C.9.1.5.7 |
| Calls Abandoned | | | |
| Calls Blocked | | | |
| Calls Resolved During 1st Call | | | |
| Calls Resolved in 2 Days | | | |
| % Calls Initially Answered Within 60 Seconds | | 100.00% | C.9.1.5.7, H.4.7 |
| % Abandon Rate | | 5.00% | C.9.1.5.7 |
| % Blockage Rate | | 5.00% | C.9.1.5.7 |
| % Calls Resolved During 1st Call | | 95.00% | C.9.1.5.7 |
| % Calls Resolved in 2 Days | | 100.00% | C.9.1.5.7 |
| **SECTION E. Correspondence** | | | |
| Volume of Routine Correspondence Received | | | |
| Routine Within 15 Days | | | |
| Routine Within 45 Days | | | |
| Volume of Priority Correspondence Received | | | |
| Priority Within 10 Days | | | |
| Priority Within 30 Days | | | |
| % Routine Within 15 Days | | 85.00% | C.9.1.5.7 |
| % Routine Within 45 Days | | 100.00% | C.9.1.5.7 |
| % Priority Within 10 Days | | 85.00% | C.9.1.5.7, H.4.8 |
| % Priority Within 30 Days | | 100.00% | C.9.1.5.7 |
| **SECTION F. Clinical Reviews** | | | |
| Volume of Clinical Review Requests Received | | | |
| Completed and notification sent in 3 Days | | | |
| Completed and notification sent in 10 Days | | | |
| % Completed and notification sent in 3 Days | | (b) (4) | C.8.7.15.1, H.4.6 |
| % Completed and notification sent in 10 Days | | | C.8.7.15.2 |
| **Section G. System Availability** | | | |
| Total Time in Reporting Period | | | |
| Downtime | | | |
| External Downtime | | | |
| Contractor Downtime | | | |
| Concurrent Contractor and External Downtime | | | |
| Adjusted Total Time | | | |
| Net Contractor Downtime | | | |
| % System Availability | | 99.50% | C.2.6.2, H.4.4 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## Pharmacy Monthly Requirements Report - Delayed Metrics
### TPHARM PROGRAM

| Contractor Name: | | | |
|---|---|---|---|
| Contract: | | | |
| Report Period: | | | |
| Version: | 2.50.01 | | **TPHARM** |
| Measure | *Actual* | *Standard* | **Contract Reference** |
| MAIL ORDER PHARMACY | | | |
| **Prescription Processing** | | | |
| Total Rx Dispensed | | | |
| # Mail Order Prescriptions Accurately Dispensed | | | |
| % Accuracy of Mail Order Prescriptions Processed | | 100.00% | C.6.1.9.3 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST<br>*(1 Data Item)* | Form Approved<br>OMB No. 0704-0188 |
|---|---|

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M060 | Pharmacy Transactions Processing Report | Initial |

| 17. PRICE GROUP |
|---|

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.2.6.2.1 | Pharm Ops |

| 18. ESTIMATED TOTAL PRICE |
|---|

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION:<br> Frequency: Monthly<br> Reporting Period Start Date: Start of service delivery<br> Due Date: 10 calendar days after end of reporting period<br>SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION<br><br>PHI/PII: No<br>FILE FORMAT: Microsoft Excel<br><br>CONTENT DETAILS:<br>Report shall be submitted monthly in Microsoft Excel format to assess transaction processing performance. Report shall include the data described below for the previous calendar month of performance. In addition to the current reporting period, the report shall include the above data for all prior months within the current option period.<br><br>A. Summary Data – All Points of Service (POS)<br><br>Section 1 - Transactions Processing – Provide data on the total number of transactions processed under this contract in each reporting period, to monitor overall volume and trends. Includes pharmacy transactions from any source.<br><br>Transaction types: Paid, Rejects, Reversals, Timeouts<br>Points of Service: Retail, Mail, MTF –CHCS, MTF –MHS –GENESIS, VA CHDR<br><br>- Grand Total of Transactions<br>  o Breakdown of total transactions for each POS<br>- Total Paid Transactions<br>  o Breakdown of paid transactions for each POS<br>- Total Rejected Transactions<br>  o Breakdown of paid transactions for each POS<br>- Total Reversals<br>  o Breakdown of paid transactions for each POS<br>- Total Timeouts<br>  o Breakdown of paid transactions for each POS<br><br>Breakdown by either transaction type or point of service should match the grand total; if additional transaction types or POS are required to account for all transactions, the addition of new categories should be addressed with the COR. | Submit through the DHA e-Commerce Extranet.<br>(Per TOM C14) |

Continued on page 2

| 15. TOTAL ⟶ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Beth M Spearman | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
### *(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

**16. REMARKS** *(Continued)*

Continuation of Summary Data for All POS

Section 2 - Volume Statistics – Provide details to describe the variability in transaction volume to allow the government to monitor peak system loads and trends over time.

- Hourly
    o Highest Hourly Volume to date (since start of pharmacy services)
    o Date and Hour Highest Volume were reported (since start of pharmacy services)
    o Average Hourly Volume (reporting period)
    o Average of Hourly Peak Volume for Each Day of Reporting period (reporting period)
    o Highest Hourly Volume (reporting period)
    o Date and Hour Highest Volume were reported (reporting period)
- Daily
    o Highest Daily Volume to date (since start of pharmacy services)
    o Date Highest Volume was Reported (since start of pharmacy services)
    o Average Daily Volume (reporting period)
    o Highest Daily Volume (reporting period)
    o Date Highest Volume was reported (reporting period)

If peak volumes are correlated with specific events, those events should be identified.

B. System Availability
Section 1 - Mail and Retail
- Average transaction processing time (seconds)
- Total Time in Reporting Period (minutes)
- External Downtime (minutes)
- Contractor Downtime (minute)
- Concurrent Contractor and External Downtime (minutes)
- Net Contractor Downtime (Contractor Downtime - Concurrent Downtime)(minutes)
- Adjusted Total Time (Total Time - External Downtime) (minutes)
- Contractor System Availability (Adjusted Total Time - Net Contractor Downtime) (minutes)
- % System Availability - (Contractor System Availability/Adjusted Total Time) x 100

Section 2 - MTFs
Same as Section 1 above, reported for MTF (combined for CHCS and MHS GENESIS)

C. Downtime Log

The report shall include a downtime log with the following for all scheduled and unscheduled downtime:
- Date
- Outage Start Time
- Outage End Time
- Total duration (in minutes)
- Description of Impact (partial or full outage, etc.)
- Scheduled or Unscheduled
- Party responsible

D. Migration Schedule of MHS GENESIS Sites
 - The contractor shall log the site name and dates of deployment of MHS GENESIS, for reference and context in reviewing MTF reporting

The report shall also include a definitions tab and a revision log.

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M070 | MTF CHCS Claims Rejection Summary Report | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.5.3.8 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES | |
| N/A | | See Block 16 | See Block 16 | | Draft | Final |
| | | | | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide a monthly summary of the claims initially rejected within the reporting period that were not corrected by the MTF prior to the generation of the D020, for one calendar month. This report shall provide a summary of the findings of the daily report D020. The Government reserves the right to make modifications to the report requirements after the first submission.

The report must include, at a minimum, the following:
1. Volume of rejected claims
   - Breakout by MTF site: ranked by percentage of workload accounted for by rejects. Will also include numerical value of percentage.
2. Number of claims corrected by the MTFs
3. Number of claims corrected by the Contractor
4. Number of claims that were not corrected
5. Tracking of claims volume not corrected by the end of respective month through to their completion

The report shall include
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

FTP Server provided by the government with notification to COR

| 15. TOTAL ➞ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eric R Parsons | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**          PREVIOUS EDITION MAY BE USED.          Page 1 of 1 Pages

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00066-MRD-PAS Document 1-2 Filed 06/26/25 Page 91 of 127 PageID #: 2803

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | | |
|---|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER  Performance Report | | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| M071 | MTF CHCS Data Integrity Summary Report - High Dose & Invalid Provider | REV on 03/01/2023 | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.5.3.8 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|

FIRST SUBMISSION
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide a monthly summary report of the paid claims that generated DUR warnings for high dose and invalid provider alerts, for one calendar month, according to date processed. This report shall provide a summary of the findings of the weekly report W020. The Government reserves the right to make modifications to the report requirements after the first submission.

The report must include, at a minimum, the following:

Summary information:
- Total number of claims reported (both high dose alerts and invalid provider issues)
 - How many corrected
- How many not yet actioned/reviewed
 - How many require no correction
- Tracking of claims not corrected by the end of respective month through to their completion

(additionally for invalid provider issues)
- Number of unique providers
- Number of Rxs affected
- Listing of providers who have shown up 3 months in a row

Claim level detail – High Dose Alert (2 months of data):
- Branch of Service
- TRICARE Region

FTP Server provided by the government with notification to COR

Continued on page 2

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eric R Parsons | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

DD FORM 1423-1, FEB 2001    PREVIOUS EDITION MAY BE USED.    Page ___1___ of ___2___ Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
### *(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

- Site MTF
- Pharmacy Name
- Pharmacy NPI
- Date Written
- Date Dispensed
- PDW Rx #
- Drug Name
- Drug Strength
- Drug Dosage Form
- NDC
- Metric Quantity
- Days Supply
- Alert Message
- Status: Correction, no correction needed, pending review

Claim level detail – Invalid Provider Alert:
- Branch of Service
- TRICARE Region
- Site MTF
- Pharmacy Name
- Pharmacy NPI
- Date Written
- Date Dispensed
- PDW Rx #
- Drug Name
- Drug Strength
- Drug Dosage Form
- NDC
- Submitted Provider NPI
- Submitted Provider Name
- Status

The report shall include
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST

(1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | | |
|---|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER ___ Performance Report | | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| M072 | MTF CHCS High Cost Claim Summary Report | REV on 03/01/2023 | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.5.3.8 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide a monthly summary of the MTF claims exceeding a cost threshold established by the Government, currently $2,000, for one calendar month, according to date processed. This report shall provide a summary of the findings of the weekly report W021. The Government reserves the right to make modifications to the report requirements after the first submission.

The report must include, at a minimum, the following:

1) Summary Page: shows the total number of claims identified and their associated cost, pre- and post-correction, with breakout to include at a minimum:
o Count of all claims corrected by MTF
o Count of all claims corrected by Contractor
o Count of all claims not requiring correction
o Count of all claims requiring correction but not corrected
 Tracking of claims requiring correction but not corrected by the end of respective month through to their completion
o Original Ingredient Cost
o Change Amount (indicate +/-)
o Final Ingredient Cost

2) No Response Page: list of transactions that have not been corrected and their total cost

Continued on page 2

Distribution column: FTP Server provided by the government with notification to COR

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eric R Parsons | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

DD FORM 1423-1, FEB 2001 · PREVIOUS EDITION MAY BE USED. · Page 1 of 2 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER ___Performance Report___ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

3) By Branch of Service Page: pivot table which gives the summary of actions by individual site MTF

4) Raw Data: Data set from which the reports were compiled

Raw Data fields include, at a minimum, the following:
Date Dispensed
PDW RX Number
Branch of Service
TRICARE Region
Site MTF
Pharmacy Name
Pharmacy NPI
Total Submitted Amount Due
Requires Correction (Y/N)
Corrected (Y/N)
Original Ingredient Cost
Change Amount (indicate +/-)
Final Ingredient Cost

The report shall include
- Descriptions and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:36 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M080 | HIPAA Privacy Disclosure Report | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TOM C19 S3 | Privacy Office |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | a. ADDRESSEE | Draft | Reg | Repro |
|---|---|---|---|---|
| FIRST SUBMISSION: | Submit through the DHA E-commerce Extranet (Per TOM C14) | | | |
| Frequency: Monthly | | | | |
| Reporting Period Start Date: Start of service delivery | | | | |
| Due Date: 10 calendar days after end of reporting period | | | | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | | | | |
| | | | | |
| PHI/PII: Yes | | | | |
| FILE FORMAT: Microsoft Excel | | | | |
| | | | | |
| CONTENT DETAILS: | | | | |
| The first report covers the entire period from the dates services began, to include the contract phase-in period. The subsequent reports cover complaints received in the previous month. | | | | |
| | | | | |
| For each complaint received, provide: | | | | |
| --Beneficiary's name; | | | | |
| --Nature of the complaint; | | | | |
| --Steps taken by the Contractor to resolve the complaint; | | | | |
| --Date of the initial complaint; | | | | |
| --Date of expected resolution; | | | | |
| --Date complaint resolved. | | | | |
| | | | | |
| In addition to the current reporting period, the report shall include the above data for all prior months within the current option period. | | | | |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Joseph E Davidge | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001     PREVIOUS EDITION MAY BE USED.     Page __1__ of __1__ Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M090 | Pharmacy Claims Audit Report | Initial |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| N/A | CTR C.10.2.3 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

16. REMARKS

FIRST SUBMISSION:
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date:15 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAIL:
The Contractor will submit a monthly report showing audit findings, status of all claims in research, outcomes of completed research, and status of offsets or recoupments  This report shall include all retail and TMOP claims. The Contractor shall provide a monthly summary of the Pharmacy Claims Audit Activity.

Exclude claims audited from the Retail Refund Dispute report (M340).

FTP Server provided by the government with notification to COR

| 15. TOTAL | → | 0 | 0 | 0 |
|---|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/192021 |

DD FORM 1423-1, FEB 2001      PREVIOUS EDITION MAY BE USED.      Page _1_ of _1_ Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | | |
|---|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER | Performance Report | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M100 | Deployment Prescription Program Report | Initial |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.6.7.2 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | b. COPIES |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

16. REMARKS

FIRST SUBMISSION
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
Report shall be submitted monthly to assess prescription processing performance for deployed service members. The report shall provide the following information for the previous calendar month, as well as all prior months within the current option period, and shall be able to be filtered by beneficiary category (e.g., ADSM, eligible CIV or CTR) and by origin of prescriptions (e.g., Theater, Pre-Deployment Center):

- Deployed Prescriptions Received: Total DPP prescriptions received by month with breakout by
  o Prescriptions Pended
  o Prescriptions Shipped
  o Prescriptions Returned
  o Prescriptions Pending Clarification
  o Prescriptions for Controlled Substances (CV-CII)
  o Prescriptions with Waivers against Command Region Restrictions

- Total Pended Prescriptions
  o Prescriptions with Available Refills
  o Prescriptions Released from Pending & Shipped
  o Prescriptions Expired Since Prior Month

- Total Returned Prescriptions
  o Reason for return (by common categories)

Continued on page 2

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

- Beneficiary Inquiry
   o Reason for contact (e.g., order status, profile update)

- Status Notifications – Categorized by phone and email
   o Processing Delay
- Number of CII prescriptions impacted
   o Prescription Order Processed
   o Refill Available for Pended Prescription
   o Prescription Dispensed
   o Email Notifications with Invalid Email Address
   o Telephonic Notifications with Invalid Phone Number

The report shall include
- Descriptions and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.  **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP_____TM_____OTHER _____ | Reconciliation Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M110 | Replenishment Reconciliation Report - Claims | REV on 12/21/2021 |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| N/A | CTR C.6.8.7 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. | DISTRIBUTION | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date: 30 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Mutually agreeable format with the Government

CONTENT DETAILS:
The Contractor shall submit auditable reconciliation data files which account for:
- All dispensed and returned product as reported on TED records for replenished
  TMOP or Specialty prescriptions
- All product ordered from the National Prime Vendor but not yet received
- All product received from the National Prime Vendor to include Purchase Order
  number and date
- Date receipt acknowledgment was submitted to DLA (TS)
- Unreplenished balance
- All products reimbursed from the Contractor commercial inventory.
This reporting shall include a claim-level data file (M110) and an NDC-level data
file (M111).

Claims Level Report shall include, at minimum, the following information:
- Reporting period
- 11 digit NDC for the dispensed medication
- Medication Description (brand or generic name, strength, dosage form, route)
- Claim identifiers (prescription number and authorization number)
- Refill number
- Transaction date
- Date dispensed
- Ship date
- Dispensed quantity
- Adjustment quantity
- GCN and GCN sequence number

FTP Server provided by the government with notification to COR

Continued on page 2

| 15. TOTAL | → | 0 | 0 | 0 |
|---|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 12/21/2021 | Henry J Gibbs | 12/21/2021 |

**DD FORM 1423-1, FEB 2001**   PREVIOUS EDITION MAY BE USED

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
### *(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: Reconciliation Report |
|---|---|---|
| | | TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

The Contractor shall provide written notice to the COR when the report has been placed on the Government-specified secure web site.

The report shall include
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP_____TM_____OTHER ___ | Reconciliation Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M111 | Pharmacy Replenishment Reconciliation Report- NDC Level | REV on 12/21/2021 |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| N/A | CTR C.6.8.7 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date: 30 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Mutually agreeable format with the Government

CONTENT DETAILS:
The Contractor shall submit auditable reconciliation data files which account for:
- All dispensed and returned product as reported on TED records for replenished TMOP or Specialty prescriptions
- All product ordered from the National Prime Vendor but not yet received
- All product received from the National Prime Vendor to include Purchase Order number and date
- Date receipt acknowledgment was submitted to DLA (TS)
- Unreplenished balance
- All products reimbursed from the Contractor commercial inventory.
This reporting shall include a claim-level data file (M110) and an NDC-level data file (M111).

NDC Level Report shall include, at minimum, the following information:

Dispensing
- 11 digit NDC for the dispensed medication
- Medication Description (Brand or generic name and strength, dosage form, route)
- Beginning balance: Beginning Inventory is equal to the replenishment due on the first day of the month.
- Dispensed quantity: Quantity dispensed equals all shipped scripts and any adjustments to current month scripts.
- Dispensed adjustment quantity: Dispensed Adjustments are any adjustments made within the current month that pertain to prior months' scripts.

Continued on page 2

Distribution addressee:
FTP Server provided by the government with notification to COR

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 12/21/2021 | Henry J Gibbs | 12/21/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 2 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: Reconciliation Report |
|---|---|---|
| | | TDP_____ TM_____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

- Bottle Size Transfer Adjustments: Replenishment due transferred due to a bottle size change, transferred from old bottle size to new bottle size, with a net impact of $0.00.
- Quantity replenished: Quantity replenished equals all received drugs from Prime Vendor
- Replenished Adjustments: Replenished Adjustments are any adjustments made within the current month that pertain to prior months' receipts.
- Replenishment Due End Balance (quantity): Ending quantity balance is equal to the replenishment due at the end of business on the last day of the month. If this is negative, a credit is due to the Government.
- Quantity Ordered: Quantity Ordered from the Prime Vendor
- Quantity on Order, not Received: Quantity on order from Prime Vendor, but not received
- Estimated Price of Replenishment Due End Balance: Ending Balance (replenishment due) in Estimated medical pricing catalog dollars. If this is negative, a credit is due to the Government.
- Package Flag: Package Flag, Y = drug is dispensed as a unit pack (e.g., birth control, creams, lotions, etc.) or a compound, N = individual units dispensed.
- Package Size: Provide total package size for drug with a Package Flag = Y
- GCN and GCN Sequence Number

Reimbursement
- 11 digit NDC for the reimbursed medication
- Medication Description (Brand or generic name and strength, dosage form, route)
- Purchase Order Number
- Purchase Order Date
- Date Received
- GCN and GCN Sequence Number
- Quantity Ordered
- Quantity Dispensed
- Quantity Yet to be Dispensed

NPV Purchasing
- 11 digit NDC for the replenished medication
- Medication Description (Brand or generic name and strength, dosage form, route)
- Purchase Order Number
- Purchase Order Date
- Date Receipt Submitted to DLA
- GCN and GCN Sequence Number
- Quantity Ordered
- Quantity Received

**DD FORM 1423  1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00066-MRD-PAS Document 1-2 Filed 06/27/25 Page 93 of 1136 PageID #: 2815

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | Attachment A | TDP _____ TM _____ OTHER | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| M120 | Expanded Use of MTF and TMOP Summary Report | Initial | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.6.6.1 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. (Per TOM C14) |

FIRST SUBMISSION:
 Frequency: Monthly
 Reporting Period Start Date: Start of service delivery
 Due Date: 15 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Expanded Use of MTF and TMOP Summary Report shall be submitted for assessment of the Contractor's performance indicators on the Expanded Use of MTF and TMOP program. The report shall have the ability to delineate beneficiaries over and under 65 years of age and include the following:

Summary report (Expansion to date)
• Total targeted initial Rxs
• Total Rxs filled under this program (includes refills)
• Total beneficiaries included in the program.
• Total non-targeted initial RXs moved (in addition to a targeted Rx) by beneficiaries in the program by PoS (Mail or MTF)
• Total non-targeted RXs filled (include refills and in addition to targeted Rx) by beneficiaries in the program by PoS
• Total number of beneficiaries who moved a non-targeted Rx (in addition to a targeted Rx) by PoS

Monthly data:
• Number of Rxs targeted under this program
• Number of initial Rxs filled under this program (break out by PoS)
• Number of Rxs filled under this program (break out by PoS)
• Number of unique beneficiaries who filled in the program by PoS
• Number of beneficiaries receiving their medication at retail through an override or PA
• Number of retail fills subject to 100% cost share
   o Number of prescriptions filled (dispensed)

Continued on page 2

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001 · PREVIOUS EDITION MAY BE USED. · Page 1 of 2 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Attachment A | TDP _____ TM _____ OTHER _Performance Report_ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

    o % filled
    o Number of prescriptions reversed
    o % reversed
- Number of non-targeted initial Rxs moved (in addition to a targeted Rx) by beneficiaries in the program by PoS (Mail or MTF)
- Number of non-targeted Rxs filled (include refills and in addition to a targeted Rx) by beneficiaries in the program by PoS
- Number of beneficiaries who moved a non-targeted Rx (in addition to a targeted Rx) by PoS
- Number of targeted drug conversions initiated and successfully completed
- Number of retail fills subject to 100% cost share, further broken down by Filled and Reversed
- Number of beneficiaries who did not have a subsequent fill at mail, MTF or retail after being required to pay full cost for their medication

Total cost savings:
- MTF Savings Out of Scope
- Total cost savings:
    Ingredient cost difference per drug between Retail & Mail (Includes Government-provided percentage refund savings on brand drugs at Retail)
  + Administrative fee difference between Retail & Mail
  + Dispensing fee difference between Retail & Mail
  - Member cost share difference between Retail & Mail.
- Cost savings to be separated by targeted medications and non-targeted medications, separated by brand and generic.
- All estimates should be normalized to a 90-day supply

Administrative Overrides:
- Number of administrative overrides granted to fill a prescription at a retail network pharmacy
    o 65 and over
    o Under 65
- Criteria provided for the administrative override

Definitions Tab

In addition to the current reporting period, the report shall include the above data for all prior months within the current option period.

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 |
|---|---|---|---|---|---|---|
| **Rxs targeted** | | | | | | |
| **Initial Rxs filled under this program** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Rxs filled under this program** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Unique Beneficiaries who filled under this program** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Beneficiaries receiving medications at retail through override or PA** | | | | | | |
| **Retail fills subject to 100% cost share** | | | | | | |
| *prescriptions filled (dispensed)* | | | | | | |
| *% filled* | | | | | | |
| *prescriptions reversed* | | | | | | |
| *% reversed* | | | | | | |
| **Non-targeted initial Rxs moved (in addition to a targeted Rx)** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Non-targeted Rxs filled (include refills and in addition to a targeted Rx)** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Beneficiaries who moved a non-targeted Rx (in addition to a targeted Rx)** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Targeted drug conversions initiated and successfully completed through the MCC** | | | | | | |
| **Retail fills subject to 100% cost share** | | | | | | |
| *Filled* | | | | | | |
| *Reversed* | | | | | | |
| **Beneficiaries who did not have a subsequent fill at mail, MTF or retail after being required to pay full cost for their medication** | | | | | | |
| **Total Cost Savings** | | | | | | |
| **Targeted** | | | | | | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

*Brand*

*Generic*

**Non-Targeted**

*Brand*

*Generic*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**Nov-19**    **Dec-19**    **Jan-20**    **Feb-20**    **Mar-20**    **Apr-20**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

|  | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 |
|---|---|---|---|---|---|---|
| **Rxs targeted** | | | | | | |
| **Initial Rxs filled under this program** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Rxs filled under this program** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Unique Beneficiaries who filled under this program** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Beneficiaries receiving medications at retail through override or PA** | | | | | | |
| **Retail fills subject to 100% cost share** | | | | | | |
| *prescriptions filled (dispensed)* | | | | | | |
| *% filled* | | | | | | |
| *prescriptions reversed* | | | | | | |
| *% reversed* | | | | | | |
| **Non-targeted initial Rxs moved (in addition to a targeted Rx)** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Non-targeted Rxs filled (include refills and in addition to a targeted Rx)** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Beneficiaries who moved a non-targeted Rx (in addition to a targeted Rx)** | | | | | | |
| *Mail Order* | | | | | | |
| *MTF* | | | | | | |
| **Targeted drug conversions initiated and successfully completed through the MCC** | | | | | | |
| **Retail fills subject to 100% cost share** | | | | | | |
| *Filled* | | | | | | |
| *Reversed* | | | | | | |
| **Beneficiaries who did not have a subsequent fill at mail, MTF or retail after being required to pay full cost for their medication** | | | | | | |
| **Total Cost Savings** | | | | | | |
| **Targeted** | | | | | | |

*Brand*

*Generic*

**Non-Targeted**

*Brand*

*Generic*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**Nov-19**   **Dec-19**   **Jan-20**   **Feb-20**   **Mar-20**   **Apr-20**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:23-cv-00666-MRD-AS Document 12-2 Filed 06/27/25 Page 93 of 129 PageID #: 2823

|                                              | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 |
|----------------------------------------------|--------|--------|--------|--------|--------|
| **Administrative Overrides Completed**       |        |        |        |        |        |
| *Under 65*                                   |        |        |        |        |        |
| *65+*                                        |        |        |        |        |        |
| **Criteria Provided for Administrative Override** |    |        |        |        |        |
| *(list of criteria)*                         |        |        |        |        |        |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Oct-19     Nov-19     Dec-19     Jan-20     Feb-20     Mar-20     Apr-20

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 2/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

| | | | |
|---|---|---|---|
| **CONTRACT DATA REQUIREMENTS LIST** *(1 Data Item)* | | | Form Approved<br>OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _____ | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| M130 | Auto Refill Dashboard Report | Initial | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.6.1.23.7 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | FTP Server |
|   Frequency: Monthly (The COR may direct weekly submissions anytime the Government feels closer monitoring of the Contractor's performance is warranted.) | provided by the |
| | Government with |
|   Reporting Period Start Date: Start of service delivery | notification to COR |
|   Due Date: 15 calendar days after end of reporting period | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | |
| | |
| PHI/PII: No | |
| FILE FORMAT: PDF | |
| | |
| CONTENT DETAILS: This report shall track the Rx auto refill program and beneficiary activity as a result of the annual consent requirement for the auto refill mail order feature. The data shall, at a minimum, include the following: | |
| | |
| General summary containing the following data elements: | |
| | |
| Prescriptions Shipped: | |
| - number of Rx's shipped | |
| - number Auto Refill Shipped | |
| - percentage of auto refill shipped (total auto refill shipped / total Rx's shipped) | |
| | |
| Participating Beneficiaries: | |
| - number of beneficiaries | |
| - number of auto refill beneficiaries | |
| - percentage of auto refill beneficiaries | |
| - average number of auto refills per beneficiary | |
| | |
| Changed Dates: | |
| - number of auto refills shipped | |
| - number of beneficiaries who changed the date of their auto refill | |
| - percentage of total | |
| - top 10 medications for which a change in date was requested | |
| | |
| Continued on page 2 | |

| | 15. TOTAL ——→ | 0 | 0 | 0 |
|---|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT  Exhibit A | C. CATEGORY:  TDP _____ TM _____ OTHER  Performance Report |
|---|---|---|

| D. SYSTEM/ITEM  TRICARE Pharmacy Program | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|

**16. REMARKS** *(Continued)*

Beneficiary Experience:
- total number of auto refill complaints received
- list of top complaints

Beneficiary Consent:
- number of auto refills renewal Rx's eligible for communication
- percentage of overall consent
- number and percentage of auto renewal Rx's with renew and keep enrolled consent
- number and percentage of auto renewal Rx's with renew only and dis-enroll consent
- number and percentage of auto renewal Rx's declined assistance
- number and percentage of auto renewal Rx's dis-enrolled due to no response (10 day grace period)
- number of auto renewal Rx's with proactive consent
- number and percentage of auto renewal Rx's with proactive renew and keep enrolled
- number and percentage of auto renewal Rx's with proactive renew only and dis-enroll consent
- number and percentage of auto renewal Rx's with proactive declined assistance
- top 10 dis-enrolled medications by patient
- top 10 dis-enrolled medications due to no response
- number of Rx's dis-enrolled due to no response and later re-enrolled
- number of Rx's dis-enrolled due to no response and later re-filled again without auto refill

Definitions tab

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## Prescriptions Shipped

| | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|---|---|
| Rx's Shipped | | | | | | | | |
| Auto Refill Shipped | | | | | | | | |
| % Auto Refill Shipped | | | | | | | | |

## Participating Beneficiaries

| | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|---|---|
| Beneficiaries | | | | | | | | |
| Auto Refill Beneficiaries | | | | | | | | |
| % Auto Refill Beneficiaries | | | | | | | | |
| Auto Refills / Beneficiaries | | | | | | | | |

## Changed Date

| | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|---|---|
| Auto Refill Shipped | | | | | | | | |
| # of Beneficiaries who changed date | | | | | | | | |
| % of total | | | | | | | | |
| Top 10 Medications for which a change in date was requested | | | | | | | | |
| #1 drug | | | | | | | | |
| #2 drug | | | | | | | | |
| #3 drug | | | | | | | | |
| #4 drug | | | | | | | | |
| #5 drug | | | | | | | | |
| #6 drug | | | | | | | | |
| #7 drug | | | | | | | | |
| #8 drug | | | | | | | | |
| #9 drug | | | | | | | | |
| #10 drug | | | | | | | | |

## Beneficiary Experience

| | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|---|---|
| Top 10 Web Complaints | | | | | | | | |
| 1) Complaint | | | | | | | | |
| 2) Complaint | | | | | | | | |
| 3) Complaint | | | | | | | | |
| 4) Complaint | | | | | | | | |
| 5) Complaint..etc | | | | | | | | |
| Total Auto Refill Complaints | | | | | | | | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| Jan-20 | Feb-20 | Mar-20 | Apr-20 | Cont YTD |

| Jan-20 | Feb-20 | Mar-20 | Apr-20 | Cont YTD |

| Jan-20 | Feb-20 | Mar-20 | Apr-20 | Cont YTD |

|  |  |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

| Jan-20 | Feb-20 | Mar-20 | Apr-20 | Cont YTD |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## Annual Consent*

| | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|---|---|
| # of Auto Renewal Rx's eligible for communication | | | | | | | | |
| Overall Consent % | | | | | | | | |
| # of Auto Renewal Rx's w/renew and keep enrolled consent | | | | | | | | |
| Renew, Stay Enrolled % | | | | | | | | |
| # of Auto Renewal Rx's w/renew only and dis-enroll consent | | | | | | | | |
| Renew Only, Dis-enroll % | | | | | | | | |
| # of Auto Renewal Rx's declined assistance | | | | | | | | |
| No Renew, Dis-enroll % | | | | | | | | |
| # of Auto Renewal Rx's dis-enrolled due to no response (10 day grace period) | | | | | | | | |
| Dis-enrolled Due to No Response % | | | | | | | | |

## Proactive Consent*

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| # of Auto Renewal Rx's with proactive consent | | | | | | | | |
| # of Auto Renewal Rx's with proactive renew and keep enrolled consent | | | | | | | | |
| Renew, Stay Enrolled % | | | | | | | | |
| # of Auto Renewal Rx's with proactive renew only and dis-enroll consent | | | | | | | | |
| Renew Only, Dis-enroll % | | | | | | | | |
| # of Auto Renewal Rx's with proactive declined assistance | | | | | | | | |
| No Renew, Dis-enroll % | | | | | | | | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| | Jan-20 | Feb-20 | Mar-20 | Apr-20 | Cont YTD |
|---|---|---|---|---|---|

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M140 | Market Priced Pharmaceutical Program Report | REV on 03/01/2023 |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.6.8.22.6 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | |
| N/A | | See Block 16 | See Block 16 | |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

**16. REMARKS**

FIRST SUBMISSION:
 Frequency: Monthly
 Reporting Period Start Date: Start of service delivery
 Due Date: 15 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
For each month, provide a report showing offer summary with accepted, declined, and expired offers. The report will also include offer history, accepted offer tracking, savings summary, and savings details.

This report shall identify and track all offers, offer status, claims volume approved and dispensed, per month and per offer, associated with Market Priced Pharmaceutical Program, and cost savings per quarter.

SUMMARY
Number of Offers by Status (e.g. Denied, Accepted, Expired) per month.

ACCEPTED OFFER TRACKING
Offer Accepted Date
Dispensing Start Date
Dispensing End Date (Offer Complete Date)
Drug Description (drug, strength, form)
Offer NDC
Medical Pricing File (MPF) NDC
Offer Units
Offer Price
Weighted Avg MPF Price (based on any price changes on the MPF during offer duration)
Offer Status (e.g. expired, in-progress)

Continued on page 2

| | | b. COPIES | | |
|---|---|---|---|---|
| a. ADDRESSEE | | | Final | |
| | Draft | Reg | Repro |
| Submit through the DHA e-Commerce Extranet. (Per TOM C14) | | | | |

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

**16. REMARKS** *(Continued)*

By Month:
- Units Dispensed
- Cost per Units dispensed
- Calculated MPF Cost
- Savings
- Estimated Incentive

SAVINGS DETAILS
Offer Accepted Date
Offer Unit Price
MPF Unit Price (wt average to account for pricing changes during offer period)
Start Date
End Date
Quantity Dispensed
Total Offer Cost
Total MPF Cost
Savings

HISTORICAL
Offers Identified by Contractor
Offer Status (e.g., Denied, Accepted, Expired)
Date Submitted
Expiration Date
Type of Offer (e.g., Saving, Stability)
Savings (after administration fee)
Current Drug GSN and GCN
Current Drug NDC
Drug description (drug, strength, form)
Current Drug Manufacturer
Current Drug Cost
Medical Pricing File Contract Number
Estimated Monthly Usage (units) (broken out by dual eligible vs TRICARE only)
Offer Drug NDC
TAA Compliant (Y/N)
Therapeutically Equivalent (Y/N)
Offer Drug Manufacturer
Total Units offered
Offer Purchase Cost
Contractor Incentive (Total offer value x 10%)
Admin Fee
Total Cost to Government (Purchase Cost + Fees)
Unit Price Difference (Current Unit Cost – Offer Unit Cost)
Estimated Offer Days
Offer Units
Estimated Claim Volume
Total Offer Value (Unit Price Difference X Offer Units)

Continued on page 3

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _Performance Report_ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

**16. REMARKS** *(Continued)*

Government Savings (Total Offer Value – ESI Incentive – Admin Fee)
Contractor Comments
Government Approver and Date Approved or Denied

Market Conditions shall be provided with each offer.

Reports shall include Revision log and definitions tab.

The Government reserves the right to adjust the report and data elements after receiving the first report.

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:36 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP_____ TM_____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M150 | Theater Medical Data Store (TMDS) Claims Processing Report | REV on 12/03/2021 |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.11.10.6 | Pharm Ops |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | | |
|---|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Fina l | | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | | | |
|---|---|---|---|
| FIRST SUBMISSION | Submit through the | | |
|   Frequency: Monthly | DHA e-Commerce | | |
|   Reporting Period State Date: Start of service delivery | Extranet. | | |
|   Due Date: 10 calendar days after end of reporting period | (Per TOM C 14) | | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | | | |
| | | | |
| PHI/PII: No | | | |
| FILE FORMAT: Microsoft Excel | | | |
| | | | |
| CONTENT DETAILS: | | | |
| Report shall provide a complete picture of the following claims received on the TMDS files, how many were posted to the patient profile, and the reasons for not being posted to the profile. Summary volumes will be reported for each weekly file received. | | | |
| | | | |
| The Report shall include the following for each weekly TMDS file: | | | |
| - Date of File | | | |
| - Total Number of Records Received from TMDS | | | |
| - AHLTA-T Records Adjudicated | | | |
| - TC2 Records Adjudicated | | | |
| - Total Records Adjudicated | | | |
| - Number of Aged Claims Dropped | | | |
| - Number of Duplicates Dropped | | | |
| - Number of Errors Dropped | | | |
| - Total Number Dropped | | | |
| - % of Total Records on File Dropped | | | |
| | | | |
| In addition to the current reporting period, the report shall include the above data for all prior weeks within the current option period. | | | |

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 12/3/2021 | Henry J Gibbs | 12/3/2021 |

**DD FORM 1423-1, FEB 2001**  PREVIOUS EDITION MAY BE USED

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**THEATER MEDICAL DATA STORE (TMDS) CLAIMS VOLUMES**

| File Date | Total Records Received from TMDS | AHLTA-T Records Adjudicated | TC2 Records Adjudicated | Total Records Adjudicated |
|---|---|---|---|---|
| 2/12/2023 | 7000 | 1500 | 800 | 2300 |
| 2/19/2023 | 8500 | 1000 | 900 | 1900 |
| | | | | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Updated 1.10.2020

| Aged Claims Dropped | Duplicates Dropped | Errors Dropped | Total Dropped | % Dropped |
|---|---|---|---|---|
| 1000 | 4000 | 100 | 5100 | 73% |
| 1300 | 3950 | 200 | 5450 | 64% |
| | | | | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:36 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.  **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | Attachments A&B | TDP_____TM_____OTHER ____ | Financial Statement |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M160 | Non-Financially Underwritten Bank Account Reconciliation Report | REV on 12/3/2021 |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR G.3.6.6 | CRM |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date: 30 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
Bank Reconciliation reports are to facilitate verifying authorized benefit payments done by the Contractor with CRM accounting and with cash transactions done through banks and Treasury systems.

For each month, after reconciling the bank account, the Contractor shall provide the DHA, CRM with a balanced Bank Reconciliation Format for each bank account, within 30 calendar days following the end of the month being reported. These reports shall contain all transactions affecting the bank accounts. Attached are the format and instructions for this report.

Contractor shall provide backup detailed reports for all categories listed under "Other Transactions" of the bank reconciliation.

Reports shall be submitted electronically through the PAT system.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL ⟶ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Laura E White | 12/3/2021 | Henry J Gibbs | 12/3/2021 |

**DD FORM 1423-1, FEB 2001**  PREVIOUS EDITION MAY BE USED

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## TPHARM BANK ACCOUNT RECONCILIATION INSTRUCTIONS

**GENERAL:** This report shall follow and detail the cash flow through the bank accounts and justify the use of the money drawn by the contractor's bank, in the contractor's name, from the Federal Reserve (as well as any other deposits made to the non-financially underwritten bank accounts). This report should also identify any corrective action needed. This report will be balanced against DHA's records for transactions that have been approved by DHA. Any unreasonable, unjustified or unapproved transactions will be collected back from the contractor with applicable interest and penalty. Any transactions not specified in the format, shall be identified under "Other Transactions" as shown on the format and sufficiently explained. Questions concerning placement of items in the format shall be directed to DHA, CRM, Finance and Accounting. The report shall include the listings and explanations required below and should balance to the report from the contractor's bank showing the beginning and ending balances for the month and the total debits, credits and adjustments for the entire month.

**HEADING TO REPORT:**

> **ACTIVITY FOR THE MONTH OF:** All transactions shall be as of the end of the month being reported.
> **CONTRACTOR NAME:** Name of the Prime Contractor
> **SUBCONTRACTOR NAME:** Name of the Subcontractor
> **FISCAL YEAR**: The Federal fiscal year for the transactions in the account. New accounts are started each October 1st for the new fiscal year.
> **ASAP ID NUMBER:** The ASAP number used for transactions between the bank and the Federal Reserve Bank (provided by DHA, CRM for each bank account.)
> **TYPE OF ACCOUNT:** A descriptive title of the account. The contract requires, at a minimum, an account for Defense Health Program (DHP) funding claims and an account for Medicare Eligible Retiree Health Care Fund (MERHCF ) claims. Other accounts may be requested as needed.

**REPORT FORMAT:**

**COLUMNS:**

> **PREVIOUS MONTH'S YEAR TO DATE TOTAL:** Shall equal the last column on the previous month's report.
> **THIS MONTH'S TRANSACTIONS:** Shall be totals of the reporting month's transactions, categorized as shown on the report format. Outstanding Payments and Ending Balance are YTD figures so will be the same as YTD Total column.
> **REPORTING MONTH'S YEAR TO DATE TOTAL:** The totals of the previous month's year to date totals plus the reporting month's totals.

**TYPES OF TRANSACTIONS:**

**I. TRANSACTIONS DONE THRU THE FEDERAL RESERVE BANK - RICHMOND:**
Net Total of Drawdowns against the Federal Reserve Bank: This is a total of all transactions done between the bank and the Federal Reserve-Richmond (the FED). These transactions will primarily be draws on the FED, which become deposits to the contractor's bank account. There may be some instances of the bank repaying the Fed for an overdrawn amount. These amounts should be netted against the amounts drawn for the total shown in this section.

**II. TRANSACTIONS DONE IN CONTRACTOR'S BANK ACCOUNT:**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**A.** Routine Bank Account Transactions (payments and other transactions authorized in the TRICARE Operations, Policy, or Reimbursement Manuals or Section G of the contract).

    **1.** <u>TED Vouchers</u> - TEDs provide the detailed information that supports the issuance of the payments on these bank accounts. These vouchers also include credits such as staledated and voided payments that have been processed through the claims processing systems creating credit TEDs. (Note: Credits must relate to the account they are being processed against, i.e., they are staledated or voided checks cut on that account or a refund that was deposited into that account.) For this report, only a total of the TEDs vouchers is needed. This total does not need to be broken down by programs or other subtotals.

    **2.** <u>Credits not submitted on TEDs</u>**:**

        a.  <u>Receipts under $30</u> - Total of receipts/collections under $30 that were received during the reporting month and not reported on a TED (Reference TOM Chapter 10, Section 4, paragraph 13). Reported amount must be supported by a listing of the reporting month's individual transactions. Do not include on this line if these were reported as TEDs.

        b.  <u>Collections, Voids and Staledates under $10</u> - Total of collections and voided and staledated checks/payments under $10 including $.99 payment transactions that were not released. Reported amount must be supported by a listing of the reporting month's individual transactions. Do not include transactions on this line that were reported as TEDs.

        c.  <u>Court Ordered Restitution</u> - Court Ordered restitution collections shall be listed in this field regardless of amount. Reported amount must be supported by a listing of the reporting month's transactions. Do not include on this line if these were reported as TEDs.

    **3.** <u>DHA Approved Manual Transactions</u> – Include transactions that have been submitted and approved by DHA, CRM for payment or collection. These are transactions that cannot be handled by TEDs or under one of the categories listed in #2 above. These should be rare.

        a.  <u>Payments not recorded as a TED</u>: They must be approved by DHA, CRM prior to any payments being made. Payments will be thoroughly described and supported with adequate documentation and explanations as to why these transactions are not being done as a TED Voucher (#1 above).

        b.  <u>Receipts over $30 not recorded as a TED</u>: Credits may be listed without approval but must be listed individually and with explanations as to why they were not processed as a TED Voucher (#1 above).

    **4.** <u>Final Payment(s) to DHA</u> – include payments made to DHA at the end of the bank accounts including payments made by the contractor and the bank.

**B. Other Transactions:**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

This category is for transactions that may occur from time to time in a bank account such as bank errors that have not yet been corrected. These items must be cleared by the time the account is closed or be approved by DHA (#3 above). Identify type of transaction and amount affecting the bank balance. This also includes installment loan collections being held in the account during the year and which are transferred to the next year's account at the end of the year or reported as a TED is fully collected.

**III.** End of the Month Outstanding Checks Total: This is the amount of checks that have not cleared the bank by the cut off for reconciliation, normally the end of the month. This field should be cleared by the final bank reconciliation on the bank account either through the checks/payments clearing the account or being voided.

**IV. ENDING BALANCE:** This is the ending balance on the bank statement for the end of the last day of the period being reported, which is normally the end of the month. This should equal Section I - (+Section II - Section III).

**V. NOTES:** This section is used to report total payments drawn from the non-underwritten account where the payee is 'Self';
1. Payments to 'Self' made in accordance with the TOM Chapter 10, Section 3, Paragraph 6.
2. All Payments to 'Self' not authorized by TOM Chapter 10, Section 3, Paragraph 6.
3. The contractor may use this section to report any non-underwritten bank account activity not covered by Sections I thru IV and do not affect the bank account totals.

Case 1:25-cv-00660-JJM-PAS Document 12 Filed 06/27/25 Page 95 of 112 PageID #: 2841

CONTRACTOR NAME

SUB-CONTRACTOR NAME (if applicable)

FOR THE MONTH OF _____

**TPHARM BANK ACCOUNT RECONCILIATION**

**FISCAL YEAR**

**ASAP ID NUMBER**

**Type of Account** (i.e. MERHCF or DHP or other identifier)

| | PREVIOUS MONTH'S YEAR TO DATE TOTAL | THIS MONTHS TRANSACTIONS | REPORTING MONTH'S YEAR TO DATE TOTAL |
|---|---|---|---|
| **I.   TRANSACTIONS DONE THRU THE FEDERAL RESERVE - RICHMOND (Year to Date)** | | | |
| **Net Total of Drawdowns against Federal Reserve Bank:**    TOTAL SECTION I | | | |
| **II.   TRANSACTIONS RELATED TO CASH IN BANK ACCOUNT** | | | |
| **A.   Routine Bank Account Transactions:** | | | |
| 1.   TED Vouchers (Total of all TEDs submitted to DHA): | | | |
| 2.   Credits not submitted on TEDS: | | | |
| a.   Receipts under $30 (must include list of each transaction): | | | |
|      (Reference: TOM Chapter 10, Section 4, Paragraph 13.0) | | | |
| b.   Collections, Voids and Staledates under $10 (must include listing of transactions) | | | |
|      (Reference Section G of Contract) | | | |
| c.   Court Ordered Restitution (shall include listing of each transaction) (optional) | | | |
|      (Reference Section G of Contract) | | | |
| 3.   DHA Approved Manual Transac ions for o her than TEDS | | | |
| a.   Payments not recorded as a TED: | | | |
|      (Reference Section G of Contract) | | | |
| b.   Receipts over $30 not recorded as a TED: | | | |
|      (Reference Section G of Contract) | | | |
| 4.   Final Check(s) to DHA (include payments from bank directly to DHA) | | | |
| **B.   Other Transactions:** | | | |
| 1.   (List types of transa ions) | | | |
|      (e.g. intstallment payments, bank errors, transactions in transit, etc.) | | | |
| TOTAL SECTION II | | | |
| **III. END OF MONTH OUTSTANDING CHECK TOTAL:** | | | |
| **Month End Outstanding Check Total**    TOTAL SECTION III | | | |
| (YTD and Current Month will be same amount) | | | |
| **IV. ENDING BALANCE IN BANK ACCOUNT** | | | |
| **Month End Balance in Bank Account**    TOTAL SECTION IV | | | |
| (YTD and Current Month will be same amount)    = Section I - (+Section II - Section III) | | | |
| **V.   NOTES** | | | |
| **Other Financial Transactions**    TOTAL SECTION V | | | |
| 1.   Total of Good-Faith Payments to Self | | | |
|      (Underwritten Good Faith payments transferred to non-underwritten in accordance | | | |
|      with TOM Chapter 10, Section 3, Paragraph 6) | | | |
| 2.   Total of payments to Self (not related Good-Faith payments) | | | |
| 3.   Other | | | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| *(1 Data Item)* | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Attachment A,B&C | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| M170 | Non-Financially Underwritten Accounts Receivable Report | Initial | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| N/A | CTR G.3.6.13.2 | CRM | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. (Per TOM C14) |

FIRST SUBMISSION:
Frequency: Monthly
Reporting Period Start Date: Start of service delivery
Due Date: Third business day following the 25th of the month of claims processing
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
Accounts Receivable held by the Contractor under the TRICARE Operations Manual, Chapter 10, Section 4 must be reported monthly to Contract Resource Management (CRM), DHA-Aurora.

Separate sets of reports are required for Federal Government Receivables and for Public Receivables. Federal Government Receivables include the receivables from medical facilities operated by the Veterans Administration, Coast Guard, Public and Indian Health Service, or any other Federal Government agency. All others should be submitted on a separate set of reports as Public Receivables.

The Contractor shall cut off the data for the Accounts Receivable reports on the 25th of the month and submit all of the following Accounts Receivable reports by the third business day following the 25th of the month of claims processing (e.g. for March 2013, data would be as of the 25th of March and reports would be due the 28th of March or for April 2013, data would also be as of the 25th (of April) but reports would be due the 30th of April since there is a weekend in between).

Attached are the format and instructions for each report with updates provided by the Government as required:

- Accounts Receivable Summary Report
- Accounts Receivable - Amounts Written Off Detail Report
- Accounts Receivable - Debts Transferred to Defense Health Agency (DHA) Detail Report
- Accounts Receivable - Ending Outstanding Receivables Detail Report
- Accounts Receivable - Contractor Transition (if applicable)
- Accounts Receivable - Suspended Providers (if applicable)

| 15. TOTAL ⟶ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Laura E White | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001     PREVIOUS EDITION MAY BE USED.     Page 1 of 9 Pages

**ACCOUNTS RECEIVABLE SUMMARY REPORT**
**MONTH & YEAR OF REPORT**
**ASAP ID#  - (Public or Government)**

|  | NUMBER OF ACCOUNTS | AMOUNT |
|---|---|---|

**A. SUMMARY OF ACCOUNTS RECEIVABLES**

| | | |
|---|---|---|
| 1. Beginning Receivables | | $ |
| 2. New  Receivables | | |
|    a.   From current contractor | | $ |
|    b.   From outgoing contractor | | $ |
| 3. Collections On Receivables | | $ |
| 4. Adjusted Amounts | | $ |
| 5. Amounts Written Off | | $ |
| 6. Transferred Amounts | | |
|    a.   To DHA, OGC, Claims Collection Section (CCS) | | $ |
|    b.   To incoming contractor | | $ |
| 7. Ending Receivables      (Lines A.1 + A.2 - A.3 +/- A.4 - A.5 - A.6) | | $ |

**B. OUTSTANDING RECEIVABLES**

| | | |
|---|---|---|
| 1. Principal Amount > $600.00 | | |
|    a.   Not Delinquent | | $ |
|    b.   Delinquent | | |
|       1) 1-30 Days | | $ |
|       2) 31-60 Days | | $ |
|       3) 61-90 Days | | $ |
|       4) 91-150 Days | | $ |
|       5) 151-180 Days | | $ |
|       6) 181-365 Days | | $ |
|       7) > 1 Year to 2 Years | | $ |
|       8) > 2 Years to 6 Years | | $ |
|       9) > 6 Years to 10 Years | | $ |
|       10) > 10 Years | | $ |
|       11) Total Delinquent Receivables > $600.00 | | |
|          (Total of Lines B.1.b.1 thru B.1.b.10) | | $ |
|    c. Total Outstanding Receivables > $600.00 | | |
|          (Total of Lines B.1.a + B.1.b.11) | | $ |

| | | |
|---|---|---|
| 2.  Principal Amount < $599.99 | | |
|    a.   Not Delinquent | | $ |
|    b.   Delinquent | | |
|       1) 1-30 Days | | $ |
|       2) 31-60 Days | | $ |
|       3) 61-90 Days | | $ |
|       4) 91-150 Days | | $ |
|       5) 151-180 Days | | $ |
|       6) 181-365 Days | | $ |
|       7) > 1 Year to 2 Years | | $ |
|       8) > 2 Years to 6 Years | | $ |
|       9) > 6 Years to 10 Years | | $ |
|       10) > 10 Years | | $ |
|       11) Total Delinquent Receivables < $599.99 | | |
|          (Total of Lines B.2.b.1 thru B.2.b.10) | | $ |
|    c. Total Outstanding Receivables < $599.99 | | |
|          (Total of Lines B.2.a + B.2.b.11) | | $ |

| | | |
|---|---|---|
| 3. Total Receivables | | |
|    a.   Not Delinquent (Lines B.1.a + B.2.a) | | $ |
|    b.   Delinquent | | |
|       1) 1-30 Days (Lines B.1.b.1 + B.2.b.1) | | $ |
|       2) 31-60 Days (Lines B.1.b.2 + B.2.b.2) | | $ |
|       3) 61-90 Days (Lines B.1.b.3 + B.2.b.3) | | $ |
|       4) 91-150 Days (Lines B.1.b.4 + B.2.b.4) | | $ |
|       5) 151-180 Days (Lines B.1.b.5 + B.2.b.5) | | $ |
|       6) 181-365 Days (Lines B.1.b.6 + B.2.b.6) | | $ |
|       7) > 1 Year to 2 Years (Lines B.1.b.7 + B.2.b.7) | | $ |
|       8) > 2 Years to 6 Years (Lines B.1.b.8 + B.2.b.8) | | $ |
|       9) > 6 Years to 10 Years (Lines B.1.b.9 + B.2.b.9) | | $ |
|       10) > 10 Years (Lines B.1.b.10 + B.2.b.10) | | $ |
|       11) Total Delinquent Receivables | | |
|          (B.1.b.10 + B.2.b.10) | | $ |
|    c. Total Outstanding Receivables (Line B.1.c + B.2.c) | | $ |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

INSTRUCTIONS FOR ACCOUNTS RECEIVABLE SUMMARY REPORT

**HEADER**:
Contractor Name: Name of the Prime Contractor.
Subcontractor Name: Name of the Subcontractor.
MONTH & YEAR OF REPORT: All transactions shall be as of the 25th of the month being reported.

ASAP ID #: The ASAP ID number assigned to the bank account used for payments/collections and other bank transactions.

- Public or Government: Reports should be separated by public debtors or federal government debtors. Federal government debtors are facilities controlled run by the federal government. Primarily, federally controlled debt will be from Veteran Administration hospitals/clinics and Indian Health Service hospitals/clinics. Military Treatment Facilities should not be billing DHA. The Public Health Service, apparently, no longer runs any hospitals or clinics. Any question about the status of a debtor should be address to CRM.

**A. SUMMARY OF ACCOUNTS RECEIVABLE**

1. Beginning receivables - Carried forward from line A.7. of the prior month report.

2. New receivables –
    2.a – From current contractor - Enter the number and amount of new receivables generated during the reporting period.
    2.b – From outgoing contractor – Enter the number and amount of new receivables generated from the outgoing contractor during contract transition.

3. Collections on receivables - Include in the Amount column, all installment payments and offset adjustments received. In the Number of Cases column, include only the final installment or offset.

4. Adjusted Amounts - Enter the number and amount of corrections made to previously reported receivables and refunds of amounts previously reported as corrections. The amount noted on this line must be explained in footnotes to this report.

5. Amounts written off - Cases which are 365 days delinquent with balances less than $600, shall be written-off and reported on line A.5. However, the offset flag shall remain until the claims processing contract has elapsed or full payment is received. If a full collection through offset is effected, then the write-off shall be reversed (Line A.5) and the amount collected recorded (Line A.3.).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

6. <u>Transferred</u> –

6.a.1 – To DHA, OGC, Claims Collection Section (CCS) - When a case with a balance of $600 or more is transferred to DHA (in accordance with the TOM, Chapter 10, Section 4), the balance transferred shall be reported on line A.6.a. An adjustment claim and TED shall be processed for the total amount collected to the point of transfer (either by payment or offset). If a transferred receivable is collected inadvertently through offset, the claims processing unit shall notify CCS by the following work day after receipt and complete the Collections Made By Offset/Refund Form (Addendum A Figure 10.A-31). The amount of the offset shall reduce current transfers (Line A.6.a) and be included in Collections (Line A.3). If a receivable has reached the mandatory time limit for transfer, but a claim is pending for offset which will not be paid until the next month, this receivable may be retained, reported on a footnote, and transferred the following month if a balance still exists. The footnote shall provide the debtor's name, sponsor's name and SSN, amount of debt, amount of potential offset, and the expected date of transfer. A copy of each report containing such footnotes shall be sent to the Chief, Recoupment Branch, Office of General Counsel (OGC), DHA.

6.a.2 – To DHA, OGC during contract transition– Only offset accounts greater or equal to $600.00 that have been on offset for 12 months or longer, and all installment accounts, shall be transferred to DHA no later than 30 days after the start of health care delivery in accordance with TOM, Chapter 2, Section 10, paragraph5.0.

6.b – To incoming contractor during contract transition – The outgoing contractor shall only transfer offset cases for non-financially underwritten funds greater than $110.00 ($30.00 for pharmacy overpayments) that have been on offset for less than 12 months to the incoming contractor no later than 30 days after the start of health care delivery in accordance with TOM, Chapter 2, Section 10, paragraph 5.0.

7. <u>Ending receivables</u> - Total ending receivable balance to be carried forward to A.1. for the next reporting period.

## B. OUTSTANDING RECEIVABLES

Outstanding receivables shall be aged and reported by the categories listed on the report.

<u>Not Delinquent</u> is normally 30 days from the date of initial notification of the debt or from the date of the last installment payment whichever is later.

Installments will be aged based on the date of the last payment. If the installment payment is delinquent (over 30 days from the last payment) the remaining unpaid balance will be reported in the proper aged category depending on the remaining balance of the debt (B.1 equal to or greater than $600 or B.2 less than $600)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**ACCOUNTS RECEIVABLE - AMOUNTS WRITTEN OFF DETAIL REPORT**

Contractor Name
Sub-Contractor Name                                    Month Of Report                                    ASAP ID#

| NAME | NOT DELINQUENT | DAYS DELINQUENT | | | | | | | | | | | Total |
|------|---------------|------|-------|-------|--------|---------|---------|---------|------------------|-------------------|--------------------|---------|-------|
| | | 1-30 | 31-60 | 61-90 | 91-150 | 151-180 | 181-300 | 301-365 | >1 YR and <2 YR | > 2 YRS and < 6 YRS | > 6 YRS and < 10 YRS | > 10 YRS | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| TOTALS: | | | | | | | | | | | | | |

INSTRUCTIONS:

This report shall list the cases that make up the total shown on line A.5. - Amounts Written Off - on the Accounts Receivable Summary Report.

Aging shall be based on date of delinquency

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**ACCOUNTS RECEIVABLE - DEBTS TRANSFERRED TO DHA DETAIL REPORT**

**Contractor Name**
**Sub-Contractor Name**                          **Month Of Report**                                    **ASAP ID#**

| NAME | NOT DELINQUENT | DAYS DELINQUENT | | | | | | | | | | | Total |
|------|----------------|------|-------|-------|--------|---------|---------|---------|----------------|-----------------|------------------|----------|-------|
| | | 1-30 | 31-60 | 61-90 | 91-150 | 151-180 | 181-300 | 301-365 | >1 YR and <2 YR | > 2 YRS and < 6 YRS | > 6 YRS and < 10 YRS | > 10 YRS | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| TOTALS: | | | | | | | | | | | | | |

INSTRUCTIONS:

This report shall list the cases that make up the total shown on line A.6.a - Transferred to DHA - on the Accounts Receivable Summary Report.

Aging shall be based on date of delinquency

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**ACCOUNTS RECEIVABLE - ENDING OUTSTANDING RECEIVABLE DETAIL REPORT**

**Contractor Name**
**Sub-Contractor Name**                    **Month Of Report**                    **ASAP ID#**

| NAME | NOT DELINQUENT | DAYS DELINQUENT | | | | | | | | | | | Total |
|------|------|------|------|------|------|------|------|------|------|------|------|------|------|
| | | 1-30 | 31-60 | 61-90 | 91-150 | 151-180 | 181-300 | 301-365 | >1 YR and <2 YR | > 2 YRS and < 6 YRS | > 6 YRS and < 10 YRS | > 10 YRS | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| TOTALS: | | | | | | | | | | | | | |

INSTRUCTIONS:

This report shall list the cases that make up the total shown on line A.7. - Ending Receivable on the Accounts Receivable Summary Report.

Aging shall be based on date of delinquency

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**ACCOUNTS RECEIVABLE - CONTRACT TRANSITION DETAIL REPORT**

**Contractor Name**
**Sub-Contractor Name**                        **Month Of Report**                        **ASAP ID#**

| NAME | NOT DELINQUENT | DAYS DELINQUENT | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1-30 | 31-60 | 61-90 | 91-150 | 151-180 | 181-300 | 301-365 | >1 YR and <2 YR | > 2 YRS and < 6 YRS | > 6 YRS and < 10 YRS | > 10 YRS | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| TOTALS: | | | | | | | | | | | | | |

INSTRUCTIONS:

For outgoing contractor - This report shall list the cases that make up the total shown on line A.6.b - Transferred to incoming contractor - on the Accounts Receivable Summary Report

For incoming contractor - This report shall list the cases that make up the total shown on line A.2.b - New receivables from outgoing contractor - on the Accounts Receivable Summary Report

Aging shall be based on date of delinquency

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**ACCOUNTS RECEIVABLE  - SUSPENDED PROVIDERS**

Contractor Name
Sub-Contractor Name                                                                                    ASAP ID#

Month Of Report

| | Accounts Receivable debt by Suspended Providers (do-not-pursue) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Provider/Pharmacy | Date Suspended by DHA | Amount Suspended | Funds Received by Suspended Provider | On A/R Report? | Date funds were forwarded to DHA | Comments |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| | Grand Total | $          - | $          - | | | | |

* Debts referenced above will be reported in their appropiate category on the A/R report where they will continue to be aged.
* Email should be sent to DHA/CRM to report all TRI's impacted by the suspended provider when suspension occurs.

| | Accounts Receivable debt related to Suspended Providers (actively pursuing collections) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Provider/Pharmacy | Date Suspended by DHA | Amount Recouping | Date Suspension was lifted | On A/R Report? | Date range of claims being pursued | Amount of funds returned from DHA to contractor |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| | Grand Total | $          - | | | | | $          - |

* Debts referenced above will be reported in their appropiate category on the A/R report where they will continue to be aged.
* Email should be sent to DHA/CRM to report all TRI's impacted by the lift in suspension when it occurs.

A suspended provider will only occur at the direction of DHA Program Integrity Office (PI).
Additional guidance on suspended providers can be found in the TOM Chapter 13, Section 5.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**ACCOUNTS RECEIVABLE SUMMARY REPORT**
**MONTH & YEAR OF REPORT**
**ASAP ID#  - (Public or Government)**

|  | NUMBER OF ACCOUNTS | AMOUNT |
|---|---|---|

**A. SUMMARY OF ACCOUNTS RECEIVABLES**

| | NUMBER OF ACCOUNTS | AMOUNT |
|---|---|---|
| 1. Beginning Receivables | | $ |
| 2. New  Receivables | | |
|    a.   From current contractor | | $ |
|    b.   From outgoing contractor | | $ |
| 3. Collections On Receivables | | $ |
| 4. Adjusted Amounts | | $ |
| 5. Amounts Written Off | | $ |
| 6. Transferred Amounts | | |
|    a.   To DHA, OGC, Claims Collection Section (CCS) | | $ |
|    b.   To incoming contractor | | $ |
| 7. Ending Receivables       (Lines A.1 + A.2 - A.3 +/- A.4 - A.5 - A.6) | | $ |

**B. OUTSTANDING RECEIVABLES**

1. Principal Amount $\geq$ $600.00

| | | AMOUNT |
|---|---|---|
|   a.   Not Delinquent | | $ |
|   b.   Delinquent | | |
|      1) 1-30 Days | | $ |
|      2) 31-60 Days | | $ |
|      3) 61-90 Days | | $ |
|      4) 91-150 Days | | $ |
|      5) 151-180 Days | | $ |
|      6) 181-365 Days | | $ |
|      7) > 1 Year to 2 Years | | $ |
|      8) > 2 Years to 6 Years | | $ |
|      9) > 6 Years to 10 Years | | $ |
|      10) > 10 Years | | $ |
|      11) Total Delinquent Receivables $\geq$ $600.00 | | |
|          (Total of Lines B.1.b.1 thru B.1.b.10) | | $ |
|   c.  Total Outstanding Receivables $\geq$ $600.00 | | |
|          (Total of Lines B.1.a + B.1.b.11) | | $ |

2.  Principal Amount $\leq$ $599.99

| | | AMOUNT |
|---|---|---|
|   a.   Not Delinquent | | $ |
|   b.   Delinquent | | |
|      1) 1-30 Days | | $ |
|      2) 31-60 Days | | $ |
|      3) 61-90 Days | | $ |
|      4) 91-150 Days | | $ |
|      5) 151-180 Days | | $ |
|      6) 181-365 Days | | $ |
|      7) > 1 Year to 2 Years | | $ |
|      8) > 2 Years to 6 Years | | $ |
|      9) > 6 Years to 10 Years | | $ |
|      10) > 10 Years | | $ |
|      11) Total Delinquent Receivables $\leq$ $599.99 | | |
|          (Total of Lines B.2.b.1 thru B.2.b.10) | | $ |
|   c.  Total Outstanding Receivables $\leq$ $599.99 | | |
|          (Total of Lines B.2.a + B.2.b.11) | | $ |

3.  Total Receivables

| | | AMOUNT |
|---|---|---|
|   a.   Not Delinquent (Lines B.1.a + B.2.a) | | $ |
|   b.   Delinquent | | |
|      1) 1-30 Days (Lines B.1.b.1 + B.2.b.1) | | $ |
|      2) 31-60 Days (Lines B.1.b.2 + B.2.b.2) | | $ |
|      3) 61-90 Days (Lines B.1.b.3 + B.2.b.3) | | $ |
|      4) 91-150 Days (Lines B.1.b.4 + B.2.b.4) | | $ |
|      5) 151-180 Days (Lines B.1.b.5 + B.2.b.5) | | $ |
|      6) 181-365 Days (Lines B.1.b.6 + B.2.b.6) | | $ |
|      7) > 1 Year to 2 Years (Lines B.1.b.7 + B.2.b.7) | | $ |
|      8) > 2 Years to 6 Years (Lines B.1.b.8 + B.2.b.8) | | $ |
|      9) > 6 Years to 10 Years (Lines B.1.b.9 + B.2.b.9) | | $ |
|      10) > 10 Years (Lines B.1.b.10 + B.2.b.10) | | $ |
|      11) Total Delinquent Receivables | | |
|          (B.1.b.10 + B.2.b.10) | | $ |
|   c.  Total Outstanding Receivables (Line B.1.c + B.2.c) | | $ |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**ACCOUNTS RECEIVABLE - AMOUNTS WRITTEN OFF DETAIL REPORT**

Contractor Name
Sub-Contractor Name          Month Of Report          ASAP ID#

| NAME | NOT DELINQUENT | DAYS DELINQUENT | | | | | | | | | | | Total |
|------|----------------|------|-------|-------|--------|---------|---------|---------|------------------|---------------------|----------------------|---------|-------|
| | | 1-30 | 31-60 | 61-90 | 91-150 | 151-180 | 181-300 | 301-365 | >1 YR and <2 YR | > 2 YRS and < 6 YRS | > 6 YRS and < 10 YRS | > 10 YRS | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| TOTALS: | | | | | | | | | | | | | |

INSTRUCTIONS:

This report shall list the cases that make up the total shown on line A.5. - Amounts Written Off - on the Accounts Receivable Summary Report.

Aging shall be based on date of delinquency

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**ACCOUNTS RECEIVABLE - DEBTS TRANSFERRED TO DHA DETAIL REPORT**

Contractor Name
Sub-Contractor Name                                         Month Of Report                                         ASAP ID#

| NAME | NOT DELINQUENT | DAYS DELINQUENT | | | | | | | | | | | Total |
|------|---------------|------|-------|-------|--------|---------|---------|---------|---------------|----------------|-----------------|---------|-------|
| | | 1-30 | 31-60 | 61-90 | 91-150 | 151-180 | 181-300 | 301-365 | >1 YR and <2 YR | > 2 YRS and < 6 YRS | > 6 YRS and < 10 YRS | > 10 YRS | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| TOTALS: | | | | | | | | | | | | | |

INSTRUCTIONS:

This report shall list the cases that make up the total shown on line A.6.a - Transferred to DHA - on the Accounts Receivable Summary Report.

Aging shall be based on date of delinquency

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**ACCOUNTS RECEIVABLE - ENDING OUTSTANDING RECEIVABLE DETAIL REPORT**

Contractor Name
Sub-Contractor Name        Month Of Report        ASAP ID#

| NAME | NOT DELINQUENT | DAYS DELINQUENT | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 1-30 | 31-60 | 61-90 | 91-150 | 151-180 | 181-300 | 301-365 | >1 YR and <2 YR | > 2 YRS and < 6 YRS | > 6 YRS and < 10 YRS | > 10 YRS | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| TOTALS: | | | | | | | | | | | | | |

INSTRUCTIONS:

This report shall list the cases that make up the total shown on line A.7. - Ending Receivable on the Accounts Receivable Summary Report.

Aging shall be based on date of delinquency

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**ACCOUNTS RECEIVABLE - CONTRACT TRANSITION DETAIL REPORT**

**Contractor Name**
**Sub-Contractor Name**                                    **Month Of Report**                                    **ASAP ID#**

| NAME | NOT DELINQUENT | DAYS DELINQUENT | | | | | | | >1 YR and <2 YR | > 2 YRS and < 6 YRS | > 6 YRS and < 10 YRS | > 10 YRS | Total |
| | | 1-30 | 31-60 | 61-90 | 91-150 | 151-180 | 181-300 | 301-365 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| TOTALS: | | | | | | | | | | | | | |

INSTRUCTIONS:

For outgoing contractor - This report shall list the cases that make up the total shown on line A.6.b - Transferred to incoming contractor - on the Accounts Receivable Summary Report

For incoming contractor - This report shall list the cases that make up the total shown on line A.2.b - New receivables from outgoing contractor - on the Accounts Receivable Summary Report

Aging shall be based on date of delinquency

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**ACCOUNTS RECEIVABLE  - SUSPENDED PROVIDERS**

Contractor Name                                                                                    Month Of Report

Sub-Contractor                                                                                     ASAP ID#

| | Accounts Receivable debt by Suspended Providers (do-not-pursue) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Provider/Pharmacy | Date Suspended by DHA | Amount Suspended | Funds Received by Suspended Provider | On A/R Report? | Date funds were forwarded to DHA | Comments |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| | Grand Total | | $         - | $         - | | | |

* Debts referenced above will be reported in their appropiate category on the A/R report where they will continue to be aged.
* Email should be sent to DHA/CRM to report all TRI's impacted by the suspended provider when suspension occurs.

| | Accounts Receivable debt related to Suspended Providers (actively pursuing collections) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Provider/Pharmacy | Date Suspended by DHA | Amount Recouping | Date Suspension was lifted | On A/R Report? | Date range of claims being pursued | Amount of funds returned from DHA to contractor |
| 1 | | | | | | | |
| 2 | | | | | | | |
| 3 | | | | | | | |
| 4 | | | | | | | |
| 5 | | | | | | | |
| 6 | | | | | | | |
| 7 | | | | | | | |
| 8 | | | | | | | |
| 9 | | | | | | | |
| 10 | | | | | | | |
| | Grand Total | | $         - | | | | $         - |

* Debts referenced above will be reported in their appropiate category on the A/R report where they will continue to be aged.
* Email should be sent to DHA/CRM to report all TRI's impacted by the lift in suspension when it occurs.

A suspended provider will only occur at the direction of DHA Program Integrity Office (PI).
Additional guidance on suspended providers can be found in the TOM Chapter 13, Section 5.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

CONTRACT DATA REQUIREMENTS LIST

*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M180 | Non-Financially Underwritten Bank Cleared Payment Report | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| N/A | CTR G.3.6.6 & CTR G.4.1.2 | CRM |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the B2B Gateway |

FIRST SUBMISSION:
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date: 5 calendar day after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Data File (.dat)

CONTENT DETAILS:
The Contractor shall require their bank to provide, by an electronic transmission, a listing of all payments clearing the account and a listing of all deposits.

Banks routinely report payment transactions to corporations. This payment listing may be in the bank's format as long as bank's format includes detailed transaction data to include individual transaction identification (either EFT transaction codes or check numbers) and dollar amount of payment. This will be submitted electronically.

Deposits may be daily totals and provided separately from the payments.

Payment file layouts with updates provided by the government as required.

Attachment A: Check layout
Attachment B: EFT/ACH Layout

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Laura E White | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001    PREVIOUS EDITION MAY BE USED.    Page 1 of 4 Pages

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 12 Filed 06/27/25 Page 973 of 1229 PageID #: 2858

**Attachment A:**

# Bank "Check Cashed" File Layout

```
INTO TABLE TMA_PCR_BANK_IMP_HEADERS
WHEN (1) <> 'H' AND (1) <> 'D' AND (11) = 'T'
FIELDS OPTIONALLY ENCLOSED BY '"' TRAILING NULLCOLS
(
      BANK_ACCT_NUMBER POSITION(01:10) CHAR "rtrim(:bank_acct_number)",
      RECORD_COUNT          POSITION(14:23) INTEGER EXTERNAL,
      TOTAL_AMOUNT          POSITION(24:35) DECIMAL EXTERNAL ":total_amount/100"
)
INTO TABLE TMA_PCR_BANK_IMP_DETAILS
WHEN (1) <> 'H' AND (1) <> 'D' AND (11) = ' '
FIELDS OPTIONALLY ENCLOSED BY '"' TRAILING NULLCOLS
(
      BANK_ACCT_NUMBER         POSITION(01:10) CHAR "rtrim(:bank_acct_number)",
      CHECK_NUMBER                POSITION(14:23) CHAR,
      AMOUNT_PAID             POSITION(24:35)   DECIMAL EXTERNAL ":amount_paid/100",
      PAID_DATE                POSITION(36:43) DATE "MMDDYYYY"
"DECODE(:paid_date,'00000000',NULL,'99999999',NULL,:paid_date)"
)
```

**Note: A Trailer Record must be included after the details per each bank account number.**

\* On detailed record paid amount should be right justified, left zero filled.

Case 1:25-cv-00366-MRD-PAS Document 12 Filed 06/27/25 Page 974 of 1130 PageID #: 2859

## Attachment B:

## BAI — EFT/ACH Payment Layout

**The Standard BAI Format should be utilized with the specific requirements listed below for ACH(EFT) Payments:**

**Record Type 01: File Header**
File header marks the beginning of a file.  It identifies the sender and the receiver of the transmission, and it describes the structure of the file.

Example:
01,Bank Name,Contractor,180101,0830,100000,100,1,2/

**Record Type 02:  Group Header**
Group header identifies a group of accounts, all of which are from the same originator and include the same As-of-Date.

Example:
02,Contractor,000000000,1,180101,,USD,/

**Record Type 03:  Account Identifier and Summary Status**
Record identifies the account number and reports summary and status information.  Summary information may be accompanied by an item count and fund availability distribution.  Must be used to identify each account.

Example:
03,Cust Acct Number,USD,140,0000000000,00000,,450,0,0,/

**Record Type 16: Transaction Detail**
Transactions will be reported on a Record Type **16** using Transaction Codes **169** (Miscellaneous ACH Credit) or **469** (Miscellaneous ACH Debit) and the *Unique Customer Identifier* in Field 8 of the Record Type 16.  The B*ank* will receive the *Unique Customer ID* from the **Contractor** within their Standard **NACHA** file Record Type 6, Field 7, Position 40-54. This data must be passed to DHA in the prescribed fields to allow for reconciliation processing.  All other record types in the BAI files should be standard.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS   Document 1-2   Filed 06/27/25   Page 971 of 1231   PageID #: 2860

Example:
```
16,169,Amount,Fund Type,Date,,BANK_REF_NUMBER,Unique_Cust_ID_Num/
88,Misc TEXT Continuing Record.
```

```
16,169,10000,V,180101,,000000000000000,0000000000/
88,ABA: 000000000; Acct: 000000000000; Recv ID: 0000000000; Recv Name: ABC Company
```

**Record Type 88:  Continuation Record**
If the data in any type of record exceed the physical record size, or if dividing the record is desirable for any other reason, an 88 record allows the data to continue in the same format.

Example:
```
88,ABA: 000000000; Acct: 000000000000; Recv ID: 0000000000; Recv Name: ABC Company
```

**Record Type 49:  Account Trailer**
There must be one 49 record for each 03 record.  All 16 and 88 records between the 03 record and the 49 record refer to the account identified in the 03 record.

Example:
```
49,+1250000000,25000/
```

**Record Type 98:  Group Trailer**
There must be one 98 record for each 02 record.

Example:
```
98,+6000000000,2,103000/
```

**Record Type 99:  File Trailer**
There must be one 99 record for each file.  The 99 record indicates the end of the logical file.

Example:
```
99,+6000000000,1,100000/
```

* On detailed record paid amount should be right justified, left zero filled.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M190 | Bank Account Statement Report | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| N/A | CTR G.3.6.6 | CRM |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES | |
| N/A | | See Block 16 | See Block 16 | | Draft / Final (Reg, Repro) | |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 16. REMARKS | a. ADDRESSEE | Draft | Final Reg | Final Repro |
|---|---|---|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. (Per TOM C14) | | | |
| Frequency: Monthly | | | | |
| Reporting Period Start Date: Start of service delivery | | | | |
| Due Date: 30 calendar days after end of reporting period | | | | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | | | | |
| | | | | |
| PHI/PII: No | | | | |
| FILE FORMAT: PDF | | | | |
| | | | | |
| CONTENT DETAILS: | | | | |
| This report may be pages from the standard bank statement provided by the bank or may be an Internet access but must be from the bank. | | | | |
| | | | | |
| The Contractor shall provide a report/statement, created by their bank, each month that includes the following information: | | | | |
| Beginning Balance in the account(s) | | | | |
| Total payments | | | | |
| Total deposits | | | | |
| Total adjustments (if applicable) | | | | |
| Ending Balance in the account(s) | | | | |
| | | | | |
| Reports shall be submitted electronically through the Extranet/PAT system. | | | | |
| **15. TOTAL** | | 0 | 0 | 0 |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Laura E White | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00666-RDM Document 1-6 Filed 06/27/25 Page 977 of 1233 Page # 2862

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER  Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| M200 | Benefit Design and Formulary Search Tool Changes | REV on 03/01/2023 | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.7.1.6 & CTR C.9.4.9.1 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | b. COPIES | |

| 8. APP CODE | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
|---|---|---|---|---|---|---|
| N/A | See Block 16 | See Block 16 | | | Reg | Repro |

16. REMARKS

FIRST SUBMISSION
  Frequency: Monthly
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall document all benefit design changes and all changes made to the Formulary Search Tool (FST) and the expected outcomes. Documentation will include:

 - Date of DHA Request (P&T minutes signed or guidance received by DHA)
 - Scheduled Date of Change
 - Actual Date of Change
 - Applicability (Adjudication or FST) (e.g. Does change impact adjudication or FST or both)
 - Drug (HICL level or NDC depending on how the rule is built)
 - Formulary Change
 - Preferred Alternative Change
 - Manual PA load/term for new/current users
 - Prior Authorization Change  (add or remove criteria or other updates)
 - Medical Necessity Change  (add or remove criteria or other updates)
 - Step Therapy Change  (add or remove criteria or other updates)
 - Quantity Limit and Day Supply Rules  (add or remove criteria or other updates)
 - Quantity Limit and Day Supply Coverage Review
 - Drug List Change (example: copay, MHS, OTC, BCF, etc.)
 - Drug Coverage Change (example: covered/not covered, covered in patients - age/gender, refills not covered, etc.)
 - Miscellaneous Change
 - Specific Instructions (as provided by DHA to ESI)
 - Source of Instructions (email, P&T minutes, policy, COR direction, etc.)
 - Note Change in FST (e.g. Custom PA, Step Therapy, day supply, quantity limit or miscellaneous messages)
 - Expected Outcomes
 - Type of Change (P&T, Others)

(Continued on page 2)

By email to COR and all other individuals designated by the government

| 15. TOTAL ⟶ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eugene Moore | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

**16. REMARKS** *(Continued)*

Errors:
- Benefit Design Error or FST Error?
- Contractor Reported Error (Y/N)
- Date Error Occurred
- Date Error Was Reported to the Government
- Date Error Discovered
- Date Error Corrected
- Corrective Action (Y/N)

Definitions tab

**DD FORM 1423-1, FEB 2001**

Page __2__ of __2__ Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved OMB
No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| M210 | Compound Prescription Report | REV on 10/12/2022 | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.7.7.1 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | | | | | | | |
|---|---|---|---|---|---|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. (Per TOM C14) | | | | | | |

**16. REMARKS**

FIRST SUBMISSION:
 Frequency: Monthly
 Reporting Period Start Date: Start of service delivery
 Due Date: 20 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The report shall assess the use of compounded medications, their associated costs and utilization at Purchased Care and MTF pharmacies. The report shall provide, at a minimum, the following information for the previous calendar month:

- Plan cost vs. Rx count utilization trend
- Average Rx cost utilization trend
- Summary of top 20 MTF pharmacies with highest plan costs and comparison to remaining MTF population
- Summary of top 20 Purchased Care pharmacies with highest plan costs and comparison to remaining Purchased Care population
- Summary of ingredients for Purchased Care (drug name, unique utilizers, Rx count, number of dispensing pharmacies, total disp qty, total cost, etc.) with rank comparison from previous month
- Summary of ingredients for MTF (drug name, unique utilizers, Rx count, number of dispensing pharmacies, total disp qty, total cost, etc.) with rank comparison from previous month

Claim Detail:
- Payment anomalies (no override)
- Payment anomalies (with override)
- Rejections due to benefit design (PA or QLL)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

DD FORM 1423-1, FEB 2001     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | | |
|---|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER  Performance Report | | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M220 | PDMP MHS User Overview Report | Initial |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| N/A | CTR C.8.12.3.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. (Per TOM C14) |
| Frequency: Monthly | |
| Reporting Period Start Date: Start of service delivery | |
| Due Date: 10 calendar days after end of reporting period | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | |
| | |
| PHI/PII: No | |
| FILE FORMAT: Microsoft Excel | |
| | |
| CONTENT DETAILS: This report shall track activity of MHS users to utilize and provide information to the PDMP exchange. In addition to the current reporting period, the report shall include data for all prior months within the current option period. | |
| | |
| Summary Level data | |
| - New registrations | |
| - Total Number of registered MHS Users | |
| - Number of Active Users | |
| - Number of inactive users | |
| - % of users who have logged in | |
| - Total unique logins | |
| - Average logins per active user | |
| - Average # of queries per user | |
| - Total # of MHS searches by state/territory PDMPs | |
| - Total # of MHS searches by integrated systems | |
| | |
| Summary Level data: State Search | |
| - Number of searches by state/by month (returned data and no data) | |
| - Total number of searches by month | |
| - Total number of searches by state | |
| - Number of searched by integrated system/by month (returned data and no data) | |
| - Total number of searches by month | |
| - Total number of searches by integrated system | |
| | |
| The report shall include: | |
| - Description and intention of report, including the methodology and assumptions utilized to generate the report | |
| - Definitions tab, including example | |
| - Reporting period | |
| - Date report generated | |

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Melissa J Yates | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001 | PREVIOUS EDITION MAY BE USED. | Page 1 of 1 Pages

Case 1:25-cv-00606-MRD-PAS Document 12 Filed 06/27/25 Page 982 of 1131 PageID #: 2866

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP_____TM_____OTHER ____ | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M230 | Prescription Monitoring Program Report - MTF | REV on 12/16/2021 |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.8.12.1.12 & CTR C.8.12.2.3 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Fina l | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | |
|---|---|

FIRST SUBMISSION
Frequency: Monthly
Reporting Period Start Date: Start of service delivery
Due Date: 15 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide a monthly summary of all restricted beneficiaries enrolled to the MTF and prescriber compliance. The reports shall be broken out by MTF, in addition to Master file. The Government reserves the right to make modifications to the report requirements after the first submission.

The data shall include the fields requested below. The Contractor may rename fields on their deliverable as long as all required information is included. Renamed fields need to be mapped to the original name on the Definitions tab.

"Essential Fields" defined for use in subsequent tabs:
• Beneficiary Name
• Beneficiary DoD ID Number
• Beneficiary Date of Birth (DOB)
• Generic ID (for non PHI/PII communications)
• Beneficiary Category
• Restriction Start Date
• Restriction Removal Date
• Restriction Type
• Restriction Details
• MTF POC
• Restricting Site
• Restricting Site Branch of Service
• Authorized Pharmacy Name(s) - if applicable
• Authorized Pharmacy NPI number(s) - if applicable
• Authorized Provider Name(s) - if applicable
• Authorized Provider DEA number(s) - if applicable
• Authorized Provider NPI number(s) - if applicable

Right column distribution text:
Secure delivery to designated points of contact for each MTF. Master file uploaded to FTP server provided by the Government.

Continued on page 2

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eugene Moore | 12/16/2021 | Henry J Gibbs | 12/16/2021 |

**DD FORM 1423-1, FEB 2001** PREVIOUS EDITION MAY BE USED.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | Performance Report |
|---|---|---|---|
| | N/A | TDP_____ TM_____OTHER _____ | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

The report shall be submitted in tabular form, including the following:
- Reporting month restrictions:
  - Summary of requests: added, removed, modified, overrides & reinstatements
  - Essential Fields
  - Request Date
  - Requestor
  - Type of Request
  - Request Details
- Beneficiary program restrictions to date (ADD: inactive beneficiaries do not have to be listed in the Master File)
  - Summary of restrictions: active and inactive
  - Essential Fields
  - Restriction Status
- Non-restricted candidates:
  - Summary of non-restricted candidates
  - Beneficiary Name
  - Beneficiary DoD ID Number
  - Beneficiary DOB
  - Generic ID (for non PHI/PII communications)
  - Beneficiary Category
  - Nomination Date
  - Enrolled Site
  - Previously Nominated (yes/no)
  - # of Previous Nominations
  - Contractor-specific referral criteria
  - MTF Response
- Non-compliant beneficiaries (non-compliant claims during reporting month):
  - Summary of DUR status: filled/claims not reversed and not filled/claims reversed based on Contractor's verbiage and definitions
  - Essential Fields
  - Reason for non-compliance (pharmacy, provider or both)
  - Status of DUR
  - Point of Service
  - Rx#
  - DEA Class
  - Date Dispensed/Rejected
  - New or Refill
  - Quantity
  - Days Supply
  - Drug/Strength/Form
  - Dispensing MTF Site
  - Dispensing Pharmacy Name
  - Dispensing Pharmacy NPI number
  - Prescribing Provider Name
  - Prescribing Provider Specialty
  - Prescribing Provider NPI number
  - Prescribing Provider DEA number
  - Number of transactions

Continued on page 3

**DD FORM 1423 1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: Performance Report |
|---|---|---|
| | N/A | TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

- MTF prescribers that write for restricted beneficiaries that are not restricted to them (reporting month)
  - Prescribing Provider Name
  - Prescribing Provider NPI
  - Essential Fields
  - Status of DUR
  - Point of Service
  - Rx #
  - DEA Class
  - Date Dispensed/Rejected
  - New or Refill
  - Quantity
  - Days Supply
  - Drug/Strength/Form
  - Dispensing MTF Site
  - Dispensing Pharmacy Name
  - Dispensing Pharmacy NPI

- MTF prescribers writing a high volume of Schedule II-V prescriptions (reporting month)
  - Prescribing Provider Name
  - Prescribing Provider NPI
  - Prescribing Provider Specialty
  - Dispensing MTF Site
  - Dispensing MTF Site Branch of Service
  - Contractor-specific referral criteria

The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab, including examples and Contractor-specific verbiage
- Reporting period
- Date report generated
- Change log to include change type, description of change, date identified, originator of change, and revision date

**DD FORM 1423 1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:36 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| *(1 Data Item)* | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP_____ TM_____ OTHER | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| M231 | Prescription Monitoring Program Report - MCSC | REV on 12/16/2021 | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| N /A | CTR C.8.12.1.12 & CTR C.8.12.2.3 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION | Secure delivery to |
| Frequency: Monthly | designated points |
| Reporting Period Start Date: Start of service delivery | of contact for each |
| Due Date: 15 calendar days after end of reporting period | MCSC. Master File |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | uploaded to FTP |
| | server provided by |
| PHI/PII: Yes | the Government. |
| FILE FORMAT: Microsoft Excel | |

CONTENT DETAILS:
The Contractor shall provide a monthly summary of all assigned beneficiaries restricted in the MCSC's area of responsibility. The reports shall be broken out by MCSC, in addition to Master file. The Government reserves the right to make modifications to the report requirements after the first submission.

The data shall include the fields requested below. The Contractor may rename fields on their deliverable as long as all required information is included. Renamed fields should be mapped to the original name on the Definitions tab.

"Essential Fields" defined for use in subsequent tabs:
- Beneficiary Name
- Beneficiary DoD ID Number
- Beneficiary Date of Birth (DOB)
- Generic ID (for non PHI/PII communications)
- Beneficiary Category
- Restriction Start Date
- Restriction Removal Date
- Restriction Type
- Restriction Details
- Restriction POC
- Restricting MCSC Region
- Authorized Pharmacy Name(s) - if applicable
- Authorized Pharmacy NPI(s) - if applicable
- Authorized Provider Name(s) - if applicable
- Authorized Provider DEA(s) - if applicable
- Authorized Provider NPI(s) - if applicable
- Authorized Hospital - if applicable

Continued on page 2

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eugene Moore | 12/16/2021 | Henry J Gibbs | 12/16/2021 |

**DD FORM 1423-1, FEB 2001** PREVIOUS EDITION MAY BE USED.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | Performance Report |
|---|---|---|---|
| | N/A | TDP_____TM_____OTHER _____ | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

The report shall be submitted in tabular form, including the following:
- Reporting month restrictions:
  - Summary of requests: added, removed, modified, overrides & reinstatements
  - Essential Fields
  - Request Date
  - Requestor
  - Type of Request
  - Request Details
- Beneficiary program restrictions to date (ADD: inactive beneficiaries do not have to be listed in the Master File)
  - Summary of restrictions: active and inactive
  - Essential Fields
  - Restriction Status
- Non-restricted candidates:
  - Summary of non-restricted candidates
  - Beneficiary Name
  - Beneficiary DoD ID Number
  - Beneficiary DOB
  - Generic ID (for non PHI/PII communications)
  - Beneficiary Category
  - Nomination Date
  - Enrolled Site
  - Previously Nominated (yes/no)
  - # of Previous Nominations
  - Contractor-specific referral criteria
  - MCSC Response
- Non-compliant beneficiaries (non-compliant claims during reporting month): *
  - Summary of DUR status: filled/claims not reversed and not filled/claims reversed based on Contractor's verbiage and definitions
  - Essential Fields
  - Reason for non-compliance (pharmacy, provider, both or 100% payment)
  - Status of DUR
  - Point of Service
  - Rx #
  - DEA Class
  - Date Dispensed/Rejected
  - New or Refill
  - Quantity
  - Days Supply
  - Drug/Strength/Form
  - Dispensing MTF Site
  - Dispensing Pharmacy Name
  - Dispensing Pharmacy NPI number
  - Prescribing Provider Name
  - Prescribing Provider Specialty
  - Prescribing Provider NPI number
  - Prescribing Provider DEA number
  - Number of transactions

Continued on page 3

**DD FORM 1423 1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
## *(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: Performance Report |
|---|---|---|
| | N/A | TDP_____ TM_____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab, including examples and Contractor-specific verbiage
- Reporting period
- Date report generated
- Change log to include change type, description of change, date identified, originator of change, and revision date

**DD FORM 1423 1, FEB 2001**

Page __3__ of __3__ Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:36 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**

*(1 Data Item)*

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M240 | Retail Refund Dispute Report | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.10.1.3.2 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | b. COPIES |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Monthly (Initially submit every other week on Friday until further notified. The bi-weekly submission will need to be submitted into the monthly period in which the bi-weekly due dates occur.)
  Reporting Period Start Date: Start of service delivery
  Due Date: For bi-weekly, 3 days after the end of the reporting period. For monthly, 15 days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The report shall provide a summary of researched or audited claims to resolve manufacturer disputes in support of the TRICARE Retail Refunds Program. The report shall provide, at a minimum, the following information:

- Retail Disputes Summary including (File Summary, Summary Updates, Open Issue Log Items and Claim Summary, etc.)
- Claim Count Summary including a summary of the files received (along with claims received, claims not reported, closed audit, etc.)
- Audit claim report overview (audit comments, audit date, claim number, brand name, dispense date, Rx number, Qty, day supply, audit action, code label, new audit number, other coverage code, etc.)
- Overview of codes and terms used
- Issue log (item, date opened, priority, status, owner, description, latest update, required action, etc.)

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 17. PRICE GROUP |
|---|
| |
| 18. ESTIMATED TOTAL PRICE |

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Melanie F Richardson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

CONTRACT DATA REQUIREMENTS LIST

*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| M250 | Employee Access to DoD IS/Networks Report | Initial |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TSM C1 S1.1 | Personnel Security Branch |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

16. REMARKS

FIRST SUBMISSION:
  Frequency: Monthly
  Reporting Period Start Date:  Start of service delivery
  Due Date:  10 calendar days after end of the reporting period
SUBSEQUENT SUBMISSION:  CONTINUE FROM FIRST SUBMISSION

PHI/PII:  Yes
FILE FORMAT:  Microsoft Excel

CONTENT DETAILS:
Conduct a monthly review of all contractor employees who have been granted access to DoD IS/networks to verify that continued access is required.  Provide a report of the review findings identifying changes to contractor employee access requirements to include:

  Name
  DoD ID Number from CAC
  Date of Birth
  Company
  IS/Network for which access if no longer required
  Date access should be terminated

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Caroll J Palmer Jr | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page __1__ of __1__ Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
(1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | | |
|---|---|---|---|---|
| | N/A | TDP_____ TM_____ OTHER _____ | Performance Report | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q010 | Clinical and Admin Review Report | REV on 03/23/2022 |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.8.7.16 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | a. ADDRESSEE | Draft | b. COPIES Final | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | | Reg | Repro |
| N/A | | See Block 16 | See Block 16 | | | | |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Monthly (for the first three months)
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION:
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date: Start of service delivery, beginning second quarter
  Due Date: 10 calendar days after end of reporting period
  NOTE: Although a quarterly report, report metrics by calendar month. (The
  COR may direct monthly submission anytime the Government feels closer
  monitoring of the Contractor's performance is warranted.)

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall perform clinical reviews for pharmaceuticals designated by
the P&T as requiring Prior Authorization (PA) and/or Medical Necessity (MN),
and based upon P&T established criteria and/or Government direction. The
Contractor shall provide reporting with clinical and administrative review volumes
and processing times. Report shall be submitted with all clinical review actions,
including:

Summary Data:
Point of service
Total reviews request received during option period (clinical, appeals,
administrative)
Breakdown of clinical PAs by electronic, manual, and placement only PAs
Total clinical review requests received (not including appeals) during reporting
period by type (e.g., PA, MN, step-therapy, brand over generic, 703 retail
restriction)
Total number of appeals received during reporting period
Total number of administrative reviews received during reporting period by
automated and non-automated overrides; this breakdown should also be provided
for electronic and non-electronic requests (excluding placed PAs)

Submit through the
DHA e-Commerce
Extranet.
(Per TOM C14)

Continued on page 2

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eugene Moore | 3/23/2022 | Henry J Gibbs | 3/23/2022 |

**DD FORM 1423-1, FEB 2001**
PREVIOUS EDITION MAY BE USED.

Page 1 of 2 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST

*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | Performance Report<br>TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

- Requests for each type of clinical review processed in 3 days (total and percentage)
- Requests for each type of clinical review processed in 10 days (total and percentage)
- Total Clinical Review requests billed to CLINs Xxxx and Xxxx

Detail Data:
- Patient Identifier (DoD ID)
- Override received date
- Override completed date
- Drug Name & P&T Class
- Outcome (e.g. formulary change, override denial, pended claims)
- Specific reason(s) for approvals and denial
- Effective Date
- Expiration Date
- Type of review performed (e.g., clinical, administrative, appeals)
- PA identifier (Used to locate the PA within the Contractor's system or the Government's designated pharmacy data warehouse)
- NCPDP Override Code & Override Type Description
- Reconsiderations and appeals, with corresponding outcomes
- PA mechanism – electronic, non-electronic or placed PA
- Point of Service

Definitions page

**DD FORM 1423  1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 2/27/2025 4:36 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q020 | Beneficiary Services Report | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.9.1.5.7 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

### 16. REMARKS

FIRST SUBMISSION:
  Frequency: Monthly (first three months of Option Period 1)
  Reporting Period Start Date: Start of services delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION:
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date: Start of service delivery, beginning second quarter
  Due Date: 10 calendar days after end of reporting period
  NOTE: The COR may direct the Contractor to resume monthly submission at
  any time if the Government feels closer monitoring of the Contractor's
  performance is warranted)


PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
This report shall track the call monitoring capabilities for beneficiaries serviced under the contract.

Report shall be submitted in Microsoft Excel format and provide all metrics listed in C.8.1, including:
• Total Calls Received by Phone Service Provider
• Total Calls Received by Contractor
• Blocked Calls (total and percentage)
• Calls Answered within 60 seconds (total and percentage)
• Calls Handled by Automated System
• Calls Where Beneficiary Requests CSR
• Abandoned Calls (total and percentage)
• Average Seconds to Speak to CSR After Request
• Calls Resolved on Initial Call (total and percentage)
• Calls Resolved within 2 days (total and percentage)
• Total Correspondence Received, broken down by categories
• Priority Correspondence- Responses within 10 and 30 days (total and percentage)
• Routine Correspondence – Responses within 15 and 45 days (total and percentage)

Continued on page 2

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 17. PRICE GROUP |
|---|

| 18. ESTIMATED TOTAL PRICE |
|---|

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: TDP _____ TM _____ OTHER _____ |
|---|---|---|

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|

**16. REMARKS** *(Continued)*

Call center metrics apply to 24x7 hours of operation and are not subject to adjustments without the Government's approval.

Quarterly frequency applies to the submission of the report to the government- within the report, all metrics shall be presented on a monthly basis.

In addition to the current reporting period, the report shall include the above data for all prior months within the current option period.

**DD FORM 1423-1, FEB 2001**

Case 1:25-cv-00368-MRD-PAS   Document 12   Filed 06/27/25   Page 993 of 1249 PageID #: 2878

| | | | |
|---|---|---|---|
| CONTRACT DATA REQUIREMENTS LIST | | Form Approved | |
| (1 Data Item) | | OMB No. 0704-0188 | |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | | TDP_____ TM_____ OTHER _____ | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| Q030 | Pharmacy Help Desk Report | REV 12/21/2021 | |
| | | | 18. ESTIMATED TOTAL PRICE |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.9.2.3.3 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the |
| Frequency: Monthly (for the first three months) | DHA e-Commerce |
| Reporting Period Start Date: Start of service delivery | Extranet. |
| Due Date: 10 calendar days after end of reporting period | (Per TOM C14) |

FIRST SUBMISSION:
 Frequency: Monthly (for the first three months)
Reporting Period Start Date: Start of service delivery
Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION:
 Frequency: Quarterly (Option Period)
 (The COR may direct monthly submission anytime the Government feels
 closer monitoring of the Contractor's performance is warranted.)
 Reporting Period Start Date: Start of service delivery, beginning second quarter
 Due Date: 10 calendar days after end of reporting period

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The report shall include call monitoring capabilities for MTF calls separately from those from retail pharmacies. The report shall be submitted in Microsoft Excel format broken out with (a) all MTF data (b) MHS GENESIS (c) CHCS and (d) retail and provide all metrics listed in C.9.2, including:

• Total Calls Received by Phone Service Provider
• Total Calls Received by Contractor
• Blocked Calls (total and percentage)
• Calls Answered within 60 seconds (total and percentage)
• Abandoned Calls (total and percentage)
• Average Seconds to Speak to CSR After Request

Quarterly frequency applies to the submission of the report to the government-within the report, all metrics shall be presented by calendar month.

In addition to the current reporting period, the report shall include the above data for all prior months within the current option period.

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 12/21/2021 | Henry J Gibbs | 12/21/2021 |

**DD FORM 1423-1, FEB 2001**   PREVIOUS EDITION MAY BE USED

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00666-MRD-PAS   Document 1-6   Filed 06/12/25   Page 994 of 1150   PageID #: 2879

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER  Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q040 | Mail Order Pharmacy Prescription Report | REV on 03/01/2023 |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.6.1.11 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 8. APP CODE | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION |
|---|---|---|
| N/A | D | See Block 16 | See Block 16 |

| a. ADDRESSEE | Draft | Final | |
|---|---|---|---|
| | | Reg | Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Monthly (for the first three months)
  Reporting Period Start Date:  Start of service delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION:
  Frequency: Quarterly (Option Period)
  (The COR may direct the Contractor to resume monthly submission at any time if the Government feels closer monitoring of the Contractor's performance is warranted.)
  Reporting Period Start Date: Start of service delivery, beginning second quarter
  Due Date: 10 calendar days after end of reporting period

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
Report shall be submitted to assess paper claims processing performance.
In addition to the current reporting period, the report shall include data for all prior months within the current option period.

Summary Data (by Month):
- Total number of prescriptions received at MOP
- MTF transferred prescriptions
- DPP prescriptions (total volume received and total requiring intervention)
- Refill prescriptions
- New prescriptions
- Total clean prescriptions (no intervention required)
- Clean prescriptions shipped within 4 business days (volume and percent)
- Clean prescriptions dispensed over 10 calendar days
- Prescriptions that require intervention (exclude DPP)
- Number of prescriptions received which have special handling or shipping
  requirements (e.g., temperature control)
- Number of prescriptions that have special handling or shipping requirements
  (total volume received and volume shipped)

Continued on page 2

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _Performance Report_ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

**16. REMARKS** *(Continued)*

Total prescriptions received and total prescriptions process (volume and percentage) within 10 calendar days for each of the following:

- Shipped (differentiate shipped prescriptions which were previously in pend status)
- Pended
- Denied
- Returned

Detail Data (by Month):
- Refill request type (e.g., autofill, beneficiary initiated)
- Type of intervention performed (e.g. PA/MN, DUR, clinical overrides, missing information or requiring clarification)
- Number of pended prescription and the reason for pending
- Number of returned prescription and the reason for returning
- Number of prescription filled 10+ days after receipt and reason for why the prescription was filled over 10 days

Quarterly frequency applies to the submission of the report to the government.  Within the report, all metrics shall be presented by calendar month.

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | | |
|---|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER Performance Report | | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q041 | Mail Order Pharmacy Reship Report | Initial |

17. PRICE GROUP

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.6.2.12 | Pharm Ops |

18. ESTIMATED TOTAL PRICE

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. (Per TOM C14) |
|   Frequency: Quarterly (Option Period) | |
|   Reporting Period Start Date:  Start of service delivery | |
|   Due Date:  10 calendar days after end of reporting period | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | |

PHI/PII:  No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide a summary data on reshipped TMOP orders, with the total number of occurrences and sub-totals by month.  Quarterly frequency applies to the submission of the report to the Government - within the report, all metrics shall be presented on a monthly basis.

Data fields include:
1. Return reason/description
2. If a Contractor error resulted in the re-shipment
3. If a re-shipment to the beneficiary occurred
4. Financial impact to the Contractor
5. Financial impact to the Government (administrative fees)
6. Financial impact to the beneficiary (copays)
7. If the result of the issue was a reversal or cancellation
8. Replenishment Impact
9. Additional administrative fees charged
10. Medication involved with the re-shipment (Drug name & NDC)

The Contractor will also provide detail-level information at the request of the Government, including beneficiary ID and zip code.

| 15. TOTAL ⟶ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 1 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | | | |
|---|---|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER | Performance Report | | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| Q042 | Mail Order Quality Control Report | Initial | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.6.5.1 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the |
|   Frequency: Monthly (for the first three months) | DHA e-Commerce |
|   Reporting Period Start Date: Start of service delivery | Extranet. |
|   Due Date: 10 calendar days after end of reporting period | (Per TOM C14) |
| SUBSEQUENT SUBMISSION: | |
|   Frequency: Quarterly (Option Period) | |
|   (The COR may direct monthly submission anytime the Government feels closer | |
|   monitoring of the Contractor's performance is warranted.) | |
|   Reporting Period Start Date: Start of service delivery, beginning second quarter | |
|   Due Date: 10 calendar days after end of reporting period | |
| | |
| PHI/PII: No | |
| FILE FORMAT: Microsoft Excel | |
| | |
| CONTENT DETAILS: | |
| Report shall be submitted to detail dispensing defects and errors within the Mail | |
| Order Pharmacy, including Specialty Pharmacy. Defects and Errors, as defined in | |
| Attachment J-1. | |
| In addition to the current reporting period, the report shall include data for all prior | |
| months within the current option period. | |
| | |
| Report shall include the following: | |
| External Errors | |
| - Dispensing facility (if multiple) | |
| - Type of error (wrong directions, wrong form, shipping error, etc.) | |
| - Impact of error (ADR, excessive or under use, wrong medication taken, etc.) | |
| - Corrective action taken | |
| - Results/follow-up from previous corrective action | |
| | |
| Internal Errors | |
| - Dispensing facility (if multiple) | |
| - Type of error (translation errors, packaging errors, etc.) | |
| - Corrective action taken | |
| - Results/follow-up from previous correction action | |
| | |

Continued in page 2

| | | |
|---|---|---|
| 15. TOTAL | 0 | 0 | 0 |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001    PREVIOUS EDITION MAY BE USED.    Page 1 of 2 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

16. REMARKS *(Continued)*

Report shall also include detail data on:
- Total Prescriptions Dispensed from the MOP
- Total Number of Defects and description of defect type
- Total Number of Errors and description of error type
- Explanation of any trends or anomalies affecting errors or defects
- % Shipped Without Errors

Definitions Tab

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 2/27/2025 4:00 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST *(1 Data Item)* | | Form Approved OMB No. 0704-0188 |
|---|---|---|

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP ____ TM ____ OTHER ____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| Q050 | Paper Claims Processing Report | REV on 10/12/2022 | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.3.2.10 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

16. REMARKS

FIRST SUBMISSION:
  Frequency: Monthly (for the first three months)
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION:
  Frequency: Quarterly (Option Period)
  (The COR may direct monthly submission anytime the Government feels closer
  monitoring of the Contractor's performance is warranted.)
  Reporting Period Start Date: Start of service delivery, beginning second quarter
  Due Date: 10 calendar days after end of reporting period

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
Report shall be submitted in Microsoft Excel format to assess paper claims
processing performance.

Report shall include:
- Total paper claims received
- Number processed in 10, 14 and 14+ calendar days
- Number & percentage exceeding 10 and 14 day processing metrics
- Total paper claims approved, denied and returned
- Top 10 reasons for denied and returned claims
- Volumes of Network and Non-Network claims received, with breakouts for OHI

This report shall only include paper claims submitted by beneficiaries and
pharmacies and shall exclude manual adjustments, batch claims, and other claims
types:

In addition to the current reporting period, the report shall include the above data
for all prior months within the current option period.

Distribution block (right side):
Submit through the
DHA e-Commerce
Extranet
(Per TOM C14)

| 15. TOTAL ➝ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Beth M Spearman | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

DD FORM 1423-1, FEB 2001      PREVIOUS EDITION MAY BE USED.      Page 1 of 1 Pages

Case 1:25-cv-00306-RD-PAS Document 61-2 Filed 06/27/25 Page Page of 1561 f762 PageID #12885

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP_____ TM____ OTHER _____ | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| Q060 | Prescription Monitoring Program Utilizer Report | REV on 04/11/2022 | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.8.12.1.7 & CTR C.8.12.1.11 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Fina 1 | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | | | |
|---|---|---|---|
| FIRST SUBMISSION: | Secure delivery to | | |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 15 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall generate a quarterly listing of beneficiaries identified for the Prescription Monitoring Program, including all active and inactive utilizers to date, and the current quarter's most likely candidates for restrictions. The reports shall be broken out by MCSC and MTF, in addition to Master file. The Government reserves the right to make modifications to the report requirements after the first submission.
The Contractor may rename fields on their deliverable as long as all required information is included. Renamed fields should be mapped to the original name on the Definitions tab.

"Essential Fields" defined for use in subsequent tabs:
• Beneficiary Name
• Beneficiary DoD ID Number
• Beneficiary Date of Birth (DOB)
• Generic ID (for non PHI/PII communications)
• Beneficiary Category
• Restriction Start Date
• Restriction Removal Date
• Restriction Type
• Restriction Details
• MTF/MCSC POC
• Restricting Site
• Restricting Site Branch of Service - if applicable
• Authorized Pharmacy Name(s) - if applicable
• Authorized Pharmacy NPI number(s) - if applicable
• Authorized Provider Name(s) - if applicable
• Authorized Provider DEA number(s) - if applicable
• Authorized Provider NPI number(s) - if applicable
• Authorized Hospital - if applicable

Distribution column (right side):
Secure delivery to designated points of contact for each MTF or MCSC.
Master file uploade to FTP server provided by the Government

Continued on page 2

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eugene Moore | 04/11/2022 | Henry J Gibbs | 04/11/2022 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED    Page 1 of 3    Page

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: Performance Report |
|---|---|---|
| | | TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

The report shall be submitted in tabular form, including the following:
- Beneficiary program restrictions to date (inactive beneficiaries do not have to be listed in the Master File)
  - Summary of restrictions: active and inactive
  - Essential Fields
  - Restriction Status
- Non-restricted candidates identified in the reporting period:
  - Summary of non-restricted candidates
  - Beneficiary Name
  - Beneficiary DoD ID Number
  - Beneficiary DOB
  - Generic ID (for non PHI/PII communications)
  - Beneficiary Category
  - Nomination Date
  - Enrolled Site
  - Previously Nominated (yes/no)
  - # of Previous Nominations
  - Contractor-specific referral criteria
  - Site Response
- Pharmacy claims of non-restricted candidates (past 180 days)
  - Beneficiary Name
  - Beneficiary DoD ID Number
  - Beneficiary DOB
  - Generic ID (for non PHI/PII communications)
  - Beneficiary Category
  - Enrolled Site
  - Point of Service
  - Rx#
  - DEA Class
  - Date Dispensed/Rejected
  - New or Refill
  - Quantity
  - Days Supply
  - Drug/Strength/Form
  - Dispensing MTF Site
  - Dispensing Pharmacy Name
  - Dispensing Pharmacy NPI
  - Prescribing Provider Name
  - Prescribing Provider Specialty
  - Prescribing Provider NPI
  - Prescribing Provider DEA

Continued on page 3

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: Performance Report |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

- Prior candidates (within the past five (5) years)
  • Beneficiary Name
  • Beneficiary DoD ID Number
  • Beneficiary DOB
  • Generic ID (for non PHI/PII communications)
  • Beneficiary Category
  • Enrolled Site
  • Nomination Date
  • Previous Nomination (Y/N)
  • Number of Prior Nominations
  • Contractor-specific referral criteria

The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab, including examples and Contractor renamed fields
- Reporting period
- Date report generated
- Change log to include change type, description of change, date identified, originator of change, and revision date

**DD FORM 1423 1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:57 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP_____TM_____OTHER _____ | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q061 | Prescription Monitoring Program Overview Report | REV on 04/11/2022 |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.8.12.1.7 & CTR C.8.12.1.11 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | a. ADDRESSEE | Draft | Fina l | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | | Reg | Repro |
| N/A | | See Block 16 | See Block 16 | | | | |

| 16. REMARKS | b. COPIES |
|---|---|

FIRST SUBMISSION:
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 15 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide a quarterly summary of all beneficiaries screened or restricted within the Prescription Monitoring Program and responses by MTFs and MCSCs broken out by month. In addition to the current reporting period, the report shall include data for the option period. The Government reserves the right to make modifications to the report requirements following first submission.

The Contractor may rename fields on their deliverable as long as all required information is included. Renamed fields should be mapped to the original name on the Definitions tab.

The report shall include the following:
Summary Data
- Total number of beneficiaries identified
  • Broken out by added, removed, modified & reinstatement restrictions
- Total number of MCSC beneficiaries identified
  • Broken out by added, removed, modified & reinstatement restrictions
- Total number of MTF beneficiaries identified
  • Broken out by added, removed, modified & reinstatement restrictions

- Total number of active restrictions
- Total number of inactive restrictions

- Total number of MCSC responses
  • Broken out by no action, support plan w/restrictions, support plan w/o restrictions & restrictions only
- Total number of MTF responses
  • Broken out by no action, support plan w/restrictions, support plan w/o restrictions & restrictions only

Distribution addressees:
Sumbit through the DHA e-Commerce Extranet.
(Per TOM C14)

Continued on page 2

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eugene Moore | 04/11/2022 | Henry J Gibbs | 04/11/2022 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 3 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP_____TM_____OTHER _____ |

Performance Report (C. CATEGORY)

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

- Total Restriction Override requests
 • Number of approved overrides (by MCSC, MTF, and/or COR)
- Total number of initially rejected claims
 • Number of filled/claims not reversed and not filled/claims reversed based on Contractor's verbiage and definitions, broken out by point of service (retail, TMOP, and MTF)


MTF Compliance
 • MTF Filling Site
 • YTD not filled/claims reversed
 • YTD filled/claims not reversed
 • % YTD Compliance (YTD Not filled/claims reversed / (YTD Not Filled/claims reversed + YTD Filled/claims not reversed)


The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab, including example
- Reporting period
- Date report generated
- Change log to include change type, description of change, date identified, originator of change, and revision date

**DD FORM 1423 1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | Performance Report<br>TDP_____ TM_____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

16. REMARKS *(Continued)*

**DD FORM 1423 1, FEB 2001**

Page __3__ of __3__ Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:00 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST<br>(1 Data Item) | | Form Approved OMB<br>No. 0704-0188 |
|---|---|---|

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP ___ TM ___ OTHER ___ Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| Q070 | Safety and Enhanced Care Services Report | REV on 10/12/2022 | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C,7,8,4 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | a. ADDRESSEE | b. COPIES | | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION:<br>  Frequency: Quarterly (Option Period)<br>  Reporting Period Start Date: Start of service delivery<br>  Due Date: 30 calendar days after end of reporting period<br>SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION<br><br>PHI/PII: Yes<br>FILE FORMAT: Microsoft Excel<br><br>CONTENT DETAILS:<br>Monthly data provided quarterly.<br>The report elements will be mutually agreed upon by the Government and Contractor.<br><br>The Contractor shall provide reporting that will demonstrate efforts taken to promote continuity of care, enhanced care outcomes, as well as outreach to beneficiaries, providers and/or pharmacies. The report shall include summary information along with detailed information which allows the end user to understand the results of efforts taken.<br><br>The report shall include cost saving or avoidance estimates resulting from enhanced care services. The methodology utilized to arrive at estimates for cost saving or avoidance shall be included in the report.<br><br>The report shall include a definition tab explaining the data element. | Submit through the DHA e-Commerce Extranet. (Per TOM C14) |

| | | | |
|---|---|---|---|
| 15. TOTAL ⟶ | 0 | 0 | 0 |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page __1__ of __1__ Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:36 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q080 | Explanation of Benefit (EOB) Report | Initial |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.9.1.5.6 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION:<br> Frequency: Monthly (for the first three months)<br> Reporting Period Start Date: Start of service delivery<br> Due Date: 10 calendar days after end of reporting period, following the first EOB notification<br>SUBSEQUENT SUBMISSION:<br> Frequency: Quarterly (Option Period)<br> (The COR may direct monthly submission anytime the Government feels closer monitoring of the Contractor's performance is warranted.)<br> Reporting Period Start Date: Start of service delivery, beginning second quarter<br> Due Date: 10 calendar days after end of reporting period<br><br>PHI/PII: No<br>FILE FORMAT: Microsoft Excel<br><br>CONTENT DETAILS: The report shall track the volume of EOBs sent electronically and via mail.<br>Report shall include:<br>- Volume of all EOBs generated, divided into categories for electronic and mail delivery<br>- Volume of mailed EOBs returned undeliverable<br>- Volume of electronic EOB notifications returned undeliverable<br>- Volume of electronic EOBs accessed<br>- Calls generated by EOBs<br>- Number of fraud and abuse cases identified through EOBs<br>- Value of identified fraud and abuse cases<br><br>Quarterly frequency applies to the submission of the report to the government-within the report, all metrics shall be presented by calendar month.<br><br>In addition to the current reporting period, the report shall include the above data for all prior months within the current option period. | Submit through the DHA e-Commerce Extranet.<br>(Per TOM C14) |

| | | | |
|---|---|---|---|
| | 15. TOTAL ⟶ | 0 | 0 | 0 |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:58 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q090 | TED Summary Report | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.13.3.6 | Pharm Ops/CRM |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | |
|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | |

| | a. ADDRESSEE | b. COPIES | | |
|---|---|---|---|---|
| | | Draft | Final | |
| | | | Reg | Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date:  Start of service delivery
  Due Date:  20 calendar days after end of reporting period
SUBSEQUENT SUBMISSION:  CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall submit a report for each TEDs record accepted.

For each CLIN generating a TED, the report will include total claims processed under that CLIN and total cost for all claims processed under that CLIN, for each of the following:
1) Each calendar month of performance.
2) Each option period of performance (including to date totals for current option period).
3) Each Government fiscal year of performance (including to date totals for current year).

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Dawn R Connor | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page  1  of  1  Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:53 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST | | Form Approved |
|---|---|---|
| (1 Data Item) | | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q100 | Fraud and Abuse Summary and ROI Reporting | Initial |

| 17. PRICE GROUP |
|---|

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.10.2.4.1 | Program Integrity (DHA-PI) |

| 18. ESTIMATED TOTAL PRICE |
|---|

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| | | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the |
| Frequency: Quarterly (Calendar Quarter) | DHA e-Commerce |
| Reporting Period Start Date: Start of service delivery | Extranet. |
| Due Date: 30 calendar days after end of reporting period | (Per TOM C14) |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | |

PHI/PII: Yes.
FILE FORMAT: Microsoft Excel and Adobe PDF

CONTENT DETAILS:
The Fraud and Abuse Summary Report shall be submitted to DHA Program Integrity (DHA - PI) to include:

1. Fraud/Abuse Workload Summary
2. Program Integrity Cost Avoidance and Recovery/Recoupments
3. Program Integrity Eligibility Recoupment Status
4. Attachment _ A_ Contractor Activity Summary for Actions Taken
5. Attachment_B_Provider Reported (Single Claim or Multiple Claims) Refunds (Excel Worksheet provided) - for both institutional and non-institutional provider submitted refunds provided during the reporting period over $10,000 for single line item, or over $25,000 aggregate amount during reporting period, to include the provider submitted refund documents and supporting documentation.
6. Include in the fourth quarter report an addendum which identifies potential fraud cases as a result of the use of antifraud - predictive analytics software. (The anti-fraud software requirement is not applicable to TDEFIC.)

Also include in the fourth quarter an addendum which identifies total dollar data for the year (i.e. roll-up) for each category reported in the Program Integrity Cost Avoidance & Recovery/Recoupments.

Upon request, provide back-up data to support all savings reported (i.e. beneficiaries name, claim numbers, payment verification, accounting data, etc.).

Template is attached with updates provided by the government as required.

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Alison H Coleman | 4/16/2021 | Henry J Gibbs | 4/19/2021 |

| DD FORM 1423-1, FEB 2001 | PREVIOUS EDITION MAY BE USED. | Page 1 of 7 Pages |
|---|---|---|

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# Fraud/Abuse Workload Summary

**Contractor:**

**Calendar Year/Quarter:**

**Reporting Period Ended:**

| | | TOTAL |
|---|---|---|
| **PREPAYMENT REVIEW** | Providers | |
| | Beneficiaries | |

Attach a list of beneficiary/provider names under prepayment review

| | | |
|---|---|---|
| **CASES** | Opened | |
| | Closed | |
| | Referred to DHA-PI | |

Attach a list of open/closed/referred cases

| | | |
|---|---|---|
| **LEADS** | Opened | |
| | Closed | |

| | |
|---|---|
| **BALANCE BILLING** | |
| **VIOLATION OF PARTICIPATION AGREEMENT** | |

| | | |
|---|---|---|
| **ADMINISTRATIVE ACTIONS** | Education Letters | |
| | Recoupments | |
| | Pre-Pay Review | |
| | Post-Pay Review | |
| | Referred to State, Local Authorities | |

**For Internal Use Only.  Not to be released outside the Government without consent from DHA Program Integrity.**

The Contractor attests, by submission of this form, that all data provided is true and accurate as of the date of submission

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# Program Integrity Cost Avoidance and Recovery/Recoupments

Contractor: _____                                          Calendar Year/Quarter: _____

## COST AVOIDANCE

| Prepayment Review Denials - Providers | Amount |
|---|---|
|  |  |
| TOTAL | $ |

| Prepayment Review Denials - Beneficiaries | Amount |
|---|---|
|  |  |
| TOTAL | $ |

| Prepayment Duplicate Denials | Amount |
|---|---|
|  |  |
| TOTAL | $ |

| Claim Check Mutually Exclusive | Amount |
|---|---|
|  |  |
| TOTAL | $  - |

| Rebundling | Amount |
|---|---|
|  |  |
| TOTAL | $  - |

| Other Prepay | Amount | Description |
|---|---|---|
|  |  |  |
| TOTAL | $  - |  |

| Sanctioned Provider Denials | Amount |
|---|---|
|  |  |
| TOTAL | $  - |

| PBM Prepay Desk Audit | Amount |
|---|---|
|  |  |
| TOTAL | $  - |

**For Internal Use Only.  Not to be released outside the Government without consent from DHA Program Integrity.**

The Contractor attests, by submission of this form, that all data provided is true and accurate as of the date of submission

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS  Document 1-2  Filed 06/27/25  Page 102 of 128  PageID #: 2807

# Program Integrity Cost Avoidance and Recovery/Recoupments

Contractor:                                                                        Calendar Year/Quarter:

## RECOVERIES AND RECOUPMENTS

| Post Duplicate Denials | Amount |
|---|---|
|  |  |
| TOTAL | $    - |

| OHI | Amount |
|---|---|
|  |  |
| TOTAL | $    - |

| Recoupments | Initiated | Collected |
|---|---|---|
|  |  |  |
| TOTAL | $    - | $ |

| Offsets | Amount |
|---|---|
|  |  |
| TOTAL | $    - |

| Violation of Part Agreement | Amount |
|---|---|
|  |  |
| TOTAL | $    - |

| PBM Postpay Desk Audit | Amount |
|---|---|
|  |  |
| TOTAL | $    - |

| Balance Billing Violation | Amount |
|---|---|
|  |  |
| TOTAL | $    - |

| PBM Postpay Field Audit | Amount |
|---|---|
|  |  |
| TOTAL | $    - |

| Other Postpay Recoveries | Amount | Category |
|---|---|---|
|  |  |  |
| TOTAL | $    - |  |

| Return on Investment | Amount |
|---|---|
| A) Total Cost Avoidance | $    - |
| B) Total Recoveries and Recoupments | $    - |

| ROI Calculation (A+B-C) / C | $    - |
|---|---|

| Return on Investment - Costs | Amount |
|---|---|
| 1. Labor Costs (Salaries, Benefits, Consultants, etc) |  |
| 2. Sub-contracting Costs |  |
| 3. Overhead Costs (Building expenses, Utilities, etc) |  |
| 4. Administrative Costs (Supplies, Association Fees, etc) |  |
| 5. Travel and Training Costs |  |
| 6. Technology Costs (Equipment, AntiFraud Software, etc) |  |
| 7. Other Miscellaneous Costs |  |
| C)  TOTAL COSTS | $    - |

**For Internal Use Only.  Not to be released outside the Government without consent from DHA Program Integrity.**

The Contractor attests, by submission of this form, that all data provided is true and accurate as of the date of submission

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# Program Integrity Eligibility Recoupment Status

**Contractor:**                                                                                                    **Quarter:**

| Beneficiaries | | Recoupments | | |
|---|---|---|---|---|
| # Eligibility Changes Reported by DMDC | # With Eligibility Recoupments | Requested | Recovered/Refunded | Transferred to DHA |
| | | | | |

**For Internal Use Only.  Not to be released outside the Government without consent from DHA Program Integrity.**

**The Contractor attests, by submission of this form, that all data provided is true and accurate as of the date of submission**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Provider Refunds Single Claim or Multiple Claims CDRL Qxxx

Reporting Period

Attachment A

Required Reporting Information for Contractor Activity

Provider Name

Tax ID

Group NPI

Individual NPI

Identification Source (How was Provider Identified)

Date Provider was Identified

Strategy

Actions Taken During Reporting Period

Disposition

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Provider Refunds Single Claim and Multiple Claims CDRL Qxxx

Reporting Period

Attachment B

Required Reporting Information

Provider Name

Tax ID

Group NPI

Individual NPI

Claim #

Patient Name

Sponsor Number

Date of Service (Range)

Reason for Refund

Overpaid Amount - Refund Amount

Comments

*Include Supporting Information to Include Refund Form submitted to Contractor

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:38 PM
Envelope: 5194908
Reviewer: Carol M.

| | | |
|---|---|---|
| **CONTRACT DATA REQUIREMENTS LIST** | | Form Approved |
| (1 Data Item) | | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| Q111 | Cost Savings and Avoidance Report | Initial | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.2.9.7 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES |
|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | |

Distribution table:

| a. ADDRESSEE | Draft | Final Reg | Final Repro |
|---|---|---|---|
| Submit through the DHA e-Commerce Extranet (Per TOM C14) | | | |

**16. REMARKS**

FIRST SUBMISSION
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 20 calendar days after the end of the first contract quarter
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
The purpose of this report is measure cost savings and avoidance associated with different aspects of the TRICARE Pharmacy Program and how it is managed, and allow the Government to measure the success of these efforts.

The report shall summarize cost savings data reported separately under this contract to provide a comprehensive record of all cost savings and avoidance results.

The report shall include cost avoidance associated with the Contractor's OHI identification and development efforts. Cost avoidance amounts reflect the difference between what the Government paid with OHI and what it would have paid as a Primary payer.

For all cost savings and avoidance included in the report, the Contractor shall describe how values are calculated and validated ,and document any assumptions used. The report shall also show cost avoidance trends from the beginning of the contract.

| 15. TOTAL ➡ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 1 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 2/27/2025 4:58 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q120 | CHCBP Monitoring Report | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.2.7.2.2 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Monthly (for the first three months)
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION:
  Frequency: Quarterly (Option Period)
  (The COR may direct monthly submission anytime the Government feels closer monitoring of the Contractor's performance is warranted.)
  Reporting Period Start Date: Start of service delivery, beginning second quarter
  Due Date: 10 calendar days after end of reporting period

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:

The Contractor shall submit a report on the outcome of its coordination process with the CHCBP Contractor, as described in TOM, Chapter 23, Section 3.

The report shall include the following:

- Date file received from CHCBP Contractor
- Date pharmacy Contractor finished profile updates for all beneficiaries meeting CHCBP cat caps
- Date Contractor completed issuing refunds of all excess copayments collected
- Number of beneficiaries newly identified by CHCBP Contractor as having met CHCBP cat cap
- Total number of beneficiaries identified by CHCBP Contractor as having met CHCBP cat cap
- Number of beneficiaries newly identified in Contractor's system as having met CHCBP cat cap
- Total Number of beneficiaries identified in pharmacy Contractor's system as having met CHCBP cat cap
- Number of beneficiaries who paid copayments in excess of cat cap
- Number of recoupment actions undertaken against beneficiaries who showed uncollected copays after a CHCBP cat cap correction was received

Submit through the DHA E-commerce Extranet (Per TOM C14)

| 15. TOTAL ➡ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Beth M Spearman | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page __1__ of __1__ Pages

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:58 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| Q130 | Eligibility Recoupment Status Report | Initial | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.13.2.3 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | b. COPIES |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg | Final Repro |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | | |

**16. REMARKS**

FIRST SUBMISSION:

Frequency: Quarterly (Calendar Quarter) (With a monthly breakout of data. The COR may direct the Contractor to monthly submissions at any time if the government feels closer monitoring of the Contractor's performance is warranted.)

Reporting Period Start Date: Start of service delivery
Due Date: 30 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS: This report shall track ESI efforts to recoupment monies.

Beneficiaries:
- Number of eligibility changes reported by DMDC by month
- Number of recoupments from other sources by month

Recoupments:
List count of individual beneficiaries, volume of claims, and total dollar value for each category
- Received each month
- In Queue (waiting to be researched and/or processed)
- In Process (being researched)
- Initial Letters Sent
- Recovered/ Refunded
- Administrative Removals (Requests for equitable relief granted)
- Transferred to DHA

In addition to the current reporting period, the report shall include the above data for all prior months within the current option period plus ending month of last option period.

- Definitions Page

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Beth M Spearman | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001    PREVIOUS EDITION MAY BE USED.    Page 1 of 2 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# Eligibility Recoupment Status Report

Contractor: _____     Quarter: _____

| Month: | | | | | YTD |
|---|---|---|---|---|---|
| **Beneficiaries:** | | | | | |
| # of Eligibility Chages Report by DMDC | | | | | |
| # of Eligibility Recoupments | | | | | |
| | | | | | |
| **Recoupments:** | | | | | |
| Requestd | | | | | |
| Recovered/Refunded | | | | | |
| Transferred to DHA | | | | | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## Eligibility Recoupment Status Report

Contractor                                                        Quarter

| Month: | | | | |
|---|---|---|---|---|
| **Beneficiaries:** | | | | |
| # of Eligibility Chages Report by DMDC | | | | |
| # of Eligibility Recoupments | | | | |
| | | | | |
| **Recoupments:** | | | | |
| Requestd | | | | |
| Recovered/Refunded | | | | |
| Transferred to DHA | | | | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| YTD |
| --- |
|  |
|  |
|  |
|  |
|  |
|  |
|  |
|  |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
(1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | | |
|---|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ Performance Report | | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| Q140 | Quality Review Program Report | Initial | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.14.1.1.2 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| No | | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION | Submit through the DHA e-Commerce Extranet. (Per TOM Ch 14) |
| Frequency: Quarterly (Option Period) | |
| Reporting Period Start Date: Start of service delivery | |
| Due Date: 45 calendar days after end of reporting period | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | |
| | |
| PHI/PII: No | |
| FILE FORMAT: Microsoft Excel | |
| | |
| CONTENT DETAILS: | |
| Report shall meet criteria in the TRICARE Operations Manual, Chapter 1, Section 4, Paragraph 4.3. The report, in consolidated fashion, shall include: | |
| - Sample size and error rates in each category in tabular form and categorize errors by type (Categories will include retail, specialty, mail order, compounds, approved paper claims, and denied paper claims) | |
| - A complete description of each type or error defined by the contractor | |
| - Graphs showing the trending of error rates for each category against prior results under this contract, inclusive of at last 8 previous quarters of data, when available | |
| - Validation that sample size requirements have been met | |
| - A description of the research conducted to identify root causes for errors | |
| - Explanation of the root causes identified | |
| - Plans to resolve the root causes to prevent future errors and reduce error rates | |
| - Updates on correction and mitigation steps taken to resolve errors identified in past reports and an evaluation of the success of these measures | |
| - Discussion of the overall trend of error rates in each category and the contractor's effectiveness at lowering rates over time | |
| | |
| A log of the claims constituting the sample shall be retained by the contractor for each audit and made available to the Government upon request. This log shall be in MS Excel format and shall include, at minimum: Claim ICN, Processing Date, Claim Category, and Audit Results. | |

| | 15. TOTAL ➤ | 0 | 0 | 0 |
|---|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved OMB
No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | | |
|---|---|---|---|---|
| | NA | TDP ____ TM ____ OTHER | Performance Report | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| Q150 | Specialty Pharmacy Services Report | REV on 10/12/2022 | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.4.8, H.4.13, H.4.14, H.4.15 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| | | See Block 16 | See Block 16 | | b. COPIES | | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| | | See Block 16 | See Block 16 | | | Reg | Repro |

16. REMARKS

FIRST SUBMISSION:
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 30 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
The Contractor shall provide a report on the dispensing of specialty prescriptions and clinical services provided. Report shall include all prescriptions dispensed by Specialty Network Pharmacies for drugs identified as DoD Specialty Drugs. Data elements and format will be mutually agreed upon by Contractor and Government. At a minimum, the report shall include summary and trend utilization and cost data broken out by patient, prescription, 30 day equivalent prescription point of service, and specialty network. The report shall also include detail sections showing top drugs/pharmacies by cost and utilization, broken out by point of service. The report may also include interventions, appropriate use metrics and other relevant outcomes, as set forth by industry standards, for patients receiving specialty services at Contractor's network specialty pharmacies.

The Contractor shall provide reporting of measurements incorporated in all specialty network pharmacies dispensing Hemophilia, Multiple Sclerosis and Hepatitis C medications to meet the performance guarantees in Sections H.4.13, H.4.14., and H.4.15. The data elements and format will be mutually agreed upon by the Contractor and Government. The data provided shall be auditable and the methodology utilized to determine if the guarantees are met or not met shall be transparent and easy to follow.

Quarterly frequency applies to the submission of the report to the Government – within the report, all metrics shall be presented by calendar month from the start of the Option Period.

Distribution column (right side): FTP Server provided by the Government

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page \_1\_ of \_1\_ Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST | | Form Approved |
|---|---|---|
| *(1 Data Item)* | | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number.  **Please do not return your form to the above organization.  Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| Q160 | Educational Update Report | Initial | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.9.4.1.4 | DHA Communications/Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 30 calendar days following the initial mailing of educational information to beneficiaries
SUBSEQUENT SUBMISSION:  CONTINUE  FROM FIRST SUBMISSION

PHI/PII: No
File Format: Microsoft Word

CONTENT DETAILS:
Contractor shall submit on a quarterly basis an accurate, original and publication quality education article or other educational item on a topic of  interest to the beneficiaries and in accordance with the Contractor's Beneficiary Education Plan.

Draft article is to be submitted allowing no less than 14 days for the Government to provide comments.  Final submission received by the 30th day shall reflect Government comments.

Distribution column:
Submit through the DHA e-Commerce Extranet. (Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:58 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q170 | Market Drug Trend Report | Initial |

17. PRICE GROUP

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.7.2.3 | Pharm Ops |

18. ESTIMATED TOTAL PRICE

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES |
|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | Draft / Final (Reg / Repro) |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 calendar days after the end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMSSION

PHI/PII: No
FILE FORMAT: To be mutually agreed upon by the Government and the Contractor

CONTENT DETAILS:
The Contractor shall provide market drug trend reports and pipeline analysis, quarterly at a minimum. Format and elements of the report will be mutually agreed upon by the Government and the Contractor. Report shall include, at a minimum:

- Actionable information (i.e., quantitative analysis of utilization and spend in both the commercial and DoD sectors) for drugs currently on the DoD Uniform Formulary or entering the market
- Drug pipeline analysis
- Patient extension and expiration analysis
- General assumptions of current and future state of the pharmaceutical market

Submit through the DHA e-Commerce Extranet. (Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eugene Moore | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**          PREVIOUS EDITION MAY BE USED.          Page __1__ of __1__ Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP_____ TM_____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q180 | Specialty Pharmacy Accreditation Performance Guarantee Report | REV on 12/23/2021 |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR H.4.12 | DHA/Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Fina l Reg | Repro |
|---|---|---|---|---|---|---|---|
| | D | See Block 16 | See Block 16 | | | | |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

**14. DISTRIBUTION**

b. COPIES

16. REMARKS

FIRST SUBMISSION:
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date: Start of pharmacy services
  Due Date: 30 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION


PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS: All network specialty pharmacies shall maintain accreditation by a nationally recognized external accrediting body (e.g., URAC, ACHC, CPPA, etc.)

The report shall include, at a minimum, the following for all network specialty pharmacies:

-Pharmacy Name
-NCPDP
-Active Specialty Pharmacy Accreditation (Y/N)
-Accreditation body
-Accreditation expiration (if applicable)

If no accreditation:
-Reason for not being accredited
-Seeking a waiver from the performance guarantee (Y/N)
-Reason for waiver

Submit through the DHA e-Commerce Extranet.
(Per TOM Ch 14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin Valibhai | 12/23/2021 | Henry Gibbs | 12/23/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED    Page 1 of 1    Page

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|

16. REMARKS *(Continued)*

**DD FORM 1423-1, FEB 2001**

Page____of____Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## INSTRUCTIONS FOR COMPLETING DD FORM 1423

### FOR THE CONTRACTOR

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q190 | Network Pharmacy Performance Report | REV on 12/23/2021 |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | C.3.3.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

**14. DISTRIBUTION**

| a. ADDRESSEE | b. COPIES | | |
|---|---|---|---|
| | Draft | Final Reg | Repro |
| Submit through the DHA e-Commerce Extranet. (Per TOM Ch 14) | | | |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 30 calendar days after the end of the reporting period
SUBSET SUBMISSIONS: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
The Contractor shall provide a report on network pharmacy performance that provides unbiased, benchmarked data using industry-standard quality metrics. Data elements and format will be mutually agreed upon by the Contractor and Government.

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie Jones | 12/23/2021 | Henry Gibbs | 12/23/2021 |

**DD FORM 1423-1, FEB 2001**

PREVIOUS EDITION MAY BE USED

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST

*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|

16. REMARKS *(Continued)*

**DD FORM 1423-1, FEB 2001**

Page_____of_____Pages

INSTRUCTIONS FOR COMPLETING DD FORM 1423

FOR THE CONTRACTOR

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:58 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP_____TM_____OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| Q200 | National Prime Vendor (NPV) Performance Report | REV on 12/23/2021 |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.6.8.11 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE |
|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | |

| 14. DISTRIBUTION | | b. COPIES | | |
|---|---|---|---|---|
| a. ADDRESSEE | Draft | Fina l | | |
| | | Reg | Repro | |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Quarterly (Option Period)
  Reporting Period Start Date: Start of service delivery
  Due Date: 10 calendar days after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:

The Contractor shall provide a report on NPV fill-rates, manufacture performance and specific medication (by GCN or NDC) performance. Data elements and format will be mutually agreed upon by the Contractor and Government. The methodology utilized to determine performance should be transparent and easy to follow. The report should highlight chronic drug shortages or market disturbances that may impact fill-rates.

Submit through the DHA e-Commerce Extranet.
(Per TOM Ch 14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 12/23/2021 | Henry J Gibbs | 12/23/2021 |

**DD FORM 1423-1, FEB 2001**　　PREVIOUS EDITION MAY BE USED

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-WRD-PAS   Document 1-2   Filed 06/27/25   Page 1289 of 1762   PageID #12918

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|

16. REMARKS *(Continued)*

**DD FORM 1423-1, FEB 2001**

Page____of____Pages

INSTRUCTIONS FOR COMPLETING DD FORM 1423

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST *(1 Data Item)* | Form Approved OMB No. 0704-0188 |
|---|---|

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT Attachment A | C. CATEGORY: TDP _____ TM _____ OTHER Performance Report |
|---|---|---|

| D. SYSTEM/ITEM TRICARE Pharmacy Program | E. CONTRACT/PR NO. HT940221C0007 | F. CONTRACTOR Express Scripts, Inc (ESI) |
|---|---|---|

| 1. DATA ITEM NO. R010 | 2. TITLE OF DATA ITEM NPV Discrepancy Report | 3. SUBTITLE Initial |
|---|---|---|

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE CTR C.6.8.21.1 | 6. REQUIRING OFFICE Pharm Ops |
|---|---|---|

| 17. PRICE GROUP |
|---|

| 18. ESTIMATED TOTAL PRICE |
|---|

| 7. DD 250 REQ N/A | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY See Block 16 | 12. DATE OF FIRST SUBMISSION See Block 16 | 14. DISTRIBUTION | |
|---|---|---|---|---|---|
| 8. APP CODE N/A | D | 11. AS OF DATE See Block 16 | 13. DATE OF SUBSEQUENT SUBMISSION See Block 16 | a. ADDRESSEE | b. COPIES |

| 14. DISTRIBUTION | | | |
|---|---|---|---|
| a. ADDRESSEE | Draft | Final | |
| | | Reg | Repro |
| Submit through the DHA e-Commerce Extranet. (Per TOM C14) | | | |

16. REMARKS

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Start of service delivery
  Due Date: Within 2 business days from the date the order was received
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel or a format mutually agreed upon by the NPV and the Contractor

CONTENT DETAILS:
This report will be used to communicate discrepancies identified within a purchase order to the NPV once an order is received by the Contractor.
The report shall include, at a minimum, the following fields:

Name of Facility
Location of Facility
Prime Vendor
Account Number
Invoice Number
Date Order Was Placed

Activity Point of Contact
POC Telephone
POC E-mail

Report Detail:
Call Number
Date Received
NDC#/PVON ordered
Unit of Measure Ordered
Description
Packing Slip Quantity
Receipt Quantity

Continued on page 2

| 15. TOTAL ⟶ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY Fakhrudin A Valibhai | H. DATE 4/19/2021 | I. APPROVED BY Henry J Gibbs | J. DATE 4/19/2021 |
|---|---|---|---|

DD FORM 1423-1, FEB 2001 — PREVIOUS EDITION MAY BE USED. — Page 1 of 2 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _Performance Report_ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

Short Quantity
Overage Quantity
Return Authorization for Overage (Provided by NPV)
Document Number (DoDAAC, the Julian date, and the last 4 digits of the call number/PIID)
Comments


Definitions tab

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Facility Name
_____

Prime Vendor:

Account Number:

Invoice Number:

Discrepancy Report for Call number: XXXX

Activity POC:

Telephone:

Email:

Date:

| Date Recd | NDC#/PVON ordered | Unit of Measure Ordered | Description | Packing Slip Qty | Receipt Qty | Short Qty | Overage Qty | Return Authorization for Overages | Document Number | Comments |
|-----------|-------------------|-------------------------|-------------|------------------|-------------|-----------|-------------|-----------------------------------|-----------------|----------|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:58 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| R020 | Pharmacy Change Monitoring Report | Initial | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.3.3.9 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg | Final Repro |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | | |

**14. DISTRIBUTION** — b. COPIES

**16. REMARKS**

FIRST SUBMISSION:
 Frequency: As Required
 Reporting Period Start Date: Start of service delivery
 (Beginning 60 days prior to and continuing 180 days
 after each network change submit weekly reports)
 Due Date: Friday during weekly reporting
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PI: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
Report shall identify and track impacted beneficiaries by the following categories:
- Specialty Medications
- Limited Distribution Medications
- Hemophilia Medications
- Other Non-Specialty Medications

Tracking information shall attempt to account for all impacted beneficiaries, including but not limited to the following:
- Total beneficiaries who have filled a medication at the impacted pharmacy within 6 months before the change
- Number and percentage of impacted beneficiaries who have subsequently filled the prescription at:
  o TRICARE Home Delivery
  o MTF Pharmacy
  o Other Retail Network Pharmacy
- Number and percentage of impacted beneficiaries who have not refilled or have done so at an impacted pharmacy

The Contractor may end weekly reports when one of the following criteria has been met:
1) Direction to end tracking has been received from the government.
2) All beneficiaries have filled medications at an alternative pharmacy.
3) 180 days has passed since the effective date of the network change.

FTP Server provided by the government with notification to COR

| 15. TOTAL ➝ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Teisha A Robertson | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**       PREVIOUS EDITION MAY BE USED.       Page 1 of 1 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R030 | Ad Hoc Management Reports | Initial |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.14.12 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | |
| N/A | | See Block 16 | See Block 16 | |

| 14. DISTRIBUTION | | | |
|---|---|---|---|
| a. ADDRESSEE | Draft | Final | |
| | | Reg | Repro |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| 16. REMARKS | a. ADDRESSEE | Draft | Reg | Repro |
|---|---|---|---|---|
| FIRST SUBMISSION: | Submit as directed by Contracting Officer | | | |
|   Frequency: As Required | | | | |
|   Reporting Period Start Date: Start of service delivery | | | | |
|   Due Date: As specified by the Government | | | | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | | | | |
| | | | | |
| PHI/PII: Yes | | | | |
| FILE FORMAT: As specified by the Government | | | | |
| | | | | |
| CONTENT DETAILS: The contractor shall provide additional reports to support benefit design review and evaluation, at the request of the Government. | | | | |

| 15. TOTAL → | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Melissa J Yates | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001    PREVIOUS EDITION MAY BE USED.    Page 1 of 1 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R040 | Appeals Processing Guidelines, Desk Instructions and Reference Material | Initial |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TOM C12 S1 & 32 CFR 199.10 | OGC |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | | | |
|---|---|---|---|

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

16. REMARKS

FIRST SUBMISSION:
  Frequency: One Time
  Reporting Period Start Date: Start of service delivery
  Due Date: 60 calendar days before start of reporting period
SUBSEQUENT SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Start of service delivery
  Due Date: As updates/changes occur

PHI/PII: No
FILE FORMAT: No specific file format required

CONTENT DETAILS:
The contractor shall deliver one complete set of its processing guidelines, desk instructions, and reference materials covering all tasks required in TOM, Chapter 12, Section 1 and provide updates as changes occur.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| | Draft | Reg | Repro |
|---|---|---|---|
| 15. TOTAL | 0 | 0 | 0 |

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Christopher D Jung | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001      PREVIOUS EDITION MAY BE USED.      Page 1 of 1 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:58 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| R050 | Breach Report | Initital | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | TOM C1 S5 | DHA Privacy Office | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg | Final Repro |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | | |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Start of service delivery
  Due Date: Within 24 hours of discovery of breach and updates with new
  information as required
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: PDF

CONTENT DETAILS:

The Contractor shall complete the fillable DD Form 2959, Breach of Personally Identifiable Information (PII) and Protected Health Information (PHI) Report, (available at http://www.health.mil/Military-Health-Topic/Privacy-and-Civil-Liberties/Breaches-of-PII-andPHI) and email the form to dha.ncr.pcl.mbx.dha-privacy-officer@mail mil. The Contractor is responsible for reporting all information needed by the DHA Privacy Office to make timely and accurate determinations on reports to Health and Human Services (HHS) as required by the HHS Breach Rule and reports to the Defense Privacy and Civil Liberties Division as required by DoD Privacy Act Issuances. For non-cyber incidents without a US-CERT number, the contractor shall assign an internal tracking number and include that number in Box I.e of DD Form 2959.

The Contractor shall submit updated Breach of Personally Identifiable Information (PII) Report DD Form 2959 as additional information required by the form is received (indicate the submission date in the "Updated Report" box at the first line of the form). Examples of updated information the Contractor shall report include, but are not limited to: confirmation on the exact data elements compromised, the root cause of the incident, vulnerabilities, exploited, and any mitigation actions to include sanctions, training, incident containment, follow-up, etc.

Submit to email address on Breach Response page of DHA Privacy Office Website

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Joseph E Davidge | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001** | PREVIOUS EDITION MAY BE USED. | Page 1 of 1 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:58 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R060 | Program Integrity Standard Operating Procedures | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TOM C13 S1 | Program Integrity (PI) |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES |
|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | |

Distribution sub-columns: a. ADDRESSEE | Draft | Final (Reg | Repro)

| 16. REMARKS | a. ADDRESSEE | Draft | Reg | Repro |
|---|---|---|---|---|
| FIRST SUBMISSION: | Submit through the | | | |
| Frequency: As Required | DHA e-Commerce | | | |
| Reporting Period Start Date: Start of service delivery | Extranet. | | | |
| Due Date: As updates/changes occur | (Per TOM C14) | | | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | | | | |
| | | | | |
| PHI/PII: No | | | | |
| FILE FORMAT: No specific file format required | | | | |
| | | | | |
| CONTENT DETAILS: | | | | |
| The contractor shall develop and maintain standard operating procedures (e.g. desk procedures). A copy, in electronic read-only format, shall be provided to Program Integrity (PI) at the start of the contract with updates provided as changes occur. | | | | |

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Alison H Coleman | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:58 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER Performance Report | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| R070 | State of Emergency Report | Initital | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| N/A | CTR C.2.8.6.5 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES |
|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | |

Distribution sub-columns: Draft | Final (Reg | Repro)

| 16. REMARKS | a. ADDRESSEE | Draft | Reg | Repro |
|---|---|---|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. (Per TOM C14) | | | |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Start of service delivery
  Due Date: Within 10 days after the final expiration date (including any extension dates) of the last affected area
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS: The report shall provide accurate and complete documentation for the dates, areas of impact and use of waivers for all state of emergency declarations. The report shall be a rolling summary to include all State of Emergency waiver requests.

At a minimum, the report shall include:
- Area(s) affected (listed by county if not state-wide)
- Type of event (e.g. hurricane, severe weather, fires, etc)
- Beginning and end date of State of Emergency
- If the refill too soon waiver was approved or disapproved
- Refill too soon waiver effective date
- Refill too soon waiver expiration date (including original and any extension dates)
- Total number of prescriptions filled with a waiver
- Notes (as applicable, such as number of extension, changes in parameters, etc)

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Melissa J Yates | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**   PREVIOUS EDITION MAY BE USED.   Page 1 of 1 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST | | Form Approved |
|---|---|---|
| (1 Data Item) | | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| R080 | Audit Detail Worksheet | Initial | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | TOM C13 S3 | Program Integrity (DHA-PI) | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| | | See Block 16 | See Block 16 | | b. COPIES | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
|---|---|---|---|---|---|---|
| | D | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | a. ADDRESSEE |
|---|---|
| FIRST SUBMISSION: | Submit directly to |
|   Frequency: As Required | Program Integrity |
|   Reporting Period Start Date: Start of service delivery | |
|   Due Date: 30 calendar days after case development completion, to be submitted with case referral | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | |
| | |
| PHI/PII: Yes | |
| FILE FORMAT: Microsoft Word/Microsoft Excel | |
| | |
| CONTENT DETAILS: | |
| Audit findings must be reported in a clear and concise manner. Items required to ensure valid extrapolation and facilitate extrapolation replication which shall be reported on extrapolation worksheet. | |
| | |
| Template is attached with updates provided by the government as required. | |

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Alison H Coleman | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Casey M.

| Contractor Name | |
|---|---|
| Case Name | |
| Referral Date | |

## Audit Detail Worksheet (pg. 1)

*Note: For stratified sampling, this worksheet, a claim level Excel file, and RAT-STATS Extrapolation Text file shall be returned to DHA PI for each stratum.*

| | Audit Design | | |
|---|---|---|---|
| 1 | Is the audit based on one or more random sample(s) without replacement? | ☐ Yes<br>☐ No (Proceed to Step 15) | Sampling shall occur at the claim level. Line items are summed to reach a netted amount for the claim. |
| 2 | Descriptive name for the audit or the stratum | | E.g. Stratum 2: Mid-cost claims for surgery ($2000-$8000) |
| 3 | Type of claims audited | | E.g. clinic, procedure, surgery, physical therapy |
| 4 | Start of claim date range | /    / | |
| 5 | End of claim date range | /    / | |
| | **Sample Size Estimation using RAT-STATS** | | |
| 6 | Universe Size | | Provide the universe size. For stratified sample designs, this is the universe size for the stratum. |
| 7 | Type of Sample Size Determination Used<br>a. Attribute (for Rates)<br>b. Variable (for Total $) | ☐ Attribute<br>☐ Variable | Variable sample size calculations are most appropriate for extrapolation of total dollars of overpayment. Use of attribute-based sample size may result in inadequate confidence and precision for total overpayment in the full audit. |
| 8 | Confidence Level and Precision | 90% Confidence and<br>☐ 5% precision<br>☐ 10% precision<br>☐ 15% precision | Confirm use of 90% confidence level with selected precision range<br>*Note: RAT-STATS requests precision as a range, e.g. 10% in RAT-STATS is equivalent to ± 5%.* |
| 9 | Estimate of the Universe Mean<br>a. Value<br>b. Source | Value:<br><br>Source: | a. For estimation of cost of overpayment, this value is the average dollars overpaid. Note that underpayments represent $0 of overpayment.<br>b. This estimate can come from a random probe sample or prior knowledge. |
| 10 | Estimate of the universe standard deviation (SD)<br>a. Value<br>b. Source | Value:<br><br>Source: | This estimate can come from a random probe sample or prior knowledge. 95% of the claims in a sample of $150 mean and $50 SD of overpayment are anticipated to be in the range from $0 to $300 of overpayment. |
| 11 | Sample Size returned by RAT-STATS | | A minimum sample size for each stratum of 30 claims is required. RAT-STATS will annotate sample sizes <30 with an asterisk.<br>*Note: For any claim with insufficient documentation for review, attribute an overpayment equal to the paid amount. Therefore no oversampling is required.* |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| Case Number: PC-2025-02760 | |
|---|---|
| Contractor Name | |
| Case Name | |
| Referral Date | |

## Audit Detail Worksheet (pg. 2)

*Note: For stratified sampling, this worksheet, a claim level Excel file, and RAT-STATS Extrapolation Text file shall be returned to DHA PI for each stratum.*

| | Sampled Units and Audit Findings | | |
|---|---|---|---|
| 12 | RAT-STATS Seed Number Used | | *Note: Select a new seed number for each audit or stratum within an audit and record here.* |
| 13 | Number of claims selected | | • Order the claims in ascending Internal Control Number (ICN) order.<br>• If the number of claims desired by the RAT-STATS sample size estimate exceeds the number of claims in the universe or stratum, the audit must be refocused, stratified, and/or employ a 100% sample for outlier claims. |
| 14 | Provide an Excel spreadsheet that contains:<br>  a. Sample item number<br>  b. Paid amount $<br>  c. Overpayment $ | Name of Excel spreadsheet: | • The spreadsheet shall contain one row for each claim audited.<br>• Full claims will be netted for the paid and overpayment amounts.<br>• For any claim with insufficient documentation for review, attribute an overpayment equal to the paid amount.<br>• Enter underpayments as $0 of overpayment.<br>• *Note: In RAT-STATS, Paid amounts are called Examined values and Overpayments are called Difference values.* |

| | RAT-STATS Appraisal Extrapolation Results | | |
|---|---|---|---|
| 15 | Type of RAT-STATS Appraisal Used | | • E.g. Stratified from the Variable Appraisal menu in RAT-STATS.<br>• *Note: If a 100% audit was used, use the Unrestricted Variable Appraisal and enter the number of claims audited as the universe size and sample size.* |
| 16 | Provide the output from RAT-STATS in a Text file | Name of text file: | • Select one of the Output To options that includes a Text File to provide this item. |
| 17 | Enter the Total of Difference Values from the RAT-STATS output | | • This is also known as the point estimate of the overpayment for the audit.<br>• For stratified audits, enter the overall result here on the worksheet for each stratum. |
| 18 | Enter the Lower Bound and Precision Percent achieved for the Overpayment values at 90% and 95% confidence levels. | 90% Confidence:<br><br>Lower Bound: _____<br>Precision %: _____<br><br>95% Confidence<br><br>Lower Bound: _____<br>Precision %: _____ | • Note: Confidence levels are for the observed overpayments. RAT-STATS supplies the requested 90% and 95% confidence levels in the Text file output under the Difference section by default.<br>• If the Precision percent for 90% confidence is higher than 25%, this audit may be disallowed at the discretion of DHA PI.<br>• *Note: A precision percent of 0.00% will be listed if a 100% Audit was used.* |

**CONTRACT DATA REQUIREMENTS LIST**

*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R090 | Fraud/Abuse Patient Harm-Initial Notification Checklist | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TOM C13 S3 | Program Integrity (PI) |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION |
|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 |

| 8. APP CODE | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION |
|---|---|---|
| N/A | See Block 16 | See Block 16 |

**14. DISTRIBUTION**

| a. ADDRESSEE | b. COPIES | | |
|---|---|---|---|
| | Draft | Final Reg | Final Repro |
| Submit directly to Program Integrity | | | |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Start of service delivery
  Due Date: Upon notification of confirmed patient harm
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: No specific file format

CONTENT DETAILS:
A completed Fraud/Abuse Patient Harm-Initial Notification Checklist shall be submitted to DHA PI when submitting a case in which a fraudulent or abusive act resulted in patient harm.

Template is attached with updates provided by the government as required.

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Alison H Coleman | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**       PREVIOUS EDITION MAY BE USED.       Page 1 of 2 Pages

Case 1:23-cv-00306-RD-PAS Document 1-2 Filed 06/27/25 Page 1304 of 1762 PageID #12083

# FRAUD/ABUSE PATIENT HARM-INITIAL NOTIFICATION CHECKLIST

1. Provider Name:

2. Provider Type:

3. Provider TIN:

4. Address of Provider:

5. Is the provider network/non-network:

6. Patient Harm Allegation:

7. Medical determination of patient harm made by:

8. How was allegation reported/identified:

9. # of Beneficiaries actively seeing provider:

10. Prior complaints? If yes, provide details if complaints are related to this allegation?

11. Are network providers available to relocate beneficiaries' actively seeing provider?

12. Have referrals been discontinued to this provider?

13. Are state licensure authorities involved? If yes, provide details:

14. Are any law enforcement agencies investigating allegations? If yes, provide details:

15. Provide estimated date of case referral submission to DHA-PI:

16. Provide DHA-PI with copies of any medical records that substantiate this allegation.

*NOTE: Patient harm refers to a fraudulent or abusive practice directly causing a patient who is undergoing treatment for a disease, injury, medical, or dental condition to suffer actual physical injury or psychological injury or acceleration of an underlying condition. The determination of patient harm has occurred must be based on the opinion of a qualified physician, dentist, or pharmacist.

**NOTE: Medical Malpractice issues are not considered patient harm unless a fraudulent or abusive practice resulted in injury.

FOR OFFICIAL USE ONLY

This document is the property of the Department of Defense- Defense Health Agency (DHA) Program Integrity Office. Contents may contain Law Enforcement Sensitive information, and may not be disclosed to any party outside DHA nor may this document be distributed outside the receiving agency without prior authorization of DHA. Law enforcement sensitive information may be withheld from the public as disclosure could cause a foreseeable harm to the interest protected by one or more exceptions of the Freedom of Information Act, 5 USC Section 552.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## FRAUD/ABUSE PATIENT HARM-INITIAL NOTIFICATION CHECKLIST

1. Provider Name:

2. Provider Type:

3. Provider TIN:

4. Address of Provider:

5. Is the provider network/non-network:

6. Patient Harm Allegation:

7. Medical determination of patient harm made by:

8. How was allegation reported/identified:

9. # of Beneficiaries actively seeing provider:

10. Prior complaints?  If yes, provide details if complaints are related to this allegation?

11. Are network providers available to relocate beneficiaries' actively seeing provider?

12. Have referrals been discontinued to this provider?

13. Are state licensure authorities involved?  If yes, provide details:

14. Are any law enforcement agencies investigating allegations?  If yes, provide details:

J 5.  Provide estimated date of case referral submission to  DHA-PJ:

16. Provide DHA-PI with copies of any medical records that substantiate this allegation.


*NOTE: Patient harm refers to a fraudulent or abusive practice directly causing a patient who is undergoing treatment for a disease, injury, medical, or dental condition to suffer actual physical injury or psychological injury or acceleration of an underlying condition. The determination of patient harm has occurred must be based on the opinion of a qualified physician, dentist, or pharmacist.

**NOTE: Medical Malpractice issues are not considered patient harm unless a fraudulent or abusive practice resulted in injury.

**FOR OFFICIAL USE ONLY**

**This document is the property of the Department of Defense- Defense Health Agency (DIIA) Program Integrity OFFICE.  Contents may contain Law Enforcement Sensitive information, and may not be disclosed to any party outside DHA nor may this document be distributed outside the receiving agency without prior authorization of DHA.  Law enforcement sensitive information may be withheld from the public as disclosure could cause a foreseeable harm to the interest protected by one or more exceptions of the Freedom of Information Act, S USC Section 551.**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST | Form Approved |
|---|---|
| (1 Data Item) | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| R100 | DHA/MTF Fraud & Abuse Referral Cover Sheet | Initial | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | TOM C13 S3 | Program Integrity (PI) | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES |
|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | |

| | | | | | Draft | Final Reg | Final Repro |
|---|---|---|---|---|---|---|---|

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Start of service delivery
  Due Date: Case Referral Submission – 30 calendar days after case development
  Non-Case Referral Submission – when documents are delivered to DHA-PI
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Microsoft Word, or Adobe PDF

CONTENT DETAILS:
The following shall be submitted to DHA-PI:

A completed DHA/MTF Fraud & Abuse Referral Cover Sheet shall be included with every case referral meeting DHA-PI's threshold.

Template is attached with updates provided by the government as required.

Submit directly to Program Integrity

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Alison H Coleman | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**    PREVIOUS EDITION MAY BE USED.    Page 1 of 2 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# DHA/MTF FRAUD AND ABUSE REFERRAL COVER SHEET

| SUBJECT NAME(S): | ADDRESS (CITY, STATE): |
|---|---|

| TIN(S)/EIN/NPI: | 180 DAY START DATE: |
|---|---|

POTENTIAL FRAUD OR ABUSE ISSUES (List section(s) of 32 CFR 199.9 (b) and/or (c) that are alleged to have been violated):

SUBJECT(S) TYPE: e.g.: Beneficiary, Provider, Hospital, Clinic type, Dentist, Surgeon, DME, General Practice, Pharmacy.

| CONTRACTOR/MTF POC: | PHONE NUMBER: |
|---|---|

## DOLLAR DAMAGES

| ACTUAL: | EXTRAPOLATED: |
|---|---|

## DHA INTERNAL USE ONLY:

RECEIVED DATE:

| ACTION OFFICER: | REFERRAL SOURCE: |
|---|---|

## CASE RELATIONSHIP

| LEAD NUMBER: | QUI TAM NUMBER: |
|---|---|

FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

This document is the property of the Department of Defense, Defense Health Agency (DHA) Program Integrity Office. Contents may contain Law Enforcement Sensitive information, and may not be disclosed to any party outside DHA nor may this document be distributed outside the receiving agency without prior authorization of DHA Law enforcement sensitive information may be withheld from the public as disclosure could cause a foreseeable harm to the interest protected by one or more exceptions of the Freedom of Information Act, 5 USC Section 552.

Nov 2013

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# DHA/MTF FRAUD AND ABUSE REFERRAL COVER SHEET

| | |
|---|---|
| SUBJECT NAME(S): | ADDRESS (CITY, STATE): |
| TIN(S)/EIN/NPI: | 180 DAY START DATE: |

POTENTIAL FRAUD OR ABUSE ISSUES (List section(s) of 32 CFR 199.9 (b) and/or (c) that are alleged to have been violated):

SUBJECT(S) TYPE: e.g.: Beneficiary, Provider, Hospital, Clinic type, Dentist, Surgeon, DME, General Practice, Pharmacy.

| | |
|---|---|
| CONTRACTOR/MTF POC: | PHONE NUMBER: |

| DOLLAR DAMAGES | |
|---|---|
| ACTUAL: | EXTRAPOLATED: |

| DHA INTERNAL USE ONLY: | |
|---|---|
| RECEIVED DATE: | |
| ACTION OFFICER: | REFERRAL SOURCE: |

| CASE RELATIONSHIP | |
|---|---|
| LEAD NUMBER: | QUI TAM NUMBER: |

FOR OFFICIAL USE ONLY/LAW ENFORCEMENT SENSITIVE

This document is the property of the Department of Defense, Defense Health Agency (DHA) Program Integrity Office. Contents may contain Law Enforcement Sensitive information, and may not be disclosed to any party outside DHA nor may this document be distributed outside the receiving agency without prior authorization of DHA Law enforcement sensitive information may be withheld from the public as disclosure could cause a foreseeable harm to the interest protected by one or more exceptions of the Freedom of Information Act, 5 USC Section 552.

Nov 2013

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:58 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R110 | Declaration of Transfer and Destruction of Records | Initial |

| 17. PRICE GROUP |
|---|
| n |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TOM C2 S6 | DHA Records Management |

| 18. ESTIMATED TOTAL PRICE |
|---|

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES |
|---|---|---|---|---|---|
| N/A | C | See Block 16 | See Block 16 | | |

14. DISTRIBUTION

| a. ADDRESSEE | Draft | Final Reg | Final Repro |
|---|---|---|---|
| Submit through the DHA e-Commerce Extranet. (Per TOM C14) | | | |
| | | | |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Start of service delivery
  Due Date: 30 calendar days after successful records transfer
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Word for template and final signed document in PDF

CONTENT DETAILS:
The contractor shall complete the attached template, Declaration of Transfer and Destruction of Records, in accordance with the directions provided in TOM C9 S5.

Template is attached with updates provided by the government as required.

| 15. TOTAL ➝ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Glinda L Hodgkin | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

Case 1:25-cv-00306-RJL Document 12-2 Filed 06/27/25 Page Page 1310 of 1762 PageID #12939

<**CONTRACTOR LETTERHEAD**>
**This must be submitted on Contractor Letterhead**

**DECLARATION OF TRANSFER AND DESTRUCTION OF RECORDS**

The undersigned individuals hereby declare that <*Enter Contractor Name*>, <*Enter Contract Number*> has transferred records and permanently removed/destroyed the DHA records identified below, including removal/destruction and completely wiping (using an approved sanitization method) from all electronic systems and databases, and any related backup/convenience data (paper copies, tapes, cartridges, CDs, vendors, other electronic storage devices, etc.) in accordance with 36 CFR Chapter XII, Subchapter B and NIST SP 800-88: Guidelines for Media Sanitization.

The official federal records have been successfully transferred and completion of this document certifies that non-records (i.e. convenience copies) at <*Enter Contractor Name*> have been permanently destroyed.

**Transfer Information**

Record File Number: _____

Transfer Date(s): _____

Transfer Number(s):

_____ Description/

Comment: _____

_____

Format: _____Paper _____Electronic

Records transferred to DHA per DHA agreement? _____Yes _____No _____N/A

Records received by DHA? _____Yes _____No _____N/A

Records transferred to incoming contractor? _____Yes _____No _____N/A

Records received by incoming contractor? _____Yes _____No _____N/A

**Recipient Point of Contact Information (knowledgeable of transfer data)**

<*Contractor Name/ DHA Office Name*>: _____

POC Name: _____ Phone Number:

_____ Email Address:

_____

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case: 25-00300306RD-DAS Document 12 Filed 06/27/25 Page Page 1311 of 1762 PageID #: 12930

**<CONTRACTOR LETTERHEAD>**
**This must be submitted on Contractor**
**Letterhead**

**Record Information**

Volume/Size of records destroyed: _____

Method of destruction: _____

Destruction Date: _____

Certificate of Destruction: _____Yes _____No

_____

The undersigned individuals declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

Transferring POC Name: _____

Title: _____

Date: _____

Signature: _____

**&lt;CONTRACTOR LETTERHEAD&gt;**
**This must be submitted on Contractor Letterhead**

**DECLARATION OF DESTRUCTION OF RECORDS**

The undersigned individuals hereby declare that *&lt;Enter Contractor Name&gt;*, *&lt;Enter Contract Number&gt;* has destroyed records and permanently removed the DHA records identified below, including completely wiping (using an approved sanitization method) from all electronic systems and databases, and any related backup/convenience data (paper copies, tapes, cartridges, CDs, vendors, other electronic storage devices, etc.) in accordance with 36 CFR Chapter XII, Subchapter B and NIST SP 800-88: Guidelines for Media Sanitization.

All official federal records have been successfully destroyed and completion of this document certifies that non-records (i.e. convenience copies) at *&lt;Enter Contractor Name&gt;* have been permanently destroyed.


Record File Number: _____

Volume/Size of Records Destroyed:
_____

Method of Destruction: _____

Destruction Date: _____

Certificate of Destruction: _____Yes _____No

Format: _____Paper _____Electronic

_____

The undersigned individuals declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.


Name: _____

Title: _____

Date:_____

Signature: _____

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**<CONTRACTOR LETTERHEAD>**
**This must be submitted on Contractor Letterhead**

**Instructions:**

1. For official federal records that have been transferred to an incoming contractor, complete pages 1-2 on company letterhead and include the applicable Notice of Destruction (NOD) when notifying DHA.
2. For official federal records that have met their disposition and have been destroyed or removed from the current contractor's server, complete page 3 on company letterhead and include the applicable NOD when notifying DHA.

### DECLARATION OF TRANSFER AND DESTRUCTION OF RECORDS

The undersigned individuals hereby declare that *<Enter Contractor Name/DHA Office Name>*, *<Enter Contract Number/DHA Office Symbol>* has transferred records and permanently removed/destroyed the DHA records identified below, including removal/destruction and completely wiping (using an approved sanitization method) from all electronic systems and databases, and any related backup/convenience data (paper copies, tapes, cartridges, CDs, vendors, other electronic storage devices, etc.) in accordance with 36 CFR Chapter XII, Subchapter B and NIST SP 800-88: Guidelines for Media Sanitization.

The official federal records have been successfully transferred and completion of this document certifies that non-records (i.e. convenience copies) at *<Enter Source Office Name>* have been permanently destroyed.

**Transfer Information**

Record File Number: _____

Transfer Date(s): _____

Transfer Number(s): _____

Description/Comment: _____

_____

Format: _____Paper _____Electronic

Records transferred to DHA per DHA agreement? _____Yes _____No _____N/A

Records received by DHA? _____Yes _____No _____N/A

Records transferred to incoming contractor? _____Yes _____No _____N/A

Records received by incoming contractor? _____Yes _____No _____N/A

1

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**<CONTRACTOR LETTERHEAD>**

**This must be submitted on Contractor Letterhead**

**Recipient Point of Contact Information (knowledgeable of transfer data)**

*<Contractor Name/ DHA Office Name>*: _____

POC Name: _____ Phone Number: _____

Email Address: _____

**Record Information**

Volume/Size of records destroyed: _____

Method of destruction: _____

Destruction Date: _____

Certificate of Destruction: _____Yes _____No

---

The undersigned individuals declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

Transferring POC Name: _____

Title: _____

Date: _____

Signature: _____

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-JJM-PAS    Document 12    Filed 06/27/25    Page 1315 of 1762 PageID #12974

<span style="color:red">**&lt;CONTRACTOR LETTERHEAD&gt;**</span>
<span style="color:red">**This must be submitted on Contractor Letterhead**</span>

**DECLARATION OF DESTRUCTION OF RECORDS**

The undersigned individuals hereby declare that *&lt;Enter Contractor Name&gt;*, *&lt;Enter Contract Number&gt;* has destroyed records and permanently removed the DHA records identified below, including completely wiping (using an approved sanitization method) from all electronic systems and databases, and any related backup/convenience data (paper copies, tapes, cartridges, CDs, vendors, other electronic storage devices, etc.) in accordance with 36 CFR Chapter XII, Subchapter B and NIST SP 800-88: Guidelines for Media Sanitization.

All official federal records have been successfully destroyed and completion of this document certifies that non-records (i.e. convenience copies) at *&lt;Enter Source Office Name&gt;* have been permanently destroyed.

Record File Number: _____

Volume/Size of Records Destroyed: _____

Method of Destruction: _____

Destruction Date: _____

Certificate of Destruction: _____Yes _____No

Format: _____Paper _____Electronic

_____

The undersigned individuals declare under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. § 1746.

Name: _____

Title: _____

Date: _____

Signature: _____

3

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST | | Form Approved |
|---|---|---|
| (1 Data Item) | | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| R120 | Transition-In MOU | Initial | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| N/A | TOM C23 S5 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | a. ADDRESSEE | Draft | Reg | Repro |
|---|---|---|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. (Per TOM C14) | | | |
| Frequency: As Required | | | | |
| Reporting Period Start Date: Contract Award | | | | |
| Due Date: 15 calendar days from end of Post Award Conference and 15 calendar days from any changes | | | | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | | | | |
| | | | | |
| PHI/PII: No | | | | |
| FILE FORMAT: Mutually agreed upon by Government and the Contractors. | | | | |
| | | | | |
| CONTENT DETAILS: In the event of a non-incumbent Contractor, the incoming and outgoing Contractors will develop a MOU to support the coordination of transition activities as required in the contract and TRICARE Manuals. | | | | |

| | | 15. TOTAL ➝ | 0 | 0 | 0 |
|---|---|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Melissa J Yates | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001    PREVIOUS EDITION MAY BE USED.    Page 1 of 1 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST | | Form Approved |
|---|---|---|
| (1 Data Item) | | OMB No. 0704-0188 |

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: Performance Report |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| R121 | Transition-Out MOU | Initial | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| N/A | TOM C23 S5 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Start of transition-out
  Due Date: 15 calendar days from end of Post Award Meeting and 15 calendar days from any changes
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Mutually agreed upon by Government and the Contractors.

CONTENT DETAILS: In the event of a non-incumbent Contractor, the incoming and outgoing Contractors will develop a MOU to support the coordination of transition activities as required in the contract and TRICARE Manuals.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Melissa J Yates | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 3:09 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST *(1 Data Item)* | | Form Approved OMB No. 0704-0188 |
|---|---|---|

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| R130 | Specialty Pharmacy NDC Change Requests Report | REV on 10/12/2022 | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.4.7.2 | DHA Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | | |
|---|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro | |

| 16. REMARKS | | | |
|---|---|---|---|
| FIRST SUBMISSION: | By email to | | |
| Frequency: One Time | COR and | | |
| Reporting Period Start Date: Start of service delivery | individuals | | |
| Due Date: 2nd business day following the start of service delivery | designated by the | | |
| SUBSEQUENT SUBMISSION: | Government | | |
| Frequency: As Required | | | |
| Reporting Period Start Date: Start of service delivery | | | |
| Due Date: When an alternate product's availability is confirmed with NPV | | | |
| | | | |
| PHI/PII: No | | | |
| FILE FORMAT: Microsoft Excel | | | |
| | | | |
| CONTENT DETAILS: | | | |
| The Contractor shall provide a report as needed of all requested specialty drug NDCs proposed for immediate change for replenishment to designated specialty pharmacies, submitted for DHA review and CO or COR approval. The Government reserves the right to make modifications to the report requirements after the first submission. | | | |
| | | | |
| The report must include, at a minimum, the following: | | | |
| Request ID (contractor-specified) | | | |
| Date Submitted to DoD | | | |
| Type of Change | | | |
| Dispensing Site (if multiple location) | | | |
| Generic Code Number (GCN) | | | |
| GCN Sequence Number (GSN) | | | |
| Current NDC | | | |
| Current Manufacturer | | | |
| Current NDC National Contract (Y/N) | | | |
| Current Medical Pricing Catalog Cost | | | |
| Cost Difference | | | |
| New Medical Pricing Catalog Cost | | | |
| New NDC Selection | | | |
| New Manufacturer Selection | | | |
| Drug Name, Strength, Form | | | |
| New NDC National Contract (Y/N) | | | |

Continued on page 2

| 15. TOTAL → | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin Valibhai | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page __1__ of __2__ Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST |
|---|
| *(1 Data Item)* |

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

**16. REMARKS** *(Continued)*

Reason for Requested Change (e.g., backorder, cannot support DoD usage, Government-directed, change from MPPP, temporary use of commercial product, other applicable reasons)
Contractor's Assigned POC (if multiple POCs are involved)
Summary of Contractor/Prime Vendor Communication (including specific comments regarding NDC unavailability, additional background information supporting change)
Package Size of New NDC
Anticipated TPharm5 Monthly Usage (units)
Projected Annual Impact (Cost Difference * Monthly Usage * 12 months)
Burning Specialty Pharmacy's Inventory (indicate Y/N)
Unit pack (if package cannot be broken, indicate Y/N)
New NDC on Medical Pricing Catalog? (indicate Y/N)
New NDC TAA Compliant (indicate Y/N)
New NDC Have a NAD Waiver (indicate Y/N)
Change to Specialty Pharmacy's Commercial Preferred NDC (Y/N)
Change from Contractor's commercial preferred NDC to DoD preferred NDC? (indicate Y/N)
Holding Replenishment Owed? (indicate Y/N)
Transferring Replenishment Owed to another previously approved? (indicate Y/N)
If transferring RO, to what NDC? (indicate N/A or specify NDC)
Seeking RO on new NDC? (indicate Y/N)
Change Approval fields (blank for documentation)
- DoD Guidance
- TPharm5 POC
- TPharm5 COR

The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Change log to include change type, description of change, date identified, originator of change, and revision date

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R140 | Specialty Market Priced Pharmaceutical Program Report | REV on 03/01/2023 |

| 17. PRICE GROUP |
|---|
| |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.4.7.6 | DHA Pharm Ops |

| 18. ESTIMATED TOTAL PRICE |
|---|
| |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Start of service delivery
  Due Date: 2nd business day after MPPP offer(s) are identified
SUBSEQUENT SUBMISSION:
  Frequency: As Required (monthly while offers are active)
  Reporting Period Start Date: Continue from first submission
  Due Date: 2nd business day after MPPP offer(s) are identified (for monthly submissions, 10 calendar days after end of reporting period)

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
This report shall identify and track all offers, offer status, claims volume approved and dispensed, per month and per offer, associated with Market Priced Pharmaceutical Program for specialty drugs, and cost savings per quarter. The Contractor shall provide a report showing offer summary with accepted, declined, and expired offers. The report will also include offer history, accepted offer tracking, savings summary, and savings details.
This report shall be delivered on a monthly cadence until all active offers have expired.

SUMMARY
Number of Offers by Status (e.g. Denied, Accepted, Expired) per month.

ACCEPTED OFFER TRACKING
Offer Accepted Date
Dispensing Start Date
Dispensing End Date (Offer Complete Date)
Drug Description (drug, strength, form)
Offer NDC
Medical Pricing File (MPF) NDC
Offer Units
Offer Price
Weighted Avg MPF Price (based on any price changes on the MPF during offer duration)
Offer Status (e.g. expired, in-progress)

Continued on page 2

Distribution addressee column (right side): By email to COR and all individuals designated by the Government

| 15. TOTAL ——→ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A. Valibhai | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 3 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

**16. REMARKS** *(Continued)*

By Month:
- Units Dispensed
- Cost per Units dispensed
- Calculated MPF Cost
- Savings
- Estimated Incentive

SAVINGS DETAILS
Offer Accepted Date
Offer Unit Price
MPF Unit Price (wt. average to account for pricing changes during offer period)
Start Date
End Date
Quantity Dispensed
Total Offer Cost
Total MPF Cost
Savings

HISTORICAL
Offers Identified by Contractor
Offer Status (e.g., Denied, Accepted, Expired)
Date Submitted
Expiration Date
Type of Offer (e.g., Saving, Stability)
Savings (after administration fee)
Current Drug GSN and GCN
Current Drug NDC
Drug description (drug, strength, form)
Current Drug Manufacture
Current Drug Cost
Medical Pricing File Contract Number
Estimated Monthly Usage (units) (broken out by dual eligible vs TRICARE only)
Offer Drug NDC
TAA Compliant (Y/N)
Therapeutically Equivalent (Y/N)
Offer Drug Manufacture
Total Units offered Offer
Purchase Cost
Contractor Incentive (Total offer value x 10%)
Admin Fee
Total Cost to Government (Purchase Cost + Fees)
Unit Price Difference (Current Unit Cost – Offer Unit Cost)
Estimated Offer Days
Offer Units
Estimated Claim Volume

Continued on page 3

DD FORM 1423-1, FEB 2001

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER ___Performance Report___ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

16. REMARKS *(Continued)*

Total Offer Value (Unit Price Difference x Offer Units)
Government Savings (Total Offer Value – ESI Incentive – Admin Fee)
Contractor Comments
Government Approver
Date Approved or Denied

Market Conditions shall be provided with each offer.

Reports shall include Revision log and definitions tab.

The Government reserves the right to adjust the report and data elements after receiving the first report.

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:57 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R150 | Systems Integration Test Plans | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | TSM C3 S4.4 | HPOSS |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES |
|---|---|---|---|---|

| | | | | Draft | Final Reg | Final Repro |
|---|---|---|---|---|---|---|
| N/A | D | | | | | |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Contract Award
  Due Date: 10 calendar days after completion of test
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: No specified file format

CONTENT DETAILS:
The contractor shall develop test plans in coordination with DHA and DMDC. The contractors shall further refine their testing efforts by documentation of the test scenarios upon request. The contractors shall submit to DHA updated test scenario matrices which document the test results and any open issues or defects discovered. Contractors shall provide sufficient resources to complete testing in accordance with DHA guidelines and standards.

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| James W Frank | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001    PREVIOUS EDITION MAY BE USED.    Page 1 of 1 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:58 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| R160 | B2B Gateway Questionnaire | Initial | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | TSM C1 S1.1 | HPOSS | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | b. COPIES Final |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | | Reg | Repro |

**16. REMARKS**

FIRST SUBMISSION:
Frequency: As Required
Reporting Period Start Date: Contract Award
Due Date: Within 10 calendar days after the new requirements have been provided to the contractor
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: No specified file format

CONTENT DETAILS:
The contractor shall complete the current version of the B2B Gateway Questionnaire (to be provided by DHA) identifying the required system communication infrastructure between the contractor and the MHS systems. This includes all Wide Area Network (WAN), LAN, VPN, Web DMZ, and B2B Gateway access requirements. The completed Questionnaire shall be returned to the DHA designated POC for review and approval. I&O will coordinate any requirements for additional information with the DHA POC and schedule any meetings required to review the Questionnaire. The contractor shall provide DHA or the equivalent office with a copy of the approved and signed B2B Questionnaire for all system communication efforts.

Current B2B Questionnaire is attached with updates provided by the government as required.

By email to individuals designated by the Government

| 15. TOTAL → | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Steven F Alvarado | 4/19/2021 | Orlando Januario Jr. | 4/19/2021 |

**DD FORM 1423-1, FEB 2001** PREVIOUS EDITION MAY BE USED. Page 1 of 28 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS   Document 12   Filed 06/27/25   Page 1325 of 1762   PageID #: 12854



DEFENSE HEALTH AGENCY

*Business 2 Business (B2B) Gateway Questionnaire*

PHASE II – [INSERT VENDOR NAME AND MTFs IF LISTED]

April 21, 2020
Version 10.4

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency

---

## CHANGE / REVISION RECORD

This record is maintained throughout the life of the document; each published update is recorded. A Change Package (re-issue of changed pages only) carries change bars in the page margins to identify differences from the preceding issue. Due to the scope of change that necessitates a Revision (re-issue of entire document); a Revision does not carry change bars.

| DOCUMENT VERSION NUMBER | REVISION SUMMARY | DATE |
|---|---|---|
| Version 5.0 | Updated to reflect transition from DISA to DHA | 12/14/15 |
| Version 6.0 | Updated to reflect AnyConnect option | 4/4/16 |
| Version 7.0 | Updated to reflect Citrix option | 11/9/16 |
| Version 8.0 | Updated contact list to reflect current personnel | 12/2/16 |
| Version 9.0 | Updated the TOC. Updated General Information Page. Updated the DHA staff information. Updated the Implementation Checklist. Removed the DD Form 2875 attachment and screenshot and added a Web link to access the form. Added an appendix to gather data for software and hardware requirements. Revised the B2B Requirements appendix. Added a signature line for program office's ISSM. | 8/8/17 |
| Version 10.0 | Update DoD POC information. Replace "Netscreen" with "Cisco ISR" under Network Boundary Information. Update Network Address table and Notes below table. Update Appendix I. Add Appendix K and update following Appendices' letters. | 10/26/17 |

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency

| Version 10.2 | "eMASS #" section added in General Information table. Update B2B Mailbox email address in DoD POC table. Last Mile Information table of Appendix E updated. Appendix J &K edited. | 1/23/18 |
|---|---|---|
| Version 10.3 | Updated Appendix F: Phase I/Existing Connection chart. Clarified Example row on Phase II Chart | 1/31/18 |
| Version 10.4 | Updated; Network Boundary Information: added section 5. What are the new Network Addresses for supporting your Warm DRE ISR device? Appendix A: Software and Settings/Hardware Requirements: For Server to Server Connections Appendix F: removed phase 1 table. | |

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency

# TABLE OF CONTENTS

INTRODUCTION.................................................................................................... 5

DHA POLICY FOR COMMUNICATIONS ............................................................ 6

*Commercial Partner POC Information*.............................................................*10*

IMPLEMENTATION CHECKLIST .......................................................................... 11

APPENDIX A: SOFTWARE AND SETTINGS/HARDWARE REQUIREMENTS ......................... 12

APPENDIX B: SUBMISSION OF THE SYSTEM AUTHORIZATION ACCESS REQUEST (SAAR) FORM 2875 ...................................................................................................... 13

APPENDIX C: USER PERFORMANCE REQUIREMENTS.......................................... 14

*User System Requirements*..............................................................................*14*

APPENDIX D: SYSTEM PERFORMANCE REQUIREMENTS .................................... 15

*System (Third Party Partner) to System (MHS) Requirements* ........................*15*

APPENDIX E: VPN IMPLEMENTATION FORM ...................................................... 16

*Last Mile Information – WAN Access* .............................................................*16*
*Network Boundary Information (not required for Citrix)* ...............................*16*
*Firewall Specifics/Proxy Servers (not required for Citrix)* ............................*18*

APPENDIX F: DHA B2B CONNECTIVITY REQUIREMENTS SUBMISSION .................. 19

APPENDIX G: "AS IS" DIAGRAM *(NOT REQUIRED FOR CITRIX)* ....................... 20

APPENDIX H: LAST MILE DIAGRAM *(NOT REQUIRED FOR CITRIX)*.................... 21

APPENDIX I: DEVICE PACKAGE SLIP *(NOT REQUIRED FOR CITRIX)*.................. 22

APPENDIX J: ISSM APPROVAL (FOR ALL NEW CONNECTIONS).......................... 23

APPENDIX K: SITE ISSM APPROVAL.................................................................. 24

APPENDIX L: PROGRAM MANAGER APPROVAL .............................................. 25

APPENDIX M: SECURITY APPROVAL.................................................................. 26

APPENDIX N: PROJECT MANAGER APPROVAL (FOR NEW CONNECTIONS ONLY)........... 27

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## Defense Health Agency

## Introduction

Defense Health Agency (DHA) oversees the Military Health System (MHS) Infrastructure and Operations (I&O). DHA is chartered to design, provision, and deploy a standards based, common telecommunications infrastructure throughout the MHS.

This information paper identifies the required parameters for Commercial Business Partners to connect to an MHS Military Treatment Facility (MTF) or other Department of Defense (DoD) .mil network using a Virtual Private Network (VPN). This information sheet is intended do the following:

- Adhere to the DoD Guidelines for third party vendors
- Adhere to the policies of connectivity and device management of the third party vendor
- Meet the functional and technical requirements as designed for a given project
- Acknowledge through digital signature the agreed upon functional and technical requirements

In prioritizing security and confidentiality of DoD system resources and networks, the gateway approach is the standard for all non-DoD resources to connect, communicate, and manage systems within the DoD. In the gateway solution, the third party affiliate will terminate at a DMZ and then be re-directed to its destination. This is the recommended long-term solution to ensure data and system resource security and confidentiality.

The following criterion depicts a Gateway solution:

- There is a single reference point for the third party affiliate to the DoD thus eliminating any back doors to the DoD
- Third party affiliate VPN device procurement resource must be identified
- Third party affiliate VPN device model must be in the product line of the DHA – MHS Standard
- The DHA VPN team maintains Configuration Management and support of the VPN device located at the Third Party Affiliate's DMZ
- MHS traffic can be more effectively managed
- Adheres to the DoD initiative to move away from third party affiliates connecting directly to a MTF

This document is to serve as a template to identify the requirements of the sponsoring organization and the third party partner to DHA. Below will be detailed information that when completed will be used for:

- Establishing necessary requirements
- Configuring the MHS B2B Gateway
- Configuring the VPN appliance

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency

## DHA Policy for Communications

The TRICARE Systems Manual (TSM 7950.1-M) discusses the requirements necessary for Managed Care Contractors to interface with the Department of Defense (DoD):

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency

## General Information

### Project Information

| Request Type | ☐ New Connection(s) | ☐ Changes/Updates to Existing Connection(s) | ☐ Decommission Connection(s) |
|---|---|---|---|
| **Connection Type:** For legacy Juniper connections select "Changes/Updates.." and/or "Decommission.." | ☐ **Server to Server** *Allows continuous connectivity between the partner-and DHA-hosted servers. The commercial partner (vendor) will be required to procure and install a DHA-configured and tested Cisco VPN router (Cisco ISR) on its premise at all appropriate locations. The device (which will be remotely managed by DHA) will provide a controlled entry/exit point and an encrypted pathway for all communications between the commercial partner and its DHA-hosted system(s). System-to-system communications are defined as automated processes between two systems that require always-on connectivity.* | | ☐ **Client to Server** *Allows the commercial partner system administrators to manage and monitor those systems for which they are responsible. Client-to-server communications are defined as any administrative function that requires administrative input (Remote Desktop, Dameware, SSH, etc).This will be an on-demand solution and will require the administrator to establish a connection for each use through a DHA provided Virtual Desktop Infrastructure (VDI) using CAC authentication.* |
| **eMASS #** (DHA ID for the system with which the vendor is communicating.) | | | |
| **Project Name** *(Vendor Name to MHS Name)* | | | |
| **Program Office** | | | |
| **Description:** What is this for? | | | |
| | **Requested Date:** | | |

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency

| | Critical Date: | |
|---|---|---|

## DoD POC Information

Please complete the following:

| DoD Organization | Name | Phone | E-Mail |
|---|---|---|---|
| Government POC Sponsoring the B2B Gateway Connection | | | |
| Contracting Officer/COR | | | |
| System ISSM | | | |
| DHA B2B ISSM | Mr. Eric Wildermuth | (703) 681-1145 | Eric.R.Wildermuth.civ@mail.mil |
| DHA B2B Project Manager | Mr. Edward R. Chaplin Jr. | (854) 444-5594 | eddie.chaplin@nsoc.health.mil |
| DHA B2B Project Lead | Mr. Orlando Januario Jr. | (210) 295-3599 | orlandojr.januario.civ@mail.mil |
| DHA B2B PM Support | Ms. Asha Jones<br>Ms. Ernestina B. Owusu Ansah<br>Ms. Michael M. Meeks | (571) 765-6136<br>(571) 384-6757 | asha.z.jones2.ctr@mail.mil<br>ernestina.b.owusuansah.ctr@mail.mil<br>michael.m.meeks3.ctr@mail.mil |
| DHA B2B Cyber Support | S2S ISSM – Mr. Eric Wildermuth<br>S2S ISSO – Mr. Jay Dwight<br>C2S ISSM – Mr. Stephan Worcester<br>C2S ISSO – Mr. Stephen Baker | (703) 681-1145<br><br>Mobile<br>(210) 295-8761<br><br>Mobile | eric.wildermuth2.civ@mail.mil<br><br>james.h.dwight4.ctr@mail.mil<br>stephan.p.worcester.civ@mail.mil<br><br>stephen.baker.ctr@nsoc.health.mil |
| DHA Engineer | | | |
| DHA Other | NSOC Remote Systems Management<br>Data Center Operations Support | N/A<br><br>N/A | rsm@nsoc.health.mil<br><br>dcops_support@nsoc.health.mil |
| DHA Global Service Center | DHA Global Service Center Personnel | (800) 600-9332 | dhagsc@mail.mil |
| DHA B2B Mailbox | DHA B2B Team | N/A | dha.ncr.ops-sustain.list.b2b-phase2@mail.mil |
| .MIL Gov. | | | |
| .MIL PM Support | | | |
| .MIL Firewall Engineer | | | |

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency

| .MIL System Administrator | | | |
|---|---|---|---|
| | | | |

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency

Commercial Partner POC Information

*Please complete the following:*

| Organization | Name | Phone | E-Mail |
|---|---|---|---|
| PM | | | |
| Application /System Engineer | | | |
| Network Administrator | | | |
| Security Manager | | | |
| Network Manager | | | |

| Organization | Name | Phone | E-Mail | Procedures |
|---|---|---|---|---|
| Help Desk Contact Information | | | | |
| After-Hours Support Contact Information | | | | |

*Organization Address:*

*Physical Device Location (not required for Citrix):* {NOTE:  Be sure to include the full address, building, room, and rack where the MHS router node will be deployed}

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency

Implementation Checklist

*Please check the following:*

| Question | Yes | No | Date Complete |
|---|---|---|---|
| 1. Has the software requirements for C2S connection been provided by vendor? **(Appendix A)** | | | |
| 2. For C2S; Is Form 2875 completed? **(See PDF file "DHAGSC_B2B_C2S 3.13.2020)** | | | |
| 3. Internet addresses are publicly routable for all B2B applications? *(Clients need a unique address for authentication tracking.)* | | | |
| 4. Is user performance requirement information completed? **(Appendix C)** | | | |
| 5. Is system performance requirement information completed? **(Appendix D)** | | | |
| 6. Has the VPN Implementation Form been completed? **(Appendix E)** | | | |
| 7. Has Connectivity Requirements Sheet been submitted? **(Appendix F)** | | | |
| 8. Has "As Is" Network Diagram been provided? **(Appendix G - Attachment)** | | | |
| 9. Has VPN Last Mile Diagram **(Appendix H)** been discussed and concurred by both sides? | | | |
| 10. Is VPN device procured? **(Appendix A, S2S connections only)** | | | |
| 11. Has the VPN device been configured and STIGed by DHA? *(Please send and expect to receive appliance from the contact and address below for configuration:* *Shaun Pillé* *KSH Solutions, Inc.* *5965 Core Road, Suite 624* *North Charleston, SC 29406)* | | | |
| 12. Has VPN Installation been scheduled? | | | |

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency

Appendix A: Software and Settings/Hardware Requirements

**For Client to Server Connections:**

We need to better understand the administrative tasks to be performed by the commercial partner to determine software and setting requirements. Please answer the following questions:

| Question | Response |
|---|---|
| 1. What is the highest number of simultaneous users you expect to have active connections at peak usage? | |
| 2. List the full name of all applications that you expect to use in management of your servers and/or remote assets. Please include any Proprietary software. | |
| 3. For each application, please list all dependencies required for full functionality, including: <br> a) Active X settings; <br> b) Specific browsers required (Chrome, Firefox, etc.); <br> c) Browser settings required; <br> d) SSL/CA Certificate installations | |

**For Server to Server Connections:**

The commercial partner will be required to purchase one of the following Cisco device(s) for their location(s):

- ISR 1111x      Less than 5Mb
- ISR 4331        Between 5Mb-30Mb
- ISR 4451        Between 30Mb-300Mb
- CSR 1000v      variable based on license and circuit availability

Also, please make certain to provide (on Appendix F) 2 public IP addresses for each device to be installed.

*Note: The Cisco pubs indicate higher bandwidth capabilities for models noted above; however, the Cisco figures are under ideal conditions (UDP, low overhead, etc.). These considerations were evaluated by the DHA engineers and factored in the configurations and other overhead/loading factors (noted above). If you opt to select the next lower/smaller model, then there is a potential risk of overloading the device, which will require the procurement of a replacement with the next higher model.*

*A 3 year maintenance agreement and at minimum a PERF (SEC) license on top of IP base is required. If you are unsure of your actual throughput requirement, DHA recommends the HSEC license be also purchased.*

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency
_____

Appendix B: Submission of the System Authorization Access Request (SAAR) Form 2875

The DD 2875 form and instructions are provide as a separate PDF document named "DHAGSC_B2B_C2S 3.13.2020"

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency

## Appendix C: User Performance Requirements

| Project Name | |
|---|---|
| Program Office | |
| Project POC | |

### User System Requirements

| Subject Matter | Metric |
|---|---|
| *Commercial User to MHS System* | |
| Number of Users * | |
| Number of Existing User Accounts* | |
| Number of New User Accounts Needed* | |
| Peak Operational Time | |
| Operational Time Frame (Per Day) | |
| Operational Time Frame (Per Week) | |
| Operational Time Frame (Per Year) | |
| Number of concurrent sessions per user | |
| Number of concurrent users * | |
| Average file/data size per user | |
| Average number of transactions per day/ per user | |
| Expected % growth per year | |
| Other | |
| Other | |
| Other | |
| Other | |
| Other | |
| *MHS User to Third Party System* | |
| Number of Users | |
| Peak Operational Time | |
| Operational Time Frame (Per Day) | |
| Operational Time Frame (Per Week) | |
| Operational Time Frame (Per Year) | |
| Number of concurrent sessions per user | |
| Number of concurrent users | |
| Average file/data size per user | |
| Average number of transactions per day/ per user | |
| Expected % growth per year | |

* Note: Each user should be coming from a unique IP address

---

*B2B Implementation Plan v10.4*                                               *April 2020*

14

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency

## Appendix D: System Performance Requirements

| Project Name | |
|---|---|
| Program Office | |
| Project POC | |

### System (Third Party Partner) to System (MHS) Requirements

| Subject Matter | Metric |
|---|---|
| Expected screen refresh time | |
| Expected response time | |
| Expected % availability uptime | |
| Meantime between failure | |
| Meantime to repair | |
| Sustained throughput requirement | |
| Max packet loss acceptable | |
| Max latency | |
| Expected bandwidth between systems | |
| Peak bandwidth requirements | |
| Other | |
| Other | |
| Other | |
| Other | |
| Other | |

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case 1:25-cv-00306-RD-PAS   Document 42   Filed 06/27/25   Page 1084 of 1421   PageID #12989

Defense Health Agency

Appendix E: VPN Implementation Form

| | |
|---|---|
| Project Name | |
| Program Office | |
| Project POC | |

Last Mile Information – WAN Access

*Please check the following for the .MIL side of the connection:*

| Question | Answer |
|---|---|
| 1. Who is your Internet Service Provider? *(Please Specify)* | |
| 2. Assessment and Authorization | |
| a. What type of certification does the Gov. Sponsor require? DIACAP/RMF, Certificate of Networthiness (CON), Platform IT (PIT), DODI8582.01 | |
| b. What is the current status of required certification and date of your expected date of certification? | |
| c. Has documentation been provided to the B2B team as evidence of the A&A process? (ATO memo, 8582 evidence, CON memo, or PIT memo) | |

*Please check the following for the .COM side of the connection:*

| Question | Answer |
|---|---|
| 1. Who is your Internet Service Provider? *(Please Specify)* | |
| 2. Assessment and Authorization | |
| a. What type of certification does the Gov. Sponsor require? DIACAP/RMF, Certificate of Networthiness (CON), Platform IT (PIT), DODI8582.01 | |
| b. What is the current status of required certification and date of your expected date of certification? | |
| c. Has documentation been provided to the B2B team as evidence of the A&A process? (ATO memo, 8582 evidence, CON memo, or PIT memo) | |

Network Boundary Information *(not required for Citrix)*

1. What are the Interfaces of the Border Router?

| Interface | IP Address | Subnet Mask | Default Gateway |
|---|---|---|---|
| | | | |
| | | | |

2. What are the External and DMZ Interfaces of the Firewall?

| Interface | IP Address | Subnet Mask | Default Gateway |
|---|---|---|---|
| | | | |
| | | | |

*B2B Implementation Plan v10.4*        *April 2020*

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency

3. What is the Network Space between the Firewall and Border Router where the Cisco ISR will be installed?

   *NOTES:*

   a. *Ensure the Network between the Firewall and the Border Router has sufficient address space to support splitting the network.*

   b. *Ensure the Bit Boundaries are valid and are NOT CROSSED when splitting into smaller subnets.*

| IP Network/ Mask | Subnet Mask |
|---|---|
|  |  |

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency

4. What are the new Network Addresses for the Cisco ISR device?

|  | External Interface | Subnet Mask | Default Gateway |
|---|---|---|---|
| Primary ISR |  |  |  |
| Secondary ISR |  |  |  |
|  | RLOC IP | Subnet Mask | Default Gateway |
| Primary ISR |  | 255.255.255.255 | NA |
| Secondary ISR |  | 255.255.255.255 | NA |
|  | Internal Interface | Subnet Mask | Default Gateway |
| Primary ISR |  |  |  |
| Secondary ISR |  |  |  |
| Floating |  |  |  |

**Note 1:** For HA setup, each device would require a unique External, Internal and RLOC IP address. One additional floating Internal IP is required for VRRP failover.

**Note 2:** All IP addresses for the ISR need to be publically routable. Private address space using a NAT is not permitted.

**Note 3:** RLOC IP addresses should be /32 addresses and not a part of the subnet used by the External or Internal interfaces.

5. What are the new Network Addresses for supporting your Warm DRE ISR device?

|  | External Interface | Subnet Mask | Default Gateway |
|---|---|---|---|
| Primary ISR |  |  |  |
| Secondary ISR |  |  |  |

**Note 1:** In the event a vendor cannot maintain a fully functional DRE circuit a small bandwidth (10 – 30 Mbps) circuit is required. DHA requires connectivity to all ISR devices at any given time to maintain the configuration and IOS updates. This is a STIG requirement. The secondary interface on the ISR will be used and it will require an additional IP address on a different subnet from the main WAN interface.

Firewall Specifics/Proxy Servers *(not required for Citrix)*

*Please check the following:*

| Question | Yes | No |
|---|---|---|
| 1. Is this site using Network Address Translation (NAT) Static (1 to 1)? |  |  |

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS Document 12 Filed 06/27/25 Page 1343 of 1762 PageID #12052

Defense Health Agency

## Appendix F: DHA B2B Connectivity Requirements Submission

| Vendor Name | |
|---|---|
| Program Office | |
| Project POC | |

| Phase II Environment Type *(Please submit B2BQ for each environment. One environment per B2BQ)* | | | | ☐ Test | | | | | ☐ Production | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APPLICATION NAME | DESCRIPTION | IP PROTOCOL | SERVICE | LOW PORT | HIGH PORT | VENDOR SERVER NAME | VENDOR SERVER IP | VENDOR SERVER NAT | DHA SERVER NAME | DHA SERVER IP | DHA SERVER NAT | DHA SITE LOCATION | CONNECTION SOURCE | |
| *Example* Eg. BDMS | Eg. Blood Donor Management Server | Eg. TCP | Eg. SFTP | Eg. 22 | 22 | Comm Vault Server | X.X.X.X | Provided By NSOC RSM | Insight Server | X.X.X.X | Provided By NSOC RSM | NMC San Diego | .COM | *Example* |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | |

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-RD-PAS   Document 1-2   Filed 06/27/25/01/25   Page 1344 of 1762   PageID
#12973

Defense Health Agency

Appendix G: "As Is" Diagram *(not required for Citrix)*

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.
Defense Health Agency

**Appendix H: Last Mile Diagram** *(not required for Citrix)*



The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency

**Appendix I: Device Package Slip** *(not required for Citrix)*

*INCLUDE THIS DOCUMENT INSIDE THE CISCO ISR SHIPPING PACKAGE*

| | |
|---|---|
| Name of Project | |
| Point of Contact (POC) | Name of Company<br>ATTN: POC Name<br>ADDRESS<br>Contact Number<br>Email |
| Device Serial Number | |
| Device Model | |
| Shipping Tracking Number | |

NOTE:

*After shipment, please send a copy of this appendix to DHA B2B PM Support.*

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency

**Appendix J: ISSM Approval** (For all new connections)

### Information System Security Manager
### B2B Implementation Approval

[  ] As the ISSM for the DHA B2B C2S, I have reviewed the appropriate documentation and provide the approval to proceed as planned.

[  ] As the ISSM for the DHA B2B S2S, I have reviewed the appropriate documentation and provide the approval to proceed as planned.

_____

TYPED NAME

_____

SIGNATURE                                              DATE

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency

**Appendix K: Site ISSM Approval** (For all connections; i.e. add/remove/modify)

Information Assurance Manager
B2B Implementation Approval

As the Site ISSM for [appropriate program office or installation], I have reviewed the appropriate documentation and provide the approval to proceed as planned.

_____

TYPED NAME

_____

PROGRAM OFFICE

_____

SIGNATURE                              DATE

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency

**Appendix L: Program Manager Approval** (For all connections; i.e. add/remove/modify) May sign in lieu of multiple site ISSM connections sic Appendix K

Program Manager
B2B Implementation Approval

As the Government Sponsor for [**appropriate program office or installation**], I have reviewed the appropriate documentation and vendor certification. I provide the approval to proceed as planned.

_____

TYPED NAME

_____

SIGNATURE                                      DATE

The information contained in this document is of a sensitive nature to the Department of Defense. The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Case 1:25-cv-00306-JJM-PAS   Document 12   Filed 06/27/25   Page 1350 of 1762 PageID #12979

Defense Health Agency

**Appendix M: Security Approval** (For all connections; i.e. add/remove/modify)

Commercial Partner Security Manager
B2B Implementation Approval

As the Security Manager of the [VENDOR partner], I have reviewed the appropriate documentation and provide the approval to proceed as planned.

_____

TYPED NAME

_____

SIGNATURE                                               DATE

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Defense Health Agency

**Appendix N: Project Manager Approval** (For all connections; i.e. add/remove/modify)

### Defense Health Agency B2B Gateway Project Manager
### B2B Implementation Approval

As the Business-to-Business Gateway Project Manager for DHA, I have reviewed the appropriate documentation and provide the approval to proceed as planned.


_____

TYPED NAME



_____

SIGNATURE                                          DATE

The information contained in this document is of a sensitive nature to the Department of Defense.  The reader shall not disclose such information to any person or entity except employees and affiliates who have a need-to-know and who have been informed of the reader's obligations under this paragraph.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:58 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| R170 | Mission-Essential Contractor Services Plan | Initial | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | Section I, DFARS Clause 252.237-7023 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | a. ADDRESSEE |
|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet. (Per TOM C14) |

16. REMARKS

FIRST SUBMISSION:
  Frequency: One Time
  Reporting Period Start Date: Start of service delivery
  Due Date: No later than 90 calendar days prior to the start of pharmacy services
SUBSEQUENT SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Start of service delivery
  Due Date: Within 30 days of making a change requiring an update to the plan

PHI/PII: No
FILE FORMAT: PDF

CONTENT DETAILS: The Contractor shall submit a plan for providing Mission-Essential Contractor Services in accordance with DFARS Clause 252.237–7023.

The Government has determined the following tasks to be essential contractor services:

1. Dispensing of medications at a retail network pharmacy, specialty pharmacy, MTF pharmacy or TRICARE mail order pharmacy
2. Additional functions as required to support prescription dispensing in (1); may include limited clinical, administrative, financial and customer service tasks.

The plan shall be updated as required to ensure that it accurately addresses all current contract requirements and the contractor's operational approach to meeting those requirements.

| 15. TOTAL ⟶ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**   PREVIOUS EDITION MAY BE USED.   Page 1 of 1 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:36 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP_____ TM_____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| R180 | MOU with TMEP Contractor | Initial |

**17. PRICE GROUP**

**18. ESTIMATED TOTAL PRICE**

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.15.1 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE |
| N/A | | See Block 16 | See Block 16 | |

| 14. DISTRIBUTION | | | |
|---|---|---|---|
| a. ADDRESSEE | Draft | b. COPIES | |
| | | Final | |
| | | Reg | Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: One Time
  Reporting Period Start Date: Start of service delivery
  Due Date: 180 calendar days before the start of service delivery
SUBSEQUENT SUBMISSION:
  Frequency: As Required
  Reporting Period Start Date: Start of service delivery
  Due Date: As updates/changes occur

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
The Contractor shall establish a Memorandum of Understanding (MOU) with TRICARE Medicare Eligible Program (TMEP) contractor and submit to the Government.

Submit through the DHA e-Commerce Extranet.
(Per TOM Ch 14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 02/02/2022 | Henry J Gibbs | 02/02/2022 |

**DD FORM 1423-1, FEB 2001**

PREVIOUS EDITION MAY BE USED

Page 1 of 1

Page

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:06 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization.** Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER   Plan _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| T010 | Transition-In Plan | Initial | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.15.1.2 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | Submit through the DHA e-Commerce Extranet (Per TOM C14) |
|  Frequency: One Time | |
|  Reporting Period Start Date: Transition-In | |
|  Due Date: 10 calendar days after the start of transition | |
| SECOND SUBMISSION: | |
|  Frequency: One Time | |
|  Reporting Period Start Date: Transition-In | |
|  Due Date: 15 calendar days following the post award conference | |
| SUBSEQUENT SUBMISSIONS: | |
|  Frequency: Monthly | |
|  Reporting Period Start Date: 1st calendar day of the month following the post award conference | |
|  Due Date: 15 calendar days after end of reporting period | |
| | |
| PHI/PII: No | |
| FILE FORMAT: Mutually agreed upon format | |
| | |
| CONTENT DETAILS: | |
| This transition plan shall be submitted as described in TOM, Chapter 23, Section 5 and Section C.15.1 of the contract. | |

| | 15. TOTAL ➙ | 0 | 0 | 0 |
|---|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**          PREVIOUS EDITION MAY BE USED.          Page __1__ of __1__ Pages

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| T020 | Transition-In Status Report | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.15.1.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | |
|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | |

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

| | a. ADDRESSEE | Draft | Final Reg | Final Repro |
|---|---|---|---|---|

**16. REMARKS**

FIRST SUBMISSION:
 Frequency: Weekly (Sun-Sat)
 Reporting Period Start Date: 20 calendar days after start of Transition-In
 Due Date: Tuesday after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION
Reporting shall continue through the 180th day following the start of Option Period 1 or until notified by the COR to discontinue the report, if earlier.

PHI/PII: No
FILE FORMAT: Mutually agreed upon format

CONTENT DETAILS:
Report on the status of transition in activities. Report shall address those items identified in the Transition In Plan as being key to the success of the transition. The report will highlight items that are delayed or at risk or waiting on Government decisions. The report shall provide details on delays or potential delays. The report will identify where Government intervention with external parties may be required. The report will identify decision dates to keep contractor on target. The contractor will prioritize based on the greatest risk to work flow. The contractor will provide updates on risk and risk mitigation strategies.

Submit through the DHA e-Commerce Extranet (per TOM C14)

| 15. TOTAL ⟶ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page 1 of 1 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:50 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST *(1 Data Item)* | Form Approved OMB No. 0704-0188 |
|---|---|

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization.  Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____  TM _____  OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| T030 | Transition-Out Plan | Initial | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.15.2.4 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

| 16. REMARKS | | | |
|---|---|---|---|
| FIRST SUBMISSION | Submit through the DHA e-Commerce Extranet (per TOM C14) | | |

16. REMARKS

FIRST SUBMISSION
 Frequency: One-Time
 Reporting Period Start Date: Transition-Out
 Due Date: Within 30 days of award of a successor contract or notification of the
 government's decision to not exercise available option periods or otherwise
 termination of the contract.
SUBSEQUENT SUBMISSION: NONE

PHI/PII: No
FILE FORMAT: Mutually agreed upon format with the Government

CONTENT DETAILS:
The Phase-Out Transition Plan shall be developed in coordination with the
incoming contractor and meet all requirements identified in C.15.2 and TOM,
Chapter 23, Section 5, Paragraph 4.1. The Phase-Out Transition Plan shall describe
in detail the steps to be completed to successfully transition the TRICARE
Pharmacy Program to the incoming contractor.

Submit through the DHA e-Commerce Extranet (per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001     PREVIOUS EDITION MAY BE USED.     Page  1  of  1  Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| T040 | Transition-Out Status Report | Initial |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.15.2.4 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | a. ADDRESSEE | b. COPIES | |
| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 17. PRICE GROUP |
|---|
| 18. ESTIMATED TOTAL PRICE |

**16. REMARKS**

FIRST SUBMISSION
 Frequency: Weekly (Sun-Sat)
 Reporting Period Start Date: Transition-Out, 30 calendar days after award of a successor contract
 Due Date: Tuesday after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Mutually agreed upon format with the Government

CONTENT DETAILS:
Report on the status of transition out activities. Report shall address those items identified in the Transition Out Plan, in accordance with the requirements in the Contract. Reporting shall continue until notified by the COR to discontinue.

Submit through the DHA e-Commerce Extranet (per TOM C14)

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Natalie M Jones | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 2/27/2025 3:56 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

Form Approved OMB
No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER  Performance Report | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| W010 | Mail Order Rebaseline & Continuous Monitoring Approval Report | REV on 10/12/2022 | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.6.8.14-15 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. | DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | | | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro | |

16. REMARKS

FIRST SUBMISSION
  Frequency: Weekly (Sun-Sat)
  Reporting Period Start Date: Start of service delivery
  Due Date: To be mutually agreed upon with the Government
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
Annual Rebaseline - During each option period, the Contractor shall submit a baseline listing of multi-source generic or branded products by 11-digit NDC, to identify the therapeutically equivalent NDC that is the most economical to the Government. Submission will be divided in weekly batches during the rebaseline process to account for all opportunities identified for approval by the CO or COR
Continuous Monitoring – The Contractor shall continuously monitor availability and pricing of all replenished products and provide weekly recommendations to the Government for the most cost-effective agents to be dispensed through TMOP. The Government reserves the right to make modifications to the report requirements after the first submission.

The report must include, at a minimum, the following:
APPROVAL REPORT
Request ID (Contractor specified)
Date Submitted to DoD
Dispensing Site (if multiple locations)
Generic Code Number (GCN)
GCN Sequence Number (GSN)
Type of Change
Current NDC
Current Medical Pricing Catalog Description
Current Manufacturer
Current NDC Brand/Generic Indicator
Current NDC Medical Pricing Catalog Hierarchy
Current Size
Current Contract Number
Current Medical Pricing Catalog Cost

Continued on page 2

By email to all individuals designated by the government

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

DD FORM 1423-1, FEB 2001    PREVIOUS EDITION MAY BE USED.    Page  1  of  5  Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST | | |
|---|---|---|
| (1 Data Item) | | |

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: TDP _____ TM _____ OTHER Performance Report |
|---|---|---|

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

**16. REMARKS** *(Continued)*

Recommended NDC
Recommended Medical Pricing Catalog Description
Recommended Manufacturer
Recommended NDC Brand/Generic Indicator
Recommended NDC Medical Pricing Catalog Hierarchy
Recommended Size
Recommended Contract Number
Recommended Medical Pricing Catalog Cost
NAD Waiver Expiration Date
DEA Schedule
Price Difference
Estimated Annual Usage (units)
Average Daily Usage (units)
Value Opportunity (Estimated Annual Usage * Price Difference)
Comments (summary of Contractor/Prime Vendor communication, including specific comments regarding NDC unsuitability and additional background information supporting change)
Unit pack (if package cannot be broken, indicate Y/N)
Risk Assessment Info
Fill Rate Data
Change Approval fields (blank for documentation)

- DoD Guidance
- DoD Approval Comments
- TPharm5 POC
- TPharm5 COR

AVAILABILITY ISSUES – If the recommended NDC is not available, the Contractor shall provide recommended course of action based on availability status and market conditions.
Request ID (Contractor specified)
Date Submitted to DoD
Initial NPV Status Date
Dispensing Site (if multiple locations)
Generic Code Number (GCN)
GCN Sequence Number (GSN)
Type of Change
Current NDC
Current Medical Pricing Catalog Description
Current Manufacturer
Current NDC Brand/Generic Indicator
Current NDC Medical Pricing Catalog Hierarchy
Current Size
Current Contract Number
Current Medical Pricing Catalog Cost
Recommended NDC
Recommended Medical Pricing Catalog Description

Continued on page 3

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _Performance Report_ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

**16. REMARKS** *(Continued)*

Recommended Manufacturer
Recommended NDC Brand/Generic Indicator
Recommended NDC Medical Pricing Catalog Hierarchy
Recommended Size
Recommended Contract Number
Recommended Medical Pricing Catalog Cost
NAD Waiver Expiration Date
DEA Schedule
Price Difference
Estimated Annual Usage (units)
Average Daily Usage (units)
Value Opportunity (Estimated Annual Usage * Price Difference)
Status of New NDC from National Prime Vendor (annotate estimated time frame for availability)
Comments (summary of Contractor/Prime Vendor communication, including specific comments regarding NDC
unsuitability and additional background information supporting change)
Unit pack (if package cannot be broken, indicate Y/N)
Risk Assessment Info
Fill Rate Data
Change Approval fields (blank for documentation)

- DoD Guidance (e.g., await release date, research alternative, stay with current NDC)
- DoD Approval Comments
- TPharm5 POC
- TPharm5 COR

AWAIT RELEASE – For unavailable NDCs that the Government has previously approved to await release date, the
Contractor shall provide updated status information and recommended course of action.
Request ID (Contractor specified)
Date Submitted to DoD
Original Submission Date to DoD
Days in "Await Release" Status
Dispensing Site (if multiple locations)
Generic Code Number (GCN)
GCN Sequence Number (GSN)
Type of Change
Current NDC
Current Medical Pricing Catalog Description
Current Manufacturer
Current NDC Brand/Generic Indicator
Current NDC Medical Pricing Catalog Hierarchy
Current Size

Continued on page 4

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | | TDP ____ TM ____ OTHER | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

**16. REMARKS** *(Continued)*

Current Contract Number
Current Medical Pricing Catalog Cost
Recommended NDC
Recommended Medical Pricing Catalog Description
Recommended Manufacturer
Recommended NDC Brand/Generic Indicator
Recommended NDC Medical Pricing Catalog Hierarchy
Recommended Size
Recommended Contract Number
Recommended Medical Pricing Catalog Cost
DEA Schedule
NAD Waiver Expiration Date
Price Difference
Estimated Annual Usage (units)
Average Daily Usage (units)
Value Opportunity (Estimated Annual Usage * Price Difference)
Status of New NDC from National Prime Vendor (annotate estimated timeframe for availability)
Comments (summary of Contractor/Prime Vendor communication, including specific comments regarding NDC unsuitability and additional background information supporting change)
Unit pack (if package cannot be broken, indicate Y/N)
Risk Assessment Info
Fill Rate Data
Change Approval fields (blank for documentation)

  - DoD Guidance (e.g., await release date, research alternative, stay with current NDC)
  - DoD Approval Comments
  - TPharm5 POC
  - TPharm5 COR

APPROVED CHANGES NOT COMPLETED (Over 30
Days) Request ID (Contractor specified)
Date Submitted to DoD
Dispensing Site (if multiple locations)
Generic Code Number (GCN)
GCN Sequence Number (GSN)
Type of Change
Current NDC
Current Medical Pricing Catalog Description
Current Manufacturer
Current NDC Brand/Generic Indicator
Current NDC Medical Pricing Catalog Hierarchy
Current Size
Current Contract Number
Current Medical Pricing Catalog Cost

Continued on page 5

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
### (1 Data Item)

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | | TDP_____ TM_____ OTHER Performance Report | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

**16. REMARKS** *(Continued)*

Recommended NDC
Recommended Medical Pricing Catalog Description
Recommended Manufacturer
Recommended NDC Brand/Generic Indicator
Recommended NDC Medical Pricing Catalog Hierarchy
Recommended Size
Recommended Contract Number
Recommended Medical Pricing Catalog Cost
DEA Schedule
Price Difference
Estimated Annual Usage (units)
Actual Daily Usage (units)
Value Opportunity (Estimated Annual Usage * Price Difference)
DoD Approval Status
DoD Approval Date
Approval + 30 Days (date)
Contractor Last Date Reviewed
NPV Change Date
Contractor Estimated Change Date
Current Status
Reason for Delay
Contractor Comments
Unit pack (if package cannot be broken, indicate Y/N)Contractor's Assigned POC (if multiple POC are involved)

The report shall also include a MASTER record to include all line items from the aforementioned tabs, in order to provide a historical view of all NDCs offered and reviewed through the Annual Rebaseline or Continuous Monitoring processes. The MASTER record should allow a user to determine all offers, responses and their occurrence.

The report shall include:

- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Change log to include change type, description of change, date identified, originator of change, and revision date

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 2/27/2025 4:38 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

*Form Approved OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| W011 | Specialty Pharmacy Rebaseline & Continuous Monitoring Approval Report | REV on 10/12/2022 |

17. PRICE GROUP

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.4.7.4 | Pharm Ops |

18. ESTIMATED TOTAL PRICE

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | | |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final | |
| N/A | | See Block 16 | See Block 16 | | | Reg | Repro |

16. REMARKS

FIRST SUBMISSION:
 Frequency: Weekly (Sun-Sat)
 Reporting Period Start Date: Start of service delivery
 Due Date: To be mutually agreed upon with the Government
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
Annual Rebaseline – During each option period, the Contractor shall submit a baseline listing of multi-source generic or branded products by 11-digit NDC for approval by the CO or COR, to identify the therapeutically equivalent NDC that is the most economical to the Government.
Continuous Monitoring – The Contractor shall continuously monitor availability and pricing of all replenished products and provide weekly recommendations to the Government for the most cost-effective agents to be dispensed through designated replenished Specialty Pharmacies. The Government reserves the right to make modifications to the report requirements after the first submission.

The report must include, at a minimum, the following:

APPROVAL REPORT
Request ID (Contractor specified)
Date Submitted to DoD
Dispensing Site (if multiple locations)
Generic Code Number (GCN)
GCN Sequence Number (GSN)
Type of Change
Current NDC
Current Medical Pricing Catalog Description
Current Manufacturer
Current NDC Brand/Generic Indicator
Current NDC Medical Pricing Catalog Hierarchy
Current Size
Current Contract Number
Current Medical Pricing Catalog Cost
Recommended NDC

Distribution column:
By email to all individuals designated by the Government

Continued on page 2

| 15. TOTAL ➝ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eugene Moore | 10/12/2022 | Henry J Gibbs | 10/12/2022 |

**DD FORM 1423-1, FEB 2001** PREVIOUS EDITION MAY BE USED. Page 1 of 5 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
(1 Data Item)

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP ____ TM ____ OTHER Performance Report | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

16. REMARKS *(Continued)*

Recommended Medical Pricing Catalog Description
Recommended Manufacturer
Recommended NDC Brand/Generic Indicator
Recommended NDC Medical Pricing Catalog Hierarchy
Recommended Size
Recommended Contract Number
Recommended Medical Pricing Catalog Cost
NAD Waiver Expiration Date
DEA Schedule
Price Difference
Estimated Annual Usage (units)
Average Daily Usage (units)
Value Opportunity (Estimated Annual Usage * Price Difference)
Comments (summary of Contractor/Prime Vendor communication, including specific comments regarding NDC unsuitability and additional background information supporting change)
Unit pack (if package cannot be broken, indicate Y/N)
Risk Assessment Info
Fill Rate Data
Change Approval fields (blank for documentation)

- DoD Approval Comments
- TPharm5 POC
- TPharm5 COR

AVAILABILITY ISSUES – If the recommended NDC is not available, the Contractor shall provide recommended course of action based on availability status and market conditions.
Request ID (Contractor specified)
Date Submitted to DoD
Initial NPV Status Date
Dispensing Site (if multiple locations)
Generic Code Number (GCN)
GCN Sequence Number (GSN)
Type of Change
Current NDC
Current Medical Pricing Catalog Description
Current Manufacturer
Current NDC Brand/Generic Indicator
Current NDC Medical Pricing Catalog Hierarchy
Current Size
Current Contract Number
Current Medical Pricing Catalog Cost
Recommended NDC
Recommended Medical Pricing Catalog Description
Recommended Manufacturer
Recommended NDC

Continued on page 3

DD FORM 1423-1, FEB 2001

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | | |
|---|---|---|---|---|
| | N/A | TDP ____ TM ____ OTHER  Performance Report | | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

16. REMARKS *(Continued)*

Brand/Generic Indicator
Recommended NDC Medical Pricing Catalog Hierarchy
Recommended Size
Recommended Contract Number
Recommended Medical Pricing Catalog Cost
NAD Waiver Expiration Date
DEA Schedule
Price Difference
Estimated Annual Usage (units)
Average Daily Usage (units)
Value Opportunity (Estimated Annual Usage * Price Difference)
Status of New NDC from National Prime Vendor (annotate estimated timeframe for availability)
Comments (summary of Contractor/Prime Vendor communication, including specific comments regarding NDC unsuitability and additional background information supporting change)
Unit pack (if package cannot be broken, indicate Y/N)
Risk Assessment Info
Fill Rate Data
Change Approval fields (blank for documentation)

- DoD Guidance (e.g., await release date, research alternative, stay with current NDC)
- DoD Approval Comments
- TPharm5 POC
- TPharm5 COR

AWAIT RELEASE – For unavailable NDCs that the Government has previously approved to await release date, the Contractor shall provide updated status information and recommended course of action.
Request ID (Contractor specified)
Date Submitted to DoD
Original Date Submitted to DoD
Days in "Await Release" Status
Dispensing Site (if multiple locations)
Generic Code Number (GCN)
GCN Sequence Number (GSN)
Type of Change
Current NDC
Current Medical Pricing Catalog Description
Current Manufacturer
Current NDC Brand/Generic Indicator
Current NDC Medical Pricing Catalog Hierarchy
Current Size
Current Contract Number
Current Medical Pricing Catalog Cost

Continued on page 4

DD FORM 1423-1, FEB 2001

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT<br>N/A | C. CATEGORY:<br>TDP ____ TM ____ OTHER  Performance Report | |
|---|---|---|---|
| D. SYSTEM/ITEM<br>TRICARE Pharmacy Program | E. CONTRACT/PR NO.<br>HT940221C0007 | F. CONTRACTOR<br>Express Scripts, Inc (ESI) | |

**16. REMARKS** *(Continued)*

Recommended NDC
Recommended Medical Pricing Catalog Description
Recommended Manufacturer
Recommended NDC Brand/Generic Indicator
Recommended NDC Medical Pricing Catalog Hierarchy
Recommended Size
Recommended Contract Number
Recommended Medical Pricing Catalog Cost
DEA Schedule
NAD Waiver Expiration Date
Price Difference
Estimated Annual Usage (units)
Average Daily Usage (units)
Value Opportunity (Estimated Annual Usage * Price Difference)
Status of New NDC from National Prime Vendor (annotate estimated timeframe for availability)
Comments (summary of Contractor/Prime Vendor communication, including specific comments regarding NDC unsuitability and additional background information supporting change)
Unit pack (if package cannot be broken, indicate Y/N)
Risk Assessment Info
Fill Rate Data
Change Approval fields (blank for documentation)

- DoD Guidance (e.g., await release date, research alternative, stay with current NDC)
- DoD Approval Comments
- TPharm5 POC
- TPharm5 COR

APPROVED CHANGES NOT COMPLETED
Request ID (Contractor specified)
Date Submitted to DoD
Dispensing Site (if multiple locations)
Generic Code Number (GCN)
GCN Sequence Number (GSN)
Type of Change
Current NDC
Current Medical Pricing Catalog Description
Current Manufacturer
Current NDC Brand/Generic Indicator
Current NDC Medical Pricing Catalog Hierarchy
Current Size
Current Contract Number
Current Medical Pricing Catalog Cost
Recommended NDC

Continued on page 5

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | | |
|---|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER Performance Report | | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

16. REMARKS *(Continued)*

Recommended Medical Pricing Catalog Description
Recommended Manufacturer
Recommended NDC Brand/Generic Indicator
Recommended NDC Medical Pricing Catalog Hierarchy
Recommended Size
Recommended Contract Number
Recommended Medical Pricing Catalog Cost
DEA Schedule
Estimated Annual Usage (units)
Actual Daily Usage (units)
Price Difference
Value Opportunity (Estimated Annual Usage * Price Difference)
DoD Approval Status
DoD Approval Date
Approval + 30 Days (date)
Contractor Last Date Reviewed
NPV Change Date
Contractor Estimated Change Date
Current Status
Reason for Delay
Contractor Comments
Unit pack (if package cannot be broken, indicate Y/N)

The report shall also include a MASTER record to include all line items from the aforementioned tabs, in order to provide a historical view of all NDCs offered and reviewed through the Annual Rebaseline or Continuous Monitoring processes. The MASTER record should allow a user to determine all offers, responses and their occurrence.

The report shall include:

- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Change log to include change type, description of change, date identified, originator of change, and revision date

DD FORM 1423-1, FEB 2001

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:58 PM
Envelope: 5194908
Reviewer: Carol M.

| CONTRACT DATA REQUIREMENTS LIST (1 Data Item) | | Form Approved OMB No. 0704-0188 |
|---|---|---|

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ Performance Report | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| W012 | Mail Order Backorder Report | Initial | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.6.1.18.1 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

| 16. REMARKS | |
|---|---|
| FIRST SUBMISSION: | By email to COR and all individuals designated by the Government |
|   Frequency: Weekly (Sun-Sat) | |
|   Reporting Period Start Date: Start of service delivery | |
|   Due Date: Wednesday after end of reporting period | |
| SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION | |
| | |
| PHI/PII: No | |
| FILE FORMAT: Microsoft Excel | |
| | |
| CONTENT DETAILS: | |
| The Contractor shall provide a cumulative log documenting all items at TMOP that have been placed on backorder status. | |
| | |
| The report must include, at a minimum, the following: | |
| Date added to log | |
| Date backorder resolved | |
| Drug Name | |
| GCN | |
| GCN Sequence Number | |
| Average Dispensing Quantity | |
| Estimated Annual Usage (units) (Per dispensing site) | |
| Number days on BO | |
| Contractor's Assigned POC (if multiple POC are involved) | |
| Reason for backorder (recall, national backorder, temporary backorder, etc.) | |
| NPV Comments (e.g., inventory on hand, get-well dates, etc.) | |
| Contractor's Comments | |
| Anticipated date for canceling prescription orders | |
| | |
| Using Commercial NDC (Y/N) | |
| Commercial NDC | |
| Commercial Drug Name | |
| Manufacture | |
| Brand or Generic | |
| Pkg Size | |
| Expected days of use of Commercial NDC | |

Continued on page 2

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Fakhrudin A Valibhai | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**

*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _Performance Report_ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

Potential supply:
Date available
Drug Name
GCN
GCN Sequence Number
NDC
Current Medical Pricing Catalog Hierarchy
Contract Number (Government contract number)
Manufacturer
Brand or Generic
Pkg Size
Sustainable Supply (Y/N)
Volume Available
Expected days of use of available inventory


Definitions Tab

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 2/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER Data Report | |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| W020 | MTF CHCS Data Integrity Report - High Dose & Invalid Provider | REV on 03/01/2023 | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.5.3.6 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES | | |
|---|---|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | Draft | Final Reg | Final Repro |

**16. REMARKS**

FIRST SUBMISSION
  Frequency: Weekly (Mon-Sun)
  Reporting Period Start Date: Start of service delivery
  Due Date: 1st business day following one week after end of reporting period
SUBSEQUENT SUBMISSION:  CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide reports of the paid claims that generated and retained a DUR for a high dose or invalid provider alert at the time of report generation. The date range will include 1 week (Mon-Sun), according to date processed. The Contractor shall run the report seven (7) calendar days after the close of the reporting period to allow time for claims to be corrected by the MTF.  The reports shall be broken out by MTF and sent to the contact at each MTF designated by the Government.  A master file shall also be provided to the DHA.   The Government reserves the right to make modifications to the report requirements after the first submission.

The reports shall have two subsets of claims.

1) For claims generating a high dose alert, due to incorrect quantity or incorrect days supply, the report shall include the following fields:
Branch of Service
TRICARE Region
Service Command
Site MTF
Pharmacy Name
Pharmacy NPI
Date Dispensed
Date Written
PDW Rx#
Drug Name
Drug Strength
Drug Dosage Form
NDC Drug Code

*Distribution column (right side):*
FTP Server provided by the government with notification to COR

Continued on page 2

| 15. TOTAL ➡ | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eric R Parsons | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

**DD FORM 1423-1, FEB 2001**          PREVIOUS EDITION MAY BE USED.          Page 1 of 2 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _____ Data Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

Metric Quantity
Day Supply
Alert Message
Notes from MTF to Contractor (blank for MTF to provide notes back to Contractor)

2) For claims generating an invalid provider alert, the report shall include the following fields:
Branch of Service
TRICARE Region
Service Command
Site MTF
Pharmacy Name
Pharmacy NPI
Date Dispensed
Date Written
PDW Rx #
Drug Name
Drug Strength
Drug Dosage Form
NDC Drug Code
Metric Quantity
Days Supply
Submitted Provider ID
DEA Class
Patient Last Name, First Initial
Reason Provider is Invalid
Notes from MTF to Contractor (blank for MTF to provide notes back to Contractor)
Correct Provider Identifier (blank for MTF to provide correct provider identifier back to Contractor)

The report shall include:

- Solutions tab to provide guidance to MTFs on corrective steps to take to resolve high dose or invalid provider issues
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

**DD FORM 1423-1, FEB 2001**

Page __2__ of __2__ Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:56 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER  Data Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE |
|---|---|---|
| W021 | MTF CHCS High Cost Claim Report | REV on 03/01/2023 |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE |
|---|---|---|
| | CTR C.5.3.5 | Pharm Ops |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | b. COPIES |
|---|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | | |

**14. DISTRIBUTION**

| a. ADDRESSEE | Draft | Final Reg | Final Repro |
|---|---|---|---|
| Submit through the DHA e-Commerce Extranet. (Per TOM C14) | | | |

**16. REMARKS**

FIRST SUBMISSION
  Frequency: Weekly (Mon-Sun)
  Reporting Period Start Date: Start of service delivery
  Due Date: 1st business day following one week after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide a report of MTF claims that exceed a cost threshold established by the Government, currently $2,000, at the time of report generation. The report shall exclude known high cost drugs identified by the Government. The date range will include 1 week (Mon-Sun), according to date processed. The Contractor shall run the report seven (7) calendar days after the close of the reporting period to allow time for claims to be corrected by the MTF. The reports shall be broken out by MTF and sent to the contact at each MTF designated by the Government. A master file shall also be provided to the DHA. The Government reserves the right to make modifications to the report requirements after the first submission.

Raw Data fields include:
Branch of Service
TRICARE Region
Service Command
Site MTF
Pharmacy Name
Pharmacy NPI
PDW Rx #
Drug Name
Drug Strength
Drug Dosage Form
NDC Drug Code
Date Dispensed
Quantity Dispensed

Continued on page 2

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eric R Parsons | 03/01/2023 | Henry J Gibbs | 03/01/2023 |

**DD FORM 1423-1, FEB 2001**     PREVIOUS EDITION MAY BE USED.     Page  1  of  3  Pages

17. PRICE GROUP

18. ESTIMATED TOTAL PRICE

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

# CONTRACT DATA REQUIREMENTS LIST
### *(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | Exhibit A | TDP _____ TM _____ OTHER _Data Report_____ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

Quantity Dispensed
Day Supply
Total Submitted Amount Due
Notes from MTF to Contractor (blank for MTF to provide notes back to Contractor)

The report shall include:
- Solutions tab to provide guidance to MTFs on corrective steps to take to resolve high cost claims
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

Department of Defense W021- MTF CHCS High Cost Claim Report

Reporting Period: mm/dd/yyyy-mm/dd/yyyy

| Branch of Service | TRICARE Region | Service Command | Site MTF | Pharmacy Name | Pharmacy NPI | PDW Rx# | Drug Name | Drug Strength | Drug Dosage Form | NDC Drug Code | Date Dispensed | Quantity Dispensed | Days Supply | Total Submitted Amount Due | Notes from MTF to Contractor |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | This is blank for MTF to populate |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:58 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

*Form Approved*
*OMB No. 0704-0188*

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | N/A | TDP _____ TM _____ OTHER _____ Data Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| W030 | MHS GENESIS Drug Reject Report | Initial | |

| 4. AUTHORITY *(Data Acquisition Document No.)* | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| | CTR C.5.4.10 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION |
|---|---|---|---|---|
| N/A | D | See Block 16 | See Block 16 | |

| 8. APP CODE | | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final Reg | Final Repro |
|---|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | | | |

| 14. DISTRIBUTION | b. COPIES |
|---|---|

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Weekly (Sun-Sat)
  Reporting Period Start Date: Start of service delivery
  Due Date: 1st business day after end of reporting period
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: Yes
FILE FORMAT: Microsoft Excel

CONTENT DETAILS:
The Contractor shall provide a weekly summary of data on all MHS GENESIS claims that trigger a reject, according to date processed. This report shall exclude any rejects due to system downtime. The Government reserves the right to make modifications to the report requirements after the first submission.

The report must include, at a minimum, the following:
Branch of Service
PDW Prescription Number
TRICARE Region
Service Command
Site MTF
Date Processed (date provider/pharmacy input RX to CHCS, or date of subsequent pharmacy edits or reversal)
Prescriber ID
Pharmacy NPI
Pharmacy Name
NDC Drug Code
Drug Name
Drug Strength
Drug Dosage Form
Quantity
Days Supply
New/Refill Code
Submitted Amount
HCFA_TRMC (term date) and/or OBSDTEC (obsolete date) [provide for Reject 77 only; all else, leave field blank]

Submit through the DHA e-Commerce Extranet.
(Per TOM C14)

Continued on page 2

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Eric R Parsons | 4/19/2021 | Henry J Gibbs | 4/19/2021 |

DD FORM 1423-1, FEB 2001     PREVIOUS EDITION MAY BE USED.     Page 1 of 2 Pages

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

## CONTRACT DATA REQUIREMENTS LIST
*(1 Data Item)*

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: |
|---|---|---|
| | | TDP _____ TM _____ OTHER _Data Report_ |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | | |

**16. REMARKS** *(Continued)*

Legend/OTC indicator
Reject Code 1
Reject Description 1
Reject Code 2
Reject Description 2
Reject Code 3
Reject Description Code 3

The report shall include:
- Description and intention of report, including the methodology and assumptions utilized to generate the report
- Definitions tab
- Reporting period
- Date report generated

**DD FORM 1423-1, FEB 2001**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:58 PM
Envelope: 5194908
Reviewer: Carol M.

**CONTRACT DATA REQUIREMENTS LIST**
*(1 Data Item)*

Form Approved
OMB No. 0704-0188

The public reporting burden for this collection of information is estimated to average 110 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing the burden, to the Department of Defense, Executive Services and Communications Directorate (0704-0188). Respondents should be aware that notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information if it does not display a currently valid OMB control number. **Please do not return your form to the above organization. Send completed form to the Government Issuing Contracting Officer for the Contract/PR No. listed in Block E.**

| A. CONTRACT LINE ITEM NO. | B. EXHIBIT | C. CATEGORY: | |
|---|---|---|---|
| | N/A | TDP_____TM_____OTHER ____ | Performance Report |

| D. SYSTEM/ITEM | E. CONTRACT/PR NO. | F. CONTRACTOR |
|---|---|---|
| TRICARE Pharmacy Program | HT940221C0007 | Express Scripts, Inc (ESI) |

| 1. DATA ITEM NO. | 2. TITLE OF DATA ITEM | 3. SUBTITLE | 17. PRICE GROUP |
|---|---|---|---|
| W040 | Operations Issue Log | REV on 2/16/2022 | |

| 4. AUTHORITY (Data Acquisition Document No.) | 5. CONTRACT REFERENCE | 6. REQUIRING OFFICE | 18. ESTIMATED TOTAL PRICE |
|---|---|---|---|
| N/A | CTR C.14.3 | Pharm Ops | |

| 7. DD 250 REQ | 9. DIST STATEMENT REQUIRED | 10. FREQUENCY | 12. DATE OF FIRST SUBMISSION | 14. DISTRIBUTION | | |
|---|---|---|---|---|---|---|
| N/A | | See Block 16 | See Block 16 | | b. COPIES | |
| 8. APP CODE | D | 11. AS OF DATE | 13. DATE OF SUBSEQUENT SUBMISSION | a. ADDRESSEE | Draft | Final |
| N/A | | See Block 16 | See Block 16 | | | Reg / Repro |

**16. REMARKS**

FIRST SUBMISSION:
  Frequency: Weekly
  Reporting Period Start Date: Start of Service Delivery
  Due Date: 2 business days prior to scheduled operations meeting
SUBSEQUENT SUBMISSION: CONTINUE FROM FIRST SUBMISSION

PHI/PII: No
FILE FORMAT: Mutually agreed upon by government and the contractor.

CONTENT DETAILS: The contractor shall keep a log of operational issues that the contractor and/or the government are working to resolve. The purpose of the log is to track all issues requiring monitoring, provide the current status, identify actions taken or planned to resolve the issue and the expected schedule for performing these actions, and document the time period between identification and resolution.

At a minimum, the report shall include:
- Item description
- Date opened
- Updates on each issue, with the date each update was provided
- Contractor POC
- Government POC (as necessary)

Distribution addressee column:
By email to all individuals designated by the government or participants in scheduled operations meetings

| 15. TOTAL | 0 | 0 | 0 |
|---|---|---|---|

| G. PREPARED BY | H. DATE | I. APPROVED BY | J. DATE |
|---|---|---|---|
| Melissa J Yates | 2/16/2022 | Henry J Gibbs | 2/16/2022 |

**DD FORM 1423-1, FEB 2001**   PREVIOUS EDITION MAY BE USED

STATE OF RHODE ISLAND                    SUPERIOR COURT
PROVIDENCE, SC

---

STATE OF RHODE ISLAND, by and through
PETER F. NERONHA, ATTORNEY GENERAL

*Plaintiff,*

v.

CAREMARKPCS HEALTH, L.L.C., ZINC
HEALTH SERVICES, LLC, EXPRESS
SCRIPTS, INC., ASCENT HEALTH SERVICES
LLC, OPTUMRX, INC., and
EMISAR PHARMA SERVICES LLC

*Defendants.*

---

C.A. No. PC-2025-02760

## NOTICE OF FILING OF NOTICE OF
## <u>REMOVAL TO UNITED STATES DISTRICT COURT</u>

Defendant Express Scripts, Inc. ("Express Scripts") hereby gives notice to the Court that

on June 27, 2025, Express Scripts removed the above-captioned lawsuit to the United States

District Court for the District of Rhode Island.  A copy of the Notice of Removal filed with the

United States District Court for the District of Rhode Island is attached hereto as **Exhibit A**.

Dated: June 27, 2025

> */s/ Nicole J. Benjamin*
> NICOLE J. BENJAMIN (#7540)
> nbenjamin@apslaw.com
> JOHN A. TARANTINO (#2586)
> jtarantino@apslaw.com
> ADLER POLLOCK & SHEEHAN P.C.
> 100 Westminster Street, 16th Floor
> Providence, RI  02903
> Tel:  401-274-7200
> Fax:  401-751-0604
>
> *Counsel for Defendants Express Scripts, Inc.*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:30 PM
Envelope: 5194908
Reviewer: Carol M.

1:25-CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1379 of 1762 PageID #: 3008

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on June 27, 2025:

X  I electronically filed and served this document through the electronic filing system on the following parties:

Sarah W. Rice
Dorothea R. Lindquist
Jordan Broadbent
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400
srice@riag.ri.gov
dlindquist@riag.ri.gov
jbroadbent@riag.ri.gov

Robert J. McConnell
Michael G. Rousseau
MOTLEY RICE LLC
48 Westminster St., 5th Floor
Providence, RI 02903
Tel. (401) 457-7700
Fax. (401) 457-7708
bmcconnell@motleyrice.com
mrousseau@motleyrice.com

The document electronically filed and served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

/s/ Nicole J. Benjamin

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

Case 1:23-cv-00308-MRD-PAS    Document 6    Filed 07/01/25    Page 1380 of 1762 PageID #: 3009

# EXHIBIT 1

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| STATE OF RHODE ISLAND, by and through PETER F. NERONHA, ATTORNEY GENERAL,<br><br>*Plaintiff,*<br><br>v.<br><br>CAREMARKPCS HEALTH, L.L.C., *et al.*,<br><br>*Defendants.* | CIVIL NO.: 25-cv-00306 |

## DEFENDANT CAREMARKPCS HEALTH, L.L.C.'S SUPPLEMENTAL NOTICE OF REMOVAL

Pursuant to and in accordance with 28 U.S.C. §§ 1442(a) and 1446, through the undersigned counsel, Defendant CaremarkPCS Health, L.L.C. ("Caremark") submits the following supplemental notice of removal of *State of Rhode Island, by and through Peter F. Neronha, Attorney General v. CaremarkPCS Health, L.L.C., et al*., (Case No: PC-2025-2760), which was removed from the Providence/Bristol County Superior Court to the United States District Court for the District of Rhode Island earlier today. ECF No. 1. A true and correct copy of the Complaint with all relevant service papers is attached as Exhibit A.

## INTRODUCTION

1.      The Complaint takes aim at well-known, industry-standard arrangements between manufacturers of pharmaceutical drugs, pharmacy benefit managers ("PBMs"), and health plan sponsors.

2.      PBMs perform a range of services for their health-plan-sponsor clients, from negotiating the price of drugs to administering claims. In this action, the State asserts that the

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

Case 1:25-cv-00306-PAS    Document 2    Filed 06/27/25    Page 2 of 9 PageID #: 1375
#: 3011

rebates PBMs negotiate with manufacturers are not legitimate terms negotiated at arm's length, but "secret," "undisclosed" payments, made to benefit PBMs, that lead to drastic increases in the prices of various medications. Compl. ¶¶ 32, 139. Based on those allegations, the State asks the Court both to impose a monetary award and to stop PBMs from negotiating rebates with manufacturers to obtain rebates that pass through to their clients.

3.        The State's sweeping allegations challenge conduct that Caremark—a PBM—carries out under a federal officer. Caremark, like other PBMs, negotiates with drug manufacturers to obtain rebates for its health-plan clients. Some of those clients are private health plans; others are governed by the Federal Employees Health Benefits Act ("FEHBA"), a federal statute. Federal regulators explicitly authorize PBMs to negotiate rebates for these "FEHBA carriers" and contractually require PBMs to pass all rebates they receive onto their FEHBA carrier clients.

4.        Caremark conducts rebate negotiations simultaneously to enter into rebate agreements applicable to a large swath of clients, including FEHBA plans. But the insulin rebates that Caremark negotiates were not exclusive to FEHBA plans; rather, insulin rebate negotiations that involve FEHBA plans involve non-FEHBA plans as well. The State's challenge to Caremark's conduct in rebate negotiations, therefore, is necessarily a challenge to conduct under a federal officer. That challenge is expressly preempted by FEHBA itself. *See* 5 U.S.C. § 8902(m)(1). Caremark is entitled, under the federal officer removal statute, to litigate that defense in federal court. *See* 28 U.S.C. § 1442(a)(1).

5.        The State alleges a sprawling, industrywide scheme involving drug manufacturers ("Manufacturers"), three pharmacy benefit managers, CVS Caremark, Express Scripts, Inc., and OptumRx, Inc (the "PBM Defendants"), and certain group purchasing

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

organizations, Zinc Health Services, Ascent Health Services, and Emisar Pharma Services, respectively (the "GPO Defendants" or "GPOs").  *See, e.g.*, Compl. ¶ 1.

6.        PBMs contract with health plan sponsors, such as public and private employers, to administer prescription drug benefits.  *Id.* ¶ 31.  Among other things, PBMs develop lists of drugs called "formularies," which health-plan clients can adopt to determine whether and to what extent those clients cover the cost of certain medications for their members.  *Id.* ¶¶ 7, 34-36. Although PBMs develop formulary products they offer to clients, their clients decide whether to accept, reject, or customize an offered formulary and set the coverage that applies to their members.  *See id.* ¶¶ 57, 84.

7.        PBMs play an important role managing the out-of-pocket cost of pharmaceutical drugs for their health-plan clients.  PBMs negotiate with pharmaceutical manufacturers to obtain rebates that help offset the cost of pharmaceutical drugs.  *See, e.g.*, *id.* ¶ 36.  Those rebates flow back to the PBMs' clients under their client-negotiated contracts, lowering the clients' net drug costs.  *Id.* ¶ 38.

8.        Rebate negotiations are a key component of the provision of pharmacy benefit services.  Although some health plans, such as those operated by certain states, directly negotiate with manufacturers, most health plans hire PBMs to engage in such negotiations.

9.        Accordingly, federal regulators expressly contemplate that PBMs will engage in such negotiations to obtain rebates for their clients, including clients that provide benefits to federal employees who receive insurance under the FEHBA.  FEHBA "establishes a comprehensive program of health insurance for federal employees."  *Coventry Health Care, Inc. v. Nevils*, 581 U.S. 87, 91 (2017) (citation omitted).  FEHBA "assigns to [the United States Office of Personnel Management ("OPM")] broad administrative and rulemaking authority over the

3

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

program," *id.* (citing 5 U.S.C. §§ 8901-8913), and authorizes OPM to contract with private carriers for federal employees' health insurance, 5 U.S.C. § 8902(a).

10.     OPM requires that participating health insurance plans include prescription drug coverage, but permits FEHBA carriers to contract with PBMs and delegate certain responsibilities to them.  OPM expressly contemplates that contracts between PBMs and FEHBA carriers will include "Manufacturer Payments," which it defines broadly to mean "any and all compensation, financial benefits, or remuneration the PBM receives from a pharmaceutical manufacturer, including but not limited to, discounts; credits; rebates, regardless of how categorized; market share incentives, chargebacks, commissions, and administrative or management fees" as well as "any fees received for sales of utilization data to a pharmaceutical manufacturer."  Off. of Personnel Mgmt., *Federal Employees Health Benefits Program Standard Contract for Experience-Rated Health Maintenance Organization Carriers*, at I-18 (2019) ("FEHB Standard Experience-Rated HMO Contract") (Exhibit B).[1]  With respect to these payments, OPM imposes various requirements on FEHBA carriers and PBMs:

> a.   OPM contractually requires FEHBA carriers to include in contracts with PBMs provisions that require the PBM to provide quarterly and annual reports regarding "Manufacturer Payments" that are negotiated or collected from drug manufacturers, including payments "in return for formulary placement and/or access."   Exh. B, FEHB Standard Experience-Rated HMO Contract, at I-19.

---

[1] The FEHBA Standard Contract was previously publicly available on OPM's website at https://www.opm.gov/healthcare-insurance/carriers/fehb/#url=Application.

      b.  OPM contractually requires FEHBA carriers to include in contracts with PBMs provisions that specifically control how PBMs must incorporate rebates into reported pricing: "The PBM agrees to provide pass-through transparent pricing based on the PBM's cost for drugs (as described below) in which the Carrier receives the value of the PBM's negotiated discounts, rebates, credits or other financial benefits." *Id.* at I-18.

      c.  OPM contractually requires FEHBA carriers to include in contracts with PBMs a provision by which "[t]he PBM, or any other entity that negotiates and collects Manufacturer Payments allocable to the Carrier agrees to credit to the Carrier either as a price reduction or by cash refund the value [of] all Manufacturer Payments properly allocated to the Carrier." *Id.* at I-18.

11.      Pursuant to OPM's directives, the contracts between Caremark and its FEHBA clients mandate pass-through transparent pricing. These provisions ensure that FEHBA clients receive the value of Caremark's negotiated rebates and other manufacturer payments. Subject to these requirements, rebate amounts negotiated by PBMs and credited to the FEHBA carrier reduce the amounts paid for medicine by the federal government in connection with FEHBA benefits.

12.      FEHBA carriers must also agree to contractual provisions that enable OPM to exercise direct oversight of certain PBM activities, including with respect to Manufacturer Payments:

      a.  OPM contractually requires FEHBA carriers to include in contracts with PBMs provisions that specifically require PBMs to provide to OPM upon

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

request "[a]ll PBM contracts with Pharmaceutical Manufacturers." Exh. B, FEHB Standard Experience-Rated HMO Contract, at I-19.

   b. OPM is contractually entitled to "review and receive any information and/or documents the Carrier receives from the PBM, including a copy of its contract with the PBM." *Id.* at I-19.

13.     Caremark has contracts with FEHBA carriers pursuant to which Caremark provides delegated PBM services, including with regard to formularies and Manufacturer Payments. Under these contracts, PBMs may also be subject to audits by the OPM Inspector General Office of Audits ("OIG"). OIG has exercised its authority to audit Caremark's performance of PBM services on behalf of FEHBA clients, including auditing Caremark's practices regarding Manufacturer Payments.

14.     Rebate agreements between PBMs and manufacturers ("Rebate Agreements") are structured to cover a range of different clients and different formulary possibilities, including standard and custom formularies. Caremark does not negotiate a separate contract for each of its clients with each manufacturer. To the contrary, for most of the time period referenced in the Complaint, the same manufacturer-PBM contracts that governed rebates paid by insulin Manufacturers in connection with FEHBA plans also governed rebates paid in connection with non-FEHBA plans.

15.     Caremark's FEHBA clients expect and desire that Caremark can and will obtain competitive rebates to offset the costs of pharmaceutical drugs. Such FEHBA clients would not contract with a PBM that was unable or unwilling to obtain discounts in the form of Manufacturer Payments, like rebates.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

Case 1:25-cv-00300-JJM-PAS   Document 2   Filed 06/27/25   Page 7 of 191 PageID #: 3016

16.     The rebates that Caremark passes through to FEHBA clients ultimately reduce the cost of federal employee healthcare incurred by the government and/or employees.

## THE STATE'S ALLEGATIONS

17.     The State's allegations challenge and seek to enjoin core business practices by which Caremark and other PBMs reduce drug costs for their clients.  The Complaint alleges that the PBMs' negotiations with Manufacturers are not hard-fought, arm's-length transactions, but a conspiracy to raise the price of prescription drugs.  It also alleges that the PBMs give incentives to Manufacturers to inflate the list prices of their prescription drugs, and that rebate payments are covertly made in exchange for inclusion on formularies.  *E.g.*, Compl. ¶¶ 8, 78-81, 179-80.

18.     Thus, the Complaint alleges an "unfair and deceptive scheme" in which Manufacturers raise the price of prescription drugs to increase the size of the rebates flowing back to the PBMs and their GPOs in exchange for preferred formulary placement.  *Id.* ¶¶ 1-12.  The State alleges that the PBMs have made "false" and "deceptive" representations "that its role is to 'keep prescription drugs affordable,'" and that PBMs instead "drive up prices and their own profits."  *Id.* ¶¶ 69, 134.  The Complaint further alleges that the PBMs "indirectly control list prices . . . to maintain their revenue and profit margins" and are thus responsible for any higher costs.  *Id.* ¶ 121.

19.     The State's claims in this case broadly challenge core services that Caremark offers to provide to all of its clients and for all pharmaceutical products, including those governed by FEHBA contracts.  The State alleges that PBMs' negotiated rebates are not the subject of genuine negotiations but are instead "quid pro quo" payments for formulary inclusion; that PBM negotiations have created "artificially inflated WAC prices"; and that PBM-client contracts are a way to "control list prices."  *Id.* ¶¶ 122, 179, 244.  And the State complains about the PBMs' work "negotiat[ing] and contract[ing] with the Manufacturer Defendants," and the usage of GPOs

7

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

"to conduct [PBMs] formulary and rebate negotiations and collect rebates and other fees from manufacturers."  *Id.* ¶¶ 36, 43.

20.       The relief the State seeks—including injunctive relief, restitution, disgorgement, civil penalties, and attorneys' fees, *id.* at 82-83—would impair (if not eliminate) Caremark's ability to deliver those services to clients, including FEHBA carriers.

21.       As more fully explained below, Caremark raises colorable federal defenses to the State's claims, permitting removal under 28 U.S.C. § 1442(a)(1).

## PROCEDURAL HISTORY

22.       On May 27, 2025, the State filed its Complaint in the Providence/Bristol County Superior Court.  *See* Exhibit A.

23.       On May 29, 2025, Caremark received service of the Complaint.  *See* Exhibit A.

24.       The State brings this action against two categories of defendants: the "PBM Defendants" and the "GPO Defendants."  Compl. ¶ 1.

- The State alleges that the "PBM Defendants" are CaremarkPCS Health, L.L.C.; Express Scripts, Inc., and OptumRx, Inc.  *Id.*

- The State alleges that the "GPO Defendants" are Zinc Health Services LLC; Ascent Health Services, LLC; and Emisar Pharma Services LLC.  *Id.* at 1.

## VENUE

25.       Venue is proper in this Court under 28 U.S.C. § 1442(a) because this Court sits in the federal judicial district embracing the Providence/Bristol County Superior Court, the court from which removal is sought.  *See* 28 U.S.C. § 1446(a); 28 U.S.C. § 120.

## STANDARD OF REVIEW

26.       A notice of removal must contain only "a short and plain statement of the grounds for removal."  *Dart Cherokee Basin Operating Co. v. Owens*, 574 U.S. 81, 87 (2014) (quoting

28 U.S.C. § 1446(a)); *see also id.* ("By design, § 1446(a) tracks the general pleading requirement stated in Rule 8(a) of the Federal Rules of Civil Procedure.").

## GROUNDS FOR REMOVAL

27.     The federal-officer-removal statute permits any person "acting under" a federal officer who is sued "for or relating to any act under color of such office" to remove a case to federal court. 28 U.S.C. § 1442(a)(1). The Supreme Court has "rejected a 'narrow, grudging interpretation' of the [federal-officer-removal] statute." *Jefferson County v. Acker*, 527 U.S. 423, 431 (1999) (quoting *Willingham v. Morgan*, 395 U.S. 402, 407 (1969)); *see also See Gov't of Puerto Rico v. Express Scripts, Inc.*, 119 F.4th 174, 184-85 (1st Cir. 2024).

28.     To remove under section 1442 in this Circuit, a party who, like Caremark, is not an actual federal officer or agency must show that (1) it acted under the direction of a federal officer, (2) the claim has a connection or association with government-directed conduct, and (3) it has a colorable federal defense to the States' claims. *See Puerto Rico*, 119 F.4th at 185. Caremark satisfies all three elements here.

### A.     Caremark Acted Under the Direction of a Federal Agency.

29.     "The words 'acting under' are broad," and the Supreme Court "has made clear that the statute must be 'liberally construed.'" *Puerto Rico*, 119 F.4th at 185 (quoting *Watson v. Philip Morris Cos.*, 551 U.S. 142, 147 (2007)). A private firm acts under the direction of a federal officer when it "engages in an effort to assist, or to help carry out, the duties or tasks of the federal superior." *Id.*

30.     Caremark plainly satisfies this requirement, as the First Circuit has already found. *Id.* at 190. "FEHBA establishes a comprehensive health insurance program for federal employees and gives OPM administrative authority over that program." *West Virginia ex rel. Hunt v. CaremarkPCS Health, L.L.C.*, No. 24-1924, 2025 WL 1657873, at *5 (4th Cir. June 12, 2025)

9

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

Case 1:23-cv-00630-RD-PAS Document 2 Filed 06/27/25 Page 19 of 19 PageID #: 3019

(citing *Coventry*, 581 U.S. at 91). FEHBA "assigns to OPM broad administrative and rulemaking authority over the program," *id.* (citing 5 U.S.C. §§ 8901-13), and authorizes OPM to contract with private carriers for federal employees' health insurance, 5 U.S.C. § 8902(a). As set out above, Caremark administers health benefits for federal employees pursuant to contracts with FEHBA carriers.[2] This is a "classic case" of a "private corporation act[ing] under a federal officer." *In re Insulin Pricing Litig.*, No. 23-md-03080 (BRM) (RLS), 2025 WL 1576940, at *10 (D.N.J. June 4, 2025). OPM oversees that administration, determining everything from how Caremark must define, report, and identify Manufacturer Payments; to how it must incorporate rebates into reported pricing; to the percentage of rebates it must pass on to federal clients (requiring 100% pass through); to the information it must provide to OPM upon request. *Supra* ¶¶ 8-11. In carrying out its duties pursuant to FEHBA carrier contracts, Caremark therefore acts "under OPM's authority," since "OPM dictates several contractual provisions that Caremark must adhere to in entering these rebate agreements." *Puerto Rico*, 119 F.4th at 190; *see also St. Charles Surgical Hosp., L.L.C. v. La. Health Serv. & Indem. Co.*, 935 F.3d 352, 356 (5th Cir. 2019).

31.      The First and Fourth Circuits have held that Caremark acts under the direction of OPM both because "OPM dictates several contractual provisions that Caremark must adhere to" in its rebating practices and because "OPM exercised detailed supervision and monitoring over Caremark's provision of PBM services to FEHBA carriers." *Puerto Rico*, 119 F.4th at 190; *West Virginia*, 2025 WL 1657873, at *5. Further, "PBMs provide pharmacy benefit management services to the government that the government would otherwise have to provide

---

[2] Caremark's FEHBA carrier clients include the Blue Cross and Blue Shield Federal Employee Program ("FEP"), the Government Employees Health Association ("GEHA"), the National Association of Letter Carriers ("NALC"), and the Mail Handlers Benefit Plan ("MHBP").

for itself." *Mississippi v. Optum, Inc., et al.*, 24-CV-718-KHJ-MTP, 2025 WL 1622390, at *9

(S.D. Miss. June 9, 2025); *see In re Insulin Pricing Litig.*, 2025 WL 1576940, at *10.

32.        The Fifth, Eighth, Ninth, and Eleventh Circuits similarly have held that FEHBA

carriers meet the requirements of section 1442 in their capacity as "administrator[s] of health care

benefits for federal employees."   *St. Charles*, 935 F.3d at 356; *Goncalves ex rel. Goncalves v.*

*Rady Childs. Hosp. San Diego*, 865 F.3d 1237, 1247 (9th Cir. 2017); *Jacks v. Meridian Res. Co.*,

701 F.3d 1224, 1233-34 (8th Cir. 2012), *abrogated on other grounds by BP P.L.C. v. Mayor and*

*City Council of Balt.*, 141 S. Ct. 1532 (2021); *Anesthesiology Assocs. of Tallahassee v. Blue Cross*

*Blue Shield of Fla., Inc.*, 2005 WL 6717869, at *2 (11th Cir. Mar. 18, 2005).   By performing

PBM services on behalf of FEHBA carriers, Caremark likewise helps administer federal benefits

on behalf of federal employers under OPM's direction.   Indeed, OPM explicitly "contemplated"

that FEHBA carriers would utilize PBMs and further "made [PBMs] directly accountable to the

federal government." *Cnty. Bd. of Arlington Cnty., Va. v. Express Scripts Pharmacy*, 996 F.3d

243, 253 (4th Cir. 2021) (holding that PBM subcontractor "acted under" direction of federal

officer); *see Cal. Spine & Neurosurgery Inst. v. Nat'l Ass'n of Letter Carriers Health Benefit*

*Plan*, 548 F. Supp. 3d 934, 941-42 (N.D. Cal. 2021).   Accordingly, Caremark satisfies this

requirement.

**B.**      **Caremark's Alleged Conduct Was Done "for or relating to" a Federal Officer**
            **or Agency.**

33.        In 2011, Congress amended § 1442(a)(1) to lower the causal connection bar.  The

statute's low hurdle requires that a suit be "for or relating to any act under color of federal office."

28 U.S.C. § 1442(a)(1) (2011) (emphasis added).  This means a defendant need only show that

the charged conduct has "association with or connection with" government-directed conduct."

*Puerto Rico*, 119 F.4th at 186; *see also, e.g.*, *Latiolais v. Huntington Ingalls, Inc.*, 951 F.3d 286,

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

Case 1:25-cv-00303-RD-PAS   Document 2   Filed 06/30/25   Page 192 of 176   PageID #: 3021

296 (5th Cir. 2020).  The rebates that the State challenges fall within OPM's definition of "Manufacturer Payments."  *See supra* ¶ 10.

34.      The State categorically challenges Caremark's rebate contracts, as well as its rebate negotiations and receipt of Manufacturer Payments.  *See, e.g.*, Compl. ¶¶ 6, 12, 31, 36, 40, 47, 49, 57, 76, 84, 121, 139, 181-83, 245.  But Caremark's negotiations and contracts with Manufacturers for insulin rebates were not unique to FEHBA, and for most of the time period at issue, the insulin manufacturer contracts that dictated rebates for FEHBA and non-FEHBA plans were the same contracts.  Accordingly, a key component of the conduct that the State challenges is indivisible as between Caremark's FEHBA clients and its other clients.

35.      Additionally, because the State complains about industrywide negotiation and rebating practices, and alleges price increases impacting industrywide prescription drug sales, the charged conduct relates to acts made under a federal directive.  And because the sales in Rhode Island necessarily include sales under FEHBA contracts, the charged conduct relates to acts made under a federal directive.  As explained above, Caremark's practices with regard to formularies and Manufacturer Payments in connection with FEHBA plans are subject to a range of contractual requirements imposed by OPM, including the requirement that Manufacturer Payments allocable to the carrier be credited against amounts paid by the federal government in connection with FEHBA benefits.

36.      The State challenges the legality of contracts whose terms, as noted, are governed by federal law.  *E.g.*, Compl. ¶¶ 31, 34-42, 57.  But as explained, Caremark does not negotiate Rebate Agreements on a client-by-client basis, and many agreements about which the State complains govern the rebates available to both FEHBA and non-FEHBA clients alike.  *See supra* at ¶ 14.  The State's challenge to these contracts, then, is a direct challenge to Caremark's federal

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

Case 1:25-cv-00303-JJM-PAS Document 2 Filed 06/27/25 Page 13 of 19 PageID #: 3022

conduct. *See In re Insulin Pricing Litig.*, 2025 WL 1576940, at *12. The State could not possibly sever Caremark's conduct negotiating rebates for FEHBA carriers from other conduct that the State alleges harms it.

37. The State also alleges that PBMs' negotiation tactics have led to Manufacturers' increasing list prices. *See, e.g.*, Compl. ¶ 121. But the "list price" published by a wholesaler does not vary by pharmacy, PBM, or by PBM client. While wholesalers, pharmacies, and PBMs may negotiate different discounts or rebates that are calculated based on the published list price, the list price itself is singular as to each drug at any given time. The conduct that the State alleges improperly increased the "list price," therefore, was conduct applicable to both federal and non-federal clients. And "if Caremark were liable for negotiating rebates on behalf of private clients, it would necessarily also be liable for negotiating rebates on behalf of the federal government—because it is the same negotiation." *West Virginia*, 2025 WL 1657873, at *7 (quoting *California*, 2024 WL 3770326, at *2 (Ikuta, J., concurring)).

## C. Caremark Has Colorable Federal Defenses.

38. For federal-officer removal purposes, a defense need only be colorable. *Puerto Rico*, 119 F.4th at 186; *see also, e.g.*, *DeFiore v. SOC LLC*, 85 F.4th 546, 558 (9th Cir. 2023). "A federal defense is colorable unless it is immaterial and made solely for the purpose of obtaining jurisdiction or wholly insubstantial and frivolous." *Puerto Rico*, 119 F.4th at 186 (quoting *Moore v. Elec. Boat Corp.*, 25 F.4th 30, 37 (1st Cir. 2022)) (cleaned up).

39. Here, Caremark has colorable preemption defenses.

40. FEHBA provides that "[t]he terms of any contract under this chapter which relate to the nature, provision, or extent of coverage or benefits (including payments with respect to benefits) shall supersede and preempt any State or local law, or any regulation issued thereunder, which relates to health insurance or plans." 5 U.S.C. § 8902(m)(1). As explained above,

13

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

Case 1:23-cv-00630-JJM-PAS Document 2 Filed 06/30/25 Page 19 of 13791762 PageID #: 3023

contracts with OPM contain terms that govern the PBMs' obligations as they relate to formularies and rebates. Multiple circuits have held that these Caremark's express preemption defense passes the "colorable" test. *See Puerto Rico*, 119 F.4th at 190; *West Virginia*, 2025 WL 1657873, at *6; *see also In re Insulin Pricing Litig.*, 2025 WL 1576940, at *14.

41.      Here, the State challenges precisely what the contractual terms imposed by OPM authorize: PBMs' negotiating for and collecting rebates. Compl. ¶¶ 6, 12, 31, 36, 40, 47, 49, 57, 76, 84, 121, 139, 181-83, 245. And, as explained, the contractual terms imposed by OPM require PBMs to disclose Manufacturer Payments as reductions to the costs associated with prescription drugs, including insulin. The State's claims in this case fundamentally challenge whether PBMs may make any representation that Manufacturer Payments reduce payors' costs. *See, e.g.*, *id.* ¶¶ 5, 67, 223 (alleging that PBMs' statements that rebates lower costs are deceptive).

42.      As explained above, the contractual terms imposed by OPM authorize Manufacturer Payments in connection with formulary placement and/or access. The State's claims in this case fundamentally challenge the propriety of formularies developed by PBMs, and whether PBMs are permitted to consider Manufacturer Payments in connection therewith. *Id.* ¶ 179 (alleging that rebates are quid pro quo payments in exchange for formulary inclusion on the PBMs' standard offerings); *id.* ¶ 244 (PBMs "incentivize[] drug manufacturers to compete for formulary placement by inflating WAC prices to counteract high rebates and other fees and deters drug manufacturers from lowering the artificially inflated WAC prices.").

43.      Further, the State seeks to enjoin PBMs from negotiating contracts containing authorized rebates or agreeing to formulary placement. Compl. at 82. The State's requested injunctive relief would therefore interfere with Caremark's obligations to comply with its

responsibilities to OPM pursuant to FEHBA contracts. *See In re Insulin Pricing Litig.*, 2025 WL 1576940, at *14.

## SUPPLEMENTAL JURISDICTION

44. Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over the claims asserted by the State regarding all non-FEHBA beneficiaries against Defendants. The State's claims regarding all non-FEHBA beneficiaries against Defendants are "other claims that are so related to" its claims regarding FEHBA that "they form part of the same case or controversy." 28 U.S.C. § 1367(a). At bottom, the State alleges that Manufacturers "increase[] prices" in exchange for "quid pro quo rebates and other fees to Defendants to gain access to their formularies." *See* Compl. ¶ 179. Accordingly, the Court should exercise supplemental jurisdiction over the entire Action.

## ALL OTHER REMOVAL REQUIREMENTS ARE SATISFIED

### A. The Supplemental Notice of Removal Is Timely.

45. This Supplemental Notice of Removal is timely. *See Murphy Bros., Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 347-48 (1999).

### B. Consent Is Not Required.

46. The federal-officer-removal statute does not require other Defendants to consent to removal. *See In re Methyl Tertiary Butyl Ether ("MTBE") Prods. Liab. Litig.*, 488 F.3d 112, 134 (2d Cir. 2007) (explaining that removal under the federal officer statute does not "require[] the consent of all defendants"). Indeed, "[i]t is the settled rule that removal under 28 U.S.C. § 1442 can be effected by any defendant in an action, with or without the consent of co-defendants." *Fernandez v. Tyson Foods, Inc.*, 509 F. Supp. 3d 1064, 1068 n.1 (N.D. Iowa 2020) (citation omitted).

### C.     Written Notice of Removal.

47.        Caremark files with this Supplemental Notice of Removal a copy of all process, pleadings, and orders served on it.  *See* Exhibit A.

48.        Contemporaneously herewith, Caremark is filing with the Clerk of the Rhode Island Superior Court, Providence County, this Supplemental Notice of Removal.  Caremark also is providing written notice of this Notice of Supplemental Removal to the State, through its attorneys of record.

49.        Pursuant to the Local Rule Cv 81(a), within fourteen days after filing this Notice of Removal, Caremark will do what is necessary to enable the Clerk of the Rhode Island Superior Court, Providence County to assemble and electronically transmit a certified copy of the docket sheet and all documents filed in the case.

### D.     Non-Waiver of Defenses.

50.        By filing this Supplemental Notice of Removal, Caremark reserves and does not waive any procedural or substantive defense available to it, including, without limitation, lack of subject-matter jurisdiction of the state court, lack of personal jurisdiction, improper venue, insufficient process, insufficient service of process, and failure to state a claim upon which relief can be granted.  *See* 5C FED. PRAC. & PROC. CIV. § 1395 (3d ed.) ("A party who removes an action from a state to a federal court does not thereby waive any of his or her Federal Rule 12(b) defenses or objections. . . . [I]nasmuch as the jurisdiction of a removed action essentially is derivative, any defect in jurisdiction or process present in the state suit may be asserted in the district court following removal." (footnotes omitted)); *Freeman v. Bee Mach. Co.*, 319 U.S. 448, 449 (1943) ("[W]here a state court lacks jurisdiction of the subject matter or of the parties, the federal District Court acquires none on a removal of the case. That is true even where the federal court would have jurisdiction if the suit were brought there." (citations omitted)); *PT United Can*

16

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

*Ltd. v. Crown Cork & Seal Co.*, 138 F.3d 65, 72 (2d Cir. 1998) ("A party who removes an action from state to federal court does not, in so doing, waive the defense of improper venue as to the underlying state court action."); *Garden Homes, Inc. v. Mason*, 238 F.2d 651, 653 (1st Cir. 1956) ("Effective service is, of course, the keystone to a court's personal jurisdiction over the defendant, and it is clear that this defense is not waived upon removal of an action from the state court to a federal court." (citations omitted)); *Moss v. Atl. Coast Line R. Co.*, 157 F.2d 1005, 1006 (2d Cir. 1946) ("[A] defendant is not precluded from having the suit dismissed because its motion to remove was in any sense the waiver of a right, for it has waived nothing by taking that action.").

WHEREFORE, Defendant CaremarkPCS Health, L.L.C. removes this Action to this Court for further proceedings according to law.

DATED:  June 27, 2025.

Respectfully submitted,

CAREMARKPCS HEALTH, L.L.C.

By: /s/ *Rebecca Briggs*

Rebecca Briggs (#8114)
HINCKLEY, ALLEN & SNYDER LLP
100 Westminster Street, Suite 1500
Providence, RI 02903
Tel:  (401) 274-2000
Fax:  (401) 277-9600
rbriggs@hinckleyallen.com

and

Enu Mainigi (*pro hac* vice forthcoming)
Craig D. Singer (*pro hac vice* forthcoming)
R. Kennon Poteat III (*pro hac vice* forthcoming)
A. Joshua Podoll (*pro hac vice* forthcoming)
Daniel Dockery (*pro hac vice* forthcoming)

WILLIAMS AND CONNOLLY LLP

17

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

Case 1:25-cv-00306-JJM-PAS   Document 2   Filed 07/07/25   Page 19 of 179   PageID #: 3027

680 Maine Avenue SW
Washington, DC 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com
ddockery@wc.com

Counsel for Defendant CaremarkPCS Health LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of June, 2025, a true and accurate copy of the foregoing instrument was filed electronically with the United States District Court for the District of Rhode Island using the Court's CM/ECF Electronic Filing System and caused a copy of the same to be served on all counsel of record with notice of case activity generated. A copy of the foregoing also was served via first class mail, postage prepaid and email upon:

Sarah W. Rice
Dorothea R. Lindquist
Jordan Broadbent
150 South Main Street
Providence, RI 02903
srice@riag.ri.gov
dlindquist@riag.ri.gov
jbroadbent@riag.ri.gov

Robert J. McConnell
Michael G. Rousseau
MOTLEY RICE LLC
48 Westminster St., 5th Floor
Providence, RI 02903
bmcconnell@motleyrice.com
mrousseau@motleyrice.com

Linda Singer
Elizabeth Paige Boggs
Devin X. Williams
MOTLEY RICE LLC
401 9th Street, NW, Suite 630
Washington, DC 20004
lsinger@motleyrice.com
pboggs@motleyrice.com
dwilliams@motleyrice.com

/s/ Rebecca Briggs
Rebecca Briggs

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

Case 1:25-cv-00306-RD-PAS   Document 21   Filed 06/27/25   Page 1400 of 1762 PageID #: 3029

# EXHIBIT A

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

## Service of Process Transmittal Summary

**TO:**       Serviceof Process
              CVS HEALTH COMPANIES
              1 CVS DR MAIL CODE 1160
              WOONSOCKET, RI 02895-6146

**RE:**       **Process Served in Rhode Island**

**FOR:**      CaremarkPCS Health, L.L.C.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Re: STATE OF RHODE ISLAND, by and through PETER F. NERONHA, ATTORNEY GENERAL // To: CaremarkPCS Health, L.L.C. |
| **CASE #:** | PC202502760 |
| **NATURE OF ACTION:** | Product Liability Litigation - Personal Injury |
| **PROCESS SERVED ON:** | C T Corporation System, East Providence, RI |
| **DATE/METHOD OF SERVICE:** | By Process Server on 05/29/2025 at 15:02 |
| **JURISDICTION SERVED:** | Rhode Island |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 05/30/2025, Expected Purge Date: 06/04/2025 |
| | Image SOP |
| | Email Notification,  Serviceof Process  service_of_process@cvs.com |
| **REGISTERED AGENT CONTACT:** | C T Corporation System |
| | 450 Veterans Memorial Highway |
| | Suite 7A |
| | East Providence, RI 02914 |
| | 877-564-7529 |
| | MajorAccountTeam1@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



## PROCESS SERVER DELIVERY DETAILS

**Date:** Thu, May 29, 2025

**Server Name:** Drop Service

| Entity Served | CAREMARKPCS HEALTH, L.L.C. |
|---|---|
| Case Number | PC-2025-02760 |
| Jurisdiction | RI |

| Inserts |
|---|
| | | |





# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2025-02760 |
| **Plaintiff**<br>State of Rhode Island, by and through Peter F. Neronha, Attorney General<br>v.<br>CaremarkPCS Health, L.L.C. et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Michael G Rousseau |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>40 Westminster St<br>5th Floor<br>Providence RI 02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>No Known Address |

**TO THE DEFENDANT, CaremarkPCS Health, L.L.C.:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 5/28/2025. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

A true copy attest
Robert J. Kinderf #6070
Date 5 99 95

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:33 PM
Envelope: 5194917
Reviewer: Carol M.



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| **Plaintiff** | **Civil Action File Number** |
|---|---|
| State of Rhode Island, by and through Peter F. Neronha, Attorney General | PC-2025-02760 |
| v. | |
| CaremarkPCS Health, L.L.C. et al. | |
| **Defendant** | |

---

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, CaremarkPCS Health, L.L.C., by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____
_____
Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
_____

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

---

Page 1 of 2

SC-CMS-1 (revised November 2022)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:33 PM
Envelope: 5194917
Reviewer: Carol M.



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
_____

☐ I was unable to make service after the following reasonable attempts: _____
_____

SERVICE DATE: _____ / _____ / _____          SERVICE FEE $ _____
          Month  Day  Year
Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
Signature

State of _____

County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised November 2022)

#: 3035

## SUPERIOR COURT OF THE STATE OF RHODE ISLAND
## FOR THE COUNTY OF PROVIDENCE

STATE OF RHODE ISLAND, by and through
PETER F. NERONHA, ATTORNEY GENERAL,

C.A. NO.:

*Plaintiff*

v.

CAREMARKPCS HEALTH, L.L.C., ZINC
HEALTH SERVICES, LLC, EXPRESS SCRIPTS,
INC., ASCENT HEALTH SERVICES LLC,
OPTUMRX, INC., and EMISAR PHARMA
SERVICES LLC,

*Defendants.*

## COMPLAINT

# TABLE OF CONTENTS

INTRODUCTION ................................................................................................................. 1

PARTIES ............................................................................................................................... 6

    *Plaintiff State of Rhode Island* ........................................................................................ 6

    *Defendants CaremarkPCS Health, L.L.C. and Zinc Health Services, LLC* ............................. 6

    *Defendants Express Scripts, Inc. and Ascent Health Services LLC* ........................................ 7

    *Defendants OptumRx, Inc. and Emisar Pharma Services LLC* ............................................. 8

JURISDICTION AND VENUE ............................................................................................ 8

BACKGROUND .................................................................................................................. 9

    *PBMs Are the Middleman in a Complex Drug Pricing System* ............................................. 9

    *PBMs Contract with Prescription Drug Manufacturers* ..................................................... 11

    *PBMs Have Begun Conducting Negotiations with Manufacturers Through GPOs* ............... 13

    *PBMs Contract with Pharmacies Including Independent Pharmacies* ................................. 14

    *Consumers' Out-of-Pocket Costs Are Typically Tied to WAC* .............................................. 15

FACTUAL ALLEGATIONS .............................................................................................. 16

I.     Defendants Conduct Trade and Commerce in Rhode Island ...................................... 16

II.    The PBM Defendants Deceptively Represent That They Act to Serve Consumers by Lowering Drug Prices and Ensuring Their Access to Safe and Effective Drug Treatments ............................................................................................................... 19

III.   Defendants Engage in a Scheme to Artificially Inflate Drug Prices for Their Own Financial Gain ........................................................................................................... 26

    A.    Defendants Exclude Drugs from Their Formularies to Increase Rebates and Other Fees ...................................................................................................... 28

    B.    Defendants' Rebate Tactics Lead to WAC Price Inflation .............................. 37

    C.    Defendants' Lack of Transparency Allowed Them to Continue Siphoning Off Substantial Portions of Payments from Manufacturers in the Form of Undisclosed Fees ......................................................................................... 46

IV.   WAC Prices for Prescription Drugs Have Skyrocketed Over the Last Couple of Decades, Increasing Prices to Consumers ................................................................ 49

V.    Defendants' Deceptive Acts and Practices Are Material to Consumers..................... 52

VI.   Defendants' Scheme That Artificially Inflates Drug Prices Violates Established Public Policy In Rhode Island..................................................................................... 55

VII.   Defendants Engage in Unfair Methods of Competition ............................................. 57

    A.    Defendants' Formulary and Rebate Practices Tend to Negatively Affect Competitive Conditions in the Prescription Drug Market ............................... 57

B.    The PBM Defendants Impose Unfair Contractual Terms on Independent
Pharmacies That Negatively Affect Competition and Consumers ................. 61

1. The PBM Defendants Pay Low Reimbursement Rates—Sometimes Below
Pharmacies' Acquisition Costs ................................................................ 64

2. The PBM Defendants Steer Consumers to Their Own Affiliated
Pharmacies—Particularly for Specialty Drugs ........................................ 69

**CLAIMS FOR RELIEF** ..................................................................................................... 74

   COUNT ONE ..................................................................................................................... 74

   COUNT TWO ..................................................................................................................... 77

   COUNT THREE ................................................................................................................. 78

      *Defendants' Formulary and Rebate Practices* ............................................................. 80

      *PBM Defendants' Pharmacy-Related Practices* ........................................................... 81

**PRAYER FOR RELIEF** ................................................................................................... 82

ii

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 3:55 PM
Envelope: 5145935
Reviewer: Carol M.
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

The State of Rhode Island, by and through its Attorney General, Peter F. Neronha, ("Rhode Island" or "State"), brings this action pursuant to his statutory authority against CaremarkPCS Health, L.L.C. ("CVS Caremark"), Express Scripts, Inc. ("Express Scripts"), and OptumRx, Inc. ("OptumRx") (collectively, the "PBM Defendants"); and Zinc Health Services LLC ("Zinc"), Ascent Health Services, LLC ("Ascent"), and Emisar Pharma Services LLC ("Emisar") (collectively, the "GPO Defendants"). The PBM Defendants and the GPO Defendants will be referred to collectively as "Defendants."

## INTRODUCTION

1.    Prescription drug pricing in the United States is complex and opaque, allowing Defendants—the three largest pharmacy benefit managers ("PBMs") (the PBM Defendants) in the country and their group purchasing organizations ("GPOs") (the GPO Defendants)—to siphon increasing amounts of money from the pharmaceutical supply chain through an unfair and deceptive scheme that masks Defendants' negative impact on the market while increasing consumers' out-of-pocket costs, limiting consumers' access to effective and less expensive prescription drugs, undercutting independent pharmacies, and maximizing rebates for Defendants' own financial gain at the expense of consumers.

2.    The skyrocketing cost of prescription drugs is a significant burden to Rhode Islanders. Between 2015 and 2019, prescription drug costs grew 114% faster than the average Rhode Islanders' income.[1] According to a 2024 survey of over 1,000 Rhode Island adults, more than 65% of adults making less than $50,000 a year were somewhat or very worried about

---

[1]  AARP, *Rx Costs Outpaced Rhode Island Income by 114%*, https://states.aarp.org/rhode-island/rx-costs-outpaced-rhode-islanders-income-by (last visited May 27, 2025).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

affording prescription drugs.[2] Nearly a quarter of adults in Rhode Island either did not fill a prescription, cut pills in half, or skipped a dose due to concerns about costs.[3]

3.     The State brings this complaint to address Defendants' violations of Rhode Island law that significantly contribute to these high prices, and to ensure that consumers (*i.e.*, patients in need of medical care) can access affordable, safe, and effective drugs and that employers (who are consumers of health benefit plans) are not forced to pay higher-than-necessary drug costs in their self-funded plans, which depresses wages and damages Rhode Island's economy. As laid out specifically below, Defendants have engaged in deceptive acts and practices in violation of Rhode Island's Deceptive Trade Practices Act ("DTPA"), R.I. Gen. Laws §§ 6-13.1-1 through 6-13.1-27 (Count One); engaged in unfair acts and practices in violation of the DTPA (Count Two); and engaged in unfair methods of competition in violation of the DTPA that harmed consumers and negatively impacted competition in the prescription drug market and, in the case of the PBM Defendants, the pharmacy market (Count Three).[4]

4.     The PBM Defendants contract with health benefit plans based in and outside of Rhode Island and with pharmacies to provide services to Rhode Island consumers. They refer to consumers as their "members" and represent that their primary role is to serve members.

5.     The PBM Defendants make numerous deceptive representations, directly and indirectly, to consumers that the PBM Defendants act to serve consumers by lowering drug prices

---

[2] *Rhode Island Survey Respondents Worried about High Drug Costs; Support a Range of Government Solutions*, Healthcare Value Hub (July 15, 2024), https://healthcarevaluehub.org/chess-state-survey/rhode-island/2024/rhode-island-survey-respondents-worried-about-high-drug-costs-support-a-range-of-government-solutions/.
[3] *Id.*
[4] On September 20, 2024, the Federal Trade Commission brought an administrative complaint against the same set of Defendants for engaging in anticompetitive and unfair rebating practices that artificially inflated the list price of insulin drugs. The action is currently on hold due to a lack of commissioners able to participate in the case.

2

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted - 6/27/2025 3:35 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Filed in Providence/Bristol County Superior Court
Submitted - 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:23-cv-06106-RD-PAS Document 2 Filed 03/27/25 Page 964 Page ID #: 3040

and ensuring consumers' access to safe and effective drug treatments. Yet, over time, Defendants have developed a business model that does the opposite.

6.        The PBM Defendants have promised to apply objective medical science and the leverage of large-scale purchasing to select the safest and most effective drugs for consumers and bring down their prices. Instead, Defendants have capitalized on their role as middlemen between drug manufacturers, pharmacies, health insurance plans, and consumers to siphon increasing revenue to themselves, drive up prices to consumers, restrict consumers' choices of prescription drugs and pharmacies, and protect their own role and profits by shrouding them in secrecy and misleading marketing. Beginning in 2019, the PBM Defendants began utilizing the GPO Defendants to conduct negotiations with manufacturers and collect and distribute rebates and other fees from manufacturers—adding another, *non-transparent* layer to the system, making it even more difficult for health benefit plans to know whether they are receiving their fair share of rebates and other manufacturer payments.

7.        Defendants' drug "formularies" (lists of covered drugs, as explained in more detail below) are now so restrictive that they block consumers' access to nearly 40% of drugs on the market—forcing consumers to pay out of pocket for their preferred medication or shift their medications around Defendants' ever-changing formulary decisions instead of their own medical needs.[5]

8.        Drug manufacturers are complicit and play a central role in facilitating Defendants' scheme. Over the last decade, manufacturers have systematically increased their drugs' "list price," also known as its "Wholesale Acquisition Cost" or "WAC", in order to pay kickbacks to

---

[5] Geoffrey Joyce, et al., *Medicare Part D Plans Greatly Increased Utilization Restrictions On Prescription Drugs, 2011–20*, 43 Pharm & Med. Tech. 391, 396–97 (2024),
https://www.healthaffairs.org/doi/epdf/10.1377/hlthaff.2023.00999.

3

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 8/27/2025 3:55 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:25-cv-03005-RD-PAS   Document 2   Filed 06/27/25   Page 164 Page ID #: 3041

Defendants in the form of escalating rebates and other fees to secure formulary placement for their products. As a result, list prices have become significantly inflated and bear almost no relationship to the true payment manufacturers receive for their products. This negatively impacts many consumers with cost-share payments tied to a drug's inflated list price (*e.g.*, uninsured consumers and insured consumers with coinsurance or high-deductible plans).[6]

9.      Novo Nordisk's CEO admitted that it prices Ozempic and Wegovy—two glucagon-like peptide receptor agonists ("GLP-1s") approved to treat Type 2 diabetes—exponentially higher in the United States than in other countries to offset the rebate and other fees Novo Nordisk pays to the PBM Defendants.[7] For example, Ozempic is sold in the United States for $969 per month, compared to $122 in Denmark and $59 in Germany, while Wegovy is sold in the United States for $1,349 per month, compared to $186 in Denmark and $137 in Germany. Thus, if a consumer had a 20% coinsurance requirement (meaning she must pay 20% of the drug's list price without any rebates or other discounts), she would pay $193.80 for Ozempic at the artificially inflated price of $969 but only $24.40 if the price were $122.

10.      Defendants also engage in unfair methods of competition that negatively affect competition in the prescription drug market by giving preferential treatment to drugs with the highest rebates, even when there are multiple, equally effective drugs in a therapeutic class. Manufacturers facilitate this practice by paying kickbacks to Defendants. For example, in exchange for higher rebates and other fees, Defendants gave preferential status to Humira—a high-

---

[6] Even patients with more modest deductibles are still negatively impacted by these inflated prices until they have exhausted their deductibles.

[7] Dani Kass, *Novo Nordisk Tells Sens. Ozempic Costs Are Linked To PBMs*, Law360 (Sept. 24, 2024), https://www.law360.com/health/articles/1871338/novo-nordisk-tells-sens-ozempic-costs-are-linked-to-pbms.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

cost biologic used to treat arthritis and other inflammatory disorders—over lower-cost insulin biologics that the U.S. Food and Drug Administration ("FDA") approved to be *fully interchangeable* with the brand-name products, which, in some instances, Defendants excluded from their formularies. This effectively blocks lower-priced competitors from entering the market.

11.     The PBM Defendants also engage in unfair methods of competition that harm independent pharmacies—including independent pharmacies in Rhode Island—while providing an advantage to their own pharmacies and negatively affecting competition and consumers. Between 2010 and 2021, Rhode Island had a pharmacy closure rate greater than 35% and experienced a net loss of pharmacies—meaning more pharmacies closed than opened.[8] Independent pharmacies were particularly impacted.[9]

12.     The PBM Defendants use their dominant market power (explained below) to force their unaffiliated pharmacies to accept unfair contractual terms. This includes reimbursing independent pharmacies near or below their acquisition costs for dispensing lower-profit prescriptions and steering prescriptions for higher-profit drugs to the PBM Defendants' own affiliated pharmacies. One local independent pharmacist reported that CVS Caremark only reimburses her $2,200 for drugs that cost over $2,800 despite reimbursing CVS pharmacies over $4,000 for the exact same drug. These practices unfairly lessen independent pharmacies' ability to compete with big, chain pharmacies, ultimately raise prices for consumers, and deny consumers their choice of pharmacy.

---

[8] Jenny S. Guadamuz, et al., *More US Pharmacies Closed Than Opened in 2018–21; Independent Pharmacies, Those in Black, Latinx Communities Most at Risk*, 43(12) Health Affairs 1703, 1705 (2024), https://www.healthaffairs.org/doi/abs/10.1377/hlthaff.2024.00192?journalCode=hlthaff.
[9] *Id.* at 1707.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted 2/27/2025 3:55 PM
Envelope: 5145935
Reviewer: J'Lyn D.

**PARTIES**

*Plaintiff State of Rhode Island*

13. The State of Rhode Island is a sovereign state of the United States. Peter F. Neronha is the duly elected Attorney General and is the chief law enforcement officer and attorney for the State. The Attorney General brings this action on behalf of the State in accordance with his statutory authority.

*Defendants CaremarkPCS Health, L.L.C. and Zinc Health Services, LLC*

14. Defendant CaremarkPCS Health, L.L.C. (operating as CVS Caremark) is a Delaware limited liability company that maintains its principal place of business in Rhode Island and is registered to do business in Rhode Island. It is a wholly owned indirect subsidiary of CVS Health Corporation ("CVS Health").

15. Defendant Zinc Health Services, LLC is a Delaware limited liability company with its principal place of business in Rhode Island. CVS Health established Zinc as a group purchasing organization—entities typically used to consolidate the purchasing power of multiple organizations—for its PBM business in 2020. CVS Health co-owns Zinc and appoints three out of the four members of Zinc's Board of Directors. Zinc negotiates rebates with drug manufacturers on behalf of CVS Caremark in addition to other third parties' commercial clients.

16. At all relevant times, CVS Caremark and Zinc had agreements with various prescription drug manufacturers related to payments for preferred placement on CVS Caremark's standard formularies and engaged in business in Rhode Island.

6

Filed in Providence/Bristol County Superior Court
Submitted: 3/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

17.     In 2024, CVS Caremark controlled 27% of the national PBM market based on total prescription claims managed.[10]

### *Defendants Express Scripts, Inc. and Ascent Health Services LLC*

18.     Defendant Express Scripts, Inc. is a Delaware corporation that maintains its principal place of business in Missouri and is registered to do business in Rhode Island.

19.     Express Scripts, Inc. is a wholly owned direct subsidiary of Evernorth Health, Inc. and a wholly owned indirect subsidiary of Cigna Corporation. Prior to merging with Cigna Corporation in 2019, Express Scripts, Inc. was the largest independent PBM in the United States.

20.     Defendant Ascent Health Services LLC is a Delaware limited liability company with its principal place of business in Switzerland. In 2019, Express Scripts established Ascent as a group purchasing organization for its PBM business. Express Scripts co-owns Ascent and appoints three out of the five members of Ascent's Board of Directors. Ascent negotiates rebates with drug manufacturers on behalf of Express Scripts and other third parties' commercial clients.

21.     At all relevant times, Express Scripts and Ascent had agreements with various prescription drug manufacturers related to payments for preferred placement on Express Scripts' standard formularies and engaged in business in Rhode Island.

22.     In 2024, Express Scripts controlled 30% of the national PBM market based on total prescription claims managed.[11]

---

[10] Adam J. Fein, *The Top Pharmacy Benefit Managers of 2024: The Top Pharmacy Benefit Managers of 2024: Market Share and Key Industry Developments*, Drug Channels (Mar. 31, 2025), https://www.drugchannels.net/2025/03/the-top-pharmacy-benefit-managers-of.html.
[11] *Id.*

*Defendants OptumRx, Inc. and Emisar Pharma Services LLC*

23. Defendant OptumRx, Inc. is a California corporation that maintains its principal place of business in California and is registered to do business in Rhode Island. OptumRx is a wholly owned indirect subsidiary of UnitedHealth Group Inc.

24. Defendant Emisar Pharma Services LLC is a Delaware limited liability company with its principal place of business in Ireland. Emisar is a wholly owned indirect subsidiary of UnitedHealth Group Inc. that launched in late 2021 as a group purchasing organization. Emisar negotiates rebates with drug manufacturers on behalf of OptumRx's commercial clients.

25. At all relevant times, OptumRx and Emisar had agreements with various prescription drug manufacturers related to payments for preferred placement on OptumRx's standard formularies and engaged in business in Rhode Island.

26. In 2024, OptumRx controlled 23% of the national PBM market based on total prescription claims managed.[12]

## JURISDICTION AND VENUE

27. This Court has subject-matter jurisdiction pursuant to R.I. Gen. Laws § 8-2-14.

28. This Court has personal jurisdiction over Defendants because Defendants transact business in Rhode Island and/or have the requisite minimum contacts with Rhode Island necessary to constitutionally permit the Court to exercise jurisdiction, with such jurisdiction also being proper under Rhode Island's long-arm statute, R.I. Gen. Laws § 9-5-33. Defendants engage in business in Rhode Island by administering pharmacy benefit services to Rhode Island consumers.

29. This Court has general jurisdiction over CVS Caremark and Zinc as their principal places of business are in Rhode Island.

---

[12] *Id.*

8

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 8/27/2025 3:35 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:25-cv-00303-WBS-AC Document 2-1 Filed 06/27/25 Page 94 Page ID #: 3046

30. Venue is proper in this Court pursuant to R.I. Gen. Laws § 8-2-27.

## BACKGROUND

### *PBMs Are the Middleman in a Complex Drug Pricing System*

31. Consumers pay monthly insurance premiums to their employers or insurance companies (third-party payers) that sponsor their health benefit plans. Health benefit plans then contract with PBMs to administer consumers' prescription drug benefits. The relationship between health benefit plans and PBMs is disclosed to consumers. In fact, as described below, PBMs interact directly with consumers. Although PBMs may receive some compensation directly from health benefit plans, they are largely compensated through fees that drug manufacturers and pharmacies pay, as discussed below.

32. When PBMs first entered the market, they primarily provided electronic claims processing services to efficiently and economically process a high volume of relatively small dollar claims.[13] Now, PBMs, including the PBM Defendants, act as intermediaries between health benefit plans and other entities in the drug distribution chain, such as prescription drug manufacturers and pharmacies (as shown in Figure 1 below).[14] PBMs are involved in and benefit at almost every step in this complex system—often profiting through methods that are secret and unknown to consumers or even their own clients.

---

[13] Robin J. Strongin, *The ABCs of PBMs,* The George Washington University (Oct. 27, 1999), at 2, https://www.ncbi.nlm.nih.gov/books/NBK559746/pdf/Bookshelf_NBK559746.pdf.

[14] James T. Kennedy, RPh, and Shellie Keast, PharmD, PhD, *A primer on brand-name prescription drug contracting*, 30(5) J. Manag. Care Spec. Pharm. 507, 508 (2024).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:35 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:25-cv-00303-JJM-PAS Document 2-1 Filed 06/27/25 Page 14 of 1762 PageID #: 3047

*Figure 1: The Role of Pharmacy Benefit Managers*



33.     In their role as intermediaries, PBMs participate in the complex scheme of pricing

and paying for prescription drugs. Various prices and benchmarks are used at different stages in

the drug pricing system, including:

- **Wholesale Acquisition Cost ("WAC" or "list price")**: the manufacturer's published list price to wholesalers or direct purchasers (excludes rebates or other discounts)

- **Manufacturer's Net Price**: the revenue a manufacturer receives (*i.e.*, the list price (WAC) minus rebate or other discounts)

- **Average Wholesale Price ("AWP")**: the estimated average price that pharmacies pay to wholesalers (excludes rebates or other discounts), typically the manufacturer's list price (WAC) plus 20%

- **National Average Drug Acquisition Cost ("NADAC")**: the estimated wholesale price retail pharmacies pay to wholesalers, based on invoice prices paid by retailers

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted 8/27/2025 3:35 PM
Envelope: 5145935
Reviewer: Carol M.

Filed in Providence/Bristol County Superior Court
Submitted 8/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

- **Negotiated Rate:** the price that PBMs negotiate with manufacturers for brand-name drugs (*i.e.*, WAC minus rebates and other fees paid by manufacturers)

- **Maximum Allowable Cost ("MAC")**: PBMs' self-established upper limit of what they will reimburse pharmacies for generics

- **Reimbursement Rate:** the rate at which PBMs reimburse pharmacies for filling prescriptions

- **Usual and Customary Price ("U&C" or "cash price")**: the price that a pharmacy charges cash-paying consumers

### *PBMs Contract with Prescription Drug Manufacturers*

34. A drug formulary is a list of generic and brand-name prescription drugs assembled by PBMs and thus covered by health benefit plans. A health benefit plan will not typically reimburse any part of the cost for a drug that is not included in the PBM-designed formulary.

35. Formularies are usually divided into tiers that determine the cost-share amounts (*e.g.*, the copayment or co-insurance) that consumers must pay toward the cost of a prescription. Lower tiers have lower cost-share amounts than higher tiers.

36. PBMs negotiate and contract with manufacturers of brand-name prescription drugs for rebates and other fees in exchange for securing placement on PBMs' drug formularies, and for the position a drug enjoys on the PBMs' formularies—either more advantageous to the manufacturer or less.

37. Unlike traditional point-of-sale rebates, manufacturers pay prescription drug rebates to PBMs, not to the consumers who typically pay the WAC (list price) to the pharmacy, either directly or through their insurance provider.

38. PBMs typically retain a portion of the rebates and other fees discussed below that they receive from prescription drug manufacturers and return the remainder to health benefit plans. The exact amount that PBMs retain depends on their contract with the health benefit plan.

However, as discussed below, because of PBMs' lack of transparency, it is extremely difficult to know whether PBMs are actually passing all required payments through to health benefit plans.

39.     Generally, manufacturers of brand-name prescription drugs pay higher rebates for preferred formulary placement (namely, a lower tier rather than a higher tier). This is because, upon information and belief, consumers are more likely to fill, and doctors are therefore more likely to write, prescriptions for drugs with lower cost-share amounts (and ask their doctors to prescribe products on lower formulary tiers).

40.     The rebates PBMs negotiate are highly confidential and, for the most part, the exact terms of the agreements between PBMs and prescription drug manufacturers are unknown to others in the supply chain, even to PBMs' own clients. In fact, PBMs frequently use their contracts with health benefit plans to limit plans' right to certain information and data. Thus, for most of the players in the prescription drug supply chain, including the State and Rhode Island consumers, drug pricing is a black box.

41.     Manufacturers also pay PBMs "administrative fees" for administering rebates. Like rebates, administrative fees are tied to WAC (such that PBMs again benefit from higher drug prices) and paid according to PBMs' confidential contracts with manufacturers. Administrative fees typically range from 3% to 5% of WAC.[15]

42.     "Price protection" is another way that PBMs extract payments from manufacturers. It is a cap on the amount by which prescription drug manufacturers can increase WAC for a particular drug (ranging from 0% to 12%).[16] Any price increase by manufacturers above the

---

[15] Staff of U.S. Senate Comm. on Finance, 117th Cong., *Insulin: Examining the Factors Driving the Rising Cost of a Century Old Drug* (Jan. 14, 2021) at 82, https://www.finance.senate.gov/imo/media/doc/Grassley-Wyden%20Insulin%20Report%20(FINAL%201).pdf (hereinafter "Senate Finance Committee Insulin Report").

[16] *Id*. at 84.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5145935
Reviewer: J'Lyn D.

established cap triggers additional rebate payments to PBMs known as price protection. And while PBMs present price protection as a means to reduce costs, evidence shows that it has done little to accomplish that, and drug prices have continued to skyrocket despite price protection. Price protection also creates another perverse incentive for PBMs. Drug rebates and other fees paid to a PBM are usually based on list price (WAC). For example, a manufacturer may offer PBMs a rebate of 40% of WAC or an administrative fee of 3% of WAC for a particular drug. Thus, when WAC increases, rebates and fees also increase.

### *PBMs Have Begun Conducting Negotiations with Manufacturers Through GPOs*

43.     Around 2019, PBMs began forming GPOs (sometimes also referred to as rebate aggregators) to conduct their formulary and rebate negotiations and collect rebates and other fees from manufacturers and distribute them to PBMs. As explained above, PBMs are then supposed to pass through an agreed upon percentage of the fees to their health benefit plan clients. GPOs are entities that combine the purchasing power of multiple organizations to negotiate better prices and terms with suppliers.

44.     Historically, PBMs did not utilize GPOs, presumably because they had enormous bargaining power on their own. As discussed below, it appears PBMs use GPOs to recategorize existing income streams and generate new income streams. GPOs also serve as an additional, non-transparent layer in an already opaque system, making it even more difficult for health benefit plans to determine whether they received their fair share of rebates and other manufacturer fees or whether PBMs or GPOs are providing value relative to the administrative fees they charge and to their effectiveness in reducing total drug spend.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5145935
Reviewer: J'Lyn D.

### *PBMs Contract with Pharmacies Including Independent Pharmacies*

45.     In addition to negotiating with prescription drug manufacturers, PBMs negotiate and contract with retail pharmacies to create networks of preferred pharmacies where consumers (which PBMs refer to as their "members") may fill prescriptions for these drugs.

46.     Pharmacies dispense prescriptions through two main formats—retail pharmacies (*i.e.*, brick and mortar) and mail order pharmacies. Retail pharmacies can be large, chain pharmacies (*e.g.*, CVS, Walgreens) or small, independent pharmacies, which are owned and operated by local individuals rather than publicly traded corporations. There is also a rapidly expanding pharmacy segment called specialty pharmacies, which are typically mail-order pharmacies, that dispense specialty drugs. There is no uniform definition for specialty drugs. Drugs are generally considered "specialty drugs" if they are high cost, used to treat complex, chronic, or rare medical conditions, or require special handling (*e.g.*, chemotherapy drugs).

47.     Although PBMs allow consumers to fill their prescriptions at a wide variety of retail pharmacies, PBMs typically have exclusivity clauses in their contracts with health benefit plans that require consumers to utilize the PBMs' own mail-order pharmacies. Thus, as discussed below, PBMs can steer prescriptions for highly-profitable drugs to their own specialty pharmacies by unilaterally designating the drugs as specialty drugs.

48.     Agreements with pharmacies determine the amount PBMs will pay to fill prescription drugs (minus any cost-share amounts that consumers pay directly to pharmacies). Independent pharmacies have very little leverage in their negotiations against PBMs and describe the agreements as take it or leave it contracts of adhesion, meaning that if the independent pharmacy does not accept the offered terms, the only alternative is to leave a network that likely includes high proportions of the independent pharmacy's customers.

14

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 8/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

49.     While the PBMs pay one low cost to independent pharmacies, typically, they mark up the price when seeking reimbursement for those payments from health benefit plans—creating another revenue stream for PBMs, typically referred to as the "spread." For example, a health benefit plan may agree to pay a standard benchmark price for prescription drug claims plus a set discount (*e.g.*, AWP minus 10%). The PBM may then negotiate a lower reimbursement rate with the pharmacy and keep the difference. To avoid confusion, this revenue source will be referred to hereinafter as the "PBM-to-pharmacy spread."

### *Consumers' Out-of-Pocket Costs Are Typically Tied to WAC*

50.     Consumers' out-of-pocket costs for drugs are determined by whether they have insurance and the terms of their coverage. Consumers pay, from high to low, either: (1) the cash price of the prescription drug (because consumers are either uninsured or in the deductible phase of coverage), to (2) a cost-share payment based on a percentage of drug costs (*e.g.*, 20% of the drug price), to 3) what is typically the least expensive option, a flat copayment, typically based on the drug's formulary tier. Since out-of-pocket costs for consumers without flat copayments are tied to drugs' list prices, they automatically increase when list prices increase.

51.     Consumers without insurance pay the pharmacy's cash price, which is generally marked up above WAC. For example, as of January 2025, the WAC price for Mavyret (AbbVie's blockbuster Hepatitis C medication) is $13,200 per month, but the cash price for Mavyret is $15,950 per month at a Walmart in Providence and $16,333 (or $13,521 with a GoodRx coupon) at a Walgreens in Providence.[17]

52.     An increasing number of consumers have high-deductible plans, which require them to pay the cash price for drugs until they meet their deductible—averaging nearly $2,700 a

---

[17] AbbVie Inc., *Mavyret List Price*, https://www.mavyret.com/cost (last visited May 27, 2025).

15

year for single coverage in 2024, while 36% have a deductible of $3,000 or more.[18] Even those with more modest deductibles are still adversely affected by higher drug costs until their deductibles are exhausted and coverage kicks in.

53.     About 30–50% of insured consumers pay a coinsurance amount, which is a percentage of the full list price (WAC), not reduced by rebates.[19]

54.     Other insured consumers pay a flat copayment amount based on whether the drug is a generic drug, a preferred or non-preferred brand-name drug, or a specialty drug. For example, under the Anchor and Anchor Plus plans (two programs that Rhode Island offers to state government employees), consumers pay a copayment of $10 for generics drugs, $35 for preferred brand-name drugs and $60 for non-preferred brand-name drugs, and $100 for specialty drugs.[20] Copayments are not directly tied to WAC; however, the overall cost of drugs factors into a health benefit plan's decision to set premiums and consumer copayment amounts. In other words, if drug costs increase, a health benefit plan may decide to raise premiums or copayment amounts.

## FACTUAL ALLEGATIONS

### I.     Defendants Conduct Trade and Commerce in Rhode Island

55.     Defendants engage in trade and commerce by, among other things, administering prescription drug benefits in Rhode Island.

---

[18] Gary Claxton, et al., *Employer Health Benefits 2024 Annual Survey,* KFF (Oct. 9, 2024) at 140, https://files.kff.org/attachment/Employer-Health-Benefits-Survey-2024-Annual-Survey.pdf.

[19] Lisa L. Gill, *The Shocking Rise of Prescription Drug Prices: Here's why prices keep going up, plus how to combat the sticker shock—and still protect your health*, Consumer Reports (Nov. 26, 2019), https://www.consumerreports.org/drug-prices/the-shocking-rise-of-prescription-drug-prices/.

[20] State of Rhode Island - Office of Employee Benefits, *Prescription Coverage*, https://employeebenefits.ri.gov/benefit-programs/active-employees/health-benefits/prescription (last visited May 27, 2025).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5145935
Reviewer: Carol M.
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

56.     Defendants are part of transactions that are covered by the DTPA. Indeed, the affected consumers are intended third-party beneficiaries of the contractual relationship between their health benefit plans and Defendants. Moreover, Rhode Island employers, as consumers of health benefit plans, may either have direct contractual relationships with Defendants or are third-party beneficiaries of the contractual relationship between their health benefit plans and Defendants.

57.     The PBM Defendants contract with health benefit plans based in and outside of Rhode Island to provide services to Rhode Island consumers. For example, CVS Caremark contracts with the Rhode Island government employee health benefit plans. They are compensated through a combination of fees paid by health benefit plans, which are derived from consumers' premiums, and fees paid by drug manufacturers and pharmacies, which stem from consumers' drug utilization, as discussed above.

58.     As CVS Caremark explains to consumers through its welcome kit: "We manage your prescription drug benefits just like your health insurance company manages your medical benefits."[21]

59.     The PBM Defendants market their services to and interact directly with consumers, including consumers in Rhode Island. As an example of the relationship between the PBM Defendants and these Rhode Island consumers, the PBM Defendants provide identification cards to these consumers with their company logos to present to pharmacies for the purpose of determining the consumers' prescription drug coverage.

---

[21] CVS Caremark, *Sample Welcome Kit*, https://benefits.vmware.com/wp-content/uploads/2018/10/CVS-Caremark-Sample-Welcome-Kit_ID-Card.pdf (last visited May 27, 2025).

17

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Filed in Providence/Bristol County Superior Court
Envelope: 5145935
Reviewed: 5/27/2025 8:52 PM
Reviewer: J'Lyn D.

60. The PBM Defendants also have consumer-facing websites where they ask consumers to create accounts.[22] The websites also direct consumers to contact the PBM Defendants if they have questions regarding their prescription drug benefits.

61. Indeed, the PBM Defendants acknowledge their important role in serving consumers by advertising that consumers are their members and that their primary role is to serve members.

62. CVS Caremark represents in the "About Us" section of its website: "Your health is our priority[.] As a pharmacy benefit manager (PBM), we manage prescription plans to help make them more cost-effective – so you can get what you need when you need it."[23] In 2023, Caremark advertised that it served 103 million members.[24]

63. In a CVS Caremark flyer to consumers enrolled in the Rhode Island government employee health benefit plans, CVS Caremark states: "Having access to high-quality, affordable care is important to you and your family – and it's just as important to us."[25]

64. Express Scripts promises that it "advocate[s] on behalf of members, removing barriers to access and simplifying every care experience."[26] It also represents that it provides

---

[22] CVS Caremark, https://www.caremark.com (last visited May 27, 2025); Express Scripts, https://www.express-scripts.com (last visited May 27, 2025); OptumRx, https://www2.optumrx.com/ (last visited May 27, 2025).

[23] CVS Caremark, *About Us*, https://www.caremark.com/about-us.html (last visited May 27, 2025).

[24] CVS Caremark, *About Us*, https://www.caremark.com/about-us.html (last visited May 27, 2025) [https://web.archive.org/web/20231011205254/https://www.caremark.com/about-us.html].

[25] CVS Caremark, *Great News: You could be paying less for your Rx. With the new Savings Advisor tool* (2020), https://employeebenefits.ri.gov/sites/g/files/xkgbur816/files/documents/cvs-savings-advisor.pdf.

[26] Evernorth Health Services, *Express Scripts By Evernorth*, https://www.evernorth.com/our-solutions/express-scripts-pbm (last visited May 27, 2025).

18

"[p]harmacy benefits that benefit you[.]"[27] Express Scripts states on its website that it serves "1 in 3 Americans."[28]

65.     OptumRx states on its website: "Optum Rx is a pharmacy benefit manager serving more than 65 million members. We provide safe and cost-effective ways for you to access your medications and help you achieve better health outcomes."[29]

66.     Since as early as 2019, the PBM Defendants have utilized the GPO Defendants to conduct fundamental aspects of their service, including engaging in rebate and formulary negotiations with manufacturers. The GPO Defendants also collect payments from manufacturers and distribute them to the PBM Defendants. The GPO Defendants provide these services nationwide, including, upon information and belief, in Rhode Island.

## II.     The PBM Defendants Deceptively Represent That They Act to Serve Consumers by Lowering Drug Prices and Ensuring Their Access to Safe and Effective Drug Treatments

67.     The PBM Defendants make numerous deceptive representations directly and indirectly to consumers regarding their role in the market. For example, the PBM Defendants deceptively represent that: (1) they function to lower drug costs; (2) their formularies are designed to maximize effectiveness and safety and minimize cost; and (3) they are acting in consumers' best interests.

68.     The PBM Defendants make these deceptive representations directly to consumers through their consumer-facing websites, other online materials and, most recently, in the case of

---

[27] Express Scripts, *Benefits*, https://www.express-scripts.com/pharmacy-benefits-manager (last visited May 27, 2025).

[28] Evernorth Health Services, *The Value Express Script Delivers*, https://www.evernorth.com/esfacts/key-topics/the-value-express-scripts-delivers (Sept. 5, 2024).

[29] Optum Rx, Inc., *Frequently asked questions*, https://welcome.optumrx.com/cpcty2/frequently-asked-questions (last visited May 27, 2025); *see also* OptumRx, Inc., *Welcome to Optum Rx*, https://welcome.optumrx.com/standard/getstarted (Sept. 5, 2024).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 8/27/2025 4:55 PM
Envelope: 5142327
Reviewer: Carol M.

Filed in Providence/Bristol County Superior Court
Submitted: 8/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:25-cv-00300-JJM-PAS   Document 2   Filed 06/27/25   Page 94 of 126   PageID #: 3057

Express Scripts, newspaper advertisements. Upon information and belief, the PBM Defendants also make these deceptive representations directly to consumers through other consumer-facing materials, such as welcome kits, benefit handbooks, published formularies, and letters. In addition, upon information and belief, the PBM Defendants make these deceptive representations to health benefit plans with the knowledge and intention that the health benefit plans will pass this misinformation on to consumers.

69.     For example, CVS Caremark falsely represents that its role is to "keep prescription drugs affordable."[30] It also misleadingly claims:

a.      "MYTH: Rebates negotiated by PBMs are driving up the prices of prescription drugs for consumers and plan sponsorship. FACT: Pharmaceutical manufacturers set the list price for a given drug. PBMs then negotiate with manufacturers to secure the drug at a lower cost for their plan sponsors and their members."[31] This representation is likely to mislead consumers acting reasonably under the circumstances because CVS Caremark conceals the manner in which its tactics incentivize and/or pressure manufacturers to increase the price of their drugs in order to maintain a reasonable profit margin while satisfying the demands of PBMs (including CVS Caremark) for ever-increasing rebates and fees.

b.      "MYTH: PBMs increase cost-sharing burdens for beneficiaries. FACT: Plan designs are determined by clients – employers and health insurance plans – who decide how they subsidize their members' coverage."[32] This representation is likely to mislead consumers acting reasonably under the circumstances because it conceals from consumers the fact that the consumer's share of the costs is sometimes tied to the list price (WAC) of the applicable drugs, and if CVS Caremark pressures a manufacturer to pay higher rebates and fees, resulting in higher drug prices for the manufacturer to maintain a reasonable profit margin, the consumer's cost share rises as well.

---

[30] CVS Health, *5 Facts to Know About PBMs*, at 1, https://business.caremark.com/content/dam/enterprise/business-caremark/insights/pdfs/2023/PBM-5-facts_r4%20(1).pdf (last visited May 27, 2025).
[31] CVS Health, *Myths vs. Fact Pharmacy Benefit Management* (Jan. 2021), at 2, https://www.cvshealth.com/sites/default/files/cvs-health-myth-vs-fact-pbm-2021-01.pdf.
[32] *Id.* at 3.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 3:55 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:25-cv-00303-MRD-PAS   Document 2-1   Filed 06/27/25   Page 364 of 1762   PageID
#: 3058

c.  "MYTH: PBMs lower drug costs by restricting patient access to needed medication. FACT: PBMs help ensure that beneficiaries have access to the prescriptions they need to stay healthy, at a price they can afford."[33] This representation is likely to mislead consumers acting reasonably under the circumstances because CVS Caremark makes certain formulary decisions based primarily on what will increase its revenues, not on providing consumers with the widest range of drugs for their conditions, at the lowest possible cost.

d.  "A formulary is your plan's list of covered medications. The formulary is designed to help you get the medication you need at the lowest possible cost."[34] This representation is likely to mislead consumers acting reasonably under the circumstances because the formularies designed by CVS Caremark have the intent and/or effect of increasing the cost to at least a subset of consumers and giving preferential treatment to many drugs based on factors unrelated to costs or the health or safety of the patient.

e.  "Formularies have two primary functions: 1) to help provide pharmacy care that is clinically sound and affordable for plans and their plan members, and 2) to help manage drug spend through the appropriate selection and use of drug therapy."[35] This representation is likely to mislead consumers acting reasonably under the circumstances for the reasons stated above.

f.  "Your health is our priority[.] As a pharmacy benefit manager (PBM), we manage prescription plans to help make them more cost-effective – so you can get what you need when you need it."[36] This representation is likely to mislead consumers acting reasonably under the circumstances for the reasons stated above.

70.  For example, Express Scripts incorrectly asserts that it "exists to lower the cost of medications."[37] In fact, as described below, Express Scripts' formulary and rebate practices actually increase the cost of medications. Like CVS Caremark, Express Scripts deceptively makes

---

[33] *Id.* at 4.

[34] CVS Caremark, *Your plan's formulary*, https://www.caremark.com/plan-benefits.html (last visited May 27, 2025).

[35] CVS Caremark, *Formulary Development and Management at CVS Caremark*, at 1, https://www.caremark.com/portal/asset/FormDevMgmt.pdf (last visited May 27, 2025).

[36] CVS Caremark, *About Us*, *supra* note 23.

[37] Evernorth Health Services, *The Reality of Rebates*, https://www.evernorth.com/esfacts/key-topics/the-reality-of-rebates (Sept. 4, 2024).

the following assertions, which are likely to mislead consumers acting reasonably under the

circumstances for the same reasons as stated with respect to CVS Caremark:

a. "PBMs help get the lowest net cost for their clients and consumers. Claims that 'higher rebates mean higher prices' have been repeatedly debunked and repeatedly disproven."[38]

b. "Rebates help defray ever-rising drug costs for Express Scripts clients and consumers"[39]

c. "Rebates do not raise drug prices, drug makers raise drug prices, and they alone can lower them. Consider the cost of Humalog® (insulin lispro): over the past seven years, the list price for this medication has increased dramatically, yet the net cost has remained relatively constant. Without PBMs, and specifically without Express Scripts, plan sponsors would have paid exponentially more for their prescription drugs."[40]

d. "FACT: Public disclosure of negotiated rebates will not lower prescription drug costs. #PBMs Express Scripts negotiates with drug manufacturers to increase competition and lower costs for patients."[41]

e. "Express Scripts revises its [National Preferred Formulary ("NPF")] every year, based on reviews of research about the medical value of medicines and their costs. The process of reviewing the NPF and making yearly updates is designed to give members access to the most effective medicines at the lowest possible prices."[42]

f. "Pharmacy benefits that benefit you[.] Your pharmacy benefits should be as personal as your medication. You can depend on Express Scripts for care that fits your specific needs."[43]

---

[38] *Id.*

[39] *Id.*

[40] Express Scripts, Inc., *The Rebate Debate* (June 29, 2017), https://www.express-scripts.com/corporate/articles/rebate-debate.

[41] @ExpressScripts, Twitter (Apr. 9, 2019, 3:10 PM),

https://twitter.com/ExpressScripts/status/1115693403285741568.

[42] Express Scripts, *National Preferred Formulary (NPF)*,

https://www.express-scripts.com/frequently-asked-questions/national-preferred-formulary-npf (last visited May 27, 2025).

[43] Express Scripts, *Benefits*, *supra* note 27.

22

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 8/27/2025 3:53 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:25-cv-00303-RD-PAS   Document 2   Filed 06/27/25   Page 164 of 762   PageID #: 3060

71.     In addition, on September 11, 2024, Express Scripts ran a print advertisement in

the Wall Street Journal, declaring:

> WE'RE PHARMACISTS.
>
> WE'RE CLINICIANS.
>
> WE'RE RESEARCHERS.
>
> WE'RE NEGOTIATORS.
>
> WE'RE CAREGIVERS.
>
> THAT'S NOT
>
> A MIDDLEMAN.
>
> THAT'S AN
>
> ADVOCATE.
>
> We're Express Scripts by Evernorth. We're not middlemen. We're
> 18,000 advocates who take pride in being the last line of defense for
> millions of Americans against rising health costs. Fighting every day
> to make their medications more affordable and accessible.[44]

72.     Express Scripts also ran a print advertisement in the New York Times on August

29, 2024, with the tagline: "Pharmaceutical companies raise drug prices. We lower them."[45] The

advertisement also stated: "In 2023, big pharma increased prices for 60% of all branded drugs.

Why? Because they can. At Express Scripts, we fight back. We are the last line of defense for

nearly 100 million Americans against skyrocketing health costs." These statements are deceptive

for the same reasons stated above.

---

[44] Advertisement for Express Scripts, Wall Street Journal, Sept. 11, 2024, at A18.

[45] Advertisement for Express Scripts, N.Y. Times, Aug. 29, 2024.

23

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:55 PM PC-2025-02760 RD-PACS
Envelope: 5145935
Reviewer: Carol M.

Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

73.     OptumRx is no better. It falsely represents: "PBMs don't cause high drug costs –

they're part of the solution."[46] It also misleadingly states:

a.      "Rebates are a longstanding tool used by PBMs to negotiate with drug
        manufacturers to achieve lower prescription drugs costs for clients."[47]

b.      "Unfortunately, many people do not take their medications as they should,
        citing cost as a primary reason. Optum Rx is directly addressing this
        problem by always driving lowest net cost across our book of business."[48]

c.      "A formulary is a list of prescribed medications or other pharmacy care
        products, services or supplies chosen for their safety, cost, and
        effectiveness."[49]

d.      "Both PBMs and their clients are aligned on the need to implement benefit
        designs that promote generics. The reason is simple: the programs save
        money and help promote better health outcomes."[50]

e.      "Pharmacy benefit managers (PBMs) like Optum Rx help consumers and
        customers access the most effective medicines at the most affordable costs.
        We serve as a counterweight to the substantial market power of
        pharmaceutical manufacturers, who have sole discretion over how they
        price their products. Through our negotiations with manufacturers and by
        offering clinical and cost management services, we are lowering the cost of
        prescription drugs and improving health outcomes for our customers,
        including employers, unions, health plans, governments and the consumers
        they serve."[51]

f.      "For every $1 spent on their services, PBMs reduce cost by $10."[52]

---

[46] OptumRx, *Experts agree: PBMs add value, lower costs* (Oct. 25, 2023)
https://www.optum.com/en/business/insights/pharmacy-care-services/page.hub5.pharmacy-
benefit-managers-medication-affordability.html (last visited May 27, 2025).
[47] OptumRx Inc., *Regulatory developments affecting pharmacy* (Feb. 2022),
https://www.optum.com/business/resources/library/regulatory-updates-q1-2022.html.
[48] OptumRx, Inc., *Experts agree, supra* note 46.
[49] OptumRx, Inc., *2025 Select Standard Formulary*, https://contenthub-
aem.optumrx.com/content/dam/contenthub/onboarding/assets/som/Select-Formulary-2025.pdf
(last visited May 27, 2025).
[50] OptumRx, Inc., *Experts agree, supra* note 46.
[51] OptumRx, Inc., *Pharmacy Care That Provides Affordable Prescription Medications and
Therapies*, https://www.unitedhealthgroup.com/ns/optum-rx.html (last visited May 27, 2025).
[52] OptumRx, Inc., *Experts agree, supra* note 46.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted 6/27/2025 8:52 PM
Filed in Evidence/Bristol County Superior Court
Envelope: 5145935
Reviewer: J'Lyn D.

74. OptumRx's representations are likely to mislead consumers acting reasonably under the circumstances for the same reasons as stated with respect to Express Scripts and CVS Caremark.

75. The PBM Defendants' representation that they lower drug prices is belied by the data, which shows that from 1985 to 2024, drug prices have risen three times faster than the rate of inflation (as shown in Figure 2 below).[53]

*Figure 2: Drug Price Increases from 1985-2024*

76. The fallacy of the PBM Defendants' contention that drugs with higher WAC prices and large rebates cost the same or are cheaper than drugs with lower WAC prices with lower or no rebates is disingenuous and not supported by the math. If you compare a drug with a $50 WAC price and no rebate and the same drug with a $100 WAC price and a $50 rebate (or combination

---

[53] *Drug prices have outpaced inflation since the 1980s*, USAFacts (Mar. 21, 2025), https://usafacts.org/articles/drug-prices-outpaced-inflation-since-the-1990s/.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Filed in Providence/Bristol County Superior Court
Envelope: 5145935
Reviewer: J'Lyn D.

of rebate and other fees), this sounds deceptively like both drugs have the same net price ($50). But this ignores the fact that the PBM Defendants retain some portion of the fees they negotiate from manufacturers—sometimes a very significant portion. If the PBM Defendants retain $10 of the $50 rebate or other fees, the $100 drug now has a net price of $60—making it more expensive than the $50 drug with no rebate. This implies that, in the absence of PBMs, a manufacturer would only need to offer a $50 WAC price with no rebate, not $100, to achieve the same margin. In addition, as explained above, many consumers' cost-share amounts are tied to WAC, meaning their out-of-pocket costs will rise along with the WAC price, even if the net cost to the health benefit plan is lowered.

77.     As discussed above and explained in more detail below, this information is material to consumers, and the PBM Defendants' representations are misleading and do not accurately reflect the PBM Defendants' role in the market, their decision-making with regard to their formularies, or their impact on drug prices.

## III.   Defendants Engage in a Scheme to Artificially Inflate Drug Prices for Their Own Financial Gain

78.     The PBM industry is heavily concentrated. The three largest PBMs are: (1) CVS Caremark (owned by CVS Health, which also owns CVS Pharmacy—the largest retail pharmacy chain in the United States); (2) Express Scripts (owned by Cigna—a global health insurance company); and (3) OptumRx (owned by UnitedHealth Group Inc.—a healthcare and insurance company).

79.     Through their multiple lines of business, each of these companies exercise extraordinary influence in health care. They are among the top 20 companies in the Fortune 500. UnitedHealth Group Inc. is listed fourth—below only Walmart, Amazon, and Apple, CVS Health

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: Carol W.

Case 1:25-cv-00303-MRD-PAS Document 2-1 Filed 06/27/25 Page 36 of 94 PageID #: 3064

is listed sixth—above Alphabet (Google's parent company) and Costco, and Cigna is listed 16th—above Ford, Bank of America, and Meta.

80.     Due to a series of mergers and acquisitions, the big three PBMs—the PBM Defendants—now have *very little competition* and collectively manage *80%* of drug benefits, covering more than *220 million Americans*, making preferred placement on their drug formularies a significant bargaining chip when negotiating payments from prescription drug manufacturers (*see* Figure 3 below showing corporation consolidations).[54, 55]

*Figure 3: PBM Parent Entity Consolidation*



---

[54] Senate Finance Committee Insulin Report, *supra* note 15, at 68.

[55] Arkansas ex rel. Rutledge v. Eli Lilly & Co., No. 60cv-22-2976, Compl. ¶ 312 (Ark. Pulaski County Cir. Ct. May 11, 2022),
https://content.govdelivery.com/attachments/ARAG/2022/05/11/file_attachments/2156162/2022-05-11-%20Insulin%20Complaint%20FINAL%20DRAFT.pdf.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

81.     The PBM Defendants began increasingly exerting their leverage in 2012 by excluding drugs from certain therapeutic classes from their formularies to intensify the rebates manufacturers offered them. The threat of exclusion fundamentally changed drug pricing. Rebates went from modest discounts to steep payments that manufacturers made because not paying could doom a drug's chance of success. Thus, rather than standing up to the PBMs and refusing to pay exorbitant rebates, manufacturers have facilitated the practice by increasing their list prices to accommodate rising rebates. Over time, rebates have become a significant factor that manufacturers consider when setting drug prices.

## A.     Defendants Exclude Drugs from Their Formularies to Increase Rebates and Other Fees

82.     Contrary to their representations that they design formularies to minimize costs and maximize effectiveness and safety, Defendants' decisions about formulary coverage for drugs is largely driven by their own profits and have the effect of sometimes excluding the most inexpensive and even the most effective and safest treatments (and driving up drug prices).

83.     Defendants profit directly and indirectly from rebates: directly by retaining rebates (and, increasingly, other fees) from manufacturers, and indirectly by competing for business based on the misleading impression that their ability to deliver the highest rebates to health benefit plans will result in the lowest net cost (as explained above). As a result, Defendants focus on drugs that deliver the highest rebates.

84.     Defendants extract higher rebates from manufacturers by promising to shift nearly all of their "members" (*i.e.*, consumers) to the manufacturers' drugs and away from competing drugs. Defendants do this by requiring health benefit plans to follow their standard formularies. If health benefit plans want to deviate from the standard formulary and adopt customized formularies, which threaten Defendants' ability to profit from the highest rebates, they face

28

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 2/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

substantial costs. Moreover, many health benefit plans cannot cost-effectively devote the resources and/or pharmaceutical expertise necessary to develop their own formularies and negotiate prices for the drugs on those formularies with manufacturers, which is why they outsource formulary decisions to Defendants and accept their standard formularies.

85.     CVS Caremark started excluding drugs from its formulary in 2012. Express Scripts and OptumRx began the practice in 2014 and 2016, respectively (*see* Figure 4 below showing the dramatic increase in the number of exclusions by PBM Defendant per year).[56]

**Figure 4: Defendant Formulary Exclusions from 2012–2024**



86.     A study looked at drug utilization restrictions on prescription drugs from 2011– 2020 in Medicare Part D plans.[57] It found that in 2020, beneficiaries' access to drugs in unprotected

---

[56] Adam J. Fein, *The Big Three PBMs' 2024 Formulary Exclusions: Biosimilar Humira Battles, CVS Health's Weird Strategy, and the Insulin Shakeup,* Drug Channels (Jan. 9, 2024), https://www.drugchannels.net/2024/01/the-big-three-pbms-2024-formulary.html.

[57] Joyce et al., *supra* note 5, at 391.

classes (*i.e.*, not in classes of drugs that Medicare Part D plans are required to cover) was restricted either through formulary exclusions, prior authorization, or step therapy requirements (*i.e.*, conditioning the prescription of certain drugs on first trying a different, usually less expensive drug) on an average of 40% of available drugs.[58] Upon information and belief, Defendants' formularies concerning non-Medicare plans are equally (if not more) restrictive.

87. Because exclusions were so profitable for Defendants, the number of medicines excluded from Defendants' formularies increased 961% from 2014 (109 unique drug exclusions) to 2022 (1,156 unique drug exclusions).[59] Drugs used to treat chronic conditions—including insulin, antidepressants, antipsychotics, and antiarrhythmics—are most frequently excluded by Defendants, which means Defendants' unfair and deceptive restriction of these drugs may have long-term adverse consequences for the consumer-patients who require them.

88. Since Defendants began excluding drugs from their formularies, the monetary value of rebates has skyrocketed. For example, in July 2013, the manufacturer Sanofi offered rebates for insulin products between 2% and 4% for placement on CVS Caremark's formulary. By contrast, in 2018, Sanofi's rebates for insulin products were as high as 56%.[60]

89. The overall amount prescription drug manufacturers paid in rebates and other fees nationally doubled from 2013 ($83 billion) to 2018 ($166 billion).[61]

90. Defendants argue that their conduct in excluding drugs reduces costs, but the evidence indicates otherwise. A study from the Tufts Center for the Study of Drug Development

---

[58] *Id.* at 396.

[59] Xcenda, *Skyrocketing growth in PBM formulary exclusions continues to raise concerns about patient access*, at 2 (May 2022), https://www.xcenda.com/-/media/assets/xcenda/english/content-assets/white-papers-issue-briefs-studies-pdf/xcenda_pbm_exclusion_may_2022.pdf.

[60] Senate Finance Committee Insulin Report, *supra* note 15, at 67.

[61] Gill, *supra* note 19.

found that cost-effectiveness did not appear to correlate with a drug's excluded or recommended status; rather, rebates appeared to play the more significant role in determining exclusion and recommendation decisions.[62] The Tufts study conducted a head-to-head comparison of excluded versus recommended drugs in the same therapeutic class. In half the drugs examined, the more cost-effective drug was excluded from coverage.[63] Consistent with Defendants' market rationale and the PBM Defendants' marketing, that should not have happened even once, and the decisions are more plausibly explained by the influence of rebates.

91.    Between 2019 and 2022, the three big insulin manufacturers launched low WAC price versions of their top selling products.[64] These products had WAC prices 50–60% below the brand-name products. Yet, Defendants gave preferential formulary treatment to the brand-name products with high rebates and excluded the medically equivalent, low WAC price versions with little or no rebates.

92.    Internal documents from Novo Nordisk (another large insulin manufacturer) show that in 2018 the company considered, but ultimately decided against, lowering WAC for its insulin products by 50%.[65] The company's pricing committee warned that reducing WAC posed a

---

[62] Joshua P. Cohen et al., *Rising Drug Costs Drive the Growth of Pharmacy Benefit Managers Exclusion Lists: Are Exclusion Decisions Value-Based?*, 53 (Supp 1) Health Servs. Rsch. 2758, 2767, 2764 (Aug. 2018),
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6056588/pdf/HESR-53-2758.pdf.
[63] *Id.* at 2766.
[64] Eli Lilly & Company, *Lilly's Lower-Priced Insulin Now Available* (May 22, 2019), https://investor.lilly.com/news-releases/news-release-details/lillys-lower-priced-insulin-now-available; Novo Nordisk Inc., *Novo Nordisk's new insulin affordability offerings now available in the US* (Jan. 2, 2020), https://www.novonordisk-us.com/media/news-archive/news-details.html?id=36628; Sanofi, *Sanofi to lower out-of-pocket cost of insulin for uninsured patients and expand access in underserved communities* (June 29, 2022), https://www.news.sanofi.us/2022-06-29-Sanofi-to-lower-out-of-pocket-cost-of-insulin-for-uninsured-patients-and-expand-access-in-underserved-communities.
[65] Senate Finance Committee Insulin Report, *supra* note 15, at 61–63, 206–212 (Appendix 3).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 2/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:25-cv-30063-RD-PAS Document 2-1 Filed 06/27/25 Page 964 of 1762 Page ID #: 3069

significant financial risk to the company—even though the manufacturer's net price (and revenue) would remain the same. One of Novo Nordisk's primary concerns was facing retributive action from other entities in the pharmaceutical supply chain that derive payments based on WAC (namely, PBMs). Novo Nordisk specifically identified as downsides "formulary removal" and "CVS, Express Scripts, & Optum push to be kept whole." In other words, based on its experience and observation of market factors, Novo Nordisk had reason to be concerned that if it set the WAC for its insulin products at their true costs (Novo Nordisk's net price) instead of an inflated price with a 50% rebate, Novo Nordisk risked being removed from Defendants' formularies or having to pay Defendants their cut of the now eliminated 50% rebate. Thus, Novo Nordisk chose to facilitate Defendants' scheme by continuing to inflate list prices for their insulin products at the expense of consumers and health benefit plans.

93.     In fact, when Novo Nordisk lowered the WAC price for its long-acting insulin Levemir by 65% in early 2023, Defendants removed Levemir from their formularies.[66] Levemir went from being accessible to 90% of insured consumers to 36% of insured consumers. In other words, 64% of insulin patients lost access to this cost-effective drug because of Defendants' market manipulation. Novo Nordisk began phasing out Levemir in late 2023 and ultimately discontinued it, and *all* insulin patients lost access to this cost-effective medication.

94.     In some instances, Defendants give preferential formulary treatment to products that are more expensive *and* have seemingly inferior safety profiles. For example, in 2020, Express Scripts excluded AstraZeneca's Calquence (drug used to treat Chronic Lymphocytic Leukemia) in favor of the higher-priced Imbruvica (manufactured by AbbVie and Johnson & Johnson)—perhaps the first major PBM restriction of an oncology therapy. This is particularly troubling because

---

[66] Kass, *supra* note 7.

32

significantly fewer people who took Calquence suffered atrial fibrillation compared to Imbruvica in a head-to-head trial.[67]

95.    Often, even products CVS Caremark recommends or gives preferential formulary treatment to are excluded by Express Scripts, and vice versa—further indicating that these exclusions are not evidence- or value-based.[68] Notably, Defendants' justifications for formulary exclusions are not ordinarily shared with consumers, their doctors, or even Defendants' clients (health benefit plans).

96.    The only reasonable explanation for Defendants' actions is that the higher list prices (WAC) are tied to higher rebates and/or other payments to Defendants. If Defendants were truly passing through 100% of payments from manufacturers to health benefit plans, there would be no incentive for Defendants to give preferential treatment to drugs with higher WAC prices and higher rebates versus comparable drugs with lower WAC prices and lower rebates (*i.e.*, preferring a $100 brand-name drug with a 50% rebate over a $50 generic drug with no rebate).

97.    In addition to excluding drugs, Defendants manipulate the formulary tiering system by giving preferential treatment to higher cost drugs for Defendants' own financial gain. According to their own marketing, PBMs are supposed to prefer less expensive drugs and save consumers and health benefit plans money. One key strategy would be placing these drugs in tiers with lower copayments, which would incentivize prescribers and consumers to utilize them, rather than higher cost drugs, which raise prices for consumers and health benefit plans. However, a 2021

---

[67] Arlene Weintraub, *Express Scripts axes Novartis' psoriasis drug in favor of Lilly's as discounting takes over: analyst*, Fierce Pharma (Aug. 20, 2020),
https://www.fiercepharma.com/pharma/express-scripts-axes-novartis-psoriasis-drug-favor-lillys-as-discounting-takes-over-analyst; John C. Byrd, et al., *First results of a head-to-head trial of acalabrutinib versus ibrutinib in previously treated chronic lymphocytic leukemia*, 39(15) J. Clin. Oncol. 7500 (May 28, 2021), https://ascopubs.org/doi/abs/10.1200/JCO.2021.39.15_suppl.7500.
[68] Cohen et al., *supra* note 62.

33

study reviewing Medicare claims data from approximately one million patients between 2010 and 2017 reveals the underlying economic dynamics and found the opposite is true.[69] The percentage of generic drugs on the least expensive tier dropped from 73% in 2010 to 28% in 2017. Further, the percentage of drugs on less economical, higher cost tiers rose from 47% in 2010 to 74% in 2017. The list prices (WAC) for brand-name drugs are typically significantly higher than the list price for generic drugs; thus, it is unlikely that rebated brand-name drugs have an equivalent or lower net cost than their generic counterparts. From 2010–2017, tier misplacement cumulatively cost Medicare and the patients involved in the study $13.25 billion.

98.     A study from the United States Government Accountability Office came to a similar conclusion.[70] It found that generic counterparts for 40 highly rebated brand-name drugs were less likely to be included or given preferred placement over the brand-name drug on Part D formularies compared to generic counterparts for other brand-name drugs.

99.     Upon information and belief, the same incentives lead to the same results for non-Medicare plans, where Defendants have even more leeway.

100.    Beyond pricing, which is discussed below, drug exclusions cause harm and/or raise a significant risk of concrete harm by forcing non-medical switching (altering a consumer's drug therapy for reasons other than a drug's efficacy, side effects, or clinical outcome). In other words, the choice of drugs available to consumers becomes driven not by which drug is safest or most effective for consumers, but by financial side-deals governing whether and at what cost-share amount a drug is placed on Defendants' formulary.

---

[69] Robin Feldman, *The devil in the tiers*, 8(1) J. Law Biosci, at 1 (Jan. 22, 2021), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8109230/.

[70] U.S. Government Accountability Office, *Medicare Part D: CMS Should Monitor Effects of Rebates on Plan Formularies and Beneficiary Spending*, at 27 (Sept. 2023), https://www.gao.gov/assets/gao-23-105270.pdf.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 8/27/2025 8:35 PM
Filed in Providence/Bristol County Superior Court
Envelope: 5149217
Submitted: 8/27/2025 8:52 PM
Reviewer: Carol M.
Envelope: 5145935
Reviewer: J'Lyn D.

101.    In February 2008, CVS Caremark entered into a $38.5 million settlement agreement with 28 State Attorneys General (not including Rhode Island) under their consumer protection statutes to resolve allegations that the PBM engaged in deceptive business practices by encouraging doctors to switch consumers to different brand-name drugs by saying the consumers or their health benefit plans would save money without disclosing that the drug switching would benefit CVS Caremark.[71]

102.    Months later, Express Scripts settled similar allegations with 28 State Attorneys General and the District of Columbia (not including Rhode Island).[72] Among other things, the agreement:

- prohibited Express Scripts from eliciting consumers to switch to drugs that would cost them more;

- prohibited Express Scripts from soliciting drug switches when the originally prescribed drug has a generic equivalent, and the proposed drug does not;

- required Express Scripts to inform prescribers of Express Scripts' financial incentives for certain drug switches; and

- required Express Scripts to refrain from making any claims of savings for a drug switch to patients of prescribers unless Express Scripts can substantiate the claims.

---

[71] Washington Attorney General, *Attorney General McKenna announces Caremark to pay $41 million to resolve multistate consumer protection claims* (Feb. 13, 2008), https://www.atg.wa.gov/news/news-releases/attorney-general-mckenna-announces-caremark-pay-41-million-resolve-multistate.

[72] Washington Attorney General, *Attorney General McKenna announces Express Scripts to pay $9.5 million to resolve consumer protection claims* (May 26, 2008), https://www.atg.wa.gov/news/news-releases/attorney-general-mckenna-announces-express-scripts-pay-95-million-resolve.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted - 8/27/2025 3:35 PM
Filed in Providence/Bristol County Superior Court
Envelope: 5145935
Reviewer: J'Lyn D.
Envelope: 5145935
Reviewer: Carol M.
Submitted 4/27/2025 8:52 PM

103.    These changes to address PBM practices that harmed consumers, unfortunately, were short-lived. In the intervening years, Defendants' basic business practices have not changed, but have only become more profitable to Defendants, still at consumers' expense. Historically, Defendants excluded medicines with generic equivalents or classes where multiple products have been shown to achieve similar clinical outcomes. Now, Defendants often exclude medicines for conditions such as cancer, HIV, and autoimmune disorders, for which variation in patient response to drugs has been well-documented.[73]

104.    Defendants have claimed that formulary exclusions only affect a small percentage of consumers. However, each of the Defendants manages prescription drug coverage for tens of millions of consumers, including thousands of Rhode Island residents.

105.    This means that thousands of individuals may be forced to switch from their current medication to Defendants' preferred alternative each year. Further, because medications to treat *chronic* diseases are among the most frequently targeted by formulary exclusions, vulnerable consumers with chronic illnesses are disproportionately affected, and for much longer periods of time.[74]

106.    A 2023 study examining the impact of formulary tier increases on patients' treatment patterns for apixaban, an oral anticoagulant used to prevent strokes in patients with atrial fibrillation, found patients were very reluctant to switch their medication.[75] More than half the patients (57.5%) continued apixaban despite increased out-of-pocket costs ($54 versus $135 for a

---

[73] Xcenda, *supra* note 59, at 11; *see also* Joyce et al., *supra* note 5, at 396.

[74] Xcenda, *supra* note 59, at 11.

[75] Steven Deitelzweig, *Payer formulary tier increases of apixaban: how patients respond and potential implications*, 39 Current Medical Research & Opinion 1093, 1095 (2023), https://www.tandfonline.com/doi/full/10.1080/03007995.2023.2232636#abstract.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 3:35 PM
Envelope: 5145935
Reviewer: Carol M.

Filed in Providence/Bristol County Superior Court
Submitted: 4/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

30-day supply), 30% discontinued oral anticoagulant treatment, and 12.4% switched to another oral anticoagulant.

107.    For consumers with chronic conditions, who often have treatment regimens involving multiple medications that need to work together, having access to their choice of medications can be critical. Frequent changes can be particularly problematic, as changes in one medication can trigger the need for other changes and disrupt treatment.

108.    Similarly, Defendants increasingly have been excluding drugs approved under the FDA's expedited pathways for novel medicines that meet specific criteria and address unmet medical needs in the treatment of serious and even life-threatening conditions (*e.g.*, Fast Track Designation, Breakthrough Therapy Designation, Accelerated Approval, and Priority Review). In 2022, Defendants each excluded between fourteen to thirty-four products approved through an expedited pathway. This was up sharply from 2016, where the PBM Defendants (prior to the formation of the GPO Defendants) each excluded only one or two products approved through an expedited pathway.

109.    Moreover, because each Defendant has different deals with manufacturers that drive the content of their formularies, Defendants' activities exacerbate consumer confusion and up the difficulty of choosing a health plan that will provide the most coverage for a consumer's specific medical needs at the least cost. And even if consumers were able or savvy enough to take these issues into account when choosing a health plan (to the extent they can make a choice), since PBMs can change their formularies at any time, consumers may be harmed in any event.

**B.    Defendants' Rebate Tactics Lead to WAC Price Inflation**

110.    Contrary to the PBM Defendants' representations about lowering costs for consumers, Defendants know their formulary-enabled rebates have the effect of driving up drug prices.

37

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:25-cv-00303-JJM-PAS Document 2-1 Filed 06/27/25 Page 474 of 764 PageID #: 3075

111.    Manufacturers compensate for rising rebates by increasing WAC to maintain profit margins. Over time, the gap between WAC and the net price (the price manufacturers receive for selling drugs) has become significant and reflects the role of rebates and other fees that PBMs demand in driving up drug prices. Today, WAC prices bear little resemblance to the true cost of prescription drugs. This has a tremendous negative impact on uninsured consumers paying full WAC prices and insured consumers satisfying deductibles or paying coinsurance tied to WAC. It also likely harms insured consumers with flat copayments since health benefit plans consider the overall cost of drugs when setting premiums and copayment amounts.

112.    When the CEO of Novo Nordisk testified before Congress about the pricing of Ozempic and Wegovy, he admitted that list prices are set to accommodate PBMs' financial demands: "It is not our intention that anyone should pay the list price… The list price is the starting point for our negotiation against the PBMs and insurance companies."[76] Yet, many Rhode Island residents are stuck doing just that because they are either uninsured or satisfying a deductible and paying the full WAC (*i.e.*, list) price or making a cost-share payment that is tethered to the artificially inflated WAC price.

113.    In response to a 2023 survey, 67% of manufacturers perceived WAC-based fees, such as rebates and administrative fees, as a barrier to lowering WAC prices.[77] However, there is no valid reason to tie PBMs' fees to drug prices because the services PBMs perform are the same regardless of whether the drug has a high cost or low cost.

---

[76] Kass, *supra* note 7.

[77] Eric Percher, *Trends in Profitability and Compensation of PBMs & PBM Contracting Entities*, Nephron Research, at 13 (Sept. 18, 2023), https://nephronresearch.com/trends-in-profitability-and-compensation-of-pbms-and-pbm-contracting-entities/.

114. From 2011 to 2019, payments from prescription drug manufacturers (mostly rebates to PBMs) nearly tripled.[78] In 2011, a sample of 13 manufacturers paid 29.2% of their net revenue ($50.1 billion) to PBMs and other intermediaries to generate $171.8 billion in net sales. By 2019, the same manufacturers paid more than twice that amount: 67.4% of net revenue ($141.4 billion) to generate $209.9 billion in net sales.

115. In January of 2021, the Senate Finance Committee released a report detailing a bipartisan investigation into the skyrocketing price of insulin. One of the report's key findings is that WAC prices for insulin rose sharply between 2013 and 2019 in step with an exponential increase in rebates for these products.[79]

116. In 2023, gross drug sales at WAC prices totaled $917 billion, but manufacturers received less than half of that on average ($435 billion),[80] a delta which far overshadows the $96 billion spent by manufacturers for research and development in 2023.[81] The balance ($482 billion) consists of (1) rebates and other discounts; (2) PBM fees and profits; and (3) consumers' out-of-pocket payments.[82]

117. Humira, AbbVie's blockbuster rheumatoid arthritis drug, is a good example of WAC inflation (as shown in Figure 5 below).[83] Humira's WAC increased 78% from 2015 to 2019.[84] Most of the WAC increase is attributable to rebates—which grew over 600% during this

---

[78] Gill, *supra* note 19.

[79] Senate Finance Committee Insulin Report, *supra* note 15, at 7.

[80] The IQVIA Institute, *The Use of Medicines in the U.S. 2024: Usage and Spending Trends and Outlook to 2028*, at 42, 44 (Apr. 2024), https://www.iqvia.com/insights/the-iqvia-institute/reports-and-publications/reports/the-use-of-medicines-in-the-us-2024.

[81] Matej Mikulic, *R&D Expenditure of the U.S. pharma industry (PhRMA members) from 1980 to 2023* (Sept. 2, 2024), https://www.statista.com/statistics/265055/us-pharmaceuticals-spending-on-research-and-development/.

[82] The IQVIA Institute, *supra* note 80, at 60.

[83] Gill, *supra* note 19.

[84] *Id.*

39

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:25-cv-00308-JJM-PAS   Document 2-1   Filed 06/27/25   Page 49 of 96   PageID #: 3077
Page 1447 of 1762 PageID

period. In sharp contrast, the net price AbbVie received for Humira only grew about 18% (from

$2,623 in 2015 to $3,104 in 2019). However, consumers with coinsurance requirements saw their

out-of-pocket costs significantly increase. For example, if a consumer's coinsurance requirement

was 20%, the consumer would have paid $582.80 for Humira in 2015 but $1,034.80 in 2019.

*Figure 5: Humira Price Increase from 2015–2019*



118.    AbbVie launched a citrate free version of the Humira Pen in 2019 at a price of

$5,740 for a 30-day supply.[85] After two years on the market, AbbVie increased the price to $6,833

per month—an increase of almost 20%.[86]

119.    Similarly, much of the list prices for GLP-1s are attributable to rebates and other

fees. One economist estimated the net monthly prices of these drugs to be around $700 for Wegovy

($650 less than list price), $300 for Ozempic (nearly $650 less than list price), and $215 for

Mounjaro (about $800 less than list price).[87]

---

[85] Office of the Health Insurance Commissioner, *Chartbook: Rhode Island OHIC*, at 23–27 (2025), https://ohic.ri.gov/sites/g/files/xkgbur736/files/2025-
05/OHIC%20Cost%20Trends%20Chartbook%20Final%2005.12.2025.pdf.
[86] *Id.*
[87] Gina Kolata, *Ozempic and Wegovy Don't Cost What You Think They Do*, N.Y. Times (Sept. 24, 2025), https://www.nytimes.com/2023/10/22/health/ozempic-wegovy-price-cost.html.

120.   A 2020 study found that for prescription drugs sold from 2016 to 2018, on average, a $1 increase in rebates was associated with a $1.17 increase in WAC.[88]

121.   Defendants claim that prescription drug manufacturers—not Defendants—are responsible for inflating list prices (WAC). This is misleading. Manufacturers may set list prices for their drugs, but Defendants indirectly control list prices by negotiating drug rebates which they know will result in manufacturers raising their prices to maintain their revenue and profit margins. The close correlation, over time, between the rise in WAC prices and the rise in rebates makes the causal connection between rebates and drug prices clear.

122.   In January of 2022, before the Tenth Circuit Court of Appeals, Sanofi asserted that PBMs were responsible for the exorbitant cost of Mylan's EpiPen, an auto-injector that treats severe allergic reactions. Sanofi explained that Mylan raised the price of EpiPen in order to allow the manufacturer to cut deals with PBMs and other purchasers in exchange for their agreement to give EpiPen preferential treatment or to not cover Sanofi's competing product, Auvi-Q. Sanofi also disclosed that it paid Express Scripts $36 million in rebates on an unrelated product in exchange for Express Scripts agreeing to cover Auvi-Q.[89] The differential treatment of these two drugs by these Defendants based on rebates is one example of the quid pro quo that affects drug prices and consumers' access to drugs generally, beyond insulin.

123.   Prescription drug manufacturers do not seem to be retaining the benefit of (or at least not most of the benefit of) WAC increases. For example, as shown in Figure 6 below, Sanofi

---

[88] Neeraj Sood, et al., *The Association Between Drug Rebates and List Prices*, USC Schaeffer Center, at 1 (Feb. 11, 2020), https://healthpolicy.usc.edu/wp-content/uploads/2020/02/SchaefferCenter_RebatesListPrices_WhitePaper-1.pdf.

[89] Matthew Perlman, *Sanofi Tells 6th Cir. It Paid $36M To Access EpiPen Market*, Law360 (Jan. 19, 2022), https://www.law360.com/competition/articles/1456660/sanofi-tells-10th-circ-it-paid-36m-to-access-epipen-market.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

disclosed that WAC for its insulins grew 140% from 2012 to 2019, while net prices (*i.e.*, the revenue Sanofi received) declined by 41%.[90] Humira's net versus WAC price, described at Paragraph 117, reflects and demonstrates the same dynamic.

*Figure 6: Sanofi Insulin Prices from 2012–2019*



124.   In another insulin example, Eli Lilly decided to offer its brand-name insulin product (Humulin) as an authorized generic—a highly unusual move for a drug that is still under patent—because PBMs do not impose rebates on generic drugs.[91] Eli Lilly sold Humulin for $184 with a net revenue of $83.44. In sharp contrast, Eli Lilly sold its authorized generic insulin for $92.50 (without rebates)—half the price of its brand-name insulin. Because Eli Lilly's authorized generic

---

[90] Adam J. Fein, *Drug Channels News Roundup, March 2020: Sanofi's Gross-to-Net Bubble, Drug Pricing Findings, Amazon Replaces Express Scripts, and Drug Channels Video*, Drug Channels (Mar. 31, 2020), https://www.drugchannels.net/2020/03/drug-channels-news-roundup-march-2020.html.

[91] Emery P. Weinstein and Kevin Schulman, *Exploring Payments in the U.S. Pharmaceutical Market 2011–2019: Update on Pharmacy Benefit Manager Impact*, 227 Am. Heart J. 107, 107–110 (2020), https://doi.org/10.1016/j.ahj.2020.06.017.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

has no rebates, there is nothing incentivizing Eli Lilly to inflate the list price. Untethered from rebates, Eli Lilly was able to reduce the price of its product by 50% and make slightly more profit.

125. Similarly, Sanofi told its investors that between 2012 and 2022, the list price for its insulin products rose 143% yet the net price for its insulin products declined 58%.[92] At the same time, consumers' out-of-pocket costs for Lantus—Sanofi's top-selling insulin—increased by 45%.[93] Sanofi attributed some of the increase in out-of-pocket costs to the fact that the average patient spending on deductibles for individuals with health benefit plans provided by employers increased 61% from 2012 to 2022—meaning because the average consumer's deductible is higher, consumers face more exposure to the full, unrebated list prices, which, as explained above, are artificially inflated as a result of Defendants' practices.[94]

126. However, as explained below, manufacturers nonetheless benefit from the system Defendants created because they are allowed to essentially purchase formulary space from Defendants rather than compete on the merits of their products with competitors.

127. This artificial price inflation dynamic also exists outside of insulin. In 2023, the list prices for brand-name drugs *increased* by mid-single-digits, yet net prices paid to manufacturers by PBMs after extraction of rebates and fees *decreased* by more than 7% after adjusting for inflation.[95] It was the sixth consecutive year that net prices paid to manufacturers by PBMs for brand-name drugs decreased. From 2014 to 2023, there were significant gaps between the list

---

[92] Sanofi, *Prescription Medicine Pricing: Our principles and perspectives*, at 12, https://web.archive.org/web/20241009020732/https://www.sanofi.com/assets/dotcom/pages/docs/investor-relations/environmental-social-governance/Sanofi-2023-Pricing-Principles-Report.pdf (last visited May 27, 2025).

[93] *Id.*

[94] *Id.* at 13.

[95] Adam J. Fein, *Tales of the Unsurprised: U.S. Brand-Name Drug Prices Fell for an Unprecedented Sixth Consecutive Year (And Will Fall Further in 2024)*, Drug Channels (Jan. 3, 2024), https://www.drugchannels.net/2024/01/tales-of-unsurprised-us-brand-name-drug.html.

43

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: Carol M.

prices and net prices of brand-name drugs (*see* Figure 7 below showing the change in the **rate** at which the various prices for brand-name prescription drugs either increased or decreased).[96]

### Figure 7: Gaps Between List Prices and Net Prices
### 2014–2023



128. Defendants' conduct in causing increases in WAC prices harms consumers by increasing out-of-pocket costs for uninsured consumers and insured consumers with coinsurance and high-deductible plans who are in the deductible phase because their costs are directly tied to the WAC price. This cost increase is not speculative or theoretical; it is guaranteed because of the connection between consumers' cost-share payment and the WAC price. Thus, when WAC increases, consumers' out-of-pocket costs will increase.

129. All things equal, economic logic suggests that lower net prices for drugs would be expected to alleviate upward pressure on the health care premiums consumers pay. Instead, health insurance premiums have continued to rise nationally, [97] which on information and belief, suggests

---

[96] *Id.*

[97] Claxton et al., *supra* note 18, at 7.

44

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted - 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

that Defendants are retaining a sizable portion of rebates for themselves rather than passing them on to insurers.[98]

130.    Researchers from the University of Southern California found that consumers with coinsurance in Medicare Part D plans had substantially higher out-of-pocket costs for drugs in concentrated markets where the demand for rebates is the highest.[99] In other words, paradoxically, more competitors in the market caused at least certain consumers to pay higher costs, which is contrary to how competitive markets typically work. This can be attributed to the fact that Defendants leverage the availability of competitor drugs to demand higher rebates to give preferential treatment to one manufacturer's product and exclude others from their formularies.

131.    In some instances, consumers are paying proportionately more of the increased drug prices than their health benefit plans. In a 2023 study, the United States Government Accountability Office examined Medicare Part D expenditures by beneficiaries (*i.e.*, consumers) and health benefit plans.[100] It found that payments by beneficiaries increased dramatically for 79 of the 100 drugs receiving the most rebates, demonstrating both the wide scope of rebate-driven price increases and the substantial impact that rebates and price increases have on consumers' out-of-pocket costs.[101] For these 79 drugs, beneficiaries paid $21 billion and health benefit plans (referred to as health benefit sponsors in the figure below) paid $5.3 billion (*see* Figure 8 below).[102] In other words, beneficiaries paid approximately 80% of the cost for these 79 drugs while health

---

[98] Jessica Mar and January Angeles, *Prescription Drug Spending Is Unaffordable Even When Accounting for Rebates* (Dec. 19, 2023), https://www.healthaffairs.org/content/forefront/three-states-growth-prescription-drug-spending-unaffordable-even-accounting-rebates.

[99] Darius Lakdawalla & Meng Li, *Association of Drug Rebates and Competition With Out-of-Pocket Coinsurance in Medicare Part D, 2014 to 2018*, JAMA Network Open, at 7 (May 5, 2021), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8100863/.

[100] U.S. Gov't Accountability Office, *supra* note 70.

[101] *Id.* at 32–33.

[102] *Id.*

45

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 8/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

benefit plans paid only 20% after rebates. In other words, the portions of drugs that health benefit plans pay were significantly offset by rebates, but the portions consumers pay were not. Upon information and belief, the same dynamic exists with non-Medicare plans.

*Figure 8: Medicare Expenditures by Beneficiaries vs. Health Benefit Plans*



132. For consumers with high-deductible plans (or even more modest deductible plans) who are still satisfying their deductibles, consumers pay the full cash price and their health benefit plans pay zero. However, Defendants still receive rebates and other manufacturer fees related to those prescriptions. Thus, they effectively profit from some consumers paying the full cash price.

### C. Defendants' Lack of Transparency Allowed Them to Continue Siphoning Off Substantial Portions of Payments from Manufacturers in the Form of Undisclosed Fees

133. Retaining a portion of the rebates they negotiate with manufacturers has historically been a major source of revenue for the PBM Defendants. For example, in 2012, approximately 46% of the PBM Defendants' revenues were attributable to rebates and price protection fees (additional rebate payments manufacturers are required to pay PBMs if a drug's list price increases beyond an agreed cap).[103]

134. However, over the past decade, amidst mounting pressure from health benefit plans and the public, the PBM Defendants began increasingly passing through rebates to health benefit

---

[103] Percher, *supra* note 77, at 3.

plans. The PBM Defendants now tout that they pass through more than 90% of rebates to health benefit plans.[104] But that does not tell the whole story and, in a sleight of hand, distorts the ways in which PBMs continue to drive up prices and their own profits.

135.   Even though Defendants are collectively retaining a smaller percentage of rebates, the overall revenue to PBMs from rebates is increasing: from $46 billion in 2018 to $64 billion in 2022.[105] The gain in overall rebate dollars therefore somewhat offsets the loss in percentage (*i.e.*, 10% of $64 billion is larger than 10% of $46 billion).

136.   In addition, Defendants have managed to further increase their profits and avoid passing on payments from manufacturers by recharacterizing these payments from rebates to other fees. The PBM Defendants now utilize the GPO Defendants—some of which are offshore corporations—to categorize and recategorize income streams, which allows Defendants to redefine "rebates" and, by extension, avoid the PBM Defendants' obligation to pass through "rebates."

137.   One 2023 survey looked at PBM compensation from prescription drug manufacturers between 2018 and 2022. It found PBMs' compensation tied to manufacturer fees doubled from $3.8 billion in 2018 to $7.6 billion in 2022.[106] Thus, although increased pass through of rebates to health benefit plans reduced PBMs' traditional sources of profitability, novel PBM fees—including fees manufacturers pay to GPOs—more than offset this decline (as shown in Figure 9 below).[107]

---

[104] CVS Health, *Improving Access and Lowering Costs*,

https://business.caremark.com/content/dam/enterprise/business-

caremark/insights/pdfs/2023/PBMFactsheet_Final_06.09.23.pdf (last visited May 27, 2025); Evernorth Health Services, *The Reality of Rebates*, *supra* note 37; OptumRx, Inc., *Client and Consumer Support*, https://www.unitedhealthgroup.com/ns/optum-rx/client-and-consumer-support.html (last visited May 27, 2025).

[105] Percher, *supra* note 77, at 6.

[106] *Id*. at 2.

[107] *Id*. at 3.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 8/27/2025 8:52 PM
Envelope: 5145935
Reviewer: Carol M.
Filed in Providence/Bristol County Superior Court
Submitted: 8/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

*Figure 9: Source of PBM Gross Profits Over Time: A Shift from Rebates and Spread to Fees and Specialty Pharmacy*



138.    The 2023 Nephron study at Figure 9 found that PBMs shifted administrative fees to their GPOs—adding additional ***non-transparent*** layers to the drug pricing system. These administrative fees increased 56% from $3.8 billion in 2018 to $5.8 billion in 2022. The study further observed the rise of novel fees that manufacturers now pay to GPOs. In 2018, data fees and vendor fees were effectively zero but have since skyrocketed to $968 million and $759 million, respectively. Although it is unclear what some of these new fees represent, data fees are fees for granting manufacturers access to a portal that contains utilization and other data for manufacturers' drugs. Like rebates, administrative, vendor, and data fees are most frequently calculated as a percentage of WAC prices.

139.    Defendants' lack of transparency allows them to profit from secret, undisclosed fees that drive up the cost of drugs. It also prevents health benefit plans (and by extension, consumers) from discovering Defendants' unfair and deceptive practices. The PBM Defendants' contracts with health benefit plans enable this behavior by restricting access to information,

48

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:25-cv-00355-RD-PAS Document 2 Filed 06/27/25 Page 965 of 1762 PageID #: 3086

including claim-level data and the gross profits Defendants generate from administering their prescription drug benefits.[108]

140.    Seemingly consistent with the data from Nephron's 2023 study, on June 24, 2024, CVS Caremark paid $45 million to the State of Illinois to settle allegations that CVS Caremark failed to disclose and pass through certain payments made to Zinc that allegedly constitute rebates pursuant to CVS Caremark's contract with Illinois.

141.    Moreover, even if Defendants passed through 100% of all payments from manufacturers—which none of them do—consumers whose out-of-pocket costs are tied to WAC prices would still be harmed by the high WAC price/high rebate system that Defendants have engineered. This is because manufacturer payments are passed through to health benefit plans, not to consumers paying inflated cost-share payments. In fact, it is unclear how or whether consumers' costs are offset by the rebates paid to health benefit plans.

## IV.    WAC Prices for Prescription Drugs Have Skyrocketed Over the Last Couple of Decades, Increasing Prices to Consumers

142.    As discussed illustratively above and shown in Figure 2, WAC prices are rising. From 2014 to 2020, WAC prices for prescription drugs increased by 33%, outpacing inflation and price increases for any other medical commodity or service.[109]

---

[108] Ge Bai, *Policy Options To Help Self-Insured Employers Improve PBM Contracting Efficiency*, Health Affairs (May 29, 2019), https://www.healthaffairs.org/content/forefront/policy-options-help-self-insured-employers-improve-pbm-contracting-efficiency.

[109] Tori Marsh, *Prices for Prescription Drugs Rise Faster Than Prices for Any Other Medical Good or Service*, GoodRx Health (Sept. 17, 2020), https://www.goodrx.com/healthcare-access/drug-cost-and-savings/prescription-drugs-rise-faster-than-medical-goods-or-services; Stephen W. Schondelmeyer & Leigh Purvis, *Trends in Retail Prices of Brand Name Prescription Drugs Widely Used by Older Americans, 2006 to 2020*, AARP Public Policy Institute (June 2021), at 1, https://www.aarp.org/content/dam/aarp/ppi/2021/06/trends-in-retail-prices-of-brand-name-prescription-drugs-widely-used-by-older-americans.10.26419-2Fppi.00143.001.pdf.

143.    Between 2016 and 2022, there were 1,216 drugs with WAC prices that exceeded the rate of inflation (8.5%).[110] The average WAC price increase for these drugs was 31.6%. Some drug prices increased by more than $20,000, or 500%.

144.    The cost of Spiriva Handihaler—a drug used to treat asthma and COPD from which more than 96,000 Rhode Islanders suffer—increased more than 36% (from $3,886 per year in 2015 to $5,289 per year in 2020).[111]

145.    In 2023, the two drug categories with the highest spending in Rhode Island were: (1) immunological agents (medications that combat infections by modifying the immune system); and (2) blood glucose regulators (medications that treat diabetes).[112] Both categories contain high-priced and highly rebated medications such as Humira (immunological agent) and GLP-1s (blood glucose regulator).

146.    Rising WAC prices have made life-saving medications unaffordable for many Americans—particularly the elderly, ages 62 and older. For the average older American taking 4.7 brand-name prescription drugs per month, if drug prices had increased at the rate of general inflation, the annual cash price of therapy in 2020 would have been $13,682 instead of the actual cost of $31,037.[113] This is a significant burden for uninsured consumers or consumers with coinsurance or high-deductible plans. Even consumers with flat copayments are likely harmed because their health benefit plans take into account overall drug costs when setting premiums and copayment amounts.

---

[110] Assistant Sec'y for Planning and Evaluation, U.S. Dept. of Health and Human Services, *Price Increases for Prescription Drugs, 2016–2022*, at 1 (Sept. 30, 2022), https://aspe.hhs.gov/sites/default/files/documents/e9d5bb190056eb94483b774b53d512b4/price-tracking-brief.pdf.
[111] AARP, *supra* note 1.
[112] Office of the Health Insurance Commissioner, *supra* note 85.
[113] Schondelmeyer & Purvis, *supra* note 107, at 1.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5145935
Reviewer: J'Lyn D.

147. Researchers have found that when drug prices are too high, many consumers will simply not fill their prescriptions.[114] Due in part to high costs, consumers starting new therapy abandoned 98 million prescriptions at pharmacies in 2023.[115] Consumers abandoned prescriptions with increasing frequency as out-of-pocket costs rose, with abandonment rates over 55% for prescriptions costing over $250.[116]

148. In 2020, it was estimated that high out-of-pocket costs for drugs would cause 1.1 million premature deaths of seniors in the Medicare program over the next decade, and lead to an additional $177.4 billion in avoidable Medicare medical costs. Upon information and belief, the effect would be even more acute with respect to non-Medicare plans, where prescription drug benefits are even more limited.

149. According to a 2024 survey of over 1,000 Rhode Island adults, more than 65% of adults making less than $50,000 a year were somewhat or very worried about affording prescription drugs.[117] Nearly a quarter of adults in Rhode Island either did not fill a prescription, cut pills in half, or skipped a dose due to concerns about costs.[118]

150. Insulin—a drug that millions with diabetes need to live—is a prime example of skyrocketing WAC prices. At a century in use, insulin is one of the oldest biologic drugs in modern medicine. In 1999, Humalog (insulin) was affordably priced at approximately $21 per month.

---

[114] Arleen Leibowitz et al., *The Demand for Prescription Drugs as a Function of Cost-Sharing*, at 18 (Oct. 1985), https://www.rand.org/content/dam/rand/pubs/notes/2005/N2278.pdf.

[115] The IQVIA Institute, *supra* note 80, at 34.

[116] *Id.*

[117] Healthcare Value Hub, *supra* note 2, at 1.

[118] *Id.*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted - 6/27/2025 3:55 PM
Filed in Providence/Bristol County Superior Court
Envelope: 5145935
Reviewed - 6/30/2025 8:52 PM
Reviewer: J'Lyn D.

Twenty years later, the WAC price had increased by more than 1000% to approximately $332 per month.[119]

151.     For a consumer with Type 1 diabetes with commercial insurance, the annual cost of insulin nearly doubled in just a five-year period, from approximately $3,200 in 2012 to $5,900 in 2016.[120]

152.     Due to unprecedent pressure on PBMs and insulin manufacturers, insulin costs are now capped at $35 a month for some consumers. Unfortunately, the PBM Defendants have not provided this same type of relief across the board for other drugs.

## V.     Defendants' Deceptive Acts and Practices Are Material to Consumers

153.     As discussed above, Defendants' marketing emphasizes their role in and commitment to ensuring that the prescription drugs available to consumers are safe, effective, and affordable because these issues are important to consumers and likely to impact their decision making. Defendants know that, too.

154.     For example, CVS Caremark advertises "Your health is our priority[.] As a pharmacy benefit manager (PBM), we manage prescription plans to help make them more cost-effective – so you can get what you need when you need it."[121] It further acknowledges: "Keeping your medication affordable is important." CVS Caremark further claims to "[i]mprov[e] health

---

[119] S. Vincent Rajkumar, *The High Cost of Insulin in the United States: An Urgent Call to Action*, 95 Mayo Clinic Proc. 22, 22 (2020), https://www.mayoclinicproceedings.org/article/S0025-6196(19)31008-0/fulltext.

[120] Jean Fuglesten Biniek & William Johnson, *Spending on Individuals with Type 1 Diabetes and the Role of Rapidly Increasing Insulin Prices*, Health Care Cost Institute (Jan. 21, 2019), https://healthcostinstitute.org/diabetes-and-insulin/spending-on-individuals-with-type-1-diabetes-and-the-role-of-rapidly-increasing-insulin-prices.

[121] CVS Caremark, *About Us*, *supra* note 23.

52

Case Number: PC-2025-02760

Filed in Providence/Bristol County Superior Court
Submitted 5/27/2025 8:52 PM
Envelope: 5745935
Reviewer: J'Lyn D.

#: 3090

through affordability" because "people are more likely to take their prescribed medications when they know they can afford them – and that can lead to better health outcomes."[122]

155.    For example, Express Scripts claims: "As your pharmacy benefit manager ("PBM"), Express Scripts helps you stress less and save more. We take care of you, so you can focus on what really matters."[123] Express Scripts describes cost as "one of the greatest barriers to care."[124]

156.    For example, OptumRx asserts: "Always here for you when you need us – with compassion and care."[125] It further acknowledges: "[M]any people do not take their medications as they should, citing cost as a primary reason."[126] It further states: ""In short, when it comes to treatments for conditions that affect millions of people and drive most employer costs, Optum Rx routinely delivers a far lower price. And lower prices matter."[127]

157.    It is also axiomatic that consumers are concerned about the safety and efficacy of prescription drugs. Pricing and access to prescription drugs are also key concerns to consumers.[128] More than 50% of people in the United States are worried about affording prescription drug costs, with larger shares of black and Hispanic adults and uninsured adults reporting concerns.[129] One

---

[122] CVS Health, *Member Affordability*, https://www.cvshealth.com/services/prescription-drug-coverage/member-affordability.html (last visited May 27, 2025).

[123] Express Scripts, Inc., *Pharmacy benefits that benefit you*, https://www.express-scripts.com/pharmacy-benefits-manager (last visited May 27, 2025).

[124] Express Scripts, Inc., *Continually Creating for the Needs of Our Members*, https://www.evernorth.com/who-we-serve/members (last visited May 27, 2025).

[125] OptumRx, Inc., *supra* note 22.

[126] OptumRx, Inc., *Experts agree, supra* note 46.

[127] *Id.*

[128] Grace Sparks et al., *Public Opinion on Prescription Drugs and Their Prices*, KFF (Oct. 4, 2024), https://www.kff.org/health-costs/poll-finding/public-opinion-on-prescription-drugs-and-their-prices/.

[129] *Id.*

53

quarter of adults have difficulty affording prescription drugs, including larger shares of those who take more medications.[130]

158.    Moreover, a health benefit plan may consider complaints made by aggrieved consumers in determining whether to select or retain a particular PBM. In addition, some consumers may be able to change PBMs by selecting a different health benefit plan from those offered by their employer or on the individual market with a different PBM; however, in many instances, switching health benefit plans is cost prohibitive, particularly if consumers switch from an employer-sponsored plan to a private-market plan. Moreover, because Defendants administer prescription drug benefits for approximately 80% of the market, it is difficult for consumers to escape their practices.

159.    Defendants' deceptive acts and practices are also likely to affect consumers' conduct regarding Defendants' services in myriad ways.

160.    Defendants' formulary decisions will force some consumers to switch medications or potentially ration or forgo treatment because they cannot afford the out-of-pocket costs. For example, an insured parent whose allergic child's EpiPen is no longer covered or preferred by one of the Defendants will have to find a different drug for her child. A cancer patient who is required to transition to a different chemotherapy drug because of Defendants' formulary practices will certainly find that information material. Diabetic patients with health benefit plans managed by Defendants decided to ration their insulin in response to Defendants' rebate and formulary practices that increased consumers' out-of-pocket costs. For all these consumers, Defendants' deceptive acts and practices are material because they affected consumers' choice of, or conduct regarding, Defendants' services.

---

[130] *Id.*

54

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:35 PM
Envelope: 5145935
Reviewer: Carol M.

Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:25-cv-00308-MRD-PAS Document 2-1 Filed 06/27/25 Page 64 of 94 Page ID #: 3092

161.    Since Defendants' formulary and rebate practices significantly inflate the price of brand-name drugs and consumers' out-of-pocket costs, some consumers will decide to forego using their prescription drug benefits altogether because paying cash is cheaper. For example, a consumer taking a drug her PBM designated as "specialty" may be better off purchasing the drug with cash from a pharmacy not affiliated with her PBM that offers a more competitive price. Alternatively, a consumer may choose to pay cash and utilize publicly available drug coupons offered by drug manufacturers or GoodRx.

## VI.    Defendants' Scheme That Artificially Inflates Drug Prices Violates Established Public Policy In Rhode Island

162.    Rhode Island has a public policy in favor of making affordable and effective medications accessible to consumers and preventing PBMs from driving up drug costs.

163.    This public policy is evidenced through multiple laws among other things. For example, in 2023, Rhode Island passed legislation capping consumers' out-of-pocket costs for specialty drugs at $150 per 30-day supply. *See* R.I. Gen. Laws § 27-18-50.2. In passing the law, the general assembly made several findings, including:

(1)    In 2015, an estimated six hundred thirty-five thousand (635,000) Rhode Island residents had at least one chronic disease, and an estimated two hundred forty-nine thousand (249,000) residents had two (2) or more chronic diseases, which significantly increases their likelihood to depend on prescription specialty drugs;_

(2)    In 2016, twenty-five percent (25%) of Rhode Island residents stopped taking a prescription drug as prescribed due to cost. . . .

*Id.* The legislation was sponsored by Representative David Morales and the late Senator Maryellen Goodwin. Representative Morales said, "With over 6,000 of our neighbors battling cancer and many others relying on specialty drugs to stay alive, it is the responsibility of our state government

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.
#: 3093

to ensure that all people, regardless of socioeconomic status, can afford these lifesaving medications."[131]

164.  In 2021, Rhode Island also capped out-of-pocket costs for insulin products at $40 and banned PBMs' contractual clauses that prevent pharmacies from disclosing information concerning consumers' out-of-pocket costs and lower-priced alternatives. *See* R.I. Gen. Laws §§ 27-20.8-3; 27-20.8-4. The legislation was sponsored by Senator Melissa A. Murray and House Speaker Pro Tempore Brian Patrick Kennedy. Speaker Kennedy said:

> Insulin is both very widely used and absolutely critical to the lives of people with diabetes, many of whom are seniors or disabled people living on low fixed incomes. Unaffordable insulin costs are a serious threat to public health. According to the American Diabetes Association, about a third of the approximately 100,000 diabetes patients in Rhode Island use insulin, and a quarter of those patients ration their insulin. No one should have to choose between paying for their life-saving medication, keeping their lights on, or having enough groceries[.][132]

165.  Rhode Island also operates the Rhode Island Best RX Prescription Drug Discount Program for the Uninsured to lower prescription drug prices for uninsured consumers. *See* R.I. Gen. Laws §§ 42-66.2.1-2.

166.  The Office of the Health Insurance Commissioner reiterated Rhode Island's policy in a recently released report analyzing pharmacy spending, concluding: "It is important for Rhode

---

[131] State of Rhode Island General Assembly, *Morales/Goodwin bill to lower prescription drug costs passes General Assembly* (June 16, 2023),
https://www.rilegislature.gov/pressrelease/_layouts/RIL.PressRelease.ListStructure/Forms/Displ
ayForm.aspx?List=c8baae31%2D3c10%2D431c%2D8dcd%2D9dbbe21ce3e9&ID=373771&We
b=2bab1515%2D0dcc%2D4176%2Da2f8%2D8d4beebdf488.

[132] State of Rhode Island General Assembly, *New law limits insulin copays* (July 7, 2021),
https://www.rilegislature.gov/pressrelease/_layouts/RIL.PressRelease.ListStructure/Forms/Displ
ayForm.aspx?List=c8baae31-3c10-431c-8dcd-
9dbbe21ce3e9&ID=371891#:~:text=Under%20the%20new%20law%2C%20insurers,charge%20
less%2C%20if%20they%20choose.

Islanders to get the care and medications they need to live the healthiest lives possible, but at prices that are not burdensome and a deterrent to access."[133]

167.    In contravention of Rhode Island's public policy, Defendants' business practices have the intent and/or effect of artificially increasing prescription drugs costs for Defendants' own financial gain, and this offends the policy of the State of Rhode Island because, among other things, it: (1) raises consumers' out-of-pocket drug costs; (2) results in utilization of high cost brand-name drugs over cheaper and equally effective alternatives; and (3) blocks consumers from meaningfully accessing cheaper and, in some instances, safer alternatives.

## VII.    Defendants Engage in Unfair Methods of Competition

168.    Defendants engage in unfair methods of competition that negatively affect competitive conditions in the brand-name prescription drug market and, in the case of the PBM Defendants, the pharmacy market to the detriment of consumers.

### A.    Defendants' Formulary and Rebate Practices Tend to Negatively Affect Competitive Conditions in the Prescription Drug Market

169.    Defendants engage in unfair methods of competition when giving preferential formulary treatment to drugs with the highest rebates when there are multiple drugs in a therapeutic class, which tends to negatively affect competitive conditions among drug manufacturers to the detriment of consumers.

170.    Defendants' treatment of biosimilars perfectly illustrates the anti-consumer and anti-competitive incentives Defendants have created. Biosimilars are biologic products that the FDA has approved to be therapeutic substitutes for an existing biologic product because there is no clinically meaningful difference between the biosimilar and the existing biologic product.[134]

---

[133] Office of the Health Insurance Commissioner, *supra* note 85, at 28.

[134] Xcenda, *supra* note 59, at 7.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted 3/27/2025 8:52 PM
Filed in Providence/Bristol County Superior Court
Envelope: 5145935
Reviewed: 3/27/2025 8:52 PM
Reviewer: J'Lyn D.
Case 1:25-cv-00303-JJM-PAS   Document 2   Filed 06/27/25   Page 94 of 176   PageID #: 3095

171.    Biosimilars directly compete with existing biologic products. In general, biosimilars are lower priced than the existing biologic product. One would expect, based on Defendants' marketing statements regarding their roles in the market, that when Defendants are faced with fully interchangeable products with no clinically meaningful differences, Defendants would choose the lowest-priced product. Many times, however, the opposite is true. Often, Defendants put their thumb on the scale in favor of drugs with much higher WAC (list) prices, undeniably for their own financial benefit, and against the interests of their health benefit plan clients and health benefit plan members, giving favored status to drugs that come with higher rebates while simultaneously freezing out drugs with considerably lower WAC prices (often biosimilars or generic drugs), thereby causing an artificial distortion of the normal competitive dynamics among drug manufacturers.

172.    For example, Viatris (a company formed by the merger between manufacturers Mylan and Upjohn) launched two identical biosimilar insulins that are fully interchangeable with Sanofi's top-selling Lantus. One product is a brand-name biosimilar insulin called Semglee. The other product is a generic biosimilar insulin (Insulin Glargine). Semglee is offered at a WAC 5% below the WAC for Lantus. Insulin Glargine is offered at a WAC 65% lower than the WAC for Lantus. Semglee and Insulin Glargine are the exact same product—the only difference between the two products is price.[135]

173.    In their 2022 formularies, none of Defendants gave preferred treatment to the insulin product with the lowest WAC (Insulin Glargine). OptumRx preferred Lantus and excluded Semglee but failed to include Insulin Glargine. Express Scripts preferred the higher-priced biologic

---

[135] Adam J. Fein, *Why PBMs and Payers Are Embracing Insulin Biosimilars with Higher Prices— And What That Means for Humira*, Drug Channels (Nov. 9, 2021), https://www.drugchannels.net/2021/11/why-pbms-and-payers-are-embracing.html.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 8/27/2025 3:33 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Filed in Providence/Bristol County Superior Court
Submitted: 8/27/2025 8:52 PM
Envelope: 5145935
Reviewer: Carol M.

Case 1:25-cv-00309-MRD-PAS   Document 21   Filed 08/27/25   Page 94 of 762 PageID #: 3096

(Semglee) and excluded the lower-priced biologic (Insulin Glargine)—even though Semglee and Insulin Glargine are identical. CVS Caremark excluded Lantus and preferred Basaglar—a product that is not even a biosimilar to Lantus—without including Semglee or Insulin Glargine.[136] Because Defendants profit from drugs with higher rebates, they have created a barrier for cheaper biosimilar competitors to enter the market. Moreover, even if all of these products had the same net cost (meaning the brand-name products were the same price as the lower-priced biologic after accounting for rebates), consumers with coinsurance and those enrolled in high-deductible plans would pay greater out-of-pocket costs for the brand-name products than the lower-priced products because their cost-share payments were based on the unrebated prices.

174.    Humira biosimilars are another example. Humira biosimilars hit the market in 2023 with WAC prices ranging from 5%–85% below Humira.[137] The net price of Humira was approximately $2,100 compared to less than $1,000 for some of the low WAC price biosimilars.[138] Yet, Defendants continued to give preferential treatment to Humira and refused to cover the biosimilars.[139] The only plausible explanation for favoring a drug that is clinically identical but more expensive than its competitors is that the switch would have cost Defendants in lost rebates and other fees.

175.    IQVIA—a healthcare data company—estimated that if Defendants had switched to low WAC biosimilars in 2023, Defendants would have lost 87% in profit from rebates and other fees associated from Humira prescriptions and specialty pharmacies (some of which Defendants

---

[136] *Id.*

[137] IQVIA, *Adalimumab Biosimilar Tracking*, at 15 (Apr. 2, 2024),
https://biosimilarscouncil.org/wp-content/uploads/2024/04/04022024_IQVIA-Humira-Tracking-Executive-Summary.pdf.
[138] *Id.* at 10.
[139] *Id.* at 5–6.

Case 1:25-cv-00303-JJM-PAS   Document 2   Filed 06/27/25   Page 63 of 164   PageID #: 3097

own) would have lost 90% profit.[140] By sharp contrast, health benefit plans would have saved 80% in lower drug costs and administrative fees and consumers would have saved 76% on copayments.[141]

176.    CVS Caremark announced at the beginning of 2024 that it would remove Humira from its major national commercial formularies and cover Humira biosimilars instead.[142] But there was a catch: CVS Caremark gave preferential formulary treatment to a mix of high and low WAC price biosimilars, including biosimilars manufactured by Cordavis—a subsidiary of CVS Health, which also operates CVS Caremark.[143]

177.    Similarly, Express Scripts announced in August 2024 that it would also remove Humira from its 2025 commercial formulary in favor of multiple biosimilars with a mix of high and low WAC prices, including biosimilars manufactured by Quallent Pharmaceuticals—a subsidiary of Evernorth, which also owns Express Scripts.[144]

178.    In other words, CVS Caremark and Express Scripts favored the higher priced, higher rebated Humira and systematically excluded lower priced biosimilar products until they began making their own lower priced biosimilar products from which they could profit.

179.    Forcing manufacturers to compete based on the kickbacks they pay to Defendants is an unfair method of competition because it undermines competition on the merits, which, for prescription drugs, is their safety, efficacy, or price. Instead, it constrains products available to

---

[140] *Id*. at 13.

[141] *Id*.

[142] CVS Health, *CVS Caremark accelerates biosimilars adoption through formulary changes* (Jan. 3, 2024), https://www.cvshealth.com/news/pbm/cvs-caremark-accelerates-biosimilars-adoption-through-formulary-changes.html.

[143] Adam J. Fein, *Humira Biosimilar Price War Update, Should We Be Glad that CVS Health and Express Scripts Are Using Private Label Products to Pop the Gross-to-Net Bubble?* (Sept. 4, 2024), https://www.drugchannels.net/2024/09/humira-biosimilar-price-war-update.html.

[144] *Id*.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:25-md-03080-BAH-RD-PAS Document 2 Filed 06/27/25 Page 1469 of 1762 Page ID #: 3098

consumers and increases prices paid by consumers without regard to the quality, safety, or desirability of the product to consumers—but solely on the willingness and ability of the product manufacturer to offer quid pro quo rebates and other fees to Defendants to gain access to their formularies.

180.    Defendants' conduct is coercive, exploitative, and restrictive because it incentivizes manufacturers to compete for formulary placement by prioritizing rebates over the true lowest net price or the safety or efficacy of their products. It also exploits and abuses vulnerable consumers by denying them access to certain medications, including safer and more affordable and effective medications, and forcing certain consumers to pay inflated cost-share payments.

### B.    The PBM Defendants Impose Unfair Contractual Terms on Independent Pharmacies That Negatively Affect Competition and Consumers

181.    A pharmacy's access to the PBM Defendants' networks is critical for financial survival. Given that the PBM Defendants collectively control 80% of the PBM market, being out of network with just one of the PBM Defendants and being unable to bill that PBM for drug claims would render it financially unviable for a pharmacy to operate. Thus, many pharmacies—particularly independent pharmacies—have virtually no option but to accede to take-it-or-leave-it contractual terms that the PBM Defendants impose in order to be included in their networks.

182.    In addition, the PBM Defendants own or are otherwise affiliated with various pharmacies (*see* Figure 10 below).[145] This means the PBM Defendants are in competition with many of the non-affiliated pharmacies they contract with as network pharmacies. As laid out below, the PBM Defendants have steered consumers to their own pharmacies or offered higher

---

[145] Staff of U.S. Federal Trade Comm'n, *Pharmacy Benefit Managers: The Powerful Middlemen Inflating Drug Costs and Squeezing Main Street Pharmacies*, at 6 (July 2024) (modified version of chart), https://www.ftc.gov/system/files/ftc_gov/pdf/pharmacy-benefit-managers-staff-report.pdf (hereinafter "FTC PBM Report").

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 3:35 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 3:35 PM
Envelope: 5145935
Reviewer: Carol M.

Case 1:25-cv-00308-RD-PAS   Document 2   Filed 06/27/25   Page 1470 of 1762 PageID #: 3099

payments to their own pharmacies, at the expense of independent pharmacies that depend on access to their networks to remain afloat.

*Figure 10: Defendants' Ownership and Vertical Integration*



183.    As described below, the PBM Defendants have abused their market power by forcing unfair contractual terms on independent pharmacies that tend to negatively affect competitive conditions in the pharmacy market and negatively impact consumers.

184.    Independent pharmacies, which are critical and trusted members of many communities, are going out of business across the country. Douglas Hoey from the National Community Pharmacists Association predicted: "Nearly a third of independent pharmacy owners may close their stores this year under pressure from plunging prescription reimbursements by big insurance plans and their pharmacy benefit managers."[146]

185.    The same is true in Rhode Island, where independent pharmacies struggle to keep their doors open. Between 2010 and 2021, Rhode Island had a pharmacy closure rate greater than

---

[146] National Community Pharmacists Association, *Local Pharmacies on the Brink, New Survey Reveals* (Feb. 27, 2024), https://ncpa.org/newsroom/news-releases/2024/02/27/local-pharmacies-brink-new-survey-reveals.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted - 6/27/2025 3:35 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted - 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:25-cv-00363-MRD-PAS   Document 2-1   Filed 08/27/25   Page 964 of 1762   PageID
#: 3100

35% and experienced a net loss of pharmacies—meaning more pharmacies closed than opened.[147] Independent pharmacies were particularly impacted.[148] These closures contribute to the growth of pharmacy deserts, which are low-access communities where residents must travel farther to get to the nearest pharmacy to fill their prescriptions.[149] For example, in 2019, Baker's Pharmacy—the only pharmacy in Jamestown—closed, in part, due to low reimbursements from PBMs, forcing residents to leave the island to fill their prescriptions.[150]

186. Many consumers rely on their local, community pharmacists for vital services. As Paul Capuano, the co-owner of JB Pharmacy & Compounding in Warwick, explained to the Providence Journal, "The Independent pharmacist really is the most accessible health care professional. They fill the gap in people's care."[151] For example, they administer flu shots, check patients' blood pressure, and can even prescribe HIV prevention therapy and hormonal birth control medications—*free of charge*.

187. Local pharmacist Matthew Olivier predicted that independent pharmacies would become "extinct in Rhode Island" in five or ten years.[152] Currently, there are fewer than twelve independent pharmacies in Rhode Island.[153] If they go out of business, consumers will have little choice but to use large, chain pharmacies, whose understaffing and volume requirements have

---

[147] Guadamuz et al., *supra* note 8, at 1705.

[148] *Id.* at 1707.

[149] Noelle Kwan, *The Impact of Pharmacy Deserts*, U.S. Pharmacist (April 2024), https://bt.editionsbyfry.com/publication/?i=819035&p=46&view=issueViewer.

[150] Eli Sherman and Tim White, *Pharmacies dwindle in RI amid national battle over how drugs are priced*, WPRI (July 31, 2024), https://www.wpri.com/target-12/pharmacies-dwindle-in-ri-amid-national-battle-over-how-drugs-are-priced/.

[151] Johnny Williams, *A Bitter Pill; Low reimbursements pose dire threat to independent pharmacies in Rhode Island*, The Providence J. (Dec. 12, 2024).

[152] *Id.*

[153] *Id.*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

resulted in serious medication errors.[154] The closing of independent pharmacies also threatens
convenient access for consumers in more rural areas of the state, which depend upon independent
pharmacies for access to prescription drugs and other services.

### 1. The PBM Defendants Pay Low Reimbursement Rates—Sometimes Below Pharmacies' Acquisition Costs

188. Pharmacies receive reimbursements for filling prescriptions in two common ways.
First, the primary revenue source is the "PBM-to-pharmacy spread," or the difference between
what it costs the pharmacy to acquire the drug from a wholesaler and the reimbursement from the
PBM when an insured consumer fills a prescription. While this can be a source of revenue, as
discussed below, sometimes through the PBM Defendants' unfair practices, it can be a source of
cost for pharmacies. Second, some contracts include a dispensing fee to help cover the pharmacy's
overhead.

189. The PBM Defendants also profit from the spread between the amount health benefit
plans agree to pay the PBM Defendants for prescription drugs and the amount the PBM Defendants
reimburse pharmacies to fill prescriptions (the "PBM-to-health benefit plan spread"). The lower
the reimbursement rate the PBM Defendants can negotiate with pharmacies, the greater the PBM
Defendants' profits.

190. In July 2024, the Federal Trade Commission ("FTC") released an interim report
titled: "Pharmacy Benefit Managers: The Powerful Middlemen Inflating Drug Costs and
Squeezing Main Street Pharmacies." It concluded that increased concentration in the PBM market
may give the leading PBMs, including the PBM Defendants, the leverage to enter into complex

---

[154] Ellen Gabler, *How Chaos at Chain Pharmacies Is Putting Patients at Risk*, N.Y. Times (Oct.
13, 2021), https://www.nytimes.com/2020/01/31/health/pharmacists-medication-errors.html.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted - 8/27/2025 3:35 PM
Envelope: 5145935
Reviewer: J'Lyn D.

and opaque contractual relationships that disadvantage many independent pharmacies and the consumers they serve. [155]

191.  In the first instance, these contracts, including Defendants', do not inform pharmacies what their reimbursements will be prior to filling prescriptions. After the prescription is filled, pharmacies submit claims through the relevant PBM's claims adjudication system and are later reimbursed by the PBM (minus any cost-share payment made by consumers when they pick up their prescription).

192.  The PBM Defendants typically calculate reimbursements to pharmacies based on a discount off the lowest potential price, which is often the MAC (*i.e.*, Defendants' own proprietary pricing benchmark for generic drugs).[156] For example, the PBM Defendants' contract with a pharmacy may specify that the pharmacy will be reimbursed MAC minus X%, or some pre-set discount from the price set by the PBM Defendants.[157] These prices often do not reflect the actual price at which pharmacies acquire drugs. Some reimbursements are even below the pharmacies' acquisition costs—meaning pharmacies lose money when they fill the prescriptions.

193.  MAC prices are specific to generic drugs, which account for approximately 91% of prescriptions filled in the United States. The PBM Defendants maintain "MAC lists" which are proprietary price lists that the PBM Defendants create, maintain, and continuously update, sometimes on a weekly basis or even more frequently. The lists are supposedly tied to acquisition costs meant to encourage pharmacies to source drugs from low-cost suppliers. But the PBM Defendants create different MAC lists for different clients. The FTC found vast disparities between

---

[155] FTC PBM Report, *supra* note 143, at 3.

[156] Three Axis Advisors, *Unraveling the Drug Pricing Blame Game*, at 2, 40 (Sept. 2023), https://static1.squarespace.com/static/5c326d5596e76f58ee234632/t/650924780b6b9c590edfa2b4/1695097983750/Unravelling_the_Drug_Pricing_Blame_Game_3AA_APCI_0923.pdf.

[157] FTC PBM Report, *supra* note 143, at 58–59.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 3:35 PM
Envelope: 5145935
Reviewer: J'Lyn D.

#: 3103

how many lists each PBM, including the PBM Defendants, maintains, with one having tens of thousands of lists, while others have under 200.[158] The PBM Defendants are also quick to update MAC lists when acquisition costs decrease and slow to update MAC lists when acquisition costs increase.[159]

194.    According to the 2024 FTC PBM Report, pharmacies are often not even allowed to see the MAC list or to understand how they are set. Further, pharmacies are not notified when the PBM Defendants update their pricing lists, making it difficult for pharmacies to question or challenge the lists. It can also be cost prohibitive for pharmacies to challenge the ultimate reimbursements. Even if they do, the process is typically controlled by the PBM Defendants and therefore hardly impartial.

195.    In Georgia, the American Pharmacy Cooperative, which represents independent pharmacies, reviewed the prices an independent pharmacy was reimbursed for certain prescriptions compared to nearby chain pharmacies. The chain pharmacies received an average of $54 for filling the antidepressant bupropion, but the independent pharmacy only received $5.54.[160] Similarly, for the blood pressure medicine amlodipine, the chain pharmacies were paid an average of $23.55, while the independent pharmacy was paid $1.51.[161]

196.    The Mississippi Board of Pharmacy uncovered similar conduct in an audit of OptumRx. It identified over 75,000 instances in which OptumRx reimbursed its affiliated

---

[158] *Id.* at 58

[159] Three Axis Advisors, *supra* note 154, at 17.

[160] Andy Miller, *PBM Math: Big Chains Are Paid $23.55 To Fill a Blood Pressure Rx. Small Drugstores? $1.51*, KFF Health News (Oct. 24, 2024), https://kffhealthnews.org/news/article/pbm-pharmacy-benefit-managers-independent-drugstores-versus-big-chain-prices/.

[161] *Id.*

66

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 2/27/2025 8:52 PM
Envelope: 5149935
Reviewer: J'Lyn D.

pharmacies at higher rates than its unaffiliated pharmacies for the same prescriptions drugs.[162] It also found that OptumRx used 49 different MAC lists, including 15 MAC lists exclusive to independent pharmacies and 22 MAC lists solely for chain pharmacies. These lists showed OptumRx reimbursed independent pharmacies at rates 74% lower than chain pharmacies on average. Even worse, the Mississippi Board of Pharmacy found consumers were almost twice as likely to pay the full cost of prescription drug claims without contributions from their health benefit plans at independent pharmacies than at affiliated pharmacies.

197.    The same incentives apply to the PBM Defendants' pharmacy reimbursement practices nationally and result in similar disparities in the payments to independent pharmacies in Rhode Island. One local independent pharmacist reported that CVS Caremark only reimburses her $2,200 for drugs that cost over $2,800 despite reimbursing CVS pharmacies over $4,000 for the exact same drug. Another independent pharmacist said he loses $38 nearly every time he fills a prescription for Eliquis, a commonly prescribed blood thinner. In December 2024, the pharmacist lost $3,116 on Eliquis prescriptions alone.

198.    In one instance, an elderly patient with TRICARE insurance (managed by Express Scripts) came to an independent pharmacy in Rhode Island after a mail-order pharmacy failed to timely deliver her insulin. None of the larger chain pharmacies would help the consumer. The independent pharmacist spent 45 minutes getting a new prescription for the consumer and speaking with the consumer's insurance to ensure it would cover the new prescription. Express Scripts then reimbursed the pharmacist less than the cost of acquiring the insulin to fill the prescription.

---

[162] Gwen Dilworth, *Optum audit shows possible law violation, lower payments to independent pharmacies*, Mississippi Today (Nov. 7, 2024), https://www.djournal.com/mississippi-today/optum-audit-shows-possible-law-violation-lower-payments-to-independent-pharmacies/article_54966fd0-9d5a-11ef-bed5-83f21fb6e2dd.html.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 3:56 PM
Envelope: 5145935
Reviewer: J'Lyn D.

#: 3105

199.     Consumers have no visibility into this practice. In fact, pharmacies have to list the full price for prescriptions on consumer-facing documents. For example, one local independent pharmacist listed the price of the GLP-1 Mounjaro as $1,814.57 on the consumer's prescription information even though the PBM only reimbursed him $824.09.

200.     Independent pharmacies have little to no recourse against the PBM Defendants. For example, after one local pharmacist asked a consumer to fill a prescription elsewhere because he lost $50 every time he filled it, Express Scripts sent the pharmacist a cease-and-desist letter warning him to stop the practice or risk being removed from Express Scripts' network.

201.     In response to concerns over excessive PBM-to-pharmacy spreads and financial viability of independent pharmacies, the West Virginia Medicaid program adopted a new pricing methodology in 2017 that requires PBMs to reimburse pharmacies no less than the NADAC, a common measure of pharmacy acquisition cost of drugs based on amounts reported to the Centers for Medicare & Medicaid Services by pharmacies, plus a professional dispensing fee of $10.49 per prescription.[163] This change essentially replaced PBMs' traditional black-box with a more transparent approach. West Virginia estimated this change saved its Medicaid program over $54 million in one year despite an increase in total pharmacy reimbursement and higher volume of prescriptions.[164] The greater price transparency had driven down PBMs' excessive PBM-to-pharmacy spreads that had been maintained at the expense of pharmacies.[165]

202.     Compounding the already thin or negative margins for dispensing drugs based on the PBM Defendants' reimbursements, the PBM Defendants require or incentivize consumers to

---

[163] Navigant, *Pharmacy Savings Report: West Virginia Medicaid,* at 12–13 (Apr. 2, 2019), https://dhhr.wv.gov/bms/News/Documents/WV%20BMS%20Rx%20Savings%20Report%20201 9-04-02%20-%20FINAL.pdf.
[164] *Id.* at 5.
[165] *Id.*

68

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 2:39 PM
Envelope: 5149935
Reviewer: J'Lyn D.

Case 1:25-md-03143-SHS-OTW   Document 1-4   Filed 06/27/25   Page 94 of 176   PageID #: 3106

fill 90-day instead of 30-day prescriptions by waiving or reducing consumers' out-of-pocket cost for longer prescriptions. This practice disadvantages pharmacies because instead of receiving three dispensing fees to fill three, 30-day prescriptions, pharmacies only receive one dispensing fee. The American Psychiatric Association has also expressed concerns about CVS pharmacies' practice of ignoring explicit instructions to dispense limited amounts of medication to mental health patients because it may inadvertently lead more patients to attempt suicide by overdosing.[166]

### 2. The PBM Defendants Steer Consumers to Their Own Affiliated Pharmacies—Particularly for Specialty Drugs

203. The PBM Defendants further disadvantage independent pharmacies and consumers by driving more profitable business—including filling prescriptions for high-cost specialty drugs (explained in more detail below)—to their own pharmacies.

204. The PBM Defendants' contracts prohibit their non-affiliated network pharmacies from providing mail order services. Thus, in the mail order market, Defendants face little to no competition. They also lack competition in the specialty drug market.

205. The PBM Defendants steer certain medications to their affiliated pharmacies by expanding the definition of "specialty drugs" which triggers exclusivity provisions in the PBM Defendants' contracts with health benefit plans. Per these provisions, specialty drugs can only be filled by Defendants' own specialty pharmacies. There is no standard definition of "specialty drugs" and Defendants are mostly free to make their own determinations and have used this flexibility to steer higher cost and higher margin prescriptions to be filled by their own specialty pharmacies.

---

[166] Gabler, *supra* note 152.

69

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:23-md-03080-BRD-RLS    Document 2    Filed 06/27/25    Page 94 of 176 PageID #: 3107

206.     Specialty drugs account for a significant portion of drug expenditures. Express Scripts stated that "[e]ven though less than 2% of the population uses specialty drugs, those prescriptions account for a staggering 51% of total pharmacy spending."[167]

207.     In addition, more than 60% of all specialty drugs (by revenue) are dispensed by the specialty pharmacies affiliated with the PBM Defendants. This is not the product of consumer choice or those pharmacies providing better prices or services; rather, it is the product of the PBM Defendants forcing consumers to use their affiliated pharmacies.

208.     The FTC analyzed the number of specialty drug designations by PBM for five PBMs (described as PBMs A through E), including the PBM Defendants. It found all PBMs increased the overall number of drugs on their specialty drug lists and that drugs were treated differently among the different PBMs, suggesting that it was business practices, not qualities intrinsic to these drugs or their dispensing that drove treatment as a specialty drug. For example, PBM A increased its designations of specialty generics by 268% from 2017 to 2021; however, PBM E only increased its designations of specialty generics by 19% during the same time period (*see* Figure 11 below showing the increase of specialty drug designations for specialty brand drugs and specialty generic drugs compared to total drugs on the market among the five PBMs the FTC studied from 2017 to 2021).[168]

---

[167] *How PBMs distort and undermine specialty drug pricing guarantees*, 46brooklyn (May 10, 2023), https://www.46brooklyn.com/research/2023/5/10/how-pbms-distort-and-undermine-specialty-drug-pricing-guarantees-blac.

[168] FTC PBM Report, *supra* note 143, at 38.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

*Figure 11: Growth and Mix of Specialty Drugs Covered by PBMs for Commercial Members, 2017–2021*

| | Growth in Number of Drugs Covered, 2017-2021 | | Specialty Generic As Percent of Total, 2021 |
| --- | --- | --- | --- |
| | Specialty Brand | Specialty Generic | |
| PBM A | 70% | 268% | 13% |
| PBM B | 44% | 233% | 11% |
| PBM C | 41% | 94% | 13% |
| PBM D | 31% | 73% | 15% |
| PBM E | 20% | 19% | 15% |

209.    One recent study found that only 32% of specialty drugs were included on all the PBM Defendants' specialty drug lists and 23% were included on two of their lists. The remaining 45% of specialty drugs were unique to a single PBM Defendant.[169] This variability in these designations supports that the designations are based on the PBM Defendants' subjective determinations rather than any scientific reasoning or objective measure.

210.    Designating a drug as a specialty drug without good cause is particularly harmful to consumers because consumers have higher cost-share payments for specialty drugs. For example, in 2024, some health benefit plans with separate tiers for specialty drugs charged an average copayment of $118 for specialty drugs compared to an average copayment of $12–$65 depending on whether the drug is a generic drug or a preferred or non-preferred brand-name drug.[170]

211.    Such steering tactics eliminate competition from the marketplace, ultimately harming consumers in terms of cost, service, and convenience. For example, the PBM Defendants

---

[169] *Id.* at 37–39 (citing Adam J. Fein, Drug Channels Inst., *The 2024 Economic Drug Report on U.S. Pharmacies and Pharmacy Benefit Managers* (Mar. 2024), at 24, https://drugchannelsinstitute.com/files/2024-PharmacyPBM-DCI-Overview.pdf).
[170] Claxton et al., *supra* note 18, at 158, 154.

71

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted 8/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.
#: 3109

often require consumers to utilize their specialty pharmacies for drugs administered in clinical settings, such as chemotherapy. In some instances, consumers are forced to obtain needed drugs from the PBM Defendants' specialty pharmacies and bring the drugs with them to receive treatment, a practice known as "brown bagging." Or, they may have to purchase their drug from the PBM Defendants' specialty pharmacies, and have it shipped to their doctors' offices, a practice known as "white bagging." The American Society of Clinical Oncology opposes "brown bagging," and has expressed concerns about "white bagging," because the practices remove doctors' ability to ensure the safe preparation and handling of drugs.[171]

212. According to a 2023 survey on PBM compensation, fees from specialty pharmacies have become a primary source of revenue for PBMs—accounting for an estimated 39% of their revenue.[172]

213. The FTC also found that the PBM Defendants are often reimbursing their own pharmacies significantly more than unaffiliated pharmacies for filling specialty medications.[173] The FTC compared gross reimbursement rates paid by the PBM Defendants with rates paid to unaffiliated pharmacies and to the NADAC. Defendants' affiliated pharmacies received reimbursements often roughly 20- to 40-times higher than NADAC.[174] For example, in 2022, the PBM Defendants reimbursed affiliated pharmacies for generic Zytiga (used to treat prostate cancer) more than $5,800 per month—25-times the $229 acquisition cost reflected by NADAC.[175] The FTC further found that the PBM Defendants marked up numerous specialty generic drugs by

---

[171] American Soc'y of Clinical Oncology, *"Brown Bagging" and "White Bagging" of Chemotherapy Drugs* (2021), www.asco.org/files/content-files/advocacy-and-policy/documents/2021-White-Brown-Bagging-Update.pdf.

[172] Percher, *supra* note 77, at 3.

[173] FTC PBM Report, *supra* note 143, at 40.

[174] *Id.*

[175] *Id.* at 41–42.

thousands of percent, and many others by hundreds of percent.[176] These high costs ultimately are passed on to consumers and health benefit plans.

214.    When an affiliated pharmacy is a consumer's only choice, that pharmacy has no incentive to provide competitive prices or better services. Consumers often experience frustration when dealing with affiliated specialty pharmacies—missed deliveries, medications that are spoiled through improper handling, etc.—that undermine their care and create health risks. Moreover, as noted above, consumers who have developed a trusted relationship with a community pharmacist can find that provider relationship disrupted when the PBM Defendants force them to switch pharmacies.

215.    The PBM Defendants' use of their enormous market power to force independent pharmacies to accept low reimbursement rates, including rates that are sometimes below pharmacies' acquisition costs—and then steer more profitable business to the PBM Defendants' own affiliated pharmacies—particularly for specialty drugs—negatively impacts independent pharmacies' ability to compete in the pharmacy market and provide services to consumers. This dysfunctional market has made independent pharmacies a dying industry. It also grants the PBM Defendants a monopoly in the specialty drug market, allowing the PBM Defendants to charge noncompetitive prices, which negatively impacts consumers.

216.    As a result of each and every unfair, deceptive, and anti-competitive act and practice described above, Defendants have obtained financial benefits from consumers, health benefit plans, and, in the case of the PBM Defendants, independent pharmacies that it would be inequitable and unjust for the PBM Defendants to retain.

---

[176] Staff of U.S. Federal Trade Comm'n, *Specialty Generic Drugs: A Growing Profit Center for Vertically Integrated Pharmacy Benefit Managers* (January 2025) at 9, https://www.ftc.gov/system/files/ftc_gov/pdf/PBM-6b-Second-Interim-Staff-Report.pdf.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 4/24/2025 3:55 PM
Envelope: 5145935
Reviewer: J'Lyn D.

## CLAIMS FOR RELIEF

### COUNT ONE
### Violation of the Deceptive Trade Practices Act, R.I. Gen. Laws § 6-13.1-2
### Deceptive Acts and Practices
### (All Defendants)

217.    The State re-alleges and incorporates herein by reference each of the allegations contained in the preceding paragraphs.

218.    Section 6-13.1-2 prohibits deceptive acts or practices in the conduct of any trade or commerce.

219.    A deceptive act or practice is "(1) a representation, omission, or practice, that (2) is likely to mislead consumers acting reasonably under the circumstances, and (3) the representation, omission, or practice is material." *Long v. Dell, Inc.*, 93 A.3d 988, 1003 (R.I. 2014).

220.    A representation, omission, or practice is material if it "involves information that is important to consumers and, hence, likely to affect their choice of, or conduct regarding, a product." *Id.*

221.    "[E]xpress representations that are shown to be false are presumptively material." *Id.*

222.    Defendants engage in trade and commerce by administering prescription drug benefits for Rhode Island consumers.

223.    Since in or around 2012, if not earlier, the PBM Defendants have engaged in deceptive acts or practices in trade or commerce in violation of R.I. Gen. Laws § 6-13.1-2 by, among other things:

> a.    misrepresenting that the PBM Defendants function to lower the cost of prescription drugs, including through the use of rebates and other fees from manufacturers;

74

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 8/27/2025 4:35 PM
Envelope: 5145935
Reviewer: Carol M.

b. representing that the PBM Defendants function to lower prescription drug costs, including through the use of rebates and other fees from manufacturers, while failing to disclose that, among other things:

    i. Defendants' practices artificially inflate WAC prices for brand-name prescription drugs;

    ii. a significant portion of WAC prices (*e.g.*, 30% or more) are attributable to rebates and other fees from manufacturers;

    iii. Defendants profit from rebates and other fees from manufacturers; and/or

    iv. the high WAC price/high rebate system Defendants engineered will result in a substantial number of consumers paying higher out-of-pocket costs;

c. misrepresenting that the PBM Defendants design their formularies to maximize safety and effectiveness and minimize costs;

d. representing that the PBM Defendants design their formularies to maximize safety and effectiveness and minimize costs while failing to disclose that:

    i. Defendants may receive more compensation from manufacturers by preferring or excluding certain drugs; and/or

    ii. even if Defendants cover or prefer drugs with the lowest net cost (*i.e.*, WAC prices minus rebates or other price concessions from manufacturers), those drugs may not result in the lowest out-of-pocket cost for consumers;

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 3:55 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 3:55 PM
Envelope: 5145935
Reviewer: Carol M.

Case 1:25-cv-00300-JJM-LDA-PAS Document 2 Filed 06/27/25 Page 8 of 14 PageID #: 3113

e. representing, directly or by implication, that the PBM Defendants operate in consumers' best interests while not disclosing Defendants' significant conflicts of interest, including the compensation Defendants receive from manufacturers and affiliated pharmacies;

f. representing that the PBM Defendants retain a specified percentage of rebates without disclosing that Defendants receive many other sources of compensation from manufacturers, including compensation that—like rebates—is based on a percentage of WAC prices;

g. engaging in rebate and formulary practices that artificially inflate the price of brand-name prescription drugs while representing that the PBM Defendants function to lower prescription drug prices;

h. preferring drugs on the PBM Defendants' formularies that are less effective, safe, and/or affordable than other drugs for their own financial benefit while representing the PBM Defendants design their formularies to maximize safety and effectiveness and minimize costs; and/or

i. engaging in self-dealing practices in negotiations with manufacturers and pharmacies that negatively impact consumers while representing the PBM Defendants are working for the benefit of consumers.

224. Since as early as 2019, the GPO Defendants have engaged in deceptive acts or practices in trade or commerce in violation of R.I. Gen. Laws § 6-13.1-2 by, among other things:

a. engaging in rebate and formulary practices that artificially inflate the price of brand-name prescription drugs at the behest of the PBM Defendants

76

while the PBM Defendants simultaneously represented that the PBM Defendants function to lower prescription drug prices;

b.    preferring drugs on Defendants' formularies that are less effective, safe, and/or affordable than other drugs for their own financial benefit at the behest of the PBM Defendants while the PBM Defendants represented they design their formularies to maximize safety and effectiveness and minimize costs; and/or

c.    engaging in self-dealing practices in negotiations with manufacturers and pharmacies that negatively impact consumers at the behest of the PBM Defendants while the PBM Defendants represented that they are working for the benefit of consumers.

225.    Upon information and belief, the State believes Defendants' conduct is ongoing.

226.    Defendants' misrepresentations, omissions, and practices were material and likely to mislead consumers.

227.    Defendants' deceptive practices constitute multiple violations of R.I. Gen. Laws § 6-13.1-2.

## COUNT TWO
### Violation of the Deceptive Trade Practices Act, R.I. Gen. Laws § 6-13.1-2
### Unfair Acts and Practices
### (All Defendants)

228.    The State re-alleges and incorporates herein by reference each of the allegations contained in the preceding paragraphs.

229.    Section 6-13.1-2 prohibits unfair acts or practices in trade or commerce.

230.    In determining whether an act or practice is unfair, the Rhode Island Supreme Court held the following factors apply: "(1) Whether the practice, without necessarily having been

77

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

previously considered unlawful, offends public policy as it has been established by statutes, or otherwise—whether, in other words, it is within at least the penumbra of some common-law statutory, or other established concept of unfairness; (2) whether it is immoral, unethical, oppressive, or unscrupulous; and (3) whether it causes substantial injury to consumers (or competitors or other businessmen)." *Long*, 93 A.3d at 1000. An act or practice must not satisfy every factor to be unfair; it may be unfair because it meets one factor to a great degree or two or three factors to a lesser degree. *Id*. at 1001.

231.    Defendants engage in trade and commerce by administering prescription drug benefits for Rhode Island consumers.

232.    Since in or around 2012 for the PBM Defendants, if not earlier, and as early as 2019 for the GPO Defendants, Defendants have engaged in unfair acts or practices in trade or commerce in violation of R.I. Gen. Laws. § 6-13.1-2 by engaging in a scheme to artificially inflate WAC prices for brand-name prescription drugs to extract higher fees.

233.    Defendants' scheme to artificially inflate WAC prices for brand-name prescription drugs is unfair because it: (1) offends public policy (2) is immoral, unethical, oppressive, and unscrupulous, and (3) causes substantial injury to consumers and competitors.

234.    Upon information and belief, the State believes Defendants' conduct is ongoing.

### COUNT THREE
### Violation of the Deceptive Trade Practices Act, R.I. Gen. Laws § 6-13.1-2
### Unfair Methods of Competition
### (All Defendants)

235.    The State re-alleges and incorporates herein by reference each of the allegations contained in the preceding paragraphs.

236.    Section 6-13.1-2 prohibits unfair methods of competition in trade or commerce.

78

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 3:35 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:52 PM
Envelope: 5145935
Reviewer: Carol D.

237.     Defendants engage in trade and commerce by administering prescription drug benefits for Rhode Island consumers.

238.     Section 6-13.1-3 states: "It is the intent of the legislature that in construing §§ 6-13.1-1 and 6-13.1-2 due consideration and great weight shall be given to the interpretations of the Federal Trade Commission and the federal courts relating to § 5(a) of the Federal Trade Commission Act, 15 U.S.C. § 45(a)(1), as from time to time amended."

239.     According to the Federal Trade Commission, a method of competition is unfair if it goes beyond competition on the merits.[177] A method of competition is conduct undertaken by an actor in the marketplace—as opposed to merely a condition of the marketplace, not of the actor's making, such as high concentration or barriers to entry.[178] Competition on the merits (which is not unfair) may include, for example, superior products or services, superior business acumen, truthful marketing and advertising practices, investment in research and development that leads to innovative outputs, or attracting employees and workers through offering of better employment terms.[179]

240.     When evaluating whether conduct goes beyond competition on the merits there are two key criteria to consider. First, the conduct may be coercive, exploitative, collusive, abusive, deceptive, predatory, or involve the use of economic power of a similar nature. It may also be restrictive or exclusionary, depending on the circumstances. Second, the conduct must tend to negatively affect competitive conditions, including, for example, conduct that tends to foreclose

---

[177] *See* Federal Trade Commission, *Policy Statement Regarding the Scope of Unfair Methods of Competition Under Section 5 of the Federal Trade Commission Act*, at 8–9 (Nov. 10, 2022), https://www.ftc.gov/system/files/ftc_gov/pdf/P221202Section5PolicyStatement.pdf.
[178] *Id.* at 8.
[179] *Id.* at 8–9.

or impair the opportunities of market participants, reduce competition among rivals, limit choice, or otherwise harm consumers. These two principles are weighed according to a sliding scale.

241.     Examples of unfair competition include, but are not limited to: (1) a manufacturer's use of its economic power over its dealers to coerce them into buying tires, batteries, or accessories only from those who paid the manufacturer a commission, *FTC v. Texaco, Inc.*, 393 U.S. 223, 229–230 (1968); *Atlantic Refining Co. v. FTC*, 381 U.S. 357, 371 (1965); (2) offering special benefits to dealers who agreed to exclude competing product lines, *FTC v. Brown Shoe Co.*, 384 U.S. 316, 319–20 (1966); (3) scheming to control prices by cutting off supplies to those selling at a discount, *FTC v. Beech-Nut Packing Co.*, 257 U.S. 441, 455 (1922); (4) participating in collective action to eliminate price competition, *FTC v. National Lead Co.*, 352 U.S. 419, 429–30 (1957); *FTC v. Cement Institute*, 333 U.S. 683, 725–26 (1948); *Sugar Institute, Inc. v. United States*, 297 U.S. 553, 597–600 (1935); (5) marketing inferior goods to children through use of a gambling scheme, *FTC v. R.F. Keppel & Bro., Inc.*, 291 U.S. 304, 314 (1934); or (6) inducing use of exclusive dealing contracts that are restrictive in character, *FTC v. Motion Picture Advertising Service Co.*, 344 U.S. 392, 396–98 (1953).

### *Defendants' Formulary and Rebate Practices*

242.     Since in or around 2012 for the PBM Defendants, if not earlier, and as early as 2019 for the GPO Defendants, Defendants have engaged in unfair methods of competition when giving preferential treatment to drugs with the highest rebates when there are multiple drugs in a therapeutic class. This method of competition is unfair because it goes beyond competition on the merits.

243.     Defendants' conduct is coercive, exploitative, collusive, abusive, deceptive, predatory, restrictive, and exclusionary because they use their enormous market power to: (1)

induce rival manufacturers to compete for formulary placement by prioritizing rebates over lower WAC prices or net prices or the safety or efficacy of their products; and (2) exploit and abuse vulnerable consumers by denying them access to certain medications, including more affordable medications, and force certain consumers to pay inflated cost-share payments.

244. Defendants' conduct tends to negatively affect competitive conditions because: (1) it incentivizes drug manufacturers to compete for formulary placement by inflating WAC prices to counteract high rebates and other fees and deters drug manufacturers from lowering the artificially inflated WAC prices; (2) it stifles the ability of less expensive drugs to enter the market (*e.g.*, biosimilars); and (3) many consumers are forced to purchase drugs with high WAC prices and pay higher out-of-pocket costs based on the artificially inflated WAC prices.

### *PBM Defendants' Pharmacy-Related Practices*

245. For at least the last five years, if not longer, the PBM Defendants have used their significant leverage to force independent pharmacies to accept unfair contract terms that materially disadvantage independent pharmacies and consumers. This includes the PBM Defendants forcing independent pharmacies to accept unfair reimbursement rates which are near or sometimes even below acquisition costs and steering mail order and specialty business, which is significantly more profitable, to the PBM Defendants' affiliated pharmacies. These methods of competition are unfair because they go beyond competition on the merits.

246. The PBM Defendants' conduct is coercive, exploitative, collusive, abusive, deceptive, predatory, restrictive, and exclusionary because the PBM Defendants are taking advantage of their significant power in the PBM market to force their competitors in the pharmacy market to accept unfair contractual terms. The PBM Defendants' conduct also denies consumers free and fair access to the pharmacy of their choice.

81

Case 1:25-cv-00303-RD-PAS   Document 2-1   Filed 06/27/25   Page 91 of 171 PageID #: 3119

247.    The PBM Defendants' conduct tends to negatively affect competitive conditions because it: (1) disadvantages independent pharmacies by reimbursing them at or near acquisition cost for many drugs while systematically blocking them from business with higher profit margins, reducing their ability to provide services to consumers and compete in the pharmacy market; (2) significantly reduces and, in some instances, eliminates competition in the mail order and specialty pharmacy business by forcing consumers to use the PBM Defendants' affiliated pharmacies; and (3) drives up costs for consumers, particularly with respect to specialty drugs.

248.    Upon information and belief, the State believes the PBM Defendants' conduct is ongoing.

## PRAYER FOR RELIEF

WHEREFORE, the State prays for judgment against Defendants as permitted by Rhode Island law, as follows:

A.    An Order and Judgment against Defendants, and in favor of the State, for each violation alleged in this Complaint;

B.    Declaration that Defendants' acts and practices alleged herein are unfair and deceptive and constitute unfair methods of competition in violation of R.I. Gen. Laws § 6-13.1-2;

C.    An injunction pursuant to R.I. Gen. Laws § 6-13.1-5(a) permanently enjoining Defendants from engaging in unfair and deceptive acts and practices and unfair methods of competition;

D.    Consumer restitution pursuant to R.I. Gen. Laws § 6-13.1-5(c) to Rhode Island consumers affected by Defendants' unlawful acts and practices;

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 2:35 PM
Envelope: 5145935
Reviewer: J'Lyn D.

E.   Civil penalties pursuant to R.I. Gen. Laws § 6-13.1-8 for each and every violation

     alleged in this Complaint against Defendants;

F.   Disgorgement of Defendants' unjust enrichment, benefits, and ill-gotten gains,

     plus interest, acquired as a result of the unlawful conduct alleged herein;

G.   Costs, filing fees, pre- and post-judgment interests, and attorneys' fees; and

H.   All other relief deemed just by this Court.


Dated: May 27, 2025                     **STATE OF RHODE ISLAND,**

                                        **PETER F. NERONHA**
                                        **ATTORNEY GENERAL**

                                        By Its Attorneys,

                                        */s/ Sarah W. Rice*
                                        Sarah W. Rice (Bar No. 10588)
                                        Assistant Attorney General
                                        Dorothea R. Lindquist (Bar No. 6661)
                                        Jordan Broadbent (Bar No. 10794)
                                        Special Assistant Attorneys General
                                        150 South Main Street
                                        Providence, RI 02903
                                        Tel. (401) 274-4400
                                        srice@riag.ri.gov
                                        dlindquist@riag.ri.gov
                                        jbroadbent@riag.ri.gov

                                        Robert J. McConnell
                                        Michael G. Rousseau
                                        **MOTLEY RICE LLC**
                                        48 Westminster St., 5th Floor
                                        Providence, RI 02903
                                        Tel. (401) 457-7700
                                        Fax. (401) 457-7708
                                        bmcconnell@motleyrice.com
                                        mrousseau@motleyrice.com

                                        Linda Singer
                                        *Pro Hac Vice to be submitted*
                                        Elizabeth Paige Boggs

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 4:35 PM
Envelope: 5145935
Reviewer: Carol M.

Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

*Pro Hac Vice to be submitted*
Devin X. Williams
*Pro Hac Vice to be submitted*
**MOTLEY RICE LLC**
401 9th Street, NW, Suite 630
Washington, DC 20004
Tel. (202) 386-9626
Fax. (202) 386-9622
lsinger@motleyrice.com
pboggs@motleyrice.com
dwilliams@motleyrice.com

84

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.



# STATE OF RHODE ISLAND JUDICIARY
## SUPERIOR COURT
### BUSINESS CALENDAR CASE OPENING SHEET

| PLAINTIFF(S):<br>See attached | Case Number: |
|---|---|

**Plaintiff's Counsel** (if more than one, supply information for each):
Name: See attached
Address:
Telephone Number:

Name:
Address:
Telephone Number:

**DEFENDANT(S):**
See attached

**Defendant's Counsel** (if more than one, supply information for each):
Name: See attached
Address:
Telephone Number:

Name:
Address:
Telephone Number:

**NATURE OF PROCEEDING** – Check the applicable case type under main categories listed below (check only one).

☐ Breach of contract or fiduciary duties, fraud, misrepresentation, business tort, or statutory violations.
☐ Transactions governed by the provisions of the Uniform Commercial Code.
☐ Complicated transactions involving commercial real property.
☐ Shareholder derivative actions.
☐ Commercial class actions.
☐ Commercial bank transactions.
☐ Matters affecting the internal affairs or governance of business organizations or entities.
☐ Business insolvencies and receiverships.
☑ Other (generally describe nature) Statutory action filed by Rhode Island Attorney General

| | | |
|---|---|---|
| Have there been efforts at mediation? | ☐ Yes | ☑ No |
| Have there been efforts at arbitration? | ☐ Yes | ☑ No |
| Other dispute resolution mechanisms? | ☐ Yes | ☑ No |

Is this a case that may require a trial for resolution? ☑ Yes    If yes: ☑ Jury or ☐ Non-jury

If this is an existing case, what is the present status?
☐ Motion to Dismiss  ☐ Summary Judgment  ☐ Discovery  ☐ Awaiting assignment for trial   ☐ No

The undersigned requests assignment to the Business Calendar.

Date: May 27, 2025

/s/ Michael Rousseau

Attorney for ☑ Plaintiff ☐ Defendant

The above case may be placed on the Business Calendar /s/_____

Rhode Island Bar Number 6940

Associate Justice

Superior-28 (revised March 2023)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 8:35 PM
Envelope: 5145935
Reviewer: Carol M.

## ATTACHMENT TO BUSINESS CALENDAR CASE OPENING SHEET

### Plaintiff

State of Rhode Island, by and through Peter F. Neronha, Attorney General

### Plaintiff's Counsel

Sarah W. Rice (Bar No. 10588)
Assistant Attorney General
Dorothea R. Lindquist (Bar No. 6661)
Jordan Broadbent (Bar No. 10794)
Special Assistant Attorneys General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400
srice@riag.ri.gov
dlindquist@riag.ri.gov
jbroadbent@riag.ri.gov

Robert J. McConnell
Michael G. Rousseau
**MOTLEY RICE LLC**
48 Westminster St., 5th Floor
Providence, RI 02903
Tel. (401) 457-7700
Fax. (401) 457-7708
bmcconnell@motleyrice.com
mrousseau@motleyrice.com

Linda Singer
*Pro Hac Vice to be submitted*
Elizabeth Paige Boggs
*Pro Hac Vice to be submitted*
Devin X. Williams
*Pro Hac Vice to be submitted*
**MOTLEY RICE LLC**
401 9th Street, NW, Suite 630
Washington, DC 20004
Tel. (202) 386-9626
Fax. (202) 386-9622
lsinger@motleyrice.com
pboggs@motleyrice.com
dwilliams@motleyrice.com

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

## Defendants

CaremarkPCS Health, L.L.C.
Zinc Health Services, LLC
Express Scripts, Inc.
Ascent Health Services LLC
OptumRx, Inc.
Emisar Pharma Services LLC

## Defendants' Counsel

Defendants' counsel is unknown to Plaintiff at this time.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

Case 1:23-cv-00386-RD-PAS Document 2-2 Filed 06/27/25 Page 1 of 1 Page ID #: 3125

# EXHIBIT B

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

# FEDERAL EMPLOYEES
# HEALTH BENEFITS PROGRAM

*STANDARD CONTRACT*

*FOR*

*EXPERIENCE-RATED*
*HEALTH MAINTENANCE ORGANIZATION*
*CARRIERS*

**2019**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

## CONTRACT FOR FEDERAL EMPLOYEES HEALTH BENEFITS

CONTRACT NO:  CS                    FULL CONTRACT: 2019
EFFECTIVE: January 1, 2019          EFFECTIVE:  January 1, 2019

BETWEEN:        The United States Office of Personnel Management
                *hereinafter called OPM or the Government*

                Address:    1900 E Street, NW
                            Washington, DC 20415-3610

AND

CONTRACTOR:  _____ .
             *hereinafter also called the Carrier*

             Address:

In consideration of payment by OPM of subscription charges set forth in Appendix B, the Carrier agrees to perform all of the services set forth in this contract, including Appendix A.

FOR THE CARRIER                          FOR THE GOVERNMENT


_____        _____
Name of person authorized to execute contract    Name of Contracting Officer
        *(type or print)*                            *(type or print)*


_____        Chief, Insurance Contracts Div. II
Title of Signer                          Title of Signer


_____        _____
Signature of person authorized to execute contract    Signature


_____        _____
Date signed                              Date signed


ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

TABLE OF CONTENTS

This is an experience-rated contract for the Health Maintenance Organization Carrier and consists of the cover page, the table of contents and the provisions, clauses and appendices as included in PARTS 1 through 6.

## PART I - GENERAL PROVISIONS

1.1    DEFINITIONS OF FEHB TERMS
1.2    ENTIRE CONTRACT
1.3    ORDER OF PRECEDENCE
1.4    INCORPORATION OF LAWS AND REGULATIONS
1.5    RECORDS AND INFORMATION TO BE FURNISHED BY OPM
1.6    CONFIDENTIALITY OF RECORDS (FEHBAR)
1.7    STATISTICS AND SPECIAL STUDIES
1.8    NOTICE
1.9    PLAN PERFORMANCE—EXPERIENCE-RATED HMO CONTRACTS
1.10   NOTICE OF SIGNIFICANT EVENTS (FEHBAR)
1.11   FEHB INSPECTION (FEHBAR)
1.12   CORRECTION OF DEFICIENCIES
1.13   INFORMATION AND MARKETING MATERIALS
1.14   MISLEADING, DECEPTIVE OR UNFAIR ADVERTISING (FEHBAR)
1.15   RENEWAL AND WITHDRAWAL OF APPROVAL (FEHBAR)
1.16   SUBCONTRACTS (FEHBAR)
1.17   NOVATION AGREEMENT (FEHBAR)
1.18   AGREEMENT TO RECOGNIZE CARRIER'S CHANGE OF NAME (FEHBAR)
1.19   [RESERVED]
1.20   PATIENT BILL OF RIGHTS
1.21   ADMINISTRATIVE SIMPLIFICATION - HIPAA (Experience-Rated HMO)
1.22   HIPAA COMPLIANCE
1.23   NOTICE ON TERMINATION OF FEHBP OR PROVIDER CONTRACT (HMO)
1.24   TRANSITIONAL CARE
1.25   DISCLOSURE NOTICE UNDER P.L. 108-173 (MEDICARE MODERNIZATION ACT OF 2003)
1.26   CARRIER DISASTER RECOVERY PLAN
1.27   HEALTH INFORMATION TECHNOLOGY REQUIREMENTS
1.28   STANDARDS FOR PHARMACY BENEFIT MANAGEMENT COMPANY (PBM) ARRANGEMENTS
1.29   HEALTH INFORMATION TECHNOLOGY PRIVACY AND SECURITY
1.30   RESERVED
1.31   DEFINITION OF INFORMATION SECURITY
1.32   CARRIER PERSONNEL SECURITY REQUIREMENTS
1.33   INFORMATION TECHNOLOGY SYSTEMS SECURITY
1.34   CARRIER ACCESS TO OPM IT SYSTEMS

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

1.35    PROCEDURES FOR REPORTING A LETTER OF CREDIT SYSTEM SECURITY
        BREACH
1.36    FEDERAL FLEXIBLE SPENDING ACCOUNT PROGRAM (FSAFEDS)
        PAPERLESS REIMBURSEMENT


                        PART II - BENEFITS


2.1     ENROLLMENT ELIGIBILITY AND EVIDENCE OF ENROLLMENT
2.2     BENEFITS PROVIDED
2.3     PAYMENT OF BENEFITS AND PROVISION OF SERVICES AND SUPPLIES
2.4     TERMINATION OF COVERAGE AND CONVERSION PRIVILEGES
2.5     SUBROGATION AND REIMBURSEMENT
2.6     COORDINATION OF BENEFITS (FEHBAR)
2.7     DEBARMENT AND OTHER SANCTIONS
2.8     FILING HEALTH BENEFIT CLAIMS/COURT REVIEW OF DISPUTED CLAIMS
2.9     PROTECTION OF MEMBERS AGAINST PROVIDER CLAIMS
2.10    INDEPENDENT LABORATORIES
2.11    CLAIMS PROCESSING
2.12    CALCULATION OF COST SHARING PROVISIONS
2.13    BENEFIT PAYMENTS WHEN MEDICARE IS PRIMARY
2.14    CONTINUING REQUIREMENTS AFTER TERMINATION OF THE CARRIER
2.15    LARGE PROVIDER AGREEMENTS (FEHBAR)
2.16    COORDINATION OF PRESCRIPTION DRUG BENEFITS WITH MEDICARE


             PART III - PAYMENTS, CHARGES AND ACCOUNTING


3.1     PAYMENTS—EXPERIENCE-RATED CONTRACTS (FEHBAR)
3.2     ACCOUNTING AND ALLOWABLE COST (FEHBAR)
3.3     SPECIAL RESERVE
3.4     INVESTMENT INCOME (FEHBAR)
3.5     NON-COMMINGLING OF FUNDS (FEHBAR)
3.6     UNCASHED CHECKS
3.7     SERVICE CHARGE
3.8     CONTRACTOR RECORDS RETENTION (FEHBAR)
3.9     APPROVAL FOR ASSIGNMENT OF CLAIMS (FEHBAR)
3.10    AUDIT, FINANCIAL, AND OTHER INFORMATION
3.11    SURVEY CHARGES
3.12    FEHB CLEARINGHOUSE
3.13    TAXPAYER IDENTIFICATION NUMBER (FEHBAR)
3.14    REPORTABLE OVERPAYMENTS
3.15    AUDIT RESOLUTION
3.16    REPORTABLE FINDINGS
3.17    FEHB FAMILY MEMBER VERIFICATION AUDIT


                    PART IV - SPECIAL PROVISIONS

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

4.1     ALTERATIONS IN CONTRACT (FAR)

PART V - STANDARD CLAUSES

This contract shall include all of the following standard clauses required by the Federal Acquisition Regulation (FAR) or Federal Employees Health Benefits Acquisition Regulation (FEHBAR).

5.1     DEFINITIONS
5.2     [RESERVED]
5.3     GRATUITIES
5.4     COVENANT AGAINST CONTINGENT FEES
5.5     ANTI-KICKBACK PROCEDURES
5.6     [RESERVED]
5.7     AUDIT AND RECORDS-NEGOTIATION
5.8     PRICE REDUCTION FOR DEFECTIVE CERTIFIED COST OR PRICING DATA
5.9     [RESERVED]
5.10    SUBCONTRACTOR CERTIFIED COST OR PRICING DATA
5.11    [RESERVED]
5.12    FACILITIES CAPITAL COST OF MONEY
5.13    WAIVER OF FACILITIES CAPITAL COST OF MONEY
5.14    UTILIZATION OF SMALL BUSINESS CONCERNS
5.15    [RESERVED]
5.16    [RESERVED]
5.17    CONVICT LABOR
5.18    CONTRACT WORK HOURS AND SAFETY STANDARDS ACT-OVERTIME
        COMPENSATION-GENERAL
5.19    EQUAL OPPORTUNITY
5.20    [RESERVED]
5.21    NOTIFICATION OF VISA DENIAL
5.22    EQUAL OPPORTUNITY FOR VETERANS
5.23    EQUAL OPPORTUNITY FOR WORKERS WITH DISABILITIES
5.24    [RESERVED]
5.25    DRUG FREE WORKPLACE
5.26    [RESERVED]
5.27    FEDERAL, STATE, AND LOCAL TAXES (STATE AND LOCAL ADJUSTMENTS)
5.28    [RESERVED]
5.29    TAXES--FOREIGN NEGOTIATED BENEFITS CONTRACTS
5.30    [RESERVED]
5.31    [RESERVED]
5.32    [RESERVED]
5.33    DISCOUNTS FOR PROMPT PAYMENT
5.34    INTEREST
5.35    ASSIGNMENT OF CLAIMS
5.36    DISPUTES
5.37    NOTICE OF INTENT TO DISALLOW COSTS

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:33 PM
Envelope: 5194917
Reviewer: Carol M.

5.38    CHANGES--NEGOTIATED BENEFITS CONTRACTS
5.39    COMPETITION IN SUBCONTRACTING
5.40    GOVERNMENT PROPERTY NEGOTIATED BENEFITS CONTRACTS)
5.41    LIMITATION OF LIABILITY--SERVICES
5.42    PREFERENCE FOR U.S. FLAG AIR CARRIERS
5.43    GOVERNMENT SUPPLY SOURCES
5.44    AUTHORIZED DEVIATIONS IN CLAUSES
5.45    LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL
        TRANSACTIONS
5.46    [RESERVED]
5.47    PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING
        WITH CONTRACTORS DEBARRED, SUSPENDED OR PROPOSED FOR
        DEBARMENT
5.48    BANKRUPTCY
5.49    FEHBP TERMINATION FOR CONVENIENCE OF THE GOVERNMENT--
        NEGOTIATED BENEFITS CONTRACTS
5.50    FEHBP TERMINATION FOR DEFAULT-- NEGOTIATED BENEFITS
        CONTRACTS
5.51    PENSION ADJUSTMENTS AND ASSET REVERSIONS
5.52    REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS
        (PRB) OTHER THAN PENSIONS
5.53    NOTICE TO THE GOVERNMENT OF LABOR DISPUTES
5.54    PENALTIES FOR UNALLOWABLE COSTS
5.55    EMPLOYMENT REPORTS ON VETERANS
5.56    AUTHORIZATION AND CONSENT
5.57    NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT
        INFRINGEMENT
5.58    PAYMENT BY ELECTRONIC FUNDS TRANSFER—SYSTEM FOR AWARD
        MANAGEMENT
5.59    PROHIBITION OF SEGREGATED FACILITIES
5.60    SUBCONTRACTS FOR COMMERCIAL ITEMS
5.61    NOTIFICATION OF EMPLOYEE RIGHTS UNDER NATIONAL LABOR
        RELATIONS ACT
5.62    APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM
5.63    SYSTEM FOR AWARD MANAGEMENT
5.64    CONTRACTOR CODE OF BUSINESS ETHICS AND CONDUCT
5.65    EMPLOYMENT ELIGIBILITY VERIFICATION
5.66    UPDATES OF PUBLICALLY AVAILABLE INFORMATION REGARDING
        RESPONSIBILITY MATTERS (DEVIATION)
5.67    PERSONAL IDENTITY VERIFICATION OF CONTRACTOR PERSONNEL
5.68    PRIVACY OR SECURITY SAFEGUARDS
5.69    ENCOURAGING CONTRACTOR POLICIES TO BAN TEXT MESSAGING WHILE
        DRIVING
5.70    CONTRACTOR EMPLOYEE WHISTLEBLOWER RIGHTS AND REQUIREMENT
        TO INFORM EMPLOYEES OF WHISTLEBLOWER RIGHTS
5.71    COMBATING TRAFFICKING IN PERSONS

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

5.72    SAFEGUARDING OF COVERED CONTRACTOR INFORMATION SYSTEMS
5.73    PROHIBITION ON REQUIRING CERTAIN INTERNAL CONFIDENTIALITY
        AGREEMENTS OR STATEMENTS


                    PART VI -- APPENDICES


A-      FEHBP BROCHURE
B-      SUBSCRIPTION RATES, CHARGES AND LIMITATIONS
C-      FEHBP SUPPLEMENTAL LITERATURE GUIDELINES JANUARY 2016
D-      RULES FOR COORDINATION OF BENEFITS, MODEL REGULATION SERVICE--
        JANUARY 2005, NATIONAL ASSOCIATION OF INSURANCE
        COMMISSIONERS
E-      SMALL BUSINESS SUBCONTRACTING PLAN (if applicable)
F-      MEASURES AND CONTRIBUTIONS TO PERFORMANCE AREAS AND SCORES
        FOR 2018 PERFORMANCE AND 2019 PERFORMANCE ADJUSTMENT

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

PART I - GENERAL PROVISIONS

SECTION 1.1
DEFINITIONS OF FEHB TERMS (JAN 2012)

For purpose of this contract, the following definitions apply:

**Act**: The Federal Employees Health Benefits Act, as amended; chapter 89 of title 5, United States Code.

**Benefits**: Covered services or payment for covered services set forth in Appendix A, to which Members are entitled to the extent provided by this contract.

**Carrier**: As defined by chapter 89 of title 5, United States Code, and may be used interchangeably with the term Contractor.

**Enrollee**: The Federal employee, Tribal Employee, annuitant, former spouse, temporarily-covered former Federal employee or family member enrolled under this contract.

**FEHBP**: Federal Employees Health Benefits Program.

**Letter of Credit**: The method by which certain Carriers, and their underwriters if authorized, receive recurring premium payments and contingency reserve payments by drawing against a commitment (certified by a responsible OPM official) which specifies a dollar amount available. For each Carrier participating in the Letter of Credit arrangement for payment under FEHBAR 1632.170(b), the terms "Carrier reserves" and "special reserves" include any balance in the Carrier's Letter of Credit account.

**Member**: The Enrollee and/or an eligible family member for benefit purposes, and sometimes referred to as subscriber.

**Regulations**: (1) The Federal Employees Health Benefits Regulations; part 890, title 5, Code of Federal Regulations, and (2) Chapters 1 and 16 of title 48, Code of Federal Regulations.

**Subcontractor**: Any supplier, distributor, vendor, or firm that furnishes supplies or services to or for a prime contractor, or another subcontractor, except for providers of direct medical services or supplies pursuant to the Carrier's health benefits plan.

**Tribal Employee**: A full-time or part-time common law employee of a tribal employer.

**Tribal Employer**: A Tribal Employer is an Indian tribe or tribal organization, as those terms are defined in 25 U.S.C. Chapter 18, carrying out at least one program under the Indian Self-Determination and Education Assistance Act or an urban Indian organization as that term is defined in 25 U.S.C. Chapter 18 carrying out at least one program under the title V of the Indian Health Care Improvement Act, provided that OPM accepts the tribe, tribal organization, or urban Indian organization's agreement to offer FEHB.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

SECTION 1.2
ENTIRE CONTRACT (JAN 2009)

(a)  This document as described in the *Table of Contents* constitutes the entire contract between the parties.  No oral statement of any person shall modify or otherwise affect the terms, conditions, or specifications stated in this contract.  Requests for modifications of this contract must be submitted in writing to the authorized Contracting Officer. Only the Contracting Officer acting within the scope of his or her authority may execute a contract modification on behalf of the government.

(b)  All statements concerning coverage or benefits made by OPM, the Carrier or by any individual covered under this contract shall be deemed representations and not warranties.  No such statement shall convey or void any coverage, increase or reduce any benefits under this contract or be used in the prosecution of or defense of a claim under this contract unless it is contained in writing and a copy of the instrument containing the statement is or has been furnished to the Member or to the person making the claim.

SECTION 1.3
ORDER OF PRECEDENCE (JAN 1996)

Any inconsistency in this contract shall be resolved by giving precedence in the following descending order:  The Act, the regulations in part 890, title 5, Code of Federal Regulations, the regulations in chapters 1 and 16, title 48, Code of Federal Regulations, and this contract.

SECTION 1.4
INCORPORATION OF LAWS AND REGULATIONS (JAN 2002)

(a)  The applicable provisions of (1) chapter 89 of title 5, United States Code; (2) OPM's regulations as contained in part 890, title 5, Code of Federal Regulations; and (3) chapters 1 and 16 of title 48, Code of Federal Regulations constitute a part of this contract as if fully set forth herein, and the other provisions of this contract shall be construed so as to comply therewith.

(b)  If the Regulations are changed in a manner which would increase the Carrier's liability under this contract, the Contracting Officer will make an equitable adjustment in accordance with the changes clause, Section 5.38 -- Changes--Negotiated Benefits Contracts.

SECTION 1.5
RECORDS AND INFORMATION TO BE FURNISHED BY OPM (JAN 2011)

(a)  OPM shall maintain or cause to be maintained records from which the Carrier may determine the names and social security numbers of all Enrollees.  OPM, other agencies of the Federal Government, Tribal Employer, or the FEHB Clearinghouse shall furnish the information to the Carrier at such times and in such form and detail as will enable the Carrier to maintain a currently accurate record of all Enrollees.

(b)  The Carrier is entitled to rely on information furnished to it under paragraph (a). OPM agrees that any liabilities incurred under this contract in reliance upon such information shall be a valid charge against the contract.  Errors or delays in keeping or reporting data relating

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

to coverage shall not invalidate coverage that would otherwise be validly in force and shall not continue coverage that would otherwise be terminated. OPM shall make an equitable adjustment of premiums upon discovery of errors or delays under this Section.

(c) Clerical error (whether by OPM, any other agency, Tribal Employer, the FEHB Clearinghouse, or the Carrier) in keeping records pertaining to coverage under this contract, delays in making entries thereon, or failure to make or account for any deduction of enrollment charges, shall not invalidate coverage otherwise validly in force or continue coverage otherwise validly terminated. OPM shall make an equitable adjustment of premiums when an error, delay, or failure is discovered. If any person finds relevant facts pertaining to a person covered under this contract to be misstated, and if the misstatement affects the existence, amount, or extent of coverage, the actual facts shall determine whether coverage is in force under the terms of this contract and in what amount or to what extent. Any claim payments the Carrier makes before an adjustment or determination shall be a valid charge against this contract.

(d) The OPM shall direct the agencies and Tribal Employers to provide the Carrier or the FEHB Clearinghouse, not less often than quarterly, the names of Enrollees enrolled under the contract by payroll office and the premium paid for those Enrollees for the current pay cycle. The Carrier shall at least quarterly reconcile its enrollment records with those provided by the Government, the Tribal Employer, or the FEHB Clearinghouse.

(e) In instances of erroneous enrollments where benefit payments have been made in error, the Carrier must inform enrollees within forty-five days of when the Carrier receives notification from the agency or the Tribal Employer that the Carrier will collect for these benefit payments. The Carrier shall provide notice to the enrollees that they have the right to contest their enrollment change with their agency, Tribal Employer, or their retirement system.

SECTION 1.6
CONFIDENTIALITY OF RECORDS (JAN 1991) (FEHBAR 1652.224-70)

(a) The Carrier shall use the personal data on employees and annuitants that is provided by agencies and OPM, including social security numbers, for only those routine uses stipulated for the data and published annually in the *Federal Register* as part of OPM's notice of systems of records.

(b) The Carrier shall also hold all medical records, and information relating thereto, of Federal subscribers confidential except as follows:

(1) As may be reasonably necessary for the administration of this contract;

(2) As authorized by the patient or his or her guardian;

(3) As disclosure is necessary to permit Government officials having authority to investigate and prosecute alleged civil or criminal actions;

(4) As necessary to audit the contract;

(5) As necessary to carry out the coordination of benefit provisions of this contract; and

(6) For bona fide medical research or educational purposes. Release of information for medical research or educational purposes shall be limited to aggregated information of a statistical nature that does not identify any individual by name, social security number, or any other identifier unique to an individual.

(c) If the Carrier uses medical records for the administration of the contract, or for bona fide research or educational purposes, it shall so state in the Plan's brochure.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

SECTION 1.7
STATISTICS AND SPECIAL STUDIES (JAN 2009)

(a)  The Carrier shall maintain or cause to be maintained statistical records of its operations under the contract and shall furnish OPM, in the form prescribed by the Contracting Officer, the statistical reports reasonably necessary for the OPM to carry out its functions under Chapter 89 of title 5, United States Code.

(b)  The Carrier shall furnish such other reasonable statistical data and reports of special studies as the Contracting Officer may from time to time request for the purpose of carrying out its functions under Chapter 89 of title 5, United States Code.

(c) The Carrier shall furnish the routine reports in the required number of copies in a format to be determined by the Contracting Officer as instructed by OPM.

(d) The Carrier shall notify the OPM Contract Representative immediately upon a change in the name or address of the Carrier's contract administrator(s).

SECTION 1.8
NOTICE (JAN 2003)

Where the contract requires that notice be given to the other party, such notice must be given in writing to the address shown on this contract's signature page.  To notify OPM, the Carrier must write to the Contracting Officer, unless otherwise specified.

SECTION 1.9
PLAN PERFORMANCE--EXPERIENCE-RATED HMO CONTRACTS (JAN 2019)

(a) Detection of Fraud, Waste, and Abuse (FWA).  The Carrier shall conduct a program to assess its vulnerability to FWA to include, but not limited to, performing post-payment reviews and audits of providers identified either proactively or reactively.  The Carrier shall operate a system designed to detect and eliminate FWA internally by Carrier employees and Subcontractors, by providers providing goods or services to FEHB Members, and by individual FEHB Members.  In addition, FEHBP Carriers must demonstrate they have submitted written notification to OPM-OIG within 30 business days of identifying potential FWA issues impacting the FEHB Program regardless of dollar value.  The program must specify provisions in place for cost avoidance, not just fraud detection, along with criteria for follow-up actions.  The Carrier must submit to OPM an annual analysis of the costs and benefits of its FWA program. The Carrier must submit annual reports to OPM by March 31 addressing the following:

1)    Number of Allegations/Complaints Opened/Received;
2)    Number of Allegations/Complaints where there is FEHBP Program Exposure;
3)    Number of Cases Developed Through Proactive Fraud Prevention/Detection Software;
4)    Number of Cases Referred to Local, State, or Federal Law Enforcement/Oversight Agencies;
5)    Number of Case Notifications/Referrals Sent to OPM-OIG;
6)    Number of Cases Resolved Administratively;
7)    Dollars Identified as Loss;
8)    Estimated Financial Losses;

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

9)    Non-Recoverable Loss;
10)   Dollars Recovered by SIU;
11)   Vendor Recoveries;
12)   Actual Savings;
13)   Prevented Loss;
14)   Number of Criminal Convictions;
15)   Prepayment Review;
16)   Fraudulent Schemes;
17)   Fraudulent Geographic Areas;
18)   FWA Program Costs;
19)   Other Associated Costs of the FWA Program;
20)   Return on Investment; and
21)   Best Practices

The report will also include the industry standards checklist.

(b) <u>Clinical Care Measures</u>.  The Carrier shall measure and/or collect data on the quality of the health care services it provides to its members as requested by OPM.  Measurement/data collection efforts may include performance measurement systems such as Healthcare Effectiveness Data and Information Set (HEDIS), measures developed by the Pharmacy Quality Alliance (PQA), and similar measures developed by accrediting organizations such as, but not limited to, the Association for Ambulatory Health Care (AAAHC), the National Committee for Quality Assurance (NCQA), and URAC or endorsed by the National Quality Forum. Costs incurred by the Carrier for collecting or contracting with a vendor to collect quality measures/data shall be the Carrier's responsibility and are allowable administrative expenses, subject to the administrative cost limitation.

(c) <u>Patient Safety</u>.  The Carrier shall implement a patient safety improvement program. At a minimum, the Carrier shall --

(1) Report to OPM on its current patient safety initiatives;

(2) Report to OPM on how it will strengthen its patient safety program for the future;

(3) Assist OPM in providing its Members with consumer information and education regarding patient safety; and

(4) Work with its providers, independent accrediting organizations, and others to implement patient safety improvement programs.

(d)  <u>Accreditation</u>.  To demonstrate its commitment to providing quality health care, the Carrier shall continue to pursue and maintain accreditation according to the steps and timeframes outlined by OPM.  The Carrier shall submit accreditation changes and updates to its OPM contract representative.

(e)  <u>Consumer Assessments of Healthcare Providers and Systems (CAHPS)</u>.  In addition to any other means of surveying Plan members that the Carrier may develop, the Carrier shall participate in the Consumer Assessments of Healthcare Providers and Systems (CAHPS) 5.0 Survey to provide feedback to enrollees on enrollee experience with the various FEHBP plans. The Carrier shall take into account the published results of the survey, or other results as directed by OPM, in identifying areas for improvement as part of the Carrier's quality assurance program. Payment of survey charges will be in accordance with Section 3.11.

(f) <u>Physician Credentialing</u>.  The Carrier is encouraged to use an independent accrediting organization to validate its physician credentialing.  If the Carrier's physicians meet the credentialing requirements of the credentialing organization, it has met and exceeds the

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

minimum requirements listed below.  Otherwise, the Carrier must demonstrate that it requires the following credential checks of all of its physicians, both during the initial hiring process and during periodic re-credentialing.  As an alternative, the Carrier may demonstrate that the following credential checks are performed by a secondary source, such as a hospital.

- Verification of medical school graduation records.
- Routine check with local and/or state medical societies and/or boards.
- Routine check of the Department of Health and Human Services (DHHS) list of debarred providers.
- Routine check of the National Practitioner Data Bank.

(g) <u>Contract Quality Assurance</u>.  The Carrier shall develop and apply a quality assurance program specifying procedures for assuring contract quality over the contract period. The Carrier shall meet the following standards and submit an annual report to OPM on these standards by July 1 of the following contract period.

(1)  *Claims Processing Accuracy* - the number of FEHB claims processed accurately divided by the total number of FEHB claims processed.

REQUIRED STANDARD:  The Carrier shall accurately process at least 95 percent of FEHB claims.

(2)  *Claims Timeliness* - the number of FEHB claims adjudicated (paid, denied, or a request for further information is sent out) within 30 working days from the date the Carrier received the claim, divided by the total number of FEHB claims received.

REQUIRED STANDARD: The Carrier adjudicates 95 percent of claims within 30 working days.

(3)  *Processing ID cards on change of plan or option* - the number of calendar days from the date the Carrier receives the enrollment from the Enrollee's agency, Tribal Employer, or retirement system to the date it issues the ID card.

REQUIRED STANDARD: The Carrier shall issue all ID cards within 15 calendar days after receiving the enrollment from the Enrollee's agency, Tribal Employer, or retirement system except that the Carrier shall issue ID cards resulting from an open season election within 15 calendar days or by December 15, whichever is later.

(4)  *Member Inquiries* - the number of written inquiries responded to within 15 working days divided by the total number written of inquiries received.

REQUIRED STANDARD: The Carrier shall respond to at least 90 percent of inquiries within 15 working days.

(5) *Telephone Access* - the carrier shall report on the following statistics concerning telephone access to the member services department (or its equivalent) for the given time period. Except that, if the Carrier does not have a computerized phone system, report results of periodic surveys on telephone access.

(*i*)  *Call Answer Timeliness* - the percentage of calls answered by a live voice (during operating hours) within 30 seconds.

REQUIRED STANDARD: The Carrier shall answer 80% of telephone calls by a live voice (during operating hours) within 30 seconds.

(*ii*)  *Telephone Blockage Rate* - the number of calls receiving a busy signal when calling the Carrier divided by the total number of calls received.

REQUIRED STANDARD: The Carrier shall ensure that no more than 5 percent of calls receive a busy signal.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(iii)  *Telephone Abandonment Rate* - the number of calls attempted but not connected to a live voice divided by the total number of calls attempted

REQUIRED STANDARD:  The Carrier shall ensure that no more than 5 percent of calls during operating hours are abandoned before connection to a live voice.

(iv) *Initial Call Resolution* – the number of initial calls that result in a resolution of the issue divided by the total number of initial calls for an issue.

REQUIRED STANDARD: On average, caller's issues must be resolved during the initial call at least 80 percent of the time.

(6)  *Responsiveness to FEHB Member Requests for Reconsideration*- the number of times the Carrier responds (affirms the denial in writing to the FEHB member, pays the claim, provides or authorizes coverage of the service, or requests additional information reasonably necessary to make a determination) within 30 days to a request for reconsideration of a disputed claim divided by the total number of requests for reconsideration of disputed claims received.

REQUIRED STANDARD:  The Carrier shall respond to 100 percent of written FEHB disputed claim requests within 30 days after receipt by the Carrier.

(h) Quality Assurance Plan.  The Carrier must demonstrate that a statistically valid sampling technique is routinely used prior to or after processing to randomly sample FEHB claims against Carrier quality assurance/fraud and abuse prevention standards.

(i)  Reporting Compliance.    The Carrier shall keep complete records of its quality assurance procedures and fraud prevention program and the results of their implementation and make them available to the Government as determined by OPM.

(j) FEHB Clearinghouse (CLER).  The Carrier shall not have any CLER records with a 160 error code and a fail count of four or higher. A '160' error is when a Carrier reports an enrollment but no agency or Tribal Employer reports that enrollment.

(k) The Carrier must demonstrate that it uses and shall use a statistically valid sampling technique to identify FEHB claims prior to or after processing that requires coordination of benefits with a third party payer or the Carrier shall pursue and provide evidence that it pursues all claims for coordination of benefits.

(l)  Correction of Deficiencies.  The Contracting Officer may order the correction of a deficiency in the Carrier's quality assurance program or fraud prevention program.  The Carrier shall take the necessary action promptly to implement the Contracting Officer's order.  If the Contracting Officer orders a modification of the Carrier's quality assurance program or fraud prevention program pursuant to this paragraph after the contract year has begun, the costs incurred to correct the deficiency may be excluded from the administrative expenses -- for the contract year -- that are subject to the administrative expenses limitation specified at Appendix B; provided the Carrier demonstrates that the correction of the deficiency significantly increases the Carrier's liability under this contract.

(m)  In order to allow sufficient implementation time, the Contracting Officer will notify the Carrier reasonably in advance of any new requirement(s) under paragraphs (a) through (l).

SECTION 1.10
NOTICE OF SIGNIFICANT EVENTS (JUL 2005) (FEHBAR 1652.222-70)

(a)  The Carrier agrees to notify the Contracting Officer of any Significant Event within ten (10) working days after the Carrier becomes aware of it.  As used in this section, a Significant Event is any occurrence or anticipated occurrence that might reasonably be expected

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

to have a material effect upon the Carrier's ability to meet its obligations under this contract, including, but not limited to, any of the following:

(1) Disposal of major assets;

(2) Loss of 15 percent or more of the Carrier's overall membership;

(3) Termination or modification of any contract or subcontract if such termination or modification might have a material effect on the Carrier's obligations under this contract;

(4) Addition or termination of provider agreements;

(5) Any changes in underwriters, reinsurers or participating plans;

(6) The imposition of, or notice of the intent to impose, a receivership, conservatorship, or special regulatory monitoring;

(7) The withdrawal of, or notice of intent to withdraw State licensing, HHS qualification, or any other status under Federal or State law;

(8) Default on a loan or other financial obligation;

(9) Any actual or potential labor dispute that delays or threatens to delay timely performance or substantially impairs the functioning of the Carrier's facilities or facilities used by the Carrier in the performance of the contract;

(10) Any change in its charter, constitution, or by-laws which affects any provision of this contract or the Carrier's participation in the Federal Employees Health Benefits Program;

(11) Any significant changes in policies and procedures or interpretations of the contract or brochure which would affect the benefits available under the contract or the costs charged to the contract;

(12) Any fraud, embezzlement or misappropriation of FEHB funds;

(13) Any written exceptions, reservations or qualifications expressed by the independent accounting firm (which ascribes to the standards of the American Institute of Certified Public Accountants) contracted with by the Carrier to provide an opinion on its annual financial statements.

(b) Upon learning of a Significant Event OPM may institute action, in proportion to the seriousness of the event, to protect the interest of Members, including, but not limited to--

(1) Directing the Carrier to take corrective action;

(2) Suspending new enrollments under this contract;

(3) Advising Enrollees of the Significant Event and providing them an opportunity to transfer to another plan;

(4) Withholding payment of subscription income or restricting access to the Carrier's Letter of Credit account;

(5) Terminating the enrollment of those Enrollees who, in the judgment of OPM, would be adversely affected by the Significant Event; or

(6) Terminating this contract pursuant to Section 1.15, Renewal and Withdrawal of Approval.

(c) Prior to taking action as described in paragraph (b) of this clause, the OPM will notify the Carrier and offer an opportunity to respond.

(d) The Carrier will insert this clause in any subcontract or subcontract modification if the amount of the subcontract or modification charged to the FEHB Program (or in the case of a community-rated Carrier, applicable to the FEHB Program) equals or exceeds $550,000 and is at least 25 percent of the total subcontract cost. The amount of the dollar charge to the FEHB Program shall be adjusted by the same amount and at the same time as any change to the threshold for application of the Truth in Negotiations Act pursuant to 41 U.S.C. 254b(a)(7).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

## SECTION 1.11
## FEHB INSPECTION (JUL 2005) (FEHBAR 1652.246-70)

(a)  The Contracting Officer, or an authorized representative of the Contracting Officer, has the right to inspect or evaluate the work performed or being performed under the contract, and the premises where the work is being performed, at all reasonable times and in a manner that will not unreasonably delay the work.

(b)  The Contractor shall maintain and the Contracting Officer, or an authorized representative of the Contracting Officer, shall have the right to examine and audit all books and records relating to the contract for purposes of the Contracting Officer's determination of the Carrier's subcontractor or Large Provider's compliance with the terms of the contract, including its payment (including rebate and other financial arrangements) and performance provisions. The Contractor shall make available at its office at all reasonable times those books and records for examination and audit for the record retention period specified in the Federal Employees Health Benefits Acquisition Regulation (FEHBAR), 48 CFR 1652.204-70.  This subsection is applicable to subcontract and Large Provider Agreements with the exception of those that are subject to the "Audits and Records – Negotiation" clause, 48 CFR 52.215-2.

(c) If the Contracting Officer, or an authorized representative of the Contracting Officer, performs inspection, audit or evaluation on the premises of the Carrier, the subcontractor, or the Large Provider, the Carrier shall furnish or require the subcontractor or Large Provider to furnish all reasonable facilities for the safe and convenient performance of these duties.

(d) The Carrier shall insert this clause, including this subsection (d), in all subcontracts for underwriting and claim payments and administrative services and in all Large Provider Agreements and shall substitute "contractor", "Large Provider," or other appropriate reference for the term "Carrier."

## SECTION 1.12
## CORRECTION OF DEFICIENCIES (JAN 1996)

(a)  The Carrier shall maintain sufficient financial resources, facilities, providers, staff and other necessary resources to meet its obligations under this contract.  If the OPM determines that the Carrier does not demonstrate the ability to meet its obligations under this contract, the OPM shall notify the Carrier of the asserted deficiencies.  The Carrier agrees that, within ten (10) working days following notification, it shall present detailed plans for correcting the deficiencies. These plans shall be presented in a form prescribed by the OPM.  Pending submission or implementation of plans required under this Section, the OPM may institute action as it deems necessary to protect the interests of Members, including, but not limited to:

(1)  Suspending new enrollments under this contract;

(2)  Advising Enrollees of the asserted deficiencies and providing them an opportunity to transfer to another plan;

(3)  Withholding payment of subscription income or restricting access to the Carrier's Letter of Credit account; or

(4)  Terminating the enrollment of those Enrollees who, in the judgment of OPM, would be adversely affected by the deficiency.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(b)  The Carrier agrees that failure to submit or to diligently implement plans which are required under this Section shall constitute sufficient grounds for termination of this contract pursuant to Section 1.15, *Renewal and Withdrawal of Approval.*

(c)  Prior to taking action as described in paragraph (a) the OPM shall notify the Carrier and offer an opportunity to respond.

(d)  The Carrier shall include the substance of this clause in the contract with its underwriter and substitute an appropriate term for "Carrier."

SECTION 1.13
INFORMATION AND MARKETING MATERIALS (JAN 2014)

(a)  OPM and the Carrier shall agree upon language setting forth the benefits, exclusions and other language of the Plan. The Carrier bears full responsibility for the accuracy of its FEHB brochure.  OPM, in its sole discretion, may order the Carrier to produce and distribute the agreed upon brochure text, in a format and quantity approved by OPM, including a electronic 508 compliant brochure version, Section 508 of the Rehabilitation Act of 1973, as amended 29 U.S.C. § 794d, for OPM's website.  This formatted document is referred to as the FEHB brochure.  The Carrier shall distribute the FEHB brochure on a timely basis to new Enrollees and to other Enrollees upon their request.  The Carrier shall also distribute the document(s) to Federal agencies to be made available to such individuals who are eligible to enroll under this contract. At the direction of OPM, the Carrier shall produce and distribute an audio cassette version, CD, or other electronic media of the approved language. The Carrier may print additional FEHB brochures for distribution for its own use, but only in the approved format and at its own expense.

(b)  Supplemental material.  Only marketing materials or other supplemental literature prepared in accordance with FEHBAR 1652.203-70 (Section 1.14 of this contract) may be distributed or displayed at or through Federal facilities.

(c)  The Carrier shall reflect the statement of benefits in the agreed upon brochure text included at Appendix A of this contract, verbatim, in the FEHB brochure.

(d)  OPM may order the Carrier to prepare an addendum or reissue the FEHB brochure or any piece(s) of supplemental marketing material at no expense to the Government if it is found to not conform to the agreed upon brochure text and/or supplemental marketing materials preparations described in paragraphs (a), (b) and (c) of this section.

(e)  The Carrier shall produce and make available an FEHB Summary of Benefits and Coverage (SBC).

SECTION 1.14
MISLEADING, DECEPTIVE OR UNFAIR ADVERTISING (JAN 1991) (FEHBAR 1652.203-70)

(a)  The Carrier agrees that any advertising material, including that labeled promotional material, marketing material, or supplemental literature, shall be truthful and not misleading.

(b)  Criteria to assess compliance with paragraph (a) of this clause are available in the *FEHB Supplemental Literature Guidelines* which are developed by OPM and should be used, along with the additional guidelines set forth in FEHBAR 1603.7002, as the primary guide in preparing material; further guidance is provided in the NAIC *Advertisements of Accident and*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

*Sickness Insurance Model Regulation*.  Guidelines are periodically updated and provided to the Carrier by OPM.

(c)  Failure to conform to paragraph (a) of this clause may result in a reduction in the service charge, if appropriate, and corrective action to protect the interest of Federal Members. Corrective action will be appropriate to the circumstances and may include, but is not limited to the following actions by OPM:

(1)  Directing the Carrier to cease and desist distribution, publication, or broadcast of the material;

(2)  Directing the Carrier to issue corrections at the Carrier's expense and in the same manner and media as the original material was made; and

(3)  Directing the Carrier to provide, at the Carrier's expense, the correction in writing by certified mail to all enrollees of the Plan(s) that had been the subject of the original material.

(d)  Egregious or repeated offenses may result in the following action by OPM:

(1)  Suspending new enrollments in the Carrier's Plan(s);

(2)  Providing Enrollees an opportunity to transfer to another plan; and

(3)  Terminating the contract in accordance with Section 1.15, Renewal and Withdrawal of Approval.

(e)  Prior to taking action as described in paragraphs (c) and (d) of this clause, the OPM will notify the Carrier and offer an opportunity to respond.

(f)  The Carrier shall incorporate this clause in subcontracts with its underwriter, if any, and other subcontractors directly involved in the preparation or distribution of such advertising material and shall substitute "Contractor" or other appropriate reference for the term "Carrier."

SECTION 1.15
RENEWAL AND WITHDRAWAL OF APPROVAL (JAN 1991) (FEHBAR 1652.249-70)

(a)  The contract renews automatically for a term of one (1) year each January first, unless written notice of non-renewal is given either by OPM or the Carrier not less than 60 calendar days before the renewal date, or unless modified by mutual agreement.

(b)  This contract also may be terminated at other times by order of OPM pursuant to 5 U.S.C. 8902(e).  After OPM notifies the Carrier of its intent to terminate the contract, OPM may take action as it deems necessary to protect the interests of Members, including but not limited to--

(1)  Suspending new enrollments under the contract;

(2)  Advising Enrollees of the asserted deficiencies; and

(3)  Providing Enrollees an opportunity to transfer to another plan.

(c)  OPM may, after proper notice, terminate the contract at the end of the contract term if it finds that the Carrier did not have at least 300 Enrollees enrolled in its Plan at any time during the two preceding contract terms.

SECTION 1.16
SUBCONTRACTS (JUL 2005) (FEHBAR 1652.244-70)

(a)  The Carrier will notify the Contracting Officer in writing at least 30 days in advance of entering into any subcontract or subcontract modification, or as otherwise specified by this contract, if the amount of the subcontract or modification charged to the FEHB Program equals or

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

exceeds $550,000 and is at least 25 percent of the total subcontract cost. The amount of the dollar charge to the FEHB Program shall be adjusted by the same amount and at the same time as any change to the threshold for application of the Truth in Negotiations Act pursuant to 41 U.S.C. 254b(a)(7). Failure to provide advance notice may result in a Contracting Officer's disallowance of subcontract costs or a penalty in the performance aspect of the Carrier's service charge. In determining whether the amount chargeable to the FEHB Program contract for a given subcontract or modification equals or exceeds the $550,000 threshold, the following rules apply:

(1) For initial advance notification, the Carrier shall add the total cost/price for the base year and all options, including quantity or service options and option periods.

(2) For contract modifications, options and/or renewals (e.g. evergreen contracts) not accounted for in paragraph (a)(1) of this clause, the Carrier shall provide advance notification if they cause the total price to equal or exceed the threshold. OPM's review will be of the modification(s), itself, but documentation for the original subcontract will be required to perform the review. The $550,000 threshold will be adjusted by the same amount and at the same time as any change to the threshold for application of the Truth in Negotiations Act. All subcontracts or subcontract modifications that equal or exceed the threshold are subject to audit under FAR 52.215-2 "Audit and Records-Negotiations" if based on cost analysis or 48 CFR 1646.301 and 1652.246-70 "FEHB Inspection" if based on price analysis.

(b) The advance notification required by paragraph (a) of this clause shall include the information specified below:

(1) A description of the supplies or services to be subcontracted;

(2) Identification of the type of subcontract to be used;

(3) Identification of the proposed subcontractor and an explanation of why and how the proposed subcontractor was selected, including the competition obtained;

(4) The proposed subcontract price and the Carrier's cost or price analysis;

(5) The subcontractor's current, complete, and accurate cost or pricing data and Certificate of Current Cost or Pricing Data, must be submitted to the Contracting Officer if required by law, regulation, or other contract provisions.

(6) (Reserved)

(7) A negotiation memorandum reflecting--

(i) The principal elements of the subcontract price negotiations;

(ii) The most significant consideration controlling establishment of initial or revised prices;

(iii) An explanation of the reason cost or pricing data are not required, if the Carrier believes that cost or pricing data are not required.

(iv) The extent, if any, to which the Carrier did not rely on the subcontractor's cost or pricing data in determining the price objective and in negotiating the final price;

(v) The extent, if any, to which it was recognized in the negotiation that the subcontractor's cost or pricing data were not accurate, complete, or current; the action taken by the Carrier and the subcontractor; and the effect of any such defective data on the total price negotiated;

(vi) The reasons for any significant difference between the Carrier's price objective and the price negotiated; and

(vii) A complete explanation of the incentive fee or profit plan when incentives are used. The explanation will identify each critical performance element, management decisions used to quantify each incentive element, reasons for the incentives, and a summary of all trade-off possibilities considered.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(c)  The Carrier will obtain the Contracting Officer's written consent before placing any subcontract for which advance notification is required under paragraph (a) of this clause. However, the Contracting Officer may ratify in writing any such subcontract for which written consent was not obtained.  Ratification will constitute the consent of the Contracting Officer.

(d)  The Contracting Officer may waive the requirement for advance notification and consent required by paragraphs (a), (b) and (c) of this clause where the Carrier and subcontractor submit an application or renewal as a contractor team arrangement as defined in FAR Subpart 9.6 and--

(1)  The Contracting Officer evaluated the arrangement during negotiation of the contract or contract renewal; and

(2)  The subcontractor's price and/or costs were included in the Plan's rates that were reviewed and approved by the Contracting Officer during negotiation of the contract or contract renewal.

(e)  If the Carrier follows the notification and consent requirements of paragraphs (a), (b) and (c) of this clause and subsequently obtains the Contracting Officer's consent or ratification, then the reasonableness of the subcontract's costs will be inferred as provided for in 1631.205-81.  However, consent or ratification by the Contracting Officer will not constitute a determination:

(1)  Of the acceptability of any subcontract terms or conditions;

(2)  Of the allowability of any cost under this contract; or

(3)  That the Carrier should be relieved of any responsibility for performing this contract.

(f)  No subcontract placed under this contract will provide for payment on a cost-plus-a-percentage-of-cost basis.  Any fee payable under cost reimbursement type subcontracts will not exceed the fee limitations in FAR 15.404-4(c)(4)(i).  Any profit or fee payable under a subcontract will be in accordance with the provision of Section 3.7, *Service Charge*.

(g)  The Carrier will give the Contracting Officer immediate written notice of any action or suit filed and prompt notice of any claim made against the Carrier by any subcontractor or vendor that, in the opinion of the Carrier, may result in litigation related in any way to this contract with respect to which the Carrier may be entitled to reimbursement from the Government.

SECTION 1.17
NOVATION AGREEMENT (JAN 1996)

The agreement at FEHBAR 1642.1204 shall be submitted for approval to OPM when the Carrier's assets or the entire portion of the assets pertinent to the performance of this contract, as determined by the Government, are transferred.

SECTION 1.18
AGREEMENT TO RECOGNIZE CARRIER'S CHANGE OF NAME (JAN 1996)

The agreement at FEHBAR 1642.1205 shall be submitted for approval to OPM when the Carrier changes its name and the Government's and Contractor's rights and obligations remain unaffected.

SECTION 1.19

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

[RESERVED]

SECTION 1.20
PATIENT BILL OF RIGHTS (JAN 1999)

(a)  The Carrier shall implement the recommendations in the Health Care Consumer Bill of Rights and Responsibilities ("Patient Bill of Rights") in accordance with OPM guidance.

(b) During the Carrier's provider contract renewal process, the Carrier shall make any necessary modifications to such provider contracts to comply with the recommendations of the Patient Bill of Rights in accordance with OPM guidance.  All new provider contracts with the Carrier shall comply with the recommendations of the Patient Bill of Rights in accordance with OPM guidance.

SECTION 1.21
ADMINISTRATIVE SIMPLIFICATION-HIPAA (Experience-Rated HMO) (JAN 2008)

(a) The Carrier shall implement and be in compliance with the Department of Health and Human Services (DHHS) regulations regarding the standards for electronic transactions, code sets and unique identifiers on the date DHHS specifies.  Subject to paragraph (c) of this section, the regulations at 45 CFR parts 160 and 162 are incorporated by reference in this contract.

(b) The Carrier shall implement and be in compliance with the DHHS regulations regarding the standards for privacy and security of individually identifiable health information on the date DHHS specifies. Subject to paragraph (c) of this section, the regulations at 45 CFR parts 160 and 164 are incorporated by reference in this contract.

(c)  Because OPM has determined that the DHHS administrative simplification regulations should serve as a uniform nationwide standard for the FEHB Program, and because of the preemption provision in 5 U.S.C. 8902(m)(1), the provisions of 45 CFR part 160, subpart B are inapplicable to the Carrier with respect to the Plan.

(d)  If the Carrier is an employee organization that retains an underwriter, then these requirements also apply to the underwriter with respect to the Plan.  If the Carrier for the plan authorized under 5 U.S.C. 8903(l), qualifies for limited application of the HHS Privacy Rule as a business associate, then the HHS Privacy Rule requirements apply to the underwriting participating affiliates.

SECTION 1.22
HIPAA COMPLIANCE (JAN 1998)

(a)  The Carrier shall comply with and shall take all steps reasonably necessary to ensure that its affiliates, subcontractors, and agents comply with the guaranteed availability provisions of the Health Insurance Portability and Accountability Act of 1996 (HIPAA) and implementing regulations.  "Guaranteed availability" means the Carrier, affiliates, subcontractors, and agents do not engage in practices that:  1) decline to offer health insurance coverage (as defined in section 2791(b)(1) of the Public Health Service Act "the Act" ) to, or deny enrollment of an eligible individual (as defined in section 2741(b) of the Act); or, 2) impose any preexisting condition exclusion (as defined in section 2701(b)(1)(A) of the Act), with respect to such coverage.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(b) A State or Federal enforcement action as the result of noncompliance with the requirements of HIPAA is a significant event under Section 1.10 of this contract, Notice of Significant Events. If the Carrier, or any affiliate, subcontractor, or agent, is notified of any enforcement action by any Federal or State authority with regard to HIPAA compliance, the Carrier must notify OPM within ten working days of learning of the action.

SECTION 1.23
NOTICE ON TERMINATION OF FEHBP OR PROVIDER CONTRACT (HMO) (JAN 2003)

(a) Members who are undergoing treatment for a chronic or disabling condition or who are in the second or third trimester of pregnancy at the time a Carrier terminates (1) all or part of its FEHBP contract, (2) the members' specialty provider contract for reasons other than cause, may be able to continue to see their specialty provider for up to 90 days or through their postpartum care.

(b) The Carrier shall notify its members in writing of its intent to terminate all or part of its FEHBP contract, including service area reductions, or the members' specialty provider contract for reasons other than cause, in order to allow sufficient time for the members to arrange for continued care after the 90-day period or their postpartum care, whichever applies. The Carrier shall send the required notice to the member if the Carrier has in its records an address for the member different from the enrollee's address; otherwise, the Carrier may send the notice to the enrollee. The Carrier shall send the notice in time to ensure it is received by the members no less than 90 days prior to the date it terminates the contract, unless the Carrier demonstrates it was prevented from doing so for reasons beyond its control. The Carrier's prompt notice will ensure that the notification period and the transitional care period run concurrently.

SECTION 1.24
TRANSITIONAL CARE (JAN 2003)

(a) "Transitional care" is specialized care provided for up to 90 days or through the postpartum period, whichever is later, to a member who is undergoing treatment for a chronic or disabling condition or who is in the second or third trimester of pregnancy when the Carrier terminates (1) all or part of its FEHBP contract or (2) the member's specialty provider contract for reasons other than cause. The 90-day period begins the earlier of the date the member receives the notice required under Section 1.24, Notice on Termination of FEHBP or Provider Contract (HMO), or the date the Carrier's or the provider's contract ends.

(b) The Carrier shall ensure the following:

(1) If it terminates a part of its FEHB contract or a specialty provider contract other than for cause, it allows members who are undergoing treatment for a chronic or disabling condition or who are in the second or third trimester of pregnancy to continue treatment under the specialty provider for up to 90 days, or through their postpartum period, whichever is later, under the same terms and conditions that existed at the beginning of the transitional care period; and

(2) If it enrolls a new member who voluntarily changed Carriers because the member's former Carrier was no longer available in the FEHB Program, it provides transitional care for the member if he or she is undergoing treatment for a chronic or disabling condition or is in the second or third trimester of pregnancy for up to 90 days, or through the postpartum period, whichever is later, under the same terms and conditions the member had under the prior Carrier.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(c) In addition, the Carrier shall (1) pay for or provide the transitional care required under this clause at no additional cost to members;

(2) require the specialty provider to promptly transfer all medical records to the designated new provider during or upon completion of the transition period, as authorized by the patient; and,

(3) require the specialty provider to give all necessary information to the Carrier for quality assurance purposes.

SECTION 1.25
DISCLOSURE NOTICE UNDER P.L. 108-173 (MEDICARE MODERNIZATION ACT OF 2003) (JAN 2006)

The Carrier will issue, as part of its FEHB benefits brochure, a disclosure notice concerning creditable prescription drug coverage in accordance with the regulation at 42 CFR §423.56 issued by the Department of Health and Human Services.

SECTION 1.26
CARRIER DISASTER RECOVERY PLAN (JAN 2007).

The Carrier must implement a disaster recovery plan that addresses flexibility for the following:
- (a) Medical and pharmacy procedures and requirements;
- (b) Barriers to accessing needed health care;
- (c) Requests for out-of-network medical services;
- (d) Alternatives for medical pre-certification, referrals, medical necessity review and notification of hospital admissions;
- (e) Accessing other PCPs or specialists;
- (f) Pharmacy restrictions, refills, additional supplies of medications as backup;
- (g) Mail-order pharmacy;
- (h) Adhering to recommendations for vaccinations from the Center for Disease Control;
- (i) Claims payments;
- (j) Crisis toll free hotline;
- (k) Ability to identify current members;
- (l) Recovery procedures for critical business functions (i.e., system, network, communication, work area recovery); and
- (m) Secure backup site (hot/cold). A "hot work site" is a designated location to be used in the event of a disaster that is fully prepared for continuation of work to which the employees can go. A "cold work site" is a designated location to use in the event of a disaster that is not fully prepared for continuation of work to which the employees can go.

The Carrier must provide OPM with the following information:
- (a) description of its disaster recovery plan;
- (b) the Carrier's current state of readiness and the frequency of evaluations;
- (c) the Carrier's work with its subcontractor on this issue;
- (d) a timeline; and
- (e) any potential problem areas.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

The Carrier may implement its own additional measures.

Carriers must submit this information by January 1, 2007. Carriers who enter the FEHBP subsequent to 2007, must submit this information by January 1st of their first FEHBP contract year. Any material changes to the disaster recovery plan, such as a prime disaster recovery subcontract change or a hot site change, should be reported to OPM.

SECTION 1.27
HEALTH INFORMATION TECHNOLOGY REQUIREMENTS (JAN 2011)

(a) The Carrier agrees that as it implements, acquires, or upgrades health information technology systems, it shall utilize, where available, certified health information technology systems and products that meet interoperability standards recognized by the Secretary of Health and Human Services, as existing on the date of the implementation, acquisition, or upgrade of health information technology systems ("Interoperability Standards"). Interoperability Standards include those standards adopted by the Secretary to promote meaningful use of health information technology in accordance with Public Law 111-5, The Health Information Technology for Economic and Clinical Health Act (HITECH Act).

(b) The Carrier agrees that such health information technology systems will have already been pilot tested in a variety of live settings and refined, if needed, before the Carrier will consider them for implementation.

(c) The Carrier agrees that as its provider agreements are established or renewed, it will encourage contracted providers to comply with applicable Interoperability Standards and to demonstrate meaningful use of health information technology in accordance with the HITECH ACT.

SECTION 1.28
STANDARDS FOR PHARMACY BENEFIT MANAGEMENT COMPANY (PBM) ARRANGEMENTS (JAN 2019)

The Carrier will ensure and report that the following standards are included in new, renewing or amended contracts with vendors providing a retail pharmacy network and/or a mail order pharmacy and/or a specialty pharmacy to Enrollees and family members (hereafter "PBM") effective on or after January 1, 2011. Notwithstanding the foregoing, the revisions to Section 1.28(a) in the January 2011 clause shall not take effect before the expiration of the Carrier's current contract (including the exercise of an existing option to extend the term by not more than one year at a time) but not later than January 2013. The PBM includes all entities that have a majority ownership interest in or majority control over the PBM. The PBM also includes any other subsidiary of the entity that has majority ownership or control over the PBM.

This section does not apply to Carrier-owned PBMs, which are already expected to adhere to the FAR and FEHBAR standards and requirements, and the remaining provisions of this contract.

If the Carrier's PBM arrangement is with an Underwriter rather than with the Carrier, then all references to the Carrier and Plan appearing in this Section 1.28 shall be deemed to be references to the Underwriter.

(a) <u>Transparency Standards</u>

(1) The PBM is not majority-owned or majority-controlled by a pharmaceutical manufacturing company. The PBM must disclose to the Carrier and OPM the name of any entity that has a majority ownership interest in or majority control over the PBM.

(2) The PBM agrees to provide pass-through transparent pricing based on the PBM's cost for drugs (as described below) in which the Carrier receives the value of the PBM's negotiated discounts, rebates, credits or other financial benefits.

(i) The PBM shall charge the Carrier no more than the amount it pays the pharmacies in its retail network for brand and generic drugs plus a dispensing fee.

(ii) The PBM shall charge the Carrier the cost of drugs at mail order pharmacies based on the actual cost, plus a dispensing fee. Costs shall not be based on industry benchmarks; for example, Average Acquisition Cost (AAC) or Wholesale Acquisition Cost (WAC).

(iii) The PBM, or any other entity that negotiates and collects Manufacturer Payments allocable to the Carrier agrees to credit to the Carrier either as a price reduction or by cash refund the value all Manufacturer Payments properly allocated to the Carrier. Manufacturer Payments are any and all compensation, financial benefits, or remuneration the PBM receives from a pharmaceutical manufacturer, including but not limited to, discounts; credits; rebates, regardless of how categorized; market share incentives, chargebacks, commissions, and administrative or management fees. Manufacturer payments also include any fees received for sales of utilization data to a pharmaceutical manufacturer.

(3) The PBM must identify sources of profit to the Carrier and OPM as it relates to the FEHB contract.

(4) The PBM's administrative fees, such as dispensing fees, must be clearly identified to retail claims, mail claims and clinical programs, if applicable. The PBM must agree to disclose each administrative fee to the Carrier and OPM.

(5) The PBM, or any other entity that negotiates and collects Manufacturer Payments allocable to the Plan, will provide the Carrier with quarterly and annual Manufacturer Payment Reports identifying the following information. This information shall be presented for both the total of all prescription drugs dispensed through the PBM, acting as a mail order pharmacy, and its retail network and in the aggregate for the 25 brand name drugs that represent the greatest cost to the Carrier or such number of brand name drugs that together represent 75 percent of the total cost to the Carrier, whichever is the greater number:

(i) the dollar amount of Total Product Revenue for the reporting period, with respect to the PBM's entire client base. Total Product Revenue is the PBM's net revenue which consists of sales of prescription drugs to clients, either through retail networks or PBM-owned or controlled mail order pharmacies. Net revenue is recognized at the prescription price negotiated with clients and associated administrative fees;

(ii) the dollar amount of total drug expenditures for the Plan;

(iii) the dollar amount of all Manufacturer Payments earned by the PBM for the reporting period;

(iv) the Manufacturer Payments that have been (1) earned but not billed (2) billed and (3) paid to the PBM based on the drugs dispensed to the Plan members during the past year.

(v) the percentage of all Manufacturer Payments earned by the PBM for the reporting period that were Manufacturer Formulary Payments, which are payments the PBM receives from a manufacturer in return for formulary placement and/or access, or payments that are characterized as "formulary" or "base" rebates or payments pursuant to the PBM's agreements with pharmaceutical manufacturers;

(vi) the percentage of all Manufacturer Payments received by the PBM during the reporting period that were Manufacturer Additional Payments, which are all Manufacturer Payments other than Manufacturer Formulary Payments.

(6) The PBM agrees to provide the Carrier, at least annually, with all financial and utilization information requested by the Carrier relating to the provision of benefits to eligible enrollees through the PBM and all financial and utilization information relating to services provided to the Carrier.

(7) OPM reserves the right to review and receive any information and/or documents the Carrier receives from the PBM, including a copy of its contract with the PBM. A PBM providing information to a Carrier under this subsection may mark that information as confidential commercial information. The Carrier, in its contract with the PBM shall effectuate the PBM's consent to the disclosure of this information to OPM. OPM shall handle the information in accordance with 5 CFR Part 294.

(8) The Carrier will require that its PBM contractors:

(i) Provide information to physicians, pharmacists, other health care professionals, consumers, and payers about the factors that affect formulary system decisions, including: cost containment measures; the procedures for obtaining non-formulary drugs; and the importance of formulary compliance to improving quality of care and restraining health care costs;

(ii) Provide consumer education that explains how formulary decisions are made and the roles and responsibilities of the consumer; and

(iii) Disclose the existence of formularies and have copies of the current formulary readily available and publicly accessible.

(9) In accordance with FEHBAR 1652.204-74, FAR 52.215-2 and FEHBAR 1652.246-70, all contracts and other documentation that support amounts charged to the Carrier contract are fully disclosed to and auditable by the OPM Office of Inspector General (OPM OIG). The PBM must provide the OPM OIG upon request all PBM records including, but not limited to:

(i) All PBM contracts with Participating Pharmacies;

(ii) All PBM contracts with Pharmaceutical Manufacturers;

(iii) All PBM contracts with third parties purchasing or using claims data;

(iv) All PBM transmittals in connection with sales of claims data to third parties; and

(v) All PBM Maximum Allowable Cost (MAC) price lists.

(b) <u>Integrity Standard</u>

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

The Carrier will require that its PBM contractors agree to adopt and adhere to a code of ethics promulgated by a national professional association, such as the Code of Ethics of the American Pharmacists Association (dated October 27, 1994), for their employed pharmacists.

(c) <u>Performance Standards</u>
The Carrier will require that its PBM contractors develop and apply a quality assurance program specifying procedures for ensuri*n*g contract quality on the following standards at a minimum and submit reports to the Carrier on their performance. PBMs must meet, at minimum, the member inquiry, telephone customer service, paper claims processing, and other applicable standards set for Carriers at Section 1.9(g)(1), (2), (4) and (5). All other standards discussed below will have specific target goals the PBM is expected to achieve. Carriers may permit PBMs to measure compliance using statistically valid samples for the PBMs book of business. Agreed to standards shall be provided to OPM for its review and comment. If OPM has concerns about a particular standard, the Carrier agrees to present OPM's concerns to the PBM and either revise the standard as requested by OPM or revise the standard to the extent feasible and present to OPM information demonstrating the problems associated with making the requested revisions in full.

(1) <u>Retail Pharmacy Standards</u>

    (i)    Point of Service (POS) system response time. The PBM's network electronic transaction system provides rapid response to network pharmacies.
    (ii)    POS system availability. The PBM's network electronic transaction system generally is available to, and accessible by, network pharmacies.
    (iii)    Licensing – The PBM verifies the appropriate licensing of its network pharmacies.

(2) <u>Mail Service Pharmacy Standards</u>

    (i)    Dispensing accuracy – The PBM dispenses its prescriptions to the correct patient and for the correct drug, drug strength and dosage in accordance with the physician's prescription not less than 99.9 percent of the time.
    (ii)    Turnaround time – The PBM promptly dispenses and ships at least 98 percent on average of all prescriptions not requiring intervention or clarification within 3 business days or meets an equivalent measure approved by OPM.

(3) <u>Prior Approval – if applicable</u> – The PBM promptly reviews and responds to requests for prior approval for specific drugs following receipt of all required information.

(4) <u>Quality of Drug Therapy</u> - The quality assurance program implemented by a Carrier's PBM contractor must include a process to measure the quality of its drug therapy provided to enrollees. Specific areas to be addressed include achievement of quality targets measured by both internal and external metrics; identification and appropriate use of best practices; and application of evidence-based medicine, as appropriate.

(d) <u>Alternative Drug Options</u>

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

The Carrier will require that its PBM contractors, at a minimum, utilize the following protocols for PBM initiated drug interchanges (any change from the original prescription) other than generic substitutions:

(i)     The PBM must treat the prescribing physician, and not itself, as the ultimate decision-maker.  Furthermore, to the extent appropriate under the circumstances, the PBM must allow the patient input into that decision-making process.  At a minimum, the PBM must provide the patient with a written notice in the package sent to the patient that the drug interchange has occurred with the approval of the Prescriber.

(ii)    The PBM will obtain authorization for a drug interchange only with the express, verifiable authorization from the Prescriber as communicated directly by the Prescriber, in writing or verbally, or by a licensed medical professional or other physician's office staff member as authorized by the Prescriber.

(iii)   The PBM must memorialize in appropriate detail all conversations with patients and physicians in connection with drug interchanging requests, including the identity of the contact person at the physician's office and the basis for his or her authority.

(iv)    The PBM will only interchange a patient's drug from a lower priced drug to a higher priced drug to patient or Plan when authorized by the Carrier or the Plan.

(v)     The PBM will permit pharmacists to express their professional judgment to both the PBM and physicians on the impact of drug interchanges and to answer physicians' questions about dosing.  PBMs will not require pharmacists to, and will not penalize pharmacists for refusing to, initiate calls to physicians for drug interchanges that in their professional judgment should not be made.

(vi)    The PBM will offer to disclose, and if requested, will disclose to physicians, the Carrier, and patients (i) the reason(s) why it is suggesting a drug interchange and (ii) how the interchange will affect the PBM, the Plan, and the patients financially.

(e) <u>Patient Safety Standard</u> - The Carrier will require that its PBM contractors establish drug utilization management, formulary process and procedures that have distinct systems for identifying and rectifying consumer safety issues including:

(i)     A system for identifying and communicating drug and consumer safety issues at point-of-service; and

(ii)    A system of drug utilization management tools, such as prospective and concurrent drug utilization management that identifies situations which may compromise the safety of the consumer.

(f) Safety and Accessibility for Consumers - The Carrier will require that its PBM contractors meet the following standards related to pharmacy network management and consumer access to medications.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

   (1) The Carrier will require that its PBM contractor define the scope of its services with respect to:

      (i)      The distribution channels offered (e.g. pharmacy network, mail order pharmacies, or specialty pharmacies);

      (ii)     The types of pharmacy services offered within each distribution channel; and

      (iii)    The geographic area served by each distribution channel.

   (2) The Carrier will require that for each distribution channel provided by its PBM contractor, the PBM contractor:

      (i)      Establishes criteria and measures actual performance in comparison to those criteria: and

      (ii)     Makes improvements where necessary to maintain the pharmacy network and meet contractual requirements.

   (3) The Carrier will require that its PBM contractor establish a quality and safety mechanism for each distribution channel in order to identify and address concerns related to:

      (i)      Quality and safety of drug distribution; and

      (ii)     Quality of service

   (g) <u>Contract Terms</u> - The contract between the PBM and the Carrier must not exceed 3 years without re-competition unless the Contracting Officer approves an exception. The Carrier's PBM contract must allow for termination based on a material breach of any terms and conditions stated in the Carrier's PBM contract. The Carrier must provide sufficient written notice of the material breach to the PBM and the PBM must be given adequate time to respond and cure the material breach.

SECTION 1.29
HEALTH INFORMATION TECHNOLOGY PRIVACY AND SECURITY (JAN 2019)

   (a) Any Carrier subcontractor, large provider, or vendor that administers a personal health record or quality and cost or price transparency software applications for Members that collect, create, receive, store or transmit individually identifiable protected health information of Members that does not qualify as a covered entity or business associate under the Health Insurance Portability and Accountability Act of 1996 (HIPAA) or regulations will be required by the Carrier to, at a minimum, comply with equivalent privacy and security policies as are required of a "covered entity" under the HIPAA Privacy and Security regulations.

   (b) The Carrier will provide for consumer transparency including, but not limited to, the posting of the subcontractor's, large provider's, vendor's or other entity's notice of privacy practices prominently at the point where the Member enters the subcontractor's, large provider's, vendor's or other entity's website or web portal.

   (c) Notices of privacy practices disclosures must describe the uses of individually identifiable protected health information and any potential disclosure to other entities as described in the HIPAA Privacy Rule.

   (d) The Carrier must allow the Contracting Officer or an authorized representative of the Contracting Officer to independently perform credentialed vulnerability scans and configuration compliance audits (using administrator accounts) against the Carrier's information systems and

environments described in this subsection to determine whether the Carrier has controls in place to ensure its information systems are securely configured and patches are timely applied and up to date based on the level of risk in the environment.

(1) NIST SP 800-53 (or its current equivalent) may be used as a benchmark for conducting audits of Carrier information systems. The Contracting Officer or an authorized representative of the Contracting Officer may recommend that the Carrier adopt a best practice drawn from NIST SP 800-53 (or its current equivalent) to the following Carrier information systems:

(i) Information systems that directly process FEHBP data for contract purposes; and
(ii) All other information systems operating in the same general information technology control environment (i.e. any resources in the same physical or logical environment) as the information systems in subparagraph (i) above.

(2) In a written response to such a recommendation, the Carrier shall do one of the following:

(i) Agree to adopt the recommendation,
(ii) Explain that it is already in compliance with the recommendation, or
(iii) Explain why maintaining its current practice is compliant with Section 1.22, captioned Administrative Simplification -- HIPAA and is equally, if not more, appropriate for its business purposes than the recommended best practice from (1) above.

(3) Upon request of the Contracting Officer or an authorized representative of the Contracting Officer, the Carrier agrees to demonstrate to the requestor its compliance with either a recommended best practice from (1) or an alternative current practice from subparagraph (2)(iii) that the Carrier has adopted. Evidence submitted pursuant to (2) that the Carrier and Contracting Officer agree is extremely sensitive may, at the Carrier's request and the Contracting Officer's concurrence, be reviewed on the Carrier's premises.

(4) If the Carrier agrees to adopt a best practice recommendation made pursuant to (1) above, the Contracting Officer will allow reasonable time for the Carrier to implement the best practice before making any request under (3) above.

SECTION 1.30
[RESERVED]

SECTION 1.31
DEFINITION AND SCOPE OF INFORMATION SECURITY (JAN 2012)

(a) As indicated in FAR Subpart 2.1, information security means protecting OPM information and information systems from unauthorized access, use, disclosure, disruption, modification, or destruction in order to provide —

1. Integrity, which means guarding against improper information modification or destruction, and includes ensuring information nonrepudiation and authenticity; or destruction.

2. Confidentiality, which means preserving authorized restrictions on access and disclosure, including means for protecting personal privacy and proprietary information; and

3. Availability, which means ensuring timely and reliable access to, and use of, information.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(b) This Contract grants the Carrier access to OPM's Letter of Credit (LOC) System. The Carrier recognizes its responsibility to help maintain the information security of OPM's LOC System. Section 1.31 through 1.35 inclusive and Section 5.67 and 5.68 pertain exclusively to such limited access to OPM's LOC System.

## SECTION 1.32
## CARRIER PERSONNEL ACCESS DETERMINATION REQUIREMENTS (JAN 2012)

(a) Carrier personnel who receive a user identification and password to access OPM's LOC System shall comply with the U.S. Office of Management and Budget (OMB) Memorandum M-05-24, referenced in paragraph (a) of FAR 52.204-9, Personal Identity Verification of Contractor Personnel, which is available on-line at http://www.whitehouse.gov/omb/memoranda/fy2005/m05-24.pdf.

(b) ) Homeland Security Presidential Directive (HSPD) 12 requires the Government to institute standards for secure and reliable identification of employees and contractors accessing Federal facilities. OPM has determined that a National Agency Check with Written Inquiries (NACI) is required for Carrier employees with access to OPM's LOC System. The Carrier must obtain these access determinations for its employees with access to OPM's LOC System using the e-QIP system. The NACI will be requested on a Standard Form (SF) 85, "Questionnaire for Non-Sensitive Positions." OPM will not allow Carrier employees who have not completed the NACI process in any of its facilities, pursuant to applicable security policies.

(c) Carriers must meet facility and access clearance requirements.

(d) Carriers are responsible for the security, integrity and appropriate authorized use of their systems interfacing with OPM's LOC System. OPM, through its Contracting Officer, may require the use or modification of security and/or secure communications technologies related to Government systems access and use.

(e) OPM, at its discretion, may suspend or terminate the Carrier's access to and/or use of OPM's LOC System when a security or other electronic access, use or misuse issue gives cause for such action. The suspension or termination may last until such time as the Government determines that the situation has been corrected or no longer exists.

## SECTION 1.33
## INFORMATION TECHNOLOGY SYSTEMS SECURITY (JULY 2011)

Carriers must comply with OPM IT Security and Privacy, NIST and OMB requirements for system users. System users are Carrier employees with a user identification and password to access OPM's LOCS. Based upon the Federal Information Processing Standards Publication 199 (FIPS PUB 199), the Government has determined that a minimum level, applies to the sensitivity of the data contained in OPM's LOC System and a minimum level, applies to the operational criticality of the data processing capabilities of OPM's LOC System. (Note: FIPS PUB 199 is accessible on line at: http://csrc.nist.gov/publications/fips/fips199/FIPS-PUB-199-final.pdf.)

In order to access the OPM LOC System, the Carriers must demonstrate that they comply with the end-user security requirements in the Federal Information Security Management Act of 2002 (FISMA, Public Law 107-347, 44 U.S.C. 3531-3536); Office of Management and Budget (OMB) Circular A-130, Appendix III, "Security of Federal Automated Information

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

Systems" and an acknowledgement of their understanding of the security requirements in the contract. (Note:  OMB Circular A-130, Appendix III is accessible on line at: http://www.whitehouse.gov/omb/circulars/a130/appendix_iii.pdf.)

SECTION 1.34
CARRIER ACCESS TO OPM IT SYSTEMS (JAN 2011)

Each Carrier employee is required to utilize individual identification and authorization to access the OPM LOC System.  Using shared accounts to access the OPM LOC System is strictly prohibited. OPM will disable accounts and access to the OPM LOC System will be revoked and denied if Carriers share accounts.  Users of the OPM LOC System will be subject to periodic auditing to ensure compliance to OPM Security and Privacy Policy.  In addition, Carriers are required to comply with the following NIST 800-53 security controls to include at a minimum: Access Control (AC) - Controls falling under the AC category ensure that proper restrictions are in place to limit access to authorized users with a need to know.

The Carrier must:

(1) Provide to the OPM Letter of Credit (LOC) System Security Officer listed in OPM's "Letter of Credit Drawdown System User Manual For Experience Rated Carriers" - Contacts for Questions and Problem Resolution, an initial and complete list of employees' names that require access to OPM's LOC System;

(2) By the fifth day of each month thereafter, send a staffing change report to the Contracting Officer's Representative, contract administrator and LOC Security Officer. The report must contain the listing of all staff members with an LOC System user identification and password who left employment or were hired under this contract in the past 60 days. This form must be submitted even if no separation has occurred during this period. Failure to submit a 'Contractor Staffing Change Report' each month will result in the suspensions of all user IDs associated with this contract; and

(3) Anyone who accesses the OPM LOC System must complete OPM's IT Security and Privacy Awareness Training (ITPSA) annually and upon the initial access. This requirement applies to all Carriers.

SECTION 1.35
PROCEDURES FOR REPORTING A LETTER OF CREDIT SYSTEM SECURITY BREACH (JAN 2013)

(a) A breach of data, system access, etc. includes loss of control, compromise, unauthorized disclosure, unauthorized acquisition, or unauthorized access of information whether physical or electronic.  As an agency, OPM is required to immediately report all potential security and data breaches -- whether they involve paper documents or electronic information.  In order to meet this responsibility, OPM has established a new internal procedure for reporting the loss or possible compromise of any data, and this clause conforms to that procedure.

(b) OPM Carriers must report any breach or potential breach to the OPM Situation Room and the Contracting Officer within 30 minutes of becoming aware of the risk – regardless of the time or day of the week.  Breaches should be reported, even if it is believed the breach is limited, small, or insignificant. OPM's IT security experts, who will determine when a breach

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

needs additional focus and attention. The OPM Situation Room is available 24 hours per day, 365 days per year. Report the breach to the OPM Situation Room and the Contracting Officer either by phone or by e-mail; however, be sure NOT to include PII in the e-mail.

(1) OPM Carriers must report a breach or potential security breach to the OPM Situation Room at: sitroom@opm.gov, (202) 418-0111, Fax (202) 606-0624.

(2) When notifying the Situation Room, please copy the Contracting Officer.

(3) To get help with WinZip, please contact the OPM Help Desk at: helpdesk@opm.gov, (202) 606-4927, TTY (202) 606-1295.

(4) If you have questions regarding these procedures, contact the Contracting Officer.

SECTION 1.36
FEDERAL FLEXIBLE SPENDING ACCOUNT PROGRAM (FSAFEDS) PAPERLESS REIMBURSEMENT (JAN 2013)

(a) If the Carrier participates in the FSAFEDS paperless reimbursement process, the Carrier must notify OPM following the discovery of a triggering event, as defined herein. Unless OPM and the Carrier mutually agree upon a different triggering event, the triggering event for notice shall be when the paid or denied claims included in a weekly electronic feed to FSAFEDS contain systemic errors attributable to a single claims processing system programming error, including but not limited to, a programming error in setting a co-payment or deductible amount. OPM and the Carrier recognize and agree that medical, dental, or prescription drug claim payment adjustments and voids made in the regular course of business including but not limited to, network pricing changes or restocking unclaimed prescription drugs, are not claims processing system programming errors for purposes of this provision.

(b) The Carrier shall provide notice to OPM as set forth in subsection (a) above within one business day after discovering the triggering event.

(c) The Carrier's notice to OPM shall explain in writing the nature of the triggering event.

(d) After giving such notice, the Carrier shall take the following steps:

(1) Explain in writing, the steps that the Carrier has taken or will take to correct the error within five (5) business days after discovering the triggering event;

(2) Collaborate with FSAFEDS to confirm the number of impacted Enrollees or the number of claims affected by the error;

(3) Assist FSAFEDS when requested to develop an action plan that assists Enrollees to avoid a situation in which Enrollees would forfeit a portion of their annual salary reduction contributed toward FSAFEDS;

(4) Draft in consultation with OPM and FSAFEDS a notice to all affected Enrollees that explains the nature of the error and how the Carrier anticipates solving the problem; and

(5) Timely inform OPM about issues raised by Enrollees that result from recovery efforts and cooperate with OPM's efforts to resolve those issues.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

PART II -  BENEFITS


SECTION 2.1
ENROLLMENT ELIGIBILITY AND EVIDENCE OF ENROLLMENT (JAN 2012)

(a)  Enrollment.
(1)  Each eligible individual who wishes to be enrolled in the plan offered by this Carrier shall, as a prerequisite to such enrollment, complete a Health Benefits Election Form, or use an electronic or telephonic method approved by OPM, within the time and under the conditions specified in 5 CFR Part 890.  The personnel office having cognizance over the Enrollee shall promptly furnish notification of such election to the Carrier.
(2)  A person's eligibility for coverage, effective date of enrollment, the level of benefits (option), the effective date of termination or cancellation of a person's coverage, the date any extension of a person's coverage ceases, and any continuance of benefits beyond a period of enrollment and the date any such continuance ceases, shall all be determined in accordance with regulations or directions of OPM given pursuant to chapter 89, title 5, United States Code.
(b)  The Carrier shall, subject to the approval of the Contracting Officer, define an area from which it will accept enrollments.  The Carrier may limit enrollment to individuals residing or employed inside the approved area.
(c)  The Carrier shall issue evidence of the Enrollee's coverage and furnish to the Enrollee copies of any claim forms as necessary.


SECTION 2.2
BENEFITS PROVIDED (JAN 2016)

(a)  The Carrier shall provide the benefits as described in the agreed upon brochure text found in Appendix A.
(b)  In addition to providing benefits in accordance with (a) above, the Carrier shall be authorized to modify them as follows:
(1)  To permit methods of treatment not expressly provided for, but not prohibited by law, rule or Federal policy, if otherwise contractually appropriate, and if such treatment is medically necessary and is as cost effective as providing benefits to which the Member may otherwise be entitled.
(2)  To pay for or provide a health service or supply in an individual case which does not come within the specific benefit provisions of the contract, if the Carrier determines the benefit is within the intent of the contract, and the Carrier determines that the provision of such benefit is in the best interests of the Federal Employees Health Benefits Program.
(3)  To offer in individual cases, after consultation with and concurrence by the Member and provider(s), a benefit alternative not ordinarily covered under this contract which will result in equally effective medical treatment at no greater benefit cost.  An alternative benefit will be made available for a limited time period and is subject to the Carrier's ongoing review. Members must cooperate with the Carrier's review process.
(c) The decision to offer, deny, or withdraw coverage for a modified benefit provided in accordance with (b) above is solely within the Carrier's discretion (unless the Carrier and Member have entered into an alternative benefits agreement that expressly modifies this authority), and is not subject to OPM review under the disputed claims process.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(d)  In each case when the Carrier provides a non-covered benefit in accordance with the authority of (b) above the Carrier shall document in writing prior to the provision of such benefit the reasons and justification for its determination.  The writing may be in the form of an alternative benefit agreement with the Member.  Such payment or provision of services or supplies while a valid charge under the contract shall not be considered to be a precedent in the disposition of similar cases or extensions in the same case beyond the approved period.

(e)  Except as provided for in (b) above, the Carrier shall provide benefits for services or supplies in accordance with Appendix A.

(f) The Carrier, subject to (g) below, shall determine whether in its judgment a service or supply is medically necessary or payable under this contract.

(g) The Carrier agrees to pay for or provide a health service or supply in an individual case if OPM finds that the Member is entitled thereto under the terms of the contract.

(h)(1) Notwithstanding (b) and (e) above, in accordance with Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794, and 5 C.F.R. § 723.130(d), in the case of a Member who is a qualified individual with a handicap, the Carrier shall pay for or provide a covered health service or supply in the most integrated setting appropriate to the Member's needs, when required by OPM following OPM consultation with the Carrier, pursuant to paragraph 2.2(g), above.

(2)(i) An OPM requirement under (h)(1) is subject to ongoing review by OPM and the Carrier.  Members must cooperate with the review process.  If, in the Carrier's judgment, the conditions for the OPM requirement are no longer satisfied, the Carrier may request that OPM modify or terminate the requirement.  OPM's decision to modify or terminate a requirement shall be subject to judicial review.

(ii) The Carrier agrees that its benefits as described in the brochure found at Appendix A, are reasonably and in good faith expected to result in coverage that satisfies Mental Health Parity and Addiction Equity Act requirements as defined in 45 C.F.R. § 146.136.

(i) In accordance with Section 2706(a) of the Public Health Service Act as added by the Affordable Care Act, the Carrier shall not discriminate, with respect to participation under the plan or coverage, against any health care provider who is acting within the scope of that provider's license or certification under applicable State law. This section shall not require the Carrier to contract with any health care provider willing to abide by the terms and conditions for participation established by the Carrier. Nothing in this section shall be construed as preventing a Carrier from establishing varying reimbursement rates based on quality or performance measures.


SECTION 2.3
PAYMENT OF BENEFITS AND PROVISION OF SERVICES AND SUPPLIES (JAN 2016)

(a)  By enrolling or accepting services under this contract, Members are obligated to all terms, conditions, and provisions of this contract.  The Carrier may request Members to complete reasonable forms or provide information which the Carrier may reasonably request; *provided*, however, that the Carrier shall not require Members to complete any form as a precondition of receiving benefits unless the form has first been approved for use by OPM.  Notwithstanding Section 2.11*, Claims Processing*, forms requiring specific approval do not include claim forms and other forms necessary to receive payment of individual claims.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(b)  When members are required to file claims for covered benefits, benefits shall be paid (with appropriate documentation of payment) within a reasonable time after receipt of reasonable proof covering the occurrence, character, and extent of the event for which the claim is made. The claimant shall furnish satisfactory evidence that all services or supplies for which expenses are claimed are covered services or supplies within the meaning of the contract.

(c)  The procedures and time period for receiving benefits and filing claims shall be as specified in the agreed upon brochure text (*Appendix A*).  However, failure to file a claim within the time required shall not in itself invalidate or reduce any claim where timely filing was prevented by administrative operations of Government or legal incapacitation, provided the claim was submitted as soon as reasonably possible.

(d)  The Carrier may request a Member to submit to one or more medical examinations to determine whether benefits applied for are for services and supplies necessary for the diagnosis or treatment of an illness or injury or covered condition.  The examinations shall be made at the expense of the Carrier.

(e)  As a condition precedent to the provision of benefits hereunder, the Carrier, to the extent reasonable and necessary and consistent with Federal law, shall be entitled to obtain from any person, Tribal Employer, organization or agency, including the Office of Personnel Management, all information and records relating to visits or examination of, or treatment rendered or supplies furnished to, a Member as the Carrier requires in the administration of such benefits.  The Carrier may obtain from any insurance company or other organization or person any information, with respect to any Member, which it has determined is reasonably necessary to:

(1)  identify enrollment in a plan,

(2)  verify eligibility for payment of a claim for health benefits, and

(3)  carry out the provisions of the contract, such as subrogation, recovery of payments made in error, workers' compensation, and coordination of benefits.

(f)  When claim filing is required, benefits are payable to the Enrollee in the Plan or his or her assignees.  However, under the following circumstances different payment arrangements are allowed:

(1)  Reimbursement Payments for the Enrollee.  If benefits become payable to the estate of an Enrollee or an Enrollee is a minor, or an Enrollee is physically or mentally not competent to give a valid release, the Carrier may either pay such benefits directly to a hospital or other provider of services or pay such benefits to any relative by blood or connection by marriage of the Enrollee determined by the Carrier to be equitably entitled thereto.

(2)  Reimbursement Payments for a minor child.  If a child is covered as a family member under the Enrollee's Self Plus One or Self and Family enrollment and is in the custody of a person other than the Enrollee, and if that other person certifies to the Carrier that he or she has custody of and financial responsibility for the child, then the Carrier may issue an identification card for the child(ren) to that person and may reimburse that person for any covered medical service or supply.

(3)  Reimbursement Payments to family members covered under the Enrollee's Self Plus One or Self and Family enrollment.  If a covered child is legally responsible, or if a covered spouse is legally separated, and if the covered person does not reside with the Enrollee and certifies such Conditions to the Carrier, then the Carrier may issue an identification card to the person and may reimburse that person for any covered medical service or supply.

(4)  Compliance with the HIPAA Privacy Rule.  The Carrier may pay benefits to a covered person other than the Enrollee when in the exercise of its discretion the Carrier decides

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

that such action is necessary to comply with the HIPAA Privacy Rule, 45 C.F.R. §164.500 et seq.

(5)  Any payments made in good faith in accordance with paragraphs (f)(1) through (f)(4) shall fully discharge the Carrier to the extent of such payment.

(g)  *Erroneous Payments*.  It is the Carrier's responsibility to proactively identify overpayments through comprehensive, statistically valid reviews and a robust internal control program. If the Carrier determines that a Member's claim has been paid in error for any reason (except in the case of fraud or abuse), the Carrier shall make a prompt and diligent effort to recover the erroneous payment to the member from the member or, if to the provider, from the provider.  The recovery of any overpayment must be treated as an erroneous benefit payment, overpayment, or duplicate payment under 48 C.F.R. §1631.201-70(h) regardless of any time period limitations in the written agreement with the provider. The Carrier shall follow general business practices and procedures in collecting debts owed under the Federal Employees Health Benefits Program.  Prompt and diligent effort to recover erroneous payments means that upon discovering an erroneous payment exists, the Carrier shall--

(1)  Send a written notice of erroneous payment to the member or provider that provides: (A) an explanation of when and how the erroneous payment occurred, (B) when applicable, cite the appropriate contractual benefit provision, (C) the exact identifying information (i.e., dollar amount paid erroneously, date paid, check number, date of service and provider name), (D) a request for payment of the debt in full, and (E) an explanation of what may occur should the debt not be paid, including possible offset of future benefits. The notice may also offer an installment option. In addition, the Carrier shall provide the debtor with an opportunity to dispute the existence and amount of the debt before proceeding with collection activities;

(2)  After confirming that the debt does exist and in the appropriate amount, send follow-up notices to the member or the provider at 30, 60 and 90 day intervals, if the debt remains unpaid and undisputed;

(3)(i) The Carrier may off-set future Benefits payable to the Member or to a provider on behalf of the Member to satisfy a debt due under the FEHBP if the debt remains unpaid and undisputed for 120 days after the first notice.

(ii) Notwithstanding section 2.3(g)(3)(i), a Carrier may set up benefit off-sets to a provider less than 120 days after the first notice as long as the Carrier electing this option continues to comply with any remaining applicable steps enumerated in this subsection 2.3(g) as part of the Carrier's effort to recover erroneous benefit payments.

(4)  After applying the first three steps, refer cases when it is cost effective to do so to a collection attorney or a collection agency if the debt is not recovered; provided, however, that the Carrier may not commence an overpayment recovery lawsuit later than December 31 of the third year after the year in which the overpayment was discovered by the Carrier (except in cases where the False Claims Act, 31 U.S.C § 3729, or another federal limitations period applies);

(5)  Make a prompt and diligent effort to recover erroneous payments until the debt is paid in full or determined to be uncollectible by the Carrier because it is no longer cost effective to pursue further collection efforts or it would be against equity and good conscience to continue collection efforts;

(6) Additional prompt and diligent effort is required for significant claim overpayments that exceed $10,000 per each claim. Examples of such efforts include copies of dated notices,

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

offset attempt(s) made, certified letter communication(s), and third party collection efforts to the extent required under (g)(4) above. The Carrier should maintain and provide to OPM upon request, documentation of those efforts.

(7) Suspend recovery efforts for a debt which is based upon a retroactive disenrollment that has been appealed under 5 C.F.R. § 890.104 or a claim that has been appealed as a disputed claim under Section 2.8, until the appeal has been resolved;

(8)(i) The Carrier may charge the contract for benefit payments made erroneously but in good faith provided that it can document that it made a prompt and diligent effort to recover erroneous payments as described above.

(ii) Notwithstanding (g)(8)(i), the Carrier may not charge the contract for the administrative costs to correct erroneous benefit payments (or to correct processes or procedures that caused erroneous benefit payments) when the errors are egregious or repeated. These costs are deemed to be unreasonable and unallowable under section 3.2(b)(2)(ii).

(9) Maintain records that document individual unrecovered erroneous payment collection activities for audit or future reference.

(10) If OPM determines that a Member's claim has been paid in error for any reason (except fraud and abuse), the Carrier shall make a prompt and diligent effort to recover the erroneous payment to the Member, from the Member or, if to the provider, from the provider as specified in (g)(1) through (9)

(11) At the request of OPM, the Carrier shall provide evidence that it has taken the steps enumerated above in this subsection to promptly recover erroneous payments, including but not limited to overpayments related to Medicare overpayments of benefits. OPM will review the Carrier's claims payments and procedures to validate the Carrier's prompt and diligent effort. The Contracting Officer may require the Carrier to establish and submit to the Contracting Officer a written corrective action plan.

(12) In compliance with the provisions of the Contract Disputes Act, the Carrier shall return to the Program an amount equal to the uncollected erroneous payment where the Contracting Officer determines that (a) the Carrier's failure to appropriately apply its operating procedure caused the erroneous payment and (b) that the Carrier failed to make a prompt and diligent effort to recover an erroneous payment.

(h) Erroneous payment recoveries may be reduced by any legal or collection agency fees expended to obtain the recoveries and which are not otherwise payable under this experience-rated contract. The amount credited to the contract shall be the net amount remaining after deducting the related legal or collection agency fees.

(i) All health benefit refunds and recoveries, including erroneous payment recoveries, must be deposited into the working capital or investment account within 30 days and returned to or accounted for in the FEHBP letter of credit account within 60 days after receipt by the Carrier.

(j) Notwithstanding subsection (f), the Carrier reserves the right to pay the Member directly for all covered services described in the agreed upon brochure text attached as Appendix A.

SECTION 2.4
TERMINATION OF COVERAGE AND CONVERSION PRIVILEGES (JAN 2017)

(a) A Member's coverage is terminated as specified in regulations issued by the OPM. Benefits after termination of coverage are as specified in the regulations.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(b)  A Member is entitled to a temporary continuation of coverage under the conditions and to the extent specified in the regulations or an extension of coverage under the conditions and to the extent specified below.

(c)  A Member whose coverage hereunder has terminated is entitled, upon application within the times and under the conditions specified in regulations, to obtain assistance from the Carrier for enrollment in a guaranteed issue non-group contract available in the Carrier's service area.  In the event this 31-day temporary extension period provides insufficient opportunity for the Member to obtain non-group coverage with an effective date commencing before or immediately upon termination of group coverage, the Carrier may, on a case-by-case basis, provide an additional 29 days extension of coverage (not to exceed a total of 60 days) as appropriate to avoid an interruption in coverage.  The Member must explain in writing the circumstances for seeking additional extension, and the Carrier must notify the Contracting Officer of any extension granted, or obtain prior approval of any request for an extension that the Carrier intends to deny.

(d)  Costs associated with the additional extension of coverage not to exceed 60 days are allowable costs under the contract.  Costs associated with writing or providing benefits under conversion contracts shall not be an allowable cost of this contract.

SECTION 2.5
SUBROGATION AND REIMBURSEMENT (JAN 2016)

(a)  The Carrier must condition the extension of benefits and benefit payments to covered individuals on its rights to subrogation and reimbursement under 5 CFR 890.106.

(b) The Carrier shall subrogate and pursue reimbursement of FEHB claims according to the following rules:

(1)  The Carrier shall subrogate and/or pursue reimbursement of FEHB claims if it is doing business in a State in which subrogation and /or reimbursement is permitted, and in which the Carrier subrogates and/or pursues reimbursement of claims for non-FEHB members;

(2)  The Carrier shall subrogate and /or pursue reimbursement of FEHB claims if it is doing business in a State in which subrogation and/or reimbursement is prohibited, but in which the Carrier subrogates and /or pursues reimbursement of claims for at least one non-FEHB plan;

(3)  The Carrier may choose not to subrogate and /or pursue reimbursement of FEHB claims if it is doing business in a State that prohibits subrogation and/or reimbursement, and in which the Carrier does not subrogate and/or pursue reimbursement of claims for any non-FEHB plan;

(4)  For carriers doing business in more than one State, the Carrier shall apply the rules in (1) through (3) of this subsection according to the rule applicable to the State in which the subrogation or reimbursement would take place.

(c) The Carrier may recover directly from any party that may be liable, or from the covered individual, or from any applicable insurance policy, or a workers' compensation program or insurance policy, all amounts available to or received by or on behalf of the covered individual by judgment, settlement, or other recovery, to the extent of the amount of benefits that have been paid or provided by the carrier. The Carrier has the right to file suit in Federal court in order to enforce its rights to subrogation and reimbursement.

(d) The Carrier's subrogation and /or reimbursement policies for payments with respect to benefits shall be explained in the plan brochure.

(e) Subrogation recoveries and reimbursements may be reduced by any legal or

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

subrogation/reimbursement vendor fees expended to obtain the recoveries and which are not otherwise payable under this contract. The amount credited to the contract shall be the net amount remaining after deducting the related legal or subrogation/reimbursement vendor fees.


SECTION 2.6
COORDINATION OF BENEFITS (JAN 2015) (FEHBAR 1652.204-71)

(a)  The Carrier shall coordinate the payment of benefits under this contract with the payment of benefits under Medicare, other group health benefits coverages, and the payment of medical and hospital costs under no-fault or other automobile insurance that pays benefits without regard to fault.

(b)  The Carrier shall not pay benefits under this contract until it has determined whether it is the primary Carrier or unless permitted to do so by the Contracting Officer.

(c)  In coordinating benefits between plans, the Carrier shall follow the order of precedence established by the NAIC Group Coordination of Benefits Model Regulation, Rules for Coordination of Benefits, as specified by OPM.

(d)  Where (1) the Carrier makes payments under this contract which are subject to COB provisions; (2) the payments are erroneous, not in accordance with the terms of the contract, or in excess of the limitations applicable under this contract; and (3) the Carrier is unable to recover such COB overpayments from the Member or the providers of services or supplies, the Contracting Officer may allow such amounts to be charged to the contract; the Carrier must be prepared to demonstrate that it has made a diligent effort to recover such COB overpayments.

(e)  COB savings shall be reported by experience-rated Carriers each year along with the Carrier's annual accounting statement in a form specified by OPM.

(f)  Changes in the order of precedence established by the NAIC Group Coordination of Benefits Model Regulation, Rules for Coordination of Benefits, implemented after January 1 of any given year shall be required no earlier than the beginning of the following contract term.

*[NOTE: In the event that benefits are payable to the Member under no-fault automobile insurance, the no-fault automobile insurer shall be the Primary Carrier if it is obligated legally to pay benefits for health care expenses without regard to other health benefits coverage that the Member may have.  The term "no-fault automobile insurance" includes any automobile insurance policy under which the insurer pays benefits for health care expenses resulting from the accident without regard to whether the insured's conduct contributed to the accident.]*


SECTION 2.7
DEBARMENT AND OTHER SANCTIONS (JAN 1999)

(a)  Notwithstanding 5 U.S.C. 8902(j) or any other provision of the law and regulations, if, under 5 U.S.C. 8902a, 5 CFR 970, or Public Law 103-123 (or other applicable appropriations law), a provider is barred from participating in the Program under 5 U.S.C. or the provider's services under 5 U.S.C. are excluded, the Carrier agrees that no payment shall be made by the Carrier pursuant to any contract under 5 U.S.C. (either to such provider or by reimbursement) for any service or supply furnished by such provider during the period of the debarment, except as provided in 5 CFR 970.200(b).

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(b)  The OPM shall notify the Carrier when a provider is barred from the FEHBP.

SECTION 2.8
FILING HEALTH BENEFIT CLAIMS/ COURT REVIEW OF DISPUTED CLAIMS (MAR 1995) (FEHBAR 1652.204-72)

(a) General.  (1) The Carrier resolves claims filed under the Plan.  All health benefit claims must be submitted initially to the Carrier.  If the Carrier denies a claim (or a portion of a claim), the covered individual may ask the Carrier to reconsider its denial.  If the Carrier affirms its denial or fails to respond as required by paragraph (b) of this clause, the covered individual may ask OPM to review the claim.  A covered individual must exhaust both the Carrier and OPM review processes specified in this clause before seeking judicial review of the denied claim.

(2)  This clause applies to covered individuals and to other individuals or entities who are acting on the behalf of a covered individual and who have the covered individual's specific written consent to pursue payment of the disputed claim.

(b) Time limits for reconsidering a claim. (1) The covered individual has 6 months from the date of the notice to the covered individual that a claim (or a portion of a claim) was denied by the Carrier in which to submit a written request for reconsideration to the Carrier.  The time limit for requesting reconsideration may be extended when the covered individual shows that he or she was prevented by circumstances beyond his or her control from making the request within the time limit.

(2) The Carrier has 30 days after the date of receipt of a timely-filed request for reconsideration to:

(i)  Affirm the denial in writing to the covered individual;

(ii)  Pay the bill or provide the service; or

(iii) Request from the covered individual or provider additional information needed to make a decision on the claim.  The Carrier must simultaneously notify the covered individual of the information requested if it requests additional information from a provider.  The Carrier has 30 days after the date the information is received to affirm the denial in writing to the covered individual or pay the bill or provide the service.  The Carrier must make its decision based on the evidence it has if the covered individual or provider does not respond within 60 days after the date of the Carrier's notice requesting additional information.  The Carrier must then send written notice to the covered individual of its decision on the claim.  The covered individual may request OPM review as provided in paragraph (b)(3) of this clause if the Carrier fails to act within the time limit set forth in this paragraph.

(3) The covered individual may write to OPM and request that OPM review the Carrier's decision if the Carrier either affirms its denial of a claim or fails to respond to a covered individual's written request for reconsideration within the time limit set forth in paragraph (b)(2) of this clause.  The covered individual must submit the request for OPM review within the time limit specified in paragraph (e)(1) of this clause.

(4) The Carrier may extend the time limit for a covered individual's submission of additional information to the Carrier when the covered individual shows he or she was not notified of the time limit or was prevented by circumstances beyond his or her control from submitting the additional information.

(c) Information required to process requests for reconsideration.  (1) The covered individual must put the request to the Carrier to reconsider a claim in writing and give the

ER-HMO 2019

reasons, in terms of applicable brochure provisions, that the denied claim should have been approved.

(2) If the Carrier needs additional information from the covered individual to make a decision, it must:

(i) Specifically identify the information needed;

(ii) State the reason the information is required to make a decision on the claim;

(iii) Specify the time limit (60 days after the date of the Carrier's request) for submitting the information; and

(iv) State the consequences of failure to respond within the time limit specified, as set out in paragraph (b)(2) of this section.

(d) Carrier determinations. The Carrier must provide written notice to the covered individual of its determination. If the Carrier affirms the initial denial, the notice must inform the covered individual of:

(1) The specific and detailed reasons for the denial;

(2) The covered individual's right to request a review by OPM; and

(3) The requirement that requests for OPM review must be received within 90 days after the date of the Carrier's denial notice and include a copy of the denial notice as well as documents to support the covered individual's position.

(e) OPM review. (1) If the covered individual seeks further review of the denied claim, the covered individual must make a request to OPM to review the Carrier's decision. Such a request to OPM must be made:

(i) Within 90 days after the date of the Carrier's notice to the covered individual that the denial was affirmed; or

(ii) If the Carrier fails to respond to the covered individual as provided in paragraph (b)(2) of this clause, within 120 days after the date of the covered individual's timely request for reconsideration by the Carrier; or

(iii) Within 120 days after the date the Carrier requests additional information from the covered individual, or the date the covered individual is notified that the Carrier is requesting additional information from a provider. OPM may extend the time limit for a covered individual's request for OPM review when the covered individual shows he or she was not notified of the time limit or was prevented by circumstances beyond his or her control from submitting the request for OPM review within the time limit.

(2) In reviewing a claim denied by the Carrier, OPM may

(i) Request that the covered individual submit additional information;

(ii) Obtain an advisory opinion from an independent physician;

(iii) Obtain any other information as may in its judgment be required to make a determination; or

(iv) Make its decision based solely on the information the covered individual provided with his or her request for review.

(3) When OPM requests information from the Carrier, the Carrier must release the information within 30 days after the date of OPM's written request unless a different time limit is specified by OPM in its request.

(4) Within 90 days after receipt of the request for review, OPM will either:

(i) Give a written notice of its decision to the covered individual and the Carrier; or

(ii) Notify the individual of the status of the review. If OPM does not receive requested evidence within 15 days after expiration of the applicable time limit in paragraph (e)(3) of this

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

clause, OPM may make its decision based solely on information available to it at that time and give a written notice of its decision to the covered individual and to the Carrier.

(f) OPM, upon its own motion, may reopen its review if it receives evidence that was unavailable at the time of its original decision.

(g) Court review. (1) A suit to compel enrollment under § 890.102 of Title 5, Code of Federal Regulations, must be brought against the employing office that made the enrollment decision.

(2) A suit to review the legality of OPM's regulations under this part must be brought against the Office of Personnel Management.

(3) Federal Employees Health Benefits (FEHB) Carriers resolve FEHB claims under authority of Federal statute (chapter 89, title 5, United States Code). A covered individual may seek judicial review of OPM's final action on the denial of a health benefits claim. A legal action to review final action by OPM involving such denial of health benefits must be brought against OPM and not against the Carrier or the Carrier's subcontractors. The recovery in such a suit shall be limited to a court order directing OPM to require the Carrier to pay the amount of benefits in dispute.

(4) An action under paragraph (3) of this clause to recover on a claim for health benefits:

(i) May not be brought prior to exhaustion of the administrative remedies provided in paragraphs (a) through (f) of this clause;

(ii) May not be brought later than December 31 of the 3rd year after the year in which the care or service was provided; and

(iii) Will be limited to the record that was before OPM when it rendered its decision affirming the Carrier's denial of benefits.

SECTION 2.9
PROTECTION OF MEMBERS AGAINST PROVIDER CLAIMS (JAN 1996)

(a) The Carrier shall provide the Contracting Officer with evidence that its contracts with providers (hospitals and physicians) contain a provision that, in the event of Carrier insolvency, or inability to pay expenses for any reason, the providers shall not look to Members for payment. The Carrier agrees that over 90 percent of the total benefit cost under this contract will be provided under such contracts with providers; or

(b) In lieu of subsection (a) above, the Contracting Officer may accept such other combinations of coverage which provide protection of Members against provider claims as defined in the NAIC (National Association of Insurance Commissioners) Model HMO Act, as amended; or

(c) The Carrier shall provide the Contracting Officer with documentation that it has such other appropriate combinations of coverage which would provide protection of Members against provider claims in the event of Carrier insolvency, or inability to pay expenses for any reason.

(d) The Carrier shall notify the Contracting Officer as soon as it is aware that it will not be able to satisfy the requirements stated in subsections (a), (b), or (c) above.

SECTION 2.10
INDEPENDENT LABORATORIES (JAN 1996)

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

In order to assure a minimum standard of quality for laboratory services, the Carrier agrees that it will not use independent laboratories which do not comply with Medicare or similar standards.

SECTION 2.11
CLAIMS PROCESSING (JAN 2011)

A standardized claims filing process shall be used by all FEHB Carriers.  The Carrier shall apply procedures for using the standard claims process.  At a minimum the Carrier's program must achieve the following objectives:

(1) The majority of provider claims should be submitted electronically;

(2) All providers shall be notified that future claims must be submitted electronically, or on the Centers for Medicare and Medicaid Services 1500 form or the UB-04 form;

(3) The Carrier shall not use any unique provider claim form(s) for such FEHB member claims;

(4) The Carrier should reject all such claims submitted on forms other than the CMS 1500 form or the UB-04 form and shall explain the reason on the Explanation of Benefits form; and

(5)  The Carrier shall advise OPM of its progress in implementing this policy as directed by the Contracting Officer.

SECTION 2.12
CALCULATION OF COST SHARING PROVISIONS (JAN 1996)

When the Member is required to pay a specified percentage of the cost of covered services, the Member's obligation for covered services shall be based on the amount the provider has agreed to accept as full payment, including future discounts that are known and that can be accurately calculated at the time the claim is processed.  This includes for example, prompt pay discounts as well as other discounts granted for various business reasons. Any discount not determined at the time of the actual adjudication shall be placed in the Special Reserve upon its determination.

SECTION 2.13
BENEFITS PAYMENTS WHEN MEDICARE IS PRIMARY (JAN 2007)

When a Member who is covered by Medicare Part A, Part B, or Parts A and B on a fee-for- service basis (a) receives services that generally are eligible for coverage by Medicare (regardless of whether or not benefits are paid by Medicare) and are covered by the Carrier, and (b) Medicare is the primary payer and the Carrier is the secondary payer for the Member under the order of benefit determination rules stated in Appendix A and Appendix D of this contract, then the Carrier shall limit its payment to an amount that supplements the benefits payable by Medicare (regardless of whether or not Medicare benefits are paid). When emergency services have been provided by a Medicare nonparticipating institutional provider and the provider is not reimbursed by Medicare, the Carrier shall pay its primary benefits.  Payments that supplement Medicare include amounts necessary to reimburse the Member for Medicare deductibles, coinsurance, copayments, and the balance between the Medicare approved amount and the Medicare limiting charge made by non-participating providers.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

Carriers may use the Department of Veterans Affairs (VA) Medicare-equivalent remittance advice (MRA) when the form is submitted to determine the Plan's benefits payment for covered services provided to members who have Medicare as their primary payer, when Medicare does not pay the VA facility.

SECTION 2.14
CONTINUING REQUIREMENTS AFTER TERMINATION OF THE CARRIER (JAN 2004)

(a) The Carrier shall fulfill all of the requirements agreed to under the contract that continue after termination. The order of precedence for the applicable laws, regulations, and the contract are listed in Section 1.3.

(b) Contract requirements extend beyond the date of the Carrier's termination until the effective date of the new enrollment including processing and paying claims incurred prior to the effective date of the new enrollment.

(c) When the prior Carrier is discontinued in whole or in part, the gaining Carrier assumes full coverage on the effective date of the new enrollment.

SECTION 2.15
LARGE PROVIDER AGREEMENTS (OCT 2005) (FEHBAR 1652.204-74)

(a) Notification and Information Requirements. (1) The experience-rated Carrier must provide notice to the Contracting Officer of its intent to enter into or to make a significant modification of a Large Provider Agreement:

(i) Not less than 60 days before entering into any Large Provider Agreement; and

(ii) Not less than 60 days before exercising a renewal or other option, or significant modification to a Large Provider Agreement, when such action would result in total costs to the FEHB Program of an additional 20 percent or more above the existing contract. However, if a Carrier is exercising a simple renewal or other option contemplated by a Large Provider Agreement that OPM previously reviewed, and there are no significant changes, then a statement to the effect that the renewal or other option is being exercised along with the dollar amount is sufficient notice.

(2) The Carrier's notification to the Contracting Officer must be in writing and must, at a minimum:

(i) Describe the supplies and/or services the proposed provider agreement will require;

(ii) Identify the proposed basis for reimbursement;

(iii) Identify the proposed provider agreement, explain why the Carrier selected the proposed provider, and what contracting method it used, where applicable, including the kind of competition obtained;

(iv) Describe the methodology the Carrier used to compute the provider's profit; and,

(v) Describe provider risk provisions.

(3) The Contracting Officer may request from the Carrier any additional information on a proposed provider agreement and its terms and conditions prior to a provider award and during the performance of the agreement. The Carrier may mark any information it deems confidential commercial information, and OPM will handle information so designated in accordance with relevant procedures set forth at 5 CFR Part 294.

ER-HMO 2019

(4)  Within 30 days of receiving the Carrier's notification, the Contracting Officer will give the Carrier either written comments or written notice that there will be no comments.  If the Contracting Officer comments, the Carrier must respond in writing within 10 calendar days, and explain how it intends to address any concerns.

(5)  When computing the Carrier's service charge, the Contracting Officer will consider how well the Carrier complies with the provisions of this section, including the advance notification requirements, as an aspect of the Carrier's performance factor.

(6)  The Contracting Officer's review of any Large Provider Agreement, option, renewal, or modification will not constitute a determination of the acceptability of the terms and conditions of any provider agreement or of the allowability of any costs under the Carrier's contract, nor will it relieve the Carrier of any responsibility for performing the contract.

(b)  Records and Inspection. The Carrier must insert in all Large Provider Agreements the requirement that the provider will retain and make available to the Government all records relating to the agreement that support the annual statement of operations and enrollee records-- Retain for 6 years after the agreement term ends.

(c)  Audit and Records - Negotiation.   The provisions of FAR 52.215-2, "Audit and Records--Negotiation," when required, or FEHBAR 1652.246-70, "FEHB Inspection" apply to all experience-rated Carriers' Large Provider Agreements.  The Carrier will insert the clauses at FAR 52.215-2, when applicable, or FEHBAR 1652.246-70 in all Large Provider Agreements.  In FAR 52.215-2 the Carrier will substitute

(1) The term "Large Provider" for the term "Contractor" throughout the clause, and

(2) The term "Large Provider Agreement" for the term "Subcontracts" in paragraph (g) of FAR 52.215-2.  The term "Contracting Officer" will mean the FEHB Program Contracting Officer at OPM.  The Carrier will be responsible for ensuring the Large Provider complies with the provisions set forth in the clause.

(d)  Prohibited Agreements.  No provider agreement made under this contract will provide for payment on a cost-plus-a-percentage-of-cost basis.

(e)  The Carrier will insert this clause, 1652.204-74, in all Large Provider Agreements.


SECTION 2.16
COORDINATION OF PRESCRIPTION DRUG BENEFITS WITH MEDICARE (JAN 2015)

(a)  The Carrier shall comply with the Center for Medicare and Medicaid Services' (CMS) Part D Coordination of Benefits Guidance when the mechanisms and systems indicated in this guidance are in place and functioning properly. This guidance provides the requirements and procedures for coordination of benefits between Part D plans and other providers of prescription drug coverage.

(b)  For Medicare Part B covered prescription drugs, the Carrier will coordinate benefits with Medicare except when such prescription drugs are purchased from retail or mail order pharmacies.  The Carrier may pay its benefits on retail pharmacy or mail order drugs eligible for Medicare Part B coverage or may coordinate benefits subject to Contracting Officer approval.

## PART III – PAYMENTS, CHARGES AND ACCOUNTING

SECTION 3.1
PAYMENTS—EXPERIENCE-RATED CONTRACTS (JAN 2003) (FEHBAR 1652.232-71)

(a)  OPM will pay to the Carrier, in full settlement of its obligations under this contract, subject to adjustment for error or fraud, the subscription charges received for the Plan by the Employees Health Benefits Fund (hereinafter called the Fund) less the amounts set aside by OPM for the Contingency Reserve and for the administrative expenses of OPM and amounts for obligations due pursuant to paragraph (b) of this clause, plus any payments made by OPM from the Contingency Reserve.

(b) OPM will notify the Carrier of amounts due for outstanding obligations under the contract.  Not later than 60 days after the date of written notice from OPM, the Carrier shall reimburse OPM.  If payment is not received within the prescribed time frame, OPM shall withhold the amount due from the subscription charges owed the Carrier under paragraph (a) of this clause.

(c)  The specific subscription rates, charges, allowances and limitations applicable to the contract are set forth in Appendix B.

(d)  Recurring payments from premiums shall be made available for Carrier drawdown not later than thirty days after receipt by the Fund.  The Contracting Officer may authorize special non-recurring payments from the Contingency Reserve in accordance with OPM's regulations.

(e) In the event this contract between the Carrier and OPM is terminated or not renewed in accordance with General Provision 1.15, *Renewal and Withdrawal of Approval*, the Contingency Reserve of the Carrier held by OPM shall be available to the Carrier to pay the necessary and proper charges against this contract to the extent that the Carrier reserves are insufficient for that purpose.


SECTION 3.2
ACCOUNTING AND ALLOWABLE COST (JAN 2003) (FEHBAR 1652.216-71)

(a)  <u>Annual Accounting Statements</u>.
(1) The Carrier shall furnish to OPM an accounting of its operations under the contract. In preparing the accounting, the Carrier shall follow the reporting requirements and statement formats prescribed by OPM in the OPM Annual and Fiscal Year Financial Reporting Instructions.

(2) The Carrier shall have its Annual Accounting Statements and that of its underwriter, if any, audited in accordance with the FEHBP Experienced-Rated Carrier and Service Organization Audit Guide (Guide).  The Carrier shall submit the audit report and the Annual Accounting Statements to OPM in accordance with the requirements of the Guide.

(3) Based on the results of either the independent audit prescribed by the Guide or a Government audit, OPM may require the Carrier to adjust its annual accounting statements (i) by amounts found not to constitute actual, allowable, allocable and reasonable costs; or (ii) to reflect prior overpayments or underpayments.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(4) The Carrier shall develop corrective action plans to resolve audit findings identified in audits that were performed in accordance with the Guide. The corrective action plans will be prepared in accordance with and as defined by the Guide.

(b) <u>Definition of costs</u>. (1) The Carrier may charge a cost to the contract for a contract term if the cost is actual, allowable, allocable, and reasonable. In addition, the Carrier must:

(i) on request, document and make available accounting support for the cost to justify that the cost is actual, reasonable and necessary; and

(ii) determine the cost in accordance with: (A) the terms of this contract, and (B) Subpart 31.2 of the Federal Acquisition Regulation (FAR) and Subpart 1631.2 of the Federal Employees Health Benefits Program Acquisition Regulation (FEHBAR) applicable on the first day of the contract period.

(2) In the absence of specific contract terms to the contrary, the Carrier shall classify contract costs in accordance with the following criteria:

(i) <u>Benefits</u>. Benefit costs consist of payments made and liabilities incurred for covered health care services on behalf of FEHBP subscribers less any refunds, rebates, allowances or other credits received.

(ii) <u>Administrative expenses</u>. Administrative expenses consist of all actual, allowable, allocable and reasonable expenses incurred in the adjudication of subscriber benefit claims or incurred in the Carrier's overall operation of the business. Unless otherwise stated in the contract, administrative expenses include, in part: all taxes (excluding premium taxes, as provided in section 1631.205-41), insurance and reinsurance premiums, medical and dental consultants used in the adjudication process, concurrent or managed care review when not billed by a health care provider and other forms of utilization review, the cost of maintaining eligibility files, legal expenses incurred in the litigation of benefit payments and bank charges for letters of credit. Administrative expenses exclude the cost of Carrier personnel, equipment, and facilities directly used in the delivery of health care services, which are benefit costs, and the expense of managing the FEHBP investment program which is a reduction of investment income earned.

(iii) <u>Investment income</u>. While compliance with the checks presented letter of credit methodology will minimize funds on hand, the Carrier shall invest and reinvest all funds on hand, including any in the Special Reserve or any attributable to the reserve for incurred but unpaid claims, which are in excess of the funds needed to discharge promptly the obligations incurred under the contract. Investment income represents the net amount earned by the Carrier after deducting investment expenses. Investment expenses are those actual, allowable, allocable, and reasonable contract costs that are attributable to the investment of funds, such as consultant or management fees.

(iv) <u>Other charges</u>. (A) <u>Mandatory statutory reserve</u>. Charges for mandatory statutory reserves are not allowable unless specifically provided for in the contract. When the term "mandatory statutory reserve" is specifically identified as an allowable contract charge without further definition or explanation, it means a requirement imposed by State law upon the Carrier to set aside a specific amount or rate of funds into a restricted reserve that is accounted for separately from all other reserves and surpluses of the Carrier and which may be used only with the specific approval of the State official designated by law to make such approvals. The amount chargeable to the contract may not exceed an allocable portion of the amount actually set aside. If the statutory reserve is no longer required for the purpose for which it was created, and these funds become available for the general use of the Carrier, the Carrier shall return to the FEHBP a pro rata share based upon FEHBP's contribution to the total Carrier's set aside shall be returned to the FEHBP in accordance with FAR 31.201-5.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(B) Underline{Premium taxes}. (1) When the term "premium taxes" is used in this contract without further definition or explanation, it means a tax, fee, or other monetary payment directly or indirectly imposed on FEHB premiums by any State, the District of Columbia, or the Commonwealth of Puerto Rico or by any political subdivision or other governmental authority of those entities, with the sole exception of a tax on net income or profit, if that tax, fee, or payment is applicable to a broad range of business activity.

(2) For purposes of this paragraph (B), OPM has determined that the term "State" as used in 5 U.S.C. 8909(f) includes, but is not limited to, a territory or possession of the United States.

(c) Underline{Certification of Accounting Statement Accuracy}. (1) The Carrier shall certify the annual and fiscal year accounting statements in the form set forth in paragraph (c)(3) of this clause. The Carrier's chief executive officer and the chief financial officer shall sign the certificate.

(2) The Carrier shall require an authorized agent of its underwriter, if any, also to certify the annual accounting statement.

(3) The certificate required shall be in the following form:

CERTIFICATION OF ACCOUNTING STATEMENT ACCURACY

This is to certify that I have reviewed this accounting statement and to the best of my knowledge and belief:

1. The statement was prepared in conformity with the guidelines issued by the Office of Personnel Management and fairly presents the financial results of this reporting period in conformity with those guidelines.

2. The costs included in the statement are actual, allowable, allocable, and reasonable in accordance with the terms of the contract and with the cost principles of the Federal Employees Health Benefits Acquisition Regulation and the Federal Acquisition Regulation;

3. Income, rebates, allowances, refunds and other credits made or owed in accordance with the terms of the contract and applicable cost principles have been included in the statement;

4. If applicable, the letter of credit account was managed in accordance with 5 CFR part 890, 48 CFR chapter 16, and OPM guidelines.

Carrier Name:
Name of Chief Executive Officer: (Type or Print)
Name of Chief Financial Officer:
Signature of Chief Executive Officer:
Signature of Chief Financial Officer:
Date Signed:
Date Signed:
Underwriter:
Name and Title of Responsible Corporate Official: (Type or Print:)
Signature of Responsible Corporate Official:
Date Signed:
(End of Certificate)

SECTION 3.3
SPECIAL RESERVE (JAN 2003)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(a)  This contract is experience rated.  The Special Reserve represents the cumulative difference between income to the plan (subscription income plus interest on investments [item (b)(2)(iii) in Section 3.2 *Accounting and Allowable Cost*, which also includes income gain or loss]) and plan expenses (benefit costs plus allowable administrative expenses and retentions).  The Special Reserve held by or on behalf of the Carrier is to be used only for payment of charges against this contract.

(b)  If this contract is terminated or not renewed and there is a positive balance remaining in the Special Reserve after all allowable costs chargeable to the contract in accordance with Section 3.2 plus an agreed-upon amount of administrative expenses for contract liquidation have been paid, the balance of any funds held by the Carrier, including current income on its investment, shall be paid to OPM for credit to the Carrier's Contingency Reserve maintained by OPM when the Carrier submits its annual accounting statement for the final contract year.

(c)  The Carrier shall incorporate this clause in all agreements with underwriters of the Carrier's FEHB Plan.

SECTION 3.4
INVESTMENT INCOME (JAN 1998) (FEHBAR 1652.215-71)

(a)  The Carrier shall invest and reinvest all FEHB funds on hand that are in excess of the funds needed to promptly discharge the obligations incurred under this contract.  The Carrier shall seek to maximize investment income with prudent consideration to the safety and liquidity of investments.

(b)  All investment income earned on FEHB funds shall be credited to the Special Reserve on behalf of the FEHBP.

(c)  When the Contracting Officer concludes that the Carrier failed to comply with paragraphs (a) or (b) of this clause, the Carrier shall credit the Special Reserve with investment income that would have been earned, at the rate(s) specified in paragraph (f) of this clause, had it not been for the Carrier's noncompliance.  "Failed to comply with paragraphs (a) or (b)" means:  (1) making any charges against the contract which are not allowable, allocable, or reasonable; or (2) failing to credit any income due the contract and/or failing to place excess funds, including subscription income and payments from OPM not needed to discharge promptly the obligations incurred under the contract, refunds, credits, payments, deposits, investment income earned, uncashed checks, or other amounts owed the Special Reserve, in income producing investments and accounts.

(d)  Investment income lost as a result of unallowable, unallocable, or unreasonable charges against the contract shall be paid from the first day of the contract term following the contract term in which the unallowable charge was made and shall end on the earlier of: (1) the date the amounts are returned to the Special Reserve (or the Office of Personnel Management); (2) the date specified by the Contracting Officer; or (3) the date of the Contracting Officer's Final Decision.

(e)  Investment income lost as a result of failure to credit income due the contract or failure to place excess funds in income producing investments and accounts shall be paid from the date the funds should have been invested or appropriate income was not credited and shall end on the earlier of: (1) the date the amounts are returned to the Special Reserve (or the Office of Personnel Management); (2) the date specified by the Contracting Officer; or (3) the date of the Contracting Officer's Final Decision.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(f) The Carrier shall credit the Special Reserve for income due in accordance with this clause. All lost investment income payable shall bear simple interest at the quarterly rate determined by the Secretary of the Treasury under the authority of 26 U.S.C. 6621(a)(2) applicable to the periods in which the amount becomes due, as provided in paragraphs (d) and (e) of this clause.

(g) The Carrier shall incorporate this clause into agreements with underwriters of the Carrier's FEHB plan and shall substitute "underwriter" or other appropriate reference for the term "Carrier".

## SECTION 3.5
## NON-COMMINGLING OF FUNDS (JAN 1991) (FEHBAR 1652.232-72)

(a) The Carrier and/or its underwriter shall keep all FEHBP funds for this contract (cash and investments) physically separate from funds obtained from other sources. Accounting for such FEHBP funds shall not be based on allocations or other sharing mechanisms and shall agree with the Carrier's accounting records.

(b) In certain instances the physical separation of FEHBP funds may not be practical or desirable. In such cases, the Carrier may request a waiver from this requirement from the Contracting Officer. The waiver shall be requested in advance and the Carrier shall demonstrate that accounting techniques have been established that will clearly measure FEHBP cash and investment income (*i.e.*, subsidiary ledgers). Reconciliations between amounts reported and actual amounts shown in accounting records shall be provided as supporting schedules to the Annual Accounting Statements.

(c) The Carrier shall incorporate this clause in all subcontracts that exceed $25,000 and shall substitute "contractor" or other appropriate reference for "Carrier and/or its underwriter".

## SECTION 3.6
## UNCASHED CHECKS (JAN 1996)

Payment of checks issued pursuant to this contract shall be voided if the checks have been outstanding for two (2) years. The amounts represented by these checks shall be credited to the Special Reserve of this contract no later than the 25th month after issuance. The term "Check" shall include any written instrument issued to pay or reimburse the payment of benefits, or any services, supplies or subcontracts hereunder.

## SECTION 3.7
## SERVICE CHARGE (JAN 1996)

(a) Any service charge negotiated shall be set forth in Appendix B and shall be the total profit that can be charged to the contract. The amount set forth in Appendix B shall encompass all profit (whether entitled service charge, profit, fee, contribution to reserves or surpluses or any other title) that may be included in major subcontracts in accordance with the provisions of FEHBAR 1631.205-80, Major Subcontractor Service Charges.

(b) One-twelfth of the service charge for the contract term accrues on the last day of each month during the contract term. The Carrier shall withdraw the service charge from the Special Reserve when it accrues.

(c) If this contract is renewed by operation of section 1.15(a), the amount of the service charge accrued under (b) shall be "one-twenty-fourth" rather than "one-twelfth." The remainder

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

of the service charge not otherwise accrued during the contract term shall accrue on the last day of the contract term.

SECTION 3.8
CONTRACTOR RECORDS RETENTION (JUL 2005) (FEHBAR 1652.204-70)

Notwithstanding the provisions of Section 5.7 (FAR 52.215-2(f)), *Audit and Records – Negotiation,* the Carrier will retain and make available all records applicable to a contract term that support the annual statement of operations and, for contracts that equal or exceed the threshold at FAR 15.403-4(a)(1), the rate submission for that contract term for a period of six years after the end of the contract term to which the records relate. This includes all records of Large Provider Agreements and subcontracts that equal or exceed the threshold requirements. In addition, individual enrollee and/or patient claim records will be maintained for six years after the end of the contract term to which the claim records relate. This clause is effective prospectively as of the 2005 contract year.

SECTION 3.9
APPROVAL FOR ASSIGNMENT OF CLAIMS (JAN 1991) (FEHBAR 1652.232-73)

(a)  Notwithstanding the provisions of Section 5.35 [FAR 52.232-23] *Assignment of Claims*, the Carrier shall not make any assignment under the Assignment of Claims Act without the prior written approval of the Contracting Officer.

(b)  Unless a different period is specified in the Contracting Officer's written approval, an assignment shall be in force only for a period of one year from the date of the Contracting Officer's approval.  However, assignments may be renewed upon their expiration.

SECTION 3.10
AUDIT, FINANCIAL, AND OTHER INFORMATION (JAN 2001)

The Carrier shall furnish to OPM audit, financial, and other information in the format and within the time frames specified in the Audit Guide for Financial Statement Audits, Reporting on Internal Controls and Compliance with Laws and Regulations, Attestation Reports, Agreed-Upon Procedures, and Reporting on Internal Controls of Third Party Servicing Organizations.  Information and reports shall be furnished in the required number of copies to the addresses specified in by OPM.

SECTION 3.11
SURVEY CHARGES (JAN 2002)

(a) If the Carrier participates in an FEHB annual consumer assessment survey, it shall pay OPM's contractor a pro rata share of the total cost of consolidating and reporting the survey results to OPM. The Carrier shall pay a separate fee for each plan option and /or rating area. The Carrier agrees to pay the contractor's invoice within 30 days of the billing date.  If the Carrier does not remit payment to the contractor within 60 days of the billing date, OPM shall withhold the amount due from the Carrier's subscription charges according to FEHBAR 1652.232-71, *Payments–experience-rated contracts*, and forward payment to the contractor.

(b)  Costs incurred by the Carrier for contracting with a vendor to conduct the survey shall be the Carrier's responsibility and constitute allowable administrative charges.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

SECTION 3.12
FEHB CLEARINGHOUSE (JAN 2012)

(a) The FEHB Clearinghouse will facilitate the reconciliation of enrollments between Carriers and Federal agencies, and between Tribal Employers. The Carrier shall pay a pro rata share based on its proportion of FEHB premiums as determined by OPM for the cost of developing and operating the Clearinghouse.

(b) OPM shall withhold the amount due from the Carrier's subscription charges under the authority of FEHBAR 1652.232-71, Payments--Experience-Rated Contracts, and shall forward payment to the FEHB Clearinghouse.

SECTION 3.13
TAXPAYER IDENTIFICATION NUMBER (JAN 2000) (FEHBAR 1652.204-73)

*(a) Definitions.*
*Common parent,* as used in this provision, means that corporate entity that owns or controls an affiliated group of corporations that files its Federal income tax returns on a consolidated basis, and of which the Carrier is a member.

*Taxpayer Identification Number (TIN),* as used in this provision, means the number required by the Internal Revenue Service (IRS) to be used by the Carrier in reporting income tax and other returns.

(b) The Carrier must submit the information required in paragraphs (d) through (f) of this clause to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the IRS. The Carrier is subject to the payment reporting requirements described in Federal Acquisition Regulation (FAR) 4.904. The Carrier's failure or refusal to furnish the information will result in payment being withheld until the TIN number is provided.

(c) The Government may use the TIN to collect and report on any delinquent amounts arising out of the Carrier's relationship with the Government (31 U.S.C. 7701(c)(3)). The TIN provided hereunder may be matched with IRS records to verify its accuracy.

(d) Taxpayer Identification Number (TIN*).*
    TIN:

(e) Type of organization.
    ☐ Sole proprietorship;
    ☐ Partnership;
    ☐ Corporate entity (not tax-exempt);
    ☐ Corporate entity (tax-exempt);
    ☐ Other _____.
    (f) Common parent.
    ☐ Carrier is not owned or controlled by a common parent as defined in paragraph (a) of this clause.
    ☐ Name and TIN of common parent:
Name_____
TIN_____

SECTION 3.14
REPORTABLE OVERPAYMENTS (JAN 2011)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(a) If the Carrier becomes aware of either a duplicate letter of credit payment or a significant letter of credit overpayment made by OPM, the Carrier shall notify the Contracting Officer within a maximum of ten days and request instructions for disposition of the overpayment. See FAR § 3.1003(a)(3) for penalties applicable to the failure to timely report credible evidence of significant overpayments which shall mean letter of credit payments that are 25 percent or a percentage determined by the Contracting Officer above the total checks presented amount for the day(s) in question and are reoccurring with no corrective action plan in place.

SECTION 3.15
AUDIT RESOLUTION (JAN 2015)

(a) When OIG issues a Draft Report of findings to the Carrier, the Carrier must respond with all available, accurate and relevant documentation to validate or invalidate the findings. This must be done within the timeframe specified in the OIG Draft Report transmittal letter. The Carriers shall promptly begin reconciling findings and not wait until the receipt of the Final Report to address disagreement with any findings previously communicated in the Draft Report.

OPM expects to fully resolve audits within 180 days of issuance of the final report. To enable this, Carriers must expeditiously tender all documentation necessary for resolution of the audit not later than 120 days from the date of the final audit report. This includes overpayment recoveries via check or certification, full documentation of the Carrier's position for findings being contested, evidence supporting due diligence assertions, and support for all other pertinent issues which OPM must consider, as appropriate. Fully supported requests for an extension will be evaluated by the Contracting Officer on a case-by-case basis.

(b) Notwithstanding Section 3.8, *Contractor Records Retention*, the Carrier will retain records related to open audits being conducted by the Office of Inspector General, provided the Carriers were notified of the audit within the records retention timeframes in Section 3.8. Specific records identified in the scope of these open audits will need to be maintained by the Carrier until the audits are resolved by OPM. This clause is effective prospectively as of the 2015 contract year.

SECTION 3.16
REPORTABLE FINDINGS (JAN 2013)

(a) Audit findings (except for claim payment findings) in the scope of an OIG audit are reportable as questioned charges unless the Carrier provides documentation supporting that the findings were already identified and corrected (i.e., administrative expense overcharges and untimely health benefit refunds were already processed and returned to the FEHBP) prior to audit notification.

(b) Claim payment findings (i.e., claim overpayments) in the scope of an OIG audit are reportable as questioned charges unless the Carrier provides documentation supporting that these findings were already identified (i.e., documentation that the plan initiated recovery efforts) prior to audit notification and corrected (i.e., claims were adjusted and/or voided and

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

overpayments were recovered and returned to the FEHBP) by the original due date of the draft report response.

SECTION 3.17
FEHB FAMILY MEMBER VERIFICATION AUDIT (JAN 2015)

OPM may conduct a family member verification audit. If OPM conducts the audit, the Carrier shall pay a pro rata share for conducting the audit based on its proportion of FEHB premiums as determined by OPM. The Carrier's payment hereunder is an allowable cost that can be charged outside the annual allowable expense limitation.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

## PART IV -- SPECIAL PROVISIONS

SECTION 4.1
ALTERATIONS IN CONTRACT (JAN 2003) (FAR 52.252-4)

Portions of this contract are altered as follows:

(____) Section 3.2(b)(2)(ii) of this contract is amended to comply with 5 U.S.C. 8909(f) as follows:

(1) No tax, fee, or other monetary payment may be imposed, directly or indirectly, on a Carrier or an underwriting or plan administration subcontractor of an approved health benefits plan by any State, the District of Columbia, or the Commonwealth of Puerto Rico, or by any political subdivision or other governmental authority thereof, with respect to any payment made from the Fund.

(2) Paragraph (1) shall not be construed to exempt any Carrier or subcontractor of an approved health benefits plan from the imposition, payment, or collection of a tax, fee, or other monetary payment on the net income or profit accruing to or realized by such Carrier or underwriting or plan administration subcontractor from business conducted under this Chapter, if that tax, fee, or payment is applicable to a broad range of business activity.

(____) Section 1.14, *Misleading, Deceptive, or Unfair Advertising*, is amended by removing the reference to the NAIC Advertisements of Accident and Sickness Insurance Model Regulation (Appendix D-b). Carrier should continue to use the FEHB Supplemental Literature Guidelines (now at the renumbered Appendix C) along with FEHBAR 1603.702.

(____) Section 5.58. The reference to Central Contractor Registration in FAR 52.232-33, Payment by Electronic Funds Transfer-Central Contractor Registration, is not applicable to this contract.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

## PART V - REQUIRED CLAUSES

SECTION 5.1
DEFINITIONS (NOV 2013) (FAR 52.202-1)

When a solicitation provision or contract clause uses a word or term that is defined in the Federal Acquisition Regulation (FAR), the word or term has the same meaning as the definition in FAR 2.101 in effect at the time the solicitation was issued, unless—
    (a) The solicitation, or amended solicitation, provides a different definition;
    (b) The contracting parties agree to a different definition;
    (c) The part, subpart, or section of the FAR where the provision or clause is prescribed provides a different meaning; or
    (d) The word or term is defined in FAR Part 31, for use in the cost principles and procedures.

SECTION 5.2
[RESERVED]

SECTION 5.3
GRATUITIES (APR 1984) (FAR 52.203-3)

    (a) The right of the Contractor to proceed may be terminated by written notice if, after notice and hearing, the agency head or a designee determines that the Contractor, its agent, or another representative -
    (1) Offered or gave a gratuity (e.g., an entertainment or gift) to an officer, official, or employee of the Government; and
    (2) Intended, by the gratuity, to obtain a contract or favorable treatment under a contract.
    (b) The facts supporting this determination may be reviewed by any court having lawful jurisdiction.
    (c) If this contract is terminated under paragraph (a) above, the Government is entitled -
    (1) To pursue the same remedies as in a breach of the contract; and
    (2) In addition to any other damages provided by law, to exemplary damages of not less than 3 nor more than 10 times the cost incurred by the Contractor in giving gratuities to the person concerned, as determined by the agency head or a designee. (This subparagraph (c)(2) is applicable only if this contract uses money appropriated to the Department of Defense.)
    (d) The rights and remedies of the Government provided in this clause shall not be exclusive and are in addition to any other rights and remedies provided by law or under this contract.

SECTION 5.4
COVENANT AGAINST CONTINGENT FEES (MAY 2014) (FAR 52.203-5)

    (a) The Contractor warrants that no person or agency has been employed or retained to solicit or obtain this contract upon an agreement or understanding for a contingent fee, except a bona fide employee or agency. For breach or violation of this warranty, the Government shall

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

have the right to annul this contract without liability or to deduct from the contract price or consideration, or otherwise recover, the full amount of the contingent fee.

(b) "Bona fide agency," as used in this clause, means an established commercial or selling agency, maintained by a contractor for the purpose of securing business, that neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds itself out as being able to obtain any Government contract or contracts through improper influence.

"Bona fide employee," as used in this clause, means a person, employed by a contractor and subject to the contractor's supervision and control as to time, place, and manner of performance, who neither exerts nor proposes to exert improper influence to solicit or obtain Government contracts nor holds out as being able to obtain any Government contract or contracts through improper influence.

"Contingent fee", as used in this clause, means any commission, percentage, brokerage, or other fee that is contingent upon the success that a person or concern has in securing a Government contract.

"Improper influence," as used in this clause, means any influence that induces or tends to induce a Government employee or officer to give consideration or to act regarding a Government contract on any basis other than the merits of the matter.

SECTION 5.5
ANTI-KICKBACK PROCEDURES (MAY 2014) (FAR 52.203-7)

(a) Definitions.

"Kickback," as used in this clause, means any money, fee, commission, credit, gift, gratuity, thing of value, or compensation of any kind which is provided to any prime Contractor, prime Contractor employee, subcontractor, or subcontractor employee for the purpose of improperly obtaining or rewarding favorable treatment in connection with a prime contract or in connection with a subcontract relating to a prime contract.

"Person," as used in this clause, means a corporation, partnership, business association of any kind, trust, joint-stock company, or individual.

"Prime contract," as used in this clause, means a contract or contractual action entered into by the United States for the purpose of obtaining supplies, materials, equipment, or services of any kind.

"Prime Contractor," as used in this clause, means a person who has entered into a prime contract with the United States.

"Prime Contractor employee," as used in this clause, means any officer, partner, employee, or agent of a prime Contractor.

"Subcontract," as used in this clause, means a contract or contractual action entered into by a prime Contractor or subcontractor for the purpose of obtaining supplies, materials, equipment, or services of any kind under a prime contract.

"Subcontractor," as used in this clause, (1) means any person, other than the prime Contractor, who offers to furnish or furnishes any supplies, materials, equipment, or services of any kind under a prime contract or a subcontract entered into in connection with such prime contract, and (2) includes any person who offers to furnish or furnishes general supplies to the prime Contractor or a higher tier subcontractor.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

"Subcontractor employee," as used in this clause, means any officer, partner, employee, or agent of a subcontractor.

(b) 41 U.S.C. chapter 87, Kickbacks, prohibits any person from --

(1) Providing or attempting to provide or offering to provide any kickback;

(2) Soliciting, accepting, or attempting to accept any kickback; or

(3) Including, directly or indirectly, the amount of any kickback in the contract price charged by a prime Contractor to the United States or in the contract price charged by a subcontractor to a prime Contractor or higher tier subcontractor.

(c)(1) The Contractor shall have in place and follow reasonable procedures designed to prevent and detect possible violations described in paragraph (b) of this clause in its own operations and direct business relationships.

(2) When the Contractor has reasonable grounds to believe that a violation described in paragraph (b) of this clause may have occurred, the Contractor shall promptly report in writing the possible violation. Such reports shall be made to the inspector general of the contracting agency, the head of the contracting agency if the agency does not have an inspector general, or the Attorney General.

(3) The Contractor shall cooperate fully with any Federal agency investigating a possible violation described in paragraph (b) of this clause.

(4) The Contracting Officer may (i) offset the amount of the kickback against any monies owed by the United States under the prime contract and/or (ii) direct that the Prime Contractor withhold, from sums owed a subcontractor under the prime contract, the amount of the kickback. The Contracting Officer may order that monies withheld under subdivision (c)(4)(ii) of this clause be paid over to the Government unless the Government has already offset those monies under subdivision (c)(4)(i) of this clause.  In either case, the Prime Contractor shall notify the Contracting Officer when the monies are withheld.

(5) The Contractor agrees to incorporate the substance of this clause, including paragraph (c)(5) but excepting paragraph (c)(1), in all subcontracts under this contract which exceed $150,000.

SECTION 5.6
[RESERVED]

SECTION 5.7
AUDIT AND RECORDS-NEGOTIATION (OCT 2010) (FAR 52.215-2)

(a)  As used in this clause, "records" includes books, documents, accounting procedures and practices, and other data, regardless of type and regardless of whether such items are in written form, in the form of computer data, or in any other form.

(b) *Examination of costs*.  If this is a cost- reimbursement, incentive, time-and-materials, labor-hour, or price redeterminable contract, or any combination of these, the Contractor shall maintain and the Contracting Officer, or an authorized representative of the Contracting Officer, shall have the right to examine and audit all records and other evidence sufficient to reflect properly all costs claimed to have been incurred or anticipated to be incurred directly or indirectly in performance of this contract.  This right of examination shall include inspection at all reasonable times of the Contractor's plants, or parts of them, engaged in performing the contract.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(c) *Certified Cost or pricing data*. If the Contractor has been required to submit certified cost or pricing data in connection with any pricing action relating to this contract, the Contracting Officer, or an authorized representative of the Contracting Officer, in order to evaluate the accuracy, completeness, and currency of the certified cost or pricing data, shall have the right to examine and audit all of the Contractor's records, including computations and projections, related to--

(1) The proposal for the contract, subcontract, or modification;

(2) The discussions conducted on the proposal(s), including those related to negotiating;

(3) Pricing of the contract, subcontract, or modification; or

(4) Performance of the contract, subcontract or modification.

(d) *Comptroller General* -- (1) The Comptroller General of the United States, or an authorized representative, shall have access to and the right to examine any of the Contractor's directly pertinent records involving transactions related to this contract or a subcontract hereunder and to interview any current employee regarding such transactions.

(2) This paragraph may not be construed to require the Contractor or subcontractor to create or maintain any record that the Contractor or subcontractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e) *Reports*. If the Contractor is required to furnish cost, funding, or performance reports, the Contracting Officer or an authorized representative of the Contracting Officer shall have the right to examine and audit the supporting records and materials, for the purpose of evaluating-- (1) The effectiveness of the Contractor's policies and procedures to produce data compatible with the objectives of these reports and (2) The data reported.

(f) *Availability*. The Contractor shall make available at its office at all reasonable times the records, materials, and other evidence described in paragraphs (a), (b), (c), (d), and (e) of this clause, for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in Subpart 4.7, Contractor Records Retention, of the Federal Acquisition Regulation (FAR), or for any longer period required by statute or by other clauses of this contract. In addition--(1) If this contract is completely or partially terminated, the Contractor shall make available the records relating to the work terminated until 3 years after any resulting final termination settlement; and (2) The Contractor shall make available records relating to appeals under the Disputes clause or to litigation or the settlement of claims arising under or relating to this contract until such appeals, litigation, or claims are finally resolved.

(g) The Contractor shall insert a clause containing all the terms of this clause, including this paragraph (g), in all subcontracts under this contract that exceed the simplified acquisition threshold and--

(1) That are cost-reimbursement, incentive, time-and-materials, labor-hour, or price-redeterminable type or any combination of these;

(2) For which certified cost or pricing data are required; or

(3) That require the subcontractor to furnish reports as discussed in paragraph (e) of this clause.

The clause may be altered only as necessary to identify properly the contracting parties and the Contracting Officer under the Government prime contract.

SECTION 5.8
PRICE REDUCTION FOR DEFECTIVE CERTIFIED COST OR PRICING DATA (AUG 2011) (FAR 52.215-10)

(a) If any price, including profit or fee, negotiated in connection with this contract, or any cost reimbursable under this contract, was increased by any significant amount because (1) the Contractor or a subcontractor furnished certified cost or pricing data that were not complete, accurate, and current as certified in its Certificate of Current Cost or Pricing Data, (2) a subcontractor or prospective subcontractor furnished the Contractor certified cost or pricing data that were not complete, accurate, and current as certified in the Contractor's Certificate of Current Cost or Pricing Data, or (3) any of these parties furnished data of any description that were not accurate, the price or cost shall be reduced accordingly and the contract shall be modified to reflect the reduction.

(b) Any reduction in the contract price under paragraph (a) of this clause due to defective data from a prospective subcontractor that was not subsequently awarded the subcontract shall be limited to the amount, plus applicable overhead and profit markup, by which (1) the actual subcontract; or (2) the actual cost to the Contractor, if there was no subcontract, was less than the prospective subcontract cost estimate submitted by the Contractor; provided, that the actual subcontract price was not itself affected by defective certified cost or pricing data.

(c)(1) If the Contracting Officer determines under paragraph (a) of this clause that a price or cost reduction should be made, the Contractor agrees not to raise the following matters as a defense:

(i) The Contractor or subcontractor was a sole source supplier or otherwise was in a superior bargaining position and thus the price of the contract would not have been modified even if accurate, complete, and current certified cost of pricing data had been submitted;

(ii) The Contracting Officer should have known that the certified cost or pricing data in issue were defective even though the Contractor or subcontractor took no affirmative action to bring the character of the data to the attention of the Contracting Officer;

(iii) The contract was based on an agreement about the total cost of the contract and there was no agreement about the cost of each item procured under the contract; or

(iv) The Contractor or subcontractor did not submit a Certificate of Current Cost or Pricing Data.

(2)(i) Except as prohibited by subdivision (c)(2)(ii) of this clause, an offset in an amount determined appropriate by the Contracting Officer based upon the facts shall be allowed against the amount of a contract price reduction if--

(A) The Contractor certifies to the Contracting Officer that, to the best of the Contractor's knowledge and belief, the Contractor is entitled to the offset in the amount requested; and

(B) The Contractor proves that the certified cost or pricing data were available before the "as of" date specified on its Certificate of Current Cost or Pricing Data, and that the data were not submitted before such date.

(ii) An offset shall not be allowed if--

(A) The understated data were known by the Contractor to be understated before the "as of" date specified on its Certificate of Current Cost or Pricing Data; or

(B) The Government proves that the facts demonstrate that the contract price would not have increased in the amount to be offset even if the available data had been submitted before the "as of" date specified on its Certificate of Current Cost or Pricing Data.

(d)  If any reduction in the contract price under this clause reduces the price of items for which payment was made prior to the date of the modification reflecting the price reduction, the

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

Contractor shall be liable to and shall pay the United States at the time such overpayment is repaid--

(1) Interest compounded daily, as required by 26 U.S.C. 6622, on the amount of such overpayment to be computed from the date(s) of overpayment to the Contractor to the date the Government is repaid by the Contractor at the applicable underpayment rate effective for each quarter prescribed by the Secretary of the Treasury under 26 U.S.C. 6621(a)(2); and

(2) A penalty equal to the amount of the overpayment, if the Contractor or subcontractor knowingly submitted certified cost or pricing data which were incomplete, inaccurate, or noncurrent.

SECTION 5.9
[RESERVED]

SECTION 5.10
SUBCONTRACTOR CERTIFIED COST OR PRICING DATA (OCT 2010) (FAR 52.215-12)

(a) Before awarding any subcontract expected to exceed the threshold for submission of certified cost or pricing data at FAR 15.403-4, on the date of agreement on price or the date of award, whichever is later; or before pricing any subcontract modification involving a pricing adjustment expected to exceed the threshold for submission of certified cost or pricing data at FAR 15.403-4, the Contractor shall require the subcontractor to submit certified cost or pricing data (actually or by specific identification in writing), unless an exception under FAR 15.403-1 apples.

(b) The Contractor shall require the subcontractor to certify in substantially the form prescribed in FAR 15.406-2 that, to the best of its knowledge and belief, the data submitted under paragraph (a) of this clause were accurate, complete, and current as of the date of agreement on the negotiated price of the subcontract or subcontract modification.

(c) In each subcontract that exceeds the threshold for submission of certified cost or pricing data at FAR 15.403-4, when entered into, the Contractor shall insert either --

(1) The substance of this clause, including this paragraph (c), if paragraph (a) of this clause requires submission of certified cost or pricing data for the subcontract; or

(2) The substance of the clause at FAR 52.215-13, Subcontractor Certified Cost or Pricing Data - Modifications.

SECTION 5.11
[RESERVED]

SECTION 5.12
[RESERVED]

SECTION 5.13
[RESERVED]

SECTION 5.14
UTILIZATION OF SMALL BUSINESS CONCERNS (NOV 2016) (FAR 52.219-8)

(a) Definitions. As used in this contract --

"HUBZone small business concern" means a small business concern, certified by the Small Business Administration, that appears on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration.

"Service-disabled veteran-owned small business concern"

(1) Means a small business concern—

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a small business as defined pursuant to Section 3 of the Small Business Act and relevant regulations promulgated pursuant thereto.

"Small disadvantaged business concern"

, consistent with 13 CFR 124.1002, means a small business concern under the size standard applicable to the acquisition, that--

(1) Is at least 51 percent unconditionally and directly owned (as defined at 13 CFR 124.105) by—

(i) One or more socially disadvantaged (as defined at 13 CFR 124.103) and economically disadvantaged (as defined at 13 CFR 124.104) individuals who are citizens of the United States; and

(ii) Each individual claiming economic disadvantage has a net worth not exceeding $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

 (2) The management and daily business operations of which are controlled (as defined at 13.CFR 124.106) by individuals, who meet the criteria in paragraphs (1)(i) and (ii) of this definition.

"Veteran-owned small business concern" means a small business concern—

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned small business concern" means a small business concern—

(1) That is at least 51 percent owned by one or more women, or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

 (b) It is the policy of the United States that small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, HUBZone small business concerns, small disadvantaged business concerns, and women-owned small business concerns shall have the maximum practicable opportunity to participate in performing

ER-HMO 2019

contracts let by any Federal agency, including contracts and subcontracts for subsystems, assemblies, components, and related services for major systems. It is further the policy of the United States that its prime contractors establish procedures to ensure the timely payment of amounts due pursuant to the terms of their subcontracts with small business concerns, veteran-owned small business concerns, service-disabled veteran-owned small business concerns, HUBZone small business concerns, small disadvantaged business concerns, and women-owned small business concerns.

(c) The Contractor hereby agrees to carry out this policy in the awarding of subcontracts to the fullest extent consistent with efficient contract performance. The Contractor further agrees to cooperate in any studies or surveys as may be conducted by the United States Small Business Administration or the awarding agency of the United States as may be necessary to determine the extent of the Contractor's compliance with this clause.

(d)(1) The Contractor may accept a subcontractor's written representations of its size and socioeconomic status as a small business, small disadvantaged business, a veteran-owned small business, service-disabled veteran-owned small business or a women-owned small business if the subcontractor represents that the size and socioeconomic status representations with its offer are current, accurate, and complete as of the date of the offer for the subcontract.

(2) The Contractor may accept a subcontractor's representations of its size and socioeconomic status as a small business, small disadvantaged business, veteran-owned small business, service-disabled veteran-owned small business, or a women-owned small business in the System for Award Management (SAM) if–

(i) The subcontractor is registered in SAM; and

(ii) The subcontractor represents that the size and socioeconomic status representations made in SAM are current, accurate and complete as of the date of the offer for the subcontract.

(3) The Contractor may not require the use of SAM for the purposes of representing size or socioeconomic status in connection with a subcontract.

(4) In accordance with 13 CFR 121.411, 124.1015, 125.29, 126.900, and 127.700, a contractor acting in good faith is not liable for misrepresentations made by its subcontractors regarding the subcontractor's size or socioeconomic status.

(5) The Contractor shall confirm that a subcontractor representing itself as a HUBZone small business concern is certified by SBA as a HUBZone small business concern by accessing the System for Award Management database or by contacting the SBA.  Options for contacting the SBA include—

(i) HUBZone small business database search application web page at http://dsbs.sba.gov/dsbs/search/dsp_searchhubzone.cfm; or http://www.sba.gov/hubzone;

(ii) In writing to the Director/HUB, U.S. Small Business Administration, 409 3rd Street, SW., Washington, DC 20416; or

(iii) The SBA HUBZone Help Desk at hubzone@sba.gov.


SECTION 5.15
[RESERVED]

SECTION 5.16
[RESERVED]

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

SECTION 5.17
CONVICT LABOR  (JUN 2003) (FAR 52.222-3)

(a) Except as provided in paragraph (b) of this clause, the Contractor shall not employ in the performance of this contract any person undergoing a sentence of imprisonment imposed by any court of a State, the District of Columbia, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, or the U.S. Virgin Islands.

(b) The Contractor is not prohibited from employing persons-

(1) On parole or probation to work at paid employment during the term of their sentence;

(2) Who have been pardoned or who have served their terms; or

(3) Confined for violation of the laws of any of the States, the District of Columbia, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, or the U.S. Virgin Islands who are authorized to work at paid employment in the community under the laws of such jurisdiction, if-

(i) The worker is paid or is in an approved work training program on a voluntary basis;

(ii) Representatives of local union central bodies or similar labor union organizations have been consulted;

(iii) Such paid employment will not result in the displacement of employed workers, or be applied in skills, crafts, or trades in which there is a surplus of available gainful labor in the locality, or impair existing contracts for services;

(iv) The rates of pay and other conditions of employment will not be less than those paid or provided for work of a similar nature in the locality in which the work is being performed; and

(v) The Attorney General of the United States has certified that the work-release laws or regulations of the jurisdiction involved are in conformity with the requirements of Executive Order 11755, as amended by Executive Orders 12608 and 12943.

SECTION 5.18
CONTRACT WORK HOURS AND SAFETY STANDARDS ACT -  OVERTIME COMPEN-
SATION (MAY 2014)(FAR 52.222-4)

(a) *Overtime requirements*.  No Contractor or subcontractor employing laborers or mechanics (see Federal Acquisition Regulation 22.300) shall require or permit them to work over 40 hours in any workweek unless they are paid at least 1 and ½ times the basic rate of pay for each hour worked over 40 hours.

(b) *Violation; liability for unpaid wages; liquidated damages*.  The responsible Contractor and subcontractor are liable for unpaid wages if they violate the terms in paragraph (a) of this clause.  In addition, the Contractor and subcontractor are liable for liquidated damages payable to the Government.  The Contracting Officer will assess liquidated damages at the rate of $10 per affected employee for each calendar day on which the employer required or permitted the employee to work in excess of the standard workweek of 40 hours without paying overtime wages required by the Contract Work Hours and Safety Standards statute (found at 40 U.S.C. chapter 37).

(c) *Withholding for unpaid wages and liquidated damages*.  The Contracting Officer will withhold from payments due under the contract sufficient funds required to satisfy any Contractor or subcontractor liabilities for unpaid wages and liquidated damages.  If amounts withheld under the contract are insufficient to satisfy Contractor or subcontractor liabilities, the

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

Contracting Officer will withhold payments from other Federal or Federally assisted contracts held by the same Contractor that are subject to the Contract Work Hours and Safety Standards statute.

(d) *Payrolls and basic records.* (1) The Contractor and its subcontractors shall maintain payrolls and basic payroll records for all laborers and mechanics working on the contract during the contract and shall make them available to the Government until 3 years after contract completion. The records shall contain the name and address of each employee, social security number, labor classifications, hourly rates of wages paid, daily and weekly number of hours worked, deductions made, and actual wages paid. The records need not duplicate those required for construction work by Department of Labor regulations at 29 CFR 5.5(a)(3) implementing the Construction Wage Rate Requirements statute.

(2) The Contractor and its subcontractors shall allow authorized representatives of the Contracting Officer or the Department of Labor to inspect, copy, or transcribe records maintained under paragraph (d)(1) of this clause. The Contractor or subcontractor also shall allow authorized representatives of the Contracting Officer or Department of Labor to interview employees in the workplace during working hours.

(e) *Subcontracts.* The Contractor shall insert the provisions set forth in paragraphs (a) through (d) of this clause in subcontracts that may require or involve the employment of laborers and mechanics and require subcontractors to include these provisions in any such lower tier subcontracts. The Contractor shall be responsible for compliance by any subcontractor or lower-tier subcontractor with the provisions set forth in paragraphs (a) through (d) of this clause.

SECTION 5.19
EQUAL OPPORTUNITY (SEP 2016) (FAR 52.222-26)

(a) Definition. As used in this clause

"Compensation" means any payments made to, or on behalf of, an employee or offered to an applicant as remuneration for employment, including but not limited to salary, wages, overtime pay, shift differentials, bonuses, commissions, vacation and holiday pay, allowances, insurance and other benefits, stock options and awards, profit sharing, and retirement.

"Compensation information" means the amount and type of compensation provided to employees or offered to applicants, including, but not limited to, the desire of the Contractor to attract and retain a particular employee for the value the employee is perceived to add to the Contractor's profit or productivity; the availability of employees with like skills in the marketplace; market research about the worth of similar jobs in the relevant marketplace; job analysis, descriptions, and evaluations; salary and pay structures; salary surveys; labor union agreements; and Contractor decisions, statements and policies related to setting or altering employee compensation.

"Essential job functions" means the fundamental job duties of the employment position an individual holds. A job function may be considered essential if–

(1) The access to compensation information is necessary in order to perform that function or another routinely assigned business task; or

ER-HMO 2019

(2) The function or duties of the position include protecting and maintaining the privacy of employee personnel records, including compensation information.

"Gender identity" has the meaning given by the Department of Labor's Office of Federal Contract Compliance Programs, and is found at www.dol.gov/ofccp/LGBT/LGBT_FAQs.html.

"Sexual orientation" has the meaning given by the Department of Labor's Office of Federal Contract Compliance Programs, and is found at www.dol.gov/ofccp/LGBT/LGBT_FAQs.html.

"United States," means the 50 States, the District of Columbia, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, the U.S. Virgin Islands, and Wake Island.

(b)(1) If, during any 12-month period (including the 12 months preceding the award of this contract), the Contractor has been or is awarded nonexempt Federal contracts and/or subcontracts that have an aggregate value in excess of $10,000, the Contractor shall comply with this clause, except for work performed outside the United States by employees who were not recruited within the United States. Upon request, the Contractor shall provide information necessary to determine the applicability of this clause.

(2) If the Contractor is a religious corporation, association, educational institution, or society, the requirements of this clause do not apply with respect to the employment of individuals of a particular religion to perform work connected with the carrying on of the Contractor's activities (41 CFR 60-1.5).

(c)(1) The Contractor shall not discriminate against any employee or applicant for employment because of race, color, religion, sex, sexual orientation, gender identity, or national origin. However, it shall not be a violation of this clause for the Contractor to extend a publicly announced preference in employment to Indians living on or near an Indian reservation, in connection with employment opportunities on or near an Indian reservation, as permitted by 41 CFR 60-1.5.

(2) The Contractor shall take affirmative action to ensure that applicants are employed, and that employees are treated during employment, without regard to their race, color, religion, sex, sexual orientation, gender identity, or national origin. This shall include, but not be limited to—

(i)      Employment;

(ii)      Upgrading;

(iii)      Demotion;

(iv)      Transfer;

(v)      Recruitment or recruitment advertising;

(vi)      Layoff or termination;

(vii)      Rates of pay or other forms of compensation; and

(viii)      Selection for training, including apprenticeship.

(3) The Contractor shall post in conspicuous places available to employees and applicants for employment the notices to be provided by the Contracting Officer that explain this clause.

(4) The Contractor shall, in all solicitations or advertisements for employees placed by or on behalf of the Contractor, state that all qualified applicants will receive consideration for

employment without regard to race, color, religion, sex, sexual orientation, gender identity, or national origin.

(5) (i) The Contractor shall not discharge or in any other manner discriminate against any employee or applicant for employment because such employee or applicant has inquired about, discussed, or disclosed the compensation of the employee or applicant or another employee or applicant. This prohibition against discrimination does not apply to instances in which an employee who has access to the compensation information of other employees or applicants as a part of such employee's essential job functions discloses the compensation of such other employees or applicants to individuals who do not otherwise have access to such information, unless such disclosure is in response to a formal complaint or charge, in furtherance of an investigation, proceeding, hearing, or action, including an investigation conducted by the employer, or is consistent with the Contractor's legal duty to furnish information.

(ii) The Contractor shall disseminate the prohibition on discrimination in paragraph (c)(5)(i) of this clause, using language prescribed by the Director of the Office of Federal Contract Compliance Programs (OFCCP), to employees and applicants by–

(A) Incorporation into existing employee manuals or handbooks; and

(B) Electronic posting or by posting a copy of the provision in conspicuous places available to employees and applicants for employment.

(6) The Contractor shall send, to each labor union or representative of workers with which it has a collective bargaining agreement or other contract or understanding, the notice to be provided by the Contracting Officer advising the labor union or workers' representative of the Contractor's commitments under this clause, and post copies of the notice in conspicuous places available to employees and applicants for employment.

(7) The Contractor shall comply with Executive Order 11246, as amended, and the rules, regulations, and orders of the Secretary of Labor.

(8) The Contractor shall furnish to the contracting agency all information required by Executive Order 11246, as amended, and by the rules, regulations, and orders of the Secretary of Labor. The Contractor shall also file Standard Form 100 (EEO-1), or any successor form, as prescribed in 41 CFR Part 60-1. Unless the Contractor has filed within the 12 months preceding the date of contract award, the Contractor shall, within 30 days after contract award, apply to either the regional Office of Federal Contract Compliance Programs (OFCCP) or the local office of the Equal Employment Opportunity Commission for the necessary forms.

(9) The Contractor shall permit access to its premises, during normal business hours, by the contracting agency or the OFCCP for the purpose of conducting on-site compliance evaluations and complaint investigations. The Contractor shall permit the Government to inspect and copy any books, accounts, records (including computerized records), and other material that may be relevant to the matter under investigation and pertinent to compliance with Executive Order 11246, as amended, and rules and regulations that implement the Executive Order.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(10) If the OFCCP determines that the Contractor is not in compliance with this clause or any rule, regulation, or order of the Secretary of Labor, this contract may be canceled, terminated, or suspended in whole or in part and the Contractor may be declared ineligible for further Government contracts, under the procedures authorized in Executive Order 11246, as amended. In addition, sanctions may be imposed and remedies invoked against the Contractor as provided in Executive Order 11246, as amended; in the rules, regulations, and orders of the Secretary of Labor; or as otherwise provided by law.

(11) The Contractor shall include the terms and conditions of this clause in every subcontract or purchase order that is not exempted by the rules, regulations, or orders of the Secretary of Labor issued under Executive Order 11246, as amended, so that these terms and conditions will be binding upon each subcontractor or vendor.

(12) The Contractor shall take such action with respect to any subcontract or purchase order as the Contracting Officer may direct as a means of enforcing these terms and conditions, including sanctions for noncompliance, provided, that if the Contractor becomes involved in, or is threatened with, litigation with a subcontractor or vendor as a result of any direction, the Contractor may request the United States to enter into the litigation to protect the interests of the United States.

(d) Notwithstanding any other clause in this contract, disputes relative to this clause will be governed by the procedures in 41 CFR part 60-1.

SECTION 5.20
[RESERVED]

SECTION 5.21
NOTIFICATION OF VISA DENIAL (APRIL 2015) (FAR 52.222-29)

(a) Definitions. As used in this clause-

"Gender identity" has the meaning given by the Department of Labor's Office of Federal Contract Compliance Programs, and is found at http://www.dol.gov/ofccp/LGBT/LGBT_FAQs.html.

"Sexual orientation" has the meaning given by the Department of Labor's Office of Federal Contract Compliance Programs, and is found at http://www.dol.gov/ofccp/LGBT/LGBT_FAQs.html.

(b) Requirement to notify.

(1 )It is a violation of Executive Order 11246 for a Contractor to refuse to employ any applicant or not to assign any person hired in the United States, Puerto Rico, the Northern Mariana Islands, American Samoa, Guam, the U.S. Virgin Islands, or Wake Island, on the basis that the individual's race, color, religion, sex, sexual orientation, gender identity, or national origin is not compatible with the policies of the country where or for whom the work will be performed (41 CFR 60-1.10).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(2) The Contractor shall notify the U.S. Department of State, Assistant Secretary, Bureau of Political-Military Affairs (PM), 2201 C Street NW, Room 6212, Washington, DC 20520, and the U.S. Department of Labor, Deputy Assistant Secretary for Federal Contract Compliance, when it has knowledge of any employee or potential employee being denied an entry visa to a country where this contract will be performed, and it believes the denial is attributable to the race, color, religion, sex, sexual orientation, gender identity, or national origin of the employee or potential employee.

SECTION 5.22
EQUAL OPPORTUNITY FOR VETERANS (OCT 2015) (FAR 52.222-35)

(a) *Definitions.* As used in this clause—
 "Active duty wartime or campaign badge veteran," "Armed Forces service medal veteran," "disabled veteran," "protected veteran," "qualified disabled veteran," and "recently separated veteran" have the meanings given at FAR 22.1301.
(b) *Equal opportunity clause.* The Contractor shall abide by the requirements of the equal opportunity clause at 41 CFR 60-300.5(a), as of March 24, 2014. This clause prohibits discrimination against qualified protected veterans, and requires affirmative action by the Contractor to employ and advance in employment qualified protected veterans.
(c) *Subcontracts.* The Contractor shall insert the terms of this clause in subcontracts of $150,000 or more unless exempted by rules, regulations, or orders of the Secretary of Labor. The Contractor shall act as specified by the Director, Office of Federal Contract Compliance Programs, to enforce the terms, including action for noncompliance. Such necessary changes in language may be made as shall be appropriate to identify properly the parties and their undertakings.

SECTION 5.23
EQUAL OPPORTUNITY FOR WORKERS WITH DISABILITIES (JUL 2014) (FAR 52.222-36)

(a) *Equal opportunity clause.* The Contractor shall abide by the requirements of the equal opportunity clause at 41 CFR 60-741.5(a), as of March 24, 2014. This clause prohibits discrimination against qualified individuals on the basis of disability, and requires affirmative action by the Contractor to employ and advance in employment qualified individuals with disabilities.
(b) Subcontracts. The Contractor shall include the terms of this clause in every subcontract or purchase order in excess of $15,000 unless exempted by rules, regulations, or orders of the Secretary. The Contractor shall act as specified by the Deputy Assistant Secretary to enforce the terms, including action for noncompliance. Such necessary changes in language may be made as shall be appropriate to identify properly the parties and their undertakings.

SECTION 5.24
[RESERVED]

SECTION 5.25
DRUG-FREE WORKPLACE (MAY 2001) (FAR 52.223-6)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(a) Definitions.  As used in this clause,

"Controlled substance" means a controlled substance in schedules I through V of section 202 of the Controlled Substances Act (21 U.S.C. 812) and as further defined in regulation at 21 CFR 1308.11-1308.15.

"Conviction" means a finding of guilt (including a plea of nolo contendere) or imposition of sentence, or both, by any judicial body charged with the responsibility to determine violations of the Federal or State criminal drug statutes.

"Criminal drug statute" means a Federal or non-Federal criminal statute involving the manufacture, distribution, dispensing, possession or use of any controlled substance.

"Drug-free workplace" means the site(s) for the performance of work done by the Contractor in connection with a specific contract where employees of the Contractor are prohibited from engaging in the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance.

"Employee" means an employee of a Contractor directly engaged in the performance of work under a Government contract.  Directly engaged is defined to include all direct cost employees and any other Contractor employee who has other than a minimal impact or involvement in contract performance.

"Individual" means an offeror/contractor that has no more than one employee including the offeror/contractor.

(b) The Contractor, if other than an individual, shall - within 30 days after award (unless a longer period is agreed to in writing for contracts of 30 days or more performance duration); or as soon as possible for contracts of less than 30 days performance duration -

(1) Publish a statement notifying its employees that the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance is prohibited in the contractor's workplace and specifying the actions that will be taken against employees for violations of such prohibition;

(2)  Establish an ongoing drug-free awareness program  to inform such employees about-

(i) The dangers of drug abuse in the workplace;

(ii) The contractor's policy of maintaining a drug-free workplace;

(iii) Any available drug counseling, rehabilitation, and employee assistance programs; and

(iv) The penalties that may be imposed upon employees for drug abuse violations occurring in the workplace.

(3) Provide all employees engaged in performance of the contract with a copy of the statement required by subparagraph (b)(1) of this clause;

(4) Notify such employees in writing in the statement required by subparagraph (b)(1) of this clause that, as a condition of continued employment on this contract, the employee will -

(i) Abide by the terms of the statement; and

(ii) Notify the employer in writing of the employee's conviction under a criminal drug statute for a violation occurring in the workplace no later than 5 days after such conviction.

(5) Notify the Contracting Officer in writing within 10 days after receiving notice under subdivision (b)(4)(ii) of this clause, from an employee or otherwise receiving actual notice of such conviction.  The notice shall include the position title of the employee;

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(6) Within 30 days after receiving notice under subdivision (b)(4)(ii) of this clause of a conviction, take one of the following actions with respect to any employee who is convicted of a drug abuse violation occurring in the workplace:

(i) Taking appropriate personnel action against such employee, up to and including termination; or

(ii) Require such employee to satisfactorily participate in a drug abuse assistance or rehabilitation program approved for such purposes by a Federal, State, or local health, law enforcement, or other appropriate agency; and

(7) Make a good faith effort to maintain a drug-free workplace through implementation of subparagraphs (b)(1) through (b)(6) of this clause.

(c) The Contractor, if an individual, agrees by award of the contract or acceptance of a purchase order, not to engage in the unlawful manufacture, distribution, dispensing, possession, or use of a controlled substance while performing this contract.

(d) In addition to other remedies available to the Government, the Contractor's failure to comply with the requirements of paragraphs (b) or (c) of this clause may, pursuant to FAR 23.506, render the Contractor subject to suspension of contract payments, termination of the contract for default, and suspension or debarment.

SECTION 5.26
[RESERVED]

SECTION 5.27
FEDERAL, STATE, AND LOCAL TAXES (STATE AND LOCAL ADJUSTMENTS) (FEB 2013) (FAR 52.229-4)

(a) As used in this clause-

"After-imposed tax" means any new or increased Federal, State, or local tax or duty, or tax that was excluded on the contract date but whose exclusion was later revoked or amount of exemption reduced during the contract period, other than an excepted tax, on the transactions or property covered by this contract that the Contractor is required to pay or bear as the result of legislative, judicial, or administrative action taking effect after the contract date.

"After-relieved tax" means any amount of Federal, State, or local tax or duty, other than an excepted tax, that would otherwise have been payable on the transactions or property covered by this contract, but which the Contractor is not required to pay or bear, or for which the Contractor obtains a refund or drawback, as the result of legislative, judicial, or administrative action taking effect after the contract date.

"All applicable Federal, State, and local taxes and duties" means all taxes and duties, in effect on the contract date, that the taxing authority is imposing and collecting on the transactions or property covered by this contract.

"Contract date" means the effective date of this contract and, for any modification to this contract, the effective date of the modification.

"Excepted tax" means social security or other employment taxes, net income and franchise taxes, excess profits taxes, capital stock taxes, transportation taxes, unemployment compensation taxes, and property taxes. "Excepted tax" does not include gross income taxes levied on or measured by sales or receipts from sales, property taxes assessed on completed

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

supplies covered by this contract, or any tax assessed on the Contractor's possession of, interest in, or use of property, title to which is in the Government.

"Local taxes" includes taxes imposed by a possession or territory of the United States, Puerto Rico, or the Northern Mariana Islands, if the contract is performed wholly or partly in any of those areas.

(b)(1) Unless otherwise provided in this contract, the contract price includes all applicable Federal, State, and local taxes and duties, except as provided in subparagraph (b)(2)(i) of this clause.

(2) Taxes imposed under 26 U.S.C. 5000C may not be—

(i) Included in the contract price; nor

(ii) Reimbursed.

(c) The contract price shall be increased by the amount of any after-imposed tax, or of any tax or duty specifically excluded from the contract price by a term or condition of this contract that the Contractor is required to pay or bear, including any interest or penalty, if the Contractor states in writing that the contract price does not include any contingency for such tax and if liability for such tax, interest, or penalty was not incurred through the Contractor's fault, negligence, or failure to follow instructions of the Contracting Officer.

(d) The contract price shall be decreased by the amount of any after-relieved tax. The Government shall be entitled to interest received by the Contractor incident to a refund of taxes to the extent that such interest was earned after the Contractor was paid by the Government for such taxes. The Government shall be entitled to repayment of any penalty refunded to the Contractor to the extent that the penalty was paid by the Government.

(e) The contract price shall be decreased by the amount of any Federal, State, or local tax, other than an excepted tax, that was included in the contract price and that the Contractor is required to pay or bear, or does not obtain a refund of, through the Contractor's fault, negligence, or failure to follow instructions of the Contracting Officer.

(f) No adjustment shall be made in the contract price under this clause unless the amount of the adjustment exceeds $250.

(g) The Contractor shall promptly notify the Contracting Officer of all matters relating to Federal, State, and local taxes and duties that reasonably may be expected to result in either an increase or decrease in the contract price and shall take appropriate action as the Contracting Officer directs. The contract price shall be equitably adjusted to cover the costs of action taken by the Contractor at the direction of the Contracting Officer, including any interest, penalty, and reasonable attorneys' fees.

(h) The Government shall furnish evidence appropriate to establish exemption from any Federal, State, or local tax when-

(1) The Contractor requests such exemption and states in writing that it applies to a tax excluded from the contract price; and

(2) A reasonable basis exists to sustain the exemption.


SECTION 5.28
RESERVED

SECTION 5.29
TAXES - FOREIGN NEGOTIATED BENEFITS CONTRACTS (JAN 1998) (FEHBAR 1652.229-70)

(a) To the extent that this contract provides for performing services outside the United States, its possessions, and Puerto Rico, this clause applies in lieu of any Federal, State, and local taxes clause of the contract.

(b) "Contract date," as used in this clause, means the effective date of this contract or modification.

"Country concerned," as used in this clause, means any country, other than the United States, its possessions, and Puerto Rico, in which expenditures under this contract are made.

"Tax" and "taxes," as used in this clause, include fees and charges for doing business that are levied by the government of the country concerned or by its political subdivisions.

"All applicable taxes and duties," as used in this clause, means all taxes and duties, in effect on the contract date, that the taxing authority is imposing and collecting on the transactions covered by this contract, pursuant to written ruling or regulation in effect on the contract date.

"After-imposed tax," as used in this clause, means any new or increased tax or duty, or tax that was exempted or excluded on the contract date but whose exemption was later revoked or reduced during the contract period, other than excepted tax, on the transactions covered by this contract that the Carrier is required to pay or bear as the result of legislative, judicial, or administrative action taking effect after the contract date.

"After-relieved tax," as used in this clause, means any amount of tax or duty, other than an excepted tax, that would otherwise have been payable on the transactions covered by this contract, but which the Carrier is not required to pay or bear, or for which the Carrier obtains a refund, as the result of legislative, judicial, or administrative action taking effect after the contract date.

"Excepted tax," as used in this clause, means social security or other employment taxes, net income and franchise taxes, excess profits taxes, capital stock taxes, transportation taxes, unemployment compensation taxes, and property taxes. "Excepted tax" does not include gross income taxes levied on or measured by sales or receipts from sales covered by this contract, or any tax assessed on the Carrier's possession of, interest in, or use of property, title to which is in the U.S. Government.

(c) Unless otherwise provided in this contract, the contract price includes all applicable taxes and duties, except taxes and duties that the Government of the United States and the government of the country concerned have agreed shall not be applicable to expenditures in such country by or on behalf of the United States.

(d) The contract price shall be increased by the amount of any after-imposed tax or of any tax or duty specifically excluded from the contract price by a provision of this contract that the Carrier is required to pay or bear, including any interest or penalty, if the Carrier states in writing that the contract price does not include any contingency for such tax and if liability for such tax, interest, or penalty was not incurred through the Carrier's fault, negligence, or failure to follow instructions of the Contracting Officer or to comply with the provisions of paragraph (i) below.

(e) The contract price shall be decreased by the amount of any after-relieved tax, including any interest or penalty. The Government of the United States shall be entitled to interest received by the Carrier incident to a refund of taxes to the extent that such interest was earned after the Carrier was paid by the Government of the United States for such taxes. The Government of the United States shall be entitled to repayment of any penalty refunded to the Carrier to the extent that the penalty was paid by the Government.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(f) The contract price shall be decreased by the amount of any tax or duty, other than an excepted tax, that was included in the contract and that the Carrier is required to pay or bear, or does not obtain a refund of, through the Carrier's fault, negligence, or failure to follow instructions of the Contracting Officer or to comply with the provisions of paragraph (i) below.

(g) No adjustment shall be made in the contract price under this clause unless the amount of the adjustment exceeds $250.

(h) If the Carrier obtains a reduction in tax liability under the United States Internal Revenue Code (Title 26, U.S. Code) because of the payment of any tax or duty that either was included in the contract price or was the basis of an increase in the contract price, the amount of the reduction shall be paid or credited to the Government of the United States as the Contracting Officer directs.

(i) The Carrier shall take all reasonable action to obtain exemption from or refund of any taxes or duties, including interest or penalty, from which the United States Government, the Carrier, any subcontractor, or the transactions covered by this contract are exempt under the laws of the country concerned or its political subdivisions or which the governments of the United States and of the country concerned have agreed shall not be applicable to expenditures in such country by or on behalf of the United States.

(j) The Carrier shall promptly notify the Contracting Officer of all matters relating to taxes or duties that reasonably may be expected to result in either an increase or decrease in the contract price and shall take appropriate action as the Contracting Officer directs. The contract price shall be equitably adjusted to cover the costs of action taken by the Carrier at the direction of the Contracting
Officer, including any interest, penalty, and reasonable attorneys' fees.

SECTION 5.30
[RESERVED]

SECTION 5.31
[RESERVED]

SECTION 5.32
[RESERVED]

SECTION 5.33
DISCOUNTS FOR PROMPT PAYMENT (FEB 2002) (FAR 52.232-8)

(a) Discounts for prompt payment will not be considered in the evaluation of offers. However, any offered discount will form a part of the award, and will be taken if payment is made within the discount period indicated in the offer by the offeror. As an alternative to offering a discount for prompt payment in conjunction with the offer, offerors awarded contracts may include discounts for prompt payment on individual invoices.

(b) In connection with any discount offered for prompt payment, time shall be computed from the date of the invoice. If the Contractor has not placed a date on the invoice, the due date shall be calculated from the date the designated billing office receives a proper invoice, provided the agency annotates such invoice with the date of receipt at the time of receipt. For the purpose of computing the discount earned, payment shall be considered to have been made on the date

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

that appears on the payment check or, for an electronic funds transfer, the specified payment date. When the discount date falls on a Saturday, Sunday, or legal holiday when Federal Government offices are closed and Government business is not expected to be conducted, payment may be made on the following business day.

SECTION 5.34
INTEREST (MAY 2014) (FAR 52.232-17)

(a) Except as otherwise provided in this contract under a Price Reduction for Defective Certified Cost or Pricing Data clause or a Cost Accounting Standards clause, all amounts that become payable by the Contractor to the Government under this contract shall bear simple interest from the date due until paid unless paid within 30 days of becoming due. The interest rate shall be the interest rate established by the Secretary of the Treasury as provided in 41 U.S.C 7109, which is applicable to the period in which the amount becomes due, as provided in paragraph (e) of this clause, and then at the rate applicable for each six-month period as fixed by the Secretary until the amount is paid.

(b) The Government may issue a demand for payment to the Contractor upon finding a debt is due under the contract.

(c) Final Decisions. The Contracting Officer will issue a final decision as required by 33.211 if—

(1) The Contracting Officer and the Contractor are unable to reach agreement on the existence or amount of a debt in a timely manner;

(2) The Contractor fails to liquidate a debt previously demanded by the Contracting Officer within the timeline specified in the demand for payment unless the amounts were not repaid because the Contractor has requested an installment payment agreement; or

(3) The Contractor requests a deferment of collection on a debt previously demanded by the Contracting Officer (see 32.607-2).

(d) If a demand for payment was previously issued for the debt, the demand for payment included in the final decision shall identify the same due date as the original demand for payment.

(e) Amounts shall be due at the earliest of the following dates:

(1) The date fixed under this contract.

(2) The date of the first written demand for payment, including any demand for payment resulting from a default termination.

(f) The interest charge shall be computed for the actual number of calendar days involved beginning on the due date and ending on—

(1) The date on which the designated office receives payment from the Contractor;

(2) The date of issuance of a Government check to the Contractor from which an amount otherwise payable has been withheld as a credit against the contract debt; or

(3) The date on which an amount withheld and applied to the contract debt would otherwise have become payable to the Contractor.

(g) The interest charge made under this clause may be reduced under the procedures prescribed in 32.608-2 of the Federal Acquisition Regulation in effect on the date of this contract.

SECTION 5.35

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

ASSIGNMENT OF CLAIMS (MAY 2014) (FAR 52.232-23)

(a) The Contractor, under the Assignment of Claims Act, as amended, 31 U.S.C. 3727, 41 U.S.C. 6305 (hereafter referred to as "the Act"), may assign its rights to be paid amounts due or to become due as a result of the performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency. The assignee under such an assignment may thereafter further assign or reassign its right under the original assignment to any type of financing institution described in the preceding sentence.

(b) Any assignment or reassignment authorized under the Act and this clause shall cover all unpaid amounts payable under this contract, and shall not be made to more than one party, except that an assignment or reassignment may be made to one party as agent or trustee for two or more parties participating in the financing of this contract.

(c) The Contractor shall not furnish or disclose to any assignee under this contract any classified document (including this contract) or information related to work under this contract until the Contracting Officer authorizes such action in writing.

SECTION 5.36
DISPUTES (MAY 2014) (FAR 52.233-1)

(a) This contract is subject to 41 U.S.C chapter 71, Contract Disputes.
(b) Except as provided in 41 U.S.C chapter 71, all disputes arising under or relating to this contract shall be resolved under this clause.
(c) "Claim," as used in this clause, means a written demand or written assertion by one of the contracting parties seeking, as a matter of right, the payment of money in a sum certain, the adjustment or interpretation of contract terms, or other relief arising under or relating to this contract. However, a written demand or written assertion by the Contractor seeking the payment of money exceeding $100,000 is not a claim under 41 U.S.C chapter 71 until certified. A voucher, invoice, or other routine request for payment that is not in dispute when submitted is not a claim under 41 U.S.C chapter 71. The submission may be converted to a claim under 41 U.S.C chapter 71, by complying with the submission and certification requirements of this clause, if it is disputed either as to liability or amount or is not acted upon in a reasonable time.
(d)(1) A claim by the Contractor shall be made in writing and, unless otherwise stated in this contract, submitted within 6 years after accrual of the claim to the Contracting Officer for a written decision. A claim by the Government against the Contractor shall be subject to a written decision by the Contracting Officer.
(2)(i) The Contractor shall provide the certification specified in paragraph (d)(2)(iii) of this clause when submitting any claim exceeding $100,000.
(ii) The certification requirement does not apply to issues in controversy that have not been submitted as all or part of a claim.
(iii) The certification shall state as follows: "I certify that the claim is made in good faith; that the supporting data are accurate and complete to the best of my knowledge and belief; that the amount requested accurately reflects the contract adjustment for which the Contractor believes the Government is liable; and that I am authorized to certify the claim on behalf of the Contractor."

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(3) The certification may be executed by any person authorized to bind the Contractor with respect to the claim.

(e) For Contractor claims of $100,000 or less, the Contracting Officer must, if requested in writing by the Contractor, render a decision within 60 days of the request. For Contractor-certified claims over $100,000, the Contracting Officer must, within 60 days, decide the claim or notify the Contractor of the date by which the decision will be made.

(f) The Contracting Officer's decision shall be final unless the Contractor appeals or files a suit as provided in 41 U.S.C chapter 71.

(g) If the claim by the Contractor is submitted to the Contracting Officer or a claim by the Government is presented to the Contractor, the parties, by mutual consent, may agree to use alternative dispute resolution (ADR). If the Contractor refuses an offer for ADR, the Contractor shall inform the Contracting Officer, in writing, of the Contractor's specific reasons for rejecting the offer.

(h) The Government shall pay interest on the amount found due and unpaid from (1) the date that the Contracting Officer receives the claim (certified, if required); or (2) the date that payment otherwise would be due, if that date is later, until the date of payment. With regard to claims having defective certifications, as defined in FAR 33.201, interest shall be paid from the date that the Contracting Officer initially receives the claim. Simple interest on claims shall be paid at the rate, fixed by the Secretary of the Treasury as provided in the Act, which is applicable to the period during which the Contracting Officer receives the claim and then at the rate applicable for each 6-month period as fixed by the Treasury Secretary during the pendency of the claim.

(i) The Contractor shall proceed diligently with performance of this contract, pending final resolution of any request for relief, claim, appeal, or action arising under the contract, and comply with any decision of the Contracting Officer.

## SECTION 5.37
## NOTICE OF INTENT TO DISALLOW COSTS (APR 1984) (FAR 52.242-1)

(a) Notwithstanding any other clause of this contract--

(1) The Contracting Officer may at any time issue to the Contractor a written notice of intent to disallow specified costs incurred or planned for incurrence under this contract that have been determined not to be allowable under the contract terms; and

(2) The Contractor may, after receiving a notice under subparagraph (1) above, submit a written response to the Contracting Officer, with justification for allowance of the costs. If the Contractor does respond within 60 days, the Contracting Officer shall, within 60 days of receiving the response, either make a written withdrawal of the notice or issue a written decision.

(b) Failure to issue a notice under this Notice of Intent to Disallow Costs clause shall not affect the Government's right to take exception to incurred costs.

## SECTION 5.38
## CHANGES--NEGOTIATED BENEFITS CONTRACTS (JAN 1998) (FEHBAR 1652.243-70)

(a) The Contracting Officer may at any time, by written order, and without notice to the sureties, if any, make changes within the general scope of this contract in any one or more of the following:

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(1) Description of services to be performed.

(2) Time of performance (i.e., hours of the day, days of the week, etc.).

(3) Place of performance of the services.

(b) If any such change causes an increase or decrease in the cost of, or the time required for, performance of any part of the work under this contract, whether or not changed by the order, the Contracting Officer shall make an equitable adjustment in the contract price, the delivery schedule, or both, and shall modify the contract.

(c) The Carrier must assert its right to an adjustment under this clause within 30 days from the date of receipt of the written order. However, if the Contracting Officer decides that the facts justify it, the Contracting Officer may receive and act upon a proposal submitted before final payment of the contract.

(d) Failure to agree to any adjustment shall be a dispute under the Disputes clause. However, nothing in this clause shall excuse the Carrier from proceeding with the contract as changed.

SECTION 5.39
COMPETITION IN SUBCONTRACTING (DEC 1996) (FAR 52.244-5)

(a) The Contractor shall select subcontractors (including suppliers) on a competitive basis to the maximum practical extent consistent with the objectives and requirements of the contract.

(b) If the Contractor is an approved mentor under the Department of Defense Pilot Mentor-Protègè Program (Pub. L. 101-510, section 831 as amended), the Contractor may award subcontracts under this contract on a noncompetitive basis to its protègès.

SECTION 5.40
GOVERNMENT PROPERTY (NEGOTIATED BENEFITS CONTRACTS) (JAN 1998) (FEHBAR 1652.245-70)

(a) Government-furnished property. (1) The Government shall deliver to the Carrier, for use in connection with and under the terms of this contract, the Government-furnished property described in this contract together with any related data and information that the Carrier may request and is reasonably required for the intended use of the property (hereinafter referred to as "Government-furnished property").

(2) The delivery or performance dates for this contract are based upon the expectation that Government-furnished property suitable for use (except for property furnished "as-is") will be delivered to the Carrier at the times stated in this contract or, if not so stated, in sufficient time to enable the Carrier to meet the contract's performance dates.

(3) If Government-furnished property is received by the Carrier in a condition not suitable for the intended use, the Carrier shall, upon receipt of it, notify the Contracting Officer, detailing the facts, and, as directed by the Contracting Officer and at Government expense, either repair, modify, return, or otherwise dispose of the property. After completing the directed action and upon written request of the Carrier, the Contracting Officer shall make an equitable adjustment as provided in paragraph (h) of this clause.

(b) Changes in Government-furnished property. (1) The Contracting Officer may, by written notice, (i) decrease the Government-furnished property provided or to be provided under

this contract, or (ii) substitute other Government-furnished property for the property to be provided by the Government, or to be acquired by the Carrier for the Government, under this contract. The Carrier shall promptly take such action as the Contracting Officer may direct regarding the removal, shipment, or disposal of the property covered by such notice.

(2) Upon the Carrier's written request, the Contracting Officer shall make an equitable adjustment to the contract in accordance with paragraph (h) of this clause, if the Government has agreed in this contract to make the property available for performing this contract and there is any -

(i) Decrease or substitution in this property pursuant to subparagraph (b)(1) above; or

(ii) Withdrawal of authority to use this property, if provided under any other contract or lease.

(c) Title in Government property. (1) The Government shall retain title to all Government-furnished property.

(2) All Government-furnished property and all property acquired by the Carrier, title to which vests in the Government under this paragraph (collectively referred to as "Government property"), are subject to the provisions of this clause. Title to Government property shall not be affected by its incorporation into or attachment to any property not owned by the Government, nor shall Government property become a fixture or lose its identity as personal property by being attached to any real property.

(d) Use of Government property. The Government property shall be used only for performing this contract, unless otherwise provided in this contract or approved by the Contracting Officer.

(e) Property administration. (1) The Carrier shall be responsible and accountable for all Government property provided under this contract and shall comply with Federal Acquisition Regulation (FAR) subpart 45.5, as in effect on the date of this contract.

(2) The Carrier shall establish and maintain a program for the use, maintenance, repair, protection, and preservation of Government property in accordance with sound industrial practice and the applicable provisions of subpart 45.5 of the FAR.

(3) If damage occurs to Government property, the risk of which has been assumed by the Government under this contract, the Government shall replace the items or the Carrier shall make such repairs as the Government directs. However, if the Carrier cannot effect such repairs within the time required, the Carrier shall dispose of the property as directed by the Contracting Officer. When any property for which the Government is responsible is replaced or repaired, the Contracting Officer shall make an equitable adjustment in accordance with paragraph (h) of this clause.

(4) The Carrier represents that the contract price does not include any amount for repairs or replacement for which the Government is responsible. Repair or replacement of property for which the Carrier is responsible shall be accomplished by the Carrier at its own expense.

(f) Access. The Government and all its designees shall have access at all reasonable times to the premises in which any Government property is located for the purpose of inspecting the Government property.

(g) Risk of loss. Unless otherwise provided in this contract, the Carrier assumes the risk of, and shall be responsible for, any loss or destruction of, or damage to, Government property upon its delivery to the Carrier. However, the Carrier is not responsible for reasonable wear and tear to Government property or for Government property properly consumed in performing this contract.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(h) Equitable adjustment. When this clause specifies an equitable adjustment, it shall be made to any affected contract provision in accordance with the procedures of the Changes clause. When appropriate, the Contracting Officer may initiate an equitable adjustment in favor of the Government. The right to an equitable adjustment shall be the Carrier's exclusive remedy. The Government shall not be liable to suit for breach of contract for --

(1) Any delay in delivery of Government-furnished property;

(2) Delivery of Government-furnished property in a condition not suitable for its intended use;

(3) A decrease in or substitution of Government-furnished property; or

(4) Failure to repair or replace Government property for which the Government is responsible.

(i) Final accounting and disposition of Government property. Upon completing this contract, or at such earlier dates as may be fixed by the Contracting Officer, the Carrier shall submit, in a form acceptable to the Contracting Officer, inventory schedules covering all items of Government property (including any resulting scrap) not consumed in performing this contract or delivered to the Government. The Carrier shall prepare for shipment, deliver f.o.b. origin, or dispose of the Government property as may be directed or authorized by the Contracting Officer. The net proceeds of any such disposal shall be credited to the contract price or shall be paid to the Government as the Contracting Officer directs.

(j) Abandonment and restoration of Carrier's premises. Unless otherwise provided herein, the Government -

(1) May abandon any Government property in place, at which time all obligations of the Government regarding such abandoned property shall cease; and

(2) Has no obligation to restore or rehabilitate the Carrier's premises under any circumstances (e.g., abandonment, disposition upon completion of need, or upon contract completion). However, if the Government-furnished property is withdrawn or is unsuitable for the intended use, or if other Government property is substituted, then the equitable adjustment under paragraph (h) of this clause may properly include restoration or rehabilitation costs.

(k) Communications. All communications under this clause shall be in writing.

(l) Overseas contracts. If this contract is to be performed outside of the United States of America, its territories, or possessions, the words "Government" and "Government- furnished" (wherever they appear in this clause) shall be construed as "United States Government" and "United States Government-furnished", respectively.

SECTION 5.41
LIMITATION OF LIABILITY -- SERVICES (FEB 1997) (FAR 52.246-25)

(a) Except as provided in paragraphs (b) and (c) below, and except to the extent that the Contractor is expressly responsible under this contract for deficiencies in the services required to be performed under it (including any materials furnished in conjunction with those services), the Contractor shall not be liable for loss of or damage to property of the Government that (1) occurs after Government acceptance of services performed under this contract and (2) results from any defects or deficiencies in the services performed or materials furnished.

(b) The limitation of liability under paragraph (a) above shall not apply when a defect or deficiency in, or the Government's acceptance of, services performed or materials furnished results from willful misconduct or lack of good faith on the part of any of the Contractor's managerial

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

personal. The term Contractor's managerial personnel, as used in this clause, means the Contractor's directors, officers, and any of the Contractor's managers, superintendents, or equivalent representatives who have supervision or direction of --

(1) All or substantially all of the Contractor's business;

(2) All or substantially all of the Contractor's operations at any one plant, laboratory, or separate location at which the contract is being performed; or

(3) A separate and complete major industrial operation connected with the performance of this contract.

(c) If the Contractor carries insurance, or has established a reserve for self-insurance, covering liability for loss or damage suffered by the Government through the Contractor's performance of services or furnishing of materials under this contract, the Contractor shall be liable to the Government, to the extent of such insurance or reserve, for loss of or damage to property of the Government occurring after Government acceptance of, and resulting from any defects and deficiencies in, services performed or materials furnished under this contract.

SECTION 5.42
PREFERENCE FOR U.S.-FLAG AIR CARRIERS (JUN 2003) (FAR 52.247-63)

a) *Definitions*. As used in this clause-

"International air transportation" means transportation by air between a place in the United States and a place outside the United States or between two places both of which are outside the United States.

"United States" means the 50 States, the District of Columbia, and outlying areas.

"U.S.-flag air Carrier" means an air Carrier holding a certificate under 49 U.S.C. Chapter 411.

(b) Section 5 of the International Air Transportation Fair Competitive Practices Act of 1974 (49 U.S.C. 40118) (Fly America Act) requires that all Federal agencies and Government contractors and subcontractors use U.S.-flag air Carriers for U.S. Government-financed international air transportation of personnel (and their personal effects) or property, to the extent that service by those Carriers is available. It requires the Comptroller General of the United States, in the absence of satisfactory proof of the necessity for foreign-flag air transportation, to disallow expenditures from funds, appropriated or otherwise established for the account of the United States, for international air transportation secured aboard a foreign-flag air Carrier if a U.S.-flag air Carrier is available to provide such services.

(c) If available, the Contractor, in performing work under this contract, shall use U.S.-flag Carriers for international air transportation of personnel (and their personal effects) or property.

(d) In the event that the Contractor selects a Carrier other than a U.S.-flag air Carrier for international air transportation, the Contractor shall include a statement on vouchers involving such transportation essentially as follows:

STATEMENT OF UNAVAILABILITY OF U.S.-FLAG AIR CARRIERS

International air transportation of persons (and their personal effects) or property by U.S.-flag air Carrier was not available or it was necessary to use foreign-flag air Carrier service for the following reasons (see section 47.403 of the Federal Acquisition Regulation):

(State reasons): (End of statement)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(e) The Contractor shall include the substance of this clause, including this paragraph (e), in each subcontract or purchase under this contract that may involve international air transportation.

SECTION 5.43
GOVERNMENT SUPPLY SOURCES (APR 2012) (FAR 52.251-1)

The Contracting Officer may issue the Contractor an authorization to use Government supply sources in the performance of this contract. Title to all property acquired by the Contractor under such an authorization shall vest in the Government unless otherwise specified in the contract. The provisions of the clause at FAR 52.245-1, Government Property, apply to all property acquired under such authorization.

SECTION 5.44
AUTHORIZED DEVIATIONS IN CLAUSES (APR 1984) (FAR 52.252-6)

(a) The use in this solicitation or contract of any Federal Acquisition Regulation (48 CFR Chapter 1) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the date of the clause.

(b) The use in this solicitation or contract of any Federal Employees Health Benefits Acquisition Regulation (48 CFR Chapter 16) clause with an authorized deviation is indicated by the addition of "(DEVIATION)" after the name of the regulation.

SECTION 5.45
LIMITATION ON PAYMENTS TO INFLUENCE CERTAIN FEDERAL TRANSACTIONS (OCT 2010) (FAR 52.203-12)

(a) *Definitions*. As used in this clause—

"Agency" means "executive agency" as defined in Federal Acquisition Regulation (FAR) 2.101.

"Covered Federal action" means any of the following actions:

(1) Awarding any Federal contract.

(2) Making any Federal grant.

(3) Making any Federal loan.

(4) Entering into any cooperative agreement.

(5) Extending, continuing, renewing, amending, or modifying any Federal contract, grant, loan, or cooperative agreement.

"Indian tribe" and "tribal organization" have the meaning provided in section 4 of the Indian Self-Determination and Education Assistance Act (25 U.S.C. 450b) and include Alaskan Natives.

"Influencing or attempting to influence" means making, with the intent to influence, any communication to or appearance before an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any covered Federal action.

"Local government" means a unit of government in a State and, if chartered, established, or otherwise recognized by a State for the performance of a governmental duty, including a local

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

public authority, a special district, an intrastate district, a council of governments, a sponsor group representative organization, and any other instrumentality of a local government.

"Officer or employee of an agency" includes the following individuals who are employed by an agency:

(1) An individual who is appointed to a position in the Government under Title 5, United States Code, including a position under a temporary appointment.

(2) A member of the uniformed services, as defined in subsection 101(3), Title 37, United States Code.

(3) A special Government employee, as defined in section 202, Title 18, United States Code.

(4) An individual who is a member of a Federal advisory committee, as defined by the Federal Advisory Committee Act, Title 5, United States Code, appendix 2.

"Person" means an individual, corporation, company, association, authority, firm, partnership, society, State, and local government, regardless of whether such entity is operated for profit, or not for profit. This term excludes an Indian tribe, tribal organization, or any other Indian organization eligible to receive Federal contracts, grants, cooperative agreements, or loans from an agency, but only with respect to expenditures by such tribe or organization that are made for purposes specified in paragraph (b) of this clause and are permitted by other Federal law.

"Reasonable compensation" means, with respect to a regularly employed officer or employee of any person, compensation that is consistent with the normal compensation for such officer or employee for work that is not furnished to, not funded by, or not furnished in cooperation with the Federal Government.

"Reasonable payment" means, with respect to professional and other technical services, a payment in an amount that is consistent with the amount normally paid for such services in the private sector.

"Recipient" includes the Contractor and all subcontractors. This term excludes an Indian tribe, tribal organization, or any other Indian organization eligible to receive Federal contracts, grants, cooperative agreements, or loans from an agency, but only with respect to expenditures by such tribe or organization that are made for purposes specified in paragraph (b) of this clause and *are* permitted by other Federal law.

"Regularly employed" means, with respect to an officer or employee of a person requesting or receiving a Federal contract, an officer or employee who is employed by such person for at least 130 working days within 1 year immediately preceding the date of the submission that initiates agency consideration of such person for receipt of such contract. An officer or employee who is employed by such person for less than 130 working days within 1 year immediately preceding the date of the submission that initiates agency consideration of such person shall be considered to be regularly employed as soon as he or she is employed by such person for 130 working days.

"State" means a State of the United States, the District of Columbia, or an outlying area of the United States, an agency or instrumentality of a State, and multi-State, regional, or interstate entity having governmental duties and powers.

(b) *Prohibition.* 31 U.S.C. 1352 prohibits a recipient of a Federal contract, grant, loan, or cooperative agreement from using appropriated funds to pay any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with any covered Federal actions. In accordance with 31 U.S.C. 1352 the Contractor shall not use appropriated funds to pay any person for influencing or attempting to influence an officer or

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

employee of any agency, a Member of Congress, an officer or employee of Congress, or an employee of a Member of Congress in connection with the award of this contractor the extension, continuation, renewal, amendment, or modification of this contract.

(1) The term *appropriated funds* does not include profit or fee from a covered Federal action.

(2) To the extent the Contractor can demonstrate that the Contractor has sufficient monies, other than Federal appropriated funds, the Government will assume that these other monies were spent for any influencing activities that would be unallowable if paid for with Federal appropriated funds.

(c) *Exceptions.* The prohibition in paragraph (b) of this clause does not apply under the following conditions:

(1) *Agency and legislative liaison by Contractor employees.*

(i) Payment of reasonable compensation made to an officer or employee of the Contractor if the payment is for agency and legislative liaison activities not directly related to this contract. For purposes of this paragraph, providing any information specifically requested by an agency or Congress is permitted at any time.

(ii) Participating with an agency in discussions that are not related to a specific solicitation for any covered Federal action, but that concern—

(A) The qualities and characteristics (including individual demonstrations) of the person's products or services, conditions or terms of sale, and service capabilities; or

(B) The application or adaptation of the person's products or services for an agency's use.

(iii) Providing prior to formal solicitation of any covered Federal action any information not specifically requested but necessary for an agency to make an informed decision about initiation of a covered Federal action;

(iv) Participating in technical discussions regarding the preparation of an unsolicited proposal prior to its official submission; and

(v) Making capability presentations prior to formal solicitation of any covered Federal action by persons seeking awards from an agency pursuant to the provisions of the Small Business Act, as amended by Pub. L. 95-507, and subsequent amendments.

(2) *Professional and technical services.*

(i) A payment of reasonable compensation made to an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered Federal action, if payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of any bid, proposal, or application for that Federal action or for meeting requirements imposed by or pursuant to law as a condition for receiving that Federal action.

(ii) Any reasonable payment to a person, other than an officer or employee of a person requesting or receiving a covered Federal action or an extension, continuation, renewal, amendment, or modification of a covered Federal action if the payment is for professional or technical services rendered directly in the preparation, submission, or negotiation of any bid, proposal, or application for that Federal action or for meeting requirements imposed by or pursuant to law as a condition for receiving that Federal action. Persons other than officers or employees of a person requesting or receiving a covered Federal action include consultants and trade associations.

Case 1:25-cv-00860-RDM Document 32-2 Filed 05/27/25 Page 87 of 1392 Page ID #: 3211

(iii) As used in paragraph (c)(2) of this clause, "professional and technical services" are limited to advice and analysis directly applying any professional or technical discipline (for examples, see FAR 3.803(a)(2)(iii)).

(iv) Requirements imposed by or pursuant to law as a condition for receiving a covered Federal award include those required by law or regulation and any other requirements in the actual award documents.

(3) Only those communications and services expressly authorized by paragraphs (c)(1) and (2) of this clause are permitted.

(d) *Disclosure*.

(1) If the Contractor did not submit OMB Standard Form LLL, Disclosure of Lobbying Activities, with its offer, but registrants under the Lobbying Disclosure Act of 1995 have subsequently made a lobbying contact on behalf of the Contractor with respect to this contract, the Contractor shall complete and submit OMB Standard Form LLL to provide the name of the lobbying registrants, including the individuals performing the services.

(2) If the Contractor did submit OMB Standard Form LLL disclosure pursuant to paragraph (d) of the provision at FAR 52.203-11, Certification and Disclosure Regarding Payments to Influence Certain Federal Transactions, and a change occurs that affects Block 10 of the OMB Standard Form LLL (name and address of lobbying registrant or individuals performing services), the Contractor shall, at the end of the calendar quarter in which the change occurs, submit to the Contracting Officer within 30 days an updated disclosure using OMB Standard Form LLL.

(e) *Penalties*.

(1) Any person who makes an expenditure prohibited under paragraph (b) of this clause or who fails to file or amend the disclosure to be filed or amended by paragraph (d) of this clause shall be subject to civil penalties as provided for by 31 U.S.C. 1352. An imposition of a civil penalty does not prevent the Government from seeking any other remedy that may be applicable.

(2) Contractors may rely without liability on the representation made by their subcontractors in the certification and disclosure form.

(f) *Cost allowability*. Nothing in this clause makes allowable or reasonable any costs which would otherwise be unallowable or unreasonable. Conversely, costs made specifically unallowable by the requirements in this clause will not be made allowable under any other provision.

(g) *Subcontracts*.

(1) The Contractor shall obtain a declaration, including the certification and disclosure in paragraphs (c) and (d) of the provision at FAR 52.203-11, Certification and Disclosure Regarding Payments to Influence Federal Transactions, from each person requesting or receiving a subcontract exceeding $150,000 under this contract. The Contractor or subcontractor that awards the subcontract shall retain the declaration.

(2) A copy of each subcontractor disclosure form (but not certifications) shall be forwarded from tier to tier until received by the prime Contractor. The prime Contractor shall, at the end of the calendar quarter in which the disclosure form is submitted by the subcontractor, submit to the Contracting Officer within 30 days a copy of all disclosures. Each subcontractor certification shall be retained in the subcontract file of the awarding Contractor.

(3) The Contractor shall include the substance of this clause, including this paragraph (g), in any subcontract exceeding $150,000.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

SECTION 5.46
[RESERVED]

SECTION 5.47
PROTECTING THE GOVERNMENT'S INTEREST WHEN SUBCONTRACTING WITH
CONTRACTORS DEBARRED, SUSPENDED OR PROPOSED FOR DEBARMENT (OCT
2015) (FAR 52.209-6)

(a) Definition. "Commercially available off-the-shelf (COTS)" item, as used in this
clause—
(1) Means any item of supply (including construction material) that is—
(i) A commercial item (as defined in paragraph (1) of the definition in FAR 2.101);
(ii) Sold in substantial quantities in the commercial marketplace; and
(iii) Offered to the Government, under a contract or subcontract at any tier, without
modification, in the same form in which it is sold in the commercial marketplace; and
(2) Does not include bulk cargo, as defined in 46 U.S.C. 40102(4), such as agricultural
products and petroleum products.
(b) The Government suspends or debars Contractors to protect the Government's
interests. Other than a subcontract for a commercially available off-the-shelf item, the
Contractor shall not enter into any subcontract, in excess of $35,000 with a Contractor that is
debarred, suspended, or proposed for debarment by any executive agency unless there is a
compelling reason to do so.
(c) The Contractor shall require each proposed subcontractor whose subcontract will
exceed $35,000, other than a subcontractor providing a commercially available off-the-shelf
item, to disclose to the Contractor, in writing, whether as of the time of award of the subcontract,
the subcontractor, or its principals, is or is not debarred, suspended, or proposed for debarment
by the Federal Government.
(d) A corporate officer or a designee of the Contractor shall notify the Contracting
Officer, in writing, before entering into a subcontract with a party (other than a subcontractor
providing a commercially available off-the-shelf item) that is debarred, suspended, or proposed
for debarment (see FAR 9.404 for information on the System for Award Management (SAM)
Exclusions). The notice must include the following:
(1) The name of the subcontractor.
(2) The Contractor's knowledge of the reasons for the subcontractor being listed with an
exclusion in SAM.
(3) The compelling reason(s) for doing business with the subcontractor notwithstanding
its being listed with an exclusion in SAM.
(4) The systems and procedures the Contractor has established to ensure that it is fully
protecting the Government's interests when dealing with such subcontractor in view of the
specific basis for the party's debarment, suspension, or proposed debarment.
(e) Subcontracts. Unless this is a contract for the acquisition of commercial items, the
Contractor shall include the requirements of this clause, including this paragraph (e)
(appropriately modified for the identification of the parties), in each subcontract that—
(1) Exceeds $35,000 in value; and
(2) Is not a subcontract for commercially available off-the-shelf items.

Case 1:25-cv-00060-JJM-PAS Document 12-2 Filed 05/27/25 Page 89 of 384 PageID #: 3213

SECTION 5.48
BANKRUPTCY (JUL 1995) (FAR 52.242-13)

In the event the Contractor enters into proceedings relating to bankruptcy, whether voluntary or involuntary, the Contractor agrees to furnish, by certified mail or electronic commerce method authorized by the contract, written notification of the bankruptcy to the Contracting Office responsible for administering the contract. This notification shall be furnished within five days of the initiation of the proceedings relating to bankruptcy filing. This notification shall include the date on which the bankruptcy petition was filed, the identity of the court in which the bankruptcy petition was filed, and a listing of Government contract numbers and contracting offices for all Government contracts against which final payment has not been made. This obligation remains in effect until final payment under this contract.

SECTION 5.49
FEHBP TERMINATION FOR CONVENIENCE OF THE GOVERNMENT--NEGOTIATED BENEFITS CONTRACTS (JAN 1998) (FEHBAR 1652.249-71)

(a) The Government may terminate performance of work under this contract in whole or, from time to time, in part if the Contracting Officer determines that a termination is in the Government's interest. The Contracting Officer shall terminate by delivering to the Carrier a Notice of Termination specifying the extent of terminating and the effective date.

(b) After receipt of a Notice of Termination, and except as directed by the Contracting Officer, the Carrier shall immediately proceed with the following obligations, regardless of any delay in determining or adjusting any amounts due under this clause:

(1) Stop work as specified in the notice.

(2) Place no further subcontracts except as necessary to complete the continued portion of the contract.

(3) Terminate all subcontracts to the extent they relate to the work terminated.

(4) Assign to the Government, as directed by the Contracting Officer, all right, title, and interest of the Carrier under the subcontracts terminated, in which case the Government shall have the right to settle or to pay any termination settlement proposal arising out of those terminations.

(5) With approval or ratification to the extent required by the Contracting Officer, settle all outstanding liabilities and termination settlement proposals arising from the termination of subcontracts; the approval or ratification will be final for purposes of this clause.

(6) As directed by the Contracting Officer, deliver to the Government any data, reports, or studies that, if the contract had been completed, would be required to be furnished to the Government.

(7) Complete performance of the work not terminated.

(c) After termination, the Carrier shall submit a final termination settlement proposal to the Contracting Officer in the form and with the certification prescribed by the Contracting Officer. The Carrier shall submit the proposal promptly, but no later than 1 year from the effective date of termination, unless extended in writing by the Contracting Officer upon written request of the Carrier within this 1-year period. However, if the Contracting Officer determines that the facts justify it, a termination settlement proposal may be received and acted on after 1

Case 1:25-cv-00684-JJM-PAS Document 2-2 Filed 05/27/25 Page 99 of 1385 PageID #: 3214

year or any extension.  If the Carrier fails to submit the proposal within the time allowed, the Contracting Officer may determine, on the basis of information available, the amount, if any, due the Carrier because of the termination and shall pay the amount determined.

(d)  Subject to paragraph (c) of this clause, the Carrier and the Contracting Officer may agree upon the whole or any part of the amount to be paid or remaining to be paid because of the termination.  The amount may include a reasonable allowance for profit on work done.  However, the agreed amount, whether under this paragraph (d) or paragraph (e) of this clause, exclusive of costs shown in subparagraph (e)(3) of this clause, may not exceed the total contract price as reduced by (1) the amount of payments previously made and (2) the contract price of work not terminated.  The contract shall be modified, and the Carrier paid the agreed amount.  Paragraph (e) of this clause shall not limit, restrict, or affect the amount that may be agreed upon to be paid under this paragraph.

(e)  If the Carrier and the Contracting Officer fail to agree on the whole amount to be paid because of the termination of work, the Contracting Officer shall pay the Carrier the amounts determined by the Contracting Officer as follows, but without duplication of any amounts agreed on under paragraph (d) above:

(1)  The contract price for completed services accepted by the Government not previously paid for.

(2)  The total of--

(i)  The costs incurred in the performance of the work terminated, including initial costs and preparatory expense allocable thereto, but excluding any costs attributable to services paid or to be paid under paragraph (e)(1) of this clause;

(ii)  The cost of settling and paying termination settlement proposals under terminated subcontracts that are properly chargeable to the terminated portion of the contract if not included in subdivision (e)(2)(i) of this clause; and

(iii) A sum, as profit on subdivision (e)(2)(i) of this clause, determined by the Contracting Officer under 49.202 of the Federal Acquisition Regulation, in effect on the date of this contract, to be fair and reasonable.

(3)  The reasonable costs of settlement of the work terminated, including--

(i)  Accounting, legal, clerical, and other expenses reasonably necessary for the preparation of termination settlement proposals and supporting data;

(ii) The termination and settlement of subcontracts (excluding the amounts of such settlements); and

(f)  The cost principles and procedures of part 31 of the Federal Acquisition Regulation, in effect on the date of this contract, shall govern all costs claimed, agreed to, or determined under this clause.

(g)  The Carrier shall have the right of appeal, under the Disputes clause, from any determination made by the Contracting Officer under paragraph (c), (e), or (i) of this clause, except that if the Carrier failed to submit the termination settlement proposal or request for equitable adjustment within the time provided in paragraph (c) or (i), respectively, and failed to request a time extension, there is no right of appeal.

(h)  In arriving at the amount due the Carrier under this clause, there shall be deducted--

(1) All unliquidated advance or other payments to the Carrier under the terminated portion of this contract;

(2) Any claim which the Government has against the Carrier under this contract; and

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(i) If the termination is partial, the Carrier may file a proposal with the Contracting Officer for an equitable adjustment of the price(s) of the continued portion of the contract. The Contracting Officer shall make any equitable adjustment agreed upon. Any proposal by the Carrier for an equitable adjustment under this clause shall be requested within 90 days from the effective date of termination unless extended in writing by the Contracting Officer.

(j)(1) The Government may, under the terms and conditions it prescribes, make partial payments and payments against costs incurred by the Carrier for the terminated portion of the contract, if the Contracting Officer believes the total of these payments will not exceed the amount to which the Carrier will be entitled.

(2) If the total payments exceed the amount finally determined to be due, the Carrier shall repay the excess to the Government upon demand, together with interest computed at the rate established by the Secretary of the Treasury under 50 U.S.C. App. 1215(b)(2). Interest shall be computed for the period from the date the excess payment is received by the Carrier to the date the excess is repaid.

(k) Unless otherwise provided in this contract or by statute, the Carrier shall maintain all records and documents relating to the terminated portion of this contract for 3 years after final settlement. This includes all books and other evidence bearing on the Carrier's costs and expenses under this contract. The Carrier shall make these records and documents available to the Government, at the Carrier's office, at all reasonable times, without any direct charge. If approved by the Contracting Officer, photographs, microphotographs, or other authentic reproductions may be maintained instead of original records and documents.

SECTION 5.50
FEHBP TERMINATION FOR DEFAULT-- NEGOTIATED BENEFITS CONTRACTS (JAN 1998) (FEHBAR 1652.249-72)

(a) (1) The Government may, subject to paragraphs (c) and (d) below, by written notice of default to the Carrier, terminate this contract in whole or in part if the Carrier fails to--

(i) Perform the services within the time specified in this contract or any extension;

(ii) Make progress, so as to endanger performance of this contract (but see subparagraph (a)(2) below); or

(iii) Perform any of the other provisions of this contract (but see subparagraph (a)(2) below).

(2) The Government's right to terminate this contract under subdivisions (1)(ii) and (1)(iii) above, may be exercised if the Carrier does not cure such failure within 10 days (or more if authorized in writing by the Contracting Officer) after receipt of the notice from the Contracting Officer specifying the failure.

(b) If the Government terminates this contract in whole or in part, it may acquire, under the terms and in the manner the Contracting Officer considers appropriate, supplies or service similar to those terminated, and the Carrier will be liable to the Government for any excess costs for those supplies or services. However, the Carrier shall continue the work not terminated.

(c) Except for defaults of subcontractors at any tier, the Carrier shall not be liable for any excess costs if the failure to perform the contract arises from causes beyond the control and without the fault or negligence of the Carrier. Examples of such causes include (1) acts of God or of the public enemy, (2) acts of the Government in either its sovereign or contractual capacity, (3) fires, (4) floods, (5) epidemics, (6) quarantine restrictions, (7) strikes, (8) freight embargoes,

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

and (9) unusually severe weather. In each instance the failure to perform must be beyond the control and without the fault or negligence of the Carrier.

(d) If the failure to perform is caused by the default of a subcontractor at any tier, and if the cause of the default is beyond the control of both the Carrier and subcontractor, and without the fault or negligence of either, the Carrier shall not be liable for any excess costs for failure to perform, unless the subcontracted supplies or services were obtainable from other sources in sufficient time for the Carrier to meet the required delivery schedule.

(e) If this contract is terminated for default, the Government may require the Carrier to transfer title and deliver to the Government, as directed by the Contracting Officer, any completed or partially completed information and contract rights that the Carrier has specifically produced or acquired for the terminated portion of this contract.

(f) If, after termination, it is determined that the Carrier was not in default, or that the default was excusable, the rights and obligations of the parties shall be the same as if the termination had been issued for the convenience of the Government.

(g) The rights and remedies of the Government in this clause are in addition to any other rights and remedies provided by law or under this contract.

SECTION 5.51
PENSION ADJUSTMENTS AND ASSET REVERSIONS (OCT 2010) (FAR 52.215-15)

(a) The Contractor shall promptly notify the Contracting Officer in writing when it determines that it will terminate a defined benefit pension plan or otherwise recapture such pension fund assets.

(b) For segment closings, pension plan terminations, or curtailment of benefits, the amount of the adjustment shall be-

(1) For contracts and subcontracts that are subject to full coverage under the Cost Accounting Standards (CAS) Board rules and regulations (48 CFR Chapter 99), the amount measured, assigned, and allocated in accordance with 48 CFR 9904.413-50(c)(12); and

(2) For contracts and subcontracts that are not subject to full coverage under the CAS, the amount measured, assigned, and allocated in accordance with 48 CFR 9904.413-50(c)(12), except the numerator of the fraction at 48 CFR 9904.413-50(c)(12)(vi) shall be the sum of the pension plan costs allocated to all non-CAS-covered contracts and subcontracts that are subject to Federal Acquisition Regulation (FAR) Subpart 31.2 or for which certified cost or pricing data were submitted.

(c) For all other situations where assets revert to the Contractor, or such assets are constructively received by it for any reason, the Contractor shall, at the Government's option, make a refund or give a credit to the Government for its equitable share of the gross amount withdrawn. The Government's equitable share shall reflect the Government's participation in pension costs through those contracts for which certified cost or pricing data were submitted or that are subject to FAR Subpart 31.2.

(d) The Contractor shall include the substance of this clause in all subcontracts under this contract that meet the applicability requirement of FAR 15.408(g).

SECTION 5.52
REVERSION OR ADJUSTMENT OF PLANS FOR POSTRETIREMENT BENEFITS (PRB)
OTHER THAN PENSIONS (JUL 2005) (FAR 52.215-18)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(a) The Contractor shall promptly notify the Contracting Officer in writing when it determines that it will terminate or reduce a PRB plan.

(b) If PRB fund assets revert, or inure to the Contractor, or are constructively received by it under a plan termination or otherwise, the Contractor shall make a refund or give a credit to the Government for its equitable share as required by 31.205-6(o)(6) of the Federal Acquisition Regulation (FAR).  When determining or agreeing on the method for recovery of the Government's equitable share, the contracting parties should consider the following methods: cost reduction, amortizing the credit over a number of years (with appropriate interest), cash refund, or some other agreed upon method. Should the parties be unable to agree on the method for recovery of the Government's equitable share, through good faith negotiations, the Contracting Officer shall designate the method of recovery.

(c)The Contractor shall insert the substance of this clause in all subcontracts that meet the applicability requirements of FAR 15.408(j).

SECTION 5.53
NOTICE TO THE GOVERNMENT OF LABOR DISPUTES (FEB 1997)
(FAR 52.222-1)

If the Contractor has knowledge that any actual or potential labor dispute is delaying or threatens to delay the timely performance of this contract, the Contractor shall immediately give notice, including all relevant information, to the Contracting Officer.

SECTION 5.54
PENALTIES FOR UNALLOWABLE COSTS (MAY 2014) (FAR 52.242-3)

(a)  Definition.  Proposal, as used in this clause, means either --

(1) A final indirect cost rate proposal submitted by the Contractor after the expiration of its fiscal year which--

(i) Relates to any payment made on the basis of billing rates; or

(ii) Will be used in negotiating the final contract price; or

(2) The final statement of costs incurred and estimated to be incurred under the Incentive Price Revision clause (if applicable), which is used to establish the final contract price.

(b) Contractors which include unallowable indirect costs in a proposal may be subject to penalties.  The penalties are prescribed in 10 U.S.C. 2324 or 41 U.S.C. chapter 43, as applicable, which is implemented in Section 42.709 of the Federal Acquisition Regulation (FAR).

(c) The Contractor shall not include in any proposal any cost that is unallowable, as defined in Subpart 2.1 of the FAR, or an executive agency supplement to the FAR.

(d) If the Contracting Officer determines that a cost submitted by the Contractor in its proposal is expressly unallowable under a cost principle in the FAR, or an executive agency supplement to the FAR, that defines the allowability of specific selected costs, the Contractor shall be assessed a penalty equal to--

(1) The amount of the disallowed cost allocated to this contract; plus

(2) Simple interest, to be computed--

(i) On the amount the Contractor was paid (whether as a progress or billing payment) in excess of the amount to which the Contractor was entitled; and

(ii) Using the applicable rate effective for each six-month interval prescribed by the Secretary of the Treasury pursuant to Pub. L. 92-41 (85 Stat. 97).

(e) If the Contracting Officer determines that a cost submitted by the Contractor in its proposal includes a cost previously determined to be unallowable for that Contractor, then the Contractor will be assessed a penalty in an amount equal to two times the amount of the disallowed cost allocated to this contract.

(f) Determinations under paragraphs (d) and (e) of this clause are final decisions within the meaning of 41 U.S.C. chapter 71, Contract Disputes.

(g) Pursuant to the criteria in FAR 42.709-5, the Contracting Officer may waive the penalties in paragraph (d) or (e) of this clause.

(h) Payment by the Contractor of any penalty assessed under this clause does not constitute repayment to the Government of any unallowable cost which has been paid by the Government to the Contractor.

SECTION 5.55
EMPLOYMENT REPORTS ON VETERANS (FEB 2016) (FAR 52.222-37)

(a) *Definitions.* As used in this clause, "active duty wartime or campaign badge veteran," "Armed Forces service medal veteran" "disabled veteran," "protected veteran," and "recently separated veteran," have the meanings given in FAR 22.1301.

(b) Unless the Contractor is a State or local government agency, the Contractor shall report at least annually, as required by the Secretary of Labor, on—

(1) The total number of employees in the contractor's workforce, by job category and hiring location, who are protected veterans (i.e., active duty wartime or campaign badge veterans, Armed Forces service medal veterans, disabled veterans and recently separated veterans);

(2) The total number of new employees hired during the period covered by the report, and of the total, the number of protected veterans (i.e., active duty wartime or campaign badge veterans, Armed Forces service medal veterans, disabled veterans, and recently separated veterans); and

(3) The maximum number and minimum number of employees of the Contractor or subcontractor at each hiring location during the period covered by the report.

(c) The Contractor shall report the above items by filing the Form VETS-4212, entitled "Federal Contractor Veterans' Employment Report" (see VETS-4212 Federal Contractor Reporting" and "Filing Your VETS-4212 Report" at http://www.dol.gov/vets/vets4212.htm)"

(d) The Contractor shall submit VETS-4212 Reports no later than September 30 of each year.

(e) The employment activity report required by paragraphs (b)(2) and (b)(3) of this clause shall reflect total new hires, and maximum and minimum number of employees, during the most recent 12-month period preceding the ending date selected for the report. Contractors may select an ending date—

(1) As of the end of any pay period between July 1 and August 31 of the year the report is due; or

(2) As of December 31, if the Contractor has prior written approval from the Equal Employment Opportunity Commission to do so for purposes of submitting the Employer Information Report EEO-1 (Standard Form 100).

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(f) The number of veterans reported must be based on data known to the contractor when completing the VETS–4212. The contractor's knowledge of veterans status may be obtained in a variety of ways, including an invitation to applicants to self-identify (in accordance with 41 CFR 60–300.42), voluntary self-disclosure by employees, or actual knowledge of veteran status by the contractor. This paragraph does not relieve an employer of liability for discrimination under 38 U.S.C. 4212.

(g) The Contractor shall insert the terms of this clause in subcontracts of $150,000 or more unless exempted by rules, regulations, or orders of the Secretary of Labor.

SECTION 5.56
AUTHORIZATION AND CONSENT (DEC 2007) (FAR 52.227-1)

(a) The Government authorizes and consents to all use and manufacture, in performing this contract or any subcontract at any tier, of any invention described in and covered by a United States patent—

(1) Embodied in the structure or composition of any article the delivery of which is accepted by the Government under this contract; or

(2) Used in machinery, tools, or methods whose use necessarily results from compliance by the Contractor or a subcontractor with (i) specifications or written provisions forming a part of this contract or (ii) specific written instructions given by the Contracting Officer directing the manner of performance. the entire liability to the Government for infringement of a United States patent shall be determined solely by the provisions of the indemnity clause, if any, included in this contract or any subcontract hereunder (including any lower-tier subcontract), and the Government assumes liability for all other infringement to the extent of the authorization and consent hereinabove granted.

(b) The Contractor shall include the substance of this clause, including this paragraph (b), in all subcontracts that are expected to exceed the simplified acquisition threshold. However, omission of this clause from any subcontract, including those at or below the simplified acquisition threshold, does not affect this authorization and consent.

SECTION 5.57
NOTICE AND ASSISTANCE REGARDING PATENT AND COPYRIGHT INFRINGEMENT (DEC 2007) (FAR 52.227-2)

a) The Contractor shall report to the Contracting Officer, promptly and in reasonable written detail, each notice or claim of patent or copyright infringement based on the performance of this contract of which the Contractor has knowledge.

(b) In the event of any claim or suit against the Government on account of any alleged patent or copyright infringement arising out of the performance of this contract or out of the use of any supplies furnished or work or services performed under this contract, the Contractor shall furnish to the Government, when requested by the Contracting Officer, all evidence and information in the Contractor's possession pertaining to such claim or suit. Such evidence and information shall be furnished at the expense of the Government except where the Contractor has agreed to indemnify the Government.

(c) The Contractor shall include the substance of this clause, including this paragraph (c), in all subcontracts that are expected to exceed the simplified acquisition threshold.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

SECTION 5.58
PAYMENT BY ELECTRONIC FUNDS TRANSFER–SYSTEM FOR AWARD
MANAGEMENT (JUL 2013) (FAR 52.232-33)

(a)  Method of payment.

(1)  All payments by the Government under this contract shall be made by electronic funds transfer (EFT), except as provided in paragraph (a)(2) of this clause.  As used in this clause, the term "EFT" refers to the funds transfer and may also include the payment information transfer.

(2) In the event the Government is unable to release one or more payments by EFT, the Contractor agrees to either—

(i)  Accept payment by check or some other mutually agreeable method of payment; or

(ii)  Request the Government to extend the payment due date until such time as the Government can make payment by EFT (but see paragraph (d) of this clause).

(b)  *Contractor's EFT information*.  The Government shall make payment to the Contractor using the EFT information contained in the System for Award Management (SAM) database.  In the event that the EFT information changes, the Contractor shall be responsible for providing the updated information to the SAM database.

(c)  *Mechanisms for EFT payment*.  The Government may make payment by EFT through either the Automated Clearing House (ACH) network, subject to the rules of the National Automated Clearing House Association, or the Fedwire Transfer System.  The rules governing Federal payments through the ACH are contained in 31 CFR Part 210.

(d) *Suspension of payment*.  If the Contractor's EFT information in the SAM database is incorrect, then the Government need not make payment to the Contractor under this contract until correct EFT information is entered into the SAM database; and any invoice or contract financing request shall be deemed not to be a proper invoice for the purpose of prompt payment under this contract. The prompt payment terms of the contract regarding notice of an improper invoice and delays in accrual of interest penalties apply.

(e) Liability for uncompleted or erroneous transfers.

(1) If an uncompleted or erroneous transfer occurs because the Government used the Contractor's EFT information incorrectly, the Government remains responsible for—

(i) Making a correct payment;

(ii) Paying any prompt payment penalty due; and

(iii) Recovering any erroneously directed funds.

(2) If an uncompleted or erroneous transfer occurs because the Contractor's EFT information was incorrect, or was revised within 30 days of Government release of the EFT payment transaction instruction to the Federal Reserve System, and—

(i) If the funds are no longer under the control of the payment office, the Government is deemed to have made payment and the Contractor is responsible for recovery of any erroneously directed funds; or

(ii) If the funds remain under the control of the payment office, the Government shall not make payment, and the provisions of paragraph (d) of this clause shall apply.

(f) *EFT and prompt payment*.  A payment shall be deemed to have been made in a timely manner in accordance with the prompt payment terms of this contract if, in the EFT payment transaction instruction released to the Federal Reserve System, the date specified for settlement

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

of the payment is on or before the prompt payment due date, provided the specified payment date is a valid date under the rules of the Federal Reserve System.

(g) *EFT and assignment of claims*. If the Contractor assigns the proceeds of this contract as provided for in the assignment of claims terms of this contract, the Contractor shall require as a condition of any such assignment, that the assignee shall register separately in the SAM database and shall be paid by EFT in accordance with the terms of this clause. Notwithstanding any other requirement of this contract, payment to an ultimate recipient other than the Contractor, or a financial institution properly recognized under an assignment of claims pursuant to Subpart 32.8, is not permitted. In all respects, the requirements of this clause shall apply to the assignee as if it were the Contractor. EFT information that shows the ultimate recipient of the transfer to be other than the Contractor, in the absence of a proper assignment of claims acceptable to the Government, is incorrect EFT information within the meaning of paragraph (d) of this clause.

(h) *Liability for change of EFT information by financial agent*. The Government is not liable for errors resulting from changes to EFT information made by the Contractor's financial agent.

(i) *Payment information*. The payment or disbursing office shall forward to the Contractor available payment information that is suitable for transmission as of the date of release of the EFT instruction to the Federal Reserve System. The Government may request the Contractor to designate a desired format and method(s) for delivery of payment information from a list of formats and methods the payment office is capable of executing. However, the Government does not guarantee that any particular format or method of delivery is available at any particular payment office and retains the latitude to use the format and delivery method most convenient to the Government. If the Government makes payment by check in accordance with paragraph (a) of this clause, the Government shall mail the payment information to the remittance address contained in the SAM database.

SECTION 5.59
PROHIBITION OF SEGREGATED FACILITIES (APR 2015) (FAR 52.222-21)

(a) Definitions. As used in this clause

"Gender identity" has the meaning given by the Department of Labor's Office of Federal Contract Compliance Programs, and is found at www.dol.gov/ofccp/LGBT/LGBT_FAQs.html.

"Segregated facilities", means any waiting rooms, work areas, rest rooms and wash rooms, restaurants and other eating areas, time clocks, locker rooms and other storage or dressing areas, parking lots, drinking fountains, recreation or entertainment areas, transportation, and housing facilities provided for employees, that are segregated by explicit directive or are in fact segregated on the basis of race, color, religion, sex, sexual orientation, gender identity, or national origin because of written or oral policies or employee custom. The term does not include separate or single-user rest rooms or necessary dressing or sleeping areas provided to assure privacy between the sexes.

"Sexual orientation" has the meaning given by the Department of Labor's Office of Federal Contract Compliance Programs, and is found at www.dol.gov/ofccp/LGBT/LGBT_FAQs.html.

(b) The Contractor agrees that it does not and will not maintain or provide for its employees any segregated facilities at any of its establishments, and that it does not and will not

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

permit its employees to perform their services at any location under its control where segregated facilities are maintained. The Contractor agrees that a breach of this clause is a violation of the Equal Opportunity clause in this contract.

(c) The Contractor shall include this clause in every subcontract and purchase order that is subject to the Equal Opportunity clause of this contract.

SECTION 5.60
SUBCONTRACTS FOR COMMERCIAL ITEMS (NOV 2017) (FAR 52.244-6)

(a) Definitions. As used in this clause —

"Commercial item" and "commercially available off-the-shelf item" have the meanings contained in Federal Acquisition Regulation 2.101, Definitions.

"Subcontract" includes a transfer of commercial items between divisions, subsidiaries, or affiliates of the Contractor or subcontractor at any tier.

(b) To the maximum extent practicable, the Contractor shall incorporate, and require its subcontractors at all tiers to incorporate, commercial items or non-developmental items as components of items to be supplied under this contract.

(c)(1) The Contractor shall insert the following clauses in subcontracts for commercial items:

(i) 52.203-13, Contractor Code of Business Ethics and Conduct (Oct 2015) (41 U.S.C. 3509), if the subcontract exceeds $5.5 million and has a performance period of more than 120 days.  In altering this clause to identify the appropriate parties, all disclosures of violation of the civil False Claims Act or of Federal criminal law shall be directed to the agency Office of the Inspector General, with a copy to the Contracting Officer.

(ii) 52.203-15, Whistleblower Protections Under the American Recovery and Reinvestment Act of 2009 (Jun 2010) (Section 1553 of Pub. L. 111-5), if the subcontract is funded under the Recovery Act.

(iii) 52.203-19, Prohibition on Requiring Certain Internal Confidentiality Agreements or Statements (JAN 2017).

(iv) 52.204–21, Basic Safeguarding of Covered Contractor Information Systems   (June, 2016), other than subcontracts for commercially available off-the-shelf items, if    flow down is required in accordance with paragraph (c) of FAR clause 52.204–21.

(v) 52.219-8, Utilization of Small Business Concerns (Nov 2014) (15 U.S.C. 637(d)(2) and (3)), if the subcontract offers further subcontracting opportunities.  If the subcontract (except subcontracts to small business concerns) exceeds $700,000 ($1.5 million for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(vi) 52.222-21 Prohibition of Segregated Facilities (Apr 2015)

(vii) 52.222-26, Equal Opportunity (Apr 2015) (E.O. 11246).

(viii) 52.222-35, Equal Opportunity for Veterans (Oct 2015) (38 U.S.C. 4212(a).

(ix) 52.222-36, Equal Opportunity for Workers with Disabilities (Jul 2014) (29 U.S.C. 793).

(x) 52.222-37, Employment Reports on Veterans (Feb 2016) (38 U.S.C. 4212).

(xi) 52.222-40, Notification of Employee Rights Under the National Labor Relations Act (Dec 2010) (E.O. 13496), if flow down is required in accordance with        paragraph (f) of FAR clause 52.222-40.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

Case 1:25-cv-00630-MRD-AS Document 2-1 Filed 05/27/25 Page 99 of 1894 Page ID #: 3223

(xii)(A) 52.222-50, Combating Trafficking in Persons (Mar 2015) (22 U.S.C. chapter 78 and E.O. 13627).

(B) Alternate I (MAR 2015) of 52.222-50 (22 U.S.C. chapter 78 and E.O. 13627).

(xiii) 52.222-55, Minimum Wages under Executive Order 13658 (Dec 2015), if flow down is required in accordance with paragraph (k) of FAR clause 52.222-55.

(xiv) 52.222-62, Paid Sick Leave Under Executive Order 13706 (Jan 2017) (E.O. 13706), if flowdown is required in accordance with paragraph (m) of FAR clause 52.222-62.

(xv)(A) 52.224-3, Privacy Training (Jan 2017) (5 U.S.C. 552a) if flow down is required in accordance with 52.224-3(f).

(B) Alternate I (Jan 2017) of 52.224-3, if flow down is required in accordance with 52.224-3(f) and the agency specifies that only its agency-provided training is acceptable).

(xvi) 52.225-26, Contractors Performing Private Security Functions Outside the United States (Oct 2016) (Section 862, as amended, of the National Defense Authorization Act for Fiscal Year 2008; 10 U.S.C. 2302 Note).

(xvii) 52.232-40, Providing Accelerated Payments to Small Business Subcontractors (Dec 2013), if flow down is required in accordance with paragraph (c) of FAR clause 52.232-40.

(xviii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Feb 2006) (46 U.S.C. App. 1241 and 10 U.S.C. 2631), if flow down is required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the Contractor may flow down to subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(d) The Contractor shall include the terms of this clause, including this paragraph (d), in subcontracts awarded under this contract.

SECTION 5.61
NOTIFICATION OF EMPLOYEE RIGHTS UNDER NATIONAL LABOR RELATIONS ACT (DEC 2010)

(a) During the term of this contract, the Contractor shall post an employee notice, of such size and in such form, and containing such content as prescribed by the Secretary of Labor, in conspicuous places in and about its plants and offices where employees covered by the National Labor Relations Act engage in activities relating to the performance of the contract, including all places where notices to employees are customarily posted both physically and electronically, in the languages employees speak, in accordance with 29 CFR 471.2(d) and (f).

(1) Physical posting of the employee notice shall be in conspicuous places in and about the Contractor's plants and offices so that the notice is prominent and readily seen by employees who are covered by the National Labor Relations Act and engage in activities related to the performance of the contract.

(2) If the Contractor customarily posts notices to employees electronically, then the Contractor shall also post the required notice electronically by displaying prominently, on any Web site that is maintained by the Contractor and is customarily used for notices to employees about terms and conditions of employment, a link to the Department of Labor's Web site that contains the full text of the poster. The link to the Department's Web site, as referenced in (b)(3) of this section, must read, ''Important Notice about Employee Rights to Organize and Bargain Collectively with Their Employers.''

(b) This required employee notice, printed by the Department of Labor, may be—

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(1) Obtained from the Division of Interpretations and Standards, Office of Labor-Management Standards, U.S. Department of Labor, 200 Constitution Avenue, NW., Room N–5609, Washington, DC 20210, (202) 693–0123, or from any field office of the Office of Labor-Management Standards or Office of Federal Contract Compliance Programs;

(2) Provided by the Federal contracting agency if requested;

(3) Downloaded from the Office of Labor-Management Standards Web site at *http://www.dol.gov/olms/regs/compliance/EO13496.htm;* or

(4) Reproduced and used as exact duplicate copies of the Department of Labor's official poster.

(c) The required text of the employee notice referred to in this clause is located at Appendix A, Subpart A, 29 CFR Part 471.

(d) The Contractor shall comply with all provisions of the employee notice and related rules, regulations, and orders of the Secretary of Labor.

(e) In the event that the Contractor does not comply with the requirements set forth in paragraphs (a) through (d) of this clause, this contract may be terminated or suspended in whole or in part, and the Contractor may be suspended or debarred in accordance with 29 CFR 471.14 and subpart 9.4. Such other sanctions or remedies may be imposed as are provided by 29 CFR part 471, which implements Executive Order 13496 or as otherwise provided by law.

(f) *Subcontracts.*

(1) The Contractor shall include the substance of this clause, including this paragraph (f), in every subcontract that exceeds $10,000 and will be performed wholly or partially in the United States, unless exempted by the rules, regulations, or orders of the Secretary of Labor issued pursuant to section 3 of Executive Order 13496 of January 30, 2009, so that such provisions will be binding upon each subcontractor.

(2) The Contractor shall not procure supplies or services in a way designed to avoid the applicability of Executive Order 13496 or this clause.

(3) The Contractor shall take such action with respect to any such subcontract as may be directed by the Secretary of Labor as a means of enforcing such provisions, including the imposition of sanctions for noncompliance.

(4) However, if the Contractor becomes involved in litigation with a subcontractor, or is threatened with such involvement, as a result of such direction, the Contractor may request the United States, through the Secretary of Labor, to enter into such litigation to protect the interests of the United States.

SECTION 5.62
APPLICABLE LAW FOR BREACH OF CONTRACT CLAIM (OCT 2004) (FAR 52.233-4)

United States law will apply to resolve any claim of breach of this contract.

SECTION 5.63
SYSTEM FOR AWARD MANAGEMENT (OCT 2016) (FAR 52.204-7)

(a) Definitions. As used in this provision—
"Electronic Funds Transfer (EFT) indicator" means a four-character suffix to the unique entity identifier. The suffix is assigned at the discretion of the commercial, nonprofit, or Government

entity to establish additional System for Award Management records for identifying alternative EFT accounts (see subpart 32.11) for the same entity.

"Registered in the System for Award Management (SAM) database" means that—

(1) The Offeror has entered all mandatory information, including the unique entity identifier and the EFT indicator, if applicable, the Commercial and Government Entity (CAGE) code, as well as data required by the Federal Funding Accountability and Transparency Act of 2006 (see subpart 4.14) into the SAM database;

(2) The Offeror has completed the Core, Assertions, and Representations and Certifications, and Points of Contact sections of the registration in the SAM database;

(3) The Government has validated all mandatory data fields, to include validation of the Taxpayer Identification Number (TIN) with the Internal Revenue Service (IRS). The Offeror will be required to provide consent for TIN validation to the Government as a part of the SAM registration process; and

(4) The Government has marked the record "Active".

"Unique entity identifier" means a number or other identifier used to identify a specific commercial, nonprofit, or Government entity. See www.sam.gov for the designated entity for establishing unique entity identifiers.

(b)(1) By submission of an offer, the Offeror acknowledges the requirement that a prospective awardee shall be registered in the SAM database prior to award, during performance, and through final payment of any contract, basic agreement, basic ordering agreement, or blanket purchasing agreement resulting from this solicitation.

(2) The Offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "Unique Entity Identifier" followed by the unique entity identifier that identifies the Offeror's name and address exactly as stated in the offer. The Offeror also shall enter its EFT indicator, if applicable. The unique entity identifier will be used by the Contracting Officer to verify that the Offeror is registered in the SAM database.

(c) If the Offeror does not have a unique entity identifier, it should contact the entity designated at www.sam.gov for establishment of the unique entity identifier directly to obtain one.

The Offeror should be prepared to provide the following information:

(1) Company legal business name.

(2) Trade style, doing business, or other name by which your entity is commonly recognized.

(3) Company Physical Street Address, City, State, and Zip Code.

(4) Company Mailing Address, City, State and Zip Code (if separate from physical).

(5) Company telephone number.

(6) Date the company was started.

(7) Number of employees at your location.

(8) Chief executive officer/key manager.

(9) Line of business (industry).

(10) Company Headquarters name and address (reporting relationship within your entity).

(d) If the Offeror does not become registered in the SAM database in the time prescribed by the Contracting Officer, the Contracting Officer will proceed to award to the next otherwise successful registered Offeror.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(e) Processing time, which normally takes 48 hours, should be taken into consideration when registering. Offerors who are not registered should consider applying for registration immediately upon receipt of this solicitation.

(f) Offerors may obtain information on registration at www.acquisition.gov.

SECTION 5.64
CONTRACTOR CODE OF BUSINESS ETHICS AND CONDUCT (OCT 2015) (FAR 52.203–13).

(a) Definitions. As used in this clause--

"Agent" means any individual, including a director, an officer, an employee, or an independent Contractor, authorized to act on behalf of the organization.

"Full cooperation"—

(1) Means disclosure to the Government of the information sufficient for law enforcement to identify the nature and extent of the offense and the individuals responsible for the conduct. It includes providing timely and complete response to Government auditors' and investigators' request for documents and access to employees with information;

(2) Does not foreclose any Contractor rights arising in law, the FAR, or the terms of the contract. It does not require--

(i) A Contractor to waive its attorney-client privilege or the protections afforded by the attorney work product doctrine; or

(ii) Any officer, director, owner, or employee of the Contractor, including a sole proprietor, to waive his or her attorney client privilege or Fifth Amendment rights; and

(3) Does not restrict a Contractor from--

(i) Conducting an internal investigation; or

(ii) Defending a proceeding or dispute arising under the contract or related to a potential or disclosed violation.

"Principal" means an officer, director, owner, partner, or a person having primary management or supervisory responsibilities within a business entity (e.g., general manager; plant manager; head of a division, or business segment; and similar positions).

"Subcontract" means any contract entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract.

"Subcontractor" means any supplier, distributor, vendor, or firm that furnished supplies or services to or for a prime contractor or another subcontractor.

"United States" means the 50 States, the District of Columbia, and outlying areas.

(b) Code of business ethics and conduct.

(1) Within 30 days after contract award, unless the Contracting Officer establishes a longer time period, the Contractor shall—

(i) Have a written code of business ethics and conduct; and

(ii) Make a copy of the code available to each employee engaged in performance of the contract.

(2) The Contractor shall--

(i) Exercise due diligence to prevent and detect criminal conduct; and

(ii) Otherwise promote an organizational culture that encourages ethical conduct and a commitment to compliance with the law.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(3)(i) The Contractor shall timely disclose, in writing, to the agency Office of the Inspector General (OIG), with a copy to the
Contracting Officer, whenever, in connection with the award, performance, or closeout of this contract or any subcontract thereunder, the Contractor has credible evidence that a principal, employee, agent, or subcontractor of the Contractor has committed--

(A) A violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 of the United States Code; or

(B) A violation of the civil False Claims Act (31 U.S.C. 3729-3733).

(ii) The Government, to the extent permitted by law and regulation, will safeguard and treat information obtained pursuant to the Contractor's disclosure as confidential where the information has been marked ``confidential'' or ``proprietary'' by the company.
To the extent permitted by law and regulation, such information will not be released by the Government to the public pursuant to a Freedom of Information Act request, 5 U.S.C. Section 552, without prior notification to the Contractor. The Government may transfer documents provided by the Contractor to any department or agency within the Executive Branch if the information relates to matters within the organization's jurisdiction.

(iii) If the violation relates to an order against a Government wide acquisition contract, a multi-agency contract, a multiple-award schedule contract such as the Federal Supply Schedule, or any other procurement instrument intended for use by multiple agencies, the Contractor shall notify the OIG of the ordering agency and the IG of the agency responsible for the basic contract.

(c) Business ethics awareness and compliance program and internal control system. This paragraph (c) does not apply if the Contractor has represented itself as a small business concern pursuant to the award of this contract or if this contract is for the acquisition of a commercial item as defined at FAR 2.101. The Contractor shall establish the following within 90 days after contract award, unless the Contracting Officer establishes a longer time period:

(1) An ongoing business ethics awareness and compliance program.

(i) This program shall include reasonable steps to communicate periodically and in a practical manner the Contractor's standards and procedures and other aspects of the Contractor's business ethics awareness and compliance program and internal control system, by conducting effective training programs and otherwise disseminating information appropriate to an individual's respective roles and responsibilities.

(ii) The training conducted under this program shall be provided to the Contractor's principals and employees, and as appropriate, the Contractor's agents and subcontractors.

(2) An internal control system.

(i) The Contractor's internal control system shall--

(A) Establish standards and procedures to facilitate timely discovery of improper conduct in connection with Government contracts; and

(B) Ensure corrective measures are promptly instituted and carried out.

(ii) At a minimum, the Contractor's internal control system shall provide for the following:

(A) Assignment of responsibility at a sufficiently high level and adequate resources to ensure effectiveness of the business ethics awareness and compliance program and internal control system.

(B) Reasonable efforts not to include an individual as a principal, whom due diligence would have exposed as having engaged in conduct that is in conflict with the Contractor's code of business ethics and conduct.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(C) Periodic reviews of company business practices, procedures, policies, and internal controls for compliance with the Contractor's code of business ethics and conduct and the special requirements of Government contracting, including--

(1) Monitoring and auditing to detect criminal conduct;

(2) Periodic evaluation of the effectiveness of the business ethics awareness and compliance program and internal control system, especially if criminal conduct has been detected; and

(3) Periodic assessment of the risk of criminal conduct, with appropriate steps to design, implement, or modify the business ethics awareness and compliance program and the internal control system as necessary to reduce the risk of criminal conduct identified through this process.

(D) An internal reporting mechanism, such as a hotline, which allows for anonymity or confidentiality, by which employees may report suspected instances of improper conduct, and instructions that encourage employees to make such reports.

(E) Disciplinary action for improper conduct or for failing to take reasonable steps to prevent or detect improper conduct.

(F) Timely disclosure, in writing, to the agency OIG, with a copy to the Contracting Officer, whenever, in connection with the award, performance, or closeout of any Government contract performed by the Contractor or a subcontract thereunder, the Contractor has credible evidence that a principal, employee, agent, or subcontractor of the Contractor has committed a violation of Federal criminal law involving fraud, conflict of interest, bribery, or gratuity violations found in Title 18 U.S.C. or a violation of the civil False Claims Act (31 U.S.C. 3729-3733).

(1) If a violation relates to more than one Government contract, the Contractor may make the disclosure to the agency OIG and Contracting Officer responsible for the largest dollar value contract impacted by the violation.

(2) If the violation relates to an order against a Government wide acquisition contract, a multi-agency contract, a multiple-award schedule contract such as the Federal Supply Schedule, or any other procurement instrument intended for use by multiple agencies, the contractor shall notify the OIG of the ordering agency and the IG of the agency responsible for the basic contract, and the respective agencies' contracting officers.

(3) The disclosure requirement for an individual contract continues until at least 3 years after final payment on the contract.

(4) The Government will safeguard such disclosures in accordance with paragraph (b)(3)(ii) of this clause.

(G) Full cooperation with any Government agencies responsible for audits, investigations, or corrective actions.

(d) Subcontracts. (1) The Contractor shall include the substance of this clause, including this paragraph (d), in subcontracts that have a value in excess of $5,000,000 and a performance period of more than 120 days.

(2) In altering this clause to identify the appropriate parties, all disclosures of violation of the civil False Claims Act or of Federal criminal law shall be directed to the agency Office of the Inspector General, with a copy to the Contracting Officer.

SECTION 5.65
EMPLOYMENT ELIGIBILITY VERIFICATION (OCT 2015) (FAR 52.222-54).

(a) Definitions. As used in this clause—
"Commercially available off-the-shelf (COTS) item"—

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(1) Means any item of supply that is—

(i) A commercial item (as defined in paragraph (1) of the definition at 2.101);

(ii) Sold in substantial quantities in the commercial marketplace; and

(iii) Offered to the Government, without modification, in the same form in which it is sold in the commercial marketplace; and

(2) Does not include bulk cargo, as defined in 46 U.S.C. 40102(4), such as agricultural products and petroleum products. Per 46 CFR 525.1 (c)(2), "bulk cargo" means cargo that is loaded and carried in bulk onboard ship without mark or count, in a loose unpackaged form, having homogenous characteristics.  Bulk cargo loaded into intermodal equipment, except LASH or Seabee barges, is subject to mark and count and, therefore, ceases to be bulk cargo.

"Employee assigned to the contract" means an employee who was hired after November 6, 1986 (after November 27, 2009 in the Commonwealth of the Northern Mariana Islands), who is directly performing work, in the United States, under a contract that is required to include the clause prescribed at 22.1803.  An employee is not considered to be directly performing work under a contract if the employee—

(1) Normally performs support work, such as indirect or overhead functions; and

(2) Does not perform any substantial duties applicable to the contract.

"Subcontract" means any contract, as defined in 2.101, entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract.  It includes but is not limited to purchase orders, and changes and modifications to purchase orders.

"Subcontractor" means any supplier, distributor, vendor, or firm that furnishes supplies or services to or for a prime Contractor or another subcontractor.

"United States", as defined in 8 U.S.C. 1101(a)(38), means the 50 States, the District of Columbia, Puerto Rico, Guam, the Commonwealth of the Northern Mariana Islands, and the U.S. Virgin Islands.

(b) Enrollment and verification requirements.

(1) If the Contractor is not enrolled as a Federal Contractor in E-Verify at time of contract award, the Contractor shall—

(i) Enroll.  Enroll as a Federal Contractor in the E-Verify program within 30 calendar days of contract award;

(ii) Verify all new employees.  Within 90 calendar days of enrollment in the E-Verify program, begin to use E-Verify to initiate verification of employment eligibility of all new hires of the Contractor, who are working in the United States, whether or not assigned to the contract, within 3 business days after the date of hire (but see paragraph (b)(3) of this section); and

(iii) Verify employees assigned to the contract.  For each employee assigned to the contract, initiate verification within 90 calendar days after date of enrollment or within 30 calendar days of the employee's assignment to the contract, whichever date is later (but see paragraph (b)(4) of this section).

(2) If the Contractor is enrolled as a Federal Contractor in E-Verify at time of contract award, the Contractor shall use E-Verify to initiate verification of employment eligibility of—

(i) All new employees.

(A) Enrolled 90 calendar days or more.  The Contractor shall initiate verification of all new hires of the Contractor, who are working in the United States, whether or not assigned to the contract, within 3 business days after the date of hire (but see paragraph (b)(3) of this section); or

(B) Enrolled less than 90 calendar days.  Within 90 calendar days after enrollment as a Federal Contractor in E-Verify, the Contractor shall initiate verification of all new hires of the

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

Contractor, who are working in the United States, whether or not assigned to the contract, within 3 business days after the date of hire (but see paragraph (b)(3) of this section); or

(ii) Employees assigned to the contract. For each employee assigned to the contract, the Contractor shall initiate verification within 90 calendar days after date of contract award or within 30 days after assignment to the contract, whichever date is later (but see paragraph (b)(4) of this section).

(3) If the Contractor is an institution of higher education (as defined at 20 U.S.C. 1001(a)); a State or local government or the government of a Federally recognized Indian tribe; or a surety performing under a takeover agreement entered into with a Federal agency pursuant to a performance bond, the Contractor may choose to verify only employees assigned to the contract, whether existing employees or new hires. The Contractor shall follow the applicable verification requirements at (b)(1) or (b)(2), respectively, except that any requirement for verification of new employees applies only to new employees assigned to the contract.

(4) Option to verify employment eligibility of all employees. The Contractor may elect to verify all existing employees hired after November 6, 1986 (after November 27, 2009, in the Commonwealth of the Northern Mariana Islands), rather than just those employees assigned to the contract. The Contractor shall initiate verification for each existing employee working in the United States who was hired after November 6, 1986 (after November 27, 2009, in the Commonwealth of the Northern Mariana Islands), within 180 calendar days of—

(i) Enrollment in the E-Verify program; or

(ii) Notification to E-Verify Operations of the Contractor's decision to exercise this option, using the contact information provided in the E-Verify program Memorandum of Understanding (MOU).

(5) The Contractor shall comply, for the period of performance of this contract, with the requirements of the E-Verify program MOU.

(i) The Department of Homeland Security (DHS) or the Social Security Administration (SSA) may terminate the Contractor's MOU and deny access to the E-Verify system in accordance with the terms of the MOU. In such case, the Contractor will be referred to a suspension or debarment official.

(ii) During the period between termination of the MOU and a decision by the suspension or debarment official whether to suspend or debar, the Contractor is excused from its obligations under paragraph (b) of this clause. If the suspension or debarment official determines not to suspend or debar the Contractor, then the Contractor must reenroll in E-Verify.

(c) Web site. Information on registration for and use of the E-Verify program can be obtained via the Internet at the Department of Homeland Security Web site: http://www.dhs.gov/E-Verify.

(d) Individuals previously verified. The Contractor is not required by this clause to perform additional employment verification using E-Verify for any employee –

(1) Whose employment eligibility was previously verified by the Contractor through the E-Verify program;

(2) Who has been granted and holds an active U.S. Government security clearance for access to confidential, secret, or top secret information in accordance with the National Industrial Security Program Operating Manual; or

(3) Who has undergone a completed background investigation and been issued credentials pursuant to Homeland Security Presidential Directive (HSPD)-12, Policy for a Common Identification Standard for Federal Employees and Contractors.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(e) Subcontracts.  The Contractor shall include the requirements of this clause, including this paragraph (e) (appropriately modified for identification of the parties), in each subcontract that –

(1) Is for—

(i) Commercial or noncommercial services (except for commercial services that are part of the purchase of a COTS item (or an item that would be a COTS item, but for minor modifications), performed by the COTS provider, and are normally provided for that COTS item); or

(ii) Construction;

(2) Has a value of more than $3,500; and

(3) Includes work performed in the United States.


SECTION 5.66
UPDATES OF PUBLICALLY AVAILABLE INFORMATION REGARDING RESPONSIBILITY MATTERS (JUL 2013) (FAR 52.209-9)


(a) The Contractor shall update the information in the Federal Awardee Performance and Integrity Information System (FAPIIS) on a semi-annual basis, throughout the life of the contract, by posting the required information in the System for Award Management database via https://www.acquisition.gov.

(b) As required by section 3010 of the Supplemental Appropriations Act, 2010 (Pub. L. 111-212), all information posted in FAPIIS on or after April 15, 2011, except past performance reviews, will be publicly available.  FAPIIS consists of two segments—

(1) The non-public segment, into which Government officials and the Contractor post information, which can only be viewed by—

(i) Government personnel and authorized users performing business on behalf of the Government; or

(ii) The Contractor, when viewing data on itself; and

(2) The publicly-available segment, to which all data in the non-public segment of FAPIIS is automatically transferred after a waiting period of 14 calendar days, except for—

(i) Past performance reviews required by subpart 42.15;

(ii) Information that was entered prior to April 15, 2011; or

(iii) Information that is withdrawn during the 14-calendar-day waiting period by the Government official who posted it in accordance with paragraph (c)(1) of this clause.

(c) The Contractor will receive notification when the Government posts new information to the Contractor's record.

(1) If the Contractor asserts in writing within 7 calendar days, to the Government official who posted the information, that some of the information posted to the non-public segment of FAPIIS is covered by a disclosure exemption under the Freedom of Information Act, the Government official who posted the information must within 7 calendar days remove the posting from FAPIIS and resolve the issue in accordance with agency Freedom of Information procedures, prior to reposting the releasable information.  The contractor must cite 52.209-9 and request removal within 7 calendar days of the posting to FAPIIS.

(2) The Contractor will also have an opportunity to post comments regarding information that has been posted by the Government.  The comments will be retained as long as the

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

associated information is retained, i.e., for a total period of 6 years. Contractor comments will remain a part of the record unless the Contractor revises them.

(3) As required by section 3010 of Pub. L. 111-212, all information posted in FAPIIS on or after April 15, 2011, except past performance reviews, will be publicly available.

(d) Public requests for system information posted prior to April 15, 2011, will be handled under Freedom of Information Act procedures, including, where appropriate, procedures promulgated under E.O. 12600.

## SECTION 5.67
## PERSONAL IDENTITY VERIFICATION OF CONTRACTOR PERSONNEL (JAN 2011) (FAR 52.204-9)

(a) The Contractor shall comply with agency personal identity verification procedures identified in the contract that implement Homeland Security Presidential Directive-12 (HSPD-12), Office of Management and Budget (OMB) guidance M-05-24 and Federal Information Processing Standards Publication (FIPS PUB) Number 201.

(b) The Contractor shall account for all forms of Government-provided identification issued to the Contractor employees in connection with performance under this contract. The Contractor shall return such identification to the issuing agency at the earliest of any of the following, unless otherwise determined by the Government:

(1) When no longer needed for contract performance.

(2) Upon completion of the Contractor employee's employment.

(3) Upon contract completion or termination.

(c) The Contracting Officer may delay final payment under a contract if the Contractor fails to comply with these requirements.

(d) The Contractor shall insert the substance of this clause, including this paragraph (d), in all subcontracts when the subcontractor's employees are required to have routine physical access to a Federally-controlled facility and/or routine access to a Federally-controlled information system. It shall be the responsibility of the prime Contractor to return such identification to the issuing agency in accordance with the terms set forth in paragraph (b) of this section, unless otherwise approved in writing by the Contracting Officer.

[Note: For purposes of this Contract, a Federally-controlled information system means the OPM Letter of Credit System.]

## SECTION 5.68
## PRIVACY OR SECURITY SAFEGUARDS (AUG 1996) (FAR 52.239-1)

(a) The Contractor shall not publish or disclose in any manner, without the Contracting Officer's written consent, the details of any safeguards either designed or developed by the Contractor under this contract or otherwise provided by the Government.

(b) To the extent required to carry out a program of inspection to safeguard against threats and hazards to the security, integrity, and confidentiality of Government data, the Contractor shall afford the Government access to the Contractor's facilities, installations, technical capabilities, operations, documentation, records, and databases.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(c) If new or unanticipated threats or hazards are discovered by either the Government or the Contractor, or if existing safeguards have ceased to function, the discoverer shall immediately bring the situation to the attention of the other party.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

[Note: For purposes of this Contract and this clause, privacy or security safeguards pertain to the OPM Letter of Credit System.]

SECTION 5.69
ENCOURAGING CONTRACTOR POLICIES TO BAN TEXT MESSAGING WHILE DRIVING. (AUG 2011) (FAR 52.223-18)

(a) Definitions. As used in this clause—
    "Driving"–
        (1) Means operating a motor vehicle on an active roadway with the motor running, including while temporarily stationary because of traffic, a traffic light, stop sign, or otherwise.
        (2) Does not include operating a motor vehicle with or without the motor running when one has pulled over to the side of, or off, an active roadway and has halted in a location where one can safely remain stationary.
    "Text messaging" means reading from or entering data into any handheld or other electronic device, including for the purpose of short message service texting, e-mailing, instant messaging, obtaining navigational information, or engaging in any other form of electronic data retrieval or electronic data communication. The term does not include glancing at or listening to a navigational device that is secured in a commercially designed holder affixed to the vehicle, provided that the destination and route are programmed into the device either before driving or while stopped in a location off the roadway where it is safe and legal to park.
(b) This clause implements Executive Order 13513, Federal Leadership on Reducing Text Messaging While Driving, dated October 1, 2009.
(c) The Contractor is encouraged to—
        (1) Adopt and enforce policies that ban text messaging while driving—
                (i) Company-owned or -rented vehicles or Government-owned vehicles; or
                (ii) Privately-owned vehicles when on official Government business or    when performing any work for or on behalf of the Government.
        (2) Conduct initiatives in a manner commensurate with the size of the business, such as—
                (i) Establishment of new rules and programs or re-evaluation of existing programs to prohibit text messaging while driving; and
                (ii) Education, awareness, and other outreach to employees about the safety risks associated with texting while driving.
(d) Subcontracts. The Contractor shall insert the substance of this clause, including this paragraph (d), in all subcontracts that exceed the micro-purchase threshold.

SECTION 5.70
CONTRACTOR EMPLOYEE WHISTLEBLOWER RIGHTS AND REQUIREMENT TO INFORM EMPLOYEES OF WHISTLEBLOWER RIGHTS (APRIL 2014) (FAR 52.203-17).

    (a) This contract and employees working on this contract will be subject to the whistleblower rights and remedies in the pilot program on Contractor employee whistleblower protections established at 41 U.S.C. 4712 by section 828 of the National Defense Authorization Act for Fiscal Year 2013 (Pub. L. 112-239) and FAR 3.908.
    (b) The Contractor shall inform its employees in writing, in the predominant language of the workforce, of employee whistleblower rights and protections under 41 U.S.C. 4712, as described in section 3.908 of the Federal Acquisition Regulation.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(c) The Contractor shall insert the substance of this clause, including this paragraph (c), in all subcontracts over the simplified acquisition threshold.

SECTION 5.71
COMBATING TRAFFICKING IN PERSONS (MAR 2015) (FAR 52.222-50)

Definitions.  As used in this clause—
"Agent" means any individual, including a director, an officer, an employee, or an independent contractor, authorized to act on behalf of the organization.
"Coercion" means—
(1) Threats of serious harm to or physical restraint against any person;
(2) Any scheme, plan, or pattern intended to cause a person to believe that failure to perform an act would result in serious harm to or physical restraint against any person; or
(3) The abuse or threatened abuse of the legal process.
"Commercially available off-the-shelf (COTS) item" means-
(1) Any item of supply (including construction material) that is-
(i) A commercial item (as defined in paragraph (1) of the definition at FAR 2.101);
(ii) Sold in substantial quantities in the commercial marketplace; and
(iii) Offered to the Government, under a contract or subcontract at any tier, without modification, in the same form in which it is sold in the commercial marketplace; and
(2) Does not include bulk cargo, as defined in 46 U.S.C. 40102(4), such as agricultural products and petroleum products.
"Commercial sex act" means any sex act on account of which anything of value is given to or received by any person.
"Debt bondage" means the status or condition of a debtor arising from a pledge by the debtor of his or her personal services or of those of a person under his or her control as a security for debt, if the value of those services as reasonably assessed is not applied toward the liquidation of the debt or the length and nature of those services are not respectively limited and defined.
"Employee" means an employee of the Contractor directly engaged in the performance of work under the contract who has other than a minimal impact or involvement in contract performance.
"Forced labor" means knowingly providing or obtaining the labor or services of a person—
(1) By threats of serious harm to, or physical restraint against, that person or another person;
(2) By means of any scheme, plan, or pattern intended to cause the person to believe that, if the person did not perform such labor or services, that person or another person would suffer serious harm or physical restraint; or
(3) By means of the abuse or threatened abuse of law or the legal process.
"Involuntary servitude" includes a condition of servitude induced by means of—
(1) Any scheme, plan, or pattern intended to cause a person to believe that, if the person did not enter into or continue in such conditions, that person or another person would suffer serious harm or physical restraint; or
(2) The abuse or threatened abuse of the legal process.
"Severe forms of trafficking in persons" means—
(1) Sex trafficking in which a commercial sex act is induced by force, fraud, or coercion, or in which the person induced to perform such act has not attained 18 years of age; or

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(2) The recruitment, harboring, transportation, provision, or obtaining of a person for labor or services, through the use of force, fraud, or coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery.

"Sex trafficking" means the recruitment, harboring, transportation, provision, or obtaining of a person for the purpose of a commercial sex act.

"Subcontract" means any contract entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract.

"Subcontractor" means any supplier, distributor, vendor, or firm that furnishes supplies or services to or for a prime contractor or another subcontractor.

"United States" means the 50 States, the District of Columbia, and outlying areas.

(b) Policy. The United States Government has adopted a policy prohibiting trafficking in persons. Contractors contractor employees and their agents shall not—

(1) Engage in severe forms of trafficking in persons during the period of performance of the contract;

(2) Procure commercial sex acts during the period of performance of the contract;

(3) Use forced labor in the performance of the contract;

(4) Destroy, conceal, confiscate, or otherwise deny access by an employee to the employee's identity or immigration documents, such as passports or drivers' licenses, regardless of issuing authority;

(5)(i) Use misleading or fraudulent practices during the recruitment of employees or offering of employment, such as failing to disclose, in a format and language accessible to the worker, basic information or making material misrepresentations during the recruitment of employees regarding the key terms and conditions of employment, including wages and fringe benefits, the location of work, the living conditions, housing and associated costs (if employer or agent provided or arranged), any significant cost to be charged to the employee, and, if applicable, the hazardous nature of the work;

(ii) Use recruiters that do not comply with local labor laws of the country in which the recruiting takes place;

(6) Charge employees recruitment fees;

(7)(i) Fail to provide return transportation or pay for the cost of return transportation upon the end of employment-

(A) For an employee who is not a national of the country in which the work is taking place and who was brought into that country for the purpose of working on a U.S. Government contract or subcontract (for portions of contracts performed outside the United States); or

(B) For an employee who is not a United States national and who was brought into the United States for the purpose of working on a U.S. Government contract or subcontract, if the payment of such costs is required under existing temporary worker programs or pursuant to a written agreement with the employee (for portions of contracts performed inside the United States); except that-

(ii) The requirements of paragraphs (b)(7)(i) of this clause shall not apply to an employee who is-

(A) Legally permitted to remain in the country of employment and who chooses to do so; or

(B) Exempted by an authorized official of the contracting agency from the requirement to provide return transportation or pay for the cost of return transportation;

(iii) The requirements of paragraph (b)(7)(i) of this clause are modified for a victim of trafficking in persons who is seeking victim services or legal redress in the country of employment, or for a witness in an enforcement action related to trafficking in persons. The

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

contractor shall provide the return transportation or pay the cost of return transportation in a way that does not obstruct the victim services, legal redress, or witness activity. For example, the contractor shall not only offer return transportation to a witness at a time when the witness is still needed to testify. This paragraph does not apply when the exemptions at paragraph (b)(7)(ii) of this clause apply.

(8) Provide or arrange housing that fails to meet the host country housing and safety standards; or

(9) If required by law or contract, fail to provide an employment contract, recruitment agreement, or other required work document in writing. Such written work document shall be in a language the employee understands. If the employee must relocate to perform the work, the work document shall be provided to the employee at least five days prior to the employee relocating. The employee's work document shall include, but is not limited to, details about work description, wages, prohibition on charging recruitment fees, work location(s), living accommodations and associated costs, time off, roundtrip transportation arrangements, grievance process, and the content of applicable laws and regulations that prohibit trafficking in persons.

(c) Contractor requirements.  The Contractor shall—

(1) Notify its employees and agents of—

(i) The United States Government's policy prohibiting trafficking in persons, described in paragraph (b) of this clause; and

(ii) The actions that will be taken against employees or agents for violations of this policy. Such actions for employees may include, but are not limited to, removal from the contract, reduction in benefits, or termination of employment; and

(2) Take appropriate action, up to and including termination, against employees, agents or subcontractors that violate the policy in paragraph (b) of this clause.

(d) Notification.

(1) The Contractor shall inform the Contracting Officer and the agency Inspector General immediately of—

(i) Any credible information it receives from any source (including host country law enforcement) that alleges a Contractor employee, subcontractor, subcontractor employee or their agent has engaged in conduct that violates the policy in paragraph (b) of this clause (see also 18 U.S.C. 1351, Fraud in Foreign Labor Contracting, and 52.203-13(b)(3)(i)(A), if that clause is included in the solicitation or contract, which requires disclosure to the agency Office of the Inspector General when the Contractor has credible evidence of fraud); and

(ii) Any actions taken against a Contractor employee, subcontractor, subcontractor employee, or their agent pursuant to this clause.

(2) If the allegation may be associated with more than one contract, the Contractor shall inform the contracting officer for the contract with the highest dollar value.

(e) Remedies.  In addition to other remedies available to the Government, the Contractor's failure to comply with the requirements of paragraphs (c), (d), (g), (h) or (i) of this clause may result in—

(1) Requiring the Contractor to remove a Contractor employee or employees from the performance of the contract;

(2) Requiring the Contractor to terminate a subcontract;

(3) Suspension of contract payments; until the Contractor has taken appropriate remedial action;

(4) Loss of award fee, consistent with the award fee plan, for the performance period in which the Government determined Contractor non-compliance;

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(5) Declining to exercise available options under the contract;

(6) Termination of the contract for default or cause, in accordance with the termination clause of this contract; or

(7) Suspension or debarment.

(f) Mitigating and aggravating factors. When determining remedies, the Contracting Officer may consider the following:

(1) Mitigating factors. The Contractor had a Trafficking in Persons compliance plan or an awareness program at the time of the violation, was in compliance with the plan, and has taken appropriate remedial actions for the violation, that may include reparation to victims for such violations.

(2) Aggravating factors. The Contractor failed to abate an alleged violation or enforce the requirements of a compliance plan, when directed by the Contracting Officer to do so.

(g) Full cooperation.

(1) The Contractor shall, at a minimum—

(i) Disclose to the agency Inspector General information sufficient to identify the nature and extent of an offense and the individuals responsible for the conduct;

(ii) Provide timely and complete responses to Government auditors' and investigators' requests for documents;

(iii) Cooperate fully in providing reasonable access to its facilities and staff (both inside and outside the U.S.) to allow contracting agencies and other responsible Federal agencies to conduct audits, investigations, or other actions to ascertain compliance with the Trafficking Victims Protection Act of 2000 (22 U.S.C. chapter 78), E.O. 13627, or any other applicable law or regulation establishing restrictions on trafficking in persons, the procurement of commercial sex acts, or the use of forced labor; and

(iv) Protect all employees suspected of being victims of or witnesses to prohibited activities, prior to returning to the country from which the employee was recruited, and shall not prevent or hinder the ability of these employees from cooperating fully with Government authorities.

(2) The requirement for full cooperation does not foreclose any Contractor rights arising in law, the FAR, or the terms of the contract. It does not—

(i) Require the Contractor to waive its attorney-client privilege or the protections afforded by the attorney work product doctrine;

(ii) Require any officer, director, owner, employee, or agent of the Contractor, including a sole proprietor, to waive his or her attorney client privilege or Fifth Amendment rights; or

(iii) Restrict the Contractor from—

(A) Conducting an internal investigation; or

(B) Defending a proceeding or dispute arising under the contract or related to a potential or disclosed violation.

(h) Compliance plan.

(1) This paragraph (h) applies to any portion of the contract that—

(i) Is for supplies, other than commercially available off-the-shelf items, acquired outside the United States, or services to be performed outside the United States; and

(ii) Has an estimated value that exceeds $500,000.

(2) The Contractor shall maintain a compliance plan during the performance of the contract that is appropriate—

(i) To the size and complexity of the contract; and

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(ii) To the nature and scope of the activities to be performed for the Government, including the number of non-United States citizens expected to be employed and the risk that the contract or subcontract will involve services or supplies susceptible to trafficking in persons.

(3) Minimum requirements. The compliance plan must include, at a minimum, the following:

(i) An awareness program to inform contractor employees about the Government's policy prohibiting trafficking-related activities described in paragraph (b) of this clause, the activities prohibited, and the actions that will be taken against the employee for violations. Additional information about Trafficking in Persons and examples of awareness programs can be found at the website for the Department of State's Office to Monitor and Combat Trafficking in Persons at http://www.state.gov/j/tip/.

(ii) A process for employees to report, without fear of retaliation, activity inconsistent with the policy prohibiting trafficking in persons, including a means to make available to all employees the hotline phone number of the Global Human Trafficking Hotline at 1-844-888-FREE and its email address at help@befree.org.

(iii) A recruitment and wage plan that only permits the use of recruitment companies with trained employees, prohibits charging recruitment fees to the employee, and ensures that wages meet applicable host-country legal requirements or explains any variance.

(iv) A housing plan, if the Contractor or subcontractor intends to provide or arrange housing, that ensures that the housing meets host-country housing and safety standards.

(v) Procedures to prevent agents and subcontractors at any tier and at any dollar value from engaging in trafficking in persons (including activities in paragraph (b) of this clause) and to monitor, detect, and terminate any agents, subcontracts, or subcontractor employees that have engaged in such activities.

(4) Posting.

(i) The Contractor shall post the relevant contents of the compliance plan, no later than the initiation of contract performance, at the workplace (unless the work is to be performed in the field or not in a fixed location) and on the Contractor's Web site (if one is maintained). If posting at the workplace or on the Web site is impracticable, the Contractor shall provide the relevant contents of the compliance plan to each worker in writing.

(ii) The Contractor shall provide the compliance plan to the Contracting Officer upon request.

(5) Certification. Annually after receiving an award, the Contractor shall submit a certification to the Contracting Officer that-

(i) It has implemented a compliance plan to prevent any prohibited activities identified at paragraph (b) of this clause and to monitor, detect, and terminate any agent, subcontract or subcontractor employee engaging in prohibited activities; and

(ii) After having conducted due diligence, either-

(A) To the best of the Contractor's knowledge and belief, neither it nor any of its agents, subcontractors, or their agents is engaged in any such activities; or

(B) If abuses relating to any of the prohibited activities identified in paragraph (b) of this clause have been found, the Contractor or subcontractor has taken the appropriate remedial and referral actions.

(i) Subcontracts.

(1) The Contractor shall include the substance of this clause, including this paragraph (f), in all subcontracts and in all contracts with agents. The requirements in paragraph (h) of this clause apply only to any portion of the subcontract that-

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(A) Is for supplies, other than commercially available off-the-shelf items, acquired outside the United States, or services to be performed outside the United States; and

(B) Has an estimated value that exceeds $500,000.

(2) If any subcontractor is required by this clause to submit a certification, the Contractor shall require submission prior to the award of the subcontract and annually thereafter. The certification shall cover the items in paragraph (h)(5) of this clause.

SECTION 5.72 BASIC SAFEGUARDING OF COVERED CONTRACTOR INFORMATION SYSTEMS (JUN 2016) (FAR 52.204-21)

(a) Definitions. As used in this clause— Covered contractor information system means an information system that is owned or operated by a contractor that processes, stores, or transmits Federal contract information.

Federal contract information means information, not intended for public release, that is provided by or generated for the Government under a contract to develop or deliver a product or service to the Government, but not including information provided by the Government to the public (such as on public Web sites) or simple transactional information, such as necessary to process payments.

Information means any communication or representation of knowledge such as facts, data, or opinions, in any medium or form, including textual, numerical, graphic, cartographic, narrative, or audiovisual (Committee on National Security Systems Instruction (CNSSI) 4009).

Information system means a discrete set of information resources organized for the collection, processing, maintenance, use, sharing, dissemination, or disposition of information (44 U.S.C. 3502).

Safeguarding means measures or controls that are prescribed to protect information systems.

(b) Safeguarding requirements and procedures. (1) The Contractor shall apply the following basic safeguarding requirements and procedures to protect covered contractor information systems. Requirements and procedures for basic safeguarding of covered contractor information systems shall include, at a minimum, the following security controls:

(i) Limit information system access to authorized users, processes acting on behalf of authorized users, or devices (including other information systems).

(ii) Limit information system access to the types of transactions and functions that authorized users are permitted to execute.

(iii) Verify and control/limit connections to and use of external information systems.

(iv) Control information posted or processed on publicly accessible information systems.

(v) Identify information system users, processes acting on behalf of users, or devices.

(vi) Authenticate (or verify) the identities of those users, processes, or devices, as a prerequisite to allowing access to organizational information systems.

(vii) Sanitize or destroy information system media containing Federal Contract Information before disposal or release for reuse.

(viii) Limit physical access to organizational information systems, equipment, and the respective operating environments to authorized individuals.

(ix) Escort visitors and monitor visitor activity; maintain audit logs of physical access; and control and manage physical access devices.

(x) Monitor, control, and protect organizational communications (i.e., information transmitted or received by organizational information systems) at the external boundaries and key internal boundaries of the information systems.

(xi) Implement subnetworks for publicly accessible system components that are physically or logically separated from internal networks.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(xii) Identify, report, and correct information and information system flaws in a timely manner.

(xiii) Provide protection from malicious code at appropriate locations within organizational information systems.

(xiv) Update malicious code protection mechanisms when new releases are available.

(xv) Perform periodic scans of the information system and real-time scans of files from external sources as files are downloaded, opened, or executed.

(2) Other requirements. This clause does not relieve the Contractor of any other specific safeguarding requirements specified by Federal agencies and departments relating to covered contractor information systems generally or other Federal safeguarding requirements for controlled unclassified information (CUI) as established by Executive Order 13556.

(c) Subcontracts. The Contractor shall include the substance of this clause, including this paragraph (c), in subcontracts under this contract (including subcontracts for the acquisition of commercial items, other than commercially available off-the-shelf items), in which the subcontractor may have Federal contract information residing in or transiting through its information system.


## SECTION 5.73 PROHIBITION ON REQUIRING CERTAIN INTERNAL CONFIDENTIALITY AGREEMENTS OR STATEMENTS (JAN 2017) (FAR 52.203-19)

(a) *Definitions*. As used in this clause–

"Internal confidentiality agreement or statement" means a confidentiality agreement or any other written statement that the contractor requires any of its employees or subcontractors to sign regarding nondisclosure of contractor information, except that it does not include confidentiality agreements arising out of civil litigation or confidentiality agreements that contractor employees or subcontractors sign at the behest of a Federal agency.

"Subcontract" means any contract as defined in subpart 2.1 entered into by a subcontractor to furnish supplies or services for performance of a prime contract or a subcontract. It includes but is not limited to purchase orders, and changes and modifications to purchase orders.

"Subcontractor" means any supplier, distributor, vendor, or firm (including a consultant) that furnishes supplies or services to or for a prime contractor or another subcontractor.

(b) The Contractor shall not require its employees or subcontractors to sign or comply with internal confidentiality agreements or statements prohibiting or otherwise restricting such employees or subcontractors from lawfully reporting waste, fraud, or abuse related to the performance of a Government contract to a designated investigative or law enforcement representative of a Federal department or agency authorized to receive such information (*e.g.*, agency Office of the Inspector General).

(c) The Contractor shall notify current employees and subcontractors that prohibitions and restrictions of any preexisting internal confidentiality agreements or statements covered by this clause, to the extent that such prohibitions and restrictions are inconsistent with the prohibitions of this clause, are no longer in effect.

(d) The prohibition in paragraph (b) of this clause does not contravene requirements applicable to Standard Form 312 (Classified Information Nondisclosure Agreement), Form

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

4414 (Sensitive Compartmented Information Nondisclosure Agreement), or any other form issued by a Federal department or agency governing the nondisclosure of classified information.

(e) In accordance with section 743 of Division E, Title VII, of the Consolidated and Further Continuing Appropriations Act, 2015, (Pub. L. 113-235), and its successor provisions in subsequent appropriations acts (and as extended in continuing resolutions) use of funds appropriated (or otherwise made available) is prohibited, if the Government determines that the Contractor is not in compliance with the provisions of this clause.

(f) The Contractor shall include the substance of this clause, including this paragraph (f), in subcontracts under such contracts.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

*APPENDIX A*

**ATTACH**

**2019 FEHB BROCHURE**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

APPENDIX B

SUBSCRIPTION RATES, CHARGES, ALLOWANCES AND LIMITATIONS

Experience-Rated
Health Maintenance Organization Carrier

(Enter Carrier's name)
CONTRACT NO. CS _____
Effective January 1, 2019


(a)  Biweekly net-to-Carrier rates, with appropriate adjustments for Enrollees paid on other than a biweekly basis, are as follows:

| | | |
|---|---|---|
| Self Only | $ | _____ |
| Self Plus One | $ | _____ |
| Self and Family | $ | _____ |

(b) The amount of administrative expenses and charges to be included in the Annual Accounting Statement required by Section 3.2 shall be as set out in the schedule below:

| Item | Amount |
|---|---|
| (i)  Administrative Expenses | Actual, but not to exceed the Contractual Expense Limitation for 2019, * plus an amount sufficient to cover the costs needed to pay the Plan's Independent Public Accountant to undertake the audits and agreed upon procedures required in the "FEHBP Experienced-Rated Carrier and Service Organization Audit Guide." |
| (ii) Taxes | Actual (except that premium taxes as defined are not allowable). |
| (iii)  Service Charge** | $ _____ |

*The Contractual Expense Limitation for 2019 is the Contractual Expense Limitation for 2018 ($_____), plus or minus adjustments for inflation and enrollment changes.  The base shall be adjusted by percentage changes in enrollment (from OPM's March 2018 to March 2019

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

headcount) and by the percentage change in the average monthly Consumer Price Index for All Urban consumers (published monthly by the Bureau of Labor Statistics) from the 12-month period ending on June 30, 2018 to the 12-month period ending on June 30, 2019.

** The Service Charge for the 2019 contract year is based on the Overall Performance Score calculated in accordance with the 2018 Appendix F. The Service Charge for the 2020 contract year will be based on the Overall Performance Score calculated in accordance with the 2019 Appendix F.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

APPENDIX C
FEHB Supplemental Literature Guidelines
(RV JAN 2016)

This is the primary guide a Carrier should use to assess whether the Carrier's supplemental marketing literature, including website material, complies with FEHBAR 1603.70, Misleading, Deceptive or Unfair Advertising.  (Use the NAIC Guidelines for additional guidance when needed.)

a)      GENERAL

1. Section 1.13 of the FEHB contract requires that the Carrier may not distribute or display marketing materials or other supplemental literature (including provider directories) in a Federal facility or Tribal Employer facility or arrange for the distribution of such documents by Federal agencies or Tribal Employer unless the documents have been prepared in accordance with FEHBAR 1652.203-70, and the Carrier has certified to OPM that is the case.

2. Review supplemental marketing material for compliance each year, whether or not it changed from the past year.

3. Word the literature simply and concisely to get a readily understandable, attractive marketing piece.

4. Include sufficient detail to ensure accuracy.

5. Under the FEHBP, the FEHB brochure is based on text approved by OPM and is a complete statement of benefits, limitations, and exclusions.  Include the following statement (website material should include the statement as a preface) in all supplemental literature which in any way discusses Plan benefits:

*"This is a summary [or brief description] of the features of the [insert Plan's name]. Before making a final decision, please read the Plan's Federal brochure ([insert brochure number]).  All benefits are subject to the definitions, limitations, and exclusions set forth in the Federal brochure."*

6. You may include non-FEHBP benefits, i.e., benefits which are not FEHB benefits and are not guaranteed under the Federal contract with the following disclaimer:

"These benefits are neither offered nor guaranteed under contract with the FEHB Program, but are made available to all enrollees and family members who become members of [insert Plan's name]."

7. Supplemental literature must be clearly distinguishable from the Federal brochure.

8. Do not use the FEHB logo in your supplemental literature.

9. Do not use material which conflicts with the Federal brochure.  If your material conflicts, you must change the material or not distribute it.

b)      RATE PRESENTATIONS

Under the FEHBP there are only three categories of enrollment, Self Only, Self Plus One, and Self and Family.  For most enrollments, the premium for each enrollee's enrollment is shared between the enrollee and the Government or Tribal Employer.  The Government or Tribal Employer contribution is based on the formula provided in the FEHB law.  Deductions for most enrollees' share, along with the Government's contribution or Tribal Employer's contribution, are made in accordance with the schedule on which the employee, Tribal Employee, or annuitant's (retiree) salary or annuitant check is issued by the Enrollee's agency, Tribal Employer, or annuitant's system.  Most employees are paid biweekly.  Annuitants are issued monthly checks.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

Employees, Tribal Employees, and annuitants do not have separate categories of enrollment. They pay the same rates, whether on a biweekly, semimonthly, or monthly basis, and receive the same benefits when they are in the same FEHB Plan, except that active Postal employees pay a lesser share, as their cost sharing formula with the Postal Service calls for a greater Government contribution.

The Enrollee's share for each FEHB Plan for each type of enrollment (Self Only, Self Plus One, and Self and Family) can be found on the FEHB Program website. Biweekly and monthly rates are also shown on an insert you prepare for your brochure.

In making your rate presentations:

1. With the exception of the Summary of Benefits and Coverage referenced at section 1.13(e), list your FEHB rates in each piece of supplemental material which lists benefits. Do not list the rates of any competitor Plan.

2. Immediately above the rates include the following statement:

"These rates do not apply to all Enrollees. If you are in a special enrollment category, please refer to the FEHB Program website or contact the agency or Tribal Employer which maintains your health benefits enrollment."

3. If you wish to list Postal rates in addition to non-Postal rates, Postal and non-Postal rates should be clearly identified and listed separately. (Please note there are no monthly Postal rates; upon retirement, Postal employees receive the non-postal contribution.)

c)     BENEFIT PRESENTATIONS
Please note the following:
1. Do not compare your benefits or operations with that of any other Plan.
2. Accurately describe your FEHB benefits offering.
3. Avoid incomplete or overstated benefit descriptions, or those which conflict with the Federal brochure.
4. Show applicable coverage limitations, such as day or dollar limitations, coinsurance or deductibles.
5. Do not list exclusions and limitations not listed in the Federal brochure.
6. Do not include general references not in the brochure.
7. Do not reference coverage for which a Federal employee, Tribal Employee, or retiree would have to drop FEHB coverage. Exception: 5 CFR 890.301 provides that an annuitant or former spouse, as defined in 5 U.S.C. 8901(10), who cancels FEHBP enrollment for the purpose of enrolling in a prepaid health Plan under sections 1833 or 1876 of the Social Security Act may register to re-enroll. Therefore, if yours is such a prepaid Plan contracting with Medicare you must describe your Medicare supplemental program for Medicare-covered retirees.

d)     ENROLLMENT INSTRUCTIONS
Enrollment under the FEHBP is governed solely by the Federal Employees Health Benefits law and applicable regulations. The various Federal agencies and Tribal Employers have responsibility for administering the law and regulations during the annual open enrollment period (Open Season) and at all other times during the year. Agency and Tribal Employer personnel offices perform the basic health benefits functions, such as instructing employees about the conduct of the Open Season and other health benefits matters, answering employee questions, and processing elections and changes of enrollment, including determinations of eligibility and assignment of effective dates of coverage. Agency and Tribal Employer payroll offices make the necessary salary deductions.

The Federal instrument for electing to enroll in a Plan or changing an existing enrollment in a Plan from Self Only, Self Plus One or Self and Family to another enrollment

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

category is the Standard Form (SF) 2809, or alternative electronic or telephonic method approved by OPM. Carriers must be able to accept electronic file transfers. The effective date for Open Season enrollments is the first day of the first pay period which begins on or after January 1 for employees and Tribal Employees; the effective date generally is January 1 for annuitants. The specific effective date for an individual will be assigned by the individual's personnel office.

Covered family members are as defined in the FEHB regulations. Basically, family members are immediate family members, including spouse and children under age 26. When Self and Family coverage is established for an individual, all family members as defined under the regulations are automatically covered as of the effective date assigned by the personnel office, whether or not they are listed on the SF 2809, on other documents, or communicated by electronic or telephonic transmittal. Family members (e.g., newborns) who are added under an existing Self and Family enrollment are automatically covered from the date the individual becomes a family member, e.g., from birth. Personnel offices do not issue any notification when a new dependent is added under an existing Self and Family enrollment and the Enrollee does not submit a new SF 2809 or other election instrument. For a Self Plus One enrollment, the Carrier is required to receive an SF 2809 from the personnel office with enrollment information about the designated covered family member. If an employee wishes to change the designated covered family member to another eligible family member, the Carrier is required to receive a new SF 2809 from the personnel office with enrollment information about the new designated covered family member.

The agencies and Tribal Employers are the primary contact point for employees and Tribal Employees on health benefits enrollment matters. OPM's Office of Retirement Programs performs this function for annuitants (retirees). As highlighted below, Carriers may not impose their own enrollment requirements and procedures.

1. Do not give specific instructions on enrollment.

2. While the Carrier may ask Enrollees for information (see Section f) and may follow-up with Enrollees and, when necessary, the employing office, the Carrier will not require a member complete plan specific enrollment or application forms. (You may ask the Enrollee to complete "information" forms.) You may ask the Enrollee to keep you advised of family member changes and you may verify the change, but failure to complete a form does not render an eligible family member ineligible.

3. Personnel offices will not stock your Plan's forms. Do not indicate otherwise.

4. If supplemental literature is directed to potential members rather than just-enrolled members, do not include statements indicating otherwise.

5. Again, the Federal brochure, rather than any other plan document, is the member's complete statement of benefits. Do not indicate otherwise.

e) PROVIDER DIRECTORIES

The provider directory must conform to the requirements listed below. Carriers must provide access to the provider directory on their website and send a provider directory to any Enrollee who requests a copy.

Please note that a Federal employee, Tribal Employee, or annuitant choosing your Plan during the Open Season is doing so with the expectation that the Plan's provider directory is accurate and that providers shown will be available starting January 1.

1. Show the Plan's hospitals, individual physicians, and group practice medical facilities. State the addresses of the medical facilities and show the general location within the service area for individual doctors and hospitals.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

2. In the directory, display prominently the following statement: "It is important to know when you enroll in this Plan, benefits are available as described in the Plan's Federal brochure, but the continued participation of any one doctor, hospital or other provider cannot be guaranteed."

3. Do not list enrollment or eligibility requirements on the provider directory.

4. If the geographic area from which the Carrier will accept enrollments is listed on the provider directory, show it exactly as stated in the Plan's Federal brochure. Likewise, show only the service area which has been approved by OPM. Do not list providers (or areas) located outside the service area (or additional geographic area) shown in the Plan's Federal brochure.

f)      INFORMATION FORMS

You may distribute forms to obtain information from Enrollees about the Enrollee and any family members. For instance, to obtain the information regarding Medicare you will need for rate-setting purposes under the Federal Program, you may ask who is enrolled under Medicare Part A, Medicare Part B or Medicare Parts A and B. For another example, you may ask that a primary care doctor be selected. If you wish to distribute an information form, you may find such forms are more readily returned if they are postage-paid. If the Member must select a medical group or independent physician association, also provide space for the Member to make such a selection. Do not indicate enrollment in the Plan is contingent upon completing and returning the form.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

APPENDIX D

RULES FOR COORDINATION OF BENEFITS

Model Regulation Service--October 2013
National Association of Insurance Commissioners

When a person is covered by two (2) or more plans, the rules for determining the order of benefit payments are as follows:

A.    (1)    The primary plan shall pay or provide its benefits as if the secondary plan or plans did not exist.

        (2)    If the primary plan is a closed panel plan and the secondary plan is not a closed panel plan, the secondary plan shall pay or provide benefits as if it were the primary plan when a covered person uses a non-panel provider, except for emergency services or authorized referrals that are paid or provided by the primary plan.

        (3)    When multiple contracts providing coordinated coverage are treated as a single plan under this regulation, this section applies only to the plan as a whole, and coordination among the component contracts is governed by the terms of the contracts. If more than one Carrier pays or provides benefits under the plan, the Carrier designated as primary within the plan shall be responsible for the plan's compliance with this regulation.

        (4)    If a person is covered by more than one secondary plan, the order of benefit determination rules of this regulation decide the order in which secondary plans benefits are determined in relation to each other. Each secondary plan shall take into consideration the benefits of the primary plan or plans and the benefits of any other plan, which, under the rules of this regulation, has its benefits determined before those of that secondary plan.

B.    (1)    Except as provided in Paragraph (2), a plan that does not contain order of benefit determination provisions that are consistent with this regulation is always the primary plan unless the provisions of both plans, regardless of the provisions of this paragraph, state that the complying plan is primary.

**Drafting Note:** The medical benefits coverage in automobile "no fault" and traditional automobile "fault" type contracts (often referred to as "med pay"), which is included in the definition of "plan" under Section 3K(3) of this model regulation, does not normally contain order of benefit determinations provisions. As such, unless state law or regulation specifies otherwise, in accordance with paragraph (1), such coverage would be primary. Med pay coverage is not liability coverage and is not dependent upon fault.

        ER-HMO 2019

(2)     Coverage that is obtained by virtue of membership in a group and designed to supplement a part of a basic package of benefits may provide that the supplementary coverage shall be excess to any other parts of the plan provided by the contract holder. Examples of these types of situations are major medical coverages that are superimposed over base plan hospital and surgical benefits, and insurance type coverages that are written in connection with a closed panel plan to provide out-of-network benefits.

C.     A plan may take into consideration the benefits paid or provided by another plan only when, under the rules of this regulation, it is secondary to that other plan.

D.     Order of Benefit Determination

Each plan determines its order of benefits using the first of the following rules that applies:

(1)     Non-Dependent or Dependent

(a)     Subject to Subparagraph (b) of this paragraph, the plan that covers the person other than as a dependent, for example as an employee, member, subscriber, policyholder or retiree, is the primary plan and the plan that covers the person as a dependent is the secondary plan.

(b)     (i)     If the person is a Medicare beneficiary, and, as a result of the provisions of Title XVIII of the Social Security Act and implementing regulations, Medicare is:

(I)     Secondary to the plan covering the person as a dependent; and

(II)     Primary to the plan covering the person as other than a dependent (e.g. a retired employee),

(ii)     Then the order of benefits is reversed so that the plan covering the person as an employee, member, subscriber, policyholder or retiree is the secondary plan and the other plan covering the person as a dependent is the primary plan.

**Drafting Note**: The provisions of Subparagraph (b) address the situation where federal law requires Medicare to be secondary with respect to group health plans in certain situations despite state law order of benefit determination provisions to the contrary. One example of this type of situation arises when a person, who is a Medicare beneficiary, is also covered under his or her own group health plan as a retiree and under a group health plan as a dependent of an active employee. In this situation, each of the three plans is secondary to the other as the following illustrates: (1) Medicare is secondary to the group health plan covering the person as a dependent of an active employee as required pursuant to the Medicare secondary payer rules;

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(2) the group health plan covering the person as a dependent of an active employee is secondary to the group health plan covering the person as a retiree, as required under Subparagraph (a); and (3) the group health plan covering the claimant as retiree is secondary to Medicare because the plan is designed to supplement Medicare when Medicare is the primary plan. Subparagraph (b) resolves this problem by making the group health plan covering the person as a dependent of an active employee the primary plan. The dependent coverage pays before the non-dependent coverage even though under state law order of benefit determination provisions in the absence of Subparagraph (b), the non-dependent coverage (e.g. retiree coverage) would be expected to pay before the dependent coverage. Therefore, in cases that involve Medicare, generally, the dependent coverage pays first as the primary plan, Medicare pays second as the secondary plan, and the non-dependent coverage (e.g. retiree coverage) pays third.

The reason why Subparagraph (b) provides for this order of benefits making the plan covering the person as dependent of an active employee primary is because Medicare will not be primary in most situations to any coverage that has on the basis of active employment and, as such, Medicare will not provide any information as to what Medicare would have paid had it been primary. The plan covering the person as a retiree cannot determine its payment as a secondary plan unless it has information about what the primary plan paid. The plan covering the person as a dependent of an active employee could be subject to penalties under the Medicare secondary payer rules if it refuses to pay its benefits. The plan covering the person as a retiree is not subject to the same penalties because, in this particular situation, as described above, which does not involve a person eligible for Medicare based on end-stage renal disease (ESRD), the plan can never be primary to Medicare. As such, out of the three plans providing coverage to the person, the plan covering the person as a dependent of an active employee can determine its benefits most easily.

(2)     Dependent Child Covered Under More Than One Plan

Unless there is a court decree stating otherwise, plans covering a dependent child shall determine the order of benefits as follows:

(a)     For a dependent child whose parents are married or are living together, whether or not they have ever been married:

(i)     The plan of the parent whose birthday falls earlier in the calendar year is the primary plan; or

(ii)     If both parents have the same birthday, the plan that has covered the parent longest is the primary plan.

(b)     For a dependent child whose parents are divorced or separated or are not living together, whether or not they have ever been married:

(i)     If a court decree states that one of the parents is responsible for the dependent child's health care expenses or health care coverage and the plan of that parent has actual knowledge of those terms, that plan is primary. If the parent with responsibility has no health care coverage

for the dependent child's health care expenses, but that parent's spouse does, that parent's spouse's plan is the primary plan. This item shall not apply with respect to any plan year during which benefits are paid or provided before the entity has actual knowledge of the court decree provision;

(ii) If a court decree states that both parents are responsible for the dependent child's health care expenses or health care coverage, the provisions of Subparagraph (a) of this paragraph shall determine the order of benefits;

(iii) If a court decree states that the parents have joint custody without specifying that one parent has responsibility for the health care expenses or health care coverage of the dependent child, the provisions of Subparagraph (a) of this paragraph shall determine the order of benefits; or

(iv) If there is no court decree allocating responsibility for the child's health care expenses or health care coverage, the order of benefits for the child are as follows:

(I) The plan covering the custodial parent;

(II) The plan covering the custodial parent's spouse;

(III) The plan covering the non-custodial parent; and then

(IV) The plan covering the non-custodial parent's spouse.

(c) For a dependent child covered under more than one plan of individuals who are not the parents of the child, the order of benefits shall be determined, as applicable, under Subparagraph (a) or (b) of this paragraph as if those individuals were parents of the child.

**Drafting Note:** Subparagraph (c) addresses the situation where individuals other than the parents of a child are responsible for the child's health care expenses or provide health care coverage for the child under each of their plans. In this situation, for the purpose of determining the order of benefits under this paragraph, Subparagraph (c) requires that these individuals be treated in the same manner as parents of the child.

(d) (i) For a dependent child who has coverage under either or both parents' plans and also has his or her own coverage as a dependent under a spouse's plan, the rule in Paragraph (5) applies.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

(ii) In the event the dependent child's coverage under the spouse's plan began on the same date as the dependent child's coverage under either or both parents' plans, the order of benefits shall be determined by applying the birthday rule in Subparagraph (a) to the dependent child's parents(s) and the dependent's spouse.

**Drafting Note:** Subparagraph (d) is intended to address the situation created by the enactment of Section 2714 of the Public Health Service Act, as that section was added by the federal Patient Protection and Affordable Care Act (Public Law 111-148) (ACA), as amended by the federal Health Care and Education Reconciliation Act of 2010 (Public Law 111-152). Section 2714 of the PHSA extended coverage for dependents to age 26 regardless of any dependency factors, such as support, residency, student status or marital status.

(3)     Active Employee or Retired or Laid-Off Employee

(a)     The plan that covers a person as an active employee that is, an employee who is neither laid off nor retired or as a dependent of an active employee is the primary plan. The plan covering that same person as a retired or laid-off employee or as a dependent of a retired or laid-off employee is the secondary plan.

(b)     If the other plan does not have this rule, and as a result, the plans do not agree on the order of benefits, this rule is ignored.

(c)     This rule does not apply if the rule in Paragraph (1) can determine the order of benefits.

**Drafting Note:** This rule applies only in the situation when the same person is covered under two plans, one of which is provided on the basis of active employment and the other of which is provided to retired or laid-off employees. The rule in Paragraph (1) does not apply because the person is covered either as a non-dependent under both plans (i.e. the person is covered under one plan as an active employee and at the same time is covered as a retired or laid-off employee under the other plan) or as a dependent under both plans (i.e. the person is covered under one plan as a dependent of an active employee and at the same time is covered under the other plan as a dependent of a retired or laid-off employee). This rule does not apply when a person is covered under his or her own plan as an active employee or retired or laid-off employee and a dependent under a spouse's plan provided to the spouse on the basis of active employment. In this situation, the rule in Paragraph (1) applies because the person is covered as a non-dependent under one plan (i.e. the person is covered as an active employee or retired or laid-off employee) and at the same time is covered as a dependent under the other plan (i.e. the person is covered as a dependent under a plan provided on the basis of active employment or a plan that is provided to retired or laid-off employees).

(4)     COBRA or State Continuation Coverage

(a)     If a person whose coverage is provided pursuant to COBRA or under a right of continuation pursuant to state or other federal law is covered under another plan, the plan covering the person as an employee, member, subscriber or retiree or covering the person as

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

a dependent of an employee, member, subscriber or retiree is the primary plan and the plan covering that same person pursuant to COBRA or under a right of continuation pursuant to state or other federal law is the secondary plan.

(b)     If the other plan does not have this rule, and if, as a result, the plans do not agree on the order of benefits, this rule is ignored.

(c)     This rule does not apply if the rule in Paragraph (1) can determine the order of benefits

**Drafting Note:** COBRA originally provided that coverage under a new group health plan caused the COBRA coverage to end. An amendment passed as part of P.L. 101-239, the Omnibus Budget Reconciliation Act of 1989 (OBRA 89), allows the COBRA coverage to continue if the newly acquired group health plan contains any preexisting condition exclusion or limitation. In this instance two group health plans will cover the person, and the rule above will be used to determine which of the plans determines its benefits first. In addition, some states have continuation provisions comparable to COBRA.

**Drafting Note:** This rule applies only in the situation when a person has coverage pursuant to COBRA or under a right of continuation pursuant to state or other federal law and has coverage under another plan on the basis of employment. The rule under Paragraph (1) does not apply because the person is covered either: (a) as a non-dependent under both plans (i.e. the person is covered under a right of continuation as a qualified beneficiary who, on the day before a qualifying event, was covered under the group health plan as an employee or as a retired employee and is covered under his or her own plan as an employee, member, subscriber or retiree); or (b) as a dependent under both plans (i.e. the person is covered under a right of continuation as a qualified beneficiary who, on the day before a qualifying event, was covered under the group health plan as a dependent of an employee, member or subscriber or retired employee and is covered under the other plan as a dependent of an employee, member, subscriber or retiree). The rule under Paragraph (1) applies when the person is covered pursuant to COBRA or under a right of continuation pursuant to state or other federal law as a non-dependent and covered under the other plan as a dependent of an employee, member, subscriber or retiree. The rule in this paragraph does not apply because the person is covered as a non-dependent under one of the plans and as a dependent under the other plan.

(5)     Longer or Shorter Length of Coverage

(a)     If the preceding rules do not determine the order of benefits, the plan that covered the person for the longer period of time is the primary plan and the plan that covered the person for the shorter period of time is the secondary plan.

(b)     To determine the length of time a person has been covered under a plan, two successive plans shall be treated as one if the covered person was eligible under the second plan within twenty-four (24) hours after coverage under the first plan ended.

(c)     The start of a new plan does not include:

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

       (i)      A change in the amount or scope of a plan's benefits;

       (ii)     A change in the entity that pays, provides or administers the plan's benefits; or

       (iii)    A change from one type of plan to another, such as, from a single employer plan to a multiple employer plan.

   (d)     The person's length of time covered under a plan is measured from the person's first date of coverage under that plan. If that date is not readily available for a group plan, the date the person first became a member of the group shall be used as the date from which to determine the length of time the person's coverage under the present plan has been in force.

(6)     If none of the preceding rules determines the order of benefits, the allowable expenses shall be shared equally between the plans.

ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

APPENDIX F

Measures and contributions to performance areas and scores for 2019 Performance and 2020 Service Charge

To be performed in accordance with the 2019 FEHB Plan Performance Assessment Procedure Manual and the FEHB Plan Performance Assessment – Consolidated Methodology Carrier Letter (CL 2017-15). The Service Charge for the 2020 contract year will be based on the Overall Performance Score calculated in accordance with this Appendix F.

1. Performance Area Contributions to Overall Performance Score (OPS)

| Performance Area | Contribution to Overall Performance Score |
|---|---|
| Clinical Quality, Customer Service, and Resource Use | 65% |
| Contract Oversight | 35% |

2. Clinical Quality, Customer Service, and Resource Use (QCR) Performance Area Measures

| Performance Area | Measure | Priority Level | Measure Weight |
|---|---|---|---|
| Clinical Quality | Controlling High Blood Pressure | 1 | 2.50 |
| | Prenatal Care (Timeliness) | 1 | 2.50 |
| | Breast Cancer Screening | 2 | 1.25 |
| | Well Child Visits in the First 15 Months of Life (6 visits) | 2 | 1.25 |
| | Flu Vaccinations for Adults (18-64) | 2 | 1.25 |
| | Cervical Cancer Screening | 2 | 1.25 |
| | Comprehensive Diabetes Care – HbA1C <8% - Control | 2 | 1.25 |
| | Asthma Medication Ratio | 2 | 1.25 |
| | Avoidance of Antibiotics in Adults with Acute Bronchitis | 2 | 1.25 |
| | Follow-up After Hospitalization for Mental Illness (7-day or 30-day) | 2 | 1.25 |
| | Statin Therapy for Patients with Cardiovascular Disease (Adherence) | 2 | 1.25 |
| Customer Service | Plan Information on Costs | 3 | 1.00 |
| | Getting Care Quickly | 3 | 1.00 |
| | Getting Needed Care | 3 | 1.00 |
| | Claims Processing | 3 | 1.00 |
| | Overall Health Plan Rating | 3 | 1.00 |
| | Coordination of Care | 3 | 1.00 |
| | Overall Personal Doctor Rating | 3 | 1.00 |
| | Customer Service | 3 | 1.00 |

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

| Resource Use | Plan All Cause Readmissions | 1 | 2.50 |
| | Emergency Department Utilization | 2 | 1.25 |
| | Use of Imaging Studies for Low Back Pain | 2 | 1.25 |

F                                                        ER-HMO 2019

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/27/2025 4:35 PM
Envelope: 5194917
Reviewer: Carol M.

1:25-CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1630 of 1762 PageID
#: 3259

STATE OF RHODE ISLAND SUPERIOR COURT
PROVIDENCE, SC.

| | | |
|---|---|---|
| STATE OF RHODE ISLAND, by and through | : | |
| PETER F. NERONHA, ATTORNEY GENERAL | : | |
| | : | |
| | : | |
| *Plaintiff,* | : | |
| v. | : | C.A. No. PC-2025-02760 |
| | : | |
| CAREMARKPCS HEALTH, L.L.C., | : | |
| ZINC HEALTH SERVICES, LLC, | : | |
| EXPRESS SCRIPTS, INC., | : | |
| ASCENT HEALTH SERVICES LLC, | : | |
| OPTUMRX, INC., and | : | |
| EMISAR PHARMA SERVICES LLC, | : | |
| | : | |
| *Defendants.* | : | |

## **NOTICE OF FILING OF SUPPLEMENTAL NOTICE OF REMOVAL**

Defendant CaremarkPCS Health, L.L.C. ("Caremark") hereby advises that, on June 27,

2025, it filed a Supplemental Notice of Removal to remove the above-captioned action to the

United States District Court for the District of Rhode Island.  This removal was pursuant to the

authority of 28 U.S.C. §§ 1442 and 1446.  A copy of Caremark's Supplemental Notice of

Removal filed with the United States District Court for the District of Rhode Island is attached

hereto as Exhibit 1.

Pursuant to 28 U.S.C. § 1446(d), the filing of the Supplemental Notice of Removal in

United States District Court, together with the filing of a copy of the Supplemental Notice of

Removal with this Court, effects the removal of this action, and this Court shall proceed no

further unless and until this case is remanded.

Defendant
CaremarkPCS Health, L.L.C.
By its attorneys,

/s/ *Rebecca Briggs*

Rebecca Briggs (#8114)
HINCKLEY, ALLEN & SNYDER LLP
100 Westminster Street, Suite 1500
Providence, RI 02903
Tel:  (401) 274-2000
Fax:  (401) 277-9600
rbriggs@hinckleyallen.com

DATED:  June 27, 2025

## **<u>CERTIFICATION</u>**

I hereby certify that on June 27, 2025, I filed and served this document through the Rhode Island Judiciary's Electronic Filing System on all counsel who are registered for e-service.  This document electronically served is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

/s/ *Rebecca F. Briggs*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/17/2025 1:44 PM
Envelope: 5177457
Reviewer: Marian P.

1:25-CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1632 of 1762 PageID
#: 3261

STATE OF RHODE ISLAND SUPERIOR COURT
PROVIDENCE, SC.

| | | |
|---|---|---|
| STATE OF RHODE ISLAND, by and through PETER F. NERONHA, ATTORNEY GENERAL | : | |
| | : | |
| | : | |
| *Plaintiff,* | : | |
| v. | : | C.A. No. PC-2025-02760 |
| | : | |
| CAREMARKPCS HEALTH, L.L.C., ZINC HEALTH SERVICES, LLC, EXPRESS SCRIPTS, INC., ASCENT HEALTH SERVICES LLC, OPTUMRX, INC., and EMISAR PHARMA SERVICES LLC, | : | |
| | : | |
| *Defendants.* | : | |

## EXTENSION STIPULATION

By agreement of the parties, all Defendants shall have up to and including July 18, 2025,

to answer or otherwise respond to Plaintiff's Complaint. By entering this stipulation, Defendants

do not waive any and reserve all response rights, including any rights to stipulate to or request

further extensions of any responsive deadline.

Plaintiff,
STATE OF RHODE ISLAND, by and
through PETER F. NERONHA, ATTORNEY
GENERAL
By its attorneys

*/s/ Sarah W. Rice*
SARAH W. RICE (#10588)
srice@riag.ri.gov
Assistant Attorney General
DOROTHEA R. LINDQUIST (#6661)
dlindquist.riag.ri.gov
Special Assistant Attorney General
JORDAN BROADBENT (#10794)
jbroadbent.riag.ri.gov

Defendants
CAREMARKPCS HEALTH, L.L.C. and
ZINC HEALTH SERVICES, LLC
By their attorneys,

*/s/ Rebecca F. Briggs*
REBECCA F. BRIGGS (#8114)
rbriggs@hinckleyallen.com
HINCKLEY ALLEN
100 Westminster Street, Suite 1500
Providence, RI 02903
Tel: 401-274-2000
Fax: 401-277-9600

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/17/2025 1:44 PM
Envelope: 5177457
Reviewer: Marian P.

CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1633 of 1762 PageID
#: 3262

Special Assistant Attorney General
150 South Main Street
Providence, RI 02903

Defendants
EXPRESS SCRIPTS, INC. and ASCENT
HEALTH SERVICES LLC
By their attorneys,


*/s/ Robert J. McConnell*
ROBERT J. MCCONNELL (#3888)
bmcconnell@motleyrice.com
MICHAEL G. ROUSSEAU
mrousseau@motleyrice.com
MOTLEY RICE LLC
48 Westminster St., 5th Floor
Providence, RI 02903
Tel:  401-457-7700
Fax:  401-457-7708

*Nicole J. Benjamin*
NICOLE BENJAMIN (#7540)
nbenjamin@apslaw.com
JOHN TARANTINO (#2586)
jtarantino@apslaw.com
ADLER POLLOCK & SHEEHAN P.C.
100 Westminster Street, 16th Floor
Providence, RI  02903
Tel:  401-274-7200
Fax:  401-751-0604


LINDA SINGER (*Pro Hac Vice to be submitted*)
lsinger@motleyrice.com
ELIZABETH PAIGE BOGGS (*Pro Hac Vice to be submitted*)
pboggs@motleyrice.com
DEVIN X. WILLIAMS (*Pro Hac Vice to be submitted*)
dwilliams@motleyrice.com
MOTLEY RICE LLC
401 9th Street, NW, Suite 630
Washington, D.C. 20004
Tel:  202-386-9626
Fax:  202-386-9622

Dated:  June 17, 2025

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/9/2025 7:58 AM
Envelope: 5163727
Reviewer: Carol M.

1:25-cv-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1634 of 1762 PageID
#: 3263

*SUPERIOR COURT OF THE STATE OF RHODE ISLAND FOR THE COUNTY OF PROVIDENCE*

---

*State of Rhode Island, by and through Peter F. Neronha,*
*Attorney General*

        *Plaintiff(s)*

                         *VS.*               *Case No: PC-2025-02760*

*CaremarkPCS Health, L.L.C., et al.*

        *Defendant(s)*

---

### *AFFIDAVIT OF SERVICE*

*I, George Covert, a Private Process Server, being duly sworn, depose and say:*

*That I have been duly authorized to make service of the Summons, Business Calendar Case Opening Sheet with Attachment, and Complaint in the above entitled case.*

*That I am over the age of eighteen years and not a party to or otherwise interested in this action.*

*That on 05/29/2025 at 01:10 PM, I served Emisar Pharma Services LLC c/o The Corporation Trust Company, Registered Agent at 1209 Orange Street, Wilmington, Delaware 19801 with the Summons, Business Calendar Case Opening Sheet with Attachment, and Complaint by serving Chimere Brooks, Agent, authorized to accept service on behalf of The Corporation Trust Company.*

*Chimere Brooks is described herein as:*

*Gender:   Female   Ethnicity:   African American   Age:   30   Weight:   200         Height:   5'5"         Hair:   Black*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on* May 30, 2025

*Subscribed and sworn to before me by the affiant who is*
*personally known to me.*

Thomas M. Marshall

_____

9/28/26

*Commission Expires*

George Covert

*Client Ref Number: 1035233.000*
*Job #:13409467*

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*

*SUPERIOR COURT OF THE STATE OF RHODE ISLAND FOR THE COUNTY OF PROVIDENCE*

State of Rhode Island, by and through Peter F. Neronha,
**Attorney General**

     **Plaintiff(s)**

            *VS.*      Case No: PC-2025-02760

CaremarkPCS Health, L.L.C., et al.
     **Defendant(s)**

### *AFFIDAVIT OF SERVICE*

*I, George Covert, a Private Process Server, being duly sworn, depose and say:*

*That I have been duly authorized to make service of the Summons, Business Calendar Case Opening Sheet with Attachment, and Complaint in the above entitled case.*

*That I am over the age of eighteen years and not a party to or otherwise interested in this action.*

*That on 05/29/2025 at 01:10 PM, I served Ascent Health Services LLC c/o The Corporation Trust Company, Registered Agent at 1209 Orange Street, Wilmington, Delaware 19801 with the Summons, Business Calendar Case Opening Sheet with Attachment, and Complaint by serving Chimere Brooks, Agent, authorized to accept service on behalf of The Corporation Trust Company.*

*Chimere Brooks is described herein as:*

*Gender:* Female   *Ethnicity:* African American   *Age:* 30   *Weight:* 200   *Height:* 5'5"   *Hair:* Black

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on* May 30, 2025

*Subscribed and sworn to before me by the affiant who is personally known to me.*

_____
Thomas M. Marshall

9-28-26
**Commission Expires**

_____
George Covert

Client Ref Number: 1035233.000
Job #:13409443

*(Notary seal: THOMAS M. MARSHALL — MY COMMISSION EXPIRES SEPT 28, 2026 — NOTARY PUBLIC — STATE OF DELAWARE)*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/9/2025 7:58 AM
Envelope: 5163727
Reviewer: Carol M.

Case 1:25-cv-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1636 of 1762 PageID #: 3265

*SUPERIOR COURT OF THE STATE OF RHODE ISLAND FOR THE COUNTY OF PROVIDENCE*

*State of Rhode Island, by and through Peter F. Neronha,*
*Attorney General*

　　　　　　　　　*Plaintiff(s)*

　　　　　　　　　　　　　　　　　*VS.*　　　　　　*Case No: PC-2025-02760*

*CaremarkPCS Health, L.L.C., et al.*
　　　　　　　　　*Defendant(s)*

---

### *AFFIDAVIT OF SERVICE*

*I, George Covert, a Private Process Server, being duly sworn, depose and say:*

*That I have been duly authorized to make service of the Summons, Business Calendar Case Opening Sheet with Attachment, and Complaint in the above entitled case.*

*That I am over the age of eighteen years and not a party to or otherwise interested in this action.*

*That on 05/29/2025 at 01:10 PM, I served Zinc Health Services, LLC c/o The Corporation Trust Company, Registered Agent at Corporation Trust Company, 1209 Orange Street, Wilmington, Delaware 19801 with the Summons, Business Calendar Case Opening Sheet with Attachment, and Complaint by serving Chimere Brooks, Agent, authorized to accept service on behalf of The Corporation Trust Company.*

*Chimere Brooks is described herein as:*

*Gender:  Female   Ethnicity:  African American   Age:  30   Weight:  200   Height:  5'5"   Hair:  Black*

*I solemnly affirm under the penalties of perjury that the contents of this document are true to the best of my knowledge, information, and belief.*

*Executed on* May 30, 2025

*Subscribed and sworn to before me by the affiant who is personally known to me.*

Thomas M. Marshall　　　　　　　　　　　　George Covert

9/28/26

*Commission Expires*

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
SEPT 28, 2026
NOTARY PUBLIC
STATE OF DELAWARE

*Client Ref Number: 1035233.000*
*Job #:13409423*

---

*Capitol Process Services, Inc. | 7500 Greenway Center Drive, Suite 420, Greenbelt, Maryland 20770 | (202) 667-0050*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/3/2025 4:22 PM
Envelope: 5156705
Reviewer: Alexandra R.

STATE OF RHODE ISLAND                              SUPERIOR COURT
PROVIDENCE, SC.

| | |
|---|---|
| STATE OF RHODE ISLAND, by and through PETER F. NERONHA, ATTORNEY GENERAL,<br><br>*Plaintiff*<br><br>v.<br><br>CAREMARKPCS HEALTH, L.L.C., ZINC HEALTH SERVICES, LLC, EXPRESS SCRIPTS, INC., ASCENT HEALTH SERVICES LLC, OPTUMRX, INC., and EMISAR PHARMA SERVICES LLC,<br><br>*Defendants*. | C.A. No.: PC-2025-02760 |

## ENTRY OF APPEARANCE

NOW COMES, Jordan Broadbent, Special Assistant Attorney General, and hereby enters her appearance as counsel for Plaintiffs, State of Rhode Island; Peter F. Neronha, in his capacity as Attorney General of the State of Rhode Island; in the above-captioned action.

June 3, 2025                           Respectfully submitted,

                                      **STATE OF RHODE ISLAND:**

                                      **PETER F. NERONHA,
                                      ATTORNEY GENERAL;**

                                      By His Attorney:

                                      */s/ Jordan Broadbent*
                                      Jordan Broadbent (Bar #10704)
                                      Special Assistant Attorney General
                                      150 South Main Street
                                      Providence, Rhode Island 02903
                                      Tel: (401) 274-4400 Ext. 2060
                                      Fax: (401) 222-2995
                                      jbroadbent@riag.ri.gov

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/3/2025 4:22 PM
Envelope: 5156705
Reviewer: Alexandra R.

1:25-cv-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1638 of 1762 PageID #: 3267

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that on the 3rd day of June, 2025, I filed this document electronically and it is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

*/s/ Meghan Spooner*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/3/2025 4:19 PM
Envelope: 5156691
Reviewer: Alexandra R.

1:25-CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1639 of 1762 PageID
#: 3268

STATE OF RHODE ISLAND                    SUPERIOR COURT
PROVIDENCE, SC.

STATE OF RHODE ISLAND, by and
through PETER F. NERONHA,
ATTORNEY GENERAL,

        *Plaintiff*

        v.                                    C.A. No.: PC-2025-02760

CAREMARKPCS HEALTH, L.L.C.,
ZINC HEALTH SERVICES, LLC,
EXPRESS SCRIPTS, INC., ASCENT
HEALTH SERVICES LLC, OPTUMRX,
INC., and EMISAR PHARMA
SERVICES LLC,

        *Defendants*.

## **ENTRY OF APPEARANCE**

      NOW COMES, Dorothea Lindquist, Special Assistant Attorney General, and hereby enters

her appearance as counsel for Plaintiffs, State of Rhode Island; Peter F. Neronha, in his capacity

as Attorney General of the State of Rhode Island; in the above-captioned action.

June 3, 2025                          Respectfully submitted,

                      **STATE OF RHODE ISLAND:**

                      **PETER F. NERONHA,**
                      **ATTORNEY GENERAL;**

                      By His Attorney:

                       */s/ Dorothea Lindquist*
                      Dorothea Lindquist (Bar No. 6661)
                      Special Assistant Attorney General
                      150 South Main Street
                      Providence, Rhode Island 02903
                      Tel: (401) 274-4400 Ext. 2098
                      Fax: (401) 222-2995
                      dlindquist@riag.ri.gov

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/3/2025 4:19 PM
Envelope: 5156691
Reviewer: Alexandra R.

## CERTIFICATION OF SERVICE

I, the undersigned, hereby certify that on the 3rd day of June, 2025, I filed this document electronically and it is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

*/s/ Meghan Spooner*

STATE OF RHODE ISLAND                    SUPERIOR COURT
PROVIDENCE, SC.

| | |
|---|---|
| STATE OF RHODE ISLAND, by and through PETER F. NERONHA, ATTORNEY GENERAL,<br><br>       *Plaintiff*<br><br>       v.<br><br>CAREMARKPCS HEALTH, L.L.C., ZINC HEALTH SERVICES, LLC, EXPRESS SCRIPTS, INC., ASCENT HEALTH SERVICES LLC, OPTUMRX, INC., and EMISAR PHARMA SERVICES LLC,<br><br>       *Defendants*. | C.A. No.: PC-2025-02760 |

## **ENTRY OF APPEARANCE**

NOW COMES, Sarah W. Rice, Assistant Attorney General, and hereby enters her appearance as counsel for Plaintiffs, State of Rhode Island; Peter F. Neronha, in his capacity as Attorney General of the State of Rhode Island; in the above-captioned action.


June 3, 2025                              Respectfully submitted,

                                         **STATE OF RHODE ISLAND:**

                                         **PETER F. NERONHA,**
                                         **ATTORNEY GENERAL;**

                                         By His Attorney:

                                         */s/ Sarah W. Rice*
                                         Sarah W. Rice (Bar #10588)
                                         Deputy Chief, Public Protection Bureau
                                         Assistant Attorney General
                                         150 South Main Street
                                         Providence, RI 02903
                                         Tel: (401) 274-4400 ext. 2054
                                         srice@riag.ri.gov

## **CERTIFICATION OF SERVICE**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/3/2025 4:00 PM
Envelope: 5156620
Reviewer: Alexandra R.

Case 1:25-cv-00306-MRD-PAS   Document 6   Filed 07/01/25   Page 1642 of 1762 PageID #: 3271

I, the undersigned, hereby certify that on the 3rd day of June, 2025, I filed this document electronically and it is available for viewing and/or downloading from the Rhode Island Judiciary's Electronic Filing System.

*/s/ Meghan Spooner*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/2/2025 8:17 AM
Envelope: 5152898
Reviewer: Alexandra R.

1:25-CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1643 of 1762 PageID
#: 3272



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2025-02760 |
| **Plaintiff**<br>State of Rhode Island, by and through Peter F. Neronha, Attorney General<br>v.<br>CaremarkPCS Health, L.L.C. et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Michael G Rousseau<br>**Address of the Plaintiff's Attorney or the Plaintiff**<br>40 Westminster St<br>5th Floor<br>Providence RI 02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>No Known Address |

**TO THE DEFENDANT, OptumRx, Inc.:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 5/28/2025. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| **Plaintiff** | **Civil Action File Number** |
|---|---|
| State of Rhode Island, by and through Peter F. Neronha, Attorney General<br><br>v.<br><br>CaremarkPCS Health, L.L.C. et al.<br><br>**Defendant** | PC-2025-02760 |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, OptumRx, Inc., by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____
_____
Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised November 2022)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/2/2025 8:17 AM
Envelope: 5152898
Reviewer: Alexandra R.

PC-2025-CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1645 of 1762 PageID #: 3274



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.

Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.

Name of person and designation _____

☑ By delivering said papers to an agent authorized by appointment or by law to receive service of process.

Name of authorized agent *CT Corporation System, Dan Lunnie*

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

SERVICE DATE: *5 / 29 / 25 at*   SERVICE FEE $ *45 00*

Month   Day   Year *11:09 Am*

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

*Robert J. Kilduff #6070*

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

Signature _____

State of _____

County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/2/2025 8:17 AM
Envelope: 5152898
Reviewer: Alexandra R.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/2/2025 8:17 AM
Envelope: 5152898
Reviewer: Alexandra R.

Document 6    Filed 07/01/25    Page 1647 of 1762 PageID #: 3276



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

### SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2025-02760 |
| **Plaintiff**<br>State of Rhode Island, by and through Peter F. Neronha, Attorney General<br><br>v.<br><br>CaremarkPCS Health, L.L.C. et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Michael G Rousseau<br>**Address of the Plaintiff's Attorney or the Plaintiff**<br>40 Westminster St<br>5th Floor<br>Providence RI  02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>No Known Address |

**TO THE DEFENDANT, CaremarkPCS Health, L.L.C.:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 5/28/2025. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)

1:25-cv-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1648 of 1762 PageID #: 3277



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>State of Rhode Island, by and through Peter F. Neronha, Attorney General<br>v.<br>CaremarkPCS Health, L.L.C. et al.<br>**Defendant** | **Civil Action File Number**<br>PC-2025-02760 |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, CaremarkPCS Health, L.L.C., by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person of suitable age and discretion _____

Address of dwelling house or usual place of abode _____
_____

Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.

Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised November 2022)

Case Number: PC-2025-02760 · CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1649 of 1762 PageID #: 3278



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.

Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.

Name of person and designation _____

☑ By delivering said papers to an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _CT Corporation System  Ben Lunnie_____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

SERVICE DATE: 5 / 29 / 25    SERVICE FEE $ 45⁰⁰

Month  Day  Year 11:09Am

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

_David Allen  Robt J. Ricci #602_

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

Signature

State of _____

County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____    ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised November 2022)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/2/2025 8:17 AM
Envelope: 5152898
Reviewer: Alexandra R.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/2/2025 8:17 AM
Envelope: 5152898
Reviewer: Alexandra R.

1:25-CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1651 of 1762 PageID #: 3280



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2025-02760 |
| **Plaintiff**<br>State of Rhode Island, by and through Peter F. Neronha, Attorney General<br><br>v.<br><br>CaremarkPCS Health, L.L.C. et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Michael G Rousseau<br>**Address of the Plaintiff's Attorney or the Plaintiff**<br>40 Westminster St<br>5th Floor<br>Providence RI 02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI 02903<br>(401) 222-3250 | **Address of the Defendant**<br>No Known Address |

**TO THE DEFENDANT, Express Scripts, Inc.:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 5/28/2025. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/2/2025 8:17 AM
Envelope: 5152898
Reviewer: Alexandra R.

1:25-cv-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1652 of 1762 PageID #: 3281



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>State of Rhode Island, by and through Peter F. Neronha, Attorney General<br> v.<br>CaremarkPCS Health, L.L.C. et al.<br>**Defendant** | **Civil Action File Number**<br>PC-2025-02760 |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Express Scripts, Inc., by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____

Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised November 2022)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/2/2025 8:17 AM
Envelope: 5152898
Reviewer: Alexandra R.

PC-2025-CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1653 of 1762 PageID #: 3282



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.

Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.

Name of person and designation _____

☑ By delivering said papers to an agent authorized by appointment or by law to receive service of process.

Name of authorized agent *CT Corporation System, Ben Lunnip*

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

SERVICE DATE: _5_ / _29_ / _25_ ☆    SERVICE FEE $ _75_ ☆

Month    Day    Year *11:09 AM*

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

*Robert J. Kitast #6070*

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

Signature

State of _____

County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 6/2/2025 8:17 AM
Envelope: 5152898
Reviewer: Alexandra R.



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2025-02760 |
| **Plaintiff**<br>State of Rhode Island, by and through Peter F. Neronha, Attorney General<br> v.<br>CaremarkPCS Health, L.L.C. et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Michael G Rousseau |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>40 Westminster St<br>5th Floor<br>Providence RI  02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>No Known Address |

**TO THE DEFENDANT, OptumRx, Inc.:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 5/28/2025. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| **Plaintiff** | **Civil Action File Number** |
|---|---|
| State of Rhode Island, by and through Peter F. Neronha, Attorney General<br> v.<br>CaremarkPCS Health, L.L.C. et al.<br>**Defendant** | PC-2025-02760 |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, OptumRx, Inc., by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person of suitable age and discretion _____

Address of dwelling house or usual place of abode _____

_____

Age _____

Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.

Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

Name of person and designation _____

Page 1 of 2



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
  Name  of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
  Name  of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____

  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

  _____

☐ I was unable to make service after the following reasonable attempts: _____

_____

| SERVICE DATE: _____ / _____ / _____ | SERVICE FEE $ _____ |
| Month    Day    Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

 _____
 Signature

State of _____

County of _____

    On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or  ☐  proved   to   the   notary   through   satisfactory   evidence   of   identification,   which   was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2025-02760 |
| **Plaintiff**<br>State of Rhode Island, by and through Peter F. Neronha, Attorney General<br> v.<br>CaremarkPCS Health, L.L.C. et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Michael G Rousseau |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>40 Westminster St<br>5th Floor<br>Providence RI  02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>No Known Address |

**TO THE DEFENDANT, Emisar Pharma Services LLC:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 5/28/2025. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| **Plaintiff**<br>State of Rhode Island, by and through Peter F. Neronha, Attorney General<br> v.<br>CaremarkPCS Health, L.L.C. et al.<br>**Defendant** | **Civil Action File Number**<br>PC-2025-02760 |
|---|---|

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Emisar Pharma Services LLC, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____
_____
Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
_____

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
   Name  of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name  of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

| SERVICE DATE: _____ / _____ / _____ | SERVICE FEE $ _____ |
| Month    Day      Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
 Signature

State of _____

County of _____

   On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

               Notary Public: _____

               My commission expires: _____

               Notary identification number: _____

Page 2 of 2



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2025-02760 |
| **Plaintiff**<br>State of Rhode Island, by and through Peter F. Neronha, Attorney General<br> v.<br>CaremarkPCS Health, L.L.C. et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Michael G Rousseau |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>40 Westminster St<br>5th Floor<br>Providence RI  02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>No Known Address |

**TO THE DEFENDANT, Ascent Health Services LLC:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 5/28/2025. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| | |
|---|---|
| **Plaintiff**<br>State of Rhode Island, by and through Peter F. Neronha, Attorney General<br> v.<br>CaremarkPCS Health, L.L.C. et al.<br>**Defendant** | **Civil Action File Number**<br>PC-2025-02760 |

---

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Ascent Health Services LLC, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person of suitable age and discretion _____
   Address of dwelling house or usual place of abode _____
   _____
   Age _____
   Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
   Name of authorized agent _____
   If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

   _____

☐ With a guardian or conservator of the Defendant.
   Name  of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
   Name  of person and designation _____

Page 1 of 2

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
 Name of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
 Name of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
 Name of authorized agent _____
 If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
 _____

☐ I was unable to make service after the following reasonable attempts: _____
 _____

| SERVICE DATE: _____/_____/_____ | SERVICE FEE $ _____ |
| Month   Day   Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

 _____

 Signature

State of _____

County of _____

 On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

 Notary Public: _____

 My commission expires: _____

 Notary identification number: _____

Page 2 of 2



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

| | |
|---|---|
| | **Civil Action File Number**<br>PC-2025-02760 |
| **Plaintiff**<br>State of Rhode Island, by and through Peter F. Neronha, Attorney General<br> v.<br>CaremarkPCS Health, L.L.C. et al.<br>**Defendant** | **Attorney for the Plaintiff or the Plaintiff**<br>Michael G Rousseau |
| | **Address of the Plaintiff's Attorney or the Plaintiff**<br>40 Westminster St<br>5th Floor<br>Providence RI  02903 |
| Licht Judicial Complex<br>Providence/Bristol County<br>250 Benefit Street<br>Providence RI  02903<br>(401) 222-3250 | **Address of the Defendant**<br>No Known Address |

**TO THE DEFENDANT, CaremarkPCS Health, L.L.C.:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 5/28/2025. | /s/ Stephen Burke<br>Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| **Plaintiff**<br>State of Rhode Island, by and through Peter F. Neronha, Attorney General<br> v.<br>CaremarkPCS Health, L.L.C. et al.<br>**Defendant** | **Civil Action File Number**<br>PC-2025-02760 |
|---|---|

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, CaremarkPCS Health, L.L.C., by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____
_____
Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
_____

☐ With a guardian or conservator of the Defendant.
Name  of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name  of person and designation _____

Page 1 of 2



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
    Name  of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
    Name  of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
    Name of authorized agent _____

    If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

    _____

☐ I was unable to make service after the following reasonable attempts: _____

_____

| SERVICE DATE: _____ / _____ / _____ | SERVICE FEE $ _____ |
|---|---|
| Month    Day    Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
 Signature

State of _____

County of _____

    On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or  ☐  proved   to   the   notary   through   satisfactory   evidence   of   identification,   which   was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

| | Civil Action File Number |
| --- | --- |
| | PC-2025-02760 |
| **Plaintiff** | **Attorney for the Plaintiff or the Plaintiff** |
| State of Rhode Island, by and through Peter F. Neronha, Attorney General | Michael G Rousseau |
| v. | **Address of the Plaintiff's Attorney or the Plaintiff** |
| CaremarkPCS Health, L.L.C. et al. | 40 Westminster St |
| **Defendant** | 5th Floor |
| | Providence RI  02903 |
| Licht Judicial Complex | **Address of the Defendant** |
| Providence/Bristol County | No Known Address |
| 250 Benefit Street | |
| Providence RI  02903 | |
| (401) 222-3250 | |

**TO THE DEFENDANT, Zinc Health Services, LLC:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| This Summons was generated on 5/28/2025. | /s/ Stephen Burke |
| --- | --- |
| | Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| **Plaintiff** | **Civil Action File Number** |
|---|---|
| State of Rhode Island, by and through Peter F. Neronha, Attorney General<br> v.<br>CaremarkPCS Health, L.L.C. et al.<br>**Defendant** | PC-2025-02760 |

## PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Zinc Health Services, LLC, by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person of suitable age and discretion _____

Address of dwelling house or usual place of abode _____

_____

Age _____

Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ With a guardian or conservator of the Defendant.

Name  of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.

Name  of person and designation _____

Page 1 of 2



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.
  Name  of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.
   Name  of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.
  Name of authorized agent _____
  If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
  _____

☐ I was unable to make service after the following reasonable attempts: _____
_____

| SERVICE DATE: _____/_____/_____ | SERVICE FEE $ _____ |
| Month    Day    Year | |

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____
 Signature

State of _____

County of _____

    On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

## SUMMONS

| | | |
|---|---|---|
| | **Civil Action File Number** PC-2025-02760 | |
| **Plaintiff** State of Rhode Island, by and through Peter F. Neronha, Attorney General  v. CaremarkPCS Health, L.L.C. et al. **Defendant** | **Attorney for the Plaintiff or the Plaintiff** Michael G Rousseau | |
| | **Address of the Plaintiff's Attorney or the Plaintiff** 40 Westminster St 5th Floor Providence RI  02903 | |
| Licht Judicial Complex Providence/Bristol County 250 Benefit Street Providence RI  02903 (401) 222-3250 | **Address of the Defendant** No Known Address | |

**TO THE DEFENDANT, Express Scripts, Inc.:**

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon the Plaintiff's attorney, whose address is listed above, an answer to the complaint which is herewith served upon you within twenty (20) days after service of this Summons upon you, exclusive of the day of service.

If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  Your answer must also be filed with the court.

As provided in Rule 13(a) of the Superior Court Rules of Civil Procedure, unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation, or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

| | |
|---|---|
| This Summons was generated on 5/28/2025. | /s/ Stephen Burke Clerk |

Witness the seal/watermark of the Superior Court

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

| **Plaintiff** | **Civil Action File Number** |
|---|---|
| State of Rhode Island, by and through Peter F. Neronha, Attorney General<br> v.<br>CaremarkPCS Health, L.L.C. et al.<br>**Defendant** | PC-2025-02760 |

### PROOF OF SERVICE

I hereby certify that on the date below I served a copy of this Summons, complaint, Language Assistance Notice, and all other required documents received herewith upon the Defendant, Express Scripts, Inc., by delivering or leaving said papers in the following manner:

☐ With the Defendant personally.

☐ At the Defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person of suitable age and discretion _____
Address of dwelling house or usual place of abode _____
_____
Age _____
Relationship to the Defendant _____

☐ With an agent authorized by appointment or by law to receive service of process.
Name of authorized agent _____
If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.
_____

☐ With a guardian or conservator of the Defendant.
Name of person and designation _____

☐ By delivering said papers to the attorney general or an assistant attorney general if serving the state.

☐ Upon a public corporation, body, or authority by delivering said papers to any officer, director, or manager.
Name of person and designation _____

Page 1 of 2

SC-CMS-1 (revised November 2022)



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

Upon a private corporation, domestic or foreign:

☐ By delivering said papers to an officer or a managing or general agent.

Name  of person and designation _____

☐ By leaving said papers at the office of the corporation with a person employed therein.

Name  of person and designation _____

☐ By delivering said papers to an agent authorized by appointment or by law to receive service of process.

Name of authorized agent _____

If the agent is one designated by statute to receive service, further notice as required by statute was given as noted below.

_____

☐ I was unable to make service after the following reasonable attempts: _____

_____

| SERVICE DATE:      /      /_____<br>Month    Day    Year | SERVICE FEE $ _____ |
|---|---|

Signature of SHERIFF or DEPUTY SHERIFF or CONSTABLE

SIGNATURE OF PERSON OTHER THAN A SHERIFF or DEPUTY SHERIFF or CONSTABLE MUST BE NOTARIZED.

_____

 Signature

State of _____

County of _____

On this _____ day of _____, 20____, before me, the undersigned notary public, personally appeared _____ ☐ personally known to the notary or ☐ proved to the notary through satisfactory evidence of identification, which was _____, to be the person who signed above in my presence, and who swore or affirmed to the notary that the contents of the document are truthful to the best of his or her knowledge.

Notary Public: _____

My commission expires: _____

Notary identification number: _____

Page 2 of 2

Case Number: PC-2025-02760 ... CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1673 of 1762 PageID #: 3302



# STATE OF RHODE ISLAND JUDICIARY

## SUPERIOR COURT

### BUSINESS CALENDAR CASE OPENING SHEET

|  |
|---|
| **Case Number:** |

| **PLAINTIFF(S):**<br>See attached | **DEFENDANT(S):**<br>See attached |
|---|---|
| **Plaintiff's Counsel** (if more than one, supply information for each):<br>Name: See attached<br>Address:<br>Telephone Number:<br><br>Name:<br>Address:<br>Telephone Number: | **Defendant's Counsel** (if more than one, supply information for each):<br>Name: See attached<br>Address:<br>Telephone Number:<br><br>Name:<br>Address:<br>Telephone Number: |

**NATURE OF PROCEEDING** – Check the applicable case type under main categories listed below (<u>check only one</u>).

- ☐ Breach of contract or fiduciary duties, fraud, misrepresentation, business tort, or statutory violations.
- ☐ Transactions governed by the provisions of the Uniform Commercial Code.
- ☐ Complicated transactions involving commercial real property.
- ☐ Shareholder derivative actions.
- ☐ Commercial class actions.
- ☐ Commercial bank transactions.
- ☐ Matters affecting the internal affairs or governance of business organizations or entities.
- ☐ Business insolvencies and receiverships.
- ☑ Other (generally describe nature) <u>Statutory action filed by Rhode Island Attorney General</u>

_____

Have there been efforts at mediation?        ☐ Yes        ☑ No
Have there been efforts at arbitration?        ☐ Yes        ☑ No
Other dispute resolution mechanisms?        ☐ Yes        ☑ No

Is this a case that may require a trial for resolution?   ☑ Yes   If yes: ☑ Jury or ☐ Non-jury        ☐ No

If this is an existing case, what is the present status?
☐ Motion to Dismiss        ☐ Summary Judgment        ☐ Discovery        ☐ Awaiting assignment for trial

The undersigned requests assignment to the Business Calendar.

/s/ Michael Rousseau

Attorney for ☑ Plaintiff ☐ Defendant

Date: May 27, 2025

Rhode Island Bar Number 6940

The above case may be placed on the Business Calendar /s/_____

Associate Justice

Superior-28 (revised March 2023)

## ATTACHMENT TO BUSINESS CALENDAR CASE OPENING SHEET

### Plaintiff

State of Rhode Island, by and through Peter F. Neronha, Attorney General

### Plaintiff's Counsel

Sarah W. Rice (Bar No. 10588)
Assistant Attorney General
Dorothea R. Lindquist (Bar No. 6661)
Jordan Broadbent (Bar No. 10794)
Special Assistant Attorneys General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400
srice@riag.ri.gov
dlindquist@riag.ri.gov
jbroadbent@riag.ri.gov

Robert J. McConnell
Michael G. Rousseau
**MOTLEY RICE LLC**
48 Westminster St., 5th Floor
Providence, RI 02903
Tel. (401) 457-7700
Fax. (401) 457-7708
bmcconnell@motleyrice.com
mrousseau@motleyrice.com

Linda Singer
*Pro Hac Vice to be submitted*
Elizabeth Paige Boggs
*Pro Hac Vice to be submitted*
Devin X. Williams
*Pro Hac Vice to be submitted*
**MOTLEY RICE LLC**
401 9th Street, NW, Suite 630
Washington, DC 20004
Tel. (202) 386-9626
Fax. (202) 386-9622
lsinger@motleyrice.com
pboggs@motleyrice.com
dwilliams@motleyrice.com

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:23-cv-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1675 of 1762 PageID
#: 3304

## Defendants

CaremarkPCS Health, L.L.C.
Zinc Health Services, LLC
Express Scripts, Inc.
Ascent Health Services LLC
OptumRx, Inc.
Emisar Pharma Services LLC

## Defendants' Counsel

Defendants' counsel is unknown to Plaintiff at this time.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-cv-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1676 of 1762 PageID
#: 3305

**SUPERIOR COURT OF THE STATE OF RHODE ISLAND**
**FOR THE COUNTY OF PROVIDENCE**

STATE OF RHODE ISLAND, by and through
PETER F. NERONHA, ATTORNEY GENERAL,

     *Plaintiff*

     v.

CAREMARKPCS HEALTH, L.L.C., ZINC
HEALTH SERVICES, LLC, EXPRESS SCRIPTS,
INC., ASCENT HEALTH SERVICES LLC,
OPTUMRX, INC., and EMISAR PHARMA
SERVICES LLC,

     *Defendants*.

C.A. NO.:

**COMPLAINT**

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:24-CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1677 of 1762 PageID
#: 3306

## TABLE OF CONTENTS

**INTRODUCTION** .................................................................................................. 1

**PARTIES** .............................................................................................................. 6

    *Plaintiff State of Rhode Island* ........................................................................ 6

    *Defendants CaremarkPCS Health, L.L.C. and Zinc Health Services, LLC* ........... 6

    *Defendants Express Scripts, Inc. and Ascent Health Services LLC* .................. 7

    *Defendants OptumRx, Inc. and Emisar Pharma Services LLC* ........................ 8

**JURISDICTION AND VENUE** ............................................................................... 8

**BACKGROUND** .................................................................................................... 9

    *PBMs Are the Middleman in a Complex Drug Pricing System* ........................ 9

    *PBMs Contract with Prescription Drug Manufacturers* ................................ 11

    *PBMs Have Begun Conducting Negotiations with Manufacturers Through GPOs* ............... 13

    *PBMs Contract with Pharmacies Including Independent Pharmacies* ................. 14

    *Consumers' Out-of-Pocket Costs Are Typically Tied to WAC* .......................... 15

**FACTUAL ALLEGATIONS** ................................................................................. 16

  I.     Defendants Conduct Trade and Commerce in Rhode Island ....................... 16

  II.    The PBM Defendants Deceptively Represent That They Act to Serve Consumers by Lowering Drug Prices and Ensuring Their Access to Safe and Effective Drug Treatments ......................................................................................... 19

  III.   Defendants Engage in a Scheme to Artificially Inflate Drug Prices for Their Own Financial Gain .................................................................................. 26

      A.    Defendants Exclude Drugs from Their Formularies to Increase Rebates and Other Fees ..................................................................................... 28

      B.    Defendants' Rebate Tactics Lead to WAC Price Inflation ......................... 37

      C.    Defendants' Lack of Transparency Allowed Them to Continue Siphoning Off Substantial Portions of Payments from Manufacturers in the Form of Undisclosed Fees .................................................................................. 46

  IV.   WAC Prices for Prescription Drugs Have Skyrocketed Over the Last Couple of Decades, Increasing Prices to Consumers ................................................ 49

  V.    Defendants' Deceptive Acts and Practices Are Material to Consumers ....... 52

  VI.   Defendants' Scheme That Artificially Inflates Drug Prices Violates Established Public Policy In Rhode Island .................................................................. 55

  VII.  Defendants Engage in Unfair Methods of Competition ............................. 57

      A.    Defendants' Formulary and Rebate Practices Tend to Negatively Affect Competitive Conditions in the Prescription Drug Market ............................ 57

i

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1678 of 1762 PageID
#: 3307

    B.     The PBM Defendants Impose Unfair Contractual Terms on Independent Pharmacies That Negatively Affect Competition and Consumers ................ 61

        1.   The PBM Defendants Pay Low Reimbursement Rates—Sometimes Below Pharmacies' Acquisition Costs ................................................. 64

        2.   The PBM Defendants Steer Consumers to Their Own Affiliated Pharmacies—Particularly for Specialty Drugs ......................... 69

**CLAIMS FOR RELIEF** ....................................................... 74

  COUNT ONE ..................................................................... 74

  COUNT TWO ..................................................................... 77

  COUNT THREE ................................................................. 78

     *Defendants' Formulary and Rebate Practices* ......................... 80

     *PBM Defendants' Pharmacy-Related Practices* ...................... 81

**PRAYER FOR RELIEF** ...................................................... 82

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

The State of Rhode Island, by and through its Attorney General, Peter F. Neronha, ("Rhode Island" or "State"), brings this action pursuant to his statutory authority against CaremarkPCS Health, L.L.C. ("CVS Caremark"), Express Scripts, Inc. ("Express Scripts"), and OptumRx, Inc. ("OptumRx") (collectively, the "PBM Defendants"); and Zinc Health Services LLC ("Zinc"), Ascent Health Services, LLC ("Ascent"), and Emisar Pharma Services LLC ("Emisar") (collectively, the "GPO Defendants"). The PBM Defendants and the GPO Defendants will be referred to collectively as "Defendants."

## INTRODUCTION

1.      Prescription drug pricing in the United States is complex and opaque, allowing Defendants—the three largest pharmacy benefit managers ("PBMs") (the PBM Defendants) in the country and their group purchasing organizations ("GPOs") (the GPO Defendants)—to siphon increasing amounts of money from the pharmaceutical supply chain through an unfair and deceptive scheme that masks Defendants' negative impact on the market while increasing consumers' out-of-pocket costs, limiting consumers' access to effective and less expensive prescription drugs, undercutting independent pharmacies, and maximizing rebates for Defendants' own financial gain at the expense of consumers.

2.      The skyrocketing cost of prescription drugs is a significant burden to Rhode Islanders. Between 2015 and 2019, prescription drug costs grew 114% faster than the average Rhode Islanders' income.[1] According to a 2024 survey of over 1,000 Rhode Island adults, more than 65% of adults making less than $50,000 a year were somewhat or very worried about

---

[1] AARP, *Rx Costs Outpaced Rhode Island Income by 114%*, https://states.aarp.org/rhode-island/rx-costs-outpaced-rhode-islanders-income-by (last visited May 27, 2025).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1680 of 1762 PageID
#: 3309

affording prescription drugs.[2] Nearly a quarter of adults in Rhode Island either did not fill a prescription, cut pills in half, or skipped a dose due to concerns about costs.[3]

3.     The State brings this complaint to address Defendants' violations of Rhode Island law that significantly contribute to these high prices, and to ensure that consumers (*i.e.*, patients in need of medical care) can access affordable, safe, and effective drugs and that employers (who are consumers of health benefit plans) are not forced to pay higher-than-necessary drug costs in their self-funded plans, which depresses wages and damages Rhode Island's economy. As laid out specifically below, Defendants have engaged in deceptive acts and practices in violation of Rhode Island's Deceptive Trade Practices Act ("DTPA"), R.I. Gen. Laws §§ 6-13.1-1 through 6-13.1-27 (Count One); engaged in unfair acts and practices in violation of the DTPA (Count Two); and engaged in unfair methods of competition in violation of the DTPA that harmed consumers and negatively impacted competition in the prescription drug market and, in the case of the PBM Defendants, the pharmacy market (Count Three).[4]

4.     The PBM Defendants contract with health benefit plans based in and outside of Rhode Island and with pharmacies to provide services to Rhode Island consumers. They refer to consumers as their "members" and represent that their primary role is to serve members.

5.     The PBM Defendants make numerous deceptive representations, directly and indirectly, to consumers that the PBM Defendants act to serve consumers by lowering drug prices

---

[2] *Rhode Island Survey Respondents Worried about High Drug Costs; Support a Range of Government Solutions*, Healthcare Value Hub (July 15, 2024), https://healthcarevaluehub.org/chess-state-survey/rhode-island/2024/rhode-island-survey-respondents-worried-about-high-drug-costs-support-a-range-of-government-solutions/.
[3] *Id.*
[4] On September 20, 2024, the Federal Trade Commission brought an administrative complaint against the same set of Defendants for engaging in anticompetitive and unfair rebating practices that artificially inflated the list price of insulin drugs. The action is currently on hold due to a lack of commissioners able to participate in the case.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1681 of 1762 PageID
#: 3310

and ensuring consumers' access to safe and effective drug treatments. Yet, over time, Defendants have developed a business model that does the opposite.

6.      The PBM Defendants have promised to apply objective medical science and the leverage of large-scale purchasing to select the safest and most effective drugs for consumers and bring down their prices. Instead, Defendants have capitalized on their role as middlemen between drug manufacturers, pharmacies, health insurance plans, and consumers to siphon increasing revenue to themselves, drive up prices to consumers, restrict consumers' choices of prescription drugs and pharmacies, and protect their own role and profits by shrouding them in secrecy and misleading marketing. Beginning in 2019, the PBM Defendants began utilizing the GPO Defendants to conduct negotiations with manufacturers and collect and distribute rebates and other fees from manufacturers—adding another, ***non-transparent*** layer to the system, making it even more difficult for health benefit plans to know whether they are receiving their fair share of rebates and other manufacturer payments.

7.      Defendants' drug "formularies" (lists of covered drugs, as explained in more detail below) are now so restrictive that they block consumers' access to nearly 40% of drugs on the market—forcing consumers to pay out of pocket for their preferred medication or shift their medications around Defendants' ever-changing formulary decisions instead of their own medical needs.[5]

8.      Drug manufacturers are complicit and play a central role in facilitating Defendants' scheme. Over the last decade, manufacturers have systematically increased their drugs' "list price," also known as its "Wholesale Acquisition Cost" or "WAC", in order to pay kickbacks to

---

[5] Geoffrey Joyce, et al., *Medicare Part D Plans Greatly Increased Utilization Restrictions On Prescription Drugs, 2011–20*, 43 Pharm & Med. Tech. 391, 396–97 (2024), https://www.healthaffairs.org/doi/epdf/10.1377/hlthaff.2023.00999.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00308-MRD-PAS    Document 6    Filed 07/01/25    Page 1682 of 1762 PageID
#: 3311

Defendants in the form of escalating rebates and other fees to secure formulary placement for their products. As a result, list prices have become significantly inflated and bear almost no relationship to the true payment manufacturers receive for their products. This negatively impacts many consumers with cost-share payments tied to a drug's inflated list price (*e.g.*, uninsured consumers and insured consumers with coinsurance or high-deductible plans).[6]

9.      Novo Nordisk's CEO admitted that it prices Ozempic and Wegovy—two glucagon-like peptide receptor agonists ("GLP-1s") approved to treat Type 2 diabetes—exponentially higher in the United States than in other countries to offset the rebate and other fees Novo Nordisk pays to the PBM Defendants.[7] For example, Ozempic is sold in the United States for $969 per month, compared to $122 in Denmark and $59 in Germany, while Wegovy is sold in the United States for $1,349 per month, compared to $186 in Denmark and $137 in Germany. Thus, if a consumer had a 20% coinsurance requirement (meaning she must pay 20% of the drug's list price without any rebates or other discounts), she would pay $193.80 for Ozempic at the artificially inflated price of $969 but only $24.40 if the price were $122.

10.      Defendants also engage in unfair methods of competition that negatively affect competition in the prescription drug market by giving preferential treatment to drugs with the highest rebates, even when there are multiple, equally effective drugs in a therapeutic class. Manufacturers facilitate this practice by paying kickbacks to Defendants. For example, in exchange for higher rebates and other fees, Defendants gave preferential status to Humira—a high-

---

[6] Even patients with more modest deductibles are still negatively impacted by these inflated prices until they have exhausted their deductibles.

[7] Dani Kass, *Novo Nordisk Tells Sens. Ozempic Costs Are Linked To PBMs*, Law360 (Sept. 24, 2024), https://www.law360.com/health/articles/1871338/novo-nordisk-tells-sens-ozempic-costs-are-linked-to-pbms.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:25-cv-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1683 of 1762 PageID #: 3312

cost biologic used to treat arthritis and other inflammatory disorders—over lower-cost insulin biologics that the U.S. Food and Drug Administration ("FDA") approved to be *fully interchangeable* with the brand-name products, which, in some instances, Defendants excluded from their formularies. This effectively blocks lower-priced competitors from entering the market.

11.    The PBM Defendants also engage in unfair methods of competition that harm independent pharmacies—including independent pharmacies in Rhode Island—while providing an advantage to their own pharmacies and negatively affecting competition and consumers. Between 2010 and 2021, Rhode Island had a pharmacy closure rate greater than 35% and experienced a net loss of pharmacies—meaning more pharmacies closed than opened.[8] Independent pharmacies were particularly impacted.[9]

12.    The PBM Defendants use their dominant market power (explained below) to force their unaffiliated pharmacies to accept unfair contractual terms. This includes reimbursing independent pharmacies near or below their acquisition costs for dispensing lower-profit prescriptions and steering prescriptions for higher-profit drugs to the PBM Defendants' own affiliated pharmacies. One local independent pharmacist reported that CVS Caremark only reimburses her $2,200 for drugs that cost over $2,800 despite reimbursing CVS pharmacies over $4,000 for the exact same drug. These practices unfairly lessen independent pharmacies' ability to compete with big, chain pharmacies, ultimately raise prices for consumers, and deny consumers their choice of pharmacy.

---

[8] Jenny S. Guadamuz, et al., *More US Pharmacies Closed Than Opened in 2018–21; Independent Pharmacies, Those in Black, Latinx Communities Most at Risk*, 43(12) Health Affairs 1703, 1705 (2024), https://www.healthaffairs.org/doi/abs/10.1377/hlthaff.2024.00192?journalCode=hlthaff.
[9] *Id*. at 1707.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1684 of 1762 PageID
#: 3313

## PARTIES

### *Plaintiff State of Rhode Island*

13.    The State of Rhode Island is a sovereign state of the United States. Peter F. Neronha is the duly elected Attorney General and is the chief law enforcement officer and attorney for the State. The Attorney General brings this action on behalf of the State in accordance with his statutory authority.

### *Defendants CaremarkPCS Health, L.L.C. and Zinc Health Services, LLC*

14.    Defendant CaremarkPCS Health, L.L.C. (operating as CVS Caremark) is a Delaware limited liability company that maintains its principal place of business in Rhode Island and is registered to do business in Rhode Island. It is a wholly owned indirect subsidiary of CVS Health Corporation ("CVS Health").

15.    Defendant Zinc Health Services, LLC is a Delaware limited liability company with its principal place of business in Rhode Island. CVS Health established Zinc as a group purchasing organization—entities typically used to consolidate the purchasing power of multiple organizations—for its PBM business in 2020. CVS Health co-owns Zinc and appoints three out of the four members of Zinc's Board of Directors. Zinc negotiates rebates with drug manufacturers on behalf of CVS Caremark in addition to other third parties' commercial clients.

16.    At all relevant times, CVS Caremark and Zinc had agreements with various prescription drug manufacturers related to payments for preferred placement on CVS Caremark's standard formularies and engaged in business in Rhode Island.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-cv-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1685 of 1762 PageID
#: 3314

17.     In 2024, CVS Caremark controlled 27% of the national PBM market based on total prescription claims managed.[10]

### Defendants Express Scripts, Inc. and Ascent Health Services LLC

18.     Defendant Express Scripts, Inc. is a Delaware corporation that maintains its principal place of business in Missouri and is registered to do business in Rhode Island.

19.     Express Scripts, Inc. is a wholly owned direct subsidiary of Evernorth Health, Inc. and a wholly owned indirect subsidiary of Cigna Corporation. Prior to merging with Cigna Corporation in 2019, Express Scripts, Inc. was the largest independent PBM in the United States.

20.     Defendant Ascent Health Services LLC is a Delaware limited liability company with its principal place of business in Switzerland. In 2019, Express Scripts established Ascent as a group purchasing organization for its PBM business. Express Scripts co-owns Ascent and appoints three out of the five members of Ascent's Board of Directors. Ascent negotiates rebates with drug manufacturers on behalf of Express Scripts and other third parties' commercial clients.

21.     At all relevant times, Express Scripts and Ascent had agreements with various prescription drug manufacturers related to payments for preferred placement on Express Scripts' standard formularies and engaged in business in Rhode Island.

22.     In 2024, Express Scripts controlled 30% of the national PBM market based on total prescription claims managed.[11]

---

[10] Adam J. Fein, *The Top Pharmacy Benefit Managers of 2024: The Top Pharmacy Benefit Managers of 2024: Market Share and Key Industry Developments*, Drug Channels (Mar. 31, 2025), https://www.drugchannels.net/2025/03/the-top-pharmacy-benefit-managers-of.html.
[11] *Id.*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1686 of 1762 PageID #: 3315

### *Defendants OptumRx, Inc. and Emisar Pharma Services LLC*

23.     Defendant OptumRx, Inc. is a California corporation that maintains its principal place of business in California and is registered to do business in Rhode Island. OptumRx is a wholly owned indirect subsidiary of UnitedHealth Group Inc.

24.     Defendant Emisar Pharma Services LLC is a Delaware limited liability company with its principal place of business in Ireland. Emisar is a wholly owned indirect subsidiary of UnitedHealth Group Inc. that launched in late 2021 as a group purchasing organization. Emisar negotiates rebates with drug manufacturers on behalf of OptumRx's commercial clients.

25.     At all relevant times, OptumRx and Emisar had agreements with various prescription drug manufacturers related to payments for preferred placement on OptumRx's standard formularies and engaged in business in Rhode Island.

26.     In 2024, OptumRx controlled 23% of the national PBM market based on total prescription claims managed.[12]

### JURISDICTION AND VENUE

27.     This Court has subject-matter jurisdiction pursuant to R.I. Gen. Laws § 8-2-14.

28.     This Court has personal jurisdiction over Defendants because Defendants transact business in Rhode Island and/or have the requisite minimum contacts with Rhode Island necessary to constitutionally permit the Court to exercise jurisdiction, with such jurisdiction also being proper under Rhode Island's long-arm statute, R.I. Gen. Laws § 9-5-33. Defendants engage in business in Rhode Island by administering pharmacy benefit services to Rhode Island consumers.

29.     This Court has general jurisdiction over CVS Caremark and Zinc as their principal places of business are in Rhode Island.

---

[12] *Id.*

30.     Venue is proper in this Court pursuant to R.I. Gen. Laws § 8-2-27.

## BACKGROUND

### *PBMs Are the Middleman in a Complex Drug Pricing System*

31.     Consumers pay monthly insurance premiums to their employers or insurance companies (third-party payers) that sponsor their health benefit plans. Health benefit plans then contract with PBMs to administer consumers' prescription drug benefits. The relationship between health benefit plans and PBMs is disclosed to consumers. In fact, as described below, PBMs interact directly with consumers. Although PBMs may receive some compensation directly from health benefit plans, they are largely compensated through fees that drug manufacturers and pharmacies pay, as discussed below.

32.     When PBMs first entered the market, they primarily provided electronic claims processing services to efficiently and economically process a high volume of relatively small dollar claims.[13] Now, PBMs, including the PBM Defendants, act as intermediaries between health benefit plans and other entities in the drug distribution chain, such as prescription drug manufacturers and pharmacies (as shown in Figure 1 below).[14] PBMs are involved in and benefit at almost every step in this complex system—often profiting through methods that are secret and unknown to consumers or even their own clients.

---

[13] Robin J. Strongin, *The ABCs of PBMs,* The George Washington University (Oct. 27, 1999), at 2, https://www.ncbi.nlm.nih.gov/books/NBK559746/pdf/Bookshelf_NBK559746.pdf.
[14] James T. Kennedy, RPh, and Shellie Keast, PharmD, PhD, *A primer on brand-name prescription drug contracting*, 30(5) J. Manag. Care Spec. Pharm. 507, 508 (2024).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1688 of 1762 PageID #: 3317

*Figure 1: The Role of Pharmacy Benefit Managers*



33.     In their role as intermediaries, PBMs participate in the complex scheme of pricing and paying for prescription drugs. Various prices and benchmarks are used at different stages in the drug pricing system, including:

- **Wholesale Acquisition Cost ("WAC" or "list price")**: the manufacturer's published list price to wholesalers or direct purchasers (excludes rebates or other discounts)

- **Manufacturer's Net Price**: the revenue a manufacturer receives (*i.e.*, the list price (WAC) minus rebate or other discounts)

- **Average Wholesale Price ("AWP")**: the estimated average price that pharmacies pay to wholesalers (excludes rebates or other discounts), typically the manufacturer's list price (WAC) plus 20%

- **National Average Drug Acquisition Cost ("NADAC")**: the estimated wholesale price retail pharmacies pay to wholesalers, based on invoice prices paid by retailers

10

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.
CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1689 of 1762 PageID
#: 3318

- **Negotiated Rate:** the price that PBMs negotiate with manufacturers for brand-name drugs (*i.e.*, WAC minus rebates and other fees paid by manufacturers)

- **Maximum Allowable Cost ("MAC")**: PBMs' self-established upper limit of what they will reimburse pharmacies for generics

- **Reimbursement Rate:** the rate at which PBMs reimburse pharmacies for filling prescriptions

- **Usual and Customary Price ("U&C" or "cash price")**: the price that a pharmacy charges cash-paying consumers

### *PBMs Contract with Prescription Drug Manufacturers*

34.     A drug formulary is a list of generic and brand-name prescription drugs assembled by PBMs and thus covered by health benefit plans. A health benefit plan will not typically reimburse any part of the cost for a drug that is not included in the PBM-designed formulary.

35.     Formularies are usually divided into tiers that determine the cost-share amounts (*e.g.*, the copayment or co-insurance) that consumers must pay toward the cost of a prescription. Lower tiers have lower cost-share amounts than higher tiers.

36.     PBMs negotiate and contract with manufacturers of brand-name prescription drugs for rebates and other fees in exchange for securing placement on PBMs' drug formularies, and for the position a drug enjoys on the PBMs' formularies—either more advantageous to the manufacturer or less.

37.     Unlike traditional point-of-sale rebates, manufacturers pay prescription drug rebates to PBMs, not to the consumers who typically pay the WAC (list price) to the pharmacy, either directly or through their insurance provider.

38.     PBMs typically retain a portion of the rebates and other fees discussed below that they receive from prescription drug manufacturers and return the remainder to health benefit plans. The exact amount that PBMs retain depends on their contract with the health benefit plan.

11

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1690 of 1762 PageID
#: 3319

However, as discussed below, because of PBMs' lack of transparency, it is extremely difficult to know whether PBMs are actually passing all required payments through to health benefit plans.

39.     Generally, manufacturers of brand-name prescription drugs pay higher rebates for preferred formulary placement (namely, a lower tier rather than a higher tier). This is because, upon information and belief, consumers are more likely to fill, and doctors are therefore more likely to write, prescriptions for drugs with lower cost-share amounts (and ask their doctors to prescribe products on lower formulary tiers).

40.     The rebates PBMs negotiate are highly confidential and, for the most part, the exact terms of the agreements between PBMs and prescription drug manufacturers are unknown to others in the supply chain, even to PBMs' own clients. In fact, PBMs frequently use their contracts with health benefit plans to limit plans' right to certain information and data. Thus, for most of the players in the prescription drug supply chain, including the State and Rhode Island consumers, drug pricing is a black box.

41.     Manufacturers also pay PBMs "administrative fees" for administering rebates. Like rebates, administrative fees are tied to WAC (such that PBMs again benefit from higher drug prices) and paid according to PBMs' confidential contracts with manufacturers. Administrative fees typically range from 3% to 5% of WAC.[15]

42.     "Price protection" is another way that PBMs extract payments from manufacturers. It is a cap on the amount by which prescription drug manufacturers can increase WAC for a particular drug (ranging from 0% to 12%).[16] Any price increase by manufacturers above the

---

[15] Staff of U.S. Senate Comm. on Finance, 117th Cong., *Insulin: Examining the Factors Driving the Rising Cost of a Century Old Drug* (Jan. 14, 2021) at 82, https://www.finance.senate.gov/imo/media/doc/Grassley-Wyden%20Insulin%20Report%20(FINAL%201).pdf (hereinafter "Senate Finance Committee Insulin Report").
[16] *Id*. at 84.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1691 of 1762 PageID
#: 3320

established cap triggers additional rebate payments to PBMs known as price protection. And while PBMs present price protection as a means to reduce costs, evidence shows that it has done little to accomplish that, and drug prices have continued to skyrocket despite price protection. Price protection also creates another perverse incentive for PBMs. Drug rebates and other fees paid to a PBM are usually based on list price (WAC). For example, a manufacturer may offer PBMs a rebate of 40% of WAC or an administrative fee of 3% of WAC for a particular drug. Thus, when WAC increases, rebates and fees also increase.

### PBMs Have Begun Conducting Negotiations with Manufacturers Through GPOs

43.     Around 2019, PBMs began forming GPOs (sometimes also referred to as rebate aggregators) to conduct their formulary and rebate negotiations and collect rebates and other fees from manufacturers and distribute them to PBMs. As explained above, PBMs are then supposed to pass through an agreed upon percentage of the fees to their health benefit plan clients. GPOs are entities that combine the purchasing power of multiple organizations to negotiate better prices and terms with suppliers.

44.     Historically, PBMs did not utilize GPOs, presumably because they had enormous bargaining power on their own. As discussed below, it appears PBMs use GPOs to recategorize existing income streams and generate new income streams. GPOs also serve as an additional, non-transparent layer in an already opaque system, making it even more difficult for health benefit plans to determine whether they received their fair share of rebates and other manufacturer fees or whether PBMs or GPOs are providing value relative to the administrative fees they charge and to their effectiveness in reducing total drug spend.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1692 of 1762 PageID #: 3321

### *PBMs Contract with Pharmacies Including Independent Pharmacies*

45.     In addition to negotiating with prescription drug manufacturers, PBMs negotiate and contract with retail pharmacies to create networks of preferred pharmacies where consumers (which PBMs refer to as their "members") may fill prescriptions for these drugs.

46.     Pharmacies dispense prescriptions through two main formats—retail pharmacies (*i.e.*, brick and mortar) and mail order pharmacies. Retail pharmacies can be large, chain pharmacies (*e.g.*, CVS, Walgreens) or small, independent pharmacies, which are owned and operated by local individuals rather than publicly traded corporations. There is also a rapidly expanding pharmacy segment called specialty pharmacies, which are typically mail-order pharmacies, that dispense specialty drugs. There is no uniform definition for specialty drugs. Drugs are generally considered "specialty drugs" if they are high cost, used to treat complex, chronic, or rare medical conditions, or require special handling (*e.g.*, chemotherapy drugs).

47.     Although PBMs allow consumers to fill their prescriptions at a wide variety of retail pharmacies, PBMs typically have exclusivity clauses in their contracts with health benefit plans that require consumers to utilize the PBMs' own mail-order pharmacies. Thus, as discussed below, PBMs can steer prescriptions for highly-profitable drugs to their own specialty pharmacies by unilaterally designating the drugs as specialty drugs.

48.     Agreements with pharmacies determine the amount PBMs will pay to fill prescription drugs (minus any cost-share amounts that consumers pay directly to pharmacies). Independent pharmacies have very little leverage in their negotiations against PBMs and describe the agreements as take it or leave it contracts of adhesion, meaning that if the independent pharmacy does not accept the offered terms, the only alternative is to leave a network that likely includes high proportions of the independent pharmacy's customers.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1693 of 1762 PageID #: 3322

49.     While the PBMs pay one low cost to independent pharmacies, typically, they mark up the price when seeking reimbursement for those payments from health benefit plans—creating another revenue stream for PBMs, typically referred to as the "spread." For example, a health benefit plan may agree to pay a standard benchmark price for prescription drug claims plus a set discount (*e.g.*, AWP minus 10%). The PBM may then negotiate a lower reimbursement rate with the pharmacy and keep the difference. To avoid confusion, this revenue source will be referred to hereinafter as the "PBM-to-pharmacy spread."

### *Consumers' Out-of-Pocket Costs Are Typically Tied to WAC*

50.     Consumers' out-of-pocket costs for drugs are determined by whether they have insurance and the terms of their coverage. Consumers pay, from high to low, either: (1) the cash price of the prescription drug (because consumers are either uninsured or in the deductible phase of coverage), to (2) a cost-share payment based on a percentage of drug costs (*e.g.*, 20% of the drug price), to 3) what is typically the least expensive option, a flat copayment, typically based on the drug's formulary tier. Since out-of-pocket costs for consumers without flat copayments are tied to drugs' list prices, they automatically increase when list prices increase.

51.     Consumers without insurance pay the pharmacy's cash price, which is generally marked up above WAC. For example, as of January 2025, the WAC price for Mavyret (AbbVie's blockbuster Hepatitis C medication) is $13,200 per month, but the cash price for Mavyret is $15,950 per month at a Walmart in Providence and $16,333 (or $13,521 with a GoodRx coupon) at a Walgreens in Providence.[17]

52.     An increasing number of consumers have high-deductible plans, which require them to pay the cash price for drugs until they meet their deductible—averaging nearly $2,700 a

---

[17] AbbVie Inc., *Mavyret List Price*, https://www.mavyret.com/cost (last visited May 27, 2025).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

year for single coverage in 2024, while 36% have a deductible of $3,000 or more.[18] Even those with more modest deductibles are still adversely affected by higher drug costs until their deductibles are exhausted and coverage kicks in.

53.     About 30–50% of insured consumers pay a coinsurance amount, which is a percentage of the full list price (WAC), not reduced by rebates.[19]

54.     Other insured consumers pay a flat copayment amount based on whether the drug is a generic drug, a preferred or non-preferred brand-name drug, or a specialty drug. For example, under the Anchor and Anchor Plus plans (two programs that Rhode Island offers to state government employees), consumers pay a copayment of $10 for generics drugs, $35 for preferred brand-name drugs and $60 for non-preferred brand-name drugs, and $100 for specialty drugs.[20] Copayments are not directly tied to WAC; however, the overall cost of drugs factors into a health benefit plan's decision to set premiums and consumer copayment amounts. In other words, if drug costs increase, a health benefit plan may decide to raise premiums or copayment amounts.

## FACTUAL ALLEGATIONS

## I.     Defendants Conduct Trade and Commerce in Rhode Island

55.     Defendants engage in trade and commerce by, among other things, administering prescription drug benefits in Rhode Island.

---

[18] Gary Claxton, et al., *Employer Health Benefits 2024 Annual Survey,* KFF (Oct. 9, 2024) at 140, https://files.kff.org/attachment/Employer-Health-Benefits-Survey-2024-Annual-Survey.pdf.

[19] Lisa L. Gill, *The Shocking Rise of Prescription Drug Prices: Here's why prices keep going up, plus how to combat the sticker shock—and still protect your health*, Consumer Reports (Nov. 26, 2019), https://www.consumerreports.org/drug-prices/the-shocking-rise-of-prescription-drug-prices/.

[20] State of Rhode Island - Office of Employee Benefits, *Prescription Coverage*, https://employeebenefits.ri.gov/benefit-programs/active-employees/health-benefits/prescription (last visited May 27, 2025).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:23-cv-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1695 of 1762 PageID #: 3324

56.     Defendants are part of transactions that are covered by the DTPA. Indeed, the affected consumers are intended third-party beneficiaries of the contractual relationship between their health benefit plans and Defendants. Moreover, Rhode Island employers, as consumers of health benefit plans, may either have direct contractual relationships with Defendants or are third-party beneficiaries of the contractual relationship between their health benefit plans and Defendants.

57.     The PBM Defendants contract with health benefit plans based in and outside of Rhode Island to provide services to Rhode Island consumers. For example, CVS Caremark contracts with the Rhode Island government employee health benefit plans. They are compensated through a combination of fees paid by health benefit plans, which are derived from consumers' premiums, and fees paid by drug manufacturers and pharmacies, which stem from consumers' drug utilization, as discussed above.

58.     As CVS Caremark explains to consumers through its welcome kit: "We manage your prescription drug benefits just like your health insurance company manages your medical benefits."[21]

59.     The PBM Defendants market their services to and interact directly with consumers, including consumers in Rhode Island. As an example of the relationship between the PBM Defendants and these Rhode Island consumers, the PBM Defendants provide identification cards to these consumers with their company logos to present to pharmacies for the purpose of determining the consumers' prescription drug coverage.

---

[21] CVS Caremark, *Sample Welcome Kit*, https://benefits.vmware.com/wp-content/uploads/2018/10/CVS-Caremark-Sample-Welcome-Kit_ID-Card.pdf (last visited May 27, 2025).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 6:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:25-cv-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1696 of 1762 PageID #: 3325

60.    The PBM Defendants also have consumer-facing websites where they ask consumers to create accounts.[22] The websites also direct consumers to contact the PBM Defendants if they have questions regarding their prescription drug benefits.

61.    Indeed, the PBM Defendants acknowledge their important role in serving consumers by advertising that consumers are their members and that their primary role is to serve members.

62.    CVS Caremark represents in the "About Us" section of its website: "Your health is our priority[.] As a pharmacy benefit manager (PBM), we manage prescription plans to help make them more cost-effective – so you can get what you need when you need it."[23] In 2023, Caremark advertised that it served 103 million members.[24]

63.    In a CVS Caremark flyer to consumers enrolled in the Rhode Island government employee health benefit plans, CVS Caremark states: "Having access to high-quality, affordable care is important to you and your family – and it's just as important to us."[25]

64.    Express Scripts promises that it "advocate[s] on behalf of members, removing barriers to access and simplifying every care experience."[26] It also represents that it provides

---

[22] CVS Caremark, https://www.caremark.com (last visited May 27, 2025); Express Scripts, https://www.express-scripts.com (last visited May 27, 2025); OptumRx, https://www2.optumrx.com/ (last visited May 27, 2025).

[23] CVS Caremark, *About Us*, https://www.caremark.com/about-us.html (last visited May 27, 2025).

[24] CVS Caremark, *About Us*, https://www.caremark.com/about-us.html (last visited May 27, 2025) [https://web.archive.org/web/20231011205254/https://www.caremark.com/about-us.html].

[25] CVS Caremark, *Great News: You could be paying less for your Rx. With the new Savings Advisor tool* (2020), https://employeebenefits.ri.gov/sites/g/files/xkgbur816/files/documents/cvs-savings-advisor.pdf.

[26] Evernorth Health Services, *Express Scripts By Evernorth*, https://www.evernorth.com/our-solutions/express-scripts-pbm (last visited May 27, 2025).

"[p]harmacy benefits that benefit you[.]"[27] Express Scripts states on its website that it serves "1 in 3 Americans."[28]

65.     OptumRx states on its website: "Optum Rx is a pharmacy benefit manager serving more than 65 million members. We provide safe and cost-effective ways for you to access your medications and help you achieve better health outcomes."[29]

66.     Since as early as 2019, the PBM Defendants have utilized the GPO Defendants to conduct fundamental aspects of their service, including engaging in rebate and formulary negotiations with manufacturers. The GPO Defendants also collect payments from manufacturers and distribute them to the PBM Defendants. The GPO Defendants provide these services nationwide, including, upon information and belief, in Rhode Island.

## II.    The PBM Defendants Deceptively Represent That They Act to Serve Consumers by Lowering Drug Prices and Ensuring Their Access to Safe and Effective Drug Treatments

67.     The PBM Defendants make numerous deceptive representations directly and indirectly to consumers regarding their role in the market. For example, the PBM Defendants deceptively represent that: (1) they function to lower drug costs; (2) their formularies are designed to maximize effectiveness and safety and minimize cost; and (3) they are acting in consumers' best interests.

68.     The PBM Defendants make these deceptive representations directly to consumers through their consumer-facing websites, other online materials and, most recently, in the case of

---

[27] Express Scripts, *Benefits*, https://www.express-scripts.com/pharmacy-benefits-manager (last visited May 27, 2025).
[28] Evernorth Health Services, *The Value Express Script Delivers*, https://www.evernorth.com/esfacts/key-topics/the-value-express-scripts-delivers (Sept. 5, 2024).
[29] Optum Rx, Inc., *Frequently asked questions*, https://welcome.optumrx.com/cpcty2/frequently-asked-questions (last visited May 27, 2025); *see also* OptumRx, Inc., *Welcome to Optum Rx*, https://welcome.optumrx.com/standard/getstarted (Sept. 5, 2024).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1698 of 1762 PageID
#: 3327

Express Scripts, newspaper advertisements. Upon information and belief, the PBM Defendants also make these deceptive representations directly to consumers through other consumer-facing materials, such as welcome kits, benefit handbooks, published formularies, and letters. In addition, upon information and belief, the PBM Defendants make these deceptive representations to health benefit plans with the knowledge and intention that the health benefit plans will pass this misinformation on to consumers.

69.    For example, CVS Caremark falsely represents that its role is to "keep prescription drugs affordable."[30] It also misleadingly claims:

  a.    "MYTH: Rebates negotiated by PBMs are driving up the prices of prescription drugs for consumers and plan sponsorship. FACT: Pharmaceutical manufacturers set the list price for a given drug. PBMs then negotiate with manufacturers to secure the drug at a lower cost for their plan sponsors and their members."[31] This representation is likely to mislead consumers acting reasonably under the circumstances because CVS Caremark conceals the manner in which its tactics incentivize and/or pressure manufacturers to increase the price of their drugs in order to maintain a reasonable profit margin while satisfying the demands of PBMs (including CVS Caremark) for ever-increasing rebates and fees.

  b.    "MYTH: PBMs increase cost-sharing burdens for beneficiaries. FACT: Plan designs are determined by clients – employers and health insurance plans – who decide how they subsidize their members' coverage."[32] This representation is likely to mislead consumers acting reasonably under the circumstances because it conceals from consumers the fact that the consumer's share of the costs is sometimes tied to the list price (WAC) of the applicable drugs, and if CVS Caremark pressures a manufacturer to pay higher rebates and fees, resulting in higher drug prices for the manufacturer to maintain a reasonable profit margin, the consumer's cost share rises as well.

---

[30] CVS Health, *5 Facts to Know About PBMs*, at 1, https://business.caremark.com/content/dam/ enterprise/business-caremark/insights/pdfs/2023/PBM-5-facts_r4%20(1).pdf (last visited May 27, 2025).

[31] CVS Health, *Myths vs. Fact Pharmacy Benefit Management* (Jan. 2021), at 2, https://www.cvshealth.com/sites/default/files/cvs-health-myth-vs-fact-pbm-2021-01.pdf.

[32] *Id*. at 3.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-cv-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1699 of 1762 PageID
#: 3328

c.  "MYTH: PBMs lower drug costs by restricting patient access to needed medication. FACT: PBMs help ensure that beneficiaries have access to the prescriptions they need to stay healthy, at a price they can afford."[33] This representation is likely to mislead consumers acting reasonably under the circumstances because CVS Caremark makes certain formulary decisions based primarily on what will increase its revenues, not on providing consumers with the widest range of drugs for their conditions, at the lowest possible cost.

d.  "A formulary is your plan's list of covered medications. The formulary is designed to help you get the medication you need at the lowest possible cost."[34] This representation is likely to mislead consumers acting reasonably under the circumstances because the formularies designed by CVS Caremark have the intent and/or effect of increasing the cost to at least a subset of consumers and giving preferential treatment to many drugs based on factors unrelated to costs or the health or safety of the patient.

e.  "Formularies have two primary functions: 1) to help provide pharmacy care that is clinically sound and affordable for plans and their plan members, and 2) to help manage drug spend through the appropriate selection and use of drug therapy."[35] This representation is likely to mislead consumers acting reasonably under the circumstances for the reasons stated above.

f.  "Your health is our priority[.] As a pharmacy benefit manager (PBM), we manage prescription plans to help make them more cost-effective – so you can get what you need when you need it."[36] This representation is likely to mislead consumers acting reasonably under the circumstances for the reasons stated above.

70.  For example, Express Scripts incorrectly asserts that it "exists to lower the cost of medications."[37] In fact, as described below, Express Scripts' formulary and rebate practices actually increase the cost of medications. Like CVS Caremark, Express Scripts deceptively makes

---

[33] *Id*. at 4.
[34] CVS Caremark, *Your plan's formulary*, https://www.caremark.com/plan-benefits.html (last visited May 27, 2025).
[35] CVS Caremark, *Formulary Development and Management at CVS Caremark*, at 1, https://www.caremark.com/portal/asset/FormDevMgmt.pdf (last visited May 27, 2025).
[36] CVS Caremark, *About Us*, *supra* note 23.
[37] Evernorth Health Services, *The Reality of Rebates*, https://www.evernorth.com/esfacts/key-topics/the-reality-of-rebates (Sept. 4, 2024).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:25-cv-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1700 of 1762 PageID #: 3329

the following assertions, which are likely to mislead consumers acting reasonably under the circumstances for the same reasons as stated with respect to CVS Caremark:

    a.      "PBMs help get the lowest net cost for their clients and consumers. Claims that 'higher rebates mean higher prices' have been repeatedly debunked and repeatedly disproven."[38]

    b.      "Rebates help defray ever-rising drug costs for Express Scripts clients and consumers"[39]

    c.      "Rebates do not raise drug prices, drug makers raise drug prices, and they alone can lower them. Consider the cost of Humalog® (insulin lispro): over the past seven years, the list price for this medication has increased dramatically, yet the net cost has remained relatively constant. Without PBMs, and specifically without Express Scripts, plan sponsors would have paid exponentially more for their prescription drugs."[40]

    d.      "FACT: Public disclosure of negotiated rebates will not lower prescription drug costs. #PBMs Express Scripts negotiates with drug manufacturers to increase competition and lower costs for patients."[41]

    e.      "Express Scripts revises its [National Preferred Formulary ("NPF")] every year, based on reviews of research about the medical value of medicines and their costs. The process of reviewing the NPF and making yearly updates is designed to give members access to the most effective medicines at the lowest possible prices."[42]

    f.      "Pharmacy benefits that benefit you[.] Your pharmacy benefits should be as personal as your medication. You can depend on Express Scripts for care that fits your specific needs."[43]

---

[38] *Id.*

[39] *Id.*

[40] Express Scripts, Inc., *The Rebate Debate* (June 29, 2017), https://www.express-scripts.com/corporate/articles/rebate-debate.

[41] @ExpressScripts, Twitter (Apr. 9, 2019, 3:10 PM), https://twitter.com/ExpressScripts/status/1115693403285741568.

[42] Express Scripts, *National Preferred Formulary (NPF)*, https://www.express-scripts.com/frequently-asked-questions/national-preferred-formulary-npf (last visited May 27, 2025).

[43] Express Scripts, *Benefits*, *supra* note 27.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1701 of 1762 PageID
#: 3330

71.     In addition, on September 11, 2024, Express Scripts ran a print advertisement in

the Wall Street Journal, declaring:

> WE'RE PHARMACISTS.
>
> WE'RE CLINICIANS.
>
> WE'RE RESEARCHERS.
>
> WE'RE NEGOTIATORS.
>
> WE'RE CAREGIVERS.
>
> THAT'S NOT
>
> A MIDDLEMAN.
>
> THAT'S AN
>
> ADVOCATE.
>
> We're Express Scripts by Evernorth. We're not middlemen. We're
> 18,000 advocates who take pride in being the last line of defense for
> millions of Americans against rising health costs. Fighting every day
> to make their medications more affordable and accessible.[44]

72.     Express Scripts also ran a print advertisement in the New York Times on August

29, 2024, with the tagline: "Pharmaceutical companies raise drug prices. We lower them."[45] The

advertisement also stated: "In 2023, big pharma increased prices for 60% of all branded drugs.

Why? Because they can. At Express Scripts, we fight back. We are the last line of defense for

nearly 100 million Americans against skyrocketing health costs." These statements are deceptive

for the same reasons stated above.

---

[44] Advertisement for Express Scripts, Wall Street Journal, Sept. 11, 2024, at A18.
[45] Advertisement for Express Scripts, N.Y. Times, Aug. 29, 2024.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-cv-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1702 of 1762 PageID #: 3331

73.     OptumRx is no better. It falsely represents: "PBMs don't cause high drug costs – they're part of the solution."[46] It also misleadingly states:

a.     "Rebates are a longstanding tool used by PBMs to negotiate with drug manufacturers to achieve lower prescription drugs costs for clients."[47]

b.     "Unfortunately, many people do not take their medications as they should, citing cost as a primary reason. Optum Rx is directly addressing this problem by always driving lowest net cost across our book of business."[48]

c.     "A formulary is a list of prescribed medications or other pharmacy care products, services or supplies chosen for their safety, cost, and effectiveness."[49]

d.     "Both PBMs and their clients are aligned on the need to implement benefit designs that promote generics. The reason is simple: the programs save money and help promote better health outcomes."[50]

e.     "Pharmacy benefit managers (PBMs) like Optum Rx help consumers and customers access the most effective medicines at the most affordable costs. We serve as a counterweight to the substantial market power of pharmaceutical manufacturers, who have sole discretion over how they price their products. Through our negotiations with manufacturers and by offering clinical and cost management services, we are lowering the cost of prescription drugs and improving health outcomes for our customers, including employers, unions, health plans, governments and the consumers they serve."[51]

f.     "For every $1 spent on their services, PBMs reduce cost by $10."[52]

---

[46] OptumRx, *Experts agree: PBMs add value, lower costs* (Oct. 25, 2023) https://www.optum.com/en/business/insights/pharmacy-care-services/page.hub5.pharmacy-benefit-managers-medication-affordability.html (last visited May 27, 2025).
[47]     OptumRx Inc., *Regulatory developments affecting pharmacy* (Feb. 2022), https://www.optum.com/business/resources/library/regulatory-updates-q1-2022.html.
[48] OptumRx, Inc*, Experts agree, supra* note 46.
[49]     OptumRx, Inc., *2025 Select Standard Formulary*, https://contenthub-aem.optumrx.com/content/dam/contenthub/onboarding/assets/som/Select-Formulary-2025.pdf (last visited May 27, 2025).
[50] OptumRx, Inc., *Experts agree, supra* note 46.
[51] OptumRx, Inc., *Pharmacy Care That Provides Affordable Prescription Medications and Therapies*, https://www.unitedhealthgroup.com/ns/optum-rx.html (last visited May 27, 2025).
[52] OptumRx, Inc., *Experts agree, supra* note 46.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1703 of 1762 PageID #: 3332

74.     OptumRx's representations are likely to mislead consumers acting reasonably under the circumstances for the same reasons as stated with respect to Express Scripts and CVS Caremark.

75.     The PBM Defendants' representation that they lower drug prices is belied by the data, which shows that from 1985 to 2024, drug prices have risen three times faster than the rate of inflation (as shown in Figure 2 below).[53]

*Figure 2: Drug Price Increases from 1985-2024*



76.     The fallacy of the PBM Defendants' contention that drugs with higher WAC prices and large rebates cost the same or are cheaper than drugs with lower WAC prices with lower or no rebates is disingenuous and not supported by the math. If you compare a drug with a $50 WAC price and no rebate and the same drug with a $100 WAC price and a $50 rebate (or combination

---

[53] *Drug prices have outpaced inflation since the 1980s*, USAFacts (Mar. 21, 2025), https://usafacts.org/articles/drug-prices-outpaced-inflation-since-the-1990s/.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

-CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1704 of 1762 PageID
#: 3333

of rebate and other fees), this sounds deceptively like both drugs have the same net price ($50). But this ignores the fact that the PBM Defendants retain some portion of the fees they negotiate from manufacturers—sometimes a very significant portion. If the PBM Defendants retain $10 of the $50 rebate or other fees, the $100 drug now has a net price of $60—making it more expensive than the $50 drug with no rebate. This implies that, in the absence of PBMs, a manufacturer would only need to offer a $50 WAC price with no rebate, not $100, to achieve the same margin. In addition, as explained above, many consumers' cost-share amounts are tied to WAC, meaning their out-of-pocket costs will rise along with the WAC price, even if the net cost to the health benefit plan is lowered.

77.     As discussed above and explained in more detail below, this information is material to consumers, and the PBM Defendants' representations are misleading and do not accurately reflect the PBM Defendants' role in the market, their decision-making with regard to their formularies, or their impact on drug prices.

### III.     Defendants Engage in a Scheme to Artificially Inflate Drug Prices for Their Own Financial Gain

78.     The PBM industry is heavily concentrated. The three largest PBMs are: (1) CVS Caremark (owned by CVS Health, which also owns CVS Pharmacy—the largest retail pharmacy chain in the United States); (2) Express Scripts (owned by Cigna—a global health insurance company); and (3) OptumRx (owned by UnitedHealth Group Inc.—a healthcare and insurance company).

79.     Through their multiple lines of business, each of these companies exercise extraordinary influence in health care. They are among the top 20 companies in the Fortune 500. UnitedHealth Group Inc. is listed fourth—below only Walmart, Amazon, and Apple, CVS Health

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-cv-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1705 of 1762 PageID
#: 3334

is listed sixth—above Alphabet (Google's parent company) and Costco, and Cigna is listed 16th—above Ford, Bank of America, and Meta.

80.    Due to a series of mergers and acquisitions, the big three PBMs—the PBM Defendants—now have ***very little competition*** and collectively manage ***80%*** of drug benefits, covering more than ***220 million Americans***, making preferred placement on their drug formularies a significant bargaining chip when negotiating payments from prescription drug manufacturers (*see* Figure 3 below showing corporation consolidations).[54, 55]

### *Figure 3: PBM Parent Entity Consolidation*



---

[54] Senate Finance Committee Insulin Report, *supra* note 15, at 68.

[55] Arkansas ex rel. Rutledge v. Eli Lilly & Co., No. 60cv-22-2976, Compl. ¶ 312 (Ark. Pulaski County Cir. Ct. May 11, 2022), https://content.govdelivery.com/attachments/ARAG/2022/05/11/file_attachments/2156162/2022-05-11-%20Insulin%20Complaint%20FINAL%20DRAFT.pdf.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1706 of 1762 PageID
#: 3335

81.     The PBM Defendants began increasingly exerting their leverage in 2012 by excluding drugs from certain therapeutic classes from their formularies to intensify the rebates manufacturers offered them. The threat of exclusion fundamentally changed drug pricing. Rebates went from modest discounts to steep payments that manufacturers made because not paying could doom a drug's chance of success. Thus, rather than standing up to the PBMs and refusing to pay exorbitant rebates, manufacturers have facilitated the practice by increasing their list prices to accommodate rising rebates. Over time, rebates have become a significant factor that manufacturers consider when setting drug prices.

### A.     Defendants Exclude Drugs from Their Formularies to Increase Rebates and Other Fees

82.     Contrary to their representations that they design formularies to minimize costs and maximize effectiveness and safety, Defendants' decisions about formulary coverage for drugs is largely driven by their own profits and have the effect of sometimes excluding the most inexpensive and even the most effective and safest treatments (and driving up drug prices).

83.     Defendants profit directly and indirectly from rebates: directly by retaining rebates (and, increasingly, other fees) from manufacturers, and indirectly by competing for business based on the misleading impression that their ability to deliver the highest rebates to health benefit plans will result in the lowest net cost (as explained above). As a result, Defendants focus on drugs that deliver the highest rebates.

84.     Defendants extract higher rebates from manufacturers by promising to shift nearly all of their "members" (*i.e.*, consumers) to the manufacturers' drugs and away from competing drugs. Defendants do this by requiring health benefit plans to follow their standard formularies. If health benefit plans want to deviate from the standard formulary and adopt customized formularies, which threaten Defendants' ability to profit from the highest rebates, they face

28

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

PC-2025-CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1707 of 1762 PageID
#: 3336

substantial costs. Moreover, many health benefit plans cannot cost-effectively devote the resources and/or pharmaceutical expertise necessary to develop their own formularies and negotiate prices for the drugs on those formularies with manufacturers, which is why they outsource formulary decisions to Defendants and accept their standard formularies.

85.     CVS Caremark started excluding drugs from its formulary in 2012. Express Scripts and OptumRx began the practice in 2014 and 2016, respectively (*see* Figure 4 below showing the dramatic increase in the number of exclusions by PBM Defendant per year).[56]

### Figure 4: Defendant Formulary Exclusions from 2012–2024



86.     A study looked at drug utilization restrictions on prescription drugs from 2011–2020 in Medicare Part D plans.[57] It found that in 2020, beneficiaries' access to drugs in unprotected

---

[56] Adam J. Fein, *The Big Three PBMs' 2024 Formulary Exclusions: Biosimilar Humira Battles, CVS Health's Weird Strategy, and the Insulin Shakeup,* Drug Channels (Jan. 9, 2024), https://www.drugchannels.net/2024/01/the-big-three-pbms-2024-formulary.html.

[57] Joyce et al., *supra* note 5, at 391.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1708 of 1762 PageID
#: 3337

classes (*i.e.*, not in classes of drugs that Medicare Part D plans are required to cover) was restricted either through formulary exclusions, prior authorization, or step therapy requirements (*i.e.*, conditioning the prescription of certain drugs on first trying a different, usually less expensive drug) on an average of 40% of available drugs.[58] Upon information and belief, Defendants' formularies concerning non-Medicare plans are equally (if not more) restrictive.

87.    Because exclusions were so profitable for Defendants, the number of medicines excluded from Defendants' formularies increased 961% from 2014 (109 unique drug exclusions) to 2022 (1,156 unique drug exclusions).[59] Drugs used to treat chronic conditions—including insulin, antidepressants, antipsychotics, and antiarrhythmics—are most frequently excluded by Defendants, which means Defendants' unfair and deceptive restriction of these drugs may have long-term adverse consequences for the consumer-patients who require them.

88.    Since Defendants began excluding drugs from their formularies, the monetary value of rebates has skyrocketed. For example, in July 2013, the manufacturer Sanofi offered rebates for insulin products between 2% and 4% for placement on CVS Caremark's formulary. By contrast, in 2018, Sanofi's rebates for insulin products were as high as 56%.[60]

89.    The overall amount prescription drug manufacturers paid in rebates and other fees nationally doubled from 2013 ($83 billion) to 2018 ($166 billion).[61]

90.    Defendants argue that their conduct in excluding drugs reduces costs, but the evidence indicates otherwise. A study from the Tufts Center for the Study of Drug Development

---

[58] *Id*. at 396.
[59] Xcenda, *Skyrocketing growth in PBM formulary exclusions continues to raise concerns about patient access*, at 2 (May 2022), https://www.xcenda.com/-/media/assets/xcenda/english/content-assets/white-papers-issue-briefs-studies-pdf/xcenda_pbm_exclusion_may_2022.pdf.
[60] Senate Finance Committee Insulin Report, *supra* note 15, at 67.
[61] Gill, *supra* note 19.

found that cost-effectiveness did not appear to correlate with a drug's excluded or recommended status; rather, rebates appeared to play the more significant role in determining exclusion and recommendation decisions.[62] The Tufts study conducted a head-to-head comparison of excluded versus recommended drugs in the same therapeutic class. In half the drugs examined, the more cost-effective drug was excluded from coverage.[63] Consistent with Defendants' market rationale and the PBM Defendants' marketing, that should not have happened even once, and the decisions are more plausibly explained by the influence of rebates.

91.     Between 2019 and 2022, the three big insulin manufacturers launched low WAC price versions of their top selling products.[64] These products had WAC prices 50–60% below the brand-name products. Yet, Defendants gave preferential formulary treatment to the brand-name products with high rebates and excluded the medically equivalent, low WAC price versions with little or no rebates.

92.     Internal documents from Novo Nordisk (another large insulin manufacturer) show that in 2018 the company considered, but ultimately decided against, lowering WAC for its insulin products by 50%.[65] The company's pricing committee warned that reducing WAC posed a

---

[62] Joshua P. Cohen et al., *Rising Drug Costs Drive the Growth of Pharmacy Benefit Managers Exclusion Lists: Are Exclusion Decisions Value-Based?*, 53 (Supp 1) Health Servs. Rsch. 2758, 2767, 2764 (Aug. 2018),
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6056588/pdf/HESR-53-2758.pdf.
[63] *Id*. at 2766.
[64] Eli Lilly & Company, *Lilly's Lower-Priced Insulin Now Available* (May 22, 2019), https://investor.lilly.com/news-releases/news-release-details/lillys-lower-priced-insulin-now-available; Novo Nordisk Inc., *Novo Nordisk's new insulin affordability offerings now available in the US* (Jan. 2, 2020), https://www.novonordisk-us.com/media/news-archive/news-details.html?id=36628; Sanofi, *Sanofi to lower out-of-pocket cost of insulin for uninsured patients and expand access in underserved communities* (June 29, 2022), https://www.news.sanofi.us/2022-06-29-Sanofi-to-lower-out-of-pocket-cost-of-insulin-for-uninsured-patients-and-expand-access-in-underserved-communities.
[65] Senate Finance Committee Insulin Report, *supra* note 15, at 61–63, 206–212 (Appendix 3).

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1710 of 1762 PageID
#: 3339

significant financial risk to the company—even though the manufacturer's net price (and revenue) would remain the same. One of Novo Nordisk's primary concerns was facing retributive action from other entities in the pharmaceutical supply chain that derive payments based on WAC (namely, PBMs). Novo Nordisk specifically identified as downsides "formulary removal" and "CVS, Express Scripts, & Optum push to be kept whole." In other words, based on its experience and observation of market factors, Novo Nordisk had reason to be concerned that if it set the WAC for its insulin products at their true costs (Novo Nordisk's net price) instead of an inflated price with a 50% rebate, Novo Nordisk risked being removed from Defendants' formularies or having to pay Defendants their cut of the now eliminated 50% rebate. Thus, Novo Nordisk chose to facilitate Defendants' scheme by continuing to inflate list prices for their insulin products at the expense of consumers and health benefit plans.

93.     In fact, when Novo Nordisk lowered the WAC price for its long-acting insulin Levemir by 65% in early 2023, Defendants removed Levemir from their formularies.[66] Levemir went from being accessible to 90% of insured consumers to 36% of insured consumers. In other words, 64% of insulin patients lost access to this cost-effective drug because of Defendants' market manipulation. Novo Nordisk began phasing out Levemir in late 2023 and ultimately discontinued it, and *all* insulin patients lost access to this cost-effective medication.

94.     In some instances, Defendants give preferential formulary treatment to products that are more expensive *and* have seemingly inferior safety profiles. For example, in 2020, Express Scripts excluded AstraZeneca's Calquence (drug used to treat Chronic Lymphocytic Leukemia) in favor of the higher-priced Imbruvica (manufactured by AbbVie and Johnson & Johnson)—perhaps the first major PBM restriction of an oncology therapy. This is particularly troubling because

---

[66] Kass, *supra* note 7.

32

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1711 of 1762 PageID
#: 3340

significantly fewer people who took Calquence suffered atrial fibrillation compared to Imbruvica in a head-to-head trial.[67]

95.     Often, even products CVS Caremark recommends or gives preferential formulary treatment to are excluded by Express Scripts, and vice versa—further indicating that these exclusions are not evidence- or value-based.[68] Notably, Defendants' justifications for formulary exclusions are not ordinarily shared with consumers, their doctors, or even Defendants' clients (health benefit plans).

96.     The only reasonable explanation for Defendants' actions is that the higher list prices (WAC) are tied to higher rebates and/or other payments to Defendants. If Defendants were truly passing through 100% of payments from manufacturers to health benefit plans, there would be no incentive for Defendants to give preferential treatment to drugs with higher WAC prices and higher rebates versus comparable drugs with lower WAC prices and lower rebates (*i.e.*, preferring a $100 brand-name drug with a 50% rebate over a $50 generic drug with no rebate).

97.     In addition to excluding drugs, Defendants manipulate the formulary tiering system by giving preferential treatment to higher cost drugs for Defendants' own financial gain. According to their own marketing, PBMs are supposed to prefer less expensive drugs and save consumers and health benefit plans money. One key strategy would be placing these drugs in tiers with lower copayments, which would incentivize prescribers and consumers to utilize them, rather than higher cost drugs, which raise prices for consumers and health benefit plans. However, a 2021

---

[67] Arlene Weintraub, *Express Scripts axes Novartis' psoriasis drug in favor of Lilly's as discounting takes over: analyst*, Fierce Pharma (Aug. 20, 2020), https://www.fiercepharma.com/pharma/express-scripts-axes-novartis-psoriasis-drug-favor-lilly-s-as-discounting-takes-over-analyst; John C. Byrd, et al., *First results of a head-to-head trial of acalabrutinib versus ibrutinib in previously treated chronic lymphocytic leukemia*, 39(15) J. Clin. Oncol. 7500 (May 28, 2021), https://ascopubs.org/doi/abs/10.1200/JCO.2021.39.15_suppl.7500.

[68] Cohen et al., *supra* note 62.

33

study reviewing Medicare claims data from approximately one million patients between 2010 and 2017 reveals the underlying economic dynamics and found the opposite is true.[69] The percentage of generic drugs on the least expensive tier dropped from 73% in 2010 to 28% in 2017. Further, the percentage of drugs on less economical, higher cost tiers rose from 47% in 2010 to 74% in 2017. The list prices (WAC) for brand-name drugs are typically significantly higher than the list price for generic drugs; thus, it is unlikely that rebated brand-name drugs have an equivalent or lower net cost than their generic counterparts. From 2010–2017, tier misplacement cumulatively cost Medicare and the patients involved in the study $13.25 billion.

98.     A study from the United States Government Accountability Office came to a similar conclusion.[70] It found that generic counterparts for 40 highly rebated brand-name drugs were less likely to be included or given preferred placement over the brand-name drug on Part D formularies compared to generic counterparts for other brand-name drugs.

99.     Upon information and belief, the same incentives lead to the same results for non-Medicare plans, where Defendants have even more leeway.

100.     Beyond pricing, which is discussed below, drug exclusions cause harm and/or raise a significant risk of concrete harm by forcing non-medical switching (altering a consumer's drug therapy for reasons other than a drug's efficacy, side effects, or clinical outcome). In other words, the choice of drugs available to consumers becomes driven not by which drug is safest or most effective for consumers, but by financial side-deals governing whether and at what cost-share amount a drug is placed on Defendants' formulary.

---

[69]  Robin Feldman, *The devil in the tiers*, 8(1) J. Law Biosci, at 1 (Jan. 22, 2021), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8109230/.

[70]  U.S. Government Accountability Office, *Medicare Part D: CMS Should Monitor Effects of Rebates on Plan Formularies and Beneficiary Spending*, at 27 (Sept. 2023), https://www.gao.gov/assets/gao-23-105270.pdf.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-cv-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1713 of 1762 PageID
#: 3342

101.    In February 2008, CVS Caremark entered into a $38.5 million settlement agreement with 28 State Attorneys General (not including Rhode Island) under their consumer protection statutes to resolve allegations that the PBM engaged in deceptive business practices by encouraging doctors to switch consumers to different brand-name drugs by saying the consumers or their health benefit plans would save money without disclosing that the drug switching would benefit CVS Caremark.[71]

102.    Months later, Express Scripts settled similar allegations with 28 State Attorneys General and the District of Columbia (not including Rhode Island).[72] Among other things, the agreement:

- prohibited Express Scripts from eliciting consumers to switch to drugs that would cost them more;

- prohibited Express Scripts from soliciting drug switches when the originally prescribed drug has a generic equivalent, and the proposed drug does not;

- required Express Scripts to inform prescribers of Express Scripts' financial incentives for certain drug switches; and

- required Express Scripts to refrain from making any claims of savings for a drug switch to patients of prescribers unless Express Scripts can substantiate the claims.

---

[71] Washington Attorney General, *Attorney General McKenna announces Caremark to pay $41 million to resolve multistate consumer protection claims* (Feb. 13, 2008), https://www.atg.wa.gov/news/news-releases/attorney-general-mckenna-announces-caremark-pay-41-million-resolve-multistate.

[72] Washington Attorney General, *Attorney General McKenna announces Express Scripts to pay $9.5 million to resolve consumer protection claims* (May 26, 2008), https://www.atg.wa.gov/news/news-releases/attorney-general-mckenna-announces-express-scripts-pay-95-million-resolve.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS      Document 6      Filed 07/01/25      Page 1714 of 1762 PageID
#: 3343

103.    These changes to address PBM practices that harmed consumers, unfortunately, were short-lived. In the intervening years, Defendants' basic business practices have not changed, but have only become more profitable to Defendants, still at consumers' expense. Historically, Defendants excluded medicines with generic equivalents or classes where multiple products have been shown to achieve similar clinical outcomes. Now, Defendants often exclude medicines for conditions such as cancer, HIV, and autoimmune disorders, for which variation in patient response to drugs has been well-documented.[73]

104.    Defendants have claimed that formulary exclusions only affect a small percentage of consumers. However, each of the Defendants manages prescription drug coverage for tens of millions of consumers, including thousands of Rhode Island residents.

105.    This means that thousands of individuals may be forced to switch from their current medication to Defendants' preferred alternative each year. Further, because medications to treat *chronic* diseases are among the most frequently targeted by formulary exclusions, vulnerable consumers with chronic illnesses are disproportionately affected, and for much longer periods of time.[74]

106.    A 2023 study examining the impact of formulary tier increases on patients' treatment patterns for apixaban, an oral anticoagulant used to prevent strokes in patients with atrial fibrillation, found patients were very reluctant to switch their medication.[75] More than half the patients (57.5%) continued apixaban despite increased out-of-pocket costs ($54 versus $135 for a

---

[73] Xcenda, *supra* note 59, at 11; *see also* Joyce et al., *supra* note 5, at 396.
[74] Xcenda, *supra* note 59, at 11.
[75] Steven Deitelzweig, *Payer formulary tier increases of apixaban: how patients respond and potential implications*, 39 Current Medical Research & Opinion 1093, 1095 (2023), https://www.tandfonline.com/doi/full/10.1080/03007995.2023.2232636#abstract.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1715 of 1762 PageID #: 3344

30-day supply), 30% discontinued oral anticoagulant treatment, and 12.4% switched to another oral anticoagulant.

107.    For consumers with chronic conditions, who often have treatment regimens involving multiple medications that need to work together, having access to their choice of medications can be critical. Frequent changes can be particularly problematic, as changes in one medication can trigger the need for other changes and disrupt treatment.

108.    Similarly, Defendants increasingly have been excluding drugs approved under the FDA's expedited pathways for novel medicines that meet specific criteria and address unmet medical needs in the treatment of serious and even life-threatening conditions (*e.g.*, Fast Track Designation, Breakthrough Therapy Designation, Accelerated Approval, and Priority Review). In 2022, Defendants each excluded between fourteen to thirty-four products approved through an expedited pathway. This was up sharply from 2016, where the PBM Defendants (prior to the formation of the GPO Defendants) each excluded only one or two products approved through an expedited pathway.

109.    Moreover, because each Defendant has different deals with manufacturers that drive the content of their formularies, Defendants' activities exacerbate consumer confusion and up the difficulty of choosing a health plan that will provide the most coverage for a consumer's specific medical needs at the least cost. And even if consumers were able or savvy enough to take these issues into account when choosing a health plan (to the extent they can make a choice), since PBMs can change their formularies at any time, consumers may be harmed in any event.

**B.    Defendants' Rebate Tactics Lead to WAC Price Inflation**

110.    Contrary to the PBM Defendants' representations about lowering costs for consumers, Defendants know their formulary-enabled rebates have the effect of driving up drug prices.

37

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00308-MRD-PAS    Document 6    Filed 07/01/25    Page 1716 of 1762 PageID
#: 3345

111.    Manufacturers compensate for rising rebates by increasing WAC to maintain profit margins. Over time, the gap between WAC and the net price (the price manufacturers receive for selling drugs) has become significant and reflects the role of rebates and other fees that PBMs demand in driving up drug prices. Today, WAC prices bear little resemblance to the true cost of prescription drugs. This has a tremendous negative impact on uninsured consumers paying full WAC prices and insured consumers satisfying deductibles or paying coinsurance tied to WAC. It also likely harms insured consumers with flat copayments since health benefit plans consider the overall cost of drugs when setting premiums and copayment amounts.

112.    When the CEO of Novo Nordisk testified before Congress about the pricing of Ozempic and Wegovy, he admitted that list prices are set to accommodate PBMs' financial demands: "It is not our intention that anyone should pay the list price… The list price is the starting point for our negotiation against the PBMs and insurance companies."[76] Yet, many Rhode Island residents are stuck doing just that because they are either uninsured or satisfying a deductible and paying the full WAC (*i.e.*, list) price or making a cost-share payment that is tethered to the artificially inflated WAC price.

113.    In response to a 2023 survey, 67% of manufacturers perceived WAC-based fees, such as rebates and administrative fees, as a barrier to lowering WAC prices.[77] However, there is no valid reason to tie PBMs' fees to drug prices because the services PBMs perform are the same regardless of whether the drug has a high cost or low cost.

---

[76] Kass, *supra* note 7.
[77] Eric Percher, *Trends in Profitability and Compensation of PBMs & PBM Contracting Entities*, Nephron Research, at 13 (Sept. 18, 2023),    https://nephronresearch.com/trends-in-profitability-and-compensation-of-pbms-and-pbm-contracting-entities/.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-CV-00308-MRD-PAS    Document 6    Filed 07/01/25    Page 1717 of 1762 PageID
#: 3346

114.    From 2011 to 2019, payments from prescription drug manufacturers (mostly rebates to PBMs) nearly tripled.[78] In 2011, a sample of 13 manufacturers paid 29.2% of their net revenue ($50.1 billion) to PBMs and other intermediaries to generate $171.8 billion in net sales. By 2019, the same manufacturers paid more than twice that amount: 67.4% of net revenue ($141.4 billion) to generate $209.9 billion in net sales.

115.    In January of 2021, the Senate Finance Committee released a report detailing a bipartisan investigation into the skyrocketing price of insulin. One of the report's key findings is that WAC prices for insulin rose sharply between 2013 and 2019 in step with an exponential increase in rebates for these products.[79]

116.    In 2023, gross drug sales at WAC prices totaled $917 billion, but manufacturers received less than half of that on average ($435 billion),[80] a delta which far overshadows the $96 billion spent by manufacturers for research and development in 2023.[81] The balance ($482 billion) consists of (1) rebates and other discounts; (2) PBM fees and profits; and (3) consumers' out-of-pocket payments.[82]

117.    Humira, AbbVie's blockbuster rheumatoid arthritis drug, is a good example of WAC inflation (as shown in Figure 5 below).[83] Humira's WAC increased 78% from 2015 to 2019.[84] Most of the WAC increase is attributable to rebates—which grew over 600% during this

---

[78] Gill, *supra* note 19.

[79] Senate Finance Committee Insulin Report, *supra* note 15, at 7.

[80] The IQVIA Institute, *The Use of Medicines in the U.S. 2024: Usage and Spending Trends and Outlook to 2028*, at 42, 44 (Apr. 2024), https://www.iqvia.com/insights/the-iqvia-institute/reports-and-publications/reports/the-use-of-medicines-in-the-us-2024.

[81] Matej Mikulic, *R&D Expenditure of the U.S. pharma industry (PhRMA members) from 1980 to 2023* (Sept. 2, 2024), https://www.statista.com/statistics/265055/us-pharmaceuticals-spending-on-research-and-development/.

[82] The IQVIA Institute, *supra* note 80, at 60.

[83] Gill, *supra* note 19.

[84] *Id.*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-cv-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1718 of 1762 PageID
#: 3347

period. In sharp contrast, the net price AbbVie received for Humira only grew about 18% (from $2,623 in 2015 to $3,104 in 2019). However, consumers with coinsurance requirements saw their out-of-pocket costs significantly increase. For example, if a consumer's coinsurance requirement was 20%, the consumer would have paid $582.80 for Humira in 2015 but $1,034.80 in 2019.

*Figure 5: Humira Price Increase from 2015–2019*



118.    AbbVie launched a citrate free version of the Humira Pen in 2019 at a price of $5,740 for a 30-day supply.[85] After two years on the market, AbbVie increased the price to $6,833 per month—an increase of almost 20%.[86]

119.    Similarly, much of the list prices for GLP-1s are attributable to rebates and other fees. One economist estimated the net monthly prices of these drugs to be around $700 for Wegovy ($650 less than list price), $300 for Ozempic (nearly $650 less than list price), and $215 for Mounjaro (about $800 less than list price).[87]

---

[85] Office of the Health Insurance Commissioner, *Chartbook: Rhode Island OHIC*, at 23–27 (2025), https://ohic.ri.gov/sites/g/files/xkgbur736/files/2025-05/OHIC%20Cost%20Trends%20Chartbook%20Final%2005.12.2025.pdf.
[86] *Id.*
[87] Gina Kolata, *Ozempic and Wegovy Don't Cost What You Think They Do*, N.Y. Times (Sept. 24, 2025), https://www.nytimes.com/2023/10/22/health/ozempic-wegovy-price-cost.html.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1719 of 1762 PageID
#: 3348

120.     A 2020 study found that for prescription drugs sold from 2016 to 2018, on average, a $1 increase in rebates was associated with a $1.17 increase in WAC.[88]

121.     Defendants claim that prescription drug manufacturers—not Defendants—are responsible for inflating list prices (WAC). This is misleading. Manufacturers may set list prices for their drugs, but Defendants indirectly control list prices by negotiating drug rebates which they know will result in manufacturers raising their prices to maintain their revenue and profit margins. The close correlation, over time, between the rise in WAC prices and the rise in rebates makes the causal connection between rebates and drug prices clear.

122.     In January of 2022, before the Tenth Circuit Court of Appeals, Sanofi asserted that PBMs were responsible for the exorbitant cost of Mylan's EpiPen, an auto-injector that treats severe allergic reactions. Sanofi explained that Mylan raised the price of EpiPen in order to allow the manufacturer to cut deals with PBMs and other purchasers in exchange for their agreement to give EpiPen preferential treatment or to not cover Sanofi's competing product, Auvi-Q. Sanofi also disclosed that it paid Express Scripts $36 million in rebates on an unrelated product in exchange for Express Scripts agreeing to cover Auvi-Q.[89] The differential treatment of these two drugs by these Defendants based on rebates is one example of the quid pro quo that affects drug prices and consumers' access to drugs generally, beyond insulin.

123.     Prescription drug manufacturers do not seem to be retaining the benefit of (or at least not most of the benefit of) WAC increases. For example, as shown in Figure 6 below, Sanofi

---

[88] Neeraj Sood, et al., *The Association Between Drug Rebates and List Prices*, USC Schaeffer Center, at 1 (Feb. 11, 2020), https://healthpolicy.usc.edu/wp-content/uploads/2020/02/SchaefferCenter_RebatesListPrices_WhitePaper-1.pdf.

[89] Matthew Perlman, *Sanofi Tells 6th Cir. It Paid $36M To Access EpiPen Market*, Law360 (Jan. 19, 2022), https://www.law360.com/competition/articles/1456660/sanofi-tells-10th-circ-it-paid-36m-to-access-epipen-market.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1720 of 1762 PageID
#: 3349

disclosed that WAC for its insulins grew 140% from 2012 to 2019, while net prices (*i.e.*, the revenue Sanofi received) declined by 41%.[90] Humira's net versus WAC price, described at Paragraph 117, reflects and demonstrates the same dynamic.

*Figure 6: Sanofi Insulin Prices from 2012–2019*



124.     In another insulin example, Eli Lilly decided to offer its brand-name insulin product (Humulin) as an authorized generic—a highly unusual move for a drug that is still under patent—because PBMs do not impose rebates on generic drugs.[91] Eli Lilly sold Humulin for $184 with a net revenue of $83.44. In sharp contrast, Eli Lilly sold its authorized generic insulin for $92.50 (without rebates)—half the price of its brand-name insulin. Because Eli Lilly's authorized generic

---

[90] Adam J. Fein, *Drug Channels News Roundup, March 2020: Sanofi's Gross-to-Net Bubble, Drug Pricing Findings, Amazon Replaces Express Scripts, and Drug Channels Video*, Drug Channels (Mar. 31, 2020), https://www.drugchannels.net/2020/03/drug-channels-news-roundup-march-2020.html.

[91] Emery P. Weinstein and Kevin Schulman, *Exploring Payments in the U.S. Pharmaceutical Market 2011–2019: Update on Pharmacy Benefit Manager Impact*, 227 Am. Heart J. 107, 107–110 (2020), https://doi.org/10.1016/j.ahj.2020.06.017.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1721 of 1762 PageID
#: 3350

has no rebates, there is nothing incentivizing Eli Lilly to inflate the list price. Untethered from rebates, Eli Lilly was able to reduce the price of its product by 50% and make slightly more profit.

125.    Similarly, Sanofi told its investors that between 2012 and 2022, the list price for its insulin products rose 143% yet the net price for its insulin products declined 58%.[92] At the same time, consumers' out-of-pocket costs for Lantus—Sanofi's top-selling insulin—increased by 45%.[93] Sanofi attributed some of the increase in out-of-pocket costs to the fact that the average patient spending on deductibles for individuals with health benefit plans provided by employers increased 61% from 2012 to 2022—meaning because the average consumer's deductible is higher, consumers face more exposure to the full, unrebated list prices, which, as explained above, are artificially inflated as a result of Defendants' practices.[94]

126.    However, as explained below, manufacturers nonetheless benefit from the system Defendants created because they are allowed to essentially purchase formulary space from Defendants rather than compete on the merits of their products with competitors.

127.    This artificial price inflation dynamic also exists outside of insulin. In 2023, the list prices for brand-name drugs *increased* by mid-single-digits, yet net prices paid to manufacturers by PBMs after extraction of rebates and fees *decreased* by more than 7% after adjusting for inflation.[95] It was the sixth consecutive year that net prices paid to manufacturers by PBMs for brand-name drugs decreased. From 2014 to 2023, there were significant gaps between the list

---

[92] Sanofi, *Prescription Medicine Pricing: Our principles and perspectives*, at 12, https://web.archive.org/web/20241009020732/https://www.sanofi.com/assets/dotcom/pages/docs/investor-relations/environmental-social-governance/Sanofi-2023-Pricing-Principles-Report.pdf (last visited May 27, 2025).
[93] *Id.*
[94] *Id.* at 13.
[95] Adam J. Fein, *Tales of the Unsurprised: U.S. Brand-Name Drug Prices Fell for an Unprecedented Sixth Consecutive Year (And Will Fall Further in 2024)*, Drug Channels (Jan. 3, 2024), https://www.drugchannels.net/2024/01/tales-of-unsurprised-us-brand-name-drug.html.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

2025-CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1722 of 1762 PageID
#: 3351

prices and net prices of brand-name drugs (*see* Figure 7 below showing the change in the ***rate*** at which the various prices for brand-name prescription drugs either increased or decreased).[96]

***Figure 7: Gaps Between List Prices and Net Prices 2014–2023***



128.    Defendants' conduct in causing increases in WAC prices harms consumers by increasing out-of-pocket costs for uninsured consumers and insured consumers with coinsurance and high-deductible plans who are in the deductible phase because their costs are directly tied to the WAC price. This cost increase is not speculative or theoretical; it is guaranteed because of the connection between consumers' cost-share payment and the WAC price. Thus, when WAC increases, consumers' out-of-pocket costs will increase.

129.    All things equal, economic logic suggests that lower net prices for drugs would be expected to alleviate upward pressure on the health care premiums consumers pay. Instead, health insurance premiums have continued to rise nationally, [97] which on information and belief, suggests

---

[96] *Id*.
[97] Claxton et al., *supra* note 18, at 7.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1723 of 1762 PageID #: 3352

that Defendants are retaining a sizable portion of rebates for themselves rather than passing them on to insurers.[98]

130.    Researchers from the University of Southern California found that consumers with coinsurance in Medicare Part D plans had substantially higher out-of-pocket costs for drugs in concentrated markets where the demand for rebates is the highest.[99] In other words, paradoxically, more competitors in the market caused at least certain consumers to pay higher costs, which is contrary to how competitive markets typically work. This can be attributed to the fact that Defendants leverage the availability of competitor drugs to demand higher rebates to give preferential treatment to one manufacturer's product and exclude others from their formularies.

131.    In some instances, consumers are paying proportionately more of the increased drug prices than their health benefit plans. In a 2023 study, the United States Government Accountability Office examined Medicare Part D expenditures by beneficiaries (*i.e.*, consumers) and health benefit plans.[100] It found that payments by beneficiaries increased dramatically for 79 of the 100 drugs receiving the most rebates, demonstrating both the wide scope of rebate-driven price increases and the substantial impact that rebates and price increases have on consumers' out-of-pocket costs.[101] For these 79 drugs, beneficiaries paid $21 billion and health benefit plans (referred to as health benefit sponsors in the figure below) paid $5.3 billion (*see* Figure 8 below).[102] In other words, beneficiaries paid approximately 80% of the cost for these 79 drugs while health

---

[98] Jessica Mar and January Angeles, *Prescription Drug Spending Is Unaffordable Even When Accounting for Rebates* (Dec. 19, 2023), https://www.healthaffairs.org/content/forefront/three-states-growth-prescription-drug-spending-unaffordable-even-accounting-rebates.

[99] Darius Lakdawalla & Meng Li, *Association of Drug Rebates and Competition With Out-of-Pocket Coinsurance in Medicare Part D, 2014 to 2018*, JAMA Network Open, at 7 (May 5, 2021), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC8100863/.

[100] U.S. Gov't Accountability Office, *supra* note 70.

[101] *Id*. at 32–33.

[102] *Id*.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1724 of 1762 PageID #: 3353

benefit plans paid only 20% after rebates. In other words, the portions of drugs that health benefit plans pay were significantly offset by rebates, but the portions consumers pay were not. Upon information and belief, the same dynamic exists with non-Medicare plans.

*Figure 8: Medicare Expenditures by Beneficiaries vs. Health Benefit Plans*



132.    For consumers with high-deductible plans (or even more modest deductible plans) who are still satisfying their deductibles, consumers pay the full cash price and their health benefit plans pay zero. However, Defendants still receive rebates and other manufacturer fees related to those prescriptions. Thus, they effectively profit from some consumers paying the full cash price.

**C.    Defendants' Lack of Transparency Allowed Them to Continue Siphoning Off Substantial Portions of Payments from Manufacturers in the Form of Undisclosed Fees**

133.    Retaining a portion of the rebates they negotiate with manufacturers has historically been a major source of revenue for the PBM Defendants. For example, in 2012, approximately 46% of the PBM Defendants' revenues were attributable to rebates and price protection fees (additional rebate payments manufacturers are required to pay PBMs if a drug's list price increases beyond an agreed cap).[103]

134.    However, over the past decade, amidst mounting pressure from health benefit plans and the public, the PBM Defendants began increasingly passing through rebates to health benefit

---

[103] Percher, *supra* note 77, at 3.

46

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1725 of 1762 PageID
#: 3354

plans. The PBM Defendants now tout that they pass through more than 90% of rebates to health benefit plans.[104] But that does not tell the whole story and, in a sleight of hand, distorts the ways in which PBMs continue to drive up prices and their own profits.

135.    Even though Defendants are collectively retaining a smaller percentage of rebates, the overall revenue to PBMs from rebates is increasing: from $46 billion in 2018 to $64 billion in 2022.[105] The gain in overall rebate dollars therefore somewhat offsets the loss in percentage (*i.e.*, 10% of $64 billion is larger than 10% of $46 billion).

136.    In addition, Defendants have managed to further increase their profits and avoid passing on payments from manufacturers by recharacterizing these payments from rebates to other fees. The PBM Defendants now utilize the GPO Defendants—some of which are offshore corporations—to categorize and recategorize income streams, which allows Defendants to redefine "rebates" and, by extension, avoid the PBM Defendants' obligation to pass through "rebates."

137.    One 2023 survey looked at PBM compensation from prescription drug manufacturers between 2018 and 2022. It found PBMs' compensation tied to manufacturer fees doubled from $3.8 billion in 2018 to $7.6 billion in 2022.[106] Thus, although increased pass through of rebates to health benefit plans reduced PBMs' traditional sources of profitability, novel PBM fees—including fees manufacturers pay to GPOs—more than offset this decline (as shown in Figure 9 below).[107]

---

[104] CVS Health, *Improving Access and Lowering Costs*, https://business.caremark.com/content/dam/enterprise/business-caremark/insights/pdfs/2023/PBMFactsheet_Final_06.09.23.pdf (last visited May 27, 2025); Evernorth Health Services, *The Reality of Rebates*, *supra* note 37; OptumRx, Inc., *Client and Consumer Support*, https://www.unitedhealthgroup.com/ns/optum-rx/client-and-consumer-support.html (last visited May 27, 2025).
[105] Percher, *supra* note 77, at 6.
[106] *Id*. at 2.
[107] *Id*. at 3.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1726 of 1762 PageID
#: 3355

*Figure 9: Source of PBM Gross Profits Over Time: A Shift from Rebates and Spread to Fees and Specialty Pharmacy*



138.    The 2023 Nephron study at Figure 9 found that PBMs shifted administrative fees to their GPOs—adding additional ***non-transparent*** layers to the drug pricing system. These administrative fees increased 56% from $3.8 billion in 2018 to $5.8 billion in 2022. The study further observed the rise of novel fees that manufacturers now pay to GPOs. In 2018, data fees and vendor fees were effectively zero but have since skyrocketed to $968 million and $759 million, respectively. Although it is unclear what some of these new fees represent, data fees are fees for granting manufacturers access to a portal that contains utilization and other data for manufacturers' drugs. Like rebates, administrative, vendor, and data fees are most frequently calculated as a percentage of WAC prices.

139.    Defendants' lack of transparency allows them to profit from secret, undisclosed fees that drive up the cost of drugs. It also prevents health benefit plans (and by extension, consumers) from discovering Defendants' unfair and deceptive practices. The PBM Defendants' contracts with health benefit plans enable this behavior by restricting access to information,

including claim-level data and the gross profits Defendants generate from administering their prescription drug benefits.[108]

140.    Seemingly consistent with the data from Nephron's 2023 study, on June 24, 2024, CVS Caremark paid $45 million to the State of Illinois to settle allegations that CVS Caremark failed to disclose and pass through certain payments made to Zinc that allegedly constitute rebates pursuant to CVS Caremark's contract with Illinois.

141.    Moreover, even if Defendants passed through 100% of all payments from manufacturers—which none of them do—consumers whose out-of-pocket costs are tied to WAC prices would still be harmed by the high WAC price/high rebate system that Defendants have engineered. This is because manufacturer payments are passed through to health benefit plans, not to consumers paying inflated cost-share payments. In fact, it is unclear how or whether consumers' costs are offset by the rebates paid to health benefit plans.

## IV.    WAC Prices for Prescription Drugs Have Skyrocketed Over the Last Couple of Decades, Increasing Prices to Consumers

142.    As discussed illustratively above and shown in Figure 2, WAC prices are rising. From 2014 to 2020, WAC prices for prescription drugs increased by 33%, outpacing inflation and price increases for any other medical commodity or service.[109]

---

[108] Ge Bai, *Policy Options To Help Self-Insured Employers Improve PBM Contracting Efficiency*, Health Affairs (May 29, 2019), https://www.healthaffairs.org/content/forefront/policy-options-help-self-insured-employers-improve-pbm-contracting-efficiency.

[109] Tori Marsh, *Prices for Prescription Drugs Rise Faster Than Prices for Any Other Medical Good or Service*, GoodRx Health (Sept. 17, 2020), https://www.goodrx.com/healthcare-access/drug-cost-and-savings/prescription-drugs-rise-faster-than-medical-goods-or-services; Stephen W. Schondelmeyer & Leigh Purvis, *Trends in Retail Prices of Brand Name Prescription Drugs Widely Used by Older Americans, 2006 to 2020*, AARP Public Policy Institute (June 2021), at 1, https://www.aarp.org/content/dam/aarp/ppi/2021/06/trends-in-retail-prices-of-brand-name-prescription-drugs-widely-used-by-older-americans.10.26419-2Fppi.00143.001.pdf.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1728 of 1762 PageID
#: 3357

143.    Between 2016 and 2022, there were 1,216 drugs with WAC prices that exceeded the rate of inflation (8.5%).[110] The average WAC price increase for these drugs was 31.6%. Some drug prices increased by more than $20,000, or 500%.

144.    The cost of Spiriva Handihaler—a drug used to treat asthma and COPD from which more than 96,000 Rhode Islanders suffer—increased more than 36% (from $3,886 per year in 2015 to $5,289 per year in 2020).[111]

145.    In 2023, the two drug categories with the highest spending in Rhode Island were: (1) immunological agents (medications that combat infections by modifying the immune system); and (2) blood glucose regulators (medications that treat diabetes).[112] Both categories contain high-priced and highly rebated medications such as Humira (immunological agent) and GLP-1s (blood glucose regulator).

146.    Rising WAC prices have made life-saving medications unaffordable for many Americans—particularly the elderly, ages 62 and older. For the average older American taking 4.7 brand-name prescription drugs per month, if drug prices had increased at the rate of general inflation, the annual cash price of therapy in 2020 would have been $13,682 instead of the actual cost of $31,037.[113] This is a significant burden for uninsured consumers or consumers with coinsurance or high-deductible plans. Even consumers with flat copayments are likely harmed because their health benefit plans take into account overall drug costs when setting premiums and copayment amounts.

---

[110] Assistant Sec'y for Planning and Evaluation, U.S. Dept. of Health and Human Services, *Price Increases for Prescription Drugs, 2016–2022*, at 1 (Sept. 30, 2022), https://aspe.hhs.gov/sites/default/files/documents/e9d5bb190056eb94483b774b53d512b4/price-tracking-brief.pdf.
[111] AARP, *supra* note 1.
[112] Office of the Health Insurance Commissioner, *supra* note 85.
[113] Schondelmeyer & Purvis, *supra* note 107, at 1.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1729 of 1762 PageID
#: 3358

147.    Researchers have found that when drug prices are too high, many consumers will simply not fill their prescriptions.[114] Due in part to high costs, consumers starting new therapy abandoned 98 million prescriptions at pharmacies in 2023.[115] Consumers abandoned prescriptions with increasing frequency as out-of-pocket costs rose, with abandonment rates over 55% for prescriptions costing over $250.[116]

148.    In 2020, it was estimated that high out-of-pocket costs for drugs would cause 1.1 million premature deaths of seniors in the Medicare program over the next decade, and lead to an additional $177.4 billion in avoidable Medicare medical costs. Upon information and belief, the effect would be even more acute with respect to non-Medicare plans, where prescription drug benefits are even more limited.

149.    According to a 2024 survey of over 1,000 Rhode Island adults, more than 65% of adults making less than $50,000 a year were somewhat or very worried about affording prescription drugs.[117] Nearly a quarter of adults in Rhode Island either did not fill a prescription, cut pills in half, or skipped a dose due to concerns about costs.[118]

150.    Insulin—a drug that millions with diabetes need to live—is a prime example of skyrocketing WAC prices. At a century in use, insulin is one of the oldest biologic drugs in modern medicine. In 1999, Humalog (insulin) was affordably priced at approximately $21 per month.

---

[114] Arleen Leibowitz et al., *The Demand for Prescription Drugs as a Function of Cost-Sharing*, at 18 (Oct. 1985), https://www.rand.org/content/dam/rand/pubs/notes/2005/N2278.pdf.
[115] The IQVIA Institute, *supra* note 80, at 34.
[116] *Id.*
[117] Healthcare Value Hub, *supra* note 2, at 1.
[118] *Id.*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1730 of 1762 PageID
#: 3359

Twenty years later, the WAC price had increased by more than 1000% to approximately $332 per month.[119]

151.    For a consumer with Type 1 diabetes with commercial insurance, the annual cost of insulin nearly doubled in just a five-year period, from approximately $3,200 in 2012 to $5,900 in 2016.[120]

152.    Due to unprecedent pressure on PBMs and insulin manufacturers, insulin costs are now capped at $35 a month for some consumers. Unfortunately, the PBM Defendants have not provided this same type of relief across the board for other drugs.

## V.    Defendants' Deceptive Acts and Practices Are Material to Consumers

153.    As discussed above, Defendants' marketing emphasizes their role in and commitment to ensuring that the prescription drugs available to consumers are safe, effective, and affordable because these issues are important to consumers and likely to impact their decision making. Defendants know that, too.

154.    For example, CVS Caremark advertises "Your health is our priority[.] As a pharmacy benefit manager (PBM), we manage prescription plans to help make them more cost-effective – so you can get what you need when you need it."[121] It further acknowledges: "Keeping your medication affordable is important." CVS Caremark further claims to "[i]mprov[e] health

---

[119] S. Vincent Rajkumar, *The High Cost of Insulin in the United States: An Urgent Call to Action*, 95 Mayo Clinic Proc. 22, 22 (2020),   https://www.mayoclinicproceedings.org/article/S0025-6196(19)31008-0/fulltext.
[120] Jean Fuglesten Biniek & William Johnson, *Spending on Individuals with Type 1 Diabetes and the Role of Rapidly Increasing Insulin Prices*, Health Care Cost Institute (Jan. 21, 2019), https://healthcostinstitute.org/diabetes-and-insulin/spending-on-individuals-with-type-1-diabetes-and-the-role-of-rapidly-increasing-insulin-prices.
[121] CVS Caremark, *About Us*, *supra* note 23.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1731 of 1762 PageID #: 3360

through affordability" because "people are more likely to take their prescribed medications when they know they can afford them – and that can lead to better health outcomes."[122]

155.    For example, Express Scripts claims: "As your pharmacy benefit manager ("PBM"), Express Scripts helps you stress less and save more. We take care of you, so you can focus on what really matters."[123] Express Scripts describes cost as "one of the greatest barriers to care."[124]

156.    For example, OptumRx asserts: "Always here for you when you need us – with compassion and care."[125] It further acknowledges: "[M]any people do not take their medications as they should, citing cost as a primary reason."[126] It further states: ""In short, when it comes to treatments for conditions that affect millions of people and drive most employer costs, Optum Rx routinely delivers a far lower price. And lower prices matter."[127]

157.    It is also axiomatic that consumers are concerned about the safety and efficacy of prescription drugs. Pricing and access to prescription drugs are also key concerns to consumers.[128] More than 50% of people in the United States are worried about affording prescription drug costs, with larger shares of black and Hispanic adults and uninsured adults reporting concerns.[129] One

---

[122] CVS Health, *Member Affordability*, https://www.cvshealth.com/services/prescription-drug-coverage/member-affordability.html (last visited May 27, 2025).
[123] Express Scripts, Inc., *Pharmacy benefits that benefit you*, https://www.express-scripts.com/pharmacy-benefits-manager (last visited May 27, 2025).
[124] Express Scripts, Inc., *Continually Creating for the Needs of Our Members*, https://www.evernorth.com/who-we-serve/members (last visited May 27, 2025).
[125] OptumRx, Inc., *supra* note 22.
[126] OptumRx, Inc*., Experts agree, supra* note 46.
[127] *Id.*
[128] Grace Sparks et al., *Public Opinion on Prescription Drugs and Their Prices*, KFF (Oct. 4, 2024), https://www.kff.org/health-costs/poll-finding/public-opinion-on-prescription-drugs-and-their-prices/.
[129] *Id.*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1732 of 1762 PageID
#: 3361

quarter of adults have difficulty affording prescription drugs, including larger shares of those who take more medications.[130]

158.    Moreover, a health benefit plan may consider complaints made by aggrieved consumers in determining whether to select or retain a particular PBM. In addition, some consumers may be able to change PBMs by selecting a different health benefit plan from those offered by their employer or on the individual market with a different PBM; however, in many instances, switching health benefit plans is cost prohibitive, particularly if consumers switch from an employer-sponsored plan to a private-market plan. Moreover, because Defendants administer prescription drug benefits for approximately 80% of the market, it is difficult for consumers to escape their practices.

159.    Defendants' deceptive acts and practices are also likely to affect consumers' conduct regarding Defendants' services in myriad ways.

160.    Defendants' formulary decisions will force some consumers to switch medications or potentially ration or forgo treatment because they cannot afford the out-of-pocket costs. For example, an insured parent whose allergic child's EpiPen is no longer covered or preferred by one of the Defendants will have to find a different drug for her child. A cancer patient who is required to transition to a different chemotherapy drug because of Defendants' formulary practices will certainly find that information material. Diabetic patients with health benefit plans managed by Defendants decided to ration their insulin in response to Defendants' rebate and formulary practices that increased consumers' out-of-pocket costs. For all these consumers, Defendants' deceptive acts and practices are material because they affected consumers' choice of, or conduct regarding, Defendants' services.

---

[130] *Id.*

54

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1733 of 1762 PageID #: 3362

161.     Since Defendants' formulary and rebate practices significantly inflate the price of brand-name drugs and consumers' out-of-pocket costs, some consumers will decide to forego using their prescription drug benefits altogether because paying cash is cheaper. For example, a consumer taking a drug her PBM designated as "specialty" may be better off purchasing the drug with cash from a pharmacy not affiliated with her PBM that offers a more competitive price. Alternatively, a consumer may choose to pay cash and utilize publicly available drug coupons offered by drug manufacturers or GoodRx.

## VI.     Defendants' Scheme That Artificially Inflates Drug Prices Violates Established Public Policy In Rhode Island

162.     Rhode Island has a public policy in favor of making affordable and effective medications accessible to consumers and preventing PBMs from driving up drug costs.

163.     This public policy is evidenced through multiple laws among other things. For example, in 2023, Rhode Island passed legislation capping consumers' out-of-pocket costs for specialty drugs at $150 per 30-day supply. *See* R.I. Gen. Laws § 27-18-50.2. In passing the law, the general assembly made several findings, including:

(1)     In 2015, an estimated six hundred thirty-five thousand (635,000) Rhode Island residents had at least one chronic disease, and an estimated two hundred forty-nine thousand (249,000) residents had two (2) or more chronic diseases, which significantly increases their likelihood to depend on prescription specialty drugs;_

(2)     In 2016, twenty-five percent (25%) of Rhode Island residents stopped taking a prescription drug as prescribed due to cost. . . .

*Id.* The legislation was sponsored by Representative David Morales and the late Senator Maryellen Goodwin. Representative Morales said, "With over 6,000 of our neighbors battling cancer and many others relying on specialty drugs to stay alive, it is the responsibility of our state government

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS      Document 6      Filed 07/01/25      Page 1734 of 1762 PageID
#: 3363

to ensure that all people, regardless of socioeconomic status, can afford these lifesaving medications."[131]

164.    In 2021, Rhode Island also capped out-of-pocket costs for insulin products at $40 and banned PBMs' contractual clauses that prevent pharmacies from disclosing information concerning consumers' out-of-pocket costs and lower-priced alternatives. *See* R.I. Gen. Laws §§ 27-20.8-3; 27-20.8-4. The legislation was sponsored by Senator Melissa A. Murray and House Speaker Pro Tempore Brian Patrick Kennedy. Speaker Kennedy said:

> Insulin is both very widely used and absolutely critical to the lives of people with diabetes, many of whom are seniors or disabled people living on low fixed incomes. Unaffordable insulin costs are a serious threat to public health. According to the American Diabetes Association, about a third of the approximately 100,000 diabetes patients in Rhode Island use insulin, and a quarter of those patients ration their insulin. No one should have to choose between paying for their life-saving medication, keeping their lights on, or having enough groceries[.][132]

165.    Rhode Island also operates the Rhode Island Best RX Prescription Drug Discount Program for the Uninsured to lower prescription drug prices for uninsured consumers. *See* R.I. Gen. Laws §§ 42-66.2.1-2.

166.    The Office of the Health Insurance Commissioner reiterated Rhode Island's policy in a recently released report analyzing pharmacy spending, concluding: "It is important for Rhode

---

[131] State of Rhode Island General Assembly, *Morales/Goodwin bill to lower prescription drug costs passes General Assembly* (June 16, 2023), https://www.rilegislature.gov/pressrelease/_layouts/RIL.PressRelease.ListStructure/Forms/DisplayForm.aspx?List=c8baae31%2D3c10%2D431c%2D8dcd%2D9dbbe21ce3e9&ID=373771&Web=2bab1515%2D0dcc%2D4176%2Da2f8%2D8d4beebdf488.

[132] State of Rhode Island General Assembly, *New law limits insulin copays* (July 7, 2021), https://www.rilegislature.gov/pressrelease/_layouts/RIL.PressRelease.ListStructure/Forms/DisplayForm.aspx?List=c8baae31-3c10-431c-8dcd-9dbbe21ce3e9&ID=371891#:~:text=Under%20the%20new%20law%2C%20insurers,charge%20less%2C%20if%20they%20choose.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1735 of 1762 PageID #: 3364

Islanders to get the care and medications they need to live the healthiest lives possible, but at prices that are not burdensome and a deterrent to access."[133]

167.    In contravention of Rhode Island's public policy, Defendants' business practices have the intent and/or effect of artificially increasing prescription drugs costs for Defendants' own financial gain, and this offends the policy of the State of Rhode Island because, among other things, it: (1) raises consumers' out-of-pocket drug costs; (2) results in utilization of high cost brand-name drugs over cheaper and equally effective alternatives; and (3) blocks consumers from meaningfully accessing cheaper and, in some instances, safer alternatives.

## VII.    Defendants Engage in Unfair Methods of Competition

168.    Defendants engage in unfair methods of competition that negatively affect competitive conditions in the brand-name prescription drug market and, in the case of the PBM Defendants, the pharmacy market to the detriment of consumers.

### A.    Defendants' Formulary and Rebate Practices Tend to Negatively Affect Competitive Conditions in the Prescription Drug Market

169.    Defendants engage in unfair methods of competition when giving preferential formulary treatment to drugs with the highest rebates when there are multiple drugs in a therapeutic class, which tends to negatively affect competitive conditions among drug manufacturers to the detriment of consumers.

170.    Defendants' treatment of biosimilars perfectly illustrates the anti-consumer and anti-competitive incentives Defendants have created. Biosimilars are biologic products that the FDA has approved to be therapeutic substitutes for an existing biologic product because there is no clinically meaningful difference between the biosimilar and the existing biologic product.[134]

---

[133] Office of the Health Insurance Commissioner, *supra* note 85, at 28.
[134] Xcenda, *supra* note 59, at 7.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1736 of 1762 PageID #: 3365

171.    Biosimilars directly compete with existing biologic products. In general, biosimilars are lower priced than the existing biologic product. One would expect, based on Defendants' marketing statements regarding their roles in the market, that when Defendants are faced with fully interchangeable products with no clinically meaningful differences, Defendants would choose the lowest-priced product. Many times, however, the opposite is true. Often, Defendants put their thumb on the scale in favor of drugs with much higher WAC (list) prices, undeniably for their own financial benefit, and against the interests of their health benefit plan clients and health benefit plan members, giving favored status to drugs that come with higher rebates while simultaneously freezing out drugs with considerably lower WAC prices (often biosimilars or generic drugs), thereby causing an artificial distortion of the normal competitive dynamics among drug manufacturers.

172.    For example, Viatris (a company formed by the merger between manufacturers Mylan and Upjohn) launched two identical biosimilar insulins that are fully interchangeable with Sanofi's top-selling Lantus. One product is a brand-name biosimilar insulin called Semglee. The other product is a generic biosimilar insulin (Insulin Glargine). Semglee is offered at a WAC 5% below the WAC for Lantus. Insulin Glargine is offered at a WAC 65% lower than the WAC for Lantus. Semglee and Insulin Glargine are the exact same product—the only difference between the two products is price.[135]

173.    In their 2022 formularies, none of Defendants gave preferred treatment to the insulin product with the lowest WAC (Insulin Glargine). OptumRx preferred Lantus and excluded Semglee but failed to include Insulin Glargine. Express Scripts preferred the higher-priced biologic

---

[135] Adam J. Fein, *Why PBMs and Payers Are Embracing Insulin Biosimilars with Higher Prices—And What That Means for Humira*, Drug Channels (Nov. 9, 2021), https://www.drugchannels.net/2021/11/why-pbms-and-payers-are-embracing.html.

(Semglee) and excluded the lower-priced biologic (Insulin Glargine)—even though Semglee and Insulin Glargine are identical. CVS Caremark excluded Lantus and preferred Basaglar—a product that is not even a biosimilar to Lantus—without including Semglee or Insulin Glargine.[136] Because Defendants profit from drugs with higher rebates, they have created a barrier for cheaper biosimilar competitors to enter the market. Moreover, even if all of these products had the same net cost (meaning the brand-name products were the same price as the lower-priced biologic after accounting for rebates), consumers with coinsurance and those enrolled in high-deductible plans would pay greater out-of-pocket costs for the brand-name products than the lower-priced products because their cost-share payments were based on the unrebated prices.

174.    Humira biosimilars are another example. Humira biosimilars hit the market in 2023 with WAC prices ranging from 5%–85% below Humira.[137] The net price of Humira was approximately $2,100 compared to less than $1,000 for some of the low WAC price biosimilars.[138] Yet, Defendants continued to give preferential treatment to Humira and refused to cover the biosimilars.[139] The only plausible explanation for favoring a drug that is clinically identical but more expensive than its competitors is that the switch would have cost Defendants in lost rebates and other fees.

175.    IQVIA—a healthcare data company—estimated that if Defendants had switched to low WAC biosimilars in 2023, Defendants would have lost 87% in profit from rebates and other fees associated from Humira prescriptions and specialty pharmacies (some of which Defendants

---

[136] *Id.*

[137] IQVIA, *Adalimumab Biosimilar Tracking*, at 15 (Apr. 2, 2024), https://biosimilarscouncil.org/wp-content/uploads/2024/04/04022024_IQVIA-Humira-Tracking-Executive-Summary.pdf.

[138] *Id.* at 10.

[139] *Id.* at 5–6.

own) would have lost 90% profit.[140] By sharp contrast, health benefit plans would have saved 80% in lower drug costs and administrative fees and consumers would have saved 76% on copayments.[141]

176.    CVS Caremark announced at the beginning of 2024 that it would remove Humira from its major national commercial formularies and cover Humira biosimilars instead.[142] But there was a catch: CVS Caremark gave preferential formulary treatment to a mix of high and low WAC price biosimilars, including biosimilars manufactured by Cordavis—a subsidiary of CVS Health, which also operates CVS Caremark.[143]

177.    Similarly, Express Scripts announced in August 2024 that it would also remove Humira from its 2025 commercial formulary in favor of multiple biosimilars with a mix of high and low WAC prices, including biosimilars manufactured by Quallent Pharmaceuticals—a subsidiary of Evernorth, which also owns Express Scripts.[144]

178.    In other words, CVS Caremark and Express Scripts favored the higher priced, higher rebated Humira and systematically excluded lower priced biosimilar products until they began making their own lower priced biosimilar products from which they could profit.

179.    Forcing manufacturers to compete based on the kickbacks they pay to Defendants is an unfair method of competition because it undermines competition on the merits, which, for prescription drugs, is their safety, efficacy, or price. Instead, it constrains products available to

---

[140] *Id*. at 13.
[141] *Id*.
[142] CVS Health, *CVS Caremark accelerates biosimilars adoption through formulary changes* (Jan. 3, 2024), https://www.cvshealth.com/news/pbm/cvs-caremark-accelerates-biosimilars-adoption-through-formulary-changes.html.
[143] Adam J. Fein, *Humira Biosimilar Price War Update, Should We Be Glad that CVS Health and Express Scripts Are Using Private Label Products to Pop the Gross-to-Net Bubble?* (Sept. 4, 2024), https://www.drugchannels.net/2024/09/humira-biosimilar-price-war-update.html.
[144] *Id*.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:24-CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1739 of 1762 PageID
#: 3368

consumers and increases prices paid by consumers without regard to the quality, safety, or desirability of the product to consumers—but solely on the willingness and ability of the product manufacturer to offer quid pro quo rebates and other fees to Defendants to gain access to their formularies.

180.    Defendants' conduct is coercive, exploitative, and restrictive because it incentivizes manufacturers to compete for formulary placement by prioritizing rebates over the true lowest net price or the safety or efficacy of their products. It also exploits and abuses vulnerable consumers by denying them access to certain medications, including safer and more affordable and effective medications, and forcing certain consumers to pay inflated cost-share payments.

### B. The PBM Defendants Impose Unfair Contractual Terms on Independent Pharmacies That Negatively Affect Competition and Consumers

181.    A pharmacy's access to the PBM Defendants' networks is critical for financial survival. Given that the PBM Defendants collectively control 80% of the PBM market, being out of network with just one of the PBM Defendants and being unable to bill that PBM for drug claims would render it financially unviable for a pharmacy to operate. Thus, many pharmacies—particularly independent pharmacies—have virtually no option but to accede to take-it-or-leave-it contractual terms that the PBM Defendants impose in order to be included in their networks.

182.    In addition, the PBM Defendants own or are otherwise affiliated with various pharmacies (*see* Figure 10 below).[145] This means the PBM Defendants are in competition with many of the non-affiliated pharmacies they contract with as network pharmacies. As laid out below, the PBM Defendants have steered consumers to their own pharmacies or offered higher

---

[145] Staff of U.S. Federal Trade Comm'n, *Pharmacy Benefit Managers: The Powerful Middlemen Inflating Drug Costs and Squeezing Main Street Pharmacies*, at 6 (July 2024) (modified version of chart), https://www.ftc.gov/system/files/ftc_gov/pdf/pharmacy-benefit-managers-staff-report.pdf (hereinafter "FTC PBM Report").

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

payments to their own pharmacies, at the expense of independent pharmacies that depend on access to their networks to remain afloat.

*Figure 10: Defendants' Ownership and Vertical Integration*

183.    As described below, the PBM Defendants have abused their market power by forcing unfair contractual terms on independent pharmacies that tend to negatively affect competitive conditions in the pharmacy market and negatively impact consumers.

184.    Independent pharmacies, which are critical and trusted members of many communities, are going out of business across the country. Douglas Hoey from the National Community Pharmacists Association predicted: "Nearly a third of independent pharmacy owners may close their stores this year under pressure from plunging prescription reimbursements by big insurance plans and their pharmacy benefit managers."[146]

185.    The same is true in Rhode Island, where independent pharmacies struggle to keep their doors open. Between 2010 and 2021, Rhode Island had a pharmacy closure rate greater than

---

[146] National Community Pharmacists Association, *Local Pharmacies on the Brink, New Survey Reveals* (Feb. 27, 2024), https://ncpa.org/newsroom/news-releases/2024/02/27/local-pharmacies-brink-new-survey-reveals.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1741 of 1762 PageID #: 3370

35% and experienced a net loss of pharmacies—meaning more pharmacies closed than opened.[147] Independent pharmacies were particularly impacted.[148] These closures contribute to the growth of pharmacy deserts, which are low-access communities where residents must travel farther to get to the nearest pharmacy to fill their prescriptions.[149] For example, in 2019, Baker's Pharmacy—the only pharmacy in Jamestown—closed, in part, due to low reimbursements from PBMs, forcing residents to leave the island to fill their prescriptions.[150]

186.     Many consumers rely on their local, community pharmacists for vital services. As Paul Capuano, the co-owner of JB Pharmacy & Compounding in Warwick, explained to the Providence Journal, "The Independent pharmacist really is the most accessible health care professional. They fill the gap in people's care."[151] For example, they administer flu shots, check patients' blood pressure, and can even prescribe HIV prevention therapy and hormonal birth control medications—*free of charge*.

187.     Local pharmacist Matthew Olivier predicted that independent pharmacies would become "extinct in Rhode Island" in five or ten years.[152] Currently, there are fewer than twelve independent pharmacies in Rhode Island.[153] If they go out of business, consumers will have little choice but to use large, chain pharmacies, whose understaffing and volume requirements have

---

[147] Guadamuz et al., *supra* note 8, at 1705.
[148] *Id.* at 1707.
[149] Noelle Kwan, *The Impact of Pharmacy Deserts*, U.S. Pharmacist (April 2024), https://bt.e-ditionsbyfry.com/publication/?i=819035&p=46&view=issueViewer.
[150] Eli Sherman and Tim White, *Pharmacies dwindle in RI amid national battle over how drugs are priced*, WPRI (July 31, 2024), https://www.wpri.com/target-12/pharmacies-dwindle-in-ri-amid-national-battle-over-how-drugs-are-priced/.
[151] Johnny Williams, *A Bitter Pill; Low reimbursements pose dire threat to independent pharmacies in Rhode Island*, The Providence J. (Dec. 12, 2024).
[152] *Id.*
[153] *Id.*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1742 of 1762 PageID
#: 3371

resulted in serious medication errors.[154] The closing of independent pharmacies also threatens convenient access for consumers in more rural areas of the state, which depend upon independent pharmacies for access to prescription drugs and other services.

### 1.    The PBM Defendants Pay Low Reimbursement Rates—Sometimes Below Pharmacies' Acquisition Costs

188.    Pharmacies receive reimbursements for filling prescriptions in two common ways. First, the primary revenue source is the "PBM-to-pharmacy spread," or the difference between what it costs the pharmacy to acquire the drug from a wholesaler and the reimbursement from the PBM when an insured consumer fills a prescription. While this can be a source of revenue, as discussed below, sometimes through the PBM Defendants' unfair practices, it can be a source of cost for pharmacies. Second, some contracts include a dispensing fee to help cover the pharmacy's overhead.

189.    The PBM Defendants also profit from the spread between the amount health benefit plans agree to pay the PBM Defendants for prescription drugs and the amount the PBM Defendants reimburse pharmacies to fill prescriptions (the "PBM-to-health benefit plan spread"). The lower the reimbursement rate the PBM Defendants can negotiate with pharmacies, the greater the PBM Defendants' profits.

190.    In July 2024, the Federal Trade Commission ("FTC") released an interim report titled: "Pharmacy Benefit Managers: The Powerful Middlemen Inflating Drug Costs and Squeezing Main Street Pharmacies." It concluded that increased concentration in the PBM market may give the leading PBMs, including the PBM Defendants, the leverage to enter into complex

---

[154] Ellen Gabler, *How Chaos at Chain Pharmacies Is Putting Patients at Risk*, N.Y. Times (Oct. 13, 2021), https://www.nytimes.com/2020/01/31/health/pharmacists-medication-errors.html.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1743 of 1762 PageID #: 3372

and opaque contractual relationships that disadvantage many independent pharmacies and the consumers they serve. [155]

191.     In the first instance, these contracts, including Defendants', do not inform pharmacies what their reimbursements will be prior to filling prescriptions. After the prescription is filled, pharmacies submit claims through the relevant PBM's claims adjudication system and are later reimbursed by the PBM (minus any cost-share payment made by consumers when they pick up their prescription).

192.     The PBM Defendants typically calculate reimbursements to pharmacies based on a discount off the lowest potential price, which is often the MAC (*i.e.*, Defendants' own proprietary pricing benchmark for generic drugs).[156] For example, the PBM Defendants' contract with a pharmacy may specify that the pharmacy will be reimbursed MAC minus X%, or some pre-set discount from the price set by the PBM Defendants.[157] These prices often do not reflect the actual price at which pharmacies acquire drugs. Some reimbursements are even below the pharmacies' acquisition costs—meaning pharmacies lose money when they fill the prescriptions.

193.     MAC prices are specific to generic drugs, which account for approximately 91% of prescriptions filled in the United States. The PBM Defendants maintain "MAC lists" which are proprietary price lists that the PBM Defendants create, maintain, and continuously update, sometimes on a weekly basis or even more frequently. The lists are supposedly tied to acquisition costs meant to encourage pharmacies to source drugs from low-cost suppliers. But the PBM Defendants create different MAC lists for different clients. The FTC found vast disparities between

---

[155] FTC PBM Report, *supra* note 143, at 3.
[156] Three Axis Advisors, *Unraveling the Drug Pricing Blame Game*, at 2, 40 (Sept. 2023), https://static1.squarespace.com/static/5c326d5596e76f58ee234632/t/650924780b6b9c590edfa2b4/1695097983750/Unravelling_the_Drug_Pricing_Blame_Game_3AA_APCI_0923.pdf.
[157] FTC PBM Report, *supra* note 143, at 58–59.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1744 of 1762 PageID #: 3373

how many lists each PBM, including the PBM Defendants, maintains, with one having tens of thousands of lists, while others have under 200.[158] The PBM Defendants are also quick to update MAC lists when acquisition costs decrease and slow to update MAC lists when acquisition costs increase.[159]

194.    According to the 2024 FTC PBM Report, pharmacies are often not even allowed to see the MAC list or to understand how they are set. Further, pharmacies are not notified when the PBM Defendants update their pricing lists, making it difficult for pharmacies to question or challenge the lists. It can also be cost prohibitive for pharmacies to challenge the ultimate reimbursements. Even if they do, the process is typically controlled by the PBM Defendants and therefore hardly impartial.

195.    In Georgia, the American Pharmacy Cooperative, which represents independent pharmacies, reviewed the prices an independent pharmacy was reimbursed for certain prescriptions compared to nearby chain pharmacies. The chain pharmacies received an average of $54 for filling the antidepressant bupropion, but the independent pharmacy only received $5.54.[160] Similarly, for the blood pressure medicine amlodipine, the chain pharmacies were paid an average of $23.55, while the independent pharmacy was paid $1.51.[161]

196.    The Mississippi Board of Pharmacy uncovered similar conduct in an audit of OptumRx. It identified over 75,000 instances in which OptumRx reimbursed its affiliated

---

[158] *Id.* at 58
[159] Three Axis Advisors, *supra* note 154, at 17.
[160] Andy Miller, *PBM Math: Big Chains Are Paid $23.55 To Fill a Blood Pressure Rx. Small Drugstores? $1.51*, KFF Health News (Oct. 24, 2024), https://kffhealthnews.org/news/article/pbm-pharmacy-benefit-managers-independent-drugstores-versus-big-chain-prices/.
[161] *Id.*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1745 of 1762 PageID #: 3374

pharmacies at higher rates than its unaffiliated pharmacies for the same prescriptions drugs.[162] It also found that OptumRx used 49 different MAC lists, including 15 MAC lists exclusive to independent pharmacies and 22 MAC lists solely for chain pharmacies. These lists showed OptumRx reimbursed independent pharmacies at rates 74% lower than chain pharmacies on average. Even worse, the Mississippi Board of Pharmacy found consumers were almost twice as likely to pay the full cost of prescription drug claims without contributions from their health benefit plans at independent pharmacies than at affiliated pharmacies.

197.    The same incentives apply to the PBM Defendants' pharmacy reimbursement practices nationally and result in similar disparities in the payments to independent pharmacies in Rhode Island. One local independent pharmacist reported that CVS Caremark only reimburses her $2,200 for drugs that cost over $2,800 despite reimbursing CVS pharmacies over $4,000 for the exact same drug. Another independent pharmacist said he loses $38 nearly every time he fills a prescription for Eliquis, a commonly prescribed blood thinner. In December 2024, the pharmacist lost $3,116 on Eliquis prescriptions alone.

198.    In one instance, an elderly patient with TRICARE insurance (managed by Express Scripts) came to an independent pharmacy in Rhode Island after a mail-order pharmacy failed to timely deliver her insulin. None of the larger chain pharmacies would help the consumer. The independent pharmacist spent 45 minutes getting a new prescription for the consumer and speaking with the consumer's insurance to ensure it would cover the new prescription. Express Scripts then reimbursed the pharmacist less than the cost of acquiring the insulin to fill the prescription.

---

[162] Gwen Dilworth, *Optum audit shows possible law violation, lower payments to independent pharmacies*, Mississippi Today (Nov. 7, 2024),        https://www.djournal.com/mississippi-today/optum-audit-shows-possible-law-violation-lower-payments-to-independent-pharmacies/article_54966fd0-9d5a-11ef-bed5-83f21fb6e2dd.html.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1746 of 1762 PageID #: 3375

199.    Consumers have no visibility into this practice. In fact, pharmacies have to list the full price for prescriptions on consumer-facing documents. For example, one local independent pharmacist listed the price of the GLP-1 Mounjaro as $1,814.57 on the consumer's prescription information even though the PBM only reimbursed him $824.09.

200.    Independent pharmacies have little to no recourse against the PBM Defendants. For example, after one local pharmacist asked a consumer to fill a prescription elsewhere because he lost $50 every time he filled it, Express Scripts sent the pharmacist a cease-and-desist letter warning him to stop the practice or risk being removed from Express Scripts' network.

201.    In response to concerns over excessive PBM-to-pharmacy spreads and financial viability of independent pharmacies, the West Virginia Medicaid program adopted a new pricing methodology in 2017 that requires PBMs to reimburse pharmacies no less than the NADAC, a common measure of pharmacy acquisition cost of drugs based on amounts reported to the Centers for Medicare & Medicaid Services by pharmacies, plus a professional dispensing fee of $10.49 per prescription.[163] This change essentially replaced PBMs' traditional black-box with a more transparent approach. West Virginia estimated this change saved its Medicaid program over $54 million in one year despite an increase in total pharmacy reimbursement and higher volume of prescriptions.[164] The greater price transparency had driven down PBMs' excessive PBM-to-pharmacy spreads that had been maintained at the expense of pharmacies.[165]

202.    Compounding the already thin or negative margins for dispensing drugs based on the PBM Defendants' reimbursements, the PBM Defendants require or incentivize consumers to

---

[163] Navigant, *Pharmacy Savings Report: West Virginia Medicaid,* at 12–13 (Apr. 2, 2019), https://dhhr.wv.gov/bms/News/Documents/WV%20BMS%20Rx%20Savings%20Report%202019-04-02%20-%20FINAL.pdf.
[164] *Id.* at 5.
[165] *Id.*

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1747 of 1762 PageID
#: 3376

fill 90-day instead of 30-day prescriptions by waiving or reducing consumers' out-of-pocket cost

for longer prescriptions. This practice disadvantages pharmacies because instead of receiving three

dispensing fees to fill three, 30-day prescriptions, pharmacies only receive one dispensing fee. The

American Psychiatric Association has also expressed concerns about CVS pharmacies' practice of

ignoring explicit instructions to dispense limited amounts of medication to mental health patients

because it may inadvertently lead more patients to attempt suicide by overdosing.[166]

### 2.    The PBM Defendants Steer Consumers to Their Own Affiliated Pharmacies—Particularly for Specialty Drugs

203.    The PBM Defendants further disadvantage independent pharmacies and consumers

by driving more profitable business—including filling prescriptions for high-cost specialty drugs

(explained in more detail below)—to their own pharmacies.

204.    The PBM Defendants' contracts prohibit their non-affiliated network pharmacies

from providing mail order services. Thus, in the mail order market, Defendants face little to no

competition. They also lack competition in the specialty drug market.

205.    The PBM Defendants steer certain medications to their affiliated pharmacies by

expanding the definition of "specialty drugs" which triggers exclusivity provisions in the PBM

Defendants' contracts with health benefit plans. Per these provisions, specialty drugs can only be

filled by Defendants' own specialty pharmacies. There is no standard definition of "specialty

drugs" and Defendants are mostly free to make their own determinations and have used this

flexibility to steer higher cost and higher margin prescriptions to be filled by their own specialty

pharmacies.

---

[166] Gabler, *supra* note 152.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1748 of 1762 PageID
#: 3377

206.    Specialty drugs account for a significant portion of drug expenditures. Express Scripts stated that "[e]ven though less than 2% of the population uses specialty drugs, those prescriptions account for a staggering 51% of total pharmacy spending."[167]

207.    In addition, more than 60% of all specialty drugs (by revenue) are dispensed by the specialty pharmacies affiliated with the PBM Defendants. This is not the product of consumer choice or those pharmacies providing better prices or services; rather, it is the product of the PBM Defendants forcing consumers to use their affiliated pharmacies.

208.    The FTC analyzed the number of specialty drug designations by PBM for five PBMs (described as PBMs A through E), including the PBM Defendants. It found all PBMs increased the overall number of drugs on their specialty drug lists and that drugs were treated differently among the different PBMs, suggesting that it was business practices, not qualities intrinsic to these drugs or their dispensing that drove treatment as a specialty drug. For example, PBM A increased its designations of specialty generics by 268% from 2017 to 2021; however, PBM E only increased its designations of specialty generics by 19% during the same time period (*see* Figure 11 below showing the increase of specialty drug designations for specialty brand drugs and specialty generic drugs compared to total drugs on the market among the five PBMs the FTC studied from 2017 to 2021).[168]

---

[167] *How PBMs distort and undermine specialty drug pricing guarantees*, 46brooklyn (May 10, 2023), https://www.46brooklyn.com/research/2023/5/10/how-pbms-distort-and-undermine-specialty-drug-pricing-guarantees-blac.
[168] FTC PBM Report, *supra* note 143, at 38.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1749 of 1762 PageID #: 3378

**Figure 11: Growth and Mix of Specialty Drugs Covered by PBMs for Commercial Members, 2017–2021**

| | Growth in Number of Drugs Covered, 2017-2021 | | Specialty Generic As Percent of Total, 2021 |
|---|---|---|---|
| | Specialty Brand | Specialty Generic | |
| PBM A | 70% | 268% | 13% |
| PBM B | 44% | 233% | 11% |
| PBM C | 41% | 94% | 13% |
| PBM D | 31% | 73% | 15% |
| PBM E | 20% | 19% | 15% |

209.    One recent study found that only 32% of specialty drugs were included on all the PBM Defendants' specialty drug lists and 23% were included on two of their lists. The remaining 45% of specialty drugs were unique to a single PBM Defendant.[169] This variability in these designations supports that the designations are based on the PBM Defendants' subjective determinations rather than any scientific reasoning or objective measure.

210.    Designating a drug as a specialty drug without good cause is particularly harmful to consumers because consumers have higher cost-share payments for specialty drugs. For example, in 2024, some health benefit plans with separate tiers for specialty drugs charged an average copayment of $118 for specialty drugs compared to an average copayment of $12–$65 depending on whether the drug is a generic drug or a preferred or non-preferred brand-name drug.[170]

211.    Such steering tactics eliminate competition from the marketplace, ultimately harming consumers in terms of cost, service, and convenience. For example, the PBM Defendants

---

[169] *Id.* at 37–39 (citing Adam J. Fein, Drug Channels Inst., *The 2024 Economic Drug Report on U.S. Pharmacies and Pharmacy Benefit Managers* (Mar. 2024), at 24, https://drugchannelsinstitute.com/files/2024-PharmacyPBM-DCI-Overview.pdf).
[170] Claxton et al., *supra* note 18, at 158, 154.

71

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1750 of 1762 PageID #: 3379

often require consumers to utilize their specialty pharmacies for drugs administered in clinical settings, such as chemotherapy. In some instances, consumers are forced to obtain needed drugs from the PBM Defendants' specialty pharmacies and bring the drugs with them to receive treatment, a practice known as "brown bagging." Or, they may have to purchase their drug from the PBM Defendants' specialty pharmacies, and have it shipped to their doctors' offices, a practice known as "white bagging." The American Society of Clinical Oncology opposes "brown bagging," and has expressed concerns about "white bagging," because the practices remove doctors' ability to ensure the safe preparation and handling of drugs.[171]

212.    According to a 2023 survey on PBM compensation, fees from specialty pharmacies have become a primary source of revenue for PBMs—accounting for an estimated 39% of their revenue.[172]

213.    The FTC also found that the PBM Defendants are often reimbursing their own pharmacies significantly more than unaffiliated pharmacies for filling specialty medications.[173] The FTC compared gross reimbursement rates paid by the PBM Defendants with rates paid to unaffiliated pharmacies and to the NADAC. Defendants' affiliated pharmacies received reimbursements often roughly 20- to 40-times higher than NADAC.[174] For example, in 2022, the PBM Defendants reimbursed affiliated pharmacies for generic Zytiga (used to treat prostate cancer) more than $5,800 per month—25-times the $229 acquisition cost reflected by NADAC.[175] The FTC further found that the PBM Defendants marked up numerous specialty generic drugs by

---

[171] American Soc'y of Clinical Oncology, *"Brown Bagging" and "White Bagging" of Chemotherapy Drugs* (2021), www.asco.org/files/content-files/advocacy-and-policy/documents/2021-White-Brown-Bagging-Update.pdf.
[172] Percher, *supra* note 77, at 3.
[173] FTC PBM Report, *supra* note 143, at 40.
[174] *Id*.
[175] *Id*. at 41–42.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-cv-00308-MRD-PAS    Document 6    Filed 07/01/25    Page 1751 of 1762 PageID
#: 3380

thousands of percent, and many others by hundreds of percent.[176] These high costs ultimately are passed on to consumers and health benefit plans.

214.    When an affiliated pharmacy is a consumer's only choice, that pharmacy has no incentive to provide competitive prices or better services. Consumers often experience frustration when dealing with affiliated specialty pharmacies—missed deliveries, medications that are spoiled through improper handling, etc.—that undermine their care and create health risks. Moreover, as noted above, consumers who have developed a trusted relationship with a community pharmacist can find that provider relationship disrupted when the PBM Defendants force them to switch pharmacies.

215.    The PBM Defendants' use of their enormous market power to force independent pharmacies to accept low reimbursement rates, including rates that are sometimes below pharmacies' acquisition costs—and then steer more profitable business to the PBM Defendants' own affiliated pharmacies—particularly for specialty drugs—negatively impacts independent pharmacies' ability to compete in the pharmacy market and provide services to consumers. This dysfunctional market has made independent pharmacies a dying industry. It also grants the PBM Defendants a monopoly in the specialty drug market, allowing the PBM Defendants to charge noncompetitive prices, which negatively impacts consumers.

216.    As a result of each and every unfair, deceptive, and anti-competitive act and practice described above, Defendants have obtained financial benefits from consumers, health benefit plans, and, in the case of the PBM Defendants, independent pharmacies that it would be inequitable and unjust for the PBM Defendants to retain.

---

[176] Staff of U.S. Federal Trade Comm'n, *Specialty Generic Drugs: A Growing Profit Center for Vertically Integrated Pharmacy Benefit Managers* (January 2025) at 9, https://www.ftc.gov/system/files/ftc_gov/pdf/PBM-6b-Second-Interim-Staff-Report.pdf.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1752 of 1762 PageID
#: 3381

## CLAIMS FOR RELIEF

### COUNT ONE
### Violation of the Deceptive Trade Practices Act, R.I. Gen. Laws § 6-13.1-2
### Deceptive Acts and Practices
### (All Defendants)

217.    The State re-alleges and incorporates herein by reference each of the allegations contained in the preceding paragraphs.

218.    Section 6-13.1-2 prohibits deceptive acts or practices in the conduct of any trade or commerce.

219.    A deceptive act or practice is "(1) a representation, omission, or practice, that (2) is likely to mislead consumers acting reasonably under the circumstances, and (3) the representation, omission, or practice is material." *Long v. Dell, Inc.*, 93 A.3d 988, 1003 (R.I. 2014).

220.    A representation, omission, or practice is material if it "involves information that is important to consumers and, hence, likely to affect their choice of, or conduct regarding, a product." *Id.*

221.    "[E]xpress representations that are shown to be false are presumptively material." *Id.*

222.    Defendants engage in trade and commerce by administering prescription drug benefits for Rhode Island consumers.

223.    Since in or around 2012, if not earlier, the PBM Defendants have engaged in deceptive acts or practices in trade or commerce in violation of R.I. Gen. Laws § 6-13.1-2 by, among other things:

    a.    misrepresenting that the PBM Defendants function to lower the cost of prescription drugs, including through the use of rebates and other fees from manufacturers;

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:25-cv-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1753 of 1762 PageID #: 3382

b.    representing that the PBM Defendants function to lower prescription drug costs, including through the use of rebates and other fees from manufacturers, while failing to disclose that, among other things:

    i.    Defendants' practices artificially inflate WAC prices for brand-name prescription drugs;

    ii.    a significant portion of WAC prices (*e.g.*, 30% or more) are attributable to rebates and other fees from manufacturers;

    iii.    Defendants profit from rebates and other fees from manufacturers; and/or

    iv.    the high WAC price/high rebate system Defendants engineered will result in a substantial number of consumers paying higher out-of-pocket costs;

c.    misrepresenting that the PBM Defendants design their formularies to maximize safety and effectiveness and minimize costs;

d.    representing that the PBM Defendants design their formularies to maximize safety and effectiveness and minimize costs while failing to disclose that:

    i.    Defendants may receive more compensation from manufacturers by preferring or excluding certain drugs; and/or

    ii.    even if Defendants cover or prefer drugs with the lowest net cost (*i.e.*, WAC prices minus rebates or other price concessions from manufacturers), those drugs may not result in the lowest out-of-pocket cost for consumers;

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1754 of 1762 PageID #: 3383

e.  representing, directly or by implication, that the PBM Defendants operate in consumers' best interests while not disclosing Defendants' significant conflicts of interest, including the compensation Defendants receive from manufacturers and affiliated pharmacies;

f.  representing that the PBM Defendants retain a specified percentage of rebates without disclosing that Defendants receive many other sources of compensation from manufacturers, including compensation that—like rebates—is based on a percentage of WAC prices;

g.  engaging in rebate and formulary practices that artificially inflate the price of brand-name prescription drugs while representing that the PBM Defendants function to lower prescription drug prices;

h.  preferring drugs on the PBM Defendants' formularies that are less effective, safe, and/or affordable than other drugs for their own financial benefit while representing the PBM Defendants design their formularies to maximize safety and effectiveness and minimize costs; and/or

i.  engaging in self-dealing practices in negotiations with manufacturers and pharmacies that negatively impact consumers while representing the PBM Defendants are working for the benefit of consumers.

224.  Since as early as 2019, the GPO Defendants have engaged in deceptive acts or practices in trade or commerce in violation of R.I. Gen. Laws § 6-13.1-2 by, among other things:

a.  engaging in rebate and formulary practices that artificially inflate the price of brand-name prescription drugs at the behest of the PBM Defendants

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1755 of 1762 PageID
#: 3384

while the PBM Defendants simultaneously represented that the PBM Defendants function to lower prescription drug prices;

b.     preferring drugs on Defendants' formularies that are less effective, safe, and/or affordable than other drugs for their own financial benefit at the behest of the PBM Defendants while the PBM Defendants represented they design their formularies to maximize safety and effectiveness and minimize costs; and/or

c.     engaging in self-dealing practices in negotiations with manufacturers and pharmacies that negatively impact consumers at the behest of the PBM Defendants while the PBM Defendants represented that they are working for the benefit of consumers.

225.     Upon information and belief, the State believes Defendants' conduct is ongoing.

226.     Defendants' misrepresentations, omissions, and practices were material and likely to mislead consumers.

227.     Defendants' deceptive practices constitute multiple violations of R.I. Gen. Laws § 6-13.1-2.

<div align="center">

**COUNT TWO**
**Violation of the Deceptive Trade Practices Act, R.I. Gen. Laws § 6-13.1-2**
**Unfair Acts and Practices**
**(All Defendants)**

</div>

228.     The State re-alleges and incorporates herein by reference each of the allegations contained in the preceding paragraphs.

229.     Section 6-13.1-2 prohibits unfair acts or practices in trade or commerce.

230.     In determining whether an act or practice is unfair, the Rhode Island Supreme Court held the following factors apply: "(1) Whether the practice, without necessarily having been

<div align="center">77</div>

previously considered unlawful, offends public policy as it has been established by statutes, or otherwise—whether, in other words, it is within at least the penumbra of some common-law statutory, or other established concept of unfairness; (2) whether it is immoral, unethical, oppressive, or unscrupulous; and (3) whether it causes substantial injury to consumers (or competitors or other businessmen)." *Long*, 93 A.3d at 1000. An act or practice must not satisfy every factor to be unfair; it may be unfair because it meets one factor to a great degree or two or three factors to a lesser degree. *Id*. at 1001.

231.    Defendants engage in trade and commerce by administering prescription drug benefits for Rhode Island consumers.

232.    Since in or around 2012 for the PBM Defendants, if not earlier, and as early as 2019 for the GPO Defendants, Defendants have engaged in unfair acts or practices in trade or commerce in violation of R.I. Gen. Laws. § 6-13.1-2 by engaging in a scheme to artificially inflate WAC prices for brand-name prescription drugs to extract higher fees.

233.    Defendants' scheme to artificially inflate WAC prices for brand-name prescription drugs is unfair because it: (1) offends public policy (2) is immoral, unethical, oppressive, and unscrupulous, and (3) causes substantial injury to consumers and competitors.

234.    Upon information and belief, the State believes Defendants' conduct is ongoing.

## COUNT THREE
### Violation of the Deceptive Trade Practices Act, R.I. Gen. Laws § 6-13.1-2
### Unfair Methods of Competition
### (All Defendants)

235.    The State re-alleges and incorporates herein by reference each of the allegations contained in the preceding paragraphs.

236.    Section 6-13.1-2 prohibits unfair methods of competition in trade or commerce.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1757 of 1762 PageID #: 3386

237.    Defendants engage in trade and commerce by administering prescription drug benefits for Rhode Island consumers.

238.    Section 6-13.1-3 states: "It is the intent of the legislature that in construing §§ 6-13.1-1 and 6-13.1-2 due consideration and great weight shall be given to the interpretations of the Federal Trade Commission and the federal courts relating to § 5(a) of the Federal Trade Commission Act, 15 U.S.C. § 45(a)(1), as from time to time amended."

239.    According to the Federal Trade Commission, a method of competition is unfair if it goes beyond competition on the merits.[177] A method of competition is conduct undertaken by an actor in the marketplace—as opposed to merely a condition of the marketplace, not of the actor's making, such as high concentration or barriers to entry.[178] Competition on the merits (which is not unfair) may include, for example, superior products or services, superior business acumen, truthful marketing and advertising practices, investment in research and development that leads to innovative outputs, or attracting employees and workers through offering of better employment terms.[179]

240.    When evaluating whether conduct goes beyond competition on the merits there are two key criteria to consider. First, the conduct may be coercive, exploitative, collusive, abusive, deceptive, predatory, or involve the use of economic power of a similar nature. It may also be restrictive or exclusionary, depending on the circumstances. Second, the conduct must tend to negatively affect competitive conditions, including, for example, conduct that tends to foreclose

---

[177] *See* Federal Trade Commission, *Policy Statement Regarding the Scope of Unfair Methods of Competition Under Section 5 of the Federal Trade Commission Act*, at 8–9 (Nov. 10, 2022), https://www.ftc.gov/system/files/ftc_gov/pdf/P221202Section5PolicyStatement.pdf.
[178] *Id.* at 8.
[179] *Id.* at 8–9.

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1758 of 1762 PageID
#: 3387

or impair the opportunities of market participants, reduce competition among rivals, limit choice, or otherwise harm consumers. These two principles are weighed according to a sliding scale.

241.    Examples of unfair competition include, but are not limited to: (1) a manufacturer's use of its economic power over its dealers to coerce them into buying tires, batteries, or accessories only from those who paid the manufacturer a commission, *FTC v. Texaco, Inc.*, 393 U.S. 223, 229–230 (1968); *Atlantic Refining Co. v. FTC*, 381 U.S. 357, 371 (1965); (2) offering special benefits to dealers who agreed to exclude competing product lines, *FTC v. Brown Shoe Co.*, 384 U.S. 316, 319–20 (1966); (3) scheming to control prices by cutting off supplies to those selling at a discount, *FTC v. Beech-Nut Packing Co.*, 257 U.S. 441, 455 (1922); (4) participating in collective action to eliminate price competition, *FTC v. National Lead Co.*, 352 U.S. 419, 429–30 (1957); *FTC v. Cement Institute*, 333 U.S. 683, 725–26 (1948); *Sugar Institute, Inc. v. United States*, 297 U.S. 553, 597–600 (1935); (5) marketing inferior goods to children through use of a gambling scheme, *FTC v. R.F. Keppel & Bro., Inc.*, 291 U.S. 304, 314 (1934); or (6) inducing use of exclusive dealing contracts that are restrictive in character, *FTC v. Motion Picture Advertising Service Co.*, 344 U.S. 392, 396–98 (1953).

### *Defendants' Formulary and Rebate Practices*

242.    Since in or around 2012 for the PBM Defendants, if not earlier, and as early as 2019 for the GPO Defendants, Defendants have engaged in unfair methods of competition when giving preferential treatment to drugs with the highest rebates when there are multiple drugs in a therapeutic class. This method of competition is unfair because it goes beyond competition on the merits.

243.    Defendants' conduct is coercive, exploitative, collusive, abusive, deceptive, predatory, restrictive, and exclusionary because they use their enormous market power to: (1)

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:23-CV-00306-MRD-PAS     Document 6     Filed 07/01/25     Page 1759 of 1762 PageID #: 3388

induce rival manufacturers to compete for formulary placement by prioritizing rebates over lower WAC prices or net prices or the safety or efficacy of their products; and (2) exploit and abuse vulnerable consumers by denying them access to certain medications, including more affordable medications, and force certain consumers to pay inflated cost-share payments.

244.    Defendants' conduct tends to negatively affect competitive conditions because: (1) it incentivizes drug manufacturers to compete for formulary placement by inflating WAC prices to counteract high rebates and other fees and deters drug manufacturers from lowering the artificially inflated WAC prices; (2) it stifles the ability of less expensive drugs to enter the market (*e.g.*, biosimilars); and (3) many consumers are forced to purchase drugs with high WAC prices and pay higher out-of-pocket costs based on the artificially inflated WAC prices.

### *PBM Defendants' Pharmacy-Related Practices*

245.    For at least the last five years, if not longer, the PBM Defendants have used their significant leverage to force independent pharmacies to accept unfair contract terms that materially disadvantage independent pharmacies and consumers. This includes the PBM Defendants forcing independent pharmacies to accept unfair reimbursement rates which are near or sometimes even below acquisition costs and steering mail order and specialty business, which is significantly more profitable, to the PBM Defendants' affiliated pharmacies. These methods of competition are unfair because they go beyond competition on the merits.

246.    The PBM Defendants' conduct is coercive, exploitative, collusive, abusive, deceptive, predatory, restrictive, and exclusionary because the PBM Defendants are taking advantage of their significant power in the PBM market to force their competitors in the pharmacy market to accept unfair contractual terms. The PBM Defendants' conduct also denies consumers free and fair access to the pharmacy of their choice.

81

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

CV-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1760 of 1762 PageID #: 3389

247.    The PBM Defendants' conduct tends to negatively affect competitive conditions because it: (1) disadvantages independent pharmacies by reimbursing them at or near acquisition cost for many drugs while systematically blocking them from business with higher profit margins, reducing their ability to provide services to consumers and compete in the pharmacy market; (2) significantly reduces and, in some instances, eliminates competition in the mail order and specialty pharmacy business by forcing consumers to use the PBM Defendants' affiliated pharmacies; and (3) drives up costs for consumers, particularly with respect to specialty drugs.

248.    Upon information and belief, the State believes the PBM Defendants' conduct is ongoing.

## PRAYER FOR RELIEF

WHEREFORE, the State prays for judgment against Defendants as permitted by Rhode Island law, as follows:

A.    An Order and Judgment against Defendants, and in favor of the State, for each violation alleged in this Complaint;

B.    Declaration that Defendants' acts and practices alleged herein are unfair and deceptive and constitute unfair methods of competition in violation of R.I. Gen. Laws § 6-13.1-2;

C.    An injunction pursuant to R.I. Gen. Laws § 6-13.1-5(a) permanently enjoining Defendants from engaging in unfair and deceptive acts and practices and unfair methods of competition;

D.    Consumer restitution pursuant to R.I. Gen. Laws § 6-13.1-5(c) to Rhode Island consumers affected by Defendants' unlawful acts and practices;

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

1:25-cv-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1761 of 1762 PageID
#: 3390

E.      Civil penalties pursuant to R.I. Gen. Laws § 6-13.1-8 for each and every violation

alleged in this Complaint against Defendants;

F.      Disgorgement of Defendants' unjust enrichment, benefits, and ill-gotten gains,

plus interest, acquired as a result of the unlawful conduct alleged herein;

G.      Costs, filing fees, pre- and post-judgment interests, and attorneys' fees; and

H.      All other relief deemed just by this Court.


Dated: May 27, 2025                         **STATE OF RHODE ISLAND,**

                                            **PETER F. NERONHA**
                                            **ATTORNEY GENERAL**

                                            By Its Attorneys,

                                            */s/ Sarah W. Rice*
                                            Sarah W. Rice (Bar No. 10588)
                                            Assistant Attorney General
                                            Dorothea R. Lindquist (Bar No. 6661)
                                            Jordan Broadbent (Bar No. 10794)
                                            Special Assistant Attorneys General
                                            150 South Main Street
                                            Providence, RI 02903
                                            Tel. (401) 274-4400
                                            srice@riag.ri.gov
                                            dlindquist@riag.ri.gov
                                            jbroadbent@riag.ri.gov

                                            Robert J. McConnell
                                            Michael G. Rousseau
                                            **MOTLEY RICE LLC**
                                            48 Westminster St., 5th Floor
                                            Providence, RI 02903
                                            Tel. (401) 457-7700
                                            Fax. (401) 457-7708
                                            bmcconnell@motleyrice.com
                                            mrousseau@motleyrice.com

                                            Linda Singer
                                            *Pro Hac Vice to be submitted*
                                            Elizabeth Paige Boggs

83

Case Number: PC-2025-02760
Filed in Providence/Bristol County Superior Court
Submitted: 5/27/2025 8:52 PM
Envelope: 5145935
Reviewer: J'Lyn D.

Case 1:25-cv-00306-MRD-PAS    Document 6    Filed 07/01/25    Page 1762 of 1762 PageID #: 3391

*Pro Hac Vice to be submitted*
Devin X. Williams
*Pro Hac Vice to be submitted*
**MOTLEY RICE LLC**
401 9th Street, NW, Suite 630
Washington, DC 20004
Tel. (202) 386-9626
Fax. (202) 386-9622
lsinger@motleyrice.com
pboggs@motleyrice.com
dwilliams@motleyrice.com