**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF RHODE ISLAND, by and through PETER F. NERONHA, ATTORNEY GENERAL,<br><br>    *Plaintiff*,<br><br>        v.<br><br>CAREMARKPCS HEALTH, L.L.C., ZINC HEALTH SERVICES, LLC, EXPRESS SCRIPTS, INC., ASCENT HEALTH SERVICES LLC, OPTUMRX, INC., AND EMISAR PHARMA SERVICES LLC,<br><br>    *Defendants*. | Case No. 1:25-cv-00306 |

**EMISAR PHARMA SERVICES LLC'S
RULE 12(b)(2) MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Defendant Emisar Pharma Services LLC moves under Federal Rule of Civil Procedure 12(b)(2) to dismiss Plaintiff the State of Rhode Island's Complaint for lack of personal jurisdiction. As further set forth in the accompanying Memorandum, the State has no general or specific jurisdiction over Emisar, and its claims against Emisar should therefore be dismissed for lack of personal jurisdiction. Together with this Motion, Emisar files:

- Emisar Pharma Services LLC's Memorandum Supporting Its Rule 12(b)(2) Motion to Dismiss for Lack of Personal Jurisdiction

Respectfully submitted: August 18, 2025.

*/s/ Brooks R. Magratten, Esq.*
Brooks R. Magratten, Esq., #3585
Pierce Atwood LLP
One Citizens Plaza, 10th Floor
Providence, RI 02903
Tel.: 401-490-3422
Fax: 401-588-5166
bmagratten@PierceAtwood.com

Brian D. Boone (*pro hac vice forthcoming*)
**ALSTON & BIRD LLP**
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Tel.: (704) 444-1000
Fax: (704) 444-1111
Brian.Boone@alston.com

Kelley Connolly Barnaby (*pro hac vice forthcoming*)
**ALSTON & BIRD LLP**
950 F Street NW
Washington, DC 20004
Tel.: (202) 239-3300
Fax: 202-239-3333
Kelley.Barnaby@alston.com

Elizabeth Broadway Brown (*pro hac vice forthcoming*)
Jordan E. Edwards (*pro hac vice forthcoming*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
Liz.Brown@alston.com
Jordan.Edwards@alston.com

*Counsel for Emisar Pharma Services LLC*

## <u>CERTIFICATE OF SERVICE</u>

I certify that the within document was electronically filed with the clerk of this Court on August 18, 2025 and that it is available for viewing and downloading by all parties in this case from the Court's CM/ECF system.

*/s/ Brooks R. Magratten, Esq.*