IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, by and
through PETER F. NERONHA, ATTORNEY
GENERAL,
    *Plaintiff*,

v.

CAREMARKPCS HEALTH, L.L.C., ZINC
HEALTH SERVICES, LLC, EXPRESS
SCRIPTS, INC., ASCENT HEALTH
SERVICES LLC, OPTUMRX INC., AND
EMISAR PHARMA SERVICES LLC,
    *Defendants.*

Case No. 1:25-cv-00306

**RESPONSE TO DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Plaintiff, State of Rhode Island ("State"), hereby submits this response to Defendants' Notice of Supplemental Authority in Support of Defendants' Motion to Dismiss ("Notice").

Defendants—without first seeking leave as required by Local Rule 7(a)(5)—filed a page of argument along with their supplemental authority. "Several courts have held that it is improper for a notice [of supplemental authority] to include legal argument[.]" *Legal Sea Foods, LLC v. Strathmore Ins. Co.*, 517 F. Supp. 3d. 32, 33 (D. Mass. 2021); *see also United Broad. Corp. v. Miami Tele-Comm.*, 140 F.R.D. 12, 13 (S.D. Fla. 1991) ("[A] notice of supplemental authority that raises an argument . . . is in fact an attempt at a sur-response, which is not permitted in the absence of court order."). The Court should apply the same rule here and strike Defendants' Notice of Supplemental Authority insofar as it constitutes a sur-reply, as filed.

Alternatively, the State requests that the Court consider the following response to Defendants' argument:

***First***, the ruling in *Clements v. CVS Health Corp., et al.*, No. 25-00126-CV-W-BP (Dkt. 155) ("*Clements*"), relates to claims under the Sherman Act and Robinson-Patman Act. The State is not bringing claims under those—or any other—antitrust statutes. It is bringing unfair methods of competition claims. Thus, it does not have to allege or prove an antitrust claim. *See* Dkt. No. 50, VI.C.

***Second***, Defendants misrepresented the holding in *Clements*. They claim the court held that Defendants' business practices did not reflect parallel conduct to support an inference of improper collusion and therefore did not constitute an antitrust conspiracy. Dkt. No. 56 at 1–2. However, the court in *Clements* only considered the sufficiency of the plaintiffs' complaint in the context of a motion to dismiss. *Clements* at 15–17. It did not make any factual findings regarding Defendants' business practices or analyze the impact of those practices on competition. *Id*. In other words, the court found the plaintiffs did not ***allege*** parallel conduct, not that Defendants did not ***engage*** in any parallel conduct.

***Third***, Defendants ignore findings in *Clements* that support the State's arguments. For example, the court found that the plaintiffs sufficiently alleged that Defendants' scheme caused damages, because they allege that Defendants effectively control access to markets and demand unreasonably high and ever-increasing rebates in exchange for including the manufacturers' drugs on the formulary tables, and the manufacturers have little choice but to pay the rebates and raise prices to ensure they continue to receive a profit. *Id*. at 11.

For the reasons stated above and in conjunction with those stated in the State's Opposition to Defendants' Motion to Dismiss, the Court should not dismiss Count III.

Dated: February 3, 2026

**RESPECTFULLY SUBMITTED,**

**STATE OF RHODE ISLAND
PETER F. NERONHA
ATTORNEY GENERAL**

By Its Attorneys,

*/s/ Sarah W. Rice*
Sarah W. Rice
Assistant Attorney General
Dorothea R. Calvano Young
Jordan Broadbent
Special Assistant Attorneys General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400
srice@riag.ri.gov
dyoung@riag.ri.gov
jbroadbent@riag.ri.gov

/s/ *Robert J. McConnell*
Robert J. McConnell
**MOTLEY RICE LLC**
40 Westminster St., 5th Floor
Providence, RI 02903
Tel. (401) 457-7700
Fax. (401) 457-7708
bmcconnell@motleyrice.com

/s/ *Elizabeth Paige Boggs*
Linda Singer
*Admitted Pro Hac Vice*
Elizabeth Paige Boggs
*Admitted Pro Hac Vice*
Devin X. Williams
*Admitted Pro Hac Vice*
**MOTLEY RICE LLC**
401 9th Street, NW, Suite 630
Washington, DC 20004
Tel. (202) 386-9626
Fax. (202) 386-9622
lsinger@motleyrice.com
pboggs@motleyrice.com
dwilliams@motleyrice.com

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 3, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties in this case by operation of the Court's CM/ECF system.  Parties may access this filing through the Court's system.

/s/ *Elizabeth Paige Boggs*
Elizabeth Paige Boggs
