LAW OFFICES

## WILLIAMS & CONNOLLY LLP*

BENJAMIN N. HAZELWOOD
202-434-5159
bhazelwood@wc.com

680 MAINE AVENUE SW
WASHINGTON, DC 20024
(202) 434-5000
WWW.WC.COM

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

February 13, 2026

**<u>Via ECF</u>**

Hon. Melissa R. DuBose
U.S. District Court for the District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

> Re:    *State of Rhode Island v. CaremarkPCS Health, L.L.C., et al.*, No: 1:25-cv-00306-MRD-PAS

Dear Judge DuBose,

During yesterday's hearing, I quoted from (and the State also discussed) the testimony that Attorney General Neronha gave on April 29, 2021 to the Senate Judiciary Committee supporting the amendment to the Deceptive Trade Practices Act's safe harbor that took effect on July 9, 2021. *See* R.I. Gen. L. § 6-13.1-4. During the hearing, I promised to provide a link to the video recording of the testimony the parties were discussing. That testimony can be viewed at https://capitoltvri.cablecast.tv/show/2448?site=1&query=4-29-2021. The portions of the video I quoted from or paraphrased during the hearing are viewable at the time stamp 17:03–17:41. Thank you again for your attention to this matter.

Sincerely,

Benjamin N. Hazelwood

cc:    Counsel of Record