**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

|  |  |
|---|---|
| STATE OF RHODE ISLAND, by and through PETER F. NERONHA, ATTORNEY GENERAL,<br><br>*Plaintiff,*<br><br>v.<br><br>CAREMARKPCS HEALTH, L.L.C., ZINC HEALTH SERVICES, LLC, EXPRESS SCRIPTS, INC., ASCENT HEALTH SERVICES LLC, OPTUMRX, INC., and EMISAR PHARMA SERVICES LLC,<br><br>*Defendants.* | CIVIL NO.: 25-cv-00306-MRD-PAS |

**EMISAR PHARMA SERVICES LLC'S CONSENT MOTION TO EXTEND THE DEADLINE TO RESPOND TO THE STATE OF RHODE ISLAND'S FIRST COMBINED SET OF REQUESTS FOR ADMISSIONS AND INTERROGATORIES**

Jurisdictional Defendant Emisar Pharma Services LLC ("Emisar") respectfully requests that this Court extend its deadline to respond to the State of Rhode Island's First Combined Set of Requests for Admissions and Interrogatories (the "Discovery Requests") by 7 days—to May 11, 2026. Plaintiff consents to this request.

In support of this Motion, Emisar states:

1. On March 27, 2026, this Court issued an Order deferring its ruling on Emisar's Motion to Dismiss for Lack of Subject Matter Jurisdiction and ordering jurisdictional discovery to answer certain questions outlined in the Order. ECF No. 66.

2. On March 30, 2026, the Court entered an order governing jurisdictional discovery in the case. ECF No. 69.

3. On April 2, 2026, the State of Rhode Island served its First Combined Set of

Requests for Admissions and Interrogatories on Emisar.

4.      The current deadline for Emisar to respond to the Discovery Requests is May 4, 2026. ECF No. 69.

5.      Emisar requires additional time to respond to the Discovery Requests and sought Plaintiff's consent to extend its response deadline by 7 days. Plaintiff confirmed its consent.

Therefore, Emisar respectfully requests this Court extend the deadline to respond to the Discovery Requests by 7 days, to May 11, 2026.

Dated: May 4, 2026

/s/ Brooks R. Magratten
Brooks R. Magratten, Esq., #3585
Pierce Atwood LLP
One Citizens Plaza, 10th Floor
Providence, RI 02903
Tel.: 401-490-3422
Fax: 401-588-5166
bmagratten@PierceAtwood.com

Brian D. Boone (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Tel.: (704) 444-1000
Fax: (704) 444-1111
Brian.Boone@alston.com

Elizabeth Broadway Brown (admitted *pro hac vice*)
Jordan E. Edwards (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
Liz.Brown@alston.com
Jordan.Edwards@alston.com

Kelley Connolly Barnaby (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
950 F Street NW
Washington, DC 20004
Tel.: (202) 239-3300
Fax: 202-239-3333
Kelley.Barnaby@alston.com

*Counsel for Emisar Pharma Services LLC*

<u>**CERTIFICATE OF SERVICE**</u>

I certify that the within document was electronically filed with the clerk of this Court on May 4, 2026 and that it is available for viewing and downloading by all parties in this case from the Court's CM/ECF system.

*/s/ Brooks R. Magratten*

3