# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

STATE OF RHODE ISLAND, by and
through PETER F. NERONHA,
ATTORNEY GENERAL,

*Plaintiff,*

v.

CAREMARKPCS HEALTH, L.L.C., ZINC
HEALTH SERVICES, LLC, EXPRESS
SCRIPTS, INC., ASCENT HEALTH
SERVICES LLC, OPTUMRX, INC., and
EMISAR PHARMA SERVICES, LLC,

*Defendants.*

CIVIL NO.: 25-cv-00306-MRD-PAS

## STATE OF RHODE ISLAND'S MOTION TO AMEND COMPLAINT

Plaintiff, State of Rhode Island ("State") by and through its undersigned counsel, respectfully moves for leave to amend its complaint pursuant to Rule 15(a)(2) of the Federal Rule of Civil Procedure and in support thereof states as follows:

1.      The State filed its Complaint on May 27, 2025, Dkt. No. 1-1, and has not previously requested to amend its Complaint.

2.      On March 26, 2026, the Court dismissed Count I of the State's Complaint as it relates to the GPO Defendants, because it found the Complaint lacked factual allegations to support the GPO Defendants' involvement in the State's deceptive acts claim.  Dkt. No. 68 at 15 n.8.

3.      Accordingly, the State seeks to amend its Complaint to re-plead its deceptive acts claim against the GPO Defendants in two primary ways.  First, the State's proposed First Amended Complaint (attached as Exhibit A) adds allegations concerning the GPO Defendants,

including statements from the PBM Defendants' former employees who admit that the PBM Defendants created the GPO Defendants to avoid passing through fees from drug manufacturers to health plans. *See, e.g.*, 1st Am. Compl. ¶¶ 141-146. Second, the State clarifies that unlike the State's deceptive acts claim against the PBM Defendants, which is based on the PBM Defendants' representations, omissions, *and* practices, the State's deceptive acts claim against the GPO Defendants is based solely on the GPO Defendants practices. *See, e.g., id.* ¶¶ 79, 231; *see also Long v. Dell, Inc.*, 93 A.3d 988, 1003 (R.I. 2014) (finding a deceptive act or practice is "[1] a representation, omission, *or practice*, that [2] is likely to mislead consumers acting reasonably under the circumstances, and [3], the representation, omission, or practice is material.")(emphasis added) (internal citation omitted). A comparison of the Original Complaint and the First Amended Complaint that shows the substantive changes between the two documents in redline is attached as Exhibit B.

4.      Many of the facts contained in the State's new allegations come from an investigative article concerning the GPO Defendants that was published in January of 2026—months after the State filed its Complaint and Defendants filed their motions to dismiss.[1]

5.      Rule 15(a)(2) provides that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15. In *Forman v. Davis*, 371 U.S. 178, 182 (1962), the Supreme Court held that leave to amend should be "freely given" when there is no evidence of undue delay, bad faith, a dilatory motive, undue prejudice, or futility of the amendment. This action is in the beginning stages of litigation, and no scheduling orders have been entered. Thus, none of the *Forman* factors are present.

---

[1] Laura Wadsten & Nathaniel Horwitz, *"Bullshit" – The New Way Health Giants Hide Billions*, at 29-30, Hunterbrook (Jan. 6, 2026), https://newsletter.hntrbrk.com/p/bullshit-the-new-way-health-giants.

6.      At this time, the State is not requesting oral argument for this Motion.

WHEREFORE, the State requests leave to file its proposed First Amended Complaint.

Dated: June 5, 2026                    RESPECTFULLY SUBMITTED,

**STATE OF RHODE ISLAND**
**PETER F. NERONHA**
**ATTORNEY GENERAL**

By Its Attorneys,

*/s/ Dorothea R. Calvano Young*
Sarah W. Rice
Assistant Attorney General
Dorothea R. Calvano Young
Jordan Broadbent
Special Assistant Attorneys General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400
srice@riag.ri.gov
dyoung@riag.ri.gov
jbroadbent@riag.ri.gov

/s/ *Elizabeth Paige Boggs*
Linda Singer
*Admitted Pro Hac Vice*
Elizabeth Paige Boggs
*Admitted Pro Hac Vice*
Devin X. Williams
*Admitted Pro Hac Vice*
**MOTLEY RICE LLC**
401 9th Street, NW, Suite 630
Washington, DC 20004
Tel. (202) 386-9626
Fax. (202) 386-9622
lsinger@motleyrice.com
pboggs@motleyrice.com
dwilliams@motleyrice.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on June 5, 2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties in this case by operation of the Court's CM/ECF system.  Parties may access this filing through the Court's system.

/s/ <i>Elizabeth Paige Boggs</i>
Elizabeth Paige Boggs
