**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| STATE OF RHODE ISLAND, by and through PETER F. NERONHA, ATTORNEY GENERAL,<br><br>*Plaintiff,*<br><br>v.<br><br>CAREMARKPCS HEALTH, L.L.C., ZINC HEALTH SERVICES, LLC, EXPRESS SCRIPTS, INC., ASCENT HEALTH SERVICES LLC, OPTUMRX, INC., and EMISAR PHARMA SERVICES, LLC,<br><br>*Defendants.* | CIVIL NO.: 25-cv-00306-MRD-PAS |

**<u>STIPULATION REGARDING PLAINTIFF'S CLAIMS AND CERTAIN OF DEFENDANTS' AFFIRMATIVE DEFENSES</u>**

Plaintiff State of Rhode Island ("Plaintiff") and Defendants CaremarkPCS Health, L.L.C., Zinc Health Services, L.L.C., Express Scripts, Inc., and OptumRx., Inc. ("Answering Defendants") hereby stipulate and agree to the following:

1) On July 15, 2026, Answering Defendants filed their respective answers in the above-captioned Action. Dkt. 84 (Express Scripts, Inc.), Dkt. 85 (OptumRx, Inc.), and Dkt. 86 (CaremarkPCS Health, L.L.C. and Zinc Health Services, L.L.C.).

2) On August 5, 2026, Plaintiff moved to strike certain affirmative defenses from each Defendant's respective answer. Dkt. 91.

3) Plaintiff and Answering Defendants have met and conferred in good faith to attempt to resolve and/or narrow the affirmative-defense dispute before the Court.

4) Following such conferral, Plaintiff stipulates to the following:

   a. Plaintiff does not seek any damages as part of this Action.

5) Based on Plaintiff's stipulations above, Answering Defendants hereby withdraw the following affirmative defenses as set out in their respective answers:

   a. CaremarkPCS Health, L.L.C. and Zinc Health Services, L.L.C. Affirmative Defenses No. 9, 10, 11, 18, 19, 23, 24

   b. Express Scripts, Inc. Affirmative Defenses No. 9, 13, 14, 15

   c. OptumRx, Inc. Affirmative Defenses No. 8, 9, 10, 11, 14

6) Both parties reserve all rights, and no party waives any arguments regarding the appropriateness of certain discovery to develop the factual record necessary to prosecute and defend each side's respective claims and defenses in this Action.

7) With the exception of the specific affirmative defenses that are withdrawn by the Answering Defendants and the stipulations made by Plaintiff, no party waives any arguments about the legal sufficiency, appropriateness, or amount of restitution, civil penalties, or any other relief Plaintiff seeks in this case.

Dated: September 23, 2026

Plaintiff,
By its attorneys

*/s/ Dorothea Calvano Young*
DOROTHEA R. CALVANO YOUNG (#6661)
dyoung@riag.ri.gov
Special Assistant Attorney General
JORDAN BROADBENT (#10794)
jbroadbent@riag.ri.gov
Special Assistant Attorney General
150 South Main Street
Providence, RI 02903

Defendants
By their attorneys,

*/s/ Rebecca Briggs*
Rebecca Briggs (#8114)
**HINCKLEY, ALLEN & SNYDER LLP**
100 Westminster Street, Suite 1400
Providence, RI 02903
Tel: (401) 274-2000
Fax: (401) 277-9600
rbriggs@hinckleyallen.com

Enu Mainigi (*pro hac vice*)

/s/ Elizabeth Boggs
LINDA SINGER (*pro hac vice*)
lsinger@motleyrice.com
ELIZABETH PAIGE BOGGS (*pro hac vice*)
pboggs@motleyrice.com
DEVIN X. WILLIAMS (*pro hac vice*)
dwilliams@motleyrice.com
**MOTLEY RICE LLC**
401 9th Street, NW, Suite 630
Washington, D.C. 20004
Tel: 202-386-9626
Fax: 202-386-9622

*Counsel for State of Rhode Island*

Craig D. Singer (*pro hac vice*)
R. Kennon Poteat III (*pro hac vice*)
Adam J. Podoll (*pro hac vice*)
Daniel Dockery (*pro hac vice*)
**WILLIAMS & CONNOLLY LLP**
680 Maine Avenue SW
Washington, DC 20024
Telephone: (202) 434-5000
emainigi@wc.com
csinger@wc.com
kpoteat@wc.com
apodoll@wc.com
ddockery@wc.com

*Counsel for CaremarkPCS Health, L.L.C. and Zinc Health Services, L.L.C.*

/s/ Nicole J. Benjamin
Nicole J. Benjamin (#7540)
John A. Tarantino (#2586)
Adler Pollock & Sheehan P.C.
100 Westminster Street, 16th Floor
Providence, RI 02903
Tel: 401-274-7200
Fax: 401-751-0604
nbenjamin@apslaw.com
jtarantino@apslaw.com

Jason R. Scherr (*pro hac vice*)
Douglas A. Hastings (*pro hac vice*)
Elise M. Attridge (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
1111 Pennsylvania Ave. NW
Washington, DC 20004
Tel: 202-739-3000
Fax: 202-739-3001
jr.scherr@morganlewis.com
douglas.hastings@morganlewis.com
elise.attridge@morganlewis.com

*Counsel for Express Scripts, Inc.*

/s/ Brooks R. Magratten, Esq.
Brooks R. Magratten, Esq., #3585
Pierce Atwood LLP

One Citizens Plaza, 10th Floor
Providence, RI 02903
Tel.: 401-490-3422
Fax: 401-588-5166
bmagratten@PierceAtwood.com

Brian D. Boone (*pro hac vice*)
**ALSTON & BIRD LLP**
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203
Tel.: (704) 444-1000
Fax: (704) 444-1111
Brian.Boone@alston.com

Elizabeth Broadway Brown (*pro hac vice*)
Jordan E. Edwards (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
Liz.Brown@alston.com
Jordan.Edwards@alston.com

*Counsel for OptumRx, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 23, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all parties in this case by operation of the Court's CM/ECF system. Parties may access this filing through the Court's system.

*/s/ Rebecca F. Briggs*
Rebecca F. Briggs