**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

STATE OF RHODE ISLAND, by and through PETER F. NERONHA, ATTORNEY GENERAL,

*Plaintiff,*

v.

CAREMARKPCS HEALTH, L.L.C., ZINC HEALTH SERVICES, LLC, EXPRESS SCRIPTS, INC., ASCENT HEALTH SERVICES LLC, OPTUMRX, INC., and EMISAR PHARMA SERVICES, LLC,

*Defendants.*

CIVIL NO.: 25-cv-00306-MRD-PAS

**JOINT STATEMENT REGARDING STATUS OF JURISDICTIONAL DISCOVERY**

Plaintiff, State of Rhode Island ("State"), by and through its undersigned counsel, and Defendants Ascent Health Services LLC ("Ascent") and Emisar Pharma Services LLC ("Emisar"), by and through their undersigned counsel, jointly submit this statement regarding the status of jurisdictional discovery pursuant to the Court's Order on September 21, 2026.

The Parties agree that jurisdictional discovery is complete. In accordance with the Jurisdictional Discovery Order (ECF No. 69), the State will submit its supplemental brief in opposition to Ascent's and Emisar's Motions to Dismiss for Lack of Personal Jurisdiction on November 18. Ascent and Emisar will submit their supplemental briefs in support of their Motions to Dismiss for Lack of Personal Jurisdiction on December 18, 2026.

**Dated: October 19, 2026**

**STATE OF RHODE ISLAND**
**PETER F. NERONHA**
**ATTORNEY GENERAL**

By Its Attorneys,

*/s/ Dorothea R. Calvano Young*
Sarah W. Rice
Assistant Attorney General
Dorothea R. Calvano Young
Jordan Broadbent
Special Assistant Attorneys General
150 South Main Street
Providence, RI 02903
Tel. (401) 274-4400
srice@riag.ri.gov
dyoung@riag.ri.gov
jbroadbent@riag.ri.gov

/s/ *Elizabeth Paige Boggs*
Linda Singer
*Admitted Pro Hac Vice*
Elizabeth Paige Boggs
*Admitted Pro Hac Vice*
Devin X. Williams
*Admitted Pro Hac Vice*
**MOTLEY RICE LLC**
401 9th Street, NW, Suite 630
Washington, DC 20004
Tel. (202) 386-9626
Fax. (202) 386-9622
lsinger@motleyrice.com
pboggs@motleyrice.com
dwilliams@motleyrice.com

/s/ *Frederick Baker*
Frederick Baker
*Admitted Pro Hac Vice*
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mt. Pleasant, SC 29464
Tel. (843) 216-9186
Fax. (843) 216-9440
fbaker@motleyrice.com

**RESPECTFULLY SUBMITTED,**

**ASCENT HEALTH SERVICES LLC AND EMISAR PHARMA SERVICES, LLC**

*/s/ Nicole J. Benjamin*
Nicole J. Benjamin (#7540)
John A. Tarantino (#2586)
**ADLER POLLOCK & SHEEHAN P.C.**
100 Westminster Street, 16th Floor
Providence, RI 02903
Tel: 401-274-7200
Fax: 401-751-0604
nbenjamin@apslaw.com
jtarantino@apslaw.com

Jason R. Scherr (*pro hac vice*)
Douglas A. Hastings (*pro hac vice*)
Elise M. Attridge (*pro hac vice*)
**MORGAN LEWIS & BOCKIUS, LLP**
1111 Pennsylvania Ave. NW
Washington, DC 20004
Tel: 202-739-3000
Fax: 202-739-3001
jr.scherr@morganlewis.com
douglas.hastings@morganlewis.com
elise.attridge@morganlewis.com

*Counsel for Ascent Health Services LLC*

*/s/ Brooks R. Magratten, Esq.*
Brooks R. Magratten, Esq., #3585
**PIERCE ATWOOD LLP**
One Citizens Plaza, 10th Floor
Providence, RI 02903
Tel.: 401-490-3422
Fax: 401-588-5166
bmagratten@PierceAtwood.com

Brian D. Boone (*pro hac vice*)
**ALSTON & BIRD LLP**
Vantage South End
1120 South Tryon Street, Suite 300

Charlotte, NC 28203
Tel.: (704) 444-1000
Fax: (704) 444-1111
Brian.Boone@alston.com

Elizabeth Broadway Brown (*pro hac vice*)
Jordan E. Edwards (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
Liz.Brown@alston.com
Jordan.Edwards@alston.com

*Counsel for Emisar Pharma Services LLC*